UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re                                            :
                                                 :    Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                  :
                                                 :    09-50026 (REG)
                                                 :
                Debtors.                         :    (Jointly Administered)
                                                 :
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1.      I am a Senior Bankruptcy Consultant with the Business Reorganization Department in the Seattle office of The Garden City Group, Inc. ("GCG"), the claims and noticing agent for the Debtors and Debtors-in-possession (the "Debtors") in the above-captioned proceeding.  The business address of the Seattle office of GCG is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.      On July 1, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused true and correct copies of:

- **Statement of the Debtors on Successor Liability (Docket No. 2867) ("Debtors' Statement");** and

- **Table of Contents and Table of Authorities for Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b),(f),(k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) The Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and other Interests; (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing (Docket No. 2872) ("Table of Contents for Debtors' Motion").**

to be served via electronic mail on the parties set forth on Exhibit A (parties on the master service list, parties that filed notices of appearance and parties that objected to the sale motion with email addresses) attached hereto.

3.      Also on July 1, 2009 at the direction of Weil, Gotshal, I caused true and correct copies of the **Debtors' Statement** and **Table of Contents for Debtors' Motion** to be served via facsimile on the

parties set forth on Exhibit B (parties on the master service list, parties that filed notices of appearance and parties that objected to the sale motion with facsimile numbers) attached hereto.

4.      Also on July 1, 2009 at the direction of Weil, Gotshal, I caused true and correct copies of the **Debtors' Statement** and **Table of Contents for Debtors' Motion** to be served via overnight delivery on the parties set forth on Exhibit C (parties on the master service list, parties that filed notices of appearance and parties that objected to the sale motion without email addresses or facsimile numbers) attached hereto.

5.      Also on July 1, 2009 at the direction of Weil, Gotshal, I caused true and correct copies of the **Debtors' Statement** and **Table of Contents for Debtors' Motion** to be served via hand delivery on the parties set forth on Exhibit D (core New York parties) attached hereto.

I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:  Seattle, Washington
        July 2, 2009

                                    /s/  Laurie M. Thornton
                                      LAURIE M. THORNTON

# Exhibit A

TORYS LLP
ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI
237 PARK AVENUE
NEW YORK, NY 10017
abauer@torys.com; tmartin@torys.com

DAY PITNEY LLP
ATTN: AMISH R. DOSHI, ESQ.
ATTY FOR ORACLE USA, INC.
7 TIMES SQUARE
NEW YORK, NY 10036
adoshi@daypitney.com

FREEBORN & PETERS LLP
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
ATTY FOR PGW, LLC
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
ahammer@freebornpeters.com; tfawkes@freebornpeters.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113
akatz@entergy.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN POHL, ESQS.
ATTY FOR DANA HOLDING CORPORATION
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
akornberg@paulweiss.com; rzubaty@paulweiss.com; ipohl@paulweiss.com

ROBINSON WATERS & O'DORISIO, P.C.
ATT: ANTHONY L. LEFFERT, ESQ.
ATTY FOR ENVIRONMENTAL TESTING CORPORATION
1099 18TH STREET, SUITE 2600
DENVER, CO 80202
aleffert@rwolaw.com

BINGHAM MCCUTCHEN LLP
ATT: ANNA M. BOELITZ, ESQ.
ATTY FOR WELLS FARGO BANK NORTHWEST, NAT'L ASSOC., AS
INDENTURE TRUSTE
ONE STATE STREET
HARTFORD, CT 06103
anna.boelitz@bingham.com

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
antitrust.atr@usdoj.gov

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
AROSENBERG@PAULWEISS.COM

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
askDOJ@usdoj.gov

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTN: ADAM D. BRUSKI, ESQ.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
abruski@lambertleser.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN: ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
AGOTTFRIED@MORGANLEWIS.COM

SAUL EWING LLP
ATT: ADAM H. ISENBERG, ESQ.
ATTY FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
aisenberg@saul.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
akornberg@paulweiss.com; jkoevary@paulweiss.com

CHAPELL & ASSOCIATES, LLC
ATT: ALAN CHAPELL, CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE, SUITE 3A
BROOKLYN, NY 11222
alan@chapellassociates.com

CLIFFORD CHANCE US LLP
ATT: ANDREW BROZMAN & SARAH CAMPBELL, ESQ.
31 WEST 52ND STREET
NEW YORK, NY 10019
andrew.brozman@cliffordchance.com; sarah.campbell@cliffordchance.com

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA
anne.boudreau@ic.gc.ca

SILVERMANACAMPORA LLP
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
ARosen@SilvermanAcampora.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET
PHILLIPS, M. SCHECK
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
arosenberg@paulweiss.com; bhermann@paulweiss.com;
mphillips@paulweiss.com; mscheck@paulweiss.com

BERGER SINGERMAN, P.A.
ATT: ARTHUR J. SPECTOR, ESQ.
ATTY FOR SCI, LTD.
350 E. LAS OLAS BOULEVARD
10TH FLOOR
FORT LAUDERDALE, FL 33301
aspector@bergersingerman.com

FOLEY & LARDNER LLP
ATTN: ANN MARIE UETZ, ESQ.
ATTY FOR DURA AUTOMOTIVE SYSTEMS, INC.
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
auetz@foley.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX 78760
austin.bankruptcy@publicans.com

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO, TX 75024
ayala.hassell@hp.com

MORRISON COHEN LLP
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
909 THIRD AVENUE
NEW YORK, NY 10022
bankruptcy@morrisoncohen.com

SCHWARTZ, LICHTENBERG LLP
ATT: BARRY E. LICHTENBERG, ESQ
ATTY FOR FERROUS PROCESSING AND TRADING COMPANY
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NY 10170
barryster@att.net

COHEN, WEISS AND SIMON LLP
ATT: BABETTE A. CECCOTTI, ESQ.
ATTY FOR INTERNATIONAL UNION, UAW
330 WEST 42ND STREET
NEW YORK, NY 10036
bceccotti@cwsny.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BENJAMIN P. DEUTSCH, ESQ.
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005
bdeutsch@schnader.com

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711
bk-kwalsh@oag.state.tx.us

STITES & HARBISON, PLLC
ATT: BRIAN H. MELDRUM, ESQ.
ATTY FOR AKEBONO CORP.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202
bmeldrum@stites.com

CARSON FISCHER, P.L.C.
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA
ATTY FOR VITEC, LLC
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
brcy@carsonfischer.com

FOLEY & LARDNER LLP
ATTN: ANN MARIE UETZ & DALJIT DOOGAL
ATTY FOR DETROIT TECHNOLOGIES, INC.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
auetz@foley.com; ddoogal@foley.com

SILVERMAN & MORRIS, P.L.L.C.
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS
ATTY FOR CASSENS TRANSPORT COMPANY
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI 48322
avery@silvermanmorris.com

BRAYTON PURCELL LLP
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
222 RUSH LANDING ROAD
NOVATO, CA 94945
bankruptcy.asbpo.asbdom@braytonlaw.com

SCHWARTZ, LICHTENBERG LLP
ATTN: BARRY E. LICHTENBERG, ESQ.
ATTY FOR ALBAR INDUSTRIES, INC.
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NY 10170
barryster@att.net

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BARRY E. BRESSLER, ESQ.
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
bbressler@schnader.com; aadams@schnader.com; tlewis@schnader.com; rbarkasy@schnader.com; mbarrie@schnader.com

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
ATT: MORTON R. BRANZBURG & BRIAN T. CROWLEY
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
260 S. BROAD STREET
PHILADELPHIA, PA 19102
BCrowley@klehr.com

COUNTY ATTORNEY
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA 20175
belkys.escobar@loudoun.gov

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATT: BARBARA S. MEHLSACK, ESQ.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004
bmehlsack@gklaw.com

BORGES & ASSOCIATES, LLC
ATTN: WANDA BORGES, ESQ.
ATTY FOR RAYCOM MEDIA, INC.
575 UNDERHILL BLVD., SUITE 118
SYOSSET, NY 11791
borgeslawfirm@aol.com

CARSON FISCHER, P.L.C.
ATTN: JOSEPH M. FISCHER, ROBERT A. WEISBERG & PATRICK J. KUKLA
ATTY FOR LAPEER METAL STAMPING COMPANIES, INC.
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
ATTY FOR RIMA MANUFACTURING COMPANY
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI  48302
brcy@carsonfischer.com; brcy@carsonfischer.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATT: BRIAN L. SHAW, ESQ.
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL  60654
bshaw100@shawgussis.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY  10006
BSUSKO@CGSH.COM

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX  78711
casey.roy@oag.state.tx.us

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR  72033
cbblac@acxiom.com

STEVENSON & BULLOCK PLC
ATTN: CHARLES D. BULLOCK, ESQ.
ATTY FOR FATA AUTOMATION, INC.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD, MI 48076
cbullock@sbplclaw.com

BURR & FORMAN LLP
ATT: D. CHRISTOPHER CARSON & JENNIFER B. KIMBLE
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL  35203
ccarson@burr.com; jkimble@burr.com

REID AND REIGE, P.C.
ATT: CAROL A. FELICETTA, ESQ.
ATTY FOR BARNES GROUP INC.
195 CHURCH STREET
NEW HAVEN, CT  06510
cfelicetta@reidandriege.com

HAYNES AND BOONE LLP
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
ATTY FOR EXXON MOBIL CORPORATION
1221 MCKINNEY, SUITE 2100
HOUSTON, TX  77010
charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com

VALEO
MR. JACQUES ASCHENBROICH, CEO
43 RUE BAYEN
PARIS, FRANCE 75848
CHRISTINE.OSSIKIAN@VALEO.COM

TROUTMAN SANDERS LLP
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY  10174
BRETT.GOODMAN@TROUTMANSANDERS.COM

HAYNSWORTH SINKLER BOYD, P.A.
ATTN: WILLIAM H. SHORT, JR., ESQ.
ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION
POST OFFICE BOX 11889
COLUMBIA, SC  29211
bshort@hsblawfirm.com

PPG INDUSTRIES INC.
MR. CHARLES E. BUNCH, CEO
ONE PPG PLACE
PITTSBURGH, PA  15272
BUNCH@PPG.COM

HALPERIN BATTAGLIA RAICHT, LLP
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.
ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY  10022
cbattaglia@halperinlaw.net ; jdyas@halperinlaw.net

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK, NY  10169
cbelmonte@ssbb.com; pbosswick@ssbb.com

STARK REAGAN
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
ATTY FOR SATTERLUND SUPPLY COMPANY
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI  48098
ccaldwell@starkreagan.com

BODMAN LLP
ATTN: COLIN T. DARKE, ESQ.
ATTY FOR PRODUCTION MODELING CORPORATION
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI  48226
cdarke@bodmanllp.com

MCKENNA LONG & ALDRIDGE LLP
ATT: CHRISTOPHER F. GRAHAM, ESQ.
ATTY FOR INDUSTRY CANADA
230 PARK AVENUE
NEW YORK, NY  10169
cgraham@mckennalong.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV, ESQ.
ATTY FOR SONIC AUTOMOTIVE, INC.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC  28202
chipford@parkerpoe.com

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C.
ATT: COLLEEN E. MCMANUS, ESQ.
ATTY FOR BRANDENBURG INDUSTRIAL SERVICE CO.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL  60606
CMcManus@muchshelist.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH  44114
cmeyer@ssd.com

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC  20201
CONTACT-OCFO@DOL.GOV

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER, ESQ.
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP
NORTH AMERICA INC
200 PARK AVENUE
NEW YORK, NY  10166
cschreiber@winston.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA  90501
cwoodruff-neer@alpine-usa.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATT: ELIZABETH WELLER, ESQ.
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
2323 BRYAN STREET, SUITE 1600
DALLAS, TX  75201
dallas.bankruptcy@publicans.com

UNITED STATES ATTORNEY
ATTN: MATTHEW L SCHWARTZ AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY  10007
david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov;
matthew.schwartz@usdoj.gov; joseph.cordaro@usdoj.gov

AFFINIA
DAVID OVERBEEKE,  CEO
4400 PRIME PARKWAY
MCHENRY, IL  60050
DAVID.OVERBEEKE@AFFINIAGROUP.COM

PLUNKETT COONEY
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES
CALIFORNIA
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI  48304
DBernstein@plunkettcooney.com; MFleming@plunkettcooney.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATT: DEBORAH M. BUELL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
dbuell@cgsh.com

GIBBONS P.C.
ATT: DAVID N. CRAPO, ESQ.
ATTY FOR J.D. POWER AND ASSOCIATES
ONE GATEWAY CENTER
NEWARK, NJ  07102
dcrapo@gibbonslaw.com

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL
ATTY FOR COMMONWEALTH OF PA., DEPT OF REVENUE, BUREAU
OF ACCTS SETTLEM
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA  19107
cmomjian@attorneygeneral.gov

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATT: CHESTER B. SALOMON, ESQ.
ATTY FOR FACTORY MOTOR PARTS COMPANY
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY  10171
CSALOMON@BECKERGLYNN.COM

DICKINSON WRIGHT PLLC
ATT: COLLEEN M. SWEENEY, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219
csweeney@dickinsonwright.com

MOORE & VAN ALLEN PLLC
ATT: CYNTHIA JORDAN LOWERY, ESQ.
ATTY FOR HAGEMEYER N.A.
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC  29413
cynthialowery@mvalaw.com

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA  19087
david.boyle@airgas.com

SCHULTE ROTH & ZABEL LLP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
919 THIRD AVENUE
NEW YORK, NY  10022
david.karp@srz.com

POTTER ANDERSON & CORROON LLP
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN
MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE  19801
dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com;
rmcneill@potteranderson.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK, NY  10013
dbrody@borahgoldstein.com

DICKINSON WRIGHT PLLC
ATT: DAWN R. COPLEY, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226
dcopley@dickinsonwright.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATT: DENNIS L. JENKINS, ESQ.
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
60 STATE STREET
BOSTON, MA  02109
dennis.jenkins@wilmerhale.com

GIBSON, DUNN & CRUTCHER LLP
ATT: DAVID M. FELDMAN, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVENUE
NEW YORK, NY  10166
dfeldman@gibsondunn.com

ARMSTRONG TEASDALE, LLP
ATT: DAVID L. GOING, ESQ.
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ONE METROPOLITAN SQUARE, SUITE 2600
ST. LOUIS, MO  63102
dgoing@armstrongteasdale.com

MAZZEO SONG & BRADHAM LLP
ATTN: DAVID H. HARTHEIMER, ESQ.
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY  10017
dhartheimer@mazzeosong.com

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA  15222
djury@usw.org

ARNALL GOLDEN GREGORY LLP
ATT: DARRYL S. LADDIN & FRANK N. WHITE
ATTY FOR VERIZON COMMUNICATIONS INC.
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA  30363
dladdin@agg.com; frank.white@agg.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075
dlin@seyburn.com

DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A. MERTZ
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA  19602
dmertz@state.pa.us

WILDMAN, HARROLD, ALLEN & DIXON
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606
Dockterman@wildman.com; Young@wildman.com; Friedman@wildman.com

ARENT FOX LLP
ATT: MARY JOANNE DOWD, ESQ.
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC  20036
dowd.mary@arentfox.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
666 FIFTH AVENUE
NEW YORK, NY  10103
drosenzweig@fulbright.com; mhaut@fulbright.com

ALLARD & FISH, P.C.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI  48226
dfish@allardfishpc.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
DGOTTLIEB@CGSH.COM

WINSTON & STRAWN LLP
ATTN: DAVID J. RICHARDSON, ESQ.
ATTY FOR LGE ELECTRONICS USA, INC.
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES, CA  90071
djrichardson@winston.com

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI  48109
dkowich@umich.edu

PLUNKETT COONEY
ATT: DAVID A. LERNER, ESQ.
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI  48304
dlerner@plunkettcooney.com

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017
DMACK@STBLAW.COM

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
330 NORTH WABASH AVENUE
CHICAGO, IL  60611
dmurray@jenner.com

DAVIS POLK & WARDWELL
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
ATTY FOR FORD MOTOR COMPANY
450 LEXINGTON AVENUE
NEW YORK, NY  10017
donald.bernstein@dpw.com, marshall.huebner@dpw.com

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
ATTY FOR AT&T CORP.
666 FIFTH AVENUE
NEW YORK, NY  10103
drosenzweig@fulbright.com; jrabin@fulbright.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD, MI  48037
dselwocki@swappc.com

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: DANIEL WALLEN, ESQ, JONATHAN N. HELFAT, ESQ.
230 PARK AVENUE
NEW YORK, NY  10169
DWALLEN@OSHR.COM, JHELFAT@OSHR.COM, SSOLL@OSHR.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATT: ELIZABETH BANDA
ATTY FOR ARLINGTON ISD
P.O. BOX 13430
ARLINGTON, TX  76094
ebanda@pbfcm.com

MILLER JOHNSON
ATT THOMAS P. SARB, ESQ
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
250 MONROE AVE., STE 800
GRAND RAPIDS, MI  49501
ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTN: ROBERT D. WOLFORD, ESQ.
ATTY FOR MICO INDUSTRIES, INC.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI  49501
ecfwolfordr@millerjohnson.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA  15219
EDOYLE@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA  15219
EFEINSTEIN@STEMBERFEINSTEIN.COM

HSS/SAGINAW
MR. ERIC LARSON, COO
5446 DIXIE HIGHWAY
SAGINAW, MI  48601
ELARSON@HSS-MMS.COM

DUPONT
ELLEN J. KULLMAN, CEO
1007 MARKET STREET
WILMINGTON, DL  19898
ELLEN.J.KULLMAN@USA.DUPONT.COM

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J.
RANDO CRISTIANO
ATTY FOR INT'L UNION UAW AND UAW ET AL
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY  11530
elobello@msek.com

REED SMITH LLP
ATT ERIC A. SCHAFFER, ESQ.
ATTY FOR UNITED STATES STEEL CORPORATION
435 SIXTH AVE.
PITTSBURGH, PA  15219
eschaffer@reedsmith.com

DICKINSON WRIGHT PLLC
ATT: DORON YITZCHAKI, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI  48104
dyitzchaki@dickinsonwright.com

KILPATRICK & ASSOCIATES, P.C.
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
ATTY FOR OAKLAND COUNTY TREASURER
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI  48326
ecf@kaalaw.com

MILLER JOHNSON
ATTN: THOMAS P. SARB, ESQ.
ATTY FOR BURKE E. PORTER COMPANY
250 MONROE AVENUE, N.W., SUITE 800
PO BOX 306
GRAND RAPIDS, MI  49501
ecfsarbt@millerjohnson.com

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ  07095
ecurrenti@hess.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: EARLE I. ERMAN, ESQ.
ATTY FOR CENTERPOINT ASSOCIATES, L.L.C.
400 GALLERIA OFFICENTRE, SUITE 444
SOUTHFIELD, MI  48034
eerman@ermanteicher.com

CAPLIN & DRYSDALE, CHARTERED
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY  10152
ei@capdale.com

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO  80129
Elizabeth.Spangler@arcadis-us.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: EDWARD J. LOBELLO, ESQ.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC,
PITNEY BOWES SO
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY  10018
elobello@msek.com

ORUM & ROTH, LLC
ATTN: MARK D. ROTH, ESQ.
ATTY FOR NICOR GAS
53 WEST JACKSON BOULEVARD
CHICAGO, IL  60604
email@orumroth.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.
ATT: SANDER  ESSERMAN, PETER  D'APICE, JO HARTWICK, JACOB
NEWTON
2323 BRYAN STREET, SUITE 220
DALLAS, TX  75201
esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com;
newton@sbep-law.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI, BLANKA WOLFE
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com;
bwolfe@sheppardmullin.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243
fberg@kotzsangster.com; jmacyda@kotzsangster.com

DORSEY & WHITNEY LLP
ATTN: MICHAEL FOREMAN, ESQ.
ATTY FOR BALLARD MATERIAL PRODUCTS INC.
250 PARK AVENUE
NEW YORK, NY 10177
foreman.michael@dorsey.com

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC.
AND ITS AFFILIATES
599 LEXINGTON AVENUE
NEW YORK, NY 10022
fsosnick@shearman.com; jfrizzley@shearman.com

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI 48917
funds@michigan.gov

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATT: GABRIEL DEL VIRGINIA, ESQ.
ATTY FOR HESS CORPORATION
488 MADISON AVE
NEW YORK, NY 10022
gabriel.delvirginia@verizon.net

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATT: GEORGE CAUTHEN, LINDA BARR, CAMERON CURRIE, ESQS
ATTY FOR MICHELIN TIRE CORP.
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC 29201
george.cauthen@nelsonmullins.com; linda.barr@nelsonmullins.com;
cameron.currie@nelsonmullins.com
MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND
AGRICULTURE DIVISION
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL
QUALITY
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING. MI 48909

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTN: KENNETH A. FLASKA & WILLIAM L. ROSIN
ATTY FOR JOHN E. GREEN COMPANY
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
gm@dmms.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, KENNETH H. ECKSTEIN & GORDON
Z. NOVOD
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
gnovod@kramerlevin.com; keckstein@kramerlevin.com

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST
ATTY FOR UNITED PARCEL SERVICE, INC.; UPS CAPITAL CORP.
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO, IL 60654
Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN, ESQ.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
ffm@bostonbusinesslaw.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN,
S.C.
ATT: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
fp@previant.com

FOX ROTHSCHILD LLP
ATTN: FRED STEVENS, ESQ.
ATTY FOR STARSOURCE MANAGEMENT SERVICES
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017
fstevens@foxrothschild.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATT: TIMOTHY A. FUSCO, ESQ.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
fusco@millercanfield.com

DICONZA LAW P.C.
ATT: GERARD DICONZA, ESQ.
ATTY FOR ARCADIS U.S., INC.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017
gdiconza@dlawpc.com

ARENT FOX LLP
ATT: CHRISTOPHER GIAIMO, JEFFREY ROTHLEDER, ANDREA
CAMPBELL, ESQS
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
giaimo.christopher@arentfox.com; rothleder.jeffrey@arentfox.com;
campbell.andrea@arentfox.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484
Glenn.Reisman@ge.com

DAWDA, MANN, MULCAHY & SADLER, PLC
ATT: WILLIAM ROSIN & KENNETH FLASKA
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
gm@dmms.com

WARNER NORCROSS & JUDD LLP
ATT: GORDON J. TOERING, ESQ.
ATTY FOR ROBERT BOSCH GMBH
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
gtoering@wnj.com

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTN: G. ALAN WALLACE, ESQ.
ATTY FOR CITY OF LANSING
124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MI 48933
gwallace@fraserlawfirm.com

VOITH AG
HARRY NEIMAN, CEO
9395 KENWOOD RD SUITE 200
CINCINNATI, OH 45242
HARRY.NIEMAN@VOITH.COM

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATT: HARVEY A. STRICKON, ESQ.
ATTY FOR ROLLS-ROYCE
75 EAST 55TH STREET
NEW YORK, NY 10022
harveystrickon@paulhastings.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: HANAN B. KOLKO, ESQ.
ATTY FOR INT'L UNION UAW AND UAW ET AL
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
hkolko@msek.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATT: DONALD J. HUTCHINSON, ESQ.
ATTY FOR LANSING BOARD OF WATER & LIGHT
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
hutchinson@millercanfield.com

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271
Info@AndrewCuomo.com

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331
info@harmanbecker.de

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTY FOR DELPHI CORPORATION
ATTN: RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606
jack.butler@skadden.com

PEPPER HAMILTON LLP
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
ATTY FOR SKF USA INC.
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899
jaffeh@pepperlaw.com; carignanj@pepperlaw.com

DECHERT LLP
ATTN: JAMES O. MOORE, ESQ.
ATTY FOR CDI CORPORATION
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
james.moore@dechert.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTN: PAULA A. HALL, ESQ.
ATTY FOR WABASH TECHNOLOGIES, INC.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
hall@bwst-law.com

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
HARVEY.MILLER@WEIL.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN: HOWARD S. BELTZER & EMMELINE S. LIU, ESQS
ATTY FOR FMR CORP.
101 PARK AVENUE
NEW YORK, NY 10178
hbeltzer@morganlewis.com; eliu@morganlewis.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATT: JOHN P. DILLMAN, ESQ.
POST OFFICE BOX 3064
HOUSTON, TX 77253
houston_bankruptcy@publicans.com

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTN: ROLAND HWANG, ESQ.
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT, MI 48202
hwangr@michigan.gov

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH 44114
info@dealertire.com

KEM KREST
AMISH SHAH. CEO
1919 SUPERIOR ST.
ELKHART, IN 46515
info@kemkrest.com

LEONARD, STREET AND DEINARD, PA
ATTN: JACOB B. SELLERS, ESQ.
ATTY FOR CANADIAN PACIFIC RAILWAY COMPANY
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN 55402
jacob.sellers@leonard.com

HARTER SECREST & EMERY LLP
ATT: JON AHO, WILLIAM KREIENBERG, JOHN WEIDER, INGRID PALERMO
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604
jaho@hselaw.com; wkreienberg@hselaw.com; jweider@hselaw.com; ipalermo@hselaw.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: JOHN ANSBRO & COURTNEY M. ROGERS
666 FIFTH AVENUE
NEW YORK, NY 10103
jansbro@orrick.com; crogers@orrick.com

MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
ATTN: JANICE M. WOOLLEY, ESQ.
11404 W. DODGE ROAD, SUITE 500
OMAHA, NE  68154
janwoolley@mgwl.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATT: JAMES L. BROMLEY, ESQ.
ATTY FOR UAW
ONE LIBERTY PLAZA
NEW YORK, NY  10006
jbromley@cgsh.com

KERR, RUSSELL AND WEBER, PLC
ATTN: JAMES E. DELINE, ESQ.
ATTY FOR WINDSOR MOLD INC.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226
jed@krwlaw.com

TROUTMAN SANDERS LLP
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA  30308
jeffrey.kelley@troutmansanders.com

AT&T SERVICES INC.
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ  07921
jg5786@att.com

BARNES & THORNBURG LLP
ATT: JOHN T. GREGG, ESQ.
ATTY FOR CONTINENTAL
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI  49503
jgregg@btlaw.com

BAKER & HOSTETLER LLP
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J. GIBSON
ATTY FOR B&H CREDITORS
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH  44114
ihutchinson@bakerlaw.com: egoodman@bakerlaw.com:

J.L. SAFFER, P.C.
ATTN: JENNIFER L. SAFFER, ESQ.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
20 VESEY STREET, 7TH FLOOR
NEW YORK, NY  10007
jlsaffer@jlsaffer.com

BRIGGS AND MORGAN P.A.
ATT: JOHN R. MCDONALD, ESQ.
ATTY FOR FACTORY MOTOR PARTS COMPANY
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN  55402
JMcDonald@Briggs.com

CADWALADER, WICKERSHAM & TAFT LLP
ATT: JOHN J. RAPISARDI, ESQ.
ATTY FOR UNITED STATES OF AMERICA
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281
john.rapisardi@cwt.com

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATT: JEAN WINBORNE BOYLES, ESQ.
ATTY FOR D & J AUTOMOTIVE, LLC
P.O. BOX 1776
RALEIGH, NC  27602
jboyles@jhvgglaw.com

CUMMINGS & LOCKWOOD LLC
ATT: JOHN F. CARBERRY, ESQ.
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
SIX LANDMARK SQUARE
STAMFORD, CT  06901
jcarberry@cl-law.com

K&L GATES LLP
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.
ATTY FOR PPG INDUSTRIES, INC.
599 LEXINGTON AVENUE
NEW YORK, NY  10022
jeff.rich@klgates.com; eric.moser@klgates.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY  10022
jflaxer@golenbock.com; dfurth@golenbock.com; avassallo@golenbock.com

MOTLEY RICE LLC
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
ATTY FOR ASBESTOS TORT CLAIMANTS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464
jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com

SAUL EWING LLP
ATT: JEFFREY C. HAMPTON, ESQ.
ATTY FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA  19102
jhampton@saul.com

HISCOCK & BARCLAY, LLP
ATTN: SUSAN R. KATZOFF, ESQ.
ATTY FOR THE SCHAEFER GROUP INC.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY  13202
jlangan@hblaw.com, gstack@hblaw.com

MCKENNA LONG & ALDRIDGE LLP
ATT: JESSICA H. MAYES, ESQ.
ATTY FOR INDUSTRY CANADA
230 PARK AVENUE, SUITE 1700
NEW YORK, NY  10169
jmayes@mckennalong.com

FOLEY & LARDNER LLP
ATTN: JILL L. MUNCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL  60654
jmurch@foley.com; jlee@foley.com

BINGHAM MCCUTCHEN LLP
ATTN: JONATHAN B. ALTER, ESQ.
ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
ONE STATE STREET
HARTFORD, CT  06103
jonathan.alter@bingham.com

HAYNES AND BOONE LLP
ATT: JONATHAN HOOK, ESQ.
ATTY FOR AIRGAS, INC.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY  10020
jonathan.hook@haynesboone.com

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY  10153
JOSEPH.SMOLINSKY@WEIL.COM

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226
jplemmons2@dickinsonwright.com

HUNTER & SCHANK CO., LPA
ATT: JOHN J. HUNTER, JR., ESQ.
ATTY FOR ZF FRIEDRICHSHAFEN AG
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH  43604
jrhunter@hunterschank.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: JOSEPH R. SGROI, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI  48226
jsgroi@honigman.com

PORZIO BROMBERG & NEWMAN P.C.
ATT: JOHN MAIRO & ROBERT SCHECHTER
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ  07962
jsmairo@pbnlaw.com; rmschechter@pbnlaw.com

KEATING MUETHING & KLEKAMP PLL
ATTN: JASON V. STITT, ESQ.
ATTY FOR CINTAS CORPORATION
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH  45202
jstitt@kmklaw.com

HAYNES AND BOONE, LLP
ATTN: JUDITH ELKIN
ATTY FOR CEVA LOGISTICS
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY  10020
judith.elkin@haynesboone.com

KOHRMAN JACKSON & KRANTZ, PLL
ATT: JAMES W. EHRMAN, ESQ.
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH  44114
jwe@kjk.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTN: KIMBERLY A. BRENNAN, ESQ.
ATTY FOR DEALER TIRE, LLC
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH  44115
kab@mccarthylebit.com

FOLEY & LARDNER LLP
ATTN: JUDY A. O'NEILL, JOHN A. SIMON, KATHERINE R. CATANESE
ATTY FOR PEUGEOT JAPY INDUSTRIES S.A.
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226
joneill@foley.com; jsimon@foley.com; kcatanese@foley.com

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS & MICHAEL C. HAMMER
ATTY FOR MULTIMATIC, INC.
500 WOODWARD AVENUE, SUITE 400
DETROIT, MI  48226
jplemmons@dickinsonwright.com

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTN: JONATHAN I. RABINOWITZ, ESQ.
ATTY FOR THE RABINOWITZ FAMILY, LLC
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ  07039
jrabinowitz@rltlawfirm.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI  48226
JRumley@bcbsm.com

RIDDELL WILLIAMS P.S.
ATT: JOSEPH E. SHICKICH, ESQ.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA  98154
jshickich@riddellwilliams.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA  15219
JSTEMBER@STEMBERFEINSTEIN.COM

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI  48331
judith.adler@us.bosch.com

DECHERT LLP
ATTN: JULIET SARKESSIAN, ESQ.
ATTY FOR CDI CORPORATION
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA  19104
juliet.sarkessian@dechert.com

HARTER SECREST & EMERY LLP
ATT: JOHN WEIDER & INGRIDE PALERMO, ESQS.
ATTY FOR PADDOCK CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY  14604
jweider@hselaw.com; ipalermo@hselaw.com

HARTER SECREST & EMERY LLP
ATT: KENNETH W. AFRICANO & RAYMOND L. FUNK, ESQS.
ATTY FOR PADDOCK CHEVROLET, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY  14202
kafricano@hselaw.com; rfink@hselaw.com

DLA PIPER LLP
ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS
ATTY FOR HEWLETT PACKARD CO
550 S. HOPE STREET, SUITE 2300
LOS ANGELES, CA  90071
karol.denniston@dlapiper.com; jennifer.nassiri@dlapiper.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.
ATTY FOR DELPHI CORPORATION
FOUR TIMES SQUARE
NEW YORK, NY  10036
kayalyn.marafioti@skadden.com; gregory.fox@skadden.com

MATTA BLAIR, PLC
ATT: KELLIE M. BLAIR, ESQ.
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI  48302
kblair@mattablair.com

KELLEY DRYE & WARREN, LLP
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP
ENERGY CO.
101 PARK AVENUE
NEW YORK, NY  10178
KDWBankruptcyDepartment@kelleydrye.com

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
105 MAXESS ROAD
MELVILLE, NY  11747
KENNETH_FREDA@GARDENCITYGROUP.COM

REED SMITH LLP
ATT: KURT F. GWYNNE, ESQ.
ATTY FOR UNITED STATES STEEL CORPORATION
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE  19801
kgwynne@reedsmith.com

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA, ESQ.
ATTY FOR THE LENDER GROUP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
kkansa@sidley.com

BROWN & CONNERY, LLP
ATT: KENNETH J. SCHWEIKER, JR., ESQ.
ATTY FOR SAP AMERICA, INC.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ  08096
kschweiker@brownconnery.com

VENABLE LLP
ATTN: LAWRENCE A. KATZ, ESQ.
ATTY FOR RK CHEVROLET/RK AUTO GROUP
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA  22182
lakatz@venable.com

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA  91423
larrykraines@gmail.com

WHITE AND WILLIAMS LLP
ATTN: KAREL S. KARPE, ESQ.
ATTY FOR CISCO SYSTEMS, INC.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY  10119
karpek@whiteandwilliams.com

PEPPER-HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI  48243
kayesd@pepperlaw.com; kovskyd@pepperlaw.com

KELLEY DRYE & WARREN LLP
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER
CHRISTIAN, ESQS
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
101 PARK AVENUE
NEW YORK, NY  10178
KDWBankruptcyDepartment@kelleydrye.com

BLANK ROME LLP
ATT: REGINA STANGO KELBON, ESQ.
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ONE LOGAN SQUARE
PHILADELPHIA, PA  19103
Kelbon@blankrome.com

DICKINSON WRIGHT PLLC
ATT: KERRY MASTERS EWALD, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219
kewald@dickinsonwright.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTN: KATHLEEN H. KLAUS, ESQ.
ATTY FOR M-TECH ASSOCIATES
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI  48034
khk@maddinhauser.com

DRINKER BIDDLE & REATH LLP
ATT: KRISTEN K. GOING, ESQ.
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
1500 K STREET, N.W.
WASHINGTON, DC  20005
kristin.going@dbr.com

BASF
DR. KURT BOCK, CHAIRMAN AND CEO
100 CAMPUS DRIVE
FLORHAM PARK, NJ  07932
KURT.BOCK@BASF.COM

VENABLE LLP
ATT: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE
SUITE 300
VIENNA, VA  22182
lakatz@venable.com

GENERAL MOTORS CORPORATION
ATTN: LAWRENCE S. BUONOMO, ESQ.
300 RENAISSANCE CENTER
DETROIT, MI  48265
lawrence.s.buonomo@gm.com

STROBL & SHARP, P.C.
ATTN: LYNN M. BRIMER & MEREDITH M. MCKINZIE
ATTY FOR PIONEER STEEL CORPORATION
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS, MI  48304
lbrimer@stroblpc.com

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH  44114
ldpowar@hahnlaw.com, dademarco@hahnlaw.com

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL
ATTY FOR THE STATE OF NEBRASKA
2115 STATE CAPITOL BUILDING
LINCOLN, NE  68509
leslie.levy@nebraska.gov

THE DOW CHEMICAL COMPANY
ATTN: LEE H. SJOBERG, ESQ.
2030 DOW CENTER
MIDLAND, MI  48674
lhsjoberg@dow.com

RANDSTAD
MS.LINDA GALIPEAU, PRESIDENT - NORTH AMERICA
2015 SOUTH PARK PLACE
ATLANTA, GA  30339
LINDA.GALIPEAU@US.RANDSTAD.COM

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
lmagarik@kjmlabor.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATT: LESLIE STEIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075
lstein@seyburn.com

OFFICE OF THE OHIO ATTORNEY GENERAL
ATT: LUCAS WARD, ESQ.
ATTY FOR STATE OF OHIO
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH  43215
lucas.ward@ohioattorneygeneral.gov

PENSION BENEFIT GUARANTY CORPORATION
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,
RALPH L LANDY, MICHAEL A. MARICCO, ESQS.
1200 K STREET NW
WASHINGTON, DC  20005
maricco.michael@pbgc.gov

BARNES & THORNBURG LLP
ATTN: MARK R. OWENS, ESQ.
ATTY FOR HIRATA CORPORATION OF AMERICA
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN  46204
mark.owens@btlaw.com

CHEMICO SYSTEMS
LEON C. RICHARDSON, PRESIDENT
10 W.HURON, SUITE 300
PONTIAC, MI  48342
LCRICHARDSON@CHEMICOSYSTEMS.COM

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA  20191
Lee_Cooper@raytheon.com

SINGER & LEVICK P.C.
ATT: LARRY A. LEVICK, ESQ.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
16200 ADDISON ROAD, SUITE 140
ADDISON, TX  75001
levick@singerlevick.com

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: LINDA D'AMICO
420 MOUNTAIN AVENUE
MURRAY HILL, NJ  07640
linda.damico@hp.com

DANA HOLDING COMPANY
ATT: LISA WURSTER
4500 DORR STREET
TOLEDO, OH  43615
lisa.wurster@dana.com

ORRICK HERRINGTON & SUTCLIFFE LLP
ATT: LORRAINE MCGOWEN, ALYSSA ENGLUND, COURTNEY
ROGERS
ATTY FOR UNOFFICIAL GM DEALERS COMMITTEE
666 FIFTH AVENUE
NEW YORK, NY  10103
lmcgowen@orrick.com; aenglund@orrick.com; crogers@orrick.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.
ATTY FOR VERIZON CAPITAL CORPORATION
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX  75201
lstrubeck@fulbright.com, lboydston@fulbright.com

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTN: MAX A. MOSELEY, ESQ.
ATTY FOR SERRA CHEVROLET OF BIRMINGHAM, INC.
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM, AL  35209
mam@johnstonbarton.com

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX  78711
Mark.Browning@oag.state.tx.us

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATT: ROBERT COOPER & MARVIN CLEMENTS
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN  37202
marvin.clements@ag.tn.gov

U.S. TREASURY
ATTN: MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220
MATTHEW.FELDMAN@DO.TREAS.GOV

LEONARD, STREET AND DEINARD, PA
ATT: MATTHEW A. SWANSON, ESQ.
ATTY FOR QUADION CORP.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPLOIS, MN 55402
matthew.swanson@leonard.com

NEW YORK STATE DEPARTMENT OF LAW
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
Maureen.Leary@oag.state.ny.us

COVINGTON & BURLING LLP
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
ATTY FOR UNION PACIFIC RAILROAD COMPANY
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
mbaxter@cov.com

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
mchammer3@dickinsonwright.com

INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
ATTY FOR INTERNATIONAL UNION, UAW
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
memberservices@iuawfcu.com, nganatra@uaw.net

RICHARDS KIBBE & ORBE LLP
ATT: MICHAEL FRIEDMAN & KEITH SAMBUR
ATTY FOR AVERITT EXPRESS INC.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
mfriedman@rkollp.com; ksambur@rkollp.com

LECLAIRRYAN P.C
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
ATTY OF HONEYWELL INTERNATIONAL INC.
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022
michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

HEWLETT -PACKARD DEVELOPMENT COMPANY, L.P.
MIKE NEFKENS, VICE PRESIDENT
500 RENAISSANCE CENTER, MC:20A
DETROIT, MI 48243
MIKE.NEFKENS@EDS.COM

VEDDER PRICE P.C.
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN, ERIN ZAVALKOFF-BABEJ
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
MJEdelman@vedderprice.com; MSchein@vedderprice.com; Ezavalkoff-babej@vedderprice.com

HAYNES AND BOONE, LLP
ATTN: MATTHEW E. RUSSELL, ESQ.
ATTY OFR EXXON MOBIL CORPORATION
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK, NY 10020
matthew.russell@haynesboone.com

LEONARD, STREET AND DEINARD, PA
ATTN: MATTHEW A. SWANSON, JAMES J. BERTRAND, ROBERT T. KUGLER & JACOB
150 SOUTH FIFTH STREET SUITE 2300
MINNEAPOLIS, MN 55402
matthew.swanson@leonard.com

BODMAN LLP
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI 48226
mbakst@bodmanllp.com

WINSTON & STRAWN LLP
ATTN: MATTHEW J. BOTICA & MINDY D. COHN & CAREY D. SCHREIBER
ATTY FOR ASPEN MARKETING SERVICES, INC.
35 WEST WACKER DRIVE
CHICAGO, IL 60601
mbotica@winston.com; mcohn@winston.com

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE, ESQ.
ATTY FOR BORGWARNER, INC.
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075
mcruse@wnj.com

LOWENSTEIN SANDLER PC
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

LECLAIRRYAN, PC
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
ATTY OF TENNECO INC.
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022
michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

OHIO ATTORNEY GENERAL
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY ("OEPA")
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH 43215
Michelle.sutter@ohioattorneygeneral.gov

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
MJEDELMAN@VEDDERPRICE.COM

GIBSON, DUNN & CRUTCHER LLP
ATT: MATTHEW J. WILLIAMS, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVENUE
NEW YORK, NY 10166
mjwilliams@gibsondunn.com

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179
mkilgore@up.com

IVEY, BARNUM AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
ATTY FOR SONIC AUTOMOTIVE, INC.
170 MASON STREET
GREENWICH, CT 06830
mneier@ibolaw.com

DYNAMIC MANUFACTURING
MRS. MARY PARTIPILO, CEO
1930 N. MANNHEIM ROAD
MELROSE PARK, IL 60160
MPARTIPILO@DMIMAIL.COM

PATTON BOGGS LLP
ATTN: MICHAEL RICHMAN, MARK SALZBERG MELISSA IACHAN
1185 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY 10036
mrichman@pattonboggs.com; msalzberg@pattonboggs.com;
miachan@pattonboggs.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
mschonfeld@gibsondunn.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTN: MICHAEL S. LIEB, ESQ.
ATTY FOR SOUTH TROY TECH, LLC
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
msl@maddinhauser.com

STITES & HARBISON PLLC
ATT: ROBERT C. GOODRICH & MADISON L. MARTIN
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
424 CHURCH STREET, SUITE 1800
NASHVILLE, TN 37219
nashvillebankruptcyfilings@stites.com

FARELLA BRAUN & MARTEL LLP
ATT: NEIL A. GOTEINER, ESQ.
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
ngoteiner@fbm.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATT: NORMAN W. BERNSTEIN, ESQ.
ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL
CORP SITE TRUST FUND
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY 10573
nwbernstein@nwbllc.com

HAYNES AND BOONE LLP
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
ATTY FOR AIRGAS, INC.
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com

ERVIN COHEN & JESSUP LLP
ATTN: MICHAEL S. KOGAN & PETER JAZAYERI
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY
CHEVROLET
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212
mkogan@ecjlaw.com; pjazayeri@ecjlaw.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: MICHAEL M. PARKER, ESQ.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TX 78205
mparker@fulbright.com

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
mrichards@blankrome.com

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
MSCHEIN@VEDDERPRICE.COM

MICHAEL S. HOLMES, P.C.
ATT: MICHAEL S. HOLMES, ESQ.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX 77007
msholmes@cowgillholmes.com

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
mweinczok@casselsbrock.com

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATT: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND
FINANCE
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271
neal.mann@oag.state.ny.us

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
ATTY FOR STEVEN KAZAN, ESQ.
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
nramsey@mmwr.com; joneil@mmwr.com

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N.
HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY 10169
OSHR-GM-bk@oshr.com

BIALSON, BERGEN & SCHWAB
ATTN: PATRICK M. COSTELLO & THOMAS M. GAA
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306
patrick@bbslaw.com; tom@bbslaw.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATT: PETER J. HALEY, ESQ.
ATTY FOR MICHELIN TIRE CORP.
ONE BOSTON PLACE
BOSTON, MA  02108
peter.haley@nelsonmullins.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
399 PARK AVENUE
NEW YORK, NY  10022
philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATT: PAUL J. PASCUZZI, ESQ.
ATTY FOR THE MCCLATCHY COMPANY
400 CAPITAL MALL, SUITE 1450
SACRAMENTO, CA  95814
ppascuzzi@ffwplaw.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA  02111
pricotta@mintz.com

DOW AUTOMOTIVE
MR. PETER SYKES, PRESIDENT
2-2-24 HIGASHI-SHINAGAWA
SHINAGAWA-KU, TOKYO 140-8617
PSYKES@DOW.COM

CAPLIN & DRYSDALE, CHARTERED
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON, DC  20005
pvnl@capdale.com, rer@capdale.com, tws@capdale.com

BUTZEL LONG, P.C
ATT:THOMAS B. RADOM & MAX J. NEWMAN
ATTY FOR TK HOLDINGS;IRVIN AUTOMOTIVE PRODUCTS; TAKATA PETRI AG
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI  48304
radom@butzel.com ; newman@butzel.com

BUTZEL LONG, PC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
ATTY FOR INTEVA PRODUCTS, LLC
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI  48304
radom@butzel.com; newman@butzel.com

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING, MI  48909
raterinkd@michigan.gov

BAKER & HOSTETLER LLP
ATT: RICHARD BERNARD, ESQ.
ATTY FOR B&H CREDITORS
45 ROCKEFELLER PLAZA
NEW YORK, NY  10111
rbernard@bakerlaw.com

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX  76161
Peter.Lee@bnsf.com

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY  10017
PPANTALEO@STBLAW.COM

COOLIDGE WALL CO., L.P.A.
ATT: RONALD S. PRETEKIN, ESQ.
ATTY FOR HARCO MANUFACTURING GROUP LLC
33 WEST FIRST STREET, SUITE 600
DAYTON, OH  45402
pretekin@coollaw.com

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL
ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY
P.O. BOX 30736
LANSING, MI  48909
przekopshaws@michigan.gov

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY  10022
ptrostle@jenner.com

KERR, RUSSELL AND WEBER, PLC
ATT: P. WARREN HUNT, ESQ. & JAMES DELINE
ATTY FOR AVL AMERICAS, INC.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226
pwh@krwlaw.com

BUTZEL LONG, PC
ATT: THOMAS B. RADOM & MAX J. NEWMAN, ESQ.
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI  48304
radom@butzel.com ; newman@butzel.com

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BOULEVARD
MAIL STOP 314
BOISE, ID  83714
Ramona.neal@hp.com

WARREN, DRUGAN & BARROWS, P.C.
ATT: ROBERT L. BARROW, ESQ.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY
800 BROADWAY
SAN ANTONIO, TX  78215
rbarrows@wdblaw.com; rbarrows800@gmail.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY  10017
rbrown@brownwhalen.com

THOMPSON COBURN LLP
ATTN: ROBERT H. BROWNLEE, ESQ.
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO 63101
rbrownlee@thompsoncoburn.com

BRACEWELL & GIULIANI LLP
ATT: RENEE DAILEY
ATTY FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT 06103
renee.dailey@bgllp.com

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTN: ROBERT J. FIGA, ESQ.
ATTY FOR GEORGE P. JOHNSON COMPANY (GPJ)
100 W. BIG BEAVER ROAD, SUITE 385
TROY, MI 48084
rfiga@comlawone.com

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
RFRANKEL@ORRICK.COM

FRIEDLANDER MISLER, PLLC
ATTN: ROBERT E. GREENBERG, ESQ.
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC 20036
rgreenberg@dclawfirm.com

SCHAFER AND WEINER, PLLC
ATT: RYAN D. HEILMAN, ESQ.
ATTY FOR HIROTEC AMERICA
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304
rheilman@schaferandweiner.com; glee@schaferandweiner.com

FOLEY & LARDNER LLP
ATT: ROBERT H. HUEY, ESQ.
ATTY FOR TOYOTA MOTOR CORPORATION
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC 20007
rhuey@foley.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATT: RICHARD L. EPLING & ERICA E. CARRIG
ATTY FOR FINANCIAL ENGINES ADVISORS L.L.C.
1540 BROADWAY
NEW YORK, NY 10036
richard.epling@pillsburylaw.com ; erica.carrig@pillsburylaw.com

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA 23451
rkcsi@rkautogroup.net

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA 01252
rmallenski@aol.com

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
ATTN: ROBERT C. POTTINGER, ESQ.
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL 61108
rcpottinger@bslbv.com

DEBEVOISE & PLIMPTON LLP
ATT: RICHARD F. HAHN, ESQ.
ATTY FOR THE HERTZ CORPORATION
919 THIRD AVENUE
NEW YORK, NY 10022
rfhahn@debevoise.com

HARTER SECREST & EMERY LLP
ATT: RAYMOND L. FINK, ESQ.
ATTY FOR SATURN OF ROCHESTER, INC.
TWELVE FOUNTAIN PLAZA, SUITE 400
BUFFALO, NY 14202
rfink@hselaw.com

CLARK HILL PLC
ATTN: ROBERT D. GORDON, ESQ.
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI 48009
rgordon@clarkhill.com

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC 20036
rgriffin@iuoe.org

EDWARDS ANGELL PALMER & DODGE LLP
ATT: RICH HIERSTEINER, J. DARCEY, A. ZUCCARELLO, J. GROVES,
C. BODELL & J. WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA 02199
rhiersteiner@eapdlaw.com; jdarcey@eapdlaw.com;
azuccarello@eapdlaw.com; jgroves@eapdlaw.com; cbodell@eapdlaw.com;
iwhitlock@eandlaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: RICHARD L. EPLING, KAREN B. DINE, ERICA E. CARRIG
ATTY FOR LMC PHASE II, L.L.C.
1540 BROADWAY
NEW YORK, NY 10036
richard.epling@pillsburylaw.com; karen.dine@pillsburylaw.com;
erica.carrig@pillsburylaw.com

RICHARD W. MARTINEZ, APLC
ATT: RICHARD W. MARTINEZ, ESQ.
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE
COMPONENTS, LLC
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130
richardnotice@rwmaplc.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
RLINCER@CGSH.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
ATTY FOR ARAMARK HOLDINGS CORPORATION
1701 MARKET STREET
PHILADELPHIA, PA 19103
rmauceri@morganlewis.com

DAY PITNEY
ATT: RICHARD M. METH, ESQ.
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
P.O. BOX 1945
MORRISTOWN, NJ  07962
rmeth@daypitney.com; msteen@daypitney.com

DAY PITNEY LLP
ATT: RICHARD M. METH, ESQ.
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
200 CAMPUS DRIVE
FLORHAM PARK, NJ  07932
rmeth@daypitney.com; msteen@daypitney.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATT: SUSAN I. ROBBINS, ESQ.
ATTY FOR LANSING BOARD OF WATER & LIGHT
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK, NY  10110
robbins@millercanfield.com

BINGHAM MCCUTCHEN LLP
ATT ROBERT M DOMBROFF & JEFFREY S SABIN, ESQ.
ATTY FOR DEUTSCHE BANK AG
399 PARK AVENUE
NEW YORK, NY  10022
robert.dombroff@bingham.com; jeffrey.sabin@bingham.com

LATHAM & WATKINS LLP
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING
CO., INC.
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY  10022
Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com

VINSON & ELKINS L.L.P.
ATT: RONALD L. ORAN, ESQ.
ATTY FOR AM GENERAL LLC; AND GENERAL ENGINE PRODUCTS
LLC
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY  10103
roran@velaw.com

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATT: RUSSELL P. MCRORY, ESQ.
ATTY FOR SATURN OF HEMPSTEAD, INC.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY  10105
rpm@robinsonbrog.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTN: ROBERT R. KRACHT, ESQ.
ATTY FOR DEALER TIRE, LLC
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH  44115
rrk@mccarthylebit.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT  06513
rrm_narumanchi@hotmail.com

FEDERAL EXPRESS CORPORATION
ATTN: ROBERT R. ROSS
3620 HACKS CROSS ROAD
BUILDING B - 2ND FLOOR
MEMPHIS, TN  38125
rrross@fedex.com

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI  48071
rsmith@cniinc.cc

KAYE SCHOLER LLP
ATT: RICHARD G. SMOLEV & LAUREN ATTARD
ATTY FOR PHILLIP MORRIS CAPITAL CORP
425 PARK AVENUE
NEW YORK, NY  10022
rsmolev@kayescholer.com; lattard@kayescholer.com

MYERS & FULLER, P.A.
ATT: RICHARD SOX, ESQ.
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS
ASSOCIATION
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL  32308
rsox@dealerlawyer.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY  10178
RTODER@MORGANLEWIS.COM

MUNSCH HARDT KOPF & HARR, P.C.
ATT: RAYMOND J. URBANIK, ESQ.
ATTY FOR COMPUTER SCIENCES CORPORATION
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS, TX  75201
rurbanik@munsch.com

CANON U.S.A., INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY  11042
rweinstein@cusa.canon.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: ROBERT B. WEISS, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI  48226
rweiss@honigman.com

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC  20005
RWYRON@ORRICK.COM

FOLEY & LARDNER LLP
ATTN: SALVATORE A. BARBATANO, JOHN A. SIMON, KATHERINE R.
CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226
sbarbatano@foley.com; jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226
sbarbatano@foley.com; maiello@foley.com

FOLEY & LARDNER LLP
ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER
ATTY FOR PETERSON AMERICAN CORPORATION
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
sbarbatano@foley.com; shilfinger@foley.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTN: SUSAN M. COOK, ESQ.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
scook@lambertleser.com

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATT: SAM DELLA FERA, JR., ESQ.
ATTY FOR SIKA CORPORATION
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ 07052
sdellafera@trenklawfirm.com

CONNELL FOLEY LLP
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF
AMERICA
888 SEVENTH AVENUE
NEW YORK, NY 10106
sfalanga@connellfoley.com; chemrick@connellfoley.com

STEVENSON & BULLOCK PLC
ATTN: SONYA N. GOLL, ESQ.
ATTY FOR FATA AUTOMATION, INC.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD, MI 48076
sgoll@sbplclaw.com

WARNER NORCROSS & JUDD LLP
ATTN: STEPHEN B. GROW, ESQ.
ATTY FOR GHSP, INC.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
sgrow@wnj.com

LEVY RATNER P.C.
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
ATTY FOR UNITED STEELWORKERS
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011
shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com

FOLEY & LARDNER LLP
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON, KATHERINE R.
CATANESE
ATTY FOR INTRA CORPORATION
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY & ERIC B. FISHER
ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA
PETRI
380 MADISON AVENUE
NEW YORK, NY 10017
sidorsky@butzel.com ; fishere@butzel.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
sjennik@kjmlabor.com

BUCHALTER NEMER, PC
ATT: SHAWN M. CHRISTIANSON, ESQ.
ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105
schristianson@buchalter.com

SHIVELY BROTHERS
SCOTT SHIVELY, CEO
2919 S.GRAND TRAVERSE ST
FLINT, MI 48507
SCOTTS@SHIVELYBROS.COM

MISSOURI DEPARTMENT OF REVENUE
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY, MO 65105
sdnyecf@dor.mo.gov

DILWORTH PAXSON LLP
ATTN: SCOTT J. FREEDMAN, ESQ.
LIBERTYVIEW - SUITE 700
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
sfreedman@dilworthlaw.com

HODGSON RUSS LLP
ATTN: STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES
LLC
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165
sgross@hodgsonruss.com; mbass@hodgsonruss.com

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATT: ANDREA SHEEHAN, ESQ.
ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205
sheehan@txschoollaw.com

FOLEY & LARDNER LLP
ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI, JOHN A. SIMON
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC
AUTOMOTIVE ELECTR
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com

DECHERT LLP
ATTN: SHMUEL VASSER, ESQ.
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND
AFFILIATES
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
shmuel.vasser@dechert.com

BUTZEL LONG, PC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
ATTY FOR INTEVA PRODUCTS, LLC
380 MADISON AVENUE
NEW YORK, NY 10017
sidorsky@butzel.com; fishere@butzel.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN,
S.C.
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
sjg@previant.com

COVINGTON & BURLING LLP
ATTN: SUSAN POWER JOHNSTON, ESQ.
ATTY FOR UNION PACIFIC RAILROAD COMPANY
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
sjohnston@cov.com

ZEICHNER ELLMAN & KRAUSE LLP
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO
AMERICA, INC
575 LEXINGTON AVENUE
NEW YORK, NY 10022
skrause@zeklaw.com; bleinbach@zeklaw.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATT: SEAN A. O'NEAL, ESQ.
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
soneal@cgsh.com

WINSTON & STRAWN LLP
ATTN: STEVEN M. SCHWARTZ
ATTY FOR CAPGEMINI AMERICA, INC.
200 PARK AVENUE
NEW YORK, NY 10166
sschwartz@winston.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
sshimshak@paulweiss.com; pweintraub@paulweiss.com

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
STEPHEN.KAROTKIN@WEIL.COM

ARENT FOX LLP
ATT: JAMES M. SULLIVAN, ESQ.
ATTY FOR TIMKEN COMPANY
1675 BROADWAY
NEW YORK, NY 10019
sullivan.james@arentfox.com

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATT: MICHAEL REED, ESQ.
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
P.O. BOX 1269
ROUND ROCK, TX 78680
sveselka@mvbalaw.com, mreed@mvbalaw.com, dgoff@mvbalaw.com

KUPELIAN ORMOND & MAGY, P.C.
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW
SCHLEGEL
ATTY FOR LA PRODUCTIONS, LLC
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFILED, MI 48075
tah@kompc.com; dmb@kompc.com; psm@kompc.com; mws@kompc.com

STAHL COWEN CROWLEY ADDIS LLC
ATT: TRENT P. CORNELL, ESQ.
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE,
LLC
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603
tcornell@stahlcowen.com

COLE, SCHOTZ, MEISEL FORMAN & LEONARD, P.A.
ATT: STUART KOMROWER, ESQ.
ATTY FOR KRUSE TECHNOLOGY PARTNERSHIP
COURT PLAZA NORTH
25 MAIN STREET
HACKENSACK, NJ 07601
skomrower@coleschotz.com

MATTA BLAIR, PLC
ATT: STEVEN A. MATTA, ESQ.
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI 48302
smatta@mattablair.com

PROSKAUER ROSE LLP
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
ATTY FOR STATE STREET BANK AND TRUST CO
1585 BROADWAY
NEW YORK, NY 10036
srutsky@proskauer.com; aberkowitz@proskauer.com

HERRICK, FEINSTEIN LLP
ATT: STEPHEN B. SELBST & PAUL RUBIN
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
2 PARK AVENUE
NEW YORK, NY 10016
sselbst@herrick.com; prubin@herrick.com

DRINKER BIDDLE & REATH LLP
ATT: STEPHANIE WICKOUSKI, ESQ., KIRSTIN K. GOING
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
140 BROADWAY, 39TH FLOOR
NEW YORK, NY 10005
stephanie.wickouski@dbr.com

STREUSAND & LANDON, LLP
ATTN: SABRINA L. STREUSAND, ESQ.
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES
LLC
515 CONGRESS STREET, STE 2523
AUSTIN, TX 78701
streusand@streusandlandon.com

NEW YORK STATE DEPARTMENT OF LAW
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
Susan.Taylor@oag.state.ny.us

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
swansonm@millercanfield.com

JTEKT AUTOMOTIVE
MOTOHIKO YOKOYAMA, CEO
15TH FLOOR MIDLAND SQUARE, 4-7-1 MEIEKI
NAGOYA HEAD OFFICE
NAKAMURA-KU, NAGOYA, JAPAN, 450-8515
TAKAYA_YAMADA@JTEKT.CO.JP

HINCKLEY, ALLEN & SNYDER LLP
ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V
DORAN
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-GMAC
CO, LLC
28 STATE STREET
BOSTON, MA 02109
tcurran@haslaw.com

SAUL EWING LLP
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE  19899
tcurrier@saul.com

DURA AUTOMOTIVE
TIM LEULIETTE, CHAIRMAN
2791 RESEARCH DRIVE
ROCHESTER HILLS, MI  48309
TIM@LEULIETTEPARTNERS.COM

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY  10003
tmurray@kjmlabor.com

HUNTER & SCHANK CO., LPA
ATT: THOMAS J. SCHANK, ESQ.
ATTY FOR ZF FRIEDRICHSHAFEN AG
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH  43604
tomschank@hunterschank.com

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW,
LLP
ATT: TERESA SADUTTO-CARLEY, ESQ.
ATTY FOR CANON FINANCIAL SERVICES, INC.
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY  10018
tsadutto@platzerlaw.com

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ.
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
52 EAST GAY STREET
COLUMBUS, OH  43215
tscobb@vorys.com

FOLEY & LARDNER LLP
ATTN: THOMAS B. SPILLANE, JOHN A. SIMON, KATHERINE R.
CATANESE
ATTY FOR TECHNOLOGY INVESTMENT PARTNERS, LLC
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226
tspillane@foley.com; jsimon@foley.com; kcatanese@foley.com

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY  10004
ustrustee.program@usdoj.gov

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH  45202
victoria.garry@ohioattorneygeneral.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DR.
DIMONDALE, MI  48821
wcinfo@michigan.gov

PENSKE LOGISTICS
MR. TERRY MILLER, CEO
PO BOX 563
READING, PA  19603
TERRY.MILLER@PENSKE.COM

RHOADES MCKEE
ATTN: TERRY L. ZABEL, ESQ.
ATTY FOR BAY LOGISTICS, INC.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI  49503
tlzabel@rhoadesmckee.com

COBASYS
MR. TOM NESLAGE, PRESIDENT & CEO
3740 LAPEER RD. SOUTH
ORION, MI  48359
TNESLAGE@COBASYS.COM

PEPPER HAMILTON LLP
ATT: EDWARD C. TOOLE & LINDA J. CASEY
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY
COMPANY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA  19103
toolee@pepperlaw.com; caseyl@pepperlaw.com

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100
TORONTO, ONTARIO M5X 1B8
tsandler@osler.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: TRICIA A. SHERICK, ESQ.
ATTY FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI  48226
tsherick@honigman.com

WILLIAM T. GREEN, III, P.C.
ATT: WILLIAM T. GREEN III, ESQ.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX  77046
uncbill@msn.com

FOLEY & LARDNER LLP
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
ATTY FOR TOYOTA MOTOR CORPORATION
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA  92101
vavilaplana@foley.com; mriopelle@foley.com

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI  48909
wcainfo@michigan.gov

BAKER & HOSTETLER LLP
ATTN: WENDY J. GIBSON, ESQ.
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH  44114
wgibson@bakerlaw.com

**BUSH FEYFERTH & PAIGE PLLC**
**ATT: SCOTT A. WOLFSON, ESQ.**
**ATTY FOR GUARDIAN INDUSTRIES CORP.**
**3001 W. BIG BEAVER ROAD, SUITE 600**
**TROY, MI  48084**
**wolfson@bsplaw.com**

**BUSH SEYFERTH & PAIGE PLLC**
**ATT: SCOTT A. WOLFSON, ESQ.**
**ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC.**
**3001 W. BIG BEAVER ROAD, SUITE 600**
**TROY, MI  48084**
**wolfson@bsplaw.com**

**STEMBER FEINSTEIN DOYLE & PAYNE, LLC**
**ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING,**
**J. HURT**
**429 FORBES AVENUE**
**ALLEGHENY BUILDING STE 1705**
**PITTSBURGH, PA  15219**
**wpayne@stemberfeinstein.com**

Exhibit B

PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
DALSEO-GU
TAEGU, KOREA
011-82-53-350-6106

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220
202-622-6415

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC  20549
202-772-9371

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY  10007
212-436-1931

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY  10007
212-637-2685

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA  19114
215-516-2555

SCHOENL KEVIN M
SCHOENL, CONNIE
99 MARETTA RD
ROCHESTER, NY  14624
215-751-2205

EATON CORPORATION
1111 SUPERIOR AVENUE
CLEVELAND, OH  44114
216-523-4787

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER, 127 PUBLIC SQUARE
CLEVELAND, OH  44114
216-575-0799

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI, MI  48377
248-624-8597

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE, CA  90504
310-370-4230

TOYOTA MOTOR SALES U.S.A, INC.
ATT: TOBIN LIPPERT
19001 SOUTH WESTERN AVE, HQ12
TORRANCE, CA  90509
310-381-7688

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI  48226
313-234-2800

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI  48214
313-823-6016

MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-GMC,
INC.
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT, NY  14450
315-331-8421

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI  53202
414-297-4900

TORRES EDWARD ZUNIGA
BERMUDEZ, GENOVEVA
C/O COHEN & ASSOCIATES
8710 E VISTA BONITA DR
SCOTTSDALE, AZ  85255
480-515-4744

SATURN OF ROCHESTER, INC.
ATT: DAVID P. STOETZEL
770 PANORAMA TRAIL SOUTH
P.O. BOX 25427
ROCHESTER, NY  14625
507-289-3930

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY  12205
518-457-0617

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
519-969-0063

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY  14428
585-293-1884

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY 14625
585-586-3492

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN, MI  49417
616-846-3464

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
ATT: GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA  2110
617-574-4112

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX  77007
713-331-3057

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY  14217
716-876-4016

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI 48150
734-855-2999

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX  78505
956-686-1623

ANNA AGUILAR
521 FIFTH AVENUE
SUITE 3300
NEW  YORK, NY 10175
646-924-0599

BERT S. AND NANCY CRANE
BERT CRANE RANCHERS
5500 SOUTH BEAR CREEK SRIVE
MERCED, CA 95340
209-722-8803

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR., PRESIDENT
3100 WINTON ROAD SOUTH
ROCHESTER, NY 14623
585-427-8430

GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI  49417
616-842-7230

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
ATT: DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA  2110
617-574-4112

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN  55121
651-454-4999

TEAM CHEVROLET, INC.
ATT: THOMAS STEIGERWALD, VICE PRESIDENT
ROUTE 16
OLEAN, NY  14760
716-373-6377

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY  11201
718-403-3650

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX  78521
830-965-1441

ALSTON & BIRD LLP
ATTY FOR BUEHLER MOTOR GMBH, ATTN J. WILLIAM BOONE
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309
404-881-7777

BAZELON LESS & FELDMAN, P.C
ATTY FOR ESIS, INC
ATTN: JEFFREY A. LESS, ESQUIRE AND JENNIFER L. HOAGLAND,
ESQUIRE, HELEN HEIFETS, ESQUIRE
1515 MARKET ST., SUITE 700
PHILADEPHIA, PA 19102
215-568-9319

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTORNEYS FOR TRAFFIC MARKETPLACE, INC.
ATTN: THOMASS; MAX JONATHAN NEWMAN
41000 WOODWARD AVENUE, STONERIDGE WEST
BLOOMFIELD HILLS, MI 48304
248-258-1439

DRINKER BIDDLE & REATH LLP
ATTY FOR PENSKE LOGISTICS AUTOMOTIVE COMPONENT
CARRIER LLC
ATTN: ANDREW C. KASSNER AND DAVID B. AARONSON
18TH & CHERRY STREETS
PHILADELPHIA, PA 19103
215-988-2757

FLORIDA ATTORNEY GENERAL BILL MCCOLLUM
ATTY FOR STATE OF FLORIDA
ATTN: RUSSELL S. KENT AND ASHLEY E. DAVISOFFICE OF
ATTORNEY GENERAL
PL-01, THE CAPITOL
TALLAHASSEE, FL 32399
850-488-9134

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
414-297-4900

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
313-234-2800

HANGLEY ARONCHICK SEGAL & PUBLIN
ATTY FOR NCR CORPORATION
ATTN: MATTHEW A. HAMERMESH AND JOSEPH A. DWORETZKY
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103
215-568-0300

INGRAM YUZEK GAINEN CARROLL &BERTOLOTTI, LLP
ATTY FOR SHEPARDSON STERN & KAMINSKY, LLC
ATTN: DAVID G. EBERT
250 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10177
212-907-9681

KLEINBERG, KAPLAN, WOLF & COHEN, P.C
ATTY FOR ATMOS ENERGY MARKETING ,LLC AND ATMOS ENERGY
CORP
ATTN: JAMES M. WILTON & JAMES A. WRIGHT III
551 FIFTH AVENUE
NEW YORK, NY 10176
212-986-8866

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
ATTY FOR CENTERPOINT ENERGY SERVICES, INC
ATTN: RUSSELL R. JOHNSON III, ESQ. AND JOHN M. MERRITT, ESQ.
2258 WHEATLANDS DRIVE
MANAKIN-SABOT, VA 23103
804-749-8862

MICHAEL G. GALLACHER, ESQUIRE
436 JEFFERSON AVENUE
SCRANTON, PA 18510
570-961-3242

MUNSCH HARDT KOPF & HARR, P.C.
ATTY FOR ATMOS ENERGY MARKETING , LLC AND ATMOS ENERGY
CORP.
ATTN: JOE E. MARSHALL & MATTHEW J. GOLD
3800 LINCOLN PLAZA, 500 N. AKARD STREET
DALLAS, TX 75201
214-978-4365

ELIZABETH BANDA
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.P.,
SBN:24012238
4025 WOODLAND PARK BLVD., SUITE 300
ARLINGTON, TX 76013
817-860-6509

FOLEY & LARDNER LLP
ATTY FOR WEBASTO FAHRZEUGTECHNIK AND WEBASTO ROOF
SYSTEMS INC.
ATTN: FRANK W. DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
414-297-4900

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
414-297-4900

GEOFFREY S. WAY, CHIEF COUNSEL
TODD M. BAILEY, TAX COUNSEL IV
CALIFORNIA FRANCHISE TAX BOARD
P.O. BOX 1720, MS:A-260
RANCHO CORDOVA, CA 95741
916-855-5607

HARTER SECREST & EMERY LLP
ATTY FOR ULTRALIFE CORPORATION
ATTN: JOHN R. WEIDER, RAYMOND L. FINK, INGRID SCHUMANN
PALERMO
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604
585-232-2152

J. TED DONOVAN, ESQ.
ATTY FOR ARLINGTON ISD, ET AL.
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
1501 BROADWAY, 22ND FLOOR
NEW YORK, NY 10036
212-422-6836

LAKINCHAPMAN LLC
ATTORNEY FOR SATURN CONSUMERS
ATTN: MARK L. BROWN
300 EVANS AVENUE, PO BOX 229
WOOD RIVER, IL 62095
618-254-0193

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR SHREVEPORT RED RIVER UTILITIES, LLC
ATTN: JIL MAZER-MARINO AND THOMAS R. SLOME
990 STEWART AVENUE, SUITE 300  P.O. BOX 9194
GARDEN CITY, NY 11530
516-741-6706

MISSISSIPPI STATE TAX COMMISSION
ATTN: KENITTA FRANKLIN TOOLE, STAFF ATTORNEY
P.O. BOX 1033
JACKSON, MS 39225
601-923-7423

OFFICE OF THE COUNTY COUNSEL- COUNTY OF SANTA CLARA
ANN MILLER RAVEL, COUNTY COUNSEL
NEYSA A. FLIGOR, DEPUTY COUNTY COUNSEL
70 WEST HEDDING STREET, EAST WING, NINTH FLOOR
SAN JOSE, CA 95110
408-292-7240

OHIO ASSISTANT ATTORNEY GENERAL
ATTY FOR OHIO DEPARTMENT OF PUBLIC SAFETY
ATTN: RONN ROSENBLUM
150 EAST GAY STREET, 21ST FL
COLUMBUS, OH 43215
877-591-5768

OHIO ASSISTANT ATTORNEY GENERAL
ATTY FOR BUREAU OF MOTOR VEHICLES
ATTN: JOHN PATTERSON
30 EAST BROAD STREET, 26TH FL
COLUMBUS, OH 43215
866-400-4889

PHILLIPS, GOLDMAN & SPENCE , P.A
ATTY FOR GLENN & ANGELA URQUHART AS TRUSTEE OF CERTAIN TRUST FOR THE
ATTN: JOHN C. PHILLIPS
1200 N. BROOM STREET
WILMINGTON, DE 19806
302-655-4210

PHILLIPS, GOLDMAN & SPENCE , P.A
ATTY FOR GLENN & ANGELA URQUHART AS TRUSTEE OF CERTAIN TRUST FOR THE
ATTN: STEPHEN W. SPENCE, ESQ.
1200 N. BROOM STREET
WILMINGTON, DE 19806
302-655-4210

QUARLES & BRADY LLP
ATTY FOR MODINE MANUFACTURING COMPANY
ATTN: CHRISTOPHER COMBEST
300 NORTH LASALLE STREET SUITE 4000
CHICAGO, IL 60654
312-715-5155

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC,
ATTN; MICHAEL FRIEDMAN & KEITH N. SAMBUR
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
212-530-1801

ROPES & GRAP LLP
ATTY FOR CROSS COUNTRY MOTOR CLUB OF CALIFORNIA, INC.
ATTN : JAMES M. WILTON & JAMES A. WRIGHT III
ONE INTERNATIONAL PLACE
BOSTON, MA 02110
617-951-7050

SIDLEY AUSTIN LLP
ATTY FOR WHITE MARSH/MEPHIS SECURED LENDERS
ATTN: TERESA H. CHAN
787 SEVENTH AVENUE
NEW YORK, NY 10019
212-839-5599

WASSERMAN GRUBIN & ROGERS, LLP
ATTY FOR ESIS, INC
ATTN: ANDREW K. LIPETZ
1700 BROADWAY, 42ND FLOOR
NEW YORK, NY 10019
212-956-5255

WASSERMAN GRUBIN & ROGERS, LLP
ATTY FOR ACE AMERICA INSURANCE COMPANY,ET AL
ATTN: ANDREW K. LOPETZ, ESQUIRE
1700 BROADWAY, 42ND FLOOR
NEW YORK, NY 10019
212-956-5255

YABLONSKY & ASSOCIATES, LLC
ATTY FOR GABRIEL YZARRA
ATTN: DANIEL J. YABLONSKY, ESQ.
1430 ROUTE 23 NORTH
WAYNE, NY 07470
973-686-3801

Exhibit C

A. DESTEFF
72 CIRCLE DR
PATCHOGUE, NY 11772

ABDUL R KIWAN &
NAJIEH M KIWAN TEN ENT
707 JACKSON BLVD
BEL AIR, MD 21014

ADRIENNE & HOWARD GOLDNER
2847 LEXINGTON LANE
HIGHLAND PARK, IL 60035

ADVANCEMENT LLC
32200 SOLON ROAD
SOLON, OH 44139

AGOSTO EDWIN
AGOSTO, EDWIN
445 PARK AVE FL 10
NEW YORK, NY 10022

ALBERT L BURDICK
4232 COUNTY RD 18
CANANDAGUIA, NY 14424

ALLARD & FISH, P.C.
ATTN: DEBORAH L. FISH
2600 BUHL BUILDING
535 GRISWOLD
DETROIT, MI 48226

ALSTON & BIRD LLP
J. WILLIAM BOONE
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309

ALSTON & BIRD LLP
ATTENTION: J. WILLIAM BOONE
90 PARK AVENUE
ATTORNEY FOR BUEHLER MOTOR GMGH
NEW YORK, NY 10016

ALSTON & BIRD LLP
ATTORNEY FOR AUTOLIV ASP, INC.
90 PARK AVENUE
DENNIS J. CONNOLLY
NEW YORK, NY 10016

ALSTON & BIRD LLP
ATTN: DENNIS J. CONNOLLY
1201 WEST PEACHTREE STREET
ONE ATLANTIC CENTER
ATLANTA, GA 30309

ALVA CARLSON EHLERS TTEE
EWALT W CARLSON & ALVA L CARLSON
TRUST
1401 LOCHEDEM
U/A DTD 9-19-90
STORM LAKE, IA 50588

ANDREW C GOLD
FOLEY & LARDNER LLP
2 PARK AVE
HERRICK, FEINSTEIN LLP
NEW YORK, NY 10016

ARMSTRONG TEASDALE, LLP
ATTN DAVID L. GOING, ESQ.
ONE METROPOLITAN SQUARE, SUITE 2600
ATTY FOR SPARTAN LIGHT METAL PROD
ST. LOUIS, MO 63102

ARNALL GOLDEN GREGORY LLP
MICHAEL F. HOLBEIN
171 17TH STREET NW, SUITE 2100
ATTY FOR VERIZON
ATLANTA, GA 30363

ARTHUR R WOODKE
16736 BEVERLY
TINLEY PARK, IL 60477

ASSISTANT ATTORNEYS GENERAL OF
COUNSEL
ATTN: SUSAN L TAYLOR
THE CAPITOL
ATTY: NY STATE DEPT ENV CONSERV
ALBANY, NY 12224

ATLAS OIL COMPANY
124501 ECORSE ROAD
TAYLOR, MI 48180

BARBARA KOWALSKY
243 SHENANDOAH RD
HOPEWELL JCT, NY 12533

BARBARA SCHNEIDER
CUST AVICHAI SMOLEN
311 MACK PL
UTMA NJ
NEW MILFORD, NJ 07646

BARBARA SCHNEIDER
676 SWEET BRIAR ROAD
BOX 398
BEDMINSTER, PA 18910

BARBARA SCHNEIDER TTEE
ANNE M HENNE TRUST
11337 BIG CANOE
U/A DTD 8/21/95
BIG CANOE, GA 30143

BARNES & THORNBURG LLP
ATT: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN ST
ATTY FOR KOCH ENTERPRISES, INC.
INDIANAPOLIS, IN 46204

BARNES & THORNBURG LLP
ATTN: PETER A. CLARK & JOHN T. GREGG
ONE NORTH WACKER DRIVE
SUITE 4400
CHICAGO, IL 60606

BENNETT SOPHIA
BENNETT, SOPHIA
59 ST GEORGE TER
BEAR, DE 19701

BERLINGIERI JOSEPH
BERLINGIERI, JOSEPH
7610-7612 13TH AVE. SECOND FLOOR
BROOKLYN, NY 11228

BERLINGIERI, JOSEPH
23 BARBARA DR
WARWICK, NY 10990

BIALSON, BERGEN & SCHWAB
LAWRENCE M SCHWAB, THOMAS M GAA,
KENNETH T LAW
2600 EL CAMINO REAL, STE 300
ATTYS FOR FLEXTRONICS INT'L
PALO ALTO, CA 94306

BIALSON, BERGEN & SCHWAB
LAWRENCE M. SCHWAB, ESQ.
2600 EL CAMINO REAL, SUITE 3000
PALO ALTO, CA 94306

BIFFERATO GENTILOTTI LLC
ATTN: GARVAN F MCDANIEL
800 N KING STREET
PLAZA LEVEL
WILMINGTON, DE 19801

BLAISE MORTON
GARY GREENBERG JOHN B ORENSTEIN
100 S FIFTH ST, SUITE 1200
MINNEAPOLIS, MN 55402

BLAISE MORTON
GARY GREENBERG
666 FIFTH AVENUE
27TH FLOOR
NEW YORK, NY 10103

BLANK ROME LLP
ATTENTION: MARC E. EDWARDS
405 LEXINGTON AVENUE
THE CHRYSLER BUILDING
NEW YORK, NY 10174

BOBBIE JEAN ARRINGTON
225 PORTER DRIVE
ENGLEWOOD, OH 45322

BODMAN LLP
ATTN: MARC M. BAKST
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI 48226

BODMAN, LLP
ATTENTION: RALPH E. MCDOWELL
1901 ST. ANTOINE
6TH FLOOR AT FORD FIELD
DETROIT, MI 48226

BRACEWELL & GIULIANI LLP
ATTENTION: RENEE M. DAILEY
225 ASYLUM STREET
SUITE 2600
HARTFORD, CT 06103

BRIAN M. GRAHAM
SMITH AMUNDSON, LLC
150 NORTH MICHIGAN AVENUE, SUITE 3300
CHICAGO, IL 60601

BROUSE MCDOWELL LPA
ATT: MARC B. MERKLIN
388 S. MAIN STREET, SUITE 500
ATTY FOR MATERIAL MANAGEMENT
SERVICES, INC.
AKRON, OH 44331

BUTZEL LONG A PROFESSIONAL
CORPORATION-
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
ATTY FOR NEW MATHER METALS, INC.
NEW YORK, NY 10017

BUTZEL LONG, A PROFESSIONAL
CORPORATION
ATTN: ROBERT SIDORSKY; EIC B. FISHER
380 MADISON AVENUE
ATTORNEYS FOR TRAFFIC MARKPLACE, INC.
NEW YORK, NY 10017

BUTZEL LONG, A PROFESSIONAL
CORPORATION
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
ATTY FOR SANKYO OILLESS INDUSTRY (USA)
CORP.
NEW YORK, NY 10017

BUTZEL LONG, A PROFESSIONAL
CORPORATION
ATTN: THOMAS RADOM & MAX JONATHAN
NEWMAN
41000 WOODWARD AVENUE
STONERIDGE WEST
BLOOMFIELD HILLS, MI 48304
BUTZEL LONG, A PROFESSIONAL
CORPORATION
ATT: THOMAS B. RADOM, MAX J. NEWMAN
41000 WOODWARD AVENUE
STONERIDGE WEST
BLOOMFIELD HILLS, MI 48304

BUTZEL LONG, PC
ATTN: THOMAS RADOM & MAX JONATHAN
NEWMAN
41000 WOODWARD AVENUE
STONERIDGE WEST
BLOOMFIELD HILLS, MI 48304

CACCOMA, SANDRA
APT 6C2
4676 ALBANY POST ROAD
HYDE PARK, NY 12538

CARLISLE & COMPANY
KATHLEEN M. BREAULT
30 MONUMENT SQUARE
CONCORD, MA 01742

CAROLYN R WELLS
406 W PIERSON RD
FLINT, MI 48505

CHARLES C. MCCOY
4206 LANCE CT
KOKOMO, IN 46902

BUTZEL LONG, A PROFESSIONAL
CORPORATION
ATTN: THOMAS RADOM & MAX JONATHAN
NEWMAN
41000 WOODWARD AVENUE
STONERIDGE WEST
BLOOMFIELD HILLS, MI 48304

BUTZEL LONG, PC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
ATTY FOR KAYABA INDUSTRY CO., LTD
NEW YORK, NY 10017

C. MICHAEL MIGLORE, TTEE
EDITH A MIGLORE, TTEE
0S099 LEE CT, UNIT 404
REVOCABLE TRUST U/A/D 3/4/02
WINFIELD, IL 60190

CAMPBELL, CALLAN
1133 W BROAD ST
WILLIAMSTOWN, PA 17098

CAROLLYN H.G CALLARI, EDWARD A SMITH
VENABLE LLP
1270 AVENUE OF THE AMERICAS
ROCKEFELLER CENTER
NEW YORK, NY 10020

CARSON FISCHER, PLC
ATTN: PATRICK J. KUKLA
4111 ANDOVER ROAD
WEST 2ND FLOOR
BLOOMFIELD HILLS, MI 48302

CHARLES D SUMMERS
1087 COUNTY RD 149
BAY CITY, TX 77414

CHARLES D. VLIEG
4506 OAK MEADOW DR
HUDSONVILLE, MI 49426

CHARLES G RECKARD AND
MARY R RECKARD JTEN
801 SUNSHINE RUN
ARNOLDS PARK, IA 51331

CHARLES PRESSER
3621 RITA LN
SAINT JAMES CITY, FL 33956

CHARLOTTE KIRK
427 NORWOOD AVENUE
AVON, NJ 07717

CHELI & LYSHAK, PLC
ATTN: STEVEN R. POHL
26154 WOODWARD AVENUEFIFTH THIRD
CENTER
P.O. BOX 1247
ROYAL OAKRAPIDS, MI 48068

CHRIS MESSINA
1819 OAK HOLLOW
NORMAN, OK

CITY OF ONTARIO, OH
KENNETH A. BENDER, MAYOR
555 STUMBO ROAD, P.O. BOX 166
ONTARIO, OH 44906

CLARENCE DAVIS
106 LAKEWAY DR
BATTLE CREEK, MI 49037

CLARENCE DAVIS
1585 STRATFORD CT
YPSILANTI, MI 48198

CLARENCE DAVIS
20 THOUSAND OAK DRIVE
SICKLERVILLE, NJ 08081

CLARENCE DAVIS
2318 W 80TH ST
CHICAGO, IL 60620

CLARENCE DAVIS
502 HAVERHILL ST
PITTSBURGH, PA 15221

CLARENCE DAVIS DAVIS
16425 OCONCE CREEK DRIVE
EDMOND, OK 73013

CLARENCE DAVIS SR
105 OAK ST
TROTWOOD, OH 45426

CLARK HILL PLC
ATTN: JOEL D. APPLEBAUM
151 S OLD WOODWARD AVENUE
SUITE 200
BIRMINGHAM, MI 48009

CLARK HILL, PLC
ATTORNEYS FOR FABTRONIC, INC.
151 S. OLD WOODWARD AVENUE, STE 200
ROBERT D. GORDON
BIRMINGHAM, MI 48009

CLARK, RICHARD D
315 N GRINNELL ST
JACKSON, MI 49202

CLEARLY GOTTLIEB STEEN & HAMILTON LLP
ATTN: DEBORAH M. BUELL
ONE LIBERTY PLAZA
ATTORNEYS FOR PISTONES MORESA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES L. BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLIFTON ARRINGTON
5106 WAHL ST
MILAN, TN 38358

CLINT BRIGGS
2270 MILLSBORO RD
MANSFIELD, OH 44906

COLORADO VEHICLE DEALERS BOARD
JOHN W SUTHERS, ATTORNEY GENERAL,
STATE OF COLORADO
1525 SHERMAN ST, 7TH FLOOR
C/O J B HOLDEN, ASST ATTY GENERAL
DENVER, CO 80203

CONCEPT INDUSTRIES
ELLEN MCCLAIN
4950 KRAFT S.E.
GRAND RAPIDS, MI 49512

CONNOLLY BOVE LODGE & HUTZ LLP
THE NEMOURS BUILDING
1007 NORTH ORANGE ST
PO BOX 2207 (19899)
WILMINGTON, DE 19801

COVINGTON & BURLING LLP
ATT: DENNIS B AUERBACH
1201 PENNSYLVANIA AVE NW
ATTY FOR UNION PACIFIC RAILROAD CO
WASHINGTON, DC 20004

CRONIN, JOHN G
1205 MAPLE AVE
WILMINGTON, DE 19805

DAN & BEVERLY LIGHT
1028 HARDWICK TRAIL
KELLER, TX 76248

DANAHER CORPORATION
2099 PENNSYLVANIA AVE. NW
12TH FLOOR
WASHINGTON, DC 20006

DANAMAE V. BARKER
15146 PALM ISLE DRIVE
FORT MYERS, FL 33919

DARLENE JEWETT
TOD ACCOUNT
38056 MARLENE DRIVE
CLINTON TWP, MI 48038

DAVE BEVERIDGE
CHIEF FINANCIAL OFFICER
32200 SOLON ROAD
SOLON, OH 44139

DAVID C HAKIM
839 MILLER AVE
ROCHESTER, MI 48307

DAVID J ASTORIAN
27 BRADFORD RD
WATERTOWN, MA 02472

DAVID SOLIS &
DEBBIE SOLIS
7919 GERALD
JT TEN
AMARILLO, TX 79121

DAVID SYZMANAK
C/O TERRENCE MCCARTNEY
113 E 37TH ST
RHENGOLD VELT RHEINGOLD SHKOLNIK &
MCCCARTNEY LLP
NEW YORK, NY 10016

DAVID WANDER
DAVIDOFF MALTIO & HUTCHER LLP
605 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10158

DAVIS, CLARA A
C/O DAYVIEW CARE CENTER
1885 NORTH DAYTON LAKE VIEW
NEW CARLISLE, OH 45344

DAVIS, CLARA B
8260 FINDLEY DR
MENTOR, OH 44060

DAVIS, CLARA L
514 FITZHUGH ST
BAY CITY, MI 48708

DAVIS, CLARENCE B
1510 DALEVILLE AVE
ANDERSON, IN 46012

DAVIS, CLARENCE G
2553 LEXINGTON AVE
COLUMBUS, OH 43211

DAVIS, CLARENCE I
1585 STRATFORD CT
YPSILANTI, MI 48198

DAVIS, CLARENCE R
4421 BROOKS RD
CLEVELAND, OH 44105

DAVIS, CLARIN D
467 SAND GAP RD
PENNSBORO, WV 26415

DAY PITNEY
ATTENTION: RICHARD M. METH
7 TIMES SQUARE
ATTY SPARTAN LIGHT METAL PRODUCTS, INC.
NEW YORK, NY 10036

DAY PITNEY LLP
ATT RICHARD M. METH, ESQ.
200 CAMPUS DRIVE
ATTY SPARTAN LIGHT METAL PROD
FLORHAM PARK, NJ 07932

DAY PITNEY LLP
ATT: RICHARD M. METH, ESQ.
7 TIMES SQUARE
NEW YORK, NY 10036

DEAN WOODARD
7106 DONEGAL DR
ONSTEAD, MI 49265

DEBORAH L FISH
VENABLE LLC
535 GRISWOLD
2600 BUHL BUILDING
DETROIT, MI 48226

DELMER L. TAYLOR
708 DERBY AVE
CINCINNATI, OH 45232

DENISE A. BEACHCRAFT
353 HICKORY CIRCLE
LEWISBURG, TN 37091

DENNIS E. MCGINTY
2919 COLONY DRIVE
EAST LANSING, MI 48823

DIANE CARLISLE
5300 PLAINS RD.
EATON RAPIDS, MI 48827

DICKINSON WRIGHT PLLC
ATTN: MICHAEL C. HAMMER
500 WOODWARD AVENUE
SUITE 4000
DETROIT, MI 48226

DICKSON WRIGHT PLLC
ATTN: JAMES A. PIEMMONS
500 WOODWARD AVENUE
SUITE 4000
DETROIT, MI 48226

DILWORTH PAXSON LLP
ATTN: MARTIN J. WEIS
1500 MARKET STREET
SUITE 3500E
PHILADELPHIA, PA 19102

DILWORTH PAXSON LLP
ANNE MARIE P. KELLEY, MATTHEW AZOULAY
457 HADDONFIELD ROAD
LIBERTYVIEW - SUITE 700
CHERRY HILL, NJ 08002

DILWORTH PAXSON, LLP
ANNE M AARONSON
1500 MARKET ST, STE 3500E
PHILADELPHIA, PA 19102

DINSMORE & SHOHL LLP
KIM MARTIN LEWIS
225 E. 5TH STREET
CINCINNATI, OH 45202

DOROTHY M TAM AND
SHERRY J ARYANPUR JT TEN
1510 HYLAND DR
STORM LAKE, IA 50588

DOUGLAS M CHAPMAN
13252 FAIMONT WAY
SANTA ANA, CA 92705

DOUGLASS L. COLE
1975 S DEHMEL RD
FRANKENMUTH, MI 48734

DR. AND MRS. FRANK A BRACKER
5877 YAQUINA HEAD WAY
BOISE, ID 83714

DRINKER BIDDLE & REATH LLP
ATT ANDRES C. KASSNER, DAVID B.AARONSON
140 BROADWAY, FL 39
ATTORNEYS FOR PENSKE LOGISTICS LLC AND
AUTOMOTIVE COMPONENT CARRIERS L
NEW YORK, NY 10005

DRINKER BIDDLE & REATH LLP
DRINKER BIDDLE GARDNER CARTON
ONE LOGAN SQ
18TH & CHERRY STS
PHILADELPHIA, PA 19103

EDICK, NORMAN L
2216 E KASSON RD
CEDAR, MI 49621

EDMUND R. HILLEGASS, JR.
321 DEER POINT RD
UNIONVILLE, TX 37180

EDUARDO R. LATOUR
LATOUR & ASSOCIATES, PA
135 EAST LEMMON STREET
TARPON SPRINGS, FL 34689

EDWIN O DOTY &
HELEN P DOTY
151 CHANNEL CT
JT TEN
HOUGHTON LAKE, MI 48629

EILEEN J MCINTYRE
C/O KENNETH G MCINTYRE
3380 PINE TREE RD
SINAS DRAMIS BRAKE BOUGHTON &
MCINTYRE PC
LANSING, MI 48911

EMIL RUFENER &
JO ANNE K RUFENER
W5349 BURR OAK LN
MONTICELLO, WI 53570

EMMET, MARVIN & MARTIN, LLP
ATTENTION: EDWARD P. ZUJKOWSKI
120 BROADWAY
ATTORNEY FOR THE BANK OF NEW YORK
MELLON
NEW YORK, NY 10271

ENVIRONMENTAL SYSTEMS
RESEARCH INSTITUTE INC
380 NEW YORK ST
REDLANDS, CA 92373

EPSTEIN BECKER GREEN P.C.
ATT: PAUL TRAUB, WENDY G. MARCARI
250 PARK AVENUE
NEW YORK, NY 10177

ESTATE OF DONALD J KEELER
C/O RICHARD FERRARO, EXECUTOR
625 WILSON POND RD
N MONMOUTH, ME 04265

ESTATE OF JOYCE B KEELER
C/O RICHARD FERRARO, EXECUTOR
625 WILSON POND RD
N MONMOUTH, ME 04265

ESTELLE KNOWLAND
54 SAND HARBOR ROAD
ALAMEDA, CA 94502

FARELLA BRAUN & MARTEL LLP
DEAN M. GLOSTER, NAN E. JOESTEN
235 MONTGOMERY STREET, 17TH FLOOR
ATTY FOR GENERAL MOTORS RETIREES
ASSOCIATION GMRA
SAN FRANCISCO,, CA 94104

FAYE B. FEINSTEIN
QUARLES & BRADY LLP
300N. LASALLE STREET, SUITE 4000
CHICAGO, IL 60654

FELLERS SNIDER BLANKENSHIP BAILEY &
TIPPENS, PC
ATT STEPHEN J. MORIARTY
100 NORTH BROADWAY, SUITE 1700
ATTY FOR 100 NORTH BROADWAY, SUITE 170
OKLAHOMA CITY, OK 73102

FILDEW HINKS, PLLC
ATT: STEPHEN J. POKOJ
3600 PENOBSCOT BLDG., 645 GRISWOLD ST.
ATTY FOR CENTRAL CONVEYOR COMPANY
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTN: ANN MARIE UETZ
500 WOODWARD AVE
SUITE 2700
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTN: SALVATOR A. BARBATANO & ROBERT
SIDORSKY
500 WOODWARD AVENUE
SUITE 2700
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTN: SALVATORE A. BARBATANO
500 WOODWARD AVENUE SUITE 2700
ONE DETROIT CENTER
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTENTION: THOMAS B. SPILLANE, JOHN A.
SIMON, & STEVEN H. HILFINGER
500 WOODWARD AVENUE, SUITE 2700
ONE DETROIT CENTER
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTENTION: ROBERT H. HUEY
501 WOODWARD AVENUE, SUITE 2700
ONE DETROIT CENTER
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTN: KEITH OWNES
555 FLOWER STREET
SUITE 3500
LOS ANGELES, CA 90071

FOLEY & LARDNER LLP
ATTN: STEVEN H. HILFINGER
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226

FORMAN HOLD ELIADES & RAVIN
ATTN: WENDY B. GREEN
80 ROUTE 4 EAST
SUITE 290
PARAMUS, NJ 07652

FORMAN HOLT ELIADES & RAVIN LLC
ATTN:  KIMBERLY J. SOLOMON
80 ROUTE 4 EAST
ATTORNEYS FOR ROSE COLE, GUARDIAN OF
TIMOTHY L. MONTIS, A DISABLED CHI
PARAMUS, NJ 07652

FORMAN HOLT ELIADES & RAVIN, LLC
JOSEPH M. CERRA
888 7TH AVENUE, SUITE 4500
ATTY FOR AFFILIATED COMPUTER SERVICES
OF SPAIN SL AND ITS AFFILIATES
NEW YORK, NY 10106

FRANK C WYKOFF
CARNEGIE 204, PAMONA COLLEGE
425 N COLLEGE ST
CLAREMONT, CA 91711

FRANK KUBIC
98 AVON BEND RD
CHARLESTON, WV 25414

FRANK M SCHUSTER TRUSTEE
U/A DATED 2/5/2003 FBO
2803 MOCKINGBIRD COURT
FRANK M SCHUSTER REV LIVING TR
PROSPECT, KY 40059

FRANK MIDDLETON
5871 STARBOARD DR
DISCOVERY BAY, CA 94505

FRANK TUCKERMAN
8751 SURREY DR
PENDLETON, IN 46064

FRANTZ WARD LLP
ATT: JOHN F. KOSTELNIK, MATTHEW H.
MATHENEY, TIMOTHY J. RICHARDS
2500 KEY CENTER, 127 PUBLIC SQUARE
ATTY FOR YRC WORLDWIDE INC.
CLEVELAND, OH 44114

FRASER TREBILCOCK DAVIS & DUNLAP, PC
ATTY FOR CITY OF LANSING, MICHIGAN
124 W ALLEGAN STREET, SUITE 1000
G. ALAN WALLACE (P-69333)
LANSING, MI 48933

FREDRIC A GODSHALL
CGM IRA ROLLOVER CUSTODIAN
314 ARMSTRONG DRIVE
GEORGETOWN, TX 78633

FREYA I. MCGINTY
2919 COLONY DRIVE
EAST LANSING, MI 48823

G. CHRISTOPHER MEYER
SQUIRE, SANDERS & DEMPSEY LLP
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114

G. SCOTT YEATON
5552 CERRITOS AVENUE, SUITE K
CYPRESS, CA 90630

GARVEY SCHBERT BARER
ATTN: JAMES H. FREEMAN
100 WALL STREET
20TH FLOOR
NEW YORK, NY 10005

GARY THOMAS
2489 RIVER ROAD
KINGSTON, TN 37763

GEODNA, LLC
JOHN S. MINOR
1599 MAYWOOD ROAD
CELEVLAND, OH 44121

GEORGE CHAVEZ JR
8960 STATE ROAD
BANCROFT, MI 48414

GERALD S SARKA
7254 NEW LOTHROP RD
NEW LOTHROP, MI 48460

GIBBONS, PC
DAVID N. CRAPO
ONE GATEWAY CENTER
NEWARK, NJ 07102

GIFFORD, MICHAEL
19118 205TH ST E
ORTING, WA 98360

GIFFORD, MICHAEL O
72 FAYETTEVILLE-OWENSBURG RD
BEDFORD, IN 47421

GILMARTIN, POSTER & SHAFTO LLP
ATTORNEYS FOR COMPANIA SUD AMERICANA
MICHAEL C. LAMBERT
845 THIRD AVE. 18TH FLOOR
NEW YORK, NY 10022

GLEN SCHRADER
1909 COUNTY RD. #5
DELTA, OH 43515

GREEN, JOHN E
113 EXMOOR RD
WATERFORD, MI 48328

GREEN, JOHN E
213 FARM POND LN
MARTINSBURG, WV 25404

GREG BENSON
LEE BENSON CHEVROLET & PONTIAC
1111 BEEK STREET
PO BOX 87
GOWRIE, IA 50543

GUY A. SHEPPARD
1209 MISSION HILLS
COLLEGE STATION, TX 77845

HAILU LEGESSE AICHEHI
7600 MAPLE AVE
APT 7 1104
TAKOMA PARK, MD 20912

HALPEERIN BATTAGLIA RAICHT LLP
ATTN: WALTER BENZIJA
555 MADISON AVE
9TH FLOOR
NEW YORK, NY 10022

HARRY WILSON ELFORD
2305 W RUTHRAUFF RD
UNIT B5
TUCSON, AZ 85705

HARRY WILSON JR
1347 GALLOWAY AVE
DALLAS, TX 75216

HARRY WILSON SPEEDY &
JANET PATRICIA SPEEDY JT TEN
1406 CLEARVIEW DR
GREENSBURG, PA 15601

HARTNAGEL, ROBERT W
7605 CARTA VALLEY DR
DALLAS, TX 75248

HCA, INC.
ATTN: ROBERT E. MCCARTHY
5300 PLAINS RD.
D/B/A ANDERSON COONSULTING ASSOC
EATON RAPIDS, MI 48827

HERBERT M HUMPIDGE
1014 WILMINGTON ISLAND RD
SAVANNAH, GA 31401

HERRICK FEINSTEIN LLP
ATTN: PAUL RUBIN
TWO PARK AVENUE
NEW YORK, NY 10016

HERRICK, FEINSTEIN LLP
ANDREW C. GOLD
2 PARK AVENUE
ATTY FOR EMERSON ELECTRIC COMPANY AND
ITS AFFILIATES
NEW YORK, NY 10016

HEWLETT PACKARD CO
JENNIFER NASSIRI
550 SOUTH HOPE ST.,  23 FLOOR
LOS ANGELES, CA 90071

HISCOCK & BARCLAY, LLP
ATTN: J. ERIC CHARLTON
ONE PARK PLACE, 300 SOUTH STATE STREET
ATTY FOR CANADIAN NATIONAL RAILWAY
SYRACUSE, NY 13202

HOWARD LEE CHRISTENSEN
CHARLES SCHWAB & CO INC CUST
2704 OAK AVE
MANHATTAN BEACH, CA 90266

HUSCH BLACKWELL SANDERS LLP
ATT: MICHAEL D. FIELDING
4801 MAIN STREET, STE 100
ATTORNEYS FOR SSDC SERVICES CORP.
KANSAS CITY, MO 64112

HUTCHINSON, OLLIE
902 SAYBROOK DR
WATERFORD, MI 48327

INGRID SCHUMANN PALERMO
HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604

IRMA DELANO AND HAVA SUNLEV AND
ROGER DELANO JT WROS
555 NORLEE ST
SEBASTOPOL, CA 95472

HISCOCK & BARCLAY LLP
ATTN: J ERIC. CHARLTON
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202

HOWARD & HOWARD ATTORNEYS, PLLC
ATTN: LISA S. GRETCHKO
450 WEST FOURTH STREET
ATTY FOR MORGAN ADHESIVES CO. D/B/A
MACTAC AND BEMIS CO., INC.
ROYAL OAK, MI 48067

HUGHES HUBBARD & REED LLP
ATTENTION: CHRISTOPHER K. KIPLOK & JAIME
STEINFINK
ONE BATTERY PARK PLAZA
ATTORNEY FOR MEDIANEWS GROUP, INC
NEW YORK, NY 10004

HUTCHINSON, OLGA
14898 STONEY BROOK DR
SHELBY TWP, MI 48315

INDUSTRIAL TRANSPORT, INC.
2330 EAST 79TH STREET
P.O. BOX 91008
CLEVELAND, OH 44104

IRA FBO ROBERT A PAGE
JPMORGAN CHASE BANK CUSTODIAN
208 REMUDA DR
FORT WORTH, TX 76108

JACK M. WILHELM
1201 RIO GRANDE, SUITE 100
AUSTIN, TX 78701

JACKSON WALKER L.L.P.
ATTN: BRUCE J. RUZINSKY & D. ELAINE
CONWAY
1410 MCKINNEY
SUITE 1900
HOUSTON, TX 77007

JAFFE RAITT HEUER & WEISS, P.C.
ATTN: PAUL R. HAGE
27777 FRANKLIN ROAD, SUITE 2500
ATTY FOR MOPS GROUP, INC.
SOUTHFIELD, MI 48034

JAHR TURCHAN
TURCHAN TECHNOLGIES GROUP, INC
12825 FORD ROAD
DEARBORN, MI 48126

JAMES D LOPESTO
C/O NICHOLAUS J DILLY
1626 W COLONIAL PKWY
ANGELINA FRACCARO & HERRICK PC
LANSING, MI 48911

JAMES S. ZISCHKE
44 BAYBERRY DRIVE
LEESBURG, FL 34788

JERRY BOWLER
PARAGON TECHNOLOGIES, INC
5775 TEN MILE ROAD
WARREN, MI 48091

JOELLA M SCHUSTER TRUSTEE
U/A DATED 2-5-2003 FBO
2803 MOCKINGBIRD COURT
JOELLA SCHUSTER REV LIVING TR
PROSPECT, KY 40059

JACOB & WEINGARTEN, PC
ATT: HOWARD S SHER, MICHELE L WALTON
2301 W BIG BEAVER
SUITE 777
TROY, MI 48084

JAFFE RAITT HEUER & WEISS, P.C.
ATTN: PAUL R. HAGE
27777 FRANKLIN ROAD, SUITE 2500
ATTY FOR NORTHERN ENGRAVING
CORPORATION
SOUTHFIELD, MI 48034

JAMES C. AND JUNE R. HAUCK
6042 TERRACE DRIVE
JOHNSTON, IA 50131

JAMES J. KOHLER
27925 ALVAREZ DRIVE
RANCHOS PALOS VERDES, CA 90275

JENNIE NOVAK
2623 JOHNNEYCAKE ROAD
WARREN, OH 44484

JOAN K WALLS
2400 S WABASH AVE
KOKOMO, IN 46902

JOHN & DORINA BECK
155 CORUNNA AVENUE
FAIRLAWN, OH 44333

JOHN A. DWYER
817 N. CLINTON ST. LOT 804
GRAND LEDGE,, MI 48837

JOHN E. GREEN, III
330 RIVERSIDE DR
P.O. BOX 969
STEINHATCHEE, FL 32359

JOHN FAZIO
99-66 165TH AVE
JAMAICA, NY 11414

JOHN H R POLT
33 BOWLING DR
OAKLAND, CA 94618

JOHN J BAUER
5748 WHISPERING PINES ST NE
OLYMPIA, WA 98516

JOHN J. BAUER
5748 WHISPERING PINES STREET NE
OLYMPIA, WA 98516

JOHN P. EDMONDS, LTD
ATTN: JOHN P. EDMONDS
110 SW JEFFERSON
SUITE 410
PEORIA, IL 61602

JOHN STANGEL
IRA ROLLOVER ACCT
410 BARRETT HILL RD
FCC AS CUSTODIAN
MAHOPAC, NY 10541

JOHNSON, HARRIS, GERDE & KOMANAREK, P.A.
JERRY W. GERDE
239 EAST 4TH ST.
ATTY FOR MARLY A. WASSENAAR
PANAMA CITY, FL 32401

JONES & ASSOCIATES
ATTN: ROLAND GARY JONES
1285 SIXTH AVENUE SUITE 3500
ATTY FOR STATE OF WEST VIRGINIA EX REL.
DARRELL V. MCGRAW, JR.,
NEW YORK, NY 10019

JOSEPHINE PETERSON
1869 BEECHWOOD ST NE
WARREN, OH 44483

JUNE BABIUK
50 HUMPHREY RD
SCOTTSVILLE, NY 14546

JUNIUS L. JOHNSON
2217 MELODY LANE
ANDERSON, IN 46012

JUNSO TYLER
JUNSO, KEVIN
550 NORTH 31ST STREET SUITE 250
MOYERS LAW PC
BILLINGS, MT 59101

K&L GATES LLP
ATTN: ROBERTR N. MICHAELSON
599 LEXINGTON AVE
ATTORNEYS FOR BLUE MARBLE
ENVIRONMENTAL, INC.
NEW YORK, NY 10022

KANSAS ATTORNEY GENERAL
ATTN: STEVE SIX
120 S.W. TENTH AVE
ATTY FOR STATE OF KANSAS
TOPEKA, KS 66612

KATTEN MUCHIN ROSENMAN LLP
ATTN:  JEFFREY A CHADWICK & JOSHUA A
GAD-HARF
525 WEST MONROE STREET
ATTORNEYS FOR WHERENET CORP
CHICAGO, IL 60661

KATTEN MUCHIN ROSENMAN LLP
ATTN: MERRITT A. PARDINI
575 MADISON AVENUE
ATTORNEYS FOR WHERENET CORP
NEW YORK, NY 10022

KELLEY DRYE & WARREN
ATTN: JENNIFER A. CHRISTIAN
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
TALAT ANSARI, BENJAMIN D. FEDER, JORDAN
A. BERGMAN, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
BENJAMIN D. FEDER,
101 PARK AVENUE
ATTY FOR BP PRODUCTS NORTH AMERICA INC
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
101 PARK AVENUE
ATTY FOR LBA REALTY FUND III – COMPANY
IX, LLC
NEW YORK, NY 10178

KENNEDY, JENNIK & MURRAY, P.C
ATTN: SUSAN M. JENNIK & THOMAS M.
KENNEDY
113 UNIVERSITY PLACE, 7TH FLOOR
ATTY FOR DEBRA TURNER
NEW YORK, NY 10003

KENNEDY, THOMAS
6211 SW 80TH ST
OCALA, FL 34476

KENNEDY, THOMAS ALAN
18670 VAN CAMP DRIVE
OMAHA, NE 68130

KENNEDY, THOMAS E
3592 GALAXY BLVD
STERLING HEIGHTS, MI 48314

KENNEDY, THOMAS E
3922 S CUTLER CT
SPRINGFIELD, MO 65807

KENNEDY, THOMAS G
283 GREENBRIAR DR
AURORA, OH 44202

KENNEDY, THOMAS J
58 AVERY AVE
BUFFALO, NY 14216

KENNEDY, THOMAS P
27600 FRANKLIN RD APT 123
SOUTHFIELD, MI 48034

KENNEDY, THOMAS R
5735 E DECKER RD
FRANKLIN, OH 45005

KENNETH G WINGEIER AND
CHRISTINE A WINGEIER JTWROS
555 MT VINTAGE PLANTATION
N AUGUSTA, SC 29860

KENNETH S. ZIMAN
SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

KENTON BOETTCHER
25422 TRABUCO ROAD
SUITE 105-301
LAKE FOREST, CA 92630

KERR RUSSELL AND WEBER PC
ATTN:  P. WARREN HUNT
500 WOODWARD AVE
SUITE 2500
DETROIT, MI 48226

KERR RUSSELL AND WEBER PLC
PAUL TRAUB
500 WOODWARD AVE
SUITE 2500
DETROIT, MI 48226

KERR RUSSELL AND WEBER PLC
ATTN: JAMES E. DELINE & P. WARREN HUNT
50O WOODWARD AVE
SUITE 2500
DETROIT, MI 48226

KERR, RUSSELL AND WEBER, PLC
P. WARREN HUNT
500 WOODWARD AVE
STE 2500
DETROIT, MI 48226

KERRY RUSSELL AND WEBER PLC
ATTN: JAMES E DELINE & P. WARREN HUNT
500 WOODWARD AVE
SUITE 2500
DETROIT, MI 48228

KUPELIAN ORMOND & MAGY, P.C.
ATTN: PAUL S. MAGY, TERRENCE A. HILLER, JR.
& DAVID M. BLAU
25800 NORTHWESTERN HIGHWAY
SUITE 950
SOUTHFIELD, MI 48075

LACIEDE GAS COMPANY
RICK E. ZUCKER
720 OLIVE STREET
ROOM 1520
ST. LOUIS, MO 63101

LACLEDE GAS COMPANY
720 OLIVE ST.
ST. LOUIS, MO 63101

LAFONZA EARL WASHINGTON
7010 CRAINWOOD DR
FLINT, MI 48505

LARRY J HAYS
7401 PECK RD
RAVENNA, OH 44266

LATHAM & WATKINS LLP
DANIEL T. LENNON AND PAUL F. SHERIDAN
555 11TH ST NW STE 1000
WASHINGTON, DC 20004

LATHAM & WATKINS LLP
ATTN: GEORGE ROYLE
885 THIRD AVENUE
SUITE 1000
NEW YORK, NY 10022

LAUVE JOHN S
LAUVE, JOHN S
200 N SAGINAW ST
HOLLY, MI 48442

LAW OFFICE OF TISTAM BUCKLEY
ATTN TRISTAM T. BUCKLEY
426 S. REDFORD DRIVE SUITE 12
ATTY FOR IN PRO PERSONA
BEVERLY HILLS, CA 90212

LESLIE S. BARR
WINDELS MARX LANE & MITTENDORF, LLP
156 WEST 56TH STREET
NEW YORK, NY 10019

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, PC
SUSAN M COOK
309 DAVIDSON BUILDING
916 WASHINGTON AVE
BAY CITY, MI 48708

LATHAM & WATKINS LLP
ATT DOUGLAS BACON
233 SOUTH WACKER DRIVE
ATTY FOR NBC UNIVERSAL
CHICAGO, IL 60606

LATHAM & WATKINS LLP
ATT: PAUL SHERIDAN
555 ELEVENTH STREET, NW STE 1000
ATTY FOR AIRTEX PRODUCTS, LP
WASHINGTON, DC 20004

LATHAM & WATKINS LLP
ATT: MITCHELL SEIDER, JASON SANJANA
885 THIRD AVENUE
NEW YORK, NY 10022

LAUVE, JOHN S
200 N SAGINAW ST
HOLLY, MI 48442

LEON WEISSMAN
2 DEER CREEK LANE
MT. KISCO, NY 10549

LEWIS S WEINGARTEN
5306 HORNBEAM
FAYETTEVILLE, NC 28304

LINDA RIDENOUR LIVING TRUST
U/A DTD 07/11/2000
33628 BRAND STREET
LINDA RIDENOUR TTEE
LAKE ELSINORE, CA 92530

LISA LIEGEOT
HEALTHTRAX INTERNATIONAL, INC.
2345 MAIN STREET
GLASTONBURY, CT 06033

LISA P. GROSS
1310 WABASH
KANSAS CITY, MO 64127

LOCKE LORD BISSELL & LIDDELL LLP
ATTN: TIMOTHY S. MCFADDEN
111 SOUTH WACKER DRIVE
ATTY FOR METHODE ELECTRONICS, INC.
CHICAGO, IL 60606

LOCKE LORD BISSELL & LIDDELL, LLP
ATTY: KEVIN J. WALSH
885 THIRD AVENUE
26TH FLOOR
NEW YORK, NY 10022

LOUIS A. CURCIO
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

LOUIS F SCHAD R/O IRA
FCC AS CUSTODIAN
1811 SEQUOIA DRIVE
VINELAND, NJ 08361

LOUIS PADNOS METAL & IRON
SCOTT WOLTERS
185 W 8TH ST
HOLLAND, MI 49423

LOVE JOYCE
LOVE, JOYCE
45 TWILLER ST, ST #2
ALBANY, NY 12209

LOWENSTEIN SANDLER PC
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA
M. LEVEE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA
M. LEVEE
1251 AVENUE OF THE AMERICAS
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND
ITS DEALERSHIPS
NEW YORK, NY 10022

LUCILE E COCHRAN
DALE E COCHRAN AND
206 LAKESHORE DR
MILTON A COCHRAN JT TEN
STORM LAKE, IA 50588

LUIS ESCALONA
110 S BARNETT AVE
DALLAS, TX 75211

LYDIA D. NEYLAND
20 BELLMAWR DR
ROCHESTER, NY 14624

MADDUX, CAROLE R
3158 WINTERBERRY DR
W BLOOMFIELD, MI 48324

MARCEL CICIC
99-40 68 RD APT. 9U
REGO PARK, NY 11374

MARCIA HOPEWELL
28825 TAVISTOCK TR
SOUTHFIELD, MI 48034

MARGARET ANN BAMBA
2 WALL ST
NEW YORK, NY 10005

MARGARET ANN BOMBA
2 WALL STREET
FLOOR 2
NEW  YORK, NY 10005

MARIANNE WEISSMAN
2 DEER CREEK LANE
MT. KISCO, NY 10549

MARK D. SILVERSCHOTZ
REED SMITH LLP
599 LEXINGTON AVENUE, 22ND FLOOR
NEW YORK, NY 10022

MARK T. VUONO
VUONO & GRAY, LLC
310 GRANT ST., SUITE 2310
PITTSBURG, PA 15219

MARKET INSIGHT CORPORATION
ATTN:  RICH FALCONE
2479 E BAYSHORE RD
STE 809
PALO ALTO, CA 94303

MARSHALL & MELHORN
ATTN: MELISSA J. DETRICK
FOUR SEAGATE
EIGHTH FLOOR
TOLEDO, OH 43604

MARTIN EISENBERG
ATTY FOR VOITH AG AND ITS AFFILIATES
50 MAIN ST, SUITE 1000
WHITE PLAINS, NY 10606

MATTHEW H QUINN
115 UTE LN
ESTES PARK, CO 80517

MATTIE RANKINS DRAKE
2765 WENTWORTH AVE
APT. 316
DAYTON, OH 45406

MAURICE F CURRAN
CGM IRA ROLLOVER CUSTODIAN
388 BRONXVILLE ROAD
BRONXVILLE, NY 10708

MAXXIS INTERNATIONAL USA
545 OLD PEACHTREE RD NW
SUWANEE, GA 30024

MC GILL, D P
3733 CAMRY CT
SEBRING, FL 33872

MCALPHINE & ASSOCIATES, INC
ATT: MCALPHINE & ASSOCIATES, INC
3201 UNIVERSITY DR., SUITE 100
BRENCAL CONTRACTORS, INC, MCM
MANAGEMENT CORP, INC.
AUBURN HILLS,, MI 48326

MCALPINE & ASSOCIATES, P.C.
ATTN: DON W. BLEVINS
3201 UNIVERSITY DRIVE
SUITE 100
AUBURN HILLS, MI 48326

MCALPINE & ASSOCIATES, P.C.
MARK L. MCALPINE, P.C.
3201 UNIVERSITY DRIVE. SUITE 100
AUBURN HILLS, MI 48326

MCGAW & POLING P.C.
ATTN: D. DOUGLAS MCGAW & KATHRYN E.
DRISCOLL
5455 CORPORATE DRIVE SUITE 104
ATTY FOR DEMARIA BUILDING COMPANY
TROY, MI 48098

MCGUIREWOODS LLP
ATTN:  JOHN H. MADDOCK III AND SHAWN R.
FOX
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219

MCGUIREWOODS, LLP
ATTN: SHAWN R. FOX
1345 AVENUE OF THE AMERICAS
SEVENTH FLOOR
NEW YORK, NY 10105

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C
ATTN: JOHN J. PRIVITERA
677 BROADWAY
ATTY FOR STATES OF ST. REGIS MOHAWK
TRIBE
ALBANY, NY 12207

MCKENZIE, ROBERT A
1851 N COVILLE RD
LINCOLN, MI 48742

MERLIN LANAVILLE
121 WHISPERING PINES DR
HUDSON, NC 28638

MERRITT A. PARDINI
KATTEN MUCHIN ROSENMAN LLP
575 MADISON AVENUE
NEW YORK, NY 10022

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTENTION: THOMAS R. SLOME
990 STEWART AVENUE,
SUITE 300
GARDEN CITY, NY 11530

MICHAEL A GALLO
NADLER NADLER & BURDMAN CO., LPA
20 FEDERAL PLAZA WEST
SUITE 600
YOUNGSTON, OH 44503

MICHAEL D. WEISSMAN, MD
2 DEER CREEK LANE
MT. KISCO, NY 10549

MICHAEL POTTER
N38W26876 GLACIER RD
PEWAUKEE, WI 53072

MICHAEL TOTH
10200 TORREY RD
WILLIS, MI 48191

MICHELE BAUER
JOHN G. CRONIN, ATTORNEY-IN-FACT
722 CHESTNUT STREET
MANCHESTER, NH 03104

MICHELLE BAUER
C/O JOHN G. GRONIN
772 CHESTNUT STREET
MANCHESTER, NH 03104

MILLER CANFIELD PADDOCK AND STONE PLC
DONALD J. HUTCHINSON
150 WEST JEFFERSON AVENUE
SUITE 2500
DETROIT, MI 48226

MILLER, CANFIELD, PADDOCK AND STONE PLC
ATT JOSEPH D. GUSTAVUS
840 WEST LONG LAKE ROAD
ATTORNEYS FOR HORIBA INSTRUMENTS, INC.
AND HORIBA LTD
TROY, MI 48098

MILLER, JAMES
19634 HEALY ST
DETROIT, MI 48234

MITCHELL CANTY
8146 REYNOLDSWOOD DR
REYNOLDSBURG, OH 43068

MONZACK MERSKY MCLAUGHLIN AND
BROWDER
ATTN:  BRIAN J. MCLAUGHLIN
1201 N ORANGE STREET
SUITE 400, PO BOX 2031
WILMINTON, DE 48226

MORGAN, LEWIS & BOCKIUS LLP
ATTN: HOWARD S. BELTZER
101 PARK AVE
NEW YORK, NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN: HOWARD S. BELTZER
101 PARK AVE.
NEW YORK, NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTENTION: HOWARD S. BELTZER
101 PARK AVENUE
ATTORNEY FOR FTM SERVICE CORP.
NEW YORK, NY 10178

MORRIS JAMES LLP
ATT: CARL N. KUNZ, III, JEFFREY R. WAXMAN
500 DELAWARE AVENUE, SUITE 500
ATTY FOR MONSTER WORLDWIDE, INC.
WILMINGTON, DE 19801

MR RALPH A. HENDERSON AND
MRS JEAN L. HENDERSON JT TEN
3 PLEASANT CREEK DRIVE
FAIRFIELD, OH 45014

MR RICHARD W LENDERMAN JR
936 SPINNAKER'S REACH DR
PONTE VEDRA, FL 32082

MS&CO C/F
FRANCES H CATERINA
202 KENYON DR
IRA STANDARD DATED 02/20/90
PECKVILLE, PA 18452

NADLER NADLER & BURDMAN CO., L.P.A.
ATTORNEYS FOR FALCON TRANSPORT CO.
20 FEDERAL PLAZA WEST
SUITE 600
YOUNGSTOWN, OH 44503

NADLER NADLER & BURDMAN CO., L.P.A.
ATTN: MICHAEL A. GALLO AND TIMOTHY M.
REARDON
20 FEDERAL PLAZA WEST
SUITE 600
YOUNGSTOWN, OH 44503

NATHAN ZOUSMER, P.C.
ATTN: KENNETH A. NATHAN
29100 NORTHWESTERN HIGHWAY SUITE 260
ATTY FOR YAREMA DIE & ENGINEERING CO.
SOUTHFIELD, MI 48034

NEAL, DONNA M
15119 STILLBROOKE DR
STRONGSVILLE, OH 44136

NEAL, DONNA M
40 WILORN DR
DRY RIDGE, KY 41035

NETTIE S MCCLINTON
520 OTSEGO ST #107
OTSEGO PLACE
STORM LAKE, IA 50588

NORTON & ASSOCIATES LLC
MICHAEL E NORTON
317 MADISON AVE, SUITE 415
NEW YORK, NY 10017

NORTON & ASSOCIATES, LLC
ATT: MICHAEL E. NORTON
317 MADISON AVENUE, STE 415
ATTORNEYS FOR SSDC SERVICES, CORP.
NEW YORK, NY 10017

OFFICE OF THE COLORADO ATTORNEY
GENERAL
ATTENTION: JAMES B. HOLDEN
1525 SHERMAN STREET, 7TH FLOOR
DENVER, CO 80203

OLSHAN GRUNDMAN FROME ROSENZWEIG &
WOLOSKY LLP
ANDREA FISCHER (AF 2591)
66 EAST 55TH ST
PARK AVENUE TOWER
NEW YORK, NY 10022

OLIVER A PARKER
283 CODRINGTON DR
LAUD BY-THE-SEA, FL 33308

OLSHAN GRUNMAN FROM ROSENZWEIG &
WOLOSKY LLP
ATTN: ANDREA FISCHER
65 EAST 55TH STREET
ATTORNEYS FOR THE SHERWIN-WILLIAMS
COMPANY
NEW YORK, NY 10022

ORRICK HERRINGTON & SUTCLIFFE LLP
FREDERICK D. HOLDEN, JR. AND  JENNA S.
CLEMENS
405 HOWARD STREET
THE ORRICK BUILDING
SAN FRANCISCO, CA 94105

ORRICK HERRINGTON & SUTCLIFFE LLP
ATT: FREDERICK D. HOLDEN, JR., JENNA S.
CLEMENS
666 FIFTH AVENUE
ATTY FOR APL CO. PTE LTD AND AMERICAN
PRESIDENT LINES, LTD.
NEW YORK, NY 10103

ORRICK, HERRINGTON & SUTCLIFFE, LLP
ATTN: ALYSSA D. ENGLUND
666 FIFTH AVENUE
NEW YORK, NY 10103

PARAGON TECHNOLOGIES, INC.
5775 TEN MILE ROAD
WARREN, MI 48091

PATRICK J KUKLO
CARSON FISCHER, PLC
4111 ANDOVER ROAD WEST
2ND FLOOR
BLOOMFIELD HILLS, MI 48302

PATRICK J STRANEY
13916 N STEPROCK CANYON PL
ORO VALLEY, AZ 85755

PATROS, JOHN J
8188 KENYON DR SE
WARREN, OH 44484

PAUL D SCHRADER
7001 BRISCOE LANE
LOUISVILLE, KY 40228

PAUL E. THOMAS
814 PEARL STREET
BATESVILLE, IN 47006

PAUL, HASTINGS, JANOFSKY & WALKER LLP
RICHARD A. CHESLEY
191 NORTH WACKER DRIVE, 30TH FLOOR
ATTY FOR DTE NORTHWIND OPERATIONS, LLC
CHICAGO, IL 60606

PAULA ROTHMAN
2 DEER CREEK LANE
MT. KISCO, NY 10549

PEPPER HAMILTON LLP
NINA M. VARUGHESE, ESQ. (NV 2347)
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103

PEPPER HAMILTON LLP
ATTENTION: NINA M. VARUGHESE
3300 TWO LOGAN SQUARE, 18TH AND ARCH
STREETS
ATTORNEY SKF USA, INC.
PHILADELPHIA, PA 19103

PERKINS COIE LLP
ATTY FOR ISUZU MOTOR LIMITED, ISUZU
MOTORS AMERICA LLC
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WA 98101

PERROS, THOMAS H
18183 SABINE DR
MACOMB, MI 48042

PETER BACKUS
15609 ALLNUTT LN
BURTONSVILLE, MD 20866

PETER G POLMEN
7949 W CAMBRIDGE DR
ORLANDO PARK, IL 60462

PETER PETRA
3304 93RD ST. APT 3V
JACKSON HEIGHTS, NY 11372

PETERSON, JOSEPHINE L
370 BALDWIN AVE APT 120
PONTIAC, MI 48342

PHILLIP M. WACKER
N4213 SCHARINE ROAD
WHITEWATER, WI 53190

PHILLIPS LYTLE LLP
ATTN: ANGELA Z. MILLER
3400 HSBC CENBER
ATTY FOR NATIONAL FUEL RESOURCES, INC.
BUFFALO, NY 14203

PHILLIPS LYTLE LLP
ATTN:  ANGELA Z MILLER
3400 HSBC CENTER
ATTORNEYS FOR TORO ENERGY OF INDIANA,
LLC & TORO ENERGY OF MICHIGAN
BUFFALO, NY 14203

PHILLIPS LYTLE LLP
ATT: ANGELA Z. MILLER, ESQ
3400 HSBC CENTER
ATTY FOR A.W. FARRELL & SON INC.
BUFFALO, NY 14203

PHILLIPS LYTLE LLP
ALLAN L HILL, WILLIAM J BROWN
437 MADISON AVE
34TH FLOOR
NEW YORK, NY 10022

PHILLIPS LYTLE LLP
ANGELA Z MILLER
437 MADISON AVE, 34TH FLOOR
NEW YORK, NY 10022

PHILLIPS LYTLE LLP
ATTN: ANGELA Z MILLER
437 MADISON AVENUE
34TH FLOOR
NEW YORK, NY 10022

PHILLIPS LYTLE LLP
ATTN: ANGELA Z. MILLER
437 MADISON AVENUE
34TH FLOOR
NEW YORK, NY 10022

PILLIP BOHL, JEFFREY PETERSON, ESQ.
GRAY PLANT MOOTY MOOTY & BENNETT P.A.
500 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402

PILLSBURY WINTHROP SHAW PITTMAN LLP
RICHARD L EPLING, KAREN B DINE, ERICA E
CARRIG
1540 BRAODWAY
ATTY FOR LMC PHASE II, LLC
NEW YORK, NY 10036

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATT: RICHARD L. EPLING & ERICA E. CARRIG
1540 BROADWAY
NEW YORK, NY 10036

PIONEER STEEL CORPORATION
DON SAZAMA
7447 INTERVALE
DETROIT, MI 48238

PLANTER, EDWARD J
417 WYOMING AVE
BUFFALO, NY 14215

PLATZER, SWERGOLD, KARLIN LEVINE,
GOLDBERG & JASLOW, LLP
CLIFF A. KATZ
1065 AVENUE OF THE AMERICAS
NEW YORK, NY 10018

PORTER WRIGHT MORRIS & ARTHUR LLP
ATTN: TAMI HART KIRBY
ONE SOUTH MAIN ST, STE 1600
ATTY FOR ENPROTECH MECHANICAL
SERVICES, INC.
DAYTON, OH 44115

POTTER ANDERSON & CORROON, LLP
ATTN: DAVID J. BALDWIN
1313 NORTH MARKET STREET
HERCULES PLAZA 6TH FLOOR, PO BOX 951
WILMINGTON, DE 19801

RADHA R M NARUMANCHI  &
RADHA B D NARUMANCHI JT WROS
657 MIDDLETOWN AVE
NEW HAVEN, CT 06513

RANSOM FORD JR &
PATRICIA JEAN FORD JT TEN
3406 PRINCEWOOD CT
ARLINGTON, TX 76016

RAPIDS TUMBLE FINISH INC
ATTN: LOUANN LOOMIS
1607 HULTS DR
EATON RAPIDS, MI 48827

RAPIDS TUMBLE FINISH INC
1607 HULTS DR
EATON RAPIDS, MI 48827

RAWLE & HENDERSON LLP
STEVEN MONTGOMERY, GARY F SEITZ
14 WALL STREET
27TH FLOOR
NEW YORK, NY 10005

RAYMOND BRUSSEAU
8081 PEBBLE CREEK
FARWELL, MI 48622

RAYMOND W SARGENT
13050 FM 2010
CHANDLER, TX 75758

REED SMITH LLP
ATTN: DEBRA S TURETSKY
599 LEXINGTON AVENUE
28TH FLOOR
NEW YORK, NY 10022

REICHEL, LEONARD D
2844 SANDY CREEK DR
SHELBY TWP, MI 48316

REINHART BOERNER VAN DEUREN S.C.
ATT: AMANDA M. GIBBS
1000 NORTH WATER STREET, SUITE 1700
P.O. BOX 2965
MILWAUKEE, WI 53201

RICHARD WASKOW
C/O JOHN J. EDWARDS
1477 EAST 83RD ST
WACHOVIA SECURITIES, INC.
MERRILLVILLE, IN 46410

RICK ZUCKER
ASSISTANT GENERAL COUNSEL
720 OLIVE STREET
ROOM 1520
ST LOUIS, MO 63101

ROBERT A. NOVAK, PLLC
ROBERT A. NOVAK
30850 TELEGRAPH ROAD
SUITE 250
BINGHAM FARMS, MI 48025

REED SMITH LLP
ATTN:  STEPHEN T BOBO & ANN E PILLE
10 SOUOTH WACKER DRIVE
40TH FLOOR
CHICAGO, IL 60606

REED SMITH LLP
REED SMITH LLP
599 LEXINGTON AVENUE, 22 FL
MARK D. SILVERSCHOLTZ
NEW YORK, NY 10022

REINHART BOERNER VAN DEUREN S.C.
ATT: L. KATIE MASON
1000 NORTH WATER ST, STE 1700, POB 2965
ATTY FOR UNICO, INC.
MILWAUKEE, WI 53201

RICHARD H. MEEKER
700 EAST HAYES ST
MECOSTA, MI 49332

RICHLAND COUNTY COMMISSIONERS
COUNTY ADMINISTRATION BUILDING
50 PARK AVENUE EAST
MANSFIELD, OH 44902

RIKER, DANZIG & SHERER HYLAND &
PERRETTI LLP
ATTN: J. ALEX KRESS, ESQ. AND MARK E.
HALL, ESQ.
ONE SPEEDWELL AVENUE
HEADQUARTERS PLAZA
MORRISTOWN, NJ 07962

ROBERT FAIN
2365 TRINITY CHURCH ROAD
CANTON, GA 30115

ROBERT J SCHMIDT
TOD ACCOUNT
5255 W CENTRAL
TOLEDO, OH 43615

ROBERT MATLI
2463 FUNSTON AVENUE
SAN FRANCISCO, CA 94116

ROBERT MILLSAPS
114 WEST LEGACY DRIVE
BRANDON, MS 39042

ROBERT MUNDY
275 OCEAN AVE
ISLIP, NY 11751

ROBERT P SABOURIN
1301 EL LOBO WAY
THE VILLAGES, FL 32159

ROBERT S. LUTZ
2099 PENNSYLVANIA AVE, NW
12TH FLOOR
WASHINGTON, DC 20000

ROBERT W HARTNAGEL
7605 CARTA VALLEY DR
DALLAS, TX 75248

ROBINSON BROG LEINWAND GREENE,
GENOVESE & GLUCK PC
FRED RINGEL, A. MITCHELL GREENE, ROBERT
R. LEINWAND
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

RODNEY KLEIN
2230 CLEVELAND ST E
COOPERSVILLE, MI 49404

ROLAND KING
6839 FAIRVIEW ST
ANDERSON, IN 46013

RONALD DEAN AND SANDRA EARLENE DAVIS
4014 SOUTH 135TH EAST AVE
TULSA, OK 74134

RONALD E. KING
852 COACHWAY
ANNAPOLIS, MD 21401

RONALD L. STEPHENSON
514 WALNUT STREET
P.O. BOX 575
LAPEL, IN 46051

RONALD TANNER
2184 BRIAR LN
BURTON, MI 48509

ROSENZWEIG & WOLOSKY LLP
ATTN:  ANDREA FISCHER, ESQ. AND OLSHAN
GRUNMAN FROME
65 EAST 55TH STREET
ATTY FOR WORTHINGTON INDUSTRIES, INC.
NEW YORK, NY 10022

ROTHGERBER JOHNSON & LYONS LLP
ATTN: BRENT R. COHEN AND CHAD S. CABY
ONE TABOR CENTER
1200 SEVENTEENTH STREET
DOVER, CO 80202

ROTHSTEIN ROSENFELDT ADLER
ATTENTION: SCOTT A. GOLDSTEIN & ARTHUR
C. NEIWIRTH
401 EAST LAS OLAS BOULEVARD, SUITE 1650
ATTORNEY FOR MORSE OPERATIONS, INC.
FORT LAUDERDALE, FL 33301

ROVERE, CONSTANCE F
221 S LAKE ST
SOUTH AMHERST, OH 44001

RUSS DETTERICH
2515 GREENTREE LN
KOKOMO, IN 46902

RUSSELL W. ELLIS, SR.
54 NORELL DRIVE
PETAL, MS 39465

SALLY BUTLER
120 MASTERS COURT #3
WALNUT CREEK, CA 94598

SALVATORE SCIORTINO
461 CHAMBERS ST
SPENCERPORT, NY 14559

SANDRA STEVENS GOODALE
69 HILLTOP DRIVE
CHAPPAQUA, NY 10514

SANFORD P. ROSEN & ASSOCIATES, P.C.
ATTY FOR L+A ARCHITECTS, INC.
747 THIRD AVENUE
NEW YORK, NY 10017

SARAH M. CHEN
LOCKE LORD BISSELL & LIDDELL, LLP
885 THIRD AVENUE
TWENTY-SIXTH FLOOR
NEW YORK, NY 10022

SAUL EWING LLP
ATTN: MARK MINUTI
222 DELEWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899

SCHAFER AND WEINER, PLLC
ATT: MICHAEL R. WERNETTE
40950 WOODWARD AVE., STE. 100
BLOOMFIELD HILLS, MI 48304

SCHNEIDER, KURT G
7730 S KILKENNY DR
BRIGHTON, MI 48116

SHAW GUSSIS FISHMAN GLANTZ WOLFSON &
TOBIN LLC
ATTN: MARK L. RADTKE
321 N. CLARK ST
SUITE 800
CHICAGO, IL 60654

SHELDON S. TOLL PLLC
PHILLIPS LYTLE LLP
ONE HSBC CENTER, SUITE 3400
BUFFALO, NY 14203

SHERRI BARKAN
645 BALFOUR PLACE
MELVILLE, NY 11747

SHIVELY BROTHERS, INC
C/O DAVID A SALIM
5302 GATEWAY CENTRE
HICKS SCHMIDLIN & SALIM PC
FLINT, MI 48507

SIMPSON THACHER & BARTLETT LLP
ATTN: KENNETH S. ZIMAN
425 LEXINGTON AVENUE
NEW YORK, NY 10017

SIPKA, ALBERT G
302 TURNBERRY CT NE
WARREN, OH 44484

SMITH GAMBRELL & RUSSELL , LLP
ATTN: WILLIAM M. BARRON & BETH N. KIBE
250 PARK AVE
ATTY FOR DUERR AG, DUERR SYSTEMS INC.,
AND DUERR ECOCLEAN, INC
NEW YORK, NY 10177

SMITH, GAMBRELL & RUSSELL, LLP
ATTN: WILLIAM M. BARRON & BETH N. KIBEL
250 PARK AVENUE
ATTY FOR SCHENCK ROTEC CORPORATION
NEW YORK, NY 10177

SMITHAMUNDSEN, LLC
ATTORNEYS FOR GRUBB & ELLIS
MANAGEMENT SERVICES, LLC
150 NORTH MICHIGAN AVENUE, STE 3300
BRIAN M.GRAHAM, WILLIAM S. HACKNEY
CHICAGO, IL 60601

SONNENSCHEIN NATH & ROSENTHAL LLP
JONATHAN D. FORSTOT, LOUIS A. CURCIO
1221 AVENUE OF THE AMERICAS
NEW YORK,, NY 10020

SONNENSCHEIN NATH & ROSENTHALL LLP
ROBERT E. RICHARDS
233 SOUTH WACKER DRIVE
SUITE 7800
CHICAGO, IL 60606

SONNENSCHEIN NATH ROSENTHAL LLP
ATTENTION: JOHN BICKS
1221 AVENUE OF THE AMERICAS
ATTORNEY FOR SCHAEFFLER GROUP ENTITIES
NEW YORK, NY 10020

SQUIRE, SANDERS & DEMPSEY L.L.P.
PETER A ZISSER
1095 AVENUE OF THE AMERICAS
31ST FLOOR
NEW YORK, NY 10036

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATT: P. CASEY COSTON
221 E. FOURTH ST., SUITE 2900
ATTY FOR THE GOODYEAR TIRE & RUBBER
COMPANY
CINCINNATI, OH 45202

ST AMOUR, LEO
1874 BURNING BUSH CT
ROCHESTER HILLS, MI 48309

STANDARD ELECTRIC CO
JOHN WISNIEWSKI
2650 TRAUTNER DR
SAGINAW, MI 48604

STANDARD ELECTRIC CO
2650 TRAUTNER DR
PO BOX 5289
SAGINAW, MI 48604

STANLEY D SMITH
608 N 13TH ST
MIDDLETOWN, IN 47356

STANLEY JANUSZ
11995 ANGUS CIR
STERLING HTS, MI 48312

STEINGERG SHAPIRO & CLARK LLC
ATTN: MARK H. SHAPRIO
24901 NORTHWESTERN HWY
SUITE 611
SOUTHFIELD, MI 48075

STEPHEN B. FOLEY
STEPHEN B. FOLEY, P.C.
9900 PELHAM ROAD
TAYLOR, MI 48180

STEVEN M. MELLEY
FRANK & SANDRA CACCOMA
24 CLOSS DRIVE
RHINEBACK, NY 12572

STEVENSON & BULLOCK
ATTN: CHARLES D BULLOCK
19200 SOUTHFIELD RD, SUITE 210
SOUTHFIELD, MI 48076

STOEL RIVES LLP
DAVID B. LEVANT, ERIN L. ELIASEN, ESQ.
600 UNIVERSITY STREET
SUITE 3600
SEATTLE, WA 98101

STUART A. LAVEN, JR
BENESH FRIEDLANDER COPLAN & ARONOFF
LLP
200 PUBLIC SQUARE , SUITE 2300
CLEVELAND, OH 44114

SUE TRIPLETT
101 RANCHO ENCINO
SAN MARCOS, TX 78666

SULLIVAN & CROMWELL, LLP
ATTENTION: WILLIAM L. FARRIS
125 BROAD STREET
NEW YORK, NY 10004

SUPFINA MACHINE COMPANY INC
181 CIRCUIT DR
NORTH KINGSTOWN, RI 02852

SUPINA MACHINE COMPANY, INC.
ATTN: ANDREW M. CORSINI, PRESIDENT & CEO
181 CIRCUIT DRIVE
NORTH KINGSTOWN, RI 02852

TAFT STETTINIUS & HOLLISTER
425 WALNUT ST STE 1800
CINCINNATI, OH 45202

TATRO, TED A
19720 SQUIRREL CT
VOLCANO, CA 95689

TED TATRO
19720 SQUIRREL CT
VOLCANO, CA 95689

THE HAAS LAW FIRM
ELIZABETH A. HAAS
254 S. MAIN STREET
SUITE 210
NEW CITY, NY 10956

THE MASTROMARCO FIRM
ATTY FOR GERALD HAYNOR
1024 N. MICHIGAN AVE
SAGINAW, MI 48602

THE MATHWORKS
THOMAS M. SERPA
3 APPLE HILL DRIVE
NATICK, MA 01760

THE SCHARINE GROUP, INC.
ATTENTION: PHILLIP M. WACKER
N4213 SCHARINE ROAD
WHITEWATER, WI 53190

THEOPOLIS WILLIAMS, SR
19635 BUFFALO STREET
DETROIT, MI 48234

THOMAS B CANNON
3332 RUSSELL CIR
PLANO, TX 75023

THOMAS H. PERROS
18183 SABINE DR
MACOMB, MI 48042

THOMAS KENNEDY
50CRYSTAL ST
NORTH ARLINGT, NJ 07031

THOMAS KENNEDY
5516 DEYO RD
CASTALIA, OH 44824

THOMAS KENNEDY
643 S RIVERVIEW AVE
MIAMISBURG, OH 45342

THOMAS KENNEDY III TTEE O/T
THOMAS KENNEDY III LV TR
6940 LAKESIDE HILLS DRIVE
DTD 12/11/87
FLORISSANT, MO 63033

THOMAS KENNEDY SAMPSON & PATTERSON
3355 MAIN ST
COLLEGE PARK, GA 30337

THOMAS L. BERGMAN
4217 TRADEWIND CT.
ENGLEWOOD, OH 45322

THOMAS W SCHOUTEN
DUNN, SCHOUTEN & SNOAP, PC
2745 DEHOOP AVE SW
WYOMING, MI 49509

THOMPSON & KNIGHT LLP
ATTN: DEMETRA L. LIGGINS
919 THIRD AVE., 39TH FLOOR
ATTY FOR MITSUBISHI HEAVY INDUSTRIES,
LTD.,
NEW YORK, NY 10022

THOMPSON COBURN FAGEL & HABER
ATTN: LAUREN NEWMAN
55 EAST MONROE
40TH FLOOR
CHICAGO, IL 60603

TINA BRIGGS
2270 MILLSBORO RD
MANSFIELD, OH 44906

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521

TONY F DI PONIO
CALHOUN & DI PONIO, PLC
31000 TELEGRAPH RD
SUITE 280
BINGHAM FARMS, MI 48025

TRANUM BUICK, PONTIAC, GMC TRUCK
ANNA TRANUM-KESSLER
5620 S GENERAL BRUCE DR
TEMPLE, TX 76502

TRISTAN MANTHEY
HELLER, DRAPER, HAYDEN, PATRICK & HORN,
LLC
650 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LA 70130

US BANKRUPTCY COURT, SDNY
THE HONORABLE ROBERT E GERBER
ONE BOWLING GREEN
NEW YORK, NY 10004

VENABLE LLP
ATTN: EDWARD A. SMITH
1270 EAST PRATT STREET
SUITE 900
BALTIMORE, MD 21202

VENABLE LLP
ATTN: DAREK S. BUSHNAQ
750 EAST PRATT STREET
SUITE  900
BALTIMORE, MD 21202

VENABLE LLP
ATTENTION: LAWRENCE A. KATZ
8010 TOWERS CRESCENT DRIVE, SUITE 300
ATTORNEY FOR MORSE OPERATIONS, INC.
VIENNA, VA 22182

VERL DASHER
921 W WAYNE ST
PAULDING, OH 45879

VORYS, SATER, SEYMOUR AND PEASE LLP
52 E. GAY STREET
P.O. BOX 1008
, COLUMBUS OH

WALLER LANSDEN DORTCH & DAVIS, LLP
ATT: JOHN M. BRADHAM, PETER B. KATZMAN
708 THIRD AVENUE, 19TH FLOOR
ATTY FOR CLARCOR, INC. AND TOTAL
FILTRATION SERVICES, INC.
NEW YORK, NY 10017

WARNER NORCROSS & JUDD LLP
ATTENTION: STEVEN B. GROW
900 FIFTH THIRD CENTER
111 LYON STREET NW
GRAND RAPIDS, MI 49503

WARREN AND YOUNG PLL
JEFFREY L COXON
134 W 46TH ST
ASHTABULA, OH 44050

WARREN, DRUGAN & BARROWS, P.C.
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO, TX 78215

VERCRUYSSE, MURRAY & CALZONE, PC
ATTN: DANIEL J. BERNARD
31780 TELEGRAPH ROAD, SUITE 200
ATTY FOR UNIQUE FABRICATING, INC
BINGHAM FARMS, MI 48025

VON BRIESEN & ROPER, S.C.
ATTN: RANDALL D. CROCKER & REBECCA H.
SIMONI
411 E. WISCONSIN AVE.,  SUITE 700
ATTY FOR EMERSON ELECTRIC COMPANY AND
IT'S AFFILIATES
MILWAUKEE, WI 53202

WALLER LANSDEN DORTCH & DAVIS, LLP
ATTN: ROBERT A. GUY, JR.
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TN 37219

WALTER BENZIJA
HALPERIN BATTAGLIA RAICHT, LLP
555 MADISON AVENUE - 9TH FLOOR
NEW YORK, NY 10022

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL B. O'NEAL
900 FIFTH THIRD CTR, 111 LYON STREET, NW
ATTY FOR SPS TECHNOLOGIES, LLC
GRAND RAPIDS, MI 49503

WARREN R BOLTON TR
WARREN R BOLTON TTEE
560 ORLEANS RD.
U/A DTD 04/21/1992
NORTH CHATHAM, MA 02650

WASSENAAR, MARLYE A
3034 MEADOW ST
LYNN HAVEN, FL 32444

WAYNE S. CROFT
5021 GARFIELD PL
CORPUS CHRISTI, TX 78413

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY MILLER
767 FIFTH AVENUE
NEW YORK, NY 10153

WEISMAN, YOUNG & RUEMENAPP
ATTN: JOHN RUEMENAPP
30100 TELEGRAPH ROAD
SUITE 428
BINGHAM FARMS, MI 48025

WEISMAN, YOUNG & RUEMENAPP, P.C.
ATTN: JOHN A. RUEMENAPP
30100 TELEGRAPH ROAD, SUITE 428
BINGHAM FARMS, MI 48025

WENDY S. WALKER
MORGAN LEWIS & BOCKIUS LLP
101 PARK AVENUE
NEW YORK, NY 10178

WESTERMAN BALL EDERER MILLER &
SHARFSTEIN, LLP
ATTN: ERIC G. WAXMANN III
170 OLD COUNTRY ROAD
SUITE 400
MINEOLA, NY 11501

WHITE & WILLIAMS LLP
ATTN: KAREL S. KARPE
ONE PENN PLAZA
SUITE 4110
NEW YORK, NY 10119

WILLIAM AND KAREN GREEN
16150 CLIFFROCK CT
COLORADO SPRINGS, CO 80921

WILLIAM BRAME
131 SPRING OAK DR.
MADISON, MD 39110

WILLIAM H CHAMBERS
501 CUMBERLAND ROAD
TYLER, TX 75703

WILLIAM H. BALLENTINE
13422 CORAM PEAK ST
SAN ANTONIO, TX 78248

WILLIAM KRUSE (IRA ROLL)
FCC AS CUSTODIAN
262 SPRINGHILL RD NW
HUNTSVILLE, AL 35806

WILLIAM R. KRUSE
262 SPRINGHILL ROAD NW
HUNTSVILLE, AL 35806

WILLIAM V O'CONNOR
936 HARDING AVE
VENICE, CA 90291

WILMER CUTLER PICKERING HALE & DORR
LLP
ATTN:  JAMES MILLAR & ANDREW GOLDMAN
399 PARK AVENUE
ATTORNEYS FOR GFK CUSTOMER RESEARCH
LLC
NEW YORK, NY 10022

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER
ATT: MARK G. LEDWIN, ESQ
3 GANNETT DRIVE
ATTY FOR RELATIONAL, LLC, F/K/A
RELATIONAL FUNDING CORPORATION
WHITE PLAINS, NY 10604

WILSON, HARRY A
1004 E GRANT ST
MARION, IN 46952

WILSON, HARRY B
7723 HIGHLAND AVE SW
WARREN, OH 44481

WILSON, HARRY E
11549 STOEPPELWERTH DR
INDIANAPOLIS, IN 46229

WILSON, HARRY E
941 40TH ST SW
WYOMING, MI 49509

WILSON, HARRY J
3208 HUNTER COVE DRIVE
ARLINGTON, TX 76001

WILSON, HARRY W
4600 BRITTON RD LOT 229
PERRY, MI 48872

WINDELS MARX LANE & MITTENDORF, LLP
ATTN: LESLIE S. BARR
156 WEST 56TH STREET
ATTY FOR MORGAN ADHESIVES CO. D/B/A
MACTAC AND BEMIS CO., INC.
NEW YORK, NY 10019

WINSTEAD PC
ATT: R. MICHAEL FARQUHAR, JOSEPH G.
EPSTEIN
1100 JPMORGAN CHASE TOWER
600 TRAVIS STREET
HOUSTON, TX 77022

WINSTON & STRAWN LLP
ATT: ROBERT J BOUDREAU
200 PARK AVE
NEW YORK, NY 10166

WINSTON & STRAWN, LLP
CAREY D. SCHREIBER
200 PARK AVENUE
NEW YORK, NY 10166

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
WILLIAM B. SULLIVAN, ESQ.
ONE WEST FOURTH STREET
WINSTON-SALEM, NC 27101

WOOD, KENNETH M
3869 E 1250 N
ALEXANDRIA, IN 46001

YEATON RESEARCH INC
5552 CERRITOS AVE STE B
G. SCOTT YEATON, PRESIDENT
CYPRESS, CA 90630

YOUNG & SUSSER, PC
ATTORNEYS FOR EBERSPAECHER
26200 AMERICAN DRIVE STE 305
ROGER D. YOUNG, STEVEN SUSSER, SARA K.
MACWILLIAMS
SOUTHFIELD, MI 48034

OTTAWAY MOTOR EXPRESS
SHAWN MCMAHON
714880 CT. ROAD 4
WOODSTOCK ON N4S 7W3 CANADA

ERNST RITOPER
8580 KOEFLACH
PIBER 3 AUSTRIA

OTTAWAY MOTOR EXPRESS LTD
714880 COUNTY ROAD 4
WOODSTOCK, ONT
N4S 7W3 CANADA

BETTY GORDON

CECILIA FAW

DAN HOWELL
SHARLENE HOWELL

DAVID MUFFLEY

DW GRIFFITH INC

ECONESTRO JOHN

ELTON HOLLINGSWORTH

GEORGE EDWARDS

GERALD L. MILLS

JOANNE BURNS

JOHN STARKS

JOHN W. WILSON
JEAN P. WILSON

KAREN & DAVID HOBSON

KATHRYN GRIFFIN

LEN REICHEL

MARILYN POWELL

MARILYN POWELL

MAUREEN L. MILES

MELVIN HAYS

MR. & MRS BRUCE LINHART

PATRICK L WILSON

PHILIP & NANCY SHONEIGH

ROBERT DANIEL HOWELL AND SHARLENE
HOWELL

RONALD F. ALBRIGHT
UNKNOWN

SHIRLEY STARKS

SUSAN MUFFLEY

THREAD INFORMATION DESIGN, INC.
GERALD L MILLS

VERL L DASHER

VICKY LEE WEATHERWAX DAVES

WESLEY FRAZIER

WILLIAM H KING

JOHN R. BRATINGHAM
WHITE LAKE, MI

ROBERT S GORDON
PO BOX 482
ANDERSON, IN  46015-0482

TRANUM AUTO GROUP
P.O. BOX 1028
TEMPLE, TX  76503

JONATHAN LEE RICHES
FEDERAL MEDICAL CENTER
P.O. BOX 14500
LEXINGTON, KY  40512

GRAND LODGE OF THE ORDER OF THE SONS
C/O HARRY WERLAND
P.O. BOX 1941
SAN ANTONIO, TX  78297

CHARLES BENNINGHOFF
P.O. BOX 2806
RANCHO CUCAMONGA, CA  91729

ANDREW F. KRAINZ, JR. & SUSAN A. KRAINZ
P.O. BOX 7195
MOUNT JEWETT, PA  16740-7195

DEBRA A BRITTON
PO BOX 43
LOSTANT, IL  61334

WENDY WOOD
PO BOX 477
HOMEWOOD, CA  96141

SAMUEL D SWEET PLC
ATTY FOR ICM SYSTEMS, LLC
PO BOX 757
ORTONVILLE, MI  48462-0757

ROBERT N. BASSEL
CO-COUNSEL FOR EBERSPAECHER
PO BOX T
CLINTON, MI  49326

ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P. O. BOX 12548
AUSTIN, TX  78711-2548

JUNSO, KEVIN
PO BOX 1227
BAKER, MT 59313-1227

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
COLLECTIONS DIVISION - BANKRUPTCY
PO BOX 12548
MARK E BROWNING, KIMBERLY A WALSH
AUSTIN, TX 78711

WILSON, HARRY T
PO BOX 19321
ROCHESTER, NY 14619-0321

GREEN, JOHN E
PO BOX 2456
DETROIT, MI 48202-0456

ROBERT MACKENZIE
PO BOX 263
BRIDGEPORT, MI 48722-0263

ROBERT HENDERSON
PO BOX 526
SWARTZ CREEK, MI 48473-0526

SOLIS, DAVID
PO BOX 626
SANTA PAULA, CA 93061-0626

,  -

,  -

,  -

,  -

Exhibit D

CADWALADER WICKERSHAM & TAFT LLP
ATTN: JOHN RAPISARDI, ESQ.
COUNSEL FOR THE US DEPT OF TREASURY
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COHEN WEISS AND SIMON LLP
ATTN: BABETTE CECCOTTI, ESQ.
COUNSEL FOR THE UAW
330 W 42ND STREET
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: KENNETH E ECKSTEIN, ESQ.
COUNSEL FOR THE CREDITORS' COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, ESQ.
COUNSEL FOR THE CREDITORS' COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: ADAM C ROGOFF, ESQ.
COUNSEL FOR THE CREDITORS' COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: GORDON Z NOVOD, ESQ.
COUNSEL FOR THE CREDITORS' COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: DIANA ADAMS
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004

UNITED STATES ATTORNEY
ATTN: MATTHEW L SCHWARTZ AND DAVID S.
JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019

VEDDER PRICE
MICHAEL SCHEIN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
THE HONORABLE ROBERT E. GERBER
ONE BOWLING GREEN
NEW YORK, NY 10004