Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                :
                :    **In re : Chapter 11 Case No.**
                :
**GENERAL MOTORS CORP.,** *et al.,*  :    **09-50026 (REG)**
                :
         **Debtors.**    :    **(Jointly Administered)**
                :
-------------------------------------------------------x

## STIPULATION AND AGREED ORDER WITH RESPECT TO THE WITHDRAWAL OF CURE OBJECTIONS FILED IN CONNECTION WITH DEBTORS' ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS

General Motors Corporation ("**GM**") and certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" or "**GM**"), and each of the parties listed on Schedule 1 attached hereto (individually, an "**Objecting Party**" and collectively, the "**Objecting Parties**", and together with the Debtors, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

## RECITALS

A.     On June 1, 2009 (the "**Commencement Date**"), the Debtors commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"). The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed. On or about June 3, 2009, an Official Committee of Unsecured Creditors (the "**Committee**") was appointed in the Chapter 11 Cases.  Pursuant to this Court's Order, these Chapter 11 Cases are now being jointly administered.

B.     On June 1, 2009, the Debtors also filed a Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) The Sale Pursuant to The Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing [Docket No. 92] (the "**Sale Procedures Motion**").[1]

C.     Pursuant to this Court's Order in respect to the Sale Procedures Motion [Docket No. 274] (the "**Sale Procedures Order**"), among other things, the following procedures govern the assumption and assignment of the Assumable Executory Contracts in connection with the sale of the Purchased Assets to the Purchaser:

---

[1] Capitalized terms used herein and not otherwise defined have the meanings given to them in the Sale Procedures Motion.

i.    The Debtors provide Assumption and Assignment Notices to Non-Debtor Counterparties to Assumable Executory Contract setting forth (i) instructions for accessing the information on the Contract Website relating to the Non-Debtor Counterparty's Assumable Executory Contract and (ii) the procedures for objecting to the proposed assumption and assignment of the Assumable Executory Contract;

ii.   The Non-Debtor Counterparties to Assumable Executory Contracts for which Assumption and Assignment Notices were provided have ten (10) days to object to the proposed assumption and assignment of the Assumable Executory Contracts, specifically identifying in the objection the grounds therefor;

iii.  If a Non-Debtor Counterparty timely files a Contract Objection relating solely to the Cure Amount (a "**Cure Objection**"), then the Assumable Executory Contract may nevertheless be assumed and assigned to the Purchaser on the Assumption Effective Date, in which event the Purchaser shall pay the undisputed portion of the Cure Amount on or as soon as reasonably practicable after the Assumption Effective Date, and the disputed portion of the Cure Amount shall be determined as set forth in the Sale Procedures Order and paid as soon as reasonably practicable following the resolution of such disputed Cure Amount; and

iv.   To resolve a Cure Objection, the Debtors, the Purchaser, and the objecting Non-Debtor Counterparty may meet and confer in good faith to attempt to resolve the Cure Objection without Court intervention and, if the Debtors determine that the Cure Objection cannot be resolved without judicial intervention, then the Cure Amount is determined (a) with respect to Assumable Executory Contracts pursuant to which the non-Debtor counterparty has agreed to an alternative dispute resolution procedure, then, according to such procedure (the "**Cure Dispute Resolution Process**"); and (b) with respect to all other Assumable Executory Contracts, by the Court at the discretion of the Debtors either at the Sale Hearing or such other date as determined by the Court.

D.    Each of the Objecting Parties has timely filed a Cure Objection with respect to its Assumable Executory Contracts in accordance with the procedures set forth in the Sale Procedures Order. The docket number with respect to each of the Cure Objections is noted on Schedule 1 along with the name of the Objecting Party that filed such Cure Objection.

3

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.      Each of the Cure Objections are objections only to the Cure Amount proposed by GM with respect to each Objecting Party's respective Assumable Executory Contracts.

2.      The resolution of the Cure Amount disputes raised in the Cure Objections shall be governed by the Sale Procedures Order and the Cure Dispute Resolution Process, the latter to the extent applicable.

3.      The Cure Objections are withdrawn pursuant to this Stipulation, subject to the Parties' agreement that each Party's rights, claims and interests regarding the Cure Amount and any dispute related thereto are reserved and shall be determined in accordance with the Sale Procedures Order and the Cure Dispute Resolution Process, the latter to the extent applicable.

4.      The Objecting Parties will not file any additional objections to the assumption of their respective Assumable Executory Contracts by the Debtors or the assignment of such Assumable Executory Contracts to the Purchaser.

5.      Nothing contained herein shall constitute a modification of the Sale Procedures Order or any of the procedures set forth therein.

6.      This Stipulation is subject to the approval of this Court and shall become effective upon the entry of an order by the Court approving this Stipulation. If this Stipulation is not approved by the Court, then this Stipulation shall be deemed null and void, and shall not be

referred to or used for any purpose by any party in either the Chapter 11 Cases or in any other forum.

7.    This Stipulation sets forth the entire understanding of the Parties with respect to the subject matter of this Stipulation.

8.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.  This Stipulation may be executed by facsimile or PDF signatures, and such facsimile or PDF signatures will be deemed to be as valid as an original signature whether or not confirmed by delivering the original signatures in person, by courier or mail, although it is the Parties' intention to deliver original signatures after delivery of facsimile signatures.

*[signatures to Stipulation on next page]*

STIPULATED AND AGREED:


**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession


_____
          "Objecting Party"

By: _____

Print Name: _____

Company/Firm: _____

Date: _____

6

Schedule 1

| Objecting Party | Cure Objection Docket No. |
|---|---|
| JD Power and Associates and Power Information Network, LLC | 783 |
| Knight Facilities Management, Inc and Caravan/Knight Facilities Management, LLC | 364 |
| Mahar Tool Supply Company, Inc | 363 |
| MIS Environmental Services, Inc. | 1086 |
| Timco, LLC | 367 |
| Airgas, Inc. | 1809 |
| Medialink Worldwide | 1334 |
| Cassens Transport Company | 827 |
| General Physics Corporation (together with GP Strategies Corporation and Sandy Corporation, a division of General Physics Corporation) | 794 |
| Pirelli Tire LLC | 1385 |
| EnovaPromier of Michigan LLC | 1653 |
| Newport Television LLC | 1458 |
| Turchan Technologies Group, Inc. | |
| Hagemeyer, N.A. | 2173 |
| Severstal NA Inc. | 899 |
| Comprehensive Logistics Co., Inc | 1645 |
| Plastic Omnium Auto Exteriors, LLC, Plastic Omnium Auto Exteriors S.A. de C.V., Burelle S.A., and Inoplast Composites, S.A. de C. V. | 2029 |
| Quadion Corp. | 1906 |
| Federal Express Affilated Companies | 888 |
| Falcon Transport Co. | 1643 |
| Gonzalez Design Engineering, Gonzalez Production Systems, Gonzalez Manufacturing Technology, Gonzalez-Group | 1428, 1566 |

Schedule 1

| Objecting Party | Cure Objection Docket No. |
|---|---|
| Johnson Controls, Inc, Intertec Systems, LLC, JCIM, LLC, on behalf of themselves and their subsidiaries, affiliates and related entities | 1105 |
| Yorozu North America, Inc. (a/k/a Yorozu America Corporation), on behalf of itself and its owned or controlled subsidiaries including Yorozu Automotive North America, Inc. and Yorozu Automotive Tennessee, Inc. | 1116 |
| Magna International, Inc., on behalf of itself and its subsidiaries, affiliates and related entities | 2138 |
| DENSO International America, Inc. | 758 |
| Market Insight Corp | 1050 |
| APL Co. Pte. LTD and American President Lines Ltd. | 1339 |
| APL Logistics Transportation Management Services, Ltd. and APL Logistics, Ltd. | 1330 |
| Chemico Systems, Inc | 1208 |
| Chemico Mays, LLC | 1211, 1250 |
| Nagel Precision, Inc. | 1064 |
| Champion Laboratories, Inc. | 1363 |
| Airtex Products, L.P. | 1365 |
| Webasto Roof Systems Inc. | 1127 |
| RCO Engineering, Inc. | 797 |
| Benteler Automotive Corporation | 1045 |
| QEK Global Solution (US) LP | 1189 |
| Quaker Chemical Corporation | 1160 |
| Paragon Technologies Inc | 2195 |
| Ottaway Motor Express Ltd | 2005 |
| Bay Logistics, Inc | 1212 |

Schedule 1

| Objecting Party | Cure Objection Docket No. |
|---|---|
| Henniges Automotive Holding, Inc. and certain of its affiliates and subsidiaries | 1426, 2517, 2617 |
| Martin Transportation Systems, Inc. | 884 |
| PJAX, Inc | 1205 |
| Commercial Contracting Corporation | 1126 |
| J.B. Hunt Transport | 1080 |
| Supervalu Inc | 1857 |
| Discovery Communications, LLC | 1132 |
| U.S. Farathan Corporation | 994 |
| Kunshan Liufeng Machinery Industry Co. Ltd. | 848 |
| Fuzhou Lioho Machinery Co., Ltd. | 842 |
| Lioho Light Metal (Kunshan) Co., Ltd | 851 |
| Fujiwa Machinery Industry (Kunshan) Co, Ltd | 858 |
| The Cobalt Group, Inc. | 1307 |
| Molded Fiber Glass Companies | 1309 |
| Niles America Wintech, Inc. | 1133 |
| Western Flyer Express, Inc. | 1282 |
| Buehler Motor GMBH | 2075 |
| Blue Marble Environmental, Inc. | 2415 |
| Sumitomo Electric Wiring Systems, Inc., on behalf of itself and its owned or controlled subsidiaries, affiliates and related companies | 1168 |
| JASCO International, LLC, on behalf of itself and its subsidiaries, affiliates and related entities | 1261 |
| Sabo' USA, Inc. | 1223 |
| Sabo' Industria e Comercio de Autopecas Ltda., on behalf of itself and its subsidiaries, affiliates and related entities other than Sabo' USA, Inc. | 1238 |

Schedule 1

| Objecting Party | Cure Objection Docket No. |
|---|---|
| Continental Structural Plastics, Inc. | 1978 |
| Hirata Corporation of America | 941, 2371 |
| HCA Inc. | 1221 |
| NBC Universal, Inc | 1275 |
| D.W. Griffith, Inc. | 1089 |
| GFK Custom Research LLC | 2600 |
| Hella KGaA Hueck & Co., Hella Corporate Center USA, Inc. and certain affiliated entities | 1409 |
| The Barnes Group Inc. on behalf of its Associated Springs Division and its wholly owned, indirect subsidiary, Seeger-Orbis Gmbh & Co. OHG | 1096, 2358 |
| Cooper-Standard Automotive, Inc. | 1294 |
| Peugeot Japy Industries SA | 1304 |
| Grupo Antolin North America | 1321 |
| EMCON Technologies | 1299 |
| OMRON Automotive Electronics, Inc and OMRON Dualtec Automotive Electronics, Inc. | 1292 |
| Norfolk Southern Corporation, Norfolk Southern Railway and Triple Crown Services Company | 1235 |
| The Maersk Entities | 829 |
| Cross Country Motor Club, Inc and Cross Country Motor Club of California, Inc. | 2412 |
| Georg Fischer Automotive AG | 756 |
| Thread Information Design, Inc | 1021 |
| Detroit Technologies, Inc. | 2508, 2608 |
| WABCO Holdings, Inc. | 1180 |
| Peterson American Corporation | 1106 |
| TGI Direct, Inc., on behalf of itself and its subsidiaries, affiliates and related entities | 1210 |

Schedule 1

| Objecting Party | Cure Objection Docket No. |
|---|---|
| Autoport Limited | 846 |
| Canadian National Railway | 682 |
| Jefferson Wells International, Inc. | 1683 |
| Pitney Bowes Inc., Pitney Bowes Management Services, Inc., Pitney Bowes Software Inc., and their affiliates | 2051 |
| Koch Enterprises Inc. | 694 |
| Midway Products Group, Inc | 957 |
| R.L. Polk & Co | 834 |
| Albar Industries, Inc. | 1040 |
| Ficosa North America Corporation and Ficosa North America, S.A. de C.V. | 1399 |
| Central Conveyor Company | 1360 |
| Bing Metals Group, Inc | 912 |
| Rush Trucking Corporation | 931 |
| Ryder Integrated Logistics, Inc | 1140 |
| Behr-Hella Thermocontrol GmbH Co. | 1405 |
| The McGraw-Hill Companies, Inc | 788 |
| Ideal Contracting LLC | 799 |
| Canadian Pacific Railway Company | 2006 |
| Ballard Material Products, Inc. | 1295 |
| SSDC Services, Corp | 891 |
| Advics North America, Inc. | 1129 |
| Rhythm North America Corporation and THK Manufacturing of America, Inc. | 1153 |
| Unico, Inc | 1331 |
| Autoliv ASP, Inc. | 862 |
| Acument Global Technologies, Inc | 1359 |

Schedule 1

| Objecting Party | Cure Objection Docket No. |
| --- | --- |
| Det Norske Veritas Certification, Inc | 693 |
| Kongsberg Automotive Inc and its affiliates | 753 |
| Grubb & Ellis Management Services, Inc. (on behalf of itself and Grubb & Ellis Company) | 878 |

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

JD POWER AND ASSOCIATES
AND POWER INFORMATION
"Objecting Party" NETWORK, LLC

By: _____

Print Name: DAVID N. CRAPO

Company/Firm: GIBBONS P.C.

Date: June 29, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Knight Facilities Management, Inc. and
Caravan/Knight Facilities Management, LLC
"Objecting Party"

By: _____

Print Name: Susan M. Cook

Company/Firm: Lambert, Leser, Isackson
              Cook & Giunta, P.C.

Date: 06/29/09

916 Washington Avenue, Suite 309
Bay City, Michigan 48708
Phone: (989) 893-3518
Fax: (989) 894-2232
Email: scook@lambertleser.com

Attorneys for Creditor

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
tsherick@honigman.com
jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Mahar Tool Supply Company, Inc.
"Objecting Party"

By: _____

Print Name: Susan M. Cook

Company/Firm: Lambert, Leser, Isackson
Cook & Giunta, P.C.
Date: 06/29/09

916 Washington Avenue, Suite 309
Bay City, Michigan 48708
Phone: (989) 893-3518
Fax: (989) 894-2232
Email: scook@lambertleser.com

Attorneys for Creditor

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

MIS Enviromental Services, Inc.
"Objecting Party"

By: _____

Print Name:  Susan M. Cook

Company/Firm: Lambert, Leser, Isackson
              Cook & Giunta, P.C.
Date: 06/29/09

916 Washington Avenue, Suite 309
Bay City, Michigan 48708
Phone: (989) 893-3518
Fax: (989) 894-2232
Email: scook@lambertleser.com

Attorneys for Creditor

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

TIMCO, LLC
_____
"Objecting Party"

By: _____

Print Name: Sheldon S. Toll

Company/Firm: SHELDON S. TOLL PLLC

Date: 6-29-09

Sheldon S. Toll (P21490)
2000 Town Center, Suite 2100
Southfield, MI 48075
(248) 351-5480
lawtoll@comcast.net

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
       tsherick@honigman.com
       jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Airgas, Inc.
_____
"Objecting Party"

By: _____
Print Name: _Jonathan Hook_
Company/Firm: _Haynes and Boone, LLP_
Date: _6/25/09_
_Attorneys for Airgas, Inc._

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

**MEDIALINE WORLDWIDE**
"Objecting Party"

By: _____

Print Name: __Miles Baum_____

Company/Firm: __Davis & Gilbert LLP__

Date: __June 26, 2009_____

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Cassens Transport Company
"Objecting Party"

By: _____

Print Name: Karin Avery, attorney for

Company/Firm: Silverman & Morris Cassens
                                          PLLC

Date: 6/26/09

Docket no. 827

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

General Physics Corporation (together
with GP Strategies Corporation and
Sandy Corporation, a division of General
Physics Corporation)

_____
"Objecting Party"

By: _____

Print Name:  Mark J. Friedman

Company/Firm:  DLA Piper LLP (US)
               6225 Smith Avenue
               Baltimore MD 21209
Date:  _____ June 26, 2009

6

**STIPULATED AND AGREED:**

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
       tsherick@honigman.com
       jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

PIRELLI TIRE LLC
"Objecting Party"

By: _____

Print Name: FRANCESCO RUFFINI

Company/Firm: PIRELLI TIRE LLC

Date: 6/25/2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Enova Premier of Michigan LLC
_____
"Objecting Party"

By: _____
Print Name: Richard L. Ferrell, attorney for
Company/Firm: Taft stettinius Hollister w
Date: 6-26-09

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

_Newport Television LLC_
"Objecting Party"

By: _Matthew C Hupfeld_

Print Name: _Matthew C Hupfeld_

Company/Firm: _Newport Television LLC_

Date: _6/26/09_

6

STIPULATED AND AGREED:

GENERAL MOTORS CORPORATION

By:

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Turchan Technologies Group, Inc.
"Objecting Party"

By:

Print Name: Jahr Turchan

Company/Firm: Turchan Technologies Group, Inc.

Date: 6/26/09

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Hagemeyer N.A.
"Objecting Party"

By: _____ Attorney
                                for Hagemeyer, N.a.
Print Name: Cynthia Jordan Lowery
Company/Firm: Moore & Van Allen, PLLC
Date: 06-26-09

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
          tsherick@honigman.com
          jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

SEVERSTAL NA INC.
"Objecting Party" (Docket # 899)

By: _____

Print Name: DEBORAH L FISH

Company/Firm: ALLARD & FISH PC

Date: 6-26-09

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

**Special Counsel for Debtors
and Debtors in Possession**

COMPREHENSIVE LOGISTICS CO., INC.
_____
"Objecting Party"

By: _____

Print Name: Michael A. Gallo
_____

Company/Firm: Nadler Nadler & Burdman Co., L.P.A.
              Counsel to Comprehensive Logistics
Date: 6/26/09                          Co., Inc.

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Plastic Omnium Auto Exteriors, LLC **
"Objecting Party"

By: _Joseph J. DeVito_____

Print Name: _____

Company/Firm: Howard and Howard Attorneys PLLC

Date: _June 26, 2009_____

Special Counsel for Objecting Party

**Plastic Omnium Auto Exteriors S.A. de C.V.,
Burelle S.A., and Inoplast Composites, S.A.
de C.V.

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
     tsherick@honigman.com
     jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

QUADION CORP.

"Objecting Party"

By: _____

Print Name: _MATTHEW SWANSON, ATTORNEY_

Company/Firm: _LEONARD STREET ;DEINARD_

Date: _6-26-09_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

_Federal Express Affiliated Companies_
"Objecting Party"

By: _____

Print Name: _Robert R. Ross_

Company/Firm: _Federal Express Corporation_

Date: _Jun 26, 2009_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By:

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

FALCON TRANSPORT CO.

"Objecting Party"

By:

Print Name:  Michael A. Gallo

Company/Firm: Nadler Nadler & Burdman Co., L.P.A.
              Counsel to Falcon Transport Co.

Date:  6/26/09

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Gonzalez Design Engineering, Gonzalez
Production Systems, Gonzalez
Manufacturing Technology, Gonzalez-Group
"Objecting Party"

By: _____

Print Name: Stephen M. Gross

Company/Firm: McDonald Hopkins PLC

Date: 6/25/09 _____

Counsel to Gonzalez Design Engineering,
Gonzalez Production Systems, Gonzalez
Manufacturing Technology and
Gonzalez-Group

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Johnson Controls, Inc., Intertec Systems, LLC,
JCIM, LLC, on behalf of themselves and their
subsidiaries, affiliates and related entities

"Objecting Party"

By: _____

Print Name: _____ James A. Plemmons

Company/Firm: _____ Dickinson Wright PLLC

Date: _____ June 25, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Yorozu North America, Inc. (a/k/a Yorozu
America Corporation), on behalf of itself
and its owned or controlled subsidiaries including
Yorozu Automotive North America, Inc. and
Yorozu Automotive Tennessee, Inc.

"Objecting Party"

By: _____

Print Name:   James A. Plemmons (*pro hac vice*)

Company/Firm:   Dickinson Wright PLLC

Date: _____ June 25, 2009 _____

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Magna International, Inc., on behalf of itself
and its subsidiaries, affiliates and related entities
"Objecting Party"

By: _____

Print Name:  James A. Plemmons (*pro hac vice*)

Company/Firm:   Dickinson Wright PLLC

Date: _____ June 25, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
          tsherick@honigman.com
          jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

DENSO International America, Inc.

"Objecting Party"

By: _____

Print Name: ___ Douglas G. Bernstein

Company/Firm: ___ Plunkett Cooney

Date: ___ June 25, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

*MARKET INSIGHT CORP*
"Objecting Party"

By: _____

Print Name: _RICH FALCONE_

Company/Firm: _MARKET INSIGHT CORP_

Date: _6/25/09_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

APL Co. Pte. LTD and American
President Lines, LTD.
"Objecting Party"

By: _____

Print Name: Josh Smith

Company/Firm: APL Co. PTE. LTD and American
President Lines, LTD.

Date: June 25, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

APL Logistics Transportation Management Services,
"Objecting Party".                                    LTD.
and APL Logistics, LTD

By: _____

Print Name: _Josh Smith_

Company/Firm: _APL Logistics Transportation Management Services, LTD and APL Logistics, LTD_

Date: _6/25/2009_

6

STIPULATED AND AGREED:

GENERAL MOTORS CORPORATION

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave.
2290 First National Building
Detroit, Michigan 48226
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
       tsherick@honigman.com
       jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Chemico Systems, Inc.
Obligee/Party                   60-672-2217

By: _____
Print Name: Louis Sesto Sr.

Company Name: Chemico Systems Inc.

Date: 6-25-09

STIPULATED AND AGREED:

GENERAL MOTORS CORPORATION                    Cummins Inc. - 60-371-4859
                                                        Objecting Party

By: _____              By: _____
Honigman Miller Schwartz and Cohn LLP     Print Name: _Dan Sero, VP_
Robert B. Weiss
Frank A. Stasick                          Company/Firm: _Cummins, Inc_
Joseph R. Sgroi
660 Woodward Ave                          Date: _6-25-09_
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        fstasick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

**STIPULATED AND AGREED:**

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
            tsherick@honigman.com
            jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Nagel Precision, Inc.
"Objecting Party"

By: _____

Print Name: Chris Merott

Company/Firm: RJ Landau Partners, PLLC

Date: 6/26/09

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Champion Laboratories, Inc.
_____
"Objecting Party"

By: _____

Print Name:    Jason Sanjana

Company/Firm:    Latham & Watkins LLP

Date:    06/26/09

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Airtex Products, L.P.
"Objecting Party"

By: _____

Print Name:   Jason Sanjana

Company/Firm:   Latham & Watkins LLP

Date:   06/26/09

6

**STIPULATED AND AGREED:**

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
       tsherick@honigman.com
       jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

WEBASTO   ROOF   SYSTEMS   INC.
_____
"Objecting Party"

By: _____

Print Name: ___TED ZIMBO CFO___

Company/Firm: __WEBASTO  ROOF  SYSTEMS INC.__

Date: __6/26/09__

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
　　　　tsherick@honigman.com
　　　　jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

RCO ENGINEERING, INC.
"Objecting Party" (Docket # 797)

By: _____

Print Name: DEBORAH L FISH

Company/Firm: ALLARD & FISH PC

Date: 6-26-09

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
          tsherick@honigman.com
          jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

BENTELER AUTOMOTIVE CORPORATION
"Objecting Party"

By: _____

Print Name:  Thomas P. Sarb

Company/Firm:  Miller Johnson

Date:  June 26, 2009

6

STIPULATED AND AGREED:


**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession


QEK GLOBAL SOLUTION (US) LP
           "Objecting Party"

By: _____

Print Name: **David B. Aaronson**

Company/Firm: **Drinker Biddle & Reath LLP**

Date: **2/26/09**

**Counsel to QEK Global Solutions (US) LP**


6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

**QUAKER CHEMICAL CORPORATION**
"Objecting Party"

By: _____

Print Name: **David B. Aaronson**

Company/Firm: **Drinker Biddle & Reath LLP**

Date: **2/26/09**

**Counsel to Quaker Chemical Corporation**

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

Paragon Technologies, Inc    Vendor master
195319611

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

"Objecting Party"

By: _____

Print Name: Jerry Fowler-Controller

Company/Firm: Paragon Technologies INC
Vendor mrs ter Int
195319611

Date: 6/26/09

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

OTTAWAY MOTOR EXPRESS LTD.
"Objecting Party"

By: _____

Print Name: SHAWN MCMAHON

Company/Firm: OTTAWAY MOTOR EXPRESS LTD.

Date: JUNE 26, 2009

6

STIPULATED AND AGREED:

Bay Logistics, Inc.

**GENERAL MOTORS CORPORATION**

"Objecting Party"

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
       tsherick@honigman.com
       jsgroi@honigman.com

By: _____

Print Name:  Terry L. Zabel

Company/Firm:  Rhoades McKee
               Counsel for Bay Logistics, Inc.

Date:  June 26, 2009

Special Counsel for Debtors
and Debtors in Possession

6

STIPULATED AND AGREED:

Heritages Automotive Holding, Inc. and Certain
of its affiliates and Subsidiaries

"Objecting Party"

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

By: _Adam Wienn_____

Print Name: _Adam Wienner_____

Company/Firm: _Foley and Lardner LLP_

Date: _June 26, 2009_____

Special Counsel for Debtors
and Debtors in Possession

6

STIPULATED AND AGREED:

Martin Transportation Systems, Inc.

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
　　　　tsherick@honigman.com
　　　　jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

_____
            "Objecting Party"

By: _____

Print Name:　Terry L. Zabel

Company/Firm:　Rhoades McKee
　　　　　　　Counsel for Martin Transportation
Date:　June 26, 2009　　　Systems, Inc.

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

**PJAX, Inc.**
"Objecting Party"

By: _____

Print Name: _Mark T. Vnono, Esq._

Company/Firm: _Vnono & Gray, LLC_
              _Attorneys for PJAX, Inc._

Date: _June 26, 2009_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
       tsherick@honigman.com
       jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

COMMERCIAL Contracting (absoleta)
"Objecting Party"

By: _____

Print Name: BRUCE J. LAZAR

Company/Firm: COUZENS LANSKY

Date: June 26, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By:

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

J. B. Hunt Transport
"Objecting Party"

By:

Print Name: Gary F. Seitz

Company/Firm: Rawle & Henderson LLP

Date: 6-26-09

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
          tsherick@honigman.com
          jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

SUPERVALU  INC.
"Objecting Party"

By: _Eric G. Waxman III_

Print Name: _ERIC G. WAXMAN III_

Company/Firm: _WESTERMAN BALL et al._
                    Attorneys for
Date: _6·26·09_          SUPERVALU INC.

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Discovery Communications, LLC
"Objecting Party"

By: _James A. Sullivan w/ consent_____

Print Name: _James M Sullivan_____

Company/Firm: _Arent Fox LLP_____

Date: _6/26/09_____

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

U.S. Farathane Corporation
_____
"Objecting Party"

By: _Christopher Lievois w/ consent_

Print Name: _Christopher Lievois_

Company/Firm: _McDonald Hopkins_

Date: _6/26/09_

6

STIPULATED AND AGREED:

GENERAL MOTORS CORPORATION

By:

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
tsherick@honigman.com
jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Kunshan Liufeng Machinery Industry Co.,Ltd
"Objecting Party"

By:

Print Name: STEVEN TSUNG

Company/Firm: KUNSHAN LIUFENG MACHINERY INDUSTRY CO.,LTD

Date: 2009 06 26

6

*ATTN : Douglas Bernstein ☺ Michael Flemming*
*P1/2*

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
tsherick@honigman.com
jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

*Fuchou Lioho Machinery Co., Ltd.,*
"Objecting Party"

By: *Liao Cheng-Ching*

Print Name: *LIAO CHENG-CHING*

Company/Firm: *Fuchou Lioho Machinery Co. Ltd.,*

Date: *June 26th 2009*

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
          tsherick@honigman.com
          jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Lioho Light Metal (Kunshan) Co., Ltd.
"Objecting Party"

By: _____
Print Name: STEVEN TSUNG
Company/Firm: LIOHO LIGHT METAL (KUNSHAN) Co Ltd
Date: 2009. June 26

6

ATTN    Douglas Bornstein                                           P2/2

STIPULATED AND AGREED:


GENERAL MOTORS CORPORATION          Fujiwa Machinery Industry (Kunshan) Co., Ltd.,
                                                    "Objecting Party"

By: _____       By: Liao Cheng-ching
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss                     Print Name: LIAO CHENG-CHING
Tricia A. Sherick
Joseph R. Sgroi                     Company/Firm: Fujiwa Machinery Industry
660 Woodward Ave
2290 First National Building        Date: June 26th 2009      (Kunshan) Co.Ltd,
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession


6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

The Cobalt Group, Inc.

"Objecting Party"

By: _____

Print Name: David B. Levant

Company/Firm: Stoel Rives LLP*

Date: June 29, 2009

*Attorneys for The
Cobalt Group, Inc.

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Molded Fiber Glass Companies
"Objecting Party"

By: _____

Print Name: Jeffrey L. Coxon

Company/Firm: Warren and Young PLL

Date: _____ June 29, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
       tsherick@honigman.com
       jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Niles America Wintech, Inc.
_____
"Objecting Party"

By: _____

Print Name: _James A. Plemmons (*pro hac vice*)_

Company/Firm: _Dickinson Wright PLLC_

Date: _June 29, 2009_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
          tsherick@honigman.com
          jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Western Flyer Express, Inc.
"Objecting Party"

By: _____

Print Name: _Stephen J. Moriarty_

Company/Firm: _Fellers Snider_

Date: _6/29/09_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
          tsherick@honigman.com
          jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Buehler Motor GMBH
_____
"Objecting Party"


By: /s/ J. William Boone
_____

Print Name:   J. William Boone
_____

Company/Firm:  Alston & Bird LLP
_____

Date:  June 29, 2009
_____

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _[signature]_
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
           tsherick@honigman.com
           jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Blue Marble Environmental, Inc.
"Objecting Party"

By: _[signature]_
Print Name:  Brian J. McLaughlin

Company/Firm: Monzack Mersky McLaughlin and Browder,
                                                                    P.A.

Date:  6/29/09

1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Telephone:  (302) 656-8162
Facsimile:  (302) 656-2769
E-mail:  bmclaughlin@monlaw.com
Counsel for Blue Marble Environmental, Inc.

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Sumitomo Electric Wiring Systems, Inc., on
behalf of itself and its owned or controlled
subsidiaries, affiliates and related companies
"Objecting Party"

By: _____

Print Name: _____ James A. Plemmons (*pro hac vice*)

Company/Firm: _____ Dickinson Wright PLLC

Date: _____ June 29, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
      tsherick@honigman.com
      jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

JASCO International, LLC, on behalf of
itself and its subsidiaries, affiliates and related
entities

"Objecting Party"

By: _____

Print Name: James A. Plemmons (*pro hac vice*)

Company/Firm: Dickinson Wright PLLC

Date: June 29, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Sabó USA, Inc.
"Objecting Party"

By: _____

Print Name: James A. Plemmons (*pro hac vice*)

Company/Firm:  Dickinson Wright PLLC

Date:  June 29, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Sabó Industria e Comercio de Autopecas
Ltda., on behalf of itself and its subsidiaries
affiliates and related entities other than
Sabó USA, Inc.

_____
"Objecting Party"

By: _____

Print Name: ___ James A. Plemmons (*pro hac vice*)

Company/Firm: ___ Dickinson Wright PLLC

Date: ___ June 29, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

_Continental Structural Plastics, Inc._
"Objecting Party"

By: _Adam Wiener_

Print Name: _Adam Wiener_

Company/Firm: _Foley and Lardner LLP_

Date: _6\29\2009_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Hirata Corporation of America
"Objecting Party"

By: _____

Print Name: _HIROSHI YOSHIDA_

Company/Firm: Hirata Corporation of America

Date: _6/29/09_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

_H C  A    I n c_____
"Objecting Party"

By: _____

Print Name: _Robert E McCarthy_

Company/Firm: _HCA Inc_

Date: _6/29/09_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
           tsherick@honigman.com
           jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

NBC Universal, Inc.
_____
"Objecting Party"

By: _____

Print Name:  Mariano Schwed

Company/Firm: NBC Universal, Inc.

Date: June 29, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

**Special Counsel for Debtors
and Debtors in Possession**

D W Griffith Inc
"Objecting Party"

By: _____

Print Name: _Dan Griffith_

Company/Firm: _D.W. Griffith, Inc_

Date: _6/29/09_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

CFK Custom Research LLC
"Objecting Party"

By: _____

Print Name: Susan Hellkit

Company/Firm: CFK Custom Research LLC

Date: 6/29/09

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

HELLA KGaA HUECK & CO., HELLA
CORPORATE CENTER USA, INC. AND CERTAIN
AFFILIATED ENTITIES
_____

"Objecting Party"

By: _____

Print Name: Courtney M. Rogers

Company/Firm: Orrick, Herrington & Sutcliffe LLP

Date: June 29, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

The Barnes Group Inc. *
"Objecting Party"

By: _____

Print Name: _Jim P. Newton_

Company/Firm: _Reid and Riege, P.C._

Date: _6.29.09_

\* on behalf of its Associated Springs Division
and its wholly owned, indirect subsidiary,
Seeger-Orbis GmbH & Co. OHG

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Cooper-Standard Automotive, Inc.
"Objecting Party"

By: _Adam Winn_____

Print Name: _Adam Wiener_____

Company/Firm: _Foley and Lardner LLP_

Date: _June 29, 2009_____

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Peugeot Japy Industries SA
"Objecting Party"

By: _Adam Winn_____

Print Name: _Adam Wienner_____

Company/Firm: _Foley and Lardner LLP_

Date: _June 29, 2009_____

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
           tsherick@honigman.com
           jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Grupo Antolin North America
"Objecting Party"

By: _Adam Winn_____

Print Name: _Adam Wiener_____

Company/Firm: _Foley and Lardner LLP_

Date: _June 29, 2009_____

6

**STIPULATED AND AGREED:**

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

**Special Counsel for Debtors
and Debtors in Possession**

EMCON Technologies
_____
"Objecting Party"

By: _Adam Wimm_____

Print Name: _Adam Wiemer_____

Company/Firm: _Foley and Lardner LLP_

Date: _June 29, 2009_____

6

**STIPULATED AND AGREED:**

Omron Automotive Electronics, Inc. and
Omron Dualtec Automotive Electronics, Inc.

**GENERAL MOTORS CORPORATION**

"Objecting Party"

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
tsherick@honigman.com
jsgroi@honigman.com

By: _Adam Wiem_____

Print Name: _Adam Wiener_____

Company/Firm: _Foley and Lardner LLP_

Date: _June 29, 2009_____

Special Counsel for Debtors
and Debtors in Possession

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

*Norfolk Southern Corporation;*
*Norfolk Southern Railway; and*
*Triple Crown Services Company*

_____
"Objecting Party"

By: *David J Baldwin*

Print Name: *Potter Anderson & Corroon LLP*

Company/Firm: *DAVID J. BALDWIN*

Date: *6/29/09*

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

THE MAERSK ENTITIES
"Objecting Party"

By: _____

Print Name: _WENDY WALKER_

Company/Firm: _MORGAN LEWIS & BOCKIUS LLP_

Date: _JUNE 29, 2009_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

**CROSS COUNTRY MOTOR CLUB, INC.
AND
CROSS COUNTRY MOTOR CLUB OF
CALIFORNIA, INC.**
**"Objecting Party"**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
And Debtors in Possession

By: _____
Margaret Ward
Senior Vice President
Chief Financial and Administrative Officer
Cross Country Motor Club, Inc.
Cross Country Motor Club of California, Inc.

Date:  June 29, 2009

*Signature Page to GM Stipulation with respect to Cure Amount resolution*

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Georg Fischer Automotive AG
"Objecting Party"

By: _____

Print Name:  Renee M. Dailey
             Bracewell & Giuliani
Company/Firm:  225 Asylum Street, Ste. 2600
               Hartford, CT 06103
Date: June 29, 2009   renee.dailey@bgllp.com

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By:

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Thread Information Design, Inc.
"Objecting Party"

By:

Print Name:  Gerald L. Mills

Company/Firm:  Kroncke, D'Arcangelo, Sutter &
                                               Furey

Date: 6/29/2009

Address: 2255 W. Laskey Road
         Toledo, OH   43613
         (419)473-1346 - Phone
         (419)473-0218 - Fax
         email: gerald.mills@bex.net

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
       tsherick@honigman.com
       jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

_Detroit Technologies, Inc._
"Objecting Party"

By: _Adam Winn_

Print Name: _Adam Wiener_

Company/Firm: _Foley and Lardner LLP_

Date: _June 28, 2009_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

WABCO Holdings, Inc.
"Objecting Party"

By: _____

Print Name: _Adam Wienner_

Company/Firm: _Foley and Lardner LLP_

Date: _June 29, 2009_

6

STIPULATED AND AGREED:


**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

**Special Counsel for Debtors
and Debtors in Possession**

Peterson American Corporation
"Objecting Party"

By: _Adam Wim_____

Print Name: _Adam Wiener_____

Company/Firm: _Foley and Lardner LLP_

Date: _June 29, 2009_____

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
          tsherick@honigman.com
          jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

TGI Direct, Inc., on behalf of itself and its
subsidiaries, affiliates and related entities
"Objecting Party"

By: _____

Print Name: James A. Plemmons (*pro hac vice*)

Company/Firm:  Dickinson Wright PLLC

Date:  June 29, 2009

6

STIPULATED AND AGREED:


**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession


*Autoport Limited*
"Objecting Party"
*Hiscock & Barclay, LLP*
By: _____
Print Name: *Eric Charlton*
Company/Firm: *Attorneys*
Date: *6/29/09*

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

**Special Counsel for Debtors
and Debtors in Possession**

Canadian National Railway Company
"Objecting Party"
Hiscock & Barclay, LLP

By: _____

Print Name: _Eric Charlton_

Company/Firm: _Attorneys_

Date: _6/29/09_

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

JEFFERSON WELLS INTERNATIONAL, INC.
"Objecting Party"

By: _____
Print Name: Tonya Truman
Company/Firm: Michael Best & Friedrich LLP
Date: 6/29/09

Counsel for Jefferson Wells
International, Inc.

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By:

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
tsherick@honigman.com
jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Pitney Bowes Inc., Pitney Bowes
Management Services, Inc. Pitney Bowes
Software Inc., and their Affiliates

"Objecting Party"

By:

Print Name: Edward J. LoBello

Company/Firm: Meyer, Suozzi, English & Klein, P.C.

Date: June 29, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
       tsherick@honigman.com
       jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

*Koch Enterprises, Inc,*
*ultimate Parent*
"Objecting Party"

By: _____

Print Name: *Robert L. Koch II*

Company/Firm: *Koch Enterprises, Inc;*

Date: *6/29/09*

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Midway Products Group, Inc. _____
"Objecting Party"

By: _____

Print Name: James Knost _____

Company/Firm: Midway Products Group, Inc.

Date: June 29, 2009 _____

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

R. L. Polk & Co.
"Objecting Party"

By: _____

Print Name: _Vanessa Peterson Williams_

Company/Firm: _R. L. Polk & Co._

Date: _June 29, 2009_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Albar Industries, Inc
"Objecting Party"

By: _____Rowland Pltchok_____

Print Name: __Rowland Pltchok__

Company/Firm: __Albar Industries Inc__

Date: __6-29-09__

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
          tsherick@honigman.com
          jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Ficosa North America Corporation and
Ficosa North America SA de CV
_____
"Objecting Party"

By: _____

Print Name: Adam Wiener

Company/Firm: Foley and Lardner LLP

Date: June 29, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Central Conveyor Company
_____
"Objecting Party"

By: _____

Print Name:  David B. Braun

Company/Firm:  Fildew Hinks, PLLC

Date:  June 29, 2009

6

STIPULATED AND AGREED:


**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession


BING METALS GROUP, INC.
_____
"Objecting Party"

By: _____

Print Name:  Patrick J. Kukla, Esq._____

Company/Firm:  Carson Fischer, P.L.C._____

Date:  6/29/09_____


6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
          tsherick@honigman.com
          jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

RUSH TRUCKING CORPORATION
"Objecting Party"

By: _____

Print Name: _Patrick J. Kukla, Esq._

Company/Firm: _Carson Fischer, P.L.C._

Date: _6/29/09_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
          tsherick@honigman.com
          jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Ryder Integrated Logistics, Inc
"Objecting Party"

By: _____

Print Name: _Philip A. Weintraub_

Company/Firm: Paul, Weiss, Rifkind, Wharton Garrison LLP

Date: _6/29/09_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

**Special Counsel for Debtors
and Debtors in Possession**

BEHR-HELLA THERMOCONTROL GmbH Co.

_____

"Objecting Party"

By: _____

Print Name: Courtney M. Rogers

Company/Firm: Orrick, Herrington & Sutcliffe LLP

Date: June 29, 2009

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

THE McGRAW-HILL COMPANIES, INC.
"Objecting Party"

By: _____

Print Name: DAVID N. CRAPO, ESQ

Company/Firm: GIBBONS, P.C.

Date: June 29, 2009

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

*Ideal Contracting, LLC*
"Objecting Party"

By: _____

Print Name: *Frank Venegas, Jr*

Company/Firm: *Ideal Contracting, LLC*

Date: *6/29/09*

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

_CANADIAN PACIFIC RAILWAY_
_COMPANY_
"Objecting Party"

By: _____

Print Name: _JACOB A. Sellers_

Company/Firm: _LEONARD, STREET AND DEINARD P.A._

Date: _6/29/09_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

BALLARD MATERIAL PRODUCTS, INC.
"Objecting Party"

By: _____

Print Name: Michael E. Foreman

Company/Firm: Dorsey + Whitney LLP
                250 Park Ave.
Date: 6/29/2009    New York, NY 10177
                Phone: (212) 415-9200
                Fax: (212) 953-7201
                email:
                foreman.michael@dorsey.com

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
           tsherick@honigman.com
           jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

SSDC Services, Corp.
_____
"Objecting Party"

By: _____

Print Name: _Michael J. Fielding_
               Attorney – outside counsel

Company/Firm: _____

Date: _6/29/09_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Advics North America, Inc.
"Objecting Party"

By: _____

Print Name:  James A. Plemmons (*pro hac vice*)

Company/Firm:  Dickinson Wright PLLC

Date:  June 29, 2009

6

STIPULATED AND AGREED:

Rhythm North America Corporation and THK
Manufacturing of America, Inc.

**GENERAL MOTORS CORPORATION**

"Objecting Party"

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

**Special Counsel for Debtors
and Debtors in Possession**

By: _____

Print Name: _James A. Plemmons (*pro hac vice*)_

Company/Firm: _Dickinson Wright PLLC_

Date: _June 29, 2009_

6

06/29/2009 09:26 FAX  4142988097          REINHART BOERNER                    Ø 007/012

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

_____
"Objecting Party"

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

By: _____

Print Name: _____

Company/Firm: _____

Date: _____

Special Counsel for Debtors
and Debtors in Possession

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
       tsherick@honigman.com
       jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

_Autoliv ASP INC_
"Objecting Party"

By: _Denis Connolly w/ consent JRS_

Print Name: _Denis Connolly_

Company/Firm: _Alston and Bird LLP_

Date: _6/29/09_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Acument Global Technologies, Inc.
                "Objecting Party"

By: _Jenice C. Mitchell-Ford_
Print Name: _Jenice C. Mitchell-Ford_
Company/Firm: _Foley & Lardner LLP_
Date: _June 29 2009_

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

DET Norske Veritas Certification, Inc.
"Objecting Party"

By: _____
Print Name: Michael Dutzy
Company/Firm: DET Norske Veritas Certification Inc
Date: 6/29/09

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
        tsherick@honigman.com
        jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Kongsberg Automotive Inc. & Its Affiliates
"Objecting Party"

By: _____

Print Name: Marc Swanson

Company/Firm: Miller Canfield Paddock & Stone, P.L.C.

Date: 6/29/09

6

STIPULATED AND AGREED:

**GENERAL MOTORS CORPORATION**

By: _____
Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss
Tricia A. Sherick
Joseph R. Sgroi
660 Woodward Ave
2290 First National Building
Detroit, Michigan 4826
Phone: (313) 465-7000
Facsimile: (313)
E-mail: rweiss@honigman.com
         tsherick@honigman.com
         jsgroi@honigman.com

Special Counsel for Debtors
and Debtors in Possession

Grubb & Ellis Management Services, Inc. (on behalf of itself and Grubb & Ellis Company)
"Objecting Party"

By: _____ + its attorney

Print Name: William J. Hacney

Company/Firm: Merith Amundsen, LLC

Date: 6/29/09

6