UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:                                            :
                                                  :    Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*,                  :
                                                  :    09-50026 (REG)
                                                  :
                        Debtors.                  :    (Jointly Administered)
                                                  :
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1. I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc. ("GCG"), the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On July 2, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document:

- **Stipulation and Agreed Order Between the Debtors and Manufacturers and Traders Trust Company Providing for the Turnover of Certain Vehicles (Docket No. 2923)**

to be served by first class mail upon **Klehr, Harrison, Harvey, Branzburg & Ellers LLP, Counsel for Manufacturers and Traders Trust Company, Attn: Morton R. Branzburg, Esq., 260 South Broad Street, Suite 400, Philadelphia, PA 19102**.

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: Seattle, Washington
       July 4, 2009

                                        /s/  Laurie M. Thornton
                                        LAURIE M. THORNTON