**Steve Jakubowski (admitted** *pro hac vice***)**
**Elizabeth Richert (admitted** *pro hac vice***)**
**THE COLEMAN LAW FIRM**
**77 West Wacker Dr., Suite 4800**
**Chicago, Illinois 60601**
**Telephone: (312) 606-8641**
**Facsimile: (312) 444-1028**
sjakubowski@colemanlawfirm.com

**Attorneys for Callan Campbell, Kevin Junso,** *et al.,*
**Edwin Agosto, Kevin Chadwick,** *et al.,* **and Joseph Berlingieri**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
**GENERAL MOTORS CORP.,** *et al.,*             :    09-50026 (REG)
                                                :
                                     Debtors.   :    (Jointly Administered)
                                                :
---------------------------------------------------------------x

### NOTICE OF APPEAL OF SALE ORDER

PLEASE TAKE NOTICE that Callan Campbell, Kevin Chadwick, *et al.*, Edwin Agosto, Kevin Junso, *et al.*, and Joseph Berlingieri (collectively, the "**Individual Accident Litigants**"), by and through their undersigned counsel, hereby appeal to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a) from the Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief (the "Sale Order") entered by the United States Bankruptcy Court for the Southern District of New York (Judge Robert E. Gerber) (Docket No. 2968). The

09-50026-mg    Doc 2970    Filed 07/06/09    Entered 07/06/09 03:20:28    Main Document
      Pg 2 of 5

names of all parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Parties** | **Attorneys** |
|---|---|
| *Individual Accident Litigants* | Steve Jakubowski<br>Elizabeth Richert<br>The Coleman Law Firm<br>77 West Wacker Drive, Suite 4800<br>Chicago, IL 60601<br>Tel:  (312) 606-8641 |
| *The Debtors* | Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel:  (212) 310-8000 |
| *The Official Committee of Unsecured Creditors* | Kenneth H. Eckstein<br>Thomas Moers Mayer<br>Robert Schmidt<br>Jeffrey S. Trachtman<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 715-9100 |
| *Office of the United States Trustee* | Diana G. Adams<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Tel: (212) 510-0500 |
| *Counsel to the United States Treasury and NGMCO, Inc.* | Lev L. Dassin (Acting US Atty., SDNY)<br>David S. Jones<br>Jeffrey S. Oestericher<br>Matthew L. Schwartz<br>Joseph N. Cordaro<br>Tel:  (212) 637-1945/2745 |

|  |  |
|---|---|
|  | -and- |
|  | John J. Rapisardi<br>Peter Friedman<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Tel:  (212) 504-5585 |
| *Counsel for The International Union,*<br>*United Automobile, Aerospace & Agricultural*<br>*Implement Workers of America, AFL-CIO* | James L. Bromley<br>Avram E. Luft<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006<br>Tel:  (212) 225-2264 |
|  | -and- |
|  | Babette A. Ceccotti<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, NY 10036<br>Tel:  (212) 563-4100 |
| *Counsel to Export Development Canada* | Michael J. Edelman<br>Michael L. Schein<br>Vedder Price P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Tel:  (212) 407-7770 |
| *Counsel to the United Steelworkers* | Suzanne Hepner<br>Levy Ratner, P.C.<br>80 Eighth Avenue, Eighth Floor<br>New York, NY 10011<br>Tel:  (212) 627-8100 |

Dated:  July 6, 2009

Respectfully submitted,

CALLAN CAMPBELL, KEVIN JUNSO, *ET AL.*, KEVIN CHADWICK, *ET AL.*, EDWIN AGOSTO, AND JOSEPH BERLINGIERI

By:     /s/ Steve Jakubowski
          One of Their Attorneys

Steve Jakubowski (admitted *pro hac vice*)
Elizabeth Richert (admitted *pro hac vice*)
THE COLEMAN LAW FIRM
77 West Wacker Drive, Suite 4800
Chicago, IL  60601
Tel:   (312) 606-8641
Fax:  (312) 444-1028
sjakubowski@colemanlawfirm.com

Attorneys for Callan Campbell, Kevin Junso, *et al.,* Edwin Agosto, Kevin Chadwick, *et al.* and Joseph Berlingieri

## CERTIFICATE OF SERVICE

      I, Steve Jakubowski, hereby certify that I served a copy of the **NOTICE OF APPEAL OF SALE ORDER** on the parties listed below via email unless otherwise specified. Additionally, upon electronically filing with the Clerk of the Court all parties were served via the Court's electronic notification system on July 6, 2009.

                                                                          /s/ Steve Jakubowski

| | |
|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, New York 10153<br>harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>Joseph.Smolinsky@weil.com | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>john.rapisardi@cwt.com |
| Gordon Z. Novod, Esq.<br>Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>gnovod@kramerlevin.com<br>tmayer@kramerlevin.com | James L. Bromley, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>jbromley@cgsh.com |
| Babette Ceccotti, Esq.<br>Cohen Weiss & Simon LLP<br>330 W. 42nd Street<br>New York, New York 10036<br>bceccotti@cwsny.com | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>mjedelman@vedderprice.com<br>mschein@vedderprice.com |
| *VIA ECF ONLY*<br>Diana G. Adams, Esq.<br>Office of the U.S. Trustee<br>For the Southern District of NY<br>33 Whitehall St., 21st Floor<br>New York, New York 1004<br>Facsimile: (212) 668-2255 | *VIA EMAIL*<br>David S. Jones, Esq.<br>Matthew L. Schwartz, Esq.<br>U.S. Attorney's Office, S.D.N.Y.<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Facsimile: (212)637-2684<br>Matthew.Schwartz@usdoj.gov<br>David.Jones6@usdoj.gov |