Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Ph:  (616) 752-2185
Fax:  (616) 222-2185
gtoering@wnj.com
Attorney for RECARO North America, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

In re

GENERAL MOTORS CORP., *et al.*,

Debtors.

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

---------------------------------------------------------- x

**NOTICE OF WITHDRAWAL**
**OF LIMITED OBJECTION OF RECARO NORTH AMERICA, INC. TO THE MOTION**
**OF DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO SECTIONS 105, 363,**
**AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 6004,**
**AND 6006 FOR AN ORDER AUTHORIZING THE ASSUMPTION AND ASSIGNMENT**
**OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND THE**
**NOTICE OF FILING OF SCHEDULE OF CERTAIN DESIGNATED SUPPLIER**
**AGREEMENTS AND CURE COSTS RELATED THERETO**

RECARO North America, Inc., by and through its undersigned counsel, hereby gives notice of its withdrawal of the *Limited Objection Of Recaro North America, Inc. To The Motion Of Debtors And Debtors In Possession Pursuant To Sections 105, 363, And 365 Of The Bankruptcy Code And Bankruptcy Rules 2002, 6004, And 6006 For An Order Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases And The*

-1-

*Notice Of Filing Of Schedule Of Certain Designated Supplier Agreements And Cure Costs Related Thereto*, filed on June 12, 2009, in the above-captioned case [Docket No. 787].

|  |  |
|---|---|
| Dated: July 2, 2009 | /s/ Gordon J. Toering<br>Gordon J. Toering (P46409)<br>WARNER NORCROSS & JUDD LLP<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503<br>Telephone: (616) 752-2185<br>Fax: (616) 222-2185<br>Email: gtoering@wnj.com<br>Attorneys for RECARO North America, Inc. |

1683705-1