**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
            :
In re       :   Chapter 11
            :
GENERAL MOTORS CORP., *et al.*,   :   Case No. 09-50026 (REG)
            :
            :   (Jointly Administered)
        Debtors.   :

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I,  Timothy S. McFadden , a member in good standing of the bar in the State of

 Illinois  and the bar of the U.S. District Court for the  Northern 

District of  Illinois , having requested admission, ***pro hac vice***, to represent

Methode Electronics, Inc. in the above referenced ✓ case ___ adversary proceeding.

**ORDERED**,

that  Timothy S. McFadden , Esq., is admitted to practice, ***pro hac vice***, in the above

referenced ✓ case ___ adversary proceeding, in the United States Bankruptcy Court, Southern

District of New York, subject to payment of the filing fee.

Dated: ***July 6, 2009***
       New York, New York

                                    ***s/ Robert E. Gerber***
                                    UNITED STATES BANKRUPTCY JUDGE

CHI1 1596768v.1