HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
William R. Fried
wfried@herrick.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                    Chapter 11

GENERAL MOTORS CORPORATION,              Case No. 09-50026 (REG)

                Debtor.
-------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York, on August 18, 2009, at 9:45 a.m. to consider the (1) Motion of Evgeny Friedman and the plaintiffs in the action entitled, *Friedman v. General Motors Corp.*, 08 Civ. 2458 (SAS), by their counsel, Herrick Feinstein LLP, for an Order granting Movants relief from the automatic stay (the "Motion") pursuant to Section 362(d)(1) of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must (i) be made in writing, (ii) state with particularity the grounds therefor, (iii) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, (iv) be filed with the Bankruptcy Court electronically in accordance with General Order M-182 (General Order M-182 and the User's Manual for the Electronic Case Filing System can be found at

www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format, a hard copy to be the delivered directly to Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004), and (v) be served in accordance with General Order M-182, upon: (a) upon counsel for Movants at the following address: Herrick Feinstein LLP, 2 Park Avenue, New York, New York 10016, Attention: William R. Fried, Esq.; (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; and (c) the attached service list, so as to be received no later received no later than August 14, 2009 at 4:00 p.m. (New York time).

Dated:  New York, New York
        July 6, 2009

                        HERRICK, FEINSTEIN LLP

                By:  /s/ William R. Fried
                     William R. Fried
                     wfried@herrick.com
                     2 Park Avenue
                     New York, NY  10016
                     (212) 592-1400

                     *Attorneys for Evgeny A. Friedman, et al.*

TO:   Paul H. Levinson, Esq.
       McLaughlin & Stern, LLP
       260 Madison Avenue, 18th Floor
       New York, NY  10016
       (212) 448-1100
       plevinson@mclaughlinstern.com
       Attorneys for Defendant Arcola Sales & Service Corp.

       Christopher E. Hartmann, Esq.
       Wacks & Hartmann, LLC
       55 Madison Avenue - Suite 320A

Morristown, NJ 07960
(973) 644-0770
hartmann.christopher@yahoo.com
Attorneys for Defendant Arcola Sales & Service Corp.

Timothy J. McHugh, Esq.
Lavin, O'Neil, Ricci, Cedrone & DiSipio
420 Lexington Ave.
Graybar Building, Suite 2900
New York, NY 10170
(212) 319-6898
tmchugh@lavin-law.com
Attorneys for Defendant General Motors Corp.

John J. O'Donnell, Esq.
Lavin, O'Neil, Ricci, Cedrone & DiSipio
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106
(215) 627-0303
JO'Donnell@lavin-law.com
Attorneys for Defendant General Motors Corp.

Jamison A. Diehl, Esq.
Robert Hardy Pees, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
jdiehl@akingump.com
rpees@akingump.com
Attorneys for Defendant ElDorado National, Inc