HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
William R. Fried
wfried@herrick.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>--------------------------------------------------------x<br>In re<br><br>GENERAL MOTORS CORPORATION,<br><br>               Debtor.<br>--------------------------------------------------------x | **CERTIFICATE OF SERVICE**<br><br><br>Chapter 11<br><br>Case No. 09-50026 (REG) |

      I, William R. Fried, hereby certify under the penalties of perjury that on this date I caused, a true and correct copy of the Notice of Hearing for the Motion for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) to be served through the Clerk of the Court using the ECF filing system which will send notification to all parties registered with such system.

      I further caused, a true and correct copy of the Notice to be served by mail by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth below.

    Paul H. Levinson, Esq.
    McLaughlin & Stern, LLP
    260 Madison Avenue, 18th Floor
    New York, NY  10016
    (212) 448-1100
    plevinson@mclaughlinstern.com
    Attorneys for Defendant Arcola Sales & Service Corp.

    Christopher E. Hartmann, Esq.
    Wacks & Hartmann, LLC
    55 Madison Avenue - Suite 320A
    Morristown, NJ  07960
    (973) 644-0770
    hartmann.christopher@yahoo.com
    Attorneys for Defendant Arcola Sales & Service Corp.

Timothy J. McHugh, Esq.
Lavin, O'Neil, Ricci, Cedrone & DiSipio
420 Lexington Ave.
Graybar Building, Suite 2900
New York, NY  10170
(212) 319-6898
tmchugh@lavin-law.com
Attorneys for Defendant General Motors Corp.

John J. O'Donnell, Esq.
Lavin, O'Neil, Ricci, Cedrone & DiSipio
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA  19106
(215) 627-0303
JO'Donnell@lavin-law.com
Attorneys for Defendant General Motors Corp.

Jamison A. Diehl, Esq.
Robert Hardy Pees, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(212) 872-1000
jdiehl@akingump.com
rpees@akingump.com
Attorneys for Defendant ElDorado National, Inc

Dated: New York, New York
       July 6, 2009

                                                   _____William R. Fried____
                                                       William R. Fried