HUNTON & WILLIAMS LLP
Peter S. Partee
Richard P. Norton
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

and

J.R. Smith (*pro hac vice* pending)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Attorneys for Philip Morris USA*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., et al., | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-----------------------------------------------------------------x

   Constance Andonian being duly sworn, deposes and says:

   1.  I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

   2.  On July 2, 2009, I filed the *Notice of Appearance and Request for Service of Papers* with the Clerk of Court using the CM/ECF system [Docket No. 2935], which sent a notification of such filing to all parties requesting electronic service via the Court's CM/ECF system.

   3.  On July 6, 2009, I served a true and correct copy of the *Notice of Appearance and Request for Service of Papers* on the parties listed on the annexed service list by United States Postal Service first class mail, postage prepaid.

Dated: New York, New York
July 6, 2009

*Constance Andonian*

Constance Andonian

Sworn to before me on this
6th day of July 2009

*Yesenia Caldwell*

Notary Public

YESENIA M. CALDWELL
Notary Public, State of New York
No. 01CA6005557
Qualified in Kings County
Commission Expires April 13, 20 10

2

## SERVICE LIST

General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-3000

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Joseph R. Sgroi, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Garden City Group Claims Agent
105 Maxess Road
Melville, NY 11747

Brian S. Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Eric Fisher, Esq.
Butzel Long, A Professional Corporation
380 Madison Avenue
22nd Floor
New York, NY 10017

Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036