UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
GENERAL MOTORS CORP., *et al.*,                                 :    09- 50026 (REG)
                                                                :
                           Debtors.                             :    (Jointly Administered)
                                                                :
---------------------------------------------------------------x

ERRATA ORDER RE: DECISION ON DEBTORS'
MOTION FOR APPROVAL OF (1) SALE OF ASSETS
TO VEHICLE ACQUISITION HOLDINGS LLC;
(2) ASSUMPTION AND ASSIGNMENT OF
RELATED EXECUTORY CONTRACTS; AND
(3) ENTRY INTO UAW RETIREE SETTLEMENT
AGREEMENT

This matter having come up on the Court's own motion, it is ORDERED:

1. The Court's Decision on Debtor's Motion for Approval of (1) Sale of Assets to Vehicle Acquisition Holdings LLC; (2) Assumption and Assignment of Related Executory Contracts; and (3) Entry into UAW Retiree Settlement Agreement, dated July 5, 2009, is corrected in the respects noted below:

Page 2, footnote 3: change "did not identify any" to "identified no".

Page 35, first full paragraph: delete "s" to change "$17 billion in sales" to "$17 billion in sale".

Page 40, first paragraph: delete "*Illinois*" and add "*s*" to change "*Betty Owens Illinois School*" to "*Betty Owens Schools*".

Page 49, first full paragraph: delete "the" to change "the EDC" to "EDC".

Page 49, second full paragraph: delete "the" to change "the EDC" to "EDC".

Page 49, footnote 84: delete "the" to change "the EDC" to "EDC".

Page 57, footnote 99: add "as" to change "for as much or as little it covers" to "for as much or as little as it covers".

Page 61, first full paragraph: delete "," to change "and, additionally advance" to "and additionally advance".

Page 61, footnote 110: delete "to" to change "may have to resort to dealers" to "may have resort to dealers".

Page 67, second paragraph: insert "as" to change "additional rights to retiree insurance benefits" to "additional rights as to retiree insurance benefits".

Page 73, last line: delete "s" to change "States AGs" to "State AGs".

Page 78, first full paragraph: change "State Attorneys General" to "AGs".

Page 80, third paragraph, in second, third, and fourth sentences: change "Consent Decree" to "consent decree" in three places.

Page 81: move "For now it is sufficient to note that" from beginning of first paragraph to beginning of third paragraph.  Change "the ECC Trust" to "The ECC Trust" at beginning of first paragraph, and "The ECC Trust's" to "the ECC Trust's" at beginning of third paragraph.

Page 82, third paragraph: insert "e" to change "therafter" to "thereafter".

Page 84, first paragraph: delete "the" to change "the EDC" to "EDC".

Page 86, second full paragraph: change "evidenced by" to "of".

Page 87, footnote 143: insert "and 6006(d)" and "s" to change "shortens the Fed.R.Bankr.P. 6004(h) period" to "shortens the Fed.R.Bankr.P. 6004(h) and 6006(d) periods".

2. Future references to this decision shall be to the decision as corrected, a copy of which is attached as exhibit A.

Dated: New York, New York  
July 6, 2009

*s/Robert E. Gerber*_____  
United States Bankruptcy Judge