Mark G. Ledwin, Esq. (ML-6873)
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER  LLP
3 Gannett Drive
White Plains, NY  10604
Tel:  (914) 872-7148
Fax:  (914) 323-7001
E-Mail:  mark.ledwin@wilsonelser.com

Attorneys for Creditor/Equipment Lessor
Relational Technology Solutions

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------- x
                                                                        :    Chapter 11
In re:                                                                  :
                                                                        :    Case No. 09-50026-REG
GENERAL MOTORS CORP., et al.,                                           :
                                                                        :    Jointly Administered
                                                     Debtors.           :
                                                                        :
----------------------------------------------------------------------- x

**NOTICE OF PARTIAL WITHDRAWL OF OBJECTION BY RELATIONAL**
**TECHNOLOGY SOLUTIONS TO DEBTORS' NOTICE OF (I) INTENT TO ASSUME**
**AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF**
**PERSONAL PROPERTY, AND (II) CURE AMOUNTS RELATED THERETO**

    **PLEASE TAKE NOTICE,** that Relational, LLC, f/k/a Relational Funding Corporation, and d/b/a Relational Technology Solutions ("RTS"), a creditor and party in interest herein, by and through its undersigned attorneys, hereby withdraws that portion of its Objection [Docket No. 1340] to the Debtors' Notice dated June 5, 2009, of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases of Personal Property, and (ii) Cure Amounts related thereto (the "Objection"), solely with respect to the "Direct RTS Leases" and the "RTS/EDS Leases" as more fully identified in the Objection.

2443562.1

**PLEASE TAKE FURTHER NOTICE,** that the forgoing Partial Withdrawal is based upon a proposed resolution with Debtors of the issues raised by RTS in the Objection with respect to the "Direct RTS Leases" and the "RTS/EDS Leases" and thus is subject to and conditioned upon appropriate documentation and court approval, and otherwise is without prejudice.

**PLEASE TAKE FURTHER NOTICE,** that RTS continues to maintain its Objection with respect to the "RTS/Pac Rim Leases" as more fully identified in the Objection.

Dated: White Plains, New York
July 6, 2009

        **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: */s/ Mark G. Ledwin*
Mark G. Ledwin, Esq. (ML-6873)
3 Gannett Drive
White Plains, NY 10604
Tel: (914) 872-7148
Fax: (914) 323-7001
E-Mail: mark.ledwin@wilsonelser.com

Attorneys for Creditor/Equipment Lessor
Relational Technology Solutions

- 2 -

2443562.1

## **CERTIFICATE OF SERVICE**

Mark G. Ledwin, an attorney duly admitted to practice before this Court, hereby certifies that on the 6th day of July, 2009, I caused true and correct copies of the foregoing Objection to be served via Fed Ex overnight delivery service on each of the parties listed on the annexed Service List and via the Court's ECF system on all other interested parties.

Dated:  White Plains, New York
       July 6, 2009

                                             */s/ Mark G. Ledwin*
                                             Mark G. Ledwin, Esq. (ML-6873)

2443562.1

**SERVICE LIST**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn:   Warren Command Center
        Mailcode 480-206-114

Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller, Esq.
        Stephen Karotkin, Esq.
        Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn:   Matthew Feldman, Esq.

Cadwalader, Wickerham & Taft LLP
Attorneys for the Purchaser
One World Financial Center
New York, New York 10281
Attn:   John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, New York 10036
Attn:   Thomas Moers Mayer, Esq.
        Kenneth H. Eckstein, Esq.
        Gordon Z. Novod, Esq.

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
Attn:   Michael J. Edelman, Esq.
        Michael L. Schein, Esq.

2443562.1

Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Diana G. Adams, Esq.

2443562.1