UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                             Chapter 11 Case No.
GENERAL MOTORS CORP., *et al.*,                   09-50026 (REG)
                            Debtors.              (Jointly Administered)
-----------------------------------------------------------x

400686911
INVESTAR SARL
1121 Centre Rd.
Auburn Hills, MI 48326

# SECOND NOTICE

Notice of Debtors' Intent to Assume and Assign **Additional** Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property.

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000 (outside the United States).

User ID: HS1696z0
Password: 03s54R3k91V0

Vendor ID #: 400686911

# Contract Notices

User:

**My Contracts**    **Documents & Links**    **Contact Us**

## Supplier Details

| | |
|---|---|
| Supplier Name: **INVESTAR SARL** | |
| Contract Cure Amount: **$72,600.00** | Click here to view Contract Cure Amount Details |
| # of Contracts: **26** | Vendor Master ID: **400686911** |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Name/ Description | Business Unit/ Department | Contract Status |
|---|---|---|---|---|---|---|---|
| 5716-00064137 | 01S54608 | 400514667 | IEE INTERNATIONAL ELECTRONICS | Agreement | Name: (NULL) Desc: (NULL) | Unit: (NULL) Dept: (NULL) | Noticed |
| 5716-00579871 | N1H06000 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | Agreement | Name: (NULL) Desc: (NULL) | Unit: (NULL) Dept: (NULL) | To Be Assumed |
| 5716-00582498 | N1PLQ000 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | Agreement | Name: (NULL) Desc: (NULL) | Unit: (NULL) Dept: (NULL) | To Be Assumed |
| 5716-00591675 | N1PLQ001 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | Agreement | Name: (NULL) Desc: (NULL) | Unit: (NULL) Dept: (NULL) | To Be Assumed |
| 5716-00598955 | N1E3U005 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | Agreement | Name: (NULL) Desc: (NULL) | Unit: (NULL) Dept: (NULL) | To Be Assumed |
| 5716-00634847 | N1E3U000 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | Agreement | Name: (NULL) Desc: (NULL) | Unit: (NULL) Dept: (NULL) | To Be Assumed |
| 5716-00642126 | N1E3U003 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | Agreement | Name: (NULL) Desc: (NULL) | Unit: (NULL) Dept: (NULL) | To Be Assumed |
| 5716-00653905 | N1M1L001 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | Agreement | Name: (NULL) Desc: (NULL) | Unit: (NULL) Dept: (NULL) | To Be Assumed |

Contract Notices
2 of 3
09-50026-mg    Doc 2987-2    Filed 07/06/09    Entered 07/06/09 17:02:48    Exhibit B
Pg 3 of 4
https://www.contractnotices.com/MyContracts.aspx
7/2/2009 9:00 AM

| | | | | | |
|---|---|---|---|---|---|
| 5716-00655452 | N1E3U004 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | Agreement | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |
| 5716-00681703 | N1E3U001 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | Agreement | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |
| 5716-00706118 | N1M1L000 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | Agreement | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |
| 5716-00708917 | N1E3U002 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | Agreement | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |
| 5716-00866657 | 17G50001 | 400686911 | INVESTAR SARL | Blanket Order | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |
| 5716-00866658 | 17G50002 | 400686911 | INVESTAR SARL | Blanket Order | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |
| 5716-00866659 | 17G50003 | 400686911 | INVESTAR SARL | Blanket Order | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |
| 5716-00866660 | 17G50006 | 400686911 | INVESTAR SARL | Blanket Order | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |
| 5716-00866661 | 17G50007 | 400686911 | INVESTAR SARL | Blanket Order | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |
| 5716-00866662 | 17G50008 | 400686911 | INVESTAR SARL | Blanket Order | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |
| 5716-00866663 | 17G50009 | 400686911 | INVESTAR SARL | Blanket Order | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |
| 5716-00866664 | 17G5000B | 400686911 | INVESTAR SARL | Blanket Order | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |
| 5716-00866665 | 17G5000D | 400686911 | INVESTAR SARL | Blanket Order | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |
| 5716-00866666 | 17G5000F | 400686911 | INVESTAR SARL | Blanket Order | **Name:** (NULL) <br> **Desc:** (NULL) | **Unit:** (NULL) <br> **Dept:** (NULL) | To Be Assumed |

| | | | | | |
|---|---|---|---|---|---|
| 5716-00866667 | 17G5000H | 400686911 | INVESTAR SARL | Blanket Order | Name: (NULL)<br>Desc: (NULL) | Unit: (NULL)<br>Dept: (NULL) | To Be Assumed |
| 5716-01082092 | N1E3U001 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | NULL | Name: (NULL)<br>Desc: (NULL) | Unit: (NULL)<br>Dept: (NULL) | To Be Assumed |
| 5716-01082093 | N1E3U002 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | NULL | Name: (NULL)<br>Desc: (NULL) | Unit: (NULL)<br>Dept: (NULL) | To Be Assumed |
| 5716-01085771 | N1M1L000 | 400514667 | IEE INTERNATIONAL ELECTRONICS & ENG | NULL | Name: (NULL)<br>Desc: (NULL) | Unit: (NULL)<br>Dept: (NULL) | To Be Assumed |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that certain Order Pursuant To 11 U.S.C. §§ 105, 363, And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006(I) Approving Procedures For Sale Of Debtors' Assets Pursuant To Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline And Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Procedures And Approving Form Of Notice.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID," "Contract Type," "Contract Name/Description," "Business Unit/Department," fields are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

The proposed cure amounts set forth herein are subject to adjustment to reflect additional invoices processed in GM's accounts payable system that relate to the period before the Commencement Date.

Additionally, the proposed cure amounts set forth herein may not reflect certain debits, chargebacks, claims or other deductions to which GM may be entitled and, in each case, all rights with respect thereto are reserved.

GM is updating this website on a daily basis so please check back if you believe that a discrepancy exists in the invoices processed that relate to the period before the Commencement Date.

Home        Logout

July 02, 2009 @ 07:57:33 AM        Copyright ©2009 AlixPartners, LLP | (71)