

SHIPPER AND REMIT TO:



a sense for IEE innovation

**IEE Sensing, Inc.**
1121 Centre Road
Auburn Hills, MI 48326
248-373-9700
248-373-9924

**Billing Address:**
General Motors Corporation
Attn: Accounts Payable
Manual PO Support Workgroup
Po Box 63070
Phoenix, AZ 85082-3070

| Number | Date: |
|---|---|
| 084752 | 29/Sep/08 |

Customer Contract. Number
25590003

Customer #
1037

Our job number

| Delivery Number: | Our VAT Number: |
|---|---|

Supplier Number:

Our Contact Person:
Monica Birkam

Terms of Payment: MNS2

| Item | Part | Quantity | Unit Price | Amount/$ |
|---|---|---|---|---|
|  | Tooling P/N 25983290 MY 2008 |  |  |  |
|  | GMX001/GMT001 |  |  |  |
| 10 | ECU Housing Injection Mold 2 cavity | 1 | $ 65,000.00 | $ 65,000.00 |
| 20 | Housing Fill fixture | 1 | $ 7,600.00 | $ 7,600.00 |
| 30 | HotmFixture/Clamp | 1 | $ 19,200.00 | $ 19,200.00 |

**Total Amount Due:** **$91,800.00 USD**

This Invoice is subject to I.E.E. General Sales Conditions.

IEE Sensing, Inc.
Bank Account: Account No. 006500000232; Franklin Bank; Troy, MI 48084