Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               )
In re                                                          )    Chapter 11
                                                               )
GENERAL MOTORS CORP., *et al.*,                                )
                                                               )    Case No. 09-50026 (REG)
                                                               )
                                            Debtors.           )    Jointly Administered
---------------------------------------------------------------x

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a), the Ad Hoc Committee of Asbestos Personal Injury Claimants, by and through its undersigned counsel, hereby gives notice of appeal from the Bankruptcy Court's Order (I) Authorizing the Sale of Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC,  A U.S. Treasury-Sponsored Purchaser; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief [Doc. No. 2968] entered on July 5, 2009.

The parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Sander L. Esserman
Robert T. Brousseau
Peter C. D'Apice
Jo E. Hartwick
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas Texas 75201
Telephone:  (214) 969-4900

**Counsel to the Ad Hoc Committee of Asbestos Personal Injury Claimants**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
767 Fifth Avenue
New York, NY 10153

**Counsel to the Debtors**

**Office of the United States Trustee Southern District of New York**
Diana G. Adams
33 Whitehall Street, 21st Floor
New York, New York 10004
Telephone:  (212) 510-0500

Rita C. Tobin, Esq.
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY  10152-3500
-and-
Peter Van N. Lockwood, Esq.
Ronald E. Reinsel, Esq. (Admitted Pro Hac Vice)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle
Washington, D.C.  20005
(202) 862-5000

**Counsel to Mark Buttita, personal representative of Salvatore Buttita**

John J. Rapisardi
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:  (212)504-6000

**Counsel to Vehicle Acquisition Holdings LLC**

David S. Jones
Matthew L. Schwartz
Office of the United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2678/2730

**Counsel to the United States**

2

Michael J. Edelman
Michael L. Schein
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Telephone: (212) 407-7770

**Counsel to
Export Development Canada**

James L. Bromely
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000

**Counsel to the UAW**

Steve Jakubowski
Elizabeth Richert
THE COLEMAN LAW FIRM
77 West Wacker Drive, Suite 4800
Chicano, IL 60601

**Counsel for Callan Campbell, Kevin
Chadwick, et al., Edwin Agosto,
Kevin Junso, et al., and Joseph
Berlingieri**

Babette Ceccotti
COHEN, WEISS AND SIMON LLP
330 W. 42nd Street
New York, New York 10036
Telephone: (212) 563-4100

**Counsel to the UAW**

Suzanne Hepner
LEVY RATNER, P.C.
80 Eighth Avenue, 47th Floor
New York, NY 1006

**Counsel to the United Steelworkers**

Thomas Moers Mayer
Kenneth H. Eckstein
Robert T. Schmidt
Jeffrey S. Trachtman
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

**Counsel to the Official Committee of
Unsecured Creditors**

|  |  |
|---|---|
| July 6, 2009 | Respectfully submitted,<br><br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION<br><br>By: /s/ Peter C. D'Apice<br><br>Sander L. Esserman (Admitted *pro hac vice*)<br>Robert T. Brousseau (Admitted *pro hac vice*)<br>Peter C. D'Apice<br>Jo E. Hartwick (Admitted *pro hac vice*)<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>Telephone: (214) 969-4900<br>Facsimile: (214) 969-4999<br><br>**Counsel to the Ad Hoc Committee of Asbestos Personal Injury Claimants** |