**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                     )

In re                              )        Chapter 11

                                     )

**GENERAL MOTORS CORP.,** *et al.,*     )

                                   )        Case No. 09-50026 (REG)

                                   )

                     Debtors.     )        Jointly Administered
-------------------------------------------------------------X

## ORDER CERTIFYING SALE ORDER FOR IMMEDIATE APPEAL TO THE UNITED STATES COURT OF APPEALS

       This matter coming before the Court on the Ad Hoc Committee of

Asbestos Personal Injury Claimants' Motion for an Order Certifying Sale

Order For Immediate Appeal to the United States Court of Appeals,

Pursuant to 28 U.S.C. § 158(d)(2) or in the Alternative for a Stay of the Sale

Order, Pursuant to Fed. R. Bankr. P. 8005 (the "Motion"),[1] filed by the

Asbestos Committee; the Court having reviewed the Motion and the prior

proceedings herein; and the Court having found that (i) the Court has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157, (ii) this

is a core proceeding pursuant to 28.U.S.C. § 157(b) and (iii) notice of the

Motion was sufficient under the circumstances; and the Court having

determined that the legal and factual bases set forth in the Motion establish

just cause for the relief granted herein;

       IT IS HEREBY ORDERED THAT:

---

[1] Capitalized terms used but not defined herein shall have the meaning
ascribed to them in the Motion.

1.    The Motion is GRANTED as set forth herein.

2.    The Court certifies that an immediate Appeal of the Sale Order is appropriate because this case involves a matter of public importance, and an immediate appeal may materially advance the progress of this case.

3.    This Court therefore certifies the Sale Order for immediate appeal, pursuant to 28 U.S.C. § 158(d)(2).


Dated:  New York, New York
_____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE