```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           )
In re                                                      )    Chapter 11
                                                           )
GENERAL MOTORS CORP., et al.,                              )
                                                           )    Case No. 09-50026 (REG)
                                                           )
                           Debtors.                        )    Jointly Administered
-----------------------------------------------------------X
```

### ORDER GRANTING STAY PENDING APPEAL

This matter coming before the Court on the Ad Hoc Committee of Asbestos Personal Injury Claimants' Motion for an Order Certifying Sale Order For Immediate Appeal to the United States Court of Appeals, Pursuant to 28 U.S.C. § 158(d)(2) or in the Alternative for a Stay of the Sale Order, Pursuant to Fed. R. Bankr. P. 8005 (the "Motion"),[1] filed by the Asbestos Committee; the Court having reviewed the Motion and the prior proceedings herein; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157, (ii) this is a core proceeding pursuant to 28.U.S.C. § 157(b) and (iii) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

1

    2.    The Court stays the Sale Order until _____, 2009.

Dated:  New York, New York
_____, 2009

                                                              UNITED STATES BANKRUPTCY JUDGE