**Steve Jakubowski (admitted *pro hac vice*)**
**Elizabeth Richert (admitted *pro hac vice*)**
**THE COLEMAN LAW FIRM**
**77 West Wacker Dr., Suite 4800**
**Chicago, Illinois 60601**
**Telephone:  (312) 606-8641**
**Facsimile:   (312) 444-1028**
**sjakubowski@colemanlawfirm.com**

**Attorneys for Callan Campbell, Kevin Junso, *et al.*,**
**Edwin Agosto, Kevin Chadwick, *et al.*, and Joseph Berlingieri**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                     :

**In re**                             :          **Chapter 11 Case No.**
                                       :

**GENERAL MOTORS CORP., *et al.*,**      :          **09-50026 (REG)**
                                       :

                    **Debtors.**       :          **(Jointly Administered)**
                                       :
-------------------------------------------------------------x

### EXHIBITS TO MOTION OF THE INDIVIDUAL ACCIDENT LITIGANTS FOR AN ORDER CERTIFYING THE SALE ORDER FOR IMMEDIATE APPEAL TO THE UNITED STATES COURT OF APPEALS PURSUANT TO 28 U.S.C. § 158(d)(2) ON THE ISSUE OF SUCCESSOR LIABILITY

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE

       Attached hereto are the Exhibits to the motion filed today by the Individual Accident

Litigants for an order certifying the Sale Order for immediate appeal to the United States Court

of Appeals pursuant to 28 U.S.C. § 158(d)(2) on the issue of successor liability:

       Exhibit 1 – Sale Opinion

       Exhibit 2 – Sale Order

Dated: July 6, 2009

CALLAN CAMPBELL, KEVIN JUNSO, ET AL.,

EDWIN AGOSTO, KEVIN CHADWICK, ET AL., AND
JOSEPH BERLINGIERI

By:____/s/ Steve Jakubowski_____
One of Their Attorneys

Steve Jakubowski (IL ARDC# 6191960)
Elizabeth Richert (IL ARDC# 6275764)
THE COLEMAN LAW FIRM
77 West Wacker Drive, Suite 4800
Chicago, IL  60601
Tel:  (312) 606-8641
Fax:  (312) 444-1028
sjakubowski@colemanlawfirm.com

Attorneys for Callan Campbell, Kevin Junso, *et al.,*
Edwin Agosto, Kevin Chadwick, *et al.* and Joseph
Berlingieri