Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               )
In re                                                          )    Chapter 11
                                                               )
GENERAL MOTORS CORP., *et al.*,                                )
                                                               )    Case No. 09-50026 (REG)
                                                               )
                              Debtors.                         )    Jointly Administered
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 29, 2009, she caused true and correct copies of the *Evidence and Witness List of the Ad Hoc Committee of Asbestos Personal Injury Claimants for the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k) and (m), and 365, and Fed. R. Bankr. P. 2002, 6004, and 6006 to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear Of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Heairng* to be served on the parties below by

the method indicated and by electronic mail on all parties receiving notice via

the Court's ECF System.

| | |
|---|---|
| **By Electronic Mail**<br>Harvey R. Miller<br>harvey.miller@weil.com<br>Stephen Karotkin<br>stephen.karotkin@weil.com<br>Joseph H. Smolinsky<br>Joseph.smolinsky@weil.com<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>767 Fifth Avenue<br>New York, NY 10153<br>**Counsel for the Debtors** | **By Electronic Mail**<br>Robert B. Weiss<br>rweiss@honigman.com<br>Donald F. Baty, Jr.<br>dbaty@honigman.com<br>Tricia A. Sherick<br>tsherick@honigman.com<br>Honigman Miller Schwartz and Cohn LLP<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226<br>**Counsel for the Debtors** |
| **By Electronic Mail**<br>Thomas Moers Mayer<br>tmayer@kramerlevin.com<br>Jennifer Sharret<br>jsharret@kramerlevin.com<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>**Counsel for Official Committee of Unsecured Creditors** | **By Electronic Mail**<br>John J. Rapisardi<br>john.rapisardi@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>**Counsel for**<br>**Vehicle Acquisition Holdings LLC** |
| **By Electronic Mail**<br>James L. Bromley<br>jbromley@cgsh.com<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>**Counsel for UAW** | **By Electronic Mail**<br>Babette Ceccotti<br>bceccotti@cwsny.com<br>Cohen, Weiss and Simon LLP<br>330 W. 42nd Street<br>New York, NY 10036<br>**Counsel for UAW** |
| **By Electronic Mail**<br>Michael J. Edelman<br>mjedelman@vedderprice.com<br>Michael L. Schein<br>mschein@vedderprice.com<br>Vedder Price, PC<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>**Counsel for Export Development Canada** | **By Electronic Mail**<br>David S. Jones<br>david.jones@usdoj.gov<br>Matthew L. Schwartz<br>matthew.schwartz@usdoj.gov<br>United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street, Third Floor<br>New York, NY 10007<br>Facsimile: (212) 637-2684 |

**By Electronic Mail**
Andy Velez-Rivera
Andy.Velez-Rivera@usdoj.gov
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile: (212) 668-2255

**By Electronic Mail**
Elihu Inselbuch
ei@capdale.com
Rita C. Tobin
rct@capdale.com
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500

Peter Van N. Lockwood
pvnl@capdale.com
Ronald E. Reinsel
rer@capdalte.com
Caplin & Drysdale, Chartered
One Thomas Circile
Washington, D.C. 2005
**Counsel for Mark Buttita**

**By Electronic Mail**
Matthew Feldman
matthew.feldman@do.treas.gov
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220
**United States Treasury**

**By Electronic Mail**
Andrew N. Rosenberg
arosenberg@paulweiss.com
Margaret A. Phillips
mphillips@paulweiss.com
Matthew R. Scheck
mscheck@paulweiss.com
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
**Counsel for the Informal Group of Holders
of General Motors Unsecured Notes**

**By Electronic Mail**
Benjamin P. Deutsch
BDeutsch@schnader.com
Barry Bressler
BBressler@schnader.com
Schnader Harrison Segal & Lewis LLP
140 Broadway
Suite 3100
New York, NY 10005-1101
**Counsel for the Ad Hoc Committee of
Consumer Victims of General Motors**

**By Electronic MailB**
Roger Frankel
rfrankel@orrick.com
Orrick, Herrington & Sutcliffe, LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 2005-1706
**Counsel for the Unofficial
GM Dealer Committee**

-3-

| | |
|---|---|
| **By Electronic Mail**<br>Michael P. Richman<br>MRichman@pattonboggs.com<br>Patton Boggs, LLP<br>1185 Avenue of the Americas, 30th Floor<br>New York, NY 10036<br>**Counsel for Unofficial Committee of Family & Dissident GM Bondholders** | **By Electronic Mail**<br>Neil A. Goteiner<br>ngoteiner@fbm.com<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>**Counsel for General Motors Retiree Committee** |

  */s/ Jo E. Hartwick*

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900