UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                   :

In re                                         :        Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,        :        09- 50026 (REG)

                    Debtors.        :        (Jointly Administered)

-----------------------------------------------------------------x

## ORDER

With a request for a stay having been filed last night, parties are also to address, for consideration by the Court this evening, the size of the bond that would be appropriate if the Court were otherwise inclined to issue a stay. *See* Fed.R.Bankr.P. 8005. If, as is possible, parties wish to bring to the Court's attention the loss or lack of loss that would be occasioned by delay (as relevant to the size of the bond or otherwise), supporting facts should be presented by affidavit.

Nothing in this order is, or should be deemed to be, an expression of any views on the merits of any of the requests that might be brought before the Court this evening.

Dated: New York, New York          *s/Robert E. Gerber*
       July 7, 2009                    United States Bankruptcy Judge