**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re                                          :           Chapter 11 Case No.
:
**GENERAL MOTORS CORP.,** *et al.*,            :           09-50026 (REG)
:
        Debtors.                         :           (Jointly Administered)
:
-----------------------------------------------------------------x

**ORDER DENYING APPLICATION OF GENERAL MOTORS RETIREES**
**ASSOCIATION FOR APPOINTMENT OF A RETIREE COMMITTEE PURSUANT**
**TO 11 U.S.C. §1114(d)**

Upon the Application of the General Motors Retirees' Association ("**Retirees' Association**"), pursuant to section 1114(d) of title 11, United States Code ("**Bankruptcy Code**"), for an order directing the appointment of an "official Section 1114 committee" of salaried retirees of General Motors Corporation ("**GM**"), (the "**Application**"); and the Court having considered the Application and the Debtors' Objections to the Application, dated June 19, 2009 (the "**Application**"), and the Objection of the Official Committee of Unsecured Creditors "To The Motion To Appoint An Official Retiree Committee Pursuant To 11 U.S.C. §1114(d)," dated June 19, 2009, the Reply of the Retirees' Association, dated June 23, 2009, and the Sur-Reply of GM, dated June 24, 2009; and a hearing having been held before the Court on June 25, 2009, after due notice of the Application having been provided, and it appearing that no further notice need be provided; and after consideration of all of the proceedings had before the Court and the Court having set forth in the record its Findings of Fact and Conclusions of Law pursuant to Fed. R. Bankr. P. 7052; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application be, and the same, hereby is DENIED, without prejudice.

Dated: New York, New York
July _7_, 2009

                                            _s/ Robert E. Gerber_____
                                            UNITED STATES BANKRUPTCY JUDGE