Lakin Chapman LLC
300 Evans Avenue
Wood River, Illinois 62095
markb@lakinchapman.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,

Debtor.

Chapter 11
Case No. 09-50026-reg
Hon:

### VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

Mark L. Brown, a member of the bars of the State of Illinois and the State of Missouri, for his Verified Motion for Admission *Pro Hac Vice* to the Bankruptcy Court of the Southern District of New York to represent Kelly Castillo, Nichole Brown, Brenda Alexis Digiandomenico, Valerie Evans, Barbara Allen, Stanley Ozarowski, and Donna Santi, Individually and on behalf of all others similarly situated in the above-captioned bankruptcy proceedings, states as follows:

1.  Mark L. Brown is an attorney at LakinChapman, LLC, located at 300 Evans Avenue, Wood River, Illinois 62095. His telephone number is (618) 251-2402.

2.  Mr. Brown is admitted to practice law in the State of Illinois (1998), the State of Missouri (1997), the United States Court of Appeals (Eighth Circuit), and the United States District Court (Central District of Illinois, Southern District of Illinois, and Eastern District of Missouri). Mr. Brown's Illinois State Bar number is 6244381. Mr. Brown's Missouri State Bar number is 46153.

3.  Mr. Brown is in good standing in the Courts listed in ¶ 2, supra, and is eligible to practice in this Court pursuant to Rule 2090-1 of the Local Rules for Bankruptcy Court for the Southern District of New York. He is not currently suspended or disbarred in any other Court. He is not the subject of a

formal pending grievance procedure. He has not been denied admission or disciplined by the State Bar of Illinois, the State Bar of Missouri or by any other State Bar or Court.

4. Mr. Brown has never been denied admission in the Bankruptcy Court of the Southern District of New York.

WHEREFORE, Mark L. Brown respectfully requests that this Court admit him *Pro Hac Vice* to practice law in the United States Bankruptcy Court of the Southern District of New York in this bankruptcy proceeding.

LAKINCHAPMAN, LLC

By: _____
Mark L. Brown
Counsel for KELLY CASTILLO,
NICHOLE BROWN, BRENDA ALEXIS
DIGIANDOMENICO, VALERIE
EVANS, BARBARA ALLEN,
STANLEY OZAROWSKI, and
DONNA SANTI, *Individually and on behalf of all others similarly situated*
300 Evans Avenue
P.O. Box 229
Wood River, Illinois 62095-0229
(618)251-2402
markb@lakinchapman.com

Date: June 29, 2009