Scott Mayhew
4203 S. Lucile Street
Seattle, WA 98118

The Honorable Robert E. Gerber
United States Bankruptcy Court Southern District of New York
One Bowling Green; New York, NY 10004-1408
Case No. 09-50026 (REG)
June 29, 2009

Honorable Robert E. Gerber

I have a mere 600 shares of GRM baby bonds which matured on May 29th, 2009 which GM and the United States Auto Task force unfairly targeted as the trigger for GM's bankruptcy on June 1st.  I feel these shares should be considered senior debt since they matured before bankruptcy was declared, both by reaching May 29th without a bankruptcy being declared and the fact that they were registered on June 1st as having matured three hours before bankruptcy was registered by GM and the United States Auto Task Force.  These were low yield loans to the company to pay current and retiree benefits as a consequence, current and former union employees would be compensated twice by this bankruptcy – once when these bonds were issued and now again, in bankruptcy where union workers are getting a fairer deal than baby bond holders (many of which are also retirees or using the bonds to help raise a family, such as myself).

In any case, I guess all that is for you to decide.  My only voice, since baby bonds are no represented by their own Official group but rather by all other unsecured creditor committees with vastly different interests, was to object to the bankruptcy itself by June 19th at 5pm Eastern.  Unfortunately, I only received the letter informing me of this deadline on June 19th, at 2pm Pacific Standard Time, which in effected circumvented me from filing any protest.  I am only now sending this in because I found via a website that I can still do so.  I'm not sure whether there was just no time to send out notices or whether there is some other reason, more directly in the interests of GM and the United States Auto Task Force, but I feel unfairly silenced by the late notice and unfair deadline.

I object to the sale, the 363 sale, of good assets from GM to GM/USATF.  It circumvents fairness in the bankruptcy proceedings and my lone voice says no.

Thank you for listening to me,


Scott Mayhew; June 29, 2009