**RBC Wealth Management**

3273 Claremont Way, Suite 212
Napa, CA 94558

Phone: 707-258-4060
Toll Free: 800-345-7488
Fax: 707-258-4082

Hon. Robert E. Gerber
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Dear Judge Gerber:

    The proposal reorganization and bankruptcy of General Motors designed by Mr. Obama, Mr. Gettlefinger and Mr. Rattner is grossly unfair to creditors and certainly favors the federal government and the United Auto Workers. Virtually nothing is being given to the unsecured creditors ($27.2 Billion debt outstanding) who initially provided the financing for General Motors corporate activities.

    A an owner of General Motors debentures I urge you to consider the fairness of the proposal restructuring which certainly favors the United Auto Workers and provides virtually no benefit to existing creditors.

    As the appointed judiciary official to oversee this important, large, bankruptcy proceeding I am sure that you can recognize that this is nothing more than a political pay-off to the UAW for their support of the current democratic administration and Congress.

Sincerely,

David S. Tucker, Jr
Senior Vice President
RBC Wealth Management

RBC Wealth Management, a division of RBC Capital Markets Corporation, Member NYSE/FINRA/SIPC