Honorable Judge Robert E. Gerber,

Please accept my objection to offer to bondholders. I received document June 22, how can I respond by June 19.

James Yarbrough

*James Yarbrough*