**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

STATE OF NEW YORK          )
                                              )ss:
COUNTY OF NEW YORK   )

I, Derek Alexander, state as follows:

1.        I am over 18 years of age and am not a party to this action.

2.        I am employed by Debevoise & Plimpton LLP at 919 Third Avenue, New York, NY 10022.

3.        On July 7, 2009, I caused to be served a true and correct copy of the *Partial Withdrawal of Limited Objection by the Hertz Corporation and Its Affiliates* (Docket No. 3000) using the Court's ECF system upon the service list attached hereto as **Exhibit A**, and via First-Class Mail upon the service list attached hereto as **Exhibit B**.


Dated: July 7, 2009


                               /s/ Derek P. Alexander___
                                    Derek P. Alexander

## EXHIBIT A

David B. Aaronson on behalf of Creditor QEK Global Solutions (US) LP
david.aaronson@dbr.com

Anna Conlon Aguilar on behalf of Creditor Anna Exponent, Inc.
aaguilar@conlonaguilar.com

Jonathan Bradley Alter on behalf of Travelers Casualty and Surety Company of
America
jonathan.alter@bingham.com

Philip D. Anker on behalf of Creditor Pension Benefit Guaranty Corporation
philip.anker@wilmerhale.com

Joel D. Applebaum on behalf of Creditor E & L Construction Group, Inc.
japplebaum@clarkhill.com

W. David Arnold on behalf of Affinia Group, Inc./Wix Filtration Corp.
darnold@rcolaw.com

Karin F. Avery on behalf of Creditor Cassens Transport Company
avery@silvermanmorris.com

Douglas Bacon on behalf of GE Capital Corporation
douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Todd Murray Bailey on behalf of Creditor California Franchise Tax Board
todd.bailey@ftb.ca.gov

Marc M. Bakst on behalf of Creditor KUKA Systems Corp. North America f/k/a
KUKA Flexible Production Systems Corp., KUKA Robotics Corp., and KUKA
Assembly &
Test Corp. f/k/a B&K Corp.
mbakst@bodmanllp.com

David J. Baldwin on behalf of Creditor Norfolk Southern Corporation and
Norfolk Southern Railway
dbaldwin@potteranderson.com, bankruptcy@potteranderson.com

Elizabeth Banda on behalf of Creditor Arlington ISD
kwilliams@pbfcm.com

Salvatore A. Barbatano on behalf of Creditor Cadillac Products Automotive
Company
sbarbatano@foley.com

Leslie S. Barr on behalf of Creditor Lloyd A. Good, Jr.
lbarr@windelsmarx.com, theston@windelsmarx.com

William M. Barron on behalf of Creditor Duerr AG
wbarron@sgrlaw.com

Robert L. Barrows on behalf of Creditor Charles Clark Chevrolet Co.
rbarrows@wdblaw.com

Robert N. Bassel on behalf of Interested Party Eberspaecher North America, Inc.
ecfbbassel@gmail.com

Leonora K. Baughman on behalf of Creditor City of Detroit
ecf@kaalaw.com

Christopher Robert Belmonte on behalf of Interested Party Moody's Investors
Service
cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer on behalf of Creditor FMR Corp.
hbeltzer@morganlewis.com

Walter Benzija on behalf of Creditor UTi United States, Inc.
wbenzija@halperinlaw.net

Frederick A. Berg on behalf of Creditor Applied Manufacturing Technologies
fberg@kotzsangster.com

Richard J. Bernard on behalf of Creditor Bendix Commercial Vehicle Systems,
LLC
rbernard@bakerlaw.com

Daniel J. Bernard on behalf of Unique Fabricating, Inc.
dbernard@vmclaw.com

Kellie M. Blair on behalf of Charter Township of Ypsilanti, Michigan
kblair@mattablair.com

David M. Blau on behalf of Creditor LA Productions, LLC
dmb@kompc.com, tlj@kompc.com

Don W. Blevins on behalf of Creditor MCM Management Corp.

dwblevins@mcalpinelawfirm.com

Anna Boelitz on behalf of Wells Fargo Bank Northwest, National Association as
Indenture Trustee
anna.boelitz@bingham.com

Phillip W. Bohl on behalf of Creditor Willette Acquisition Corp., a/k/a Digital
Technologies and Allied Vaughn
phillip.bohl@gpmlaw.com

Wanda Borges on behalf of Raycom Media, Inc.
borgeslawfirm@aol.com

Jean Winborne Boyles on behalf of D&J Automotive, LLC
jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM

Kimberly A. Brennan on behalf of Creditor Dealer Tire, LLC.
kab@mccarthylebit.com

Lynn M. Brimer on behalf of Creditor Pioneer Steel Corporation
lbrimer@stroblpc.com, sfraser@stroblpc.com

James L. Bromley on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP
maofiling@cgsh.com

William J. Brown on behalf of Creditor E.I. Du Pont De Nemours and Company
wbrown@phillipslytle.com

Theresa V. Brown-Edwards on behalf of Creditor Norfolk Southern Corporation
and Norfolk Southern Railway
bankruptcy@potteranderson.com

Mark Edwin Browning on behalf of Creditor Texas Comptroller of Public
Accounts
BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us

Robert H. Brownlee on behalf of Creditor c/o Robert Brownlee Maritz Holdings
Inc.
rbrownlee@thompsoncoburn.com

Andrew P. Brozman on behalf of Creditor ABN AMRO BANK N.V.
andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com

Adam D. Bruski on behalf of Creditor Mahar Tool Supply Co.
adbruski@lambertleser.com

Deborah M. Buell on behalf of Creditor Grupo KUO, S.A.B. de C.V.
maofiling@cgsh.com

Charles D. Bullock on behalf of FATA Automation, Inc.
cbullock@sbplclaw.com

John R. Burns on behalf of Creditor Shambaugh & Son, L.P.
john.burns@bakerd.com, skrhoads@bakerd.com;oliana.nansen@bakerd.com

Christopher M. Cahill on behalf of Creditor ATS Automation Tooling Systems,
Inc.
ccahill@clarkhill.com

James Christopher Caldwell on behalf of Creditor Satterlund Supply Company
ccaldwell@starkreagan.com

Carollynn H.G. Callari on behalf of Creditor Penske Auto Group, Inc.
ccallari@venable.com

John F. Carberry on behalf of Creditor Emigrant Business Credit Corp.
jcarberry@cl-law.com, dsantos@cl-law.com

James C. Carignan on behalf of Creditor SKF USA Inc.
carignanj@pepperlaw.com

James S. Carr on behalf of Creditor BP Canada Energy Marketing Corp. and BP
Energy Company
KDWBankruptcyDepartment@kelleydrye.com

Linda J. Casey on behalf of Interested Party BNSF Railway Company
caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barson
l@pepperlaw.com;kistlerb@pepperlaw.com

George B. Cauthen on behalf of Creditor Michelin Tire Corp.
george.cauthen@nelsonmullins.com,
mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com

Babette A. Ceccotti on behalf of Creditor International Union, United
Automobile, Aerospace and Agricultural Implement Workers of America (UAW)
bceccotti@cwsny.com, ecf@cwsny.com

Joseph M. Cerra on behalf of Creditor Affiliated Computer Services of Spain SL
jcerra@formanlaw.com

Teresa H. Chan on behalf of Creditor White Marsh/Memphis Secured Lenders

kkansa@sidley.com;emcdonnell@sidley.com

Jeffrey Chang on behalf of Creditor Digitas, Inc.
jchang@wildman.com

J Eric Charlton on behalf of Creditor Autoport Limited
echarlton@hiscockbarclay.com

Sarah M. Chen on behalf of Praxair Distribution Inc.
schen@lockelord.com

Gloria M. Chon on behalf of Creditor Custom Automotive Services, Inc.
gloria.chon@kkue.com

Jennifer Anne Christian on behalf of Creditor ADAC-Strattec LLC
jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Ilissa Churgin Hook on behalf of Creditor Gabriel Yzarra
ecfmail@yablaw.com, ihook@yablaw.com

Marvin E. Clements on behalf of Creditor Tennessee Board of Regents-Columbia
State Community College
agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb on behalf of Creditor AOL LLC
tscobb@vorys.com, cdfricke@vorys.com

Marc S. Cohen on behalf of Creditor Canadian Export Antitrust Plaintiffs
marccohen@kayescholer.com

Dennis J. Connolly on behalf of Interested Party Autoliv ASP, Inc.
dconnolly@alston.com

Michael T. Conway on behalf of Creditor Honeywell International Inc.
michael.conway@leclairryan.com

Susan M. Cook on behalf of Creditor Knight Facilities Management, Inc.
smcook@lambertleser.com

Dawn R. Copley on behalf of Creditor Johnson Controls, Inc.
dcopley@dickinsonwright.com,dnavin@dickinsonwright.com

Joseph N. Cordaro on behalf of United States Of America

joseph.cordaro@usdoj.gov

Joseph Corneau on behalf of Charter Township of Ypsilanti, Michigan
jcorneau@klestadt.com

Trent P. Cornell on behalf of Interested Party General Motors National Retiree
Association, Over The Hill Car People, LLC
tcornell@stahlcowen.com

Jeffrey L. Coxon on behalf of Creditor Molded Fiber Glass Companies
rellis@warrenyoung.com

David N. Crapo on behalf of Interested Party J.D. Power and Associates
dcrapo@gibbonslaw.com

Randall D. Crocker on behalf of Emerson Electric, Inc.
rcrocker@vonbriesen.com

Brian Crowley on behalf of Creditor Manufacturers And Traders Trust Company
bcrowley@klehr.com

Michael G. Cruse on behalf of Creditor Auma S.A. de C.V.
mcruse@wnj.com, hziegler@wnj.com

Louis A. Curcio on behalf of Sonnenschein Nath & Rosenthal LLP
lcurcio@sonnenschein.com

Julius O. Curling on behalf of Creditor State of Michigan, Department of
Treasury
curlingj@michigan.gov

Thomas H. Curran on behalf of Creditor Dave Delaney's Columbia Buick-
Pontiac-GMC Company, LLC
tcurran@haslaw.com, calirm@haslaw.com

Teresa K.D. Currier on behalf of Creditor Johnson Matthey Testing and
Development and Johnson Matthey Incorporated
tcurrier@saul.com, mflores@saul.com

Vincent D'Agostino on behalf of Creditor AT&T
vdagostino@lowenstein.com

Peter D'Apice on behalf of Creditor Ad Hoc Committee of Asbestos Personal
Injury Claimants
dapice@sbep-law.com

Renee M. Dailey on behalf of Creditor Georg Fischer Automotive AG
renee.dailey@bgllp.com, meghan.olsen@bgllp.com

Ashleigh A. Danker on behalf of Creditor Canadian Export Antitrust Plaintiffs
adanker@kayescholer.com,
adanker@kayescholer.com;mcohen@kayescholer.com

Colin Thomas Darke on behalf of Creditor Bend All Automotive, Inc.
cdarke@bodmanllp.com

Ashley Davis on behalf of Interested Party Florida Attorney General
ashley.davis@myfloridalegal.com

James E. DeLine on behalf of Creditor AVL Americas, Inc.
jed@krwlaw.com, pal@krwlaw.com

Gabriel Del Virginia, Esq. on behalf of Creditor Hess Corporation
gabriel.delvirginia@verizon.net

Sam Della Fera on behalf of Creditor Sika Corporation
sdellafera@trenklawfirm.com

Melissa Detrick on behalf of Creditor Fluid Routing Solutions, Inc.
detrick@marshall-melhorn.com

Benjamin P. Deutsch on behalf of Creditor Ad Hoc Committee of Consumer
Victims of General Motors
bdeutsch@schnader.com

Frank W. DiCastri on behalf of Creditor Webasto Roof Systems Inc.
fdicastri@foley.com

Gerard DiConza on behalf of Creditor Analysts International Corporation
gdiconza@dlawpc.com, las@dlawpc.com

John P. Dillman on behalf of Creditor Angelina County
houston_bankruptcy@publicans.com

Michael Dockterman on behalf of Creditor Digitas, Inc.
dockterman@wildman.com, eckert@wildman.com

J. Ted Donovan on behalf of Creditor Arlington ISD
TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com

Amish R. Doshi on behalf of Creditor IDB Leasing, Inc.
adoshi@daypitney.com

Mary Joanne Dowd on behalf of Toyota Boshoku America, Inc.
dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

Kathryn E. Driscoll on behalf of Creditor DeMaria Building Company
kdriscoll@pmppc.com

Lawrence P. Eagel on behalf of County of Bastrop, et al.
eagel@bragarwexler.com

David G. Ebert on behalf of Shepardson Stern & Kaminsky, LLC (SS&K)
debert@ingramllp.com, mtajika@ingramllp.com

Michael James Edelman on behalf of Creditor Export Development Canada
mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

James W. Ehrman on behalf of Creditor Sunnyside Automotive III, LLC
jwe@kjk.com, pleadingsjwe@gmail.com

Dan Elias on behalf of Severn Trent Del., Inc.
delias@eliasgroup.com

Erin L. Eliasen on behalf of Creditor The Cobalt Group, Inc.
eleliasen@stoel.com, basargent@stoel.com

Judith Elkin on behalf of Creditor CEVA Logistics
judith.elkin@haynesboone.com

Bruce N. Elliott on behalf of Creditor Van-Rob, Inc.
elliott@cmplaw.com

Alyssa Englund on behalf of Creditor APL Co. Pte. Ltd.
aenglund@orrick.com

Richard L. Epling on behalf of Creditor Financial Engines Advisors L.L.C.
richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Earle I. Erman on behalf of Creditor Centerpoint Associates, L.L.C.
eerman@ermanteicher.com

Belkys Escobar on behalf of Creditor County of Loudoun, Virginia
belkys.escobar@loudoun.gov

Amy Evans on behalf of Creditor Enshu Ltd. and Enshu (USA) Corporation
aevans@crosslaw.com

Kerry M Ewald on behalf of Creditor Johnson Controls, Inc.
kewald@dickinsonwright.com

Stephen Vincent Falanga on behalf of Creditor Panasonic Electric Works
Corporation of America
sfalanga@connellfoley.com

Robert Michael Farquhar on behalf of Creditor Det Norkse Veritas (USA), Inc.
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Creditor Fiat S.P.A.
farrisw@sullcrom.com

Thomas R. Fawkes on behalf of Creditor PGW, LLC
tfawkes@freebornpeters.com

Carol A. Felicetta on behalf of Creditor Barnes Group Inc.
cfelicetta@reidandreige.com

Richard L. Ferrell on behalf of Creditor EnovaPremier of Michigan LLC
Ferrell@taftlaw.com

Alyson M. Fiedler on behalf of Creditor Columbia Gas Transmission Corporation
afiedler@schiffhardin.com

Robert J. Figa on behalf of Creditor George P. Johnson Company
rfiga@comlawone.com

Andrea Fischer on behalf of Creditor The Gerstenslager Company
afischer@olshanlaw.com, ssallie@olshanlaw.com;mmarck@olshanlaw.com

Deborah L. Fish on behalf of Creditor Overhead Conveyor Company
dfish@allardfishpc.com

Eric Fisher on behalf of Creditor Committee Official Committee of Unsecured
Creditors of General Motors Corporation
fishere@butzel.com

Matthew F. Fitzsimmons on behalf of Interested Party State of Connecticut
matthew.fitzsimmons@po.state.ct.us

Elizabeth K. Flaagan on behalf of Creditor Oxbow Carbon & Minerals LLC
eflaagan@faegre.com

Steven B. Flancher on behalf of Interested Party Michael A. Cox Attorney
General for the State of Michigan

flanchers@michigan.gov

Daniel J. Flanigan on behalf of Interested Party Convergys Corporation
dflanigan@polsinelli.com, tbackus@polsinelli.com

Kenneth A. Flaska on behalf of Creditor John E. Green Company
gm@dmms.com

Jonathan L. Flaxer on behalf of Interested Party Panasonic Automotive Systems
Company of America, Division of Panasonic Corporation of North America
jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com

Neysa Ann Fligor on behalf of Creditor County Of Santa Clara
neysa.fligor@cco.sccgov.org

Stephen B. Foley on behalf of Creditor T.V. Minority Company, Inc.
sfoley@sbfpc.com, kkish@sbfpc.com

Shawn Randall Fox on behalf of Creditor Affinion Loyalty Group, Inc.
sfox@mcguirewoods.com

Mark S. Frankel on behalf of Creditor Commercial Contracting Corporation
mfrankel@couzens.com

Scott J. Freedman on behalf of Attorney Dilworth Paxson LLP
sfreedman@dilworthlaw.com

James H. Freeman on behalf of Creditor Getty Images, Inc., a corporation
jfreeman@gsblaw.com

William R. Fried on behalf of Interested Party Bazar Taxi Inc.
wrfried@herrick.com

Mark J. Friedman on behalf of Creditor GP Strategies Corporation
mark.friedman@dlapiper.com

Michael Friedman on behalf of Averitt Express, Inc.
mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Timothy A. Fusco on behalf of Creditor County of Wayne, Michigan
fusco@millercanfield.com, skoczylas@millercanfield.com

Michael G. Gallacher on behalf of Creditor Burton Taft
mgallacher@comcast.net

Victoria D. Garry on behalf of Creditor Ohio Attorney General
vgarry@ag.state.oh.us

Sara J. Geenen on behalf of Creditor International Ass'n of Machinists &
Aerospace Workers (IAMAW)
sjg@previant.com

Wendy J. Gibson on behalf of Creditor Bendix Commercial Vehicle Systems,
LLC
wgibson@bakerlaw.com

Jeanette M. Gilbert on behalf of Motley Rice LLC
jgilbert@motleyrice.com

Celeste R. Gill on behalf of Attorney Michigan Department of Environmental
Quality
gillcr@michigan.gov, sherwoodj@michigan.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Matthew J. Gold on behalf of Atmos Energy Marketing, LLC
mgold@kkwc.com, mattgoldesq@optonline.net

Andrew C. Gold on behalf of Branson Ultrasonics Corporation
agold@herrick.com

Michelle Goldis on behalf of Lowe's Companies, Inc.
michelle.goldis@wilmerhale.com

Sonya N. Goll on behalf of FATA Automation, Inc.
sgoll@sbplclaw.com

Brett D. Goodman on behalf of Interested Party Allied Automotive Group, Inc.,
Allied Systems, Ltd. (L.P.), and Transport Support LLC
brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Robert D. Gordon on behalf of Creditor ATS Automation Tooling Systems, Inc.
rgordon@clarkhill.com

Neil Andrew Goteiner on behalf of Interested Party General Motors Retiree
Association
ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

Brian M. Graham on behalf of Creditor Grubb & Ellis Management Services, Inc.

bgraham@salawus.com, bmgrahampack@sbcglobal.net

Christopher F. Graham on behalf of Interested Party Industry Canada
cgraham@mckennalong.com,
jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com
;ehall@mckennalong.com

William F. Gray on behalf of Interested Party Hydrogenics Corporation
wgray@torys.com, abauer@torys.com;tmartin@torys.com

William T. Green on behalf of Creditor Lawrence Marshall Chevrolet II, LLC
uncbill@msn.com

Wendy B. Green on behalf of Creditor Siemens Building Technologies, Inc.
wgreen@formanlaw.com

John T. Gregg on behalf of Creditor Continental Tire North America, Inc.
jgregg@btlaw.com

Stephen M. Gross on behalf of Creditor Mitsuba Corp.
sgross@mcdonaldhopkins.com

Stephen B. Grow on behalf of Creditor GHSP, Inc.
sgrow@wnj.com, kfrantz@wnj.com

Elizabeth A. Haas on behalf of Creditor Compagnie De Saint-Gobain
info@thehaaslawfirm.com

Paul R. Hage on behalf of Creditor Ideal Contracting, L.L.C.
phage@jaffelaw.com

Paula A. Hall on behalf of Creditor TechTeam Global, Inc.
hall@bwst-law.com, marbury@bwst-law.com

Alan D. Halperin on behalf of Brandenburg Industrial Service Company
ahalperin@halperinlaw.net,
cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Matthew A. Hamermesh on behalf of Creditor NCR Corporation
mhamermesh@hangley.com

Michael C. Hammer on behalf of Creditor Advics North America, Inc.
mchammer3@dickinsonwright.com

David Henry Hartheimer on behalf of Interested Party Clarcor, Inc.
dharthei@bellatlantic.net

Michael E. Hastings on behalf of Creditor Honeywell International Inc.
michael.hastings@leclairryan.com

Ryan D. Heilman on behalf of Attorney BASF Corporation
rheilman@schaferandweiner.com

Christopher M. Hemrick on behalf of Creditor Panasonic Electric Works
Corporation of America
chemrick@connellfoley.com

Suzanne Hepner on behalf of Creditor United Steelworkers
shepner@lrbpc.com,
ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com

Allan Hill on behalf of Creditor E.I. Du Pont De Nemours and Company
ahill@phillipslytle.com

Terrance A. Hiller on behalf of Creditor LA Productions, LLC
tah@kompc.com, met@kompc.com;tlj@kompc.com

Mark D. Hofstee on behalf of Attorney Mark Hofstee
markh@bolhouselaw.com

Michael S. Holmes on behalf of Creditor River Oaks L-M, Inc. dba Westpoint
, mshatty@yahoo.com

Jonathan Hook on behalf of Creditor Airgas, Inc.
jonathan.hook@haynesboone.com,
lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com

P. Warren Hunt on behalf of Creditor AVL Americas, Inc.
pwh@krwlaw.com

John J. Hunter on behalf of Creditor ZF Friedrichshafen AG
jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Donald J. Hutchinson on behalf of Creditor Charter Township of Delta, Michigan
hutchinson@millercanfield.com

Roland Hwang on behalf of Michigan Department of Energy, Labor & Economic
Growth, Unemployment Insurance Agency
hwangr@michigan.gov

Elihu Inselbuch on behalf of Attorney Caplin & Drysdale, Chartered
eb@capdale.com

Robert M. Isackson on behalf of Other Prof. Ansaldo Ricerche SpA
risackson@orrick.com

Adam H. Isenberg on behalf of Creditor CVS Pharmacy, Inc.
aisenberg@saul.com

Steve Jakubowski on behalf of Attorney Coleman Law Firm
sjakubowski@colemanlawfirm.com

Peter F. Jazayeri on behalf of Creditor Salas Automotive Group, Inc.
pjazayeri@ecjlaw.com, mkogan@ecjlaw.com

Susan Jennik on behalf of Creditor IUE-CWA, AFL-CIO
sjennik@kjmlabor.com

Nan E. Joesten on behalf of Interested Party General Motors Retiree Association
njoesten@fbm.com

John J. Jolley on behalf of Creditor Xerox Capital Services, LLC
jay.jolley@kutakrock.com

Roland Gary Jones on behalf of Interested Party Darrell V. McGraw Attorney
General for the State of West Virginia
rgj592005@gmail.com, rgj592005@gmail.com

Andrew A. Jones on behalf of Grede Foundries, Inc.
ajones@whdlaw.com

John E. Jureller on behalf of Leggett and Platt
jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden on behalf of Creditor 767 Fifth Partners LLC
gkaden@goulstonstorrs.com

Allen G. Kadish on behalf of Creditor Oxbow Carbon & Minerals LLC
kadisha@gtlaw.com

Ken Kansa on behalf of Creditor White Marsh/Memphis Secured Lenders
kkansa@sidley.com

Stephen Karotkin on behalf of Debtor Chevrolet-Saturn of Harlem, Inc.
theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.
com;michele.meises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.
com;lacey.

Karel S. Karpe on behalf of Creditor Cisco Systems Capital Corporation
karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

Andrew C. Kassner on behalf of Creditor Automotive Component Carriers LLC
andrew.kassner@dbr.com

Clifford A. Katz on behalf of Creditor Canon Financial Services, Inc.
ckatz@platzerlaw.com

Susan R. Katzoff on behalf of Interested Party The Schaefer Group, Inc.
skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com

Thomas M. Kennedy on behalf of Creditor IUE-CWA, AFL-CIO
tkennedy@kjmlabor.com

Thomas L. Kent on behalf of DTE Lordstown, LLC
tomkent@paulhastings.com

Richardo I. Kilpatrick on behalf of Creditor City of Detroit
ecf@kaalaw.com, lrobertson@kaalaw.com

Jennifer B. Kimble on behalf of Creditor Gestamp Alabama, LLC
jkimble@burr.com, mstinson@burr.com;mivey@burr.com

Christopher K. Kiplok on behalf of Medianews Group, Inc.
kiplok@hugheshubbard.com

Kathleen H. Klaus on behalf of Creditor M-Tech Associates
khk@maddinhauser.com

Jeff Klusmeier on behalf of Creditor State of Missouri
jeff.klusmeier@ago.mo.gov

Anthony J. Kochis on behalf of Creditor Bates Acquisition LLC
akochis@wolfsonbolton.com, jrecchia@wolfsonbolton.com

Thomas F. Koegel on behalf of Creditor Enterprise Rent-A-Car Company
tkoegel@flk.com

Stuart Komrower on behalf of Creditor Kruse Technology Partnership
skomrower@coleschotz.com

Deborah Kovsky-Apap on behalf of Attorney Pepper Hamilton LLP
kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Debra A. Kowich on behalf of Creditor Board of Regents of The University of Michigan
dkowich@umich.edu, schmitzr@umich.edu

Robert R. Kracht on behalf of Creditor Dealer Tire, LLC.
rrk@mccarthylebit.com

Rein F. Krammer on behalf of Creditor Enshu Ltd. and Enshu (USA) Corporation
rkrammer@masudafunai.com

Stuart A. Krause on behalf of Interested Party Toyota Tsusho America, Inc.
skrause@zeklaw.com

J. Alex Kress on behalf of Creditor KONE, Inc. and KONE Elevators
akress@riker.com

Patrick J. Kukla on behalf of Creditor Behr America, Inc.
pkukla@carsonfischer.com

Darryl S. Laddin on behalf of Creditor Verizon Communications Inc.
bkrfilings@agg.com

Michael C. Lambert on behalf of Creditor Compania Sud Americana de Vapores S.A.
mclambert@lawpost-nyc.com

Stuart A. Laven on behalf of Creditor Hilite Industries, Inc.
slaven@bfca.com

James N. Lawlor on behalf of Brazing Concepts LLC
jlawlor@wmd-law.com, gbenaur@wmd-law.com

Robert L. LeHane on behalf of Creditor LBA Realty Fund III Company IX, LLC
KDWBankruptcyDepartment@Kelleydrye.com

Maureen F. Leary on behalf of New York State Department of Environmental Conservation
maureen.leary@oag.state.ny.us

Mark G. Ledwin on behalf of Creditor Relational Technology Solutions
mark.ledwin@wilsonelser.com

David S. Lefere on behalf of Attorney David Lefere
davidl@bolhouselaw.com

Anthony L. Leffert on behalf of Creditor Environmental Testing Corporation

egarfield@rwolaw.com;kwhatley@rwolaw.com

Michael S. Leib on behalf of Creditor South Troy Tech, LLC
msl@maddinhauser.com, bac@maddinhauser.com

Robert J. Lemons on behalf of Debtor General Motors Corporation
gillad.matiteyahu@weil.com

David A. Lerner on behalf of Creditor G-Tech Professional Staffing, Inc.
dlerner@plunkettcooney.com

Ira M. Levee on behalf of Interested Party Group I Automotive, Inc. and its
Dealerships in Exhibit A
ilevee@lowenstein.com, mseymour@lowenstein.com

Larry A. Levick on behalf of Creditor Affiliated Computer Services, Inc.
levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com

Leslie C. Levy on behalf of Interested Party State of Nebraska, Attorney General's
Office
leslie.levy@nebraska.gov, leora.platte@nebraska.gov

Kim Martin Lewis on behalf of Interested Party Convergys Corporation
kim.lewis@dinslaw.com,
john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.c
om

Barry E. Lichtenberg on behalf of Creditor Albar Industries, Inc.
barryster@att.net

Demetra Liggins on behalf of Creditor Mitsubishi Engine North America, Inc.
demetra.liggins@tklaw.com

David T. Lin on behalf of Creditor Superior Acquisition, Inc. d/b/a Superior
Electric Great Lakes Company
dlin@seyburn.com

Thomas K. Lindahl on behalf of Creditor Chemico Mays, LLC
tlindahl@mcdonaldhopkins.com

Andrew K. Lipetz on behalf of Creditor ACE America Insurance Company, et al.,
alipetz@wgrlaw.com

Edward J. LoBello on behalf of Creditor Pitney Bowes Inc.
elobello@msek.com

Eric Lopez Schnabel on behalf of Interested Party Entergy Mississippi, Inc.
schnabel.eric@dorsey.com

Cynthia Jordan Lowery on behalf of Creditor Hagemeyer, N.A.
cynthialowery@mvalaw.com

John S. Mairo on behalf of Creditor CAG Holding AG
jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkk
abse@pbnlaw.com;jamcadoo@pbnlaw.com;wdbailey@pbnlaw.com

Tristan Manthey on behalf of Creditor Pratt & Miller Engineering & Fabrication,
Inc.
tmanthey@hellerdraper.com

Kayalyn A. Marafioti on behalf of Creditor Delphi Corporation
kmarafio@skadden.com

Michael A. Maricco on behalf of Creditor Pension Benefit Guaranty Corporation
maricco.michael@pbgc.gov, efile@pbgc.gov

Richard W. Martinez on behalf of Creditor Specialty Engine Components, LLC
Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com

Victor J. Mastromarco on behalf of Gerald Haynor
vmastromar@aol.com

Steven A. Matta on behalf of Charter Township of Ypsilanti, Michigan
smatta@mattablair.com

Jil Mazer-Marino on behalf of Creditor American Electric Power
jmazermarino@msek.com, kgiddens@msek.com

Mark L. McAlpine on behalf of Creditor Brencal Contractors, Inc.
mlmcalpine@mcalpinelawfirm.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management,
Inc.
ffm@bostonbusinesslaw.com

Barbara S Mehlsack on behalf of Creditor International Union of Operating
Engineers ("IUOE") and IUOE Locals 101, 18s, 832s
bmehlsack@gkllaw.com

Brian H. Meldrum on behalf of Creditor Akebono Corporation (North America)
bmeldrum@stites.com

Marc B. Merklin on behalf of Creditor FirstEnergy Corporation
mmerklin@brouse.com

Christopher A. Merritt on behalf of Nagel Precision, Inc.
cmerritt@rjlps.com

Richard M. Meth on behalf of Creditor Spartan Light Metal Products, Inc.
msteen@daypitney.com

G. Christopher Meyer on behalf of Creditor Eaton Corporation
cmeyer@ssd.com

Robert N. Michaelson on behalf of Blue Marble Environmental Inc.
rmichaelson@klgates.com

Angela Z. Miller on behalf of Creditor A.W. Farrell & Son Inc.
amiller@phillipslytle.com, jhahn@phillipslytle.com

Harvey R. Miller on behalf of Debtor General Motors Corporation
harvey.miller@weil.com, garrett.fail@weil.com

Gerald L. Mills on behalf of Thread Information Design, Inc.
gerald.mills@bex.net

Joseph Thomas Moldovan on behalf of Creditor Blue Cross Blue Shield of
Michigan
bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

James P. Moloy on behalf of Creditor United REMC
jmoloy@dannpecar.com

Carol E. Momjian on behalf of Creditor Commonwealth of Pennsylvania,
Department of Revenue
cmomjian@attorneygeneral.gov

Timothy D. Moratzka on behalf of Creditor Bowman & Brooke, LLP
tdm@mcmlaw.com

Max Anderson Moseley on behalf of Creditor Serrra Chevrolet of Birmingham,
Inc.
mam@jbpp.com, mkd@jbpp.com

Eric T. Moser on behalf of Interested Party PPG Industries, Inc.
eric.moser@klgates.com, kristen.serrao@klgates.com

Jill L. Murch on behalf of Creditor Cummins Inc., et al.
jmurch@foley.com, lapeterson@foley.com;khall@foley.com

Lauren Nachinson on behalf of Creditor United Parcel Service, Inc.
Lauren.Nachinson@quarles.com

Jennifer L. Nassiri on behalf of Creditor Electronic Data Systems
jennifer.nassiri@dlapiper.com

Kenneth A. Nathan on behalf of Creditor Yarema Die & Engineering Co.
knathan@nathanzousmer.com

Michael A. Nedelman on behalf of Creditor Logistics Insight Corp. (LINC)
mnedelman@nglegal.com, mwatler@nglegal.com;egloetzner@nglegal.com

Melissa Z. Neier on behalf of Interested Party Sonic Automotive, Inc.
mneier@ibolaw.com

James D. Newbold on behalf of Interested Party State of Illinois
James.Newbold@illinois.gov

Michael E. Norton on behalf of Creditor SSDC Services Corp.
mnorton@nortonlawassociates.com

Gordon Z. Novod on behalf of Creditor Committee Official Committee of
Unsecured Creditors of General Motors Corporation
gnovod@kramerlevin.com, dcho@kramerlevin.com

Michael B. O'Neal on behalf of Creditor L.K. Machinery, Inc.
moneal@wnj.com

Sean A. O'Neal on behalf of Creditor The Interpublic Group Of Companies, Inc.
and its subsidiaries
soneal@cgsh.com,
maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.c
om;crodriguez@cgsh.com;sarobinson@cgsh.com

Ronald Oran on behalf of Creditor AM General LLC
roran@velaw.com, gpatek@velaw.com

Norman D. Orr on behalf of Creditor Custom Automotive Services, Inc.
norman.orr@kkue.com

Mark Russell Owens on behalf of Creditor Hirata Corporation of America
mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Ingrid S. Palermo on behalf of Creditor Bob Hastings Buick-GMC, Inc.
ipalermo@hselaw.com

Peter S. Partee on behalf of Interested Party Philip Morris USA
ppartee@hunton.com

Paul J. Pascuzzi on behalf of Creditor The McClatchy Company
ppascuzzi@ffwplaw.com

Frederick Perillo on behalf of Creditor International Ass'n of Machinists &
Aerospace Workers (IAMAW)
fp@previant.com

Debra Beth Pevos on behalf of Creditor Convention & Show Services, Inc.
dpevos@swappc.com

Robert W. Phillips on behalf of SimmonsCooper Cancer Claimants
rphillips@simmonscooper.com

John C. Phillips on behalf of Glenn & Angela Urquhart
jcp@pgslaw.com, cah@pgslaw.com;tlb@pgslaw.com

Christine A.M. Pierpont on behalf of Creditor Eaton Corporation
cpierpont@ssd.com

James A. Plemmons on behalf of Creditor Advics North America, Inc.
jplemmons2@dickinsonwright.com

Robert C. Pottinger on behalf of Attorney Robert Pottinger
rcpottinger@bslbv.com

Susan Power-Johnston on behalf of Creditor Union Pacific Distribution Services
sjohnston@cov.com, jmcneil@cov.com

Jasmine Powers on behalf of MAG Industrial Automation Systems, LLC
jpowers@debevoise.com, mao-ecf@debevoise.com

Ronald S. Pretekin on behalf of Creditor Harco Manufacturing Group LLC
pretekin@coollaw.com, piatt@coollaw.com

Jessica E. Price on behalf of Creditor FirstEnergy Corporation
jprice@brouse.com

John J. Privitera on behalf of Creditor St. Regis Mohawk Tribe
privitera@mltw.com, hill@mltw.com;lamme@mltw.com

Susan Przekop-Shaw on behalf of Creditor Michigan Workers' Compensation Agency
przekopshaws@michigan.gov

Jonathan I. Rabinowitz on behalf of Attorney Jonathan Rabinowitz
jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Marie T. Racine on behalf of Creditor Applied Handling Inc.
mracine@racinelaw.us

Mark L. Radtke on behalf of Creditor Illinois Tool Works Inc.
mradtke@shawgussis.com

Dennis Jay Raterink on behalf of Creditor Michigan Funds Administration
raterinkd@michigan.gov

Eric T. Ray on behalf of Creditor Sierra Pacific Power Company
eray@balch.com

Timothy M. Reardon on behalf of Comprehensive Logistics Co., Inc.
tmreardon@nnblaw.com

Michael Reed on behalf of Creditor Local Texas Taxing Authorities
nycourts@mvbalaw.com

Marc E. Richards on behalf of Attorney Co-Counsel for DENSO International America, Inc.
mrichards@blankrome.com

Michael P. Richman on behalf of Creditor Unofficial Committee of Family & Dissident GM Bondholders
mrichman@pattonboggs.com

Paul J. Ricotta on behalf of Creditor Hitachi Automotive Products (USA), Inc.
pricotta@mintz.com

David D. Ritter on behalf of Creditor DeMontrond Buick Company
ecf@krcl.com, dritter@krcl.com

Marianne Goldstein Robbins on behalf of Creditor International Ass'n of Machinists & Aerospace Workers (IAMAW)
MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

Courtney Rogers on behalf of Creditor APL Co. Pte. Ltd.
crogers@orrick.com

Sanford Philip Rosen on behalf of Creditor L + A Architects, Inc.
rpc@rosenpc.com, srosen@rosenpc.com

Adam L. Rosen on behalf of Creditor Publicis Groupe Operating Divisions, LLC
filings@spallp.com, arosen@silvermanacampora.com

Adina H. Rosenbaum on behalf of Center for Auto Safety
arosenbaum@citizen.org

Robert J. Rosenberg on behalf of Interested Party Allison Transmission, Inc., f/k/a
Clutch Operating Company, Inc.
adam.goldberg@lw.com

Andrew Neil Rosenberg on behalf of Informal Group of Holders of General
Motors Unsecured Notes
mtattnall@paulweiss.com

Donn Rosenblum on behalf of Ohio Attorney General
donn.rosenblum@ohioattorneygeneral.gov

David A. Rosenzweig on behalf of Attorney Fulbright & Jaworski LLP
DRosenzweig@Fulbright.com

Douglas B. Rosner on behalf of Creditor 767 Fifth Partners LLC
drosner@goulstonstorrs.com

Robert R. Ross on behalf of Creditor Federal Express Corporation
rrross@fedex.com

George V. Royle on behalf of GE Capital Corporation
george.royle@lw.com

John A. Ruemenapp on behalf of Creditor Burns International Industrial
Contracting
jruemenapp@wyrpc.com

John A. Ruemenapp on behalf of Creditor International Industrial Contracting co.
jruemenapp@wysr-law.com

Jayson B. Ruff on behalf of Creditor Swagelok Company
jruff@mcdonaldhopkins.com

Matthew E. Russell on behalf of Creditor Parties Listed on Exhibit "A"
matthew.russell@haynesboone.com

Scott K. Rutsky on behalf of Interested Party State Street Bank and Trust
Company
srutsky@proskauer.com

Jeffrey S. Sabin on behalf of Interested Party Deutsche Bank AG
jeffrey.sabin@bingham.com

Jennifer Lauren Saffer on behalf of Creditor TMI Custom Air Systems, Inc.
jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com

Chester B. Salomon on behalf of Creditor Factory Motor Parts Company
csalomon@beckerglynn.com,
aranade@beckerglynn.com;jholdridge@beckerglynn.com

Kimberly Salomon on behalf of Creditor Rose Cole
ksalomon@formanlaw.com

Diane W. Sanders on behalf of Creditor Cameron County
austin.bankruptcy@publicans.com

Thomas P. Sarb on behalf of Creditor Benteler Automotive Corp.
ecfsarbt@millerjohnson.com

Thomas J. Schank on behalf of Creditor ZF Friedrichshafen AG
tomschank@hunterschank.com, mcraig@hunterschank.com

Kenneth M. Schneider on behalf of Creditor Visscher-Caravelle NA, Inc.
smpcecf@gmail.com

Thomas W. Schouten on behalf of Creditor Ridgeview Industries, Inc.
tschouten@dunnsslaw.com

Carey D. Schreiber on behalf of Creditor International Automotive Component
Group North America Inc.
cschreiber@winston.com

Jonathan R. Schulz on behalf of Creditor IEE Sensing, Inc.
schulz@bsplaw.com, ojala@bsplaw.com

Steven Schwartz on behalf of Creditor Capgemini America, Inc.
sschwart@winston.com

Matthew L. Schwartz on behalf of United States Of America
matthew.schwartz@usdoj.gov

Kenneth J. Schweiker on behalf of Creditor Sap America, Inc.

kschweiker@brownconnery.com

Stephen B. Selbst on behalf of Interested Party Bridgestone Americas Tire
Operations, LLC
sselbst@herrick.com, courtnotices@herrick.com

Jacob B. Sellers on behalf of Creditor Canadian Pacific Railway Company
jacob.sellers@leonard.com

David J. Selwocki on behalf of Creditor Convention & Show Services, Inc.
brogers@swappc.com

Joseph R. Sgroi on behalf of Debtor General Motors Corporation
jsgroi@honigman.com

Mark H. Shapiro on behalf of Creditor ICM Systems, LLC
shapiro@steinbergshapiro.com

Mary Kay Shaver on behalf of Creditor ADAC Plastics, Inc.
mkshaver@varnumlaw.com

Brian L. Shaw on behalf of Attorney Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
bshaw100@shawgussis.com

Andrea Sheehan on behalf of Creditor Carrollton Farmers Branch Independent
School District
sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Tricia A. Sherick on behalf of Debtor General Motors Corporation
tsherick@honigman.com

Joseph E. Shickich on behalf of Creditor Microsoft Corporation and Microsoft
Licensing, GP
jshickich@riddellwilliams.com

Matthew J. Shier on behalf of Creditor Sierra Mountain Express, Inc.
mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com

Michael P. Shuster on behalf of Creditor Enprotech Mechanical Services, Inc.
mpshuster@hahnlaw.com

Robert Sidorsky on behalf of Creditor A Raymond, Inc.
sidorsky@butzel.com

Paul H. Silverman on behalf of Creditor Class of Saturn Consumers
PSilverman@mclaughlinstern.com

John A. Simon on behalf of Creditor Cooper-Standard Automotive, Inc.
jsimon@foley.com

Rebecca H. Simoni on behalf of Emerson Electric, Inc.
rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

Christina C. Skubic on behalf of Attorney Brayton Purcell LLP
bankruptcy@braytonlaw.com

Robert T. Smith on behalf of Creditor CNI Enterprises, Inc.
rsmith@cniinc.cc

Edward Smith on behalf of Creditor Camino Real Chevrolet, Inc.
easmith@venable.com

Richard G. Smolev on behalf of Attorney Kaye Scholer LLP
rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.
com

Joseph H. Smolinsky on behalf of Debtor General Motors Corporation
Joseph.Smolinsky@weil.com

Fredric Sosnick on behalf of Creditor American Axle Manufacturing Holdings,
Inc. and its Affiliates
karen.park@shearman.com,kerri.silver@shearman.com

Nathan R. Soucy on behalf of Creditor Cabot Industrial Value Fund II Operating
Partnership, L.P., Cabot II-FL3B01, LLC, Cabot II-MA1B01, LLC, Cabot II-
OH1B21, LLC,
and Cabot II-OH2B01, LLC
soucy@cwg11.com

Arthur J. Spector on behalf of Creditor SCI, Ltd
aspector@bergersingerman.com,
jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersinger
man.com

Leslie Stein on behalf of Creditor Superior Acquisition, Inc. d/b/a Superior
Electric Great Lakes Company
lstein@seyburn.com, seccles@seyburn.com

Jeffrey S. Stein on behalf of The Garden City Group, Inc.

Jeff_Stein@gardencitygroup.com,
Kenneth_Freda@gardencitygroup.com;jennifer.keough@gardencitygroup.com

Scott A. Steinberg on behalf of Creditor Kelly Services, Inc.
ssteinberg@rattetlaw.com, ssteinberg@rattetlaw.com

Fred Stevens on behalf of Creditor StarSource Management Services
fstevens@foxrothschild.com

Jason V. Stitt on behalf of Creditor Cintas Corporation
jstitt@kmklaw.com

Sharon L. Stolte on behalf of Creditor Haldex Credit Services Corp.
sstolte@stinsonmoheck.com

Harvey A. Strickon on behalf of Rolls-Royce plc and Rolls-Royce Corporation
harveystrickon@paulhastings.com

James M. Sullivan on behalf of Creditor Discovery Communications, LLC
sullivan.james@arentfox.com, constantino.nova@arentfox.com

Michelle T. Sutter on behalf of Creditor Ohio Attorney General
msutter@ag.state.oh.us

Matthew A. Swanson on behalf of Creditor Canadian Pacific Railway Company
matthew.swanson@leonard.com

Marc N. Swanson on behalf of Creditor Kongsberg Automotive Holdings ASA
swansonm@millercanfield.com

Colleen M. Sweeney on behalf of Creditor Johnson Controls, Inc.
csweeney@dickinsonwright.com

Stanley B. Tarr on behalf of Interested Party Cellco Partnership d/b/a Verizon
Wireless on behalf of itself and its controlled affiliates
tarr@blankrome.com

Samuel Jason Teele on behalf of Interested Party Group I Automotive, Inc. and its
Dealerships in Exhibit A
jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

Gordon J. Toering on behalf of Creditor AVK Division of Avibank Mfg., Inc.
gtoering@wnj.com

Jason M. Torf on behalf of Creditor Columbia Gas of Ohio, Inc.
jtorf@schiffhardin.com, egeekie@schiffhardin.com

Patrick J. Trostle on behalf of Debtor General Motors Corporation
ptrostle@jenner.com

Tonya A. Trumm on behalf of Creditor Jefferson Wells International, Inc.
tatrumm@michaelbest.com, safonte@michaelbest.com

Debra S. Turetsky on behalf of Creditor Infineon Technologies AG and Infineon
Technologies North America, Corp.
dturetsky@reedsmith.com

Marshall C. Turner on behalf of Creditor Newport Television
marshall.turner@husch.com

Raymond J. Urbanik on behalf of Interested Party Computer Sciences
Corporation
rurbanik@munsch.com

Shmuel Vasser on behalf of Creditor Shanghai Automotive Industry Corporation
(Group) and their affiliates
shmuel.vasser@dechert.com

Wendy S. Walker on behalf of Creditor A.P. Moller-Maersk A/S
wwalker@morganlewis.com

G. Alan Wallace on behalf of Creditor City of Lansing
gwall@fraserlawfirm.com

Sean M. Walsh on behalf of Creditor L&W Engineering Co.
swalsh@gmhlaw.com, jmahar@gmhlaw.com

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts
bk-kwalsh@oag.state.tx.us

David H. Wander on behalf of Creditor Hagemeyer, N.A.
dwander@wanderlaw.com

Lucas Ward on behalf of Creditor Ohio Attorney General
lucas.ward@ohioattorneygeneral.gov

Eric G. Waxman on behalf of Creditor Supervalu Inc.
ewaxman@westermanllp.com

Martin James Weis on behalf of Creditor Medco Health Solutions, Inc.
weismj@dilworthlaw.com

Robert B. Weiss on behalf of Debtor General Motors Corporation
rweiss@honigman.com

Elizabeth Weller on behalf of Creditor Cameron County
dallas.bankruptcy@publicans.com

Michael R. Wernette on behalf of Attorney CIE Celaya, S.A. de C.V.
mwernette@schaferandweiner.com

David B. Wheeler on behalf of Creditor Hagemeyer, N.A.
davidwheeler@mvalaw.com

Stephanie Wickouski on behalf of Creditor Manufacturers and Traders Trust
Company, as Successor Pass Through Trustee and Indenture Trustee
stephanie.wickouski@dbr.com,
jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@d
br.com,swickous@aol.com

Jeffrey C. Wisler on behalf of Connecticut General Life Insurance Company and
related CIGNA entities
jcw@cblhlaw.com

Blanka K. Wolfe on behalf of Creditor Air Express International USA, Inc. d/b/a
DHL Global Forwarding
bwolfe@sheppardmullin.com

Robert D. Wolford on behalf of Creditor Benteler Automotive Corp.
ecfwolfordr@millerjohnson.com

Scott A. Wolfson on behalf of Creditor Bates Acquisition LLC
swolfson@wolfsonbolton.com, jrecchia@wolfsonbolton.com

Cynthia Woodruff-Neer on behalf of Creditor Alpine Electronics of America, Inc.
cwoodruff-neer@alpine-usa.com

Janice M. Woolley on behalf of Creditor NS - 1500 Marquette MS, L.L.C.
janwoolley@mgwl.com

Doron Yitzchaki on behalf of Creditor Johnson Controls, Inc.
dyitzchaki@dickinsonwright.com

Jonathan W. Young on behalf of Creditor Digitas, Inc.
young@wildman.com

Terry L. Zabel on behalf of Terry Zabel
ecf-tlz@rhoadesmckee.com

Edward P. Zujkowski on behalf of Creditor The Bank of New York Mellon
ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

* * *

## EXHIBIT B

ATLAS OIL COMPANY
24501 Ecorse Road
Taylor, MI 48180

Diana G. Adams
Office of the United States Trustee
33 Whitehall Street
21st floor
New York, NY 10004

Richard M Allen
Law Offices
223 Egremont Plain Rd, PMB 108
North Egremont, MA 01252

Aspen Marketing Services, Inc.
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Auto Craft Tool & Die Co Inc
1800 Fruit Street
Algonac, MI 48001

Peter Backus
15609 Allnutt Lane
Burtonsville, MD 20866

Norman W. Bernstein on behalf of Creditor Environmental Conservation and
Chemical Corporation Site Trust Fund
N.W. Bernstein & Associates, LLC
800 Westchester Avenue
Suite N319
Rye Brook, NY 10573

John A. Bicks on behalf of Creditor Schaeffler Group Entities
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Charlotte P. Bodell on behalf of Creditor U.S. Bank National Association
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199

J. William Boone on behalf of Creditor Buehler Motor GMBH
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Tristram T. Buckley on behalf of Tristram Buckley
Law Offices of Tristram Buckley
426 S. Rexford Drive, Suite 12
Beverly Hills, CA 90212

Todd A. Burgess on behalf of Creditor Remy Inc.
Greenberg Traurig LLP
2375 East Camelback Road
Suite 700
Phoenix, AZ 85016

Cecelia Adair, District Clerk, Hays County, Texas
Hays County Justice Center
110 East M.L.K. Drive, Room 123
San Marcos, TX 78666

William H. Chambers
501 Cumberland Rd
Tyler, TX 75703

Marcel Cicic
99-40 68 Rd Apt. 9U
Rego Park, NY 11374

Garden City Group Claims Agent
105 Maxess Road
Melville, NY 11747

Trent B. Collier on behalf of Creditor Visteon Corporation
Dickinson Wright PLLC
301 E. Liberty St.
Ste. 500
Ann Arbor, MI 48104

Christopher Combest on behalf of Attorney Quarles & Brady LLP
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

John G Cronin on behalf of Frank Bauer
722 Chestnut Street
Manchester, NH 03104

DW Griffith Inc
100 Phila Pike
Suite B
Wilm, DE 19809

Nicholaus J. Dilly on behalf of James Lopresto
Angelina Fraccaro & Herrick, P.C.
1626 W. Colonial Parkway
Inverness, IL 60067

Benjamin D. Feder on behalf of Creditor Tata American International Corporation
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Michael Foreman on behalf of Creditor Ballard Material Products Inc.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

Robert H. Garretson on behalf of Yeaton Research, Inc.
Palmieri Tyler Wiener Wilhelm & Waldron
2603 Main St.
Suite 1300
Irvine, CA 92603

Jerry W. Gerde on behalf of Marlye Wassenaar
Johnston Harris Gerde & Komarek, P.A.
239 E. 4th St
Panama City, FL 32401

Christopher J. Giaimo on behalf of Harman Becker Automotive Systems, Inc.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Andrew Goldman on behalf of Creditor GfK Custom Research, LLC
Wilmer Cutler Pickering Hale
and Dorr LLP
399 Park Avenue
New York, NY 10022

Adrienne Goldner
2847 Lexington Lane
Highland Park, IL 60035

Howard Goldner
2847 Lexington Lane
Highland Park, IL 60035
Sandra Stevens Goodale

Greater New York Automobile Dealers Association
c/o Robinson Brog et. al
1345 Avenue of the Americas
31st floor
New York, NY 10105

Robert E. Greenberg on behalf of Creditor Realty Associates Iowa Corporation
Friedlander Misler, PLLC
1101 Seventeenth Street, N.W.
Suite 700
Washington,, DC 20026-4704

Gary Greenberg on behalf of Blaise Morton
666 Fifth Avenue
27th Floor
New York, NY 10103

Jonathan S. Groat on behalf of Delta Dental Plan of Michigan, Inc.
Delta Dental Plan of Michigan, Inc.
4100 Okemos Road
Okemos, MI 48864

Joseph P. Gromacki
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611

Stephen H. Gross on behalf of DELL MARKETING, L.P.
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

Mark C. Haut on behalf of Southwest Research Institute
Fulbright & Jaworski, LLP
666 Fifth Avenue
New York, NY 10103

James B. Holden on behalf of The State of Colorado, on behalf of Roxy Huber, as
Executive Director of the Colorado Motor Vehicle Dealer Board
1525 Sherman Street, 7th Floor
Denver, CO 80203

Howard and Howard, PLLC
Attn: Lisa S. Gretchko, Esq.
450 West Fourth Street
oyal Oak, MI 48067

Marshall Scott Huebner on behalf of Interested Party Ford Motor Company
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Alan W. Kornberg on behalf of Creditor Enterprise Rent-A-Car Company
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Barbara Kowalsky
243 Shenandoah Rd
Hopewell Jct, NY 12533

Carl N. Kunz on behalf of Creditor Monster Worldwide, Inc. d/b/a Monster
MediaWorks
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

LG Electronics USA, Inc.
c/o Winston & Strawn
200 Park Avenue
New York, NY 10166

James Michael Lawniczak on behalf of Creditor Carolina Forge Company
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

Bruce Linhart
89 Beatrice Ave
West Islip, NY 11795

Mary M. MaloneyHuss on behalf of Creditor W.L. Gore & Associates, Inc.
W.L. Gore & Associates, Inc.
551 Paper Mill Road
P.O. Box 9206
Newark, DE 19714

Neal S. Mann on behalf of Creditor New York State Department of Taxation And
Finance
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Wendy G. Marcari on behalf of Creditor Avery Dennison Corporation
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Brian Shoichi Masumoto on behalf of U.S. Trustee United States Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Emily L. Matthews on behalf of Delta Dental Plan of Michigan, Inc.
Delta Dental Plan of Michigan, Inc.
4100 Okemos Road
Okemos, MI 48864

Maxxis International USA
545 Old Peachtree Road
Suwanee, GA 30024-2944

Thomas Moers Mayer on behalf of Creditor Committee Official Committee of
Unsecured Creditors of General Motors Corporation
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Robert E. McCarthy on behalf of HCA, Inc.,
411 West Lake Lansing Road
Building B 100-107
East Lansing, MI 48823-8439

Terrence E. McCartney on behalf of David Szymanak

Rheingold Valet Rheingold
Shkolnik & McCartney LLP
113 East 37th Street
New York, NY 10016
Nettie McClinton

Timothy S. McFadden on behalf of Creditor Methode Electronics, Inc.
Locke Lord Bissell & Liddell.LLP
111 South Wacker Drive
Chicago, IL 60606

Doris McGill
3733 Camry Ct
Sebring, FL 33872-1443

Kenneth G. McIntyre on behalf of Eileen McIntyre
Sinas Dramis Brake Boughton
& McIntyre, P.C.
3380 Pine Tree Road
Lansing, MI 48911

Michael A. Cox Attorney General for the State of Michigan
Attorney General for the State of Michig
PO Box 30754
Lansing, MI 48909

Mogan Adhesives Company d/b/a MACtac and Bemis Company Inc.
c/o Windels Marx Lane & Mittendorf, LLC
Attn: Leslie S. Barr, Esq.
156 West 56th Street
New York, NY 10019

Steven R. Montgomery on behalf of Creditor J.B. Hunt Transport Services, Inc.
Rawle & Henderson, LLP
14 Wall Street
27th Floor
New York, NY 10005

James O. Moore on behalf of Creditor CDI Corporation
Dechert LLP
1095 Ave of Americas
New York, NY 10036

Gene T. Moore on behalf of Creditor Jacqueline Edwards
Law Office of Gene T. Moore, P.C.
1802 Fifteenth Street

Tuscaloosa, AL 35401

H. Christopher Mott on behalf of Creditor Rudolph Chevrolet, LLC
Gordon & Mott, P.C.
4695 N. Mesa Street
El Paso, TX 79912

Radha R.M. Narumanchi
657 Middletown Avenue
New Haven, CT 06513

Lydia D. Neyland
20 Bellmawr Dr.
Rochester, NY 14624

Joseph O'Neil on behalf of Creditor Steven Kazan, Esquire
Smith Reed LLP
1201 N. Market Street
Suite 1500
Wilmington, DE 19801

Christian M. Oelke on behalf of D.S.U. - Peterbilt
Scarborough McNeese O'Brien Kilkenny, PC
5410 SW Macadam Ave.
Suite # 100
Portland, OR 97239-3824

PTI Quality Containment Solutions, LLC
6501 E. Nevada
Detroit, MI 48234

Peter Petra
3304 93 St. Apt. 3V
Jackson Heights, NY 11372

Don V. Ploeger on behalf of City of Austin Energy
P.O. Box 96
Austin, TX 78767-0096

Jonathan Lee Riches
Federal Medical Center
PO Box 14500
Lexington, KY 40512

J. Casey Roy on behalf of Interested Party The State of Texas on Behalf of The
Texas Department of Transportation, Motor Vehicle Division

Texas Attorney General Office
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, TX 78711-2548

Paul Rubin on behalf of Canon U.S.A., Inc.
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

SAS Institute Inc.
100 SAS Campus Drive
Cary, NC 27513

Yoshihiro Saito on behalf of Creditor Aisin AW Co., Ltd.
2000 M Street
N.W. 7th Floor
Washington, DC 20036

David A. Salim on behalf of Shively Brothers, Inc.
Hicks Schmidlin & Salm,P.C.
5302 Gateway Centre
Flint, MI 48507

Sanden International (USA), Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201

Saturn of Hempstead, Inc.
c/o Robinson Brog et. al
1345 Avenue of the Americas
31st floor
New York, NY 10105

Eric A Schaffer on behalf of Creditor United States Steel Corporation
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Paul D. Schrader
7001 Briscoe Lane
Louisville, KY 40228-1653

Mitchell A. Seider on behalf of Airtex Products, L.P.

885 Third Avenue
New York, NY 10022

Stephen J. Shimshak on behalf of Ryder Integrated Logistics, Inc.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Stanley D. Smith
608 North 13th St
Middletown, IN 47356

Leo St. Amour
1874 Burning Bush
Rochester Hills, MI 48309

Standard Electric Company
Corporate Office
2650 Trauntner Drive
P.O. Box 5289
Saginaw, MI 48603-0289

Matthew A. Swanson
Leonard Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Dona Szak

The Scharine Group
N4213 Scharine Rd
Whitewater, WI 53190

Timco, LLC
2000 Town Center
Suite 2100
Southfield, MI 48075

Kenitta Franklin Toole on behalf of Mississippi State Tax Commission
Mississippi State Tax Commission
P.O. Box 1033
Jackson, MS 39215

Paul Traub on behalf of Creditor Avery Dennison Corporation
Epstein Becker & Green, P.C.
250 Park Avenue

11th Floor
New York, NY 10177-1211

Andrew D. Velez-Rivera on behalf of U.S. Trustee United States Trustee
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Weil Gotshal & Manges, LLP on behalf of Defendant General Motors
Corporation, et. al
767 Fifth Avenue
New York, NY 10153

Annie Wells on behalf of Creditor Aramark Holdings Corporation
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Western Flyer Express, Inc.
c/o Windels Marx Lane & Mittendorf, LLP
Attn: Leslie S. Barr
156 West 56th Street
New York, NY 10019

Jack M. Wilhelm on behalf of Jack Wilhelm
Jack M. Wilhelm Attorney at Law
1201 Rio Grande, Suite 100
Austin, TX 78701

Thomas M. Wilson on behalf of Kelley & Ferraro LLP
Kelley & Ferraro, LLP
1300 E. Ninth Street
Suite 1901
Cleveland, OH 44114

Windels Marx Lane & Mittendorf, LLP
Attn: Leslie S. Barr, Esq.
156 West 56th Street
New York, NY 10019

James Addison Wright on behalf of Creditor Cross Country Motor Club, Inc. and
Cross Country Motor Club of California, Inc.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Kenneth Ziman on behalf of Creditor TPI Incorporated
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017

Peter Alan Zisser on behalf of Creditor The Goodyear Tire & Rubber Company
Squire, Sanders & Dempsey L.L.P.
1095 Avenue of the Americas
New York, NY 10036

* * *