JONATHAN R. SCHULZ (MI P70927)
Admitted *Pro Hac Vice*
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084
Telephone: (248) 822-7807
Facsimile: (248) 822-7857
E-Mail: schulz@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :    **Chapter 11**
                                                            :
GENERAL MOTORS CORPORATION, *et al.*,                       :    **Case No. 09-50026 (REG)**
                                                            :
   Debtors.                                                 :    **(Jointly Administered)**
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Rose M. Ojala, hereby certify that a copy of the:

1. IEE Sensing, Inc.'s Objection to the Notice of Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property.

was electronically filed through the Court's ECF system and served the 6th day of July, 2009, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The above documents were also served by Federal Express, Priority Overnight delivery on the 7th day of July, 2009 on the following:

| | |
|---|---|
| The Debtors<br>c/o General Motors Corporation<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 | Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW,
Room 2312
Washington, DC 20220

Kramer, Levin, Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, NY 10036

Office of the United States Trustee
Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Dated: July 7, 2009

By: _____
Rose M. Ojala