

**PARAGON**

Paragon Technologies, Inc.
5775 Ten Mile Road
Warren, MI  48091

(810) 756-9100
(800) 229-5350
fax: (800) 229-5375
paragontech.com

June 25, 2009

Mr. Shivanand Swami, Purchasing Manager – Indirect/ME
General Motors India Pvt. Ltd.
Units 01-03, 2nd Floor
Discoverer Building, ITPL
Whitefield Road, Bangalore – 560066 (India)

<u>**Sent via electronic mail and U.S. mail**</u>

RE:    General Motors Corporation Case No. 09-50026
      Paragon Technologies, Inc. Vendor Master ID #195319611
      Pre-Arbitration Procedure Section 6 (a)

Paragon Technologies, Inc. "Paragon" agreed to take part in the Cure Dispute Resolution Protocol ("CDRP"), with the understanding that the resolution of the amount of our cure dispute would be governed by the CDRP.  I have had discussions with A'Jene Maxwell from Honigman, Miller, Schwartz and Cohn, LLP, and I was under the impression that GM personnel would be in contact with me.  To date, I have not heard from any GM personnel with respect to resolving our Disputed Cure Claim.

Therefore, I am requesting that the Initial Meeting as contemplated by the CDRP take place on or before June 30, 2009 and/or be extended as allowed for under Section 6 (a) of the CDRP.  I request a written acknowledgment approving this extension request if a meeting and resolution cannot be facilitated by June 30, 2009.

If you have any questions or need any further information, please let me know.  I can be reached at 586-756-9100, Ext. 1128.

Regards,

Jerry Fowler
Controller

cc:    United States Bankruptcy Court, Southern District of New York
      The Debtors, c/o General Motors Corporation
      Weil, Gotshal & Manges, LLP, attorneys for the Debtors
      The U.S. Treasury
      Cadwalader, Wicfkersham & Taft, LLP, attorneys for the Purchaser
      The attorneys for the Credit Committee
      Vedder Price, P.C., attorneys for Export Development Canada
      The Office of the United States Trustee for the Southern District of New York
      Mark Dabran – General Motors
      David Dowdall – General Motors
      Trilokesh R. Gholkar – General Motors (India)
      Kristie Hamilton – General Motors
      Douglas Wolf – General Motors