# Rattet, Pasternak & Gordon-Oliver, LLP

A LIMITED LIABILITY PARTNERSHIP

*Attorneys at Law*

550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400
Fax: (914) 381-7406
www.rattetlaw.com

NY OFFICE
295 Madison Avenue, 19th Floor
New York, New York 10017
(212) 677-6900
PLEASE REPLY TO HARRISON OFFICE

June 29, 2009

Clerk's Office
United States Bankruptcy Court
One Bowling Green
New York, N.Y. 10004

**Attn: ECF Corrections Dept.**

    Re:   **Removal From General Motors ECF Notification List
               Chapter 11 Case No. 09-50026 (REG)**

Dear ECF Corrections Dept.

    Please remove my email address from the **General Motors ECF Notification** list **only**. My email address is ssteinberg@rattetlaw.com.

    If there is any additional information that you need, please contact me.

    Thank you very much.

Very truly yours,

Scott A. Steinberg

SAS/
Encl.