# GRACE T. MEYER
ATTORNEY AT LAW

669-H WESTWOOD AVENUE
RIVER VALE, NEW JERSEY 07675

GENERAL PRACTICE

MEMBER NEW JERSEY AND NEW YORK BARS

TEL: (201) 666-3778
FAX: (201) 666-5422

FILE NO.

June 22, 2009

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Attn: Vito Genna, Clerk

Re: General Motors Corp
Chapter 11, Case No. 09-50026(REG)

Dear Clerk:

My husband, HEINZ MEYER and I, received packages about the above bankruptcy, however they did not include cover letters with instructions.

I know there will be a deadline date and notice, however I am sending you two statements that show our proof of claim. Copies are also being sent with a copy of this letter to Weil, Gotchal & Manges, LLP, attorneys for the Debtors.

Please advise how we may be included in the bankruptcy estate for compensation.

Thank you.

Very truly yours,

Grace T. Meyer

GTM/sd
enclosure

cc: Weil, Gotshal & Manges, LLP (w/encl.)

# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

## Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtors listed below was filed on June 1, 2009.

You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov, as well as (A) by written request to the Debtors' Claims and Noticing Agent, The Garden City Group, Inc., at the following addresses: (i) if sending by regular mail: GM Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286; (ii) if sending by overnight or hand delivery: GM Claims Agent, 105 Maxess Road, Melville, New York 11747, (B) by phone at 703-286-6401, or (C) by accessing its website http://www.gmcourtdocs.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, http://pacer.psc.uscourts.gov).

NOTE: The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Claims and Noticing Agent cannot give legal advice.

See Reverse Side for Important Explanations

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| General Motors Corporation | 09-50026 (REG) | 38-0572515 |
| Chevrolet-Saturn of Harlem, Inc. | 09-13558 (REG) | 20-1426707 |
| Saturn, LLC | 09-50027 (REG) | 38-2577506 |
| Saturn Distribution Corporation | 09-50028 (REG) | 38-2755764 |

| All other names used by the Debtors in the last 8 years: | Attorney for Debtors |
|---|---|
| General Motors Corporation<br>    GMC Truck Division and NAO Fleet Operations<br>    GM Corporation-GM Auction Department<br>    National Car Rental<br>    National Car Sales<br>    Automotive Market Research<br>Chevrolet-Saturn of Harlem, Inc.<br>    CKS of Harlem<br>Saturn, LLC<br>    Saturn Corporation<br>    Saturn Motor Car Corporation<br>    GM Saturn Corporation<br>    Saturn Corporation of Delaware | **Harvey R. Miller**<br>**Stephen Karotkin**<br>**Joseph H. Smolinsky**<br>**WEIL, GOTSHAL & MANGES LLP**<br>**767 Fifth Avenue**<br>**New York, New York 10153**<br>**Telephone: (212) 310-8000**<br>**Facsimile: (212) 310-8007** |

### Meeting of Creditors

Date: July 27, 2009    Time: 1:00 P.M.    Location: Hilton New York, 1335 Avenue of the Americas, New York, NY 10019 (212) 586-7000

### Deadline to File a Proof of Claim
Notice of deadline will be sent at a later time.    *see attached proof*

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:
Notice of deadline will be sent at a later time.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| United States Bankruptcy Court<br>One Bowling Green, New York, New York 10004<br>Telephone: 212-668-2870 | Clerk of the Bankruptcy Court: Vito Genna |
| Hours Open: 8:30 am to 5:00 pm | Date: June 3, 2009 |

NY2:\1991693\12\16 ST12!.DOC\72240.0635

**IPC**

**DAVID LERNER ASSOCIATES, INC.**
CORPORATE HEADQUARTERS:
477 JERICHO TURNPIKE, P.O. BOX 9006, SYOSSET, NEW YORK 11791-9006 • Tel.: (516) 921-4200

| ACCOUNT NUMBER |
|---|
| 74215294 |

DCG & T FBO GRACE T. MEYER/IRA
GRACE T. MEYER

## PORTFOLIO POSITIONS AS OF 05/25/07

STATEMENT PERIOD    PAGE 1 OF 8
04/30/07 THRU 05/25/07

BRANCH OFFICES
CORAL SPRINGS, FL    (954) 28
DARIEN, CT    (203) 65
PRINCETON, NJ    (609) 80
SYOSSET, NY    (516) 92
TEANECK, NJ    (201) 83
WHITE PLAINS, NY    (914) 76

| ACCT TYPE | QTY/ SHARE | SECURITY DESCRIPTION | COUPON RATE | MATURITY | CUSIP | SYMBOL | EST MKT PRICE | EST MKT VALUE | EST ANNUAL INCOME | EST YIELD |
|---|---|---|---|---|---|---|---|---|---|---|
| C | | | | | | | | | 594.55 | 8.2 |
| C | | | | | | | | | 465.85 | 8.0 |
| C | | *re-dated* | | | | | | | 060.40 | |
| C | | | | | | | | | 117.62 | 3.00 |
| C | | | | | | | | | 499.99 | 6.70 |
| C | | | | | | | | | 556.62 | 2.42 |
| C | | | | | | | | | 2,039.62 | 9.14 |
| C | 1125 | GENERAL MOTORS PFD 7.2500% 7/15/41 SERIES | | | 370442774 | XGM | 19.83 | 22,308.75 | 1.34 | 3.54 |
| C | | | | | | | | | 8.71 | 1.59 |
| C | | | | | | | | | 1.50 | 1.38 |
| C | | *re-dated* | | | | | | | 2.67 | 4.16 |
| CONT | | | | | | | | | 8.08 | 1.75 |

M
Ms. Grace Meyer
642 Roberge Dr.
Rivervale, NJ 07675