U.S. Bankruptcy Court for the Southern District of New York    June 27, 2009
One Bowling Green
New York, New York

In Re:  GM Chapter 11 Case Nbr:  09-50026 (REG)

Dear Sirs

I am writing to inform you, pursuant to notifications sent to me by TD Ameritrade and received 6-22-09, that I own 20 shares of GM stock. I was not planning to sell the shares and would hope to retain stock in the new GM. The securities are held in an account with TD Ameritrade.

If you require the account number, I will provide it.

What will I be required to do to retain ownership of these securities after the company emerges from bankruptcy?

Thanks for your assistance. Please contact me as shown below.

Respectfully yours,

Eric P. Smeby
121 S. Crawford St.
Millersburg, Ohio 44654

Home phone:  330-674-0837

Email:  eps@valkyrie.net