Elihu Inselbuch, Esq.
(ei@capdale.com)
Rita C. Tobin, Esq.
(rct@capdale.com)
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Peter Van N. Lockwood, Esq.
(pvnl@capdale.com)
Ronald E. Reinsel, Esq. (Admitted Pro Hac Vice)
(rer@capdale.com)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle
Washington, D.C.  20005
(202) 862-5000

**Attorneys for Mark Buttita, personal representative of Salvatore Buttita**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

In re: : Chapter 11

**GENERAL MOTORS CORP., et al.,**                                    Case No. 09-50026 (REG)

**Debtors.**                                                          **(Jointly Administered)**
-----------------------------------------------------------------------X

**JOINDER OF MARK BUTTITA, AS PERSONAL REPRESENTATIVE OF SALVATORE BUTTITA, TO THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS' MOTION FOR AN ORDER CERTIFYING SALE ORDER FOR IMMEDIATE APPEAL TO THE UNITED STATES COURT OF APPEALS, PURSUANT TO 28 U.S.C. § 158(D)(2) OR IN THE ALTERNATIVE FOR A STAY OF THE SALE ORDER, PURSUANT TO FED. R. BANKR. P. 8005**

Mark Buttita, as personal representative of Salvatore Buttita, by his counsel, Caplin & Drysdale, Chartered, hereby joins the Motion ("Motion") of the Ad Hoc Committee ("Ad Hoc Committee") of Asbestos Personal Injury Claimants For An Order Certifying Sale Order For Immediate Appeal To The United States Court Of Appeals Pursuant To 28 U.S.C. § 158(D)(2) Or

In The Alternative For A Stay Of The Sale Order, Pursuant To Fed. R. Bankr. P. 8005, and adopts the Ad Hoc Committee's arguments in the Motion.

Dated: July 7, 2009
      New York, NY

                CAPLIN & DRYSDALE, CHARTERED

                By: /s/ Elihu Inselbuch
                Elihu Inselbuch (EI-2843)
                (ei@capdale.com)
                Rita C. Tobin
                (rct@capdale.com)
                375 Park Avenue, 35th Floor
                New York, NY  10152-3500

                Peter Van N. Lockwood, Esq.
                (pvnl@capdale.com)
                Ronald E. Reinsel, Esq. (*Admitted Pro Hac Vice*)
                (rer@capdale.com)
                CAPLIN & DRYSDALE, CHARTERED
                One Thomas Circle
                Washington, D.C.  20005
                (202) 862-5000

                *Attorneys for Mark Buttita, personal representative of Salvatore Buttita*