June 25, 2009

United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York

Re:General Motors Corp., et al Chapter 11 Case No. 90-50026 (REG)

Dear Sir,

I have no objections to any of the Motions Filed however as a share holder of the General Motors
Corporation which has filed for bankruptcy I understand my stock is worthless and I will receive
nothing.

I never received a certificate for the stock I purchased and would appreciate receiving a stock
certificate for the money I loss.  If there is a charge for this service please advise the amount and I
will forward a check to whom you direct.

Thank you.

Sincerely,

George E. Benko and Ella F. Benko
1260 Yosemite Blvd
Birmingham, Mi. 48009
Telephone: 248-540-3380

cc:General Motors Corporation
    Weil, Gotshal & Manges LLP
    U.S. Treasury
    Cadwalader, Wickersham & Taft LLP
    Attorneys for the Creditors Committee
    Vedder Price, P.C.
    Office of the United States Trustee for the Southern District of New York