Egon J. Beer
Ganaderos 5093-A
Jardines de Guadalupe
Guadalajara, Jalisco 45030
Mexico

June 20. 2009.

United States Bankruptey Court
Southern District of New York
Attn.: Mr. Vito Genna, Clerk's Office
One Bowling Green
New York, NY  10004

Dear Mr. Genna;

The received mailing Notice of Chapter 11 Bankruptey Cases, Meeting of Creditors and Deadlines ws to me the greatest distress. The news of General Motors terminating its termsisto me difficult to believe. The years working at the Parma Plant, Ohio are in my dearest memory and this news is heartbraking.

My monthly GM Pension is 317 Dollars, a great importance for my continued living. Also Blue Cross medical insurance what is another importance. It is my life's hope that these benefits will continue.

With my profound sorrow

Egon J. Beer