# Laurence J. Johnson
## 1085 Mackey Pike
## Nicholasville, KY 40356-9330
859 272-3757
larryjj2@yahoo.com

June 18, 2009

Clerk of the Bankruptcy Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

——————————————————X
In re                                                    :    Chapter 11 Case No.
                                                         :    09-50026 (REG)
General Motors Corp., et al., Debtors     :    (Jointly Administered)
                                                         :
——————————————————X

**Notice of objection to the Bankruptcy motion of General Motors Corporation, dated June 1, 2009, the United States bankruptcy Court for the Southern District of New York.**

A.   I Laurence J. Johnson and Patricia A. Johnson the holder of 30,000 shares of General Motors Corporation Notes, Semi-annual pay CPN 7.200% due 1/15/11 dtd 1/11/01 CUSIP 370442BB0 object to the terms and conditions of the above referenced bankruptcy.

B.   The notice I received gave an unfair and insufficient time to respond, research, and decide upon engaging an attorney. I therefore reject the time constraint given in the notice addressed to me.

C.   The terms of the bankruptcy was dictated by the President of the United States after illegally seizing the General Motors Corporation and firing the then existing CEO and in effect declaring himself Chief Executive Officer of The General Motors Corporation.

D.   The terms of the bankruptcy unfairly gives the UAW a biased share of the settlement and does not follow normal bankruptcy tradition.

E.   By this notice we declare that we do not consent to the terms stated in the above referenced notice.

F.   I direct that this notice be served upon Weil, Gotshal & Manges LLP, attorneys for the debtors, 767 Fifth Avenue, New York, New York 10153 and the remaining attorneys listed in paragraph B. of Notice of sale hearing to sell substantially all of debtors' assets pursuant to master sale and purchase agreement with vehicle acquisition holdings LLC, a U.S. treasury-sponsored purchaser.

Dated: Nicholasville, Kentucky
        June 18, 2009

Laurence J. Johnson

Patricia A. Johnson

RECEIVED
JUL - 2 2009
U.S. BANKRUPTCY COURT, SDNY