ORRICK, HERRINGTON & SUTCLIFFE LLP
Alyssa D. Englund
666 Fifth Avenue
New York, NY  10103-0002
Telephone:  (212) 509-5000

ORRICK, HERRINGTON & SUTCLIFFE LLP
Frederick D. Holden, Jr.(*Pro Hac Vice* Application Pending)
Jenna S. Clemens (*Pro Hac Vice* Application Pending)
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700

Attorneys for Creditors and Contract Counterparties APL Logistics Transportation Management Services, Ltd. and APL Logistics Ltd., APL Co. Pte. Ltd. and American President Lines, Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **GENERAL MOTORS CORPORATION,** *et al.,* | **Case No. 09-50026 (REG)** |
| Debtors. | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I, Christine J. Flores, hereby certify that on June 30, 2009, I caused copies of the following documents to be served upon the parties below via  facsimile, except as otherwise noted:

1. Notice of Withdrawal of Objection of APL Logistics Transportation Management Services, Ltd. and APL Logistics, Ltd. to Proposed Cure Amounts; and

1

2. Notice of Withdrawal of Objection of APL Co. Pte. Ltd. and American President Lines, Ltd. to Proposed Cure Amounts.

                                                              */s/ Christine J. Flores*
                                                             CHRISTINE J. FLORES

| The Debtors: | Counsel to the Debtors: |
|---|---|
| c/o General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090<br>Attn: Warren Command Center<br>       Mailcode 480-206-114<br>Facsimile: (248) 312-7191 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Harvey Miller, Esq.<br>       Stephen Karotkin, Esq.<br>       Joseph Smolinsky, Esq.<br>Facsimile: (212) 310-8007 |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220<br>Attn: Matthew Feldman, Esq.<br>Facsimile: (202) 622-6415 | Attorneys for the Purchaser:<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn: John J. Rapisardi, Esq.<br>Facsimile: (212) 504-6666 |
| Attorneys for Export Development Canada:<br>Vedder Price, P.C.<br>1633 Broadway<br>New York, NY 10019<br>Attn: Michael J. Edelman, Esq.<br>       Michael L. Schein, Esq.<br>Facsimile: (212) 407-7799 | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn: Diana G. Adams, Esq.<br>       Andrew D. Velez-Rivera, Esq.<br>       Brian Shoichi Masumoto, Esq.<br>Facsimile: (212) 668-2256 |
| Attorneys for Creditors Committee:<br>Kramer, Levin, Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Gordon Z. Novod, Esq.<br>Facsimile: (212) 715-8182 | |

OHS West:260687182.1