

# Advancement
*Where Talent Meets Opportunity*

32200 Solon Road • Solon, Ohio 44139
(440) 248-8550 • Fax (440) 248-0740 • www.advancementllc.com

June 24, 2009

United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004

Re: General Motors bankruptcy; **Objection as to the Cure Amount**
    GM Vendor No: 002456791

Please note that our Company is not represented by counsel in this matter and therefore, is unable to submit this correspondence electronically. Please accept this written submission.

We have received the Notice of Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and Cure Amounts Related Thereto for the Chapter 11 Case No. 09-50026 (REG); General Motors Corp, et al.

Advancement LLC, doing business as **Contract Professionals of Ohio LLC** is identified as a contract party on the list of Assumable Executory Contracts.

The purpose of this correspondence is to confirm the following understanding between General Motors Corporation and Advancement LLC ("Contract Counterparty") in respect of Counterparty's Objection to the Cure Amount filed June 12, 2009 (the "Objection"). Counterparty agrees that its Objection relates to the Cure Amount only and that the resolution of such Cure Amount dispute shall be governed by the Cure Dispute Resolution Process. Advancement LLC withdraws its objection with prejudice, subject to the parties' agreement that each party's rights, claims and interests regarding the Cure Amount are reserved. Advancement LLC agrees that no other objections will be filed with respect to the assumption and assignment of its executory contracts with GM to Purchaser on the Closing Date.

Best Regards,

*[signature: Dave Beveridge]*

Advancement LLC
dba: **Contract Professionals of Ohio LLC**
Dave Beveridge
Chief Financial Officer

Cc: General Motors Corp
    Weil, Gotshal & Manges LLP
    U.S. Treasury
    Cadwalader, Wickersham & Taft LLP
    Vedder Price, P.C.
    Office of the US Trustee, Southern District of NY

RECEIVED JUL - 2 2009 U.S. BANKRUPTCY COURT, SDNY