UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                            :
    In re                              :    Chapter 11
                                            :
GENERAL MOTORS CORP., et al.,   :    Case No. 09-50026 (REG)
                                            :
                    Debtors.       :    Jointly Administered
                                            :
-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, Austin L. McMullen, a member in good standing of the bar in the State of Tennessee, and the bar of the U.S. District Court for the Eastern, Middle and Western Districts of Tennessee, request admission, *pro hac vice*, before this honorable Court to represent Knowledge Learning Corporation, a party-in-interest in the above-referenced case.

      My address is Bradley Arant Boult Cummings LLP, 1600 Division Street, Nashville, Tennessee 37203. My e-mail address is AMcMullen@BABC.com. My telephone number is 615-252-2307. I agree to pay the $25 fee upon approval by the Court admitting me to practice *pro hac vice*.

                                    Respectfully submitted,

                                    /s/ Austin L. McMullen_____
                                  Austin L. McMullen
                                  BARDLEY ARANT BOULT CUMMINGS LLP
                                  1600 Division Street, Suite 700
                                  P. O. Box 340025
                                  Nashville, Tennessee 37203
                                  Phone: (615) 252-2307
                                  Fax: (615) 252-6307
                                  Email: AMcMullen@BABC.com

                                  *Attorneys for Knowledge Learning Corporation*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing systems and electronically or by U.S. Mail, postage prepaid, to:

General Motors Corporation
<u>Attn</u>:   Warren Command Center
         Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025

U.S. TREASURY
<u>Attn</u>:   Matthew Feldman, Esq.
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220

Kramer Levin Naftalis & Frankel LLP
<u>Attn</u>:   Gordon Z. Novod, Esq.
         Thomas Moers Mayer, Esq.
1177 Avenue of the Americas
New York, NY 10036

Office of the U.S. Trustee
<u>Attn</u>:   Diana G. Adams, Esq.
33 Whitehall Street, Suite 2100
New York, NY 10004

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
<u>Attn</u>:   Harvey R. Miller, Esq.
         Stephen Karotkin, Esq.
         Joseph H. Smolinsky, Esq.

Cadwalader, Wickersham & Taft LLP
<u>Attn</u>:   John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

VEDDER PRICE, P.C.
<u>Attn</u>:   Michael J. Edelman, Esq.
         Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, New York 10019

on this the 7th day of July, 2009.

                    /s/ Austin L. McMullen_____
                    Austin L. McMullen