UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
    In re                                  :       Chapter 11
                                                             :
GENERAL MOTORS CORP., et al.,                                :       Case No. 09-50026 (REG)
                                                             :
               Debtors.       :       Jointly Administered
                                                             :
-------------------------------------------------------------x

ORDER FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

**ORDERED,**

that Austin L. McMullen, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

IT IS SO ORDERED THIS _____ DAY OF _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

Respectfully submitted,


/s/ Austin L. McMullen_____
Austin L. McMullen
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203
Phone: (615) 252-2307
Fax: (615) 252-6307
Email: AMcMullen@BABC.com

*Attorneys for Knowledge Learning Corporation*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing systems and electronically or by U.S. Mail, postage prepaid, to:

General Motors Corporation
<u>Attn</u>:   Warren Command Center
            Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025

U.S. TREASURY
<u>Attn</u>:   Matthew Feldman, Esq.
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220

Kramer Levin Naftalis & Frankel LLP
<u>Attn</u>:   Gordon Z. Novod, Esq.
            Thomas Moers Mayer, Esq.
1177 Avenue of the Americas
New York, NY 10036

Office of the U.S. Trustee
<u>Attn</u>:   Diana G. Adams, Esq.
33 Whitehall Street, Suite 2100
New York, NY 10004

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
<u>Attn</u>:   Harvey R. Miller, Esq.
            Stephen Karotkin, Esq.
            Joseph H. Smolinsky, Esq.

Cadwalader, Wickersham & Taft LLP
<u>Attn</u>:   John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

VEDDER PRICE, P.C.
<u>Attn</u>:   Michael J. Edelman, Esq.
            Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, New York 10019

on this the 7th day of July, 2009.

                                           /s/ Austin L. McMullen_____
                                           Austin L. McMullen