Jasmine Powers, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:  (212) 909-6000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.,* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Debevoise & Plimpton LLP, on behalf of Suzuki Motor Corporation, a Japanese corporation, and its affiliates appears in the above-captioned cases.  The undersigned respectfully requests that all notices given or required to be given and all documents served or required to be served in the above-captioned cases be given and served upon:

> Jasmine Powers, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, New York  10022
> Telephone: (212) 909-6000
> Fax: (212) 909-6836
> Email:  jpowers@debevoise.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code, the foregoing request applies to and includes not only the notices and

23000825v1

papers referenced in the Bankruptcy Rules cited above but also, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise that affects or seeks to affect or may potentially affect in any way the Debtors or their estates or creditors thereof, or any property or proceeds in which the Debtors or their estates may claim an interest.

Dated: New York, New York
July 7, 2009

DEBEVOISE & PLIMPTON LLP

By: /s/ Jasmine Powers
Jasmine Powers, Esq.
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

*Counsel to Suzuki Motor Corporation*

23000825v1