Michael S. Etkin (ME 0570)
LOWENSTEIN SANDLER, PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
*Attorneys for Belo Corp.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **GENERAL MOTORS CORP.,** *et al.*, | **09-50026 (REG)** |
| **Debtors** | **(Jointly Administered)** |

_____

## CERTIFICATION OF SERVICE

JANE M. WOJSLAWOWICZ, of full age, being duly sworn on her oath according to law, deposes and says:

1. I am a legal secretary employed by the law firm of Lowenstein Sandler PC, counsel to Belo Corp. in the above captioned matter.

2. On Tuesday, July 7, 2009, this firm caused a true and correct copy of the following documents to be electronically filed with the Clerk of the Court, United States Bankruptcy Court for the Southern District of New York:

   a. Belo Corp.'s Limited Objection to Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) cure Amounts Related Thereto.

3. On July 7, 2009, I caused a true and correct copy of the aforementioned document to be served upon the attached service list annexed hereto via e-mail and United States Postal Service, postage prepaid.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 7, 2009

/s/ Jane M. Wojslawowicz
Jane M. Wojslawowicz

In re General Motors Corp., et al.
Case No. 09-50026 (REG)

**SERVICE LIST**

General Motors Corporation
Cadillac building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
(Attn: Warren Command Center, Mail Code 480-206-114)

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
*Counsel for the Debtors*

Matthew Feldman, Esq.
U. S. Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220
*Counsel for the Purchaser*

John J. Rapisardi, Esq.
Cadwalader Wickersham & Taft, LLP
One World Financial Center
New York, New York 10281
*Counsel for the Creditors' Committee*

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, PC
1633 Broadway, 47th Floor
New York, New York 10019
*Counsel for Export Development Canada*

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004