Daniel J. Flanigan (NY #4266250)
**POLSINELLI SHUGHART PC**
7 Penn Plaza, Suite 600
New York, New York 10001
(212) 684-0199
Fax: (212) 684-0197
dflanigan@polsinelli.com

Christopher A. Ward (DE #3877)
**POLSINELLI SHUGHART PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
(302) 252-0920
Fax No. (302) 252-0921
cward@polsinelli.com

ATTORNEYS FOR ERNIE GREEN INDUSTRIES, INC.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| **In re:** | **Chapter 11** |
|---|---|
| **GENERAL MOTORS CORPORATION, et al.,** | **Case No. 09-50026 (Jointly Administered)** |
| **Debtors** | |

**NOTICE OF WITHDRAWAL OF OBJECTION BY ERNIE GREEN INDUSTRIES, INC.
TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS AND (II) PROPOSED CURE AMOUNT**

Ernie Green Industries, Inc. ("EGI"), through its attorneys POLSINELLI SHUGHART PC, hereby withdraws its objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Property and (II) Cure Amounts Related Thereto, filed by Debtors on June 10, 2009.

| | |
|---|---|
| Dated: July 7, 2009 | Respectfully submitted, |
| | **POLSINELLI SHUGHART PC** |
| | _/s/ Daniel J. Flanigan_ |
| | Daniel J. Flanigan (NY #4266250) |
| | 7 Penn Plaza, Suite 600 |
| | New York, New York 10001 |
| | (212) 684-0199 |
| | Fax: (212) 684-0197 |
| | dflanigan@polsinelli.com |
| | |
| | Christopher A. Ward (DE #3877) |
| | **POLSINELLI SHUGHART PC** |
| | 222 Delaware Avenue, Suite 1101 |
| | Wilmington, Delaware 19801 |
| | (302) 252-0920 |
| | Fax No. (302) 252-0921 |
| | cward@polsinelli.com |
| | |
| | ATTORNEYS FOR ERNIE GREEN INDUSTRIES, INC. |