BORGES & ASSOCIATES, LLC
575 Underhill Blvd. Ste. 118
Syosset, New York   11791
Telephone:   (516) 677-8200
Facsimile:    (516)677-0806
Wanda Borges (WB4904)

*Counsel for Ferguson Enterprises, Inc.*
*d/b/a Ferguson Full Service Supply*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

In re

**GENERAL MOTORS CORP., et al**

Debtors.

Chapter 11

Case No.: 09-50026 -REG
Jointly Administered

-------------------------------------------------------------------- X

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that WANDA BORGES, ESQ., an attorney at Borges & Associates, LLC, hereby appears in this case as counsel for FERGUSON ENTERPRISES, INC., d/b/a Ferguson Full Service Supply.

**REQUEST IS HEREBY MADE**, pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Bankruptcy Rules 2002, 3017, 9007 and 9010(b), that all notices given or required to be given in this case or required to be served in this case, shall be directed to and served upon:

Wanda Borges, Esq.
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, NY 11791
516-677-8200 x225
borgeslawfirm@aol.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, suggestions, complaint demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with regard to the above cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that, the undersigned intends that neither this Notice of Appearance and Demand for Notices and Papers nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the right of Ferguson (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to have a trial by jury in this action or proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which Ferguson is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Ferguson expressly reserves without limitation.

Dated: July 7, 2009
      Syosset, New York

By:     s/Wanda Borges
      Wanda Borges (wb4904)
      BORGES & ASSOCIATES, LLC
      575 Underhill Blvd., Suite 118
      Syosset, NY 11791
      Tel. No.: (516) 677-8200
      E-mail: borgeslawfirm@aol.com