UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

In re

                               Chapter 11

**GENERAL MOTORS CORP., et al**          Case No.: 09-50026 -REG
                                 Jointly Administered

                      Debtors.


------------------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on July 7, 2009 a true and correct copy of the

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS has been served

via electronic mail to those identified on the CM/ECF system for this case and upon the

following by first class mail.


General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Ctr,  Mailcode 480206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Harvey R. Miller, S. Karotkin, Joseph J. Smolinsky

U.S. Treasury
1500 Pennsylvania Avenue NW Room 2312
Washington, DC 20220
Attn: Matthew Feldman, Esq.


Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York   10281
Attn: John J. Rapisardi, Esq.

1

Miller, Johnson, Snell &
Cummiskey, PLC
250 Monroe Avenue, N.W. - Suite 800
Grand Rapids, MI 49503

Vedder Price, P.C.
1633 Broadway - 47th Floor
New York, New York 10019
Attn: Michael J. Edelman Esq, Michael L. Schein, Esq.

Office of the U.S. Trustee
33 Whitehall Street - 21st Floor
New York, New York 10004
Diana G. Adams, Esq.


  s/    Wanda Borges
WANDA BORGES