James E. DeLine (P45205) (*Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone:  (313) 961-0200
Facsimile: (313) 961-0388
jed@krwlaw.com

*Counsel for C.B.S. Boring And Machine Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.,* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF APPEARANCE OF JAMES E. DELINE**
**AND REQUEST FOR ELECTRONIC NOTICE**

TO:    U.S. Bankruptcy Court

**PLEASE TAKE NOTICE** that James E. DeLine of KERR, RUSSELL AND WEBER, PLC, enters his appearance in the above proceeding on behalf of C.B.S. Boring And Machine Company, Inc.("C.B.S. Boring"), as creditors and parties in interest and, pursuant to the Bankruptcy Rules and the Bankruptcy Code, demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned to the office address and/or through e-filing using my e-mail address set forth below, and that the undersigned be added to the official address matrix maintained in this proceeding by the Clerk of the Court as follows:

> James E. DeLine (P45205)
> **KERR, RUSSELL AND WEBER, PLC**
> Attorneys for C.B.S. Boring
> 500 Woodward Avenue, Suite 2500
> Detroit, MI  48226-3406
> 313-961-0200 (telephone)
> 313-961-0388 (facsimile)
> jed@krwlaw.com

{33591\1\DT399463.DOC;1}

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Code, the foregoing demand includes not only the notices and appearances referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by the Court's ECF-filing system, mail, delivery, facsimile or otherwise which seeks to affect in any way the rights or interests of C.B.S. Boring.

Dated: July 8, 2009                  /s/ James E. DeLine
                                 James E. DeLine (P45205)
                                 **KERR, RUSSELL AND WEBER, PLC**
                                 Attorneys for C.B.S. Boring
                                 500 Woodward Avenue, Suite 2500
                                 Detroit, MI  48226-3406
                                 313-961-0200 (telephone)
                                 313-961-0388 (facsimile)
                                 jed@krwlaw.com

James E. DeLine (P45205) (*Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388
jed@krwlaw.com

*Counsel for C.B.S. Boring And Machine Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2009, I electronically filed the foregoing Notice of Appearance of James E. DeLine and Request for Electronic Notice and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants. A copy of this document was also served on the following parties on July 8, 2009 via Federal Express mail:

| | |
|---|---|
| Warren Command Center | Kenneth Eckstein, Esq. |
| Mailcode 480-206-114 | Thomas Moers Mayer, Esq. |
| General Motors Corporation | Kramer Levin Naftalis & Frankel LLP |
| Cadillac Building | 1177 Avenue of the Americas |
| 30009 Van Dyke Avenue | New York, New York 10036 |
| Warren, MI 48090 | |
| | |
| Harvey R. Miller, Esq. | Michael J. Edelman, Esq. |
| Stephen Karotkin, Esq. | Michael L. Schein, Esq. |
| Joseph H. Smolinsky, Esq. | Vedder Price, P.C. |
| Weil, Gotshal & Manges LLP | 1633 Broadway, 47th Floor |
| 767 Fifth Avenue | New York, New York 10036 |
| New York, New York, 10153 | |

| | |
|---|---|
| Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C., 20220 | Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street , 21st Floor<br>New York, New York 10004<br>Attn:  Diana G. Adams, Esq. |
| John R. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft, LLP<br>One World Financial Center<br>New York, New York 10281 | <u>Chambers Copy</u><br>Hon. Robert E. Gerber<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 621<br>New York, New York 10004-1408 |

<u>/s/ James E. DeLine</u>
James E. DeLine (P45205)
**KERR, RUSSELL AND WEBER, PLC**
Counsel for Counsel for C.B.S. Boring and
Machine Company, Inc.
500 Woodward Avenue, Suite 2500
Detroit, MI  48226-3406
313-961-0200 (telephone)
313-961-0388 (facsimile)
jed@krwlaw.com

Dated:  July 8, 2009

{33591\1\DT399463.DOC;1}                    4