**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

**In re**

**GENERAL MOTORS CORPORATION,** *et al.*                Chapter 11
                                                       Case No. 09-50026 (REG)
                        **Debtors.**                   (Jointly Administered)

_____


## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2009 a true and correct copy of the foregoing Objection of the State of New York to Debtors' Motion for Entry of Order Approving Master Disposition Agreement for Purchase of Certain Assets of Delphi Corporation, Etc. has been electronically filed using the ECF system.  A copy of this document was also served on the parties listed below on July 8, 2009 via UPS Next Day Air.

Cadwalader, Wickersham & Taft, LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Cleary, Gottlieb, Steen & Hamilton, LLP
Attn: James L. Bromley, Esq.
One Liberty Plaza
New York, NY 10006

Office of the US Trustee for the
Southern District of NY
Attn: Diana G. Adams
33 Whitehall St, 21st Floor
New York, NY 10004

US Attorneys Office, SDNY
Attn: David S. Jones
Matthew L. Schwartz
86 Chambers Street, 3rd Floor
New York, NY 10007

Vedder Price P.C.
Attn: Michael J. Edelman
Michael L. Schein
1663 Broadway, 47th Floor
New York, NY 10019

Kramer, Levin, Naftalis & Frankel LLP
Attn: Gordon Z. Novod
1177 Avenue of the Americas
New York, NY 10036

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller
Stephen Karotkin
Joseph Smolinsky
767 Fifth Avenue
New York, NY 10153

Cohen, Weiss & Simon, LLP
Attn: Babette Ceccotti, Esq.
330 West 42nd Street
New York, NY 10036

                                                               /s/  Eugene J. Leff

Dated: July 8, 2009                                     _____

                                                              Eugene J. Leff  
                                                              Deputy Bureau Chief  
                                                              Environmental Protection Bureau  
                                                              New York State Office of the Attorney General  
                                                              120 Broadway  
                                                              New York, New York 10271-0332  
                                                              (212) 416-8465  
                                                              E-mail: eugene.leff@oag.state.ny.us

                                                              Attorney for the New York State  
                                                              Department of Environmental Conservation