UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                       :

In re                                                         :        Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,      :        09- 50026 (REG)

                          Debtors.      :        (Jointly Administered)

-------------------------------------------------------------x

ERRATA ORDER RE: BENCH DECISION AND
ORDER ON MOTIONS FOR § 158(d)(2)
CERTIFICATION, OR IN THE ALTERNATIVE,
FOR STAY PENDING APPEAL

This matter having come up on the Court's own motion, it is ORDERED:

1. The Court's Bench Decision and Order on Motions for § 158(d)(2) Certification, Or in the Alternative, for Stay Pending Appeal, dated July 7, 2009, is corrected in the respects noted below:

    First Page, Title: change "158(D)(2)" to "158(d)(2)".

    First Page, footnote 2: Delete footnote 2.

    Page 2, first line: insert "." After "(*Id.* ¶ 5)".

    Page 3, after block quote "The focus of the statute . . . needless litigation": insert "*Weber v. United States*, 484 F.3d 154, 158 (2d Cir. 2007)."

    Page 4, second paragraph: transpose "." and ")" to change "(Indiv. Tort Litigants Motion ¶ 4.)" to "(Indiv. Tort Litigants Motion ¶ 4).".

Page 5, second full paragraph: delete "the" to change "agree that the GM's" to "agree that GM's".

Page 9, first paragraph: insert "." after "quotation marks omitted)".

Page 10, third paragraph: insert "(S.D.N.Y. 2007)" between "347 & n.39" and "("*Adelphia*")".

Page 10, third paragraph: Remove bold in " **").** " in "("*Adelphia*")**.**" to change to ""*Adelphia*").".

Page 12, last paragraph: change "at" to "of" to change "at pages 22 to 25 at that decision" to "at pages 22 to 25 of that decision".

2. Future references to this decision shall be to the decision as corrected, a copy of which is attached as exhibit A.

Dated: New York, New York               *s/Robert E. Gerber*_____
       July 8, 2009                                   United States Bankruptcy Judge