PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
Dennis Kayes (*pro hac vice*)
Suite 3600
100 Renaissance Center
Detroit, Michigan 48243
Telephone:  313.259.7110
Facsimile:  313.259.7926
E-mail: kovskyd@pepperlaw.com
*Counsel for Urban Science Applications, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
|  |  |
| --- | --- |
| In re | : |
| | : |
| GENERAL MOTORS CORP., *et al.*, | : |
| | : |
| Debtors. | : |
| | : |

Chapter 11

Case No. 09-50026 (REG)
(Jointly Administered)

-------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF URBAN SCIENCE APPLICATIONS, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO**

PLEASE TAKE NOTICE that Urban Science Applications, Inc., through its undersigned counsel, hereby withdraws its Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto filed June 12, 2009 [Docket No. 765].

Dated:  July 8, 2009                    PEPPER HAMILTON LLP


                                        /s/ Deborah Kovsky-Apap
                                        Dennis Kayes (Admitted *Pro Hac Vice*)
                                        Deborah Kovsky-Apap (DK 6147)
                                        Suite 3600
                                        100 Renaissance Center
                                        Detroit, Michigan 48243
                                        Telephone:  313.259.7110
                                        Facsimile:  313.259.7926
                                        E-mail: kovskyd@pepperlaw.com

-2-

PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
Dennis Kayes (*pro hac vice*)
Suite 3600
100 Renaissance Center
Detroit, Michigan 48243
Telephone:  313.259.7110
Facsimile:  313.259.7926
E-mail: kovskyd@pepperlaw.com
*Counsel for Urban Science Applications, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re | : | |
| | : | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.,* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 8, 2009, copies of the Notice of

Withdrawal of Limited Objection of Urban Science Applications, Inc. to Notice of (I) Debtors' Intent

to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and

Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto, were served

upon the following entities via overnight courier:

Diana G. Adams, Esq.
Office of the U.S. Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Warren Command Center, Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

#11056368 v1

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Matthew Feldman, Esq.
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC  20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

<u>Chambers Copy</u>
Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408

                                        PEPPER HAMILTON LLP

                                        /s/ Deborah Kovsky-Apap
                                        Dennis Kayes (Admitted *Pro Hac Vice*)
                                        Deborah Kovsky-Apap (DK 6147)
                                        Suite 3600
                                        100 Renaissance Center
                                        Detroit, Michigan 48243
                                        Telephone:  313.259.7110
                                        Facsimile:  313.259.7926
                                        E-mail:  kovskyd@pepperlaw.com
                                        *Counsel for Urban Science Applications, Inc.*

Dated:  July 8, 2009

-4-