UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL S. KIMM, ESQ. (MK4476)
KIMM LAW FIRM
41W BANCKER STREET
ENGLEWOOD, NJ 07631
TEL: 201-569-2880
FAX: 201-569-2881

------------------------------------------------------:
In re:                                                :        Chapter 11
                                                      :
GENERAL MOTORS CORP,, et al.,                         :        Case No. 09-50026 (REG)
                                                      :
            Debtors,                                  :        (Jointly Administered)
                                                      :
------------------------------------------------------:

NOTICE OF APPEAL OF SALE ORDER

PLEASE TAKE NOTICE that Jin Ah Lee, Jungil Lee, Sang Chul Lee, and Dukson Lee, plaintiffs in a certain case pending in the Superior Court of Arizona involving a death claim stemming from a GM Chevy Malibu product liability claim (collectively, the " **Rollover Case Plaintiffs**"), by and through their undersigned counsel, hereby appeal to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a) from the Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief (the "Sale Order") entered by the United States Bankruptcy Court for the Southern District of New York (by Judge Robert E. Gerber) (Docket Entry No. 2968).

The names of all parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Counsel for GM

Harvey R. Miller
Joseph H. Smolinsky
Robert J. Lemons
Stephen Karotkin
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Fax: (212) 310-8007
Email: Harvey.miller@weil.com
Email: joseph.Smolinsky@weil.com
Email: robert.lemons@weil.com
Email: stephen.karotkin@weil.com


Joseph R. Sgroi
Robert B. Weiss
Tricia A, Sherick
Honigman Miller Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7570
Fax: (313) 465-7571
Email: jsgroi@honigman.com
Email: rweiss@honigman.com
Email: tsherick@honigman.com


Patrick J. Trostle
Jenner & Block, LLP
919 Third Avenue
37th Floor
New York, NY 10022
(212) 891-1665
Fax: (212) 891-1699
Email: ptrostle@jenner.com

U.S. Trustee's Office

Andrew D. Velez- Rivera
Brian Shoichi Masumoto
Diana G. Adams
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
Fax: (212) 668-2255


Creditors' Committee

Gordon Z. Novod
Thomas Moers Mayer
Kramer Levin Naftalis & Franklin, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-3275
Fax: (212) 715-8000
Email: gnovod@kramerlevin.com


20 Largest Creditors

Wilmington Trust Company
Attn: Geoffrey J. Lewis
Phone: 302-636-6438
Fax: 302-636-4145
Rodney Square North
1100 North Market St
Wilmington, DE 19890
United States

International Union, United Automobile, Aerospace and Agricultural Implement workers of America (UAW)
Attn: Ron Gettlefinger
Phone: 313-926-5201
Fax: 313-331-4957

8000 East Jefferson
Detroit, MI 48214
United States

Deutsche Bank AG, London As Fiscal Agent
Theodor- Heuss Allee 70
Frankfurt, 60262
Germany
Attn : Stuart Harding
Phone: 44-207-547-3533
Fax: 44-207-547-6149
Winchester House
1 Great Winchester St
London EC2N 2DB
England

International Union of Electronic, Electrical, Salaried, Machine and Furniture Worker-
Communications workers of America ( UE-CWA)
3461 Office Park Drive
Kettering, OH 45439
United States
Attn: Mr. James Clark
Phone: 937-294-9764
2701 Dryden Road
Dayton, OH 45439
United States

Bank Of New York Mellon
One Wall St
New York, NY 10286
United States
Attn: Gregory Kinder
Phone: 212-815-2576
Fax: 212-815-5595
Global Corporation Trust, 101
Barclay, 7W
New York, NY 10286
United States

Starcom Mediavest Group, Inc.
Attn: Laura Desmond

Phone 312-220-3550
Fax: 312-220-6530
35 W. Wacker Drive
Chicago, IL 60601
United States

Delphi Corp.
Attn: Rodney O'Neal
Phone 248-813-2557
Fax: 248-813-2560
5725 Delphi Drive
Troy, MI 48098
United States

Robert Bosch GmbH
38000 Hills Tech Drive
Farmington Hills, MI 48331
United States
Attn: Franz Fehrenbach
Phone 49-71-1-811-6220
Fax: 49-71-1-811-6454
Robert- Bosch- Platz 1 / 70839
Gerlingen-Shchillerhoehe
Germany

Lear Corp.
Attn: Robert Rossiter
Phone 248-447-1505
Fax: 248-447-1524
21557 Telegraph Road
Southfield, MI 48033
United States

Renco Group, Inc.
1 Rockerfeller Plaza
29th Floor
New York, NY 10020
United States
Attn: Lon Offenbacher
Phone: 248-655-8920
Fax: 248-655-8903
1401 Crooks Road

Troy, MI 48084
United States

Enterprise Rent a Car
6929 N Lakewood Ave
Suite 100
Tulsa, OK 74117
United States
Attn: Greg Stubblefiled
Phone 314-512-3226
Fax: 314-512-4230
600 Corporate Park Drive
St. Louis, MO 63105
United States

Johnson Controls, Inc
Attn: Stephen A. Roell
Phone: 414-524-2223
Fax: 414-524-3000
5757 N. Green Bay Avenue
Milwaukee, WI 53201
United States

Denso Corp.
Attn: Haruya Maruyama
Phone: 248-350-7500
Fax: 248-213-2474
24777 Denso Drive
Southfield, MI 48086
United States

TRW Automobile Holdings, Corp.
Attn: John Plant
Phone: 734-855-2660
Fax: 734-855-2473
12001 Tech Center Drive
Livonia, MI 48150
United States

Magna International, Inc.
Attn: Don Walker
Phone: 905-726-7040

Fax: 905-726-2593
337 Magna Drive
Aurora, ON L4G 7K1
Canada

America Axle & Mfg Holdings, Inc.
Attn: Richard Dauch
Phone 313-758-4213
Fax: 313-758-4212
One Dauch Drive
Detroit, MI 48211
United States

Maritz Inc.
Attn: Steve Maritz
Phone 636-827-4700
Fax: 636-827-2089
1375 North Highway Drive
Fenton, MO 63099
United States

Publicis Groupe S.A.
Attn: Maurice Levy
Phone: 33-01-4-443-7000
Fax: 33-01-4-443-7550
133 Ave des Champs-Elysees
Paris, 75008
France

Hewlett Packard Co.
3000 Hanover St
Palo Alto, CA 94304
United States
Attn: Mike Nefkens
Phone: 313-230-6800
Fax: 313-230-5705
500 Renaissance Center
MC: 20A Detroit, MI 48243
United States


Interpublic Group of Companies, Inc.

Attn: Michael Roth
Phone 212-704-1446
Fax: 212-704-2270
1114 Avenue of the Americas
New York, NY 10036
United States

Dated: July 9, 2009

                KIMM LAW FIRM

                <u>/s/ Michael S. Kimm</u>
                Michael S. Kimm (MK4476)
                41W Bancker Street
                Englewood, NJ 07631
                email: kimmlaw@msn.com
                phone: 201-569-2880
                fax: 201-569-2881
                  Counsel for the Rollover Case Plaintiffs