KELLEY DRYE & WARREN LLP
James S. Carr
Jennifer A. Christian
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

- and –

REINHART BOERNER VAN DEUREN S.C.
Amanda M. Gibbs
1000 North Water Street
P.O. Box 2965
Milwaukee, WI 53201-2965
Tel: (414) 298-1000
Fax: (414) 298-8097

*Attorneys for Strattec Power Access LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.*, | ) | Case No. 09-50026-REG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
STRATTEC POWER ACCESS LLC TO THE DEBTOR'S
<u>PROPOSED CURE AMOUNT</u>**

PLEASE TAKE NOTICE that Strattec Power Access LLC, by its attorneys, hereby withdraws the Limited Objection of Strattec Power Access LLC to the Debtor's Proposed Cure Amount filed in the above-captioned case on June 15, 2009 [Docket No. 1338].

Dated: New York, New York
       July 9, 2009

    KELLEY DRYE & WARREN LLP

    By: */s/ Jennifer A. Christian*
        James S. Carr
        Jennifer A. Christian
    101 Park Avenue
    New York, New York 10178
    Tel: (212) 808-7800
    Fax: (212) 808-7897

    - and –

    REINHART BOERNER VAN DEUREN S.C.
    Amanda M. Gibbs
    1000 North Water Street, Suite 1700
    P.O. Box 2965
    Milwaukee, WI 53201-2965
    Tel: (414) 298-1000
    Fax: (414) 298-8097

    *Attorneys for Strattec Power Access LLC*

## CERTIFICATE OF SERVICE

      I, Jennifer A. Christian hereby certify that on July 9, 2009, a true and correct copy of the *NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF STRATTEC POWER ACCESS LLC TO THE DEBTOR'S PROPOSED CURE AMOUNT* was filed via this Court's CM/ECF system and served on July 9, 2009 on those parties listed on the annexed schedule via United States first class mail.

                                           */s/ Jennifer A. Christian*
                                           Jennifer A. Christian

4

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center<br>Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn:  Harvey R. Miller, Esq.<br>         Stephen Karotkin, Esq.<br>         Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn: John J. Rapisardi, Esq. |
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn:   Michael J. Edelman, Esq.<br>          Michael L. Schein, Esq. | Office of United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn: Diana G. Adams, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn: Gordon Z. Novod, Esq. | |