KELLEY DRYE & WARREN LLP
James S. Carr
Jennifer A. Christian
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

- and –

REINHART BOERNER VAN DEUREN S.C.
Amanda M. Gibbs
1000 North Water Street
P.O. Box 2965
Milwaukee, WI 53201-2965
Tel: (414) 298-1000
Fax: (414) 298-8097

*Attorneys for ADAC-Strattec LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | ) ) | Case No. 09-50026-REG |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
ADAC-STRATTEC LLC CORPORATION TO THE DEBTOR'S
<u>PROPOSED CURE AMOUNT</u>**

PLEASE TAKE NOTICE that ADAC-Strattec LLC, by its attorneys, hereby withdraws the Limited Objection of ADAC-Strattec LLC to the Debtor's Proposed Cure Amount filed in the above-captioned case on June 15, 2009 [Docket No. 1344].

Dated:  New York, New York
        July 9, 2009

                        KELLEY DRYE & WARREN LLP

                        By: */s/ Jennifer A. Christian*
                            James S. Carr
                            Jennifer A. Christian
                        101 Park Avenue
                        New York, New York 10178
                        Tel: (212) 808-7800
                        Fax: (212) 808-7897

                        - and –

                        REINHART BOERNER VAN DEUREN S.C.
                        Amanda M. Gibbs
                        1000 North Water Street, Suite 1700
                        P.O. Box 2965
                        Milwaukee, WI 53201-2965
                        Tel: (414) 298-1000
                        Fax: (414) 298-8097

                        *Attorneys for ADAC-Strattec LLC*

## CERTIFICATE OF SERVICE

      I, Jennifer A. Christian hereby certify that on July 9, 2009, a true and correct copy of the *NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF ADAC-STRATTEC LLC TO THE DEBTOR'S PROPOSED CURE AMOUNT* was filed via this Court's CM/ECF system and served on July 9, 2009 on those parties listed on the annexed schedule via United States first class mail.

                                                  */s/ Jennifer A. Christian*
                                                  Jennifer A. Christian

4

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center<br>Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn:   Harvey R. Miller, Esq.<br>          Stephen Karotkin, Esq.<br>          Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn: John J. Rapisardi, Esq. |
| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn:   Michael J. Edelman, Esq.<br>          Michael L. Schein, Esq. | Office of United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn: Diana G. Adams, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn: Gordon Z. Novod, Esq. | |