FRASER TREBILCOCK DAVIS & DUNLAP, PC
G. ALAN WALLACE (P-69333)
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan Street, Suite 1000
Lansing, MI 48933
Telephone: 517.482.5800
Fax:  517. 482.0887
Email: awallace@fraserlawfirm.com

**ATTORNEYS FOR THE CITY OF LANSING, MICHIGAN**

124 W. ALLEGAN STREET, SUITE 1000
LANSING, MI 48933
TELEPHONE 517.482.5800
FACSIMILE 517.482.0887
EMAIL GWALLACE@FRASERLAWFIRM.COM

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

In re:

**GENERAL MOTORS CORPORATION,** *et al.,*

Debtors

Chapter 11
Case No. 09-50026 (REG)
Jointly Administered

---

**THE CITY OF LANSING'S WITHDRAWAL OF ITS ORIGINAL AND
SUPPLEMENTAL OBJECTIONS TO THE DEBTOR'S IDENTIFICATION OF
CERTAIN EXECUTORY CONTRACTS DESIGNATED
FOR ASSUMPTION AND ASSIGNMENT**

---

The City of Lansing, Michigan, by its attorneys, Fraser Trebilcock Davis & Dunlap, P.C., and for its Withdrawal of its Original and Supplemental Objections to the Debtor's Identification of Certain Executory Contracts Designated for Assumption and Assignment, states as follows:

The City of Lansing's withdrawal its Original and Supplemental Objections [Docket Nos. and 1194 and 1967] for the following executory contracts, identified by Vendor ID Number, which the Debtors have designated for assumption and assignment as of July 9, 2009:

1. 5716-00018397;
2. 5716-00018398;
3. 5716-00018399;
4. 5716-00018400;
5. 5716-00018413;
6. 5716-00018414;
7. 5716-00018415;
8. 5716-00019645;
9. 5716-00019688;
10. 5716-00019692;
11. 5716-00019693;
12. 5716-00019694;
13. 5716-00020447;
14. 5716-00305653;
15. 5716-00305654;
16. 5716-00305655;
17. 5716-00305656;
18. 5716-00305657;
19. 5716-00305658;
20. 5716-00305659;
21. 5716-01058404; and
22. 5716-01058406.

WHEREFORE, the City of Lansing's Original and Supplemental Objections for the above identified executory contracts are hereby WITHDRAWN.

Dated: July 9, 2009

Fraser Trebilcock Davis & Dunlap, P.C.
Attorneys for the City of Lansing

/s/ G. Alan Wallace
G. Alan Wallace (P-69333)
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan Street, Suite 1000
Lansing, MI 48933
Telephone: 517.482.5800
Fax: 517.482.0887
Email: awallace@fraserlawfirm.com