FRASER TREBILCOCK DAVIS & DUNLAP, PC
G. ALAN WALLACE (P-69333)
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan Street, Suite 1000
Lansing, MI 48933
Telephone: 517.482.5800
Fax:  517. 482.0887
Email: awallace@fraserlawfirm.com

**ATTORNEYS FOR THE CITY OF LANSING, MICHIGAN**

124 W. ALLEGAN STREET, SUITE 1000
LANSING, MI 48933
TELEPHONE 517.482.5800
FACSIMILE 517.482.0887
EMAIL GWALLACE@FRASERLAWFIRM.COM

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

| | |
|---|---|
| **GENERAL MOTORS CORPORATION,** *et al.,* | Chapter 11 |
| | Case No. 09-50026 (REG) |
| Debtors | Jointly Administered |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 9, 2009, The City of Lansing's Withdrawal of Its Original And Supplemental Objections To The Debtor's Identification Of Certain Executory Contracts Designated For Assumption And Assignment was served upon all parties to the above cause to each of the attorneys of record herein at their respective e-mail addresses via the Court's ECF System.

| | |
|---|---|
| Dated: July 9, 2009 | By:  /s/ G. Alan Wallace |
| | G. ALAN WALLACE (P-69333) |
| | FRASER TREBILCOCK DAVIS & DUNLAP, PC |
| | 124 W. Allegan Street, Suite 1000 |
| | Lansing, MI 48933 |
| | Telephone: 517.482.5800 |
| | Fax:  517. 482.0887 |
| | Email: awallace@fraserlawfirm.com |
| | **ATTORNEYS FOR** |
| | **THE CITY OF LANSING, MICHIGAN** |