**Brooks Wilkins Sharkey & Turco, PLLC**
401 S. Old Woodward Avenue, Suite 460
Birmingham, MI 48009
(248) 971-1800
Matthew E. Wilkins  (MI Bar # P56697)

**Attorneys for Henze Stamping & Manufacturing Company and Henze Machine and Tool Company L.L.C.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 09-50026-ajg<br><br>Hon. Robert E. Gerber |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Matthew E. Wilkins, a member in good standing of the bar of the State of Michigan and the U.S. District Court for the Eastern District of Michigan, hereby request admission, *pro hac vice*, before the Honorable Robert E. Gerber, U.S.B.J., to represent Henze Stamping & Manufacturing Company and Henze Machine and Tool Company L.L.C. in connection with the above-reference Chapter 11 cases and related proceedings.

My Address is:    Brooks Wilkins Sharkey & Turco, PLLC
                  401 S. Old Woodward Avenue, Suite 460
                  Birmingham, MI 48009
Email Address:    wilkins@bwst-law.com
Telephone number: (248) 971-1711

I agree to pay the required filing fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:  July 9, 2009

                                              /s/ Matthew E. Wilkins
                                              MATTHEW E. WILKINS