**Brooks Wilkins Sharkey & Turco, PLLC**
401 S. Old Woodward Avenue, Suite 460
Birmingham, MI  48009
(248) 971-1800
Matthew E. Wilkins  (MI Bar # P56697)

**Attorneys for Henze Stamping & Manufacturing Company and Henze Machine and Tool Company L.L.C.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>          Debtors. | Chapter 11<br><br>Case No. 09-50026-ajg<br><br>Hon. Robert E. Gerber |

## ORDER ADMITTING MATTHEW E. WILKINS TO PRACTICE, *PRO HAC VICE*

**ORDERED**, that Matthew E. Wilkins is admitted to practice, *pro hac vice*, in, and in connection with, the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated
          New York, New York

_____
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE