Michael S. Davi
VINSON & ELKINS L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel: 212-237-0000
Fax: 212-237-0100
Email: mdavi@velaw.com

Attorneys for Asbury MS Chev L.L.C. (d/b/a Gray-Daniels Chevrolet), Asbury St. Louis Cadillac L.L.C. (d/b/a Plaza Cadillac), Coggin Chevrolet L.L.C. (d/b/a Coggin Chevrolet at the Avenues), KP Motors L.L.C. (d/b/a Coggin Pontiac-GMC of Orange Park), CK Chevrolet LLC (d/b/a Coggin Chevrolet), and CK Motors LLC (d/b/a Coggin Pontiac-GMC-Buick)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Michael S. Davi, hereby certify that on 9th day of July, 2009, a true and correct copy of the **Protective Objection of Asbury MS Chev L.L.C. (d/b/a Gray-Daniels Chevrolet), Asbury St. Louis Cadillac L.L.C. (d/b/a Plaza Cadillac), Coggin Chevrolet L.L.C. (d/b/a Coggin Chevrolet at the Avenues), KP Motors L.L.C. (d/b/a Coggin Pontiac-GMC of Orange Park), CK Chevrolet LLC (d/b/a Coggin Chevrolet), and Ck Motors LLC. (d/b/a Coggin Pontiac-GMC-Buick) to Debtors' Proposed Cure Amounts** was served electronically via the Court's ECF system on participants of such system, and also by federal express and hand delivery as follows:

**BY FEDERAL EXPRESS:**

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Michael J. Edelman, Esq.
Michel Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019

U.S. Department of Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

Harvey Miller, Esq.
Stephen Karotin, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**BY HAND DELIVERY:**

Office of the United States Trustee
Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004


Dated: July 9, 2009

                                                              /s/ Michael S. Davi
                                                               Michael S. Davi