DECHERT LLP
Shmuel Vasser
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

    -and-

Juliet Sarkessian
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania  19104
Telephone:  (215) 994-4000
Facsimile: (215) 994-2222

*Counsel for the SAIC Parties (as defined below)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re  :  Chapter 11
: 
GENERAL MOTORS CORP., *et al.*,  :  Case No. 09-50026 (REG)
: 
Debtors.  :  (Jointly Administered)
: 
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF SHANGHAI AUTOMOTIVE INDUSTRY CORPORATION (GROUP), SHANGHAI TRACTOR & INTERNAL COMBUSTION ENGINE CO., LTD., SHANGHAI SIIC TRANSPORTATION ELECTRIC CO., LTD., YANFENG VISTEON JINQIAO AUTOMOTIVE TRIMS SYSTEMS CO., LTD., SHANGHAI KOITO AUTOMOTIVE LAMP CO., LTD., CHINA SPRING CORPORATION LIMITED, SHANGHAI HUIZHONG AUTOMOTIVE MANUFACTURING CO., LTD., AND AFFILIATES TO <u>THE ASSIGNMENT AND ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS</u>**

PLEASE TAKE NOTICE that Shanghai Automotive Industry Corporation (Group),

Shanghai Tractor & Internal Combustion Engine Co., Ltd., Shanghai SIIC Transportation

Electric Co., Ltd., Yanfeng Visteon Jinqiao Automotive Trims Systems Co., Ltd., Shanghai Koito Automotive Lamp Co., Ltd., China Spring Corporation Limited and Shanghai Huizhong Automotive Manufacturing Co., Ltd., along with all affiliated entities (collectively the "SAIC Parties"), through their undersigned counsel, hereby withdraw their Limited Objection to the Assignment and Assumption of Certain Executory Contracts filed on June 12, 2009 [Docket No. 879], based upon the understanding that the SAIC Parties and the Debtors (collectively the "Parties") will strive to resolve any remaining disputes regarding cure amounts through amicable negotiation, and that the Debtors will abide by the terms of all agreements they reach with the SAIC Parties.  If such negotiation does not resolve all disputes between the Parties, they will resolve such disputes through the arbitration procedure set forth in the Cure Dispute Resolution Process that is incorporated in the Trade Agreements the Parties have executed.

Dated: July 9, 2009
New York, New York

Respectfully submitted,

/s/ Shmuel Vasser
Shmuel Vasser
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
shmuel.vasser@dechert.com

-and-

2

Juliet Sarkessian
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania  19104
Telephone:  (215) 994-4000
Facsimile: (215) 994-2222
juliet.sarkessian@dechert.com

*Counsel for the SAIC Parties*

15174287.1