Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            )
In re                                                       )    Chapter 11
                                                            )
GENERAL MOTORS CORP., *et al.*,                             )
                                                            )    Case No. 09-50026 (REG)
                                                            )
                                          Debtors.          )    Jointly Administered
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 29, 2009, she caused a true and correct copy of the ***Notice of Appeal*** of Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief [Doc. No. 2988] to be served on the parties below by the method indicated and by electronic mail on all parties receiving notice via the Court's ECF System.

**By Electronic Mail**
Harvey R. Miller
harvey.miller@weil.com
Stephen Karotkin
stephen.karotkin@weil.com
Joseph H. Smolinsky
Joseph.smolinsky@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
767 Fifth Avenue
New York, NY 10153
**Counsel for the Debtors**

**By Electronic Mail**
Thomas Moers Mayer
tmayer@kramerlevin.com
Jennifer Sharret
jsharret@kramerlevin.com
Robert T. Schmidt
rschmidt@kramerlevin.com
Jeffrey S. Trachtman
jtrachtman@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Counsel for Official Committee of
Unsecured Creditors**

**By Electronic Mail**
Steve Jakubowski
sjakubowski@colemanlawfirm.com
Elizabeth E. Richert
erichert@colemanlawfirm.com
The Coleman Law Firm
77 West Wacker Drive
Chicago, IL 60601
**Counsel for
the Individual Accident Litigants**

**By Electronic Mail**
John J. Rapisardi
john.rapisardi@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**Counsel for
Vehicle Acquisition Holdings LLC**

**By Electronic Mail**
James L. Bromley
jbromley@cgsh.com
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
**Counsel for UAW**

**By Electronic Mail**
Babette Ceccotti
bceccotti@cwsny.com
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036
**Counsel for UAW**

**By Electronic Mail**
Michael J. Edelman
mjedelman@vedderprice.com
Michael L. Schein
mschein@vedderprice.com
Vedder Price, PC
1633 Broadway, 47th Floor
New York, NY 10019
**Counsel for Export Development Canada**

**By Electronic Mail**
David S. Jones
david.jones@usdoj.gov
Matthew L. Schwartz
matthew.schwartz@usdoj.gov
United States Attorney's Office
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007
Facsimile:  (212) 637-2684

-2-

**By Electronic Mail**
Andy Velez-Rivera
Andy.Velez-Rivera@usdoj.gov
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile: (212) 668-2255

**By Electronic Mail**
Matthew Feldman
matthew.feldman@do.treas.gov
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220
**United States Treasury**

**By Electronic Mail**
Suzanne Hepner
shepner@lrbpc.com
Levy Ratner, P.C.
Five Gateway Center
Suite 807
Pittsburgh, PA 15222
**Counsel for United Steelworkers**

**By Electronic Mail**
Elihu Inselbuch
ei@capdale.com
Rita C. Tobin
rct@capdale.com
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500

Peter Van N. Lockwood
pvnl@capdale.com
Ronald E. Reinsel
rer@capdalte.com
Caplin & Drysdale, Chartered
One Thomas Circile
Washington, D.C. 2005
**Counsel for Mark Buttita**

**By Electronic Mail**
Andrew N. Rosenberg
arosenberg@paulweiss.com
Margaret A. Phillips
mphillips@paulweiss.com
Matthew R. Scheck
mscheck@paulweiss.com
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
**Counsel for the Informal Group of Holders
of General Motors Unsecured Notes**

                                                 _/s/ Jo E. Hartwick_

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS