Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           )
In re                                                      )         Chapter 11
                                                           )
GENERAL MOTORS CORP., *et al.*,                            )
                                                           )         Case No. 09-50026 (REG)
                                                           )
                             Debtors.                      )         Jointly Administered
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 29, 2009, she caused a true and correct copy of the *Motion for an Order Certifying Sale Order for Immediate Appeal to the United States Court of Appeal, Pursuant to 28 U.S.C. § 158(d)(2) or in the Alternative for a Stay of the Sale Order, Pursuant to Fed. R. Bankr. P. 8005* [Bankr. Docket No. 2989] [Doc. No. 2988] to be served on the parties below by the method indicated and by electronic mail on all parties receiving notice via the Court's ECF System.

| | |
|---|---|
| **By Electronic Mail**<br>Harvey R. Miller<br>harvey.miller@weil.com<br>Stephen Karotkin<br>stephen.karotkin@weil.com<br>Joseph H. Smolinsky<br>Joseph.smolinsky@weil.com<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>767 Fifth Avenue<br>New York, NY 10153<br>**Counsel for the Debtors** | **By Electronic Mail**<br>Thomas Moers Mayer<br>tmayer@kramerlevin.com<br>Jennifer Sharret<br>jsharret@kramerlevin.com<br>Robert T. Schmidt<br>rschmidt@kramerlevin.com<br>Jeffrey S. Trachtman<br>jtrachtman@kramerlevin.com<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>**Counsel for Official Committee of Unsecured Creditors** |
| **By Electronic Mail**<br>Steve Jakubowski<br>sjakubowski@colemanlawfirm.com<br>Elizabeth E. Richert<br>erichert@colemanlawfirm.com<br>The Coleman Law Firm<br>77 West Wacker Drive<br>Chicago, IL 60601<br>**Counsel for<br>the Individual Accident Litigants** | **By Electronic Mail**<br>John J. Rapisardi<br>john.rapisardi@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>**Counsel for<br>Vehicle Acquisition Holdings LLC** |
| **By Electronic Mail**<br>James L. Bromley<br>jbromley@cgsh.com<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>**Counsel for UAW** | **By Electronic Mail**<br>Babette Ceccotti<br>bceccotti@cwsny.com<br>Cohen, Weiss and Simon LLP<br>330 W. 42nd Street<br>New York, NY 10036<br>**Counsel for UAW** |
| **By Electronic Mail**<br>Michael J. Edelman<br>mjedelman@vedderprice.com<br>Michael L. Schein<br>mschein@vedderprice.com<br>Vedder Price, PC<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>**Counsel for Export Development Canada** | **By Electronic Mail**<br>David S. Jones<br>david.jones@usdoj.gov<br>Matthew L. Schwartz<br>matthew.schwartz@usdoj.gov<br>United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street, Third Floor<br>New York, NY 10007<br>Facsimile: (212) 637-2684 |

**By Electronic Mail**
Andy Velez-Rivera
Andy.Velez-Rivera@usdoj.gov
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile: (212) 668-2255

**By Electronic Mail**
Matthew Feldman
matthew.feldman@do.treas.gov
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220
**United States Treasury**

**By Electronic Mail**
Suzanne Hepner
shepner@lrbpc.com
Levy Ratner, P.C.
Five Gateway Center
Suite 807
Pittsburgh, PA 15222
**Counsel for United Steelworkers**

**By Electronic Mail**
Elihu Inselbuch
ei@capdale.com
Rita C. Tobin
rct@capdale.com
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500

Peter Van N. Lockwood
pvnl@capdale.com
Ronald E. Reinsel
rer@capdalte.com
Caplin & Drysdale, Chartered
One Thomas Circile
Washington, D.C. 2005
**Counsel for Mark Buttita**

**By Electronic Mail**
Andrew N. Rosenberg
arosenberg@paulweiss.com
Margaret A. Phillips
mphillips@paulweiss.com
Matthew R. Scheck
mscheck@paulweiss.com
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
**Counsel for the Informal Group of Holders
of General Motors Unsecured Notes**

  /s/ Jo E. Hartwick
STUTZMAN, BROMBERG,ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

-3-