UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                          :
                                                               :   Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                                :
                                                               :   09-50026 (REG)
                                                               :
                        Debtors.                               :   (Jointly Administered)
                                                               :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1.   I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc. ("GCG"), the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.   On July 7, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document:

- **Stipulation and Agreed Order with Respect to the Withdrawal of Cure Objections Filed in Connection with Debtors' Assumption and Assignment of Certain Executory Contracts (Docket No. 2060)**

to be served via first class mail on the parties identified on Exhibit A (counterparties to the stipulation) attached hereto.

3.   I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

   Dated:  Seattle, Washington
           July 8, 2009


                                                          /s/  Laurie M. Thornton
                                                          LAURIE M. THORNTON

# EXHIBIT A

| | |
|---|---|
| ALLARD & FISH, P.C.<br>COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.<br>ATT: DEBORAH L. FISH, ESQ.<br>2600 BUHL BLDG<br>535 GRISWOLD<br>DETROIT MI 48226 | ALSTON & BIRD LLP<br>ATTY FOR BUEHLER MOTOR GMBH<br>ATTN J. WILLIAM BOONE<br>ONE ATLANTIC CENTER<br>1201 WEST PEACHTREE STREET<br>ATLANTA GA 30309-3424 |
| ALSTON & BIRD LLP<br>ATTORNEY FOR AUTOLIV ASP, INC.<br>DENNIS J. CONNOLLY<br>90 PARK AVENUE<br>NEW YORK NY 10016 | ALSTON & BIRD LLP<br>ATTORNEY FOR BUEHLER MOTOR GMGH<br>ATTENTION: J. WILLIAM BOONE<br>90 PARK AVENUE<br>NEW YORK NY 10016 |
| ARENT FOX LLP<br>ATTY FOR DISCOVERY COMMUNICATIONS, LLC<br>ATTN: JAMES M. SULLIVAN, ESQ.<br>1675 BROADWAY<br>NEW YORK NY 10019 | BARNES & THORNBURG LLP<br>ATTY FOR HIRATA CORPORATION OF AMERICA<br>ATTN: MARK R. OWENS, ESQ.<br>11 SOUTH MERIDIAN STREET<br>INDIANAPOLIS IN 46204 |
| BARNES & THORNBURG LLP<br>ATT: MARK R. OWENS, ESQ.<br>ATTY FOR KOCH ENTERPRISES, INC.<br>11 SOUTH MERIDIAN ST<br>INDIANAPOLIS IN 46204 | BLANK ROME LLP<br>ATT: MARC E. RICHARDS, ESQ.<br>ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK NY 10174 |
| BRACEWELL & GIULIANI LLP<br>ATTORNEY FOR GEORG FISCHER AUTOMOTIVE AG<br>ATTENTION: RENEE M. DAILEY<br>225 ASYLUM STREET<br>SUITE 2600<br>HARTFORD CT 06103 | BRIAN M. GRAHAM<br>SMITH AMUNDSON, LLC<br>150 NORTH MICHIGAN AVENUE, SUITE 3300<br>CHICAGO IL 60601 |
| BUTZEL LONG A PROFESSIONAL CORPORATION-<br>ATTY FOR NEW MATHER METALS, INC.<br>ATTN: ROBERT SIDORSKY & ERIC B. FISHER<br>380 MADISON AVENUE<br>NEW YORK NY 10017 | CARSON FISCHER, P.L.C.<br>ATTY FOR RUSH TRUCKING CORPORATION<br>ATTN: JOSEPH M. FISCHER & PATRICK J. KUKLA<br>4111 ANDOVER ROAD, WEST-2ND FLOOR<br>BLOOMFIELD HILLS MI 48302 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.<br>ATT: SEAN A. O'NEAL, ESQ.<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 | COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C<br>ATTY FOR COMMERCIAL CONTRACTING CORPORATION<br>ATTN: MARK S. FRANKEL AND JERRY M. ELLIS<br>39395 W. TWELVE MILE ROAD, SUITE 200<br>FARMINGTON HILLS MI 48331 |
| COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.<br>MARK S. FRANKEL<br>39395 W TWELVE MILE RD<br>STE 200<br>FARMINGTON HILLS MI 48331 | D.W. GRIFFITH<br>100 PHILA PIKE<br>SUITE B<br>WILMINGTON DE 19809 |
| DAVIDOFF MALITO<br>ATTY FOR HAGEMEYER, N.A<br>ATTN: DAVID WANDER<br>605 THIRD AVENUE , 34TH FLOOR<br>NEW YORK NY 10158 | DICKINSON WRIGHT PLLC<br>ATTY FOR JOHNSON CONTROLS, INC.<br>ATT: JAMES A. PLEMMONS, ESQ.<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT MI 48226 |
| DICKINSON WRIGHT PLLC<br>ATTY FOR MAGNA INTERNATIONAL, INC.<br>ATT: JAMES A. PLEMMONS, ESQ.<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT MI 48226 | DICKINSON WRIGHT PLLC<br>ATTY FOR YAZAKI NORTH AMERICA, INC.<br>ATT: JAMES A. PLEMMONS, ESQ.<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT MI 48226 |

| | |
|---|---|
| DICKINSON WRIGHT PLLC<br>ATTY FOR YOROZU AMERICA CORPORATION<br>ATT: JAMES A. PLEMMONS, ESQ.<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT MI 48226 | DICKINSON WRIGHT PLLC<br>ATTN: MICHAEL C. HAMMER<br>500 WOODWARD AVENUE<br>SUITE 4000<br>DETROIT MI 48226 |
| DLA PIPER LLP (US)<br>ATTY FOR GENERAL PHYSICS CORPORATION AND GP STRATEGIES CORPORATION<br>ATTN: MARK J. FRIEDMAN<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1104 | DORSEY & WHITNEY LLP<br>ATTY FOR BALLARD MATERIAL PRODUCTS INC.<br>ATTN: MICHAEL FOREMAN, ESQ.<br>250 PARK AVENUE<br>NEW YORK NY 10177 |
| DRINKER BIDDLE & REATH LLP<br>ATTY FOR PENSKE LOGISTICS AUTOMOTIVE COMPONENT CARRIER LLC<br>ATTN: ANDREW C. KASSNER AND DAVID B. AARONSON<br>18TH & CHERRY STREETS<br>PHILADELPHIA PA 19103 | FEDERAL EXPRESS CORPORATION<br>ATTN: ROBERT R. ROSS<br>3620 HACKS CROSS ROAD<br>BUILDING B - 2ND FLOOR<br>MEMPHIS TN 38125-8800 |
| FELLERS SNIDER BLANKENSHIP BAILEY & TIPPENS, PC<br>ATT STEPHEN J. MORIARTY<br>100 NORTH BROADWAY, SUITE 1700<br>ATTY FOR 100 NORTH BROADWAY, SUITE 170<br>OKLAHOMA CITY OK 73102 | FILDEW HINKS, PLLC<br>ATT: STEPHEN J. POKOJ<br>ATTY FOR CENTRAL CONVEYOR COMPANY<br>3600 PENOBSCOT BLDG., 645 GRISWOLD ST.<br>DETROIT MI 48226-4291 |
| FOLEY & LARDNER LLP<br>ATTY FOR WEBASTO FAHRZEUGTECHNIK AND WEBASTO ROOF SYSTEMS INC.<br>ATTN: THOMAS B. SPILLANE, ESQ.<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT MI 48226-3489 | FOLEY & LARDNER LLP<br>ATTY FOR PETERSON AMERICAN CORPORATION<br>ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER<br>ONE DETROIT CENTER<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT MI 48226-3489 |
| FOLEY & LARDNER LLP<br>ATTY FOR PEUGEOT JAPY INDUSTRIES S.A.<br>ATTN: JUDY A. O'NEILL, JOHN A. SIMON, KATHERINE R. CATANESE<br>ONE DETROIT CENTER<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT MI 48226-3489 | FOLEY & LARDNER LLP<br>ATTY FOR PIRELLI TIRE, LLC<br>ATTN: SALVATORE A. BARBATANO, JOHN A. SIMON, KATHERINE R. CATANESE<br>ONE DETROIT CENTER<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT MI 48226-3489 |
| FOLEY & LARDNER LLP<br>ATTY FOR ACUMENT GLOBAL TECHNOLOGIES, INC.<br>ATTN: SALVATORE A. BARBATANO, ESQ.<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT MI 48226-3489 | FOLEY & LARDNER LLP<br>ATTY FOR FICOSA NORTH AMERICA CORP, FICOSA NORTH AMERICA, SA DE CV<br>ATTN: THOMAS B. SPILLANE & ANN MARIE UETZ<br>ONE DETROIT CENTER<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT MI 48226-3489 |
| FOLEY & LARDNER LLP<br>ATTY FOR HENNIGES AUTOMOTIVE HOLDING, INC.<br>ATTN: ANN MARIE UETZ & THOMAS B. SPILLANE<br>ONE DETROIT CENTER<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT MI 48226-3489 | FOLEY & LARDNER LLP<br>ATTY FOR GETRAG TRANSMISSION CORPORATION<br>ATTN: FRANK DICASTRI, ESQ.<br>777 EAST WISCONSIN AVENUE<br>MILWAUKEE WI 53202 |
| FOLEY & LARDNER LLP<br>ATTY FOR BBI ENTERPRISES GROUP, INC.<br>ATT: ANN MARIE UETZ & THOMAS B. SPILLANE<br>ONE DETROIT CENTER<br>500 WOODWARD AVENUE, SUITE 2700<br>DETROIT MI 48226-3489 | GIBBONS P.C.<br>ATTY FOR J.D. POWER AND ASSOCIATES<br>ATT: DAVID N. CRAPO, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310 |
| GIBBONS, PC<br>DAVID N. CRAPO<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310 | HAYNES AND BOONE LLP<br>ATTY FOR AIRGAS, INC.<br>ATT: JONATHAN HOOK, ESQ.<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1007 |

| | |
|---|---|
| HAYNES AND BOONE LLP<br>ATTY FOR AIRGAS, INC.<br>ATT: PATRICK L. HUGHES & PETER C. RUGGERO<br>1221 MCKINNEY, SUITE 2100<br>HOUSTON TX 77010 | HCA, INC.<br>ATTN: ROBERT E. MCCARTHY<br>D/B/A ANDERSON COONSULTING ASSOC<br>5300 PLAINS RD.<br>EATON RAPIDS MI 48827 |
| HISCOCK & BARCLAY, LLP<br>ATTN: J. ERIC CHARLTON<br>ATTY FOR CANADIAN NATIONAL RAILWAY<br>ONE PARK PLACE, 300 SOUTH STATE STREET<br>SYRACUSE NY 13202-2078 | HOWARD & HOWARD ATTORNEYS, PPLC<br>ATTY FOR PLASTIC OMNIUM AUTO EXTERIORS, L.L.C., PLASTIC OMNIUM AUTO EX<br>ATTN: LISA S. GRETCHKO<br>450 WEST FOURTH STREET<br>ROYAL OAK MI 48067 |
| HUSCH BLACKWELL SANDERS LLP<br>ATTN: MARSHALL TURNER<br>190 CARONDELET PLAZA<br>SUITE 600<br>SAINT LOUIS MO 63105 | HUSCH BLACKWELL SANDERS LLP<br>ATTORNEYS FOR SSDC SERVICES CORP.<br>ATT: MICHAEL D. FIELDING<br>4801 MAIN STREET, STE 100<br>KANSAS CITY MO 64112 |
| JACOB & WEINGARTEN, P.C.<br>ATT: HOWARD S. SHER & MICHELE L. WALTON<br>ATTORNEY FOR ALBAR INDUSTRIES, INC.<br>2301 W. BIG BEAVER<br>SUITE 777<br>TROY MI 48084 | JAFFE RAITT HEUER & WEISS, P.C.<br>ATTY FOR NORTHERN ENGRAVING CORPORATION<br>ATTN: PAUL R. HAGE<br>27777 FRANKLIN ROAD, SUITE 2500<br>SOUTHFIELD MI 48034 |
| JERRY BOWLER<br>CONTROLLER<br>PARAGON TECHNOLOGIES, INC<br>5775 TEN MILE ROAD<br>WARREN MI 48091 | K&L GATES LLP<br>ATTORNEYS FOR BLUE MARBLE ENVIRONMENTAL, INC.<br>ATTN: ROBERT N. MICHAELSON<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 |
| KELLEY DRYE & WARREN<br>ATTN: JENNIFER A. CHRISTIAN<br>101 PARK AVENUE<br>NEW YORK NY 10178 | KELLEY DRYE & WARREN, LLP<br>ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.<br>ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| KRONCKE, DARCANGELO SUTTER AND FUREY<br>GERALD L. MILLS<br>ATTY FOR THREAD INFORMATION DESIGN, INC.<br>2255 WEST LASKEY ROAD<br>TOLEDO OH 43613 | LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.<br>ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.<br>ATTN: SUSAN M. COOK, ESQ.<br>916 WASHINGTON AVENUE, SUITE 309<br>BAY CITY MI 48708 |
| LATHAM & WATKINS LLP<br>ATTN: GEORGE ROYLE<br>885 THIRD AVENUE<br>SUITE 1000<br>NEW YORK NY 10022 | LATHAM & WATKINS LLP<br>ATT: MITCHELL SEIDER, JASON SANJANA<br>885 THIRD AVENUE<br>NEW YORK NY 10022-4802 |
| LATHAM & WATKINS LLP<br>ATT: PAUL SHERIDAN<br>ATTY FOR AIRTEX PRODUCTS, LP<br>555 ELEVENTH STREET, NW STE 1000<br>WASHINGTON DC 20004-1304 | LATHAM & WATKINS LLP<br>ATT: DOUGLAS BACON<br>ATTORNEY FOR NBC UNIVERSAL, INC.<br>SEARS TOWER, SUITE 5800<br>233 SOUTH WACKER DRIVE<br>CHICAGO IL 60606 |
| LEONARD, STREET AND DEINARD, PA<br>ATTY FOR QUADION CORP.<br>ATT: MATTHEW A. SWANSON, ESQ.<br>150 SOUTH FIFTH STREET, SUITE 2300<br>MINNEAPLOIS MN 55402 | LESLIE S. BARR<br>WINDELS MARX LANE & MITTENDORF, LLP<br>156 WEST 56TH STREET<br>NEW YORK NY 10019 |

| | |
|---|---|
| MARK T. VUONO<br>VUONO & GRAY, LLC<br>310 GRANT ST., SUITE 2310<br>PITTSBURG PA 15219 | MARKET INSIGHT CORPORATION<br>ATTN: RICH FALCONE<br>2479 E BAYSHORE RD<br>STE 809<br>PALO ALTO CA 94303 |
| MARTIN TRANSPORTATION SYSTEMS INC<br>RICHARD M. DABNEY<br>7300 CLYDE PARK AVE SW<br>BYRON CENTER MI 49315-8387 | MCDONALD HOPKINS PLC<br>ATTY FOR COUNSEL TO COMAU, INC<br>ATTN: THOMAS K. LINDAHL<br>39533 WOODWARD AVE., SUITE 318<br>BLOOMFIELD HILLS MI 48304 |
| MCDONALD HOPKINS PLC<br>ATTY FOR SWAGELOK COMPANY<br>ATTN: STEPHEN M. GROSS<br>39533 WOODWARD AVE., STE. 318<br>BLOOMFIELD HILLS MI 48304 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC, PITNEY BOWES SO<br>ATT: EDWARD J. LOBELLO, ESQ.<br>1350 BROADWAY, SUITE 501<br>P.O. BOX 822<br>NEW YORK NY 10018-0822 |
| MICHAEL BEST & FRIEDRICH LLP<br>ATTORNEY FOR JEFFERSON WELLS INTERNATIONAL, INC.<br>TONYA A. TRUMM<br>100 EAST WISCONSIN AVENUE, SUITE 3300<br>MILWAUKEE WI 53202-4108 | MILLER JOHNSON<br>ATTY FOR BENTELER AUTOMOTIVE CORPORATION<br>ATT THOMAS P. SARB, ESQ<br>250 MONROE AVE., STE 800<br>GRAND RAPIDS MI 49501-0306 |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,<br>KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG HOLDING<br>ATTN: MARC N. SWANSON, ESQ.<br>150 WEST JEFFERSON AVENUE, SUITE 2500<br>DETROIT MI 48226 | MONZACK MERSKY MCLAUGHLIN AND BROWDER<br>ATTORNEYS FOR BLUE MARBLE ENVIRONMENTAL, INC<br>ATTN: BRIAN J. MCLAUGHLIN<br>1201 N ORANGE STREET<br>SUITE 400, PO BOX 2031<br>WILMINTON DE 48226 |
| MOORE & VAN ALLEN PLLC<br>ATTY FOR HAGEMEYER N.A.<br>ATT: CYNTHIA JORDAN LOWERY, ESQ.<br>40 CALHOUN STREET, SUITE 300<br>POST OFFICE BOX 22828<br>CHARLESTON SC 29413-2828 | NADLER NADLER & BURDMAN CO., L.P.A.<br>ATTORNEYS FOR COMPREHENSIVE LOGISTICS CO., INC.<br>ATTN: MICHAEL A. GALLO AND TIMOTHY M. REARDON<br>20 FEDERAL PLAZA WEST<br>SUITE 600<br>YOUNGSTOWN OH 44503 |
| NORTON & ASSOCIATES, LLC<br>ATTORNEYS FOR SSDC SERVICES, CORP.<br>ATT: MICHAEL E. NORTON<br>317 MADISON AVENUE, STE 415<br>NEW YORK NY 10017 | ORRICK HERRINGTON & SUTCLIFFE LLP<br>ATT: FREDERICK D. HOLDEN, JR., JENNA S. CLEMENS<br>ATTY FOR APL CO. PTE LTD AND AMERICAN PRESIDENT LINES, LTD.<br>666 FIFTH AVENUE<br>NEW YORK NY 10103 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA<br>ATTN: RICHARD H. WYRON, ESQ.<br>COLUMBIA CENTER<br>1152 15TH STREET, N.W.<br>WASHINGTON DC 20005-1706 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA<br>ATTN: JOHN ANSBRO & COURTNEY M. ROGERS<br>666 FIFTH AVENUE<br>NEW YORK NY 10103 |
| ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>ATTN: ALYSSA D. ENGLUND<br>666 FIFTH AVENUE<br>NEW YORK NY 10103-0002 | OTTAWAY MOTOR EXPRESS LTD<br>714880 COUNTY ROAD 4<br>WOODSTOCK, ONT<br>N4S 7W3 CANADA |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTY FOR RYDER INTEGRATED LOGISTICS, INC.<br>ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6064 | PLATZER, SWERGOLD, KARLIN LEVINE, GOLDBERG & JASLOW, LLP<br>CLIFF A. KATZ<br>1065 AVENUE OF THE AMERICAS<br>NEW YORK NY 10018 |

| | |
|---|---|
| PLUNKETT COONEY<br>ATTY FOR DENSO INTERNATIONAL AMERICA & DENSO SALES CALIFORNIA<br>ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING<br>38505 WOODWARD AVENUE, SUITE 2000<br>BLOOMFIELD HILLS MI 48304 | POTTER ANDERSON & CORROON LLP<br>ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN RAILWAY<br>ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.<br>HERCULES PLAZA, 6TH FLOOR<br>1313 NORTH MARKET STREET P.O. BOX 951<br>WILMINGTON DE 19801 |
| RAWLE & HENDERSON LLP<br>STEVEN MONTGOMERY, GARY F SEITZ<br>14 WALL STREET<br>27TH FLOOR<br>NEW YORK NY 10005 | REID AND REIGE, P.C.<br>ATTY FOR BARNES GROUP INC.<br>ATT: CAROL A. FELICETTA, ESQ.<br>195 CHURCH STREET<br>NEW HAVEN CT 06510 |
| REINHART BOERNER VAN DEUREN S.C.<br>ATT: AMANDA M. GIBBS<br>1000 NORTH WATER STREET, SUITE 1700<br>P.O. BOX 2965<br>MILWAUKEE WI 53201-2965 | REINHART BOERNER VAN DEUREN S.C.<br>ATT: L. KATIE MASON<br>ATTY FOR UNICO, INC.<br>1000 NORTH WATER ST, STE 1700, POB 2965<br>MILWAUKEE WI 53201-2965 |
| RHOADES MCKEE<br>ATTY FOR BAY LOGISTICS, INC.<br>ATTN: TERRY L. ZABEL, ESQ.<br>161 OTTAWA AVENUE, NW, SUITE 600<br>GRAND RAPIDS MI 49503 | RJ LANDAU PARTNERS, PLLC<br>ATTN: CHRISTOPHER A MERRITT<br>5340 PLYMOUTH RD<br>STE 200<br>ANN ARBOR MI 48105 |
| ROPES & GRAP LLP<br>ATTY FOR CROSS COUNTRY MOTOR CLUB OF CALIFORNIA, INC.<br>ATTN : JAMES M. WILTON & JAMES A. WRIGHT III<br>ONE INTERNATIONAL PLACE<br>BOSTON MA 02110-2624 | SCHULTE ROTH & ZABEL LLP<br>ATTY FOR PARNASSUS HOLDINGS II, LLC; PLATINUM EQUITY CAPITAL<br>PARTNERS II, LP<br>ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.<br>919 THIRD AVENUE<br>NEW YORK NY 10022 |
| SCHWARTZ, LICHTENBERG LLP<br>ATTY FOR ALBAR INDUSTRIES, INC.<br>ATTN: BARRY E. LICHTENBERG, ESQ.<br>420 LEXINGTON AVENUE, SUITE 2400<br>NEW YORK NY 10170 | SILVERMAN & MORRIS, P.L.L.C.<br>ATTY FOR CASSENS TRANSPORT COMPANY<br>ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS<br>7115 ORCHARD LAKE ROAD, SUITE 500<br>WEST BLOOMFIELD MI 48322 |
| STOEL RIVES LLP<br>DAVID B. LEVANT, ERIN L. ELIASEN, ESQ.<br>600 UNIVERSITY STREET<br>SUITE 3600<br>SEATTLE WA 98101 | TAFT STETTINIUS & HOLLISTER<br>425 WALNUT ST STE 1800<br>CINCINNATI OH 45202-3948 |
| WARREN AND YOUNG PLL<br>JEFFREY L COXON<br>134 W 46TH ST<br>ASHTABULA OH 44050-2300 | WENDY S. WALKER<br>MORGAN LEWIS & BOCKIUS LLP<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP<br>ATTN: ERIC G. WAXMANN III<br>170 OLD COUNTRY ROAD<br>SUITE 400<br>MINEOLA NY 11501 | WILMER CUTLER PICKERING HALE & DORR LLP<br>ATTORNEYS FOR GFK CUSTOMER RESEARCH LLC<br>ATTN: JAMES MILLAR & ANDREW GOLDMAN<br>399 PARK AVENUE<br>NEW YORK NY 10022 |
| WINDELS MARX LANE & MITTENDORF, LLP<br>ATTY FOR PLASTIC OMNIUM AUTO EXTERIORS, L.L.C., PLASTIC OMNIUM AUTO EX<br>ATTN: LESLIE S. BARR<br>156 WEST, 56TH STREET<br>NEW YORK NY 10019 | WINSTEAD PC<br>ATT: R. MICHAEL FARQUHAR, JOSEPH G. EPSTEIN<br>1100 JPMORGAN CHASE TOWER<br>600 TRAVIS STREET<br>HOUSTON TX 77022-5895 |