UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                            :
                                                 :    Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                  :
                                                 :    09-50026 (REG)
                                                 :
              Debtors.                           :    (Jointly Administered)
                                                 :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

    1.    I am a Senior Bankruptcy Consultant with the Business Reorganization Department in the Seattle office of The Garden City Group, Inc. ("GCG"), the claims and noticing agent for the Debtors and Debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address of the Seattle office of GCG is located at 815 Western Avenue, Suite 200, Seattle, Washington 98104.

    2.    On July 7, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of:

- **Stipulation and Agreed Order Between the Debtors and The Hertz Corporation for Assumption and Assignment of Executory Contracts [Docket No. 2997]**

to be served via first class mail on Richard P. McEvily, Staff Vice President and Deputy General Counsel, The Hertz Corporation, 225 Brae Boulevard, Park Ridge, NJ 07656.

    3.    Also on July 7, 2009, at the direction of Weil, Gotshal, I caused a true and correct copy of:

- **Stipulation and Agreed Order Between the Debtors and Avis Budget Group, Inc. Regarding Assumption and Assignment of Fleet Purchase Agreement and Related Agreements [Docket No. 2999]**

to be served via first class mail on Robert Salerno, Budget Avis Group, Inc., 6 Sylvan Way, Parsippany, NJ 07054.

I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: Seattle, Washington
       July 8, 2009

                                          /s/ Laurie M. Thornton
                                          LAURIE M. THORNTON