David E Leta (Utah Bar No. 1937)(*pro hac* admission pending)
Timothy J. Dance (Utah Bar No. 11553)(*pro hac* admission pending)
SNELL & WILMER, LLP
15 W South Temple, Suite 1200
Salt Lake City, UT  84101
Telephone: (801) 257-1900
Fax: (801) 257-1800
Email: delta@swlaw.com
         tdance@swlaw.com

*Attorneys for Greater Park City Company d/b/a*
*Park City Mountain Resort AND Mt. Bachelor, Inc.*

**UNITED STATES BANKRUTPCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **GENERAL MOTORS CORP., et al.,** | : | **Case No. 09-50026 (REG)** |
| **Debtors.** | : | **Jointly Administered** |

### CERTIFICATE OF SERVICE

I, Timothy J. Dance, hereby certify that on the date written below I caused to be served to the persons listed on the attached Service List, via US Mail (all costs prepaid), a true copy of the *Objection to Debtors' Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts, Declaration of Jennifer Botter in Support of Objection on behalf of Park City Mountain Resorts, Declaration of Jennifer Botter in Support of Objection on Behalf of Mt Bachelor, Inc.* and this Certificate of Service.

10240195.1

DATED this 2nd day of July, 2009.

                                           Snell & Wilmer L.L.P.

                                           /s/ Timothy J. Dance
                                         David E. Leta, Esq.
                                         Timothy J. Dance, Esq.
                                         Snell & Wilmer L.L.P.
                                         15 W South Temple, Suite 1200
                                         Salt Lake City, UT  84101

10240195.1

## SERVICE LIST

General Motors Corporation
ATTN: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI 48265

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Harvey H. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway 47th Floor
New York, NY 10019

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220

Diana G. Adams, Esq.
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Adam C. Rogoff, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Daniel W Sherrick, Esq.
UAW
8000 East Jefferson Avenue
Detroit, MI 48214

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
On Liberty Plaza
New York, NY 10006

Babette Ceccotti, Esq.
Cohen Weiss and simon LLP
330 W 42nd Street
New York, NY 10036

David S. Jones, Esq.
Matthew L. Schwartz, Esq.
U.S. Attorneys Office
S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007

10240195.1