**Exhibit A**

**General Motors Corporation**

| 203092 | | | Full Prepetition: | 185,007.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 6/26/2009 | Rebilled Prepetition Maintenance: | 3,254,258.75 | | | |
| DETROIT | | | Rebilled Post Petition Maintenance: | 4,555,962.31 | | | |
| | | | Total Cure Amount: | 7,995,228.06 | | | |

| Inv# | Doc. Date | Due Date | Amount | Text | Sold to | Bill to | Ship to | BILL ADDRESS ON INVOICE |
|---|---|---|---|---|---|---|---|---|
| 6008101544 | 1/26/2007 | 2/2/2007 | 59,466.00 | 2007 Mt apx 39 GMAC GMP0026477 12/4/07 | GM CORP Detroit MI | GMAC, DETROIT, MI | GMAC, DETROIT, MI | GMAC  DETROIT MI  USA |
| 6008128564 | 5/23/2008 | 6/22/2008 | 49,106.00 | MT 2008 Extension Fixed- Bogota | Same- GM Detroit MI | GM  DETROIT MI | General Motors Colmoto | GM BOGOTA COLUMBIA |
| 6008129014 | 7/1/2008 | 7/31/2008 | 76,435.00 | MT Extn SAP R/3 7/1-12/31/08 BRAZIL | Same- GM Detroit MI | GM  DETROIT MI | EDS Desenvolvimento d | EDS- BRAZIL |
| **FULL PREPETITION:** | | | **185,007.00** | | | | | |
| 6008152326 | 6/10/2009 | 8/2/2009 | 15,316.24 | 2009 PRE PET Mt appx 1 LAAM Bogota | Same- GM Detroit MI | General Motors Colmoto | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008152339 | 6/10/2009 | 8/2/2009 | 132,969.56 | 2009 PRE PET Mt appx 12 LAAM Brazil | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008152349 | 6/10/2009 | 8/2/2009 | 13,418.49 | 2009 PRE PET Mt appx 14 LAAM Bogota | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008152354 | 6/10/2009 | 8/2/2009 | 13,550.07 | 2009 PRE PET Mt appx 16 LAAM Brazil | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008153085 | 6/25/2009 | 8/2/2009 | 4,189.79 | 2009 PRE PET Mt appx 18 China | Same- GM Detroit MI | SAIC-GM-Wuling Autom | SAIC-GM-Wuling Autom | Liuzhou, SH, China |
| 6008153108 | 6/25/2009 | 8/2/2009 | 13,323.75 | 2009 PRE PET Mt appx 19 India | Same- GM Detroit MI | General Motors India Pvt | General Motors India Pv | Gujarat, , India |
| 6008152336 | 6/10/2009 | 8/2/2009 | 17,578.14 | 2009 PRE PET Mt appx 2 EDS Texas | Same- GM Detroit MI | EDS BPO SRM Acquisiti | Electronic Data Systems | GM  DETROIT MI |
| 6008153089 | 6/25/2009 | 8/2/2009 | 6,306.57 | 2009 PRE PET Mt appx 20 China | Same- GM Detroit MI | SAIC-GM-Wuling Autom | SAIC-GM-Wuling Autom | Liuzhou, SH, China |
| 6008153110 | 6/25/2009 | 8/2/2009 | 1,593.75 | 2009 PRE PET Mt appx 21 India | Same- GM Detroit MI | General Motors India Pvt | General Motors India Pv | Gujarat, , India |
| 6008152360 | 6/10/2009 | 8/2/2009 | 6,948.32 | 2009 PRE PET Mt appx 26 Dubai | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008152363 | 6/10/2009 | 8/2/2009 | 31,612.81 | 2009 PRE PET Mt appx 28 Andean | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008153116 | 6/25/2009 | 8/2/2009 | 2,220.62 | 2009 PRE PET Mt appx 29 India | Same- GM Detroit MI | General Motors India Pvt | General Motors India Pv | Gujarat, , India |
| 6008153114 | 6/25/2009 | 8/2/2009 | 1,593.75 | 2009 PRE PET Mt appx 30 India | Same- GM Detroit MI | General Motors India Pvt | General Motors India Pv | Gujarat, , India |
| 6008152319 | 6/10/2009 | 8/2/2009 | 888.25 | 2009 PRE PET Mt appx 38 HP Ontario IS&S | Same- GM Detroit MI | GM  DETROIT MI | General Motors/HP, Mis | GM  DETROIT MI |
| 6008153094 | 6/25/2009 | 8/2/2009 | 24,777.50 | 2009 PRE PET Mt appx 39 GMAC | Same- GM Detroit MI | GMAC, DETROIT, MI | GMAC, DETROIT, MI | GMAC  DETROIT MI  USA |
| 6008152368 | 6/10/2009 | 8/2/2009 | 13,418.50 | 2009 PRE PET Mt appx 41 Chile | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008153112 | 6/25/2009 | 8/2/2009 | 1,593.75 | 2009 PRE PET Mt appx 43 India | Same- GM Detroit MI | General Motors India Pvt | General Motors India Pv | Gujarat, , India |
| 6008152373 | 6/10/2009 | 8/2/2009 | 12,575.75 | 2009 PRE PET Mt appx 44 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008152376 | 6/10/2009 | 8/2/2009 | 13,418.50 | 2009 PRE PET Mt appx 47 Venezuela | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008152379 | 6/10/2009 | 8/2/2009 | 51,000.00 | 2009 PRE PET Mt appx 48 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008152382 | 6/10/2009 | 8/2/2009 | 68,000.00 | 2009 PRE PET Mt appx 49 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008152385 | 6/10/2009 | 8/2/2009 | 42,500.00 | 2009 PRE PET Mt appx 50 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008152388 | 6/10/2009 | 8/2/2009 | 25,500.00 | 2009 PRE PET Mt appx 51 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008153087 | 6/25/2009 | 8/2/2009 | 478.83 | 2009 PRE PET Mt appx 53 China | Same- GM Detroit MI | SAIC-GM-Wuling Autom | SAIC-GM-Wuling Autom | Liuzhou, SH, China |
| 6008152391 | 6/10/2009 | 8/2/2009 | 70,835.60 | 2009 PRE PET Mt appx 56 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008153072 | 6/25/2009 | 8/2/2009 | 2,274.45 | 2009 PRE PET Mt appx 57 Mexico | Same- GM Detroit MI | General Motors de México | EDS IT Services S de R | GM  GRENADA MEXICO |
| 6008153074 | 6/25/2009 | 8/2/2009 | 6,464.25 | 2009 PRE PET Mt appx 6 Mexico | Same- GM Detroit MI | General Motors de México | Electronic Data Systems | GM  GRENADA MEXICO |
| 6008152409 | 6/10/2009 | 8/2/2009 | 113,333.33 | 2009 PRE PET Mt appx 60 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008153101 | 6/25/2009 | 8/2/2009 | 34,373.79 | 2009 PRE PET Mt appx 63 Germany | Same- GM Detroit MI | General Motors Powertra | GM Europe GmbH, Rüs | GM HUNGARY |
| 6008152414 | 6/10/2009 | 8/2/2009 | 425,027.63 | 2009 PRE PET Mt appx 66 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008153081 | 6/25/2009 | 8/2/2009 | 1,119.31 | 2009 PRE PET Mt appx 7 & 18 Amdt 1 China | Same- GM Detroit MI | SAIC-GM-Wuling Autom | SAIC-GM-Wuling Autom | Liuzhou, SH, China |
| 6008153083 | 6/25/2009 | 8/2/2009 | 5,985.42 | 2009 PRE PET Mt appx 7 China | Same- GM Detroit MI | SAIC-GM-Wuling Autom | SAIC-GM-Wuling Autom | Liuzhou, SH, China |
| 6008153098 | 6/25/2009 | 8/2/2009 | 92,999.77 | 2009 PRE PET Mt appx 70 GMAC | Same- GM Detroit MI | GMAC, DETROIT, MI | GMAC, DETROIT, MI | GMAC  DETROIT MI  USA |
| 6008152418 | 6/10/2009 | 8/2/2009 | 1,932,372.64 | 2009 PRE PET Mt appx 71 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008152421 | 6/10/2009 | 8/2/2009 | 16,150.00 | 2009 PRE PET Mt appx 72 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008153096 | 6/25/2009 | 8/2/2009 | 3,168.37 | 2009 PRE PET Mt appx 73 GMAC | Same- GM Detroit MI | GMAC, DETROIT, MI | GMAC, DETROIT, MI | GMAC  DETROIT MI  USA |
| 6008152323 | 6/10/2009 | 8/2/2009 | 35,381.25 | 2009 PRE PET Mt appx 78 HP Ontario | Same- GM Detroit MI | GM Financial Shared Se | Hewlett-Packard (Canad | Phoenix, AZ |
| **2009 PREPETITION MAINTENANCE:** | | | **3,254,258.75** | | | | | |
| 6008152327 | 6/10/2009 | 8/2/2009 | 21,442.74 | 2009 POSTPET Mt appx 1 LAAM Bogota | Same- GM Detroit MI | General Motors Colmoto | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008152340 | 6/10/2009 | 8/2/2009 | 186,157.40 | 2009 POSTPET Mt appx 12 LAAM Brazil | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008152350 | 6/10/2009 | 8/2/2009 | 18,785.89 | 2009 POSTPET Mt appx 14 LAAM Bogota | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008152355 | 6/10/2009 | 8/2/2009 | 18,970.09 | 2009 POSTPET Mt appx 16 LAAM Brazil | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008153086 | 6/25/2009 | 8/2/2009 | 5,865.71 | 2009 POSTPET Mt appx 18 China | Same- GM Detroit MI | SAIC-GM-Wuling Autom | SAIC-GM-Wuling Autom | Liuzhou, SH, China |
| 6008153109 | 6/25/2009 | 8/2/2009 | 18,653.25 | 2009 POSTPET Mt appx 19 India | Same- GM Detroit MI | General Motors India Pvt | General Motors India Pv | Gujarat, , India |
| 6008152337 | 6/10/2009 | 8/2/2009 | 24,609.40 | 2009 POSTPET Mt appx 2 EDS Texas | Same- GM Detroit MI | EDS BPO SRM Acquisiti | Electronic Data Systems | GM  DETROIT MI |
| 6008153090 | 6/25/2009 | 8/2/2009 | 8,829.21 | 2009 POSTPET Mt appx 20 China | Same- GM Detroit MI | SAIC-GM-Wuling Autom | SAIC-GM-Wuling Autom | Liuzhou, SH, China |
| 6008153111 | 6/25/2009 | 8/2/2009 | 2,231.25 | 2009 POSTPET Mt appx 21 India | Same- GM Detroit MI | General Motors India Pvt | General Motors India Pv | Gujarat, , India |

Exhibit A    Pg 3 of 80

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6008152361 | 6/10/2009 | 8/2/2009 | 9,727.65 | 2009 POSTPET Mt appx 26 Dubai | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008152364 | 6/10/2009 | 8/2/2009 | 44,257.94 | 2009 POSTPET Mt appx 28 Andean | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008153117 | 6/25/2009 | 8/2/2009 | 3,108.88 | 2009 POSTPET Mt appx 29 India | Same- GM Detroit MI | General Motors India Pvt | General Motors India Pv | Gujarat, , India |
| 6008153115 | 6/25/2009 | 8/2/2009 | 2,231.25 | 2009 POSTPET Mt appx 30 India | Same- GM Detroit MI | General Motors India Pvt | General Motors India Pv | Gujarat, , India |
| 6008152320 | 6/10/2009 | 8/2/2009 | 1,243.55 | 2009 POSTPET Mt appx 38 HP Ontario IS&S | Same- GM Detroit MI | GM  DETROIT MI | General Motors/HP, Mis | GM  DETROIT MI |
| 6008153095 | 6/25/2009 | 8/2/2009 | 34,688.50 | 2009 POSTPET Mt appx 39 GMAC | Same- GM Detroit MI | GMAC, DETROIT, MI | GMAC, DETROIT, MI | GMAC  DETROIT MI  USA |
| 6008153369 | 6/10/2009 | 8/2/2009 | 18,785.88 | 2009 POSTPET Mt appx 41 Chile | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008153113 | 6/25/2009 | 8/2/2009 | 2,231.25 | 2009 POSTPET Mt appx 43 India | Same- GM Detroit MI | General Motors India Pvt | General Motors India Pv | Gujarat, , India |
| 6008152374 | 6/10/2009 | 8/2/2009 | 17,606.05 | 2009 POSTPET Mt appx 44 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008152377 | 6/10/2009 | 8/2/2009 | 18,785.88 | 2009 POSTPET Mt appx 47 Venezuela | Same- GM Detroit MI | General Motors LAAM, M | Electronic Data Systems | GM BOGOTA COLUMBIA |
| 6008152380 | 6/10/2009 | 8/2/2009 | 71,400.00 | 2009 POSTPET Mt appx 48 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008152383 | 6/10/2009 | 8/2/2009 | 95,200.00 | 2009 POSTPET Mt appx 49 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008152386 | 6/10/2009 | 9/1/2009 | 59,500.00 | 2009 POSTPET Mt appx 50 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008152389 | 6/10/2009 | 8/2/2009 | 35,700.00 | 2009 POSTPET Mt appx 51 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008153088 | 6/25/2009 | 8/2/2009 | 670.37 | 2009 POSTPET Mt appx 53 China | Same- GM Detroit MI | SAIC-GM-Wuling Autom | SAIC-GM-Wuling Autom | Liuzhou, SH, China |
| 6008152403 | 6/10/2009 | 8/2/2009 | 99,169.84 | 2009 POSTPET Mt appx 56 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008153073 | 6/25/2009 | 8/2/2009 | 3,184.24 | 2009 POSTPET Mt appx 57 Mexico | Same- GM Detroit MI | General Motors de Méxic | EDS IT Services S de R | GM  GRENADA MEXICO |
| 6008153075 | 6/25/2009 | 8/2/2009 | 9,049.95 | 2009 POSTPET Mt appx 6 Mexico | Same- GM Detroit MI | General Motors de Méxic | Electronic Data Systems | GM  GRENADA MEXICO |
| 6008152412 | 6/10/2009 | 8/2/2009 | 158,666.67 | 2009 POSTPET Mt appx 60 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008153121 | 6/26/2009 | 8/2/2009 | 48,123.30 | 2009 POSTPET Mt appx 63 Germany | Same- GM Detroit MI | General Motors Powertra | GM Europe GmbH, Rüs | GM  HUNGARY |
| 6008152415 | 6/10/2009 | 8/2/2009 | 595,038.68 | 2009 POSTPET Mt appx 66 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008153082 | 6/25/2009 | 8/2/2009 | 1,567.03 | 2009 POSTPET Mt appx 7 & 18 Amdt 1 China | Same- GM Detroit MI | SAIC-GM-Wuling Autom | SAIC-GM-Wuling Autom | Liuzhou, SH, China |
| 6008153084 | 6/25/2009 | 8/2/2009 | 8,379.58 | 2009 POSTPET Mt appx 7 China | Same- GM Detroit MI | SAIC-GM-Wuling Autom | SAIC-GM-Wuling Autom | Liuzhou, SH, China |
| 6008153099 | 6/25/2009 | 8/2/2009 | 130,199.69 | 2009 POSTPET Mt appx 70 GMAC | Same- GM Detroit MI | GMAC, DETROIT, MI | GMAC, DETROIT, MI | GMAC  DETROIT MI  USA |
| 6008152419 | 6/10/2009 | 8/2/2009 | 2,705,321.71 | 2009 POSTPET Mt appx 71 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008152422 | 6/10/2009 | 8/2/2009 | 22,610.00 | 2009 POSTPET Mt appx 72 Detroit | Same- GM Detroit MI | GM  DETROIT MI | GM  DETROIT MI | GM  DETROIT MI |
| 6008153097 | 6/25/2009 | 8/2/2009 | 4,435.73 | 2009 POSTPET Mt appx 73 GMAC | Same- GM Detroit MI | GMAC, DETROIT, MI | GMAC, DETROIT, MI | GMAC  DETROIT MI  USA |
| 6008152324 | 6/10/2009 | 8/2/2009 | 49,533.75 | 2009 POSTPET Mt appx 78 HP Ontario | Same- GM Detroit MI | GM Financial Shared Se | Hewlett-Packard (Canac | Phoenix, AZ |
| **2009 POSTPETITION MAINTENANCE:** | | | **4,555,962.31** | | | | | |



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

GMAC
Ms. Stacy Bogataj
200 Renaissance Center   MC: 482-B08-B98
DETROIT MI  48265

SAP America, Inc.
System,
Applications,
Products for
Data Processing

| Invoice No. 6008101544 as of 01/26/2007 | 59,466.00 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-party: | 411943, GMAC, DETROIT, MI, United States |
| Bill-to-Party: | 411943, GMAC, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 708-836 - 3570, ann.luce@sap.com |

Appendix 39 effective 6/30/2004

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000060 | Standard Support<br>Your order: No PO Provided<br>01/01/2007 - 12/31/2007 our order no. 10299667<br>17.00 % of 349,800.00 USD for 12 month(s) | 59,466.00  USD |
| | Total net value | 59,466.00 USD |
| | **Invoice Total** | **59,466.00 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02/02/2007 Interest will acure daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wire: SAP America, Inc., Acct. #8511158711, PNC Bank, ABA #031000053 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

General Motors Colmotores,S.A.
Sr. Fernando Vanegas
Av. Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| Invoice No. 6008128564 as of 05/23/2008 | 49,106.00 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 04/29/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 350358, General Motors Colmotores,S.A., Bogota, 11, Colombia |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Per Maintenance Schedule Addendum for Extended Maintenance Service

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000030 | General Maint. Extension SAP R/3 4.6C<br>Your order: No PO Provided<br>01/01/2008 - 12/31/2008 our order no. 10447100<br>Fixed amount: 49,106.00 USD for 12 month(s) | 49,106.00 USD |
| | Total net value | 49,106.00 USD |
| | **Invoice Total** | **49,106.00 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms: Payment is due net thirty (30) days. Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate Invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073          SAP America, Inc.

EDS Desenvolvimento de Produtos Ltda
Sr. Fernando Vanegas
Rua Quintino Bocaiuva,  75
09541-310 SÃO CAETANO DO SUL - SP
BRAZIL

| **Invoice No. 6008129014 as of 07/01/2008** | **76,435.00 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 510748, EDS Desenvolvimento de Produtos Ltda, São Caetano do Sul, SP, Brazil |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Maintenance Schedule Addendum for Extended Maintenance Service

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000070 | General Maint. Extension SAP R/3 4.6C<br>Your order: No PO Provided<br>07/01/2008 - 12/31/2008 our order no. 10449601 | 76,435.00  USD |
| | Total net value | 76,435.00 USD |
| | **Invoice Total** | **76,435.00 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms: Payment is due net thirty (30) days. Interest will accrue daily on all unpaid balances at the
prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

**Please remit payment to the following (indicate invoice # on remittance)**
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041

**SAP**®

**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av. Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| **Invoice No. 6008152326 as of 10.06.2009** | **15.316,24 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 29.04.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 350358, General Motors Colmotores S.A, Bogota, 11, Colombia |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 1 effective 5/7/2003
GM LAAM

| Item | Product<br>Settlement period | | | Amount |
|---|---|---|---|---|
| 000070 | SAP Product Support f. Large Enterprises | | | |
| | Your order: No PO Provided | | | |
| | 01.01.2009 - 31.05.2009 our order no. 10240778 | | | |
| | 17,000 % of 199.750,00 USD for 5 month(s) | | | 14.148,95 USD |
| | Total net value | | | 14.148,95 USD |
| | State Tax | 6,250 % of | 14.148,95 USD | 884,31 USD |
| | City Tax | 1,000 % of | 14.148,95 USD | 141,49 USD |
| | Local Tax | 1,000 % of | 14.148,95 USD | 141,49 USD |
| | **Invoice Total** | | | **15.316,24 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780543, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041

**SAP**®

SAP America, Inc.

SAP America, 3999 West Chester Pike, Newtown Square, PA 19073

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av. Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| Invoice No. 6008152339 as of 06/10/2009 | 132,969.56 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

General Motors Brazil
Appendix 12 effective 12/15/2003

| Item | Product<br>Settlement period | | | Amount |
|---|---|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises | | | |
| | 01/01/2009 - 05/31/2009 our order no. 10266525 | | | |
| | 17.000 % of 1,734,150.00 USD for 5 month(s) | | | 122,835.62 USD |
| | **Total net value** | | | 122,835.62 USD |
| | State Tax | 6.250 % of | 122,835.62 USD | 7,677.22 USD |
| | City Tax | 1.000 % of | 122,835.62 USD | 1,228.36 USD |
| | Local Tax | 1.000 % of | 122,835.62 USD | 1,228.36 USD |
| | **Invoice Total** | | | **132,969.56 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041

**SAP**®

SAP America, 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av.  Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| Invoice No. 6008152349 as of 06/10/2009 | 13,418.49 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 14 effective 12/15/2003

| Item | Product<br>Settlement period | | | Amount |
|---|---|---|---|---|
| 000100 | SAP Product Support f. Large Enterprises<br>01/01/2009 - 05/31/2009 our order no. 10266611 | | | |
| | 17.000 % of 175,000.00 USD for 5 month(s) | | | 12,395.83  USD |
| Total net value | | | | 12,395.83 USD |
| State Tax | 6.250  % of | 12,395.83  USD | | 774.74 USD |
| City Tax | 1.000  % of | 12,395.83  USD | | 123.96 USD |
| Local Tax | 1.000  % of | 12,395.83  USD | | 123.96 USD |
| **Invoice Total** | | | | **13,418.49 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073        SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av.  Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| **Invoice No. 6008152354 as of 06/10/2009** | **13,550.07 USD** |
| --- | --- |

| | |
| --- | --- |
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

General Motors Brazil
Appendix 16 effective 12/15/2003

| Item | Product<br>Settlement period | | | Amount |
| --- | --- | --- | --- | --- |
| 000080 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01/01/2009 - 05/31/2009 our order no. 10266608 | | | |
| | 17.000 % of 176,716.00 USD for 5 month(s) | | | 12,517.39 USD |
| | Total net value | | | 12,517.39 USD |
| | State Tax | 6.250 % of | 12,517.39 USD | 782.34 USD |
| | City Tax | 1.000 % of | 12,517.39 USD | 125.17 USD |
| | Local Tax | 1.000 % of | 12,517.39 USD | 125.17 USD |
| | **Invoice Total** | | | **13,550.07 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073          SAP America, Inc.

SAIC-GM-Wuling Automobile
Co., Ltd.
H Xiongjian Qiu
No.18 Hexi Rd.

545007 LIUZHOU
CHINA

| **Invoice No. 6008153085 as of 25.06.2009** | **4,189.79 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 29.04.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Bill-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 18 effective 11/15/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000060 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01.01.2009 - 31.05.2009 our order no. 10266176<br>17.000 % of 59,150.00 USD for 5 month(s) | 4,189.79  USD |
| | Total net value | 4,189.79 USD |
| | **Invoice Total** | **4,189.79 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate Invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

## SAP America, Inc.

Mr. Manish Patel
General Manager (IS&S)
General Motors India Pvt Ltd.
Chandrapura Industrial Estate
Halol, Panchmahals
GUJARAT 389 351
INDIA

| **Invoice No. 6008153108 as of 25.06.2009** | **13,323.75 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Bill-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

General Motors India
Appendix 19 effective 11/21/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: 2500001837/0<br>01.01.2009 - 31.05.2009 our order no. 10266262<br>17.000 % of 188,100.00 USD for 5 month(s) | 13,323.75  USD |
| | Total net value | 13,323.75 USD |
| | **Invoice Total** | **13,323.75 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate Invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3596041

**SAP**®

**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| **Invoice No. 6008152336 as of 06/10/2009** | **17,578.14 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 04/29/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 666067, EDS BPO SRM Acquisition, TROY, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 2 effective 5/21/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000060 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01/01/2009 - 05/31/2009 our order no. 10241935<br>17.000 % of 229,249.00 USD for 5 month(s) | 16,238.47 USD |

| | | | |
|---|---|---|---|
| Total net value | | | 16,238.47 USD |
| State Tax | 6.250 % of | 16,238.47 USD | 1,014.91 USD |
| City Tax | 1.000 % of | 16,238.47 USD | 162.38 USD |
| Local Tax | 1.000 % of | 16,238.47 USD | 162.38 USD |
| **Invoice Total** | | | **17,578.14 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7760-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

SAIC-GM-Wuling Automobile
Co., Ltd.
H Xiongjian Qiu
No.18 Hexi Rd.

545007 LIUZHOU
CHINA

| Invoice No. 6008153089 as of 25.06.2009 | 6,306.57 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Bill-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 20 effective 11/21/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01.01.2009 - 31.05.2009 our order no. 10266519<br>17.000 % of 89,034.00 USD for 5 month(s) | 6,306.57 USD |
| | Total net value | 6,306.57 USD |
| | **Invoice Total** | **6,306.57 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073          SAP America, Inc.

Mr. Manish Patel
General Manager (IS&S)
General Motors India Pvt Ltd.
Chandrapura Industrial Estate
Halol, Panchmahals
GUJARAT 389 351
INDIA

| **Invoice No. 6008153110 as of 25.06.2009** | **1,593.75 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Bill-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

General Motors India
Appendix 21 effective 11/21/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000080 | SAP Product Support f. Large Enterprises<br>Your order: 2500001837/0<br>01.01.2009 - 31.05.2009 our order no. 10266264<br>17.000 % of 22,500.00 USD for 5 month(s) | 1,593.75  USD |
| | Total net value | 1,593.75 USD |
| | **Invoice Total** | **1,593.75 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate Invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073                 SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av. Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| Invoice No. 6008152360 as of 06/10/2009 | 6,948.32 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

General Motors Dubai
Appendix 26 effective 12/15/2003

| Item | Product<br>Settlement period | | Amount |
|---|---|---|---|
| 000080 | SAP Product Support f. Large Enterprises<br>01/01/2009 - 05/31/2009 our order no. 10266614 | | |
| | 17.000 % of 90,618.00 USD for 5 month(s) | | 6,418.77 USD |
| Total net value | | | 6,418.77 USD |
| State Tax | 6.250 % of | 6,418.77 USD | 401.17 USD |
| City Tax | 1.000 % of | 6,418.77 USD | 64.19 USD |
| Local Tax | 1.000 % of | 6,418.77 USD | 64.19 USD |
| **Invoice Total** | | | **6,948.32 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073                SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av. Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| **Invoice No. 6008152363 as of 06/10/2009** | **31,612.81 USD** |
| --- | --- |

| | |
| --- | --- |
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

GM Andean
Appendix 28 effective 12/15/2003

| Item | Product<br>Settlement period | | Amount |
| --- | --- | --- | --- |
| 000100 | SAP Product Support f. Large Enterprises<br>01/01/2009 - 05/31/2009 our order no. 10267746 | | |
| | 17.000 % of 412,285.00 USD for 5 month(s) | | 29,203.52 USD |
| | Total net value | | 29,203.52 USD |
| | State Tax | 6.250 % of | 29,203.52 USD | 1,825.21 USD |
| | City Tax | 1.000 % of | 29,203.52 USD | 292.04 USD |
| | Local Tax | 1.000 % of | 29,203.52 USD | 292.04 USD |
| | **Invoice Total** | | **31,612.81 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Mr. Manish Patel
General Manager (IS&S)
General Motors India Pvt Ltd.
Chandrapura Industrial Estate
Halol, Panchmahals
GUJARAT 389 351
INDIA

| Invoice No. 6008153116 as of 25.06.2009 | 2,220.62 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Bill-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 29 effective 2/28/2004
GM India

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000080 | SAP Product Support f. Large Enterprises<br>Your order: 2500001837/0<br>01.01.2009 - 31.05.2009 our order no. 10280722<br>17.000 % of 31,350.00 USD for 5 month(s) | 2,220.62  USD |
| | Total net value | 2,220.62 USD |
| | **Invoice Total** | **2,220.62 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213760843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Mr. Manish Patel
General Manager (IS&S)
General Motors India Pvt Ltd.
Chandrapura Industrial Estate
Halol, Panchmahals
GUJARAT 389 351
INDIA

| **Invoice No. 6008153114 as of 25.06.2009** | **1,593.75 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Bill-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 30 effective 2/23/2004
GM India

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000080 | SAP Product Support f. Large Enterprises<br>Your order: 2500001837/0<br>01.01.2009 - 31.05.2009 our order no. 10282244<br>17.000 % of 22,500.00 USD for 5 month(s) | 1,593.75  USD |
| | Total net value | 1,593.75 USD |
| | **Invoice Total** | **1,593.75 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

**Please remit payment to the following (indicate invoice # on remittance)**
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

Jody J Moyer
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| Invoice No. 6008152319 as of 06/10/2009 | 888.25 USD |
| --- | --- |

| | |
| --- | --- |
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 509394, General Motors/HP, Mississauga, ON, Canada |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

IS&S
Appendix 38 effective 6/30/2004
PLD 3001957, Supplier ID 21, 1/1/2009

| Item | Product<br>Settlement period | Amount |
| --- | --- | --- |
| 000080 | SAP Product Support f. Large Enterprises<br>Your order: 872-12579<br>01/01/2009 - 05/31/2009 our order no. 10296946<br>17.000 % of 12,540.00 USD for 5 month(s) | 888.25  USD |
| | Total net value | 888.25 USD |
| | **Invoice Total** | **888.25 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

**Please remit payment to the following (indicate invoice # on remittance)**
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

GMAC
200 Renaissance Center
DETROIT MI  48265

| **Invoice No. 6008153094 as of 06/25/2009** | **24,777.50 USD** |
|---|---|

| Contract No.: | 6040539 of 06/27/2003 |
|---|---|
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 411943, GMAC, DETROIT, MI, United States |
| Bill-to-Party: | 411943, GMAC, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 39 effective 6/30/2004

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000080 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01/01/2009 - 05/31/2009 our order no. 10299667<br>17.000 % of 349,800.00 USD for 5 month(s) | 24,777.50  USD |
| | Total net value | 24,777.50 USD |
| | **Invoice Total** | **24,777.50 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America,** 3999 West Chester Pike, Newtown Square, PA 19073          SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av. Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| **Invoice No. 6008152368 as of 06/10/2009** | **13,418.50 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 04/29/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 41 effective 9/15/2004
GM Chile

| Item | Product<br>Settlement period | | | Amount |
|---|---|---|---|---|
| 000060 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01/01/2009 - 05/31/2009 our order no. 10305546 | | | |
| | 17.000 % of 175,000.00 USD for 5 month(s) | | | 12,395.84 USD |
| Total net value | | | | 12,395.84 USD |
| State Tax | 6.250 % of | 12,395.84 USD | | 774.74 USD |
| City Tax | 1.000 % of | 12,395.84 USD | | 123.96 USD |
| Local Tax | 1.000 % of | 12,395.84 USD | | 123.96 USD |
| **Invoice Total** | | | | **13,418.50 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073                     SAP America, Inc.

Mr. Manish Patel
General Manager (IS&S)
General Motors India Pvt Ltd.
Chandrapura Industrial Estate
Halol, Panchmahals
GUJARAT 389 351
INDIA

| **Invoice No. 6008153112 as of 25.06.2009** | **1,593.75 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Bill-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 43 effective 9/30/2004
General Motors India

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000080 | SAP Product Support f. Large Enterprises<br>Your order: 2500001837/0<br>01.01.2009 - 31.05.2009 our order no. 10305945<br>17.000 % of 22,500.00 USD for 5 month(s) | 1,593.75  USD |
| | Total net value | 1,593.75 USD |
| | **Invoice Total** | **1,593.75 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

# SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| **Invoice No. 6008152373 as of 06/10/2009** | **12,575.75 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 44 effective 9/30/2004
GM Corporate Competency

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01/01/2009 - 05/31/2009 our order no. 10305693 | |
| | 17.000 % of 177,540.00 USD for 5 month(s) | 12,575.75  USD |
| | Total net value | 12,575.75 USD |
| | **Invoice Total** | **12,575.75 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #38 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av.  Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| **Invoice No. 6008152376 as of 06/10/2009** | **13,418.50 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 47 effective 11/8/2004
GM Venezuela

| Item | Product<br>Settlement period | | Amount |
|---|---|---|---|
| 000100 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01/01/2009 - 05/31/2009 our order no. 10309724 | | |
| | 17.000 % of 175,000.00 USD for 5 month(s) | | 12,395.84  USD |
| | Total net value | | 12,395.84 USD |
| | State Tax | 6.250  % of | 12,395.84  USD | 774.74 USD |
| | City Tax | 1.000  % of | 12,395.84  USD | 123.96 USD |
| | Local Tax | 1.000  % of | 12,395.84  USD | 123.96 USD |
| | **Invoice Total** | | **13,418.50 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| **Invoice No. 6008152379 as of 06/10/2009** | **51,000.00 USD** |
| --- | --- |

| | |
| --- | --- |
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tei. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 48 effective 9/30/2004

| Item | Product<br>Settlement period | Amount |
| --- | --- | --- |
| 000080 | SAP Product Support f. Large Enterprises<br>Your order: GMS11106-005<br>01/01/2009 - 05/31/2009 our order no. 10307577<br>17.000 % of 720,000.00 USD for 5 month(s) | 51,000.00 USD |
| | Total net value | 51,000.00 USD |
| | **Invoice Total** | **51,000.00 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



---

**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

---

| **Invoice No. 6008152382 as of 06/10/2009** | **68,000.00 USD** |
|---|---|

| Contract No.: | 6040539 of 06/27/2003 |
|---|---|
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 49 effective 9/30/2004

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000080 | SAP Product Support f. Large Enterprises<br>Your order: TCS16234-000<br>01/01/2009 - 05/31/2009 our order no. 10307587<br>17.000 % of 960,000.00 USD for 5 month(s) | 68,000.00  USD |
| | Total net value | 68,000.00 USD |
| | **Invoice Total** | **68,000.00 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI 48265

| **Invoice No. 6008152385 as of 06/10/2009** | **42,500.00 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 50 effective 9/30/2004

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000080 | SAP Product Support f. Large Enterprises<br>Your order: GMS11106-005<br>01/01/2009 - 05/31/2009 our order no. 10307592<br>17.000 % of 600,000.00 USD for 5 month(s) | 42,500.00 USD |
| | Total net value | 42,500.00 USD |
| | **Invoice Total** | **42,500.00 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| **Invoice No. 6008152388 as of 06/10/2009** | **25,500.00 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 51 effective 9/30/2004

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000080 | SAP Product Support f. Large Enterprises<br>Your order: GMS11106-005<br>01/01/2009 - 05/31/2009 our order no. 10307596<br>17.000 % of 360,000.00 USD for 5 month(s) | 25,500.00  USD |
| | Total net value | 25,500.00 USD |
| | **Invoice Total** | **25,500.00 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (Indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073        SAP America, Inc.

SAIC-GM-Wuling Automobile
Co., Ltd.
H Xiongjian Qiu
No.18 Hexi Rd.

545007 LIUZHOU
CHINA

| **Invoice No. 6008153087 as of 25.06.2009** | **478.83 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 29.04.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Bill-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 53 effective 11/30/2004

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000060 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01.01.2009 - 31.05.2009 our order no. 10310523<br>17.000 % of 6,760.00 USD for 5 month(s) | 478.83  USD |
| | Total net value | 478.83 USD |
| | **Invoice Total** | **478.83 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| Invoice No. 6008152391 as of 06/10/2009 | 70,835.60 USD |
|---|---|

| Contract No.: | 6040539 of 06/27/2003 |
|---|---|
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 56 effective 12/31/2004

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000110 | SAP Product Support f. Large Enterprises<br>Your order: GMS11106-005<br>01/01/2009 - 05/31/2009 our order no. 10316861<br>17.000 % of 1,000,032.00 USD for 5 month(s) | 70,835.60  USD |
| | Total net value | 70,835.60 USD |
| | **Invoice Total** | **70,835.60 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, Inc.

SAP America, 3999 West Chester Pike, Newtown Square, PA 19073

Sr. Hector Zarco
General Motors de México, S. de
R. L. de C.V.
Av. Ejercito Nacional 843
MÉXICO, D.F.
COL. GRANADA
MEXICO DF  11520

| Invoice No. 6008153072 as of 25.06.2009 | 2,274.45 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 29.04.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 177972, EDS IT Services S de R. L., México, D.F., DF, Mexico |
| Bill-to-Party: | 489369, General Motors de México, S. de México, D.F., DF, Mexico |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 57 effective 3/31/2005
GMNA SPOM Mexico P&A

| Item | Product Settlement period | Amount |
|---|---|---|
| 000060 | SAP Product Support f. Large Enterprises Your order: CTS98292 01.01.2009 - 31.05.2009 our order no. 10325149 17.000 % of 32,110.00 USD for 5 month(s) | 2,274.45  USD |
| | Total net value | 2,274.45 USD |
| | **Invoice Total** | **2,274.45 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

**Please remit payment to the following (indicate invoice # on remittance)**
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Sr. Hector Zarco
General Motors de México, S. de
 R. L. de C.V.
Av. Ejercito Nacional 843
MÉXICO, D.F.
COL. GRANADA
MEXICO DF  11520

| Invoice No. 6008153074 as of 25.06.2009 | 6,464.25 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 29.04.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 489369, General Motors de México, S. de, México, D.F., DF, Mexico |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 6 effective 4/14/2003
General Motors de Mexico (SPOM)

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000060 | SAP Product Support f. Large Enterprises<br>Your order: CTS98292<br>01.01.2009 - 31.05.2009 our order no. 10239636<br>17.000 % of 91,260.00 USD for 5 month(s) | 6,464.25  USD |
| | Total net value | 6,464.25 USD |
| | **Invoice Total** | **6,464.25 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3558041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Jody J Moyer
General Motors Corporation
200 Renaissance Center
DETROIT MI 48265

| Invoice No. 6008152409 as of 06/10/2009 | 113,333.33 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 60 effective 9/27/2005
PLD 3001980, Supplier ID 21, 1/1/2009

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: 872-12580<br>01/01/2009 - 05/31/2009 our order no. 10337246<br>17.000 % of 1,600,000.00 USD for 5 month(s) | 113,333.33  USD |
| | Total net value | 113,333.33 USD |
| | **Invoice Total** | **113,333.33 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #38 - 3556041

**SAP**®

**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073                SAP America, Inc.

General Motors Powertrain
Magyarország Kft.
Attila Horvath
Postfach 74
9970 SZENTGOTTHÁRD
HUNGARY

| **Invoice No. 6008153101 as of 2009.06.25** | **34.373,79 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 2003.06.27 |
| Your VAT registration number: | DE811111189 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 369521, GM Europe GmbH, Rüsselsheim, 06, Germany |
| Bill-to-Party: | 293109, General Motors Powertrain, Szentgotthárd, , Hungary |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 63 effective 3/7/2006

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: 4500101156<br>2009.01.01 - 2009.05.31 our order no. 10357656<br>17,000 % of 485.277,00 USD for 5 month(s) | 34.373,79  USD |
| | Total net value | 34.373,79  USD |
| | **Invoice Total** | **34.373,79 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 2009.08.02 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

**Please remit payment to the following (indicate invoice # on remittance)**
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213760843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7760-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073                SAP America, Inc.

Jody J Moyer
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| **Invoice No. 6008152414 as of 06/10/2009** | **425,027.63 USD** |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 66 effective 12/14/2005
PLD 3001936, Supplier ID 21, 1/1/2009

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000110 | SAP Product Support f. Large Enterprises<br>Your order: 872-12578003<br>01/01/2009 - 05/31/2009 our order no. 10343773<br>17.000 % of 6,000,390.00 USD for 5 month(s) | 425,027.63 USD |
| | Total net value | 425,027.63 USD |
| | **Invoice Total** | **425,027.63 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

SAIC-GM-Wuling Automobile
Co., Ltd.
H Xiongjian Qiu
No.18 Hexi Rd.

545007 LIUZHOU
CHINA

| Invoice No. 6008153081 as of 25.06.2009 | 1,119.31 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Bill-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Amendment 1 to Appendix 7 and 18
Effective 12/19/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01.01.2009 - 31.05.2009 our order no. 10276013 | |
| | 17.000 % of 15,802.00 USD for 5 month(s) | 1,119.31  USD |
| | Total net value | 1,119.31 USD |
| | **Invoice Total** | **1,119.31 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073          SAP America, Inc.

SAIC-GM-Wuling Automobile
Co., Ltd.
H Xiongjian Qiu
No.18 Hexi Rd.

545007 LIUZHOU
CHINA

| **Invoice No. 6008153083 as of 25.06.2009** | **5,985.42 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 29.04.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Bill-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 7 effective 7/31/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000060 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01.01.2009 - 31.05.2009 our order no. 10250242<br>17.000 % of 84,500.00 USD for 5 month(s) | 5,985.42 USD |
| | Total net value | 5,985.42 USD |
| | **Invoice Total** | **5,985.42 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3566041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

Ms. Kimberly Dunn
GMAC
200 Renaissance Center
DETROIT MI  48265

| **Invoice No. 6008153098 as of 06/25/2009** | **92,999.77 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 411943, GMAC, DETROIT, MI, United States |
| Bill-to-Party: | 411943, GMAC, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 70 effective 12/15/2006

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000080 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01/01/2009 - 05/31/2009 our order no. 10377168<br>17.000 % of 1,312,938.00 USD for 5 month(s) | 92,999.77  USD |
| | Total net value | 92,999.77 USD |
| | **Invoice Total** | **92,999.77 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America. 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

General Motors Corporation
Mr. Paul Prabaker
200 Renaissance Ctr. MC 482-B33-C61
DETROIT MI  48265

| Invoice No. 6008152418 as of 06/10/2009 | 1,932,372.64 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 71 effective 12/15/2006
PLD 3007246, Supplier ID 21, 1/1/2009

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000160 | SAP Product Support f. Large Enterprises<br>Your order: 872-12612<br>01/01/2009 - 05/31/2009 our order no. 10378454<br>17.000 % of 27,280,555.00 USD for 5 month(s) | 1,932,372.64  USD |
| | Total net value | 1,932,372.64 USD |
| | **Invoice Total** | **1,932,372.64 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7760-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073

# SAP America, Inc.

General Motors Corporation
Mr. Darren Smith
200 Renaissance Ctr, 482-B37-C48
Detroit MI  48265

| **Invoice No. 6008152421 as of 06/10/2009** | **16,150.00 USD** |
| --- | --- |

| | |
| --- | --- |
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

MDM
Appendix 72 effective 4/30/2007

| Item | Product<br>Settlement period | Amount |
| --- | --- | --- |
| 000110 | SAP Product Support f. Large Enterprises<br>Your order: GMS13115-000<br>01/01/2009 - 05/31/2009 our order no. 10396271 | |
| | 17.000 % of 228,000.00 USD for 5 month(s) | 16,150.00  USD |
| | Total net value | 16,150.00 USD |
| | **Invoice Total** | **16,150.00 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041

**SAP** America, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

GMAC
200 Renaissance Center
DETROIT MI 48265

| Invoice No. 6008153096 as of 06/25/2009 | 3,168.37 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 411943, GMAC, DETROIT, MI, United States |
| Bill-to-Party: | 411943, GMAC, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 73 effective 11/15/2007

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01/01/2009 - 05/31/2009 our order no. 10423973<br>17.000 % of 44,730.00 USD for 5 month(s) | 3,168.37 USD |
| | Total net value | 3,168.37 USD |
| | **Invoice Total** | **3,168.37 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate Invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073                SAP America, Inc.

OLIMPIC Receipting
GM Financial Shared Services
Acquisition Business Process
PO Box 63490
Phoenix AZ 85082

| **Invoice No. 6008152323 as of 06/10/2009** | **35,381.25 USD** |
| --- | --- |

| Contract No.: | 6040539 of 06/27/2003 |
| --- | --- |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 30892, Hewlett-Packard (Canada) Ltd., Mississauga, ON, Canada |
| Bill-to-Party: | 910053, GM Financial Shared Services, Phoenix, AZ, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 78 effective 12/21/2007

| Item | Product<br>Settlement period | Amount |
| --- | --- | --- |
| 000120 | SAP Product Support f. Large Enterprises<br>Your order: 01S51644<br>01/01/2009 - 05/31/2009 our order no. 10423401<br>17.000 % of 499,500.00 USD for 5 month(s) | 35,381.25 USD |
| | Total net value | 35,381.25 USD |
| | **Invoice Total** | **35,381.25 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av. Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| **Invoice No. 6008152327 as of 10.06.2009** | **21.442,74 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 29.04.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 350358, General Motors Colmotores S.A, Bogota, 11, Colombia |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 1 effective 5/7/2003
GM LAAM

| Item | Product<br>Settlement period | | | Amount |
|---|---|---|---|---|
| 000080 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01.06.2009 - 31.12.2009 our order no. 10240778<br>17,000 % of 199.750,00 USD for 7 month(s) | | | 19.808,54 USD |
| | Total net value | | | 19.808,54 USD |
| | State Tax | 6,250 % of | 19.808,54 USD | 1.238,02 USD |
| | City Tax | 1,000 % of | 19.808,54 USD | 198,09 USD |
| | Local Tax | 1,000 % of | 19.808,54 USD | 198,09 USD |
| | **Invoice Total** | | | **21.442,74 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073                SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av. Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| **Invoice No. 6008152340 as of 06/10/2009** | **186,157.40 USD** |
| --- | --- |

| | |
| --- | --- |
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

General Motors Brazil
Appendix 12 effective 12/15/2003

| Item | Product<br>Settlement period | Amount |
| --- | --- | --- |
| 000100 | SAP Product Support f. Large Enterprises<br>06/01/2009 - 12/31/2009 our order no. 10266525 | |
| | 17.000 % of 1,734,150.00 USD for 7 month(s) | 171,969.88  USD |

| | | | |
| --- | --- | --- | --- |
| Total net value | | | 171,969.88 USD |
| State Tax | 6.250  % of | 171,969.88  USD | 10,748.12 USD |
| City Tax | 1.000  % of | 171,969.88  USD | 1,719.70 USD |
| Local Tax | 1.000  % of | 171,969.88  USD | 1,719.70 USD |
| **Invoice Total** | | | **186,157.40 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073          SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av. Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| Invoice No. 6008152350 as of 06/10/2009 | 18,785.89 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 14 effective 12/15/2003

| Item | Product<br>Settlement period | | | Amount |
|---|---|---|---|---|
| 000110 | SAP Product Support f. Large Enterprises | | | |
| | 06/01/2009 - 12/31/2009 our order no. 10266611 | | | |
| | 17.000 % of 175,000.00 USD for 7 month(s) | | | 17,354.17  USD |
| Total net value | | | | 17,354.17 USD |
| State Tax | 6.250  % of | 17,354.17  USD | | 1,084.64 USD |
| City Tax | 1.000  % of | 17,354.17  USD | | 173.54 USD |
| Local Tax | 1.000  % of | 17,354.17  USD | | 173.54 USD |
| **Invoice Total** | | | | **18,785.89 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

**Please remit payment to the following (indicate invoice # on remittance)**
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av.  Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| **Invoice No. 6008152355 as of 06/10/2009** | **18,970.09 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

General Motors Brazil
Appendix 16 effective 12/15/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>06/01/2009 - 12/31/2009 our order no. 10266608<br>17.000 % of 176,716.00 USD for 7 month(s) | 17,524.33  USD |

| | | | |
|---|---|---|---|
| Total net value | | | 17,524.33 USD |
| State Tax | 6.250  % of | 17,524.33  USD | 1,095.28 USD |
| City Tax | 1.000  % of | 17,524.33  USD | 175.24 USD |
| Local Tax | 1.000  % of | 17,524.33  USD | 175.24 USD |
| **Invoice Total** | | | **18,970.09 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041

**SAP**®

SAP America, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

SAIC-GM-Wuling Automobile
Co., Ltd.
H Xiongjian Qiu
No.18 Hexi Rd.

545007 LIUZHOU
CHINA

| Invoice No. 6008153086 as of 25.06.2009 | | 5,865.71 USD |
|---|---|---|
| Contract No.: | 6039358 of 29.04.2003 | |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States | |
| Ship-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China | |
| Bill-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China | |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com | |

Appendix 18 effective 11/15/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000070 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01.06.2009 - 31.12.2009 our order no. 10266176<br>17.000 % of 59,150.00 USD for 7 month(s) | 5,865.71 USD |
| | Total net value | 5,865.71 USD |
| | **Invoice Total** | **5,865.71 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc, P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Mr. Manish Patel
General Manager (IS&S)
General Motors India Pvt Ltd.
Chandrapura Industrial Estate
Halol, Panchmahals
GUJARAT 389 351
INDIA

| Invoice No. 6008153109 as of 25.06.2009 | 18,653.25 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Bill-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

General Motors India
Appendix 19 effective 11/21/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000100 | SAP Product Support f. Large Enterprises<br>Your order: 2500001837/0<br>01.06.2009 - 31.12.2009 our order no. 10266262<br>17.000 % of 188,100.00 USD for 7 month(s) | 18,653.25  USD |
| | Total net value | 18,653.25 USD |
| | **Invoice Total** | **18,653.25 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3559041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| **Invoice No. 6008152337 as of 06/10/2009** | **24,609.40 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 04/29/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 666067, EDS BPO SRM Acquisition, TROY, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 2 effective 5/21/2003

| Item | Product<br>Settlement period | | Amount |
|---|---|---|---|
| 000070 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>06/01/2009 - 12/31/2009 our order no. 10241935 | | |
| | 17.000 % of 229,249.00 USD for 7 month(s) | | 22,733.86  USD |
| | Total net value | | 22,733.86 USD |
| | State Tax | 6.250  % of | 22,733.86  USD | 1,420.86 USD |
| | City Tax | 1.000  % of | 22,733.86  USD | 227.34 USD |
| | Local Tax | 1.000  % of | 22,733.86  USD | 227.34 USD |
| | **Invoice Total** | | **24,609.40 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate Invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

SAIC-GM-Wuling Automobile
Co., Ltd.
H Xiongjian Qiu
No.18 Hexi Rd.

545007 LIUZHOU
CHINA

| **Invoice No. 6008153090 as of 25.06.2009** | **8,829.21 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Bill-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 20 effective 11/21/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000100 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01.06.2009 - 31.12.2009 our order no. 10266519<br>17.000 % of 89,034.00 USD for 7 month(s) | 8,829.21  USD |
| | Total net value | 8,829.21 USD |
| | **Invoice Total** | **8,829.21 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate Invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

## SAP America, Inc.

Mr. Manish Patel
General Manager (IS&S)
General Motors India Pvt Ltd.
Chandrapura Industrial Estate
Halol, Panchmahals
GUJARAT 389 351
INDIA

| **Invoice No. 6008153111 as of 25.06.2009** | **2,231.25 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Bill-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

General Motors India
Appendix 21 effective 11/21/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: 2500001837/0<br>01.06.2009 - 31.12.2009 our order no. 10266264<br>17.000 % of 22,500.00 USD for 7 month(s) | 2,231.25  USD |
| | Total net value | 2,231.25 USD |
| | **Invoice Total** | **2,231.25 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av. Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| **Invoice No. 6008152361 as of 06/10/2009** | **9,727.65 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

General Motors Dubai
Appendix 26 effective 12/15/2003

| Item | Product<br>Settlement period | | Amount |
|---|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises | | |
| | 06/01/2009 - 12/31/2009 our order no. 10266614 | | |
| | 17.000 % of 90,618.00 USD for 7 month(s) | | 8,986.28  USD |

| | | | |
|---|---|---|---|
| Total net value | | | 8,986.28 USD |
| State Tax | 6.250  % of | 8,986.28  USD | 561.65 USD |
| City Tax | 1.000  % of | 8,986.28  USD | 89.86 USD |
| Local Tax | 1.000  % of | 8,986.28  USD | 89.86 USD |
| **Invoice Total** | | | **9,727.65 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

**Please remit payment to the following (indicate Invoice # on remittance)**
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3596041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073                     SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av.  Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| Invoice No. 6008152364 as of 06/10/2009 | 44,257.94 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

GM Andean
Appendix 28 effective 12/15/2003

| Item | Product<br>Settlement period | | Amount |
|---|---|---|---|
| 000110 | SAP Product Support f. Large Enterprises | | |
| | 06/01/2009 - 12/31/2009 our order no. 10267746 | | |
| | 17.000 % of 412,285.00 USD for 7 month(s) | | 40,884.93  USD |
| | Total net value | | 40,884.93 USD |
| | State Tax | 6.250  % of | 40,884.93  USD | 2,555.31 USD |
| | City Tax | 1.000  % of | 40,884.93  USD | 408.85 USD |
| | Local Tax | 1.000  % of | 40,884.93  USD | 408.85 USD |
| | **Invoice Total** | | **44,257.94 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



---

SAP America, *3999 West Chester Pike, Newtown Square, PA 19073*          SAP America, Inc.

Mr. Manish Patel
General Manager (IS&S)
General Motors India Pvt Ltd.
Chandrapura Industrial Estate
Halol, Panchmahals
GUJARAT 389 351
INDIA

---

| Invoice No. 6008153117 as of 25.06.2009 | 3,108.88 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Bill-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 29 effective 2/28/2004
GM India

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: 2500001837/0<br>01.06.2009 - 31.12.2009 our order no. 10280722<br>17.000 % of 31,350.00 USD for 7 month(s) | 3,108.88 USD |
| | Total net value | 3,108.88 USD |
| | **Invoice Total** | **3,108.88 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (Indicate Invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073          SAP America, Inc.

Mr. Manish Patel
General Manager (IS&S)
General Motors India Pvt Ltd.
Chandrapura Industrial Estate
Halol, Panchmahals
GUJARAT 389 351
INDIA

| **Invoice No. 6008153115 as of 25.06.2009** | **2,231.25 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Bill-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 30 effective 2/23/2004
GM India

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: 2500001837/0<br>01.06.2009 - 31.12.2009 our order no. 10282244<br>17.000 % of 22,500.00 USD for 7 month(s) | 2,231.25  USD |
| | Total net value | 2,231.25 USD |
| | **Invoice Total** | **2,231.25 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

Jody J Moyer
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| Invoice No. 6008152320 as of 06/10/2009 | 1,243.55 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 509394, General Motors/HP, Mississauga, ON, Canada |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

IS&S
Appendix 38 effective 6/30/2004
PLD 3001957, Supplier ID 21, 1/1/2009

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: 872-12579<br>06/01/2009 - 12/31/2009 our order no. 10296946<br>17.000 % of 12,540.00 USD for 7 month(s) | 1,243.55  USD |
| | Total net value | 1,243.55 USD |
| | **Invoice Total** | **1,243.55 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

GMAC
200 Renaissance Center
DETROIT MI  48265

| Invoice No. 6008153095 as of 06/25/2009 | 34,688.50 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 411943, GMAC, DETROIT, MI, United States |
| Bill-to-Party: | 411943, GMAC, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 39 effective 6/30/2004

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>06/01/2009 - 12/31/2009 our order no. 10299667<br>17.000 % of 349,800.00 USD for 7 month(s) | 34,688.50  USD |
| | Total net value | 34,688.50 USD |
| | **Invoice Total** | **34,688.50 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate Invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073        SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av.  Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| **Invoice No. 6008152369 as of 06/10/2009** | **18,785.88 USD** |
| --- | --- |

| Contract No.: | 6039358 of 04/29/2003 |
| --- | --- |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 41 effective 9/15/2004
GM Chile

| Item | Product<br>Settlement period | | | Amount |
| --- | --- | --- | --- | --- |
| 000070 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>06/01/2009 - 12/31/2009 our order no. 10305546 | | | |
| | 17.000 % of 175,000.00 USD for 7 month(s) | | | 17,354.16  USD |
| | Total net value | | | 17,354.16 USD |
| | State Tax | 6.250  % of | 17,354.16  USD | 1,084.64 USD |
| | City Tax | 1.000  % of | 17,354.16  USD | 173.54 USD |
| | Local Tax | 1.000  % of | 17,354.16  USD | 173.54 USD |
| | **Invoice Total** | | | **18,785.88 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Mr. Manish Patel
General Manager (IS&S)
General Motors India Pvt Ltd.
Chandrapura Industrial Estate
Halol, Panchmahals
GUJARAT 389 351
INDIA

| **Invoice No. 6008153113 as of 25.06.2009** | **2,231.25 USD** |
| --- | --- |

| | |
| --- | --- |
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Bill-to-Party: | 37223, General Motors India Pvt Ltd., Gujarat, , India |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 43 effective 9/30/2004
General Motors India

| Item | Product<br>Settlement period | Amount |
| --- | --- | --- |
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: 2500001837/0<br>01.06.2009 - 31.12.2009 our order no. 10305945<br>17.000 % of 22,500.00 USD for 7 month(s) | 2,231.25  USD |
| | Total net value | 2,231.25 USD |
| | **Invoice Total** | **2,231.25 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073

# SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| **Invoice No. 6008152374 as of 06/10/2009** | **17,606.05 USD** |
| --- | --- |

| | |
| --- | --- |
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 44 effective 9/30/2004
GM Corporate Competency

| Item | Product<br>Settlement period | Amount |
| --- | --- | --- |
| 000100 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>06/01/2009 - 12/31/2009 our order no. 10305693<br>17.000 % of 177,540.00 USD for 7 month(s) | 17,606.05  USD |
| | Total net value | 17,606.05 USD |
| | **Invoice Total** | **17,606.05 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

**Please remit payment to the following (indicate invoice # on remittance)**
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073    SAP America, Inc.

General Motors Colmotores S.A
GM Colmotores
Sr. Fernando Vanegas
Av. Boyaca Cll 56A Sur # 33-53
000000 BOGOTA
COLOMBIA

| **Invoice No. 6008152377 as of 06/10/2009** | **18,785.88 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 668071, General Motors LAAM, MIRAMAR, FL, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 47 effective 11/8/2004
GM Venezuela

| Item | Product<br>Settlement period | | | Amount |
|---|---|---|---|---|
| 000110 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>06/01/2009 - 12/31/2009 our order no. 10309724 | | | |
| | 17.000 % of 175,000.00 USD for 7 month(s) | | | 17,354.16  USD |
| Total net value | | | | 17,354.16 USD |
| State Tax | 6.250  % of | 17,354.16  USD | | 1,084.64 USD |
| City Tax | 1.000  % of | 17,354.16  USD | | 173.54 USD |
| Local Tax | 1.000  % of | 17,354.16  USD | | 173.54 USD |
| **Invoice Total** | | | | **18,785.88 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213760843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI 48265

| Invoice No. 6008152380 as of 06/10/2009 | 71,400.00 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 48 effective 9/30/2004

| Item | Product Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises Your order: GMS11106-005 06/01/2009 - 12/31/2009 our order no. 10307577 17.000 % of 720,000.00 USD for 7 month(s) | 71,400.00 USD |
| | Total net value | 71,400.00 USD |
| | **Invoice Total** | **71,400.00 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

**Please remit payment to the following (indicate invoice # on remittance)**
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI 48265

| Invoice No. 6008152383 as of 06/10/2009 | 95,200.00 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 49 effective 9/30/2004

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: TCS16234-000<br>06/01/2009 - 12/31/2009 our order no. 10307587<br>17.000 % of 960,000.00 USD for 7 month(s) | 95,200.00 USD |
| | Total net value | 95,200.00 USD |
| | **Invoice Total** | **95,200.00 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| Invoice No. 6008152386 as of 06/10/2009 | 59,500.00 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 50 effective 9/30/2004

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: GMS11106-005<br>06/01/2009 - 12/31/2009 our order no. 10307592<br>17.000 % of 600,000.00 USD for 7 month(s) | 59,500.00 USD |
| | Total net value | 59,500.00 USD |
| | **Invoice Total** | **59,500.00 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

**Please remit payment to the following (indicate invoice # on remittance)**
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| Invoice No. 6008152389 as of 06/10/2009 | 35,700.00 USD |
|---|---:|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 51 effective 9/30/2004

| Item | Product<br>Settlement period | Amount |
|---|---|---:|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: GMS11106-005<br>06/01/2009 - 12/31/2009 our order no. 10307596<br>17.000 % of 360,000.00 USD for 7 month(s) | 35,700.00  USD |
| | Total net value | 35,700.00 USD |
| | **Invoice Total** | **35,700.00 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate Invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041

**SAP**®

**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

SAIC-GM-Wuling Automobile
Co., Ltd.
H Xiongjian Qiu
No.18 Hexi Rd.

545007 LIUZHOU
CHINA

| **Invoice No. 6008153088 as of 25.06.2009** | **670.37 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 29.04.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Bill-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 53 effective 11/30/2004

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000070 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01.06.2009 - 31.12.2009 our order no. 10310523<br>17.000 % of 6,760.00 USD for 7 month(s) | 670.37 USD |
| | Total net value | 670.37 USD |
| | **Invoice Total** | **670.37 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Ms. Michelle Rimkus
General Motors Corporation
200 Renaissance Center
DETROIT MI 48265

| Invoice No. 6008152403 as of 06/10/2009 | 99,169.84 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 56 effective 12/31/2004

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000120 | SAP Product Support f. Large Enterprises<br>Your order: GMS11106-005<br>06/01/2009 - 12/31/2009 our order no. 10316861<br>17.000 % of 1,000,032.00 USD for 7 month(s) | 99,169.84 USD |
| | Total net value | 99,169.84 USD |
| | **Invoice Total** | **99,169.84 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc, P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America,** 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

Sr. Hector Zarco
General Motors de México, S. de
 R. L. de C.V.
Av. Ejercito Nacional 843
MÉXICO, D.F.
COL. GRANADA
MEXICO DF  11520

| **Invoice No. 6008153073 as of 25.06.2009** | **3,184.24 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 29.04.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 177972, EDS IT Services S de R. L., México, D.F., DF, Mexico |
| Bill-to-Party: | 489369, General Motors de México, S. de, México, D.F., DF, Mexico |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 57 effective 3/31/2005
GMNA SPOM Mexico P&A

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000070 | SAP Product Support f. Large Enterprises<br>Your order: CTS98292<br>01.06.2009 - 31.12.2009 our order no. 10325149<br>17.000 % of 32,110.00 USD for 7 month(s) | 3,184.24  USD |

| | |
|---|---|
| Total net value | 3,184.24 USD |
| **Invoice Total** | **3,184.24 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Sr. Hector Zarco
General Motors de México, S. de
 R. L. de C.V.
Av. Ejercito Nacional 843
MÉXICO, D.F.
COL. GRANADA
MEXICO DF  11520

| Invoice No. 6008153075 as of 25.06.2009 | 9,049.95 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 29.04.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 322466, Electronic Data Systems Corp., PLANO, TX, United States |
| Bill-to-Party: | 489369, General Motors de México, S. de, México, D.F., DF, Mexico |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 6 effective 4/14/2003
General Motors de Mexico (SPOM)

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000070 | SAP Product Support f. Large Enterprises<br>Your order: CTS98292<br>01.06.2009 - 31.12.2009 our order no. 10239636<br>17.000 % of 91,260.00 USD for 7 month(s) | 9,049.95  USD |

| | |
|---|---|
| Total net value | 9,049.95 USD |
| **Invoice Total** | **9,049.95 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Jody J Moyer
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| Invoice No. 6008152412 as of 06/10/2009 | 158,666.67 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 60 effective 9/27/2005
PLD 3001980, Supplier ID 21, 1/1/2009

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000100 | SAP Product Support f. Large Enterprises<br>Your order: 872-12580<br>06/01/2009 - 12/31/2009 our order no. 10337246<br>17.000 % of 1,600,000.00 USD for 7 month(s) | 158,666.67  USD |
| | Total net value | 158,666.67 USD |
| | **Invoice Total** | **158,666.67 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

**Please remit payment to the following (indicate invoice # on remittance)**
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



SAP America, 3999 West Chester Pike, Newtown Square, PA 19073          SAP America, Inc.

General Motors Powertrain
Magyarország Kft.
Attila Horvath
Postfach 74
9970 SZENTGOTTHÁRD
HUNGARY

| Invoice No. 6008153121 as of 2009.06.26 | 48.123,30 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 2003.06.27 |
| Your VAT registration number: | DE811111189 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 369521, GM Europe GmbH, Rüsselsheim, 06, Germany |
| Bill-to-Party: | 293109, General Motors Powertrain, Szentgotthárd, , Hungary |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 63 effective 3/7/2006

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000100 | SAP Product Support f. Large Enterprises<br>Your order: 4500101156<br>2009.06.01 - 2009.12.31 our order no. 10357656<br>17,000 % of 485.277,00 USD for 7 month(s) | 48.123,30 USD |
| | Total net value | 48.123,30 USD |
| | **Invoice Total** | **48.123,30 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 2009.08.02 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

Jody J Moyer
General Motors Corporation
200 Renaissance Center
DETROIT MI  48265

| **Invoice No. 6008152415 as of 06/10/2009** | **595,038.68 USD** |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 66 effective 12/14/2005
PLD 3001936, Supplier ID 21, 1/1/2009

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000120 | SAP Product Support f. Large Enterprises<br>Your order: 872-12578003<br>06/01/2009 - 12/31/2009 our order no. 10343773 | |
| | 17.000 % of 6,000,390.00 USD for 7 month(s) | 595,038.68 USD |
| | Total net value | 595,038.68 USD |
| | **Invoice Total** | **595,038.68 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

**Please remit payment to the following (indicate invoice # on remittance)**
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213760843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7760-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

SAIC-GM-Wuling Automobile
Co., Ltd.
H Xiongjian Qiu
No.18 Hexi Rd.

545007 LIUZHOU
CHINA

| **Invoice No. 6008153082 as of 25.06.2009** | **1,567.03 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 27.06.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Bill-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Amendment 1 to Appendix 7 and 18
Effective 12/19/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000100 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01.06.2009 - 31.12.2009 our order no. 10276013<br>17.000 % of 15,802.00 USD for 7 month(s) | 1,567.03  USD |
| | Total net value | 1,567.03 USD |
| | **Invoice Total** | **1,567.03 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213760843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

SAIC-GM-Wuling Automobile
Co., Ltd.
H Xiongjian Qiu
No.18 Hexi Rd.

545007 LIUZHOU
CHINA

| **Invoice No. 6008153084 as of 25.06.2009** | **8,379.58 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6039358 of 29.04.2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Bill-to-Party: | 650285, SAIC-GM-Wuling Automobile, Liuzhou, SH, China |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 7 effective 7/31/2003

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000070 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>01.06.2009 - 31.12.2009 our order no. 10250242<br>17.000 % of 84,500.00 USD for 7 month(s) | 8,379.58 USD |
| | Total net value | 8,379.58 USD |
| | **Invoice Total** | **8,379.58 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 02.08.2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

Ms. Kimberly Dunn
GMAC
200 Renaissance Center
DETROIT MI  48265

| Invoice No. 6008153099 as of 06/25/2009 | 130,199.69 USD |
|---|---|

| Contract No.: | 6040539 of 06/27/2003 |
|---|---|
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 411943, GMAC, DETROIT, MI, United States |
| Bill-to-Party: | 411943, GMAC, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 70 effective 12/15/2006

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000090 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>06/01/2009 - 12/31/2009 our order no. 10377168<br>17.000 % of 1,312,938.00 USD for 7 month(s) | 130,199.69  USD |
| | Total net value | 130,199.69 USD |
| | **Invoice Total** | **130,199.69 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19162-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America,** 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

General Motors Corporation
Mr. Paul Prabaker
200 Renaissance Ctr. MC 482-B33-C61
DETROIT MI 48265

| **Invoice No. 6008152419 as of 06/10/2009** | **2,705,321.71 USD** |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 71 effective 12/15/2006
PLD 3007246, Supplier ID 21, 1/1/2009

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000170 | SAP Product Support f. Large Enterprises<br>Your order: 872-12612<br>06/01/2009 - 12/31/2009 our order no. 10378454<br>17.000 % of 27,280,555.00 USD for 7 month(s) | 2,705,321.71 USD |
| | Total net value | 2,705,321.71 USD |
| | **Invoice Total** | **2,705,321.71 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3558041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073          SAP America, Inc.

General Motors Corporation
Mr. Darren Smith
200 Renaissance Ctr, 482-B37-C48
Detroit MI  48265

| Invoice No. 6008152422 as of 06/10/2009 | 22,610.00 USD |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Bill-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

MDM
Appendix 72 effective 4/30/2007

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000120 | SAP Product Support f. Large Enterprises<br>Your order: GMS13115-000<br>06/01/2009 - 12/31/2009 our order no. 10396271<br>17.000 % of 228,000.00 USD for 7 month(s) | 22,610.00  USD |
| | Total net value | 22,610.00 USD |
| | **Invoice Total** | **22,610.00 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041



**SAP America**, 3999 West Chester Pike, Newtown Square, PA 19073                    SAP America, Inc.

GMAC
200 Renaissance Center
DETROIT MI  48265

| **Invoice No. 6008153097 as of 06/25/2009** | **4,435.73 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 411943, GMAC, DETROIT, MI, United States |
| Bill-to-Party: | 411943, GMAC, DETROIT, MI, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 73 effective 11/15/2007

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000100 | SAP Product Support f. Large Enterprises<br>Your order: No PO Provided<br>06/01/2009 - 12/31/2009 our order no. 10423973<br>17.000 % of 44,730.00 USD for 7 month(s) | 4,435.73 USD |
| | Total net value | 4,435.73 USD |
| | **Invoice Total** | **4,435.73 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate Invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3558041

**SAP**
®

**SAP** America, 3999 West Chester Pike, Newtown Square, PA 19073

SAP America, Inc.

OLIMPIC Receipting
GM Financial Shared Services
Acquisition Business Process
PO Box 63490
Phoenix AZ  85082

| **Invoice No. 6008152324 as of 06/10/2009** | **49,533.75 USD** |
|---|---|

| | |
|---|---|
| Contract No.: | 6040539 of 06/27/2003 |
| Sold-to-Party: | 203092, General Motors Corporation, DETROIT, MI, United States |
| Ship-to-Party: | 30892, Hewlett-Packard (Canada) Ltd., Mississauga, ON, Canada |
| Bill-to-Party: | 910053, GM Financial Shared Services, Phoenix, AZ, United States |
| Contact person: | Ann Luce tel. +1 630-395 - 3148, ann.luce@sap.com |

Appendix 78 effective 12/21/2007

| Item | Product<br>Settlement period | Amount |
|---|---|---|
| 000130 | SAP Product Support f. Large Enterprises<br>Your order: 01S51644<br>06/01/2009 - 12/31/2009 our order no. 10423401<br>17.000 % of 499,500.00 USD for 7 month(s) | 49,533.75  USD |
| | Total net value | 49,533.75 USD |
| | **Invoice Total** | **49,533.75 USD** |

**NOTE:** If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact
listed above via email and provide the purchase order number. A revised invoice will be issued thereafter.
Failure to advise SAP of the PO requirement or notifying SAP of the requirement after issuance of the invoice
will not extend the payment terms.

Payment terms:
Due on 08/02/2009 Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the SAP
End User License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
ACH (Preferred Method) or Wires: SAP America, Inc., Account 6213780843, Citizens Bank of PA, ABA 036076150 SWIFT CTZIUS33 or
Checks: SAP America, Inc., P.O. Box 7780-824024, Philadelphia, PA 19182-4024
Federal Tax Identification Number: #36 - 3556041