**BROWN & CONNERY LLP**
Kenneth J. Schweiker, Jr., Esquire (KS1889)
6 North Broad Street
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 FAX
kschweiker@brownconnery.com
*Attorneys for SAP America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GENERAL MOTORS CORP.,** *et al.*, | **Case No.: 09-50026 (REG)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

     I, Kenneth J. Schweiker, Jr., Esquire hereby certify that on July 10, 2009, I caused true and correct copies of the Supplemental Objection of SAP America, Inc. to the Debtors' Assumption and Assignment of its Executory Contract(s) and the Proposed Cure Amount to be served upon counsel via the Electronic Court Filing System, where it is available for viewing, and upon the following via first class mail:

General Motors Corporation
Cadillac Building
Attention: Warren Command Center
Mail Code 480-206-1114
30009 Van Dyke Avenue
Warren, MI 48098-9025

Weil, Gotshal & Manges, LLP
Attention: Harvey R. Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolisky, Esquire
767 Fifth Avenue
New York, NY 10153

U.S. Treasury Department
Attention: Matthew Feldman, Esquire
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220

Cadwalader, Wickersham & Taft, LLP
Attention: John J. Rapisardi, Esquire
One World Financial Center
New York, NY   10281

Kramer, Levin, Naftalis & Frankel, LLP
Attention: Gordon Z. Novod, Esquire
1177 Avenue of the Americas
New York, NY   10036

Vedder Price, P.C.
Attention: Michael J. Edelman, Esquire
Michael L. Schein, Esquire
1633 Broadway, 47th Floor
New York, NY   10019

Office of the U.S. Trustee for the Southern
District of  New York
Attention: Diana G. Adams, Esquire
33 Whitehall Street, 21st Floor
New York, NY   10004

        **BROWN & CONNERY, LLP**
        Attorneys for SAP America, Inc.

BY:*/s/ **Kenneth J. Schweiker, Jr.***
        Kenneth J. Schweiker, Jr. (KS1889)
        6 North Broad St., Suite 100
        Woodbury, NJ 08096
        (856) 812-8900
        (856) 853-9933 (facsimile)
        kschweiker@brownconnery.com

Dated: July 10, 2009