UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re                                              :
                                                   :        Chapter 11 Case No.
GENERAL MOTORS CORP., *et. al.*                    :
                                                   :        09-50026 (REG)
                                                   :
                   Debtors.                        :        (Jointly Administered)
                                                   :
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1.      I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc. ("GCG"), the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.      On July 7, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document:

- **Notice of Withdrawal of Contract Objections [Docket No. 3036]**

to be served via first class mail on the parties identified on Exhibit A (parties with withdrawn objections) attached hereto.

3.      Also on July 7, 2009, at the direction of Weil, Gotshal, I caused a true and correct copy of the following document:

- **Notice of Adjournment and Hearing on Limited Contract Objections [Docket No. 3040]**

to be served via first class mail on the parties identified on Exhibit B (parties with limited cure objections) attached hereto.

4.      I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

      Dated:  Seattle, Washington
              July 8, 2009

                                         /s/  Laurie M. Thornton
                                         LAURIE M. THORNTON

Exhibit A

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI 48226

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH LLC
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503

HARTER SECREST & EMERY LLP
ATT: JOHN WEIDER & INGRIDE PALERMO, ESQS.
ATTY FOR PADDOCK CHEVROLET, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN
RAILWAY
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE 19801

DICKINSON WRIGHT PLLC
ATTY FOR MAGNA INTERNATIONAL, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111

ARENT FOX LLP
ATTY FOR SUPERIOR INDUSTRIES INTERNATIONAL, INC.
ATT: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

ARENT FOX LLP
ATTY FOR TIMKEN COMPANY
ATT: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

PEPPER HAMILTON LLP
ATTY FOR VALEO SYLVANIA LLC
ATT: DENNIS S. KAYE & DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243 - 1157

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS 26TH FL
NEW YORK, NY 10020 - 1007

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606 - 6677

FREEBORN & PETERS LLP
ATTY FOR TRICO CORPORATION
ATT: AARON L. HAMMER & THOMAS R. FAWKES
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304

DICKINSON WRIGHT PLLC
ATTY FOR YAZAKI NORTH AMERICA, INC.
ATT: MICHAEL C. HAMMER, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104

MOORE & VAN ALLEN PLLC
ATTY FOR HAGEMEYER N.A.
ATT: CYNTHIA JORDAN LOWERY, ESQ.
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC 29413 - 2828

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102

DICKINSON WRIGHT PLLC
ATTY FOR YOROZU AMERICA CORPORATION
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO
CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530

REID AND REIGE, P.C.
ATTY FOR BARNES GROUP INC.
ATT: CAROL A. FELICETTA, ESQ.
195 CHURCH STREET
NEW HAVEN, CT 06510

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102 - 5310

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: JOHN J. HUNTER, JR., ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK, NY 10022

DLA PIPER LLP
ATTY FOR HEWLETT PACKARD CO
ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS
550 S. HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: DONALD J. HUTCHINSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH 44114 - 3485

BODMAN LLP
ATTY FOR PRODUCTION MODELING CORPORATION
ATTN: COLIN T. DARKE, ESQ.
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI 48226

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
515 CONGRESS STREET, STE 2523
AUSTIN, TX 78701

HODGSON RUSS LLP
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
ATTN: STEPHEN H. GROSS, ESQ.
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165 - 0150

FOLEY & LARDNER LLP
ATTY FOR VISIOCORP USA, INC.
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR SHERWIN-WILLIAMS
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH 43215

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS, MI 49501 - 0306

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTY FOR CITY OF LANSING
ATTN: G. ALAN WALLACE, ESQ.
124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MI 48933

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI 48009

VENABLE LLP
ATTY FOR RAYTHEON PROFESSIONAL SERVICES LLC
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA 22182 - 2707

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG
HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI 48226

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, KENNETH H. ECKSTEIN & GORDON Z. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

STROBL & SHARP, P.C.
ATTY FOR PIONEER STEEL CORPORATION
ATTN: LYNN M. BRIMER & MEREDITH M. MCKINZIE
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS, MI 48304

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI 48322

WARNER NORCROSS & JUDD LLP
ATTY FOR CREATIVE FOAM CORPORATION
ATTN: MICHAEL G. CRUSE, ESQ.
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075 - 1318

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR HAYMAN MANAGEMENT COMPANY; SOUTH TROY TECH, LLC
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA, PA 19103 - 2921

ARENT FOX LLP
ATTY FOR DISCOVERY COMMUNICATIONS, LLC
ATTN: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036 - 6797

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORPORATION (GROUP) AND
AFFILIAT
ATTN: JULIET SARKESSIAN, ESQ.
2929 ARCH STREET
PHILADELPHIA, PA 19104

CARSON FISCHER, P.L.C.
ATTY FOR LAPEER METAL STAMPING COMPANIES, INC.
ATTN: JOSEPH M. FISCHER, ROBERT A. WEISBERG & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302

FEDERAL EXPRESS CORPORATION
ATTN: ROBERT R. ROSS
3620 HACKS CROSS ROAD
BUILDING B - 2ND FLOOR
MEMPHIS, TN 38125 - 8800

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204

FOLEY & LARDNER LLP
ATTY FOR WEBASTO FAHRZEUGTECHNIK AND WEBASTO ROOF SYSTEMS INC.
ATTN: FRANK W. DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

FOLEY & LARDNER LLP
ATTY FOR WEBASTO FAHRZEUGTECHNIK AND WEBASTO ROOF SYSTEMS INC.
ATTN: THOMAS B. SPILLANE, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS
LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114 - 1304

MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
ATTY FOR NS-200 CABOT OF PA; NS-608 CAPERTON WV; NS-1500 MARQUETTE MS;
NS-2200 WILLIS MILLER WI
ATTN: JANICE M. WOOLLEY, ESQ.
11404 W. DODGE ROAD, SUITE 500
OMAHA, NE 68154 - 2584

WINSTON & STRAWN LLP
ATTY FOR CAPGEMINI AMERICA, INC.
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK, NY 10166

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

FOLEY & LARDNER LLP
ATTY FOR WABCO HOLDINGS, INC.
ATTN: ANN MARIE UETZ & DALJIT S. DOOGAL
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI 49503

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
ATTN: SALVATORE A. BARBATANO, JOHN A. SIMON, KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

DORSEY & WHITNEY LLP
ATTY FOR BALLARD MATERIAL PRODUCTS INC.
ATTN: MICHAEL FOREMAN, ESQ.
250 PARK AVENUE
NEW YORK, NY 10177

KERR, RUSSELL AND WEBER, PLC
ATTY FOR NAT AUTOMOTIVE RADIATOR MANUFACTURING CO, CENTRAL
STAMPINGS,
PRINCE METAL PRODUCTS, NARTECH METAL PRODUCTS
ATTN: P. WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226 - 3406

FOLEY & LARDNER LLP
ATTY FOR ACUMENT GLOBAL TECHNOLOGIES, INC.
ATTN: SALVATORE A. BARBATANO, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

BUTZEL LONG, PC
ATTY FOR GILL INDUSTRIES, INC.
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017

WINSTON & STRAWN LLP
ATTY FOR LGE ELECTRONICS USA, INC.
ATTN: DAVID J. RICHARDSON, ESQ.
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES, CA 90071

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR INTERNATIONAL BUSINESS MACHINES CORPORATION
ATTN: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP NORTH AMERICA
INC
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166 - 4193

FOLEY & LARDNER LLP
ATTY FOR PEUGEOT JAPY INDUSTRIES S.A.
ATTN: JUDY A. O'NEILL, JOHN A. SIMON, KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

FOLEY & LARDNER LLP
ATTY FOR ABC GROUP, INC.
ATTN: THOMAS B. SPILLANE, JR. & ANN MARIE UETZ
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

KERR, RUSSELL AND WEBER, PLC
ATTY FOR RMT ACQUISITION CO. LLC, B/B/A RMT WOODWORTH
ATTN: P. WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226 - 3406

FOLEY & LARDNER LLP
ATTY FOR DETROIT TECHNOLOGIES, INC.
ATTN: ANN MARIE UETZ & DALJIT DOOGAL
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

SCHWARTZ, LICHTENBERG LLP
ATTY FOR ALBAR INDUSTRIES, INC.
ATTN: BARRY E. LICHTENBERG, ESQ.
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NY 10170

MAZZEO SONG & BRADHAM LLP
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
ATTN: DAVID H. HARTHEIMER, ESQ.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY 10017

BUTZEL LONG, PC
ATTY FOR GILL INDUSTRIES, INC.
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

BUTZEL LONG, PC
ATTY FOR JTEKT AUTOMOTIVE TN-VONORE, JTEKT AUTOMOTIVE TN-
MORRISTOWN,
TOYODA MACHINERY USA, JTEKT NORTH AMERICA, KOYO CORP OF USA, JTEKT
COR
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017

FOLEY & LARDNER LLP
ATTY FOR FICOSA NORTH AMERICA CORP, FICOSA NORTH AMERICA, SA DE CV
ATTN: THOMAS B. SPILLANE & ANN MARIE UETZ
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

FOLEY & LARDNER LLP
ATTY FOR KYKLOS BEARING INTERNATIONAL
ATTN: ANN MARIE UETZ, ESQ.
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

BUTZEL LONG , PC
ATTY FOR TOYODA GOSEI NORTH AMERICA CORP.
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017

STROBL & SHARP, P.C.
ATTY FOR PYEONG HWA AUTOMOTIVE CO.
ATTN: LYNN M. BRIMER & MEREDITH M. MCKINZIE
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS, MI 48304

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
ATTN: JENNIFER L. SAFFER, ESQ.
20 VESEY STREET, 7TH FLOOR
NEW YORK, NY 10007

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT SERVICES
ATTN: FRED STEVENS, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: JOHN ANSBRO & COURTNEY M. ROGERS
666 FIFTH AVENUE
NEW YORK, NY 10103

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
888 SEVENTH AVENUE
NEW YORK, NY 10106

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATTY FOR ETKIN MANAGEMENT SERVICES, INC.
ATT: EARLE I. ERMAN, ESQ. & DIANNE S. RUHLANDT
400 GALLERIA OFFICENTRE, SUITE 444
SOUTHFIELD, MI 48034

FOLEY & LARDNER LLP
ATTY FOR DURA AUTOMOTIVE SYSTEMS, INC.
ATTN: ANN MARIE UETZ, ESQ.
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017

BUTZEL LONG, PC
ATTY FOR AIR INTERNATIONAL (U.S.); AIR INTERNATIONAL THERMAL
(AUSTRALI
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

BUTZEL LONG, PC
ATTY FOR TOYODA GOSEI NORTH AMERICA CORP.
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

FOLEY & LARDNER LLP
ATTY FOR HENNIGES AUTOMOTIVE HOLDING, INC.
ATTN: ANN MARIE UETZ & THOMAS B. SPILLANE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK, NY 10103

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: RICHARD H. WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005 - 1706

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR FEUER POWERTRAIN GMBH & CO. KG
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI 48322

DICKINSON WRIGHT PLLC
ATTY FOR CHRYSLER GROUP LLC, AS AGENT FOR OLD CARCO & CHRYSLER
MOTORS
ATTN: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

LEONARD, STREET AND DEINARD, PA
ATTY FOR QUADION CORP.
ATT: MATTHEW A. SWANSON, ESQ.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN 55402

BUSH SEYFERTH & PAIGE PLLC
ATTY FOR NYX, INC.
ATT: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI 48084

FOLEY & LARDNER LLP
ATTY FOR BBI ENTERPRISES GROUP, INC.
ATT: ANN MARIE UETZ & THOMAS B. SPILLANE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC, PITNEY BOWES SO
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018 - 0822

LECLAIRRYAN, PC
ATTY FOR TENNECO INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR U.S. BANK NAT'L ASSOC. AND U.S. BANK TRUST NAT'L ASSOC.
ATT: RICH HIERSTEINER, J. DARCEY, A. ZUCCARELLO, J. GROVES,
C. BODELL & J. WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA 02199 - 7613

MCGUIREWOODS LLP
ATTORNEY FOR DOMINION RETAIL, INC
ATTENTION: SHAWN R. FOX
1345 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY 10105 - 0106

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR GRUPO KUO, TRANSMISSION TECHNOLOGIES CORPORATION,
TRAMSMISIONES Y EQUIPOS MECANICOS, PISTONES MORESA
ATT: DEBORAH M. BUELL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MCDONALD HOPKINS PLC
ATTY FOR COUNSEL TO COMAU, INC
ATTN: THOMAS K. LINDAHL
39533 WOODWARD AVE., SUITE 318
BLOOMFIELD HILLS, MI 48304

MCDONALD HOPKINS PLC
ATTY FOR SWAGELOK COMPANY
ATTN: STEPHEN M. GROSS
39533 WOODWARD AVE., STE. 318
BLOOMFIELD HILLS, MI 48304

VERCRUYSSE, MURRAY & CALZONE, PC
ATTN: DANIEL J. BERNARD
ATTY FOR UNIQUE FABRICATING, INC
31780 TELEGRAPH ROAD, SUITE 200
BINGHAM FARMS, MI 48025

JAFFE RAITT HEUER & WEISS, P.C.
ATTY FOR NORTHERN ENGRAVING CORPORATION
ATTN: PAUL R. HAGE
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

NEDELMAN GLOETZNER, PLLC
ATTY FOR LOGISTICS INSIGHT CORP.
ATTN: MICHAEL A. NEDELMAN
28580 ORCHARD LAKE ROAD, SUITE 140
FARMINGTON HILLS, MI 48334

DANN PECAR NEWMAN & KLEIMAN, P.C.
ATTY FOR UNITED REMC
ATTN: JAMES P. MOLOY
ONE AMERICAN SQUARE, SUITE 2300
INDIANAPOLIS, IN 46282

DLA PIPER LLP (US)
ATTY FOR GENERAL PHYSICS CORPORATION AND GP STRATEGIES
CORPORATION
ATTN: MARK J. FRIEDMAN
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020 - 1104

DANAHER CORPORATION
2099 PENNSYLVANIA AVE. NW
12TH FLOOR
WASHINGTON, DC 20006

HISCOCK & BARCLAY, LLP
ATTN: J. ERIC CHARLTON
ATTY FOR CANADIAN NATIONAL RAILWAY
ONE PARK PLACE, 300 SOUTH STATE STREET
SYRACUSE, NY 13202 - 2078

BARNES & THORNBURG LLP
ATT: MARK R. OWENS, ESQ.
ATTY FOR KOCH ENTERPRISES, INC.
11 SOUTH MERIDIAN ST
INDIANAPOLIS, IN 46204

SALTSMAN & WILLETT, P.S.C.
ATT: JAMES P. WILLETT, III
ATTY FOR MITSUBA CORP.
212 E STEPHEN FOSTER AVE, POB 327
BARDSTOWN, KY 40004

DRINKER BIDDLE & REATH LLP
ATTY FOR PENSKE LOGISTICS AUTOMOTIVE COMPONENT CARRIER LLC
ATTN: ANDREW C. KASSNER AND DAVID B. AARONSON
18TH & CHERRY STREETS
PHILADELPHIA, PA 19103

BROUSE MCDOWELL LPA
ATT: MARC B. MERKLIN
ATTY FOR MATERIAL MANAGEMENT SERVICES, INC.
388 S. MAIN STREET, SUITE 500
AKRON, OH 44331

WINSTEAD PC
ATT: R. MICHAEL FARQUHAR, JOSEPH G. EPSTEIN
1100 JPMORGAN CHASE TOWER
600 TRAVIS STREET
HOUSTON, TX 77022 - 5895

VARNUM LLP
ATTY FOR BHM TECHNOLOGIES HOLDINGS, INC., THE BROWN COMPANY OF
WAVERLY
ATTN: MARY KAY SHAVER
BRIDGEWATER PLACE
P. O. BOX 352
GRAND RAPIDS, MI 49501 - 0352

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
ATT: MICHAEL FRIEDMAN & KEITH SAMBUR
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

OTTAWAY MOTOR EXPRESS LTD
714880 COUNTY ROAD 4
WOODSTOCK, ONT
N4S 7W3 CANADA

DICKINSON WRIGHT PLLC
MICHAEL C HAMMER
500 WOODWARD AVE
SUITE 4000
DETROIT, MI 48226

ROBINSON CURPHEY & O'CONNELL
ATTORNEY FOR AFFINIA GROUP INC, AND CERTAIN OF ITS AFFILIATES
ATTY FOR DAVID ARNOLD
FOUR SEAGATE, NINETH FLOOR
TOLDEO, OH 43604

MANELLI DENISON & SELTER PLLC
YOSHIHIRO SAITO
2000 M STREET, NW 7TH FLOOR
WASHINGTON, DC 20036 - 3307

STEINBURG, SHAPRIO & CLARK
ATTN: MARK H. SHAPIRO
24901 NORTHWESTERN HIGHWAY
SUITE 611
SOUTHFIELD, MI 48075

BRIAN M. GRAHAM
SMITH AMUNDSON, LLC
150 NORTH MICHIGAN AVENUE, SUITE 3300
CHICAGO, IL 60601

GIBBONS, PC
DAVID N. CRAPO
ONE GATEWAY CENTER
NEWARK, NJ 07102 - 5310

MICHAEL BEST & FRIEDRICH LLP
ATTORNEY FOR JEFFERSON WELLS INTERNATIONAL, INC.
TONYA A. TRUMM
100 EAST WISCONSIN AVENUE, SUITE 3300
MILWAUKEE, WI 53202 - 4108

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
ATTY FOR VEOLIA WATER PARTNERS VI, LLC
ATTN: RUSSELL R. JOHNSON III, ESQ. AND JOHN M. MERRITT, ESQ.
2258 WHEATLANDS DRIVE
MANAKIN-SABOT, VA 23103

DAVIDOFF MALITO
ATTY FOR HAGEMEYER, N.A
ATTN: DAVID WANDER
605 THIRD AVENUE , 34TH FLOOR
NEW YORK, NY 10158

RAWLE & HENDERSON LLP
STEVEN MONTGOMERY, GARY F SEITZ
14 WALL STREET
27TH FLOOR
NEW YORK, NY 10005

CROSS & SIMON, LLC
ATTORNEY FOR FOSTER ELECTRIC CO. LTD.
ATTENTION: AMY E. EVANS, ESQ.
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DE 19801

DICKSON WRIGHT PLLC
ATTN: JAMES A. PIEMMONS
500 WOODWARD AVENUE
SUITE 4000
DETROIT, MI 48226

CALFEE, HALTER & GRISWOLD LLP
JAMES M LAWNICZAK, NATHAN A. WHEATLEY
800 SUPERIOR AVENUE SUITE 1400
KEYBANK CENTER, SUITE 1400
CLEVELAND, OH 44114

REIN F KRAMMER
MASUDA, FUNAI, EIFERT & MITCHELL, LTD
203 LASALLE ST
SUITE 2500
CHICAGO, IL 60601 - 1262

STUART A. LAVEN, JR
BENESH FRIEDLANDER COPLAN & ARONOFF LLP
200 PUBLIC SQUARE , SUITE 2300
CLEVELAND, OH 44114

DAVIS & GILBERT LLP
MILES BAUM
1740 BROADWAY
NEW YORK, NY 10017

LATHAM & WATKINS LLP
ATTN: GEORGE ROYLE
885 THIRD AVENUE
SUITE 1000
NEW YORK, NY 10022

ORRICK, HERRINGTON & SUTCLIFFE, LLP
ATTN: ALYSSA D. ENGLUND
666 FIFTH AVENUE
NEW YORK, NY 10103 - 0002

ALSTON & BIRD LLP
ATTY FOR BUEHLER MOTOR GMBH
ATTN J. WILLIAM BOONE
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309 - 3424

SMITH GAMBRELL & RUSSELL , LLP
ATTY FOR DUERR AG, DUERR SYSTEMS INC., AND DUERR ECOCLEAN, INC
ATTN: WILLIAM M. BARRON & BETH N. KIBE
250 PARK AVE
NEW YORK, NY 10177

HUSCH BLACKWELL SANDERS LLP
ATTN: MARSHALL TURNER
190 CARONDELET PLAZA
SUITE 600
SAINT LOUIS, MO 63105

ROPES & GRAP LLP
ATTY FOR CROSS COUNTRY MOTOR CLUB OF CALIFORNIA, INC.
ATTN : JAMES M. WILTON & JAMES A. WRIGHT III
ONE INTERNATIONAL PLACE
BOSTON, MA 02110 - 2624

BRACEWELL & GIULIANI LLP
ATTORNEY FOR GEORG FISCHER AUTOMOTIVE AG
ATTENTION: RENEE M. DAILEY
225 ASYLUM STREET
SUITE 2600
HARTFORD, CT 06103

COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.
MARK S. FRANKEL
39395 W TWELVE MILE RD
STE 200
FARMINGTON HILLS, MI 48331

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, PC
SUSAN M COOK
309 DAVIDSON BUILDING
916 WASHINGTON AVE
BAY CITY, MI 48708

KLESTADT & WINTERS LLP
ATT JOHN E JURELLER, JR
ATTY FOR LEGGETT AND PLATT, INCORPORATED
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10017

THOMPSON & KNIGHT LLP
DAVID M BENNETT
1722 ROUTH ST
STE 1500
DALLAS, TX 75201

MARK T. VUONO
VUONO & GRAY, LLC
310 GRANT ST., SUITE 2310
PITTSBURG, PA 15219

LESLIE S. BARR
WINDELS MARX LANE & MITTENDORF, LLP
156 WEST 56TH STREET
NEW YORK, NY 10019

TRISTAN MANTHEY
HELLER, DRAPER, HAYDEN, PATRICK & HORN, LLC
650 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LA 70130

WOLLMUTH MAHER & DEUTSCH LLP
ATTORNEY FOR SAGINAW LLC AND BRAZING CONCEPTS LLC
ATTENTION: JAMES N. LAWLOR
ONE GATEWAY CENTER,
NINTH FLOOR
NEWARK, NJ 07102

AKIN GUMP STRAUSS HAUER & FIELD LLP
ATTENTION: PHILIP C. DUBLIN
ONE BRYANT PARK
NEW YORK, NY 10036

CONCEPT INDUSTRIES
ELLEN MCCLAIN
4950 KRAFT S.E.
GRAND RAPIDS, MI 49512 - 9707

WARREN AND YOUNG PLL
JEFFREY L COXON
134 W 46TH ST
ASHTABULA, OH 44050 - 2300

CLARK HILL PLC
ATTN: JOEL D. APPLEBAUM
151 S. OLD WOODWARD AVENUE
SUITE 200
BIRMINGHAM, MI 48603 - 0289

WINDELS MARX LANE & MITTENDORF, LLP
ATTY FOR PLASTIC OMNIUM AUTO EXTERIORS, L.L.C., PLASTIC OMNIUM AUTO EX
ATTN: LESLIE S. BARR
156 WEST, 56TH STREET
NEW YORK, NY 10019

ELIAS GROUP, LLP
ATTORNEY FOR SEVERN TRENT DEL INC.
ATTENTION: DAN ELIAS
411 THEODORE FREMD AVENUE
SUITE 102
RYE, NY 10580

WENDY S. WALKER
MORGAN LEWIS & BOCKIUS LLP
101 PARK AVENUE
NEW YORK, NY 10178

HOWARD & HOWARD ATTORNEYS, PPLC
ATTY FOR PLASTIC OMNIUM AUTO EXTERIORS, L.L.C., PLASTIC OMNIUM AUTO
EX
ATTN: LISA S. GRETCHKO
450 WEST FOURTH STREET
ROYAL OAK, MI 48067

BAKER & HOSTETLER LLP
ATTN: RICHARD J. BERNARD
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

SIMPSON THACHER & BARTLETT LLP
ATTY FOR TPI INCORPORATED ADN CERTAIN OF ITS SUBSIDIARIES
KENNETH S. ZIMAN
425 LEXINGTON AVENUE
NEW YORK, NY 10017

KELLEY DRYE & WARREN
ATTN: JENNIFER A. CHRISTIAN
101 PARK AVENUE
NEW YORK, NY 10178

CARLISLE & COMPANY
KATHLEEN M. BREAULT
30 MONUMENT SQUARE
CONCORD, MA 01742

PLATZER, SWERGOLD, KARLIN LEVINE, GOLDBERG & JASLOW, LLP
CLIFF A. KATZ
1065 AVENUE OF THE AMERICAS
NEW YORK, NY 10018

THE HAAS LAW FIRM
ELIZABETH A. HAAS
254 S. MAIN STREET
SUITE 210
NEW CITY, NY 10956 - 3363

DICKINSON WRIGHT PLLC
ATTN: MICHAEL C. HAMMER
500 WOODWARD AVENUE
SUITE 4000
DETROIT, MI 48226

RJ LANDAU PARTNERS, PLLC
ATTN:  CHRISTOPHER A MERRITT
5340 PLYMOUTH RD
STE 200
ANN ARBOR, MI 48105

QUARLES & BRADY LLP
ATTY FOR MODINE MANUFACTURING COMPANY
ATTN: CHRISTOPHER COMBEST
300 NORTH LASALLE STREET SUITE 4000
CHICAGO, IL 60654

WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP
ATTN: ERIC G. WAXMANN III
170 OLD COUNTRY ROAD
SUITE 400
MINEOLA, NY 11501

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN:  ERIC R MARKUS, NANCY L. MANZER, ESQ.
1875 PENNSYLVANIA AVE NW
WASHINGTON, DC 20006

STOEL RIVES LLP
DAVID B. LEVANT, ERIN L. ELIASEN, ESQ.
600 UNIVERSITY STREET
SUITE 3600
SEATTLE, WA 98101

CHELI & LYSHAK, PLC
ATTN: STEVEN R. POHL
26154 WOODWARD AVENUEFIFTH THIRD CENTER
P.O. BOX 1247
ROYAL OAKRAPIDS, MI 48068 - 1257

MARKET INSIGHT CORPORATION
ATTN:  RICH FALCONE
2479 E BAYSHORE RD
STE 809
PALO ALTO, CA 94303

HCA, INC.
ATTN: ROBERT E. MCCARTHY
D/B/A ANDERSON COONSULTING ASSOC
5300 PLAINS RD.
EATON RAPIDS, MI 48827

POLSINELLI SHUGHART PC
ATT: CHRISTOPHER A. WARD
ATTY FOR ERNIE GREEN INDUSTRIES, INC.
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

SHELDON S. TOLL PLLC
SHELDON S TOLL
2000 TOWN CENTER, SUITE 2100
SOUTHFIELD, MI 48075

COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C
ATTY FOR COMMERCIAL CONTRACTING CORPORATION
ATTN: MARK S. FRANKEL AND JERRY M. ELLIS
39395 W. TWELVE MILE ROAD, SUITE 200
FARMINGTON HILLS, MI 48331

NATHAN ZOUSMER, P.C.
ATTY FOR YAREMA DIE & ENGINEERING CO.
ATTN: KENNETH A. NATHAN
29100 NORTHWESTERN HIGHWAY SUITE 260
SOUTHFIELD, MI 48034

SHIVELY BROTHERS, INC
C/O DAVID A SALIM
HICKS SCHMIDLIN & SALIM PC
5302 GATEWAY CENTRE
FLINT, MI 48507

REINHART BOERNER VAN DEUREN S.C.
ATT: AMANDA M. GIBBS
1000 NORTH WATER STREET, SUITE 1700
P.O. BOX 2965
MILWAUKEE, WI 53201 - 2965

ORRICK HERRINGTON & SUTCLIFFE LLP
ATT: FREDERICK D. HOLDEN, JR., JENNA S. CLEMENS
ATTY FOR APL CO. PTE LTD AND AMERICAN PRESIDENT LINES, LTD.
666 FIFTH AVENUE
NEW YORK, NY 10103

LATHAM & WATKINS LLP
ATT: MITCHELL SEIDER, JASON SANJANA
885 THIRD AVENUE
NEW YORK, NY 10022 - 4802

LATHAM & WATKINS LLP
ATT: PAUL SHERIDAN
ATTY FOR AIRTEX PRODUCTS, LP
555 ELEVENTH STREET, NW STE 1000
WASHINGTON, DC 20004 - 1304

REINHART BOERNER VAN DEUREN S.C.
ATT: L. KATIE MASON
ATTY FOR UNICO, INC.
1000 NORTH WATER ST, STE 1700, POB 2965
MILWAUKEE, WI 53201 - 2965

THREAD INFORMATION DESIGN, INC.
GERALD L MILLS

THOMPSON & KNIGHT LLP
ATTN: DEMETRA L. LIGGINS
ATTY FOR MITSUBISHI HEAVY INDUSTRIES, LTD.,
919 THIRD AVE., 39TH FLOOR
NEW YORK, NY 10022 - 3095

DW GRIFFITH INC
ATTN: D.W. GRIFFITH, PRESIDENT
100 PHILA PIKE
SUITE B
WILMINGTON, DE 19809

HUSCH BLACKWELL SANDERS LLP
ATTORNEYS FOR SSDC SERVICES CORP.
ATT: MICHAEL D. FIELDING
4801 MAIN STREET, STE 100
KANSAS CITY, MO 64112

NORTON & ASSOCIATES, LLC
ATTORNEYS FOR SSDC SERVICES, CORP.
ATT: MICHAEL E. NORTON
317 MADISON AVENUE, STE 415
NEW YORK, NY 10017

MILLER, CANFIELD, PADDOCK AND STONE PLC
ATT JOSEPH D. GUSTAVUS
ATTORNEYS FOR HORIBA INSTRUMENTS, INC. AND HORIBA LTD
840 WEST LONG LAKE ROAD
TROY, MI 48098

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
ANDREA FISCHER (AF 2591)
PARK AVENUE TOWER
66 EAST 55TH ST
NEW YORK, NY 10022

SANFORD P. ROSEN & ASSOCIATES, P.C.
ATTY FOR L+A ARCHITECTS, INC.
747 THIRD AVENUE
NEW YORK, NY 10017

NADLER NADLER & BURDMAN CO., L.P.A.
ATTORNEYS FOR COMPREHENSIVE LOGISTICS CO., INC.
ATTN: MICHAEL A. GALLO AND TIMOTHY M. REARDON
20 FEDERAL PLAZA WEST
SUITE 600
YOUNGSTOWN, OH 44503

NADLER NADLER & BURDMAN CO., L.P.A.
ATTORNEYS FOR FALCON TRANSPORT CO.
20 FEDERAL PLAZA WEST
SUITE 600
YOUNGSTOWN, OH 44503

ALSTON & BIRD LLP
ATTORNEY FOR AUTOLIV ASP, INC.
DENNIS J. CONNOLLY
90 PARK AVENUE
NEW YORK, NY 10016

FELLERS SNIDER BLANKENSHIP BAILEY & TIPPENS, PC
ATT STEPHEN J. MORIARTY
100 NORTH BROADWAY, SUITE 1700
ATTY FOR 100 NORTH BROADWAY, SUITE 170
OKLAHOMA CITY, OK 73102

REED SMITH LLP
REED SMITH LLP
MARK D. SILVERSCHOLTZ
599 LEXINGTON AVENUE, 22 FL
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
TALAT ANSARI, BENJAMIN D. FEDER, JORDAN A. BERGMAN, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

MCGAW & POLING P.C.
ATTY FOR DEMARIA BUILDING COMPANY
ATTN: D. DOUGLAS MCGAW & KATHRYN E. DRISCOLL
5455 CORPORATE DRIVE SUITE 104
TROY, MI 48098

SONNENSCHEIN NATH & ROSENTHAL LLP
JONATHAN D. FORSTOT, LOUIS A. CURCIO
ATTY FOR TT ELECTRONICS PLC, ON BEHALF OF SUBSIDIARIES AB AUTOMOTIVE
1221 AVENUE OF THE AMERICAS
NEW YORK,, NY 10020 - 1089

BUTZEL LONG A PROFESSIONAL CORPORATION-
ATTY FOR NEW MATHER METALS, INC.
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017

ALSTON & BIRD LLP
ATTORNEY FOR BUEHLER MOTOR GMGH
ATTENTION: J. WILLIAM BOONE
90 PARK AVENUE
NEW YORK, NY 10016

KERR RUSSELL AND WEBER PLC
ATTORNEYS FOR DELTA TOOLING CO.
ATTN: JAMES E. DELINE & P. WARREN HUNT
500 WOODWARD AVE
SUITE 2500
DETROIT, MI 48226

BODMAN LLP
ATTY FOR TECHFORM PRODUCTS LIMITED
ATTN: MARC M. BAKST
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI 48226

BARNES & THORNBURG LLP
ATTY FOR CONTINENTAL AG AND AFFILIATES
ATTN: PETER A. CLARK & JOHN T. GREGG
ONE NORTH WACKER DRIVE
SUITE 4400
CHICAGO, IL 60606

PHILLIPS LYTLE LLP
ATTY FOR NATIONAL FUEL RESOURCES, INC.
ATTN: ANGELA Z. MILLER
437 MADISON AVENUE
34TH FLOOR
NEW YORK, NY 10022

WILMER CUTLER PICKERING HALE & DORR LLP
ATTORNEYS FOR GFK CUSTOMER RESEARCH LLC
ATTN:  JAMES MILLAR & ANDREW GOLDMAN
399 PARK AVENUE
NEW YORK, NY 10022

JERRY BOWLER
CONTROLLER
PARAGON TECHNOLOGIES, INC
5775 TEN MILE ROAD
WARREN, MI 48091

KERRY RUSSELL AND WEBER PLC
ATTORNEYS FOR MOLD MASTERS CO
ATTN: JAMES E DELINE & P. WARREN HUNT
500 WOODWARD AVE
SUITE 2500
DETROIT, MI 48228

K&L GATES LLP
ATTORNEYS FOR BLUE MARBLE ENVIRONMENTAL, INC.
ATTN: ROBERT N. MICHAELSON
599 LEXINGTON AVE
NEW YORK, NY 10022

MONZACK MERSKY MCLAUGHLIN AND BROWDER
ATTORNEYS FOR BLUE MARBLE ENVIRONMENTAL, INC
ATTN:  BRIAN J. MCLAUGHLIN
1201 N ORANGE STREET
SUITE 400, PO BOX 2031
WILMINTON, DE 48226

KRONCKE, DARCANGELO SUTTER AND FUREY
GERALD L. MILLS
ATTY FOR THREAD INFORMATION DESIGN, INC.
2255 WEST LASKEY ROAD
TOLEDO, OH 43613

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY & ERIC B. FISHER
ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA PETRI
380 MADISON AVENUE
NEW YORK, NY 10017

BUTZEL LONG, P.C
ATT:THOMAS B. RADOM & MAX J. NEWMAN
ATTY FOR TK HOLDINGS;IRVIN AUTOMOTIVE PRODUCTS; TAKATA PETRI AG
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS & MICHAEL C. HAMMER
ATTY FOR MULTIMATIC, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR NEW UNITED MOTOR MANUFACTURING INC.
ATTN.:  GEORGE H. KALIKMAN AND BENJAMIN P. DEUTSCH
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005

LATHAM & WATKINS LLP
ATT: DOUGLAS BACON
ATTORNEY FOR NBC UNIVERSAL, INC.
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606

AKIN GUMP STRAUSS HAUER & FELD LLP
ATT: DAVID F. STABER
ATTORNEY FOR SANDEN INTERNATIONAL (USA), INC.
1700 PACIFIC AVENUE, SUITE 4100
DALLAS, TX 75201

WOLLMUTH MAHER & DEUTSCH LLP
ATT: JAMES N. LAWLOR
ATTORNEY FOR SAGINAW LLC AND BRAZING CONCEPTS LLC
500 FIFTH AVENUE
NEW YORK, NY 10110

MCGUIREWOODS LLP
ATT: DAVID I. SWAN
ATTORNEY FOR SPRINT NEXTEL CORPORATION
1750 TYSONS BLVD., SUITE 1800
MCLEAN, VA 22102

WALLER LANSDEN DORTCH & DAVIS, LLP
ATT: ROBERT A. GUY, JR.
ATTORNEY FOR CLARCOR, INC., TOTAL FILTRATION SERVICES, INC.
NASHVILLE CITY CENTER, 500 UNION STREET, SUITE 2700
POSTAL BOX 198966
NASHVILLE, TN 37219 - 8766

FULBRIGHT & JAWORSKI L.L.P.
ATTN: SHARON M. BEAUSOLEIL
ATTY FOR PENZOIL-QUAKER STATE COMPANY DBS SOPUS
FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TX 77010

AJAMIE LLP
ATTN: DONA SZAK
ATTY FOR RASSINI, S.A. DE C.V.
PENZOIL PLACE - SOUTH TOWER
711 LOUISIANA, SUITE 2150
HOUSTON, TX 77002

TAFT STETTINIUS & HOLLISTER
ATTY FOR ENOVAPREMIER OF MICHIGAN LLC
ATTN:  RICHARD L. FERRELL
425 WALNUT ST STE 1800
CINCINNATI, OH 45202 - 3948

MARSHALL & MELHORN
FOUR SEAGATE
EIGHTH FLOOR
ATTN: MELISSA J. DETRICK
TOLEDO, OH 43604

PAUL WEISS RIFKIND WHARTON & GARRISON
ATTN: STEPHEN J. SHIMSHAK
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019 - 6028

AQUENT LLC
711 BOYLSTON STREET
ATTN: JOHN PUSTELL
BOSTON, MA 02116

MAXXIS INTERNATIONAL USA
545 OLD PEACHTREE RD NW
SUWANEE, GA 30024 - 2935

YEATON RESEARCH INC
5552 CERRITOS AVE STE B
G. SCOTT YEATON, PRESIDENT
CYPRESS, CA 90630 - 4725

RAPIDS TUMBLE FINISH INC
ATTN: LOUANN LOOMIS
1607 HULTS DR
EATON RAPIDS, MI 48827 - 9500

MARTIN TRANSPORTATION SYSTEMS INC
RICHARD M. DABNEY
7300 CLYDE PARK AVE SW
BYRON CENTER, MI 49315 - 8387

Exhibit B

ADVANCEMENT LLC
32200 SOLON ROAD
SOLON, OH  44139

AKIN GUMP STRAUSS HAUER & FELD LLP
ATT: DAVID F. STABER
ATTORNEY FOR SANDEN INTERNATIONAL (USA), INC.
1700 PACIFIC AVENUE, SUITE 4100
DALLAS, TX  75201

AKIN GUMP STRAUSS HAUER & FIELD LLP
ATTENTION: PHILIP C. DUBLIN
ONE BRYANT PARK
NEW YORK, NY  10036

ALLARD & FISH
ATTN: ELIZABETH K. FLAAGAN
FAEGRE & BENSON LLP
3200 WELLS FARGO CENTER
1700 LINCOLN CENTER
DENVER, CO  80203

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
IVAN M GOLD
THREE EMBARCADERO CENTER 12TH FLOOR
SAN FRANCISCO, CA  94111 - 4074

ALSTON & BIRD LLP
ATTY FOR AUTOLIV ASP, INC.
ATTN: DENNIS J. CONNOLLY
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA  30309 - 3424

ALSTON & BIRD LLP
ATTORNEY FOR AUTOLIV ASP, INC.
DENNIS J. CONNOLLY
90 PARK AVENUE
NEW YORK, NY  10016

ANNA AGUILAR
521 FIFTH AVENUE
SUITE 3300
NEW YORK, NY  10175

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
ATT: DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA  30363 - 1031

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATTY FOR THE STATE OF NEBRASKA
ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL
2115 STATE CAPITOL BUILDING
LINCOLN, NE  68509 - 8920

AUTO CRAFT/ALGONAC
1800 FRUIT ST
P.O. BOX 478
CLAY, MI  48001 - 4503

BAKER & DANIELS
PO BOX 664091
INDIANAPOLIS, IN  46266 - 4091

BAKER & DANIELS LLP
ATTORNEY FOR SHAMBAUGH & SON, L.P.
ATTENTION: JOHN R. BURNS
111 EAST WAYNE ST.
SUITE 800
FORT WAYNE, IN  46802

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH  44114 - 3485

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: RICHARD BERNARD, ESQ.
45 ROCKEFELLER PLAZA
NEW YORK, NY  10111

BAKER & HOSTETLER LLP
ATTN: RICHARD J. BERNARD
45 ROCKEFELLER PLAZA
NEW YORK, NY  10111

BERGER SINGERMAN, P.A.
ATTY FOR SCI, LTD.
ATT: ARTHUR J. SPECTOR, ESQ.
350 E. LAS OLAS BOULEVARD
10TH FLOOR
FORT LAUDERDALE, FL  33301

BIALSON, BERGEN & SCHWAB
ATTY FOR FLEXTRONICS INTERNATIONAL  LTD.
ATTN: PATRICK M. COSTELLO & THOMAS M. GAA, ESQS
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA  94306

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
ATTN: PATRICK M. COSTELLO & THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA  94306

BIALSON, BERGEN & SCHWAB
ATTY FOR YAHOO! INC.
ATTN: LAWRENCE M. SCWAB, KENNETH T. LAW & THOMAS M. GAA, ESQS
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA  94306

BIALSON, BERGEN & SCHWAB
ATTY FOR SUN MICROSYSTEMS, SUN MICROSYSTEMS GLOBAL FINANCIAL
SERVICES
ATTN: PATRICK M. COSTELLO & THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA  94306

BIFFERATO GENTILOTTI LLC
ATTN: GARVAN F MCDANIEL
800 N KING STREET
PLAZA LEVEL
WILMINGTON, DE  19801

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA, PA  19103

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, ON BEHALF OF
ITSEL
ATTN: STANLEY B. TARR AND REGINA STANGO KELBON
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY  10174 - 0208

BODMAN LLP
ATTY FOR PRODUCTION MODELING CORPORATION
ATTN: COLIN T. DARKE, ESQ.
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI  48226

BODMAN LLP
ATTY FOR KUKA SYS FKA KUKA FLEXIBLE PROD SYS; KUKA ROBOTICS CORP.
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI  48226

BODMAN LLP
ATTORNEY FOR FREUDENBERG-NOK GENERAL PARTNERSHIP; FREUDENBERG-
NOK,
INC; FREUDENBERG-NOK DE MEXICO, S.A. DE C.V.;Q
ATTENTION: COLIN T. DRAKE
1901 ST. ANTOINE STREET, 6TH FLOOR AT FORD FIELD
DETROIT, MI  48026

BODMAN, LLP
ATTORNEY FOR FREUDENBERG - NOK GERNERAL PARTNERSHIP, ET. AL
ATTENTION: RALPH E. MCDOWELL
1901 ST. ANTOINE
6TH FLOOR AT FORD FIELD
DETROIT, MI  48226

BORGES & ASSOCIATES, LLC
ATTY FOR RAYCOM MEDIA, INC.
ATTN: WANDA BORGES, ESQ.
575 UNDERHILL BLVD., SUITE 118
SYOSSET, NY  11791

BROWN & CONNERY, LLP
ATTY FOR SAP AMERICA, INC.
ATT: KENNETH J. SCHWEIKER, JR., ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ  08096

BUSH SEYFERTH & PAIGE LLC
ATTN: SCOTT A. WOLFSON
3001 WEST BIG BEAVER ROAD
SUITE 600
TROY, MI  48084

BUSH SEYFERTH & PAIGE PLLC
ATTY FOR LEN INDUSTRIES, INC.
ATT: SCOTT A. WOLFSON, ESQ. & ANTHONY J. KOCHIS, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI  48084

BUSH SEYFERTH & PAIGE PLLC
ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC.
ATT: SCOTT A. WOLFSON, ESQ.
3001 W. BIG BEAVER ROAD, SUITE 600
TROY, MI  48084

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATT: THOMAS B. RADOM, MAX J. NEWMAN
STONERIDGE WEST
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI  48304

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTORNEYS FOR TRAFFIC MARKPLACE, INC.
ATTN:  ROBERT SIDORSKY; EIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY  10017

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTORNEYS FOR TRAFFIC MARKETPLACE, INC.
ATTN: THOMASS; MAX JONATHAN NEWMAN
41000 WOODWARD AVENUE
STONERIDGE WEST
BLOOMFIELD HILLS, MI  48304

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTY FOR NEW MATHER METALS, INC.
ATTN: THOMAS RADOM & MAX JONATHAN NEWMAN
41000 WOODWARD AVENUE
STONERIDGE WEST
BLOOMFIELD HILLS, MI  48304

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTY FOR SANKYO OILLESS INDUSTRY (USA) CORP.
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY  10017

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTY FOR SANKYO OILLESS INDUSTRY (USA) CORP.
ATTN: THOMAS RADOM & MAX JONATHAN NEWMAN
41000 WOODWARD AVENUE
STONERIDGE WEST
BLOOMFIELD HILLS, MI  48304

BUTZEL LONG, PC
ATTY FOR NISSHINBO AUTOMOTIVE CORP.
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
22ND FLOOR
NEW YORK, NY  10017

BUTZEL LONG, PC
ATTY FOR JTEKT AUTOMOTIVE TN-VONORE, JTEKT AUTOMOTIVE TN-MORRISTOWN,
TOYODA MACHINERY USA, JTEKT NORTH AMERICA, KOYO CORP OF USA, JTEKT COR
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY  10017

BUTZEL LONG, PC
ATTY FOR JTEKT  AUTO TN-VONORE, JTEKT AUTO TN-MORRISTOWN, TOYODA
MACHINERY USA, JTEKT NORTH AMERICA, KOYO CORP OF USA, JTEKT CORP
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI  48304

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI  48304

CAPLIN & DRYSDALE CHARTERED
1 THOMAS CIR NW STE 1100
WASHINGTON, DC  20005 - 5812

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY  10152 - 3500

CARLISLE & COMPANY
KATHLEEN M. BREAULT
30 MONUMENT SQUARE
CONCORD, MA  01742

CAROLLYN H.G CALLARI, EDWARD A SMITH
VENABLE LLP
ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS
NEW YORK, NY  10020

CARSON FISCHER, P.L.C.
ATTY FOR COBASYS LLC
ATT: JOSEPH FISCHER, ROBERT WEISBERG, LAWRENCE LICHTMAN, PATRICK
KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, P.L.C.
ATTY FOR FINDLAY INDUSTRIES, INC.
ATT: JOSEPH FISCHER & PATRICK KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, P.L.C.
ATTY FOR BEHR AMERICA, INC.
ATT: JOSEPH FISCHER, ROBERT WEISBERG, PATRICK KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI  48302

CARSON FISCHER, PLC
ATTN: PATRICK J. KUKLA
4111 ANDOVER ROAD
WEST 2ND FLOOR
BLOOMFIELD HILLS, MI  48302

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI  48009

CLARK HILL PLC
ATTN: JOEL D. APPLEBAUM
151 S. OLD WOODWARD AVENUE
SUITE 200
BIRMINGHAM, MI  48603 - 0289

CLARK HILL PLC
ATTY FOR VERITAS AG AND POPPE-VERITAS HOLDING GMBH & CO KG
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI  48009

CLARK HILL, PLC
ATTORNEYS FOR FABTRONIC, INC.
ROBERT D. GORDON
151 S. OLD WOODWARD AVENUE, STE 200
BIRMINGHAM, MI  48009

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR INTERNATIONAL BUSINESS MACHINES CORPORATION
ATTN: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

CLIFFORD CHANCE US LLP
ATTY FOR THE ROYAL BANK OF SCOTLAND PLC, ABN AMRO BANK N.V. AND
RBS CITIZENS, N.A.
ATT: ANDREW BROZMAN & SARAH CAMPBELL, ESQ.
31 WEST 52ND STREET
NEW YORK, NY  10019 - 6131

CONLIN, MCKENNEY & PHILBRICK, P.C.
ATT: BRUCE N. ELLIOTT
ATTY FOR VAN-ROB, INC.
350 S. MAIN STREET, SUITE 400
ANN ARBOR, MI  48104

CONNOLLY BOVE LODGE & HUTZ LLP
JEFFREY C. WISLER, CHRISTINA M. THOMPSON
THE NEMOURS BUILDING
1007 NORTH ORANGE ST
PO BOX 2207 (19899)
WILMINGTON, DE  19801

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC  20004 - 2401

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: SUSAN POWER JOHNSTON, ESQ.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY  10018

CROSS & SIMON, LLC
ATTORNEY FOR FOSTER ELECTRIC CO. LTD.
ATTENTION: AMY E. EVANS, ESQ.
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DE  19801

CROWELL & MORING LLP
ATTY FOR WINKELMANN SP Z.O.O.
ATTN STEVEN B. EICHEL
590 MADISON AVENUE
20TH FLOOR
NEW YORK, NY  10022

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT  06901

DANIEL J FLANIGAN
POLSINELLI SHUGHART PC
7 PENN PLAZA
SUITE 600
NEW YORK, NY  10001

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI  48304

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR JOHN E. GREEN COMPANY
ATTN: KENNETH A. FLASKA & WILLIAM L. ROSIN
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI  48304

DAY PITNEY
ATTORNEY SPARTAN LIGHT METAL PRODUCTS, INC.
ATTENTION: RICHARD M. METH
7 TIMES SQUARE
NEW YORK, NY  10036 - 7311

DAY PITNEY LLP
ATTY FOR ORACLE USA, INC.
ATTN: AMISH R. DOSHI, ESQ.
7 TIMES SQUARE
NEW YORK, NY  10036

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK, NY  10022

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY  10036 - 6797

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORPORATION (GROUP) AND AFFILIAT
ATTN: JULIET SARKESSIAN, ESQ.
2929 ARCH STREET
PHILADELPHIA, PA  19104

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY  10036 - 6797

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA  19104

DICKINSON WRIGHT PLLC
ATTY FOR MAGNA INTERNATIONAL, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY  10017

DILWORTH PAXSON LLP
ATTY FOR THE DOW CHEMICAL CO.
ATTN: SCOTT J. FREEDMAN, ESQ.
LIBERTYVIEW - SUITE 700
457 HADDONFIELD ROAD
CHERRY HILL, NJ  08002

DILWORTH PAXSON LLP
ATTY FOR MEDCO HEALTH SOLUTIONS, INC.
ATTN: MARTIN J. WEIS
1500 MARKET STREET
SUITE 3500E
PHILADELPHIA, PA  19102

DINSMORE & SHOHL LLP
KIM MARTIN LEWIS
225 E. 5TH STREET
CINCINNATI, OH  45202

DORSEY & WHITNEY LLP
ATTORNEY FOR ENTERGY MISSISSIPPI, INC
ATTENTION: ERIC LOPEZ SCHNABEL
250 PARK AVENUE
NEW YORK, NY 10177

EMMET, MARVIN & MARTIN, LLP
ATTORNEY FOR THE BANK OF NEW YORK MELLON
ATTENTION: EDWARD P. ZUJKOWSKI
120 BROADWAY
NEW YORK, NY 10271

EPSTEIN BECKER GREEN P.C.
ATT: PAUL TRAUB, WENDY G. MARCARI
250 PARK AVENUE
NEW YORK, NY 10177 - 1211

FERNDALE ELECTRIC
KERR RUSSELL AND WEBER PLC
500 WOODWARD AVENUE ,SUITE 2500
DETROIT, MI 482260000

FOLEY & LARDNER
ROBERT D. GORDON
CLARK HILL PLC
151 S OLD WOODWARD AVE, STE 200
BIRMINGHAM, MI 48009

FOLEY & LARDNER LLP
ATTY FOR VISIOCORP USA, INC.
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

FOLEY & LARDNER LLP
ATTY FOR CONTINENTAL PLASTICS COMPANY
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

FOLEY & LARDNER LLP
ATTY FOR CADILLAC PRODUCTS AUTOMOTIVE COMPANY
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

FOLEY & LARDNER LLP
ATTY FOR TECHNOLOGY INVESTMENT PARTNERS, LLC
ATTN: THOMAS B. SPILLANE, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

FOLEY & LARDNER LLP
ATTY FOR SCREENVISION CINEMA NETWORK LLC
ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

FOLEY & LARDNER LLP
ATTY FOR KYKLOS BEARING INTERNATIONAL
ATTN: ANN MARIE UETZ, ESQ.
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: THOMAS B. SPILLANE & SCOTT T. SEABOLT
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

FOLEY & LARDNER LLP
ATTY FOR JERNBERG INDUSTRIES, INC.
ATTN: ANN MARIE UETZ, ESQ.
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

FOLEY & LARDNER LLP
ATTY FOR BBI ENTERPRISES GROUP, INC.
ATT: ANN MARIE UETZ & THOMAS B. SPILLANE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 - 3489

FOLEY & LARDNER LLP
ATTORNEY FOR TOYOTA MOTOR CORPORATION
ATTENTION: THOMAS B. SPILLANE, JOHN A. SIMON, & STEVEN H. HILFINGER
500 WOODWARD AVENUE, SUITE 2700
ONE DETROIT CENTER
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTORNEY FOR TOYOTA MOTOR CORPORATION
ATTENTION: ROBERT H. HUEY
500 WOODWARD AVENUE, SUITE 2700
ONE DETROIT CENTER
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTORNEYS FOR CALSONICKANSEI NORTH AMERICA, INC.
ATTN: KEITH OWENS
555 FLOWER STREET
SUITE 3500
LOS ANGELES, CA  90071

FORMAN HOLD ELIADES & RAVIN
ATTY FOR SIEMENS BUILDING TECHNOLOGIES, INC.
ATTN: WENDY B. GREEN
80 ROUTE 4 EAST
SUITE 290
PARAMUS, NJ  07652

FORMAN HOLT ELIADES & RAVIN, LLC
JOSEPH M. CERRA
ATTY FOR AFFILIATED COMPUTER SERVICES OF SPAIN SL AND ITS AFFILIATES
888 7TH AVENUE, SUITE 4500
NEW YORK, NY  10106

FRANTZ WARD LLP
ATT: JOHN F. KOSTELNIK, MATTHEW H. MATHENEY, TIMOTHY J. RICHARDS
ATTY FOR YRC WORLDWIDE INC.
2500 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH  44114 - 1230

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK, NY  10103

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT
666 FIFTH AVENUE
NEW YORK, NY  10103 - 3198

GARVEY SCHUBERT BARER
ATTORNEYS FOR GETTY IMAGES, INC
ATTN JAMES H. FREEMAN
100 WALL STREET
20TH FLOOR
NEW YORK, NY  10005

GILMARTIN, POSTER & SHAFTO LLP ATTORNEYS FOR COMPANIA SUD AMERICANA
MICHAEL C. LAMBERT
845 THIRD AVE. 18TH FLOOR
NEW YORK, NY  10022

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY  10022

GREENBERG TRAURIG, P.A.
ATT: LUIS SALAZAR, ESQ.
ATTY FOR: OXBOW CARBON & MINERALS, LLC
1221 BRICKELL AVENUE
MIAMI, FL  33131

GREENBERG TRAURIG, P.A.
ATT: ALLEN G. KADISH, ESQ.
ATTY FOR: OXBOW CARBON & MINERALS, LLC
200 PARK AVENUE
NEW YORK, NY  10166

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR EMC CORPORATION
ATT: JULIE D. DYAS & CHRISTOPHER J. BATTAGLIA, ESQS.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY  10022

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC.
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY  10022

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY  10020 - 1007

HEALTHTRAX INTERNATIONAL INC
2345 MAIN ST
GLASTONBURY, CT  06033 - 2211

HERRICK FEINSTEIN LLP
ATTN: PAUL RUBIN
TWO PARK AVENUE
NEW YORK, NY  10016

HERRICK, FEINSTEIN LLP
ANDREW C. GOLD
ATTY FOR EMERSON ELECTRIC COMPANY AND ITS AFFILIATES
2 PARK AVENUE
NEW YORK, NY  10016

HODGSON RUSS LLP
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
ATTN: STEPHEN H. GROSS, ESQ.
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY  10165 - 0150

HODGSON RUSS LLP
ATTY FOR XEROX CAPITAL SERVICES LLC AS SERVICING AGENT TO XEROX CORP
ATTN: STEPHEN H. GROSS, ESQ.
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY  10165 - 0150

HOWARD & HOWARD ATTORNEYS, PPLC
ATTY FOR PLASTIC OMNIUM AUTO EXTERIORS, L.L.C., PLASTIC OMNIUM AUTO EX
ATTN: LISA S. GRETCHKO
450 WEST FOURTH STREET
ROYAL OAK, MI  48067

HUGHES HUBBARD & REED LLP
ATTORNEY FOR MEDIANEWS GROUP, INC
ATTENTION: CHRISTOPHER K. KIPLOK & JAIME STEINFINK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

INDUSTRIAL TRANSPORT
TED E CRAWFORD
CHIEF FINANCIAL OFFICER
2330 EAST 79TH STREET
CLEVELAND, OH 44104

INGRAM YUZEK GAINEN CARROLL &BERTOLOTTI, LLP
ATTY FOR SHEPARDSON STERN & KAMINSKY, LLC
ATTN: DAVID G. EBERT
250 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10177

JAFFE RAITT HEUER & WEISS PC
ATTN: PAUL R HAGE
27777 FRANKLIN ROAD
SUITE 2500
SOUTHFIELD, MI 48034

JAFFE RAITT HEUER & WEISS, P.C.
ATTY FOR MOPS GROUP, INC.
ATTN: PAUL R. HAGE
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

K&L GATES LLP
ATTY FOR PPG INDUSTRIES, INC.
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.
599 LEXINGTON AVENUE
NEW YORK, NY 10022

KATTEN MUCHIN ROSENMAN LLP
ATTORNEYS FOR WHERENET CORP
ATTN: MERRITT A. PARDINI
575 MADISON AVENUE
NEW YORK, NY 10022

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH 45202

KELLEY DRYE & WARREN LLP
ROBERT L. LEHANE
ATTY FOR LBA REALTY FUND III – COMPANY IX, LLC
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178

KEMP KLEIN LAW FIRM
ATTY FOR CUSTOM AUTOMOTIVE SERVICE, INC.
ATTN: GLORIA M. CHON, NORMAN D. ORR
201 W. BIG BEAVER
SUITE 600
TROY, MI 48084

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL MICHIGAN HOLDING CORPORATION
ATTN: P. WARREN HUNT, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226 - 3406

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL INSTRUMENTATION & TEST SYSTEMS, INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226 - 3406

KERR, RUSSELL AND WEBER, PLC
ATTY FOR FLEET-CAR LEASE, INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226 - 3406

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326

KLEINBERG, KAPLAN, WOLF & COHEN, P.C
ATTY FOR ATMOS ENERGY MARKETING ,LLC AND ATMOS ENERGY CORP
ATTN: JAMES M. WILTON & JAMES A. WRIGHT III
551 FIFTH AVENUE
NEW YORK, NY 10176

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243

KRONCKE, DARCANGELO SUTTER AND FUREY
GERALD L. MILLS
ATTY FOR THREAD INFORMATION DESIGN, INC.
2255 WEST LASKEY ROAD
TOLEDO, OH 43613

KUPELIAN ORMOND & MAGY, P.C.
ATTY FOR LA PRODUCTIONS, LLC
ATTN: PAUL S. MAGY, TERRENCE A. HILLER, JR. & DAVID M. BLAU
25800 NORTHWESTERN HIGHWAY
SUITE 950
SOUTHFIELD, MI 48075

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR KNIGHT FACILITIES MANAGEMENT, INC & CARAVAN/KNIGHT
FACILITIES
MANAGEMENT, INC.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY  10022 - 4068

LATHAM & WATKINS LLP
ATTN: GEORGE ROYLE
885 THIRD AVENUE
SUITE 1000
NEW YORK, NY  10022

LATHAM & WATKINS LLP
ATT: PAUL SHERIDAN
ATTY FOR AIRTEX PRODUCTS, LP
555 ELEVENTH STREET, NW STE 1000
WASHINGTON, DC  20004 - 1304

LATHAM & WATKINS LLP
ATT DOUGLAS BACON
ATTY FOR NBC UNIVERSAL
233 SOUTH WACKER DRIVE
CHICAGO, IL  60606

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
ATTY FOR DELTA TOWNSHIP UTILITIES II, LLC
ATTN: RUSSELL R. JOHNSON III, ESQ. AND JOHN M. MERRITT, ESQ.
2258 WHEATLANDS DRIVE
MANAKIN-SABOT, VA  23103

LECLAIRRYAN P.C
ATTY OF HONEYWELL INTERNATIONAL INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY  10022

LESLIE S. BARR
WINDELS MARX LANE & MITTENDORF, LLP
156 WEST 56TH STREET
NEW YORK, NY  10019

LOCKE LORD BISSELL & LIDDELL LLP
ATTY FOR METHODE ELECTRONICS, INC.
ATTN: TIMOTHY S. MCFADDEN
111 SOUTH WACKER DRIVE
CHICAGO, IL  60606

LOCKE LORD BISSELL & LIDDELL, LLP
ATTY FOR METHODE ELECTRONICS, INC.
ATTY: KEVIN J. WALSH
885 THIRD AVENUE
26TH FLOOR
NEW YORK, NY  10022

LOUIS PADNOS METAL & IRON
SCOTT WOLTERS
185 W 8TH ST
HOLLAND, MI  49423 - 3107

MARSHALL & MELHORN
FOUR SEAGATE
EIGHTH FLOOR
ATTN: MELISSA J. DETRICK
TOLEDO, OH  43604

MARTIN EISENBERG
ATTY FOR VOITH AG AND ITS AFFILIATES
SUITE 1000 , 50 MAIN ST
WHITE PLAINS, NY  10606

MCALPINE & ASSOCIATES, P.C.
DON W. BELVINS
3201 UNIVERSITY DR, SUITE 100
AUBURN HILLS, MI  48326

MCALPINE & ASSOCIATES, P.C.
MARK L. MCALPINE, P.C.
3201 UNIVERSITY DRIVE. SUITE 100
AUBURN HILLS, MI  48326

MCDONALD HOPKINS PLC
ATTY FOR COUNSEL TO COMAU, INC
ATTN: THOMAS K. LINDAHL
39533 WOODWARD AVE., SUITE 318
BLOOMFIELD HILLS, MI  48304

MCDONALD HOPKINS PLC
ATTY FOR SWAGELOK COMPANY
ATTN: STEPHEN M. GROSS
39533 WOODWARD AVE., STE. 318
BLOOMFIELD HILLS, MI  48304

MCGUIREWOODS LLP
ATTORNEY FOR DOMINION RETAIL, INC
ATTENTION: DION W. HAYES
1345 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY  10105 - 0106

MCGUIREWOODS LLP
ATTY FOR CSX TRANSPORTATION,INC
ATTN: JOHN H. MADDOCK III AND SHAWN R. FOX
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA  23219

MCGUIREWOODS, LLP
ATTN: SHAWN R. FOX
1345 AVENUE OF THE AMERICAS
SEVENTH FLOOR
NEW YORK, NY  10105

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO
CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY  11530

MEYER, SUOZZI, ENGLISH & KLIEN, PC
ATTORNEY FOR DOMINION VA, ET AL
ATTENTION: THOMAS R. SLOME
990 STEWART AVENUE, SUITE 300
PO BOX 9194
GARDEN CITY, NY  11530 - 9194

MICHAEL J DUVERNAY
1800 FRUIT STREET
ALGONAC, MI  48001

MILLER CANFIELD PADDOCK AND STONE PLC
DONALD J. HUTCHINSON
150 WEST JEFFERSON AVENUE
SUITE 2500
DETROIT, MI  48226

MILLER, CANFIELD, PADDOCK AND STONE PLC
ATT JOSEPH D. GUSTAVUS
ATTORNEYS FOR HORIBA INSTRUMENTS, INC. AND HORIBA LTD
840 WEST LONG LAKE ROAD
TROY, MI  48098

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: DONALD J. HUTCHINSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI  48226

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI  48226

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA  02111

MORGAN LEWIS & BOCKUS LLP
WENDY S WALKER
101 PARK AVE
NEW YORK, NY  10178

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEY FOR FTM SERVICE CORP.
ATTENTION: HOWARD S. BELTZER
101 PARK AVENUE
NEW YORK, NY  10178

MORRIS JAMES LLP
ATT: CARL N. KUNZ, III, JEFFREY R. WAXMAN
500 DELAWARE AVENUE, SUITE 500
ATTY FOR MONSTER WORLDWIDE, INC.
WILMINGTON, DE  19801

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C.
ATTY FOR BRANDENBURG INDUSTRIAL SERVICE CO.
ATT: COLLEEN E. MCMANUS, ESQ.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL  60606

MUNSCH HARDT KOPF & HARR, P.C.
ATTY FOR ATMOS ENERGY MARKETING , LLC AND ATMOS ENERGY CORP.
ATTN: JOE E. MARSHALL & MATTHEW J. GOLD
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS, TX  75201 - 6659

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTY FOR UNOFFICIAL GM DEALERS COMMITTEE
ATT: LORRAINE MCGOWEN, ALYSSA ENGLUND, COURTNEY ROGERS
666 FIFTH AVENUE
NEW YORK, NY  10103

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: RICHARD H. WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, DC  20005 - 1706

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN THOMAS L. KENT & DANIEL B. GOLDMAN
PARK AVENUE TOWER
77 EAST 55TH STREET
NEW YORK, NY  10022

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN RICHARD A.L CHESLEY & STEPHENIE S. PARK
191 NORTH WACKER DRIVE
30TH FLOOR
CHICAGO, IL  60606

PEPPER HAMILTON LLP
ATTY FOR VALEO SYLVANIA LLC
ATT: DENNIS S. KAYE & DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI  48243 - 1157

PEPPER HAMILTON LLP
ATTY FOR URBAN SCIENCE APPLICATIONS, INC.
ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI  48243 - 1157

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE  19899 - 1709

PEPPER HAMILTON LLP
ATTY FOR CHANNELVANTAGE, INC.
ATTN: DENNIS S. KAYES & DEBORAH KOVSKY-APAP
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI  48243 - 1157

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA  19103 - 2799

PERKINS COIE LLP
1201 THIRD AVENUE, 40TH FLOOR
ATTY FOR ISUZU MOTOR LIMITED, ISUZU MOTORS AMERICA LLC
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WA  98101

PHILLIPS LYTLE LLP
ATT: ANGELA Z. MILLER, ESQ
ATTY FOR A.W. FARRELL & SON INC.
3400 HSBC CENTER
BUFFALO, NY  14203

PHILLIPS LYTLE LLP
ANGELA Z MILLER
437 MADISON AVE, 34TH FLOOR
NEW YORK, NY  10022

PHILLIPS LYTLE LLP
ALLAN L HILL, WILLIAM J BROWN
437 MADISON AVE
34TH FLOOR
NEW YORK, NY  10022

PHILLIPS LYTLE LLP
ATTY FOR NATIONAL FUEL RESOURCES, INC.
ATTN: ANGELA Z. MILLER
437 MADISON AVENUE
34TH FLOOR
NEW YORK, NY  10022

PHILLIPS LYTLE LLP
ATTY FOR NATIONAL FUEL RESOURCES, INC.
ATTN: ANGELA Z. MILLER
3400 HSBC CENBER
BUFFALO, NY  14203

PILLIP BOHL, JEFFREY PETERSON, ESQ.
GRAY PLANT MOOTY MOOTY & BENNETT P.A.
500 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN  55402

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTY FOR LMC PHASE II, L.L.C.
ATTN: RICHARD L. EPLING, KAREN B. DINE, ERICA E. CARRIG
1540 BROADWAY
NEW YORK, NY  10036 - 4039

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTY FOR FINANCIAL ENGINES ADVISORS L.L.C.
ATT: RICHARD L. EPLING & ERICA E. CARRIG
1540 BROADWAY
NEW YORK, NY  10036

POLSINELLI SHUGHART PC
ATT: CHRISTOPHER A. WARD
ATTY FOR ERNIE GREEN INDUSTRIES, INC.
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE  19801

PORTER WRIGHT MORRIS & ARTHUR LLP
ATTN: TAMI HART KIRBY
ATTY FOR ENPROTECH MECHANICAL SERVICES, INC.
ONE SOUTH MAIN ST, STE 1600
DAYTON, OH  44115 - 1483

PORTER WRIGHT MORRIS & ARTHUR LLP
ATTORNEYS FOR ENPROTECH MECHANICAL SERVICES, INC.
ATTN MICHAEL P. SHUSTER
925 EUCLID AVENUE
SUITE 1700
CLEVELAND, OH  44115 - 1483

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST
ATTY FOR UNITED PARCEL SERVICE, INC.; UPS CAPITAL CORP.
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO, IL  60654

RACINE & ASSOCIATES
MARIE T RACINE
211 W FORT ST STE 500
DETROIT, MI  48226

RAWLE & HENDERSON LLP
STEVEN MONTGOMERY, GARY F SEITZ
14 WALL STREET
27TH FLOOR
NEW YORK, NY  10005

REED SMITH LLP
ATTORNEYS FOR INFINEON TECHNOLOGIES AG AND INFINEON TECHNOLOGIES NORTH
ATTN: DEBRA S TURETSKY
599 LEXINGTON AVENUE
28TH FLOOR
NEW YORK, NY  10022

REED SMITH LLP
ATTORNEYS FOR INFINEON TECHNOLIGIES AG & INFINEON TECHNOLOGIES N. A.
ATTN:  STEPHEN T BOBO & ANN E PILLE
10 SOUTH WACKER DRIVE
40TH FLOOR
CHICAGO, IL  60606

REGIONAL COUNSEL
ATTORNEY FOR GENSLER ARCHITECTURE, DESIGN & PLANNING, PC
ATTENTION: MARK A. WAITE
ONE WOODWARD AVENUE
SUITE 601
DETROIT, MI  48226

REIN F KRAMMER
MASUDA, FUNAI, EIFERT & MITCHELL, LTD
203 LASALLE ST
SUITE 2500
CHICAGO, IL  60601 - 1262

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA  01252

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
ATT: MICHAEL FRIEDMAN & KEITH SAMBUR
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281

RICK ZUCKER
ASSISTANT GENERAL COUNSEL
720 OLIVE STREET
ROOM 1520
ST LOUIS, MO  63101

RIKER, DANZIG & SHERER HYLAND & PERRETTI LLP
KONE INC.
ATTN: J. ALEX KRESS, ESQ. AND MARK E. HALL, ESQ.
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ  07962

ROBERT N. BASSEL
CO-COUNSEL FOR EBERSPAECHER
PO BOX T
CLINTON, MI  49326

ROTHGERBER JOHNSON & LYONS LLP
ATTY FOR KONE INC.
ATTN: BRENT R. COHEN AND CHAD S. CABY
ONE TABOR CENTER
1200 SEVENTEENTH STREET
DOVER, CO  80202 - 5855

SAMUEL D SWEET PLC
ATTY FOR ICM SYSTEMS, LLC
PO BOX 757
ORTONVILLE, MI  48462 - 0757

SARAH M. CHEN
LOCKE LORD BISSELL & LIDDELL, LLP
885 THIRD AVENUE
TWENTY-SIXTH FLOOR
NEW YORK, NY  10022

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA  19102

SAUL EWING LLP
ATTN: MARK MINUTI
222 DELEWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE  19899

SCHAFER AND WEINER, PLLC
ATT: MICHAEL R. WERNETTE
PINTURA, ESTAMPADO Y MONTAJE, S.A. DE C.V.
40950 WOODWARD AVE., STE. 100
BLOOMFIELD HILLS, MI  48304

SCHWARTZ, LICHTENBERG LLP
ATTY FOR FERROUS PROCESSING AND TRADING COMPANY
ATT: BARRY E. LICHTENBERG, ESQ
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NY  10170

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075 - 1195

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: LESLIE STEIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI  48075 - 1195

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOBIN LLC
ATTN: MARK L. RADTKE
321 N. CLARK ST
SUITE 800
CHICAGO, IL  60654

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTY FOR ATC DRIVETRAIN, INC
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL  60654

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR MSC MEDITERRANEAN SHIPPING COMPANY S.A.
ATT: EDWARD H. TILLINGHAST, MALANI J. CADEMARTORI, BLANKA K. WOLFE
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY  10112

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATTY FOR HANKOOK TIRE CO LTD AND HANKOOK TIRE AMERICA CORP
ATT: CARREN SHULMAN, SETH KIM, ROGER ZAITZEFF, BLANKA WOLFE
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY  10112

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR HARRY MAJOR MACHINE & TOOL COMPANY
ATT: GEOFFREY L. SILVERMAN & KARIN F. AVERY
7115 ORCHARD LAEK ROAD, SUITE 500
WEST BLOOMFIELD, MI  48322

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.
16200 ADDISON ROAD, SUITE 140
ADDISON, TX  75001

SMITH, GAMBRELL & RUSSELL, LLP
ATTY FOR SCHENCK ROTEC CORPORATION
ATTN: WILLIAM M. BARRON & BETH N. KIBEL
250 PARK AVENUE
NEW YORK, NY  10177

SMITHAMUNDSEN, LLC
ATTORNEYS FOR GRUBB & ELLIS MANAGEMENT SERVICES, LLC
BRIAN M.GRAHAM, WILLIAM S. HACKNEY
150 NORTH MICHIGAN AVENUE, STE 3300
CHICAGO, IL  60601

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: ROBERT E RICHARDS
233 SOUTH WACKER DRIVE
SUITE 7800
CHICAGO, IL  60606

SONNENSCHEIN NATH ROSENTHAL LLP
ATTORNEY FOR SCHAEFFLER GROUP ENTITIES
ATTENTION: JOHN BICKS
1221 AVENUE OF THE AMERICAS
NEW YORK, NY  10020

SQUIRE, SANDERS & DEMPSEY L.L.P.
PETER A ZISSER
1095 AVENUE OF THE AMERICAS
31ST FLOOR
NEW YORK, NY  10036

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATT: P. CASEY COSTON
ATTY FOR THE GOODYEAR TIRE & RUBBER COMPANY
221 E. FOURTH ST., SUITE 2900
CINCINNATI, OH  45202

STANDARD ELECTRIC CO
PO BOX 5289
SAGINAW, MI  48603 - 0289

STEPHEN B. FOLEY
STEPHEN B. FOLEY, P.C.
9900 PELHAM ROAD
TAYLOR, MI  48180

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: CHARLES D. BULLOCK, ESQ.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD, MI  48076

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
515 CONGRESS STREET, STE 2523
AUSTIN, TX  78701

STREUSAND & LANDON, LLP
ATTY FOR XEROX CAPITAL SERVICES LLC AS SERVICING AGENT TO XEROX
CORP
ATTN: SABRINA L. STREUSAND, ESQ.
515 CONGRESS STREET, SUITE 2523
AUSTIN, TX  78701

SULLIVAN & CROMWELL LLP
ATTY FOR FIAT S.P.A
ATTN: MARK U. SCHNEIDERMAN
125 BROAD STREET
NEW YORK, NY  10004

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD, MI  48037 - 0222

SUPFINA MACHINE COMPANY INC
181 CIRCUIT DR
NORTH KINGSTOWN, RI  02852 - 7439

THE SCHARINE GROUP, INC.
ATTENTION: PHILLIP M. WACKER
N4213 SCHARINE ROAD
WHITEWATER, WI  53190

THOMAS M. SERPA
THE MATHWORKS
3 APPLE HILL DRIVE
NATICK, MA  01760

THOMAS W SCHOUTEN
DUNN, SCHOUTEN & SNOAP, PC
2745 DEHOOP AVE SW
WYOMING, MI  49509

TODD A BURGESS
GREENBERG TRAURIG, LLP
2375 CAMELBACK RD
SUITE 700
PHEONIX, AZ  85016

TONY F DI PONIO
CALHOUN & DI PONIO, PLC
31000 TELEGRAPH RD
SUITE 280
BINGHAM FARMS, MI  48025

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI
ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS
237 PARK AVENUE
NEW YORK, NY  10017

TORYS LLP
ATT: WILLIAM F. GRAY, JR.
ATTY FOR HYDROGENICS CORPORATION AND JOSEPH CARGNELLI
237 PARK AVENUE
NEW YORK, NY  10017

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATTY FOR SIKA CORPORATION
ATT: SAM DELLA FERA, JR., ESQ.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ  07052

TRISTAN MANTHEY
HELLER, DRAPER, HAYDEN, PATRICK & HORN, LLC
650 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LA  70130

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY  10174

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA  30308

VARNUM LLP
ATTY FOR BHM TECHNOLOGIES HOLDINGS, INC., THE BROWN COMPANY OF
WAVERLY
ATTN: MARY KAY SHAVER
BRIDGEWATER PLACE
P. O. BOX 352
GRAND RAPIDS, MI  49501 - 0352

VARNUM LLP
ATTY FOR CINETIC AUTOMATION CORP., CINETIC DYAG CORPORATION AND
CINETI
ATTN: MARY KAY SHAVER
BRIDGEWATER PLACE
P. O. BOX 352
GRAND RAPIDS, MI  49501 - 0352

VARNUM LLP
ATTY FOR J.L. FRENCH AUTOMOTIVE CASTINGS, INC.AND NELSON METAL
PRODUCT
ATTN: MARY KAY SHAVER
BRIDGEWATER PLACE
P. O. BOX 352
GRAND RAPIDS, MI  49501 - 0352

VENABLE LLP
ATTY FOR RK CHEVROLET/RK AUTO GROUP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA  22182 - 2707

VENABLE LLP
ATTORNEYS FOR GXS, INC.
ATTN: EDWARD A. SMITH
1270 AVENUE OF THE AMERICAS
ROCKEFELLER CENTER
NEW YORK, NY  10020

VENABLE LLP
ATTORNEYS FOR GXS, INC
ATTN: DAREK S. BUSHNAQ
750 EAST PRATT STREET
SUITE  900
BALTIMORE, MD  21202

VINSON & ELKINS L.L.P.
ATTY FOR AM GENERAL; GENERAL ENGINE PRODUCTS; GEN. TRANSMISSION
PROD.
ATT: RONALD L. ORAN, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY  10103 - 0040

VON BRIESEN & ROPER, S.C.
ATTY FOR EMERSON ELECTRIC COMPANY AND IT'S AFFILIATES
ATTN: RANDALL D. CROCKER & REBECCA H. SIMONI
411 E. WISCONSIN AVE.,  SUITE 700
MILWAUKEE, WI  53202

WALTER BENZIJA
HALPERIN BATTAGLIA RAICHT, LLP
555 MADISON AVENUE - 9TH FLOOR
NEW YORK, NY  10022

WARNER NORCROSS & JUDD LLP
ATTY FOR CREATIVE FOAM CORPORATION
ATTN: MICHAEL G. CRUSE, ESQ.
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI  48075 - 1318

WARNER NORCROSS & JUDD LLP
ATTN: GORDON J. TOERING
900 FIFTH THIRD CENTER
111 LYON STREET NW
GRAND RAPIDS, MI  49503

WEISMAN, YOUNG & RUEMENAPP, P.C.
ATTN: JOHN A. RUEMENAPP
30100 TELEGRAPH ROAD, SUITE 428
BINGHAM FARMS, MI  48025

WENDY S. WALKER
MORGAN LEWIS & BOCKIUS LLP
101 PARK AVENUE
NEW YORK, NY  10178

WHITE AND WILLIAMS LLP
ATTY FOR SIEMENS PRODUCT LIFECYCLE MANAGEMENT SYSTEMS, INC.
ATT: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY  10119

WHITE AND WILLIAMS LLP
ATTY FOR FLEXTRONICS INTERNATIONAL LTD.
ATTN: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY  10119

WHITE AND WILLIAMS LLP
ATTY FOR CISCO SYSTEMS, INC.
ATTN: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY  10119

WHITE AND WILLIAMS LLP
ATTY FOR YAHOO! INC.
ATTN: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY  10119

WHITE AND WILLIAMS LLP
ATTY FOR SUN MICROSYSTEMS, SUN MICROSYSTEMS GLOBAL FINANCIAL
SERVICES
ATTN: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY  10119

WHYTE HIRSCHBOECK DUDEK, S.C.
ATTY FOR GREDE FOUNDRIES, INC.
ATTN.:  ANDREW A. JONES, ESQ.
555 EAST WELLS STREET, SUITE 1900
MILWAUKEE, WI  53202 - 3819

WILMER CUTLER PICKERING HALE & DORR LLP
ATTORNEYS FOR GFK CUSTOMER RESEARCH LLC
ATTN:  JAMES MILLAR & ANDREW GOLDMAN
399 PARK AVENUE
NEW YORK, NY  10022

WILSON ELSER MOSKOWITZ EDELMAN & DICKER
ATT: MARK G. LEDWIN, ESQ
ATTY FOR RELATIONAL, LLC, F/K/A RELATIONAL FUNDING CORPORATION
3 GANNETT DRIVE
WHITE PLAINS, NY  10604

WINDELS MARX LANE & MITTENDORF, LLP
ATTY FOR MORGAN ADHESIVES CO. D/B/A MACTAC AND BEMIS CO., INC.
ATTN: LESLIE S. BARR
156 WEST 56TH STREET
NEW YORK, NY  10019

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
ATTN: MATTHEW J. BOTICA & MINDY D. COHN & CAREY D. SCHREIBER
35 WEST WACKER DRIVE
CHICAGO, IL  60601

WINSTON & STRAWN LLP
ATTY FOR CAPGEMINI AMERICA, INC.
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK, NY  10166

YOUNG & SUSSER, PC
ATTORNEYS FOR EBERSPAECHER
ROGER D. YOUNG, STEVEN SUSSER, SARA K. MACWILLIAMS
26200 AMERICAN DRIVE STE 305
SOUTHFIELD, MI  48034