Wendy J. Gibson
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th St.
Cleveland OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorney for Bendix Commercial Vehicle Systems, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                          :
                                                                :    Chapter 11 Case No.
GENERAL MOTORS CORP., *et al.*,                                 :
                                                                :    09-50026 (REG)
                                        Debtors.                :
                                                                :    (Jointly Administered)
                                                                :
---------------------------------------------------------------- x

**WITHDRAWAL OF LIMITED OBJECTION OF BENDIX COMMERCIAL SYSTEMS, LLC**
**TO PROPOSED CURE AMOUNT**

Bendix Commercial Vehicle Systems, LLC ("Bendix"), by and through its undersigned attorney, hereby withdraws its limited objection to the proposed cure amount related to the above-captioned debtors' (collectively, the "**Debtors**") assumption and assignment of certain executory contracts by and between Bendix and certain of the Debtors.

The original objection was docketed at 1416.

- 2 -

Dated: July 10, 2009                                             Respectfully submitted,

                                                                 */s/ Wendy J. Gibson*
                                                                 Wendy J. Gibson
                                                                 BAKER & HOSTETLER LLP
                                                                 3200 National City Center
                                                                 1900 E. 9th St.
                                                                 Cleveland OH 44114
                                                                 Telephone:  (216) 621-0200
                                                                 Facsimile:  (216) 696-0740
                                                                 E-mail:  wgibson@bakerlaw.com


                                                                 Richard J. Bernard
                                                                 BAKER & HOSTETLER LLP
                                                                 45 Rockefeller Plaza
                                                                 New York, New York  10111
                                                                 Telephone:  (212) 589-4200
                                                                 Facsimile:  (212) 589-4201
                                                                 E-mail:  rbernard@bakerlaw.com

                                                                 *Attorney for Bendix Commercial Vehicle Systems, LLC*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on July 10, 2009 the foregoing *Withdrawal of Limited Objection of Bendix Commercial Vehicle Systems, LLC to Proposed Cure Amount* was served by regular U.S. mail, postage prepaid, on the persons listed below:

General Motors Corporation
Cadillac Building
Attn: Warren Common Center
Mailcode 480-206-114
30009 Van Dyke Avenue
Warren, Michigan 48090-9025

*The Debtors*

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

*U.S. Treasury*

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, New York 10019

*Counsel for Export Development Canada*

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Z. Novod, Esq.
1177 Avenue of the Americas
New York, New York 10036

*Counsel for the Official Committee of Unsecured Creditors*

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153

*Counsel for the Debtors*

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

*Counsel for the Purchaser*

Office of the United States Trustee
for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, New York 10004

*United States Trustee*

        */s/ Wendy J. Gibson*
        Wendy J. Gibson
        BAKER & HOSTETLER LLP
        3200 National City Center
        1900 E. 9th St.
        Cleveland OH 44114
        Telephone: (216) 621-0200
        Facsimile: (216) 696-0740