UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: General Motors Corp., et al.

                           Debtor

Case No.: 09-50026

Chapter 11

-----------------------------------------------------------x

                           Plaintiff

                         v.

                         Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Troy R. King, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the State of Alabama, a objector in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Alabama and, if applicable, the bar of the U.S. District Court for the District of _____.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: _____

_____, New York

[signature: Troy King]

Mailing Address:
Office of the Attorney General
500 Dexter Avenue
Montgomery, AL  36130
E-mail address: tking@ago.state.al.us
Telephone number: (334) 242-7300

## ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

### STATE OF ALABAMA

### COUNTY OF MONTGOMERY

I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Troy Robin King has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Troy Robin King was admitted to the Alabama State Bar September 30, 1994.

I further certify that the said Troy Robin King is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September 30, 2009.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 30th day of June, 2009.

*Keith B. Norman*
Keith B. Norman, Secretary





LAWYERS RENDER SERVICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:  General Motors Corp., et al.

                Case No.: 09-50026

                Chapter 11

                Debtor

---------------------------------------------------------------x

                Plaintiff

                Adversary Proceeding No.: _____

                v.

                Defendant

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Troy R. King**, to be admitted, *pro hac vice*, to represent **the State of Alabama**, (the "Client") a **objector** in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **Alabama** and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

**ORDERED**, that **Troy R. King**, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

UNITED STATES BANKRUPTCY JUDGE