UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| GENERAL MOTORS CORP., et al. | ) | Case #: 09-50026 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## LIMITED OBJECTION OF THE STATE OF ALABAMA

The State of Alabama, by and through Attorney General Troy King, files this objection in the above styled matter limited to the treatment of the debtors' existing liabilities in the above styled matter, and sets forth the following in support thereof:

The State of Alabama files this limited objection in addition to, and not in lieu of, any other objection(s). The State objects to an order of this Court to conclusively determine that the purchaser, Vehicle Acquisition Holdings, LLC, (VAH), a new entity created solely for the purpose of acquiring the debtors' assets, will not take the liabilities of said debtors, thereby forever foreclosing the ability of the consumers of this State to seek remedies for outstanding liabilities of the debtors. The proposal before the Court will leave the State's consumers altogether unprotected. The State's consumer protection laws will, in an instant, become meaningless for thousands of Alabamians if the proposed order is issued by this Court without modification.

Wherefore, for the reasons stated above, the State of Alabama respectfully files this limited objection based upon the gross inequities that will follow directly upon the consumers and citizenry of this State if the new entity is able to shirk its legal obligations. The State of

Alabama further requests that the Court grant relief only to the extent consistent with the positions taken herein.

Respectfully submitted on this 1st day of July, 2009.

> STATE OF ALABAMA
> OFFICE OF THE ATTORNEY GENERAL
>
> By: *[signature]*
> TROY KING
> ALABAMA ATTORNEY GENERAL

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
500 Dexter Avenue
Montgomery, AL 3 6130
(334) 242-7300
tking@ago.state.al.us
cporter@ago.state.al.us