David E Leta (Utah Bar No. 1937)
Timothy J. Dance (Utah Bar No. 11553)
SNELL & WILMER, LLP
15 W South Temple, Suite 1200
Salt Lake City, UT  84101
Telephone: (801) 257-1900
Fax: (801) 257-1800
Email: delta@swlaw.com
          tdance@swlaw.com

*Attorneys for Greater Park City Company d/b/a
Park City Mountain Resort AND Mt. Bachelor, Inc.*

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| GENERAL MOTORS CORP., et al., | : | Case No. 09-50026 (REG) |
| Debtors. | : | Jointly Administered |

MOTION FOR ADMISSION OF TIMOTHY J. DANCE
TO PRACTICE *PRO HAC VICE*

I, Timothy J. Dance, Esq., an associate of the law firm of Snell & Wilmer L.L.P. and a member in good standing of the bar of the State of Utah and the United States District Court for the District of Utah, respectfully request admission, *pro hac vice*, to represent Greater Park City Company d/b/a Park City Mountain Resort and Mt. Bachelor, Inc. in the above captioned proceedings and any related adversary proceedings that may be commenced.

Concurrently with the filing of this application, I have submitted the fee of $25.00.

10239807.1

DATED this 1st day of July, 2009.

                                                      /s/ Timothy J. Dance

Timothy J. Dance, Esq.
Snell & Wilmer L.L.P.
15 W South Temple, Suite 1200
Salt Lake City, UT  84101
Telephone:  (801) 257-1900
Fax:  (801) 257-1800
Email:  tdance@swlaw.com

10239807.1