Prepared and Submitted by:
David E Leta (Utah Bar No. 1937)
Timothy J. Dance (Utah Bar No. 11553)
SNELL & WILMER, LLP
15 W South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Fax: (801) 257-1800
Email: delta@swlaw.com
          tdance@swlaw.com

*Attorneys for Greater Park City Company d/b/a*
*Park City Mountain Resort AND Mt. Bachelor, Inc.*

**UNITED STATES BANKRUTPCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **GENERAL MOTORS CORP., et al.,** | : | **Case No. 09-50026 (REG)** |
| **Debtors.** | : | **Jointly Administered** |

**ORDER ADMITTING TIMOTHY J. DANCE**
**TO PRACTICE *PRO HAC VICE***

ORDERED, that Timothy J. Dance is admitted to practice *pro hac vice* in the above captioned proceedings and any related adversary proceedings that may be commenced in the United States Bankruptcy Court, Southern District of New York.

DATED this 1st day of July, 2009.

                                                                Honorable Robert E. Gerber

10239837.1