

John C. Baldwin
Executive Director

# Utah State Bar

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
www.utahbar.org

June 30, 2009

This is to certify that **TIMOTHY J. DANCE**, Utah State Bar **No. 11553**, was admitted to practice law in Utah on **October 30, 2007**, and is an active member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

No public disciplinary action involving professional misconduct has been taken against the license of **TIMOTHY J. DANCE** to practice law.

Katherine A. Fox
General Counsel
Utah State Bar

**Board of Commissioners**

Nathan D. Alder
President

Stephen W. Owens
President-Elect

Steven R. Burt, AIA

Christian W. Clinger

Yvette D. Donosso

James D. Gilson

Mary Kay Griffin, CPA

Robert L. Jeffs

Curtis M. Jensen

Felshaw King

Lori W. Nelson

Herm Olsen

Scott R. Sabey

Rodney G. Snow

E. Russell Vetter

*Do the Public Good • Volunteer for Pro Bono*