David E Leta (Utah Bar No. 1937)
Timothy J. Dance (Utah Bar No. 11553)
SNELL & WILMER, LLP
15 W South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Fax: (801) 257-1800
Email: delta@swlaw.com
       tdance@swlaw.com

*Attorneys for Greater Park City Company d/b/a
Park City Mountain Resort AND Mt. Bachelor, Inc.*

**UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **GENERAL MOTORS CORP., et al.,** | : | Case No. 09-50026 (REG) |
| **Debtors.** | : | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Timothy J. Dance, hereby certify that on the date written below I caused to be served to the persons listed on the attached Service List, via email or U.S. First Class Mail (all costs prepaid), a true copy of the *Motion for Admission of Timothy J. Dance to Practice Pro Hac Vice, [Proposed] Order of Admission* and this Certificate of Service.

DATED this 2nd day of July, 2009.

Snell & Wilmer L.L.P.

_____
Timothy J. Dance (11553)
Snell & Wilmer L.L.P.
15 W South Temple, Suite 1200
Salt Lake City, UT 84101

10239600.1

## SERVICE LIST

General Motors Corporation
Cadillac Building
3009 Van Dyke Avenue
Warren, MI 48090-9025
ATTN: Warren Command Center
       Mailcode 480-206-114

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Harvey H. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway 47th Floor
New York, NY 10019

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220

Diana G. Adams, Esq.
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

10239600.1