UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 09-50026 (REG) |
| **GENERAL MOTORS CORP., et al.,** | Chapter 11 |
| Debtors. | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David E. Leta, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Greater Park City Company d/b/a Park City Mountain Resort and Mt. Bachelor, Inc., in the above referenced case.

*I certify that I am a member in good standing* of the bar in the State of Utah and, the bar of the U.S. District Court for the District of Utah.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: July 6, 2009.

_____
David E. Leta
Snell & Wilmer
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Email: dleta@swlaw.com

10239711.1



# Utah State Bar

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
www.utahbar.org

John C. Baldwin
Executive Director

June 30, 2009

This is to certify that **DAVID E. LETA**, Utah State Bar **No. 01937**, was admitted to practice law in Utah on **September 20, 1976,** and is an active member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

No public disciplinary action involving professional misconduct has been taken against the license of **DAVID E. LETA** to practice law.

Katherine A. Fox
General Counsel
Utah State Bar

**Board of Commissioners**

Nathan D. Alder
President

Stephen W. Owens
President-Elect

Steven R. Burt, AIA

Christian W. Clinger

Yvette D. Donosso

James D. Gilson

Mary Kay Griffin, CPA

Robert L. Jeffs

Curtis M. Jensen

Felshaw King

Lori W. Nelson

Herm Olsen

Scott R. Sabey

Rodney G. Snow

E. Russell Vetter

*Do the Public Good • Volunteer for Pro Bono*