09-50026-mg    Doc 3092    Filed 07/10/09    Entered 07/10/09 12:38:36    Main Document
       Pg 1 of 2

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
GENERAL MOTORS CORP., et al.,               :   09-50026 (REG)
                                            :
                 Debtors.                   :   (Jointly Administered)
                                            :
-------------------------------------------------------------x
```

## AMENDED LIST OF DEBTORS[1]

| Case No. | Debtor | Address | Tax ID Number |
|---|---|---|---|
| 09-50026 | Motors Liquidation Company | 300 Renaissance Center Detroit, MI 48265-3000 | 38-0572515 |
| 09-13558 | Chevrolet-Saturn of Harlem, Inc. | 2485 Second Avenue New York, NY 10035 | 20-1426707 |
| 09-50027 | Saturn, LLC | 300 Renaissance Center Detroit, MI 48265-3000 | 38-2577506 |

---

[1] This Amended List of Debtors reflects the recent change of the name of General Motors Corporation to Motors Liquidation Company pursuant to this Court's Order (i) Authorizing the Sale of Assets Pursuant to the Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (ii) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (iii) Granting Related Relief, dated July 5, 2009 [Docket No. 2968].

2

| 09-50028 | Saturn Distribution Corporation | 300 Renaissance Center Detroit, MI 48265-3000 | 38-2755764 |

Dated: New York, New York
      July 10, 2009

                                                   /s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession