Rakhee V. Patel
State Bar No. 00797213
PRONSKE & PATEL, P.C.
1700 Pacific Ave., Suite 2260
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: rpatel@pronskepatel.com

**COUNSEL FOR BOYD BRYANT, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** § | |
| § | **Chapter 11** |
| **GENERAL MOTORS CORPORATION,** § | |
| *et al* § | |
| § | **CASE NO. 09-50026 (REG)** |
| § | |
| **Debtor.** § | **Jointly Administered** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Rakhee V. Patel, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Boyd Bryant, on behalf of himself and all others similarly situated, Plaintiff in that certain cause of action styled *Boyd Bryant, on Behalf Of Himself And All Others Similarly Situated vs General Motors Corporation, d/b/a Chevrolet, GMA, Cadillac, Buick and Oldsmobile*, and numbered CV-2005-51-2 in the Circuit Court of Miller County, Arkansas, in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Texas and, if applicable, the bar of the United State District Court for the Northern District of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE* – PAGE 1**

Dated:  July 2, 2009

                Respectfully submitted,


        By:    /s/ Rakhee V. Patel
               Rakhee V. Patel
               Texas Bar No. 00797213
               PRONSKE & PATEL, P.C.
               1700 Pacific Avenue, Suite 2260
               Dallas, Texas 75201
               Telephone: 214.658.6500
               Facsimile: 214.658.6509
               Email: rpatel@pronskepatel.com

               COUNSEL FOR BOYD BRYANT,
               ON BEHALF OF HIMSELF AND ALL
               OTHERS SIMILARLY SITUATED