Rakhee V. Patel
State Bar No. 00797213
PRONSKE & PATEL, P.C.
1700 Pacific Ave., Suite 2260
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: rpatel@pronskepatel.com

**COUNSEL FOR BOYD BRYANT, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **GENERAL MOTORS CORPORATION,** | § | |
| *et al* | § | |
| | § | **CASE NO. 09-50026 (REG)** |
| | § | |
| Debtor. | § | **Jointly Administered** |

### AFFIRMATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

RAKHEE V. PATEL, an Attorney duly admitted to practice law in the State of Texas, hereby affirms as follows under penalty of perjury:

1. I am an Attorney of the law firm of:

    Name:        Pronske & Patel, P.C.

    Address:    1700 Pacific Avenue, Suite 2260

    　　　　　　Dallas, Texas  75201

    Telephone No.(214) 658-6500

2. I submit this affirmation in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3.  As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Texas and/or the U.S. District Court for the Northern District of Texas.

4.  There are no pending disciplinary proceedings against me in any State or Federal court.

5.  Wherefore, your affirmant respectfully requests that she be permitted to appear as counsel and advocate pro hac vice in this one case.

Dated: July 2, 2009.

                                  Respectfully submitted,

                                  By:   /s/ Rakhee V. Patel
                                         Rakhee V. Patel
                                         Texas Bar No. 00797213
                                         PRONSKE & PATEL, P.C.
                                         1700 Pacific Avenue, Suite 2260
                                         Dallas, Texas 75201
                                         Telephone: 214.658.6500
                                         Facsimile: 214.658.6509
                                         Email: rpatel@pronskepatel.com

                                         COUNSEL FOR BOYD BRYANT,
                                         ON BEHALF OF HIMSELF AND ALL
                                         OTHERS SIMILARLY SITUATED