**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **GENERAL MOTORS CORPORATION,** | § | |
| *et al* | § | |
| | § | **CASE NO. 09-50026 (REG)** |
| | § | |
| **Debtor.** | § | **Jointly Administered** |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion for Admission to Practice, to be admitted, ***pro hac vice,*** to represent Boyd Bryant, on behalf of himself and all others similarly situated ("the Client") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas, it is hereby

**ORDERED,** that Rakhee V. Patel, Esq., is admitted to practice, ***pro hac vice,*** in the above-referenced case to represent Boyd Bryant, on behalf of himself and all others similarly situated, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York             /s/_____
                                 UNITED STATES BANKRUPTCY JUDGE

Dated: July 2, 2009

                              Respectfully submitted,

                        By:    /s/ Rakhee V. Patel
                              Rakhee V. Patel
                              Texas Bar No. 00797213
                              PRONSKE & PATEL, P.C.
                              1700 Pacific Avenue, Suite 2260
                              Dallas, Texas 75201
                              Telephone: 214.658.6500
                              Facsimile: 214.658.6509
                              Email: rpatel@pronskepatel.com

                              COUNSEL FOR BOYD BRYANT,
                              ON BEHALF OF HIMSELF AND ALL
                              OTHERS SIMILARLY SITUATED