ORRICK, HERRINGTON & SUTCLIFFE LLP
Robert M. Isackson
666 Fifth Avenue
New York, NY 10103-0002
Telephone: (212) 509-5000

ORRICK, HERRINGTON & SUTCLIFFE LLP
Jenna S. Clemens (Admitted *Pro Hac Vice*)
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700

Attorneys for Finmeccanica SpA and Ansaldo Ricerche SpA

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **GENERAL MOTORS CORPORATION**, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
FINMECCANICA SPA AND ANSALDO RICERCHE SPA
TO THE DEBTOR'S PROPOSED 363 SALE ORDER**

PLEASE TAKE NOTICE that Finmeccanica SpA ("**Finmeccanica**") and Ansaldo Ricerche S.p.A. ("**ARI,**"), by and through their counsel, hereby withdraw their Limited Objection to the Debtors' Proposed 363 Sale Order (the "**Limited Objection**") [Docket No. 1945], as moot, in view of the representations made by the above-captioned Debtors' counsel, confirming that the Settlement Agreement that is the subject of the Limited Objection will be assumed and assigned to the New GM in its entirety. *See* Mark Chuey, Esq.'s July 8, 2009 e-mail to Robert M. Isackson, copy attached hereto as

1

OHS West:260690396.1

Exhibit A. *See also* Letter from Anthony Simon, Esq. to Finmeccanica, dated June 23, 2009, attached hereto as Exhibit B.

Dated: New York, New York
July 10, 2009

                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                    By:  s/ Robert M. Isackson
                        Robert M. Isackson

                        666 Fifth Avenue
                        New York, NY  10103-0002
                        Telephone:  (212) 509-5000

                              *and*

                        Jenna S. Clemens (Admitted *Pro Hac Vice*)
                        The Orrick Building
                        405 Howard Street
                        San Francisco, CA  94105
                        Telephone:  (415) 773-5700
                        Facsimile:  (415) 773-5759

                        Attorneys for Finmeccanica SpA and Ansaldo Ricerche SpA

OHS West:260690396.1

## CERTIFICATE OF SERVICE

      I, Christine J. Flores, hereby certify that on July 10, 2009, I caused copies of the following documents to be served upon the parties below via facsimile, except as otherwise noted:

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF FINMECCANICA SPA AND ANSALDO RICERCHE SPA TO THE DEBTOR'S PROPOSED 363 SALE ORDER**

                                  */s/ Christine J. Flores*
                                  CHRISTINE J. FLORES

The Debtors:
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090
Attn: Warren Command Center
      Mailcode 480-206-114
Facsimile: (248) 312-7191

Counsel to the Debtors:
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey Miller, Esq.
      Stephen Karotkin, Esq.
      Joseph Smolinsky, Esq.
Facsimile: (212) 310-8007

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
Attn: Matthew Feldman, Esq.
Facsimile: (202) 622-6415

Attorneys for the Purchaser:
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.
Facsimile: (212) 504-6666

Attorneys for Export Development Canada:
Vedder Price, P.C.
1633 Broadway
New York, NY 10019
Attn: Michael J. Edelman, Esq.
      Michael L. Schein, Esq.
Facsimile: (212) 407-7799

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.
      Andrew D. Velez-Rivera, Esq.
      Brian Shoichi Masumoto, Esq.
Facsimile: (212) 668-2256

Attorneys for Creditors Committee:
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Gordon Z. Novod, Esq.
Facsimile: (212) 715-8182

OHS West:260690396.1