## Isackson, Robert

**From:** mark.chuey@gm.com
**Sent:** Wednesday, July 08, 2009 8:15 AM
**To:** Isackson, Robert
**Cc:** TSherick@honigman.com; Clemens, Jenna
**Subject:** GM-Finmeccanica Settlement Agreement

Rob,

In follow-up to your discussion with our outside bankruptcy counsel at Weil and Honigman, General Motors Corporation is prepared to confirm that in connection with its assumption and assignment of that certain Settlement Agreement dated as of January 16, 2009, GM agrees that the Settlement Agreement shall be assumed by GM and assigned to New GM in its entirety. With this confirmation, we understand that Finmeccanica will promptly file a Notice of Withdrawal of its pending Limited Objection of Finmeccanica SpA and Ansaldo Ricerche SpA to Debtors' Proposed 363 Sale Order. If you have any further questions, please feel free to contact me.

Mark Chuey
IP Counsel

7/8/2009