FNM/05255/01-07-2009/A



## General Motors Corporation
## Legal Staff

Finmeccanica, SPA  
Piazza Monte Grappa 4  
00195, Rome, Italy  
Attn: General Counsel

23 June 2009

Finmeccanica and General Motors Corporation (GM) entered into a Settlement Agreement of 16 September 2008 (the Contract).

    GM commenced a chapter 11 case no. 09-50026 on June 1, 2009. Concurrently with the filing of our petition, we also filed a motion to sell substantially all of our assets to a newly formed entity ("New GM") comprised of the equity interests of the U.S. Treasury, the Canadian governments, pursuant to section 363 of title 11 of the United States Code. We have requested that the court hold a hearing to approve the sale on June 30, 2009 and we anticipate closing the sale within 30-45 days thereafter. This Contract will be transferred and accompany the sale of substantially all of GM's assets and operations.

If you have questions about the Contract you may contact the GM Legal Staff at 1-313-665-4714.

_____/S/_____  
Anthony Simon  
Attorney  
General Motors Corporation