William F. Gray, Jr.
Alison D. Bauer
Torys LLP
237 Park Avenue
New York, New York 10017
Tel: (212) 880-6000
Fax: (212) 682-0200
*Counsel to Hydrogenics Corporation and Joseph Cargnelli*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re:                                                             :     Chapter 11
                                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,                              :     Case No. 09-50026 (REG)
                                                                   :
                    Debtors.                                       :     Jointly Administered
                                                                   :
                                                                   :
------------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF JOSEPH CARGNELLI
AND HYDROGENICS CORPORATION TO DEBTORS' PROPOSED
<u>ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACT</u>**

1.       PLEASE TAKE NOTICE that Joseph Cargnelli and Hydrogenics Corporation, through their undersigned counsel, hereby withdraw their Limited Objection to Debtors' Proposed Assumption and Assignment of Executory Contract filed in the above-captioned case on June 18, 2009 [Docket No. 1802].

[Remainder of page intentionally left blank.]

Dated: New York, New York  
      July 10, 2009

Respectfully submitted,

TORYS LLP

By: /s/ William F. Gray, Jr.
William F. Gray, Jr.
Alison D. Bauer
237 Park Avenue
New York, New York 10017
Tel: (212) 880-6000
Fax: (212) 682-0200

Counsel to Hydrogenics Corporation and Joseph Cargnelli

9755558.1
00650-2431