William F. Gray, Jr.
Alison D. Bauer
Torys LLP
237 Park Avenue
New York, New York 10017
Tel: (212) 880-6000
Fax: (212) 682-0200
*Counsel to Hydrogenics Corporation and Joseph Cargnelli*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |
------------------------------------------------------------------- x

# NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF HYDROGENICS CORPORATION TO DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS

1. PLEASE TAKE NOTICE that Hydrogenics Corporation, through its undersigned counsel, hereby withdraws its Limited Objection to Debtors' Proposed Assumption and Assignment of Executory Contracts filed in the above-captioned case on June 27, 2009 [Docket No. 2654].

[Remainder of page intentionally left blank.]

9755563.2
00650-2431

Dated: New York, New York  
       July 10, 2009

Respectfully submitted,

TORYS LLP

By: /s/ William F. Gray, Jr.
    William F. Gray, Jr.
    Alison D. Bauer
    237 Park Avenue
    New York, New York 10017
    Tel: (212) 880-6000
    Fax: (212) 682-0200

Counsel to Hydrogenics Corporation and Joseph Cargnelli