VENABLE LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 307-5500
Edward A. Smith

- and -

VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone: (703) 760-1647
Lawrence A. Katz (*pro hac vice* pending)

Counsel Camino Real Chevrolet, Inc., GXS, Inc.,
Morse Operations, Inc., RK Chevrolet/RK Auto Group,
Raytheon Professional Services LLC, Simpson Automotive
Group, Inc., Weseloh Chevrolet Company, Inc., UAG
Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC and
UAG Southbay, LLC d/b/a Penske Cadillac Hummer South Bay

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
GENERAL MOTORS CORP., *et al*                          :    Case No. 09-50026 (REG)
                                                       :
        Debtors.                                       :    (Jointly Administered)
                                                       :
-------------------------------------------------------x

JUL - 7 2009

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lawrence A. Katz, respectfully request admission, *pro hac vice*, in the above cases, to represent Camino Real Chevrolet, Inc., GXS, Inc., Morse Operations, Inc., RK Chevrolet/RK Auto Group, Raytheon Professional Services LLC, Simpson Automotive Group, Inc., Weseloh Chevrolet Company, Inc., UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC, and UAG Southbay, LLC d/b/a Penske Cadillac Hummer South Bay and any other parties in interest.

I certify that I am a member in good standing of the bars of Maryland, Virginia and the

District of Columbia.

I agree to pay the applicable $25.00 fee upon filing of this motion.

Dated: July 1, 2009

*[signature]*
Lawrence A. Katz
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 21202
Telephone: (703) 760-1647
lakatz@venable.com