July 3, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green, Suite 627
New York, New York 10004-1408
Case No. 09-50026
Fax: 212-668-3357

OBJECTION REGARDING GM BANKRUPTCY FILING

The Honorable Judge Robert E. Gerber,

As you consider the GM request for bankruptcy and the proposed reorganization, please consider
the request of over 7500 new salaried retirees of the Delphi Corporation in asking that GM
include assuming their pensions as well as the pensions of their UAW co-workers.
Most all of the GM Salaried employees have spent considerable years in the employee of
General Motors before the spin-off in 1999 to Delphi. We have given the same amount of time our
UAW co-workers have given to GM – the only difference being the UAW had a contract, and
salaried employees had years and years of promises from General Motors that we would have
the same benefits as our UAW brothers and sisters without the benefit of a contract.

With the billions and billions of dollars that have changed hands during the last ten years in the
spin-off, bankruptcy filing of Delphi, DIP financing, and stimulus dollars from the federal
government, I can't understand WHY there are not enough funds to cover the salaried workers
retirement fund.

The number of Delphi Salaried Retirees is quite insignificant in comparison to the number of GM
salaried/union retirees, and assuming responsibility for the salaried pensions would not create a
significant financial hardship for General Motors. Please insist that both the salaried pensions and
the UAW pensions be honored equally. It is the only honorable, fair and equitable treatment.

In conclusion, please urge the Treasury/Auto Task Force to re-evaluate the reorganization plans
of Delphi and General Motors and provide fair and equitable treatment to the UAW represented
workers AND the salaried retirees by funding BOTH retirement plans.

Respectfully submitted,

Glenn Branscome
1110 S. Yorkchester Dr
Yorktown, IN  47396
765-759-5285