**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------
                                                            :
**In re**                                                   :        Chapter 11 Case No.
                                                            :
**GENERAL MOTORS CORP., et al.,**                           :        09-50026(REG)
                                                            :
                        Debtors,                            :        (Jointly Administered)
                                                            :
-----------------------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gerald L. Mills, a member in good standing of the bar in the State of Ohio, and the bar of the U. S. District Court for the Western District of Ohio, request admission, *pro hac vice*, before this honorable Court to represent Thread Information Design, Inc., a party-in-interest in the above-referenced case.

My address is Gerald L. Mills, Esq., 2255 W. Laskey Road, Toledo, Ohio 43613. My e-mail address is gerald.mills@bex.net. My telephone number is (419) 473-1346. I agree to pay the $25.00 fee upon approval by the Court admitting me to practice *pro hac vice*.

                                        Respectfully submitted,


                                         /s/ Gerald L. Mills
                                        Gerald L. Mills, Esq., Counsel for
                                        Thread Information Design, Inc.
                                        Kroncke, Darcangelo Sutter and Furey
                                        2255 West Laskey Rd.
                                        Toledo, Ohio 43613
                                        Phone 419-473 1346
                                        email: gerald.mills@bex.net

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing Objection was served upon the following person(s) via electronic transmission on the 10th day of July, 2009: Honorable Robert E. Gerber, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408; General Motors Corporation, Attn: Warren Command Center, Mailcode 480-206-114,Cadillac Bldg., 30009 Van Dyke Ave., Warren, MI 48090-9025; Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq., Weil, Gotshal & Manges, LLP., 767 Fifth Ave., New York, NY 10153; Matthew Feldman, Esq., US Treasury, 1500 Pennsylvania Ave. NW, Room 2312, Washington, D.C. 20220; John J. Rapisardi, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281; Michael J. Edelman, Esq., and Michael L. Schein, Esq., Vedder Price, P.C., 1633 Broadway, 47th Floor, New York, NY 10019; Gordon Novod, Esq., 1177 Avenue of the Americas, New York, NY 10086: and Diana G. Adams, Esq., Office of the United States Trustee for the Southern District of New York, 33 Whitehall St., 21st Floor, New York, NY 10004.

      /s/ Gerald L. Mills
      Gerald L. Mills, Esq.