Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
: 
In re : **Chapter 11 Case No.**
: 
**GENERAL MOTORS CORP.,** *et al.*, : **09-50026 (REG)**
: 
Debtors. : **(Jointly Administered)**
: 
-------------------------------------------------------------x

## AMENDED NOTICE OF CHANGE OF CASE CAPTION

PLEASE TAKE NOTICE OF THE FOLLOWING:

      1.     On July 5, 2009, the Court entered the Order (i) Authorizing the Sale of Assets Pursuant to the Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (ii) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (iii) Granting Related Relief (the "**Sale Order**") [Docket No. 2968].[1] Among other things, the Sale Order authorized the Debtors, upon and in connection with the Closing, to change their corporate names and the caption of these

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Sale Order.

chapter 11 cases. See Sale Order ¶ 65. The Sale Order further requires the Debtors to file a notice of change of case caption within two business days of the Closing.

2. Effective as of July 9, 2009, General Motors Corporation changed its name to Motors Liquidation Company. Contemporaneously herewith, the Debtors are filing an Amended List of Debtors that identifies General Motors Corporation's new corporate name.

4. The Closing occurred on July 10, 2009. In accordance with the Sale Order, the Debtors hereby file this Amended Notice of Change of Case Caption. A copy of the new case caption is attached hereto as Exhibit A. Pursuant to the Sale Order, the change of case caption for these chapter 11 cases shall be deemed effective as of the Closing.

Dated: New York, New York
       July 10, 2009

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                          :
**In re**                                 :      **Chapter 11 Case No.**
                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.*, :      **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.* :
                                          :
       **Debtors.**                 :      **(Jointly Administered)**
                                          :
---------------------------------------------------------------x