**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re                                                            :   Chapter 11 Case No.
                                                                 :
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :   09-50026 (REG)
     f/k/a **General Motors Corp.,** *et al.*            :
                                                                 :
                    Debtors.                                :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 13, 2009 AT 9:00 A.M. and 9:45 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

*Matters to be heard at 9:00 a.m.*

**I.    UNCONTESTED MATTERS:**

1.   Debtors' Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Promotional Services Agreement filed by Patrick J. Trostle [**Docket No. 2074**]

     Response Deadline:    July 6, 2009 at 4:00 p.m.

     Responses Filed:    None to date

     Replies Filed:    None to date.

     Additional Document(s):    None to date.

     **Status**:    This matter is going forward.

2.   Debtors' First Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts **[Docket No. 2077]**

     Response Deadline:    July 6, 2009 at 4:00 p.m.

     Responses Filed:

      A.    Objection to Debtors' Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts **[Docket No. 3080]**

    Replies Filed:    None to date.

    Additional Document(s):    Not listed per Case Management Order # 1 ¶ 43(b).

    **Status**:    The objection has been resolved and the matter is going forward on an uncontested basis.

3.    Application to Employ Butzel Long as Special Counsel Nunc Pro Tunc to June 10, 2009 filed by Eric Fisher on behalf of Official Committee of Unsecured Creditors of General Motors Corporation [**Docket No. 2847**]

    Response Deadline:    July 8, 2009 at 4:00 p.m.

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Document(s):    None to date.

    **Status:**    This matter is going forward.

*Matter to be heard at 9:45 a.m.*

**I.    UNCONTESTED MATTER:**

4.    Motion of Debtors for Entry of Order Approving (I) Master Disposition Agreement for Purchase of Certain Assets of Delphi Corporation, (II) Related Agreements, (III) Assumption and Assignment of Executory Contracts, (IV) Agreement with Pension Benefit Guaranty Corporation, and (V) Entry Into Alternative Transaction in Lieu Thereof [**Docket No. 2096**]

    Response Deadline:    July 8, 2009 at 4:00 p.m. (extended as to Creditors' Committee)

    Responses Filed:

        A.    Limited Objection of the Michigan Department of Environmental Quality to the Debtors' Motion to Approve

        the Master Disposition Agreement for Purchase of Certain Assets of Delphi Corporation **[Docket No. 3033]**

   B.   Limited Objection of the New York State Workers' Compensation Board filed by Neal S. Mann on behalf of New York State Workers' Compensation Board **[Docket No. 3054]**

   C.   Objection to Motion Seeking Approval of Master Disposition Agreement filed by Eugene Leff on behalf of New York State Department of Environmental Conservation **[Docket No. 3055]**

<u>Replies Filed</u>:    None to date.

<u>Additional Document(s)</u>:

   D.   Declaration of Randall L. Pappal in Support of Debtors Motion for Entry of Order Approving (I) Master Disposition Agreement for Purchase of Certain Assets of Delphi Corporation, (II) Related Agreements, (III) Assumption and Assignment of Executory Contracts, (IV) Agreement with Pension Benefit Guaranty Corporation, and (V) Entry into Alternative Transaction in Lieu Thereof **[Docket No. 3052]**

   E.   Declaration of Rick Westenberg in Support of Debtors Motion for Entry of Order Approving (I) Master Disposition Agreement for Purchase of Certain assets of Delphi Corporation, (II) Related Agreements, (III) Assumption and Assignment of Executory Contracts, (IV) Agreement With Pension Benefit Guaranty Corporation, and (V) Entry Into Alternative Transaction in Lieu Thereof **[Docket No. 3053]**

**Status:** All objections have been resolved, and the matter is going forward on an uncontested basis. A revised proposed order will be presented to the Court.

Dated: July 10, 2009
      New York, New York

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors
and Debtors in Possession