WM. DAVID COFFEY & ASSOCIATES
13810 FM 1826
Austin, TX 78737
Telephone:   (512) 328-6612
Facsimile:   (512) 328-7523
Wm. David Coffey, III *(Pro Hac Vice Admission Pending)*
Martin Alaniz *(Pro Hac Vice Admission Pending)*

*Attorneys for Cardenas Autoplex, Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |

-----------------------------------------------------------X

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** the law firm of Wm. David Coffey & Associates, by the undersigned, hereby appears as counsel for Cardenas Autoplex, Inc. in the above-captioned action, and pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure, Cardenas Autoplex, Inc. requests that all notices that are required to be given and all pleadings and orders that are required to be served in the above-captioned Chapter 11 matter, be served to the following address:

Wm. David Coffey, III
WM. DAVID COFFEY & ASSOCIATES
13810 FM 1826
Austin, TX 78737
Telephone:   (512) 328-6612
Facsimile:   (512) 328-7523
Email:       wdcoffeylaw@yahoo.com

1

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the notices, pleadings, and orders referred to in the rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects the above captioned Debtors', property in their possession, custody, or control or the administration of the Debtors' bankruptcy cases.

Dated: July 10, 2009
Austin, Texas

/s/ Wm. David Coffey, III
Wm. David Coffey, III
Martin Alaniz
WM. DAVID COFFEY & ASSOCIATES
13810 FM 1826
Austin, TX 78737
Telephone:    (512) 328-6612
Facsimile:    (512) 328-7523
Email:        wdcoffeylaw@yahoo.com

*Attorneys for Cardenas Autoplex, Inc.*