WM. DAVID COFFEY & ASSOCIATES
13810 FM 1826
Austin, TX 78737
Telephone:   (512) 328-6612
Facsimile:   (512) 328-7523
Wm. David Coffey, III *(Pro Hac Vice Admission Pending)*
Martin Alaniz *(Pro Hac Vice Admission Pending)*

*Attorneys for Cardenas Autoplex, Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re:                                                  :    Chapter 11
                                                        :
GENERAL MOTORS CORP, *et al.*,                          :    Case No. 09-50026 (REG)
                                                        :
Debtors                                                 :    Jointly Administered
-------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Martin Alaniz, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Cardenas Autoplex, Inc., a creditor and party in interest in the above-referenced case. I certify that I am a member in good standing of the bar of the State of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: July 10, 2009
Austin, Texas

/s/ Martin Alaniz
Martin Alaniz
WM. DAVID COFFEY & ASSOCIATES
13810 FM 1826
Austin, TX 78737
Telephone:   (512) 328-6612
Facsimile:   (512) 328-7523
Email:       wdcoffeylaw@yahoo.com

*Attorneys for Cardenas Autoplex, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                          :        Chapter 11
                                                :
GENERAL MOTORS CORP, *et al.,*                  :        Case No. 09-50026 (REG)
                                                :
Debtors                                         :        Jointly Administered
-----------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

**ORDERED**, that Martin Alaniz is admitted to practice, *pro hac vice* in, and in connection with, the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the required filing fee.

Dated: July 10, 2009
New York, New York

                                      HONORABLE ROBERT E. GERBER
                                      UNITED STATES BANKRUPTCY JUDGE