KUPELIAN ORMOND & MAGY, P.C.
25800 Northwestern Hwy., Suite 950
Southfield, MI 48075
Tel: 248.357.0000
Fax: 248.347.7488
Paul S. Magy (MI P34423)
Terrance A. Hiller, Jr. (MI P55699)
David M. Blau (MI P52542)

Attorneys for LA Productions, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                    :
**In re**                                            :          **Chapter 11 Case No.**
                                                    :
**GENERAL MOTORS CORP.,** *et al.,*                  :          **09-50026 (REG)**
                                                    :
                                  **Debtors.**       :          **(Jointly Administered)**
                                                    :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF LA PRODUCTIONS,**
**LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN**
**EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY,**
**AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND**
**(II) CURE AMOUNTS RELATED THERETO**

PLEASE TAKE NOTICE that LA Productions, LLC, by its attorneys, hereby withdraws

the Limited Objection of LA Productions, LLC to the Notice of (I) Debtors' Intent to Assume

and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired

Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto filed in the above-

captioned case on June 19, 2009 [Docket No. 1868].

Respectfully submitted,

KUPELIAN ORMOND & MAGY, P.C.

/s/       Terrance A. Hiller, Jr. _____
Paul S. Magy (MI P34423)
Terrance A. Hiller, Jr. (MI P55699)
David M. Blau (MI P52542)
Counsel for LA Productions, LLC
25800 Northwestern Highway, Suite 950
Southfield, Michigan  48075
Tel. 248.357.0000
Fax 248.357.7488
psm@kompc.com
tah@kompc.com
dmb@kompc.com

Dated: July 10, 2009