UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: Chapter 11
:
In re: : Case No. 09-50026 (REG)
:
GENERAL MOTORS CORPORATION, *et al.* : (Jointly Administered)
:
                  Debtors. :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I do hereby certify that I caused to be served a true copy of the ***Notice of Withdrawal of Limited Objection of LA Productions, LLC to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto*** to be served electronically on those parties requesting electronic service via the Court's ECF system and on the parties listed below via U.S. first class mail, postage prepaid:

General Motors Corporation
Cadillac Bldg
30009 Van Dyke Ave.
Warren, MI 48090
Attn: Warren Comman Center, Mailcode 480-206-114)

United States Trustee
33 Whitehall St., 21st Floor
New York, NY 10004
Attn: Diana Adams, Esq.

Stephen Karotkin
Harvey R. Miller
Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

U.S. Treasury
1500 Pennsylvania Ave NW
Room 2312
Washington DC 20220
Attn: Matthew Feldman, Esq.

Cadwalader Wickersham & Taft LLP
Onew World Financial Center
New York, NY 10281
Attn: John Rapisardi

Vedder Price PC
1633 Broadway 47th Fl
New York, NY 10019
Michael J. Edelman
Michael Schein

Dated:  July 10, 2009	Respectfully submitted,

	KUPELIAN ORMOND & MAGY, P.C.

	/s/ Terrance A. Hiller, Jr.
	Terrance A. Hiller, Jr. (P55699)
	David M. Blau (P52542)
	Paul S. Magy (P34423)
	25800 Northwestern Highway, Suite 950
	Southfield, Michigan  48075
	Tel. 248.357.0000; Fax. 248.357.7488
	Attorneys for LA Productions, LLC
	tah@kompc.com
	dmb@kompc.com
	psm@kompc.com