MORGAN, LEWIS & BOCKIUS LLP
Howard S. Beltzer, Esq.
101 Park Ave.
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Attorneys for FMR LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                         :

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY, et al.,:** | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp., et al.** | |
| | **(Jointly Administered)** |
| **Debtors.** | |

-----------------------------------------------------------x

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF FMR LLC WITH RESPECT TO CURE AMOUNTS

FMR LLC and its affiliates ("Fidelity"), by and through its undersigned counsel, hereby files this limited objection to the cure amounts (the "Cure Amounts") for unpaid monetary obligations as set forth on a certain website maintained on behalf of the Debtors in respect of potentially assumed executory contracts and unexpired leases, and respectfully states as follows:

1.      On June 1, 2009 (the "Petition Date"), the Debtors filed voluntary petitions in this Court under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes.

2.      On July 8, 2009, Fidelity received from the Debtors a spreadsheet listing executory contracts with Fidelity that the Debtors intend to assume and assign (the "Fidelity Agreements").[1] On or about July 9, 2009, Fidelity received a cure notice with respect to one of the Fidelity

---

[1] The spreadsheet also listed certain contracts with an entity named "FMR LLC". Fidelity believes that these contracts are not contracts with Fidelity, but with a similarly named entity and were listed in error. Accordingly, "Fidelity Agreements" as used herein excludes any reference to these contracts.

Agreements. Fidelity has not received any other cure notices with respect to the remaining Fidelity Agreements. The cure notice was dated as of June 15, 2009; however, the spreadsheet, conversations and correspondence with the Debtors and their counsel indicate that the cure notice was not mailed by the Debtors until July 2, 2009. Accordingly, Fidelity's objection is timely filed.

3.    Pursuant to the cure notice and the spreadsheet, Fidelity reviewed the website maintained by or on behalf of the Debtors at www.contractnotices.com (the "Website"). The Website lists proposed Cure Amounts with respect to the Fidelity Agreements. The amounts owing to Fidelity, according to Fidelity's records, on account of the Fidelity Agreements, are listed on Exhibit A hereto. Fidelity objects to the Cure Amounts listed on the Website to the extent that the Cure Amounts listed on Exhibit A differ.

4.    Accordingly, and as contemplated by the cure notice, Fidelity hereby files this limited objection and reserves all of its rights with respect to the cure amounts.

Dated:  New York, New York
       July 10, 2009

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By:  _Howard S. Beltzer_ _____
     Howard S. Beltzer
     101 Park Ave.
     New York, NY 10178
     Telephone: 212-309-6000
     Facsimile: 212-309-6001

Attorneys for FMR LLC