## Exhibit A – Fidelity's Cure Amounts

Contract Reference: Benefit Administration and Human Resources Service Agreement between GM and the ERISA Plans and Fidelity Investments Institutional Services Company, Inc.[2] (Contract #5716-00011538)

Amounts in respect of prepetition services (Prior to 6/1/09): $16,579,462.45

Amounts in respect of postpetition services (6/1/09-6/30/09): $4,075,800.00

Amounts currently owing and past due: $0

---

[2] GM lists the Fidelity counterparty as "Fidelity Employer Services Company LLC" in the spreadsheet.

DB1/63254402.2