UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                        :
In re:                                  :    Chapter 11
                                        :
MOTORS LIQUIDATION COMPANY, et al.,:    Case No. 09-50026 (REG)
  f/k/a General Motors Corp., et al.    :
                                        :    (Jointly Administered)
                        Debtors.        :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2009, a true and correct copy of the foregoing *Limited Objection and Reservation of Rights of FMR LLC with Respect to Cure Amounts* was served electronically through the Court's ECF System on parties requesting electronic service and by Federal Express to the following persons at the following addresses:

Judge Robert E. Gerber
Courtroom 621
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

The Debtors
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
     Stephen Karotkin, Esq.
     Joseph H. Smolinsky, Esq.

The U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

DB1/63259938.1

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer
    Kenneth H. Eckstein
    Gordon Z. Novod

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
    Michael L. Schein, Esq.

The Office of the U.S. Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

Miller, Johnson, Snell & Cumminskey, PLC
250 Monroe Avenue
Suite 800
Grand Rapids, Michigan 49503
Attn: Robert D. Wolford


Dated: New York, New York            /s/ Kim Raulsome
    July 10, 2009                    Kim Raulsome