Thomas M. Kennedy
Susan M. Jennik
**KENNEDY, JENNIK & MURRAY, P.C.**
113 University Place, 7th Floor
New York, New York 10003
Tel: (212) 358-1500
Attorneys for IUE-CWA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                              :
In re                                         :    **Chapter 11 Case No.**
                                              :
GENERAL MOTORS CORP., *et al.*,               :    09-50026 (REG)
                                              :
                         Debtors.             :    (Jointly Administered)
                                              :
------------------------------------------------------------X

## NOTICE OF APPEAL OF SALE ORDER

PLEASE TAKE NOTICE that IUE-CWA, by and through its undersigned counsel, hereby appeal to the United States District Court for the Southern District of New York under 28 U.S.C. 158(a) from the Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and the Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief (the "Sale Order") entered by the United States Bankruptcy Court for the Southern District of New York (Judge Robert E. Gerber)(Docket No. 2968).

The names of all parties to the orders appealed from and the names, addresses and telephone number of their respective attorneys are as follows:

| **Parties** | **Attorneys** |
|---|---|
| *The Debtors* | Harvey R. Miller |

|  |  |
|---|---|
|  | Stephen Karotkin<br>Joseph H. Smolinsky<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel: (212) 310-8000 |
| *The Official Committee of Unsecured Creditors* | Kenneth H. Eckstein<br>Thomas Moers Mayer<br>Robert Schmidt<br>Jeffrey S. Trachtman<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 715-9100 |
| *Office of the United States Trustee* | Diana G. Adams<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>(212) 510-0500 |
| *Counsel to the United States Treasury<br>and NGMCO, Inc.* | Lev L. Dassin (Acting U.S. Atty., SDNY)<br>David S. Jones<br>Jeffrey S. Oestericher<br>Matthew L. Schwartz<br>Joseph N. Cordaro<br>Tel: (212) 637-1945/2745<br><br>-and-<br><br>John J. Rapisardi<br>Peter Friedman<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10006<br>Tel: (212) 504-5585 |
| *Counsel for the International Union,<br>United Automobile, Aerospace & Agricultural<br>Implement Workers of America, AFL-CIO* | James L. Bromley<br>Avram E. Luft<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, New York 10006<br>Tel: (212) 225-2264<br><br>-and- |

|  |  |
|---|---|
|  | Babette A. Ceccotti<br>Cohen, Weiss & Simon LLP<br>330 West 42nd Street<br>New York, New York 10036<br>Tel: (212) 563-4100 |
| *Counsel to Export Development Canada* | Michael J. Edelman<br>Michael L. Schein<br>Vedder Price P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Tel: (212) 407-7770 |
|  | Steve Jakubowski<br>Elizabeth Richert<br>The Coleman Law Firm<br>77 West Wacker Drive, Suite 4800<br>Chicago, Illinois 60601<br>Tel: (312) 606-8641 |
| Dated: New York, New York<br>July 10, 2009 | Respectfully submitted,<br><br>KENNEDY, JENNIK & MURRAY, P.C.<br>Attorneys for IUE-CWA<br><br>By: /s/ Thomas M. Kennedy<br>Thomas M. Kennedy<br>Susan M. Jennik<br>113 University Place, 7th Floor<br>New York, New York 10003<br>(212) 358-1500 |