IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:  )<br>  )<br>General Motors Corporation, *et al*  )<br>  )<br>  Debtors.  )<br>  ) | Chapter 11<br><br>Case No. 09-50026-reg<br>(Jointly Administered) |

## APPEARANCE

NOW COMES Michael G. Cruse of Warner Norcross & Judd LLP and hereby enters his appearance for and on behalf of Luxcontrol SA, creditor and party-in-interest in the above-captioned case.

Dated: July 10, 2009

/s/ Michael G. Cruse
Michael G. Cruse (P38837)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Telephone: (248) 784-5131
Fax: (248) 603-9731
Email: crusemg@wnj.com
Attorneys for Luxcontrol SA