WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI 48075
Telephone: 248-784-5131
Facsimile: 248-603-9731
Michael G. Cruse

Attorneys for LC Luxcontrol asbl

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| General Motors Corporation, *et al.* | 09-50026-reg |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Tonia Frazier-Akins, an employee of Warner Norcross & Judd, LLP, hereby certify that on July 10, 2009 she served the following documents:

Objection of LC Luxcontrol asbl To Proposed Cure Costs Contained in Notice of (I) Debtors Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto

and this Certificate of Service upon the ECF participants via their respective email addresses and by First Class U.S. Mail on the attached Special Service List:

I declare that the above statements are true to the best of my information, knowledge and belief.

Date:  July 10, 2009                    BY:    /s/Tonia Frazier-Akins
                                               Assistant to Michael G. Cruse (P38837)
                                               2000 Town Center, Suite 2700
                                               Southfield, MI  48075
                                               Telephone:  248-784-5174
                                               Fax:  248-603-9774
                                               Email:  fraziet@wnj.com
                                               Attorneys for LC Luxcontrol asbl

# SPECIAL SERVICE LIST

**Debtors**

Lawrence S. Buonomo, Esq.
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

**Attorneys for Debtors**

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**U.S. Treasury**

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

**Attorneys for Purchaser**

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Attorneys for Creditors Committee**

Robert D. Wolford, Esq.
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503

**Export Development Canada**

Export Development Canada
c/o Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**Office of the U.S. Trustee**

Diana G. Adams, Esq.
Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

1676615-1