David E. Leta (Utah Bar No. 1937) (*pro hac* admission pending)
Timothy J. Dance, Esq. (Utah Bar No. 11553) (*pro hac* admission pending)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Beneficial Tower
Salt Lake City, Utah  84101-1004
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800
E-mail: delta@swlaw.com
        tdance@swlaw.com

Attorneys for Greater Park City Company d/b/a Park City Mountain Resort and
Mt Bachelor, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
                                                       :     Chapter 11 Case No.
In re                                                  :
                                                       :     09-50026 (REG)
**GENERAL MOTORS CORP.,** *et al.***,**                :
                                                       :     Jointly Administered
        Debtors.                                       :
-------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF OBJECTION OF PARK CITY MOUNTAIN RESORT AND MT BACHELOR, INC., TO DEBTORS' OMNIBUS MOTION PURSUANT TO 11 U.S.C. § 365 TO REJECT CERTAIN EXECUTORY CONTRACTS**

Greater Park City Company d/b/a Park City Mountain Resort, a Utah corporation and Mt

Bachelor, Inc., an Oregon corporation (collectively, the "**Resorts**"), through counsel, hereby

withdraw their objection (the "**Objection**") [Docket 3080], to the Debtors' proposed Omnibus

Motion Pursuant to 11 U.S.C. §365 to Reject Certain Executory Contracts [Docket 2077].

10286708

The foregoing withdrawal is based upon a resolution with the Debtors of the issues raised in the Objection with respect to the agreements between Debtors and Resorts as more fully identified in the Objection and other documents on file with the Court.

Dated: Salt Lake City, Utah
July 11, 2009

Snell & Wilmer L.L.P.

By: */s/ Tim Dance*
David E. Leta, Esq.
Timothy J. Dance, Esq.
*Attorneys for Greater Park City Company d/b/a Park City Mountain Resort and Mt Bachelor, Inc.*

10286708

# **CERTIFICATE OF SERVICE**

Timothy J. Dance, *pro hac* admission pending to practice before this Court, hereby certifies that on the 11th day of July, 2009, I caused true and correct copies of the foregoing Objection to be served via First Class US Mail Postage Prepaid on each of the parties listed on the annexed Service List and via the Court's ECF system on all other interested parties.

Dated: Salt Lake City, Utah
       July 11, 2009                                                     Snell & Wilmer L.L.P.

                                                                     */s/ Tim Dance*
                                                                     David E. Leta, Esq.
                                                                     Timothy J. Dance, Esq.

09-50026-mg    Doc 3121    Filed 07/11/09    Entered 07/11/09 14:23:39    Main Document
Pg 4 of 4

## SERVICE LIST

General Motors Corporation
ATTN:  Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI  48265

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Harvey H. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway 47th Floor
New York, NY  10019

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC  20220

Diana G. Adams, Esq.
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY   10004

Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Adam C. Rogoff, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Daniel W Sherrick, Esq.
UAW
8000 East Jefferson Avenue
Detroit, MI  48214

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
On Liberty Plaza
New York, NY  10006

Babette Ceccotti, Esq.
Cohen Weiss and simon LLP
330 W 42nd Street
New York, NY  10036

David S. Jones, Esq.
Matthew L. Schwartz, Esq.
U.S. Attorneys Office
S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY  10007

10286708