FOLEY & LARDNER LLP
Salvatore A. Barbatano
Ann Marie Uetz
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile:  (313) 234-2800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
In re:                                                        :    Chapter 11
                                                              :
General Motors Corporation, et al.,                           :    Case No. 09-50026 (REG)
                                                              :
           Debtors.                                           :    (Jointly Administered)
                                                              :
-------------------------------------------------------------x

## VERIFIED STATEMENT OF FOLEY & LARDNER LLP
## PURSUANT TO BANKRUPTCY RULE 2019

  Foley & Lardner LLP ("Foley") submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure in connection with the above-referenced chapter 11 cases of General Motors Corporation, *et al.* (collectively, the "Debtors") and respectfully states as follows:

  1. Foley has been retained to represent each of the entities set forth on Exhibit A (the "Clients") in these chapter 11 cases.

  2. Each Client (with members of its own corporate group, as applicable) engaged Foley separately to represent it in connection with these chapter 11 cases. The Clients are suppliers of goods and services to General Motors Corporation and creditors of General Motors Corporation, pursuant to applicable contracts, purchase orders and releases.

  3. Each of the Clients may hold claims (including, without limitation, for goods shipped, or services provided) against and/or other interests in respect of the Debtors arising out of applicable agreements, law and equity, and otherwise pursuant to their respective relationships with the Debtors in these chapter 11 cases. The total amounts of the claims held by each of the Clients has not yet been

DETR_1211036.1

determined as a final matter and none of the Clients has filed a proof of claim against the Debtors as of the time of the filing of this statement. Each Client's claims were acquired at various times pursuant to their business relationship with the Debtors. The Clients' claims do not arise under or in connection with the Clients acting together pursuant to a committee arrangement. Rather, each Client's representation (with members of its own corporate group, as applicable) is separate and concerns different claims of different origins.

4. Upon information and belief, Foley does not possess any claims against or interests in the Debtors.

5. Foley may also represent other clients in matters pertaining to the Debtors, and is currently gathering additional information concerning such matters and in the future may or may not undertake other engagements. Those representations may or may not result in representation in these bankruptcy cases. If Foley is retained by another creditor in these chapter 11 cases, Foley will supplement this statement.

6. Foley reserves the right to supplement or amend this statement at any time in the future.

Dated: July 13, 2009

                                            Respectfully submitted,

                                            **FOLEY & LARDNER LLP**

                                            /s/ Salvatore A. Barbatano
                                          Salvatore A. Barbatano
                                          Ann Marie Uetz
                                          500 Woodward Ave., Suite 2700
                                          Detroit, MI 48226
                                          Telephone: (313) 234-7100
                                          Facsimile: (313) 234-2800

DETR_1211036.1

**EXHIBIT A**

ABC Group Inc.
2 Norelco Drive
Toronto, Ontario,
CANADA M9L 2X6

Ficosa North America, SA de CV
Ficosa North America, Corp.
87 Wyatt Court
Crossville, TN 38555

Omron Automotive Electronics Inc.
Omron Dualtec Automotive Electronics Inc.
1 Commerce Drive
Chicago, IL  60173-5302

Acument Global Technologies, Inc.
840 W. Long Lake Road
Suite 450
Troy, MI 48098

GETRAG Transmissions Corporation
1848 Getrag Parkway
Newton, NC 28658

Peterson American Corporation
21200 Telegraph Road
P. O. Box 5059
Southfield, MI 48086-5059

FANUC Robotics America Inc.
3900 W. Hamlin Road
Rochester Hills, MI  48309-3253

Grupo Antolin North America Inc.
1700 Atlantic Blvd.
Auburn Hills, MI 48326

Kyklos Bearing International, Inc.
39475 13 Mile Road
Suite 105
Novi, MI  48377

Jernberg Industries, Inc.
39475 13 Mile Road, Suite 105
Novi, MI  48377

Henniges Automotive
36600 Corporate Drive
Farmington Hills, MI 48331

Michigan Production Machining, Inc.
16700 23 Mile Road
Macomb, MI 48044

Android Industries LLC
Android Industries – Delta Ai-Shreveport
2155 Executive Blvd.
Auburn Hills, MI 48326

Pirelli Tire, LLC
2 Industrial Blvd SE
Rome, GA 30161-3849

Peugeot Japy Industries S.A.
30600 Telegraph Road
Suite 2183
Bingham Farms, MI  48025

Screenvision Cinema Network LLC
1411 Broadway, 33rd Floor
New York, NY  10018

Intra Corporation
885 Manufacturers Drive
Westland, MI 48186

WABCO Holdings, Inc.
Chaussee de Wavre, 1789
Box 15
1160 Brussels
Belgium

Cooper-Standard Automotive Inc.
P. O. Box 311
207 South West Street
Auburn, IN 46706

EMCON Technologies LLC
1050 Wilshire
Suite 200
Troy, MI 48084

Webasto Roof Systems Inc
Webasto Fahrzeugtechnik
1757 Northfield Drive
Rochester, MI 48309

Cadillac Products Automotive Company
5800 Crooks Road
Troy, MI 48084

Continental Plastics Company
755 W. Big Beaver Road
Suite 700
Troy, MI 48084

Molex, Inc.
2222 Wellington Court
Lisle, Il 60532

DETR_1211036.1

| | | |
|---|---|---|
| Inergy Automotive Systems (USA), LLC<br>2710 Bellingham Rd., Suite 400<br>Troy, MI 48083 | Textron Inc.<br>40 Westminster St.<br>Providence, RI 02903-2596 | Dura Automotive Systems, Inc.<br>2791 Research Drive<br>Rochester Hills, MI 48309 |
| Detroit Technologies, Inc.<br>32500 Telegraph Road<br>Suite 1040<br>Bingham Farms, MI 48025 | Technology Investment Partners, LLC<br>3955 Pinnacle Court<br>Suite 200<br>Auburn Hills, MI 48326 | Visiocorp USA, Inc.<br>1855 Busha Hwy.<br>Marysville, MI 48040 |
| Cummins Inc.<br>Cummins Power Generation Inc.<br>Cummins Filtration Inc.<br>Cummins Emission Solutions Inc.,<br>Cummins Fuel Systems<br>Cummings Turbo Technologies<br>Diesel Recon Company<br>500 Jackson Street<br>Mail Code: 60701<br>Columbus, IN 47201 | Toyota Motor Corporation<br>1 Toyota-Cho, Toyota City<br>Aichi, 471 8571 JAPAN | BBi Enterprises Group, Inc.<br>36800 Woodward Avenue, Suite 2<br>Bloomfield Hills, Michigan 48304 |
| CalsonicKansei North America, Inc.<br>P.O. Box 350<br>Shelbyville, TN 37162 | | |