Olshan Grunman Frome
Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY  10022
(212) 451-2300
Andrea Fischer (AF 2591

and

Tiffany Strelow Cobb (*pro hac vice* admission pending)
Vorys, Sater, Seymour and Pease LLP
52 E. Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-8322

*Counsel for Turner Broadcasting System, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | |
| In re | : | |
| | : | Chapter 11 |
| GENERAL MOTORS CORP., et al., | : | Case No. 09-50026 (REG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Suhailah S. Sallie, am not party to this action and am over the age of 18, and certify under penalty of perjury that on July 10, 2009, caused true copy of the **Limited Objection of Turner Broadcasting System, Inc. to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto**, to be served by Overnight Carrier Service upon:

c/o General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
(Attn: Warren Command Center, Mailcode
480-206-114)

Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, NY 10153
(Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq. and
Joseph H. Smolinsky, Esq.)

U.S. Treasury
Attorneys for Automobile Task Force
1500 Pennsylvania Avenue NW, Room
2312
Washington DC 20220
(Attn: Matthew Feldman, Esq.)

Cadwalader, Wickersham & Taft LLP
Attorney for the Purchaser
One World Financial Center
New York, NY 10281
(Attn: John J. Rapisardi, Esq.)

Kramer, Levin, Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, NY  10036
(Attn: Kenneth H. Eckstein)

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, NY 10019
(Attn: Michael J. Edelman, Esq.
Michael J. Schein, Esq.

Office of the U.S. Trustee
Southern District of New York
(Attn: Diana G. Adams, Esq.)
33 Whitehall Street, 21st Floor
New York, NY 10004

*/s/ Suhailah S. Sallie*

Suhailah S. Sallie