**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                                        :       Chapter 11 Case No.
                                                             :
**GENERAL MOTORS CORP.**, *et al.*,                          :       09-50026 (REG)
                                                             :
                     Debtors.                                :       (Jointly Administered)
                                                             :
-------------------------------------------------------------x

## ORDER PURSUANT 11 U.S.C. § 365 AUTHORIZING REJECTION OF CERTAIN PROMOTIONAL SERVICES AGREEMENT

Upon the Motion, dated June 19, 2009 (the "**Motion**")[1], of General Motors Corporation and its affiliated debtors, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 365(a) of title 11, United States Code (the "**Bankruptcy Code**"), for entry of an order authorizing the Debtors to reject that certain executory contract, dated February 7, 2009, with Reed Exhibitions (the "**Executory Contract**"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the Debtors are hereby authorized to reject the Executory Contract attached hereto as **Annex I**, effective as of Monday June 22, 2009 (the "**Rejection Date**"); and it is further

ORDERED that upon service of this Order upon the Counterparty to the Executory Contract, the Executory Contract shall be deemed rejected, effective as of the Rejection Date; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: *July 13, 2009*
      New York, New York

                                      *s/ Robert E. Gerber*
                                    UNITED STATES BANKRUPTCY JUDGE