**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | **09-50026 (REG)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

**FIRST OMNIBUS ORDER**
**PURSUANT TO 11 U.S.C. § 365 OF THE BANKRUPTCY**
**CODE TO REJECT CERTAIN EXECUTORY CONTRACTS**

Upon the motion, dated June 19, 2009 (the "**Motion**")[1], of General Motors

Corporation and its affiliated debtors, as debtors and debtors in possession in the above-

captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 365(a) of title 11,

United States Code (the "**Bankruptcy Code**"), for entry of an order authorizing the Debtors to

reject certain executory contracts, all as more fully described in the Motion; and the Court having

jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C.

§ 1334; and due and proper notice of the Motion having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all

parties in interest and that the legal and factual bases set forth in the Motion establish just cause

for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the Debtors are hereby authorized to reject the Executory Contracts listed on **Annex I** attached hereto, effective as of Monday June 22, 2009, the date on which the counterparties to the Executory Contracts received notice of the Motion via overnight mail (the "**Rejection Date**"); and it is further

ORDERED that upon service of this Order upon the counterparties to the Executory Contracts, the Executory Contracts shall be deemed rejected, effective as of the Rejection Date; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: **July 13, 2009**
New York, New York

**s/ Robert E. Gerber**
UNITED STATES BANKRUPTCY JUDGE

**ERROR! NO PROPERTY NAME SUPPLIED.**

## <u>Annex I</u>

## Executory Contracts

**ERROR! NO PROPERTY NAME SUPPLIED.**