**Exhibit A**

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 1 | 21st District Agricultural Association - The Big Fresno Fair | 21ST DISTRICT AGRICULTURAL ASSOCIATION - THE BIG FRESNO FAIR<br>DAVID NALCHAJIAN<br>1121 S CHANCE AVE<br>FRESNO, CA 93702-3707 | Promotional Agreement | 09/01/2009 |
| 2 | 600 Festival Association | 600 FESTIVAL ASSOCIATION<br>MR. JAY HOWARD<br>6427 SADDLE CREEK CT., HARRISBURGH<br>HARRISBURG, NC 28075- | Promotional Agreement | 01/01/2009 |
| 3 | Bowyer Dirt Motorsports | CLINT BOWYER RACING INC.<br>CHIP WILLIAMS<br>PO BOX 1479, WELCOME<br>WELCOME, NC 27374- | Personal Service Agreement | 01/01/2008 |
| 4 | Bristol Motor Speedway d/b/a Bristol Dragway | BRISTOL MOTOR SPEEDWAY D/B/A BRISTOL DRAGWAY<br>MR. JERRY CALDWELL<br>151 SPEEDWAY BLVD<br>BRISTOL, TN 37620-8932 | Race Track Promotional Agreement (Pontiac) | 01/01/2008 |
| 5 | Buckmasters | BUCKMASTERS<br>MR. JACKIE BUSHMAN<br>10350 HWY 80 EAST, MONTGOMERY<br>MONTGOMERY, AL 36117- | Promotional Agreement | 04/01/2009 |
| 6 | Budco | BUDCO<br>ALICIA ROBERTS<br>13700 OAKLAND<br>HIGHLAND PARK, MI 48203- | B2B Customer Service Call Center | 10/23/2008 |
| 7 | Charlotte Motor Speedway LLC | Charlotte Motor Speedway, LLC<br>aka Lowe's Motor Speedway,<br>PO Box 600<br>Concord, NC 28026-0600 | Suite # 112, 66 Suite tickets, 16 Pit passes, 2 Worker Passes, 10 Parking passes | 09/06/2006 |
| 8 | ChinMusic Records, Inc. | CHINMUSIC RECORDS, INC.<br>DANIELLE LEE MARTIN<br>1609 INVERNESS DR., SPRING HILL<br>SPRING HILL, TN 37174- | Promotional Agreement | 05/31/2009 |
| 9 | City of Lansing | CITY OF LANSING<br>JOHN M. ROBERTS, JR. - CITY ATTORNEY<br>CITY OF LANSING CITY HALL 5TH FLOOR LANSING<br>LANSING, MI 48933- | Naming rights to Oldsmobile Park | 08/02/1995 |
| 10 | City of Rochester | CITY OF ROCHESTER<br>MARY HAYWORD<br>30 CHURCH ST, ROCHESTER<br>ROCHESTER, NY 14614- | Promotional Agreement | 04/24/2009 |

**Exhibit A**

|    | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|----|---|---|---|---|
| 11 | ClearChannel Entertainment | CLEARCHANNEL ENTERTAINMENT<br>MS. LINDA WEMMELL<br>95 SOUTH TURNPIKE RD, WALLINGFORD<br>WALLINGFORD, CT 06492- | Promotional Agreement | 07/08/2005 |
| 12 | Daytona International Speedway, LLC | Sherrilee Stoudt, Director of Business Development<br>1801 W. International Speedway Blvd<br>Daytona Beach, FL 32114 | Nextel Tower Suite #519, 65 Seats with 77 tickets incl Fan zone and Pre Race passes, 11 parking | 08/09/2006 |
| 13 | Deer Valley Resort Company | DEER VALLEY RESORT COMPANY<br>MR. BOB WHEATON<br>2250 DEER VALLEY DRIVE SOUTH, PARK CITY<br>PARK CITY, UT 84060- | Promotional Agreement | 11/03/2008 |
| 14 | Discover Mediaworks | DISCOVER MEDIAWORKS<br>MR. MARK ROSE<br>5236 HIGHWAY 70 WEST, EAGLE RIVER<br>EAGLE RIVER, WI 54521- | Promotional Agreement | 01/01/2009 |
| 15 | Dover International Speedway, Inc | Mark A. Rossi<br>Vice President Sales & Marketing<br>1131 North DuPont Highway<br>Dover, DE 10091 | Turn 1 Suite # 2, 50 Seats with 60 Suite Passes (including admission) and 30 VIP parking | 03/01/2007 |
| 16 | Dover International Speedway, Inc | Senior Vice President-General Counsel,<br>3505 Silverside Road,<br>Plaza Centre Building, Suite 203<br>Wilmington, DE 19810 | Turn 1 Suite # 2, 50 Seats with 60 Suite Passes (including admission) and 30 VIP parking | 03/01/2007 |
| 17 | Grand Am Road Racing, LLC. | GRAND AM ROAD RACING, LLC.<br>MR. OLLIE DEAN<br>1801 W INTERNATIONAL SPEEDWAY BLVD<br>DAYTONA BEACH, FL 32114-1215 | Official Vehicle Sponsorship for Pontiac Brand | 01/03/2008 |
| 18 | Greater Park City Company d/b/a Park City Mountain Resort | GREATER PARK CITY COMPANY D/B/A PARK CITY MOUNTAIN RESORT<br>MS. KRISTA PARRY<br>1310 LOWELL AVE, PARK CITY<br>PARK CITY, UT 84060- | Promotional Agreement | 11/20/2009 |
| 19 | Greater Tulsa Automobile and Truck Show | GREATER TULSA AUTOMOBILE AND TRUCK SHOW<br>MR. CHARLES TABER<br>3333 S HARVARD AVE STE B<br>TULSA, OK 74135-1802 | Promotional Agreement | 03/02/2009 |
| 20 | Hershey Resorts | Jill Fleury Cecala<br>Director of NE Sales and Marketing,<br>West Chocolate Avenue & University Drive,<br>P.O. Box 446, Hershey, PA 17033-0446 | Guest rooms, function rooms and food & beverage | 08/04/2008 |
| 21 | IMG Worldwide, Inc. | IMG WORLDWIDE, INC.<br>MR. ERIC BALDWIN<br>1360 E 9TH ST STE 100<br>CLEVELAND, OH 44114-1783 | Official Car Sponsorship | 08/23/2006 |

**Exhibit A**

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 22 | Insignia Group, LLC | INSIGNIA GROUP, LLC<br>DAVID STRINGER - EXECUTIVE DIRECTOR<br>220 WESTINGHOUSE BLVD STE 408<br>CHARLOTTE, NC 28273-6240 | License Agreement | 04/25/2007 |
| 23 | International Sport Properties, Inc. | AMERICAN HOLE N'ONE INC<br>MR. GRANT ADAMS<br>55 SCOTT STREET, BUFORD<br>BUFORD, GA 30518- | Promotional Agreement | 09/16/2009 |
| 24 | Jacksonhole Mountain Resort Company | JACKSONHOLE MOUNTAIN RESORT COMPANY<br>MR. BILL LEWKOWITZ<br>3395 CODY DRIVE, TETON VILLAGE<br>TETON VILLAGE, WY 83025- | Promotional Agreement | 10/28/2008 |
| 25 | Leighton Reese | LEIGHTON REESE<br>LEIGHTON REESE<br>14301 W 62ND ST<br>EDEN PRAIRIE, MN 55346-1708 | Motorsports Team Agreement | 01/01/2008 |
| 26 | Live Nation Marketing, Inc. | LIVE NATION MARKETING, INC.<br>MR. JEFF WALLACE<br>95 SOUTH TURNPIKE RD, WALLINGFORD<br>WALLINGFORD, CT 06492- | Promotional Agreement | 04/01/2009 |
| 27 | Mt. Bachelor Inc. | MT. BACHELOR INC.<br>MR. ALEX KAUFMAN<br>13000 CENTURY DRIVE, BEND<br>BEND, OR 97709- | Promotional Agreement | 10/27/2008 |
| 28 | National FFA Organization | NATIONAL FFA ORGANIZATION<br>MR. GLENN SIMMS<br>6060 FFA DRIVE, INDIANAPOLIS<br>INDIANAPOLIS, IN 46278- | Promotional Agreement | 08/01/2008 |
| 29 | National Hot Rod Association | NATIONAL HOT ROD ASSOCIATION<br>MR. GARY DARCY<br>2035 E FINANCIAL WAY<br>GLENDORA, CA 91741-4602 | Promotional Agreement for Pontiac Brand | 01/01/2008 |
| 30 | National Hot Rod Association | Legal Department,<br>National Hot Rod Association,<br>2035 Financial Way<br>Glendora, CA 91741-4602 | Suite 308, 30 daily suite passes (with pit pass and admission), 25 daily suite passes, 6 parking. | 12/11/2006 |
| 31 | National Hot Rod Association | Legal Department,<br>National Hot Rod Association,<br>2035 Financial Way<br>Glendora, CA 91741-4602 | Sponsorship Agreement | 01/22/2009 |
| 32 | New England Ski Area Council | MR. FRANK TANSEY<br>127 PEPSI RD., MANCHESTER<br>MANCHESTER, NH 03109 | Promotional Agreement | 02/19/2009 |

**Exhibit A**

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 33 | New Stevens LLC | NEW STEVENS LLC<br>MR. JOHN GIFFORD<br>SUMMITT US HIGHWAY 2, SKYKOMISH<br>SKYKOMISH, WA 98288- | Promotional Agreement | 11/12/2008 |
| 34 | Oakdale Theater Concerts | CLEAR CHANNEL COMMUNICATIONS INC.<br>MS. ANDREA ROST<br>4695 SOUTH MONACO, DENVER<br>DENVER, CO 80237- | Promotional Agreement | 02/17/2008 |
| 35 | OTS SIGNS L.P. | OTS SIGNS L.P.<br>745 5TH AVE STE 1707<br>NEW YORK, NY 10151-1700 | Chevrolet Clock in Times Square Advertisement | 05/15/2006 |
| 36 | Promedia LLC D/B/A National Muscle Car Association Hot Rod and Muscle Car Nationals | Steve Wolcott, CEO<br>3518 W. Lake Center Drive, Suite D,<br>Santa Ana, CA 92704 | Sponsorship of National Muscle Car Association LSX Shootout at Memphis Motorsports Park Oct 15-18, 2009 | 05/06/2009 |
| 37 | Quail Unlimited, Inc | QUAIL UNLIMITED, INC<br>MR. ROCKY EVANS<br>31 QUAIL RUN, EDGEFIELD<br>EDGEFIELD, SC 29824- | Promotional Agreement | 01/01/2009 |
| 38 | Quality Dear Management Association | QUALITY DEAR MANAGEMENT ASSOCIATION<br>MR. RANDY BOWDEN<br>170 WHITETAIL WAY<br>BOGART, GA 30622-6833 | Promotional Agreement | 01/07/2009 |
| 39 | RCR Team #31 LLC - Jeff Burton | RCR Team #31 LLC, Personal Services Agreement - Jeff Burton<br>425 Industrial Drive<br>Welcome, NC 27374 | Personal Service Agreement | 01/01/2008 |
| 40 | Richmond International Raceway, Inc | Brian Hagerman<br>Sr. Manager of Business Development<br>600 East Laburnum Avenue,<br>Richmond, VA 23222 | Dogwood 126, 60-person tower suite, 30 pre-race pit road tour passes, 15 parking | 11/21/2007 |
| 41 | RWI Racing LLC | RUSTY WALLACE INC<br>RUSTY WALLACE<br>149 KNOB HILL RD<br>MOORESVILLE, NC 28117-6847 | Motorsports Sponsorship Agreement | 01/01/2009 |
| 42 | Ryan Newman Motorsports, Inc | RYAN NEWMAN MOTORSPORTS, INC<br>MARY GRAMS<br>165 JENNINGS ROAD, STATESVILLE<br>STATESVILLE, NC 28625- | Sponsorship Service Agreement | 02/01/2009 |
| 43 | San Antonio Livestock Exposition, Inc. | SAN ANTONIO LIVESTOCK EXPOSITION, INC.<br>MS. PAM REW<br>3201 EAST HOUSTON<br>SAN ANTONIO, TX 78219- | Sponsorship | 10/22/2008 |

**Exhibit A**

|  | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 44 | Sherwood Equities | SHERWOOD EQUITIES<br>BRIAN TURNER<br>745 5TH AVE STE 1707<br>NEW YORK, NY 10151-1700 | Times Square Billboard (Pontiac Garage) | 04/04/2008 |
| 45 | Sportsman's Adventures | SPORTSMAN'S ADVENTURES<br>MR. RICK MURPHY<br>6000 SW 80TH STREET, SOUTH MIAMI<br>MIAMI, FL 33143- | Promotional Agreement | 04/28/2008 |
| 46 | Stallings Capital Group, Inc. dba Bob Stallings Racing LLC | BOB STALLINGS RACING<br>BOB STALLINGS<br>4 WINDSOR RIDGE, FRISCO<br>FRISCO, TX 75034- | Motorsports Team Agreement | 01/01/2008 |
| 47 | T.B.H.C. d/b/a The Arnold Palmer Invitational | T.B.H.C. D/B/A THE ARNOLD PALMER INVITATIONAL<br>MR. SCOTT WELLINGTON<br>9000 BAY HILL BLVD<br>ORLANDO, FL 32819-4880 | PGA Golf Tournament Sponsorship | 02/14/2007 |
| 48 | Tech Nation | 33 W Second St<br>Maysville, KY 41056 | CAP Advertising Agreement | 01/01/2009 |
| 49 | The California Speedway Corporation | Wayne T. Williams,<br>Corporate Sales Manager<br>9300 Cherry Avenue<br>Fontana, CA 92335 | Double terrace package Suite # 43, 70 VIP suite passes with access to pit row, 4 Worker passes and 35 VIP parking. | 08/01/2006 |
| 50 | The Chanler at Cliff Walk | THE CHANLER AT CLIFF WALK<br>MR. TIM THUELL<br>117 MEMORIAL BLVD<br>NEWPORT, RI 02840-3659 | Sponsorship | 03/21/2009 |
| 51 | The Oakland Raiders | THE OAKLAND RAIDERS<br>MR. ROBERT KINNARD<br>1220 OAKLAND HARBOR BAY PKWY, ALAMEDA<br>ALAMEDA, CA 94502- | Promotional Agreement | 08/30/2007 |
| 52 | TIS Industries, Inc. | TIS INDUSTRIES, INC.<br>16815 E JOHNSON DR<br>CITY OF INDUSTRY, CA 91745-2417 | License Agreement | 10//01/2007 |
| 53 | TRAKON SHOW & DISPLAY INC | TRAKON SHOW & DISPLAY INC<br>42268 YEAREGO DR<br>STERLING HEIGHTS, MI 48314-3260 | Show Vehicle Support Contract. | Spot Buy - no date |
| 54 | USC Athletics | USC ATHLETICS<br>MR. JOSE ESKANAZI<br>3501 WATTS WAY # 203A<br>LOS ANGELES, CA 90089-0055 | Promotional Agreement | 03/31/2009 |
| 55 | Vehatire | VEHATIRE<br>MIKE RICCHUITI-GENERAL MANAGER<br>186 N DUPONT HWY STE 33<br>NEW CASTLE, DE 19720-3139 | License Agreement for Promotional Services | 08/27/2007 |

**Exhibit A**

|  | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 56 | Workhorse Custom Chassis LLC | WORKHORSE CUSTOM CHASSIS, LLC<br>ATTN: KEITH H. BERK, ESQ.<br>180 N LA SALLE ST STE 3700<br>C/O HORWOOD MARCUS & BERK CHARTERED<br>CHICAGO, IL 60601-2809 | Trademark License Agreement | 01/01/2005 |