James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone:  (313) 961-0200
Facsimile: (313) 961-0388

Counsel for Fleet-Car Lease, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY,  *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF FLEET-CAR LEASE, INC. TO
NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY,
AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND (II) CURE AMOUNTS RELATED THERETO**

Fleet-Car Lease, Inc., d/b/a Fleet Car Carriers, withdraws its *Objection to the Notice of (I)*

*Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of*

*Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure*

*Amounts Related Thereto* filed June 12, 2009 (Docket No. 945).

Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By:/s/ P. Warren Hunt

James E. DeLine (P45205) (*Pro Hac Vice*)
P. Warren Hunt (P69713) (*Pro Hac Vice*)
Kerr, Russell and Weber, PLC
Counsel for Fleet-Car Lease, Inc.
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone:  (313) 961-0200
Facsimile: (313) 961-0388
jed@krwlaw.com
pwh@krwlaw.com

Dated:  July 13, 2009

James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone:  (313) 961-0200
Facsimile: (313) 961-0388

Counsel for Fleet-Car Lease, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
|       f/k/a General Motors Corp., *et al.* | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I certify that on July 13, 2009, I electronically filed the foregoing Notice of Withdrawal of Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.  A copy of this document was also served on the following parties on July 13, 2009 via Federal Express Mail:

Warren Command Center
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York, 10153

Matthew Feldman, Esq.
U.S. Treasury

1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C., 20220

John R. Rapisardi, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York 10281

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10036

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn:  Diana G. Adams, Esq.

<u>Chambers Copy</u>
Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, New York 10004-1408

                                        /s/ P. Warren Hunt
                                        P. Warren Hunt (P69713) (*Pro Hac Vice*)
                                        James E. DeLine (P45205) (*Pro Hac Vice*)
                                        **KERR, RUSSELL AND WEBER, PLC**
                                        Counsel for Fleet-Car Lease, Inc.
                                        500 Woodward Avenue, Suite 2500
                                        Detroit, MI  48226-3406
                                        313-961-0200 (telephone)
                                        313-961-0388 (facsimile)
                                        pwh@krwlaw.com
Dated:  July 13, 2009                   jed@krwlaw.com