**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| **GENERAL MOTORS CORP., et al.,** | : | **09-50026(REG)** |
| Debtors, | : | **(Jointly Administered)** |

-----------------------------------------------------------------

## **MOTION TO STRIKE**

  Now comes Thread Information Design, Inc., Vendor Number 5716-01217366, by and through its counsel and requests that the Court correct a duplication in its records maintained on the contractnotices.com website. Thread Information Design, Inc., is correctly listed as Master Vendor Number 151366002, and its site access is User ID 6kx338kK. The cure amount maintained therein is less than claimed by Thread Information Design, Inc., but in discussions are being held with General Motors personnel and the discrepancy between Thread's records and GM's, has been significantly reduced.

  However, July 8, 2009, Thread Information Design, Inc. received another notice from the Court in this case, notifying it that its web access information was User ID 4SCx8f3D, Password 2kqf29x6vC48, and that its Vendor Number was 5716-01217366. The website indicates that there are no contracts and thus no cure amount. Thread maintains that the establishment of this contractnotices.com web posting was in error, and respectfully requests that it be stricken to avoid further confusion.

                      Respectfully submitted,

/s/ Gerald L. Mills
Gerald L. Mills, Esq., Counsel for
Thread Information Design, Inc.
Kroncke, Darcangelo Sutter and Furey
2255 West Laskey Rd.
Toledo, Ohio 43613
Phone 419-473 1346
email: gerald.mills@bex.net

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that the foregoing Motion was served upon the following person(s) via electronic transmission on the 13th day of July, 2009: Honorable Robert E. Gerber, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408; General Motors Corporation, Attn: Warren Command Center, Mailcode 480-206-114,Cadillac Bldg., 30009 Van Dyke Ave., Warren, MI 48090-9025; Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq., Weil, Gotshal & Manges, LLP., 767 Fifth Ave., New York, NY 10153; Matthew Feldman, Esq., US Treasury, 1500 Pennsylvania Ave. NW, Room 2312, Washington, D.C. 20220; John J. Rapisardi, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281; Michael J. Edelman, Esq., and Michael L. Schein, Esq., Vedder Price, P.C., 1633 Broadway, 47th Floor, New York, NY 10019; Gordon Novod, Esq., 1177 Avenue of the Americas, New York, NY 10086: and Diana G. Adams, Esq., Office of the United States Trustee for the Southern District of New York, 33 Whitehall St., 21st Floor, New York, NY 10004.

/s/ Gerald L. Mills
Gerald L. Mills, Esq.