VINSON & ELKINS L.L.P.
Ronald L. Oran
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel:  212-237-0000
Fax:  212-237-0100
Email:  roran@velaw.com

*Attorney for AM General LLC,*
*General Engine Products LLC, &*
*General Transmission Products LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., et al., | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------x

**AMENDED LIMITED OBJECTION OF AM GENERAL LLC AND GENERAL ENGINE PRODUCTS LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

_____

AM General LLC, formerly AM General Corporation, General Transmission Products, LLC, and General Engine Products LLC (collectively, "AM General"), by and through their undersigned counsel, hereby submit this amended limited objection (the "Limited Objection") to the proposed notice of assumption and assignment of certain AM General Contracts (as defined below), including the noticed cure amounts for those contracts, as set forth in the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (the "Assumption and Assignment Notice") and the Contract Website (as defined below), in accordance with this Court's Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002,

NewYork 266810v.2

6004, and 6006 (I) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement With Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and Approving Form of Notice (the "Bidding Procedures Order").

AM General previously filed a Limited Objection [dckt # 2452] on June 24, 2009 and incorporates that objection herein. AM General files this Amended Limited Objection to reserve its right to object to the assumption or assignment of all executory contracts with the above-captioned debtors and debtors-in-possession (the "Debtors") that have been or will be "designated by Purchaser for potential assumption and assignment to New GM" or to object to the correct cure amounts owed with respect to those contracts. In support of this Amended Limited Objection, AM General respectfully states as follows:

## BACKGROUND

1. AM General is in the business of designing, engineering, and producing military and special purpose vehicles, including the HUMVEE all-terrain military vehicle and its commercial counterpart, including the HUMMER H1 sport utility vehicle, as well as providing parts and technical support for such vehicles. AM General is a party to various contracts with the Debtors.

2. The Debtors commenced their voluntary Chapter 11 bankruptcy cases on June 1, 2009.

3. Pursuant to the Bidding Procedures Order, the Debtors delivered to AM General an Assumption and Assignment Notice dated June 5, 2009, with login information to a secured website with contract reference numbers and cure amounts (the "Contract Website"). As of the date hereof, to the best of AM General's knowledge, the Contract Website lists the following 26 contracts with AM General:

|  | Row ID/GM Contract ID/ BOL | Party Name | Contract Type | Cure Amount |
|---|---|---|---|---|
| 1. | · 5716-00003233<br>· N/A<br>· 080702327 | AM General LLC | Agreement | $22,718.00 |
| 2. | · 5716-00003318<br>· N/A<br>· 080704162 | AM General LLC | Agreement | $22,718.00 |
| 3. | · 5716-00003689<br>· N/A<br>· 080706542 | AM General LLC | Agreement | $22,718.00 |
| 4. | · 5716-00003693<br>· N/A<br>· 576314 | AM General LLC | Agreement | ($530.15) |
| 5. | · 5716-00003694<br>· N/A<br>· 363304 | AM General LLC | Agreement | ($484.44) |
| 6. | · 5716-00003698<br>· N/A<br>· GMQC10 | AM General LLC | Agreement | $708.00 |
| 7. | · 5716-00039818<br>· TCS23980<br>· N/A | AM General Corporation | Agreement | None |
| 8. | · 5716-00107132<br>· TCS22275<br>· N/A | AM General Corporation | Agreement | None |
| 9. | · 5716-00113042<br>· TCS23428<br>· N/A | AM General Corporation | Agreement | None |
| 10. | · 5716-00310456<br>· S001338<br>· N/A | AM General Corporation | Agreement | None |
| 11. | · 5716-00310590<br>· S001337<br>· N/A | AM General Corporation | Agreement | None |

|     | Row ID/GM Contract ID/ BOL | Party Name | Contract Type | Cure Amount |
|-----|---|---|---|---|
| 12. | · 5716-00560636<br>· GM40329<br>· N/A | General Engine Products | Agreement | None |
| 13. | · 5716-00560637<br>· GM54025<br>· N/A | General Engine Products | Agreement | None |
| 14. | · 5716-00567970<br>· GM57306<br>· N/A | AM General Corporation | Agreement | None |
| 15. | · 5716-00580259<br>· K1UNK000<br>· N/A | AM General Corporation | Agreement | None |
| 16. | · 5716-00702647<br>· K1UNK001<br>· N/A | AM General Corporation | Agreement | None |
| 17. | · 5716-00745501<br>· N/A<br>· N/A | AM General Corporation | License Agreement | None |
| 18. | · 5716-00745502<br>· N/A<br>· N/A | AM General Corporation | License Agreement | None |
| 19. | · 5716-00745503<br>· N/A<br>· N/A | AM General Corporation | Agreement | None |
| 20. | · 5716-01057143<br>· S001338<br>· N/A | AM General Corporation | N/A | None |
| 21. | · 5716-01058245<br>· S001337<br>· N/A | AM General Corporation | N/A | None |
| 22. | · 5716-01075797<br>· K1UNK001<br>· N/A | AM General Corporation | N/A | None |
| 23. | · 5716-01106545<br>· 188248<br>· N/A | AM General | N/A | None |
| 24. | · 5716-00766127<br>· N/A<br>· N/A | AM General | MIS Customer Agreement | None |
| 25. | · 5716-01059181<br>· N/A<br>· N/A | AM General | N/A | None |

NewYork 266810v.2

|     | Row ID/GM Contract ID/ BOL | Party Name | Contract Type | Cure Amount |
|-----|---|---|---|---|
| 26. | · 5716-00002772<br>· N/A<br>· N/A | AM General LLC | Agreement | None |

4. On July 10, 2009, AM General received from Debtors a spreadsheet indicating that following 20 additional contracts between Debtors and AM General had been noticed for assumption:

|     | Row ID/GM Contract ID/ BOL | Party Name | Contract Name, Type, or Description | Cure Amount |
|-----|---|---|---|---|
| 27. | ▪ 5716-00124511 | AM General Corp. | Agreement | None |
| 28. | ▪ 5716-00124512 | AM General LLC | Agreement | None |
| 29. | ▪ 5716-00124513 | AM General LLC | Agreement | None |
| 30. | ▪ 5716-00124514 | AM General LLC | Agreement | None |
| 31. | ▪ 5716-01197185<br>▪ DGH0123 | AM General Corp. | Master Agreement | None |
| 32. | ▪ 5716-01197187<br>▪ DGH0125 | AM General Corp. | Assignment Agreement | None |
| 33. | ▪ 5716-01197190<br>▪ DGH0128 | AM General Corp. | Management Services Agreement | None |
| 34. | ▪ 5716-01197194<br>▪ DGH0132 | AM General Corp. | Promissory Note | None |
| 35. | ▪ 5716-01197195<br>▪ DGH0133 | AM General Corp. | Security Agreement | None |
| 36. | ▪ 5716-01197196<br>▪ DGH0134 | AM General Corp. | Right of Access Agreement | None |
| 37. | ▪ 5716-01197199<br>▪ DGH0137 | AM General Corp. | Royalty Sharing Agreement | None |
| 38. | ▪ 5716-01197200<br>▪ DGH0138 | AM General Corp. | Joint Review Board Agreement | None |
| 39. | ▪ 5716-01200309<br>▪ DGH0140 | AM General Corp. | Proprietary Information Agreement (Confidentiality Agreement) | None |
| 40. | ▪ 5716-01210630 | AM General LLC | Real Estate Mortgage Agreement | None |

|     | Row ID/GM Contract ID/ BOL | Party Name | Contract Name, Type, or Description | Cure Amount |
|-----|---------------------------|------------|-------------------------------------|-------------|
| 41. | ▪ 5716-01210631 | Ableco Finance LLC - as agent for AM General Corporation | Subordination and Intercreditor Agreement | None |
| 42. | ▪ 5716-01210632 | AM General LLC | Supplemental Promissory Note | None |
| 43. | ▪ 5716-01210633 | AM General LLC | Security Agreement | None |
| 44. | ▪ 5716-01210634 | AM General LLC | Equity Conversion Termination Agreement | None |
| 45. | ▪ 5716-01210635 | AM General LLC | Loan Repayment Schedule Letter | None |
| 46. | ▪ 5716-01210636 | AM General LLC | Amendment to Master Extension Agreement | None |

The 46 contracts listed above, together with all other contracts between AM General and the Debtors that have been or will be noticed for assumption or assignment, are collectively referred to as the "AM General Contracts":

**LIMITED OBJECTION**

5.      The Bidding Procedures Order requires that objections to the proposed assumption and assignment of the AM General Contracts, including objections to the proposed cure amounts be filed and served no later than ten days after the date of an Assumption and Assignment Notice. See Bidding Procedure Order ¶ 10. Am General previously filed a Limited Objection [dckt # 2452] on June 24, 2009 to the assumption of the contracts described in paragraph 3, supra because the information provided by Debtors was insufficient to allow AM General to identify the contracts at issue, and therefore, AM General filed limited objections until such time as those contracts were sufficiently described so as to allow AM General to identify them and to respond to the Assumption and Assignment Notice.

NewYork 266810v.2

6. AM General still does not have sufficient information to allow it to respond to the Assumption and Assignment Notices for the AM General Contracts. The information that AM General does have about those contracts, however, indicates that AM General may have objections to the assumption of certain AM General Contracts. Accordingly, AM General files this Amended Limited Contract Objection to preserve its rights to objection to the assumption of AM General Contracts based on objections, including, but not limited to, (1) objections to particular Cure Amounts listed for certain of the AM General Contracts, (2) objections relating to Debtors' failure to cure non-monetary defaults under certain of the AM General Contracts, (3) objections to assumption or assignment of certain of the AM General Contracts under section 365 of the Bankruptcy Code, and (4) objections to Debtors' attempt to assume only part of certain AM General Contracts in contravention of the requirement that executory contracts be assumed or rejected as a whole.

7. It is the Debtors' burden to provide AM General with the information necessary to allow AM General to ascertain which contracts the Debtors actually intend to assume and to calculate the proposed corresponding cure amounts accurately. The Federal Rules of Bankruptcy Procedure provide, in relevant part, that notice "shall be given to the other party to the contract or lease . . ." and, with respect to omnibus motions to assume or assign multiple executory contracts or unexpired leases, "shall . . . list parties alphabetically and identify the corresponding contract or lease." *See* FED. R. BANKR. P. 6006 (C), (F)(2). Here, the Debtors have failed to adequately identify the contracts.

8. Because the Debtors have failed to provide adequate notice of the specific agreements that they intend to assume or assign, they have not and cannot establish their ability

NewYork 266810v.2

to satisfy the conditions to assumption set forth in §§ 365(b) and 365(f)(2)(B) of the Bankruptcy Code.  11 U.S.C. §§  365(b) and 365(f)(2)(B).

9.    In accordance with the foregoing, AM General reserves all rights to (a) object to the Assumption and Assignment Procedures; (b) amend, supplement and/or withdraw this Limited Objection; (c) to object to the proposed assumption and assignment of the AM General Contracts, including objections to the proposed cure amounts thereto; (d) receive payment in full of all Post-Petition Amounts that are currently or may in the future become due; and (e) assert all of their other rights and remedies against the Debtors.

WHEREFORE, AM General respectfully requests that the Debtors (a) clearly identify the contracts that they intend to assume, assign or reject; (b) provide a good faith calculation of the Cure Amounts associated with such contracts; and (c) provide AM General the opportunity to object to assumption of the AM General Contracts, or cure amounts therefore, and have its objection resolved by mutual agreement or determined by this Court.

Dated: July 13, 2009

                              Respectfully submitted,

                              By:      /s/ Ronald L. Oran
                                       Ronald L. Oran
                                       **VINSON & ELKINS L.L.P.**
                                       666 Fifth Avenue, 26th Floor
                                       New York, New York 10103-0040
                                       Tel: 212-237-0000
                                       Fax:  212-237-0100
                                       Email: roran@velaw.com

                                       *Attorney for AM General LLC,*
                                       *General Engine Products LLC, &*
                                       *General Transmission Products LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2009, a copy of the foregoing was filed electronically through the CM/ECF system and served electronically on all parties accepting Notice of Electronic Filing; copies of the foregoing were also served on the following parties via Federal Express overnight delivery:

| | |
|---|---|
| The Debtors<br>c/o General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center, Mail code 480-206-114 | Weil, Gotshal & Manges LLP<br>Attorneys for the Debtors<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. |
| The U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>Attorneys for the Purchaser<br>One World Financial Center<br>New York, New York 10281<br>Attn: John J. Rapisardi, Esq. |
| Vedder Price, P.C.<br>Attorneys for Export Development Canada<br>1633 Broadway<br>47th Floor<br>New York, New York 10019<br>Attn: Michael J. Edelman, Esq.<br>Michel L. Schein, Esq. | The Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn: Diana G. Adams, Esq. |
| Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of The Americas<br>New York, NY 10036 | Thomas Moers Mayer<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

                                       /s/ Ronald L. Oran
                                       Ronald L. Oran

NewYork 266810v.2