## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2009, a true and correct copy of the foregoing Limited Objections of ACE American Insurance Company and Affiliated Companies to Notice of (I) Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto was served as follows:

<u>Via Court's ECF System upon the following</u>:

Harvey R. Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolinksy, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.smolinsky@weil.com
*Attorneys for the Debtor*

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10035
tmayer@kramerlevin.com
*Attorneys for Creditor Committee*

Michael J. Edelman, Esquire
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
mjedelman@vedderprice.com
*Attorneys for Export Development Canada*

<u>Via First Class Mail</u> upon the following:

John J. Rapisardi, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center

New York, NY 10281
*Attorneys for the Purchaser*

Diana G. Adams, Esquire
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Lawrence S. Buonomo, Esquire
General Motios Corporation
300 Renaissance Center
Detroit, MI 48265

Matthew Feldman, Esquire
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington DC 20220

/s/ Andrew K. Lipetz
Andrew K. Lipetz, Esq.