Hearing Date and Time: August 18, 2009 at 9:45 a.m. (Eastern Time)

Anthony L. Leffert
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO   80202
Telephone:  303-297-2600
Facsimile:   303-297-2750

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                    Case No. 09-50026 (REG)
                                          Chapter 11 (Jointly Administered)

GENERAL MOTORS CORP., *et al.,*

               Debtors.

---------------------------------------------------------------x

## MOTION FOR ORDER DIRECTING PAYMENT ON ACCOUNT OF ADMINISTRATIVE EXPENSE

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Environmental Testing Corporation ("ETC"), by and through counsel, Anthony L. Leffert of Robinson Waters & O'Dorisio, P.C., hereby moves this Court to enter an order directing payment of administrative expense pursuant to 11 U.S.C. § 503(b) as previously requested in ETC's Verified Motion for Payment of Administrative Expenses.

WHEREFORE, ETC prays this honorable Court will enter an order directing payment of ETC's administrative expenses in an amount to be determined by the Court, pursuant to 11 U.S.C. § 503(b) and for all such other and further relief as the Court shall deem just and proper.

188495

2

Dated:  July 14, 2009
Denver, Colorado                          ROBINSON, WATERS & O'DORISIO, P.C.


/s/Anthony L. Leffert_____
Anthony L. Leffert (AL 6373)
1099 18th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 297-2600
Facsimile:  (303) 297-2750
*Attorneys for Environmental Testing Corporation*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of July, 2009, the foregoing was filed electronically and that service was accomplished electronically to all ECF registrants via the Court's CM/ECF System.


/s/Elizabeth Garfield_____

188495