UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 09-50026 (REG) |
| **GENERAL MOTORS CORP.,** *et al.,* ) | |
| ) | Hon. Robert E. Gerber |
| **Debtors.** ) | |
| ) | (Jointly Administered) |

### DECLARATION OF ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Dianne S. Ruhlandt declares as follows:

1. I am an employee of the law firm of Erman, Teicher, Miller, Zucker & Freedman, P.C. ("Erman Teicher").

2. I make this Declaration upon personal knowledge, and if called as a witness, I would testify to the facts stated herein.

3. Erman Teicher represents the following parties in interest with respect to the bankruptcy case of General Motors Corp., *et al*. ("GM"), Case No. 09-50026:

    (a)    Centerpoint Associates, LLC ("Centerpoint")
              Curtis Blake Burstein, Executive Vice President
              Etkin Equities
              200 Franklin Center
              29100 Northwestern Highway
              Southfield, MI 48034

              <u>Nature of Representation</u>: Erman Teicher represents Centerpoint in connection with its contract with GM with regard to the development of real property located in Pontiac, Michigan, commonly known as the Centerpoint Business Campus.

 (b) Etkin Management Services, Inc. ("Etkin")
   Curtis Blake Burstein, Executive Vice President
   Etkin Equities
   200 Franklin Center
   29100 Northwestern Highway
   Southfield, MI 48034

   <u>Nature of Representation</u>:  Etkin has a contract with the Debtor to provide maintenance services for the Centerpoint Business Campus, located in Pontiac, Michigan.  Erman Teicher represents Etkin in connection with its contract-based claims against the Debtor.

 (c) Warren Industrial Investors, LLC ("Warren Industrial")
   c/o Cari L. Easterday
   Larson Realty Group, LLC
   91 W. Long Lake Road
   W. Bloomfield, MI 48304

   <u>Nature of Representation</u>:  Warren Industrial leases real property to the Debtor which is located in the City of Warren.  Erman Teicher represents Warren Industrial in connection with this lease of nonresidential real property.

4. Erman Teicher is representing each of these clients individually.  They do not act as a committee of any kind.

5. I make this Declaration under penalty of perjury.

                __/s/ Dianne S. Ruhlandt_____
                DIANNE S. RUHLANDT (P60483)
                Erman, Teicher, Miller, Zucker &
                Freedman, P.C.
                400 Galleria Officentre, Ste. 444
                Southfield, MI  48034
                Telephone:  248-827-4100
                Facsimile:  248-827-4106
                Email:  druhlandt@ermanteicher.com

Dated:  July 14, 2009

F:\CHAP11\GENERAL MOTORS\rule 2019 declaration 070709.doc