KEMP KLEIN LAW FIRM
Norman D. Orr (P#25310)
(*pro hac vice*)
201 W. Big Beaver
Suite 600
Troy, MI 48084
(248) 740-5693

KEMP KLEIN LAW FIRM
Gloria M. Chon (P#72013)
(*pro hac vice*)
201 W. Big Beaver
Suite 600
Troy, MI 48084
(248) 740-5689

Attorneys for Custom Automotive Services, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

In re                                                    Chapter 11

GENERAL MOTORS CORP., et al.[1],        Case No. 09-50026 (REG)

                        Debtors.              (Jointly Administered)
------------------------------------------------------------ x

**NOTICE OF WITHDRAWAL OF**
**LIMITED OBJECTION OF CUSTOM AUTOMOTIVE SERVICES, INC. TO**
**DESIGNATED CURE AMOUNT FOR DESIGNATED ASSUMABLE EXECUTORY**
**CONTRACTS RELATED TO DEBTORS' MOTION SEEKING APPROVAL OF**
**PROCEDURES FOR SALE OF DEBTORS' ASSETS AND ESTABLISHING RELATED**
**ASSUMPTION AND ASSIGNMENT PROCEDURES**

CUSTOM AUTOMOTIVE SERVICES, INC. ("CAS") hereby withdraws its Limited

Objection Of Custom Automotive Services, Inc. To Designated Cure Amount For Designated

Assumable Executory Contracts Related To Debtors' Motion Seeking Approval Of Procedures

For Sale Of Debtors' Assets And Establishing Related Assumption And Assignment Procedures

(Docket #687). The withdrawal is based upon the fact that as of July 14, 2009, the Debtors had

---

[1] A list of the Debtors and their respective tax identification numbers may be found on the docket for Case No. 09-50026 (REG), Docket No. 274, and can also be found at www.gmcourtdocs.com.

designated an appropriate "Cure Amount" on the website established by the Debtors (which is referred to as the Contract Website) and based upon the provisions of the Order (i) Authorizing Sale Of Assets Pursuant To Amended And Restated Master Sale And Purchase Agreement With NGMCO, Inc., A U.S. Treasury-Sponsored Purchaser; (ii) Authorizing Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases In Connection With The Sale; And (iii) Granting Related Relief (Docket #2968 entered on June 5, 2009) which clarify responsibility to pay for services rendered pursuant to Assumable Executory Contracts after the filing date.

Respectfully Submitted:

KEMP KLEIN LAW FIRM

By:  _/s/ Gloria M. Chon_____
      Gloria M. Chon (P#72013)
(*pro hac vice* )
Counsel for Custom Automotive
Services, Inc.
201 W. Big Beaver
Suite 600
Troy, MI 48084
(248) 740-5689
*gloria.chon@kkue.com*

July 14, 2009

637253

KEMP KLEIN LAW FIRM
Norman D. Orr (P#25310)
(*pro hac vice*)
201 W. Big Beaver
Suite 600
Troy, MI 48084
(248) 740-5693

KEMP KLEIN LAW FIRM
Gloria M. Chon (P#72013)
(*pro hac vice*)
201 W. Big Beaver
Suite 600
Troy, MI 48084
(248) 740-5689

Attorneys for Custom Automotive Services, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------- x

In re                                                                    Chapter 11

GENERAL MOTORS CORP., et al.[2],              Case No. 09-50026 (REG)

                                    Debtors.               (Jointly Administered)
--------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2009, I electronically filed a Notice of Withdrawal of Limited Objection of Custom Automotive Services, Inc. to Designated Cure Amount for Designated Assumable Executory Contracts Related to Debtors' Motion Seeking Approval of Procedures For Sale of Debtors' Assets and Establishing Related Assumption and Assignment Procedures with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants indicated in the Notice of Electronic Filing. I also hereby certify that I caused such document to be mailed via U.S. mail to the following:

---

[2] A list of the Debtors and their respective tax identification numbers may be found on the docket for Case No. 09-50026 (REG), Docket No. 274, and can also be found at www.gmcourtdocs.com.

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attention:  Warren Command Center
Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention:  Harvey R. Miller, Esq., Stephen Karotkin, Esq.
and Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attention:  Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attention:  John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attention:  Michael J. Edelman, Esq. and Michael L. Schein, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention:  Diana G. Adams, Esq.

_/s/ Gloria M. Chon_____
Gloria M. Chon, Attorney (P#72013)
        (*pro hac vice*)
Counsel for Custom Automotive Services, Inc.
201 W. Big Beaver
Suite 600
Troy, MI 48084
(248) 740-5689
*gloria.chon@kkue.com*

July 14, 2009

637253

2