UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK
-----------------------------------------x

In re:                                            Chapter 11

                                                  Case No. 09-5002b (REG)

General Motors Corporation            Debtor(s).
-----------------------------------------x

## LOSS-MITIGATION REQUEST – BY A CREDITOR

I am a creditor (including a holder, servicer or trustee of a mortgage or lien secured by property used by the Debtor as a principal residence) of the Debtor in this case. I hereby request loss mitigation with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

_____

### SIGNATURE

I have reviewed the Loss Mitigation Procedures, and I understand that if the Court orders loss mitigation in this case, I will be bound by the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in loss mitigation in good faith. If loss mitigation is ordered, I agree to provide the Court with a written or verbal status report stating whether or not the parties participated in one or more loss mitigation sessions, whether or not a settlement was reached, and whether negotiations are ongoing. I agree that **I will not require the Debtor to request or cause dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.

Sign: _Shirley Pell_                              Date: 7/1, 2009

Print Name: Shirley Pell

Title: N/A

Firm or Company: N/A

Telephone Number: 561-439-2276

E-mail address (if any): pdpell9 AoL Com