DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE

NORMAN D. CORWIN, M.D., F.A.C.P.
234 FOURTH AVENUE
WESTWOOD, NEW JERSEY 07675-3402
TELEPHONE 201-664-3366



July 1, 2009

Office of the Clerk of the Bankruptcy Court
United States Bankruptcy Court, Southern District of NY
1 Bowling Green
New York, NY 10004-1408

Re: Chapter 11 Case No. 09-50026 (Reg)

Dear Sirs:

This is in response to a notification received today that objections to the proposed settlement should be tendered "SO AS TO BE RECEIVED NO LATER THAN JUNE 19, 2009, AT 5:00 P.M (EASTERN TIME). Hence, I am writing directly to the court with our objections (our meaning mine and that of my wife, Dorothy, both bondholders, and she a preferred share holder as well).

We invested in the instruments so noted years ago for our respective IRA plans and with her personal non-IRA funds as we believed that GM was as solid as a rock. I had worked at the Buick-Oldsmobile-Pontiac facility in Linden, NJ, the summer between college and medical school. And, we drove two GM vehicles for years and years. Hence, we are not the people who bought this stuff for 20 cents on the dollar as one would have you believe.

The point of this communication is to object to the proposed settlement. We feel that the GM investors and the GM unions should be equal partners and that the Federal Government should be the lenders of last resort and own preferred shares, income bearing, to tide us over these very difficult times. I've written to President Obama and to GM directly and urged that they offer us one of those behemoth vehicles that no one wants as a tangible settlement for what we already own. We feel that the offer of pennies on the dollar is frankly unjust and certainly un-American. We feel that a true bankruptcy, i.e., complete liquidation of the assets of the company would yield a far greater return than that proposed in the current offer. Of course, we oppose such a solutions out of good conscience if for no other reason.

Frankly, we know that we are tilting at windmills at this juncture, but I felt that I had to at least write to the court and express our collective dismay at what is happening.

Thanks for listening.

Very truly yours,

Norman D. Corwin, M.D.