29 June 2009

United States Bankruptcy Court
Bankruptcy Court, Clerk's Office & Judge
One Bowling Green, New York, N.Y. 1004

Dear Sir and Your Honor:

This letter is from me, Mrs. Jeanne M. Van Deusen, regarding Chapter 11 Case No. 09-50026 (REG) re: General Motors Corp, etal, debtors.

I do not have an attorney, I have never had an attorney. I am a 72 year old widow, who lives in St. Augustine, FL. I do not know how you got my name and address here in Florida. I had an accident on Feb 1st 2009, but my insurance paid for all my medical tests And Xrays and Dr. and Hosp. bills. They even paid for all my car repairs. If there is any money owed, it would be to repay the insurance company, for their out of pocket expenses. My insurance company in Florida is Auto Owners, Inc.

I have made several long distance calls to the Clerk's office and got no replys, but did get in touch with the Clerk's Office today. The girl there was not helpful and told me I needed to hire a lawyer, but couldn't tell me why. I asked if I could write to the Judge, and she said I had to write to the Clerk's Office and they would give my letter to the Judge, so he could take my name off of this Case #09-50026 (REG). I do not have a claim against General Motors.

Sincerely,

*Jeanne M. Van Deusen*

Mrs. Jeanne M. Van Deusen
206 Pizarro Rd.
St, Augustine, FL 32080



RECEIVED
JUL - 6 2009
U.S. BANKRUPTCY COURT, SDNY