06/28/09

3212 Sullivan Ave.
St. Louis, Mo. 63107
314-652-2087
Local 2250 Wentzville

Dear Sirs:

I am writing you this letter in response to the UAW Retiree Settlement Agreement on "Transaction 363".

I am very interested but quite unknowledgeable about this bankruptcy proceedings. If I have anything to gain by writing you this letter in regards to the literature you sent me, please, send me whatever I have coming to me in regards to any benefits that I should recieve. I am also set for benefits incurred to me when (2012) year comes.

If this bankruptcy hearing will affect my upcoming monies or benefits, I would like for you of the courts to let me know.

I'm currently unemployed, in college and in desperation of a job.

I took the buyout in 2006 of June. Monies have been depleted and divorce had occurred prior to.

Please inform me of any benefits I will or may recieve after the aftermath. I went to see a lawyer in Downtown Clayton, Mo. He told me that whatever is going to happen, the Union will take care of it.

I'm writing you this letter to see of anything different than what he said at Rosenblum's Law firm.

Thanks

Samuel (Sky King)

RECEIVED
JUL 2 2009
BANKRUPTCY COURT