18110 Hamden Park Way
Tampa, FL  33647
Phone: (248) 474-7151

June 29, 2009

The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

Mr. Thomas M. Mayer et al.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Fax: (212) 715-8000
Ph: (212) 715-3275

**Subject:  Chapter 11 Case No. 09-50026 (REG)—Objection to Any Action Reducing the Value of GM's Debt Below Par**

In response to the court's communication and request, I object to any action that reduces the value of my debt owed by General Motors (GM--prior to bankruptcy) below par.  This includes all secured debt and any other.

Sincerely,

*Charles J. Hovanesian*

Charles J. Hovanesian