Anne M. Aaronson (AA1679)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

Anne Marie P. Kelley
Scott J. Freedman
Matthew Azoulay
DILWORTH PAXSON LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

*Attorneys for The Dow Chemical Company,
Dow Chemical Canada ULC and Essex Specialty Products LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br><br>           Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

**PARTIAL WITHDRAWAL OF LIMITED OBJECTION OF
THE DOW CHEMICAL COMPANY, DOW CHEMICAL CANADA ULC
AND ESSEX SPECIALTY PRODUCTS LLC TO THE DEBTORS' PROPOSED
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND THE CURE COSTS RELATED THERETO**

The Dow Chemical Company ("**TDCC**") (on behalf of itself and its business unit, Dow Automotive), Dow Chemical Canada ULC ("**DCC**") and Essex Specialty Products LLC ("**Essex**" and, collectively with TDCC and DCC, "**Dow**"), by and through their undersigned counsel, hereby file this Partial Withdrawal of Limited Objection to the proposed: (i) assumption of certain executory contracts by and among Dow and the above-captioned debtors (the "**Debtors**") and assignment thereof to General Motors Company, formerly known as NGMCO, Inc. (the "**Purchaser**") in connection with the sale of substantially all of the Debtors' assets and (ii) associated cure costs.  In support of this Partial Withdrawal of Limited Objection, Dow respectfully represents as follows:

195706_3

1. On June 12, 2009, Dow filed a *Limited Objection To The Debtors' Proposed Assumption And Assignment Of Certain Executory Contracts And The Cure Costs Related Thereto* (Docket No. 852) (the "**Limited Objection**") out of an abundance of caution to preserve all rights related to the proposed assumption and assignment of the Dow Agreements[1] in light of the filing deadline and, specifically, to: (a) clarify certain issues relating to the terms and conditions of the Dow Agreements; (b) request that the Debtors and the Purchaser agree to: (i) meet and confer with Dow in good faith regarding the executory contracts comprising the Dow Agreements, (ii) reconcile and fix the Dow Cure Cost, and (iii) confirm the timing of the payment of the Dow Cure Cost; and (c) reserve its right to seek adequate assurance of future performance with respect to the Dow Agreements.

## Partial Withdrawal of Limited Objections

**A.    The Dow Active Agreements**

2. Through the cooperation and diligent efforts of the Debtors and Dow since the filing of the Limited Objection, Dow has been able to identify the contracts and blanket purchase orders representing active business relationships among the Debtors and Dow during the last year. Virtually all of these active contracts and purchase orders are listed on the Debtors' Contract Website and are more particularly described on **Exhibit A** attached hereto and made a part hereof (collectively, the "**Dow Active Agreements**").

3. Dow has no objection to the assumption and assignment of the Dow Active Agreements and, solely with respect to the Dow Active Agreements, Dow hereby withdraws the

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Limited Objection.

195706_3

2

Limited Objection and consents to the Debtors' proposed assumption and assignment thereof to the Purchaser.[2] See Exhibit A hereto.

4. Further, Dow has identified five additional contracts and purchase orders that Dow, in good faith, believes that the Debtors inadvertently omitted from the Debtors' Contract Website and that the Debtors intend to assume and assign to the Purchaser. They are: GM Contract ID Numbers DHB01564, ORR63483, DTR36822, FXR525567 and FXR52996 (collectively, the "**Dow Additional Agreements**"). Dow also has no objection to the assumption and assignment of these Dow Additional Agreements to the Purchaser.

5. Moreover, as an accommodation to the Purchaser, Dow agrees that, upon assumption and assignment of the Dow Active Agreements and the Dow Additional Agreements, Dow will extend the term of the Dow Active Agreements and Dow Additional Agreements until November 9, 2009 (120 days from the date on which substantially all of the Debtors' assets were transferred to the Purchaser) if the term of any Dow Active Agreement or Dow Additional Agreement expires before November 9, 2009.

B. **The Other Dow Agreements**

6. As to the remainder of the Dow Agreements, which are not Dow Active Agreements or Dow Additional Agreements, Dow continues its objection to the proposed assumption and assignment thereof to the Purchaser; provided, however, Dow will continue to diligently work with the Debtors to resolve said objection with respect thereto.

---

[2] Certain of the Dow Active Agreements and Dow Additional Agreements provide for the sale of both active and obsolete goods. However, Dow's obligation to sell the obsolete goods was, to the best of Dow's knowledge, terminated with the consent of the Debtors and the applicable Dow Active Agreement or Dow Additional Agreement was modified accordingly.

195706_3

3

**C.     Dow Cure Cost**

7.     Dow has shared and will continue to share with the Debtors information about, and invoices supporting, the Dow Balance and cooperate with the Debtors to reconcile the difference between the Dow Cure Cost and the Dow Balance.

8.     Dow understands that its request that, pursuant to section 365(b)(1)(A) of the Bankruptcy Code, all amounts due under the Dow Agreements (including any amounts due for goods sold after the Petition Date) be paid in full <u>before</u> Dow is obligated to perform under and comply with the terms of the Dow Agreements is moot because the Court's Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief, dated July 5, 2009 (Docket No. 2968) contains procedures for the payment of all amounts due under the Dow Agreements.

**D.     Adequate Assurance of Future Performance**

9.     Dow withdraws the right to demand, pursuant to sections 365(b)(1)(C) and 365(f)(2)(B) of the Bankruptcy Code, that the Debtors and/or the Purchaser provide adequate assurance of future performance before the Dow Agreements are assumed and assigned.

**Reservation of Rights**

10.     Dow reserves the right to further amend, supplement and/or otherwise modify the Limited Objection based on, *inter alia*, any additional information as may be determined by further investigation by Dow or the Debtors.[3]

---

[3] Further, pending the assumption or rejection of the Dow Agreements, nothing in the Bidding Procedures, the Bidding Procedures Order, the Limited Objection and/or this Partial Withdrawal of the Limited Objection shall in any way impact, limit and/or restrict Dow's rights and remedies under the Dow Agreements, the Dow Approved Agreements, the Bankruptcy Code, other applicable law or otherwise.

195706_3

4

Respectfully submitted,

Dated: July 14, 2009

DILWORTH PAXSON LLP

By: /s/ Anne M. Aaronson
   Anne M. Aaronson (AA1679)
   1500 Market Street, Suite 3500E
   Philadelphia, Pennsylvania 19102-2101
   Telephone: (215) 575-7000
   Facsimile: (215) 575-7200

and

/s/ Anne Marie P. Kelley
Anne Marie P. Kelley
Scott J. Freedman
Matthew Azoulay
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

*Attorneys for The Dow Chemical Company,
Dow Chemical Canada ULC and Essex Specialty
Products LLC*

195706_3

# EXHIBIT A

## SCHEDULE OF DOW APPROVED AGREEMENTS



## Supplier Details

Vendor Master ID: **001381581**

| | |
|---|---|
| Supplier Name: **DOW CHEMICAL CO, THE** | |

### Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Name/ Description | Business Unit/ Department | Contract Status |
|---|---|---|---|---|---|---|---|
| 5716-00035112 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035113 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035114 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035115 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035116 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035117 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035118 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035119 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035120 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035121 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035122 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035123 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035124 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035125 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035126 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035127 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035128 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035129 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035130 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00035131 | DHB01571 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00040635 | BGB00613 | 001381581 | DOW CHEMICAL CO, THE | Blanket Order | | | Objected |
| 5716-00040636 | DTB01095 | 001381581 | DOW CHEMICAL CO, THE | Blanket Order | | | Objected |
| 5716-00040637 | FXB01276 | 001381581 | DOW CHEMICAL CO, THE | Blanket Order | | | Objected |
| 5716-00040638 | LAB01584 | 001381581 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | | Objection Withdrawn |
| 5716-00046916 | MAB56413 | 001381581 | DOW CHEMICAL CO, THE | Blanket Order | | | Objected |
| 5716-00046917 | ORB07218 | 001381581 | DOW CHEMICAL CO, THE | Blanket Order | | | Objected |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5716-00056024 | FXS16710 | 001381581 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00056035 | MAS57565 | 001381581 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00056042 | TCS17091 | 065589103 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00056044 | TCS18053 | 065589103 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00086513 | WZS61150 | 065589103 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00088462 | LAS53025 | 065589103 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00095555 | TCS18262 | 065589103 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00108550 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108551 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108552 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108553 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108554 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108555 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108556 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108557 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108558 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108559 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108560 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108561 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108562 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108563 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108564 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108565 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108566 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108567 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00108568 | DHB01220 | 065589103 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00111905 | TCS23751 | 001381581 | DOW CHEMICAL CO, THE | Agreement | Dow Active Agreement | Objected |
| 5716-00307796 | 26X5000Z | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00307797 | 26X50010 | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00307798 | 26X50011 | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00307799 | 26X50012 | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00307800 | 26X50013 | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00307801 | 26X50014 | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00307802 | 26X50015 | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00307803 | 26X50016 | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |

| Contract # | Ref | Number | Party | Order Type | Agreement | Status |
|---|---|---|---|---|---|---|
| 5716-00307804 | 26X50017 | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00309288 | 0J8B0009 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00309358 | 24G50001 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00309359 | 24G50002 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00309360 | 24G50003 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00309387 | 24G50004 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00309388 | 24G50005 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00309389 | 24G50006 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00309390 | 26X50006 | 1381581 | DOW AUTOMOTIVE | Blanket Order | | Objected |
| 5716-00309391 | 26X50007 | 1381581 | DOW AUTOMOTIVE | Blanket Order | | Objected |
| 5716-00309392 | 26X5000D | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00309393 | 26X5000F | 1381581 | DOW AUTOMOTIVE | Blanket Order | | Objected |
| 5716-00309394 | 26X5000L | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00309395 | 26X5000M | 1381581 | DOW AUTOMOTIVE | Blanket Order | | Objected |
| 5716-00309396 | 26X5000R | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00309397 | 26X5000T | 1381581 | DOW AUTOMOTIVE | Blanket Order | | Objected |
| 5716-00309398 | 26X5000V | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00309399 | 26X5000W | 1381581 | DOW AUTOMOTIVE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00309491 | DBT0001M | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00309492 | DBT00024 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00561680 | GM46322 | NULL | DOW CHEMICAL COMPANY | Agreement | | Objected |
| 5716-00570386 | GM40917 | NULL | ESSEX SPECIALTY | Agreement | | Objected |
| 5716-00570387 | GM53390 | NULL | ESSEX SPECIALTY | Agreement | | Objected |
| 5716-00572194 | K1LH7001 | 068091693 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00587011 | K1LH7000 | 068091693 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00592423 | N1D7K002 | 068091693 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00604709 | K138I005 | 068091693 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00615565 | N1D7K001 | 068091693 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00620234 | K138I006 | 068091693 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00625636 | K138I000 | 068091693 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00646182 | K138I004 | 068091693 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00656099 | K138I002 | 068091693 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00667679 | K138I001 | 068091693 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00694223 | N1D7K000 | 068091693 | DOW CHEMICAL CO, THE | Agreement | | Objected |

| Contract ID | Part Number | Vendor ID | Vendor Name | Type | Note | Status |
|---|---|---|---|---|---|---|
| 5716-00695016 | K138I003 | 068091693 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00700550 | N1E46000 | 068091693 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00832971 | 0V9Z000B | 1381581 | DOW CHEMICAL CO, THE | Agreement | Dow Active Agreement | Objection Withdrawn |
| 5716-00861974 | 15ML0000 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00861975 | 15ML0001 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00941170 | 24G50000 | 1381581 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00941171 | 24G50007 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00941172 | 24G50008 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00947008 | 26X50000 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947009 | 26X50001 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947010 | 26X50002 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947011 | 26X50003 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947012 | 26X50004 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947013 | 26X50005 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947014 | 26X50008 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947015 | 26X50009 | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947016 | 26X5000B | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947017 | 26X5000C | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947018 | 26X5000G | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947019 | 26X5000H | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947020 | 26X5000J | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947021 | 26X5000K | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | | Objected |
| 5716-00947022 | 26X5000N | 1381581 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00947023 | 26X5000P | 1381581 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00947024 | 26X5000X | 1381581 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00947025 | 26X50018 | 1381581 | DOW CHEMICAL CO, THE | Agreement | | Objected |
| 5716-00976135 | DBT0002R | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00976136 | DBT0002T | 1381581 | DOW CHEMICAL CO, THE | Blanket Order | Dow Active Agreement | Objection Withdrawn |
| 5716-00976137 | DBT0002V | 1381581 | DOW CHEMICAL CO, THE | Agreement | Dow Active Agreement | Objection Withdrawn |
| 5716-00976138 | DBT0002W | 1381581 | DOW CHEMICAL CO, THE | Agreement | Dow Active Agreement | Objection Withdrawn |
| 5716-01057733 | GM53390 | 068091693 | ESSEX SPECIALTY | NULL | | Objected |
| 5716-01057995 | 123112 | 001381581 | DOW CHEMICAL | NULL | Dow Active Agreement | Objection Withdrawn |
| 5716-01081584 | N1D7K000 | 068091693 | DOW CHEMICAL CO, THE | NULL | | Objected |
| 5716-01082105 | N1E46000 | 068091693 | DOW CHEMICAL CO, THE | NULL | | Objected |
| 5716-01098764 | SHB00835 | 001381581 | DOW CHEMICAL CO, THE | NULL | | Objected |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5716-01101149 | LTS78766 | 065589103 | DOW CHEMICAL CO, THE | NULL | Dow Active Agreement | Objection Withdrawn |

July 14, 2009 @ 11:08:21 AM