DECHERT LLP
Shmuel Vasser
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

    -and-

Juliet Sarkessian
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania  19104
Telephone:  (215) 994-4000
Facsimile: (215) 994-2222

*Counsel for Shanghai Automotive Industry*
*Corporation (Group) and their affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                                                :

In re                                                                  :        Chapter 11
                                                                    :

GENERAL MOTORS CORP., *et al*.,       :        Case No. 09-50026 (REG)
                                                                    :

Debtors.                                                    :        (Jointly Administered)
                                                                    :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Michelle Moezzi, hereby certify under penalty of perjury that:

      I am not a party to the action, am over the age of eighteen years of age, and reside in

Westchester County, New York.

      On July 9, 2009, I electronically filed a true and correct copy of Notice of Withdrawal of

Limited Objection of Shanghai Automotive Industry Corporation (Group), Shanghai Tractor &

15175028

Internal Combustion Engine Co., Ltd., Shanghai SIIC Transportation Electric Co., Ltd., Yanfeng Visteon Jinqiao Automotive Trims Systems Co., Ltd., Shanghai Koito Automotive Lamp Co., Ltd., China Spring Corporation Limited, Shanghai Huizhong Automotive Manufacturing Co., Ltd., and Affiliates to the Assignment and Assumption of Certain Executory Contracts [Docket No. 3075], to all ECF participants by using the ECF system and upon the following entities via hand delivery or first class mail, as indicated:

Diane G. Adams, Esquire
Office of the U.S. Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
(by first class mail)

Warren Command Center, Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
(by first class mail)

Harvey Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolinsky, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(by first class mail)

John J. Rapisardi, Esquire
Cadwalader, Wichersham & Taft LLP
One World Financial Center
New York, NY 10281
(by first class mail)

Matthew Feldman, Esquire
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC  20220
(by first class mail)

Michael J. Edelman, Esquire
Michael J. Schein, Esquire
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019
(by first class mail)

Kenneth Eckstein, Esquire
Thomas Moers Mayer, Esquire
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
(by first class mail)

<u>Chambers Copy</u>
Honorable Robert E. Gerber
Unite States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY  10004-1408
(by hand delivery on July 10, 2009)

Dated: July 14, 2009
New York, New York

      /s/ Michelle S. Moezzi
Michelle S. Moezzi
Dechert LLP