**OLSHAN GRUNDMAN FROME**
**ROSENZWEIG & WOLOSKY LLP**
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Andrea Fischer (AF 2591)
(212) 451-2300
afiuscher@olshanlaw.com

and

Tiffany Strelow Cobb, Esq. (OH-0067516)
**Vorys, Sater, Seymour, and Pease LLP**
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
Facsimile:  614-719-4663
E-mail: tscobb@vorys.com

Attorneys for The Sherwin-Williams Company,
The Sherwin-Williams Company Automotive
Finishes Corp., and Turner Broadcasting Systems, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., et al. | Case No: 09-50026 (REG) |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Tiffany Strelow Cobb, a member in good standing of the bar in the State of Ohio, and the bar of the U.S. District Court for the Southern District of Ohio, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent, the parties in interest and creditors, Worthington Industries, The Sherwin-Williams Company, The Sherwin-Williams Company

758790-1

Automotive Finishes Corp., and Turner Broadcasting Systems, Inc. and certain of its subsidiaries, in the above referenced case.

My mailing address, e-mail address and telephone number are:

>Tiffany Strelow Cobb, Esq.
>Vorys, Sater, Seymour and Pease LLP
>52 East Gay Street
>Columbus, Ohio 43215
>Telephone: 614-464-8322
>Facsimile: 614-719-4663
>E-mail: tscobb@vorys.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: July 14, 2009    VORYS, SATER SEYMOUR AND PEASE LLP

>/s/Tiffany Strelow Cobb
>Tiffany Strelow Cobb, Esq.
>Vorys, Sater, Seymour and Pease LLP
>52 East Gay Street
>Columbus, Ohio 43215
>Telephone: 614-464-8322
>Facsimile: 614-719-4663
>E-mail: tscobb@vorys.com
>
>Attorneys for The Sherwin-Williams Company,
>The Sherwin-Williams Company Automotive
>Finishes Corp., and Turner Broadcasting Systems, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the preceding Motion for Admission to Practice Pro Hac Vice was electronically filed through the Court's ECF system and served this 14th day of July, 2009, by operation of the Court's electronic filing system.

| | |
|---|---|
| **Joseph R. Sgroi**<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 | **Office of the United States Trustee**<br>**Southern District of New York**<br>33 Whitehall Street<br>New York, NY 10004 |
| **Stephen Karotkin**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **The Garden City Group, Inc.**<br>105 Maxess Road<br>Melville, NY 11747 |

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb

-3-

758790-1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., et al.<br><br>Debtors. | Chapter 11<br>Case No: 09-50026 (REG)<br><br>Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

Tiffany Strelow Cobb, a member in good standing of the bar in the State of Ohio and, if applicable, the bar of the U. S. District Court for the Southern District of Ohio, having requested admission, ***pro hac vice***, to represent the parties in interest and creditors, The Sherwin-Williams Company, The Sherwin-Williams Company Automotive Finishes Corp., and Turner Broadcasting Systems, Inc., in the above referenced case.

**IT IS ORDERED,**

That Tiffany Strelow Cobb, Esq., is admitted ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:_____, 2009

_____
United States Bankruptcy Judge

758790-1