BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Jackson-Dawson Communications, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    Motors Liquidation Company, *et al.*,<br>        f/k/a General Motors Corp., *et al.*,<br><br>                                        Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF JACKSON-
DAWSON COMMUNICATIONS, INC. TO DEBTORS'NOTICE OF
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY
CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND
<u>UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY</u>**

Jackson-Dawson Communications, Inc., by and through its undersigned counsel, hereby

withdraws its Limited Objection to the proposed Cure Amount scheduled on the Debtors'

contractnotices.com website as the parties have reconciled their differences with respect to the correct and final cure amount.

Dated: New York New York

    July 14, 2009

        BUTZEL LONG, a professional corporation

        By:    /s/   Robert Sidorsky
            Robert Sidorsky, Esq.
            Eric B. Fisher, Eq.
        380 Madison Avenue
        22nd Floor
        New York, NY 10017
        Tel.: (212) 818-1110
        Fax: (212) 818-0494
        sidorsky@butzel.com
        fishere@butzel.com

        Thomas B. Radom (admitted *pro hac vice*)
        Max J. Newman (admitted *pro hac vice*)
        41000 Woodward Avenue
        Bloomfield Hills, Michigan  48304
        Telephone:  (248) 258-1616
        Facsimile:  (248) 258-1439
        radom@butzel.com
        newman@butzel.com

        *Attorneys for Jackson-Dawson Communications, Inc.*