IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al*., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Thomas T. Roubidoux, a member in good standing of the bar of the State of Nebraska and the bar of the U.S. District Court for the District of Nebraska, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent the Kansas City Board of Public Utilities, a creditor and party in interest in the above-captioned case.

Mailing Address: 1650 Farnam Street, Omaha, Nebraska 68102
E-mail Address: thomas.roubidoux@kutakrock.com
Telephone Number: 402-346-6000

I agree to pay $25.00 upon the filing of this Motion.

Dated: July 15, 2009

*/s/ Thomas T. Roubidoux*
Thomas T. Roubidoux (TTR 3428)
Nebraska Bar No. 22005
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

4821-6769-9460.1

# ORDER

**ORDERED,**

that Thomas T. Roubidoux, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:_____
     New York, New York                     UNITED STATES BANKRUPTCY JUDGE

4821-6769-9460.1