**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP, *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

### AFFIDAVIT OF SERVICE

Ligee Gu, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York.

On July 15, 2009, I served a copy of the document listed below by causing true and correct copies of the same to be sent, postage pre-paid, to the persons listed on Exhibit A hereto and in the manner listed thereon:

**MACQUARIE EQUIPMENT FINANCE, LLC'S**
**LIMITED OBJECTION TO DEBTORS' SECOND**
**OMNIBUS MOTION PURSUANT TO 11 U.S.C. § 365**
**TO REJECT CERTAIN EXECUTORY CONTRACTS**

*/s/ Ligee Gu*
Ligee Gu

Sworn to before me this 15th
day of July, 2009

*/s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00081739.2 \ 0743-001}

## Exhibit A

### Via Hand Delivery

| | | |
|---|---|---|
| Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Attn: James L. Bromley, Esq. | Harvey R. Miller, Esq.,<br>Stephen Karotkin, Esq.<br>& Joseph H. Smolinsky, Esq.<br>Weil Gotschal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Cohen, Weiss and Simon LLP<br>330 W. 42nd Street<br>New York, NY 10036<br>Attn: Babette Ceccotti, Esq. |
| John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | Michael Edelman, Esq.<br>& Michael Schein, Esq.<br>Vedder Price P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | Diana G. Adams, Esq.<br>Office of the United States Trustee, SDNY<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Thomas Moers Mayer<br>Kenneth H. Eckstein<br>Gordon Z. Novod<br>Adam C. Rogoff, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of Americas<br>New York, NY 10036 | US Attorney's Office, SDNY<br>86 Chambers Street, Third Floor<br>New York, NY 10007<br>Attn: David S. Jones, Esq.<br>         Matthew L. Schwartze, Es. | |

### Via Overnight Delivery

| | | |
|---|---|---|
| General Motors Corporation<br>300 Renaissance Center<br>Detroit, MI 48265<br>Attn: Lawrence S. Buonomo, Esq. | Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue, NW<br>Room 2312<br>Washington, DC 20220 | UAW<br>8000 East Jefferson Avenue<br>Detroit, MI 48214<br>Attn: Daniel W. Sherrick, Esq. |