Oliver Addison Parker, Pro Se
283 Codrington Drive
Lauderdale By The Sea, FL 33308
Ph: (954) 599-6468
Fax: (954) 772-6468
splitapart@prodigy.net
Florida Bar No. 235891



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re

GENERAL MOTORS CORP., *et al.*,

Debtors.
-------------------------------------------------------- x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Oliver Addison Parker, Pro Se, hereby appeals to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a) from the following:

(A) The Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief (the "Sale Order") entered by the United States Bankruptcy Court for the Southern District of New York (Judge Robert E. Gerber) (Docket No. 2968); and from

(B) The Decision on Debtors' Motion for Approval of (1) Sale of Assets to Vehicle Acquisition Holdings LLC; (2) Assumption and Assignment of Related Executory Contracts; and (3) Entry into UAW Retiree Settlement (the "Sale

Decision") entered by the United States Bankruptcy Court for the Southern District of New York (Judge Robert E. Gerber) (Docket No. 2967).

The names of all parties to the orders and decisions appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Parties** | **Attorneys** |
|---|---|
| *The Debtors* | Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel: (212) 310-8000 |
| *Office of the United States Trustee* | Diana G. Adams<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Tel: (212) 510-0500 |
| *Counsel to the United States Treasury and NGMCO, Inc.* | Lev L. Dassin (Acting US Atty., SDNY)<br>David S. Jones<br>Jeffrey S. Oestericher<br>Matthew L. Schwartz<br>Joseph N. Cordaro<br>Tel: (212) 637-1945/2745<br><br>-and-<br><br>John J. Rapisardi<br>Peter Friedman<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Tel: (212) 504-5585 |

| | |
|---|---|
| *Counsel to Export Development Canada* | Michael J. Edelman<br>Michael L. Schein<br>Vedder Price P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Tel: (212) 407-7770 |
| *The Official Committee of Unsecured Creditors* | Kenneth H. Eckstein<br>Thomas Moers Mayer<br>Robert Schmidt<br>Jeffrey S. Trachtman<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 715-9100 |
| *Counsel for The International Union,*<br>*United Automobile, Aerospace & Agricultural*<br>*Implement Workers of America, AFL-CIO* | James L. Bromley<br>Avram E. Luft<br>Cleary Gottlieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006<br>Tel: (212) 225-2264<br><br>-and-<br><br>Babette A. Ceccotti<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, NY 10036<br>Tel: (212) 563-4100 |
| *Counsel to the United Steelworkers* | Suzanne Hepner<br>Levy Ratner, P.C.<br>80 Eighth Avenue, Eighth Floor<br>New York, NY 10011<br>Tel: (212) 627-8100 |

3

| | |
|---|---|
| *Individual Accident Litigants* | Steve Jakubowski<br>Elizabeth Richert<br>The Coleman Law Firm<br>77 West Wacker Drive, Suite 4800<br>Chicago, IL 60601<br>Tel: (312) 606-8641 |
| *Counsel to Mark Buttita, personal representative of Salvatore Buttita* | Rita C. Tobin, Esq<br>CAPLIN & DRYSDALE, CHARTERED<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br><br>-and-<br><br>Peter Van N. Lockwood, Esq.<br>Ronald E. Reinsel, Esq.<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle<br>Washington, D.C. 20005<br>Tel. (202) 862-5000 |
| *Counsel to the Ad Hoc Committee of Asbestos Personal Injury Claimants* | Sander L. Esserman<br>Robert T. Brousseau<br>Peter C. D'Apice<br>Jo E. Hartwick<br>STUTZMAN, BROMBERG,<br>ESSERMAN & PLIFKA, A<br>PROFESSIONAL CORPORATION<br>2323 Bryan Street, Suite 2200<br>Dallas Texas 75201<br>Tel. (214) 969-4900 |
| *Counsel for the Unofficial Committee Of Family & Dissident GM Bondholders* | Michael P. Richman<br>Mark A. Salzberg<br>James C. Chadwick<br>Melissa Ichan<br>PATTON BOGGS LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel. (646) 557-5100 |

4

Dated: July 14, 2009

Respectfully submitted,

>Oliver Addison Parker, Pro Se
>283 Codrington Drive
>Lauderdale By The Sea, FL 33308
>Ph: (954) 599-6468
>Fax: (954) 772-6468
>splitapart@prodigy.net
>Florida Bar No. 235891

By: _____
Oliver Addison Parker, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and accurate copies of the above and foregoing document have been served by United States Mail, Postage Prepaid, to the above named attorneys for each of the above named parties, this 14th day of July 2009.

By: _____
Oliver Addison Parker, Pro Se