**Steve Jakubowski (admitted *pro hac vice*)**
**Elizabeth Richert (admitted *pro hac vice*)**
**THE COLEMAN LAW FIRM**
**77 West Wacker Dr., Suite 4800**
**Chicago, Illinois 60601**
**Telephone:  (312) 606-8641**
**Facsimile:   (312) 444-1028**
sjakubowski@colemanlawfirm.com

**ATTORNEYS FOR THE INDIVIDUAL ACCIDENT LITIGANTS**
**(Callan Campbell, Kevin Junso, *et al.*, Edwin Agosto,**
 **Kevin Chadwick, *et al.*, and Joseph Berlingieri)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re                                                    : | Chapter 11 Case No. |
|                                                              : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*,  : | 09-50026 (REG) |
|         f/k/a General Motors Corp., *et al.*   : | |
|                                                              : | |
|                         Debtors.                   : | (Jointly Administered) |

---------------------------------------------------------------x

**INDIVIDUAL ACCIDENT LITIGANTS (I) DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND (II) STATEMENT OF ISSUES TO BE PRESENTED**

Callan Campbell ("Campbell"), Kevin Junso, *et al.* ("Junso"), Edwin Agosto ("Agosto"), Kevin Chadwick, *et al.* ("Chadwick"), and Joseph Berlingieri ("Berlingieri," together with Campbell, Junso, Agosto, and Chadwick, the "**Individual Accident Litigants**"), by and through their attorneys, having filed their notice of appeal on July 6, 2009 [Docket No. 2970] of the decision [Docket No. 2967] and order [Docket No. 2968] of this Court entered July 5, 2009 authorizing the sale of assets pursuant to the Amended and Restated Master Sale and Purchase Agreement with NMGCO, Inc., a U.S. Treasury-sponsored purchaser, and granting related relief,

hereby submit this (I) designation of items to be included in the record of appeal and (II) statement of issues to be presented on appeal.[1]

<b><u>DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL</u></b>

**A.**   *<u>Docketed Entries with the Bankruptcy Court</u>*

The following documents have been filed with the Bankruptcy Court under the corresponding Bankruptcy Court Docket Numbers and are hereby designated as items to be included in the record on appeal:

| Item | Bankr. Doc. No. | Description |
|---|---|---|
| 1 | 1 | Voluntary Petition |
| 2 | 21 | Affidavit of Frederick A. Henderson |
| 3 | 37 | Statement of the United States of America Upon the Commencement of General Motors Corporation's Chapter 11 Case (Attachments: # 1 Exhibit A # 2 Exhibit B) |
| 4 | 68 | Declaration of William C. Repko In Support of Debtors' Proposed Debtor in Possession Financing Facility |
| 5 | 92 | Motion for Sale of Property under Section 363(b)/Debtors Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) The Sale Pursuant to The Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing (Attachments: # 1 Exhibit A - Proposed Master Sale and Purchase Agreement; # 2 Exhibit Sale Order; # 3 Exhibit C - Sale Procedures Order; # 4 Exhibit D - Form of Assumption and Assignment; Notice # 5 Exhibit E - Form of Assumption and Assignment; Notice # 6 Exhibit F- Form Of UAW Retiree Notice; # 7 Exhibit G - Form of Publication Notice) |

---

[1]   Capitalized terms used in the body of the document (excluding the boxed designated items) and not otherwise defined shall have the meaning set forth in the order approving the sale (the "**Sale Orde**r") [Docket No. 2968].

| Item | Bankr. Doc. No. | Description |
|---|---|---|
| 6 | 105 | Memorandum of Law Memorandum of Law In Support of Debtors' Motion Pursuant To 11 U.S.C. §§ 105, 363(b), (f), (k), (m) and 365, and Fed. R. Bankr. P. 2002, 6004 and 6006, to (I) Approve (A) The Sale Pursuant to The Master Sale and Purchase Agreement with Vehicle Acquisition Holdings (related document(s) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) |
| 7 | 422 | Supplemental Declaration of William C. Repko in Support of Debtors' Proposed Debtor in Possession Financing Facility |
| 8 | 425 | Declaration of J. Stephen Worth in Support of the Proposed Sale of Debtors' Assets to Vehicle Acquisition Holdings LLC |
| 9 | 431 | Supplemental Declaration of J. Stephen Worth in Support of the Proposed Sale of Debtors' Assets to Vehicle Acquisition Holdings LLC |
| 10 | 435 | Declaration of Albert Koch |
| 11 | 1997 | Objection of Ad Hoc Committee of Consumer Victims of General Motors to the Debtors Motion Pursuant to 11 U.S.C. §§105, 363(b), (f), (k), and (m), and 365 and Fed R. Bankr. P. 2002, 6004, And 6006, to (I) Approve (A) The Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing |
| 12 | 2176 | Individual Accident Litigants' Amended Objection to Motion of Debtors for the Sale of the "Purchased Assets" Free and Clear of Potential Successor Liability Claims |
| 13 | 2177 | Individual Accident Litigants' Amended Memorandum of Law in Support of Debtors' 363 Motion for the Sale of the "Purchased Assets" Free and Clear of Potential Successor Liability Claims (Attachments: # 1 Exhibit A) |
| 14 | 2474 | Debtors' Evidence and Witness List for the Hearing to Consider Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), (m) and 365, and Fed. R. Bankr. P. 2002, 6004 and 6006, to Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief |
| 15 | 2479 | Supplemental Affidavit of Frederick A. Henderson |
| 16 | 2577 | Declaration of Harry Wilson (Attachments: #1 - Exhibits A & B) |

| Item | Bankr. Doc. No. | Description |
|---|---|---|
| 17 | 2646 | The United States of Americas Statement in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m) and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief |
| 18 | 2681 | Amended Omnibus Reply to Motion/Omnibus Reply of the Debtors to Objections to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m) and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief |
| 19 | 2774 | First Amendment to Amended and Restated Master Sale and Purchase Agreement, dated as of June 30, 2009 |
| 20 | 2865 | Amended Objection to Sale Motion on behalf of New York State Department of Environmental Conservation. |
| 21 | 2867 | Statement of the Debtors on Successor Liability |
| 22 | 2878 | Joint Statement of Individual Accident Litigants and *Ad Hoc* Committee of Consumer Victims of GM Regarding Treatment of Successor Liability Issues from the Ad Hoc Committee of Victims of General Motors and Other Product Liability Claimant Advocates |
| 23 | 2967 | Decision on Debtors' Motion for Approval of (1) sale of assets to Vehicle Acquisition Holdings LLC; (2) assumption and assignment of related executory contracts; and (3) entry into UAW retiree settlement agreement |
| 24 | 2968 | Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief |
| 25 | 2970 | Notice of Appeal of Sale Order by Individual Accident Litigants |
| 26 | 2989 | Ad Hoc Committee of Asbestos Personal Injury Claimants' Motion to Allow Direct Appeal to Second Circuit (Attachments: # 1 Proposed Order # 2 Proposed Order) |

| Item | Bankr. Doc. No. | Description |
|---|---|---|
| 27 | 2990 | Individual Accident Litigants' Motion for Certification of Sale Order for Immediate Appeal to the Second Circuit on the Issue of Successor Liability |
| 28 | 2991 | Exhibits to Individual Accident Litigants' Motion for Certification of Sale Order for Immediate Appeal to the Second Circuit on the Issue of Successor Liability |
| 29 | 3026 | The United States of America's Objection to Certain Appellants Motions for an Order Certifying the Sale Order for Immediate Appeal to the United States Court of Appeals, pursuant to 28 U.S.C. § 158(d)(2), or in the Alternative for a Stay of the Sale Order, pursuant to Fed. R. Bankr. P. 8005 |
| 30 | 3028 | Objection of the Official Committee of Unsecured Creditors to (I) the Ad Hoc Committee of Asbestos Personal Injury Claimants Motion for an Order Certifying Sale Order for Immediate Appeal to the United States Court of Appeals, Pursuant to 28 U.S.C. § 158(d)(2) or in the Alternative for a Stay of the Sale Order, Pursuant to Fed. R. Bankr. P. 8005, and (II) Motion of the Individual Accident Litigants for an Order Certifying the Sale Order for Immediate Appeal to The United States Court of Appeals Pursuant to 28 U.S.C. § 158(d)(2) on the Issue of Successor Liability |
| 31 | 3029 | Omnibus Objection Of The Debtors To (i) Motion Of The Individual Accident Litigants For An Order Certifying The Sale Order For Immediate Appeal To The United States Court Of Appeals Pursuant To 28 U.S.C. § 158(d)(2) On The Issue Of Successor Liability, And (ii) The Ad Hoc Committee Of Asbestos Personal Injury Claimants Motion For An Order Certifying Sale Order For Immediate Appeal To The United States Court Of Appeals Pursuant To 28 U.S.C. § 158(d)(2) Or In The Alternative For A Stay Of The Sale Order, Pursuant To Fed. R. Bankr. P. 8005 |
| 32 | 3035 | Omnibus Objection Of The Debtors To (i) Motion Of The Individual Accident Litigants For An Order Certifying The Sale Order For Immediate Appeal To The United States Court Of Appeals Pursuant To 28 U.S.C. § 158(d)(2) On The Issue Of Successor Liability, And (ii) The Ad Hoc Committee Of Asbestos Personal Injury Claimants Motion For An Order Certifying Sale Order For Immediate Appeal To The United States Court Of Appeals Pursuant To 28 U.S.C. § 158(d)(2) Or In The Alternative For A Stay Of The Sale Order, Pursuant To Fed. R. Bankr. P. 8005 |
| 33 | 3046 | July 7, 2009 Bench Decision and Order on Motions for § 158(d)(2) Certification, or in the alternative, for stay pending appeal |
| 34 | 3062 | Transcript of Hearing: July 2, 2009 |

| Item | Bankr. Doc. No. | Description |
|---|---|---|
| 35 | 3087 | Transcript of Hearing: June 30, 2009 |
| 36 | 3182 | Transcript of Hearing: July 7, 2009 |
| 37 | (not yet filed) | Transcript of Hearing: July 1, 2009 |

B.   *Undocketed Documents Admitted into Evidence at the Sale Hearing*

The following documents, attached hereto as **Appendices 1 – 4**, have been not been filed with the Bankruptcy Court but were admitted into evidence at the Sale Hearing and are also designated as items to be included in the record on appeal:[2]

| Item | Appendix No. | Description |
|---|---|---|
| 38 | Appendix 1 | Deposition of Frederick Henderson (exhibits will be uploaded separately upon agreement with counsel of record for the Debtors and the Purchaser on the handling of confidential information) |
| 39 | Appendix 2 | Deposition of Harry Wilson (exhibits will be uploaded separately upon agreement with counsel of record for the Debtors and the Purchaser on the handling of confidential information) |
| 40 | Appendix 3 | PLCA Ex. 1 - Presentation entitled "363 Sale Update," dated June 5, 2009 |
| 41 | Appendix 4 | PLCA Ex. 2 - Email and attachment from Stephen Worth to Harry Wilson re "Warrant Strike Price Calc." |

---

[2]   Reference to "**PLCA Ex. __**" is to an exhibit entered into evidence at the hearing by counsel for the Individual Accident Litigants.

### STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Whether the Bankruptcy Court had the authority under Section 363(f) of the Bankruptcy Code, 11 U.S.C. § 363(f), to authorize the sale of the Purchased Assets to the Purchaser "free and clear" of prepetition product liability claimants' potential *in personam* claims against the Purchaser arising under state law theories of successor liability?

2. Whether the Closing of the 363 Transaction pursuant to the MPA rendered this appeal moot?

Dated: July 16, 2009

CALLAN CAMPBELL, KEVIN JUNSO, ET AL.,
EDWIN AGOSTO, KEVIN CHADWICK, ET AL., AND
JOSEPH BERLINGIERI

By:  /s/ Steve Jakubowski
     One of Their Attorneys

Steve Jakubowski (admitted *pro hac vice*)
Elizabeth Richert (admitted *pro hac vice*)
THE COLEMAN LAW FIRM
77 West Wacker Drive, Suite 4800
Chicago, IL  60601
Tel:  (312) 606-8641
Fax:  (312) 444-1028
sjakubowski@colemanlawfirm.com

Attorneys for Callan Campbell, Kevin Junso, *et al.,* Edwin Agosto, Kevin Chadwick, *et al.* and Joseph Berlingieri

# CERTIFICATE OF SERVICE

I, Steve Jakubowski, hereby certify that I served a copy of the **INDIVIDUAL ACCIDENT LITIGANTS (I) DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND (II) STATEMENT OF ISSUES TO BE PRESENTED** on the parties listed below via email unless otherwise specified. Additionally, upon electronically filing with the Clerk of the Court all parties were served via the Court's electronic notification system on July 16, 2009.

/s/ Steve Jakubowski

| | |
|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, New York 10153<br>harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>Joseph.Smolinsky@weil.com | John J. Rapisardi, Esq.<br>Peter Friedman, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>john.rapisardi@cwt.com<br>peter.friedman@cwt.com |
| Gordon Z. Novod, Esq.<br>Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>gnovod@kramerlevin.com<br>tmayer@kramerlevin.com | James L. Bromley, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>jbromley@cgsh.com |
| Babette Ceccotti, Esq.<br>Cohen Weiss & Simon LLP<br>330 W. 42nd Street<br>New York, New York 10036<br>bceccotti@cwsny.com | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>mjedelman@vedderprice.com<br>mschein@vedderprice.com |
| Diana G. Adams, Esq.<br>Brian Masumoto, Esq.<br>Office of the U.S. Trustee<br>For the Southern District of NY<br>33 Whitehall St., 21st Floor<br>New York, New York 1004<br>Facsimile: (212) 668-2255<br>brian.masumoto@usdoj.gov | David S. Jones, Esq.<br>Matthew L. Schwartz, Esq.<br>U.S. Attorney's Office, S.D.N.Y.<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Facsimile: (212)637-2684<br>Matthew.Schwartz@usdoj.gov<br>David.Jones6@usdoj.gov |