| | |
|---|---|
| From: | Worth, Stephen <Worth@Evercore.com> |
| Sent: | Monday, June 1, 2009 12:14 AM |
| To: | Wilson, Harry <Harry.Wilson@do.treas.gov> |
| Subject: | Fw: Warrant strike price calc |
| Attach: | GM Warrants Share Calculations.xls |

---

Sent from my BlackBerry Wireless
Stephen Worth
Evercore Partners
55 East 52nd Street
New York, NY 10055
(W) 212-857-7419 | (M) 917-514-6892
worth@evercore.com

---

From: Bobby.Xu@lazard.com
To: Worth, Stephen
Cc: Ari.Lefkovits@Lazard.com ; Matthew.Whiting@lazard.com
Sent: Sun May 31 21:56:23 2009
Subject: Warrant strike price calc

Stephen,

Please find attached Lazard's calculations for the warrant strike prices. We believe the strike price on the first tranche of Oldco warrants should be $30.00, the strike price on the second tranche of Oldco warrants should be $55.00 and the strike price on the VEBA warrants should be $126.92. If you have any questions, you can reach out to Ari on his cell.

Thanks,

Bobby Xu
Lazard Frès & Co. LLC
30 Rockefeller Plaza
New York, NY 10020
Tel: (212) 632-6977
Fax: (212) 830-5019
bobby.xu@lazard.com



EXHIBIT
PLCA Ex. 1

# PROJECT HYBRID

Share Calculations
*(Amounts in millions)*

| Stakeholder | Initial Shares | % | Warrant % 7.50% Purchaser Warrant A | Warrant % 7.50% Purchaser Warrant B | Warrant % 2.50% VEBA Warrant | Total | % |
|---|---|---|---|---|---|---|---|
| US Government | 304,131,356 | 60.83% | -- | -- | -- | 304,131,356 | 50.18% |
| Canada Government | 58,368,644 | 11.67% | -- | -- | -- | 58,368,644 | 9.63% |
| Total Government | 362,500,000 | 72.50% | -- | -- | -- | 362,500,000 | 59.81% |
| UAW - VEBA | 87,500,000 | 17.50% | -- | -- | 15,151,515 | 102,651,515 | 16.94% |
| Unsecured Creditors | 50,000,000 | 10.00% | 45,454,545 | 45,454,545 | -- | 140,909,090 | 23.25% |
| Existing Shareholders | -- | -- | -- | -- | -- | -- | -- |
| Total | 500,000,000 | 100.00% | 45,454,545 | 45,454,545 | 15,151,515 | 606,060,606 | 100.00% |

| Strike Price Calculations | Strike Price (Equity Value) | Shares O/S at Time of Strike | Strike Price (Per Share) |
|---|---|---|---|
| Oldco Warrants - Tranche 1 | $15,000,000,000 | 500,000,000 | $30.00 |
| Oldco Warrants - Tranche 2 | 30,000,000,000 | 545,454,545 | 55.00 |
| VEBA Warrants | 75,000,000,000 | 590,909,090 | 126.92 |

***Memo: Government Funding***

| | | |
|---|---|---|
| UST | $49.5 | 83.90% |
| Canada | 9.5 | 16.10% |
| Total Government | 59.0 | 100.00% |

TREAS_IUE-CWA 00001076

Subject to Protective Order