# 363 Sale Update

## June 5, 2009





EXHIBIT

PLCA Ex. 2

HIGHLY CONFIDENTIAL                    PRODUCED BY GENERAL MOTORS                    GMPR000093464

# 363 Sale Update

- Preparation for filing successful
- Focus now on execution
  - Execution to achieve savings promised
  - Execution to exit as soon as possible



GM Confidential

2

HIGHLY CONFIDENTIAL                    PRODUCED BY GENERAL MOTORS                    GMPR000093465



HIGHLY CONFIDENTIAL

GMPR000093466

# Liability Reduction Tracking Sheet

## Liability Reduction Initiative ($ Billions)

| | Initial Forecast | Current Forecast | Comments |
|---|---|---|---|
| **Balance Sheet Analysis** | | | |
| Debt | 27.2 | 27.1 | Initial Forecast included RHI and Nova Scotia Bonds |
| Pension - OPEB | 19.4 | 19.4 | No Change |
| Litigation | 2.0 | 1.5 | Reduction in Product Liability & Environmental (Moving More Sites to NewGM) |
| Tax Related | 0.4 | 0.2 | Revised Tax Assumptions |
| Operational | 0.3 | > 0.3 | Evaluating Leases to be Eliminated |
| **Total Forecast Liabilities to Remain in OldGM** | 49.3 | 48.5 | |
| **Off Balance Sheet Opportunities** | | | |
| Dealer Network Restructuring Charges | 0.9 | 0.9 | No Change |
| M&E at closing sites MFD | 0.1 | > 0.1 | Evaluating Equipment & Contract Renegotiation |
| M&E at closing sites PWT | 0.3 | > 0.3 | Evaluating Equipment & Contract Renegotiation |
| M&E at closing sites MFG | - | > 0 | Evaluating Equipment & Contract Renegotiation |
| Leased Real Estate Citigroup Center | 0.0 | - | Evaluating Alternative Locations & Contract Renegotiation |
| Leased Real Estate Other Office Space | 0.2 | > 0.2 | Evaluating Leases to Leave Behind or Renegotiate |
| Leased Real Estate Warehouses | 0.0 | > 0 | |
| **Total Additional Opportunities** | 1.5 | 1.5 | |
| **Additional Opportunities** | | | |
| Workers Compensation | - | 0 - 0.4 | Total Liability $1.5. Leaving 4 states behind |
| 2/3 Liabilities related to Salaried Pension / Splinter Obligations | - | 3.9 | 2/3 reduction of liabilities. $5.3B. $1.4B captured previously in Pension-OPEB |
| **Total Additional Opportunities** | - | 3.9 | |
| **Total Liabilities to Remain in OldGM** | 50.8 | 53.9 | |



GM Confidential

4

# Push To Close

- Expect process to last 60 days or less

- Define critical workstreams and owners
  – Identify action items & complete/update workplan

- Two major milestones after filing
  – Sale Approval (+30 days)
  – Sales Close (+60 days)
    - All agreements complete
    - Prepared to run NewGM as independent entity

- Identify any resource constraints

- Proactively identify impediments to Sale Approval & Close

- Quickly respond to issues arising during court process

- Drive organization to close as soon as possible past June 30



GM Confidential

GM

5

# Proposed Workstreams

| Workstream | Owner(s) | Notes |
| --- | --- | --- |
| Permits, Licenses, Gov't Approvals | J. Hater, E. Shaffer | Timing, Purchasing entity |
| Contracts – Rejection Process | M. Monger (Alix), S. Webber | |
| Real Estate | J. Blanchard | Relocation from Rejected Leases |
| Legal Entities & Subsidiaries | A. Segovia, R. Bratley | |
| International Entity Transfer | CV Ramachandran (Alix), S. Han | |
| Accounting | H. Kiefer, R. Bratley | |
| Insurance | K. Scroggin, A. Gier | What is required to close? |
| Tax | V. McInnis | |
| HR | J. Uhlig | |
| IS&S | T. Kline | |
| Manufacturing | D. Gerard, M. Apfel, S. Mullennix | Idling & Transition |
| DIP Financing | N. Ramdev | |
| OldGM | T. Stenger (Alix) | |
| Asset Sales | S. Mackie, A. Genouw | Hummer, Saturn, Strasbourg |
| SPO | S. Tuohy | Monitor Only |
| Dealers | J. Heisel | Monitor Only |

GM

**GM Confidential**

6

HIGHLY CONFIDENTIAL

PRODUCED BY GENERAL MOTORS

GMPR000093469

# Sample Workstream Template

**363 Reinvention Planning**
Milestones and Deliverables
Workstream:
Date: 1-Jun-09

Major Milestones & Deliverables

1) 363 Sale Approval
2) 363 Sale Close
3)
4)
5)

Week ending:

| | 5-Jun | 12-Jun | 19-Jun | 26-Jun | 3-Jul | 10-Jul | 17-Jul | 24-Jul | 31-Jul | 7-Aug |
|---|---|---|---|---|---|---|---|---|---|---|

| | Start Date | Duration | End Date | Secondary Workstream | Owners GM Business | GM Legal | Alix Partners | Outside Counsel | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Workstream — Milestones, Deliverables & Activities | | | | | | | | | |
| 363 Sale Approval | | | | | | | | | |
| 363 Sale Close | | | | | | | | | |



GM Confidential

7

GM

HIGHLY CONFIDENTIAL

# Next Steps

- Workstream template distributed to workstream leads
  - Completion due date: Monday, June 8
- Template to be utilized to generate critical path timeline between Filing and Closing dates
  - Highlight high risk areas
  - Identify resource constraints
  - Assess progress towards closing
- Maintain metrics to ensure NewGM balance sheet achieves required results
- Need resources in following areas
  - Contract renegotiation focus
  - Other TBD



GM Confidential

GM

8

# Backup



HIGHLY CONFIDENTIAL                    PRODUCED BY GENERAL MOTORS                    GMPR000093472

# GM Consolidated Liabilities Analysis - Detail

Includes Real Estate Leases

| | Balance as of 3.31.09 | | | | 363 Scenario | |
|---|---|---|---|---|---|---|
| | US Filers | US Non-filers | Foreign | Total | Glide | Newco |
| **1 Debt** | | | | | | |
| US Term | $ 14,454 | $ | $ | $ 14,454 | $ | $ 14,454 |
| Secured Loans & Bonds (1) | 5,218 | 1,376 | 3,172 | 9,767 | | 9,767 |
| Unsecured Loans & Bonds (1) | 25,710 | 59 | 3,348 | 29,117 | 26,555 | 2,562 |
| Other DIP (1) | 1 | | 219 | 221 | 115 | 321 |
| Capital Leases | 502 | | 187 | 844 | 808 | 731 |
| Interest (2) | 554 | 4 | 95 | 653 | | 145 |
| **Total Debt** | $ 46,540 | $ 1,494 | $ 7,021 | $ 55,055 | $ 27,176 | $ 27,880 |
| **2 Accounts Payable** | | | | | | |
| Vendors Suppliers | $ 7,224 | $ 886 | $ 10,439 | $ 18,029 | $ 849 | $ 17,980 |
| Employee Benefits Program | 67 | 2 | 17 | 86 | | 86 |
| | $ 7,271 | $ 887 | $ 10,456 | $ 18,115 | $ 849 | $ 18,466 |
| **3 Pension - OPEB** | | | | | | |
| Delphi Pension Guarantee | $ 1,612 | $ | $ 0 | $ 1,612 | $ | $ 1,612 |
| US Hourly Pension Obligations (3) | 10,783 | 4 | | 10,787 | 1,800 | 8,987 |
| US Salaried Pension Obligations (3) | 1,512 | 1 | | 1,513 | | 1,513 |
| Foreign Pension Severance Obligation | | | 11,487 | 11,487 | | 11,487 |
| UAW VEBA | 19,871 | | | 19,871 | 16,171 | 3,700 |
| UAW Life | 2,681 | | | 2,681 | | 2,681 |
| Other Hourly Health & Life | 3,725 | | | 3,725 | 1,400 | 2,325 |
| Salaried Health | 1,088 | | | 1,088 | | 1,088 |
| Salaried Life | 1,663 | | | 1,663 | | 1,663 |
| Foreign Retirees Health & Life | | | 2,820 | 2,820 | | 2,820 |
| Legal Services Plan | 379 | | 28 | 407 | | 407 |
| ERP | 1,068 | | 35 | 1,104 | | 1,104 |
| | $ 44,251 | $ 5 | $ 14,370 | $ 58,625 | $ 19,371 | $ 39,254 |
| **4 Employee Obligations** | | | | | | |
| Payroll benefits etc (4) | $ 301 | $ 16 | $ 1,221 | $ 1,538 | $ | $ 1,538 |
| Post Employment Benefits | 1,584 | | 1,418 | 3,002 | | 3,002 |
| Training | 352 | | | 352 | | 352 |
| | $ 2,237 | $ 16 | $ 2,639 | $ 4,892 | $ | $ 4,892 |
| **5 Sales & Marketing** | | | | | | |
| Dealer Incentives (5) | $ 6,800 | $ 226 | $ 2,166 | $ 9,201 | $ | $ 9,201 |
| Warranty Obligations (5)(6) | 67 | 5,484 | 2,349 | 7,899 | | 7,899 |
| Customer Deposits (5) | 2,674 | 5 | 1,317 | 3,996 | | 3,996 |
| Deferred Revenue (5) | 1,370 | 709 | 362 | 2,440 | 44 | 2,396 |
| Marketing (6) | 455 | 43 | 128 | 626 | | 626 |
| | $ 11,375 | $ 6,465 | $ 6,323 | $ 24,161 | $ 44 | $ 24,117 |

GM Confidential

10

# GM Consolidated Liabilities Analysis – Detail

## Con't

Includes Aircraft Leases: $2.1M

| | | Balance as of 3/31/09 | | | | 363 Scenario | |
|---|---|---|---|---|---|---|---|
| | US Filers | US Non-Filers | Foreign | Total | | Old Co | New Co |
| **6 Litigation** | | | | | | | |
| Product Liability | 934 | | | 934 | | 934 | |
| Asbestos | 627 | | | 627 | | 627 | |
| Legal Costs | 77 | 1 | 229 | 307 | | 77 | 230 |
| Environmental | 70 | 184 | 40 | 294 | | 223 | 71 |
| Asset Retirement Obligation (7) | 241 | | 2 | 243 | | 150 | 115 |
| | 1,948 | 185 | 271 | 2,405 | | 1,991 | 414 |
| **7 Tax Related** | | | | | | | |
| Tax Obligations (1) | 528 | 22 | 1,099 | 1,649 | | 395 | 1,254 |
| Deferred Taxes (5) | 235 | 0 | 511 | 747 | | | 747 |
| UNL8 | 50 | 7 | 490 | 580 | | 80 | 500 |
| Investment Tax Credits | 0 | | 26 | 26 | | | 26 |
| | 813 | 26 | 2,132 | 2,971 | | 445 | 2,526 |
| **8 Operational** | | | | | | | |
| Rent | 181 | 181 | 13 | 376 | | 258 | 118 |
| Labor Subsidies | 64 | | | 64 | | | 64 |
| Construction HoldBack | 65 | | 59 | 124 | | | 124 |
| Vendor Buybacks (8) | 89 | 4 | 85 | 174 | | | 174 |
| Professional Fees (9) | | 164 | 117 | 278 | | | 278 |
| Various Operational | 0 | | 451 | 451 | | | 451 |
| | 399 | 343 | 726 | 1,468 | | 258 | 1,210 |
| **9 Intercompany Obligations** | | | | | | | |
| Adant Oper Notes for IP & Capital | 2,254 | | | 2,254 | | | 2,254 |
| Other Intercompany | | | (2,254) | (2,254) | | | (2,254) |
| | 2,254 | | (2,254) | | | | |
| **10 Other** | | | | | | | |
| Incentives | 989 | 4 | 1,386 | 2,389 | | | 2,389 |
| Workers Comp | 1,479 | | 9 | 1,488 | | | 1,488 |
| Other Accrued Liabilities (7) | 178 | 53 | 794 | 1,022 | | 7 | 1,015 |
| Other Self Insurance - General Lab | 57 | | 162 | 219 | | | 219 |
| | 2,711 | 57 | 2,350 | 5,118 | | 7 | 5,111 |
| **Total Liabilities** | 119,799 | 8,979 | 44,033 | 172,810 | | 49,340 | 123,470 |
| **10-Q Total** | | | | $172,810 | | | |

GM Confidential

11

HIGHLY CONFIDENTIAL
PRODUCED BY GENERAL MOTORS
GMPR000093474

# Liability Reduction Tracking Sheet

## Liability Reduction Initiative ($ Millions)

| | Initial Forecast | Current Forecast |
|---|---|---|
| **1) Debt** | | |
| Unsecured Loans & Bonds | | |
| Wilmington Trust: Unsecured public debt | 14,892 | 14,892 |
| Wilmington Trust: Convertible Bond | 7,369 | 7,369 |
| Deutsche Bank: Unsecured public debt | 4,129 | 4,129 |
| Bank of New York Mellon: Industrial Revenue Bond | 227 | 227 |
| Multiple Banks: Interest Rate Derivative | 19 | 19 |
| Multiple Banks: Unsecured public debt | (82) | (82) |
| *Total Unsecured Loans & Bonds* | 26,555 | 26,555 |
| Capital Leases | | |
| RHI | 55 | - |
| Facilities, (Leases, M&E, WFG) | 16 | 16 |
| Capital Leases on Real Estate | 42 | 42 |
| *Total Capital Leases* | 113 | 58 |
| Accrued Interest | | |
| Nova Scotia Bonds | 36 | - |
| Other | 472 | 472 |
| *Total Accrued Interest* | 508 | 472 |
| **Total Debt** | **27,176** | **27,085** |
| | | |
| **2) Accounts Payable** | | |
| Accounts Payable Associated with OldGM U.S. Subsidiaries | 49 | 49 |

GM Confidential

GM

12

HIGHLY CONFIDENTIAL
PRODUCED BY GENERAL MOTORS
GMPR000093475

# Liability Reduction Tracking Sheet

## Liability Reduction Initiative ($ Millions)

| | Initial Forecast | Current Forecast |
|---|---|---|
| **3) Pension - OPEB** | | |
| US Hourly Pension Obligations | 1,800 | 1,800 |
| UAW VEBA | 16,171 | 16,171 |
| Other Hourly Health & Life | | |
| OPEB Health: IUE | 911 | 911 |
| OPEB Health- Other Splinters | 396 | 396 |
| OPEB Life: IUE | 53 | 53 |
| OPEB Life: Other Splinters | 40 | 40 |
| *Total Other Hourly Health & Life* | 1,400 | 1,400 |
| **Total Pension - OPEB** | **19,371** | **19,371** |
| | | |
| **5) Sales & Marketing** | | |
| Deferred Revenue- Gains on Sale/Leaseback Transactions: | | |
| Riverfront | 37 | 37 |
| Elmo II | 4 | 4 |
| Various Operational | 3 | 3 |
| **Total Sales & Marketing** | **44** | **44** |
| | | |
| **6) Litigation** | | |
| Product Liability | 934 | 534 |
| Asbestos Claims | 627 | 627 |
| Legal / Litigation Contingencies | 77 | 77 |
| Environmental | | |
| Superfund | 98 | 98 |
| Other | 125 | 25 |
| *Total Environmental* | 223 | 123 |
| Asset Retirement Obligation | 130 | 130 |
| **Total Litigation** | **1,991** | **1,491** |

GM Confidential

**GM**

13

HIGHLY CONFIDENTIAL    PRODUCED BY GENERAL MOTORS    GMPR000093476

# Liability Reduction Tracking Sheet

## Liability Reduction Initiative ($ Millions)

| | Initial Forecast | Current Forecast |
|---|---|---|
| **7) Tax Related** | | |
| Tax Obligations | | |
| State and Local Taxes - Determination Pending the Outcome of Audit Adjustments, Litigation, etc. (Balance related to U.S. Debtors Relates to Sales and Use Taxes) (A) (3) | 131 | 131 |
| State and Local Taxes  Other Not Based on Income (Property Taxes, Sales/Use/Gross Receipts Taxes, Franchise Taxes) (4) | 68 | 68 |
| Employer's Obligations for State Unemployment Compensation Tax (6) | 53 | 53 |
| FAS5 Reserves - State & Local Sales & Use Tax (A), (9), (10) | 35 | 35 |
| FAS5 Reserves - US State & Local Franchise Tax (A), (8), (10) | 27 | 27 |
| Business Taxes - US State and Local Income Taxes Payable Currently  (1) | 22 | 22 |
| Federal Income Tax Withheld on Payments to Employees and Non-Employees - to be Remitted to Government (2) | 20 | 20 |
| Employer's Obligations for Social Security Type Taxes (6) | 16 | 16 |
| Social Security Type Taxes Withheld on Payments to Employees - to be remitted to Government | 10 | 10 |
| State and Local Income Tax Withheld on Payments to Employees - to be Remitted to Government (2) | 9 | 9 |
| Employer's Obligations for Federal Unemployment Compensation Tax (6) | 5 | 5 |
| Federal Excise Taxes (e.g., Gas Guzzler Taxes, VAT) (5) | (0) | (0) |
| *Total Tax Obligations* | 395 | 150 |
| FIN48 | 50 | 50 |
| **Total Tax Related** | **445** | **200** |
| | | |
| **8) Operational** | | |
| Rent | | |
| Elmo II Lease | 133 | 133 |
| Elmo III Lease | 47 | 47 |
| Powertrain Leases (6) | 62 | 62 |
| Metal Fab (6) | 13 | 13 |
| Gulfstream Jets | 2 | 2 |
| **Total Operational** | **258** | **258** |
| | | |
| **10) Other** | | |
| Other Accrued Liabilities (2) | 7 | 7 |
| **Total Forecast Liabilities to Remain in OldGM** | **49,340** | **48,504** |

14

GM Confidential

**GM**

HIGHLY CONFIDENTIAL

GMPR000093477

# Detail behind "Rent"



*Rent*

| | Balance as of 3/31/2009 | | | | 363 Scenario | |
| --- | --- | --- | --- | --- | --- | --- |
| | US Filers | US Non-Filers | Foreign | Total | OldCo | NewCo |
| Limo II Lease | $ - | $ 133.5 | $ - | $ 133.5 | $ 133.5 | $ - |
| Limo III Lease | - | 47.2 | - | 47.2 | 47.2 | - |
| Powertrain Leases (6) | 110.6 | - | - | 110.6 | 61.9 | 48.7 |
| Other Operating | 19.5 | - | 13.3 | 32.8 | - | 32.8 |
| Metal Fab (6) | 27.7 | - | - | 27.7 | 12.9 | 14.8 |
| Saturn | 21.0 | - | - | 21.0 | - | 21.0 |
| Gulfstream Jets | 2.1 | - | - | 2.1 | 2.1 | - |
| Argonaut Dealers | - | 0.8 | - | 0.8 | - | 0.8 |
| **Total Rent** | $ 180.9 | $ 181.5 | $ 13.3 | $ 375.7 | $ 257.6 | $ 118.2 |

GM Confidential

15

HIGHLY CONFIDENTIAL                    PRODUCED BY GENERAL MOTORS                    GMPR000093478

# Off Balance Sheet Liabilities

| | 363 Sale | Estimated Balance |
|---|---|---|
| 1   *Dealer Network Restructuring Charges* | 900 | TBD |
| 2   *Operating / Capital Leases* | | |
| *Memo: US Total* | | *2,500* |
| *MPD* | *100* | *900* |
| *PBT* | *250* | *800* |
| *MPG* | *-* | *700* |
| M&E at closing sites | 350 | TBD |
| *Citigroup Center* | *25* | *TBD* |
| *Other Office Space* | *150* | *TBD* |
| *Warehouses* | *25* | *TBD* |
| Leased Real Estate (operational costs for 5 years) | 200 | TBD |
| 3   *Projected Litigation Costs Not Reflected on Balance Sheet* | 250 | TBD |
| 4   *Capital Commitments / Cancellation* | 50 | TBD |
| *Off-Balance Sheet Opportunity* | $ 1,750 | |

GM Confidential

GM

16

HIGHLY CONFIDENTIAL