**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
                 :
In re:              :  Chapter 11
                 :
Motors Liquidation Company,  :  Case No. 09-50026(REG)
                 :
                 :
      Debtor(s).     :
                 :
------------------------------------X

## CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED 6/24/2009, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.