**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  GENERAL MOTORS CORP, et al.

                        Debtor

Case No.: 09 – 50026 (REG)

Chapter 11

(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, HEIDI C. ANDERSON, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Stillwater Mining Company, a Creditor in the above-referenced Chapter 11 case.

*I certify that I am a member in good standing* of the bar in the State of Washington, and, if applicable the bars of the United States District Court for the Western District of Washington.

I have submitted the filing fee of $25.00 with this motion for the *pro hac vice* admission.

Dated: 7/15/09

Seattle, Washington

_____
HEIDI C. ANDERSON

*Mailing address:*
LANE POWELL, PC
1420 5TH Avenue, Suite 4100
Seattle, WA  98101-2338
*E-mail address*:  leavertonb@lanepowell.com
*Telephone number*: (206) 223-7000

999999.0040/1734501.1