UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
:
In re                                : Chapter 11
:
GENERAL MOTORS CORPORATION,          :
          et al.                     : Case No. 09-50026 (REG)
:
Debtors                              : (Jointly Administered)
:
---------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF
THE RASSINI COMPANIES' LIMITED OBJECTION TO THE NOTICE OF
(I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY
CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND
(II) CURE AMOUNTS RELATED THERETO**

PLEASE TAKE NOTICE, that Rassini, S.A. de C.V., SANLUIS Rassini International, Inc., and Rassini Frenos, S.A. de C.V. (collectively "the Rassini Companies"), by and through their attorneys, hereby withdraw their Limited Objection to the Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto.

Date: July 14, 2009

                              AJAMIE LLP

                              By: _____
                              Dona Szak
                              State Bar No. 19597500
                              Pennzoil Place - South Tower
                              711 Louisiana, Suite 2150
                              Houston, Texas 77002
                              Telephone: (713) 860-1600
                              Facsimile: (713) 860-1699

                              ATTORNEYS FOR RASSINI, S.A. DE C.V.,
                              SANLUIS RASSINI INTERNATIONAL, INC.
                              AND RASSINI FRENOS, S.A. DE C.V.

25074

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2009 a copy of the Rassini Companies' Notice of Withdrawal of Limited Objection to the Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto was duly served to all parties specified in paragraph 7 of Debtors' Notice via Federal Express.

_____
Dona Szak

25074

-2-