Kim Martin Lewis (OH #0043533)
Dinsmore & Shohl LLP
1900 Chemed Center
255 E. 5th Street
Cincinnati, OH  45202
T:  513-977-8200
F:  513-977-8141
kim.lewis@dinslaw.com

ATTORNEYS FOR
CONVERGYS CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>**GENERAL MOTORS CORPORATION, et al.,**<br><br>**Debtors** | **Chapter 11**<br><br>**Case No. 09-50026**<br>**(Jointly Administered)** |
|---|---|

**NOTICE OF WITHDRAWAL OF OBJECTION BY CONVERGYS CORPORATION TO**
**NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN**
**EXECUTORY CONTRACTS AND (II) PROPOSED CURE AMOUNT**

Convergys Corporation ("Convergys"), through its attorneys Dinsmore & Shohl LLP, hereby withdraws its Objection by Convergys Corporation to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Proposed Cure Amount (the "Objection") (Docket No. 902).  The withdrawal of the Objection is based upon the fact that (i) as of July 16, 2009, the Debtors had designated the appropriate "Cure Amount" on the website established by the Debtors (which is referred to as the "Contract Website") and  there are no outstanding Cure Amounts due to Convergys at this time and (ii) the correct purchase orders

1672383_1

were listed on the Contract Website and were assumed and assigned to General Motors Corp. for the benefit of Convergys.

Dated:  July 16, 2009

Respectfully submitted,

DINSMORE AND SHOHL LLP

*/s/ Kim Martin Lewis*
Kim Martin Lewis (OH #0043533)
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Telephone:  513-977-8200
Facsimile:  513-977-8141
kim.lewis@dinslaw.com

Attorneys for Convergys Corporation

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2009, a true and accurate copy of the Notice of Withdrawal of Objection by Convergys Corporation to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Proposed Cure Amount was served upon the following via regular electronic court noticing at the email address registered with the Court, electronic mail **or** regular U.S. Mail:

- General Motors Corporation
  Cadillac Building
  30009 Van Dyke Avenue
  Warren, MI 48090-9025
  Attn: Warren Command Center Mailcode 480-206-114

- Weil, Gotshal & Manges LLP
  767 Fifth Ave.
  New York, NY 10153
  Harvey R. Miller, Esq.
  Stephen Karotkin, Esq.
  Joseph H. Smolinsky, Esq.

- U.S. Treasury
  1500 Pennsylvania Ave. NW
  Room 2312
  Washington, DC 20220
  Matthew Feldman, Esq.

- Cadwalader, Wickersham & Taft LLP
  One World Financial Center
  New York, NY 10281
  John J. Rapisardi, Esq.

- Kramer Levin Naftalis & Frankel LLP
  1177 Avenue of the Americas
  New York, NY 10036
  Thomas Moers Mayer, Esq.
  Kenneth H. Eckstein, Esq.
  Gordon Z. Novod, Esq.

- Vedder Price, P.C.
  1633 Broadway, 47th Floor
  New York, NY 10019
  Michael J. Edelman, Esq.
  Michael L. Schein, Esq.

- Office of the United States Trustee for
    the Southern District of New York
  33 Whitehall St., 21st Floor
  New York, NY 10004
  Diana G. Adams, Esq.

*/s/ Kim Martin Lewis*