Carey D. Schreiber (CS 3896)
Robert J. Boudreau (RB 1021)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6761
Fax: (212) 294-4700
Email: cschreiber@winston.com
         rboudreau@winston.com

David J. Richardson
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California  90071
Telephone:  (213) 615-1833
Facsimile:  (213) 615-1750
Email: djrichardson@winston.com

*Counsel for LG Electronics USA, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| In re | ) Chapter 11 ) ) ) Case No.: 09-50026 (REG) ) (Jointly Administered) |
| GENERAL MOTORS CORP., *et al.*, | ) ) ) ) |
| Debtors. | ) ) |

_____

**WITHDRAWAL OF LIMITED OBJECTION OF LG ELECTRONICS USA, INC. TO
NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY, AND UNEXPIRED LEASES OF NON-RESIDENTIAL
<u>REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO</u>**

LG Electronics USA, Inc. and certain of its affiliates and subsidiaries (collectively,

"LGE"), through their undersigned counsel, hereby withdraws its Limited Objection of LG

Electronics USA, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory

1

Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto filed on June 15, 2009 [Docket No. 1036] to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto dated June 5, 2009.

July 16, 2009

    Respectfully submitted,

    WINSTON & STRAWN, LLP

    /s/ Carey D. Schreiber
    Carey D. Schreiber (CS 3896)
    Robert J. Boudreau (RB 1021)
    200 Park Avenue
    New York, New York 10166-4193
    Telephone: (212) 294-6700
    Facsimile: (212) 294-4700
    cschreiber@winston.com
    rboudreau@winston.com

    and

    David J. Richardson
    333 South Grand Avenue, 38th Floor
    Los Angeles, California 90071
    Telephone: (213) 615-1833
    Facsimile: (213) 615-1750
    djrichardson@winston.com

    *Counsel for LGE Electronics USA, Inc.*