**Exhibit A**

**E-mailed Informal Notices Received July 8, 2009**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                    Chapter 11 Case No.

GENERAL MOTORS CORP., et al.,                            09-50026 (REG)

                       Debtors.                          (Jointly Administered)
-----------------------------------------------------------x

Kansas City Board Public Utils
PO BOX 219661
KANSAS CITY, MO 64121-9661

*Electricity*

*363 Sales*

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000 (outside the United States).

        User ID:   1u2zc8Ve
        Password: hL2q604Dd156

        Vendor ID #:  5716-00747789

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                               Chapter 11 Case No.

GENERAL MOTORS CORP., et al.,                       09-50026 (REG)

                                    Debtors.        (Jointly Administered)
------------------------------------------------------------x

Kansas City Board Public Utils
PO BOX 219661
KANSAS CITY, MO 64121-9661

*WATER/SEWER* [handwritten]

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000 (outside the United States).

User ID:   Hvbhs1P8
Password:  YFqA463rJYm4

Vendor ID #:  5716-00747790