KUTAK ROCK LLP  
1650 Farnam Street  
Omaha, NE 68102-2186  
Tel: (402) 346-6000  
Facsimile: (402) 346-1148  
John J. Jolley, Jr., Esq. (JJJ 0253)  
Thomas T. Roubidoux, Esq. (TTR 3428)  
jay.jolley@kutakrock.com  
thomas.roubidoux@kutakrock.com  

Hearing: August 3, 2009

*Attorneys for Kansas City Board of Public Utilities*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------- x  
In re  

MOTORS LIQUIDATION COMPANY, et al.,  

                        Debtors.  
-------------------------------------------------------- x  

Chapter 11  

Case No. 09-50026 (REG)  
(Jointly Administered)

### AFFIDAVIT OF SERVICE BY ECF NOTIFICATION, FEDERAL EXPRESS AND FACSIMILE TRANSMISSION

STATE OF NEBRASKA    )  
                            ) SS.:  
COUNTY OF DOUGLAS   )  

Thomas T. Roubidoux, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, is employed at Kutak Rock LLP, 1650 Farnam Street, Omaha, NE 68102, and that on July 16, 2009, I served a true copy of the:

LIMITED OBJECTION OF KANSAS CITY BOARD OF PUBLIC UTILITIES TO DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND TO PROPOSED CURE AMOUNTS RELATED THERETO as follows:

| By ECF transmission upon: ||
|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Kramer Levin, Esq.<br>Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

4826-0449-7412.1

| | |
|---|---|
| James L. Bromley, Esq.<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| Matthew L. Schwartz, Esq.<br>David S. Jones, Esq.<br>Assistant United States Attorney<br>Southern District of New York<br>86 Chambers Street, Third Floor<br>New York, NY 10001 | Michael J. Edelman, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Babette Ceccotti, Esq.<br>Cohen, Weiss & Simon, LLP<br>330 West 42nd Street<br>New York, NY 1036 | |
| By Federal Express overnight delivery upon: | |
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn: Warren Command Center<br>Mail code 480-206-114 | Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Ave., NW, Room 2312<br>Washington, DC 20220 |
| By facsimile transmission upon: | |
| Michael L. Schein, Esq.<br>Vedder Price, PC<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Facsimile no. 212-407-7799 | Diana G. Adams, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Facsimile no. 212-668-2255 |

(i) via Electronic Filing on the Court's ECF System, (ii) in a pre-addressed Federal Express envelope to the address designated by said party; and (iii) to the respective facsimile numbers indicated above.

Sworn to before me this                                    /s/ Thomas T. Roubidoux
16th day of July 2009                                  Thomas T. Roubidoux

/s/ Shirley J. Dietrich
General Notary – State of Nebraska
Shirley J. Dietrich
My Comm. Exp. Oct. 31. 2010

4826-0449-7412.1