# EXHIBIT A

July 10, 2009

Mr. Jim Moskovitz

President, JMJ Films, Inc.

11 West 84th Street, Fourth Floor

New York, NY 10024


Re: "The Tim McCarver Show"


Dear Jim,

    As per our discussion, this letter between JMJ Films, Inc. (JMJ) and Starcom MediaVest Group (SMG), acting as agent for General Motors, for title sponsorship of the weekly national TV series, "Chevrolet's Tim McCarver Show", confirms the pricing and other elements of the Sponsorship through calendar year 2009, and confirms the termination of the Sponsorship effective December 31, 2009.

    The agreed upon terms and conditions from inception through December 31, 2009 are as follows:

|  | CY2006 | CY2007 | CY2008 | CY2009 |
|---|---|---|---|---|
| Annual Cost (Gross $) | $1,996,800 | $1,996,800 | $2,050,713 | $2,050,713 |
| Annual Cost (Net $) | $1,697,280 | $1,697,280 | $1,743,106 | $1,743,106 |
| Unit Rate (Gross) | $6,400 | $6,400 | $6,573 | $6,573 |
| # :30's per Show | 6 | 6 | 6 | 6 |
| Total Annual # :30's: | 312 | 312 | 312 | 312 |
| Guaranteed HH Impressions per :30 (000) | 1,255 | 1,255 | 1,289 | 1,289 |
| Guaranteed HH CPM: | $5.10 | $5.10 | $5.10 | $5.10 |

Pending the delays in vendor payments as a result of the General Motors bankruptcy filing, best efforts will be made to return JMJ Films to its ordinary payment terms of 30 days net from receipt of monthly invoice.

As agreed, the Sponsorship will terminate on December 31, 2009.

Thank you very much for your support of General Motors and Chevy.

Sincerely,

On behalf of Starcom MediaVest Group, as Authorized Agent for General Motors Inc.

Mike Rosen

President, Investment and Activation

Starcom MediaVest Group

825 8th Avenue, 35th Floor

New York, NY 10019


ACCEPTED AND AGREED TO:

By: _____

Name: Jim Moskovitz

Title: President

JMJ Films

Date: July 10, 2009