# EXHIBIT B



# JMJ FILMS INC.

CHEVROLET'S TIM MCCARVER SHOW
DATE: MAY 26, 2009
TO:     XICA ANDREWS
        GM PLAN WORKS                    CLIENT:  CHEVROLET
        79 MADISON AVENUE, 9th Floor
        NEW YORK, NEW YORK 10016

---

Calendar Month:  MAY, 2009 (five week month)
Dates: MAY 1, 2, 3 (all :30's)
GMRJ5249, GMRJ5248, GMRJ5251, GMRH0869, GMRJ5249, GMRJ5248

MAY 4, 5, 6, 7, 8, 9, 10
GMCC6323 (:60), GMRJ5254 (:30), GMCC6323 (:60), GMRA8542 (:30)

MAY 11, 12, 13, 14, 15, 16, 17
GMCC6323 (:60), GMRJ5254 (:30), GMCC6323 (:60), GMRA8542 (:30)

MAY 18, 19, 20, 21, 22, 23, 24
GMCC6323 (:60), GMRA8546 (:30), GMCC6323 (:60), GMRM9825 (:30)

MAY 25, 26, 27, 28, 29, 30, 31
GMCC6323 (:60), GMRJ5254 (:30), GMCC6323 (:60), GMRA8542 (:30)
No. of Units:    14/30's, 8/60's
Gross Cost:  14: 30's at $6,572.79 ($92,019.06); 8 :60'S at $13,145.58 ($105,164.64)
                    (20 units N/C Bonus)
Total Gross:           $197,183.70
Less Agency Fee        ($29,577.56)
TOTAL NET:             $167,606.14
PLEASE REMIT PAYMENT TO:        JMJ FILMS, INC.
                                ATTN. JIM MOSKOVITZ
                                11 WEST 84TH STREET
                                FOURTH FLOOR
                                NEW YORK, NEW YORK 10024

PAYMENT DUE UPON RECEIPT

---

11 WEST 84TH STREET, 4TH FLOOR   NEW YORK, NY 10024
TEL 212.721.2329   FAX 212.724.7712   EMAIL jmjfilms@aol.com