# EXHIBIT C



# JMJ FILMS INC.

## INVOICE
### CHY/1006

CHEVROLET'S TIM MCCARVER SHOW
DATE: June 24, 2009
TO:   XICA ANDREWS
      GM PLAN WORKS                    CLIENT:  CHEVROLET
      79 MADISON AVENUE, 9th Floor
      NEW YORK, NEW YORK 10016

---

Calendar Month:  JUNE, 2009 (four week month)

Dates: JUNE 1, 2, 3, 4, 5, 6, 7
  GMCC6323 (:60); GMRJ5234 (:30); GMCC6323 (:60); GMCJ4640 (:30)

JUNE 8, 9, 10, 11, 12, 13, 14
GMCC6323 (:60); GMRJ5234 (:30); GMCC6323 (:60); GMCJ4640 (:30)

JUNE 15, 16, 17, 18, 19, 20, 21
GMCC6323 (:60); GMRJ5234 (:30); GMCC6323 (:60); GMCJ4640 (:30)

JUNE 22, 23, 24, 25, 26, 27, 28, 29, 30
GMCC6323 (:60); GMRJ5234 (:30); GMCC6323 (:60); GMCJ4640 (:30)

No. of Units:    8/30's, 8/60's
Gross Cost: 8: 30's at $6,572.79 ($52,582.32); 8 :60'S at $13,145.58 ($105,164.64)
                (20 units N/C Bonus)
Total Gross:         $157,746.96
Less Agency Fee      ($23,662.04)
TOTAL NET:           $134,084.92
PLEASE REMIT PAYMENT TO:        JMJ FILMS, INC.
                                ATTN. JIM MOSKOVITZ
                                11 WEST 84TH STREET
                                FOURTH FLOOR
                                NEW YORK, NEW YORK 10024

PAYMENT DUE UPON RECEIPT