## AFFIRMATION/CERTIFICATION OF SERVICE

DWIGHT YELLEN, an attorney duly admitted to practice before the Courts of the State of New York and New Jersey, affirms, declares and certifies under penalty of perjury:

I am not a party to the action, am over 18 years of age, am a member of Ballon Stoll Bader & Nadler, P.C. and have an office at 729 Seventh Avenue, New York, New York 10019 and 505 Main Street, Hackensack, New Jersey 07601. On July 16, 2009 I served or caused to be served a true copy of the annexed papers in the following manner:

☐  By hand delivery,

☒  By overnight courier,

☐  By telefax,

Fax Numbers: _____

_  By regular mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

See attached schedule

Dated:  New York, New York
        July 16, 2009

_____
DWIGHT YELLEN

00108490;1

**Service Matrix List**
General Motors Corp., et al., Debtor
Chapter 11 Case No. 09-50026 (REG) Jointly Administered

**JMJ FILMS, INC.**
**C/M NO. 14361.010**

Weil Gotshal & Manges LLP
*Attorneys for the Debtors*
767 Fifth Avenue
New York, New York   10153
**Attn:   Harvey R. Miller, Esq.
Stephen Karotkin, Esq., and
Joseph H. Smolinsky, Esq.**

General Motors Corporation
*Debtors*
300 Renaissance Center
Detroit, Michigan   48265

**Attn: Lawrence S. Buonomo, Esq.**

Cadwalader, Wickersham & Taft LLP
*Attorneys for the United States Department of the Treasury*
One World Financial Center
New York, New York   10281

**Attn: John J. Rapisardi, Esq.**

The United States Department of the Treasury
1500 Pennsylvania Avenue NW – Room 2312
Washington, DC  20220

**Attn:  Matthew Feldman, Esq.**

Vedder Price, P.C.
*Attorneys for Export Development Canada*
1633 Broadway – 47th Floor
New York, New York   10019

**Attn:   Michael J. Edelman, Esq., and
Michael L. Schein, Esq.**

Kramer Levin Naftalis & Frankel LLP
*Attorneys/Statutory Committee of Unsecured Creditors*
1177 Avenue of the Americas
New York, New York   10036
**Attn:   Kenneth H. Eckstein, Esq.; Thomas Moers Mayer, Esq.; Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.**

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW")
8000 East Jefferson Avenue
Detroit, Michigan 48214

**Attn:   Daniel W. Sherrick, Esq.**

Cleary Gottlieb Steen & Hamilton LLP
*Attorneys for the UAW*
One Liberty Plaza
New York, New York 10006

**Attn:   James L. Bromley, Esq.**

Cohen, Weiss and Simon LLP
*Attorneys for the UAW*
330 West 42nd Street
New York, New York   10036

**Attn: Babette Ceccotti, Esq.**

The Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street – 21st Floor
New York, New York  10004

**Attn:  Diana G. Adams, Esq.**

JMJ Films, Inc.
11 West 84th Street
New York, New York 10024

**Attn:   James L. Moskovitz**

Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue – 17th Floor
New York, New York 10019

**Attn:  Dwight Yellen, Esq.
           Robert M. Jaffe, Esq.**

The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street – Third Floor
New York, New York 10007

**Attn:  David S. Jones, Esq., and
           Matthew L. Schwartz, Esq.**