WHITE AND WILLIAMS, LLP
One Penn Plaza, Suite 4110
New York, NY  10119
Telephone:  (212) 631-4421
Karel S. Karpe, Esq.
and
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 657-9500
Lawrence M. Schwab, Esq. (*Admitted in Calif.*)
Patrick M. Costello, Esq. (*Admitted in Calif.*)
Thomas M. Gaa, Esq.  (*Admitted in Calif.*)
Kenneth T. Law, Esq. (*Admitted in Calif.*)

*Counsel to Cisco Systems, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>f/k/a General Motors Corp., *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

# WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF CISCO SYSTEMS, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND (II) CURE AMOUNTS RELATED THERETO

Cisco Systems, Inc., by and through its counsels White and Williams LLP and Bialson

Bergen & Schwab, hereby withdraws its Objection and Reservation of Rights to Notice of (i)

Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of

5448135v.1

Personal Property, and (ii) Cure Amounts Related Thereto (Docket No. 1183).

Dated: New York, New York
       July 17, 2009

                            WHITE AND WILLIAMS LLP

By:    /s/Karel S. Karpe
      Karel S. Karpe
      One Penn Plaza, Suite 4110
      New York, New York  10119
      and
      BIALSON, BERGEN & SCHWAB
      2600 El Camino Real, Suite 300
      Palo Alto, California 94306
      Lawrence M. Schwab, Esq. (*Admitted in Calif.*)
      Patrick M. Costello, Esq. (*Admitted in Calif.*)
      Thomas M. Gaa, Esq.  (*Admitted in Calif.*)
      Kenneth T. Law, Esq. (*Admitted in Calif.*)

*Attorneys for Cisco Systems, Inc.*

5448135v.1