UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

GENERAL MOTORS CORPORATION,

        Debtors.

---------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

## MOTION FOR ADMISSION, *PRO HAC VICE*

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRTUPCY JUDGE:

      David E. Schlackman, a member in good standing of the bar of the State of Michigan and the United States District Court for the Eastern District of Michigan and the Western District of Michigan, requests admission, *pro hac vice,* before this Court, to represent Scott Eisenberg, Court Appointed Receiver For The American Team, Inc. and certain other creditors of General Motors Corporation in the above-captioned jointly administered cases, and in any related adversary proceedings.

| | |
|---|---|
| His address is: | Carson Fischer, P.L.C. |
| | 4111 Andover Road |
| | West – 2nd Floor |
| | Bloomfield Hills, Michigan 48302 |
| Telephone: | (248) 644-4840 |
| Email address: | dschlackman@carsonfischer.com |

      David E. Schlackman agrees to pay the fee of $25.00 upon entry of an order admitting him to practice *pro hac vice*.

Dated: July 17, 2009

                                                            */s/ Patrick J. Kukla*
                                                          Patrick J. Kukla (P60465)

# EXHIBIT 1

***(Proposed Order)***

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

GENERAL MOTORS CORPORATION,

Debtors.
-----------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

**ORDER ADMITTING DAVID E. SCHLACKMAN
TO PRACTICE, *PRO HAC VICE***

IT IS HEREBY ORDERED that David E. Schlackman is admitted to practice, *pro hac vice,* in connection with the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, subject to payment of the required filing fee.

Dated:_____
    New York, New York

_____
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY COURT