# Exhibit "A"

Exhibit "A"

| | |
|---|---|
| **From:** | Donais, Gary |
| **To:** | Sandor, Ann; Cook, Steve |
| **Cc:** | Lee, Richard; Helm, Jeffrey; Broihan, Susan |
| **Subject:** | Assumption of XM Satellite Radio Agreements |
| **Date:** | Monday, June 22, 2009 2:33:10 PM |

Ann – I have touched base with the bankruptcy attorneys internally and they have indicated that there is nothing to provide that can be made public at this time with regard to lists of contracts that will be assumed by the new GM.

I can only repeat that it is the intent of GM to have New GM assume the XM contracts and relationship. I have personally seen a list of contracts to be assumed and XM is on it.