# Exhibit "B"

Exhibit "B"

| | |
|---|---|
| From: | Lee, Richard |
| To: | Sandor, Ann |
| Subject: | FW: XM |
| Date: | Wednesday, July 08, 2009 11:22:37 AM |
| Attachments: | 20090708 Sirius XM.xlsx |

Ann

Here is the schedule.

*Rick Lee*

Satellite Radio Services, OnStar, LLC
Mail Code 482-D24-B48
400 Renaissance Center
P.O. Box 400
Detroit, MI  48265-4000

Office: (313) 665-2807
Cell: (248) 515-0022

email: richard.lee@onstar.com


**From:** susanna.webber@gm.com [mailto:susanna.webber@gm.com]
**Sent:** Wednesday, July 08, 2009 10:56 AM
**To:** Lee, Richard; Buonomo, Lawrence
**Subject:** XM

Rick

Per our phone conversation a few moments ago - please find the contracts that have been noticed for assumption to XM Satellite.

Please do not hesitate to call if you have any questions.

Susanna

586 596 8558 mobile