**Exhibit "C"**

**Exhibit "C"**

| | |
|---|---|
| From: | Drucker, Seth A. |
| To: | Sandor, Ann |
| Cc: | Berger, Gail |
| Subject: | GM - XM Assumption Notices |
| Date: | Thursday, July 09, 2009 5:37:59 PM |
| Attachments: | XM Radio Assumption Letter.pdf |

Ms. Sandor,

Attached are copies of the assumption notices you requested. Please call with any questions.

Regards,

Seth

HONIGMAN
**Seth A. Drucker**
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Telephone Number: (313) 465-7626
Fax Number: (313) 465-7627
Cell Phone Number: (248) 521-0211
Sdrucker@Honigman.com
www.Honigman.com

************************************************************
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.
************************************************************
Confidential: This electronic message and all contents contain information from the law firm of Honigman Miller Schwartz and Cohn LLP which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately (313.465.7000) and destroy the original message and all copies.
************************************************************