# Exhibit "E"

# Exhibit "E"

| | |
|---|---|
| **From:** | veronica.tschirhart@gm.com on behalf of supplier_command_center@gm.com |
| **To:** | Sandor, Ann |
| **Subject:** | XM SATELLITE RADIO HOLDINGS INC / Issue ID# 2009.6929 |
| **Date:** | Tuesday, July 14, 2009 11:54:01 AM |
| **Attachments:** | Assumption Notice.pdf |

Hello Ms. Sandor,

Assumption Notice Resend Confirmation

If you have further questions regarding this information please contact the Supplier Information Line at 888-409-2328 or 586-947-3000 and reference your Issue ID.

Sincerely,

GM Command Center