**Exhibit "F"**

**Exhibit "F"**

Sirius XM Confidential Information                                                        Attorney-Client Privileged

# GENERAL MOTORS AGREEMENTS

| NO. | DATE | AGREEMENT TITLE | ON GM LIST? | CURE AMOUNT |
|---|---|---|---|---|
| 1. | May 21, 2009 | Letter Agreement re: Certified Vehicle Trial Program and Non-certified Vehicle Trial Program | Yes | |
| 2. | December 29, 2008 | Binding Terms of Amendment of Third Amended and Restated Distribution Agreement | | $4,626,779.00 |
| 3. | December 19, 2008 | GM Settlement Letter Agreement Q308 | | |
| 4. | December 15, 2008 | Letter Agreement re: Amendment to General Motors Model Year 2009 MY LINK Program | | $161,370.00 |
| 5. | September 30, 2008 | GM Settlement Letter Agreement Q208 | | |
| 6. | December 1, 2008 | Letter Agreement re: Ambassador Pilot Program | Yes | |
| 7. | September 9, 2008 | Letter Agreement re: Model Year 2009 Hybrid Truck NavTraffic Program (Tahoe and Yukon) | | $34,434.32 |
| 8. | September 9, 2008 | Letter Agreement re: Model Year 2009 MY LINK Program | | |
| 9. | July 18, 2008 | Letter Agreement re: Model Year 2009 NavTraffic Program and $5 Data Services Bounty | | |
| 10. | June 30, 2008 | GM Settlement Letter Agreement Q108 | | |
| 11. | April 1, 2008 | Summary of XM Allocation of Marketing Support Funds 2001-2008 | | |
| 12. | March 31, 2008 | GM Settlement Letter Agreement Q407 | | |
| 13. | February 6, 2008 | Third Agreement and Restated Distribution and Credit Agreement | Yes | $1,782,303.00 |
| 14. | December 28, 2007 | GM Settlement Letter Agreement Q307 | | |
| 15. | November 15, 2007 | Letter Agreement re: Continued Implementation of GM/XM Distribution Agreement Post-Merger | | |
| 16. | June 19, 2007 | Letter of understanding regarding implementation of the revenue share provisions of the Second Amended and Restated Distribution Agreement | | |
| 17. | January 18, 2007 | Letter Agreement re: Clarified payment terms for SPO (Dealer-installed) Radios | | |
| 18. | February 21, 2006 | Letter Agreement re: PCI Data Security Letter Standards | | |

LEGAL-#30970-v5-List_of_XM-_General_Motors_Contracts_to_be_Assumed.DOC

Sirius XM Confidential Information                                      Attorney-Client Privileged

| NO. | DATE | AGREEMENT TITLE | ON GM LIST? | CURE AMOUNT |
|---|---|---|---|---|
| 19. | May 24, 2005 | Letter Agreement re: Agreed Payment for SPO (Dealer-installed) Radios | | |
| 20. | May 24, 2005 | Letter of understanding regarding Saab-branded vehicles being treated as GM Vehicles and NavTraffic Trial | | |
| 21. | March 16, 2005 | Letter and Implementation Memorandum under the Second Amended and Restated Distribution Agreement | Yes | |
| 22. | July 28, 2004 | Data Sharing Agreement | Yes | |
| 23. | June 1, 2004 | Letter Agreement re: aspects of the implementation of the revenue share under the Second Amended and Restated Distribution Agreement | | |
| 24. | February 19, 2004 | Letter of understanding regarding revenue sharing for discounted Family Plan subscriptions | | |
| 25. | August 4, 2003 | Letter of understanding regarding revised pricing of the Multi Year Program | | |
| 26. | January 28, 2003 | GM/DirecTV Director Designation Agreement | | |
| 27. | May 3, 2000 | MOU among GM, Honda and XM re bandwidth allocation | | |

LEGAL-#30970-v5-List_of_XM-_General_Motors_Contracts_to_be_Assumed.DOC

Sirius XM Confidential Information

Attorney-Client Privileged

### GM Outstanding Pre-petition Invoices

| Customer Name | Program | Invoice Number | Invoice Date | Amount | Balance | |
|---|---|---|---|---|---|---|
| GM | Triple Play (Doc #3) | XM9050009 | 5/6/2009 | $2,059,271.00 | $2,059,271.00 | amount netted against June payment to GM |
| GM | Chargebacks (Doc #15) | XM9050008 | 5/6/2009 | $741,863.00 | $741,863.00 | amount netted against June payment to GM |
| GM | Infotainment – MyLink (Doc #6) | XM9050010 | 5/7/2009 | $58,806.00 | $58,806.00 | amount netted against June payment to GM |
| GM | Hybrid (Doc #9) | XM9050014 | 5/8/2009 | $15,669.92 | $15,669.92 | |
| GM | Total Confidence* | XM9050015 | 5/11/2009 | $151,506.90 | $151,506.90 | amount netted against June payment to GM |
| Total | | | | | $3,027,116.82 | |

Highlighted amounts are listed by GM as cure amounts.

*Agreement is no longer executory, but parties are acting as if it is.