Streusand & Landon, L.L.P.
515 Congress Street, Suite 2523
Austin, TX 78701
Telephone: (512)236-9901
Sabrina L. Streusand, Esq.

-AND-

Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, New York  10165-0150
Telephone:  (212) 661-3535
Stephen H. Gross, Esq.

Co-Counsel for Xerox Capital Services, LLC, as
Servicing agent for Xerox Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Case No., 09-50026 (REG)** |
| **GENERAL MOTORS CORP.,** *et al.* | **Chapter 11** |
| **Debtors.** | **Jointly Administered** |

**WITHDRAWAL OF XEROX CAPITAL SERVICES, LLC, AS SERVICING
AGENT FOR XEROX CORPORATION'S LIMITED OBJECTION TO NOTICE
OF (1) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL
<u>REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO</u>**

Xerox Capital Services, LLC, as Servicing Agent for Xerox Corporation, by its undersigned counsel, hereby withdraws its Limited Objection [Docket No. 691] to Notice of (1) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 274].

Dated:   July 17, 2009
         New York, NY

By:   /s/ Stephen H. Gross
Stephen H. Gross, Esq.
**Hodgson Russ LLP**
60 East 42nd Street, 37th Floor
New York, New York  10165-0150
Telephone:  (212) 661-3535
Facsimile:   (212) 972-1677
sgross@hodgsonruss.com

-and-

**Streusand & Landon LLP**
515 Congress Avenue,  Suite 2523
Austin, TX 78701
Telephone: (512)236-9901
Facsimile: (512) 236-9905
Sabrina L. Streusand, Esq.
streusand@streusandlandon.com

Co-counsel for Xerox Capital Services LLC,
as servicing agent for Xerox Corporation