UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

*In re*

GENERAL MOTORS CORP, *et al.*

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

Debtors.

------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

Robin Cipollaro, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Yonkers, New York.

On July 16, 009, I electronically filed the ***OBJECTION OF US/MONTANA BASED STILLWATER MINING COMPANY TO THE DEBTORS' MOTION TO REJECT ITS MINERAL SUPPLY CONTRACT IN FAVOR OR FOREIGN MINERAL SUPPLY CONTRACTS*** causing true and correct copies of same to be served via electronic delivery to any party receiving service through the Court's CM/ECF system and that on July 17, 2009 I served a true and correct copy of the ***OBJECTION OF US/MONTANA BASED STILLWATER MINING COMPANY TO THE DEBTORS' MOTION TO REJECT ITS MINERAL SUPPLY CONTRACT IN FAVOR OR FOREIGN MINERAL SUPPLY CONTRACTS*** via e-mail and/or facsimile, as specified below, to the following parties:

Attorneys for the Debtors (Via e-mail and fax)
Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky
767 Fifth Avenue
New York, NY 10153
Fax: (212) 310-8007
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.Smolinsky@weil.com

The U.S. Treasury (Via e-mail and fax)
Attn: Matthew Feldman, Esq. 1
500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Fax: (202) 622-6415
matthew.feldman @do.treas.gov

The Debtors (Via e-mail only)
c/o General Motors Corporation
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, Michigan 48265
lawrence.s.buonomo@gm.com

Attorneys for EDC (Via e-mail and fax)
Vedder Price, P.c.
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, NY 10019
Fax: (212) 407-7799
mjedelman@vedderprice.com

Attorneys for the Purchaser (Via e-mail and fax)
Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281
Fax: (212) 504-6666
john.rapisardi@cwt.com

The Attorneys for the Creditors Committee (Via e-mail and fax)
The UAW
Daniel W. Sherrick, Esq.
8000 East Jefferson Avenue
Detroit, Michigan 48214
Fax: (313) 823-6016
dsherrick@uaw.net

Attorneys for the UAW (Via e-mail and fax)
Cleary Gottlieb Steen & Hamilton LLP
Attn: James L Bromley, Esq.
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999
maofiling@cgsh.com

Attorneys for the UAW (Via e-mail and fax)
Cohen, Weiss and Simon LLP
Attn: Babette Ceccotti, Esq.
330 W. 42nd Street NewYork, NY 10036
Fax: (626) 473-8227
bceccotti@cwsny.com

The Office of the United States Trustee for the Southern District of New York (Via fax only)
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004
Fax: 212-668-2255

The U.S. Attorney's Office, Southern District of New York (Via e-mail and fax)
Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.
86 Chambers Street
Third Floor
New York, NY 10007
Fax: (212) 637-2750
matthew.schwartz@usdoj.gov

Kramer Levin Naftalis & Frankel LLP (Via e-mail and fax)
Attorneys/Statutory Committee of Unsecured Creditors
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq.,
Adam C. Rogoff, Esq. and Gordon Z. Novod, Esq.
Fax: (212) 715-8000
keckstein@kramerlevin.com
tmayer@kramerlevin.com
arogoff@kramerlevin.com
gnovod@kramerlevin.com

_____
Robin Cipollaro

Sworn to before me this 17th day of July, 2009

_____
NOTARY PUBLIC

Amy Hawk
Notary Public, State of New York

Qualified in New York County Commission Expires

Amy K. Hawk
Notary Public, State of New York
No. 01HA6192626
Qualified in Queens County
Commission Expires Sept. 2, 2012

000160/01261 Litigation 6884463v1