UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
GENERAL MOTORS CORP., *et al.*,                             :    09-50026 (REG)
                                                            :
                          Debtors.                          :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF GREGORY B. DENNY, ON BEHALF OF BUGBEE & CONKLE, LLP

STATE OF OHIO            )
                         ) ss:
COUNTY OF LUCAS          )

Gregory B. Denny, hereby declares, pursuant to section 1746 of title 28 of the United States Code:

1. I am a partner of Bugbee & Conkle, LLP , located at 405 Madison Avenue, Suite 1300, Toledo, Ohio 43604-1238 (the "**Firm**").

2. General Motors Corporation and certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases ( collectively, the "**Debtors**"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which my Firm is to be employed.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which my Firm is to be employed.

6. The Debtors owe the Firm $16,971.61 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7th, 2009.

BUGBEE & CONKLE, LLP

By: _____
Gregory B. Denny, Partner

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                           :      Chapter 11 Case No.
:
GENERAL MOTORS CORP., *et al.*,                 :      09-50026 (REG)
:
    Debtors.                                    :      (Jointly Administered)
:
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENERAL MOTORS CORPORATION OR ANY OF ITS DEBTOR SUBSIDIARIES (collectively, the "**Debtors**")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Russell B. Brooks

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

   1.   Name and address of firm:

        Bugbee & Conkle, LLP

        405 Madison Avenue, Suite 1300

        Toledo, Ohio 43604-1238


   2.   Date of retention:    Approximately 1958

3.  Brief description of services to be provided:

    Provide legal representation of debtor in all contested workers' compensation claims in the Industrial Commission and in Ohio trial and appellate courts.

4.  Arrangements for compensation (hourly, contingent, etc.):

    Hourly rate

    (a) Average hourly rate (if applicable):

    Attorneys hourly rates range from $155.00 to $205.00

    (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

    $20,000.00

5.  Prepetition claims against the Debtors held by the firm:

    Amount of claim:   $16,971.51

    Date claim arose:  Numerous invoices dated June 1, 2006 through May 20, 2009 for services rendered in various claims.

    Source of Claim:   Legal services in defending various workers' compensation claims through the administrative agency and in court

6.  Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: None

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

_____

_____

7. Stock of the Debtors currently held by the firm:

    Class of shares: <u>None</u>

    No. of shares: _____

8. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: <u>None</u>

    Status: _____

    _____

    Class of shares: _____

    No. of shares: _____

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    <u>None</u>

    _____

    _____

11. Name of individual completing this form:

    <u>Gregory B. Denny</u>

US\_ACTIVE:\43080354\01\43080354\_1.DOC\72240.0639    3