UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In re                                             :    Chapter 11
                                                  :
GENERAL MOTORS CORP., *et al.*,                   :    Case No. 09-50026 (REG)
                                                  :
              Debtors.                            :    (Jointly Administered)
                                                  :

------------------------------------------------------------- x

### LIMITED OBJECTION OF DTE DEFIANCE, LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

DTE Defiance, LLC ("Defiance"), by and through its counsel, Paul, Hastings,

Janofsky & Walker LLP, pursuant to the requirements of the Order Pursuant to Sections

105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006, (I)

Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase

Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored

Purchaser; (II) Scheduling Bid Deadline and Sale Hearing Date; (III) Establishing

Assumption and Assignment Procedures; and (IV) Fixing Notice Procedures and

Approving Form of Notice, dated June 2, 2009 [Docket No. 274] (the "Sale Procedures

Order") hereby submits this limited objection (the "Limited Objection") to the proposed

Cure Amount,[1] and to the proposed assumption and assignment of any of the Assumable

---

[1]    Capitalized terms used in this Limited Objection and not specifically identified herein have the meaning given those terms in the Sale Procedures Order.

Executory Contracts to which Defiance may be a party.  In support of this Limited

Objection, Defiance represents as follows:

### Statement

1.      Defiance and General Motors Corporation ("GM") are parties to a suite of

documents pursuant to which Defiance provides industrial support services to GM's

facility located in Defiance, Ohio ("GM's Defiance Plant").  The suite of documents form

a single, complicated, structured transaction involving, but not limited to, (a) Defiance (as

assignee of Defiance Energy, LLC) and GM entering into a Utility Services Agreement,

and a related amendment, governing the design, construction and provision of certain

industrial support services from a services facility at GM's Defiance Plant (the

"Facility"); (b) Defiance (as assignee of Defiance Energy, LLC) and GM entering into a

Project Site License Agreement (the "License Agreement"); and (c) Defiance (as assignee

of Defiance Energy, LLC) entering into a finance lease arrangement with Defiance

Statutory Trust (as assignee of PNC Leasing, LLC) ("Statutory Trust") pursuant to which

Statutory Trust, as lessor, leases certain machinery, equipment and other personal

property to Defiance, as lessee, and consisting of certain related documents, including,

but not limited to, a Three Party Agreement by and among Defiance, Statutory Trust and

GM (collectively, the "Defiance Financing Arrangements").[2]

---

[2]      This Limited Objection refers to the matters described in Paragraph 1 and related matters
collectively as the "Defiance Transaction."

2.    On July 9, 2009, Defiance received a "Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto" (the "Cure Notice"). Although the Cure Notice was dated June 15, 2009, because the Cure Notice was not received by Defiance until July 9, 2009, Defiance does not believe that this Limited Objection is out of time under the procedures set forth in the Sale Procedures Order.

3.    The Cure Notice advised Defiance "[y]ou are receiving this Notice because you are a party to one or more of the Assumable Executory Contracts" and directed Defiance to "a secure website which contains information about [Defiance's] Assumable Executory Contract, including amounts that the Debtors believe must be paid to cure all prepetition defaults . . ." The Contract Website for Defiance sets forth seven contracts – identified only by "Row ID" numbers and contract type – and the Contract Website provides a cure amount of $5,876.90.

4.    Defiance objects to the assumption and assignment of the Assumable Executory Contracts on the grounds that the Debtors have failed to provide adequate notice of the specific agreements that they intend to assume and assign, and therefore have not and cannot establish their ability to satisfy the conditions to assumption set forth in section 365(b) and 365(f)(2)(B) of the Bankruptcy Code. 11 U.S.C. §365(b) and 365(f)(2)(B). It is unclear based on the Contract Website which specific agreements Debtors intend to assume and assign, as Debtors are required to assume all of the

3

agreements related to the Defiance Transaction, including, without limitation, the

applicable Defiance Financing Arrangements.

5.    With respect to the Cure Amount set forth in the Cure Notice, Defiance

notes that the specified amount does not correspond with Defiance's records regarding

the amount of prepetition defaults currently remaining unpaid.

WHEREFORE, Defiance respectfully requests that the Court direct the Debtors

promptly to commence the resolution of the disputed designation and disputed Cure

Amount.


Dated:  July 17, 2009                      Respectfully submitted,
New York, New York

                                           ___/s/ Mary P. Miras_____
                                           Thomas L. Kent (TK-2935)
                                           Daniel B. Goldman (DG-4503)
                                           Mary P. Miras (MM-6279)
                                           PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                           Park Avenue Tower
                                           75 East 55th Street
                                           New York, New York 10022
                                           Telephone:  (212) 318-6000
                                           Facsimile:  (212) 318-4090
                                           Email:  thomaskent@paulhastings.com
                                                   dangoldman@ paulhastings.com
                                                   marymiras@paulhastings.com

                                                   -and-

                                           Richard A. Chesley (IL 6240877)
                                           Stephenie S. Park (IL 6297376)
                                           PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                           191 North Wacker Drive, 30th Floor
                                           Chicago, Illinois  60606
                                           Telephone:  (312) 499-6000
                                           Facsimile:  (312) 499-6100
                                           Email:   richardchesley@paulhastings.com
                                                    stepheniepark@paulhastings.com

                                           ATTORNEYS FOR DTE DEFIANCE, LLC