Christopher J. Battaglia, Esq.
Julie D. Dyas, Esq.
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO DEBTORS' SECOND
OMNIBUS MOTION PURSUANT TO 11 U.S.C. § 365 TO
REJECT CERTAIN EXECUTORY CONTRACTS**

Macquarie Equipment Finance, LLC ("Macquarie"), by its undersigned counsel, hereby withdraws its Limited Objection (the "Objection," Docket No. 3177) to the Debtors' Second Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts dated June 26 (the "Rejection Motion," Docket No. 2648), insofar as the Debtors have represented that they no longer intend to reject the Equipment Lease Contract with LRG Group, Inc., dated March 17, 2000 (Rejection Motion at Exhibit A, item #40, hereinafter, the "Master

{00074159.1 \ 0662-001}

Terms") at this time, and will remove the lease from the revised proposed Order associated with the Rejection Motion.

    Dated: New York, New York
    July 17, 2009

    HALPERIN BATTAGLIA RAICHT, LLP
    *Macquarie Equipment Finance, LLC*

    By:  /s/ *Julie D. Dyas*
        Christopher J. Battaglia, Esq.
        Julie D. Dyas, Esq.
        555 Madison Avenue, 9th Floor
        New York, New York 10022
        (212) 765-9100