Paul R. Hage *(pro hac vice)*
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Telephone: (248) 351-3000
Fax: (248) 351-3082
phage@jaffelaw.com
*Counsel for Project Management Services, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO CURE COST
FILED BY PROJECT MANAGEMENT SERVICES, INC.**

PLEASE TAKE NOTICE that Project Management Services, Inc. ("PMSI"), by its undersigned counsel, hereby withdraws its Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto [Doc. No. 1178] (the "Limited Objection").

Respectfully submitted by:

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
Counsel to Project Management Services
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
phage@jaffelaw.com

Dated: July 20, 2009.

1773694