STEPHEN C. TINGEY (Utah Bar no. 4424)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
  Telephone:  (801) 532-1500
  Facsimile:  (801) 532-7543
  e-mail:  stingey@rqn.com



UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 09-50026  REG |
|---|---|
| **MOTORS LIQUIDATION COMPANY,** (formerly General Motors Corporation), et al | (Chapter 11) Jointly Administered |
| Debtors. | |

### REQUEST FOR NOTICE

Stephen C. Tingey of the firm of Ray Quinney & Nebeker P.C. hereby requests to be placed upon the mailing matrix in the above-referenced case and receive notice on all future hearings, copies of all pleadings, and mailings therein.  Copies should be sent to the following:

Stephen C. Tingey
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385

DATED this __14__ day of July, 2009.

RAY QUINNEY & NEBEKER P.C.

_____
Stephen C. Tingey

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of July, 2009, a true and correct copy of the foregoing REQUEST FOR NOTICE was mailed via first class mail, postage prepaid, addressed to:

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Al Koch
AP Services, LLC
2000 Town Center, Suite 2400
Southfield, Michigan 48075

*/s/ Carrie Hurst*

1043001