UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                                :
**In re:**                                      :    Chapter 11
                                                :
    **GENERAL MOTORS CORP, et al.,**   :    Case No. 09-50026 (REG)
                                                :    Jointly Administered
           **Debtors.**           :
_____          :


**OBJECTION OF DUNN & BRADSTREET, INC.
TO PROPOSED CURE AMOUNT**

      This Objection to Proposed Cure Amount ("Objection") is submitted on behalf of Dunn & Bradstreet, Inc. ("D&B") regarding Debtors' proposed assumption of ten (10) executory contracts with D&B ("Assumed Contracts").

      On July 10, 2009, Debtors' filed on their contract notices website (www.contractnotices.com) their notice to assume the Assumed Contracts and set forth therein the "Total Contract Cure Amount" of $772,701.50. D&B's records demonstrate that the Proposed Cure Amount is incorrect and the actual cure amount is $2,311,808.90 ("Actual Cure Amount").

      D&B does not object to the assumption of the Assumed Contracts and objects only to the Proposed Cure Amount.

1

2

Wherefore, D&B, by its undersigned counsel, hereby requests that the Court order the Debtors to pay the Actual Cure Amount, to wit: $2,311,808.90.

Respectfully submitted,

SILLS CUMMIS & GROSS P.C.

By: */s/Charles N. Panzer*
Simon Kimmelman
Charles N. Panzer

650 College Road East
Princeton, New Jersey 08540
609-227-4600
Email: skimmelman@sillscummis.com

*Attorneys for Dunn & Bradstreet, Inc.*

Dated:  July 20, 2009