Stephen B. Foley, (P-27274)
Admitted Pro Hac Vice
Stephen B. Foley, P.C.
9900 Pelham Road
Taylor, MI  48180
(313) 295-2590
(313) 295-2597 Fax
sfoley@sbfpc.com

*Attorney for*
*T.V. Minority Company, Inc.,*
*and its wholly owned subsidiary,*
*Innovative Logistics Group, Inc.,*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
In re                                                              )    Chapter 11
                                                                       )    Case No. 09-50026 (REG)
**GENERAL MOTORS CORP., et. al.**         )    (Jointly Administered)
                                                                       )
    Debtors.                                             )
_____)

**NOTICE OF WITHDRAWAL BY T.V. MINORITY COMPANY, INC., AND**
**ITS WHOLLY OWNED SUBSIDIARY, INNOVATIVE LOGISTICS GROUP, INC.,**
**OF ITS LIMITED OBJECTION TO DEBTORS' PROPOSED CURE AMOUNT**

T.V. Minority Company, Inc., and its wholly owned subsidiary, Innovative Logistics Group, Inc., withdraws its Objection filed on June 12, 2009, (Doc #1122), to Debtors' Proposed Cure Amount and contract assumption/assignment for the purposes of resolving this dispute between the parties under the cure dispute resolution process also known as the Alternative Dispute Resolution Procedure ("ADR Procedure").

                              Respectfully submitted,

                              s/Stephen B. Foley
                              STEPHEN B. FOLEY, P.C.
                              9900 Pelham Road
                              Taylor, MI  48180
                              (313) 295-2590
                              sfoley@sbfpc.com
                              P-27274

Dated:  July 20, 2009