Thomas M. Kennedy
Susan M. Jennik
KENNEDY, JENNIK & MURRAY, P.C.
113 University Place, 7th Floor
New York, New York 10003
Tel: (212) 358-1500
Attorneys for IUE-CWA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re                                    :        Chapter 11 Case No.
                                         :
GENERAL MOTORS CORP., *et al.*,          :        09-50026 (REG)
                                         :
                             Debtors.    :        (Jointly Administered)

-----------------------------------------------------------X

## STATEMENT OF RECORD AND ISSUES ON APPEAL

In accordance with Bankruptcy Rule 8006, Appellant IUE-CWA hereby

designates the following designation of the items to be included in the record on appeal

and a statement of the following issues to be presented:

### STATEMENT OF APPELLATE ISSUES

1.     Was the Order (I) Authorizing Sale of Assets Pursuant to Amended and

Restated Master Sale and the Purchase Agreement with NGMCO, Inc., a

U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption and

Assignment of Certain Executory Contracts and Unexpired Leases in

Connection with the Sale; and (III) Granting Related Relief (the "Sale

Order") entered by the United States Bankruptcy Court for the Southern

District of New York (Judge Robert E. Gerber)(Docket No. 2968) ("the

Order") properly made?

2.    Did the Bankruptcy Court permit the Buyer and the Seller to act in bad faith by failing to require the Debtor to fulfill its obligations under Section 1114 of the Bankruptcy Code prior to entry of the Order?

3.    Did the Buyer and the Purchaser act in bad faith in connection with the transaction approved in the Order by deliberately choosing a form of transaction for the purpose of defeating the rights of IUE-CWA-represented retirees enjoyed under Section 1114 of the Bankruptcy Code?

## STATEMENT OF THE RECORD ON APPEAL

| Item | Bankr. Doc. No. | Description |
|---|---|---|
| 1 | 2582 | IUE-CWA's Evidence and Witness List for the Hearing to Consider Debtors' Asset Sale Motion |
| 2 | 2737 | IUE-CWA's Second Amended Evidence and Witness List (Exhibits 1-12 were handed to Court at hearing) |
| 3 | 2761 | Corrected Second Amended Evidence and Witness List of Creditor IUE-CWA |
| 4 | 2657 | Amended Evidence and Witness List of Debtor General Motors and Exhibits 1-16 |
| 5 | 2922 2926 2927 2928 | Transcript of GM Hearing, 6/30/2009 |
| 6 | 2929 2930 2931 2932 | Transcript of GM Hearing, 7/1/2009 |

| Item | Bankr. Doc. No. | Description |
|---|---|---|
| 7 | 2972<br>2973<br>2974 | Transcript of GM Hearing,<br>7/2/2009 |
| 8 | 2967 | Decision of Judge Gerber on<br>Debtors' Motion, dated 7/5/2009 |
| 9 | 3115 | The IUE-CWA Notice of Appeal,<br>dated 7/10/2009 |
| 10 | 2968 | Order signed 7/5/2009 |

Dated: New York, New York
July 17, 2009

Respectfully submitted,

KENNEDY, JENNIK & MURRAY, P.C.
Attorneys for IUE-CWA

By:    /s/ Thomas M. Kennedy
Thomas M. Kennedy
Susan M. Jennik
113 University Place
New York, NY  10003
(212) 358-1500