2000 M Street, N.W. 7th Floor    Tel 202.261.1000
Washington, D.C. 20036-3307    Fax 202.887.0336

## MANELLI DENISON & SELTER PLLC
ATTORNEYS

Before the United States Bankruptcy Court
For the Southern District of New York



-------------------------------------------------x
In the Matter of                            Chapter 11
GENERAL MOTORS CORP., et al.,               Case No. 09-50026
Debtors                                     (Jointly Administered)
-------------------------------------------------

### NOTICE OF WITHDRAWAL OF OBJECTIONS

**Docket Nos. 1109 and 1207**

PLEASE TAKE NOTE that Aisin AW Co., Ltd. and its affiliate AW Transmission Engineering U.S.A., Inc.[1] (collectively "Aisin AW") hereby withdraw their Objections to Debtors' Notice of Intent to Assume and Assign Certain Executory Contracts ("Objections"). Said Objections were filed with the Court on June 12, 2009. The Court subsequently assigned Docket Numbers 1109 and 1207 to the Objections. The reasons for the instant Notice of Withdrawal are the following:

On June 29, 2009 Aisin AW and General Motors Corporation ("GM"), by and between them, entered into stipulations to the effects that Objections only relate to the Cure Amount; that the Cure Amount dispute will be governed by separate Trade Agreements; and that Aisin AW will withdraw the Objections with prejudice, provided that the parties' rights, claims and interest regarding the Cure Amount will be reserved under separate agreement. On June 30, 2009 Aisin AW provided GM with the executed signature pages for the Stipulations. On July 14, 2009, however, counsel for Aisin AW was informed by counsel for GM that the signature pages had narrowly missed GM's internal deadline and that Aisin AW should, therefore, separately file their notice of withdrawal with the Court. Hence, the instant Notice.

Dated: July 17, 2009

/s/ Yoshihiro Saito
Yoshihiro Saito
ysaito@mdslaw.com
Counsel to Aisin AW Co., Ltd. and
AW Transmission Engineering U.S.A., Inc.

---

[1] In the Objections the company name was erroneously identified as "AW Engineering U.S.A., Inc." The correct name of the company is AW Transmission Engineering U.S.A., Inc.

1

## Certificate of Service

I, Yoshihiro Saito, hereby certify that the foregoing document was this 17th day of July served on the following parties by first-class mail, postage prepaid:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 480990-9025
Attn: Warren Command Center, Mail Code 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, N.Y. 10153
Attn: Harvey Miller, Esq.

U.S. Treasury
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, N.Y. 10281
Attn: John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, N.Y. 10036
Attn: Gordon Z. Novod

Vedder Price, P.C.
Export Development Canada
1633 Broadway, 47th Floor
New York, N.Y. 10019
Attn: Michael Edelman, Esq.

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, N.Y. 10004
Attn: Diana G. Adams, Esq.

Aspen Marketing Services, Inc.
c/o Winston & Strawn LLP
200 Park Avenue
New York, N.Y. 10166

Peter Backus
15609 Allnut Lane
Burtonsville, MD 20866

John A. Bicks
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, N.Y. 10020

Robert H. Brownlee
Thompson Coburn LLP
One U.S. Bank Plaza, Suite 2600
St. Louis, MO 63101

Todd A. Burgess
Greenberg Traulig LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85010

William H. Chambers
501 Cumberland Rd.
Tyler, TX 75703

Christopher Combest
Quarles & Brady
500 W. Madison Street, Suite 3700
Chicago, IL 60601

DW Griffith, Inc.
100 Phila Pike, Suite B
Wilmington, DE 19809

Deutsche Bank AG
c/o Bingham McCutchen LLP
399 Park Avenue
New York, N.Y. 10022

Robert H. Garreltson
Palmieri Tyler Wiener Wilhelm & Waldron
2603 Main Street, Suite 1300
Irvine, CA 92603

Christopher J. Giaimo
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339

Adrienne Coldner
2847 Lexinton Lane
Highland Park, IL 60035

Joseph P. Gromacki
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, N.Y. 10165

Adam Craig Harris
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, N.Y. 10022

Marshall Scott Huebner
Davis Polk & Wardwell
450 Lexington Avenue
New York, N.Y. 10017

Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas

4

New York, N.Y. 10019

LG Electronics USA, Inc.
c/o Winston & Strawn
200 Park Avenue
New York, N.Y. 10166

Bruce Linhart
89 Beatrice Avenue
West Islip, NY 11795

Neal S. Mann
New York State Attorney-General's Office
120 Broadway, 24th Floor
New York, N.Y. 10271

Brian Shoichi Masumoto
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, N.Y. 10004

Maxxis International USA
545 Old Peachtree Road
Suwanee, GA 30024-2944

Doris McGill
3733 Camry Ct.
Sebring, FL 33872-1443

Geraks L. Mills
Kroncke, D'arcangelo, Sutter & Furey
Aquarius West Building
2255 West Laskey Road
P.O. Box 5760
Toledo, OH 43613-5760

Steve Montgomery
Rawle & Henderson LLP
14 Wall Street
New York, N.Y. 10005

H. Christopher Mott
Gordon & Mott, P.C.
4695 N. Mesa Street

El Paso, TX 79912

Joseph O'Neal
Smith Reed LLP
1201 N. Market Street
Suite 1500
Wilmington, DE 19801
Christian M. Oelke
Scarborough McNeese O'Brien Kilkenny, PC
5410 SW Macadam Avenue
Suite #100
Portland, OR 97239-3824

Don V. Ploeger
P.O. Box 96
Austin, TX 78767-0096

Raufoss Automotive Components Canada
Porzio Bromberg & Newman PC
100 Southgate Parkway
Morristown, NJ 07962

J. Casey Roy
Texas Attorney-General's Office
Bankruptcy & Collection Division
P.O. Box 12548, MC-008
Austin, TX 78711-2548

SAS Institute, Inc.
100 SAS Campus Drive
Cary, NC 27513

Saturn of Hempstead, Inc.
c/o Robinson Brog et.al
1345 Ave. of the Americas, 31st Floor
New York, N.Y. 10105

Eric A. Schaffer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, N.Y. 10019

Stanley D. Smith
608 North 13th St.
Middletown, IN 47356
Leo St. Amour
1874 Burning Bush
Rochester Hills, MI 48309

Standard Electric Company
Corporate Office
2650 Trauntner Drive
P.O. Box 5289
Saginaw, MI 48603-0289

Matthew A. Swanson
Leonard Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Timco, LLC
2000 Town Center, Suite 2100
Southfield, MI 48075

Paul Traub
Epstein Becker & Green , P.C.
250 Park Avenue, 11th Floor
New York, N.Y. 10177-1211

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, N.Y. 10004

Annie Wells
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, N.Y. 10178

Thomas M. Wilson
Kelly & Ferraro, LLP
1300 E. Ninth Street, Suite 1901
Cleveland, OH 44114

_____
Yoshihiro Saito