DICONZA LAW, P.C.
630 Third Avenue, 7th Floor
New York, New York 10017
Gerard DiConza
Tel:  (212) 682-4940
Fax:  (212) 682-4942

*Bankruptcy Counsel for Analysts International Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
In re:                                                                                : Chapter 11
                                                                                          :
MOTORS LIQUIDATION CORP.                              : Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS CORP., *et al.*,            :
                                                                                          : (Jointly Administered)
                                                          Debtors.          :
-----------------------------------------------------------------------x

NOTICE OF WITHDRAWAL OF OBJECTION OF ANALYSTS INTERNATIONAL CORP. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

Analysts International Corp., by and through its bankruptcy counsel, DiConza Law, P.C., hereby withdraws the Objection of Analysts International Corp. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto dated June 12, 2009 (Docket No. 741).

Dated: New York, New York
      July 20, 2009

Respectfully Submitted,

DICONZA LAW, P.C.

By:   /s/ Gerard DiConza
       Gerard DiConza
       630 Third Avenue, 7th Floor
       New York, New York 10017
       Tel:  (212) 682-4940
       Fax:  (212) 682-4942
       Email:  gdiconza@dlawpc.com

Attorneys for Analysts International Corp.