DICONZA LAW, P.C.
630 Third Avenue, 7th Floor
New York, New York 10017
Gerard DiConza
Tel:  (212) 682-4940
Fax:  (212) 682-4942

*Bankruptcy Counsel for SCG Capital Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
In re:                                                                  :    Chapter 11
                                                                        :
MOTORS LIQUIDATION CORP.                                                :    Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS CORP., *et al.,*                                   :
                                                                        :    (Jointly Administered)
                                           Debtors.                     :
-----------------------------------------------------------------------x

NOTICE OF WITHDRAWAL OF OBJECTION OF SCG CAPITAL
CORPORATION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND
ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF
PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

SCG Capital Corporation ("**SCG**"), by and through its bankruptcy counsel, DiConza Law, P.C., hereby withdraws the Objection of SCG Capital Corporation to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "**Objection**") dated June 12, 2009 (Docket No. 739).  SCG and the Debtors have agreed that SCG's Objection relates to the cure amount only and that the resolution of its cure amount shall be governed by the Cure Dispute Resolution Process.  SCG continues to reserve all of its rights with respect to all of its cure amounts, including any amounts with respect to agreements not contemplated under the cure notice described in the Objection.

Dated: New York, New York
      July 20, 2009                               Respectfully Submitted,

                                                        DICONZA LAW, P.C.

                                   By:    /s/ Gerard DiConza
                                               Gerard DiConza
                                               630 Third Avenue, 7th Floor
                                               New York, New York 10017
                                               Tel:  (212) 682-4940
                                               Fax:  (212) 682-4942
                                               Email:  gdiconza@dlawpc.com

                                               Attorneys for SCG Capital Corporation