CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, ) | (Jointly Administered) |
| et al., f/k/a GENERAL MOTORS CORP, ) | |
| *et al.*, ) | |
| ) | |
| Debtors. ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF MENLO LOGISTICS,
INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY,
AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND (II) CURE AMOUNTS RELATED THERETO**

The Debtors and Menlo Logistics, Inc. ("Menlo") having agreed that: (a) the *Limited Objection of Menlo Logistics, Inc. to Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Objection") [Docket No. 798] relates to the Cure Amount only; (b) resolution of the Cure Amount shall be governed by the Cure Dispute Resolution Process described in the Trade Agreement; and, (c) Menlo's right is reserved to file an objection, on any basis, with respect to the assumption and assignment

5940947.4 14775/129330

of executory contracts to Purchaser on the Closing Date identified in a Cure Notice dated after June 5, 2009, Menlo hereby withdraws the Objection.

Dated: July 20, 2009

Respectfully submitted,

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (Mich. Bar No. P48627)
Peter A. Jackson (Mich. Bar No. P35528)
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(313) 965-8572
rgordon@clarkhill.com

Counsel to Menlo Logistics, Inc.

5940947.4 14775/129330