UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                        :
In re:                                                  :
                                                        :       Chapter 11
MOTORS LIQUIDATION COMPANY, *et al.*                    :       Case No. 09-50026
                                                        :
         Debtors.                                       :       (Jointly Administered)
-------------------------------------------------------x        Robert E. Gerber

## **APPLICATION BY RICHARD KRUGER FOR ADMISSION PRO HAC VICE**

       I, Richard Kruger, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent BMW Group, a creditor in the above referenced jointly administered chapter 11 proceeding.

    My address is: 27777 Franklin Road, Suite 2500, Southfield, MI 48034-8214

    My e-mail address is: rkruger@jaffelaw.com; and

    My telephone number is: 248-351-3000.

    I agree to pay the fee of $25.00 upon the filing of this Application with the Court.

Dated: July 20, 2009          /s/ Richard Kruger
                                  Richard Kruger (MI – P57142)
                                  Jaffe, Raitt, Heuer & Weiss, P.C.
                                  27777 Franklin Road, Suite 2500
                                  Southfield, MI 48034
                                  Tel. No.: (248) 351-3000
                                  Fax No.: (248) 351-3082
                                  Email: rkruger@jaffelaw.com

## **ORDER**

    ORDERED, that Richard Kruger is admitted to practice, pro hac vice, in the above referenced case, in the United State Bankruptcy Court, Southern District of New York, provided that the filing has been paid.

Dated: _____                                                          _____
                                                                         United States Bankruptcy Judge

1760622.01