Eugene J. Chikowski (PA Bar No. 49740)
FLASTER/GREENBERG P.C.
Four Penn Center, 2nd Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone: (215) 279-9382
Facsimile: (215) 279-9394
Attorneys for American Express Travel
Related Services Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP, *et al.* | Case No. 09-50026 (REG) |
| Debtors. | |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Eugene J. Chikowski, a member in good standing of the bar in the Commonwealth of Pennsylvania and the bar of the United States District Court for the Eastern District of Pennsylvania, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent American Express Travel Related Services Company, Inc. in the above referenced case.

Mailing address: Four Penn Center, 1600 John F. Kennedy Blvd., 2nd Floor, Philadelphia, PA 19103;

E-mail address: eugene.chikowski@flastergreenberg.com; Telephone number: (215) 279-9382.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

FLASTER/GREENBERG P.C.

Dated: July 20, 2009

*/s/ Eugene J. Chikowski*
Eugene J. Chikowski
Four Penn Center
1600 John F. Kennedy Blvd., 2nd Floor
Philadelphia, PA 19103

Attorneys for American Express Travel
Related Services Company, Inc.