Eugene J. Chikowski (PA Bar No. 49740)
FLASTER/GREENBERG P.C.
Four Penn Center, 2nd Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone: (215) 279-9382
Facsimile:  (215) 279-9394
Attorneys for American Express Travel
Related Services Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

IT IS HEREBY ORDERED that, Eugene J. Chikowski, Esquire is admitted to practice, *pro hac vice*, in the above captioned case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2009
    New York, New York

                                            _____
                                            THE HONORABLE ROBERT E. GERBER
                                            UNITED STATES BANKRUPTCY JUDGE