Greg T. Kupniewski (PA Bar No. 89872)
FLASTER/GREENBERG P.C.
Four Penn Center, 2nd Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone: (215) 279-9382
Facsimile: (215) 279-9394
Attorneys for American Express Travel
Related Services Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP, *et al.* | Case No. 09-50026 (REG) |
| Debtors. | |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Greg T. Kupniewski, a member in good standing of the bar in the Commonwealth of Pennsylvania and the bar in the State of New Jersey, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent American Express Travel Related Services Company, Inc. in the above referenced case.

Mailing address: Four Penn Center, 1600 John F. Kennedy Blvd., 2nd Floor, Philadelphia, PA 19103;

E-mail address: greg.kupniewski@flastergreenberg.com; Telephone number: (215) 279-9907. The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

FLASTER/GREENBERG P.C.

Dated: July 20, 2009

*/s/ Greg T. Kupniewski*
Greg T. Kupniewski
Four Penn Center
1600 John F. Kennedy Blvd., 2nd Floor
Philadelphia, PA 19103

Attorneys for American Express Travel
Related Services Company, Inc.