UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
<u>In</u> <u>re</u>                                                    :        Chapter 11 Case No.
:
**GENERAL MOTORS CORP., <u>et</u> <u>al.</u>,**                :        09 - 50026 (REG)
:
**Debtors.**                                         :        (Jointly Administered)
:
:
------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

 I, Mary P. Miras, hereby certify that on July 17, 2009, I caused to be served a true and correct copy of the following upon the parties listed on Exhibit A annexed hereto by the methods indicated therein and the parties listed on Exhibit B hereto by electronic mail:

  Limited Objection of DTE  Defiance, LLC to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

Dated: New York, New York
  July 21, 2009

       By: <u>/s/   Mary P. Miras    </u>
        Mary P. Miras

## Exhibit A

**UPS Overnight**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andrew D. Velez-Rivera

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Gordon Z. Novod, Esq.

**Exhibit B**

Label Matrix for local noticing
0208-1
Case 09-50026-reg
Southern District of New York
Manhattan
Mon Jun 15 16:15:16 EDT 2009

ATC Drivetrain, Inc.
1400 Opus Place
Suite 600
Downers Grove, IL 60515-5707

AVL Instrumentation & Test Systems, Inc.
47519 Halyard Drive
Plymouth, MI 48170-2438

AVL Michigan Holding Corporation
47519 Halyard Drive
Plymouth, MI 48170-2438

Advics North America, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

Affinia Group, Inc./Wix Filtration Corp.
W. David Arnold, Robison, Curphey
Four Seagate, Ninth Floor
Toledo,OH

Affinion Loyalty Group, Inc.
c/o Shawn R. Fox
McGuireWoods LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105-0005

Aisin Holdings of America, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

Albar Industries, Inc.
c/o Schwartz, Lichtenberg LLP
420 Lexington Avenue
Suite 2400
New York, NY 10170-2499

Alcoa Inc.
c/o Mark E. Freedlander
McGuireWoods LLP
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222-3110

Alpine Electronics of America, Inc.
19145 Gramercy Place
Torrance, CA 90501-1162

Applied Manufacturing Technologies
219 Kay Industrial
Orion, MI 48359-2403

Arlington ISD
c/o Perdue Brandon Fielder, et al.
PO Box 13430
Arlington, Tx 76094-0430

Aspen Marketing Services, Inc.
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-0005

Auto Craft Tool & Die Co Inc
1800 Fruit Street
Algonac, MI 48001-4503

Autoport Limited
c/o Hiscock & Barclay
300 S. State St.
Syracuse, NY 13202-2024

BASF Corporation
Schafer and Weiner, PLLC
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304-5124

BP Canada Energy Marketing Corp. and BP Ener

Barnes Group Inc.
Reid and Riege, P.C.
c/o Carol A. Felicetta, Esq.
195 Church St.
15th Floor
New Haven, CT 06510-2009

Benteler Automotive Corp.
1780 Pond Run
Auburn Hills, MI 48326-2752

Board of Regents of The University of Michig
c/o Debra A. Kowich
Office of the VP & Gen. Counsel
503 Thompson St., Rm. 5010
Ann Arbor, MI 48109-1340 U.S.A.

Bob Hastings Buick-GMC, Inc.
Attention: David P. Stoetze
800 Panorama Trail South
Rochester, NY 14625-2310

Bowman & Brooke, LLP
c/o Timothy D. Moratzka
1400 AT&T Tower
901 Marquette Ave
Minneapolis, MN 55402-3205

Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94945-2469

Burke E. Porter Machinery Co.
730 Plymouth N.E.
Grand Rapids, MI 49505-6034

CDI Corporation
CDI Corporation
c/o Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-7397

CIE Celaya, S.A. de C.V.
Schafer and Weiner, PLLC
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304-5124

CIE Inyectametal, S.A.
c/o Schafer and Weiner, PLLC
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304-5124

CNI Enterprises, Inc.
1451 E. Lincoln
Madison Heights, MI 48071-4136

CSX Transportation, Inc.
c/o John H. Maddock III
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4063

Cameron County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428

Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152-0002

Cellco Partnership d/b/a Verizon Wireless on

City of Lansing
c/o G. Alan Wallace
124 West Allegan, Suite 1000
Lansing, MI 48933-1716

Compagnie De Saint-Gobain
c/o Elizabeth A. Haas, Esq.
254 So. Main Street
Suite 210
New City, NY 10956-3363

Controles Electromecanicos de Mexico S.A. de

D&J Automotive, LLC
c/o Johnson, Hearn, Vinegar, Gee & Glass
P.O. Box 1776
Raleigh, NC 27602-1776

DeMaria Building Company
45500 Grand River Avenue
P.O. Box 8018
Novi, MI 48376-8018

Dell Financial Services L.L.C.
c/o Hodgson Russ LLP
Attn: Stephen H. Gross, Esq.
60 E. 42nd Street, 37th Floor
New York, NY 10165-3700

Dickinson Wright PLLC
c/o James A. Plemmons
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

Canadian National Railway Company
c/o Hiscock & Barclay LLP
300 S. State Street
Syracuse, NY 13202-2024

Carrollton Farmers Branch Independent School
Law Office of Robert E. Luna, P.C.
c/o Andrea Sheehan
4411 North Central Expressway
Dallas, TX 75205-4210

Charles Clark Chevrolet Co.
c/o Robert L. Barrows
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, TX 78215-1517

Co-Counsel for Fujiwa Machinery Industry (Ku

Computer Sciences Corporation
c/o Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

Convention & Show Services, Inc.
1250 John A. Papalas
Lincoln Park, MI 48146-1356

DW Griffith Inc
100 Phila Pike
Suite B
Wilm, DE 19809-3180

Dealer Services Group, a Division of ADP, In
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815

Dow Chemical Canada ULC

Capgemini America, Inc.
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-0005

Cassens Transport Company
c/o Geoffrey L. Silverman, Esq.
c/o Karin F. Avery, Esq.
Silverman & Morris, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, MI 48322-3657

City of Harlingen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

Commercial Contracting Corporation
c/o Bruce J. Lazar
39395 W. Twelve Mile Road
Suite 200
Farmington Hills, MI 48331-2968

Continental Tire North America, Inc.
c/o John T. Gregg, Esq.
Barnes & Thornburg LLP
171 Monroe Avenue, NW
Suite 1000
Grand Rapids, MI 49503-2694

Custom Automotive Services, Inc.
5545 Bridgewood
Sterling Heights, MI 48310-2219

Dallas County
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201-2644

Dealer Tire, LLC.
3711 Chester Avenue
Cleveland, OH 44114-4623

Deutsche Bank AG
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

Eaton Corporation
1111 Superior Avenue
Cleveland, OH 44114-2535

Electronic Data Systems
c/o Jennifer L. Nassiri
DLA PIPER LLP (US)
550 S. Hope Street, #2300
Los Angeles, CA 90071-2678

Enprotech Mechanical Services, Inc.
c/o John L. Head
2200 Olds Avenue
Lansing, MI 48915-1099

Export Development Canada
151 O'Connor Street
OttawaK1A1K3 Canada

FATA Automation, Inc.
c/o Geoffrey L. Silverman, Esq.
c/o Karin F. Avery, Esq.
Silverman & Morris, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, MI 48322-3657

Factory Motor Parts Company
1380 Corporate Center Curve
Eagan, MN 55121-1200

Federal Express Corporation
Legal Department
3620 Hacks Cross Road
Building B--2nd Floor
Memphis, TN 38125-8800

Fiat S.P.A.
43900 Grand River Avenue
Novi, MI 48375-1117 US

Fleet-Car Lease, Inc.
P.O. Box 250
Commerce City, CO 80037-0250

Flex-N-Gate Corporation
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap, Esq.
3600 Renaissance Center
Detroit, mi 48243

G-Tech Professional Staffing, Inc.
c/o David A. Lerner
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304-5096

General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-3000

General Motors National Retiree Association,
c/o Stahl Cowen
55 West Monroe St., Suite 1200
Chicago, IL 60603-5127

General Motors Retiree Association
Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94104-3159

George P. Johnson Company
3600 Giddings Road
Auburn Hills, MI 48326-1515

Gestamp Alabama, LLC
c/o Burr & Forman LLP
420 N 20th Street
Ste 3400
Birmingham, AL 35203-5210

Gestamp Mason, LLC
c/o Burr & Forman LLP
420 N 20th Street
Ste 3400
Birmingham, AL 35203-5210

Gestamp Mexico
c/o Burr & Forman LLP
420 N 20th Street
Ste 3400
Birmingham, AL 35203-5210

Harco Manufacturing Group LLC
3535 Kettering Boulevard
Moraine, OH 45439-2014

Harlingen CISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428

Harman Becker Automotive Systems, Inc.
39001 West Twelve Mile Road
Farmington Hills, MI 48331-2912

Hewlett-Packard Company
c/o Jennifer L. Nassiri
DLA Piper LLP (US)
550 S. Hope Street #2300
Los Angeles, CA 90071-2678

Hewlett-Packard Financial Services Company
c/o Jennifer L. Nassiri
DLA Piper LLP (US)
550 S. Hope Street, #2300
Los Angeles, CA 90071-2678

Hilite Industries, Inc.
c/o Benesch Friedlander Coplan & Aronoff
200 Public Square, Suite 2300
Cleveland, OH 44114-2309

Hirata Corporation of America
c/o Barnes & Thornburg LLP
Attn: Mark R. Owens, Esq.
11 S. Meridian Street
Indianapolis, IN 46204-3535

Hirotec America
c/o Schafer and Weiner, PLLC
40650 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

ICM Systems, LLC
c/o Mark H. Shapiro, Esq.
Steinberg Shapiro & Clark
24901 Northwestern Hwy.
Suite 611
Southfield, MI 48075-2210

IUE-CWA, AFL-CIO
IUE-CWA
2701 Dryden Road
Dayton, OH 45439-1684

Industry Canada
c/o Mckenna Long & Aldridge
230 Park Avenue
Suite 1700
New York, NY 10169-0005

Ingersoll Production Systems, LLC
c/o Mark H. Shapiro, Esq.
Steinberg Shapiro & Clark
24901 Northwestern Highway
Suite 611
Southfield, MI 48075-2210

International Automotive Component Group Nor
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-0005

International Union of Operating Engineers (
c/o Barbara S. Mehlsack, Esq.
Gorlick, Kravitz & Listhaus, P.C.
17 State Street
4th Floor
New York, NY 10004-1519

International Union, United Automobile, Aero
8000 E. Jefferson Avenue
Detroit, MI 48214-3963

Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110-1610

JAC Products, Inc.
c/o Jeffrey C. Hampton, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2128

Jim Barnard Chevrolet, Inc
Attention: Allyn Barnard, President
7107 Buffalo Road
Churchville, NY 14428

John E. Green Company
c/o Kenneth A. Flaska
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Avenue
Suite 200
Bloomfield Hills, Mi 48304-5103

Johnson Controls, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

Johnson Matthey Corporation
c/o Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801-1611

Johnson Matthey Testing and Development and

KONE, Inc. and KONE Elevators
Riker Danzig Scherer Hyland & Perretti L
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07960-6838

Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Kelley & Ferraro LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114-1217

Knapp Chevrolet
c/o Robert L. Barrows
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, TX 78215-1517

Koch Enterprises, Inc.
c/o Michael K. McCrory
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535

L&W Engineering Co.
c/o Sean M. Walsh, Esq.
Giarmarco, Mullins & Horton, P.C.
101 W. Big Beaver Road
10th Floor
Troy, MI 48084-5280

LG Electronics USA, Inc.
c/o Winston & Strawn
200 Park Avenue
New York, NY 10166-0005

Lansing Board of Water & Light
730 E. Hazel Street
P.O. Box 13007
Lansing, MI 48901-3007

Lawrence Marshall Chevrolet II, LLC
c/o William T. Green, III
11 Greenway Plaza, Suite 2820
Houston, Tx 77046-1114

Lewisville Independent School District
Law Office of Robert. E. Luna, P.C.
c/o Andrea Sheehan
4411 North Central Expressway
Dallas, TX 75205-4210

Local Texas Taxing Authorities
c/o Michael Reed
PO Box 1269
Round Rock, TX 78680-1269

Logistics Insight Corp. (LINC)
c/o Michael A. Nedelman, Esq.
28580 Orchard Lake Road
Suite 140
Farmingotn Hills, MI 48334-2988

MAGNETI MARELLI POWERTRAIN USA LLC, MAGNETI
c/o Kenneth A. Flaska
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Avenue
Suite 200
Bloomfield Hills, MI 48304-5103

MICO Industries
1425 Burlingame Ave.
Wyoming, MI 49509-1059

Magna International Inc.
c/o Dawn R. Copley
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

Mariah Industries
13125 E. Eight Mile
Warren, MI 48089-3276

Maxxis International USA
545 Old Peachtree Road
Suwanee, GA 30024-2935

Michelin Tire Corp.
c/o George B. Cauthen
Nelson Mullins Riley & Scarborough, LLP
PO Box 11070
Columbia, SC 29211-1070

Michigan Department of Energy, Labor & Econo
3024 W. Grand Blvd., Suite 11-500
Detroit, MI 48202-6024

Michigan Department of Environmental Quality
Michigan Department of Attorney General
PO Box 30755
Lansing, MI 48909-8255

Michigan Funds Administration
7201 W Saginaw Hwy
Ste 110
Lansing, MI 48917-1127

Michigan Workers' Compensation Agency
P.O. Box 30736
Lansing, MI 48909-8236

Microsoft Corporation and Microsoft Licensin
c/o Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065

Midway Products Group, Inc.
c/o Jerry M. Ellis
39395 W. Twelve Mile Road
Suite 200
Farmington Hills, MI 48331-2968

Mike Barnard Chevrolet-Cadillac-Buick-Pontia
Attention: Michael E. Barnard, Presiden
616 Thayer Road
Fairport, NY 14450-9519

Missouri Department of Revenue
Steven A. Ginther
PO Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105-0475

Moody's Investors Service
c/o Satterlee Stephens Burke & Burke LLP
230 Park Avenue
Suite 1130
New York, NY 10169-1199

Motley Rice LLC
28 Bridgeside Blvd
P.O. Box 1792
Mt. Pleasant, SC 29465-1792

NS - 1500 Marquette MS, L.L.C.

NS - 200 Cabot of PA., L.L.C.

NS - 2200 Willis Miller WI, L.L.C.

NS - 608 Caperton WV, L.L.C.

New York State Department of Taxation And Fi

Nicor Gas

Niles America Wintech
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

NovoDynamics, Inc.
c/o Pepper Hamilton, LLP
Attn: Dennis S. Kayes, Esq.
100 Renaissance Center
36th floor
Detroit, MI 48243-1101

Nueces County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428

Nugar S.A. de C.V.
Schafer and Weiner, PLLC
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304-5124

Ohio Attorney General
Environmental Enforcement
30 E. Broad Street
25th Floor
Columbus, OH 43215-3414

Oracle USA, Inc.
c/o Day Pitney LLP
7 Times Square
Attn: Amish R. Doshi, Esq.
New York, NY 10036-6524

Osram Sylvania Products, Inc.
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap, Esq.
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157

Paddock Chevrolet, Inc.
Attn: Duane R. Paddock, President
3232 Delaware Avenue
Kenmore, NY 14217-1798

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4025

Phillip Morris Capital Corporation
c/o Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3506

Phillips Lytle LLP
3400 HSBC Center
Buffalo, NY 14203-2887

Pilkington North America, Inc.
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap, Esq.
3600 Renaissance Center
Detroit, MI 48243

Pintura Estampado y Montaje, SA de CV
Schafer and Weiner, PLLC
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304-5124

Pintura y Ensambles de Mexico, SA de CV
Schafer and Weiner
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304-5124

Pridgeon & Clay, Inc.
c/o Miller Johnson
PO Box 306
Grand Rapids, MI 49501-0306

Raufoss Automotive Components Canada
Porzio Bromberg & Newman PC
100 Southgate Parkway
Morristown, NJ 07960-6465

Raycom Media, Inc.
c/o Borges & Associates, LLC
575 Underhill Blvd
Suite 118
Syosset, NY 11791-3438

Reliable Carriers, Inc.
41555 Koppernick
Canton, MI 48187-2415

Remy Inc.
c/o Greenberg Traurig, LLP
2375 E. Camelback, Suite 700
Phoenix, AZ 85016-9000

Remy International, Inc.
c/o Greenberg Traurig, LLP
2375 E. Camelback, Suite 700
Phoenix, AZ 85016-9000

Remy Power Products, LLC
c/o Greenberg Traurig, LLP
2375 E. Camelback, Suite 700
Phoenix, AZ 85016-9000

Rhythm North America
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

River Oaks L-M, Inc. dba Westpoint
11666 Old Katy Rd
Houston, TX 77043-4507

Royal Bank of Scotland plc

Rudolph Chevrolet, LLC
c/o H. Christopher Mott
4695 N. Mesa St.
El Paso, TX 79912-6150

SAS Institute Inc.
100 SAS Campus Drive
Cary, NC 27513-8617

SCI, Ltd
c/o Arthur J. Spector
Berger Singerman, P.A.
350 East Las Olas Boulevard
10th Floor
Fort Lauderdale, FL 33301-4211

SPS Technologies, LLC
156 Township Line Road
2 Pitcairn Place, Suite 200
Jenkintown, PA 19046

Sabo Industria e Comercio de Autopecas Ltda.
c/o MIchael C. Hammer, Esq.
Dickinson Wright PLLC
500 Woodward Ave.
Suite 4000
Detroit, MI 48226-5403

Sabo USA, Inc.
c/o Michael C. Hammer, Esq.
Dickinson Wright PLLC
500 Woodward Ave.
Suite 4000
Detroit, MI 48226-5403

Salas Automotive Group, Inc.
13742 Poway Road
Poway, CA 92064-4706

San Benito CISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760-7428

Sap America, Inc.
Brown and Connery, LLP
Att: Kenneth J. Schweiker, Jr., Esquire
6 N. Broad Street, Suite 100
Woodbury, NJ 08096-4635

Satterlund Supply Company
Stark Reagan
1111 West Long Lake Road, Suite 202
Troy, MI 48098-6310

Saturn of Hempstead, Inc.
c/o Robinson Brog et. al
1345 Avenue of the Americas
31st floor
New York, NY 10105-0302

Saturn of Rochester, Inc
Attention: David P. Stoetzel
770 Panorama Trail South
PO Box 25427
Rochester, NY 14625-0427

Schneider National, Inc., Schneider National
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2128

Serrra Chevrolet of Birmingham, Inc.
Post Office Box 59120
Birmingham, Al 35259-9120

Shanghai Automotive Industry Corporation (Gr
Shanghai Automotive Industry Corporation
c/o Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-7397

Sharp Model, Inc.

Sierra Mountain Express, Inc.
c/o Pinnacle Law Group LLP
425 California Street, #1800
San Francisco, CA 94104-2203

Sierra Pacific Power Company
c/o Eric T. Ray
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201-0306

Sika Corporation
201 Polito Avenue
Lyndhurst, NJ 07071-3601

Sonic Automotive, Inc.
c/o Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830-6644

Specialty Engine Components, LLC
c/o Richard W. Martinez, APLC
228 St. Charles Ave., Suite 1310
New Orleans, LA 70130-2644

Standard Electric Company
Corporate Office
2650 Trauntner Drive
P.O. Box 5289
Saginaw, MI 48603-0289

State of Missouri
Missouri Attorney General's Office
Jeff Klusmeier
PO Box 899
Jefferson City, MO 65102-0899

Sumitomo Electric Wiring Systems, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

Superior Acquisition, Inc. d/b/a Superior El
Seyburn, Kahn, Ginn et al
2000 Town Center
Suite 1500
Southfield, MI 48075-1148

TGI Direct, Inc.
c/o Michael C. Hammer, Esq.
Dickinson Wright PLLC
500 Woodward Ave.
Suite 4000
Detroit, MI 48226-5403

TRW Automotive U.S. LLC
12001 Tech Center Drive
Livonia, MI 48150-2122

Tarrant County
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2644

Team Chevrolet, Inc.
attn: Thomas Steigerwald
Route 16
Olean, NY 14760

Tecta America Corp.
c/o Christopher Combest
Quarles & Brady LLP
300 North LaSalle Street
Suite 4000
Chicago, IL 60654

Tennessee Board of Regents-Columbia State Co
Tennessee Attorney General's Office
c/o Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

Tennessee Department of Revenue
c/o Tennessee Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

Texas Comptroller of Public Accounts
Mark Browning
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX 78711-2548

The Garden City Group, Inc.
Attn: Karen Shaer
105 Maxess Road
Melville, NY 11747-3827

The Interpublic Group Of Companies, Inc. and

The Lender Group
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

The McClatchy Company
Felderstein Fitzgerald et al
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

The Schaefer Group, Inc.
c/o Hiscock & Barclay, LLP
One Park Place
300 South State Street
Syracuse, NY 13202-2024

The Scharine Group
N4213 Scharine Rd
Whitewater, WI 53190

The State of Texas on Behalf of The Texas De
c/o The Texas Attorney General's Of
Bankruptcy & Collections Division
P. O. Box 12548, MC-008
Austin, TX 78711-2548

The Valley Cadillac Corporation
attn: Edward T. Meagher, Jr.
3100 Winton Road South
Rochester, NY 14623-2986

Timco, LLC
2000 Town Center
Suite 2100
Southfield, MI 48075-1130

Tipotex Chevrolet, Inc.
c/o Robert L. Barrows
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, TX 78215-1517

Toyota Tsusho Canada, Inc.

Tran.Tek Automation Corp.
2470 N. Aero Park Court
Traverse City, MI 49686-9262

Trans - Matic
300 East 48th Street
Holland, MI 49423-5391

U.S. Bank National Association
111 huntington avenue
Boston, MA 02199-7610

U.S. Bank Trust National Association
111 huntington ave
Boston, MA 02199-7610

USF Holland, Inc.

Ultralife Corporation
attn: Thomas Rall, Esq.
2000 Technology Parkway
Newark, NY 14513-2175

United REMC

United Steelworkers

Unofficial Committee of Family & Dissident G
Patton Boggs LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036-2603

Urban Science Applications, Inc.
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap, Esq.
3600 Renaissance Center
Detroit, MI 48243

Vector Informatik GmbH

Visteon Corporation
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, MI 48104-2283

Windsor Mold Inc.
444 Hanna Street East
Windsor, ON N8X 2N4 Canada

Yeaton Research, Inc.
5552 Cerritos Avenue
Suite K
Cypress, CA 90630-4725

c/o Belkys Escobar County of Loudoun, Virgin
One Harrison St., SE (MSC #06)
Leesburg, VA 20175-3102

AOL LLC
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

Affiliated Computer Services, Inc.
c/o Singer & Levick, P.C.
Attn: Larry A. Levick, Esq
16200 Addison Rd, #140
Addison, TX 75001-5376

Andrew Brozman, Esq.
Sarah Campbell, Esq.
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019-6118

Andrews County Tax Office
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 817
Lubbock, TX 79408-0817

Valeo Sylvania, L.L.C.
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap
3600 Renaissance Center
Detroit, MI 48243

Verizon Communications Inc.
Arnall Golden Gregory LLP
c/o Darryl S. Laddin
171 17th Street, NW
Suite 2100
Atlanta, GA 30363-1031

W A Thomas Company
c/o Richard W. Martinez, APLC
228 St. Charles Ave., Suite 1310
New Orleans, LA 70130-2644

Xerox Capital Services, LLC as Servicing Age
Hodgson Russ LLP
60 East 42nd Street
New York, NY 10165-3700

Yorozu America Corporation
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

Manhattan Division
One Bowling Green
New York, NY 10004-1415

Advics North America, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Aisin Holdings of America, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Andrew M. Cuomo
Attorney General of NYS
Neal S. Mann
120 Broadway - 24th Floor
New York, NY 10271-0002

Andrews Independent School District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 817
Lubbock, TX 79408-0817

Vector CANtech, Inc.

Visscher-Caravelle NA, Inc.
4136 TELEGRAPH RD
Bloomfield, MI 48302-2001

Wabash Technologies, Inc.
Paula A. Hall
Brooks Wilkins Sharkey & Turco PLLC
401 S. Old Woodward Avenue
Suite 460
Birmingham, MI 48009-6622

Yazaki North America, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-5403

ZF Friedrichshafen AG
15811 Centennial Drive
Northville, MI 48168-9629

767 Fifth Partners LLC
c/o Douglas B. Rosner, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Advics North America, Inc.
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Aisin Holdings of America, Inc.
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Andrews County Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 817
Lubbock, TX 79408-0817

Arcadis US, Inc.
630 Plaza Drive, Suite 100
Highlands Ranch, CO 80129-2379
Attn: Liesl Spangler, Associate Counsel

Arlington ISD
c/o PerdueBrandonFielderCollins&Mott
P.O. Box 13430
Arlington, Texas 76094-0430

Ayala Hassell
EDS, an HP company
H3=3A-05
5400 Legacy Drive
Plano, TX 75024-3105

Bay Logistics, Inc.
c/o Terry L. Zabel
Rhoades McKee
161 Ottawa Ave., NW, Ste 600
Grand Rapids, MI 49503-2793

Bob Hastings Buick-GMC, Inc.
Attention: David P. Stoetzel
800 Panorama Trail South
Rochester, New York 14625-2310

Borah Goldstein Altschuler
Nahins & Goidel, P.C.
Jeffrey C. Chancas
377 Broadway
New York, NY 10013-3907

Brian H. Meldrum
400 W. Market St. Ste. 1800
Louisville, KY 40202-3362

Carrollton-Farmers Branch Independent School
Law Office Of Robert E. Luna, P.C.
c/o Andrea Sheehan
4411 North Central Expressway
Dallas, Texas 75205-4210

Charles Clark Chevrolet Co.
c/o Robert L. Barrows
800 Broadway
San Antonio, Texas 78215-1517

Cintas Corporation
c/o Jason V. Stitt, Esq.
Keating Muething & Klekamp PLL
1 E. 4th St., Ste. 1400
Cincinnati, OH 45202-3752

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470
Attention: James L. Bromley

Aspen Marketing Services, Inc.
c/o Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-1723
Attn: Matthew J. Botica, Esq.
        Mindy D. Cohn

BP Canada Energy Marketing Corp.
BP Energy Company

Blanka K. Wolfe
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza Suite 2400
New York, New York 10112-2201

Bodman LLP
c/o Colin T. Darke
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226-2310

BorgWarner, Inc.
c/o Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318

Capgemini America, Inc.
c/o Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-0005
Attn: Steven M. Schwartz, Esq.

Cassens Transport Company
c/o Silverman & Morris, P.L.L.C.
Attn: Geoffrey L. Silverman/Karin F. Ave
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322-3657

Charles D. Bullock
29200 Southfield Rd., Ste. 210
Southfield, MI 48076-1925

City of Detroit
c/o Kilpatrick & Associates, PC
903 North Opdyke Road, Ste. C
Auburn Hills, MI 48326-2693

Compuware Corporation
c/o Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318

Automatic Data Processing, Inc.
c/o Michael C. Hammer
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226-5403

BP/CGCenter I LLC
c/o Douglas B. Rosner, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Board of Regents of The University of Michig
c/o Debra A. Kowich, Esq.
Office of the Vice President & General C
503 Thompson St., Rm. 5010
Ann Arbor, MI 48109-1340

Bodman LLP
c/o Marc M. Bakst
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226-2310

Brayton Purcell LLP
222 Rush Landing Road
Novato, California 94945-2469

Caplin & Drysdale, Chartered
c/o Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-0002

Celeste R. Gill (P52484)
Michigan Attorney General Office
PO Box 30755
Lansing, MI 48909-8255
(517) 373-7540

Christopher F. Graham, Esq.
Counsel for Industry Canada
McKenna Long & Aldridge LLP
230 Park Avenue, Suite 1700
New York, New York 10169-0005

Class Representatives of (1) Intl Union, UAW
c/o Hanan B. Kolko, Esq.
MEYER SUOZZI ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY 10018-0026

County of Loudoun
One Harrison Street
MSC #06
Leesburg, VA 20175-3102

Creative Foam Corporation
c/o Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318

Dana Holding Corporation
4500 Dorr Street
Toledo, OH 43615-4040
Attn: Lisa Wurster

David R. Jury, Esq.
Five Gateway Center Suite 807
Pittsburgh, PA 15222

Dealer Tire, LLC
3711 Chester Avenue
Cleveland, Ohio 44114-4623

Discovery Communications, LLC
c/o James M. Sullivan, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820
(212) 484-3900

Eric A. Schaffer, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1808

G-Tech Professional Staffing, Inc.
c/o David A. Lerner, Esq.
38505 Woodward Avenue - Suite 2000
Bloomfield Hills, MI 48304-5096

Gaines County Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 817
Lubbock, TX 79408-0817

Gestamp Mexico
c/o Burr & Forman LLP
Jennifer Kimble
420 N 20th St., Ste 3400
Birmingham, AL 35203-5210

Harman Becker Automotive Systems, Inc.
39001 West 12 Mile Road
Farmington Hills, Michigan 48331-2912

Cummins Inc., et al.
c/o Jill L. Murch, Esq., Joanne Lee, Esq
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313

Dave Delaney's Columbia Buick-Pontiac-G
Thomas H. Curran
Hinckley, Allen & Snyder
28 State Street
Boston, MA 02109-1776

Dealer Services Group, a division of ADP, In
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Deborah L. Fish, Esq.
Allard & Fish, P.C.
2600 Buhl Building
535 Griswold
Detroit, MI 48226-3604

Donald S. Bernstein
Marshall S. Huebner
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017-3982

Federal Express Corporation
3620 Hacks Cross Road
Bldg B--3rd Floor
Memphis, TN 38125-8800

G. Christopher Meyer
Squire, Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1217

Gestamp Alabama, LLC
c/o Burr & Forman LLP
Jennifer Kimble
420 N 20th St., Ste 3400
Birmingham, AL 35203-5210

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2495

Harter Secrest & Emery LLP
John R. Weider, Esq.
Ingrid S. Palermo, Esq.
1600 Bausch & Lomb Place
Rochester, NY 14604-2711

Cynthia Woodruff-Neer, Esq.
19145 Gramercy Place
Torrance, CA 90501-1128

David J. Baldwin, Esquire
Theresa V. Brown-Edwards, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801-6101

Dealer Services Group, a division of ADP, In
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York, NY 10017-6705
Attn: Gerard DiConza, Esq.

Elihu Inselbuch
Rita C. Tobin
375 Park Avenue, 35th Floor
New York, NY 10152-0002

Frederick A. Berg, Esq.
Kotz, Sangster, Wysocki and Berg, P.C.
400 Renaissance Center, Suite 3400
Detroit, MI 48243-1618

GHSP, Inc.
Attn: Ron Wallish
1250 South Beechtree St.
Grand Haven, MI 49417-2840

Gestamp Mason, LLC
c/o Burr & Forman LLP
Jennifer Kimble
420 N 20th St., Ste 3400
Birmingham, AL 35203-5210

HOEGH Autoliners, AS
c/o Kilpatrick & Associates, PC
903 North Opdyke Road, Ste. C
Auburn Hills, MI 48326-2693

Harter Secrest & Emery LLP
Kenneth W. Africano, Esq.
Raymond L. Fink, Esq.
Twelve Fountain Plaza, Suite 400
Buffalo, NY 14202-2226

Haskell County Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 817
Lubbock, TX 79408-0817

Hirotec America
c/o Schafer and Weiner, PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304-5124

International Automotive Component Group Nor
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-0005
Attn: Carey D. Schreiber, Esq.

Jayson M. Macyda, Esq.
Kotz, Sangster, Wysocki and Berg, P.C.
400 Renaissance Center, Suite 3400
Detroit, MI 48243-1618

Jim Barnard Chevrolet, Inc.
Attention: Allyn Barnard, President
7107 Buffalo Road
Churchville, New York 14428

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive Suite 2100
Chicago, IL 60606-1226

Johnson Controls, Inc.
c/o Doron Yitzchaki
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Johnson Controls, Inc.
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Karol K. Dennistion, Esq.
Jennifer L. Nassiri, Esq.
DLA Piper LLP (US)
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071-2678

Knapp Chevrolet
c/o Robert L. Barrows
800 Broadway
San Antonio, Texas 78215-1517

Hayman Management Company
South Troy Tech, LLC.
c/o Kathleen Klaus
Maddin Hauser Wartell Roth & Heller, P.C
28400 Northwestern Hwy, 3rd Floor
Southfield, MI 48034-1839

Hockley County Tax Office
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 817
Lubbock, TX 79408-0817

James N. Sullivan, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

Jeanette M. Gilbert
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464-4399

John E. Green Company
c/o Kenneth A. Flaska
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48304-5103

Johnson Controls, Inc.
c/o Colleen M. Sweeney
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, Tennessee 37219-2392

Johnson Controls, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154-1065
jshickich@riddellwilliams.com

Karol K. Denniston
Jennifer L. Nassiri
DLA Piper LLP (US)
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071-2678

Knight Facilities Management, Inc.
Caravan/Knight Facilities Management, LL
c/o Susan M. Cook
916 Washington Avenue, Suite 309
Bay City, Michigan 48708-5723

Heidtman Steel Products, Inc.
c/o Kilpatrick & Associates, PC
903 North Opdyke Road, St. C
Auburn Hills, MI 48326

IUE-CWA
2701 Dryden Road
Dayton, OH 45439-1684

Janice M. Woolley
McGill, Gotsdiner, Workman & Lepp, P.C.,
11404 W Dodge Road, Suite 500
Omaha, NE 68154-2584

Jeffrey C. Hampton, Esquire
Adam H. Isenberg, Esquire
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2128

John J. Jolley, Jr.
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102-2186

Johnson Controls, Inc.
c/o Dawn R. Copley
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Johnson Controls, Inc.
c/o Kerry Masters Ewald
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, Tennessee 37219-2392

Joseph R. Sgroi, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3516

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Time Square
New York, NY 10036-6522

Kurt G. Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163

LG Electronics USA, USA
c/o Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-1723
Attn: David J. Richardson, Esq.

Law Offices of Robert E. Luna, P.C.
Andrea Sheehan
4411 N. Central Expressway
Dallas, TX 75205-4210

Lawrence Marshall Chevrolet II, LLC
c/o William T. Green, III
11 Greenway Plaza #2820
Houston, Texas 77046-1114

Lee D. Powar, Esq.
Daniel A. DeMarco, Esq.
Rocco Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114-2303

Leslie Stein
Seyburn Kahn Ginn Bess & Serlin, P.C.
2000 Town Center, Suite 1500
Southfield, MI 48075-1148

Leslie Stein
Seyburn, Kahn, Ginn et al
2000 Town Center, Suite 1500
Southfield, MI 48075-1148

Levy Ratner,P.C.
80 Eighth Avenue, 8th Floor
New York, NY 10011-5126
Attn: Suzanne Hepner
Attn: Ryan J. Barbur

Linamar Corporation
c/o Susan M. Cook
916 Washington Avenue
Suite 309
Bay City, MI 48708-5723

Linda D'Amico
Hewlett-Packard Financial Services Compa
420 Mountain Avenue
Murry Hill, NJ 07974-2736

Lorraine S. McGowen
Alyssa D. Englund
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-1798

Lubbock Central Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 817
Lubbock, TX 79408-0817

M-Tech Associates
c/o Kathleen H. Klaus
Maddin Hauser Wartell Roth & Heller, P.C
28400 Northwestern Highway, 3rd Floor
Southfield, MI 48034-1839

MAGNETI MARELLI POWERTRAIN USA LLC, MAGNETI
c/o Kenneth A. Flaska
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan 48304-5103

MAHLE Industries, Inc.
c/o Gordon J. Toering
Warner Norcross & Judd LLP
111 Lyon Street, Suite 900
Grand Rapids, MI 49503-2487

Magna International Inc.
c/o Colleen M. Sweeney
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, Tennessee 37219-2392

Magna International Inc.
c/o Dawn R. Copley
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Magna International Inc.
c/o Doron Yitzchaki
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Magna International Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Magna International Inc.
c/o Kerry Masters Ewald
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, Tennessee 37219-2392

Magna International Inc.
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Mahar Tool Supply Co.
c/o Adam D. Bruski
916 Washington Avenue
Suite 309
Bay City, MI 48708-5723

MapQuest.com, Inc.
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

Marc N. Swanson
Miller, Canfield, Paddock and Stone, PLC
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226-4415

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Mark Browning
Assistant Attorney General
Bankruptcy & Collection Division
P.O. Box 12548
Austin, TX 78711-2548

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, Texas 78711-2548

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
PO box 12548
Austin, TX 78711 2548

Martin County Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 817
Lubbock, TX 79408-0817

Martin Transportation Systems, Inc.
c/o Terry L. Zabel
Rhoades McKee
161 Ottawa Ave., NW, Ste 600
Grand Rapids, MI 49503-2793

Michael Reed
McCreary Veselka Bragg and Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680-1269

Michigan Department of Energy, Labor &
Economic Growth,
Unemployment Insurance Agency
3030 W. Grand Blvd., Suite 9-600
Detroit, MI 48202-6030

Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
P.O. 475
Jefferson City, MO 65105-0475

Niles America Wintech
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Oakland County Treasurer
c/o Kilpatrick & Associates, PC
903 North Opdyke Road, St. C
Auburn Hills, MI 48326

Ohio Environmental Protection Agency
c/o Ohio Attorney General Richard Cordra
Environmmetal Enforcement Agency
30 W. Broad Street, 25th Floor
Columbus, Ohio 43215-3414

Otterbourg Steindler Houston & Rosen,P.C.
230 Park Avenue
New York, NY 10169-2898
Attention: Daniel Wallen, Esq.
Melanie L. Cyganowski, Esq.

Paul J. Ricotta, Esq.
Mintz Levin Cohn Ferris
Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111-2621

Penske Auto Group, Inc.
18600 South Hawthorne Boulevard
Torrance, CA 90504-5504

Peter Van N. Lockwood
Ronald E. Reinsel
Trevor W. Swett III
1 Thomas Circle
Washington, DC 20005-5802

Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Michigan Workers' Compensation Agency
7150 Harris Dr
Dimondale MI 48821-5002

Missouri Department of Revenue
P.O. Box 475
Jefferson City, MO 65105-0475

Norfolk Southern Corp. and Norfolk Southern
c/o David J. Baldwin, Esquire
    Potter Anderson & Corroon LLP
    1313 North Market Street, 6th Fl.
    Wilmington, DE 19801-6101

Office of the Wayne County Treasurer
400 Monroe
Suite 520
Detroit MI 48226-2942

Oracle USA, Inc.
c/o Day Pitney LLP
7 Times Sqyare
New York, NY 10036-6524
Attn: Amish R. Doshi, Esq.

PPG Industries, Inc.
c/o K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6031
Attn: Alan W. Kornberg
Rebecca R. Zubaty

Pepper Hamilton LLP
Dennis S. Kayes
Deborah Kovsky-Apap
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1101

Pioneer Steel Corporation
c/o Lynn M. Brimer
Strobl & Sharp, P.C.
300 East Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304-2376

ProCoil Company, LLC
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

Mike Barnard Chevrolet-Cadillac-Buick-Pontia
Attention: Michael E. Barnard, Presiden
616 Thayer Road
Fairport, New York 14450-9519

Niles America Wintech
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

NovoDynamics, Inc.
c/o Pepper Hamilton LLP
Attn: Dennis S. Kayes, Esq.
3600 Renaissance Center
Detroit, MI 48243

Ohio Attorney General
c/o Victoria D. Garry, Assistant Attorne
441 Vine Street, 1600 Carew Tower
Cincinnati, OH 45202-2821

Otterbourg Steindler Houston  & Rosen, P.C.
230 Park Avenue
New York, NY 10169-2898
Attn: Daniel Wallen, Esq.

Paddock Chevrolet, Inc.
Attention: Duane R. Paddock, President
3232 Delaware Avenue
Kenmore, NY 14217

Paula A. Hall
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Avenue, Suite 460
Birmingham, MI 48009-6622

Peter V. Pantaleo, Esq.
David J. Mack, Esq.
Simpson Thacher & Barlett LLP
425 Lexington Avenue
New York, NY 10017-3954

Platform-A Inc.
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

RK Chevrolet/RK Auto Group
2661 Virginia Beach Boulevard
Virginia Beach, VA 23452-7617

Ramona Neal
Hewlett-Packard Company, LP
11311 Chinden Boulevard, Mail Stop 314
Boise, ID 83714-1021

Raytheon Professional Services LLC
12160 Sunrise Valley Drive
Reston, VA 20191-3407

Rhythm North America
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Robert E. Greenberg, Esq.
Friedlander Misler, PLLC
1101 Seventeenth Street, N.W.
Suite 700
Washington, D.C 20036-4711
Phone 202-857-8343

Roger Frankel
Richard H Wyron
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1723

Sander L. Esserman
Peter C. D'Apice
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX 75201-2689

Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7212

Seneca Insurance Company, Inc.
c/o Eric Goldberg, Esq.
Kahn & Goldberg, LLP
708 Third Avenue, 19th Floor
New York, NY 10017-4201

Shape Corp.
Attn: Budd Brink
1900 Hayes St.
Grand Haven, MI 49417-8937

Steven Kazan, Esquire
Natalie D. Ramsey, Joseph O'Neil, J
123 South Broad Street
Philadelphia, PA 19109-1029

Raufoss Automotive Components Canada
c/o Porzio Bromberg & Newman PC
100 Southgate Parkway
Morristown, NJ 07960-6465
Attn: John Mairo and Robert Schechter

Regina Stango Kelbon, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-2724

River Oaks L-M, Inc.
dba Westpoint
11666 Old Katy Rd.
Houston TX 77043-4507

Robert M. Dombroff
Jeffrey S. Sabin
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

SAP America, Inc.
c/o Brown and Connery, LLP
6 N. Broad Street, Suite 100
Woodbury, NJ 08096-4635

Satterlund Supply Company
c/o J. Christopher Caldwell, Esq.
Stark Reagan
1111 West Long Lake Road, Suite 202
Troy, MI 48098-6310

Scott A. Wolfson
Bush Seyferth & Paige PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084-3107

Serra Chevrolet of Birmingham, Inc.
Post Office Box 59120
Birmingham Alabama 35259-9120

Sonya N. Goll
29200 Southfield Rd., Ste. 210
Southfield, MI 48076-1925

Sumitomo Electric Wiring Systems, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Raycom Media, Inc.
c/o Borges & Associates, LLC
575 Underhill Blvd.
Syosset, New York 11791-3426

Rhythm North America
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3516

Rodney A. Brown, Esq.
Brown & Whalen, P.C.
700 Third Avenue
20th Floor
New York, NY 10017-4054

Salas Automotive Group, Inc. dba Poway Chevr
c/o Ervin Cohen & Jessup LLP
9401 Wilshire Blvd.
Beverly Hills, CA 90212-2928
Attn: Michael S. Kogan, Peter Jazayeri

Saturn of Rochester, Inc..
Attention: David P. Stoetzel
770 Panorama Trail South
P.O. Box 25427
Rochester, New York 14625-0427

Scott A. Wolfson
Bush Seyferth & Paige PLLC
3001 N. Big Beaver Road, Suite 600
Troy, MI 48084-3107

Severstal North America, Inc.
c/o Deborah L. Fish, Esq.
Allard & Fish, P.C.
535 Griswold, Suite 2600
Detroit, MI 48226-3687

South Troy Tech, LLC
c/o Michael Leib, Esq.
Maddin, Hauser, et al
28400 Northwestern Hwy, 3rd Fl
Southfield, MI 48034-1839

Sumitomo Electric Wiring Systems, Inc.
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Sunnyside Automotive III, LLC
7700 Pearl Road
Middleburg Heights, OH 44130-6550

Sunnyside Automotive VI, LLC
7700 Pearl Road
Middleburg Heights, OH 44130-6550

Sunnyside Automotive XVII, LLC
7700 Pearl Road
Middleburg Heights, OH 44130-6550

Sunnyside Automotive XVIII, LLC
7700 Pearl Road
Middleburg Heights, OH 44130-6550

Superior Acquisition, Inc.
c/o David T. Lin, Esq.
Seyburn, Kahn, Ginn et al
2000 Town Center, Suite 1500
Southfield, MI 48075-1148

Superior Industries International, Inc.
c/o James M. Sullivan, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

TWB Company Tailored Welded Blanks
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

TWB Company, LLC
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

TWB of Indiana, Inc.
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

Tarrant County
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Team Chevrolet, Inc.
Attention: Thomas Steigerwald, Vice-Pre
Route 16
Olean, New York  14760

TechTeam Global, Inc.
c/o Paula A. Hall
Brooks Wilkins Sharkey & Turc, PLLC
401 S. Old Woodward Avenue, Suite 460
Birmingham, MI 48009-6622

Tenibac-Graphion, Inc.
c/o Michael S. Leib
Maddin Hauser, et al
24800 Northwestern Hwy, 3rd Fl
Southfield, MI 48075-2319

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

Texas Comptroller of Public Accounts
c/o Mark Browning
PO Box 12548
Austin, TX 78711 2548

The Dow Chemical Company
2030 Dow Center
Midland, Michigan 48674-0001
Attention: Lee H. Sjoberg

The Gerstenslager Company
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

The Lender Group
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603-2323

The McClatchy Company
Paul J. Pascuzzi, Esq.
Felderstein Fitzgerald, et al.
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

The Sherwin-Williams Company
The Sherwin-Williams Automotive Finishes
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

The Timken Company
c/o James M. Sullivan, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

The Valley Cadillac Corporation
Attention: Edward T. Meaghar, Jr., Pres
3100 Winton Road South
Rochester, New York 14623-2966

The Worthington Steel Company
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

Thomas M. Kennedy, Esq.
Susan M. Jennik, Esq.
Kennedy Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003-4578

Thomas M. Wilson, Esq.
Kelley & Ferraro, LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114-1217

Tipotex Chevrolet, Inc.
c/o Robert L. Barrows
800 Broadway
San Antonio, Texas 78215-1517

Toyota Boshoku America, Inc.
28000 West Park Drive
Novi, Michigan 48377-1386

Trent P. Cornell, Esq.
Stahl Cowen Crowley Addis LLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603-5127

Tricia A. Sherick, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3516

Turner Broadcasting System, Inc.
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2122

Valeo Sylvania L.L.C.
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap, Esq.
3600 Renaissance Center
Detroit, MI 48243

Verizon Communications Inc.
Arnall Golden Gregory LLP
c/o Darryl S. Laddin, Esq.
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

Visteon Corporation
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Visteon Corporation
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Wayne County Treasurer
c/o Kilpatrick & Associates, PC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326-2693

Worthington Industries, Inc.
c/o Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

Worthington Specialty Processing
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

Worthington Steel of Michigan, Inc.
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

Worthington Taylor, LLC
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

Yazaki North America, Inc.
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Yazaki North America, Inc.
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Yoakum County Tax Office
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 817
Lubbock, TX 79408-0817

Yorozu America Corporation
c/o James A. Plemmons
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-5403

Yorozu America Corporation
c/o Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, Michigan 48104-2283

Adrienne Goldner
2847 Lexington Lane
Highland Park, IL 60035-1025

Bruce Linhart
89 Beatrice Ave
West Islip, NY 11795-1504

David S Lefere
Bolhouse Law Offices
3996 Chicago Drive SW
Grandville, MI 49418-1384

Dean M. Gloster

Diana G. Adams
Office of the United States Trustee
33 Whitehall Street
21st floor
New York, NY 10004-2122

Doris McGill
3733 Camry Ct
Sebring, FL 33872-1443

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

Howard Goldner
2847 Lexington Lane
Highland Park, IL 60035-1025

John A Baden IV

Jonathan I. Rabinowitz
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039-1711

Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Joseph P. Gromacki
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611-7603

Joseph R. Sgroi
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3516

Leo St. Amour
1874 Burning Bush
Rochester Hills, MI 48309-3321

Mark D. Hofstee
Bolhouse Law Offices
3996 Chicago Drive SW
Grandville, MI 49418-1384

Matthew A. Swanson
Leonard Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402-4238

Patrick J. Trostle
Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022-3915

Peter Backus
15609 Allnutt Lane
Burtonsville, MD 20866-1401

Robert B. Weiss
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
Detroit, MI 48226-3583

Robert C Pottinger
Barrick Switzer Law Office
6833 Stalter Drive
First Floor
Rockford, IL 61108-2579

Sara J. Geenen

Scott Andrews

Stanley D. Smith
608 North 13th St
Middletown, IN 47356-1273

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Tricia A. Sherick
Honigman Miller Schwartz and Cohn, LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3583

William H. Chambers
501 Cumberland Rd
Tyler, TX 75703-9325

c/o Robert Brownlee Maritz Holdings Inc.
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Mo 63101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)767 Fifth Partners LLC

(u)A.P. Moller-Maersk A/S

(u)A.W. Farrell & Son Inc.

(u)ABC Group Inc.

(u)ABN AMRO BANK N.V.

(u)ADAC Plastics, Inc.

(u)AOL LLC

(u)APL Co. Pte. Ltd.

(u)APL Logistics Ltd.

(u)APL Logistics Transportation Management Se

(u)ARCADIS U.S., INC.

(u)AT&T

(u)ATC Logistics & Electronics, Inc. d/b/a Au

(u)ATS Automation Tooling Systems, Inc.

(u)ATS Ohio, Inc.

(u)AVK Division of Avibank Mfg., Inc.

(u)AW Transmission Engineering U.S.A. Inc

(u)Ad Hoc Committee of Asbestos Personal Inju

(u)Ad Hoc Committee of Consumer Victims of Ge

(u)Affiliated Computer Services, Inc.

(u)Airgas, Inc.

(u)Aisin AW Co., Ltd.

(u)Akebono Corporation (North America)

(u)Allied Automotive Group, Inc., Allied Syst

(u)Allison Transmission, Inc., f/k/a Clutch O

(u)American Axle Manufacturing Holdings, Inc.

(u)American Electric Power

(u)American President Lines, Ltd.

(u)Analysts International Corporation

(u)Android Industries LLC

(u)Android Industries- Delta Township, LLC

(u)Android Industries- Shreveport LLC

(u)Aquent

(u)Aramark Holdings Corporation

(u)Auma S.A. de C.V.

(u)Autoliv ASP, Inc.

(u)Automotive Component Carriers LLC

(u)Avery Dennison Corporation

(u)BHM Technologies Holdings, Inc.

(u)BP Corporation North America Inc.

(u)BP Lubricants USA, Inc.

(u)BP Products North America Inc.

(u)BP/CGCenter I LLC

(u)Baltimore Gas and Electric Company

(u)Behr America, Inc.

(u)Behr GmbH & Co. KG

(u)Bing Metals Group, Inc.

(u)Blue Cross Blue Shield of Michigan

(u)Bob Baker Enterprises, Inc.

(u)Bocar, S.A. de C.V.

(u)BorgWarner, Inc.

(u)Brandenburg Industrial Service Company

(u)Branson Ultrasonics Corporation

(u)Bridgestone Americas Tire Operations, LLC

(u)Brouse McDowell, LPA

(u)CEVA Logistics

(u)Cadillac Products Automotive Company

(u)Canadian Pacific Railway Company

(u)CenterPoint Energy Arkla, a Division of Ce

(u)CenterPoint Energy Gas Transmission Compan

(u)CenterPoint Energy Services, Inc.

(u)ChannelVantage, Inc.

(u)Charter Township of Delta, Michigan

(u)Chemico Mays, LLC

(u)Chemico Systems, Inc.

(u)Cinetic Automation Corp.

(u)Cinetic DyAG Corporation

(u)Cinetic Landis Corp.

(u)Cintas Corporation

(u)Cisco Systems Capital Corporation

(u)Cisco Systems Inc.

(u)Citation Corporation

(u)Citicorp USA, Inc.

(u)City of Austin Energy

(u)City of Detroit

(u)City of Ontario, Ohio

(u)Class Representatives of Int'l Union, U

(u)Class Representatives of UAW et. al. v. Ge

(u)Co-Counsel for DENSO International America

(u)Co-Counsel for Fuzhou Lioho Machinery Co.,

(u)Co-Counsel for Lioho Light Metal (Kunshan)

(u)Co-Counsel for Liufeng Machinery Industry

(u)Co-Counsel for R. L. Polk & Co.

(u)Coastal Container Corporation

(u)Cobasys LLC

(u)Columbia Gas Transmission Corporation

(u)Columbia Gas of Ohio, Inc.

(u)Columbia Gas of Virginia, Inc.

(u)Comau, Inc.

(u)Compania Sud Americana de Vapores S.A.

(u)Compuware Corporation

(u)Consolidated Edison Company of New York, I

(u)Continental Plastics Company

(u)Convergys Corporation

(u)Cooper-Standard Automotive, Inc.

(u)Creative Foam Corporation

(u)Cummins Inc., et al.

(u)D.S.U. - Peterbilt

(u)DELL MARKETING, L.P.

(u)DENSO International America, Inc and DENSO

(u)DSpace GmbH

(u)DSpace, Inc.

(u)DTE Lordstown, LLC

(u)DTE Northwind Operations, LLC

(u)DTE Tonawanda, LLC

(u)Dajaco Industires, Inc.

(u)Dakkota Integrated Systems, L.L.C.

(u)Dana Holding Corporation

(u)Dave Delaney's Columbia Buick-Pontiac-G

(u)DeMontrond Buick Company

(u)DeMontrond Motor Corporation

(d)Dell Financial Services, L.L.C.
c/o Hodgson Russ LLP
Attn: Stephen H. Gross, Esq.
60 E. 42nd Street, 37th Floor
New York, NY 10165-3700

(u)Delta Township Utilities II, LLC

(u)Delta Township Utilities, LLC

(u)Det Norkse Veritas (USA), Inc.

(u)Discovery Communications, LLC

(u)Duerr AG

(u)Duerr Ecoclean Inc.

(u)Duerr Systems Inc.

(u)Duke Energy Carolinas, LLC

(u)Duke Energy Indiana, Inc.

(u)Duke Energy Kentucky, Inc.

(u)Duke Energy Ohio, Inc.

(u)E & L Construction Group, Inc.

(u)E.I. Du Pont De Nemours and Company

(u)EMC Corporation

(u)EMCON Technologies LLC

(u)EQ - The Environmental Quality Company

(u)Eberspaecher North America, Inc.

(u)Elbar Industrial (Trading) Ltd., d/b/a Aut

(u)Emerson Appliance Solutions (Shenzhen) Co.

(u)Emerson Electric (Shenzhen) Co., Ltd.

(u)Emerson Electric Company

(du)Emerson Electric, Inc.

(u)Emerson Motor Technologies

(u)Emerson Process Management

(u)Emigrant Business Credit Corp.

(u)Entergy Mississippi, Inc.

(u)Enterprise Rent-A-Car Company

(u)Essex Specialty Products LLC

(u)FMR Corp.

(u)Fabtronic Inc.

(u)Federal Broach & Machine Company, LLC

(u)Federal Broach Holdings LLC

(u)Figura, S.A. de C.V.

(u)Findlay Industries, Inc.

(u)FirstEnergy Corporation

(u)Flextronics International Ltd., et al.

(u)Fluid Routing Solutions, Inc.

(u)Ford Motor Company

(u)Foster Electric (U.S.A.) Inc. a/k/a Foster

(u)Fugra, S.A. de C.V.

(u)GE Capital Corporation

(u)GHSP, Inc.

(u)GMAC LLC

(u)GP Strategies Corporation

(u)Gail & Rice Inc.

(u)General Physics Corporation

(u)Gensler Architecture, Design & Planning, P

(u)Gensler Information Systems, Inc.

(u)GeoDNA, LLC

(u)Georg Fischer Automotive AG

(u)Granger Electric Company

(u)Grubb & Ellis Management Services, Inc.

(u)Guardian Automotive Corporation

(u)Guardian Automotive Trim, Inc.      (du)Guardian Automotive, Inc.      (u)Guardian Industries Corp.

(u)HCA, Inc.      (u)HOEGH Autoliners, AS      (u)Hagemeyer, N.A.

(u)Hankook Tire America Corporation      (u)Hankook Tire Co., Ltd.      (u)Hayman Management Company

(u)Heidtman Steel Products, Inc.      (u)Henkel Corporation      (u)Hertz Corporation

(u)Hess Corporation      (u)High Voltage Maintenance Corporation      (u)Hitachi Automotive Products (USA), Inc.

(u)Hitachi Cable Indiana, Inc.      (u)Hitachi, Ltd.      (u)Honeywell International Inc.

(u)Horiba Instruments Inc.      (u)Horiba Ltd.      (u)Ideal Contracting, L.L.C.

(u)Ideal Setech Share the Spare, L.L.C.      (u)Ideal Setech, L.L.C.      (u)Inergy Automotive Systems (USA), LLC

(u)Informal Group of Holders of General Motor      (u)Inland Industrial Services Group      (u)Inland Waters Pollution Control

(u)Instrument & Valve Services Company      (u)International Ass'n of Machinists & Aer      (u)International Business Machines Corporatio

(u)Intra Corporation

(u)Ionian Corporation

(u)J.B. Hunt Transport Services, Inc.

(u)J.D. Power and Associates

(u)J.L. French Automotive Castings, Inc.

(u)J2 Management Corp.

(u)Jackson-Dawson Communications, Inc.

(u)KUKA Systems Corp. North America f/k/a KUK

(u)Karmann U.S.A., Inc

(u)Keiper GmbH & Co.

(u)Knight Facilities Management, Inc.

(u)Kongsberg Automotive S de RL de CV

(u)Kongsberg Automotive, Inc.

(u)Kongsberg Driveline Systems GmbH

(u)Kongsberg Driveline Systems I, Inc.

(u)Kongsberg Driveline Systems S de RL de CV

(u)Kongsberg Holding II LLC

(u)Kongsberg Interior Systems S de RL de CV

(u)Kongsberg Power Product Systems I, Inc.

(u)L + A Architects, Inc.

(u)L.K. Machinery, Inc.

(u)LMC Phase II, L.L.C.

(u)LMC Resources Capital Limited Partnership

(u)Lapeer Metal Stamping Companies, Inc.

(u)Law Debenture Trust Company of New York, S

(u)Lear Coporation and its subsidiaries and a

(u)Len Industries, Inc.

(u)Linamar Corporation

(u)M-Tech Associates

(u)MAHLE Industries, Inc.

(u)MBL (USA) Corp., MBL (USA) Corporation and

(u)MIS Environmental Services, Inc.

(u)MPS Group, Inc.

(u)Nahar Tool Supply Co.

(u)Mando Corporation

(u)MapQuest.com, Inc.

(u)Market Insight Corporation

(u)Massachusetts Electric Company d/b/a Natio

(u)Material Management Services, Inc.

(u)Menlo Logistics, Inc.

(u)Michigan Consolidated Gas Company

(u)Michigan Production Machining, Inc.

(u)Miller Canfield Paddock & Stone, PLC

(u)Mitsubishi Electric Automotive America, In

(u)Modineer Co.

(u)Molex, Inc.

(u)Nubea, Inc.

(u)NSS Technologies, Inc.

(u)Nagel Precision, Inc.

(u)National Fuel Gas Distribution Corporation

(u)National Logistics Management Co. as Succe

(u)National Logistics Management Co., a/k/a N

(u)Nelson Metal Products LLC

(u)New United Motor Manufacturing, Inc.

(u)Newkirk Electric & Associates, Inc.

(u)Niagara Mohawk Power Corporation, d/b/a Na

(u)Norfolk Southern Corporation and Norfolk S

(u)North American Acquisition Corporation

(u)Northern Engraving Corporation

(u)Numatics, Incorporated

(u)Oakland County Treasurer

(u)Oakley Industries, Inc.

(u)Official Committee of Unsecured Creditors

(u)Ogihara America Corporation

(u)Ohio Attorney General

(u)Ohio Edison Company

(u)Orrick, Herrington & Sutcliffe LLP

(u)Overhead Conveyor Company

(u)Oxbow Carbon & Minerals LLC

(u)PGW, LLC

(u)PJAX, Inc.

(u)PPG Industries, Inc.

(u)PSEG Resources LLP

(u)Panasonic Automotive Systems Company of Am

(u)Panasonic Electric Works Corporation of Am

(u)Paragon Metals, Inc.

(u)Parnassus Holdings II, LLC

(u)Pennsylvania Power Company

(u)Penske Auto Group, Inc.

(u)Penske Auto Group, Inc., Raytheon Professi

(u)Penske Logistics LLC

(u)Peterson American Corporation

(u)Peugeot Japy Industries S.A.

(u)Pioneer Automotive Technologies, Inc.

(u)Pioneer Steel Corporation

(u)Pirelli Tire, LLC

(u)Plasan U.S.A., Inc.

(du)Plasan U.S.A., Ltd.

(u)Platform-A Inc.

(u)Platinum Equity Partners II, L.P.

(u)Praxair Distribution Inc.

(u)Praxair, Inc.

(u)ProCoil Company, LLC

(u)Production Modeling Corporation

(u)Production Services Management, Inc.

(u)Project Management Services, Inc.

(u)Publicis Groupe Operating Divisions, LLC

(u)QEK Global Solutions (US) LP

(u)Quaker Chemical Corporation

(u)RBS Citizens N.A.

(u)RCO Engineering, Inc.

(u)RCR Enterprises, LLC

(u)RK Chevrolet/RK Auto Group

(u)Raytheon Professional Services LLC

(u)Realty Associates Iowa  Corporation

(u)Recaro North America, Inc.

(u)Reynold & Reynolds Company

(u)Rima Manufacturing Company

(u)Rizza Cadillac-Buick-Hummer, Inc.

(u)Rizza Chevrolet, Inc.

(u)Robert Bosch GmbH

(u)Robert Bosch LLC

(u)Rolls-Royce plc and Rolls-Royce Corporatio

(u)Rubber Enterprises Incorporated

(u)Rush Trucking Corporation

(u)Ryder Integrated Logistics, Inc.

(u)S-R of Kentucky, Inc.

(u)SCG Capital Corporation

(u)SKF USA Inc.

(u)SPS Technologies Waterford Company

(u)SPX Corporation

(u)SPX Filtran LLC

(u)SRG Global, Inc.

(u)SSDC Services Corp.

(u)Salt River Project

(u)San Jacinto Oldsmobile Cadillac, Inc. d/b/

(u)Sandler & Travis Trade Advisory Services,

(u)Sandy Corporation

(u)Schaeffler Group Entities

(u)Schenck Rotec Corporation

(u)Scripps Networks, LLC

(u)Severn Trent Del., Inc.

(u)Severstal North America, Inc.

(u)Shape Corp.

(u)Shreveport Red River Utilities, LLC

(u)Siegel-Robert Automotive

(u)Siegel-Robert Automotive (Suzhou) Co., Ltd

(u)Siegel-Robert, Inc.

(u)Siemens Enterprise Communications, Inc.

(u)Siemens Product Lifecycle Management Softw

(u)Siemens Product Lifecycle Mangement System

(u)SimmonsCooper Cancer Claimants

(u)Soroc Acquisition Corp.

(u)South Troy Tech, LLC

(u)Southern California Edison Company

(u)StarSource Management Services

(u)State Street Bank and Trust Company

(u)Steven Kazan, Esquire

(u)Suez/VWNA/DEGS of Lansing, LLC

(u)Summit Polymers, Inc.

(u)Sun Microsystems, Inc. And Sun Microsystem

(u)Superior Industries International, Inc.

(u)Superior Production Partnership

(u)Swagelok Company

(u)Sweco Inc.

(u)T.V. Minority Company, Inc.

(u)TWB Company Tailored Welded Blanks

(u)TWB Company, LLC

(u)TWB of Indiana, Inc.

(u)Tata American International Corporation

(u)Tenibac-Graphion, Inc.

(u)Tenneco Inc.

(u)Texas Comptroller of Public Accounts and T

(u)The Brown Company of Moberly, LLC

(u)The Brown Company of Waverly, LLC

(u)The Brown Corporation de Saltillo, S. de R

(u)The Cleveland Electric Illuminating Compan

(u)The Detroit Edison Company

(u)The Dow Chemical Company

(u)The East Ohio Gas Company, d/b/a Dominion

(u)The Environmental Quality Company

(u)The Gerstenslager Company

(du)The Hertz Corporation

(u)The Mathworks, Inc.

(u)The McGraw-Hill Companies, Inc.

(u)The Sherwin-Williams Automotive Finishes C

(u)The Sherwin-Williams Company

(u)The Timken Company

(u)The Toledo Edison Company

(u)The Worthington Steel Company

(u)Therm-O-Disc, Incorporated

(u)Thread Information Design, Inc.

(u)Thrivent Financial for Lutherans

(u)TitanX Engine Cooling, Inc.

(u)Tokico (USA), Inc.

(u)Toyota Boshoku America, Inc.

(u)Toyota Motor Sales, U.S.A., Inc.

(u)Toyota Tsusho America, Inc.

(u)Trico Products Corporation

(u)Triple Crown Services Company

(u)Turner Broadcasting System, Inc.

(u)US Farathane Corporation

(u)Union Pacific Distribution Services

(u)Union Pacific Railroad Company

(u)Unisia Mexicana S.A. de C.V.

(u)United States Of America

(u)United States Steel Corporation

(u)University of Michigan

(u)Unofficial GM Dealers Committee

(u)V2Soft Inc.

(u)Veolia Water Partners VI, LLC

(u)Vericorr Packaging of Coastal LLC

(u)Virginia Electric and Power Company, d/b/a

(u)Visiocorp USA, Inc.

(u)Vitec, LLC

(u)Vitro Automotriz A.S. de C.V.

(u)Voith AG

(u)W.L. Gore & Associates, Inc.

(u)WABCO Holdings, Inc.

(u)WITTE-Velbert GmbH & Co. KG.

(u)WMP Forecasts

(u)Wahler Automotive Systems, Inc., Wahler Me

(u)Wayne County Treasurer

(u)Webasto Roof Systems Inc.

(u)Wiegant Component Technologies

(u)Wilmington Trust Company

(u)Worthington Industries, Inc.

(u)Worthington Specialty Processing

(u)Worthington Steel of Michigan, Inc.

(u)Worthington Taylor, LLC

(u)Xerox Capital Services, LLC

(u)YRC Inc., formerly known as Roadway Expres

(u)YRC Logistics Services, Inc.

(u)YRC Worldwide Inc.

(u)Yahoo! Inc.

(du)Ad Hoc Committee of Asbestos Personal Inj

(d)Alpine Electronics of America, Inc.
19145 Gramercy Place
Torrance, CA 90501-1162

(u)American Axle Manufacturing Holdings, Inc.

(du)Aramark Holdings Corporation

(u)Attn: Barry E. Bressler

(d)Cameron County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

(d)City Of Harlingen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

(d)Computer Sciences Corporation
c/o Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

(d)Continental Tire North America, Inc.
c/o John T. Gregg, Esq.
Barnes & Thornburg LLP
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503-2694

(d)Convention & Show Services, Inc.
1250 John A. Papalas
Lincoln Park, MI 48146-1356

(d)DeMaria Building Company
45500 Grand River Avenue
P.O. Box 8018
Novi, MI 48376-8018

(u)Donald J. Hutchinson, Esq. and Susan I Rob

(d)Eaton Corporation
1111 Superior Avenue
Cleveland, OH 44114-2535

(du)Emigrant Business Credit Corp.

(u)Export Development Canada
151 O'Connor Street
Ottawa

(du)FMR Corp.

(d)Factory Motor Parts Company
1380 Corporate Center Curve
Eagan, MN 55121-1200

(u)FedEx Custom Critical

(u)FedEx Supply Chain Services

(u)FedEx Trade Networks

(u)Federal Express Corporation

(d)Federal Express Corporation
3620 Hacks Cross Road
Bldg. B--3rd Floor
Memphis, TN 38125-8800

(u)General Motors National Retiree Associatio

(d)Harlingen CISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

(u)Int'l Ass'n of Machinists & Aerosp

(du)Int'l Ass'n of Machinists & Aerosp

(u)Int'l Assn of Machinists & Aerospace Wo

(d)Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110-1610

(du)J2 Management Corp.

(u)Kimberly A. Walsh

(du)Lapeer Metal Stamping Companies, Inc.

(u)Law Debenture Trust Company of New York
Successor Indenture Trustee

(d)Local Texas Taxing Authorities
c/o Michael Reed
PO Box 1269
Round Rock, TX 78680-1269

(d)Michelin Tire Corp.
c/o George B. Cauthen
Nelson Mullins Riley & Scarborough, LLP
PO Box 11070
Columbia, SC 29211-1070

(d)Michigan Funds Administration
7201 W Saginaw Hwy Ste 110
Lansing MI 48917-1127

(d)Michigan Funds Administration
7201 W Saginaw Hwy Ste 110
Lansing, MI 48917-1127

(d)Michigan Workers' Compensation Agency
7150 Harris Dr
Dimondale, MI 48821-5002

(d)Osram Sylvania Products, Inc.
c/o Pepper Hamilton LLP
Attn:  Deborah Kovsky-Apap, Esq.
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

(u)Pension Benefit Guaranty Corporation

(d)Pilkington North America, Inc.
c/o Pepper Hamilton LLP
Attn:  Deborah Kovsky-Apap, Esq.
3600 Renaissance Center
Detroit, MI 48243

(du)Rolls-Royce plc and Rolls-Royce Corporati

(d)San Benito CISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

(d)Sonic Automotive, Inc.
c/o Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830-6644

(d)Specialty Engine Components, LLC
c/o Richard W. Martinez, APLC
228 St. Charles Ave., Suite 1310
New Orleans, LA 70130-2644

(d)TRW Automotive U.S. LLC
12001 Tech Center Drive
Livonia, MI 48150-2122

(d)The Schaefer Group, Inc.
c/o Hiscock & Barclay, LLP
One Park Place
300 South State Street
Syracuse, NY 13202-2024

(d)United Steelworkers

(d)Urban Science Applications, Inc.
c/o Pepper Hamilton LLP
Attn:  Deborah Kovsky-Apap, Esq.
3600 Renaissance Center
Detroit, MI 48243

(d)W A Thomas Company
c/o Richard W. Martinez, APLC
228 St. Charles Ave., Suite 1310
New Orleans, LA 70130-2644

(u)Yeaton Research, Inc.

(u)Constance F. Roueie

(u)Daniel R. Murray

(u)Douglas M. Chapman

(u)Elizabeth Withers

(u)Frederick Perillo

(u)Frederick A. Berg

(u)Jacob B. Sellers

(u)James W. Ehrman

(u)Jayson M. Macyda

(u)Jonathan Lee Riches

(u)Joseph F. Rice

(u)Julius O. Curling

(u)June Babiuk

(u)Kathleen A. Gardiner

(u)Kenneth A. Flaska

(u)Kimberly A. Brennan

(u)Mark Buttita

(u)Mark C. Meyer

(u)Melvin Hays

(u)Michael S. Terrien

(u)Robert Page

(u)Robert R. Kracht

(u)Robert T. Gibson

(u)Samuel H. Chorches

(u)Terry L. Zabel