CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for AMPORTS, Inc. and certain of its affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
: 
In re                                                                    :    Chapter 11
:
General Motors Corporation, *et al.*,                                    :    Case No. 09-50026 (REG)
:
Debtors.                                                                 :    (Jointly Administered)
:
------------------------------------------------------------------------ X

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF AMPORTS, INC. AND
CERTAIN OF ITS AFFILIATES TO DEBTORS' PROPOSED CURE COSTS**

AMPORTS, Inc., APS East Coast, Inc., APS West Coast, Inc., APS West Coast Benicia Port Terminal (collectively, "Amports"), by and through their undersigned counsel, hereby withdraw, but without prejudice, the Limited Objection of Amports to Debtors' Proposed Cure Costs, filed on June 15, 2009 (Docket No. 1278), in reliance upon General Motors Company's express representations and assurances that it intends to work with Amports in good faith to fully and finally resolve all matters relating to the executory contracts to be assumed, and cure amounts, including timely and complete payments of all amounts due Amports.

Dated: New York, New York

July 21, 2009

                    Respectfully submitted,

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                    By:    /s/ Sean A. O'Neal
                          Sean A. O'Neal
                          Member of the Firm
                          One Liberty Plaza
                          New York, New York 10006
                          Telephone:  (212) 225-2000
                          Facsimile:  (212) 225-3999

                          *Attorneys for AMPORTS, Inc., and certain of its affiliates*