

708 THIRD AVENUE - 21ST FLOOR - NEW YORK, NEW YORK 10017-4146
P. 212-557-1400 | F. 212-983-4532 | WWW.MARXREALTY.COM

VIA ELECTRONIC COURT FILING
Clerk
United States District Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

      Re:    *Withdrawal of Claim*
            *In re: General Motors Corporation ("Debtor")*
            *Case No. 09-50026 (SDNY)*
            *Bloomington Syndicate ("Creditor")*

Dear Sir or Madam:

PLEASE TAKE NOTICE, that creditor, Bloomington Syndicate ("Creditor") hereby withdraws its Proof of Claim, dated June 16, 2009 and filed with the Court on or about June 18, 2009 ("Proof of Claim"). Debtor tendered payment of all rent owing and due to Creditor as set forth in the Proof of Claim.

Should you have any questions, please contact the undersigned at (212) 557-1400 or by email at Glen.R@marxrealty.com.

                            Very Truly Yours,

                            Glen Rosenberg, Esq.
                            Vice President, Corporate Counsel
                            Bloomington Syndicate
                            By: Marx Realty & Improvement Co., Inc.,
                            its Agent