WHITE AND WILLIAMS LLP
One Penn Plaza, Suite 4110
New York, NY  10119
Telephone:  (212) 631-4421
Karel S. Karpe, Esq.

*Counsel to Siemens Enterprise Communications, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
|---|---|---|
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| Debtors. | : | Jointly Administered |

**WITHDRAWAL OF OBJECTION OF SIEMENS ENTERPRISE COMMUNICATIONS, INC. TO (I) NOTICE OF DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO, AND RESERVATION OF RIGHTS**

Siemens Enterprise Communications, Inc. ("Siemens Communications"), by its counsel White and Williams LLP, hereby withdraws its Limited Objection and Reservation of Rights To (i) Notice Of Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (ii) Cure Amounts Related Thereto, And Reservation Of Rights (Docket No. 1124).

Dated: New York, New York
       July 21, 2009

                WHITE AND WILLIAMS LLP

By:     /s/Karel S. Karpe
        Karel S. Karpe
        One Penn Plaza, Suite 4110
        New York, New York  10119

        *Counsel to Siemens Enterprise Communications, Inc.*

5460026v.1