**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                                        :     Chapter 11
                                                              :
GENERAL MOTORS CORP., *et al.*,                               :     Case No. 09-50026 (REG)
                                                              :
                Debtors                                    :     Jointly Administered
                                                              :
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF OBJECTION OF OMRON AUTOMOTIVE ELECTRONICS, INC. AND OMRON DUALTEC AUTOMOTIVE ELECTRONICS, INC. TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO

Omron Automotive Electronics, Inc. and Omron Dualtec Automotive Electronics, Inc., by and through their attorneys, Foley & Lardner LLP, hereby withdraw the Objection Of Omron Automotive Electronics, Inc. And Omron Dualtec Automotive Electronics, Inc. To Assumption And Assignment Of Certain Executory Contracts And Cure Amounts Related Thereto (Docket No. 1292), filed on June 15, 2009.

Dated:   July 21, 2009                FOLEY & LARDNER LLP

                                              s/   Frank W. DiCastri
                                              Steven H. Hilfinger
                                              Frank W. DiCastri
                                              John A. Simon
                                              500 Woodward Avenue, Suite 2700
                                              Detroit, MI 48226-3489
                                              Telephone: (313) 234-7100
                                              Facsimile: (313) 234-2800

                                              *Attorneys for Omron Automotive Electronics, Inc. and*
                                              *Omron Dualtec Automotive Electronics, Inc.*