CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for AMPORTS, Inc. and certain of its affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                   :
In re                                                              :    Chapter 11
                                                                   :    Case No. 09-50026 (REG)
General Motors Corporation, *et al.*,                              :    (Jointly Administered)
                                                                   :
                              Debtors.                             :    CERTIFICATE OF
                                                                   :    SERVICE
------------------------------------------------------------------ X

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 21st day of July 2009, the Notice of Withdrawal of Limited Objection of Amports, Inc. and Certain of its Affiliates to Debtors' Proposed Cure Costs, dated July 21, 2009, was served by hand or by First Class Priority Mail, as indicated, upon:

BY HAND

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.
Brian S. Masumoto, Esq.
Andrew D. Velez-Rivera, Esq.

FIRST CLASS PRIORITY MAIL

The U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220
Attn:  Matthew Feldman, Esq.

General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265
Attn:  Lawrence S. Buonomo, Esq.

General Motors Corporation
30009 Van Dyke Avenue
Warren,  Michigan  48090-9025
Attn:  Warren Command Center
Mailcode 480-206-114

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Attn:  Michael J. Edelman, Esq.
Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn: Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Gordon Novod, Esq.

Cadwalder, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
Attn: John J. Rapisardi, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

      2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
       July 21, 2009

                                                                  _____
                                                                   Richard V. Conza