Howard S. Beltzer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Fax: (212) 309-6001

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  |  |
|---|---|
| **In re:** | : |
|  | :    **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY, et al.,** | : |
| f/k/a **General Motors Corp., et al.,** | :    **Case No. 09-50026 (REG)** |
|  | : |
| **Debtors.** | :    **(Jointly Administered)** |

---------------------------------------------------------------x

**VERIFIED STATEMENT OF MORGAN, LEWIS & BOCKIUS LLP PURSUANT**
**TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Howard S. Beltzer, on behalf of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), in connection with the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Verified Statement") and represents as follows:

1.    Morgan Lewis is counsel to the entities listed on Exhibit 1 hereto (collectively, the "Entities").

2.    Each of the Entities may hold claims against and/or interests in the Debtors arising out of agreements, law or equity pursuant to its respective relationship with the Debtors. The amounts of the claims held by each of the Entities have not yet been determined.

3.    The following are the facts and circumstances in connection with Morgan Lewis's employment in these cases:  each of the Entities separately requested that Morgan Lewis

DB1/63248766.4

represent them in connection with the Debtors' Chapter 11 cases. Morgan Lewis may undertake

additional representations of other parties in interest, and to the extent Morgan Lewis does so,

this Verified Statement will be amended as appropriate.

4.      Morgan Lewis has filed a proof of claim in the Debtors' Chapter 11 cases in the

amount of $31,560.71 for legal services rendered to General Motors Corp. pre-petition.[1]

5.      Neither this Verified Statement nor the filing of this Verified Statement shall

constitute an appearance by any of the Entities,[2] nor have any of the Entities submitted to the

jurisdiction of this Court by this submission.

6.      The undersigned certifies that this statement is true and accurate, to the best of his

knowledge and belief. Morgan Lewis reserves the right to revise and supplement this Verified

Statement as appropriate.

Dated: New York, New York
       July 21, 2009

                                   MORGAN, LEWIS & BOCKIUS LLP

                                   By:/s/ Howard S. Beltzer
                                      Howard S. Beltzer

                                   101 Park Avenue
                                   New York, NY  10178
                                   Tel: (212) 309-6000
                                   Fax: (212) 309-6001

---

[1] Additionally, certain members of Morgan Lewis, in their individual capacities, also hold claims against and/or equity interests in the Debtors.

[2] Several of the Entities have filed notices of appearance and/or pleadings in the Debtors' Chapter 11 Cases.

DB1/63248766.4