# **EXHIBIT 1**

| **CLIENT** | **ADDRESS** |
|---|---|
| Aramark Holdings Corporation | Aramark Tower, 29th Floor<br>1101 Market Street<br>Philadelphia, PA 19107 |
| AkzoNobel | 10 Finderne Avenue<br>Bridgewater, NJ 08807 |
| AstraZeneca Pharmaceuticals L.P. | 1800 Concord Pike<br>Wilmington, DE 19850 |
| FMR Corp. and affiliates | 82 Devonshire Street, F6B<br>Boston, MA 02109 |
| Fluid Routing Solutions | 1955 Enterprise Drive<br>Rochester Hills, MI 48309 |
| Hitachi Metals America, Ltd. | 41800 West 11 Mile Road<br>Suite 100<br>Novi, MI 48375 |
| JPMorgan Chase Bank, N.A. and affiliates | 270 Park Ave.<br>New York, NY 10017 |
| Maersk Inc. and affiliates | 2 Giralda Farms<br>Madison Avenue<br>Madison, New Jersey 07940 |
| NFL Properties LLC | 280 Park Avenue<br>New York, NY 10017 |
| Penske Automotive Group, Inc. | 2555 Telegraph Rd.<br>Bloomfield Hills, MI 48302 |
| Pricewaterhouse Coopers LLP | Three Embarcadero Center<br>San Francisco, CA 94111 |
| Toyota Motor Sales U.S.A., Inc. and affiliates | 19001 S. Western Avenue<br>Torrance, CA 90501 |

DB1/63248766.4