**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------x
                                    :
In re:                              :        Chapter 11
                                    :
MOTORS LIQUIDATION COMPANY, et al.,:         Case No. 09-50026 (REG)
    f/k/a General Motors Corp., et al.   :
                                    :        (Jointly Administered)
                        Debtors.    :
----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2009, a true and correct copy of the foregoing *Verified Statement of Morgan, Lewis & Bockius LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* was served electronically through the Court's ECF System on parties requesting electronic service and by first class mail to the following persons at the following addresses:

*Courtesy Copy:*
Honorable Robert E. Gerber
Courtroom 621
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

*The Debtors:*
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

*U.S. Trustee:*
The Office of the U.S. Trustee
for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

*Counsel to Creditors' Committee:*
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer, Esq.
    Kenneth H. Eckstein, Esq.
    Gordon Z. Novod, Esq.

*Debtors' Counsel:*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
    Stephen Karotkin, Esq.
    Joseph H. Smolinsky, Esq.

*Debtors' Special Counsel:*
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
Attn: Joseph R. Sgroi, Esq.
    Robert B. Weiss, Esq.
    Tricia A. Sherick, Esq.

*Debtors' Special Counsel:*
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, New York 10022
Attn: Patrick J. Trostle, Esq.

Dated: New York, New York          /s/ Kim Raulsome
       July 21, 2009               Kim Raulsome