Stephen B. Foley, (P-27274)
Admitted Pro Hac Vice
Stephen B. Foley, P.C.
9900 Pelham Road
Taylor, MI  48180
(313) 295-2590
(313) 295-2597 Fax
sfoley@sbfpc.com

*Attorney for*
*T.V. Minority Company, Inc.,*
*and its wholly owned subsidiary,*
*Innovative Logistics Group, Inc.,*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| **GENERAL MOTORS CORP., et. al.** | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

_____)

**NOTICE OF WITHDRAWAL BY T.V. MINORITY COMPANY, INC., AND**
**ITS WHOLLY OWNED SUBSIDIARY, INNOVATIVE LOGISTICS GROUP, INC.,**
**OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

NOW COMES Stephen B. Foley, P.C., by and through, Stephen B. Foley, and hereby withdraws his Entry of Appearance Pro Hac Vice and Request For Notice on behalf of T.V. Minority Company, Inc., and its wholly owned subsidiary, Innovative Logistics Group, Inc., and affiliates and subsidiaries, Michigan corporations, in the above referenced case, filed on June 12, 2009, (Doc #1510 and related Doc #1540).

Respectfully submitted,

s/Stephen B. Foley
STEPHEN B. FOLEY, P.C.
9900 Pelham Road
Taylor, MI  48180
(313) 295-2590
sfoley@sbfpc.com
P-27274

Dated:  June 21, 2009