**QUARLES & BRADY LLP**
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
Christopher Combest (IL ARDC No. 06224701) (*pro hac vice* admission pending)

*Counsel for Tecta America Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al*., | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |

_____ :

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF TECTA AMERICA CORP. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE AMOUNTS RELATED THERETO**

Tecta America Corp. ("Tecta"), by its undersigned counsel, hereby withdraws the Limited Objection of Tecta America Corp. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Amounts Related Thereto (Docket No. 1097). This Notice of Withdrawal is conditioned upon the Debtors' and Purchaser's compliance with those certain matters reflected in a separate agreement entered into between Tecta and the Debtors.

Dated:  July 21, 2009                                          QUARLES & BRADY LLP

                                                                              By:    /s/ Christopher Combest
                                                                                       Christopher Combest (CC-3529)
                                                                              300 North LaSalle Street, Suite 4000
                                                                              Chicago, Illinois 60654
                                                                              Telephone: (312) 715-5000
                                                                              Facsimile: (312) 715-5155
                                                                              E-mail:  Christopher.Combest@quarles.com

                                                                              *Counsel for Tecta America Corp.*

QB\8459896.1