United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y. 10004-1408



### Lead Case # 09-50026

| In Re: | ) | |
|---|---|---|
| | ) | **Chapter 11** |
| **GENERAL MOTORS CORP., et. al,,** | ) | Case # 09-0950026 |
| Debtors | ) | (Gerber) |
| | ) | Jointly Administered |
| | ) | **July 7, 2009** |

### Notice of Appeal on 7-6-2009 Decision of Honorable Judge Robert E. Gerber, on Debtors' Motion for approval of Sec. 363 Sale of Assets, etc. to New GM

Pursuant to Rule 8002 of Federal Bankruptcy Rules, **this is a notice** to indicate that I [1] hereby appeal to the United States District for the Southern District of New York, N.Y. 10007 from the 7-6-2009 Decision of honorable Judge Robert E. Gerber in the above referenced case (Docket #s 2967, 2968, 2985 etc.) dealing with Sec. 363 Sale to New GM.

To the best of my knowledge, the following are the interested parties in this case:

| Interested Party | Name of Law Firm | Names of Attorneys | Phone # |
|---|---|---|---|
| 1) **The Debtors:** | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, N.Y. 101153 | Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky | (212)<br>310-8000 |
| 2) **The Official Committee of Unsecured Creditors** | Kramer Levin Naftalis & Frankel LLP<br>1177 Ave. of the Americas<br>New York, N.Y. 10036 | Kenneth H. Eckstein<br>Thomas Moers Mayer<br>Robert Schmidt<br>Jeffrey S. Trachtman | (212)<br>715-9100 |
| 3) **United States Trustee** | Office of U.S. Trustee<br>33 Whitehall St., 21st floor<br>New York, N.Y. 10004 | Diana G. Adams | (212)<br>510-0500 |
| 4) **U.S. Attorney For SDNY** | 86 Chambers St., 3rd floor<br>New York, N.Y. 10007 | Lev. L. Dassin<br>David S. Jones | (212)<br>637-1945 |

---

[1] This is Radha R.M. Narumanchi of New Haven, Connecticut, "a party in interest", being a "Creditor" (Bondholder worth $400,000.00 + -- cost basis) of the bankrupt General Motors Corp., as those terms are generally understood in bankruptcy proceedings

|   |   | Matthew L. Schwartz |   |
|---|---|---|---|
| & |   |   |   |
| 5) **NGMCO. Inc**. | Cadwalader Wickersham<br>& Taft LLP<br>One World Fin. Center<br>New York, N.Y. 10281 | John J. Rapisardi<br>Peter Friedman | (212)<br>504-5585 |

A money order drawn out in favor of the Clerk of Bankruptcy Court, in the amount of $255.00, towards this appeal docketing fees, is attached.

Respectfully submitted.

Dated at New Haven, Conn. 06513, this 7th day of July, 2009.

CREDITOR (Interested Party) *Pro Se*

*[signature] 7/7/2009*

(Radha R.M. Narumanchi)
657 Middletown Avenue
New Haven, Conn. 06513
Phone: (203) 562-0536
Email: rrm_narumanchi@hotmail.com