KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-3275
Facsimile: (212) 715-8000
Thomas Moers Mayer
Kenneth H. Eckstein
Robert T. Schmidt
Adam C. Rogoff

*Counsel for the Official Committee*
*of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                   :
In re:                                                             :  Chapter 11 Case No.:
                                                                   :
MOTORS LIQUIDATION COMPANY, et al.                                 :  09-50026 (REG)
       f/k/a General Motors Corp., et al.                          :
                                                                   :
                         Debtors.                                  :  (Jointly Administered)
                                                                   :
------------------------------------------------------------------ X

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on August 3, 2009, at 9:45 a.m. (prevailing Eastern Time) to consider the Application of The Official Committee of Unsecured Creditors of Motors Liquidation Company for Entry of an Order Authorizing the Employment and Retention of Epiq Bankruptcy Solutions, LLC as The Committee's Information Agent Nunc Pro Tunc to June 3, 2009 (the "**Application**").

PLEASE TAKE FURTHER NOTICE that that objections, if any, to the Application must be made in writing, with a hard copy to Chambers; conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court Southern District of New York; and be filed with the Bankruptcy Court so as to be actually received by the applicant not later than 4:00 p.m. (prevailing Eastern Time) on July 29, 2009.

Dated: New York, New York
July 21, 2009

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Robert T. Schmidt
Thomas Moers Mayer
Kenneth H. Eckstein
Robert T. Schmidt
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 715-3275
Fax: (212) 715-8000

Proposed Counsel for Official Committee of
Unsecured Creditors of General Motors Corp., *et al.*