**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                             :        Chapter 11 Case No.
                                                                       :
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :        09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                :
                                                                       :
                      Debtors.        :        (Jointly Administered)
                                                                       :
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 22, 2009 AT 9:45 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

*Matters to be heard at 9:45 a.m.*

**I.**   **CONTESTED MATTER:**

    1.   Debtors' Third Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject Certain Executory Contracts **[Docket. No. 3044]**

        Response Deadline:        July 17, 2009 at 4:00 p.m.

        Responses Filed:

            A.   Objection of U. S. Montana Based Stillwater Mining Company to the Debtors' Motion to Reject Its Mineral Supply Contract in Favor of Foreign Mineral Supply Contracts filed by Garry M. Graber on behalf of Stillwater Mining Company **[Docket No. 3196]**

            B.   Objection to Motion filed by Dwight Yellen on behalf of JMJ Films, Inc. **[Docket No. 3199]**

        Replies Filed:

            C.   Debtors' Reply to Objection of Stillwater Mining Company to Third Omnibus Motion of Debtors to Reject Certain Executory Contracts **[Docket No. 3267]**

Additional Document(s):   None to date.

**Status:** The JMJ Films Objection [Docket No. 3199] has been resolved. The Debtors will submit a revised order reflecting this change in status. The Matter is going forward otherwise.

## II.    UNCONTESTED MATTERS:

2. Debtors' Motion to Reject Certain Unexpired Leases of Nonresidential Real Property **[Docket No. 2643]**

    Response Deadline:   July 15, 2009

    Responses Filed:   None to date.

    Replies Filed:   None to date.

    Additional Document(s):   None to date.

    **Status**:   This matter is going forward.

3. Debtors' Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts [**Docket No. 2644**]

    Response Deadline:   July 15, 2009

    Responses Filed:   None to date.

    Replies Filed:   None to date.

    **Status**:   The matter is going forward.

4. Debtors' Amended Second Omnibus Motion Pursuant To 11 U.S.C § 365 to Reject Certain Executory Contracts **[Docket Nos. 2648]**

    Response Deadline:   July 15, 2009 at 4:00 p.m.

    Responses Filed:

    A.   Macquarie Equipment Finance, LLC's Limited Objection to Debtors' Second Omnibus Motion Pursuant to 11 U.S.C. §365 to Reject Certain Executory Contracts **[Docket No. 3177]**

        Replies Filed:        None to date.

        Additional Document(s):    None to date.

        **Status:**    This matter is going forward. The objection by Macquarie Equipment Finance, LLC has been resolved.

5.    Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c) Further Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs **[Docket No. 3180]**

        Response Deadline:    July 20, 2009 at 4:00 p.m.

        Responses Filed:    None to date.

        Replies Filed:    None to date.

        **Status**:    The matter is going forward.

### III.    ADJOURNED MATTERS:

6.    Pre-Trial Conference for Adversary Proceeding Narumanchi et al v. General Motors Corporation Adv. Case No. 09-501 **[Docket No. 2]**

        Response Deadline:    Not Specified.

        Responses Filed:    None to date.

        Replies Filed:    None to date.

        Additional Document(s):

        A.    The GM Defendants' Motion to Dismiss the Complaint **[Docket No. 4]**

        B.    Affidavit of Irwin H. Warren in Support of the GM Defendants' Motion to Dismiss the Complaint **[Docket No. 5]**

        C.    Defendant Wilmington Trust Company's Motion to Dismiss Plaintiffs' Adversary Complaint filed by David Kerstein on behalf of Wilmington Trust Company **[Docket No. 6]**

|   |   |   |
|---|---|---|
| D. | | Memorandum of Law in Support of Defendant Wilmington Trust Company's Motion to Dismiss Adversary Complaint **[Docket No. 7]** |
| E. | | Declaration of David J. Kerstein in Support of Defendant Wilmington Trust Company's Motion to Dismiss Plaintiffs' Adversary Complaint filed by David Kerstein on behalf of Wilmington Trust Company **[Docket No. 8]** |
| F. | | Corporate Ownership Statement Pursuant to FRBP 7007.1 filed by David Kerstein on behalf of Wilmington Trust Company **[Docket No. 9]** |
| G. | | Declaration - Exhibit 1 to Declaration of David J. Kerstein in Support of Defendant Wilmington Trust Company's Motion to Dismiss Plaintiff's Adversary Complaint filed by David Kerstein on behalf of Wilmington Trust Company **[Docket No. 11]** |
| H. | | Declaration Exhibits 2 through 15 to Declaration of David J. Kerstein in Support of Defendant Wilmington Trust Company's Motion to Dismiss Plaintiff's Adversary Complaint filed by David Kerstein on behalf of Wilmington Trust Company **[Docket No. 12]** |
| **Status**: | | This matter has been adjourned to September 30, 2009 at 10:30 a.m. |

Dated:  July 21 2009
       New York, New York

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors