UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* | : |
| | : Case No. 09-50026 (REG) |
| Debtors | : |
| | : (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of July, 2009, I electronically filed the ***MOTION OF ESIS, INC. TO COMPEL DEBTORS TO ASSUME OR REJECT CLAIMS ADMINISTRATION SERVICES AGREEMENTS*** causing true and correct copies of the same to be served via electronic delivery to any party receiving service through the Court's CM/ECF system and that on this 21st day of July, 2009, I served true and correct copies of the said Motion via First Class Mail, postage prepaid, upon the following:

John J. Rapisardi, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
*Attorneys for the Purchaser*

Diana G. Adams, Esquire
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

                                            /s/Andrew K. Lipetz
                                            Andrew K. Lipetz
                                            Wasserman Grubin & Rogers, LLP
                                            1700 Broadway, 42nd Floor
                                            New York, NY 10019
                                            Tel: 212-581-3320
                                            FAX: 212-956-5255
                                            *Counsel for ESIS, Inc.*