UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| MOTORS LIQUIDATION COMPANY, | : |
| *et al.* | : |
| | : Case No. 09-50026 (REG) |
| Debtors | : |
| | : (Jointly Administered) |
| | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2009, I electronically filed the *MOTION OF ACE AMERICAN INSURANCE COMPANY AND AFFILIATED COMPANIES TO COMPEL DEBTORS TO ASSUME OR REJECT INSURANCE POLICIES AND RELATED AGREEMENTS* causing true and correct copies of the same to be served via electronic delivery to any party receiving service through the Court's CM/ECF system and that on this 21st day of July, 2009, I served true and correct copies of the said Motion via First Class Mail, postage prepaid, upon the following:

John J. Rapisardi, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
*Attorneys for the Purchaser*

Diana G. Adams, Esquire
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

/s/Andrew K. Lipetz
Andrew K. Lipetz
Wasserman Grubin & Rogers, LLP
1700 Broadway, 42nd Floor
New York, NY 10019
Tel: 212-581-3320
FAX: 212-956-5255
*Counsel for Ace American Insurance Company*