KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-3275
Facsimile: (212) 715-8000
Thomas Moers Mayer
Kenneth H. Eckstein
Robert T. Schmidt
Adam C. Rogoff

*Counsel for the Official Committee
of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
In re:                                     : Chapter 11 Case No.:
:
MOTORS LIQUIDATION COMPANY, et al.         : 09-50026 (REG)
  f/k/a General Motors Corp., et al.       :
:
                           Debtors.        : (Jointly Administered)
:
------------------------------------------------------------------ X

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on August 3, 2009, at 9:45 a.m. (prevailing Eastern Time) to consider the Motion of The Official Committee of Unsecured Creditors for an Order Establishing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103(c) (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that that objections, if any, to the Motion must be made in writing, with a hard copy to Chambers; conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules for the United States Bankruptcy Court Southern District of New York; and be filed with the Bankruptcy Court so as to be actually received by the applicant not later than 4:00 p.m. (prevailing Eastern Time) on July 29, 2009.

Dated:   New York, New York
         July 21, 2009

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                                By:   /s/ Robert T. Schmidt
                                                    Thomas Moers Mayer
                                                    Kenneth H. Eckstein
                                                    Robert T. Schmidt
                                                    1177 Avenue of the Americas
                                                    New York, New York  10036
                                                    Phone: (212) 715-3275
                                                    Fax: (212) 715-8000

                                                    Proposed Counsel for Official Committee of
                                                    Unsecured Creditors of General Motors Corp., *et al.*