Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

*BHM Technologies Holdings, Inc.*
*The Brown Company of Waverly, LLC*
*The Brown Company of Moberly, LLC*
*The Brown Corporation de Saltillo, S. de R.L. de C.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                :
**In Re:**                         :        **Chapter 11 Case No.**
                                                :
**GENERAL MOTORS CORP.,** *et al.,*    :        **09-50026 (REG)**
                                                :
            **Debtors.**          :        **(Jointly Administered)**
                                                :
                                                :        **Hon. Robert E. Gerber**
---------------------------------------------------------x

## WITHDRAWAL OF LIMITED OBJECTION

The Limited Objection by BHM Technologies Holdings, Inc., The Brown Company of Waverly, LLC, The Brown Company of Moberly, LLC, and the Brown Corporation De Saltillo, S. De R.L. De C.V. (the "Entities") to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto, filed by Mary Kay Shaver on behalf of the Entities on June 15, 2009, at Docket No. 1023 is hereby withdrawn.

Respectfully submitted,

V<sub>ARNUM</sub>

Dated: July 22, 2009          By:    /s/ Mary Kay Shaver
                                            Mary Kay Shaver (P-60411)
                                        Business Address:
                                            Bridgewater Place
                                            P. O. Box 352
                                            Grand Rapids, MI  49501-0352
                                            (616) 336-6000
                                            **mkshaver@varnumlaw.com**

#2787982