ALSTON & BIRD LLP
Dennis J. Connolly
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

90 Park Avenue
New York, New York 10016
(212) 210-9400

*Counsel for Autoliv ASP, Inc., et. al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

-----------------------------------------------------------------x

**WITHDRAWAL OF OBJECTION OF AUTOLIV ASP, INC. TO THE PROPOSED CURE AMOUNT SET FORTH IN THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Autoliv ASP, Inc. ("Autoliv"), by and through its undersigned counsel, Alston & Bird LLP, hereby withdraws its objection filed on June 12, 2009 (Docket No. 862) to the proposed Cure Amount set forth in the Notice of (I) Debtors' Intent to Assume and Assign Certain

Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

Dated: Atlanta, Georgia
July 22, 2009

>Respectfully submitted,
>
>ALSTON & BIRD LLP
>
>/s/ Dennis J. Connolly
>Dennis J. Connolly
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, Georgia 30309-3424
>Telephone: (404) 881-7000
>Facsimile: (404) 881-7777
>*Counsel for Autoliv ASP, Inc., et. al.*

ALSTON & BIRD LLP
Dennis J. Connolly
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

90 Park Avenue
New York, New York 10016
(212) 210-9400

*Counsel for Autoliv ASP, Inc., et. al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day caused to be served true and correct copies of the "**Withdrawal of Objection of Autoliv ASP, Inc. to the Proposed Cure Amount Set Forth in the Second Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto**" by depositing said copies in the United States mail, with adequate first class postage affixed thereon, properly addressed to the parties on the service list attached hereto as Exhibit "A."

     This 22nd day of July 2009.

                                                                       ALSTON & BIRD LLP

                                                                       /s/ Dennis J. Connolly
                                                                       Dennis J. Connolly
                                                                       One Atlantic Center
                                                                       1201 West Peachtree Street
                                                                       Atlanta, Georgia 30309-3424
                                                                       Telephone: (404) 881-7000
                                                                       Facsimile: (404) 881-7777
                                                                       *Counsel for Autoliv ASP, Inc., et. al.*

# EXHIBIT A

**GENERAL MOTORS CORPORATION**
**Special Service List**

| | |
|---|---|
| Warren Command Center<br>General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Mailcode 480-206-114<br>Warren, Michigan 48090-9025 | Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 |
| Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, New York 10019 | Diana G. Adams, Esq.<br>Office of the United States Trustee<br>   for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004 |
| Thomas Mayer, Esq.<br>Kramer, Levin, Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036 | Joseph R. Sgroi<br>Honigman Miller Schwartz and Cohn LLP<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI  48226-3506 |