**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
                                    :

In re:                             :      Chapter 11

                                    :

Motors Liquidation Company,      :      Case No. 09-50026(REG)

                                    :

                                    :

              Debtor(s).      :

                                    :
------------------------------------X

## <u>CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER</u>

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN
ORDER OF THE BANKRUPTCY COURT, DATED 6/24/2009, DIRECTING THE
CLERK TO FILE SUCH MATERIAL UNDER SEAL.