BENESCH FRIEDLANDER
 COPLAN & ARONOFF LLP
Stuart A. Laven, Jr. (SL-9838)
200 Public Square, Suite 2300
Cleveland, OH  44114-2378
(216) 363-4500
(216) 363-4588 (Facsimile)

Attorneys for Hilite Industries, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF HILITE INDUSTRIES, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO**

Hilite Industries, Inc. ("Hilite"), hereby withdraws its Objection (Docket 854) to the *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto*.

Dated: Cleveland, OH
        July 22, 2009

Respectfully submitted,

/s/ Stuart A. Laven, Jr.
Stuart A. Laven, Jr.
BENESCH FRIEDLANDER
 COPLAN & ARONOFF LLP
Stuart A. Laven, Jr. (SL-9838)
200 Public Square, Suite 2300
Cleveland, OH  44114-2378
(216) 363-4500/(216) 363-4588
slaven@beneschlaw.com

Attorneys for Hilite Industries, Inc.

# CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Withdrawal* was sent via U.S. Mail, postage prepaid, to the following parties this 22nd day of July, 2009:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center,
      Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq.
      Stephen Karotkin, Esq.
      Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Gordon Z. Novod

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
      Michael L. Schein, Esq.

Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Attn: Erika Tobias

/s/ Stuart A. Laven, Jr.

2

Doc 3319693   Ver 1