|  | Counter Party | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 1. | AC PROPULSION INC. | 441 Borrego Ct<br>San Dimas CA 91773-2971 | Engineering Services Contract: AC150 Motor, Inverter, Charger, Power Supply, Cooling System | 1/16/2008 |
| 2. | AC PROPULSION INC. | 441 Borrego Ct<br>San Dimas CA 91773-2971 | Engineering Services Contract: A2001-A VMS G, Vehicle Management System | 4/9/2008 |
| 3. | AMERICAN STEEL INVESTMENT CORP. | 1717 W 10th St<br>Indianapolis IN 46222-3801 | Engineering Services Contract: Cost To Proof Test, Certify, Serialize, And Properly Rate And Label Lifting Fixtures For Tranmission Test | 2/19/2008 |
| 4. | ASPARITY DECISION SOLUTIONS INC. | 115 Market St<br>PO Box 3634<br>Durham, NC 27702 | Medical Services Provider | 02/16/09 |
| 5. | ATLAS ELECTRIC DEVICES CO. | 17301 W Okeechobee Rd<br>Hialeah FL 33018-6414 | Engineering Services Contract: Outdoor weather testing for low gloss monocoat system | 6/27/2003 |
| 6. | ATP AUTOMOTIVE TESTING PAPENBURG | Johann-Bunte-Str 176<br>Papenburg NS 26871 Germany | Engineering Services Contract: Fuel for Testing at Papenburg Proving Ground | 4/3/2008 |
| 7. | AUTOMOTIVE TESTING OPERATIONS | 25650 W 11 Mile Rd Ste 100<br>Southfield MI 48034-2253 | Engineering Services Contract: Automotive Testing Operations | 10/20/2008 |
| 8. | BRYSON CONSULTING ASSOC INC. | 12843 Westledge Ln<br>Saint Louis MO 63131-2237 | Engineering Services Contract: Diesel Engineering | 2/6/2007 |
| 9. | BRYSON CONSULTING ASSOC INC. | 12843 Westledge Ln<br>Saint Louis, MO 63131-2237 | Engineering Services Contract: Process Of Engineering For Global Engineering Standard Work Pilot Project | 3/27/2008 |

**ERROR! NO PROPERTY NAME SUPPLIED.**

|  | **Counter Party** | **Counterparty Address** | **Contract Description** | **Contract Date** |
|---|---|---|---|---|
| 10. | CAMKAY SOLUTIONS INC. | 3307 Islesworth Trce<br>Duluth, GA 30097-4327 | Engineering Services Contract: Startup Support On The Wentzville AA A-Line Press | 10/2/2008 |
| 11. | CASTASUS, MANUAL A. DR. | Manual Castasus<br>12635 Conway Downs Dr<br>Saint Louis, MO  63141 | Medical Services Provider | 1/1/2005 |
| 12. | CIPOLLE, CHRISTINA L | Christina Cipolle, 3031 Ewing Ave S Ste 260, Minneapolis, MN  55416 | Medical Services Provider | 1/1/2006 |
| 13. | CONCEPT DESIGN & MANUFACTURING | Interiors House Doyle Dr Longf Coventry West Midlands GB CV6 6NW Great Britain | Engineering Services Contract:  Mech Design - Engineering AGV | 10/2008 |
| 14. | CORVID TECHNOLOGIES INC. | 145 Overhill Dr<br>Mooresville NC 28117-8006 | Engineering Services Contract:  CFD Analysis Resources For GMX245 Program | 9/26/2007 |
| 15. | CREATIVE THERMAL SOLUTIONS | 2209 N Willow Rd<br>Urbana IL 61802-7338 | Engineering Services Contract:  European Union Mobile Air Conditioning 706 Refrigerant Leakage Test | 8/26/2008 |
| 16. | DAVID S OWENS M.D. | David Owens, 4545 Harris Trl, Atlanta, GA  30327 | Medical Services Provider | 12/11/2008 |
| 17. | DAYTON POWER AND LIGHT ENERGY RESOURCES | Doug Hood<br>1065 Woodman Drive<br>Dayton, Ohio 45432 | Contract for 3rd Party Electric Supply for GM Moraine Assembly Plant. | 8/29/2003 |
| 18. | DELUXE TECHNOLOGIES LLC | 34537 Bennett<br>Fraser, MI 48026-1691 | Engineering Services Contract: Cost Estimate For GMT 915 EXCB1 Build | 12/6/2007 |
| 19. | DTE ENERGY SERVICES | Steve Earhart<br><br>DTE Moraine, LLC<br>414 S. Main Street, Suite 600<br>Ann Arbor, MI. 48104 | Compressed Air Services Agreement | 10/12/2001 |

**ERROR! NO PROPERTY NAME SUPPLIED.**             2

|  | **Counter Party** | **Counterparty Address** | **Contract Description** | **Contract Date** |
|---|---|---|---|---|
| 20. | DTE ENERGY SERVICES | Steve Earhart<br><br>DTE Moraine, LLC<br>414 S. Main Street, Suite 600<br>Ann Arbor, MI. 48104 | Settlement and Mutual Release Agreement | 4/22/2009 |
| 21. | EDAG INC. | 275 Rex Blvd<br>Auburn Hills, MI 48326-2954 | Engineering Services Contract | 9/17/2007 |
| 22. | EDAG INC. | 275 Rex Blvd<br>Auburn Hills, MI 48326-2954 | Engineering Services Contract: ED&D 2009 GMT 360 NG | 3/17/2006 |
| 23. | EICHER ENGINEERING SOLUTIONS I | 23399 Commerce Dr Ste B10<br>Farmington Hills, MI 48335-2763 | Engineering Services Contract: Full Recut Of EXCB, Except For Hood, Fenders | 1/9/2008 |
| 24. | FREBCO INC. | 3400 Kettering Blvd<br>Moraine, OH 45439-2013 | Engineering Services Contract | 1/22/2009 |
| 25. | FREBCO INC. | 3400 Kettering Blvd<br>Moraine, OH 45439-2013 | Engineering Services Contract: Provide Mechanical Services | 1/22/2009 |
| 26. | FREBCO INC. | 3400 Kettering Blvd<br>Moraine, OH 45439-2013 | Engineering Services Contract: Provide Mechanical Services | 9/19/2008 |
| 27. | HAARTZ CORP., THE | 40950 Woodward Ave Ste 150<br>Bloomfield Hills, MI 48304-5125 | Engineering Services Contract: .6 MM PVC Sheet | 1/31/2008 |
| 28. | HAARTZ CORP., THE | 40950 Woodward Ave Ste 150<br>Bloomfield Hills, MI 48304-5125 | Engineering Services Contract: .6 MM PVC Sheet | 1/31/2008 |

|     | **Counter Party** | **Counterparty Address** | **Contract Description** | **Contract Date** |
| --- | --- | --- | --- | --- |
| 29. | HAARTZ CORP., THE | 40950 Woodward Ave Ste 150 Bloomfield Hills, MI 48304-5125 | Engineering Services Contract | 1/31/2008 |
| 30. | HT/DCR ENGINEERING INC. | 2830 Parkway St Lakeland, FL 33811-1390 | Engineering Services Contract:  Controls support for Wentzville body shop | 1/14/2007 |
| 31. | HUGHES, DAVID M.D. | David Hughes, 9560 The Maples, Clarence, NY  14031 | Medical Services Provider | 04/22/2005 |
| 32. | IMPEL INDUSTRIES INC. | 44494 Phoenix Dr Sterling Heights, MI 48314-1467 | Engineering Services Contract:  Fuel Fill Bracket ASM Fuel Fill Brkt GMX 569 | 3/6/2008 |
| 33. | INDEPENDENT TEST SERVICES | 7704 Ronda Dr Canton, MI 48187-2447 | Engineering Services Contract:  Biaxial Fatigue Durability Testing, 1,000,000 Cycles | 8/6/2008 |
| 34. | INNOVATION PLUS INC. | 3630 Horizon Dr King Of Prussia, PA 19406-4701 | Engineering Services Contract:  Add Instrumentation (Chip) To M12 X 1.5 | 6/30/2008 |
| 35. | INNOVATIVE BUSINESS SERVICES LLC | 2505 Avonhurst Dr Troy, MI 48084-1001 | Engineering Services Contract:  Formatting and editing of GMW CCRW weld standards | 1/12/2007 |
| 36. | INSURANCE RECOVERY GROUP INC. | Mark Nevils, 220 N Main St, Natick, MA  01760 | Insurance Contract | 07/22/2002 |
| 37. | JETT SETT MANAGEMENT SERVICES | 38945 Santa Barbara, Clinton Township, MI  48036 | Aircraft Management Contract | 07/01/2006 |
| 38. | KARCO ENGINEERING | 9270 Holly Rd Adelanto, CA 92301-3954 | Engineering Services Contract:  Conduct Front NCAP Test On 2009 Cadillac CTS | 6/10/2008 |

|  | Counter Party | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 39. | LEVERT FINANCIAL SERVICES | Michael E. Levert<br>PO Box 522<br>Lake Forest, IL 60045 | Payment Recovery Contract | 6/30/2008 |
| 40. | LIFETIME LEARNING SYSTEMS INC. | PO Box 120023<br>200 1ST Stamford Pl<br>Stamford, CT 06912-0023 | Engineering Services Contract:  2006 – 2008 GM Hydrogen Education Program Concepts and Artwork | 3/1/2006 |
| 41. | LITENS AUTOMOTIVE PARTNERSHIP | 730 Rowntree Dairy Rd<br>Woodbridge, ON L4L 5T7<br>CANADA | Engineering Services Contract:  HFV6 Water Pump & Accessory Drive Tests | 6/27/2007 |
| 42. | MAGNA CAR TOP SYSTEMS | 2110 Austin Ave<br>Rochester Hills, MI 48309-3667 | Engineering Services Contract:  18 Prototype Bearings For RRP Forward Latch Handle | 6/12/2008 |
| 43. | MAHLE POWERTRAIN LLC | 41000 Vincenti Ct<br>Novi, MI 48375-1921 | Engineering Services Contract:  CUG Maintenance, Development, Pilot Study & RLM Pilot Study | 4/21/2008 |
| 44. | MATHWORKS INC., THE | 39555 Orchard Hill Pl STE 280<br>Novi, MI 48375-5538 | Engineering Services Contract | 7/17/2008 |
| 45. | METRO FLIGHT SERVICES INC. | 9100 S Dadeland Blvd, Miami, FL  33156 | Aircraft Services Agreement | 8/12/05 |
| 46. | MICHIGAN METROLOGY | 17199 N Laurel Park Dr Ste 51<br>Livonia, MI 48152-2679 | Engineering Services Contract:  3D Surface Measurements / Analysis of ID of Outer Ring from Friction Test | 10/31/2008 |
| 47. | MICHIGAN METROLOGY | 17199 N Laurel Park Dr Ste 51<br>Livonia, MI 48152-2679 | Engineering Services Contract:  3D Surface Measurements /Analysis of Oil Pump Pressur Relief Vlv Bores. | 12/3/2008 |
| 48. | MILLER CONSULTING GROUP INC. | 5293 Lakeview Parkway South Dr<br>Indianapolis, IN 46268-4111 | Engineering Services Contract:  Design & Development Services To Provide CAD Modeling Services For The X26R. | 2/29/2008 |
| 49. | MINI STORAGE, LLC | Mini Storage, LLC, c/o Gitlin Knack & Pavof, ATTN: Irwing Gitlin<br>55 S. Main Street<br>Liberty, NY 12754 | Sale Agreement | 12/22/2003 |

| | Counter Party | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 50. | NATIONAL TECHNICAL SYSTEMS | 12601 Southfield Rd Detroit, MI 48223- | Engineering Services Contract | 7/28/2008 |
| 51. | PATNI COMPUTER SYSTEMS LTD. | B-43 Phase II Electronics City Hosur Rd Bangalore, IN 560100 India | Engineering Services Contract: CSV WP 6 - Test Procedure Development & Validation | 2/22/2007 |
| 52. | PATNI COMPUTER SYSTEMS LTD. | B-43 Phase II Electronics City Hosur Rd Bangalore, IN 560100 India | Engineering Services Contract: CSV Bundled WP 5 - Embedded Code For Vehicle Devel | 2/16/2007 |
| 53. | PLASMA SYSTEMS INC. | 5452 Business Dr Huntington Beach, CA 92649-1226 | Engineering Services Contract: Bond & Coat On CCA | 3/12/2008 |
| 54. | PLASMA SYSTEMS INC. | 5452 Business Dr Huntington Beach, CA 92649-1226 | Engineering Services Contract: Bond And Conformal Coat Of Circuit Boards For 101X, Repair Units | 5/7/2008 |
| 55. | PROCAT TESTING LLC | 30844 Century Dr Wixom, MI 48393-2064 | Engineering Services Contract: Test Catalytic Converter Aging | 7/17/2008 |
| 56. | R&E AUTOMATED SYSTEMS | 44440 Phoenix Dr Sterling Heights, MI 48314-1467 | Engineering Services Contract: Labor For Gmt 166/168 Robot Programming Of Glass | 5/13/2008 |
| 57. | RAETECH CORP. | 4750 Venture Dr Ste 100 Ann Arbor, MI 48108- | Engineering Services Contract: Test Set Up | 5/16/2008 |
| 58. | RICARDO INC. | 40000 Ricardo Dr Detroit Technical Campus Belleville, MI 48111-1642 | Engineering Services Contract: CSV Project Systems Engineering | 2/20/2007 |
| 59. | RICARDO INC. | 40000 Ricardo Dr Detroit Technical Campus Belleville, MI 48111-1642 | Engineering Services Contract: TOS Algorithm And Behavioral Model For CSV Project | 2/20/2007 |
| 60. | RIVERPORT VILLAGE LLC | 31785 S River Rd Harrison Township, MI 48045-1892 | Engineering Services Contract: GM Powertrain Marine Power | 3/1/2004 |

|  | **Counter Party** | **Counterparty Address** | **Contract Description** | **Contract Date** |
|---|---|---|---|---|
| 61. | ROBERTS, JOHN | John Roberts, 1107 Lantern Ln, Niles, OH  44446 | Medical Services Provider | 02/07/2008 |
| 62. | SALEEN SPECIALTY VEHICLES INC. | 1225 E Maple Rd Troy, MI 48083-2818 | Engineering Services Contract:  GMT168 EXCB2 TDO Surface And Prime For Review | 5/30/2008 |
| 63. | SEPULVEDA, DANIEL | Daniel Sepulveda, 1131 Hamline Ave N Apt 19, Saint Paul, MN  55108 | Medical Services Provider | 1/1/2006 |
| 64. | SPAGNUOLO, A J, M.D. | A.J. Spagnuolo, 1718 Wellington Rd, Lansing, MI 48910 | Medical Services Provider | 1/1/2005 |
| 65. | STANDEX INTERNATIONAL CORP | 34497 Kelly Rd Fraser, MI 48026-3404 | Engineering Services Contract:  Texture grain primary master tool | 8/13/2008 |
| 66. | TECHNICAL EMPLOYMENT SERVICES | 510 Savage Rd Belleville, MI 48111-2937 | Engineering Services Contract:  N/A Vehicle Set Up And Trial Runs | 10/16/2007 |
| 67. | TOWNER, RUSS | Russ Towner, 204 S Creedmoor Way, Anderson, IN  46011 | Medical Services Provider | 02/07/2008 |
| 68. | URGENT PLASTIC SERVICES INC. | 2777 Product Dr Rochester Hills, MI 48309-3810 | Engineering Services Contract:  18 DVD Prototype Brackets For ECE R 17 Testing Development Parts For Head Impact Testing | 7/9/2008 |
| 69. | VDMA-GESELLSCHAFT FUER FORSCHU | Lyoner Str 18 Frankfurt HE 60528 Germany | Engineering Services Contract:  Study Of Dioxin Emission Information In Advanced Diesel Aftertreatment Systems. | 2/11/2008 |
| 70. | W. J. H. CONSULTING SERVICES | 293 Albert St PO Box 244 Clinton On NOM 1L0 Canada | Engineering Services Consulting Agreement | 11/7/2007 |