James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388

Counsel for Mold Masters Co.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
|       f/k/a General Motors Corp., *et al.* | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTIONS OF MOLD MASTERS CO. TO THE FIRST AND SECOND NOTICES OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Mold Masters Co. ("Mold Masters") withdraws its *Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* filed June 16, 2009 (Docket No. 1649) and also withdraws its *Objection to the Second Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* filed June 23, 2009 (Docket No. 2342). Pursuant to a trade agreement between Mold Masters and the Debtors, Mold Masters reserves its right to participate in a cure dispute resolution process, if necessary.

                                        Respectfully submitted,

                                        **KERR, RUSSELL AND WEBER, PLC**

                                        By:/s/ P. Warren Hunt

                                        James E. DeLine (P45205) (*Pro Hac Vice*)
                                        P. Warren Hunt (P69713) (*Pro Hac Vice*)
                                        Kerr, Russell and Weber, PLC
                                        Counsel for Mold Masters Co.
                                        500 Woodward Ave, Suite 2500
                                        Detroit, MI 48226
                                        Telephone:  (313) 961-0200
                                        Facsimile: (313) 961-0388
Dated:  July 22, 2009                 jed@krwlaw.com
                                        pwh@krwlaw.com

James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone:  (313) 961-0200
Facsimile: (313) 961-0388

Counsel for Mold Masters Co.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
|         f/k/a General Motors Corp., *et al.* | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      I certify that on July 22, 2009, I electronically filed the foregoing Notice of Withdrawal of Objections to the First and Second Notices of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.  A copy of this document was also served on the following parties on July 22, 2009 via First Class Mail:

Warren Command Center
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York, 10153

Matthew Feldman, Esq.
U.S. Treasury

{34265\16\DT402015.DOC;1}    3

1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C., 20220

John R. Rapisardi, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York 10281

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10036

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

<u>Chambers Copy</u>
Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, New York 10004-1408

|  |  |
|---|---|
|  | /s/ P. Warren Hunt |
|  | P. Warren Hunt (P69713) (*Pro Hac Vice*) |
|  | James E. DeLine (P45205) (*Pro Hac Vice*) |
|  | **KERR, RUSSELL AND WEBER, PLC** |
|  | Counsel for Mold Masters Co. |
|  | 500 Woodward Avenue, Suite 2500 |
|  | Detroit, MI 48226-3406 |
|  | 313-961-0200 (telephone) |
|  | 313-961-0388 (facsimile) |
|  | pwh@krwlaw.com |
| Dated: July 22, 2009 | jed@krwlaw.com |