UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:  General Motors Corp., et al.

                    Debtor

----------------------------------------------------------------x

                    Plaintiff

                    v.

                    Defendant

----------------------------------------------------------------x

Case No. 09-50026

Chapter 11

Adversary Proceeding No.:

## **MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

I, Gary A. Hansz, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent conTeyor Multibag Systems, NV, a Creditor in the above-referenced case.

***I certify that I am a member in good standing*** with the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:  July ___, 2009

_____, New York

/s/ Gary A. Hansz_____

*Mailing Address:*

Williams, Williams, Rattner & Plunkett, P.C.
380 N. Old Woodward Ave., Ste. 300
Birmingham, MI  48009
*E-mail address:* gah@wwrplaw.com
*Telephone number:* (248) 642-0333