CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, | ) | (Jointly Administered) |
| et al., f/k/a GENERAL MOTORS CORP, | ) | |
| *et al.*, | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF SOROC ACQUISITION
CORP. KNOWN AS SOROC PRODUCTS, INC. TO NOTICE OF (I) DEBTORS'
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS,
UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY AND
<u>(II) CURE AMOUNTS RELATED THERETO</u>**

The Debtors and Soroc Acquisition Corp. known as Soroc Products, Inc. ("Soroc") having agreed that: (a) the *Limited Objection of Soroc Acquisition Corp. Known As Soroc Products, Inc. to Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Objection") [Docket No. 708] relates to the Cure Amount only; (b) resolution of the Cure Amount shall be governed by the Cure Dispute Resolution Process described in the Trade Agreement; and, (c) Soroc's right is reserved to file an

5941409.1 29347/130285

objection, on any basis, with respect to the assumption and assignment of executory contracts to Purchaser on the Closing Date identified in a Cure Notice dated after June 5, 2009, Soroc hereby withdraws the Objection.

Dated: July 22, 2009

Respectfully submitted,

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (Mich. Bar No. P48627)
Peter A. Jackson (Mich. Bar No. P35528)
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(313) 965-8572
rgordon@clarkhill.com

Counsel to Soroc Acquisition Corp. known as Soroc Products, Inc.