CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, | ) | (Jointly Administered) |
| et al., f/k/a GENERAL MOTORS CORP, | ) | |
| *et al.*, | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF NATIONAL LOGISTICS
MANAGEMENT CO. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND
ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF
PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

The Debtors and National Logistics Management Co. ("NLM") having agreed that: (a) the *Limited Objection of National Logistics Management Co. to Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Objection") [Docket No. 790] relates to the Cure Amount only; (b) resolution of the Cure Amount shall be governed by the Cure Dispute Resolution Process described in the Trade Agreement; and, (c) NLM's right is reserved to file an objection, on any basis, with respect to the

assumption and assignment of executory contracts to Purchaser on the Closing Date identified in a Cure Notice dated after June 5, 2009, NLM hereby withdraws the Objection.

| | |
|---|---|
| Dated: July 22, 2009 | Respectfully submitted, |
| | CLARK HILL PLC |
| | /s/ Robert D. Gordon |
| | Robert D. Gordon (Mich. Bar No. P48627) |
| | Peter A. Jackson (Mich. Bar No. P35528) |
| | 151 S. Old Woodward Avenue, Suite 200 |
| | Birmingham, Michigan 48009 |
| | (313) 965-8572 |
| | rgordon@clarkhill.com |
| | Counsel to National Logistics Management Co. |

-2-