Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                              :
In Re:                                        :         **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,**               :
**f/k/a GENERAL MOTORS CORP.,** *et al.,*    :         **09-50026 (REG)**
                                              :
           Debtors.                           :         **(Jointly Administered)**
                                              :
                                              :         **Hon. Robert E. Gerber**
---------------------------------------------------------x

### WITHDRAWAL OF DAKKOTA INTEGRATED SYSTEMS, L.L.C.'S LIMITED OBJECTION

NOW COMES Dakkota Integrated Systems, L.L.C., by its attorneys, Varnum, Inc. and hereby withdraws its Limited Objection to Notice of (I) Filing of Schedule of Certain Designated General Agreements and (II) Cure Costs Related thereto ("Limited Objection"), which was filed July 22, 2009 [Docket No. 3300] for the reason that said Limited Objection was inadvertently filed in the wrong case.  Said Limited Objection has been re-filed in Case No. 09-50002 (Old Carco LLC).

                                        Respectfully submitted,

                                        V<sub>ARNUM</sub>

Dated: July 22, 2009          By:   /s/ Mary Kay Shaver
                                    Mary Kay Shaver (P-60411)
                                    Business Address:
                                        Bridgewater Place
                                        P. O. Box 352
                                        Grand Rapids, MI  49501-0352
                                        (616) 336-6000
                                        **mkshaver@varnumlaw.com**

#2790277