

Oppenheimer & Co. Inc.
825 Third Avenue
17th Floor
New York, NY 10022
Phone   212-716-8001
Fax     212-716-8002
Toll Free 800-609-7147

Member of All Principal Exchanges

July 8, 2009

Dear Mr. Genna,

This is in regards to:

EVELYN CORICH AND PAUL CORICH
115 CEDAR HEIGHTS RD.
STAMFORD CT 06905-1011

In response to there position with General Motors Corp and the Chapter 11 Case

If you have any questions or concerns in regards to this please contact Nicole Cohen @ 212-446-4448.

Sincerely,

*Nicole Cohen*



Account Number: G15-1625584 (1)

Page 1 of 1

**Book Page**
**Oppenheimer & Co.**
Report printed on 07/07/2009 10:35 AM

EVELYN CORICH AND
PAUL CORICH JT:TEN:WROS
115 CEDAR HEIGHTS RD.
STAMFORD CT 06905-1011
H:203 322-5664

FA:  Richard M Wechter
FA#  LP5

| Description | Symbol/CUSIP/Security ID | Open Date | Quantity | Open Price | Net Cost | Close Date | Close Price | Net Proceeds | Real Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| CASH | | | | | | | | | |
| GENERAL MTRS CORP QUIDS 7.25% 41 MAT 4/15/41 MOODYS C CALL 04/30/06 @$25 | GM | 04/20/2001 | 1,200 | 25.0000 | 30,000.00 | | | | |

Positions and/or balances marked with an * have been posted to a non-U.S. currency account. The information and statistical data contained herein have been obtained from sources which we believe to be reliable but are in no way warranted by us as to accuracy or completeness. This report is intended to be an analysis and should not be relied upon for accuracy unless it conforms with the official records of the firm. Accordingly, you should rely only on the monthly statement as the official record of your valued Oppenheimer & Co. account.