CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, | ) | (Jointly Administered) |
| et al., f/k/a GENERAL MOTORS CORP, | ) | |
| *et al.*, | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF NATIONAL LOGISTICS MANAGEMENT CO. AS SUCCESSOR BY MERGER TO ARTISAN CONTAINER SERVICES, LLC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

The Debtors and National Logistics Management Co., a/k/a National Logistics Management, Inc. as successor by merger to Artisan Container Services, LLC ("NLM/Artisan") having agreed that: (a) the *Limited Objection of National Logistics Management Co. as Successor By Merger to Artisan Container Services, LLC to Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Objection") [Docket No. 796] relates to the Cure Amount only; (b) resolution of the Cure

5943278.1 20406/091191

Amount shall be governed by the Cure Dispute Resolution Process described in the Trade Agreement; and, (c) NLM/Artisan's right is reserved to file an objection, on any basis, with respect to the assumption and assignment of executory contracts to Purchaser on the Closing Date identified in a Cure Notice dated after June 5, 2009, NLM/Artisan hereby withdraws the Objection.

Dated: July 22, 2009                              Respectfully submitted,

                                                  CLARK HILL PLC

                                                      /s/ Robert D. Gordon
                                                  Robert D. Gordon (Mich. Bar No. P48627)
                                                  Peter A. Jackson (Mich. Bar No. P35528)
                                                  151 S. Old Woodward Avenue, Suite 200
                                                  Birmingham, Michigan 48009
                                                  (313) 965-8572
                                                  rgordon@clarkhill.com

                                                  Counsel to National Logistics Management Co.

-2-