Judge Robert E. Gerber
One Bowling Green
New York, NY 10004-1408

1039 Villa Place
Girard, Oh 44420
July 12, 2008

Dear Honorable Judge Gerber:

It is my understanding that the healthcare for the IUE/CWA retirees and their dependents will not be protected in General Motors bankruptcy proceedings and reorganization plans. After devoting 33years to the company and it's spin-off Delphi Packard Electric, I am immensely disappointed in this decision. When Delphi was in trouble, I took the retirement buy-out with the understanding that I retired under General Motors and I would continue to have healthcare benefits. My wife who also lost her job and healthcare with a local failing hospital system is not yet eligible for Medicare and won't be for another 5 years. This decision comes at a time in our lives that we may need more medical care and it will be a financial hardship for many retirees to afford healthcare.

We are confused as to how these reorganization plans can include healthcare protection for the UAW union members and their dependents and yet not include the 50,000 IUE/CWA (as well as other unions being left out retirees and their dependents. This decision is morally and ethically wrong on all fronts.

Please consider not allowing the US Treasury and General Motors to get away with this atrocity keeping in mind that these retirees were devoted employees for many years and deserve to be protected also even if it means a compromise by IUE and other union retirees contributing more towards their healthcare. These retirees do not have the same financial resources that upper management retirees have.

Thank you for your time.

Respectfully,

*Augustine Scaglione*
Augustine Scaglione

Cc: Congressman Tim Ryan
    Senator Sherrod Brown
    Senator George V. Voinovich