**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com



July 6, 2009

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: In Re: General Motors Corporation, et al., Debtors // To: Tenneco Automotive Operation Company Inc.

Case No. 09-50026

Dear Sir/Madam:

We are herewith returning the Supplement Letter which we received regarding the above captioned matter.

Tenneco Automotive Operation Company Inc. is not listed on our records or on the records of the State of DE.

Very truly yours,


Amy Carmenucci
Process Specialist

Log# 515061580

FedEx Tracking# 791999743326

cc: New York Southern District US Bankruptcy Court
    Hamilton U.S. Custom House,
    1 Bowling Green,
    6th Floor,
    New York, NY 10004-1408