**LEONARD, STREET AND DEINARD**
  *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
Morris Sherman
Matthew A. Swanson (admitted *pro hac vice*)

*Counsel for Quadion Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                      :
In re:                                :    Chapter 11
                                      :
General Motors Corp., *et al.*,       :    Case No. 09-50026 (REG)
                                      :
                                      :    (Jointly Administered)
                  Debtors.            :
------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF OBJECTION AT DOCKET NO. 1906

Quadion Corp. ("Quadion"), by and through its undersigned counsel, hereby withdraws that certain Objection Of Quadion Corp. To The Debtors' Sale Motion [Docket No. 92] With Respect To The Proposed Assumption And Assignment Of Certain Executory Contracts And Cure Amounts Related Thereto (the "Objection" filed at Docket No. 1906), on the basis that the Stipulation And Agreed Order With Respect To The Withdrawal Of Cure Objections Filed In Connection With Debtors' Assumption And Assignment Of Certain Executory Contracts (the "Stipulation") signed by Quadion contemplates the withdrawal of the Objection, subject to the parties' agreement that each party's rights, claims and interests regarding the Cure Amount (as defined in the Stipulation) and any dispute related thereto are reserved.

6228336v1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 22, 2009 | Quadion Corp. |
| Matthew A. Swanson (admitted *pro hac vice*)<br>**LEONARD, STREET AND DEINARD**<br> *Professional Association*<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402<br>Telephone: (612) 335-1500<br>Facsimile: (612) 335-1657<br>*Attorneys for Quadion Corp.* | By:   */s/ Matthew A. Swanson*<br>        One of its attorneys |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------

In re:

| | |
|---|---|
| General Motors Corporation, | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

-------------------------------------------------------

### CERTIFICATE OF SERVICE

I, Ma Xiong, declare, under penalty of perjury, that on July 22, 2009, I filed a **NOTICE OF WITHDRAWAL OF OBJECTION AT DOCKET NO. 1906** with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

**Adam Craig Harris**; adam.harris@srz.com
**Adam D. B**ruski; adbruski@lambertleser.com
**Adam H. Isenberg**; aisenberg@saul.com
**Adam L. Rosen**; filings@spallp.com
**Alan W. Kornberg**; akornberg@paulweiss.com
**Alyssa Englund**; aenglund@orrick.com
**Andrea Shee**han; sheehan@txschoollaw.com
**Andrew Neil Rosenberg**; arosenberg@paulweiss.com
**Andrew P. Brozman**; andrew.brozman@cliffordchance.com
**Arthur J. Spector**; aspector@bergersingerman.com
**Babette A. Ceccotti**; Assigned: 06/02/09
**Barbara S Mehlsack**; bmehlsack@gkllaw.com
**Benjamin P. Deutsch**; bdeutsch@schnader.com
**Blanka K. Wolfe**; bwolfe@sheppardmullin.com
**Brett D. Goodman**; brett.goodman@troutmansanders.com
**Brian H. Meldrum**; bmeldrum@stites.com
**Brian L. Shaw**; bshaw100@shawgussis.com
**Carol A. Felicetta**; cfelicetta@reidandreige.com
**Chester B. Salomon**; csalomon@beckerglynn.com
**Christina C. Skubic**; bankruptcy@braytonlaw.com
**Christopher F. Graham**; cgraham@mckennalong.com
**Christopher J. Giaimo, Jr**.; giaimoc@arentfox.com
**Christopher Robert Belmonte**; cbelmonte@ssbb.com
**Colin Thomas Darke**; cdarke@bodmanllp.com

**Colleen M. Sweeney**; csweeney@dickinsonwright.com
**Cynthia Jordan Lowery**; cynthialowery@mvalaw.com
**Cynthia Woodruff-Neer**; cwoodruff-neer@alpine-usa.com
**Darryl S. Laddin**; bkrfilings@agg.com
**David A. Lerner**; dlerner@plunkettcooney.com
**David B. Wheeler**; davidwheeler@mvalaw.com
**David D. Ritter**; ecf@krcl.com
**David J. Baldwin**; dbaldwin@potteranderson.com
**David N. Crapo**; dcrapo@gibbonslaw.com
**David T. Lin**; dlin@seyburn.com
**Dawn R. Copley**; dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
**Deborah Kovsky-Apap**; kovskyd@pepperlaw.com
**Deborah L. Fish**; dfish@allardfishpc.com
**Debra A. Kowich**; dkowich@umich.edu
**Dennis Jay Raterink**; raterinkd@michigan.gov
**Donald J. Hutchinson**; hutchinson@millercanfield.com
**Doron Yitzchaki**; dyitzchaki@dickinsonwright.com
**Douglas B. Rosner**; drosner@goulstonstorrs.com
**Edward J. LoBello**; elobello@msek.com
**Elizabeth Banda**; arlbank@pbfcm.com
**Elizabeth Weller**; dallas.bankruptcy@publicans.com
**Eric A Schaffer**; eschaffer@reedsmith.com
**Eric Lopez Schnabel**; schnabel.eric@dorsey.com
**Eric T. Moser**; eric.moser@klgates.com
**Frank McGinn**; ffm@bostonbusinesslaw.com
**G. Alan Wallace**; gwall@fraserlawfirm.com
**Gabriel Del Virginia, Esq.**; gabriel.delvirginia@verizon.net
**George B. Cauthen**; george.cauthen@nelsonmullins.com
**Gloria M. Chon**; gloria.chon@kkue.com
**Gordon J. Toering**; gtoering@wnj.com
**Gregory O. Kaden**; gkaden@goulstonstorrs.com
**H. Christopher Mott**; cmott@gordonmottpc.com
**Harvey A. Strickon**; harveystrickon@paulhastings.com
**Harvey R. Miller**; harvey.miller@weil.com
**Howard S. Beltzer**; hbeltzer@morganlewis.com
**Ingrid S. Palermo**; ipalermo@hselaw.com
**J. Casey Roy**; casey.roy@oag.state.tx.us
**James A. Plemmons**; jplemmons2@dickinsonwright.com
**James Christopher Caldwell**; ccaldwell@starkreagan.com
**James L. Bromley**; maofiling@cgsh.com
**James M. Sullivan**; sullivan.james@arentfox.com
**James S. Carr**; jcarr@kelleydrye.com
**Jean Winborne Bo**yles; jboyles@jhvgmlaw.com
**Jeanette M. Gilbert**; jgilbert@motleyrice.com
**Jeff Klusmeier**; jeff.klusmeier@ago.mo.gov
**Jeffrey S. Stein**; Jeff_Stein@gardencitygroup.com

**Jennifer Anne Christian**; jchristian@kelleydrye.com
**Jennifer B. Kimble**; jkimble@burr.com
**Jennifer L. Nassiri**; jennifer.nassiri@dlapiper.com
**Joel D. Applebaum**; japplebaum@clarkhill.com
**John F. Carberry**; jcarberry@cl-law.com
**John J. Hunter, Jr**.; jrhunter@hunterschank.com
J**ohn J. Jolley, Jr**.; jay.jolley@kutakrock.com
**John T. Gregg**; jgregg@btlaw.com
**Jonathan Hook**; jonathan.hook@haynesboone.com
**Jonathan L. Flaxer**; jflaxer@golenbock.com
**Joseph E. Shickich, Jr**.; jshickich@riddellwilliams.com
**Joseph R. Sgroi**; jsgroi@honigman.com
**Joseph Thomas Moldovan**; bankruptcy@morrisoncohen.com
**Judith Elkin**; judith.elkin@haynesboone.com
**Karel S. Karpe**; karpek@whiteandwilliams.com
**Kathleen H. Klaus**; khk@maddinhauser.com
**Kayalyn A. Marafioti**; kmarafio@skadden.com
**Kenneth A. Flaska**; gm@dmms.com
**Kenneth J. Schweiker, Jr**.; kschweiker@brownconnery.com
**Kenneth M. Schneider**; smpcecf@gmail.com
**Kerry M Ewald**; kewald@dickinsonwright.com
**Kimberly A. Walsh**; bk-kwalsh@oag.state.tx.us
**Larry A. Levick**; levick@singerlevick.com
**Leslie Stein**; lstein@seyburn.com
**Marc E. Richards**; mrichards@blankrome.com
**Mark Edwin Browning**; BK-MBROWNING@OAG.STATE.TX.US
**Mark S. Frankel**; mfrankel@couzens.com
**Marshall Scott Huebner**; marshall.huebner@dpw.com
**Marvin E. Clements, Jr**.; agbanknewyork@ag.tn.gov
**Mary Joanne Dowd**; dowd.mary@arentfox.com
**Matthew J. Shier**; mshier@pinnaclelawgroup.com
**Matthew L. Schwartz**; matthew.schwartz@usdoj.gov
**Max Anderson Moseley**; mam@jbpp.com
**Michael A. Maricco**; maricco.michael@pbgc.gov
**Michael C. Hammer**; mchammer3@dickinsonwright.com
**Michael G. Cruse**; mcruse@wnj.com
**Michael James Edelman**; mjedelman@vedderprice.com
**Michael P. Richman**; mrichman@pattonboggs.com
**Michael R. Wernette**; mwernette@schaferandweiner.com
**Michael Reed**; nycourts@mvbalaw.com
**Michael S. Leib**; msl@maddinhauser.com
**Michelle T. Sutter**; msutter@ag.state.oh.us
**Nan E. Joesten**; njoesten@fbm.com
**Neal S. Mann**; neal.mann@oag.state.ny.us
**Neil Andrew Goteiner**; ngoteiner@fbm.com
**Norman D. Orr**; norman.orr@kkue.com

**Patrick J. Kukla**; pkukla@carsonfischer.com
**Paul J. Pascuzzi**; ppascuzzi@ffwplaw.com
**Paul J. Ricotta**; pricotta@mintz.com
**Paul R. Hage**; phage@jaffelaw.com
**Peter D'Apice**; dapice@sbep-law.com
**Philip D. Anker**; philip.anker@wilmerhale.com
**Raymond J. Urbanik**; rurbanik@munsch.com
**Richard F. Hahn**; rfhahn@debevoise.com
**Richard G. Smolev**; rsmolev@kayescholer.com
**Richard L. Epling**; richard.epling@pillsburylaw.com
**Richard W. Martinez**; Richardnotice@rwmaplc.com
**Richardo I. Kilpatrick**; ecf@kaalaw.com
**Robert B. Weiss**; rweiss@honigman.com
**Robert D. Gordon**; rgordon@clarkhill.com
**Robert D. Wolford**; ecfwolfordr@millerjohnson.com
**Robert H. Brownlee**; rbrownlee@thompsoncoburn.com
**Robert J. Figa**; rfiga@comlawone.com
**Robert L. Barrows**; rbarrows@wdblaw.com
**Robert T. Smith**; rsmith@cniinc.cc
**Robert W. Phillips**; rphillips@simmonscooper.com
**Ronald S. Pretekin**; pretekin@coollaw.com
**Ryan D. Heilman**; rheilman@schaferandweiner.com
**Sam Della Fera, Jr**.; sdellafera@trenklawfirm.com
**Scott A. Wolfson**; wolfson@bsplaw.com
**Scott K. Rutsky**; srutsky@proskauer.com
**Sean A. O'Neal**; soneal@cgsh.com
**Sean M. Walsh**; swalsh@gmhlaw.com
**Stanley B. Tarr**; tarr@blankrome.com
**Stephen B. Grow**; sgrow@wnj.com
**Stephen B. Selbst**; sselbst@herrick.com
**Stephen H. Gross**; sgross@hodgsonruss.com
**Stephen Karotkin**; stephen.karotkin@weil.com
**Steven A. Ginther**; sdnyecf@dor.mo.gov
**Stuart A. Krause**; skrause@zeklaw.com
**Susan M. Cook**; smcook@lambertleser.com
**Susan Power-Johnston**; sjohnston@cov.com
**Susan R. Katzoff**; skatzoff@hiscockbarclay.com
**Suzanne Hepner**; shepner@lrbpc.com
**Teresa H. Chan**; tchan@sidley.com
**Theresa V. Brown-Edwards**; bankruptcy@potteranderson.com
**Thomas F. Koegel**; tkoegel@flk.com
**Thomas H. Curran**; tcurran@haslaw.com
**Thomas J. Schank**; tomschank@hunterschank.com
**Thomas M. Kennedy**; tkennedy@kjmlabor.com
**Thomas M. Wilson**; ddipenti@kelley-ferraro.com
**Thomas P. Sarb**; ecfsarbt@millerjohnson.com

**Thomas R. Fawkes**; tfawkes@freebornpeters.com
**Tiffany Strelow Cobb**; tscobb@vorys.com
**Timothy D. Moratzka**; tdm@mcmlaw.com
**Trent P. Cornell**; tcornell@stahlcowen.com
**Tricia A. Sherick**; tsherick@honigman.com
**Victoria D. Garry**; vgarry@ag.state.oh.us
**Vincent D'Agostino**; vdagostino@lowenstein.com
**Wendy J. Gibson**; wgibson@bakerlaw.com
**William T. Green, III**; uncbill@msn.com


Dated: July 22, 2009                    /s/ Ma Xiong
                                        Ma Xiong