**MASUDA, FUNAI, EIFERT & MITCHELL, LTD.**
Rein F. Krammer, Esq.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
Tel.: (312) 245-7500
Fax: (312) 245-7467
rkrammer@masudafunai.com

*Attorneys for Ryobi Ltd. and Ryobi Die Casting (USA), Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| GENERAL MOTORS CORPORATION, et al., | : | Case No. 09-50026 (REG) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF RYOBI LTD. AND RYOBI DIE CASTING (USA), INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN ADDITIONAL EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

**PLEASE TAKE NOTICE** that Ryobi Ltd. and Ryobi Die Casting (USA), Inc. (collectively, "Ryobi"), by and through their undersigned counsel hereby withdraw their Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Additional Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto (the "Cure Notice"), which was originally filed on June 24, 2009 [Docket No. 2487] which has now been resolved with the Debtors.

Dated: Chicago, Illinois
      July 22, 2009

                    **MASUDA, FUNAI, EIFERT & MITCHELL, LTD.**

                     By:  /s/ Rein F. Krammer
                           Rein F. Krammer, Esq.
                           Gary D. Santella, Esq.
                           203 N. LaSalle Street, Suite 2500
                           Chicago, IL 60601-1262
                           Tel: (312) 245-7500
                           Fax: (312) 245-7500
                           rkrammer@masudafunai.com
                           gsantella@masudafunai.com

                           *Attorneys for Ryobi Ltd. and Ryobi Die*
                           *Casting (USA), Inc.*

RFK:kam
N:\SYS08\4130\Lit\0142 Notice of Withdraw of Limited Objection of Assume Executory Contracts (Ryobi).doc