June 23, 2009

Dear Sirs,

I have a GM bond. It is for $45,000. It was purchased in May, 2003. I expect my money back or most of it. To me a bond is a contract. I did not break the contract - GM did. Breaking a legal document is against the law. Those at GM responsible for this should be fined heavily and thrown in jail. This is an outrage that so many people will lose most of their money due to the incompetence of GM leaders. I will be waiting for my check. Thank You.

Yours Truly,

*Edward M. Weyant*

Edward M. Weyant
64 Westomere Terrace
New London, Ct. 06320
Phone: (860) 443-0252

