**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, et al, f/k/a GENERAL MOTORS CORP, *et al* | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Document Served: Notice of Withdrawal of Limited Objection of SOROC Acquisition Corp. Known as SOROC Products Inc. to Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Lease of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto

Method of Service: **Via Federal Express Priority Overnight**

Served Upon: All parties shown on Exhibit A attached hereto.

Date of Service: July 22, 2009

Respectfully submitted,

CLARK HILL PLC

By: /s/ Secret S. Washington

Date: July 22, 2009

Secret S. Washington
151 S. Old Woodward Avenue, Ste 200
Birmingham MI 48009
swashington@clarkhill.com

# EXHIBIT A

| | |
|---|---|
| Robert D. Wolford<br>Miller, Johnson, Snell & Cummiskey, PLC<br>250 Monroe Avenue, N.W.<br>Suite 800<br>Grand Rapids, MI 49503 | General Motors Corporation<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025 |
| Weil, Gotshal & Manges LLP<br>Attn: Harvey R. Miller, Stephen Karotkin,<br>Joseph H. Smolinsky<br>767 Fifth Avenue<br>New York, NY 10153 | U.S. Treasury<br>Attn: Matthew Feldman<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 |
| Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi<br>One World Financial Center<br>New York, New York 10281 | Vedder Price, P.C.<br>Attn: Michael J. Edelman and<br>Michael L. Schein<br>1633 Broadway, 47th Floor<br>New York, New York 10019 |
| Office of the U.S. Trustee of the SDNY<br>Attn: Diana G. Adams<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | |