LATHAM & WATKINS LLP
George Royle
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.royle@lw.com

and

Douglas Bacon
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: douglas.bacon@lw.com

Attorneys for GE Capital Corporation and its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **GENERAL MOTORS CORP., et al.** ) | **Case No. 09-50026 (REG)** |
| ) | |
| **Debtors.** ) | **Jointly Administered** |
| ) | |
| ) | |

**AFFIDAVIT OF SERVICE**

STATE OF ILLINOIS      )
                                      )    ss.:
COUNTY OF COOK      )

Nancy Terrell, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 years of age and am employed by the law firm of LATHAM & WATKINS LLP, 233 South Wacker Dr., Ste. 5800, Chicago, IL 60606.

CH\1113268.1

2. On July 21, 2009, I caused true and correct copies of the Second Supplemental Objection of GE Capital Corporation and Certain of its Affiliates to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 3271] to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

3. Additionally, I caused true and correct copies of the above-referenced Objection to be served electronically on notice parties via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

/s/ *Nancy Terrell*
Nancy Terrell

Sworn to before me this 21st
Day of July 2009.

/s/ Magdalini Rizakos
Notary Public

My commission expires: 05/25/2013

CH\1113268.1

**Exhibit A**

**VIA FED-EX**

Honorable Robert E. Gerber
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY  10004

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

**VIA FIRST CLASS MAIL**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan   48090-9025
Attn: Warren Command Center
        Mailcode 480-206-114

Harvey R. Miller, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Stephen Karotkin, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

Joseph H. Smolinksy, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

CH\1113268.1

John J. Rapisardi, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Michael J. Edelman, Esq.
VEDDER PRICE, P.C.
1633 Broadway
47th Floor
New York, NY  10019

Michael L. Schein, Esq.
VEDDER PRICE, P.C.
1633 Broadway
47th Floor
New York, NY  10019

CH\1113268.1