ALBERT L BURDICK                                        PRO SE
4232 COUNTY ROAD 18
CANANDAGUIA, NY 14424                      CHAPTER 11 CASE NO.
585-393-4997
PRO SE                                                 09-50026

                                                       JOINTLY ADMINISTERED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

GENERAL MOTORS CORP., ET AL.,

                    DEBTORS


## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD


ITEMS ARE: EXHIBIT (S) A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, T, U,
EXHIBIT A:  THE CONSTITUTION
EXHIBIT B:  CHART ON TOP OF PAGE 2
EXHIBIT C:  CHART FIGURE 5 PAGE 2
EXHIBIT D:  TITLE 29 SUBTITLE>D 1362
EXHIBIT E   TITLE 29 SUBTITLE >A 1303
EXHIBIT F:  TITLE 29 SUBTITLE>D 1367
EXHIBIT G:  TITLE 29 SUBTITLE>B part 3 1083
EXHIBIT H:  TITLE 29 SUBTITLE> C 1341
EXHIBIT I:   TITLE 29 SUBTITLE> D 1369
EXHIBIT J:   TITLE 29 SUBTITLE>D 1362
EXHIBIT K:  TITLE 29 SUBTITLE D 1363
EXHIBIT L:   TITLE 29 SUBTITLE>D 1364
EXHIBIT: M   TITLE 29 SUBTITLE> B part 2 1054
EXHIBIT: N   TITLE 12 1828
EXHIBIT: O   TITLE 12 1820
EXHIBIT: P   CONGRESS REPEALS GLASS-STEAGALL ACT IN 1999 pg 1 para. 4
EXHIBIT: Q   ANTI TRUST LAW
EXHIBIT: R   TRAITIONAL COMPANY PENSIONS
EXHIBIT: S   PENSION PAYMENT PROOF
EXHIBIT: T   STATEMENT OFF NEW GM WEB SITE
EXHIBIT: U   FROM: GMREINVENTED.COM
EXHIBIT: V   TITLE 29 SUBTITLE>D 1360


JUL 2 0 2009

### *STATEMENT OF ISSUES*

PRESIDENT OBAMA TOOK AN OATH OR AFFIRMATION TO THE
CONSTITUTION **EXHIBIT C ATRICLE II SECTION 1** BEFORE HE ENTERED
ON THE EXECUTION OF HIS OFFICE. THERE IS ABSOLUTELY NO RIGHT OR
AUTHORITY FOR THE EXECUTIVE BRANCH UNDER, **SECTION 2 OF THIS
ARTICLE** OR ANY PLACE ELSE IN THE CONSTIUTION TO MAKE HUGE
PURCHASES OF PRIVATE CORPORATIONS, WITHOUT CHECKS AND
BALANCES.

PRESIDENT OBAMA IS A BIG SUPPORTER OF GLOBAL"FREE" TRADE,
WHICH HAS, AND IS, DRIVING THE STANDARD OF LIVING DOWN, FOR 80%
OF AMERICAN CITIZENS. SEE CHART **EXHIBIT C, PAGE 3**. THE OTHER 1%
IS DOING VERY WELL. THIS GLOBAL "FREE" TRADE DOES NOT PROMOTE
THE GENERAL WELFARE FOR THE PEOPLE. THE FIRST THREE WORDS, OF
THE PREAMBLE, OF THE CONSTITUTION ARE: WE THE PEOPLE. IT IS NOT,
US THE PEOPLE, THE 1%. GLOBAL "FREE" TRADE, its FINANCIAL BASE, IT'S
PROMOTION, AND SALVATION, MUST NOT TAKE A PRIORITY OVER,
MAINTAINING THE INTEGRITY OF OUR CONSTITUTION.

THE TARP FUNDS **codified at 12 U.S.C. 5201**, ARE THE FUNDS THE
EXECUTIVE BRANCH USES IN THIS SALE. THESE FUNDS ARE MASSIVE AND
EQUAL 5% OF THE U. S. GDP. THIS IS BASICALLY A BLANK CHECK,
ALLOWING THE SECRETARY OF THE TREASURY TO PURCHASE TROUBLED
ASSETS AS PART OF THE EXECUTIVE BRANCH, WHERE <u>NO ONE CAN BE
PROSECUTED, FOR ANY MISUSE OF TARP FUNDS THEREOF</u>. THIS IS AN
OBSCENE VIOLATION OF THE CONSTITUTION. THE PRESIDENT AS THE
HEAD OF THE EXECUTIVE BRANCH, HAS BY HIS POSITION, SOLE
AUTHORITY, IS DICTATOR, OF SAID FUNDS, OUR CONSTITUTION DOES NOT
USE TRUST, BUT INSTEAD CHECKS AND BALANCES. **ARTICLE II SECTION
2, 3, 4** DOES NOT ALLOW THIS, INTRUSION INTO THE PRIVATE MARKET,
WITH THE USE OF TAX PAYER MONEY, UNCHECKED. THE PRESIDENT CAN
AUTHORIZE, AND/OR ON A WHIM  BUY, WHATEVER PRIVATE ENTITY HE
SO DETRIMINES, A TROUBLED ASSET. THERE ARE NO CHECKS AND
BALANCES, JUST TRUST. THIS VIOLATION OF THE CONSTITUTION SETS A
PRECEDENT THAT CAN NOT STAND.  THIS IS ALL IN THE NAME OF
SALVAGING THE PRESENT GLOBAL "FREE" TRADE SYSTEM. THIS IS THE
SAME SYSTEM THAT, ENRICHS A FEW, THE 1%, WHILE THE 80% LOSE.  THE
COSTS: OUR CONSTITUTION, OUR FREEDOM, AND OUR FORM OF
GOVERNMENT. THIS ASSET SALE MADE POSSIBLE BY UTILIZATION OF

THESE TARP FUNDS WILL CAUSE ME INJURY AT SOME POINT IN THE FUTURE. AND MUST NOT BE ALLOWED, THEY ARE UNCONSTITUTIONAL, AND THEREBY CAN NOT BE USED IN THIS SALE.

CAN ANY REASONABLE PERSON SAY "NEW"GM WILL SURVIVE FOR 1 YEAR 2 YEARS LET ALONE 20 OR 40 YEARS AND SUSTAIN ITS PENION OBLIGATION TO ME IN THE PRESENT FORM. FEW, IF ANY FRUIT STAND ENTREPENEURS WOULD ACCEPT ITS STOCK, IF IT WERE NOW AVAILABLE, IN TRADE. THE INJURY FOR ME IS THE FORCE OF LAW TAKING AWAY THE COLLATERAL OF MY EARNED, ACCRUED PENSION (30 YEARS OF SERVICE) IN THIS SALE OF THESE ASSETS WITHOUT CURE FOR ME.

CHECKS AND BALANCES, ARTICLE **III SECTION 2** OF THE CONSTITUTION STATES: "THE JUDICIAL POWER SHALL EXTEND TO ALL CASES, IN LAW AND EQUITY, ARISING UNDER THE CONSTITUTION. THIS IS HOW WONDERFUL, OUR CONSTITUTION IS, PROVIDING FOR, ALWAYS REQUIRING, THE CHECKS AND BALANCES THAT SUSTAIN OUR REPUBLIC. ALSO, **ARTICLE VI** REQUIRES THE JUDGES, AND ALL JUDICIAL OFFICERS IN EVERY STATE BE BOUND BY THE CONSTITUTION. THE JUDICAL BRANCH, LEGISLATIVE BRANCH, AND EXECUTIVE BRANCHS OF GOVERNMENT OVER SEEING EACH OTHER, FORM THE TREE OF OUR LIBERTY IN THE UNITED STATES OF AMERICA.

THE HOUSE OF REPRESENTATIVES VOTED IN THE TARP PROGRAM EVEN THOUGH 90% OF AMERICANS WERE SAYING, NO. THESE AMERICANS REALIZED THAT THESE "FREE" TRADE POLICIES, SEE, **EXHIBIT B page 2 CHART,** ARE DESTROYING THE U.S. MANUFACTURING JOBS, AND THUS, THEIR,"THE PEOPLES", STANDARD OF LIVING.  THIS ACTION TAKEN BY THE HOUSE OF REPRESENATIVES RUNS AGAINST THE PREAMBLE OF OUR CONSTITUTION, OF PROMOTING GENERAL WELFARE. **ARTICLE I SECTION 8** STIPULATES THE POWER  OF CONGRESS,  THE CONSTITUTION CLEARLY DOES NOT GIVE CONGRESS THE AUTHORITY TO MAKE FOR SUCH AN ABSURD LAW, THAT ABDICATES THE CHECKS AND BALANCES THE CONSTITUTION DEMANDS, THUS, VIOLATING THERE DUTY AND RESPONSIBILITY, UNDER THE CONSTITUTION.

THE LAST PARAGRAPH OF **SECTION 8** STATES: TO MAKE ALL LAWS WHICH SHALL BE NECESSARY AND PROPER FOR THE CARRYING INTO EXECUTION THE FORGOING POWERS, AND ALL OTHER POWERS VESTED IN THE CONSTITUTION, IN THE GOVERNMENT, OF THE UNITED STATES, OR IN ANY DEPARTMENT OR OFFICER THEREOF. THIS CERTAINLY DOES NOT MEAN PROVIDING A BLANK CHECK, OF SUCH GREAT MAGNITUDE, AND MAKING NO ONE ACCOUNTABLE FOR MISUSE OF THESE FUNDS, WHILE VIOLATING THE DELICATE CHECKS AND BALANCES THAT THE CONSTITUTION REQUIRES.  THE USE OF THESE TARP PROGRAM FUNDS IN

THIS SALE OF ASSETS, OR THE 363 TRANSACTION, STRIKES A SEVERE, FATAL, BLOW TO OUR CONSTITUTION.

NOW IF THIS SALE WERE TO GO FORWARD, COULD I BE LEFT IN CONFIDENCE THAT ERISA ALSO CONTROLLED BY THE PRESIDENT, WILL PROTECT MY PENSION IN CASE UTILIZATION OR OCCURANCES ENVOLVING ANY /ALL OF THE FOLLOWING U.S. CODE(S): **EXHIBITS D,E,F,G, H, I, J, K, LM,** SEE, **TITLE 29 SUBTITLE C 1341,TERMINATION OF SINGLE-EMPLOYER PLANS,    TITLE 29 SUBTITLE D 1362-LIABILITY FOR TERMINATION OF SINGLE-EMPLOYER PLANS UNDER A DISTRESS TERMINATION OR A TERMINATION BY CORPORATION,   SUBTITLE 29 SUBTITLE D 1367 RECOVERY OF LIABILITY FOR PLAN TERMINATION, TITLE 29 SUBTITLE B part 3 1083 MINIMUM FUNDING STANDARDS FOR SINGLE-EMPLOYER DEFINED PENSION PLANS,   TITLE 29 SUBTITLE A 1303 OPERATION OF A, CORPORATION,  TITLE 29  TITLE 29 SUBTITLE D 1369, TITLE 29 SUBTITLE D 1362, TITLE 29 SUBTITLE D 1363, TITLE 29 SUBTITLE D 1364, ANY OTHER PERTINENT US CODES IN TITLE 29 SUBTITLE A,B,C, OR D.** EMPHATICALLY NO, WITH THE PRESIDENT BEING THE HEAD OF THE EXECUTIVE BRANCH OF GOVERNMENT IS IN CHARGE OF BOTH THE OWNER, AND THE POLICEMAN, OF PENSION OBLIGATION. THAT IS A DIRECT CONFLICT OF INTEREST. HE CAN FIRE, OR REPLACE ANYONE WHO DOES NOT DO WHAT HE ASKS. THESE TITLE 29 CODES. AFTER A SALE OF THESE ASSETS, THE ASSETS BECOME TANGLED IN A DICTORIAL CONFLICT OF INTEREST.


I WAS LAID OFF FROM THE "OLD" GENERAL MOTORS DURING THE GAS CRISIS IN 1973. MANY OF US (THE WORKERS) WONDERED WHY GM WAS NOT GOING AFTER A LARGER PERCENT OF THE GAS EFFICIENCY CAR MARKET. GM WAS BASICALLY GIVING THAT SHARE OF THE MARKET TO FOREIGN AUTO MAKERS, THIS WAS AND IS PROVING TO BE A FATAL MISTAKE. AFTER THE SALE OF "OLD" GM WAS APPROVED BY THE HONERABLE ROBERT E GERBER, THE CEO/PRESIDENT OF THE" NEW" GM FRITZ HENDERSON WAS ON ALL THE MAJOR NETWORKS. SEE **EXHIBIT T**, HE SAID: "DESPITE THE RECENT DOWNTURN, GM HAS MAINTAINED ITS CADENCE OF STRONG NEW PRODUCTS, IN THE U.S., FOR EXAMPLE, CHEVY CAMARO HAS SURGED PAST ITS RIVALS TO LEAD ITS SEGMENT,". THIS IS NOT A GAS EFFICIENT CAR, AND IS IN A MARKET SHARE THAT IS RAPIDLY ON ITS WAY TO DISTINCTION. THE OTHER VEHICLES HE MENTIONED ON THIS LIST WERE ALL (EXCEPT FOR THE $40,000 OVER PRICED VOLT) GAS INEFFICIENT, AND DINOSAUR REMNENTS OF THE "OLD" AUTO MARKET. HE DOES NOT GET IT. SINCE 1973 TO THE PRESENT "OLD" GM HAS LOST MASSIVE MARKET SHARE.  WHO CAN HAVE ANY ASSURANCE THAT CEO HENDERSON WILL NOT CONTINUE DOWN THIS SAME PATH.

THE U. S. IS A REPRESENTATIVE GOVERNMENT. UNFORTUNATLY, THE
1% OF CITIZENS, WHOSE INCOMES ROSE RAPIDLY THE LAST 20 YEARS ARE
MONOPOLIZING THIS REPRESENTATION. PRESIDENT CLINTON PUSHED
THRU CONGRESS NAFTA, AND GATT WITH 75% OF AMERICAN CITIZENS
AGAINST IT. HE ALSO MANAGED TO PUSH THROUGH CONGRESS A
DECISION TO REPEAL THE GLASS-STEAGALL ACT OF 1933. SEE **EXHIBIT P**.
PRESIDENT BUSH THIS" FREE TRADE" POLICY, PASSING MORE FREE TRADE
AGREEMENTS AND PUSHING THRU TARP. HE SAID THE BANKS AND
FINANCIAL GROUPS WERE:" TO BIG TO FAIL". SEE **EXHIBIT Q**
THE ANTI TRUST LAWS AT THEIR DISPOSIAL, **EXHIBIT Q** TITLE 12 1820
ADMINISTRATION OF CORPORATION, **EXHIBIT N** TITLE 12 1828
REGULATIONS GOVERNING INSURED DEPOSITORY INSTITUTIONS AND
MUCH MORE U.S. CODE YET THE GOVERNMENT HAVING THE LEGAL AND
REGULATORY AUTHORITY, DID NOTHING TO PREVENT OR STOP THIS
ECONOMIC CATSTROPHY.

THE SELF REGULATOR ATTITUDE TOWARD BUSINESS OF THE U. S.
GOVERNMENT, PLUS, ITS ATTITUDE OF GLOBAL "FREE" TRADE AS A TOP
PRIORITY, (MAKING WRECKAGE OF OUR CONSTITUTIONAL GOVERNMENT)
CAUSED THIS DOWNTURN. CONSUMERISM BECAME 70% OF THE U. S. GDP,
THIS IS THE FUEL FOR GLOBAL "FREE" TRADE. WITH GOOD PAYING
MANUFACTURING JOBS GOING OVERSEAS (TAX LAWS ENCOURAGED THIS)
AMERICAN CONSUMERS WERE ALMOST OUT OF PURCHASING POWER THE
SAVINGS RATE WAS NEAR 0%. THE U. S. GOVERNMENT AND THE FEDERAL
RESERVE HAD A HANDS OFF POLICY,ON REGULATION, ALLOWING BANKS,
INSURANCE COMPANIES, FINANCIAL INSTITUTIONS,MORGAGE
INSTITUTIONS, FUND MANAGERS AND OTHERS FREE REIGN IN THE
HOUSING MARKETS AND ALL ITS FINANCIAL, UNREGULATED,
MUNIPULATIONS. THIS TRINKLED DOWN TO THE CONSUMER THRU
REFINANCING AND SPECULATION PUTTING MONEY IN HOME"OWNERS"
POCKETS THRU THERE OWN SPECULATION, AND REFINANCING.THIS
CAUSED A HUGE HOUSING BUBBLE. THESE, BANKS, INSURANCE
COMPANIES, MORGAGE COMPANIES, AND MOST OTHERS ON WALL STREET
MADE MASSIVE WINDFALL PROFITS, BONUSUS AND EARNINGS. EVEN THE
FEDERAL STATE AND LOCAL GOVERNMENTS WERE REWARDED BY
TAXING THIS INCOME. THIS MANUFACTURED BUBBLE CREATED MORE
CONSUMERS BUYING AND THUS MORE FUEL, FOR GLOBAL "FREE"
TRADE.

THE BUBBLE BURST, UNCOVERING MASSIVE FRAUD, BUT IT IS NOT
SUPRISING THAT ALMOST NO ONE IS BEING PROSECUTED. WHO IS REALLY
GUILTY? THE LAWS ARE ON THE BOOKS. THESE SAME GOVERNMENT
OFFICIALS ARE NOW BUYING (PARTIALLY WITH MY TAX DOLLARS, AND/
OR FUTURE TAXES) "OLD" GM. THEN THEY WILL SELL OFF THE
COLLATERAL THAT SUPPORTS AND GUARANTEES MY EARNED, ACCRUED
PENSION. THIS IS DOUBLE JEOPARDY. IT WOULD BE A MISCARRAIGE OF

JUSTICE TO ALLOW. I WANT A CURE, IN THE FORM OF A LUMP SUM
PENSION PAYMENT.

THE SOLUTION OFFERED THE BUYER WAS THE WORST SENARIO. THE U.
S. GOVERENMENT, INSTEAD OF USING TARP MONEY COULD/SHOULD
HAVE FORWARD PURCHASED 2,000,000 ELECTRIC VEHICLES WITH THE
GREEN REQUIRMENTS THEY MAY REQUIRE FOR EXAMPLE 100 OR 150
MILES PER PLUG IN. THIS WOULD BE SIMILAR TO A DEFENSE CONTRACT
AND BE FILLED IN X# YEAR(S). THE US GOVERNMENT WOULD PRE PAY
FOR SOME OF THE COST TO ALLOW THE "OLD" GM, IMMEDIATE CASH TO
SUSTAIN THEM THRU THIS DOWNTURN  THESE VEHICLES WOULD BE
SUPPLYING THE POST OFFICE, AND ALL OTHER NON SECURITY RELATED
AGENCIES. IF THIS WERE DONE EVERYONE WOULD WIN THE TAX PAYER,
MANUFACTURING WORKERS, "OLD" GM. THE ONLY LOSER WOULD HAVE
BEEN "FREE" TRADE AND THE FREE TRADERS (1%)  LET THE
GOVERNMENT, LEAD, BY EXAMPLE IN THERE DESIRE FOR A GREENER
AMERICA. THIS WOULD PROBABLY QUICKLY TRINKLE DOWN AND BE
UTILIZED BY STATE AND LOCAL GOVERMENTS.  THERE ARE AND WERE
OTHER SOLUTIONS AVAILABLE, THE QUESTION BECOMES WAS THERE A
MOTIVE TO ONLY OFFER THIS, AS THE ONLY SOLUTION.

MANY CONGRESSMAN AND SENATORS STATED THEIR DESIRE OPENLY
TO INSISTING ON BANKRUPTCY TO REDUCE OR DELUTE THE LIABILITES
ACCRUED BY MANY UNION MEMBERS, THUS MAKING THE "NEW" GM
LEANER AND MORE COMPETITIVE. THIS IS UNFAIR TO WORKERS.  BY
LIMITING THE BENEFITS, THE UNIONS IN THE FUTURE, WILL NOT HAVE
THE OPTION OF FAIRLY REPRESENTING THEIR MEMBERS. THESE WORKERS
ARE NOT LIKE CONGRESSMAN OR SENATORS WHO CAN AND DO RAISE
THEIR OWN BENEFITS AND PAY. THERE WILL BE NO REASON FOR
WORKERS TO BE IN, OR JOIN A UNION. THIS IS THE FUTURE FOR FAIR
REPRESENTATION OF WORKERS THIS SALE LEGITIMIZES. THE ONLY
SOLUTION THE GOVERNMENT OFFERED UP WAS ONE THAT WOULD
UNDERMINE FAIR UNION REPRESENTATION, NOT AS I STATED, ONE THAT
WOULD INCREASE THE CHANCES OF SUVIVABILY AND ENHANCE "OLD"
GM, S BOTTOM LINE AND MAINTAIN FAIR UNION REPRESENTATION.  THE
GOVERNMENT SHOULD NOT BE IN THE BUSINESS OF UNDERMINING
MANUFACTING WORKER, AND ABUSING THE U. S. CONSTITION IN SO
DOING.  THIS IS EVIDENCED IN PART BY THE 6 YEAR NO STRIKE CLAUSE
THE UNION WAS FORCED TO AGREE TO IN THE NEGOTIATIONS WITH THE
BUYER. THIS IS THE FIRST BLOW TO FAIR REPRESENTATION, AND THE
DESTRUCTION OF UNION(S). THE GOVERNMENT IS A PURCHASER WITH
INTERESTS THAT ATTACK RETIREES BENEFITS, BEFORE THEY EVEN GET
THERE FOOT IN THE DOOR. **SEE EXHIBIT U** THEY RENEGOTIATED
BENEFITS DOWNWARD, BUT THE BONUSES ON WALL STREET STILL FLOW.

I EMPAHATICALLY BELIEVE THIS SALE TO THE "NEW" GM, PUTS MY EARNED PENSION AS IT NOW STANDS IN SEVERE JEOPARDY IN THE FUTURE, AND THAT IN THE FUTURE THE COLLATERAL BEHIND IT WILL BE GONE. IT IS ALSO UNCONSTITUTIONAL TO USE THESE ILLEGITIMATE TARP FUNDS THAT HAVE NO CHECKS AND BALANCES, THUS ARE DICTORIAL, USING ONLY TRUST, IN THIS PURCHASE OF A PRIVATE CORPORATION. THE U. S. GOVERNMENT IS ENGAGING IN UNCONSTITUTIONAL, AND UNFAIR PRACTICES BY SUPPORTING THE SALVATION OF GLOBAL TRADE OVER THE U. S. CONSTITUTION. THIS IS EVIDENT BY COMPAIRING PAST TARP SALES. AIG A GLOBAL FREE TRADE PLAYER, GOT AND STILL GET THERE BONUSES (THE NEGOTIATORS SAID IT WAS IN THERE CONTRACT) VERSUS "OLD" GM  THEY WERE FORCED TO REDUCE THEIR BENEFITS AND HAD TO AGREE TO A 6 YEAR NO STIKE CLAUSE. JUST A FEW OF THESE AIG BONUSES WOULD HAVE PAID FOR ALL OF THE THOUSANDS OF THE MANUFACTING  WORKERS TAKEAWAYS. SOME POLITICIANS ELECTED TO THE OFFICES OF THE U. S.  GOVERNMENT ARE VIOLATING THERE OATH TO THE CONSTITUTION WHEN THEY LET THE FREE TRADERS DOMINATE OUR GOVERNMENT AND THUS VIOLATE OUR CONSTITUTION.

ALSO I AM NOT, OR EVER HAVE BEEN, A MEMBER OF THE UAW AND I AM FILING THIS PRO SE, PLEASE EXCUSE THE MANY ERRORS IN PROCEEDURE OR LEGALITY OR OTHER, THAT I WAS UNAWARE OF.

CAN THE COURT OR ANY REASONABLE PERSON GUARANTEE THE "NEW" GM CAN SURVIVE TO PAYOUT ALL OF MY ACCRUED PENSION IN ITS PRESENT STATE, FOR THE REST OF MY LIFE? IF NOT THEN A LUMP SUM PAYMENT IS THE ONLY CURE. AT BEAR STEARNS THE GOVERNMENT OFFICIALS PULLED OFF A WEEKEND FIRE SALE, THE RESULT, IT HAD TO BE RENEGOTIATED BECAUSE THE BUILDING ALONE WAS WORTH MORE THAN THE STOCK PRICE THEY WERE OFFERED. THIS SALE WOULD DENY ME ANY FAIR, NEGOTIATION IN THE EVENT OF FAILURE OF THE "NEW" GM THE ASSETS BACKING UP MY PENSION WILL BE SOLD. AFTER WORKING 30 YEARS TO EARN MY PENSION RIGHTS FROM GM THIS IS MY ONLY SOURCE OF INCOME.

RESPECTFULLY

Albert L Brodie