HERRICK, FEINSTEIN LLP
Paul Rubin
Two Park Avenue
New York, NY 10016
(212) 592-1400
prubin@herrick.com
*Attorneys for Canon U.S.A., Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------- x
                                          :
In re:                                    :   Chapter 11
                                          :
GENERAL MOTORS CORP., et al.,             :   Case No.: 09-50026 (REG)
                                          :
               Debtors.                   :   (Jointly Administered)
                                          :
----------------------------------------- x

**NOTICE OF WITHDRAWAL OF OBJECTION OF CANON U.S.A., INC. TO
NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY,
AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND
(II) CURE AMOUNTS RELATED THERETO**

**PLEASE TAKE NOTICE**, that Canon U.S.A., Inc. ("Canon"), by its undersigned counsel, hereby withdraws its Objection to Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Relating Thereto (*Docket No. 1308)* without prejudice, based upon communications between Canon and General Motors Company (formerly NGMCO, Inc.) with regard to the payment of Canon's cure claim and additional matters.

Dated:  New York, New York
        July 22, 2009

HERRICK, FEINSTEIN LLP

By  /s/ Paul Rubin
    Paul Rubin
    Two Park Avenue
    New York, New York 10016
    Telephone: (212) 592-1400
    Facsimile: (212) 592-1500
    Email: prubin@herrick.com
    *Attorneys for Canon U.S.A., Inc.*

HF 5212595v.1 #05542/0018