Thomas W. Schouten (P23060)
DUNN, SCHOUTEN & SNOAP, P.C.
Attorneys for Ridgeview Industries, Inc.
2745 DeHoop Ave. SW
Wyoming, Michigan 49509
Ph: (616) 538-6380
Fax: (616) 538-7125
email: tschouten@dunnsslaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

| | |
|---|---|
| In Re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a GENERAL MOTORS CORP., et al., | Case No. 09-50026   (REG) |
| | (Jointly Administered) |
| Debtors. | |

_____/

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO CURE COST**

PLEASE TAKE NOTICE that Ridgeview Industries, Inc. ("Ridgeview") by its undersigned counsel, hereby withdraws its objection to the assumption and assignment of certain executory contracts and cure costs related thereto filed on June 18, 2009 [Docket No. 1849].

Respectfully Submitted,

DUNN, SCHOUTEN & SNOAP, P.C.

Date:   July 23, 2009            By:      /s/ Thomas W. Schouten
                                       Thomas W. Schouten (P23060)
                                       Attorneys for Ridgeview Industries, Inc.
                                       **Business Address and Telephone:**
                                       2745 DeHoop Ave. SW
                                       Wyoming, MI 49509
                                       (616) 538-6380
                                       Email: tschouten@dunnsslaw.com