HERRICK, FEINSTEIN LLP
Paul Rubin
prubin@herrick.com
Two Park Avenue
New York, NY 10016
(212) 592-1400

Attorneys for Canon U.S.A., Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., <u>et al.</u>, | Case No.: 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                                            ) ss.:
COUNTY OF NEW YORK    )

The undersigned, being duly sworn, deposes and says:

Deponent is an employee at Herrick, Feinstein LLP, is not a party to this proceeding, is over 18 years of age and resides at New York, New York.

On July 22, 2009, Deponent caused to be served:

*Notice of Withdrawal of Objection of Canon U.S.A., Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (Docket No. 3318)* via First Class Mail upon the parties on the annexed list by causing true copies of the same, enclosed in a postage pre-paid envelope, to be deposited into an official depository under the exclusive care and custody of the United States Postal Service.

HF 5212852v.1 #05542/0018

Dated: New York, New York
      July 23, 2009

                                                /s/ Shelby Kelleher
                                                Shelby Kelleher

Sworn to before me this
23rd day of July, 2009
*/s/Seth Kornbluth*
Notary Public, State of New York

HF 5212852v.1 #05542/0018

**SERVICE LIST**

| | |
|---|---|
| General Motors Corporation<br>Attn: Warren Command Center,<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025 | The U.S. Treasury<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220 |
| Vedder Price, P.C.<br>Attn: Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, New York 10019 | Thomas Moers Mayer<br>Kenneth H. Eckstein<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Weil, Gothshal & Manges LLP<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281 |
| Office of the United States Trustee<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | Joseph R. Sgroi<br>Honigman Miller Schwartz and Cohn LLP<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226-3506 |

HF 5212852v.1 #05542/0018