UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
:
In re                                                           :    Chapter 11 Case No.
:
GENERAL MOTORS CORPORATION, *et al.*,    :    09-50026 (REG)
:
Debtors.                            :    (Jointly Administered)
:
———————————————————————x

DECLARATION AND DISCLOSURE STATEMENT OF CHARLES P.
MITCHELL ON BEHALF OF RUMBERGER, KIRK & CALDWELL, P.A.

STATE OF FLORIDA    )
                    ) ss:
COUNTY OF ORANGE    )

CHARLES P. MITCHELL hereby declares, pursuant to section 1746 of title 28 of the United States Code:

1.    I am a Partner of Rumberger, Kirk & Caldwell, P. A., located at 300 South Orange Avenue, Suite 1400, Orlando, Florida 32801 (the "Firm").

2.    General Motors Corporation and certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases ( collectively, the "Debtors"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11

cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which my Firm is to be employed.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which my Firm is to be employed.

6. The Debtors owe the Firm $11,293.31 for pre-petition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 6th day of July, 2009.

By: _____
CHARLES P. MITCHELL
Florida Bar No. 0818240
RUMBERGER, KIRK & CALDWELL, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, Florida 32801
(407) 872-7300 – phone
(407) 841-2133 – facsimile

1515248                                    2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                         :

In re                                         :        Chapter 11 Case No.
                                         :

GENERAL MOTORS CORPORATION, *et al.*,  :        09-50026 (REG)
                                         :

                        Debtors.      :        (Jointly Administered)
                                         :
---------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENERAL MOTORS CORPORATION OR ANY OF ITS DEBTOR SUBSIDIARIES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Russell B. Brooks

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

    1.    Name and address of firm:

            RUMBERGER, KIRK & CALDWELL, P.A.
            300 South Orange Avenue
            Suite 1400
            Orlando, Florida 32801

    2.    Date of retention:    1978

    3.    Brief description of services to be provided:
            Defense of GM in warranty litigation; administrative legal services for GM's

            Business Resource Center in Austin, Texas; and defense of GM in product

            liability litigation.

_____

_____

4. Arrangements for compensation (hourly, contingent, etc.):
   Primarily flat fee although some work is handled based on hourly rates

   (a) Average hourly rate (if applicable):

   $155/hour

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   $67,000.00

5. Prepetition claims against Debtors held by the firm:

   Amount of claim:    $11,293.31

   Date claim arose:   August 2008 through May 2009

   Source of Claim:    Legal services and costs defending GM in litigation

6. Prepetition claims against the Debors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: _____

   Amount of claim:    $_____

   Date claim arose:   _____

   Source of Claim:    _____

_____

_____

7. Stock of the Debtors currently held by the firm:

   Class of Shares: ____None_____

   No. of Shares: _____

8. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: _____Stephen M. Smith_____

   Status: _____Partner_____

   _____

   Class of shares: ____Common_____

   No. of shares: ____217_____

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

   _____None_____

   _____

   _____

   _____

10. Name of individual completing this form:

    _Charles P. Mitchell_____