UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: 
In re                                                        : Chapter 11
                                                             :
GENERAL MOTORS CORP., *et al.*,                              : Case No. 09-50026 (REG)
                                                             :
        Debtors.                                             : (Jointly Administered)
                                                             :
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF DTE NORTHWIND OPERATIONS, LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

Northwind Operations, LLC ("Northwind Operations"), by and through its counsel, Paul, Hastings, Janofsky & Walker LLP, hereby withdraws its Limited Objection (the "Objection", Docket No. 1216) to the General Motors Corporation's ("GM") proposed assumption and assignment of a certain executory contract with Northwind Operations. In support of this Notice of Withdrawal, Northwind Operations represents as follows:

1.    On June 8, 2009, Northwind Operations received the "Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto", dated June 5, 2009 (the "Cure Notice").

LEGAL_US_E # 84492233.1

2. Northwind Operations filed the Objection on June 15, 2009, stating, *inter alia*, that Northwind Operations was not aware of any contracts to which it is a party with GM.

3. On July 16, 2009, Northwind Operations received confirmation, in the form of the letter from GM attached hereto as Exhibit A, that the contract GM referenced in the Cure Notice "was not part of the GM Bankruptcy Filing".

4. As a result of this confirmation, Northwind Operations therefore withdraws its Objection.

## Reservation of Rights

5. Northwind Operations reserves the right to object to the assumption and assignment of any contracts by GM to the extent that GM disagrees with the reconciliation stated herein, or to the extent the court does not grant the instant withdrawal.

Dated: July 23, 2009  
New York, New York

Respectfully submitted,

_/s/ Mary P. Miras_  
Mary P. Miras (MM-6279)  
Daniel B. Goldman (DG-4503)  
PAUL, HASTINGS, JANOFSKY & WALKER LLP  
Park Avenue Tower  
75 East 55th Street  
New York, New York 10022  
Telephone: (212) 318-6000  
Facsimile: (212) 318-4090  
Email: marymiras@paulhastings.com  
dangoldman@paulhastings.com

-and-

Richard A. Chesley (IL 6240877)  
Stephenie S. Park (IL 6297376)  
PAUL, HASTINGS, JANOFSKY & WALKER LLP  
191 North Wacker Drive, 30th Floor  
Chicago, Illinois 60606  
Telephone: (312) 499-6000  
Facsimile: (312) 499-6100  
Email: richardchesley@paulhastings.com  
stepheniepark@paulhastings.com

ATTORNEYS FOR DTE NORTHWIND  
OPERATIONS, LLC

# EXHIBIT A

## JULY 16 LETTER OF GENERAL MOTORS CORPORATION



Worldwide Facilities Group
Energy and Utility Services

MC 480-111-W65
30200 Mound Road
Warren, Michigan 48090
Phone: (586) 986-4385
Fax: (586) 986-4609

July 16, 2009

DTE Energy Services
Attn.: Doug Cash

Re: General Motors Corporation Bankruptcy Filing – June 1, 2009

    Please note that the DTE Northwind Contract for Services was not part of the GM Bankruptcy filing. The assumption notification sent was in error and we apologize for the confusion.

    If you have any questions, please don't hesitate to let me know.
Sincerely,

Rob Threlkeld
Manager, 3rd Party Supply Contracts and Green Initiatives

1