UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In re                                                  :   Chapter 11 Case No.
                                                       :
GENERAL MOTORS CORP., et al.,                          :   09-50026 (REG)
                                                       :
                    Debtors.                           :   (Jointly Administered)
                                                       :
-------------------------------------------------------x

## NOTICE OF CREDITOR'S WITHDRAWAL OF OBJECTION SOLELY AS TO CURE AMOUNT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

### Withdrawal of Objection to Omission of Certain Cure Amounts

Healthtrax International, Inc. ("Healthtrax") and certain of its subsidiaries, as suppliers to the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") hereby withdraws its "Objection to Omission of Certain Cure Amounts" dated June 12, 2009 and filed in response to the Debtor's proposed amount to cure all prepetition defaults set forth in "Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and unexpired Leases of Nonresidential Property and (II) Cure Amounts Related Thereto."

Healthtrax respectfully submits the Exhibit A attached hereto, which exhibit sets forth the original cure amount, together with those amounts outstanding and stipulated by the parties to be paid on or before July 31, 2009.

### Notice

Copies of this Withdrawal of Objection have been sent to (i) the Debtors, c/o General Motors Corporation, Cadillac Building, 3009 Van Dyke Avenue, Warren, MI 48090-9025 (Attn: Warren Command Center, Mailcode 480-206-114); (ii) Weil, Gotchal & Manges LLP, attorneys

1

for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq. Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (iii) the U.S. Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Matthew Feldman, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the Purchaser, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) Kramer, Levin, Naftalis & Frankel, attorneys for the Creditors Committee, 1177 Avenue of the Americas, New York, New York 10036; (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); and (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.).

WHEREFORE, Healthtrax International, Inc. respectfully requests the court to approve its Withdrawal of Objection Solely as to Cure Amount as stipulated on Exhibit A attached hereto and made a part hereof.

Dated: July 9, 2009

> HEALTHTRAX INTERNATIONAL, INC.
> 2345 Main Street
> Glastonbury, CT 06033
> Telephone: (860) 633-5572 x 256
> Facsimile: (860) 633-7472
>
> By _____
> Lisa M. Liegeot
> General Counsel

2

## Vendor Statement Reconciliation Template

| | |
|---|---|
| Remit Duns or Business Entity #: | RD 131000390 |
| Vendor Name: | Healthtrax |
| Vendor Address: | 2345 Main Street<br>Glastonbury, CT 06033 |
| Main AR Contact Name: | Karen Silvergleid |
| Main AR Contact #: | 860-633-5572 x234 |
| Main AR Contact Email Address: | ksilvergleid@healthtrax.net |
| Cure Amount: | $249,469.20 |
| Statement Amount: | $ 69,950.00 |

| Invoice # | Invoice Date | Total Invoice Amount | Total Outstanding Amount | Currency (USD, CAD, MXN, JPY, EUR) | GM/Saturn Purchase Order # | Ship Date | Ship To Location | ASN/SID/Kanban/Packing Slip/BOL | Requisitioner/Scheduler (OLIMPIC) - GM Only | Type of Document (original or adj to original) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEF0309 | 3/31/09 | $16,662.00 | $0.00 | USD | PDR96202 | 3/31/09 | GMPT Defiance | | Jay Manor | original | Paid 6/18/09 ck #3001403 |
| DEF0409 | 4/30/09 | $16,662.00 | $0.00 | USD | PDR96202 | 4/30/09 | GMPT Defiance | | Jay Manor | original | Paid 6/29/09 ck #3001404 |
| DEF0509 | 5/29/09 | $16,662.00 | $16,662.00 | USD | PDR96202 | 5/29/09 | GMPT Defiance | | Jay Manor | original | Inv due date 7/31/2009 |
| GMFES0309 | 3/31/09 | $6,956.00 | $0.00 | USD | PVR01287 | 3/31/09 | Flint Engine South | | Jay Manor | original | Paid 7/06/09 ck #3001403 |
| GMFES0409 | 4/30/09 | $6,956.00 | $0.00 | USD | PVR01290 | 4/30/09 | Flint Engine South | | Jay Manor | original | Paid 6/18/09 ck #3002560 |
| GMFES0509 | 5/31/09 | $6,956.00 | $6,956.00 | USD | PVR01291 | 5/31/09 | Flint Engine South | | Jay Manor | original | Inv due date 7/31/2009 |
| GMROM0309 | 3/31/09 | $9,814.00 | $0.00 | USD | RMR21842 | 3/31/09 | Romulus Engine | | Jay Manor | original | Paid 6/18/09 ck #3001403 |
| GMROM0409 | 4/30/09 | $9,814.00 | $0.00 | USD | RMR21842 | 4/30/09 | Romulus Engine | | Jay Manor | original | Paid 7/06/09 ck #3002560 |
| GMROM0509 | 5/29/09 | $9,814.00 | $9,814.00 | USD | RMR21842 | 5/29/09 | Romulus Engine | | Jay Manor | original | Inv due date 7/31/2009 |
| GMWAR1208 | 12/31/08 | $6,800.00 | $0.00 | USD | GMR90377 | 12/31/08 | Warren Tech | | Jay Manor | original | Paid 6/22/09 ck #3001791 |
| GMWAR0109 | 1/31/09 | $6,800.00 | $0.00 | USD | GMR90337 | 1/31/09 | Warren Tech | | Jay Manor | original | Paid 6/22/09 ck #3001791 |
| GMWAR0209 | 2/28/09 | $6,800.00 | $0.00 | USD | GMR90337 | 2/28/09 | Warren Tech | | Jay Manor | original | Paid 6/22/09 ck #3001791 |
| GMWAR0309 | 3/31/09 | $6,800.00 | $0.00 | USD | GMR90337 | 3/31/09 | Warren Tech | | Jay Manor | original | Paid 7/06/09 ck #3002560 |
| GMWAR0409 | 4/30/09 | $6,800.00 | $0.00 | USD | GMR90337 | 4/30/09 | Warren Tech | | Jay Manor | original | Inv due date 7/31/2009 |
| GMWAR0509 | 5/29/09 | $6,800.00 | $6,800.00 | USD | GMR90337 | 5/29/09 | Warren Tech | | Jay Manor | original | Paid 6/18/09 ck #3001403 |
| GMTON0309 | 3/31/09 | $17,770.20 | $0.00 | USD | TAR22563 | 3/31/09 | Tonawanda Engine | | Jay Manor | original | Paid 7/06/09 ck #3002560 |
| GMTON0409 | 4/30/09 | $16,603.00 | $0.00 | USD | TAR22564 | 4/30/09 | Tonawanda Engine | | Jay Manor | original | Inv due date 7/31/2009 |
| GMTON0509 | 5/30/09 | $11,481.50 | $11,481.50 | USD | TAR22565 | 5/30/09 | Tonawanda Engine | | Jay Manor | original | Paid 6/18/09 ck #3001403 |
| GMTOL0309 | 3/31/09 | $9,137.00 | $0.00 | USD | TTR34397 | 3/31/09 | Toledo Transmiss | | Jay Manor | original | Paid 7/06/09 ck #3002560 |
| GMTOL0409 | 4/30/09 | $9,137.00 | $0.00 | USD | TTR34467 | 4/30/09 | Toledo Transmiss | | Jay Manor | original | Inv due date 7/31/2009 |
| GMTOL0509 | 5/29/09 | $9,137.00 | $9,137.00 | USD | TTR34467 | 5/29/09 | Toledo Transmiss | | Jay Manor | original | Paid 6/18/09 ck #3001403 |
| GMWIL0309 | 3/31/09 | $9,100.00 | $0.00 | USD | HWR81754 | 3/31/09 | Willow Run Tran | | Jay Manor | original | Paid 7/06/09 ck #3002560 |
| GMWIL0409 | 4/30/09 | $9,100.00 | $0.00 | USD | HWR81755 | 4/30/09 | Willow Run Tran | | Jay Manor | original | Inv due date 7/31/2009 |
| GMWIL0509 | 5/29/09 | $9,100.00 | $9,100.00 | USD | HWR82124 | 5/29/09 | Willow Run Tran | | Jay Manor | original | Paid 6/18/09 ck #3001403 |
| GMHAM0309 | 3/31/09 | $5,205.00 | $0.00 | USD | DTR36694 | 3/31/09 | Hamtramack | | Jay Manor | original | Paid 6/18/09 ck #3001403 |
| GMHAM0409 | 4/30/09 | $2,602.50 | $0.00 | USD | DTS04200 | 4/30/09 | Hamtramack | | Jay Manor | original | |
| | | $249,469.20 | $69,950.50 | | | | | | | | |