6/20/09

Mae Stangle
1839 Rockmoor Dr.
Chesterfield, MO.
63017

636-519-0337
G.M. Chapter 11

Clerk's Office
United States Bankrupsy Court
One Bowling Green
N.Y, N.Y   10004

Ladies or Gentlemen,

I own #30,000 worth of senior G.M notes. My Charles Schwab statement is attached. I feel that you are trying to railroad the agreement through by not giving people adequate time to respond. You must know that bonds are usually held by brokerage houses in street name. So, your notice is then sent to the brokerage houses for them to find the actual owners. The brokerage house then mails the forms to the owners. I received my notice on 6/20/09, the day all replies are supposed to be in. You did not give people time to respond. Was this on purpose, so you can finish with G.M. real fast, regardless of the rights

of bond holders.

I bought these bonds three years ago believing I was entering into a secret contract with G.M. to pay me my interest and principal on maturity. G.M. agreed to pay me in return for my loaning them my money. The reason they borrowed this money was to be able to pay their legacy cost to UAW retirees pension and health care, but the UAW people walk away with hardly any sacrifices. We bond holders end up loosing nearly 90% of the bonds value. This isn't fair. So, I am voting against the G.M. proposal. It is simply unfair to bond holders.

I am not some rich Wall Street person. I am a retired person on a fixed income. Why can't I get 100% of my money back like the big banks are? The 6 Billion dollars to pay them off 100% should be divided equally with all bond holders. Bond holders are supposed to be first in line in a bankruptsy, so why are they last, and get next to nothing.

Why can't the interest rate just be lowered (in half if neccesary) instead

of us bond holders getting next to nothing? Why can't the US govt. back our bonds like they do auto warantees now.

I object to the GM treatment of bond holders and hereby vote against the proposed settlement

Yours Truly
Mae Stangle