7401 Westlake Ter., Apt 306
Bethesda, MD 20817

July 9, 2009

The Honorable Robert E. Gerber
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Judge Gerber,

Please excuse the informal nature of this letter.

I wish to request, somewhat belatedly, a waiver of any and all restrictions, stays, and notification procedures contained in the Final Order of the Court relating to the GM bankruptcy. During the past 3-4 months I have been pre-occupied with a growing abdominal aortic aneurism which was dangerously large. This period required some 10 medical appointments, various tests, and - finally - the implant of a stent graft on July 1. Dr. Michael Seigenthaler, a world-renowned endo-vascular surgeon, performed the operation at the NIH Heart Center (Suburban Hospital, Bethesda).

It was only after returning home that I grasped the significance of the waiver.

I am a 76-year old man in rather poor health. I have owned 100 shares of GM stock for 20 years.

I hope you will consider my request.

Thank you, Sir,
for your attention

Richard A. Giza
RICHARD A. GIZA