June 29 2009

Judge Robert E Gerber
New York, New York 10004-1408  Court Room 621

Dear Sir,

I am a retired salaried employee of General Motors in Michigan.

I am hoping you will look at the plight of the salaried employee everywhere.

For 38 years, I dedicated my life to my job and my family. I spent many unpaid hours at work, as a Small part of management. I went to work on a broken foot, I went after an operation for a tumor in my jaw, that required my face to be flapped open, I was there in blizzards and was there after my eldest son died.

I was always there, working and knowing I would have a pension and insurance for life and medical as a reward for the dedication to my company. Always proud of my job.

This is a car state, not a state known for financial people, such as New York.

When I retired, G.M. sent me a letter, saying, in plain English, that I would have $82,241.00 in life insurance FOREVER. NOWHERE DOES IT SAY THEY HAVE THE RIGHT TO CHANGE IT. 10,000 IS NOT ENOUGH FOR FINAL COST.

I am almost 73 years old. My parents came through Ellis Island, from Italy, with the American Dream in their minds. Somewhere American Greed, has been the word of the day.

I joined the Army during the Korean Conflict. I served. I was dedicated.

Do not turn your back on certain groups of workers that were the most dedicated people of all.

You wear white shirts to work too. You are not in a Union, you are paid with taxpayers money. Taxpayers pay you and who pays the taxpayers. You have all the benefits.

Auto workers have always paid their share of taxes, now what do they get for years of hard work. Made to feel like a drain on society, to feel worthless, that they spent their lives in a useless work place. The salaried employees need an apology from Fritz Henderson, for the way they have been treated. They need words of praise for the years they spent dedicated to the company !

Do not give in to the GREED THAT IS FASHONABLE TODAY.

I hope you give the OTHER workers some thought and show mercy on people that have dedication in their blood. The dedication, that brought their ancestors, to Ellis Island and the struggle they went through.

GOD BLESS AMERICA.   Fortunato Agazio  29399 Shacket, Madison Heights, Michigan 48071  or email at fagazio@yahoo.com

Stand up for the AMERICAN WORKER.

Copy to Fritz Henderson, General Motors Corp. Detroit Michigan

*Copy of letter from GM enclosed.*

**GM NATIONAL RETIREE SERVICING CENTER**
P.O. Box 5113
Southfield, Michigan 48086-5113
**1-800-828-9236**
1-800-872-8682
TELECOMMUNICATION DEVICE FOR THE DEAF

Oct 05, 1998

Fortunato Agazio
29399 Shackett Ave.
Madison Hts, MI 48071-4421

Dear Fortunato Agazio,

As a retiree of General Motors with 10 or more years of participation in the Life and Disability Benefits Program, you are eligible for Continuing Life insurance.

Our insurance records, as of the date of this letter, show the Continuing Life insurance has now fully reduced to the ultimate amount of **$82,241.00**. This ultimate amount will remain in effect for the rest of your life and is provided by General Motors at no cost to you.

**IMPORTANT: YOU SHOULD KEEP THIS NOTICE WITH YOUR OTHER VALUABLE PAPERS.**

If you have any questions regarding this letter, you may call toll free, **1-800-828-9236** (Telephone Device for the Deaf **1-800-872-8682**), during normal business hours, or write to the address above.

Always include this Social Security number, , in all your correspondence.

Retiree Servicing Center

UA01

*This letter does not state gm has Right To Change it*