1758 Spirit Walker Drive
St. George, Utah 84790
June 29, 2009

The Honorable Robert E. Gerber
U. S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Ref: Case # 09-50026 (REG)

Dear Judge Gerber,

I am an 82 year old General Motors retiree. My wife and I own General Motors Bonds bought at a time when it was inconceivable that my former employer would go bankrupt.

We know that we are going to lose money as a result of the bankruptcy, but we should not lose as much money as the U. S. Treasury Department and the United Auto Workers have dictated that bond holders should lose.

We like to believe that we live in a country where the legal structures are adequate to provide bond holder protection. The proposed 10% share for bond holders is not fair.

Please use fairness and good judgment in leading General Motors out of bankruptcy.

Yours truly,

*Donald C. Ruschman*

Donald C. Ruschman