Mark C. Haut
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103-3198
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

Michael M. Parker
Colorado Bar No.: 024166
Texas Bar No.: 00788163
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email: mparker@fulbright.com
COUNSEL FOR SOUTHWEST RESEARCH
INSTITUTE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,**
**PRO HAC VICE OF MICHAEL M. PARKER**

I, Michael M. Parker, a member in good standing of the bars of Texas and Colorado and the bar of the United States Court of Appeals, Fifth Judicial Circuit; the bars of United States District Court for the Western District of Texas, the Southern District of Texas and the Northern District of Texas, request admission, *pro hac vice*, to represent Southwest Research Institute in the Chapter 11 case of General Motors Corporation, *et al.*, certain of its direct and indirect subsidiaries.

| | |
|---|---|
| Mailing Address: | Michael M. Parker |
| | Fulbright & Jaworski L.L.P. |
| | 300 Convent Street, Suite 2200 |
| | San Antonio, Texas 78205 |
| Telephone: | 210/224.5575 |
| Email: | mparker@fulbright.com. |

75774247.1

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 29, 2009

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Michael M. Parker
Michael M. Parker
Colorado Bar No.: 024166
Texas Bar No.: 00788163
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
mparker@fulbright.com

Mark C. Haut
666 Fifth Avenue
New York, NY 10103-3198
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

### CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2009, a copy of the above Motion For Admission To Practice, Pro Hac Vice was served by either First Class U.S. Mail or by Electronic Notification to those parties listed on the attached service list:

*/s/ Mark C. Haut*

75774247.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
In re:                                            :    Chapter 11
                                                  :
GENERAL MOTORS CORPORATION, et                    :    Case No. 09-50026 (REG)
al.,                                              :
                                                  :    (Jointly Administered)
            Debtors.                              :
------------------------------------------------- x

## SERVICE LIST

| | | |
|---|---|---|
| General Motors Corporation<br>300 Renaissance Center<br>Detroit, MI 48265-3000 | Joseph R. Sgroi<br>Robert B. Weiss<br>Tricia A. Sherick<br>Honigman Miller Schwartz Cohn<br>2290 First National Bldg.<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Jsgroi@Honigman.Com<br>Rweiss@Honigman.Com<br>Tsherick@Honigman.Com | Stephen Karotkin<br>Harvey R. Miller<br>Joseph H. Smolinsky<br>Weil Gotshal & Manges, Llp<br>767 Fifth Avenue<br>New York, NY 10153<br>Stephen.Karotkin@Weil.Com |
| U. S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Alpine Electronics<br>19145 Gramercy Place<br>Torrance, CA 90501-1162 | Visteon Corporation<br>c/o Michael C. Hammer<br>Dickinson Wright, PLLC<br>301 E. Liberty, Suite 500<br>Ann Arbor, MI 48104-2283 |
| Magna International, Inc.<br>c/o Kerry Masters Ewald<br>Dickinson Wright PLLC<br>424 Church Street, Suite 1401<br>Nashville, TN 37219-2392 | Magna International, Inc.<br>c/o James A. Plemmons<br>Dickinson Wright PLLC<br>500 Woodward Ave., Suite 4000<br>Detroit, MI 48226-5403 | Al Koch<br>AP Services, LLC<br>200 Town Center, Suite 2400<br>Southfield, MI 48075 |
| Magna International, Inc.<br>c/o Doron Yitzchaki<br>Dickinson Wright, PLLC<br>301 E. Liberty, Suite 500<br>Ann Arbor, MI 48104-2283 | Mark Browning<br>Assistant Attorney General<br>Bankruptcy & Collections Div.<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Ohio Attorney General<br>c/o Victoria D. Garry<br>441 Vine Street, Suite 1600<br>Cincinnati, OH 45202-2821 |
| Missouri Dept. of Revenue<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | Severstal North America, Inc.<br>c/o Deborah L. Fish<br>Allard & Fish, PC<br>535 Griswold, Suite 2600<br>Detroit, MI 48226-3687 | Superior Acquisition, Inc.<br>c/o David T. Lin<br>Seyburn, Kahn, Ginn, et al.<br>2000 Town Center, Suite 1500<br>Southfield, MI 48075-1148 |

75774247.1

| | | |
|---|---|---|
| Superior Industries International<br>c/o James M. Sullivan<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY  10019-5820 | Vesteon Corporation<br>c/o James A. Plemmons<br>Dickinson Wright, PLLC<br>500 Woodward Ave, Suite 4000<br>Detroit, MI  48226 | Valeo Sylvania<br>c/o Deborah Kovsky-Apap<br>Pepper Hamilton, LLP<br>100 Renaissance Center<br>Suite 3600<br>Detroit, MI  48243 |
| Iron Mountain Info Mgmt, Inc.<br>c/o Frank F. McGinn<br>Bartlett Hackett Feinberg PC<br>155 Federal Street, 9th Floor<br>Boston, MA  02110-1610 | Local Texas Taxing Authorities<br>c/o Michael Reed<br>P.O. Box 1269<br>Round Rock, TX  78680-1269 | Specialty Engine Components<br>c/o Richard W. Martinez, APLC<br>228 St. Charles Ave, Suite 1310<br>New Orleans, LA  70130-2644 |
| W.A. Thomas Company<br>c/o Richard W. Martinez, APLC<br>228 St. Charles Ave., Suite 1310<br>New Orleans, LA  70130-2644 | Norfolk Southern Corp<br>c/o David J. Baldwin<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Fl<br>Wilmington, DE  19801-6101 | Carrollton-Farmers Branch ISD<br>c/o Andrea Sheehan<br>Law Office of Robert Luna, PC<br>4411 North Central Expressway<br>Dallas, TX  75205-4120 |
| BP/CGCenter I LLC<br>c/o Larry Levick<br>Singer & Levick, PC<br>16200 Addison Rd., #140<br>Addison, TX  75001-5376 | The Garden City Group, Inc.<br>Attn: Karen Shaer<br>105 Maxess Road<br>Melville, NY  11747-3827 | Texas Comptroller<br>Mark Browning<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX  78711-2548 |
| Saturn of Hempstead, Inc.<br>c/o Robinson Brog, et al.<br>1345 Avenue of Americas<br>31st Floor<br>New York, NY  10105-0302 | | |

75774247.1