UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(MANHATTAN DIVISION)

In re:                                              CHAPTER 11

GENERAL MOTORS
CORPORATION, et al.,                    CASE NO.  09-50026-reg

_____Debtors._____

### NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF

### OF OXBOW CARBON & MINERALS, LLC

PLEASE TAKE NOTICE THAT Luis Salazar, Esq. of the law firm of Greenberg, Traurig, P.A., shall be substituted in place of Elizabeth K. Flaagan, Esq. and the firm of Faegre & Benson, LLP, as counsel of record for Oxbow Carbon & Minerals, LLC, in the above referenced bankruptcy matter and that all future pleadings and other papers should be served upon Luis Salazar, Esq. at the address indicated below.

Respectfully submitted this 22nd day of June, 2009.

FAEGRE & BENSON, LLP                    GREENBERG TRAURIG, P.A.
3200 Wells Fargo Center                 Attorney for Oxbow Carbon & Minerals, LLC
1700 Lincoln Street                     1221 Brickell Avenue
Denver, CO 80203-4532                   Miami, FL 33131

By _Elizabet K. Flaagan_                By: _____ /s/ Luis Salazar _____
    Elizabeth K. Flaagan                    Luis Salazar

- and -

By: _____

Allen G. Kadish

200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

GREENBERG TRAURIG, LLP
1221 Brickell Avenue
Miami, FL 33131
(305) 579-0500
(305) 579-0717 Facsimile
Luis Salazar
salazarl@gtlaw.com

and

200 Park Avenue
New York, NY 10166
(212) 801-9200
(212) 801-6400 Facsimile
Allen G. Kadish
kadisha@gtlaw.com

Attorneys for Oxbow Carbon & Minerals, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Chapter 11

General Motors Corp., et al.,                  Case No. 09-50026 (REG)

        Debtors.

———————————————————/

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                                                   ) ss.:
COUNTY OF NEW YORK          )

        Leslie A. Salcedo, being duly sworn, deposes and says:

        1) I am not a party to this action, am over 18 years of age and am employed by the

law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

        2) On July 6, 2009, I caused true copies of Notice of Substitution of Counsel on

Behalf of Oxbow Carbon & Minerals, LLC, to be served on the parties listed on the attached

*BOC 36,675,322v1*

Service List in Exhibit A in the manner indicated.

/s/ Leslie A. Salcedo
Leslie A. Salcedo

Sworn to before me this
6th day of July, 2009.

/s/ John W. Weiss
John W. Weiss
Notary Public State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires 07/26/2012

## Exhibit A

**Via First Class Mail**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
         Mailcode 480-206-114

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503
Attn: Robert D. Wolford, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
Attn: Gordon Z. Novod, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq.
         Stephen Karotkin, Esq.
         Joseph H. Smolinksy, Esq.