United States Bankruptcy Court
For the Southern District of
New York

July 6, 2009

United States Bankruptcy Court - Clerk : Vito Genna
Southern District of New York
Honorable Robert E. Gerber U.S. Bankruptcy judge.
One Bowling Green
New York, New York     10004 - 1408

From: Darlene E. Jewett
38056 Marlene Drive
Clinton Township,
Michigan 48038

In Re: General Motors Corp., et al.,
Debtors.

Chapter 11 Case No.
09-50026 (REG)
tax ID number 38-0572515
(Jointly Administered)

---

OBJECTION TO: STATEMENT OF THE DEBTORS ON SUCCESSOR LIABILITY

THAT the 363 Transaction and the transfer of the Purchased Assets should be free and clear of liens, claims, encumbrances, and other interests, (etc.)

---

The sale of transfered Assets from the Old General Motors Corp to the New General Motors Corp ; is nothing more than sold toItsself.

The old General Motors Corp has received millions of dollars from the U.S. Treasury ( IRS public tax dollars ) .  To whom have these loans been paid?

Isit not the courts responsibility to request from General Motors the list of payments from the check register, to whom these monies were paid ?

Objector: Darlene E. Jewett

Docket No. 2351

Exhibit E: Retiree/splinter
union objections

attached list:
debtors and creditors

*Darlene E Jewett*



RECEIVED JUL 8 2009 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Copy of objection to United States Bankruptcy Court
Clerk: Vito Genna - Southern District of New York

STATEMENT OF THE DEBTORS ON SUCCESSOR LIABILITY
Dated June 30, 2009
A LIST:                            New York, New York

In Re: General Motors Corp., et al., Chapter 11 case No. 09-50026 REG

Mailed to Debtors and Creditors:

(a) Weil, Gotshal and Manges LLP            (attn:) Harvey R. Miller, Esq.,
    767 Fifth Avenue                        Stephen Karotkin, Esq., and
    New York, New York 10153                Joseph H. Smolinsky, Esq.

(b) Cadwalader, Wickersham and Taft LLP
    One World Financial Center              (attn:) John J. Rapisardi, Esq.
    New York, New York  10281

(c) creditors

(d) Cleary Gottlieb Steen and Hamilton LLP
    One Liberty Plaza                       (attn:) James L. Bromley, Esq.
    New York, New York  10006

(e) Cohen, Weiss and Simon LLP
    330 W. 42 nd Street                     (attn:) Babette Ceccotti, Esq.
    New York, New York  10036

(f) Vedder, P.C.
    Development Canada   47 th Floor        (attn:) Michael J. Edelman, Esq.
    1633 Broadway                           and Michael L. Schein, Esq.
    New York, New York  10019

(g) Office of the United States Trustee
    for the Southern District of New York   21st Floor
    33 Whitehall Street
    New York, New York  10004               (attn:) Diana G. Adams, Esq.

(h) United States Attorney's Office
    Southern District of New York   3 rd Floor
    86 Chambers Street                      (attn:) David S. Jones, Esq.
    New York, New York  10007               and Matthew L. Schwartz, Esq.

                                            Objector: Darlene E. Jewett
                                            Docket No. 2351
                                            Exhibit E: Retiree/splinter
                                            union objections
                                                    Dated July 6, 2009