WALTER J. PRINCE III
RESIDENTIAL ADDR.   1113 SELBY AV.
MAILING ADDR.    P.O. BOX 40376
ST.PAUL , MINNESOTA  55104

JULY 5TH 2009

UNITED STATES BANKRUPTCY CLERKS OFFICE
ONE BOWLING GREEN , NEW YORK , NEW YORK 10004

I RECIEVED THE G.M.C. BANKRUPTCY NOTICES FROM THE G.M. AGENT.
A CLAIMS FORM WAS NOT INCLUDED , AND I WOULD LIKE TO SEE SCHEDULES
AND IT STATES THAT I MUST FILE A PROOF OF CLAIM REGUARDLESS.
I AM IN THE STATE OF MINNESOTA , PLEASE INSTRUCT ME ON OBTAINING
AXESS TO IDENTIFY MY CLAIM! AND A CLAIMS FORM.



JUL - 9 2009