From:  Lorraine Bowman

1143 SW 22nd Street
Chehalis, WA 98532
Telephone:  360-996-4054 (Message Phone)

July 6, 2009

To:  United States Bankruptcy Court
One Bowling Green
New York, New York 10004

RE:  General Motors Corporation
Case Number:  09-50026

I am enclosing copies of the recall notice I received from GM two months after my car engine caught fire and burned and the cover letter I sent with all requested documentation in response to a letter regarding a claim filed because of the fire. All of this happened prior to the bankruptcy filing and I feel that they should not be able to discharge this with the filing of the bankruptcy because this is the result of something that was a mechanical problem with the car itself, and has left me without transportation of any kind. I am disabled and it was really a miracle that I was not injured in this fire (I was saved by some gentlemen that were passing by and saw the smoke). I cannot afford a lawyer as I am on Social Security Disability and cannot even afford to replace this vehicle. For your further information, my claim number was 670161. Please let me know what I need to do to get some sort of settlement so that I may replace my faulty vehicle or receive some sort of compensation for this loss.

Sincerely,

*Lorraine Bowman*

Lorraine Bowman
1143 SW 22nd Street
Chehalis, WA 98532




Lorraine Y Bowman
2222 Sw Salsbury Ave
Chehalis, WA 98532-4416

Dear Lorraine Y Bowman:

This notice is sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act.

General Motors has decided that a defect, which relates to motor vehicle safety, exists in certain 1999 model year Chevrolet Lumina vehicles equipped with a 3.8L V6 naturally aspirated engine. As a result, GM is conducting a safety recall. We apologize for this inconvenience. However, we are concerned about your safety and continued satisfaction with our products.

> ### IMPORTANT
> - Your 1999 model year Chevrolet Lumina, VIN 2G1WN52K0X9197669, is involved in safety recall 09047.
> - Schedule an appointment with your Chevrolet dealer.
> - This service will be performed for you at **no charge**.

**Why is your vehicle being recalled?**

An underhood fire may be caused by drops of engine oil, from seepage or spillage, being deposited on the exhaust manifold through hard braking. If the manifold is hot enough, the oil may ignite into a small flame and, in some instances, the fire may spread to the plastic spark plug wire channel and beyond. If this occurs, there could be a fire in your vehicle and nearby property.

**What will we do?**

Your Chevrolet dealer will replace the spark plug wire channel with new spark plug wire retainers. This service will be performed for you at **no charge**. Because of service scheduling requirements, it is likely that your dealer will need your vehicle longer than the actual service correction time of approximately 15 minutes.

There are two very important precautions you should take before your vehicle is serviced:

- We strongly recommend you not park your vehicle in a garage, car port, or other structure.

- If you notice a burning odor, you should have your GM dealer inspect your vehicle immediately. The dealer will inspect your vehicle without charge.



100 Renaissance Center, P.O. Box 100, Detroit, MI 48265-1000

| | |
|---|---|
| **What should you do?** | You should contact your Chevrolet dealer to arrange a service appointment as soon as possible. |
| **Do you have questions?** | If you have questions or concerns that your dealer is unable to resolve, please contact the Chevrolet Customer Assistance Center at 1.800.630.2438 (TTY 1.800.833.2438). More information about your vehicle can be found at the Owner Center at www.gmownercenter.com |

If after contacting your dealer and the Customer Assistance Center, you are still not satisfied we have done our best to remedy this condition without charge and within a reasonable time, you may wish to write the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Avenue, SE., Washington, DC 20590, or call the toll-free Vehicle Safety Hotline at 1.888.327.4236 (TTY 1.800.424.9153), or go to http://www.safercar.gov.

Federal regulation requires that any vehicle lessor receiving this recall notice must forward a copy of this notice to the lessee within ten days.

Scott Lawson
Director,
Customer and Relationship Services


Enclosure
09047


COPY

From: Lor___ ___owman
___W 22nd Street
___ehalis, WA 98532
Telephone: 360-996-4054 (Message Phone)

May 26, 2009

To: ESIS/GM Central Claims Unit
PO Box 300
Mail Code 482 C19 B61
Detroit, MI 48265-3000

RE: Lorraine Bowman
File No: 670161

Per your request:

1. Color photos taken by claim adjuster (received per telephone conversation with Tina Treister, May 26, 2009.
2. Copy of Fire Report being faxed directly to you per letter attached
3. Facts about April 14, 2009: a. Drove 7.87 miles to hospital for bone density test. Was at hospital for approximately 1 hour. Drove 6.14 miles from hospital to Silver Cup Espresso Stand. Turned car completely off at espresso stand to wait for 2 sandwiches and 2 espresso drinks to be made. Car was turned off because it takes several minutes to make sandwiches and espresso drinks (stand has two windows and other window had cars lined up for service) and I was trying to save gas as I live on a very limited income (social security and veterans benefits disability totaling $985.00 per month). After car turned off, I noticed what I thought was steam coming from the hood of the car – the color was white at first. The color of the "steam" coming from the hood turned black, but with the car turned off, I could not open the door enough to get out (it was next to the espresso stand window) and I was afraid to try to turn the car on to move it. Suddenly, a gentleman came up to my door and yelled at me to get out – that my car was on fire. He could not open the door very far and was yanking at my arm to try to get me squeezed out of the car but I could not fit the space and I cannot stand without my walker so I kept grabbing for it and he kept telling me to leave everything and get out as the car was burning. Then two young men came running up to help the first gentleman, and with the three of them yanking at me, they wedged me out, walker and all. In the mean time the first gentleman told the barista's in the stand to call the fire department and get them there right away. After the 3 gentlemen got me out of the car, one of them got into the car and I guess he put it in neutral, and the others pushed the car away from the stand and onto a grassy area at the end of the drive-thru area. By then the car was in flames and smoke was billowing out. The girls in the espresso stand brought me a chair and made me sit down on the end of the stand, away from the burning car. They were concerned because they knew I could not stand up for any time because I am disabled and have a very difficult time walking or standing. The fire department came and one of the firefighters mentioned that he had just seen something about a General Motors Recall of that particular year and model car the previous night on TV. I did not know that there was a problem with these cars until then. One of the young men that had helped me out also mentioned that he had seen this notice on TV. The fire department got the fire out, but

the whole front end of my car was destroyed including the tires (which were less than 8 months old – they had been gifts from my parents for my birthday, because I could not afford to buy them myself) and everything in the glove box, including oil change receipts, and the receipt for brake-work that had recently been done. They were able to save my medical supplies, which were in the back seat and trunk of the car. One of the young men who had gotten me out of the car took several pictures of the car, the fire, the fire department, etc. I did not realize it, but he took these pictures to our local paper and the next day the whole incident was on the front page of our newspaper. I also had calls from two of the Seattle TV stations, and the both came out to interview me and I was on the news both April 14th and April 15th. I had to take a cab home because I no longer had any kind of transportation available to get anywhere. Everyone I know locally had trucks and I am completely unable to get into anything that high (to include trucks, vans and SUV's). I normally have to call "paratransit" to get to doctor's appointments, but since this appointment was so close, I ended up driving myself.
4. I had only gone a total of 14 miles that day and did not notice any problem at all. Everything seemed fine – the car started easily both in the morning when I got in to go to the doctor and when I started it upon leaving the doctor's office.
5. Car was purchased March 22, 2006 from a private party. I had the car checked out by a friend who was familiar with cars before I even bought it, and within a week of purchasing it, I took it in for a check out and oil change. At that time I had them check all fluids, belts, tires, brakes, etc. They replaced belts, filters (oil and air) and the car had to pass emissions in order to get the title transferred. There was no problem at that time. When I bought the car there was 135,394miles on the odometer. As I am disabled, and have been since before the car was purchased, the car use was very limited. I have a very hard time walking and driving for any distance is very painful, so the car was only used to go to the store, go to local doctors, and local shopping. The front tires were replaced in July 2008 (as I said they were a gift, and cost about $225.00 including tax). The oil changes were done every 3000-3500 miles, but that amount of miles did not come around very often (at the most, twice a year) due to the very limited driving that was done. Each time they were done, it ran me about $52.84 at Jiffy Lube (they used oil for high mileage vehicles). In October 2008, I had brake work done on the car at Les Schwab and it cost me $448.71. There was little else done to the vehicle as it ran very well and there never was any trouble with starting it or while it was running. As I noted before, no receipts are available, as they were in the glove box, and everything in the glove box was burned in the fire.
6. There were no modifications made to this vehicle – it was purchased for local transport only. I am 63 years old and the car was to give me mobility only.
7. No recall notices were received. In fact, I did not realize that this vehicle was being recalled until I was told at the scene of the fire by the fireman and the gentleman that helped me get out of the car. I then saw it in our newspaper when the article came out and both TV news people that interviewed me mentioned it. When it aired on TV, it was a major part of their news story (besides the fact, that I had to have help getting out of the car, or I would have been injured and the car had to be moved or it would have caused the espresso stand to catch on fire).
8. There were no injuries other than me being extremely shook up and a bit sore from being wedged from the car. The fire department offered to call an ambulance, but there was no need as I was only shook up, not injured.
9. The only damage, thanks to the quick thinking of the gentlemen who helped me out of the car and who pushed the car away from the building, was to a grassy patch at the edge of the drive-thru area. I asked the people at the stand and they said not to worry about it as the grass was already growing back.

10. A copy of my title and release of interest are also enclosed per your request. I am enclosing map quest documentation for mileage traveled that day, copies of budget reports and expenses my caregiver prepares for me for expenses I pay, a copy of the newspaper report and pictures of the accident. The tow company still has the vehicle in its possession and is charging $45.00 per day for storage. As you are requiring me to keep this vehicle until this claim is settled, I am forwarding their bill through May 27. This bill is accruing at $45.00 per day, so you might want to settle this as soon as possible. Other expenses that have incurred because of this are the $8.00 taxi ride I had to take in order to get home that day, rental car expenses that have been generated in order for me to just do my appointments and personal errands totaling $940.04, and the $5.00 fee the fire department is charging me for the report that you asked for.
11. Please review this as quickly as possible as I have absolutely no transportation at this time – and in fact have had to rent a vehicle to take care of personal errands and appointments and on my budget, I really don't have the money to do that. I am unable to take public transportation (there is none close enough for me to get to with my disability) and live in a small town, that has limited services available for transportation. I really need to replace this vehicle with something reliable (used and without payments so I can get basic insurance and low maintenance). I have addressed all of your requests item by item, but should you need additional information, please contact me at (360) 996-4054. I have had to move in with my caregiver due to the lack of transportation, so have incurred additional expenses to pay out the months on my lease and utilities for a house I have not even lived in for the past month. If you would like these bills to be sent to you also, please let me know!

Sincerely,


Lorraine Bowman
1143 SW 22nd Street
Chehalis, WA 98532