BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Nisshinbo Automotive Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>  Motors Liquidation Company, *et al.,*<br>     f/k/a General Motors Corp., *et al.,*<br><br>                                                Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
NISSHINBO AUTOMOTIVE CORP. TO DEBTORS' NOTICE OF
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY
CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY,
AND UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY**

Nisshinbo Automotive Corp. by and through its undersigned counsel, hereby withdraws its Limited Objection (Docket No. 1368) to the proposed Cure Amount scheduled on the Debtors' contractnotices.com website and the identification of Nisshinbo Industries Inc. as the supplier to whom the Cure Amount is owed. The parties have reconciled their differences with

respect to the correct and final cure amount as well as the supplier to whom the Cure Amount is owed.

Dated: New York New York

     July 23, 2009

                        BUTZEL LONG, a professional corporation

                        By:   /s/   Robert Sidorsky
                              Robert Sidorsky, Esq.
                              Eric B. Fisher, Eq.
380 Madison Avenue
22nd Floor
New York, NY 10017
Tel.: (212) 818-1110
Fax: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
41000 Woodward Avenue
Bloomfield Hills, Michigan  48304
Telephone:  (248) 258-1616
Facsimile:  (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Nisshinbo Automotive Corp.*