Shawn R. Fox
McGUIREWOODS LLP
1345 Avenue of the Americas
New York, New York 10105
(212) 548-2100

*Counsel for Sprint Nextel Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| GENERAL MOTORS CORP., *et al.* | : | 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors | : | |
| | : | Related Docket No. 1354 |

-------------------------------------------------x

**WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF SPRINT NEXTEL CORPORATION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Sprint Nextel Corporation, by and through its undersigned counsel, hereby

withdraws its Objection and Reservation of Rights to Notice of (I) Debtors' Intent to

Assume and Assign certain Executory Contracts, Unexpired Leases of Personal Property,

and Unexpired Leases of Nonresidential Real Property And (II) Cure Amounts Related

Thereto [Docket No. 1354].

Dated: July 23, 2009          Respectfully submitted,
       New York, NY


                              S/ Shawn R. Fox
                              Shawn R. Fox
                              McGUIREWOODS LLP
                              1345 Avenue of the Americas, 7th Floor
                              New York, New York 10105
                              (212) 548-2100
                              *Counsel for Sprint Nextel Corporation*