BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Internet Brands, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| Motors Liquidation Company, *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF INTERNET BRANDS, INC. TO DEBTORS' NOTICE OF INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY**

Internet Brands, Inc. by and through its undersigned counsel, hereby withdraws its Limited Objection (Docket No. 1380) to the proposed Cure Amount scheduled on the Debtors'

contractnotices.com website as the parties have reconciled their differences with respect to the correct and final cure amount.

Dated: New York New York

     July 23, 2009

                        BUTZEL LONG, a professional corporation

                        By:    /s/   Robert Sidorsky
                             Robert Sidorsky, Esq.
                             Eric B. Fisher, Eq.
                        380 Madison Avenue
                        22nd Floor
                        New York, NY 10017
                        Tel.: (212) 818-1110
                        Fax: (212) 818-0494
                        sidorsky@butzel.com
                        fishere@butzel.com

                        Thomas B. Radom (admitted *pro hac vice*)
                        Max J. Newman (admitted *pro hac vice*)
                        41000 Woodward Avenue
                        Bloomfield Hills, Michigan  48304
                        Telephone:  (248) 258-1616
                        Facsimile:  (248) 258-1439
                        radom@butzel.com
                        newman@butzel.com

                        *Attorneys for Internet Brands, Inc.*