DECHERT LLP
James O. Moore
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

    -and-

Juliet Sarkessian
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania  19104
Telephone:  (215) 994-4000
Facsimile: (215) 994-2222

*Counsel for CDI Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                           :     Chapter 11
:
GENERAL MOTORS CORP., *et al*.,             :     Case No. 09-50026 (REG)
:
Debtors.                                                                :     (Jointly Administered)
:
---------------------------------------------------------------x

**WITHDRAWAL OF LIMITED OBJECTION OF CDI CORPORATION TO (A) MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION PURSUANT TO SECTIONS 105, 363 AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 6004 AND 6006 FOR AN ORDER AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (B) THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

CDI Corporation, a/k/a CDI Information Services, a creditor and party-in-interest

in these cases, by its undersigned counsel, hereby withdraws its limited objection [Docket No.

15199140.1.BUSINESS

1142] to (A) Motion Of Debtors And Debtors-In-Possession Pursuant To Sections 105, 363 And 365 Of The Bankruptcy Code And Bankruptcy Rules 2002, 6004 And 6006 For An Order Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases (the "Motion") and (B) the Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto [Docket No. 92], based on the Debtors' representation that they will pay all pre-petition and post-petition invoices of CDI Corporation.

| | |
|---|---|
| Dated: July 23, 2009<br>New York, New York | Respectfully submitted,<br><br>/s/ James O. Moore<br>James O. Moore<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br>james.moore@dechert.com<br><br>-and-<br><br>Juliet Sarkessian<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, Pennsylvania  19104<br>Telephone:  (215) 994-4000<br>Facsimile: (215) 994-2222<br>juliet.sarkessian@dechert.com<br><br>*Counsel for CDI Corporation* |