**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, : | |
| f/k/a General Motors Corp., *et al.* : | **09-50026 (REG)** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1. I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On July 17, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served true and correct copies of the following documents:

- **Declaration and Disclosure Statement of Gregory B. Denny, on Behalf of Bugbee & Conkle, LLP** [Docket No. 3215];

- **Declaration and Disclosure Statement of Michael P. Cooney on Behalf of Dykema Gossett, PLLC** [Docket No. 3216];

- **Declaration and Disclosure Statement of Maurice D. Early on Behalf of Early, Miranda & Petraborg, P.C.** [Docket No. 3217];

- **Declaration and Disclosure Statement of Do-Young Kim, on Behalf of Kim & Chang Law Offices** [Docket No. 3219];

- **Declaration and Disclosure Statement of Steven B. Kantrowitz, on Behalf of Kantrowitz & Phillippi, LLC** [Docket No. 3221];

- **Declaration and Disclosure Statement of Terence V. Page, on Behalf of Hardy, Lewis & Page, P.C.** [Docket No. 3222];

- **Declaration and Disclosure Statement of Peter S. Miller, Esquire on Behalf of Marshall, Dennehey, Warner, Coleman & Goggin** [Docket No. 3223]; and

- **Declaration and Disclosure Statement of Rosalee M. McNamara, on Behalf of Lathrop & Gage LLP** [Docket No. 3224]

on each of the parties identified on Exhibit A (U.S. Trustee and Unsecured Creditors' Committee counsel) attached hereto by first class mail.

    I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:    Seattle, Washington
            July 21, 2009

                                      /s/  Laurie M. Thornton
                                      LAURIE M. THORNTON

# Exhibit A

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

Kramer Levin Naftalis & Frankel LLP
Atty for the Official Unsecured Creditors Committee
Attn: Thomas Moers Mayer, Kenneth H. Eckstein & Gordon Z. Novod
1177 Avenue of the Americas
New York, NY  10036