Cheryl Tama Oblander (ARDC 6199464)
**BUTLER RUBIN SALTARELLI & BOYD LLP**
70 West Madison Street, Suite 1800
Chicago, IL 60602
Tel.: (312) 444-9660
Fax: (312) 276-4830
Email: ctama@butlerrubin.com
Attorneys for D'Andrea Buick, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
General Motors Corp., *et al.*,                         :   Case No. 09-50026 (REG)
                                                        :
        Debtors.                                        :
                                                        :   (Jointly Administered)
------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Cheryl Tama Oblander, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent D'Andrea Buick, Inc., a creditor in the above-referenced case.

*I certify that I am a member in good standing* in the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

DATED:   Chicago, Illinois
         July 21, 2009

                                            s/Cheryl Tama Oblander
                                        Cheryl Tama Oblander
                                        Butler Rubin Saltarelli & Boyd LLP
                                        70 West Madison Street, Suite 1800
                                        Chicago, IL 60602
                                        Email: ctama@butlerrubin.com
                                        Tel.: (312) 444-9660
                                        Fax: (312) 276-4830

444299v1

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                        :
In re                                                   :    Chapter 11
                                                        :
General Motors Corp., *et al.*,                         :    Case No. 09-50026 (REG)
                                                        :
          Debtors.                                      :
                                                        :    (Jointly Administered)
------------------------------------------------------- x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Cheryl Tama Oblander, to be admitted, *pro hac vice*, to represent D'Andrea Buick Pontiac GMC., (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Cheryl Tama Oblander, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____

_____, New York        /s/____Robert E. Gerber_____
                                         UNITED STATES BANKRUPTCY JUDGE

444290v1

Neal L. Wolf (ARDC 6186361)
**BUTLER RUBIN SALTARELLI & BOYD LLP**
70 West Madison Street, Suite 1800
Chicago, IL 60602
Tel.: (312) 696-4447
Fax: (312) 444-9018
Email: nwolf@butlerrubin.com
Attorneys for D'Andrea Buick, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                               :

In re                                                  :    Chapter 11

General Motors Corp., *et al.*,            :    Case No. 09-50026 (REG)

            Debtors.                     :    (Jointly Administered)
------------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Neal L. Wolf, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent D'Andrea Buick, Inc., a creditor in the above-referenced case.

***I certify that I am a member in good standing*** in the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

DATED:    Chicago, Illinois
                July 21, 2009

                                                    s/Neal L. Wolf
                                                      Neal L. Wolf
                                                      Butler Rubin Saltarelli & Boyd LLP
                                                      70 West Madison Street, Suite 1800
                                                      Chicago, IL 60602
                                                      Email: nwolf@butlerrubin.com
                                                      Tel.: (312) 696-4447
                                                      Fax: (312) 444-9018

444300v1