Elaine S. Vorberg (ARDC 6230465)
**Law Offices of Elaine S. Vorberg, P.C.**
1821 Walden Office Square
Schaumburg, IL 60173, Suite 400
Tel: (847) 397-9793
Fax: (847) 220-9211
Email: Elaine@vorberglaw.com
Attorneys for D'Andrea Buick, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
General Motors Corp., *et al.*,                              :    Case No. 09-50026 (REG)
                                                             :
         Debtors.                                            :
------------------------------------------------------------ :    (Jointly Administered)
                                                             x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Elaine S. Vorberg, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent D'Andrea Buick, Inc., a creditor in the above-referenced case.

*I certify that I am a member in good standing* in the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

DATED:    Chicago, Illinois
          July 21, 2009

                                              s/Elaine S. Vorberg
                                              Elaine S. Vorberg (ARDC 6230465)
                                              **Law Offices of Elaine S. Vorberg, P.C.**
                                              1821 Walden Office Square, Suite 400
                                              Schaumburg, IL 60173
                                              Tel: (847) 397-9793
                                              Fax: (847) 220-9211
                                              Email: Elaine@vorberglaw.com

444307v1

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                        :
In re                                                   : Chapter 11
                                                        :
General Motors Corp., *et al.*,                         : Case No. 09-50026 (REG)
                                                        :
         Debtors.                                       :
                                                        : (Jointly Administered)
------------------------------------------------------- x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Elaine S. Vorberg, to be admitted, *pro hac vice*, to represent D'Andrea Buick Pontiac GMC., (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Elaine S. Vorberg, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____

_____, New York        /s/____Robert E. Gerber_____
                                    UNITED STATES BANKRUPTCY JUDGE

444297v1