**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In Re: General Motors Corp, et al**                    Case No. 09-50026
                                                          Chapter 11

**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

    I, Jerry D. Patterson, request admission, pro hac vice, before the Honorable Robert Gerber, to represent Terry Gage Chevrolet, Inc., a dealer in the above referenced case.

    I certify that I am a member in good standing of the bar of the State of Arkansas.

    I have submitted the filingfee of $25.00 with this Motion for pro hac vice admission.

    Dated: July 10, 2009.

/s/ Jerry D. Patterson
Jerry D. Patterson
P.O. Drawer 629
Marshall, AR 72650
870-448-5112
jdpattterson@windstream.net