K&L GATES LLP
Robert N. Michaelson
599 Lexington Avenue
New York, NY 10022-6030
Telephone: (212) 536-3900
Facsimile: (212) 536-3901

MONZACK MERSKY MCLAUGHLIN
AND BROWDER, P.A.
Brian J. McLaughlin
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899-2031
Telephone: (302) 656-8162
Facsimile: (302) 656-2769

Attorneys for Blue Marble Environmental, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| _____x | |
| In re : | Chapter 11 |
| : | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., *et al.*, : | |
| : | (Jointly Administered) |
| Debtors. : | |
| _____x | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION
OF BLUE MARBLE ENVIRONMENTAL, INC TO DEBTORS'
INTENT TO (I) ASSUME AND ASSIGN CERTAIN EXECUTORY
CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY,
AND UNEXPIRED LEASES OF NONRESIDENTAL REAL PROPERTY AND
(II) CURE AMOUNTS RELATED THERETO [RELATED TO DOCKET NO. 2415]**

TO: THE PARTIES ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that, on June 24, 2009, the undersigned counsel filed the **Limited Objection of Blue Marble Environmental, Inc. to Debtors' Intent to (I) Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and**

71980

**Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto**

[Docket No. 2415] (the "Objection").

PLEASE TAKE FURTHER NOTICE that on or about June 29, 2009, Blue Marble Environmental, Inc. and the Debtors entered into a Stipulation and Agreed Order with respect to the withdrawal of the Objection.

PLEASE TAKE FURTHER NOTICE that the Objection is hereby withdrawn.

Dated:  July 23, 2009

                          K&L GATES LLP

                          Robert N. Michaelson, Esquire
                          599 Lexington Avenue
                          New York, NY 10022
                          Telephone: (212) 536-4098
                          Facsimile:  (212) 536-3901
                          E-mail: rmichaelson@klng.com

                          and

                          MONZACK MERSKY MCLAUGHLIN
                          AND BROWDER
                          Brian J. McLaughlin (DE Bar No. 2462)
                          1201 N. Orange Street, Suite 400
                          P.O. Box 2031
                          Wilmington, DE 19899-2031
                          Telephone:  (302) 656-8162
                          Facsimile:  (302) 656-2769
                          bmclaughlin@monlaw.com

                          Attorneys for Blue Marble
                          Environmental Inc.

71980

K&L GATES LLP
Robert N. Michaelson
599 Lexington Avenue
New York, NY 10022-6030
Telephone: (212) 536-3900
Facsimile: (212) 536-3901

MONZACK MERSKY MCLAUGHLIN
AND BROWDER, P.A.
Brian J. McLaughlin
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899-2031
Telephone: (302) 656-8162
Facsimile: (302) 656-2769

Attorneys for Blue Marble Environmental, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

    I, Brian J. McLaughlin, certify that I am not less than 18 years of age, and that service of the foregoing document was made on July 24, 2009 via first class mail upon:

| | |
|---|---|
| Warren Command Center<br>Mailcode 480-206-114<br>Debtors<br>c/o General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025 | Harvey R. Miller, Esquire<br>Stephen Karotkin, Esquire<br>Joseph H. Smolinsky, Esquire<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Matthew Feldman, Esquire<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220 | John J. Rapisardi, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 |

71981

| | |
|---|---|
| Gordon Z. Novod, Esquire<br>Thomas Moers Mayer, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of The Americas<br>New York, NY 10036 | Michael J. Edelman, Esquire<br>Michael L. Schein, Esquire<br>Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019 |

Office of the U.S. Trustee
Diana G. Adams, Esquire
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date: July 23, 2009             */s/ Brian J. McLaughlin*
                                          Brian J. McLaughlin

71981