Hearing Date and Time: August 18, 2009 at 9:45 a.m. (Eastern Time)
Objection Deadline: August 12, 2009 at 4:00 p.m. (Eastern Time)

Anthony L. Leffert
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO  80202
Telephone:  303-297-2600
Facsimile:  303-297-2750

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

In re:                                                                 Case No. 09-50026 (REG)
                                                                              Chapter 11 (Jointly Administered)

GENERAL MOTORS CORP., *et al.,*

                    Debtors.
---------------------------------------------------------------x

### NOTICE OF HEARING ON ENVIRONMENTAL TESTING CORPORATION'S MOTION FOR ORDER DIRECTING PAYMENT ON ACCOUNT OF ADMINISTRATIVE EXPENSE

Upon the Motion for Order Directing Payment on Account of Administrative Expense filed July 14, 2009 (the "Motion") by Environmental Testing Corporation ("ETC"), for payment of administrative expenses pursuant to 11 U.S.C. § 503(b) as more fully set forth in the Motion, a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **August 18, 2009 at 9:45 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by

188943

registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Anthony L. Leffert, Robinson Waters & O'Dorisio, P.C., attorney for Environmental Testing Corporation, 1099 18th Street, Suite 2600, Denver, Colorado 80202; (ii) Harvey R. Miller, Stephen Karotkin, and Joseph H. Smolinsky, Weil, Gotshal, & Manges, LLP, attorneys for the Debtors, 767 Fifth Avenue, New York New York, 10153; (iii) John J. Rapisardi, Cadwalader, Wickersham & Taft, LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281; (iv) Diana G. Adams, Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004; (v) Kenneth H. Eckstein, Thomas M. Mayer, Adam C. Rogoff and Gordon Z. Novod, Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036; (vi) all entities that requested notice in this case via ECF, so as to be received no later than **August 12, 2009 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

If no objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

2

188943

Dated: July 24, 2009
Denver, Colorado

ROBINSON, WATERS & O'DORISIO, P.C.

/s/Anthony L. Leffert
Anthony L. Leffert (AL 6373)
1099 18th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 297-2600
Facsimile: (303) 297-2750
*Attorneys for Environmental Testing Corporation*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 24th day of July, 2009, the foregoing was filed electronically and that service was accomplished electronically to all ECF registrants via the Court's CM/ECF System.

/s/Elizabeth Garfield

188943