

**David Lamb**
<david.brent72@yahoo.com>

07/22/2009 12:12 PM

To helene_blum@nysb.uscourts.gov
cc
bcc
Subject GM not honoring buy-out agreement

History: 🗩 This message has been replied to.

Honorable Judge Gerber,

My name is David Lamb, I worked at the GM Moraine Assembly plant in Dayton, OH for 15 years. The plant ceased production on Dec.23, 2008. According to our closing agreement we had a six month window to sign up for a buy-out. On May 11th I chose that option fearing the impending bankruptcy and what might happen. On July 19th my local union officials of the IUE Local 798 informed me that the "New GM" would not be honoring the closing agreement buy-out option which I signed up for prior to them filing for bankruptcy protection June 1st. I have been waiting 10 weeks expecting to receive this money and have not received a dime in those 10 weeks. My wife and I are full time students trying to start a new career since the closing of the plant. I have three young children and was a model employee for GM giving them 15 of the best years of my life providing for my family.. I'm not asking for any special treatment but ask that you would consider doing everything in your power and authority to make GM act in good faith with an agreement that was signed prior to the bankruptcy filing and honor their commitments. Thank you for your valuable time and consideration in this matter.

David Lamb