WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819
(414) 273-2100  Phone
(414) 223-5000  Fax
Andrew A. Jones, Esq.
ajones@whdlaw.com
*Attorneys for Grede Foundries, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
GENERAL MOTORS CORP., *et al.*,                             :        Case No. 09-50026 (REG)
                                                            :
                                Debtors.                    :        (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF GREDE FOUNDRIES, INC. TO SECOND NOTICE OF DEBTORS' INTENT (I) TO ASSUME AND ASSIGN ADDITIONAL EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

Grede Foundries, Inc. ("Grede"), by its undersigned counsel, hereby withdraws the Limited Objection to Second Notice of Debtors' Intent (I) to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts related thereto (Docket No. 2897) filed on June 25, 2009.

Dated:  July 24, 2009.

Respectfully Submitted

_____
Andrew A. Jones                              (AJ5623)
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819
(414) 273-2100  Phone
(414) 223-5000  Fax
ajones@whdlaw.com

COUNSEL FOR GREDE FOUNDRIES, INC.