

Mazancowice, 6 July 2009

United States Bankruptcy Court
Southern District of New York

Polmotors sp. z o.o.
43-391 Mazancowice 57
wojewodztwo Slaskie
Poland
Vendor ID #: 366033728

In re
Chapter 11 Case No.
General Motors Corp., *et al.*, Debtors:   09-50026 ( REG )

## Objection
### to the Cure Amount of EUR 629.57
### offered to Polmotors sp. z o.o.

Acting on behalf of Polmotors sp. z o.o. as a person authorised to represent the Company (a copy from the National Court Register enclosed herewith), pursuant to the Notice of:
1. Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and
2. Cure Amounts Related Thereto,

as well as information in paragraphs 7 and 8 concerning the possibility, form and method of making an objection, I hereby lodge an objection to the Cure Amount offered to Polmotors sp. z o.o. and amounting to EUR 629.57.

The offered Cure Amount is flagrantly low in comparison with the amount of debt owed to Polmotors sp. z o.o. by the Debtors, which is approximately PLN 100,000.00 and equals to approximately USD 32,000 according to an average exchange rate of the National Bank of Poland of 3 July 2009, which is: USD 1 = PLN 3.1236. Acceptance of the amount of EUR 629.57, which according to the conversion rate adopted is the equivalent of only PLN 2,753.17 (EUR 1 = PLN 4.3731) for mutual settlement between the parties under the bankruptcy proceedings pending, should be deemed an action to the detriment of Polmotors sp. z o.o. exposing the Company to a significant damage to property and leading to irreversible legal consequences. The extent of activity run by Polmotors sp. z o.o. excludes the possibility of accepting the offered Cure Amount, which as flagrantly low has an adverse effect on Polmotors' capability to pay its own liabilities to its contractors under concluded contracts.

Taking the aforementioned into account, this objection shall be deemed necessary and justifiable. Considering a generally known financial position of General Motors Corporation and other Debtors included in these proceedings, acting on behalf of Polmotors sp. z o.o., I hereby propose to increase the Cure Amount to not less than 40% of debts owed to Polmotors sp. z o.o., i.e. the amount of approximately PLN 40,000.00 (USD 12,800.00). In the opinion of Polmotors sp. z o.o., such value

of the Cure Amount will on the one hand let us accept that the creditor has received an amount towards the debt owed to the creditor which is a minimum market equivalent, and on the other hand enable conducting the proceedings the Debtor has been included in.

Yours faithfully:

Andrzej Graboś – President of Polmotors

Enclosures:
- a copy from the National Court Register for Polmotors sp. z o.o.,
- 7 x copy of the objection

Strona 1 z 7

CODO    BB/12.03/29/2009    Operator: KRAWACKA LUCYNA

ODDZIAŁ CENTRALNEJ INFORMACJI
KRAJOWEGO REJESTRU SĄDOWEGO
ul. Bogusławskiego 24
Bielsko Biała

# KRAJOWY REJESTR SĄDOWY

Stan na dzień 12.03.2009 godz. 12:13:28

Numer KRS: **0000156358**

## ODPIS AKTUALNY
### Z REJESTRU PRZEDSIĘBIORCÓW

| | |
|---|---|
| Data rejestracji w Krajowym Rejestrze Sądowym | 24.03.2003 |
| Ostatni wpis. Numer wpisu | 13 |
| Data dokonania wpisu | 19.09.2008 |
| Sygnatura akt | BB.VIII NS-REJ.KRS/4933/08/383 |
| Oznaczenie sądu | SĄD REJONOWY W BIELSKU-BIAŁEJ, VIII WYDZIAŁ GOSPODARCZY KRAJOWEGO REJESTRU SĄDOWEGO |

## Dział 1

### Rubryka 1 - Dane podmiotu

| | |
|---|---|
| 1. Oznaczenie formy prawnej | SPÓŁKA Z OGRANICZONĄ ODPOWIEDZIALNOŚCIĄ |
| 2. Numer REGON/NIP | REGON: 072850165, NIP: 9372385461 |
| 3. Firma, pod którą spółka działa | "POLMOTORS SPÓŁKA Z OGRANICZONĄ ODPOWIEDZIALNOŚCIĄ" |
| 4. Dane o wcześniejszej rejestracji | RHB 3998 SĄD REJONOWY W BIELSKU-BIAŁEJ VI WYDZIAŁ GOSPODARCZY |
| 5. Czy przedsiębiorca prowadzi działalność gospodarczą z innymi podmiotami na podstawie umowy spółki cywilnej? | NIE |
| 6. Czy podmiot posiada status organizacji pożytku publicznego? | --- |

### Rubryka 2 - Siedziba i adres podmiotu

| | |
|---|---|
| 1. Siedziba | kraj POLSKA, woj. ŚLĄSKIE, powiat BIELSKI, gmina JASIENICA, miejsc. MAZAŃCOWICE |
| 2. Adres | ul. ---, nr 57, lok. ---, miejsc. MAZAŃCOWICE, kod 43-391, poczta MAZAŃCOWICE, kraj POLSKA |

### Rubryka 3 - Oddziały

Brak wpisów

### Rubryka 4 - Informacje o umowie

| | |
|---|---|
| 1. Informacja o zawarciu lub zmianach umowy spółki | 28.11.2000R. MGR RYSZARD RUŚKOWSKI - NOTARIUSZ KANCELARIA NOTARIALNA W BIELSKU-BIAŁEJ PRZY UL. BARLICKIEGO 23 REP. A NR 7120/2000R. |

| CODo | BB/12.03/29/2009 | Operator: KRAWACKA LUCYNA | Strona 2 z 7 |
|---|---|---|---|

| | |
|---|---|
| 1 | 10.01.2003R. MGR RYSZARD RUŚKOWSKI - NOTARIUSZ KANCELARIA NOTARIALNA W BIELSKU-BIAŁEJ PRZY UL. BARLICKIEGO 23 REP. A NR 91/2003; ZMIANY: PAR.4,6,9,10, NOWE 23,24. |
| 2 | 10.01.2003R. MGR RYSZARD RUŚKOWSKI - NOTARIUSZ, KANCELARIA NOTARIALNA W BIELSKU-BIAŁEJ PRZY UL.BARLICKIEGO 23, REP. A NR 91/2003 ZMIANA PAR.2 |
| 3 | 30.04.2003 REP. A NR 1868/2003 ANDRZEJ WÓJTOWICZ KANCELARIA NOTARIALNA W BIELSKU-BIAŁEJ ZM. PAR. 9 UMOWY SPÓŁKI |
| 4 | AKT NOTARIALNY Z 01 PAŹDZIERNIKA 2004 R., REP. A NR 4892/2004 NOT. MARIUSZ ŚWIERCZEK Z KANCELARII NOTARIALNEJ W BIELSKU-BIAŁEJ PRZY UL. NAD NIPREM 2; ZMIANA §6 UMOWY SPÓŁKI. |

### Rubryka 5

| | |
|---|---|
| 1.Czas, na jaki została utworzona spółka | NIEOZNACZONY |
| 2.Oznaczenie pisma innego niż Monitor Sądowy i Gospodarczy, przeznaczonego do ogłoszeń spółki | ----- |
| 3.Wspólnik może mieć | WIĘKSZĄ LICZBĘ UDZIAŁÓW |
| 4.Czy statut przyznaje uprawnienia osobiste określonym akcjonariuszom lub tytuły uczestnictwa w dochodach lub majątku spółki nie wynikających z akcji? | ***** |
| 5.Czy obligatoriusze mają prawo do udziałów w zysku? | ***** |

### Rubryka 6 - Sposób powstania spółki

Brak wpisów

### Rubryka 7 - Dane wspólników

| 1 | 1.Nazwisko / Nazwa lub firma | GRABOŚ |
|---|---|---|
| | 2.Imiona | ANDRZEJ |
| | 3.Numer PESEL/REGON | 52111104614 |
| | 4.Numer KRS | ***** |
| | 5.Posiadane przez wspólnika udziały | 20 /DWADZIEŚCIA/ UDZIAŁÓW PO 500,-ZŁ /PIĘĆSET ZŁOTYCH/, ŁĄCZNIE WARTOŚCI 10.000,-ZŁ /DZIESIĘĆ TYSIĘCY ZŁOTYCH/ |
| | 6.Czy wspólnik posiada całość udziałów spółki? | NIE |
| 2 | 1.Nazwisko / Nazwa lub firma | MALINOWSKA GRABOŚ |
| | 2.Imiona | ZDZISŁAWA |
| | 3.Numer PESEL/REGON | 51022104164 |
| | 4.Numer KRS | ***** |
| | 5.Posiadane przez wspólnika udziały | 20 /DWADZIEŚCIA/ UDZIAŁÓW PO 500,-ZŁ /PIĘĆSET ZŁOTYCH/, ŁĄCZNIE WARTOŚCI 10.000,-ZŁ /DZIESIĘĆ TYSIĘCY ZŁOTYCH/ |
| | 6.Czy wspólnik posiada całość udziałów spółki? | NIE |



| CODo | BB/12.03/29/2009 | Operator: KRAWACKA LUCYNA | Strona 3 z 7 |

| 3 | 1. Nazwisko / Nazwa lub firma | GRABOŚ |
|---|---|---|
| | 2. Imiona | MACIEJ |
| | 3. Numer PESEL/REGON | 83100118493 |
| | 4. Numer KRS | ***** |
| | 5. Posiadane przez wspólnika udziały | 5 /PIĘĆ/ UDZIAŁÓW PO 500,-ZŁ /PIĘĆSET ZŁOTYCH/ KAŻDY, O ŁĄCZNEJ WARTOŚCI 2.500,-ZŁ /DWA TYSIĄCE PIĘĆSET ZŁOTYCH/ |
| | 6. Czy wspólnik posiada całość udziałów spółki? | NIE |
| 4 | 1. Nazwisko / Nazwa lub firma | GRABOŚ |
| | 2. Imiona | ANNA |
| | 3. Numer PESEL/REGON | 83100114925 |
| | 4. Numer KRS | ***** |
| | 5. Posiadane przez wspólnika udziały | 5 /PIĘĆ/ UDZIAŁÓW PO 500,-ZŁ /PIĘĆSET ZŁOTYCH/ KAŻDY, O ŁĄCZNEJ WARTOŚCI 2.500,-ZŁ /DWA TYSIĄCE PIĘĆSET ZŁOTYCH/ |
| | 6. Czy wspólnik posiada całość udziałów spółki? | NIE |
| 5 | 1. Nazwisko / Nazwa lub firma | POLMOTORS A.GRABOŚ SPÓŁKA JAWNA |
| | 2. Imiona | ***** |
| | 3. Numer PESEL/REGON | 071013912 |
| | 4. Numer KRS | 0000219874 |
| | 5. Posiadane przez wspólnika udziały | 9578 UDZIAŁÓW O WARTOŚCI 500,00 ZŁ KAŻDY - ŁĄCZNIE 4.789.000,00 ZŁ |
| | 6. Czy wspólnik posiada całość udziałów spółki? | NIE |

| Rubryka 8 - Kapitał spółki | |
|---|---|
| 1. Wysokość kapitału zakładowego | 4 814 000,00 ZŁ |
| Podrubryka 1 | |
| Informacja o wniesieniu aportu | |
| Brak wpisów | |

| Rubryka 9 - Nie dotyczy |
|---|
| Brak wpisów |

| Rubryka 10 - Nie dotyczy |
|---|
| Brak wpisów |

Dział 2

| Rubryka 1 - Organ uprawniony do reprezentacji podmiotu |

| CODo | BB/12.03/29/2009 | Operator: KRAWACKA LUCYNA | Strona 4 z 7 |
|---|---|---|---|

| 1. Nazwa organu uprawnionego do reprezentowania podmiotu | ZARZĄD |
|---|---|
| 2. Sposób reprezentacji podmiotu | KAŻDY Z CZŁONKÓW ZARZĄDU DZIAŁA SAMODZIELNIE |

### Podrubryka 1
### Dane osób wchodzących w skład organu

| 1. Nazwisko / Nazwa lub firma | GRABOŚ |
|---|---|
| 2. Imiona | ANDRZEJ |
| 3. Numer PESEL/REGON | 52111104614 |
| 4. Numer KRS | **** |
| 5. Funkcja w organie reprezentującym | PREZES |
| 6. Czy osoba wchodząca w skład zarządu została zawieszona w czynnościach? | NIE |
| 7. Data do jakiej została zawieszona | ------- |

### Rubryka 2 - Organ nadzoru

Brak wpisów

### Rubryka 3 - Prokurenci

Brak wpisów

## Dział 3

### Rubryka 1 - Przedmiot działalności

| 1. Przedmiot działalności przedsiębiorcy | | |
|---|---|---|
| | 1 | 34, , , PRODUKCJA POJAZDÓW MECHANICZNYCH, PRZYCZEP I NACZEP |
| | 2 | 28, , , PRODUKCJA METALOWYCH WYROBÓW GOTOWYCH, Z WYJĄTKIEM MASZYN I URZĄDZEŃ |
| | 3 | 29, , , PRODUKCJA MASZYN I URZĄDZEŃ, GDZIE INDZIEJ NIE SKLASYFIKOWANA |
| | 4 | 50, 30, , SPRZEDAŻ CZĘŚCI I AKCESORIÓW DO POJAZDÓW MECHANICZNYCH |
| | 5 | 51, , , HANDEL HURTOWY I KOMISOWY, Z WYJĄTKIEM HANDLU POJAZDAMI MECHANICZNYMI I MOTOCYKLAMI |
| | 6 | 60, 2, , TRANSPORT LĄDOWY POZOSTAŁY |
| | 7 | 65, 2, , POZOSTAŁE POŚREDNICTWO FINANSOWE |
| | 8 | 70, 2, , WYNAJEM NIERUCHOMOŚCI NA WŁASNY RACHUNEK |
| | 9 | 71, 2, , WYNAJEM POZOSTAŁYCH ŚRODKÓW TRANSPORTU |
| | 10 | 71, 3, , WYNAJEM MASZYN I URZĄDZEŃ |
| | 11 | 74, , , POZOSTAŁE USŁUGI ZWIĄZANE Z PROWADZENIEM DZIAŁALNOŚCI GOSPODARCZEJ |



### Rubryka 2 - Wzmianki o złożonych dokumentach

| Rodzaj dokumentu | Nr kolejny w polu | Data złożenia | Za okres od do |
|---|---|---|---|
| 1. Wzmianka o złożeniu | 1 | 15.11.2004 | OD 01.01.2003 DO 31.12.2003 |




| CODo' | BB/12.03/29/2009 | | Operator: KRAWACKA LUCYNA | Strona 5 z 7 |
|---|---|---|---|---|
| rocznego sprawozdania finansowego | 2 | | 05.08.2005 | OD 01.01.2004 DO 31.12.2004 |
| | 3 | | 07.07.2006 | OD 01.01.2005 DO 31.12.2005 |
| | 4 | | 04.07.2007 | 01.01.2006 R - 31.12.2006 R |
| | 5 | | 15.07.2008 | OD 01.01.2007 DO 31.12.2007 |
| 2.Wzmianka o złożeniu opinii biegłego rewidenta | 1 | | ***** | OD 01.01.2004 DO 31.12.2004 |
| | 2 | | ***** | OD 01.01.2005 DO 31.12.2005 |
| | 3 | | ***** | 01.01.2006 R - 31.12.2006 R |
| | 4 | | ***** | OD 01.01.2007 DO 31.12.2007 |
| 3.Wzmianka o złożeniu uchwały lub postanowienia o zatwierdzeniu sprawozdania finansowego | 1 | | ***** | OD 01.01.2003 DO 31.12.2003 |
| | 2 | | ***** | OD 01.01.2004 DO 31.12.2004 |
| | 3 | | ***** | OD 01.01.2005 DO 31.12.2005 |
| | 4 | | ***** | 01.01.2006 R - 31.12.2006 R |
| | 5 | | ***** | OD 01.01.2007 DO 31.12.2007 |
| 4.Wzmianka o złożeniu sprawozdania z działalności podmiotu | 1 | | ***** | OD 01.01.2003 DO 31.12.2003 |
| | 2 | | ***** | OD 01.01.2004 DO 31.12.2004 |
| | 3 | | ***** | OD 01.01.2005 DO 31.12.2005 |
| | 4 | | ***** | 01.01.2006 R - 31.12.2006 R |
| | 5 | | ***** | OD 01.01.2007 DO 31.12.2007 |

**Rubryka 3 - Sprawozdania grupy kapitałowej**

Brak wpisów

**Rubryka 4 - Przedmiot działalności statutowej organizacji pożytku publicznego**

Brak wpisów

## Dział 4

**Rubryka 1 - Zaległości**

Brak wpisów

**Rubryka 2 - Wierzytelności**

Brak wpisów



**Rubryka 3 - Informacje o zabezpieczeniu majątku dłużnika w postępowaniu upadłościowym poprzez zawieszenie prowadzonych przeciwko niemu egzekucji, o oddaleniu wniosku o ogłoszenie upadłości z uwagi na fakt, że majątek niewypłacalnego dłużnika nie wystarcza na zaspokojenie kosztów postępowania**

Brak wpisów



| CODo | BB/12.03/29/2009 | Operator: KRAWACKA LUCYNA | Strona 6 z 7 |
|---|---|---|---|

**Rubryka 4 - Umorzenie prowadzonej przeciwko podmiotowi egzekucji z uwagi na fakt, że z egzekucji nie uzyska się sumy wyższej od kosztów egzekucyjnych**

Brak wpisów

## Dział 5

**Rubryka 1 - Kurator**

Brak wpisów

## Dział 6

**Rubryka 1 - Likwidacja**

Brak wpisów

**Rubryka 2 - Informacje o rozwiązaniu lub unieważnieniu spółki**

Brak wpisów

**Rubryka 3 - Nie dotyczy**

Brak wpisów

**Rubryka 4 - Informacja o połączeniu, podziale lub przekształceniu**

Brak wpisów

**Rubryka 5 - Informacja o postępowaniu upadłościowym**

Brak wpisów

**Rubryka 6 - Informacja o postępowaniu układowym**

Brak wpisów

**Rubryka 7 - Informacja o postępowaniu naprawczym**

Brak wpisów

| CODo | BB/12.03/29/2009 | Operator: KRAWACKA LUCYNA | Strona 7 z 7 |
|---|---|---|---|

Bielsko Biała, 12.03.2009 godz: 12:13:28                    pieczęć
                                                             z godłem

                                        Podpis

                                    KRAWACKA LUCYNA

09-50026-mg    Doc 3368    Filed 07/09/09    Entered 07/24/09 13:10:04    Main Document
Pg 9 of 9

| CODo | BB/12.03/29/2009 | Operator: KRAWACKA LUCYNA | Strona 7 z 7 |
|---|---|---|---|

Bielsko Biała, 12.03.2009 godz: 12:13:28