IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>GENERAL MOTORS CORP., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Hon. Robert E. Gerber |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Larry E. Parres, to be admitted, *pro hac* vice, to represent Leggett & Platt Incorporated, a creditor in the above-referenced bankruptcy cases and upon the movant's certification that the movant is a member in good standing of the bar in the State of Missouri and the U.S. District Court for the Eastern District of Missouri, it is hereby

**ORDERED** that Larry E. Parres, Esq. is admitted to practice ***pro hac vice*** in the above-referenced cases to represent Leggett and Platt Incorporated in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July __, 2009
New York, New York

_____
Robert E. Gerber
United States Bankruptcy Judge

1554167 01\051022 49818