Judge Gerber,

Please accept this letter as a friend of the court in the matter of the GM bankruptcy.

Judge Gerber my name is James Murphy, I live in Kettering, Ohio and I am an hourly retiree of General Motors Moraine Assembly Plant retiring in July of 2001. Mr. Harvey Miller, GM attorney stated in your court that GM hourly retirees from my plant "envied" other GM hourly retirees because they will maintain health care benefits in the New GM and the GM hourly.retirees from Moraine Assembly will not be afforded benefits in the New GM. Mr. Miller must be a very small-minded man to make such a comment. I think Mr. Miller "envy's" my right to complain when its my Ox that is being gored.

General Motors per court documents has 550,000 hourly retirees in the United States, arrangements were made to maintain health care benefits for 500,000 of these hourly retirees, the rest are being dumped for the common good of the rest in the New GM.

I worked for General Motors for 31.5 years as an hourly employee, I never worked for a union and a union never hired me . I was employed by General Motors and was paid by General Motors for every hour worked. Certain fringe benefits were vested for retirement during my years of employment with GM including, Health Care, Life Insurance, Retirement, Prescription Drug Coverage, New Car Purchase, etc.

For the court to allow the New GM to dump 10% of its hourly retirees and spread the monies saved for the common good of the remaining retirees is absolutely wrong and grossly unfair and I feel discriminatory.

Mr. Fritz Henderson stated in court the New GM would save $26,000,000.00 a month by dumping 10% of its vested hourly retirees, I say let him look elsewhere for savings.

How can the court allow every tenth hourly retiree to be denied and not call it discrimination?

I have much more to say but I don't want to appear to be ranting, plus my eyes are very tired having lost 90% of the vision in my left eye due to glaucoma since retirement in 2001.

Thank You,
James Murphy
4931 Marshall Rd.
Kettering, Ohio 45429
Jjmm65@sbcglobal.net