**FAILURE TO FOLLOW THE PROCEDURES SET FORTH IN THIS NOTICE WILL CONSTITUTE A VIOLATION OF THE AUTOMATIC STAY PRESCRIBED BY SECTION 362 OF THE BANKRUPTCY CODE.**

**ANY PROHIBITED ACQUISITION OR OTHER TRANSFER OF GM STOCK IN VIOLATION OF THE FINAL ORDER WILL BE NULL AND VOID *AB INITIO* AND MAY LEAD TO CONTEMPT, COMPENSATORY DAMAGES, PUNITIVE DAMAGES, OR SANCTIONS BEING IMPOSED BY THE BANKRUPTCY COURT.**

**THE DEBTORS MAY WAIVE, IN WRITING, ANY AND ALL RESTRICTIONS, STAYS, AND NOTIFICATION PROCEDURES CONTAINED IN THE FINAL ORDER, PROVIDED THAT PENDING AND AFTER THE 363 TRANSACTION, THE DEBTORS SHALL NOT GRANT ANY WAIVER WITHOUT THE WRITTEN CONSENT OF NEW GM, WHICH CONSENT SHALL NOT BE UNREASONABLY WITHHELD.**

PLEASE TAKE FURTHER NOTICE that a copy of the Motion (including exhibits) is available for inspection by accessing the website of the Bankruptcy Court at http://www.nysb.uscourts.gov, or of the Debtors' notice and claims agent, The Garden City Group, Inc., at http://www.gmcourtdocs.com.

PLEASE TAKE FURTHER NOTICE that any person or entity desirous of acquiring an interest restricted by the Final Order may request relief for cause at any time and the Debtors may oppose such relief.

PLEASE TAKE FURTHER NOTICE that the requirements set forth in this Notice are in addition to the requirements of Bankruptcy Rule 3001(e) and applicable securities, corporate, and other laws, and do not excuse compliance therewith.

BY ORDER OF THE COURT

Dated:   New York, New York
         June 25, 2009

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

5

---

*Handwritten annotations:*

(Left margin) SOME OF US TRACE ALOT + IF MY PROPERTY MANAGER DID NOT DATE THESE MAILINGS — I WOULD EVER KNOW WHEN THEY CAME.

(Right margin) ALSO NOTE IN ANOTHER COUNT GM ALLEGED OWES MCS 300 TO 30,000 DOLLARS FOR MARK EMBELLISHING THEIR BOTTOM LINE + INFLATING THE [...]

(Bottom) YOUR HONOR — PLEASE NOTE — THESE PEOPLE DO NOT EVEN POSTMARK THEIR MAILINGS. + WHAT THE HELL IS SUBSTANTIAL COMMON STOCK 1 SHARE OR 10 million SHARES — SCOTTRADE + ALL OTHER BROKERS ARE TRADING DAILY.

I HAD TO DIG THRU 30 SHEETS OF PAPER TO FIND ADDRESS + ZIPCODE IF IT EVEN COVERED

