
Mr. Arthur Woodke
16736 Beverly Ave.
Tinley Park, IL 60477

AW
7/7/09

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In Re
GENERAL MOTORS CORP., et al.,
(DELPHI)    Final Order supplement

chapter 11 case No.
09 50026, (REG)
(Jointly Administered)

## REQUEST THAT THE COURT BROADEN ITS STAY, JURISDICTION, PROTECTION TO INCLUDE THE INTANGIBLE ASSETS OF GENERAL MOTORS

Arthur R. (A) Woodke, EOE Ervin A. Woodke, c.s.P.Ra

States that:

Pending new laws on Global Climate Change, as the "Official Policy of the United States" (Hillary Clinton, Secretary of State, and a New York resident) and that New York is a signatory of those International and joined Sovereign States, of Treatys on Great Lakes Eco-basin Water quality, From the Hudson River to Green Bay, Wisconsin, known to have the worst water, protection, in the Nation, Further weakend by the demise of the UAW-GM protections, once provided by legal document: THE COURT herein,

copies file
Attys, Courts
3 pgs
encl. 2
brief-EXH.

ONE

AW
7/7/09

OUGHT exercise it's enviromental preeminence as gateway to the Great Lakes, and hold in contempt those entities of the Pollution for Profit Conglomerate, in the service of foreign principalities, that would move in on private protectors of Americas natural resources, in the name of corruption tax revenues for hard pressed municipalities with short term, unsustainable benifit to the people, quickly unaccounted for.

Further it is stated that:
The collective value of those who have devoted their GM earned resources to protect the Enviroment following the admonitions of the Roosevelt, Nixon, Carter and Clinton administrations, and now the Obama appeals to civic duties, at great personal cost, now, very vulnerable to such seditious predations, <u>now, mentally defective from drinking the substandard protected waters they tax</u>, have the intangible value of SUBSTANTIAL Stock Ownership to meet notice of such (a) l., and be provided an order of protection, and those who have moved recently by falsification of the Official Record in Wisconsin, be held

two

AW
7/7/09

in contempt of Court for their usurpations of UAW-GM legal services documents that act as Testementary Land Trust to protect the greater good.

The image of General Motors, and the soon to emerge New GM (CBGM, Citi Bank-Global Management?), have been harmed by this bankruptcy, all participants sharing some fault, but one.

Ervin A. Woodke whose GM paycheck, shares, supported five families, only one his own, who did the work of five UNION employees, who warned GM thru his WWII U.S. training about many of its global impacts, and urged Nixon to create the E.P.A., who also properly retrained new African-American GM employees, mistrained for UNION biased motives, who set aside the last stand of forest not clear cut by the pioneers to offset the enviromental degradations everyone shares blame for, thru hedonistic transport beyond any real need, in the name of "employee benifits, legacy: this mans enduring estate should be protected jealously by law, as an example of Public service over Private gain.

respectfully, [signature]

Page 3 of 3

Mr. Arthur Woodke
10750 Beverly Ave.
Tinley Park, IL 60477

09 50026 NY
09 PR 59 WI

AW
7/7/09

## IN BRIEF

After a Wisconsin civil court dismissed a polluter plaintiffs partition, to void UAW-GM protections of the whole eco-system in question, acceding to the Michigan and New York Courts priority and pre-eminence, polluter plaintiff(s) systemically abused the mails and wire services to obtain the title of Personal Representative of Ervin A. Woodke, to dishonor his instructions and intents, upheld for 16 years until the demise of GM.

The enclosed appointment thru granting of ancillary letters of administration, without notice, hearing, motion, court identification, process circumvention during the plaintiffs withdraw of spurious motion as COVER for appointment thru misapplication of notice procedure contains engineered errors of death, birth and domicile for double file-bookeeping frauds, on the Courts. (Note date relevant to orders)

Beyond ecological concerns this crime has great bearing on the people of New York in regards to the 9/11 cover-up commissioner Jim Thompsons role in the appointment of N.Y. Sts. Atty. Patrick Fitzgerald as Illinois Federal Prosecutor and the Murder of World Trade Center, FBI Tinley Park Agent O'Niel, aware of this earlier, Estate, Murders. (1998)

| STATE OF WISCONSIN, CIRCUIT COURT, | BROWN COUNTY | For Official Use |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF<br>ERVIN A. WOODKE | **Ancillary Letters**<br><br>File No. **09 PR 59** | BROWN COUNTY, WI<br>FILED<br>MAY 29 2009<br>JAMES R. QUEOFF<br>REGISTER IN PROBATE |

To: **WENDY WEYENBERG**
1742 Quarry Park Drive
De Pere, WI 54115

The decedent, whose date of birth was **07/25/1918** and date of death was **07/29/1993**,

died domiciled in **Brown** County, State of **Wisconsin**.

You are granted ancillary letters.

29th May 09
James R Queoff

(Seal)

BY THE COURT:

/s/ James R Queoff
Circuit ~~Court Judge~~/Court ~~Commissioner~~
**JAMES R. QUEOFF, Register in Probate**
Name Printed or Typed
May 29, 2009
Date

| Name of Attorney |
|---|
| **JULIE F. FRONSEE** |
| Address |
| **ROELS KEIDATZ FRONSEE & DANEN LLP**<br>**PO Box 5065**<br>**De Pere, WI 54115** |

| Telephone Number | Bar Number |
|---|---|
| **920-336-4242** | **01020238** |

PR-1962, 12/01 Ancillary Letters                                        §868.03, Wisconsin Statutes
This form shall not be modified. It must be supplemented with additional material.
INFO-PRO   (800)655-2021   www.infoproforms.com