David M. Bennett
**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214.969.1700
Facsimile: 214.969.1751
E-mail: david.bennett@tklaw.com

Demetra L. Liggins
**THOMPSON & KNIGHT LLP**
919 Third Ave., 39th Floor
New York, NY 10022-3095
Telephone: 212.751.3001
Facsimile: 212.751.3113
E-mail: demetra.liggins@tklaw.com

**COUNSEL FOR MITSUBISHI HEAVY INDUSTRIES, LTD.,
MITSUBISHI HEAVY INDUSTRIES CLIMATE CONTROL, INC.
AND MITSUBISHI ENGINE NORTH AMERICA, INC.**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X
                                                              :    **Chapter 11 Case No.**
**In re:**                                                    :
                                                              :    **09-50026 (REG)**
**GENERAL MOTORS CORP.,** *et al.*,[1]                        :
                                                              :
       Debtors.                                               :    **(Jointly Administered)**
                                                              :
-------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO PROPOSED
ASSUMPTION AND ASSIGNMENT OF ASSUMABLE EXECUTORY CONTRACTS**
[Relates to Docket No. 1322]

**PLEASE TAKE NOTICE** that Mitsubishi Heavy Industries, LTD. ("MHIA"), Mitsubishi Heavy Industries Climate Control, Inc. ("MCC") and Mitsubishi Engine North America, Inc. ("MENA", together with MHIA and MCC "Mitsubishi") and the Debtors have resolved the Cure Amount dispute raised in Mitsubishi's limited objection to the Debtors' Proposed Assumption and Assignment of Assumable Executory Contracts (the "Objection")

---

[1] The Debtors are General Motors Corporation, Saturn LLC, Saturn Distribution Corporation, and Chevrolet-Saturn of Harlem, Inc.

513969 000001 DALLAS 2514646.1

pursuant to that certain letter agreement between the parties dated July 23, 2009 (the "Letter Agreement").  Accordingly, Mitsubishi withdraws the Objection.

**DATED:**  July 24, 2009.

        Respectfully Submitted,

        **THOMPSON & KNIGHT LLP**

        */s/ Demetra L. Liggins*
        David M. Bennett
        **THOMPSON & KNIGHT LLP**
        1722 Routh Street, Suite 1500
        Dallas, Texas  75201
        Telephone: 214.969.1700
        Facsimile: 214.969-1751
        E-mail: david.bennett@tklaw.com

        and

        Demetra L. Liggins
        **THOMPSON & KNIGHT LLP**
        919 Third Avenue, 39th Floor
        New York, NY 10022-3095
        Telephone: 212.751.3001
        Facsimile: 212.751.3113
        E-mail:  demetra.liggins@tklaw.com

        **ATTORNEYS FOR MITSUBISHI HEAVY INDUSTRIES, LTD., MITSUBISHI HEAVY INDUSTRIES CLIMATE CONTROL, INC., AND MITSUBISHI ENGINE NORTH AMERICA, INC.**