WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819
(414) 273-2100  Phone
(414) 223-5000  Fax
Andrew A. Jones, Esq.
ajones@whdlaw.com
*Attorneys for Grede Foundries, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
In re:                                                       :    Chapter 11
:
GENERAL MOTORS CORP., *et al.*,                              :    Case No. 09-50026 (REG)
:
                    Debtors.    :    (Jointly Administered)
:
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2009, I electronically filed the Notice of Withdrawal of Limited Objection of Grede Foundries, Inc. to Second Notice of Debtors' Intent (I) To Assume and Assign Additional Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto with the Clerk of Court by using the ECF system which will send notification of such filing to:

| | |
|---|---|
| Michael J. Edelman, Esq. | mjedelman@vedderprice.com |
| Harvey R. Miller, Esq. | harvey.miller@weil.com |
| Gordon Z. Novod, Esq. | gnovod@kramerlevin.com |
| Joseph H. Smolinsky, Esq. | joseph.smolinsky@weil.com |

      I further certify that I served the above listed pleadings on the following on July 24, 2009 by U.S. Mail, first class postage prepaid:

| | |
|---|---|
| Warren Command Center | Diana G. Adams, Esq. |
| Mailcode 480-206-114 | Office of the United States Trustee |
| General Motors Corporation | for the Southern District of New York |
| Cadillac Building | 33 Whitehall Street, 21st Floor |
| 30009 Van Dyke Avenue | New York, NY  10004 |
| Warren, MI  48090 | |

Matthew Feldman, Esq.  
U.S. Treasury, Room 2312  
1500 Pennsylvania Avenue NW  
Washington, DC  20220  

John R. Rapisardi, Esq.  
Cadwalader, Wickersham & Taft, LLP  
One World Financial Center  
New York, NY  10281  

<u>Chambers Copy</u>  
Hon. Robert E. Gerber  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green, Room 621  
New York, NY  10004-1408  

Dated:  July 24, 2009.

_____  
Andrew A. Jones                    (AJ5623)  
WHYTE HIRSCHBOECK DUDEK S.C.  
555 East Wells Street, Suite 1900  
Milwaukee, WI  53202-3819  
(414) 273-2100  Phone  
(414) 223-5000  Fax  
ajones@whdlaw.com  

COUNSEL FOR GREDE FOUNDRIES, INC.