BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan  48304
Telephone:  (248) 258-1616
Facsimile:  (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Accuride Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Motors Liquidation Company, *et al.,*<br>f/k/a General Motors Corp., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF ACCURIDE**
**CORPORATION TO DEBTORS' NOTICE OF INTENT TO ASSUME AND ASSIGN**
**CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL**
**PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY**

Accuride Corporation and all other legal entities associated with ultimate DUNS number

161778352, by and through its undersigned counsel, hereby withdraws its Limited Objection

(Docket No. 1434) to the proposed Cure Amount scheduled on the Debtors' contractnotices.com

website as the parties have reconciled their differences with respect to the correct and final cure

amount.

Dated: New York New York

      July 24, 2009

                                        BUTZEL LONG, a professional corporation


                                        By: _____ /s/   Robert Sidorsky _____ _____
                                           Robert Sidorsky, Esq.
                                           Eric B. Fisher, Eq.
                                380 Madison Avenue
                                22nd Floor
                                New York, NY 10017
                                Tel.: (212) 818-1110
                                Fax: (212) 818-0494
                                sidorsky@butzel.com
                                fishere@butzel.com

                                Thomas B. Radom (admitted *pro hac vice*)
                                Max J. Newman (admitted *pro hac vice*)
                                Stoneridge West
                                41000 Woodward Avenue
                                Bloomfield Hills, Michigan  48304
                                Telephone:  (248) 258-1616
                                Facsimile:  (248) 258-1439
                                radom@butzel.com
                                newman@butzel.com

                                *Attorneys for Accuride Corporation*