LEONARD, STREET AND DEINARD
 *Professional Association*
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
James J. Bertrand
Robert T. Kugler
Matthew A. Swanson (admitted *pro hac vice*)
Jacob B. Sellers (admitted *pro hac vice*)

*Counsel for Canadian Pacific Railway Company, together
with its subsidiaries, Soo Line Railroad Company and Delaware
and Hudson Railway Company, Inc., all d/b/a Canadian Pacific*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
General Motors Corp., *et al.*,                        :    Case No. 09-50026 (REG)
                                                       :
                                                       :    (Jointly Administered)
                    Debtors.                           :
-------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION AT DOCKET NO. 2008**

Canadian Pacific Railway Company, together with its subsidiaries, Soo Line Railroad Company and Delaware and Hudson Railway Company, Inc., all d/b/a Canadian Pacific (collectively, "CP"), by and through its undersigned counsel, hereby withdraws that certain Objection Of Canadian Pacific Railway Company To Proposed Assumption And Assignment Of Certain Executory Contracts And Cure Amounts Related Thereto (the "Objection" filed at Docket No. 2008), on the basis that the Stipulation And Agreed Order With Respect To The Withdrawal Of Cure Objections Filed In Connection With Debtors' Assumption And Assignment Of Certain Executory Contracts (the "Stipulation") signed by CP contemplates the

6233378v1

withdrawal of the Objection, subject to the parties' agreement that each party's rights, claims and interests regarding the Cure Amount (as defined in the Stipulation) and any dispute related thereto are reserved.

Respectfully submitted,

Dated: July 24, 2009

Canadian Pacific Railway Company, together with its subsidiaries, Soo Line Railroad Company and Delaware and Hudson Railway Company, Inc., all d/b/a Canadian Pacific

James J. Bertrand
Robert T. Kugler
Matthew A. Swanson (admitted *pro hac vice*)
Jacob B. Sellers (admitted *pro hac vice*)
LEONARD, STREET AND DEINARD
 *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
*Attorneys for Canadian Pacific*

By:     */s/ Jacob B. Sellers*
         One of its attorneys

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------

In re:

General Motors Corporation,                                   Chapter 11
                                                              Case No. 09-50026-reg
                  Debtor.                                    Hon. Robert E. Gerber

-------------------------------------------------------

### CERTIFICATE OF SERVICE

I, Ma Xiong, declare, under penalty of perjury, that on July 24, 2009, I filed a **NOTICE OF WITHDRAWAL OF OBJECTION AT DOCKET NO. 2008** with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

    **Adam Craig Harris**; adam.harris@srz.com
    **Adam D. B**ruski; adbruski@lambertleser.com
    **Adam H. Isenberg**; aisenberg@saul.com
    **Adam L. Rosen**; filings@spallp.com
    **Alan W. Kornberg**; akornberg@paulweiss.com
    **Alyssa Englund**; aenglund@orrick.com
    **Andrea Shee**han; sheehan@txschoollaw.com
    **Andrew Neil Rosenberg**; arosenberg@paulweiss.com
    **Andrew P. Brozman**; andrew.brozman@cliffordchance.com
    **Arthur J. Spector**; aspector@bergersingerman.com
    **Babette A. Ceccotti**; Assigned: 06/02/09
    **Barbara S Mehlsack**; bmehlsack@gkllaw.com
    **Benjamin P. Deutsch**; bdeutsch@schnader.com
    **Blanka K. Wolfe**; bwolfe@sheppardmullin.com
    **Brett D. Goodman**; brett.goodman@troutmansanders.com
    **Brian H. Meldrum**; bmeldrum@stites.com
    **Brian L. Shaw**; bshaw100@shawgussis.com
    **Carol A. Felicetta**; cfelicetta@reidandreige.com
    **Chester B. Salomon**; csalomon@beckerglynn.com
    **Christina C. Skubic**; bankruptcy@braytonlaw.com
    **Christopher F. Graham**; cgraham@mckennalong.com
    **Christopher J. Giaimo, Jr**.; giaimoc@arentfox.com
    **Christopher Robert Belmonte**; cbelmonte@ssbb.com
    **Colin Thomas Darke**; cdarke@bodmanllp.com

**Colleen M. Sweeney**; csweeney@dickinsonwright.com
**Cynthia Jordan Lowery**; cynthialowery@mvalaw.com
**Cynthia Woodruff-Neer**; cwoodruff-neer@alpine-usa.com
**Darryl S. Laddin**; bkrfilings@agg.com
**David A. Lerner**; dlerner@plunkettcooney.com
**David B. Wheeler**; davidwheeler@mvalaw.com
**David D. Ritter**; ecf@krcl.com
**David J. Baldwin**; dbaldwin@potteranderson.com
**David N. Crapo**; dcrapo@gibbonslaw.com
**David T. Lin**; dlin@seyburn.com
**Dawn R. Copley**; dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
**Deborah Kovsky-Apap**; kovskyd@pepperlaw.com
**Deborah L. Fish**; dfish@allardfishpc.com
**Debra A. Kowich**; dkowich@umich.edu
**Dennis Jay Raterink**; raterinkd@michigan.gov
**Donald J. Hutchinson**; hutchinson@millercanfield.com
**Doron Yitzchaki**; dyitzchaki@dickinsonwright.com
**Douglas B. Rosner**; drosner@goulstonstorrs.com
**Edward J. LoBello**; elobello@msek.com
**Elizabeth Banda**; arlbank@pbfcm.com
**Elizabeth Weller**; dallas.bankruptcy@publicans.com
**Eric A Schaffer**; eschaffer@reedsmith.com
**Eric Lopez Schnabel**; schnabel.eric@dorsey.com
**Eric T. Moser**; eric.moser@klgates.com
**Frank McGinn**; ffm@bostonbusinesslaw.com
**G. Alan Wallace**; gwall@fraserlawfirm.com
**Gabriel Del Virginia, Esq.**; gabriel.delvirginia@verizon.net
**George B. Cauthen**; george.cauthen@nelsonmullins.com
**Gloria M. Chon**; gloria.chon@kkue.com
**Gordon J. Toering**; gtoering@wnj.com
**Gregory O. Kaden**; gkaden@goulstonstorrs.com
**H. Christopher Mott**; cmott@gordonmottpc.com
**Harvey A. Strickon**; harveystrickon@paulhastings.com
**Harvey R. Miller**; harvey.miller@weil.com
**Howard S. Beltzer**; hbeltzer@morganlewis.com
**Ingrid S. Palermo**; ipalermo@hselaw.com
**J. Casey Roy**; casey.roy@oag.state.tx.us
**James A. Plemmons**; jplemmons2@dickinsonwright.com
**James Christopher Caldwell**; ccaldwell@starkreagan.com
**James L. Bromley**; maofiling@cgsh.com
**James M. Sullivan**; sullivan.james@arentfox.com
**James S. Carr**; jcarr@kelleydrye.com
**Jean Winborne Bo**yles; jboyles@jhvgmlaw.com
**Jeanette M. Gilbert**; jgilbert@motleyrice.com
**Jeff Klusmeier**; jeff.klusmeier@ago.mo.gov
**Jeffrey S. Stein**; Jeff_Stein@gardencitygroup.com

**Jennifer Anne Christian**; jchristian@kelleydrye.com
**Jennifer B. Kimble**; jkimble@burr.com
**Jennifer L. Nassiri**; jennifer.nassiri@dlapiper.com
**Joel D. Applebaum**; japplebaum@clarkhill.com
**John F. Carberry**; jcarberry@cl-law.com
**John J. Hunter, Jr**.; jrhunter@hunterschank.com
J**ohn J. Jolley, Jr**.; jay.jolley@kutakrock.com
**John T. Gregg**; jgregg@btlaw.com
**Jonathan Hook**; jonathan.hook@haynesboone.com
**Jonathan L. Flaxer**; jflaxer@golenbock.com
**Joseph E. Shickich, Jr**.; jshickich@riddellwilliams.com
**Joseph R. Sgroi**; jsgroi@honigman.com
**Joseph Thomas Moldovan**; bankruptcy@morrisoncohen.com
**Judith Elkin**; judith.elkin@haynesboone.com
**Karel S. Karpe**; karpek@whiteandwilliams.com
**Kathleen H. Klaus**; khk@maddinhauser.com
**Kayalyn A. Marafioti**; kmarafio@skadden.com
**Kenneth A. Flaska**; gm@dmms.com
**Kenneth J. Schweiker, Jr**.; kschweiker@brownconnery.com
**Kenneth M. Schneider**; smpcecf@gmail.com
**Kerry M Ewald**; kewald@dickinsonwright.com
**Kimberly A. Walsh**; bk-kwalsh@oag.state.tx.us
**Larry A. Levick**; levick@singerlevick.com
**Leslie Stein**; lstein@seyburn.com
**Marc E. Richards**; mrichards@blankrome.com
**Mark Edwin Browning**; BK-MBROWNING@OAG.STATE.TX.US
**Mark S. Frankel**; mfrankel@couzens.com
**Marshall Scott Huebner**; marshall.huebner@dpw.com
**Marvin E. Clements, Jr**.; agbanknewyork@ag.tn.gov
**Mary Joanne Dowd**; dowd.mary@arentfox.com
**Matthew J. Shier**; mshier@pinnaclelawgroup.com
**Matthew L. Schwartz**; matthew.schwartz@usdoj.gov
**Max Anderson Moseley**; mam@jbpp.com
**Michael A. Maricco**; maricco.michael@pbgc.gov
**Michael C. Hammer**; mchammer3@dickinsonwright.com
**Michael G. Cruse**; mcruse@wnj.com
**Michael James Edelman**; mjedelman@vedderprice.com
**Michael P. Richman**; mrichman@pattonboggs.com
**Michael R. Wernette**; mwernette@schaferandweiner.com
**Michael Reed**; nycourts@mvbalaw.com
**Michael S. Leib**; msl@maddinhauser.com
**Michelle T. Sutter**; msutter@ag.state.oh.us
**Nan E. Joesten**; njoesten@fbm.com
**Neal S. Mann**; neal.mann@oag.state.ny.us
**Neil Andrew Goteiner**; ngoteiner@fbm.com
**Norman D. Orr**; norman.orr@kkue.com

**Patrick J. Kukla**; pkukla@carsonfischer.com
**Paul J. Pascuzzi**; ppascuzzi@ffwplaw.com
**Paul J. Ricotta**; pricotta@mintz.com
**Paul R. Hage**; phage@jaffelaw.com
**Peter D'Apice**; dapice@sbep-law.com
**Philip D. Anker**; philip.anker@wilmerhale.com
**Raymond J. Urbanik**; rurbanik@munsch.com
**Richard F. Hahn**; rfhahn@debevoise.com
**Richard G. Smolev**; rsmolev@kayescholer.com
**Richard L. Epling**; richard.epling@pillsburylaw.com
**Richard W. Martinez**; Richardnotice@rwmaplc.com
**Richardo I. Kilpatrick**; ecf@kaalaw.com
**Robert B. Weiss**; rweiss@honigman.com
**Robert D. Gordon**; rgordon@clarkhill.com
**Robert D. Wolford**; ecfwolfordr@millerjohnson.com
**Robert H. Brownlee**; rbrownlee@thompsoncoburn.com
**Robert J. Figa**; rfiga@comlawone.com
**Robert L. Barrows**; rbarrows@wdblaw.com
**Robert T. Smith**; rsmith@cniinc.cc
**Robert W. Phillips**; rphillips@simmonscooper.com
**Ronald S. Pretekin**; pretekin@coollaw.com
**Ryan D. Heilman**; rheilman@schaferandweiner.com
**Sam Della Fera, Jr**.; sdellafera@trenklawfirm.com
**Scott A. Wolfson**; wolfson@bsplaw.com
**Scott K. Rutsky**; srutsky@proskauer.com
**Sean A. O'Neal**; soneal@cgsh.com
**Sean M. Walsh**; swalsh@gmhlaw.com
**Stanley B. Tarr**; tarr@blankrome.com
**Stephen B. Grow**; sgrow@wnj.com
**Stephen B. Selbst**; sselbst@herrick.com
**Stephen H. Gross**; sgross@hodgsonruss.com
**Stephen Karotkin**; stephen.karotkin@weil.com
**Steven A. Ginther**; sdnyecf@dor.mo.gov
**Stuart A. Krause**; skrause@zeklaw.com
**Susan M. Cook**; smcook@lambertleser.com
**Susan Power-Johnston**; sjohnston@cov.com
**Susan R. Katzoff**; skatzoff@hiscockbarclay.com
**Suzanne Hepner**; shepner@lrbpc.com
**Teresa H. Chan**; tchan@sidley.com
**Theresa V. Brown-Edwards**; bankruptcy@potteranderson.com
**Thomas F. Koegel**; tkoegel@flk.com
**Thomas H. Curran**; tcurran@haslaw.com
**Thomas J. Schank**; tomschank@hunterschank.com
**Thomas M. Kennedy**; tkennedy@kjmlabor.com
**Thomas M. Wilson**; ddipenti@kelley-ferraro.com
**Thomas P. Sarb**; ecfsarbt@millerjohnson.com

**Thomas R. Fawkes**; tfawkes@freebornpeters.com
**Tiffany Strelow Cobb**; tscobb@vorys.com
**Timothy D. Moratzka**; tdm@mcmlaw.com
**Trent P. Cornell**; tcornell@stahlcowen.com
**Tricia A. Sherick**; tsherick@honigman.com
**Victoria D. Garry**; vgarry@ag.state.oh.us
**Vincent D'Agostino**; vdagostino@lowenstein.com
**Wendy J. Gibson**; wgibson@bakerlaw.com
**William T. Green, III**; uncbill@msn.com


Dated: July 24, 2009                              /s/ Ma Xiong
                                                  Ma Xiong