# ANGEL HAGMAIER ATTORNEY AT LAW

July 6, 2009

Transmitted via USPS CM/RRR # 7008 2810 0002 2648 6118

Honorable Robert E. Gerber
One Bowling Green
Room 621
New York, New York 10004-1408

RE:  Dori Powledge v. General Motors Corporation Cause No. 07CV1040

Dear Judge Gerber:

On October 18, 2005 my client, Dori Powledge's husband Adam and her four youngest children Jake, Blake, Rachel and Isaac were killed when the 2004 Chevrolet Malibu driven by Adam Powledge unexplainably accelerated and in an attempt to stop the automobile, it ran off the road and struck a freeway sign post. When the car struck the sign post, it spilt and burst into flames. Adam Powledge and the four Powledge children were killed on impact.

The purpose of this letter is not to argue the merits or the facts of this case. It is to bring to your attention yet another injustice that Dori and her family are about to suffer, this time at the hand of the justice system. If Dori's case, like others are included as "interests" in the bankruptcy proceedings, General Motors will not be held accountable for the defective products that they have produced.

The notion that the horrific death of Dori's husband and children should be swept up into General Motors bankruptcy is at the least unjust and repugnant. Not only will General Motors be rewarded for fiscal irresponsibility and released from debt, they will also be absolved of their legally required duty to make products that are safe.

Bankruptcy laws were not intended and should not be used to shelter corporations like General Motors from their responsibility and legal duty for public safety from defective products. The intent of the bankruptcy laws is to provide financial relief *(for which General Motors and other corporations like them have received millions of dollars in tax generated government bailouts. It should be noted that Dori, like the other plaintiffs are tax payers)* not absolution for poor business decisions that cost human lives.

The purpose of Dori's lawsuit and ones like it is not only to provide justice for the victims and the surviving families but to hold corporations like General Motors accountable and force them to make changes that safe guard the public. The justice

–2–                                                                                              July 6, 2009

system must work for all. General Motors rights to bankruptcy should not usurp Dori's rights and her pursuit of justice for her family.

Thank you for your careful consideration in this matter.

                              Sincerely,

                              Angel Hagmaier
                              Attorney At Law

cc:    Dori Powledge

       Kyle H. Dreyer, *via facsimile (214) 369-2118*
       Jeffrey J. Cox
       Hartline, Dacus, Barger, Dreyer & Kern, L.L.P.
       6688 North Central Expy, Ste 1000
       Dallas, Texas 75206

       Kent B. Hanson, *via facsimile (612) 342-2899*
       2300 Rand Tower
       527 Marquette Avenue
       Minneapolis, MN 55402

       Sandra Williams, *via facsimile (281) 497-2276*
       Attorney at Law
       12000 Westheimer Road, Suite 232
       Houston, Texas 77077-6690

       Honorable David E. Garner, *via facsimile (409) 770-5266*
       10th Judicial District Court
       600 59th Street, Suite 3204
       Galveston, Texas 77551-4196

       Latonia D. Wilson, *via regular mail*
       Galveston County District Clerk
       600 59th Street, Suite 4409
       Galveston Texas 77551

211 E. PARKWOOD AVE., SUITE 107 • FRIENDSWOOD, TX • 77546
PHONE: (281) 992-1610 • FAX: (281) 992-1607 • EMAIL: ANGEL@ANGELHAGMAIER.COM
WWW.ANGELHAGMAIER.COM