Christopher K. Kiplok
Jaime Steinfink
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

Counsel for the MediaNews Parties

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.* | 09-50026 (REG) |
| *f/k/a* General Motors Corporation , *et al*., | (Jointly Administered) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF THE LIMITED OBJECTION OF MEDIANEWS AND**
**ITS SUBSIDIARIES TO PROPOSED ASSUMPTION AND ASSIGNMENT OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

MediaNews Group, Inc. and its direct and indirect subsidiaries, including Newspaper Agency Company, LLC (collectively, the "MediaNews Parties"), hereby withdraw, without prejudice, their Limited Objection to the Proposed Assumption and Assignment Of Executory Contracts And Unexpired Leases, filed on June 19, 2009 [Docket No. 2089].  This withdrawal is based upon an agreement with the Debtors, and the MediaNews Parties expressly reserve all of their rights.

Dated: New York, New York
      July 24, 2008

                    Respectively submitted

                    HUGHES HUBBARD & REED LLP

                    By: /s/ Christopher K. Kiplok
                       Christopher K. Kiplok
                       Jaime Steinfink
                       One Battery Park Plaza
                       New York, New York  10004
                       (212) 837-6000
                       (212) 422-4726 (fax)

                    Counsel for the MediaNews Parties