HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Counsel for the MediaNews Parties

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MOTORS LIQUIDATION COMPANY, *et al.*<br><br>*f/k/a* General Motors Corporation , *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>09-50026 (REG)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Dustin Smith, Esq., hereby certify that on this 24th day of June 2009, I caused a true and correct copy of the *Notice of Withdrawal of the Limited Objection Of MediaNews And Its Subsidiaries to Proposed Assumption And Assignment Of Executory Contracts And Unexpired Leases* to be served upon the parties listed below in the manner indicated:

**Debtors via overnight delivery by Federal Express:**
General Motors Corporation
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, Michigan 48265

**Counsel for Debtors via overnight delivery by Federal Express:**
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
E-mail: harvey.miller@weil.com; stephen.karotkin@weil.com; joseph.smolinsky@weil.com

60736903_1

**The United States Trustee via overnight delivery by Federal Express:**
Office of the United States Trustee for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, New York 10004

**Counsel for the Purchaser via overnight delivery by Federal Express:**
John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

**Counsel for the U.S. Treasury via overnight delivery by Federal Express:**
Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

**Counsel for Export Development Canada via overnight delivery by Federal Express:**
Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
E-mail: mjedelman@vedderprice.com

**Counsel for the Official Committee of Unsecured Creditors via overnight delivery by Federal Express:**
Gordon Z. Novod
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Email: gnovod@kramerlevin.com

                                                            /s/ Dustin P. Smith
                                                                 Dustin P. Smith