**BLANK ROME LLP**
Stanley B. Tarr
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
Telephone:  (212) 885-5000
Facsimile:  (212) 885-5001
Email:  Tarr@blankrome.com

   - and -

Regina Stango Kelbon
One Logan Square
Philadelphia, PA  19103
Tel:  (215) 569-5507
Fax:  (215) 832-5507
Email:  Kelbon@blankrome.com

*Counsel for Cellco Partnership d/b/a Verizon Wireless*
*on behalf of itself and its controlled affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X
|                          |   |                                         |
|--------------------------|---|-----------------------------------------|
|                          | : | Chapter 11                              |
| In re:                   | : |                                         |
|                          | : | Case No. 09-50026 (REG)                 |
| GENERAL MOTORS, *et al.*,| : |                                         |
|                          | : | (Jointly Administered)                  |
|            Debtors.      | : |                                         |
|                          | : | Related Docket Nos. 1054 and 2323       |

------------------------------------------------------X

**WITHDRAWAL OF LIMITED OBJECTION OF CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, ON BEHALF OF ITSELF AND ITS CONTROLLED AFFILIATES, TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Cellco Partnership d/b/a Verizon Wireless, on behalf of itself and its controlled affiliates (collectively, "Verizon Wireless"), by its undersigned counsel, hereby withdraws its Limited Objection (the "Objection") to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of

Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket Entry # 1054], and its Supplement to the Objection [Docket Entry # 2323].

Dated:  July 24, 2009  **BLANK ROME LLP**

*/s/  Stanley B. Tarr*
Stanley B. Tarr
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-5001
Telephone:  (212) 885-5000
Facsimile:  (212) 885-5001
Email:  Tarr@blankrome.com

- and -

Regina Stango Kelbon
One Logan Square
Philadelphia, PA  19103
Tel:  215.569.5507
Fax:  215.832.5507
Email:  Kelbon@blankrome.com

*Counsel for Cellco Partnership d/b/a Verizon Wireless on behalf of itself and its controlled affiliates*