**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No.** |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | |
|     f/k/a General Motors Corp., *et al.* | : | **09-50026 (REG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

    1.    I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

    2.    On July 22, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served a true and correct copy of the following document:

- **Stipulation and Agreed Order with Respect to the Withdrawal of Cure Objections Filed in Connection with Debtors' Assumption and Assignment of Certain Executory Contracts** [Docket No. 3312]

on David N. Crapo, Gibbons, PC, One Gateway Center, Newark, NJ 07102-5310 by first class mail.

    3.    I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:  Seattle, Washington
          July 23, 2009

                                          /s/  Laurie M. Thornton
                                              LAURIE M. THORNTON