UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                            :
                                                 :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,            :
    f/k/a General Motors Corp., *et al.*         :   09-50026 (REG)
                                                 :
                Debtors.                         :   (Jointly Administered)
                                                 :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1.  I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.  On July 22, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused to be served a true and correct copy of the following document:

    - **Second Omnibus Order Pursuant to 11 U.S.C. § 365 of the Bankruptcy Code to Reject Certain Executory Contracts** [Docket No. 3291]

on the parties identified in **Exhibit A** attached hereto (contract counterparties identified in the motion) by first class mail.

3.  Also on July 22, 2009, at the direction of Weil, Gotshal, I caused to be served a true and correct copy of the following document:

    - **Order Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property** [Docket No. 3292]

on the parties identified in **Exhibit B** attached hereto (contract counterparties identified in the motion) by first class mail.

4.  Also on July 22, 2009, at the direction of Weil, Gotshal, I caused to be served a true and correct copy of the following document:

    - **Order Pursuant to 11 U.S.C. § 365 of the Bankruptcy Code to Reject Certain Executory Contracts** [Docket No. 3293]

on the parties identified in **Exhibit C** attached hereto (contract counterparties identified in the motion) by first class mail.

5. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: Seattle, Washington
July 24, 2009

/s/ Laurie M. Thornton
LAURIE M. THORNTON

# Exhibit A

| | |
|---|---|
| AC PROPULSION INC<br>441 BORREGO CT<br>SAN DIMAS, CA  91773-2971 | AMERICAN STEEL INVESTMENT CORP<br>1717 W 10TH ST<br>INDIANAPOLIS, IN  46222-3801 |
| ASPARITY DECISION<br>115 MARKET ST<br>PO BOX 3634<br>DURHAM, NC  27702 | ATLAS ELECTRIC DEVICES CO<br>17301 W OKEECHOBEE RD<br>HIALEAH, FL  33018-6414 |
| ATP AUTOMOTIVE TESTING PAPENBU<br>JOHANN-BUNTE-STRASSE 176<br>PAPENBURG NS D-26871 GERMANY | AUTOMOTIVE TESTING OPERATIONS<br>25650 W 11 MILE RD STE 100<br>SOUTHFIELD, MI  48034-2253 |
| BRYSON CONSULTING ASSOC INC<br>12843 WESTLEDGE LN<br>SAINT LOUIS, MO  63131-2237 | CAMKAY SOLUTIONS INC<br>3307 ISLESWORTH TRCE<br>DULUTH, GA  30097-4327 |
| CASTASUS, MANUAL A DR<br>12635 CONWAY DOWNS DR<br>SAINT LOUIS, MO  63141 | CIPOLLE, CHRISTINA L<br>3031 EWING AVE S STE 260<br>MINNEAPOLIS, MN  55416-4292 |
| CONCEPT DESIGN & MANUFACTURING<br>INTERIORS HOUSE DOYLE DR LONGF<br>UNIT 6<br>QUINN CLOSE<br>COVENTRY, WEST MIDLANDS  CV3 4LH GREAT BRITAIN | CORVID TECHNOLOGIES INC<br>145 OVERHILL DR<br>MOORESVILLE, NC  28117-8006 |
| CREATIVE THERMAL SOLUTIONS<br>2209 N WILLOW RD<br>URBANA, IL  61802-7338 | DAVID S OWENS MD<br>4545 HARRIS TRL<br>ATLANTA, GA  30327 |
| DAYTON POWER AND LIGHT ENERGY RESOURCES<br>DOUG HOOD<br>1065 WOODMAN DRIVE<br>DAYTON, OH  45432 | DELUXE TECHNOLOGIES LLC<br>34537 BENNETT<br>FRASER, MI  48026-1691 |
| DTE ENERGY SERVICES<br>STEVE EARHART<br>DTE MORAINE, LLC<br>414 S MAIN STREET<br>SUITE 600<br>ANN ARBOR, MI  48104 | EDAG INC<br>275 REX BLVD<br>AUBURN HILLS, MI  48326-2954 |
| EICHER ENGINEERING SOLUTIONS I<br>23399 COMMERCE DR STE B10<br>FARMINGTON HILLS, MI  48335-2763 | FREBCO INC<br>3400 KETTERING BLVD<br>MORAINE, OH  45439-2013 |

**HAARTZ CORP, THE**
40950 WOODWARD AVE STE 150
BLOOMFIELD HILLS, MI  48304-5125

**HT/DCR ENGINEERING INC**
2830 PARKWAY ST
LAKELAND, FL  33811-1390

**HUGHES, DAVID MD**
9560 THE MAPLES
CLARENCE, NY  14031

**IMPEL INDUSTRIES INC**
44494 PHOENIX DR
STERLING HEIGHTS, MI  48314-1467

**INDEPENDENT TEST SERVICES**
7704 RONDA DR
CANTON, MI  48187-2447

**INNOVATION PLUS INC**
3630 HORIZON DR
KING OF PRUSSIA, PA  19406-4701

**INNOVATIVE BUSINESS SERVICES L**
2505 AVONHURST DR
TROY, MI  48084-1001

**INSURANCE RECOVERY GROUP INC**
MARK NEVILS
220 N MAIN ST
NATICK, MA  01760

**JETT SETT MANAGEMENT SERVICES**
38945 SANTA BARBARA
CLINTON TOWNSHIP, MI  48036

**KARCO ENGINEERING**
9270 HOLLY RD
ADELANTO, CA  92301-3954

**LEVERT FINANCIAL SERVICES**
MICHAEL E LEVERT
PO BOX 522
LAKE FOREST, IL  60045

**LIFETIME LEARNING SYSTEMS INC**
PO BOX 120023
200 1ST STAMFORD PL
STAMFORD, CT  06912-0023

**LITENS AUTOMOTIVE PARTNERSHIP**
730 ROWNTREE DAIRY RD
WOODBRIDGE ON L4L 5T7 CANADA

**MAGNA CAR TOP SYSTEMS**
2110 AUSTIN AVE
ROCHESTER HILLS, MI  48309-3667

**MAHLE POWERTRAIN LLC**
41000 VINCENTI CT
NOVI, MI  48375-1921

**MATHWORKS INC, THE**
39555 ORCHARD HILL PL STE 280
NOVI, MI  48375-5538

**METRO FLIGHT SERVICES INC**
9100 S DADELAND BLVD
ONE DATRAN CENTER STE 1001
MIAMI, FL  33156

**MICHIGAN METROLOGY**
17199 N LAUREL PARK DR STE 51
LIVONIA, MI  48152-2679

**MILLER CONSULTING GROUP INC**
5293 LAKEVIEW PARKWAY SOUTH DR
INDIANAPOLIS, IN  46268-4111

**MINI STORAGE, LLC**
C/O GITLIN KNACK & PAVOF
ATTN: IRWING GITLIN
55 S MAIN STREET
LIBERTY, NY  12754

NATIONAL TECHNICAL SYSTEMS
12601 SOUTHFIELD RD
DETROIT, MI  48223

PATNI COMPUTER SYSTEMS LTD
B-43 PHASE II
ELECTRONICS CITY HOSUR RD
BANGALORE IN 560100 INDIA

PLASMA SYSTEMS INC
5452 BUSINESS DR
HUNTINGTON BEACH, CA  92649-1226

PROCAT TESTING LLC
30844 CENTURY DR
WIXOM, MI  48393-2064

R&E AUTOMATED SYSTEMS
44440 PHOENIX DR
STERLING HEIGHTS, MI  48314-1467

RAETECH CORP
4750 VENTURE DR STE 100
ANN ARBOR, MI  48108

RICARDO INC
40000 RICARDO DR
DETROIT TECHNICAL CAMPUS
BELLEVILLE, MI  48111-1641

RIVERPORT VILLAGE LLC
31785 S RIVER RD
HARRISON TOWNSHIP, MI  48045-1892

ROBERTS, JOHN
1107 LANTERN LN
NILES, OH  44446-3524

SALEEN SPECIALTY VEHICLES INC
1225 E MAPLE RD
TROY, MI  48083-2818

SEPULVEDA, DANIEL
1131 HAMLINE AVE N
APT 19
ST PAUL, MN  55108

SPAGNUOLO, A J, MD
1718 WELLINGTON RD
LANSING, MI  48910

STANDEX INTERNATIONAL CORP
34497 KELLY RD
FRASER, MI  48026-3404

TECHNICAL EMPLOYMENT SERVICES
510 SAVAGE RD
BELLEVILLE, MI  48111-2937

THE LGR GROUP, INC.
80 HIGH STREET
MT. HOLLY, NJ  08060

TOWNER, RUSS
204 S CREEDMOOR WAY
ANDERSON, IN  46011-9018

URGENT PLASTIC SERVICES INC
2777 PRODUCT DR
ROCHESTER HILLS, MI  48309-3810

VDMA-GESELLSCHAFT FUER FORSCHU
LYONER STR 18
FRANKFURT HE 60528 GERMANY

W J H CONSULTING SERVICES
293 ALBERT ST
PO BOX 244
CLINTON ON N0M 1L0 CANADA

# Exhibit B

**RREEF AMERICA REIT CORP. II, C/O RREEF MGMT. CO.**
**FIVE PIEDMONT CENTER, SUITE 310**
**3525 PIEDMONT CENTER**
**STE 310**
**ATLANTA, GA  30305-1509**

**STARWOOD HOTELS & RESORTS WORLDWIDE, INC**
**NEWMARK KNIGHT FRANK GLOBAL MGT SVS**
**ATTN ROLLA EISNER, PORTFOLIO ADMINISTRATOR**
**125 PARK AVENUE**
**NEW YORK, NY  10017**

**STARWOOD HOTELS & RESORTS WORLDWIDE, INC.**
**ATTN; GENERAL COUNSEL**
**1111 WESTCHESTER AVE**
**WHITE PLAINS, NY  10604-3500**

# Exhibit C

**BASF COATINGS AG**
**GLASURITSTR 1**
**MUENSTER NS 48165 GERMANY**

**NATIONAL CAR RENTAL SYSTEM, INC. AND NCR ACQUISTION CORP.**
**ATTENTION: WILLIAM E. LOBECK, JR.**
**1132 SOUTH LEWIS**
**TULSA, OK  74104**

**NATIONAL CAR RENTAL SYSTEM, INC. AND NCR ACQUISTION CORP.**
**SIMPSON, THACHER & BARLETT**
**ATTENTION: ROBERT FRIEDMAN**
**425 LEXINGTON AVE.**
**NEW YORK, NY  10017**