**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | |
| f/k/a General Motors Corp., *et al.* : | **09-50026 (REG)** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1. I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On July 23, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served a true and correct copy of the following documents:

- **Declaration and Disclosure Statement of William A. Lowry, Esq., on Behalf of Nyhan, Bambrick, Kinzie & Lowry, P.C.** [Docket No. 3322];

- **Declaration and Disclosure Statement of David N. Ruben, on Behalf of Ruben & Sjolander** [Docket No. 3323];

- **Declaration and Disclosure Statement of Charles P. Mitchell on Behalf of Rumberger, Kirk & Caldwell, P.A.** [Docket No. 3324];

- **Declaration and Disclosure Statement of Jeffrey O. Moreno, on Behalf of Thompson Hine LLP** [Docket No. 3325]; and

- **Declaration and Disclosure Statement of James H. Grout, on Behalf of Thornton Grout Finnigan LLP** [Docket No. 3326]

on the parties identified in **Exhibit A** attached hereto (U.S. Trustee and Creditors Committee Counsel) by first class mail.

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: Seattle, Washington
       July 24, 2009

                                        /s/  Laurie M. Thornton
                                        LAURIE M. THORNTON

# Exhibit A

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY  10004

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
T. MAYER, K. ECKSTEIN & G. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036