UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x
                                            :
In re                                       :        Chapter 11 Case No.
                                            :
GENERAL MOTORS CORP., et al.,               :        09-50026 (REG)
                                            :
        Debtors.                            :        (Jointly Administered)
————————————————————x

## WITHDRAWAL OF CURE OBJECTION OF BURNS INTERNATIONAL CONTRACTING CORPORATION IN FAVOR OF CURE DISPUTE RESOLUTION PROCESS

Burns International Contracting Co. withdraws its limited cure objection, as amended and agrees to the Cure Dispute Resolution Process made available in this matter to resolve its cure objections.  This withdrawal is conditioned upon the use of the Cure Dispute Resolution Process.


/s/**John A. Ruemenapp**
Weisman, Young & Ruemenapp, P.C.
30100 Telegraph Road, Suite 428
Bingham Farms, MI  48025
(248) 258-2700
**jruemenapp@wyrpc.com**
**P34796**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **June 25, 2009**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- David B. Aaronson      david.aaronson@dbr.com
- Philip D. Anker      philip.anker@wilmerhale.com
- Joel D. Applebaum      japplebaum@clarkhill.com
- W. David Arnold      darnold@rcolaw.com
- Karin F. Avery      avery@silvermanmorris.com
- Marc M. Bakst      mbakst@bodmanllp.com
- David J. Baldwin      dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
- Elizabeth Banda      kwilliams@pbfcm.com
- William M. Barron      wbarron@sgrlaw.com
- Robert L. Barrows      rbarrows@wdblaw.com
- Robert N. Bassel      ecfbbassel@gmail.com
- Christopher Robert Belmonte      cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Belter      hbeltzer@morganlewis.com
- Frederick A. Berg      fberg@kotzsangster.com
- Wanda Borges      borgeslawfirm@aol.com
- Jean Winborne Boyles      jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM
- Kimberly A. Brennan      kab@mccarthylebit.com
- Lynn M. Brimer      lbrimer@stroblpc.com, sfraser@stroblpc.com
- James L. Bromley      maofiling@cgsh.com
- William J. Brown      wbrown@phillipslytle.com
- Theresa V. Brown-Edwards      bankruptcy@potteranderson.com
- Mark Edwin Browning      BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us
- Andrew P. Brozman      andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com
- Adam D. Bruski      adbruski@lambertleser.com
- Charles D. Bullock      cbullock@sbplclaw.com
- James Christopher Caldwell      ccaldwell@starkreagan.com
- John F. Carberry      jcarberry@cl-law.com, dsantos@cl-law.com
- James C. Carignan      carignanj@pepperlaw.com
- James S. Carr      KDWBankruptcyDepartment@kelleydrye.com
- George B. Cauthen      george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com
- Babette A. Ceccotti      bceccotti@cwsny.com, ecf@cwsny.com
- Teresa H. Chan      kkansa@sidley.com;emcdonnell@sidley.com
- J Eric Charlton      echarlton@hiscockbarclay.com

- Sarah M. Chen    schen@lockelord.com
- Gloria M. Chon    gloria.chon@kkue.com
- Jennifer Anne Christian    jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
- Dennis J. Connolly    dconnolly@alston.com
- Michael T. Conway    michael.conway@leclairryan.com
- Susan M. Cook    smcook@lambertleser.com
- Dawn R. Copley    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
- Trent P. Cornell    tcornell@stahlcowen.com
- David N. Crapo    dcrapo@gibbonslaw.com
- Randall D. Crocker    rcrocker@vonbriesen.com
- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com
- Thomas H. Curran    tcurran@haslaw.com, calirm@haslaw.com
- Teresa K.D. Currier    tcurrier@saul.com, mflores@saul.com
- Vincent D'Agostino    vdagostino@lowenstein.com
- Peter D'Apice    dapice@sbep-law.com
- Renee M. Dailey    renee.dailey@bgllp.com, meghan.olsen@bgllp.com
- Colin Thomas Darke    cdarke@bodmanllp.com
- James E. DeLine    jed@krwlaw.com, pal@krwlaw.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
- Sam Della Fera    sdellafera@trenklawfirm.com
- Melissa Detrick    detrick@marshall-melhorn.com
- Benjamin P. Deutsch    bdeutsch@schnader.com
- Frank W. DiCastri    fdicastri@foley.com
- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
- Kathryn E. Driscoll    kdriscoll@pmppc.com
- Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
- Dan Elias    delias@eliasgroup.com
- Judith Elkin    judith.elkin@haynesboone.com
- Alyssa Englund    aenglund@orrick.com
- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Belkys Escobar    belkys.escobar@loudoun.gov
- Amy Evans    aevans@crosslaw.com
- Kerry M Ewald    kewald@dickinsonwright.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris    farrisw@sullcrom.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com
- Carol A. Felicetta    cfelicetta@reidandreige.com
- Alyson M. Fiedler    afiedler@schiffhardin.com
- Robert J. Figa    rfiga@comlawone.com

- Andrea Fischer    afischer@olshanlaw.com, ssallie@olshanlaw.com;mmarck@olshanlaw.com
- Deborah L. Fish    dfish@allardfishpc.com
- Elizabeth K. Flaagan    eflaagan@faegre.com
- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com
- Kenneth A. Flaska    gm@dmms.com
- Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com
- Stephen B. Foley    sfoley@sbfpc.com, kkish@sbfpc.com
- Shawn Randall Fox    sfox@mcguirewoods.com
- Mark S. Frankel    mfrankel@couzens.com
- Scott J. Freedman    sfreedman@dilworthlaw.com
- Mark J. Friedman    mark.friedman@dlapiper.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Wendy J. Gibson    wgibson@bakerlaw.com
- Jeanette M. Gilbert    jgilbert@motleyrice.com
- Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Andrew C. Gold    agold@herrick.com
- Sonya N. Goll    sgoll@sbplclaw.com
- Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
- Robert D. Gordon    rgordon@clarkhill.com
- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
- Brian M. Graham    bgraham@salawus.com, bmgrahampack@sbcglobal.net
- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@mckennalong.com
- William T. Green    uncbill@msn.com
- John T. Gregg    jgregg@btlaw.com
- Stephen M. Gross    sgross@mcdonaldhopkins.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Elizabeth A. Haas    info@thehaaslawfirm.com
- Paul R. Hage    phage@jaffelaw.com
- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com
- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com
- Alan D. Halperin    ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net
- Michael C. Hammer    mchammer3@dickinsonwright.com
- Ryan D. Heilman    rheilman@schaferandweiner.com
- Suzanne Hepner    shepner@lrbpc.com, ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com
- Mark D. Hofstee    markh@bolhouselaw.com
- Michael S. Holmes    , mshatty@yahoo.com

- Jonathan Hook    jonathan.hook@haynesboone.com,
  lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
- P. Warren Hunt    pwh@krwlaw.com
- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
- Donald J. Hutchinson    hutchinson@millercanfield.com
- Roland Hwang    hwangr@michigan.gov
- Elihu Inselbuch    eb@capdale.com
- Adam H. Isenberg    aisenberg@saul.com
- Peter F. Jazayeri    pjazayeri@ecjlaw.com
- Nan E. Joesten    njoesten@fbm.com
- John J. Jolley    jay.jolley@kutakrock.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- Stephen Karotkin
  theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;mi
  chele.meises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.com;lacey.lake
  n@weil.com
- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
- Andrew C. Kassner    andrew.kassner@dbr.com
- Susan R. Katzoff    skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com
- Thomas M. Kennedy    tkennedy@kjmlabor.com
- Thomas L. Kent    tomkent@paulhastings.com
- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com
- Jennifer B. Kimble    jkimble@burr.com, mstinson@burr.com;mivey@burr.com
- Kathleen H. Klaus    khk@maddinhauser.com
- Jeff Klusmeier    jeff.klusmeier@ago.mo.gov
- Thomas F. Koegel    tkoegel@flk.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
  kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Debra A. Kowich    dkowich@umich.edu, schmitzr@umich.edu
- Robert R. Kracht    rrk@mccarthylebit.com
- Stuart A. Krause    skrause@zeklaw.com
- J. Alex Kress    akress@riker.com
- Patrick J. Kukla    pkukla@carsonfischer.com
- Darryl S. Laddin    bkrfilings@agg.com
- Michael C. Lambert    mclambert@lawpost-nyc.com
- Stuart A. Laven    slaven@bfca.com
- David S. Lefere    davidl@bolhouselaw.com
- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com
- David A. Lerner    dlerner@plunkettcooney.com
- Larry A. Levick    levick@singerlevick.com,
  croote@singerlevick.com;ckirkland@singerlevick.com
- Barry E. Lichtenberg    barryster@att.net
- David T. Lin    dlin@seyburn.com
- Thomas K. Lindahl    tlindahl@mcdonaldhopkins.com
- Edward J. LoBello    elobello@msek.com
- Eric Lopez Schnabel    schnabel.eric@dorsey.com

- Cynthia Jordan Lowery    cynthialowery@mvalaw.com
- Kayalyn A. Marafioti    kmarafio@skadden.com
- Michael A. Maricco    maricco.michael@pbgc.gov, efile@pbgc.gov
- Richard W. Martinez    Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Barbara S Mehlsack    bmehlsack@gkllaw.com
- Brian H. Meldrum    bmeldrum@stites.com
- Marc B. Merklin    mmerklin@brouse.com
- Christopher A. Merritt    cmerritt@rjlps.com
- G. Christopher Meyer    cmeyer@ssd.com
- Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,
  moldovanlb@morrisoncohen.com
- James P. Moloy    jmoloy@dannpecar.com
- Timothy D. Moratzka    tdm@mcmlaw.com
- Max Anderson Moseley    mam@jbpp.com, mkd@jbpp.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com
- Jill L. Murch    jmurch@foley.com, lapeterson@foley.com;khall@foley.com
- Jennifer L. Nassiri    jennifer.nassiri@dlapiper.com
- Michael A. Nedelman    mnedelman@nglegal.com,
  mwatler@nglegal.com;egloetzner@nglegal.com
- Melissa Z. Neier    mneier@ibolaw.com
- Michael E. Norton    mnorton@nortonlawassociates.com
- Gordon Z. Novod    gnovod@kramerlevin.com, dcho@kramerlevin.com
- Sean A. O'Neal    soneal@cgsh.com,
  maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;cro
  driguez@cgsh.com;sarobinson@cgsh.com
- Norman D. Orr    norman.orr@kkue.com
- Mark Russell Owens    mowens@btlaw.com,
  mowens@btlaw.com;bankruptcyindy@btlaw.com
- Ingrid S. Palermo    ipalermo@hselaw.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
- Robert W. Phillips    rphillips@simmonscooper.com
- James A. Plemmons    jplemmons2@dickinsonwright.com
- Robert C. Pottinger    rcpottinger@bslbv.com
- Susan Power-Johnston    sjohnston@cov.com, jmcneil@cov.com
- Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com
- Jessica E. Price    jprice@brouse.com
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Dennis Jay Raterink    raterinkd@michigan.gov
- Eric T. Ray    eray@balch.com
- Michael Reed    nycourts@mvbalaw.com
- Marc E. Richards    mrichards@blankrome.com
- Michael P. Richman    mrichman@pattonboggs.com

- Paul J. Ricotta     pricotta@mintz.com
- David D. Ritter     ecf@krcl.com, dritter@krcl.com
- Marianne Goldstein Robbins     MGR@PREVIANT.COM,
  MGR@PREVIANT.COM;EM@PREVIANT.COM
- Courtney Rogers     crogers@orrick.com
- Adam L. Rosen     filings@spallp.com, arosen@silvermanacampora.com
- Sanford Philip Rosen     rpc@rosenpc.com, srosen@rosenpc.com
- Andrew Neil Rosenberg     mtattnall@paulweiss.com
- Robert J. Rosenberg     adam.goldberg@lw.com
- David A. Rosenzweig     DRosenzweig@Fulbright.com
- Douglas B. Rosner     drosner@goulstonstorrs.com
- Robert R. Ross     rrross@fedex.com
- George V. Royle     george.royle@lw.com
- Scott K. Rutsky     srutsky@proskauer.com
- Chester B. Salomon     csalomon@beckerglynn.com,
  aranade@beckerglynn.com;jholdridge@beckerglynn.com
- Diane W. Sanders     austin.bankruptcy@publicans.com
- Thomas P. Sarb     ecfsarbt@millerjohnson.com
- Thomas J. Schank     tomschank@hunterschank.com, mcraig@hunterschank.com
- Kenneth M. Schneider     smpcecf@gmail.com
- Carey D. Schreiber     cschreiber@winston.com
- Matthew L. Schwartz     matthew.schwartz@usdoj.gov
- Steven Schwartz     sschwart@winston.com
- Kenneth J. Schweiker     kschweiker@brownconnery.com
- Stephen B. Selbst     sselbst@herrick.com, courtnotices@herrick.com
- Jacob B. Sellers     jacob.sellers@leonard.com
- David J. Selwocki     brogers@swappc.com
- Joseph R. Sgroi     jsgroi@honigman.com
- Mark H. Shapiro     shapiro@steinbergshapiro.com
- Mary Kay Shaver     mkshaver@varnumlaw.com
- Brian L. Shaw     bshaw100@shawgussis.com
- Andrea Sheehan     sheehan@txschoollaw.com,
  coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- Tricia A. Sherick     tsherick@honigman.com
- Joseph E. Shickich     jshickich@riddellwilliams.com
- Matthew J. Shier     mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com
- Michael P. Shuster     mpshuster@hahnlaw.com
- Robert Sidorsky     sidorsky@butzel.com
- Rebecca H. Simoni     rsimoni@vonbriesen.com, jpurpora@vonbriesen.com
- Christina C. Skubic     bankruptcy@braytonlaw.com
- Edward Smith     easmith@venable.com
- Robert T. Smith     rsmith@cniinc.cc
- Richard G. Smolev     rsmolev@kayescholer.com,
  rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com
- Joseph H. Smolinsky     Joseph.Smolinsky@weil.com

- Fredric Sosnick
  karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com,kerri.silver@shearman.com
- Arthur J. Spector    aspector@bergersingerman.com,
  jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com
- Jeffrey S. Stein    Jeff_Stein@gardencitygroup.com,
  Kenneth_Freda@gardencitygroup.com;jennifer.keough@gardencitygroup.com
- Leslie Stein    lstein@seyburn.com, seccles@seyburn.com
- Fred Stevens    fstevens@foxrothschild.com
- Jason V. Stitt    jstitt@kmklaw.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com
- Michelle T. Sutter    msutter@ag.state.oh.us
- Marc N. Swanson    swansonm@millercanfield.com
- Matthew A. Swanson    matthew.swanson@leonard.com
- Colleen M. Sweeney    csweeney@dickinsonwright.com
- Stanley B. Tarr    tarr@blankrome.com
- Gordon J. Toering    gtoering@wnj.com
- Jason M. Torf    jtorf@schiffhardin.com, egeekie@schiffhardin.com
- Patrick J. Trostle    ptrostle@jenner.com
- Raymond J. Urbanik    rurbanik@munsch.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Wendy S. Walker    wwalker@morganlewis.com
- G. Alan Wallace    gwall@fraserlawfirm.com
- Kimberly A. Walsh    bk-kwalsh@oag.state.tx.us
- Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com
- Robert B. Weiss    rweiss@honigman.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Michael R. Wernette    mwernette@schaferandweiner.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Blanka K. Wolfe    bwolfe@sheppardmullin.com
- Robert D. Wolford    ecfwolfordr@millerjohnson.com
- Scott A. Wolfson    wolfson@bsplaw.com,
  recchia@bsplaw.com;stepp@bsplaw.com;ojala@bsplaw.com;bolton@bsplaw.com;kochis@bsplaw.com
- Cynthia Woodruff-Neer    cwoodruff-neer@alpine-usa.com
- Janice M. Woolley    janwoolley@mgwl.com
- Doron Yitzchaki    dyitzchaki@dickinsonwright.com
- Terry L. Zabel    ecf-tlz@rhoadesmckee.com

/s/**John A. Ruemenapp**

Weisman, Young & Ruemenapp, P.C.
30100 Telegraph Road, Suite 428
Bingham Farms, MI  48025
(248) 258-2700
**jruemenapp@wyrpc.com**
**P34796**

F:\CLIENTS\I\International Industrial 4380-\General Motors -7430\Withdrawal of Cure Objection - Burns.doc