UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
GENERAL MOTORS CORP., et al.,             :    09-50026 (REG)
                                          :
        Debtors.                          :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CURE OBJECTION OF INTERNATIONAL INDUSTRIAL CONTRACTING CORPORATION IN FAVOR OF CURE DISPUTE RESOLUTION PROCESS

International Industrial Contracting Corporation withdraws its limited cure objection, as amended, and agrees to the Cure Dispute Resolution Process made available in this matter to resolve its cure objections. This withdrawal is conditioned upon the use of the Cure Dispute Resolution Process.

/s/**John A. Ruemenapp**
Weisman, Young & Ruemenapp, P.C.
30100 Telegraph Road, Suite 428
Bingham Farms, MI  48025
(248) 258-2700
**jruemenapp@wyrpc.com**
**P34796**

# **CERTIFICATE OF SERVICE**

I hereby certify that on **June 25, 2009**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- David B. Aaronson     david.aaronson@dbr.com
- Philip D. Anker     philip.anker@wilmerhale.com
- Joel D. Applebaum     japplebaum@clarkhill.com
- W. David Arnold     darnold@rcolaw.com
- Karin F. Avery     avery@silvermanmorris.com
- Marc M. Bakst     mbakst@bodmanllp.com
- David J. Baldwin     dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
- Elizabeth Banda     kwilliams@pbfcm.com
- William M. Barron     wbarron@sgrlaw.com
- Robert L. Barrows     rbarrows@wdblaw.com
- Robert N. Bassel     ecfbbassel@gmail.com
- Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Belter     hbeltzer@morganlewis.com
- Frederick A. Berg     fberg@kotzsangster.com
- Wanda Borges     borgeslawfirm@aol.com
- Jean Winborne Boyles     jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM
- Kimberly A. Brennan     kab@mccarthylebit.com
- Lynn M. Brimer     lbrimer@stroblpc.com, sfraser@stroblpc.com
- James L. Bromley     maofiling@cgsh.com
- William J. Brown     wbrown@phillipslytle.com
- Theresa V. Brown-Edwards     bankruptcy@potteranderson.com
- Mark Edwin Browning     BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us
- Andrew P. Brozman     andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com
- Adam D. Bruski     adbruski@lambertleser.com
- Charles D. Bullock     cbullock@sbplclaw.com
- James Christopher Caldwell     ccaldwell@starkreagan.com
- John F. Carberry     jcarberry@cl-law.com, dsantos@cl-law.com
- James C. Carignan     carignanj@pepperlaw.com
- James S. Carr     KDWBankruptcyDepartment@kelleydrye.com
- George B. Cauthen     george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com
- Babette A. Ceccotti     bceccotti@cwsny.com, ecf@cwsny.com
- Teresa H. Chan     kkansa@sidley.com;emcdonnell@sidley.com
- J Eric Charlton     echarlton@hiscockbarclay.com

- Sarah M. Chen   schen@lockelord.com
- Gloria M. Chon   gloria.chon@kkue.com
- Jennifer Anne Christian   jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Marvin E. Clements   agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb   tscobb@vorys.com, cdfricke@vorys.com
- Dennis J. Connolly   dconnolly@alston.com
- Michael T. Conway   michael.conway@leclairryan.com
- Susan M. Cook   smcook@lambertleser.com
- Dawn R. Copley   dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
- Trent P. Cornell   tcornell@stahlcowen.com
- David N. Crapo   dcrapo@gibbonslaw.com
- Randall D. Crocker   rcrocker@vonbriesen.com
- Michael G. Cruse   mcruse@wnj.com, hziegler@wnj.com
- Thomas H. Curran   tcurran@haslaw.com, calirm@haslaw.com
- Teresa K.D. Currier   tcurrier@saul.com, mflores@saul.com
- Vincent D'Agostino   vdagostino@lowenstein.com
- Peter D'Apice   dapice@sbep-law.com
- Renee M. Dailey   renee.dailey@bgllp.com, meghan.olsen@bgllp.com
- Colin Thomas Darke   cdarke@bodmanllp.com
- James E. DeLine   jed@krwlaw.com, pal@krwlaw.com
- Gabriel Del Virginia, Esq.   gabriel.delvirginia@verizon.net
- Sam Della Fera   sdellafera@trenklawfirm.com
- Melissa Detrick   detrick@marshall-melhorn.com
- Benjamin P. Deutsch   bdeutsch@schnader.com
- Frank W. DiCastri   fdicastri@foley.com
- Gerard DiConza   gdiconza@dlawpc.com, las@dlawpc.com
- Amish R. Doshi   adoshi@daypitney.com
- Mary Joanne Dowd   dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
- Kathryn E. Driscoll   kdriscoll@pmppc.com
- Michael James Edelman   mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
- Dan Elias   delias@eliasgroup.com
- Judith Elkin   judith.elkin@haynesboone.com
- Alyssa Englund   aenglund@orrick.com
- Richard L. Epling   richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Belkys Escobar   belkys.escobar@loudoun.gov
- Amy Evans   aevans@crosslaw.com
- Kerry M Ewald   kewald@dickinsonwright.com
- Stephen Vincent Falanga   sfalanga@connellfoley.com
- Robert Michael Farquhar   mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris   farrisw@sullcrom.com
- Thomas R. Fawkes   tfawkes@freebornpeters.com
- Carol A. Felicetta   cfelicetta@reidandreige.com
- Alyson M. Fiedler   afiedler@schiffhardin.com
- Robert J. Figa   rfiga@comlawone.com

- Andrea Fischer    afischer@olshanlaw.com, ssallie@olshanlaw.com;mmarck@olshanlaw.com
- Deborah L. Fish    dfish@allardfishpc.com
- Elizabeth K. Flaagan    eflaagan@faegre.com
- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com
- Kenneth A. Flaska    gm@dmms.com
- Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com
- Stephen B. Foley    sfoley@sbfpc.com, kkish@sbfpc.com
- Shawn Randall Fox    sfox@mcguirewoods.com
- Mark S. Frankel    mfrankel@couzens.com
- Scott J. Freedman    sfreedman@dilworthlaw.com
- Mark J. Friedman    mark.friedman@dlapiper.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Wendy J. Gibson    wgibson@bakerlaw.com
- Jeanette M. Gilbert    jgilbert@motleyrice.com
- Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Andrew C. Gold    agold@herrick.com
- Sonya N. Goll    sgoll@sbplclaw.com
- Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
- Robert D. Gordon    rgordon@clarkhill.com
- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
- Brian M. Graham    bgraham@salawus.com, bmgrahampack@sbcglobal.net
- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@mckennalong.com
- William T. Green    uncbill@msn.com
- John T. Gregg    jgregg@btlaw.com
- Stephen M. Gross    sgross@mcdonaldhopkins.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Elizabeth A. Haas    info@thehaaslawfirm.com
- Paul R. Hage    phage@jaffelaw.com
- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com
- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com
- Alan D. Halperin    ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net
- Michael C. Hammer    mchammer3@dickinsonwright.com
- Ryan D. Heilman    rheilman@schaferandweiner.com
- Suzanne Hepner    shepner@lrbpc.com, ecarder@lrbpc.com;jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com
- Mark D. Hofstee    markh@bolhouselaw.com
- Michael S. Holmes    , mshatty@yahoo.com

4

- Jonathan Hook    jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
- P. Warren Hunt    pwh@krwlaw.com
- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
- Donald J. Hutchinson    hutchinson@millercanfield.com
- Roland Hwang    hwangr@michigan.gov
- Elihu Inselbuch    eb@capdale.com
- Adam H. Isenberg    aisenberg@saul.com
- Peter F. Jazayeri    pjazayeri@ecjlaw.com
- Nan E. Joesten    njoesten@fbm.com
- John J. Jolley    jay.jolley@kutakrock.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- Stephen Karotkin    theodore.tsekerides@weil.com;Shai.Waisman@weil.com;Rachel.albanese@weil.com;michele.meises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.com;lacey.laken@weil.com
- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
- Andrew C. Kassner    andrew.kassner@dbr.com
- Susan R. Katzoff    skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com
- Thomas M. Kennedy    tkennedy@kjmlabor.com
- Thomas L. Kent    tomkent@paulhastings.com
- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com
- Jennifer B. Kimble    jkimble@burr.com, mstinson@burr.com;mivey@burr.com
- Kathleen H. Klaus    khk@maddinhauser.com
- Jeff Klusmeier    jeff.klusmeier@ago.mo.gov
- Thomas F. Koegel    tkoegel@flk.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Debra A. Kowich    dkowich@umich.edu, schmitzr@umich.edu
- Robert R. Kracht    rrk@mccarthylebit.com
- Stuart A. Krause    skrause@zeklaw.com
- J. Alex Kress    akress@riker.com
- Patrick J. Kukla    pkukla@carsonfischer.com
- Darryl S. Laddin    bkrfilings@agg.com
- Michael C. Lambert    mclambert@lawpost-nyc.com
- Stuart A. Laven    slaven@bfca.com
- David S. Lefere    davidl@bolhouselaw.com
- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com
- David A. Lerner    dlerner@plunkettcooney.com
- Larry A. Levick    levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com
- Barry E. Lichtenberg    barryster@att.net
- David T. Lin    dlin@seyburn.com
- Thomas K. Lindahl    tlindahl@mcdonaldhopkins.com
- Edward J. LoBello    elobello@msek.com
- Eric Lopez Schnabel    schnabel.eric@dorsey.com

5

- Cynthia Jordan Lowery    cynthialowery@mvalaw.com
- Kayalyn A. Marafioti    kmarafio@skadden.com
- Michael A. Maricco    maricco.michael@pbgc.gov, efile@pbgc.gov
- Richard W. Martinez    Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Barbara S Mehlsack    bmehlsack@gkllaw.com
- Brian H. Meldrum    bmeldrum@stites.com
- Marc B. Merklin    mmerklin@brouse.com
- Christopher A. Merritt    cmerritt@rjlps.com
- G. Christopher Meyer    cmeyer@ssd.com
- Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com
- James P. Moloy    jmoloy@dannpecar.com
- Timothy D. Moratzka    tdm@mcmlaw.com
- Max Anderson Moseley    mam@jbpp.com, mkd@jbpp.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com
- Jill L. Murch    jmurch@foley.com, lapeterson@foley.com;khall@foley.com
- Jennifer L. Nassiri    jennifer.nassiri@dlapiper.com
- Michael A. Nedelman    mnedelman@nglegal.com, mwatler@nglegal.com;egloetzner@nglegal.com
- Melissa Z. Neier    mneier@ibolaw.com
- Michael E. Norton    mnorton@nortonlawassociates.com
- Gordon Z. Novod    gnovod@kramerlevin.com, dcho@kramerlevin.com
- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;crodriguez@cgsh.com;sarobinson@cgsh.com
- Norman D. Orr    norman.orr@kkue.com
- Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
- Ingrid S. Palermo    ipalermo@hselaw.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
- Robert W. Phillips    rphillips@simmonscooper.com
- James A. Plemmons    jplemmons2@dickinsonwright.com
- Robert C. Pottinger    rcpottinger@bslbv.com
- Susan Power-Johnston    sjohnston@cov.com, jmcneil@cov.com
- Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com
- Jessica E. Price    jprice@brouse.com
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Dennis Jay Raterink    raterinkd@michigan.gov
- Eric T. Ray    eray@balch.com
- Michael Reed    nycourts@mvbalaw.com
- Marc E. Richards    mrichards@blankrome.com
- Michael P. Richman    mrichman@pattonboggs.com

- Paul J. Ricotta    pricotta@mintz.com
- David D. Ritter    ecf@krcl.com, dritter@krcl.com
- Marianne Goldstein Robbins    MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM
- Courtney Rogers    crogers@orrick.com
- Adam L. Rosen    filings@spallp.com, arosen@silvermanacampora.com
- Sanford Philip Rosen    rpc@rosenpc.com, srosen@rosenpc.com
- Andrew Neil Rosenberg    mtattnall@paulweiss.com
- Robert J. Rosenberg    adam.goldberg@lw.com
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Robert R. Ross    rrross@fedex.com
- George V. Royle    george.royle@lw.com
- Scott K. Rutsky    srutsky@proskauer.com
- Chester B. Salomon    csalomon@beckerglynn.com, aranade@beckerglynn.com;jholdridge@beckerglynn.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
- Kenneth M. Schneider    smpcecf@gmail.com
- Carey D. Schreiber    cschreiber@winston.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Steven Schwartz    sschwart@winston.com
- Kenneth J. Schweiker    kschweiker@brownconnery.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- Jacob B. Sellers    jacob.sellers@leonard.com
- David J. Selwocki    brogers@swappc.com
- Joseph R. Sgroi    jsgroi@honigman.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com
- Mary Kay Shaver    mkshaver@varnumlaw.com
- Brian L. Shaw    bshaw100@shawgussis.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- Tricia A. Sherick    tsherick@honigman.com
- Joseph E. Shickich    jshickich@riddellwilliams.com
- Matthew J. Shier    mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com
- Michael P. Shuster    mpshuster@hahnlaw.com
- Robert Sidorsky    sidorsky@butzel.com
- Rebecca H. Simoni    rsimoni@vonbriesen.com, jpurpora@vonbriesen.com
- Christina C. Skubic    bankruptcy@braytonlaw.com
- Edward Smith    easmith@venable.com
- Robert T. Smith    rsmith@cniinc.cc
- Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com
- Joseph H. Smolinsky    Joseph.Smolinsky@weil.com

7

- Fredric Sosnick     karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com,kerri.silver@shearman.com
- Arthur J. Spector     aspector@bergersingerman.com, jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com
- Jeffrey S. Stein     Jeff_Stein@gardencitygroup.com, Kenneth_Freda@gardencitygroup.com;jennifer.keough@gardencitygroup.com
- Leslie Stein     lstein@seyburn.com, seccles@seyburn.com
- Fred Stevens     fstevens@foxrothschild.com
- Jason V. Stitt     jstitt@kmklaw.com
- Harvey A. Strickon     harveystrickon@paulhastings.com
- James M. Sullivan     sullivan.james@arentfox.com, constantino.nova@arentfox.com
- Michelle T. Sutter     msutter@ag.state.oh.us
- Marc N. Swanson     swansonm@millercanfield.com
- Matthew A. Swanson     matthew.swanson@leonard.com
- Colleen M. Sweeney     csweeney@dickinsonwright.com
- Stanley B. Tarr     tarr@blankrome.com
- Gordon J. Toering     gtoering@wnj.com
- Jason M. Torf     jtorf@schiffhardin.com, egeekie@schiffhardin.com
- Patrick J. Trostle     ptrostle@jenner.com
- Raymond J. Urbanik     rurbanik@munsch.com
- Shmuel Vasser     shmuel.vasser@dechert.com
- Wendy S. Walker     wwalker@morganlewis.com
- G. Alan Wallace     gwall@fraserlawfirm.com
- Kimberly A. Walsh     bk-kwalsh@oag.state.tx.us
- Sean M. Walsh     swalsh@gmhlaw.com, jmahar@gmhlaw.com
- Robert B. Weiss     rweiss@honigman.com
- Elizabeth Weller     dallas.bankruptcy@publicans.com
- Michael R. Wernette     mwernette@schaferandweiner.com
- David B. Wheeler     davidwheeler@mvalaw.com
- Blanka K. Wolfe     bwolfe@sheppardmullin.com
- Robert D. Wolford     ecfwolfordr@millerjohnson.com
- Scott A. Wolfson     wolfson@bsplaw.com, recchia@bsplaw.com;stepp@bsplaw.com;ojala@bsplaw.com;bolton@bsplaw.com;kochis@bsplaw.com
- Cynthia Woodruff-Neer     cwoodruff-neer@alpine-usa.com
- Janice M. Woolley     janwoolley@mgwl.com
- Doron Yitzchaki     dyitzchaki@dickinsonwright.com
- Terry L. Zabel     ecf-tlz@rhoadesmckee.com

/s/**John A. Ruemenapp**
Weisman, Young & Ruemenapp, P.C.
30100 Telegraph Road, Suite 428
Bingham Farms, MI  48025
(248) 258-2700
**jruemenapp@wyrpc.com**
**P34796**

F:\CLIENTS\I\International Industrial 4380-\General Motors -7430\Limited Cure Objection - IICC.doc