Deirdre Woulfe Pacheco
Letitia Accarrino
WILENTZ GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
Telephone: (732) 636-8000

*Attorneys for Bob Maguire Chevrolet, Inc.,*
*Coleman Buick Pontiac GMC, Inc., Jim Curley Pontiac GMC,*
*Union Pontiac-GMC-Buick, Inc., and Multi-Chevrolet, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case Number: 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY., et al., | Jointly Administered |
| Debtors. | |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 2002(g) and (i) and 9010(b), the undersigned counsel enters an appearance for Bob Maguire Chevrolet, Inc., Coleman Buick Pontiac GMC, Inc., Jim Curley Pontiac GMC, Union Pontiac-GMC-Buick, Inc., and Multi-Chevrolet, Inc., and requests that these entities all be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceedings therein, be served upon the

#3193993 (143453.002)

following counsel at the addresses and facsimile numbers listed below:

| Letitia Accarrino, Esq.<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ 07095<br>(732) 855-6411<br>(732) 726-6620 (fax)<br>laccarrino@wilentz.com | Deirdre Woulfe Pacheco, Esq.<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ 07095<br>(732) 855-6189<br>(732) 726- 6627 (fax)<br>dpacheco@wilentz.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, any plan of reorganization and objections thereto, notices of any order, pleadings, motions, applications, complaints, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before this Court with respect to these proceedings.

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for notice is without prejudice to the rights, remedies and claims of Bob Maguire Chevrolet, Inc., Coleman Buick Pontiac GMC, Inc., Jim Curley Pontiac GMC, Union Pontiac-GMC-Buick, Inc., and Multi-Chevrolet, Inc., against other entities or any objection that may be made to the subject matter jurisdiction of the Court or the propriety of venue, and shall not be deemed or construed to submit Bob Maguire Chevrolet, Inc., Coleman Buick Pontiac GMC, Inc., Jim Curley Pontiac GMC, Union Pontiac-GMC-Buick, Inc., or Multi-Chevrolet, Inc., to the jurisdiction of the Court.

**PLEASE TAKE FURTHER NOTICE** that all rights, remedies and claims of Bob Maguire Chevrolet, Inc., Coleman Buick Pontiac GMC, Inc., Jim Curley Pontiac GMC, Union Pontiac-GMC-Buick, Inc., and Multi-Chevrolet, Inc., are hereby expressly reserved, including

#3193993 (143453.002)

without limitation, the right to a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

                **WILENTZ, GOLDMAN & SPITZER, P.A.**
                Attorneys for Bob Maguire Chevrolet, Inc.
                Coleman Buick Pontiac GMC, Inc.
                Jim Curley Pontiac GMC
                Union Pontiac-GMC-Buick, Inc.
                Multi-Chevrolet, Inc.

                  */s/ Letitia Accarrino, Esq.  (LA8791)*
                  By:_____
                Letitia Accarrino, Esq.

Dated: July 27, 2009

#3193993 (143453.002)