Shawn R. Fox
McGUIREWOODS LLP
1345 Avenue of the Americas
New York, New York 10105
(212) 548-2100

*Counsel for CSX Transportation, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| GENERAL MOTORS CORP., *et al*. | : | 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors | : | Related Docket No. 688 |

------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF CSX TRANSPORTATION, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

**PLEASE TAKE NOTICE** that CSX Transportation, Inc. ("CSX") hereby withdraws its Objection and Reservation of Rights to Notice of (I) Debtors' Intent to Assume and Assign certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property And (II) Cure Amounts Related Thereto [Docket No. 688] based upon the letter agreement between the Debtors and CSX dated July 24, 2009.

Dated: July 27, 2009
       New York, NY

**McGuireWoods LLP**

S/ Shawn R. Fox
Shawn R. Fox
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105
(212) 548-2100

*Counsel for CSX Transportation, Inc.*