Rakhee V. Patel
State Bar No. 00797213
PRONSKE & PATEL, P.C.
1700 Pacific Ave., Suite 2260
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: rpatel@pronskepatel.com

**COUNSEL FOR BOYD BRYANT, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| **GENERAL MOTORS CORPORATION,** *et al* | |
| | CASE NO. 09-50026 (REG) |
| Debtor. | Jointly Administered |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pronske & Patel, P.C., representing Boyd Bryant, on behalf of himself and all others similarly situated, hereby enters this Notice of Appearance and Request for Service of Notices and Documents pursuant to Section 1109(b) of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of all notices, pleadings and other documents filed in the above-captioned bankruptcy case (the "Bankruptcy Case"), and any other chapter 11 cases that are consolidated with the above-captioned case for administrative purposes, as required under Bankruptcy Rule 2002 and 9007, if they are served via any method other than electronically, be served at the following address:

>Rakhee V. Patel
>Pronske & Patel, P.C.
>1700 Pacific Ave., Suite 2260
>Dallas, Texas 75201

PLEASE TAKE FURTHER NOTICE that after August 1, 2009, all notices, pleadings and other documents served via any method other than electronically, should be served at the following address:

>Rakhee V. Patel
>Pronske & Patel, P.C.
>2200 Ross Avenue, Suite 5350
>Dallas, Texas  75201

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the Bankruptcy Case.

Dated:  July 27, 2009    Respectfully submitted,

By:   /s/ Rakhee V. Patel
Rakhee V. Patel
Texas Bar No. 00797213
PRONSKE & PATEL, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: rpatel@pronskepatel.com

COUNSEL FOR BOYD BRYANT,
ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

**NOTICE OF APPEARANCE – PAGE 2**