UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
**GENERAL MOTORS CORP.,** *et al*             :   09-50026 (REG)
                                              :
                    Debtors.                  :   (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA         )
                            ) ss:
COUNTY OF LOS ANGELES       )

    I, KRIKOR J. MESHEFEJIAN, being duly sworn, deposes and says:

1. I am employed by Levene, Neale, Bender, Rankin & Brill L.L.P., located at 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 24, 2009, I caused to be served the following documents [Docket #3398] upon the parties listed on "Exhibit 1" attached hereto by first class U.S. mail, postage prepaid:

    a. Opposition Of First United Inc. To Debtors' Motion Pursuant To 11 U.S.C. § 365 Authorizing (A) The Rejection Of Executory Contracts And Unexpired Leases With certain Domestic Dealers And (B) Granting Certain Related Relief

    b. Affidavit of Roque De La Fuente In Support Of Opposition Of First United Inc. To Debtors' Motion Pursuant To 11 U.S.C. § 365 Authorizing (A) The Rejection Of Executory Contracts And Unexpired Leases With certain Domestic Dealers And (B) Granting Certain Related Relief

                                                  Krikor J. Meshefejian

Sworn to me before this
27th day of July, 2009

*Marguerite Hardin* (signature)
Marguerite Hardin
Notary Public, State of California
No. 1827160
Qualified in Los Angeles County
Commission Expires January 14, 2013

**EXHIBIT 1**

2

| | | |
|---|---|---|
| Attorneys for Debtor<br>Weil, Gotshal & Manges LLP<br>Attn: Harvey Miller, Esq., Stephen Karotkin,<br>    Esq., Joseph Smolinsky, Esq.<br>767 Fifth Ave.<br>New York, NY 10153 | General Motors Corporation<br>Attn: Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, MI 48265 | Attorneys for US Treasury<br>Cadwalader Wickersham & Taft<br>Attn: John J. Rapisardi, Esq.<br>One World Finaneial Center<br>New York, NY 10281 |
| U.S. Dept Treasury<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Ave. N.W.<br>Room 2312<br>Washington, DC 20220 | Attys for Export Dvlpmt Canada<br>Vedder Price, P.C.<br>Attn: Michael J. Edelman, Esq.<br>    Micahel L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | Attys for Creditors Committee<br>Kramer Levin Naftalis & Frankcl LLP<br>Attn: Kenneth H. Eckstein, Esq.<br>    Thomas Moers Mayer, Esq.<br>1177 Avenue of thc Americas<br>New York, NY 10036 |
| UAW<br>Attn: Daniel W Sherriek, Esq.<br>8000 East Jefferson Ave<br>Detroit, MI 48214 | Attorneys for UAW<br>Cleary Gottlieb Steen & Hamilton LLP<br>Attn: James L Bromley, Esq.<br>One Liberty Plaza<br>New York, NY 10006 | Attorneys for UAW<br>Cohen Weiss & Simon LLP<br>Attn: Babette Cecotti Esq.<br>330 W. 42nd Street<br>New York, NY 10036 |
| Office of the U.S. Trustee S.D.N.Y.<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | Office of the U.S. Attorney, S.D.N.Y.<br>Attn: David S. Jones<br>86 Chambers St., Third Floor<br>Ncw York, NY 10007 | United States Bankruptcy Court<br>Southern District of Ncw York<br>Attn: The Honorable Robert E. Gerbcr<br>One Bowling Green<br>New York, New York 10004 |