BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan  48304
Telephone:  (248) 258-1616
Facsimile:  (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Security Packaging, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Motors Liquidation Company, *et al.*,<br>   f/k/a General Motors Corp., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF SECURITY
PACKAGING, INC. TO DEBTORS' NOTICE OF INTENT TO ASSUME AND ASSIGN
CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY**

Security Packaging, Inc., by and through its undersigned counsel, hereby withdraws its

Limited Objection (Docket No. 1387) to the proposed Cure Amount scheduled on the Debtors'

contractnotices.com website as the parties have reconciled their differences with respect to the correct and final cure amount.

Dated: New York New York

    July 27, 2009

        BUTZEL LONG, a professional corporation

        By:    /s/   Robert Sidorsky
           Robert Sidorsky, Esq.
           Eric B. Fisher, Eq.
        380 Madison Avenue
        22nd Floor
        New York, NY 10017
        Tel.: (212) 818-1110
        Fax: (212) 818-0494
        sidorsky@butzel.com
        fishere@butzel.com

        Thomas B. Radom (admitted *pro hac vice*)
        Max J. Newman (admitted *pro hac vice*)
        Stoneridge West
        41000 Woodward Avenue
        Bloomfield Hills, Michigan  48304
        Telephone:  (248) 258-1616
        Facsimile:  (248) 258-1439
        radom@butzel.com
        newman@butzel.com

        *Attorneys for Security Packaging, Inc.*