UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,   :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*    :
                                            :
                Debtors.                    :    (Jointly Administered)
                                            :
------------------------------------------------------------x

### THIRD OMNIBUS ORDER
### PURSUANT TO 11 U.S.C. § 365 OF THE BANKRUPTCY
### CODE TO REJECT CERTAIN EXECUTORY CONTRACTS

Upon the motion, dated July 7, 2009 (the "**Motion**")[1], of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 365(a) of title 11, United States Code (the "**Bankruptcy Code**"), for entry of an order authorizing the Debtors to reject certain executory contracts, all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the Debtors are hereby authorized to reject the Executory Contracts listed on **Annex I** attached hereto, effective as of the dates set forth on **Annex I** (the "**Rejection Dates**"); and it is further

ORDERED that upon service of this Order upon the counterparties to the Executory Contracts, the Executory Contracts shall be deemed rejected, effective as of the respective Rejection Dates; and it is further

ORDERED that the time for any appeal from this Order shall run from the date of entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: *July 27, 2009*
New York, New York

*s/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE

## Annex I

**Executory Contracts**

**ERROR! NO PROPERTY NAME SUPPLIED.**