**Annex I**

| | Counter Party / Parties | Contact/Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 1 | ALPINE SIERRA VENTURES AND HOMEWOOD VILLAGE RESORTS, LLC | Alpine Sierra Ventures and Homewood Village Resorts, LLC<br>Attn: Deanna Gescheider<br>11025 Pioneer Trl Unit 101B<br>Truckee, CA 96161-0250 | Promotional Agreement | 09/30/2008 | 07/22/2009 |
| 2 | ASSURED MANAGEMENT CO. | Assured Management Co.<br>Attn: Steve Glassman<br>1901 W. 47th Place, Suite 200<br>Westwood, KS 66205 | Promotional Agreement (Tom Watson) | 09/09/2008 | 07/22/2009 |
| 3 | BALTIMORE OFFICE OF PROMOTION & THE ARTS | Baltimore Office Of Promotion & The Arts<br>Attn: Bob Sicard<br>7 E. Redwood Street, Suite 500<br>Baltimore, MD 21202-1124 | Promotional Agreement | 04/24/2009 | 07/22/2009 |
| 4 | BOEING CLASSIC | Boeing Classic<br>Attn: Chuck Nelson<br>1325 Sixth Avenue<br>Seattle, WA 98101 | Promotional Agreement | 08/17/2008 | 07/22/2009 |
| 5 | CAGNAZZI RACING | Cagnazzi Racing<br>Attn: Victor Cagnazzi<br>312 Rolling Hill Road<br>Mooresville, NC 28117 | NHRA Team Agreement | 01/01/2009 | 07/22/2009 |
| 6 | CASTLE HILL INC. | Castle Hill Inc.<br>Attn: Rebecca Knapp<br>366 Thames Street<br>Newport, RI 02840 | Promotional Agreement | 08/11/2008 | 07/22/2009 |
| 7 | CHARLES SCHWAB & CO., INC. | Charles Schwab & Co., Inc.<br>Attn: Leon Gilmore<br>17700 Arnold Drive<br>Sonoma, CA 95476 | Promotional Agreement | 10/13/2008 | 07/22/2009 |
| 8 | CLUB MANAGERS ASSOCIATION OF AMERICA | Club Managers Association Of America<br>Attn: James Singerling<br>1733 King Street<br>Alexandria, VA 22314 | Promotional Agreement | 04/24/2009 | 07/22/2009 |

**Annex I**

| | Counter Party / Parties | Contact/Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 9 | COLORADO COPPER CYCLIST | Colorado Copper Cyclist<br>Attn: Scott Olmsted<br>1855 South Pearl Street, #100<br>Denver, CO 80210 | Promotional Agreement | 03/18/2009 | 07/22/2009 |
| 10 | DAVID LEADBETTER ENTERPRISES | David Leadbetter Enterprises<br>Attn: David Leadbetter/David Pitt<br>1410 Masters Blvd.<br>Champions Gate, FL 33896 | Promotional Agreement | 05/07/2009 | 07/22/2009 |
| 11 | GOLDENBERG, MILLER, HELLER, ANTOGNOLI, ROWLAND, SHORT & GORI, P.C. | Goldenberg, Miller, Heller, Antognoli, Rowland, Short & Gori, P.C.<br>Attn: Randy L. Gori<br>701 Market Street, Suite 1375<br>Gateway One Building<br>Saint Louis, MO 63101-1848 | Settlement Agreement | 09/29/2006 | 07/22/2009 |
| 12 | HARTFORD JAYCEES COMMUNITY FOUNDATION | Hartford Jaycees Community Foundation<br>Attn: Nathan Grube<br>90 State House Square<br>Hartford, CT 06103 | Promotional Agreement | 05/20/2009 | 07/22/2009 |
| 13 | KB RACING LLC | KB Racing LLC<br>Attn: Ken Black<br>8085 Planting Fields<br>Las Vegas, NV 89117 | NHRA Team Agreement | 01/01/2009 | 07/22/2009 |
| 14 | KURT RACING | Kurt Racing<br>Attn: Kurt Johnson<br>700 North Price Road<br>Buford, GA 30518 | NHRA Team Agreement | 01/01/2009 | 07/22/2009 |
| 15 | LUXE HOTEL SUNSET BOULEVARD | Luxe Hotel Sunset Boulevard<br>Attn: Margit Haut<br>11461 Sunset Boulevard<br>Los Angeles, CA 90049 | Promotional Agreement | 10/15/2008 | 07/22/2009 |
| 16 | MAVIC, INC. | Mavic, Inc.<br>Attn: John Berlinger<br>17 Parkridge Road<br>Haverhill, MA 01835 | Promotional Agreement | 01/01/2009 | 07/22/2009 |

**Annex I**

| | Counter Party / Parties | Contact/Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 17 | PEDREGON RACING | Pedregon Racing<br>Attn: Tony Pedregon<br>462 Southpointe Circle<br>Brownsburg, IN 46112 | NHRA Team Agreement | 01/01/2009 | 07/22/2009 |
| 18 | PHILADELPHIA TRIATHLON, LLC ON BEHALF OF TRIUMPH APPAREL CORPORATION | Philadelphia Triathlon, LLC on behalf of Triumph Apparel Corporation<br>Attn: Richard Adler<br>203 East Lancaster Avenue<br>Wayne, PA 19087 | Promotional Agreement | 04/04/2009 | 07/22/2009 |
| 19 | PLUMBING-HEATING-COOLING CONTRACTORS ASSOCIATION | Plumbing-Heating-Cooling Contractors Association<br>Attn: Cindy Sheridan<br>180 South Washington<br>Falls Church, VA 22046 | Promotional Agreement | 01/03/2009 | 07/22/2009 |
| 20 | PRO-MOTOR ENGINEERING INC. | Pro-Motor Engineering Inc.<br>Attn: Mark Smith<br>102 South Iredell Industrial Park Road<br>Mooresville, NC 28115-7128 | Engine R&D Promotional Agreement | 07/22/2008 | 07/22/2009 |
| 21 | RAMSEY LEWIS | Ramsey Lewis<br>200 East Delaware Place, Apt. 6A<br>Chicago, IL 60611-5782 | Promotional Agreement | 12/01/2008 | 07/22/2009 |
| 22 | REFRIGERATION SERVICE ENGINEERS SOCIETY | Refrigeration Service Engineers Society<br>Attn: Josh Flaim<br>166 Rand Road<br>Des Plaines, IL 60016 | Promotional Agreement | 01/03/2009 | 07/22/2009 |
| 23 | ROCK RACING, INC. | Rock Racing, Inc.<br>Attn: Michael Ball<br>3525 Eastham Drive, Suite A<br>Culver City, CA 90232 | Promotional Agreement | 04/17/2009 | 07/22/2009 |
| 24 | SATURN OF BERLIN, INC. | Saturn of Berlin, Inc.<br>Attn: Anthony March<br>C/O Crystal Motors II, LLC<br>27750 Wesley Chapel Blvd.<br>Wesley Chapel, FL 33613 | Rent Support Agreement; Former Saturn Location | 08/18/2006 | 07/22/2009 |

**Annex I**

| | Counter Party / Parties | Contact/Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 25 | SIMMONSCOOPER, LLC | SimmonsCooper, Llc<br>707 Berkshire Blvd.<br>East Alton, IL 62024-1326 | Settlement Agreement | 01/01/2008 | 07/22/2009 |
| 26 | SOUTH UNIVERSITY AREA ASSOCIATION | South University Area Association<br>Attn: Maggie Ladd<br>605 Church Street, Suite 605<br>Ann Arbor, MI 48104 | Promotional Agreement | 05/04/2009 | 07/22/2009 |
| 27 | TEXAS AND SOUTHWESTERN CATTLE RAISERS ASSOCIATION | Texas And Southwestern Cattle Raisers Association<br>Attn: Tim Niedecken<br>1301 West 7Th Street<br>Fort Worth, TX 76102-2604 | Promotional Agreement | 01/03/2009 | 07/22/2009 |
| 28 | WILLIAM GWATNEY; LITTLE ROCK AUTO GROUP, INC. | William Gwatney; Little Rock Auto Group, Inc.<br>Attn: Diann Ford (Comptroller)<br>12601 West Markham Street<br>Little Rock, AR 72211 | Computer Support Agreement | 03/01/2007 | 07/22/2009 |