**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
**In re**

    **Motors Liquidation Company**     **In Proceedings For A**
                                                    **Reorganization Under**
               **Debtor.**     **Chapter 11**
                                                    **Case No: 09-50026 (REG)**
                                                    **(Jointly Administered)**

----------------------------------------------------------X


**<u>CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER</u>**


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, **July 27, 2009**, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.