CARSON FISCHER, P.L.C.
*Counsel for Karmann U.S.A., Inc.*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302
(248) 644-4840
Robert A. Weisberg (P26698)
Patrick J. Kukla (P60465)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                       :
In re:                                                 :         Chapter 11
                                                       :         Case No.: 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al.,*   :         (Jointly Administered)
   f/k/a General Motors Corporation, et al.,   :
                                                       :
        Debtors.                                       :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

1. Papers Served: Karmann U.S.A., Inc.'s Objection to Debtors' Fourth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts

2. Served Upon: Motors Liquidation Company
   Attn:  Ted Stenger, Esq.
   300 Renaissance Center
   Detroit, Michigan  48265

   Weil, Gotshal & Manges, LLP
   Attn:   Harvey R. Miller, Esq.
           Stephen Karotkin, Esq.
           Joseph H. Smolinsky, Esq.
   767 Fifth Avenue
   New York, NY 10153

   U.S. Department of Treasury
   Attn:   Matthew Feldman, Esq.
   1500 Pennsylvania Avenue, NW
   Room 2312
   Washington, DC 20220

        Cadwalader, Wickersham & Taft, LLP
        Attn:   John J. Rapisardi, Esq.
        One World Financial Center
        New York, NY 10281

        Vedder Price, P.C.
        Attn:   Michael J. Edelman, Esq.
                 Michael L. Schein, Esq.
        1633 Broadway
        47th Floor
        New York, NY 10019

        Office of the United States Trustee
        for the Southern District of New York
        Attn:   Diana G. Adams, Esq.
        33 Whitehall Street, 21st Floor
        New York, NY 10004

        Kramer, Levin, Naftalis & Frankel, LLP
        Attn:   Kenneth H. Eckstein, Esq.
                 Thomas M. Mayer, Esq.
                 Adam C. Rogott, Esq.
                 Gordon Z. Novod
        1177 Avenue of the Americas
        New York, NY  10036

        U.S. Attorney's Office, S.D.N.Y.
        Attn: David S. Jones, Esq.
                Matthew L. Schwartz, Esq.
        86 Chambers Street, 3rd Floor
        New York, New York  10007

3.    Date of Service:   July 27, 2009

4.    Method of Service:   Federal Express

                            CARSON FISCHER, P.L.C.
                            *Attorneys for Findlay Industries, Inc.*

                            By:  /s/ Patrick J. Kukla

Dated: July 27, 2009