**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**In re**

  **Motors Liquidation Company**     **In Proceedings For A**
                  **Reorganization Under**
       **Debtor.**          **Chapter 11**
                  **Case No: 09-50026 (REG)**
                  **(Jointly Administered)**

-----------------------------------------------------------X

## CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, **July 27, 2009**, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.