UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                                                    :

GENERAL MOTORS CORP., *et al.*,                          :

                                                         Debtors.        :

-------------------------------------------------------------x

Chapter 11 Case No.

09-50026 (REG)

(Jointly Administered)

DECLARATION AND DISCLOSURE STATEMENT OF  Charles A. Gilfeather,

ON BEHALF OF  Braun Kendrick Finkbeiner P.L.C.

STATE OF ___MICHIGAN___            )
                                   ) ss:
COUNTY OF ___SAGINAW___            )

     Charles A. Gilfeather , hereby declares, pursuant to section 1746 of title 28 of the

United States Code:

         1.    I am a [INSERT TITLE] of ___Attorney___, located at
Braun Kendrick Finkbeiner P.L.C.
_____ (the "**Firm**").

         2.    General Motors Corporation and certain of its subsidiaries, as debtors and

debtors in possession in the above-captioned chapter 11 cases ( collectively, the "**Debtors**"),

have requested that the Firm provide legal services to the Debtors, and the Firm has consented

to provide such services.

         3.    The Firm may have performed services in the past and may perform

services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties

in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is

retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases.  The Firm does not perform services for any such person in connection with these chapter 11 cases.  In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which my Firm is to be employed.

4.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.    Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which my Firm is to be employed.

6.    The Debtors owe the Firm $ $13,717.71 ___ for prepetition services.

7.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

July 6, 2009                   .

                                        BRAUN KENDRICK FINKBEINER P.L.C.

                                        By:_____
                                            CHARLES A. GILFEATHER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                  :
In re                                             :      Chapter 11 Case No.
                                                  :
GENERAL MOTORS CORP., *et al.*,                   :      09-50026 (REG)
                                                  :
                              Debtors.            :      (Jointly Administered)
                                                  :
------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENERAL MOTORS
CORPORATION OR ANY OF ITS DEBTOR SUBSIDIARIES (collectively, the "**Debtors**")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Attn:   Russell B. Brooks

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

1.      Name and address of firm:

      Braun Kendrick Finkbeiner P.L.C.

      4301 Fashion Square Boulevard

      Saginaw, MI   48603


2.      Date of retention:     1969

3.  Brief description of services to be provided:

Workers' Compensation defense

_____

_____

4.  Arrangements for compensation (hourly, contingent, etc.):

Fixed Fee

(a)  Average hourly rate (if applicable):

_____

(b)  Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

Average 30 cases per month at $1,300 per case

5.  Prepetition claims against the Debtors held by the firm:

Amount of claim:        $_____

Date claim arose:       Various dates during course of business

Source of Claim:        Defense

6.  Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name: _____None_____

Status: _____

Amount of Claim: $___13,717.71_____

Date claim arose: _____

Source of claim: _____

_____

_____

_____

7.    Stock of the Debtors currently held by the firm:

Class of shares:  _____None_____

No. of shares:  _____None_____

8.    Stock of the Debtors currently held individually by any member, associate,
or professional employee of the firm:

Name:  _____Unknown_____

Status:  _____

_____

Class of shares:  _____

No. of shares:  _____

9.    Disclose the nature and provide a brief description of any interest adverse to
the Debtors or to their estates with respect to the matters on which the above-
named firm is to be employed.

_____None_____

_____

_____

_____

11.    Name of individual completing this form:

Charles A. Gilfeather
_____