9

# **AHCCV 2**

2

# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153
(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

HARVEY R. MILLER
DIRECT LINE (212) 310-8500
E-MAIL: harvey.miller@weil.com

April 9, 2009

**Via Electronic Mail**

Barry E. Bressler, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Philadelphia, Pennsylvania 19103-7286

Re:   **General Motors Corporation**

Dear Mr. Bressler:

Receipt of your letter dated April 7, 2009 hereby is acknowledged. We appreciate your advice as to the Committee of Consumer-Victims and its intended course of action if there is a bankruptcy reorganization case initiated by General Motors Corporation.

We also appreciate the Committee's desire to work with General Motors in the future, should the occasion arise. At this point in time, however, there really is nothing to discuss.

Thank you for your interest.

Very truly yours,

/s/ Harvey R. Miller

Harvey R. Miller

HRM/jp

AHCCV 02