Harvey R. Miller
Stephen Karotkin
Irwin H. Warren
John A. Neuwirth
Michele J. Meises
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Attorneys for Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :    09-50026 (REG)
       f/k/a General Motors Corp., *et al.*                    :
                                                               :
                                    Debtors.                   :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

NOTICE OF FILING OF EXHIBITS OFFERED INTO
EVIDENCE AT HEARING TO CONSIDER DEBTORS' MOTION
PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), AND (m), AND 365 AND FED. R.
BANKR. P. 2002, 6004, AND 6006, TO APPROVE THE SALE PURSUANT TO
THE AMENDED AND RESTATED MASTER SALE AND PURCHASE AGREEMENT

PLEASE TAKE NOTICE that, in accordance with Rule 8007-1(a) of the Local

Bankruptcy Rules for the Southern District of New York, Motors Liquidation Company, *et al.*

(f/k/a General Motors Corporation, *et al.* "**GM**") and its affiliated debtors, as debtors

(collectively, the "**Debtors**"), have filed the documents set forth in the schedule below (the

"**Documents**") so that they appear on the Bankruptcy Court's ECF system (with the exception of

those Documents that have already been filed and appear on the Bankruptcy Court's ECF system

or are concurrently being filed under seal (each as noted below)). These Documents were

US_ACTIVE:\43114711\01\43114711_1.DOC\.

exhibits that were introduced into evidence at the hearing before the Bankruptcy Court on June 30, July 1, and July 2, 2009 to consider GM's motion to sell assets under 11 U.S.C. § 363, among other things.

| Party Introducing Exhibit | Exhibit Name and Number | Exhibit Title/Description | Comment |
|---|---|---|---|
| Unofficial Committee of Family and Dissident Bondholders | Bondholder 1 | Plan B Support Team: 363 Kickoff Presentation dated April 7, 2009 | Exhibit filed under seal |
| Unofficial Committee of Family and Dissident Bondholders | Bondholder 2 | Cadwalader Presentation: "Use of 363 to expedite restructuring of OEMs" | Exhibit filed under seal |
| Unofficial Committee of Family and Dissident Bondholders | Bondholder 3 | GM/UAW/UST/VEBA Discussion Presentation dated May 18, 2009 | Exhibit filed under seal |
| Product Liability Claimants Advocates and Consumer Organizations | PLCA 1 | 363 Sale Update Presentation | Exhibit filed under seal |
| Product Liability Claimants Advocates and Consumer Organizations | PLCA 2 | Email and attachment titled "Warrant Strike Price Calculation" sent from Stephen Worth to Harry Wilson and dated June 1, 2009 | Exhibit filed under seal |
| The Objecting Unions: the IUE-CWA, United Steelworkers, and International Union of Operating Engineers | IUE Binder 1: Exhibits 1-8 | Binder 1 of 2 containing IUE exhibits admitted into evidence at the 363 sale hearing | See Docket Nos. 1948, 1953, 1956, 2624, 2737 |
| The Objecting Unions: the IUE-CWA, United Steelworkers, and International Union of Operating Engineers | IUE Binder 2: Exhibits 9-12 | Binder 2 of 2 containing IUE exhibits admitted into evidence at the 363 sale hearing | Exhibits filed under seal |
| Ad Hoc Committee of Consumer Victims | AHCCV 1 | Letter from B. Bressler to H. Miller dated April 7, 2009. | |
| Ad Hoc Committee of Consumer Victims | AHCCV 2 | Letter from H. Miller to B. Bressler dated April 9, 2009. | |
| Ad Hoc Committee of State Attorneys General | AG 1 | 363 Sale Order | |
| Debtors | Debtors 1 | Declaration of William C. Repko in Support of Debtors' Proposed Debtor | See Docket No. 68 |

| **Party Introducing Exhibit** | **Exhibit Name and Number** | **Exhibit Title/Description** | **Comment** |
|---|---|---|---|
| | | in Possession Financing Facility and Exhibits Thereto | |
| Debtors | Debtors 2 | Supplemental Declaration of William C. Repko in Support of Debtors' Proposed Debtor in Possession Financing Facility | See Docket No. 422 |
| Debtors | Debtors 3 | Declaration of J. Stephen Worth in Support of the Proposed Sale of Debtors' Assets to Vehicle Acquisition Holdings LLC and Exhibits Thereto | See Docket No. 425 |
| Debtors | Debtors 4 | Supplemental Declaration of J. Stephen Worth in Support of the Proposed Sale of Debtors' Assets to Vehicle Acquisition Holdings LLC | See Docket No. 431 |
| Debtors | Debtors 5 | Declaration of Albert Koch and Exhibits Thereto | See Docket No. 435 |
| Debtors | Debtors 6 | Loan and Security Agreement by and between Borrower and U.S. Dept. of Treasury as Lender, dated as of December 31, 2008 (Execution Version), and all Appendices, Schedules, Amendments and Exhibits Thereto | |
| Debtors | Debtors 7 | Guaranty and Security Agreement, dated as of December 31, 2008 | |
| Debtors | Debtors 8 | Equity Pledge Agreement, dated as of December 31, 2008 | |
| Debtors | Debtors 9 | Indenture, dated as of November 15, 1990, between GM and Wilmington Trust Company, as Successor Trustee, and all Amendments and Supplements Thereto | |
| Debtors | Debtors 10 | Indenture, dated as of December 7, 1995, between GM and Wilmington Trust Company, as Successor Trustee, and all Amendments and Supplements Thereto | |
| Debtors | Debtors 11 | Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among GM, Deutsche Bank AG London and Banque Générale du Luxembourg S.A., and all Amendments and Supplements Thereto | |

| Party Introducing Exhibit | Exhibit Name and Number | Exhibit Title/Description | Comment |
|---|---|---|---|
| Debtors | Debtors 12 | Fiscal and Paying Agency Agreement, dated as of July 10, 2003, among General Motors Nova Scotia Finance Company, GM, Deutsche Bank Luxembourg S.A. and Banque Générale du Luxembourg S.A., and all Amendments and Supplements Thereto | |
| Debtors | Debtors 13 | Bond Purchase and Paying Agency Agreement, entered into as of May 28, 1986, by and between GM and Credit Suisse, and all Amendments and Supplements Thereto | |
| Debtors | Debtors 14 | NADA Statement on GM's Revised Participation Agreement | |
| Debtors | Debtors 15 | Affidavit of Frederick A. Henderson Pursuant to Local Bankruptcy Rule 1007-2, dated June 1, 2009 | See Docket No. 21 |
| Debtors | Debtors 16 | Supplemental Affidavit of Frederick A. Henderson Pursuant to Local Bankruptcy Rule 1007-2, dated June 25, 2009 | See Docket No. 2479 |
| Debtors | Debtors 6A | Amended Master Sale and Purchase Agreement | |
| Debtors | Debtors 17 | Second Amended Certificate of Service of Garden City Group | See Docket No. 2852 |
| Environmental Conservation and Chemical Corp. Site Trust Fund | Bernstein 1 | Order of Judge Nolan | |
| Environmental Conservation and Chemical Corp. Site Trust Fund | Bernstein 2 | Consent Decree | |
| Environmental Conservation and Chemical Corp. Site Trust Fund | Bernstein 3 | Trust Agreement | |
| Environmental Conservation and Chemical Corp. Site Trust Fund | Bernstein 4 | Assessment | |
| State of Texas | Texas AG 1 | GM cover letter dated June 1, 2009 regarding proposed Dealer | |

| Party Introducing Exhibit | Exhibit Name and Number | Exhibit Title/Description | Comment |
|---|---|---|---|
| | | Participation Agreements | |
| State of Texas | Texas AG 2 | GM proposed Dealer Participation Agreement dated June 1, 2009 | |
| State of Texas | Texas AG 3 | GM proposed letter agreement dated June 9, 2009 modifying the Dealer Participation Agreement | |
| State of Texas | Texas AG 4 | Informal document request to WGM dated June 23, 2009 | |
| State of Texas | Texas AG 5 | Email transmission of June 23, 2009 request from J. Casey Roy to WGM | |
| State of Texas | Texas AG 6 | GM cover letter dated June 1, 2009 accompanying the final version Dealer Participation Agreements | |
| State of Texas | Texas AG 7 | GM final version Dealer Participation Agreements dated June 1, 2009 | |
| State of Texas | Texas AG 8 | GM final version of proposed letter agreement dated June 9, 2009 modifying the Dealer Participation Agreement | |
| State of Texas | Texas AG 9 | Email exchange dated June 26, 2009 between Evert Christensen and J. Casey Roy, forwarding Exhibits 6, 7, and 8 to J. Casey Roy | |
| International Union, United Automobile, Aerospace and Agricultural Implement Workers of America | UAW 1 | Declaration of David Curson | See Docket No. 2518 |
| Oliver Addison Parker | Parker 1 | Form 424B5 filed by GM on June 27, 2003 | |
| Oliver Addison Parker | Parker 2 | Treasury Secretary Paulson's Determination regarding TARP dated December 19, 2008 and accompanying letters to Congress | |
| Oliver Addison Parker | Parker 3 | Treasury Secretary Geithner's Determination regarding TARP dated April 29, 2009 | |
| United States of America | UST 1 | Declaration of Harry Wilson and attached Exhibits | See Docket No. 2577 |
| United States of America | UST 2 | Intercreditor Agreement between GM and UST dated February 11, 2009 | See Docket No. 2659 |
| United States of America | UST 3 | First Amendment and Consent Agreement between GM and UST | See Docket No. 2659 |

| **Party Introducing Exhibit** | **Exhibit Name and Number** | **Exhibit Title/Description** | **Comment** |
|---|---|---|---|
| | | dated February 11, 2009 | |
| United States of America | UST 4 | Intercreditor Agreement between GM and UST dated February 17, 2009 | See Docket No. 2659 |

Dated:  New York, New York
       July 27, 2009

                              /s/ Harvey R. Miller
                              Harvey R. Miller
                              Stephen Karotkin
                              Irwin H. Warren
                              John A. Neuwirth
                              Michele J. Meises
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York  10153
                              Telephone:  (212) 310-8000
                              Facsimile:  (212) 310-8007

                              Attorneys for Debtors and
                              Debtors in Possession