# Texas AG 5

(6/24/2009) Casey Roy - In re General Motors Corp., et al., Case No. 09-50026                                    Page 1

**From:** Casey Roy
**To:** harvey.miller@weil.com; joseph.smolinsky@weil.com; stephen.karotkin@we...
**Date:** 6/23/2009 3:31 PM
**Subject:** In re General Motors Corp., et al., Case No. 09-50026
**Attachments:** WGM_06.23.09_ltr.pdf

Dear Counsel:

Please see the attached correspondence in the referenced case.

Best regards,

J. Casey Roy
Assistant Attorney General
Bankruptcy & Collections Div.
Office of The Texas Attorney General
(512) 475-4555 (direct)
(512) 482-8341 (fax)
casey.roy@oag.state.tx.us

EXHIBIT
5