# Texas AG 9

**Casey Roy - Re: GM -- Dealer Participation Agreements**

From:         <evert.christensen@weil.com>
To:           <Casey.Roy@oag.state.tx.us>
Date:         6/26/2009 11:38 AM
Subject:      Re: GM -- Dealer Participation Agreements
CC:           <irwin.warren@weil.com>, <john.neuwirth@weil.com>, <ray.guy@weil.com>
Attachments:  Ltr.pdf

Mr. Roy:

Attached is the letter you requested.


Evert J. Christensen, Jr.*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8144
Fax: (212) 310-8007
evert.christensen@weil.com

*Admitted to practice in Delaware only; admission pending in New York



"Casey Roy" <Casey.Roy@oag.state.tx.us>

06/26/2009 10:22 AM

To <evert.christensen@weil.com>
cc <irwin.warren@weil.com>, <john.neuwirth@weil.com>, <ray.guy@weil.com>
Subject Re: GM -- Dealer Participation Agreements


Thank you, Mr. Christensen.  I appreciate your courtesy and assistance.
Can you also provide a copy of the "cover letter" sent with the June 1
dealer participation agreement?

Best regards,

J. Casey Roy
Assistant Attorney General
Bankruptcy & Collections Div.
Office of The Texas Attorney General
(512) 475-4555 (direct)
(512) 482-8341 (fax)
casey.roy@oag.state.tx.us

>>> <evert.christensen@weil.com> 6/26/2009 9:05 AM >>>


EXHIBIT
9

Page 2 of 2



Dear Mr. Roy:

Attached please find the dealer participation agreement materials you requested in your letter of June 23. Please contact me if you have any

problems receiving the attachments.


Very truly yours,

Evert J. Christensen, Jr.*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8144
Fax: (212) 310-8007
evert.christensen@weil.com

*Admitted to practice in Delaware only; admission pending in New York


-------------------------------------
The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you



The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

