# **Parker 3**



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

SECRETARY OF THE TREASURY

## DETERMINATION

WHEREAS, section 101 of the Emergency Economic Stabilization Act of 2008 (the "Act")
authorizes the Secretary of the Treasury (the "Secretary") to establish the Troubled Assets Relief
Program (the "TARP") to purchase, and to make and fund commitments to purchase, troubled
assets from any financial institution, on such terms and conditions as are determined by the
Secretary, and in accordance with the Act and the policies and procedures developed and
published by the Secretary;

WHEREAS, section 3(5) of the Act defines the term "financial institution" to mean any
institution, including, but not limited to, any bank, savings association, credit union security
broker or dealer, or insurance company, established and regulated under the laws of the United
States or any State, territory, or possession of the United States, the District of Columbia,
Commonwealth of Puerto Rico, Commonwealth of Northern Mariana Islands, Guam, American
Samoa, or the United States Virgin Islands, and having significant operations in the United
States, but excluding any central bank of, or institution owned by, a foreign government;

WHEREAS, section 3(9)(A) of the Act defines the term "troubled assets" to mean residential or
commercial mortgages and any securities, obligations, or other instruments that are based on or
related to such mortgages, that in each case was originated or issued on or before March 14,
2008, the purchase of which the Secretary determines promotes financial market stability;

WHEREAS, section 3(9)(B) of the Act further defines the term "troubled assets" to mean any
other financial instrument that the Secretary, after consultation with the Chairman of the Board
of Governors of the Federal Reserve System (the "Chairman"), determines the purchase of which
is necessary to promote financial market stability, but only upon transmittal of such
determination, in writing, to the appropriate committees of Congress;

WHEREAS, section 3(1) of the Act defines the term "appropriate committees of Congress" to
mean the Committee on Banking, Housing, and Urban Affairs, the Committee on Finance, the
Committee on the Budget, and the Committee on Appropriations of the Senate; and the
Committee on Financial Services, the Committee on Ways and Means, the Committee on the
Budget, and the Committee on Appropriations of the House of Representatives;

WHEREAS, the TARP has established the Automotive Industry Financing Program ("AIFP") to
purchase and fund commitments to purchase troubled assets from holding companies and other
companies engaged in the manufacturing of automotive vehicles in order to prevent a significant
disruption of the American automotive industry, a risk to financial market stability and a negative
effect on the real economy of the United States;

WHEREAS, certain companies engaged in the manufacturing of automotive vehicles have applied under the TARP AIFP requesting that the Department of the Treasury purchase debt obligations or equity of such holding companies and other companies consistent with the AIFP;

WHEREAS, such holding companies and other companies are "financial institutions" for purposes of section 3(5) of the Act as they are "institutions" established and regulated under the laws of the United States and have significant operations in the United States; and

WHEREAS, as Secretary, I have consulted with the Chairman, and we have jointly concluded that the TARP's purchase of the debt obligations or equity is necessary to promote financial market stability.

NOW, THEREFORE, I HEREBY DETERMINE that the debt obligations or equity of such institutions are financial instruments the purchase of which is necessary to promote financial market stability, and, as such, are "troubled assets," as that term is defined in section 3(9)(B) of the Act, and eligible to be purchased under the TARP; and

I HEREBY direct that this determination be transmitted to the appropriate committees of Congress.

Timothy F. Geithner

April 29, 2009