CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Joel D. Applebaum (Mich. Bar. No. P36774)
admitted *pro hac vice*
japplebaum@clarkhill.com
(313) 965-8579

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, | ) | (Jointly Administered) |
| et al., f/k/a GENERAL MOTORS CORP, | ) | |
| *et al.*, | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF W.E.T. AUTOMOTIVE SYSTEMS LTD TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

The Debtors and W.E.T. Automotive Systems Ltd. ("W.E.T. Automotive") having resolved the Cure Amount dispute raised in the *Limited Objection of W.E.T. Automotive Systems Ltd. to Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Objection") [Docket No. 2605] pursuant to that certain letter agreement between the parties dated July 24, 2009 (the "Letter Agreement"), W.E.T. Automotive hereby withdraws the Objection.

5943451.2 28360/130242

|  |  |
|---|---|
| Dated: July 28, 2009 | Respectfully submitted, |
|  | CLARK HILL PLC |
|  |    /s/ Joel D. Applebaum |
|  | CLARK HILL PLC |
|  | 151 S. Old Woodward Avenue, Suite 200 |
|  | Birmingham, Michigan 48009 |
|  | Joel D. Applebaum (Mich. Bar. No. P36774) |
|  | admitted *pro hac vice* |
|  | japplebaum@clarkhill.com |
|  | (313) 965-8579 |
|  | Counsel to W.E.T. Automotive Systems Ltd. |

5943451.2 28360/130242