JANICE M. WOOLLEY, #15236
MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
11404 W. Dodge Road, Suite 500
Omaha, NE 68154
Telephone: (402) 492-9200
FAx: (402) 492-9222
Email: janwoolley@mgwl.com

*Attorneys for NS - 200 Cabot PA, L.L.C., a Pennsylvania limited liability company*
*NS - 608 Caperton WV, L.L.C., a West Virginia limited liability company*
*NS - 1500 Marquette MS, L.L.C., a Mississippi limited liability company*
*NS - 2200 Willis Miller WI, L.L.C., a Wisconsin limited liability company*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (REG) (Jointly Administered) |
| Debtors. | Honorable Robert E. Gerber |

**NOTICE OF WITHDRAWAL OF
LIMITED OBJECTION OF NS - 200 CABOT PA, L.L.C.,
NS - 608 CAPERTON WV, L.L.C., NS - 1500 MARQUETTE MS, L.L.C., and
NS - 2200 WILLIS MILLER WI, L.L.C. TO
NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY,
AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND (II) CURE COSTS RELATED THERETO**

Please take notice that NS - 200 Cabot PA, LLC, NS - 608 Caperton WV, L.L.C., NS - 1500 Marquette MS, L.L.C., and NS - 2200 Willis Miller WI, L.L.C. (collectively the "NS - Entities"), by and through their undersigned counsel, hereby withdraws their limited objection (the "Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto filed in the above-captioned case on June 27, 2009 [Docket No. 1327].

(remainder of page intentionally blank)

346128_1.DOC


Dated: Omaha, Nebraska

July 28, 2009

                                        MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.

By: *Janice M. Woolley* (signature)

               Janice M. Woolley, #15236
               McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O.
               11404 West Dodge Road, Suite 500
               Omaha, NE  68154-2584
               Telephone:  (402) 492-9200
               Fax:  (402) 492-9222
               Email:  janwoolley@mgwl.com
               ATTORNEYS FOR NS - 200 Cabot PA, LLC, NS - 608
               Caperton WV, L.L.C., NS - 1500 Marquette MS, L.L.C.,
               and NS - 2200 Willis Miller WI, L.L.C.

346128_1.DOC