JANICE M. WOOLLEY, #15236
MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
11404 W. Dodge Road, Suite 500
Omaha, NE 68154
Telephone: (402) 492-9200
FAx: (402) 492-9222
Email: janwoolley@mgwl.com

*Attorneys for NS - 200 Cabot PA, L.L.C., a Pennsylvania limited liability company
NS - 608 Caperton WV, L.L.C., a West Virginia limited liability company
NS - 1500 Marquette MS, L.L.C., a Mississippi limited liability company
NS - 2200 Willis Miller WI, L.L.C., a Wisconsin limited liability company*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (REG) (Jointly Administered) |
| Debtors. | |
| | Honorable Robert E. Gerber |

## CERTIFICATE OF SERVICE

I, Janice M. Woolley, hereby certify that on July 28, 2009, a true and correct copy of the Withdrawal of Objection of NS - 200 Cabot PA, LLC, NS - 608 Caperton WV, L.L.C., NS - 1500 Marquette MS, L.L.C. and NS - 2200 Willis Miller WI, L.L.C. to (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto, was electronically filed with the Clerk of the Bankruptcy Court for the Southern District of New York using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearances in this matter, and mailed by U.S. Mail, first class, postage prepaid, to all persons listed below.

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center<br>Mailcode 480-206-114 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220<br>Attn: Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Attn: John J. Rapisardi, Esq. |

| Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York  10019<br>Attn:  Michael J. Edelman, Esq.<br>Michael L. Schein, Esq. | Office of United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn:  Diana G. Adams, Esq. |
|---|---|
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn:  Gordon Z. Novod, Esq. | Chambers Copy<br>Hon. Robert E. Gerber<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 621<br>New York, New York 10004-1408 |

MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.

By:    Janice M Woolley

Janice M. Woolley, #15236
McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O.
11404 West Dodge Road, Suite 500
Omaha, NE  68154-2584
Telephone:  (402) 492-9200
Fax: (402) 492-9222
Email:  janwoolley@mgwl.com
ATTORNEYS FOR CREDITORS

Dated:  July 28, 2009

346129_1.DOC