UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____/

IN RE: GENERAL MOTORS CORP., et al,    Chapter 11

Debtors.    File No. 09-50026 (REG)

Jointly Administered
_____/

**WITHDRAWAL OF OBJECTION OF CREDITOR CONVENTION & SHOW SERVICES, INC. TO DEBTORS' MOTION TO ASSUME AND ASSIGN CERTAIN CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY RELATING TO CURE AMOUNT, ONLY**

Creditor CONVENTION & SHOW SERVICES, INC., through Sullivan, Ward, Asher & Patton, P.C., its attorneys, hereby WITHDRAWS its objection to Debtors' Motion to Assume And Assign Certain Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property, relating to the "Cure Amount" for Creditor (Docket No.1135)

Respectfully submitted,

SULLIVAN, WARD,
ASHER & PATTON, P.C.

By: _____
DEBRA BETH PEVOS (P36196)
Attorney for Creditor Convention
& Show Services, Inc.
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
(248) 746-0700
dpevos@swappc.com

Dated: July 28, 2009    W0780866