Larry E. Parres, Esq.
Lewis, Rice & Fingersh, L.C.
500 North Broadway, Suite 2000
St. Louis, MO 63102
(314) 444-7660 - Phone
(314) 612-7660 - Fax
E-Mail:  lparres@lewisrice.com
Counsel for Leggett & Platt, Incorporated

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | : | |
| --- | --- | --- |
| | : | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP, et al., | : | |
| | : | Chapter 11 |
| Debtors. | : | |
| | : | Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION OF LEGGETT AND PLATT,
INCORPORATED TO PROPOSED CURE AMOUNT**

**PLEASE TAKE NOTICE THAT:**

On account of a consensual resolution between Leggett and Platt, Incorporated ("LP") and the Debtors, LP hereby withdraws the Objection of Leggett and Platt, Incorporated to Proposed Cure Amount [Docket No. 2168].

New York, NY
Date:  July 28, 2009

           Respectfully submitted,

           LEWIS, RICE & FINGERSH, L.C.

           By: /s/ Larry E. Parres
              Larry E. Parres

           500 North Broadway, Suite 2000
           St. Louis, MO 63102
           (314) 444-7660 - Phone
           (314) 612-7660 - Fax
           E-Mail:  lparres@lewisrice.com
           Counsel for Leggett & Platt, Incorporated

1554862.01\051022.49818

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2009, a true and copy of the foregoing was mailed via first-class mail, postage prepaid, to the following parties in addition to all parties receiving CM/ECF Notice:

| General Motors Corporation<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Fax No. 586-578-3505 | Vedder Price, P.C.<br>Attorneys for Export Development Canada<br>Attn: Michael J. Edelman<br>     Michael L. Schein<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Fax No. 212-407-7799 |
|---|---|
| Weil, Gotshal & Manges LLP<br>Attorneys for the Debtors<br>Attn: Harvey R. Miller<br>     Stephen Karotkin<br>     Joseph Smolinsky<br>767 Fifth Avenue<br>New York, NY 10153<br>Fax No. 212-310-8007 | Kramer Levin Naftalis & Frankel LLP<br>Attn: Gordon Z. Novod<br>     Thomas Moers Mayer<br>Attorneys for Official Unsecured Creditors Committee<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Fax No. 212-715-8000 |
| U.S. Treasury<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, D.C. 20220<br>Fax No. 202-622-6415 | Office of the United States Trustee<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Fax No. 212-668-2255 |
| Caldwalader, Wickersham & Taft<br>Attorneys for Purchaser<br>Attn: John J. Rapisardi<br>One World Financial Center<br>New York, NY 10281<br>Fax No. 212-504-6666 | Kimberly A. Yourchock, Esq.<br>Abby Michalsky, Esq.<br>Honigman Miller Schwarts and Cohn<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226-3506<br>Fax No. 313-465-7671 |

/s/ Larry E. Parres