Angela Z. Miller, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York   10022
Tel. 212-759-4888
Fax. 212-308-9079

-and-

3400 HSBC Center
Buffalo, New York 14203
Tel. 716-847-8400
Fax. 716-852-6100
Attorneys for Phillips Lytle LLP, pro se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

———————————————————————

**WITHDRAWAL OF OBJECTION OF PHILLIPS LYTLE LLP
TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND
ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES
OF PERSONAL PROPERTY AND UNEXPIRED LEASES
OF NONRESIDENTIAL REAL PROPERTY AND
(II) CURE AMOUNTS RELATED THERETO**

Phillips Lytle LLP, formerly knows as Phillips, Lytle, Hitchcock, Blaine & Huber LLP ("PL"), pro se, hereby withdraws the Objection of Phillips Lytle LLP to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto dated June 12, 2009 (Docket No. 715).

Dated: July 28, 2009
       Buffalo, New York

                           PHILLIPS LYTLE LLP

                           By  s/ Angela Z. Miller
                               Angela Z. Miller
                               Allan L. Hill
                           Pro se
                           Suite 3400
                           One HSBC Center
                           Buffalo, New York  14203-2887
                           Telephone No. (716) 847-8400
                             and
                            437 Madison Avenue, 34th Floor
                            New York, New York   10022
                            Tel. 212-759-4888

Doc # 01-2309550.1