**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, | ) | (Jointly Administered) |
| *et al.,* f/k/a *GENERAL MOTORS CORP,* | ) | |
| *et al.,* | ) | |
| Debtors. | | |

## CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Document Served:   Notice of Withdrawal Limited Objection of V2Soft, Inc. Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Lease of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto

Method of Service/
Served Upon:   By electronic mail (via the ECF System); also, on all parties shown on Exhibit A attached hereto via First Class Mail

Date of Service:   June 28, 2009

Clark Hill PLC

By: /s/ *Secret S. Washington*
Secret S. Washington
151 S. Old Woodward Ave, Suite 200
Birmingham, MI  48009
313-965-8255

Dated:  June 28, 2009

# EXHIBIT A

| | |
|---|---|
| Robert D. Wolford<br>Miller, Johnson, Snell & Cummiskey, PLC<br>250 Monroe Avenue, N.W.<br>Suite 800<br>Grand Rapids, MI 49503 | General Motors Corporation<br>Attn:  Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025 |
| Weil, Gotshal & Manges LLP<br>Attn:   Harvey R. Miller, Stephen Karotkin,<br>           Joseph H. Smolinsky<br>767 Fifth Avenue<br>New York, NY  10153 | U.S. Treasury<br>Attn:  Matthew Feldman<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC  20220 |
| Cadwalader, Wickersham & Taft LLP<br>Attn:  John J. Rapisardi<br>One World Financial Center<br> New York, New York 10281 | Vedder Price, P.C.<br>Attn:   Michael J. Edelman and<br>           Michael L. Schein<br>1633 Broadway, 47th Floor<br>New York, New York 10019 |
| Office of the U.S. Trustee of the SDNY<br>Attn:  Diana G. Adams<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Official Committee of Unsecured Creditors<br>Attn:   Thomas Moers Mayer<br>           Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |