**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **GENERAL MOTORS CORP.**, *et al.*, | : | **09-50026 (REG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I certify that on July 28, 2009, I served a copy of the foregoing pleading on all parties by filing the pleading through the Electronic Filing System.

The following were served with hard copies by hand:

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
*Attorneys for the Debtors*

Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Adam C. Rogoff, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
*Attorneys for the statutory committee of unsecured creditors*

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP, attorneys
for the United States Department of the Treasury, One World Financial Center, New
York, New York 10281
*Attorneys for the United States Department of the Treasury*

Diana G. Adams, Esq.
The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

David S. Jones, Esq.
Matthew L. Schwartz, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007

The following were served with hard copies by Federal Express:

Matthew Feldman, Esq.
The United States Department of the Treasury,
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

_____
Juan A. Skirrow