CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, | ) | (Jointly Administered) |
| et al., f/k/a GENERAL MOTORS CORP, | ) | |
| *et al.*, | ) | |
| | ) | |
| _____ Debtors. _____ | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF GRANGER ELECTRIC**
**COMPANY TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN**
**CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL**
**PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL**
**PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

The Debtors and Granger Electric Company ("Granger") having resolved the Cure

Amount dispute raised in the *Limited Objection of Granger Electric Company to Notice of (I)*

*Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of*

*Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure*

*Amounts Related Thereto* (the "Objection") [Docket No. 706] pursuant to that certain letter

agreement between the parties dated July 17, 2009 (the "Letter Agreement"), Granger withdraws

5942721.2 28785/116810

the Objection, said withdrawal to be effective only upon payment to Granger of all outstanding

Cure Amounts in accordance with the Letter Agreement.

Dated: July 28, 2009                                Respectfully submitted,

                                                    CLARK HILL PLC

                                                    ____/s/ Robert D. Gordon_____
                                                    CLARK HILL PLC
                                                    151 S. Old Woodward Avenue, Suite 200
                                                    Birmingham, Michigan 48009
                                                    Robert D. Gordon (Mich. Bar. No. P48627)
                                                    admitted *pro hac vice*
                                                    rgordon@clarkhill.com
                                                    (313) 965-8572

                                                    Counsel to Granger Electric Company

5942721.2 28785/116810