**EXHIBIT B**

filed 4-10-09

SUPERIOR COURT OF WASHINGTON FOR SNOHOMISH COUNTY

| | |
|---|---|
| GMAC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EVERETT CHEVROLET, INC., a Delaware Corporation; and JOHN REGGANS and JANE DOE REGGANS and their marital community,<br><br>Defendants. | No. 08-2-10683-5<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR REPLEVIN AND DENYING MOTION TO AMEND COMPLAINT |

THIS MATTER having regularly come before this Court upon a show cause hearing for replevin; GMAC's motion to amend its complaint; and GMAC's motion to Enforce January 14 Injuction Order. The Defendants being represented by their attorneys, William J. Wheeler and Marsh Mundorf Pratt Sullivan + McKenzie, P.S.C., by Karl F. Hausmann, Plaintiff being represented by its attorneys Stoel Rives LLP, by Andrew A. Guy and John E. Glowney, and the Court having heard the testimony of witnesses and considered exhibits, and considered the pleadings submitted by the parties and heard oral argument and reviewed the records and file herein and being fully advised in the premises, NOW, THEREFORE,

ORDER DENYING PLAINTIFF'S REQUEST FOR
REPLEVIN AND DENYING MOTION TO AMEND
COMPLAINT - 1

/

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. GMAC's request for replevin is denied. The court finds and concludes that GMAC has breached its Wholesale Security Agreement and violated its duty of good faith and fair dealing under the Washington UCC and Washington common law.

2. The Restraining Order entered December 31, 2008 and modified January 14, 2009, is dissolved.

3. This is the final ruling on the show cause hearing for replevin. However, Findings of Fact and Conclusions of Law will be entered upon presentation by the parties.

4. The $32,000.00 held in the Registry of the Court shall be paid immediately in and expedited manner by wire transfer to the U.S. Bank account of Everett Chevrolet. Counsel for Everett Chevrolet will provide wiring instruction to the Clerk of the Court.

5. This Court will retain jurisdiction over the case to resolve all remaining issues related to the request for replevin, including the resolution of the Two Million Dollar ($2,000,00.00) court bond on file.

6. GMAC's Motion to Amend its Complaint is denied.

7. GMAC's motion to enforce the January 14th injunctive order is denied.

DONE IN OPEN COURT this _10th_ day of April, 2009.

_____
JUDGE ERIC Z. LUCAS

ORDER DENYING PLAINTIFF'S REQUEST FOR
REPLEVIN AND DENYING MOTION TO AMEND
COMPLAINT - 2

1  Presented by:

2  _____
3  William J. Wheeler, Jr., Esq.
   Pennsylvania Bar #22443
4  *Pro Hac Vice*
5  Co-Counsel for Defendants

6  MARSH MUNDORF PRATT SULLIVAN
   + McKENZIE, P.S.C.
7

8  _____
9  Karl F. Hausmann, WSBA #21006
   Local Counsel
10 Co-Counsel for Defendants

11 Copy Received, Approved for Entry and
   Notice of Presentation Waived:
12
   STOEL RIVES LLP
13

14 _____
15 Andrew A. Guy, WSBA #9278
   John E. Glowney, WSBA #12652
16 Attorneys for Plaintiff

17
   S:\Client\Evora Canales, Inc\Replevin Mtg - Order Denying.doc
18

19

20

21

22

23

24

25

ORDER DENYING PLAINTIFF'S REQUEST FOR
REPLEVIN AND DENYING MOTION TO AMEND
COMPLAINT - 3