**EXHIBIT E**

# GMAC Financial Services

5208 Tennyson Parkway, Ste 120
Plano, TX 75024
800-343-4541

BRANCHES THROUGHOUT
THE WORLD

EXECUTIVE OFFICES
DETROIT

November 25, 2008

SENT VIA EMAIL AND FACSIMLE ON NOVEMBER 25, 2008

Mr. John Reggans
Everett Chevrolet, Inc.
7300 Evergreen Way
Everett, WA 98203

RE: Everett Chevrolet, Inc. ("Dealership")

Dear Mr. Reggans:

This letter confirms the conversation between you and GMAC on November 21, 2008 regarding the Dealership's failure to meet all of the requirements as stipulated in a letter sent to you by GMAC dated July 30, 2008. In that letter, GMAC required the following in order to continue the financing arrangements between the Dealership and GMAC:

- By no later than October 30, 2008, an unencumbered capital injection of $800,000 must be made into the Dealership.
- By no later than October 30, 2008, the personal guaranty of John Reggans of all obligations of the Dealership to GMAC must be provided to GMAC as additional security.
- As always, the Dealership must remit payment for vehicles "faithfully and promptly" upon their sale or lease, as required by the Dealership's Wholesale Security Agreement with GMAC, and strictly comply with all provisions of the Wholesale Security Agreement.

As of the date of this letter:

- GMAC has received unencumbered funds in the amount of $500,000.
- The personal guaranty of John Reggans of all obligations of the Dealership to GMAC has not been received.
- The Dealership has not remitted payment for vehicles "faithfully and promptly" upon their sale of lease, as required by the Dealership's Wholesale Security Agreement with GMAC, as proven on four separate wholesale inventory audits completed on August 22, 2008 (17 out of 22 sampled vehicles), September 4, 2008 (7 out of 16 vehicles sampled), September 23, 2008 (9 out of 15 vehicle sampled), and October 27, 2008 (5 out of 13 vehicles sampled).



As discussed, despite the fact that GMAC's requirements have not been fully met, GMAC is agreeable to temporarily continue the Dealership's credit line if the following requirements are met by November 30, 2008:

- The personal guaranty of John Reggans of all obligations of the Dealership to GMAC (document enclosed for signature).
- An unencumbered capital injection of $300,000.00 into the Dealership.

If the Dealership is unwilling or unable to comply with the above requirements, GMAC may suspend or terminate the Dealership's wholesale credit lines.

Nothing in this letter constitutes or should be construed as a waiver of any of GMAC's rights or remedies under applicable law or under the Dealership's agreements with GMAC, all of which are expressly reserved.

Notwithstanding the foregoing, the Dealership's credit line is subject to the agreements under which it was extended. GMAC financing is demand financing of a discretionary nature and thus may be modified, suspended or terminated at GMAC's election, in its sole, absolute discretion.

Sincerely,

R.M. Smith
Operations Manager

2