**EXHIBIT H**

# GMAC FINANCIAL SERVICES

5208 Tennyson Parkway, Suite 120
Plano, TX 75024
800-343-4541 Ext. 2050

SENT VIA FEDERAL EXPRESS AND EMAIL TO JOHNR@EVCHEV.COM

December 19, 2008

Everett Chevrolet, Inc.
Mr. John Reggans
7300 Evergreen Way
Everett, WA 98203

Re:     Everett Chevrolet, Inc.
        NOTICE OF DEFAULT
        DEMAND FOR PAYMENT

Dear Mr. Reggans:

You are hereby notified that Everett Chevrolet, Inc. ("Dealership") is in default under its wholesale financing agreements with GMAC for failure to pay GMAC $206,806.18 for vehicles upon their sale or lease.

As a result, GMAC hereby demands that the Dealership immediately remit payment of all amounts owed to GMAC under its wholesale credit line, currently in the following amounts:

| | | |
|---|---|---|
| (A) | Principal Amount of Vehicles Financed by GMAC (Includes the $206,806.18) | $ 5,602,460.32 |
| (B) | Interest Charges through November 30, 2008 | $ 26,834.57 |
| (C) | Revolving Line of Credit Principal Balance | $ 738,000.00 |
| | **TOTAL AMOUNT DEMANDED** | $ 6,367,294.89 |

This demand for payment is made without prejudice to any other amounts now or hereafter owing by the Dealership to GMAC, including, without limitation, interest accruing from and after the date of this letter, and obligations arising under the GMAC Wholesale Plan.

If the Dealership fails to make payment as demanded, GMAC may take possession of all Dealership property in which it has a security interest, including, without limitation, all of the motor vehicles financed by GMAC for the Dealership. In this respect, the Dealership may be asked to assemble and present for retaking by GMAC such collateral. GMAC reserves the right to exercise any other remedy it may have pursuant to law or contract.

Sincerely,

Joseph P. McCarthy
Director Commercial Lending

EXHIBIT
7
Reggans
3-4-09

1 of 1