**EXHIBIT J**

**EXHIBIT J**



**Economic Development and Enterprise Services**

Troy B. Freeman
Project Manager
Worldwide Real Estate
Western Region
515 Marin Street, Suite 211
Thousand Oaks, CA 91360
Phone: (805) 373-9516
Fax: (805) 373-9594
troy.freeman@gm.com

December 12, 2007

Everett Chevrolet
Attn: John Reggans
7300 Evergreen Way
Everett, WA 98203

Re:    7300 & 7428 Evergreen Way, Everett WA

Dear John:

This letter is being sent in response to yours of November 27, 2007. Please note as follows:

Per the terms of your master lease dated December 9, 1996 pertaining to the premises located at 7300 Evergreen Way, Argonaut Holdings, Inc., regrets to inform you that your option to purchase said real property is no longer valid. As stated in your lease, the Option Period in which your notice was due commenced upon your "buy out" of the Motors Holding investment and ran for a period lasting the earlier of five years following your buy out of the Motors Holding investment or ten years following the rent commencement date. The earlier of these two timeframes is five years following your Motors Holding buy out; regardless however, both of these timeframes have lapsed.

Additionally, per the terms of your master lease dated September 11, 1998 pertaining to the premises located at 7428 Evergreen Way, Argonaut Holdings, Inc., regrets to inform you that your option to purchase said real property is no longer valid. As stated in your lease, the Option Period in which your notice was due commenced upon your "buy out" of the Motors Holding investment and ran for a period lasting the earlier of five years following your buy out of the Motors Holding investment or ten years following the rent commencement date. The earlier of these two timeframes is five years following your Motors Holding buy out. Unfortunately, based upon the completion of your buy out in 1999/2000, this timeframe has also lapsed

In light of our previous discussions, I would encourage you to continue to search through your files for any documentation that substantiates your position that this option was previously exercised. Upon receipt of said documentation, I will re-submit

Page 2

this information through the proper channels in hopes of reaching an amicable resolution.

Please feel to contact me with any questions.

Sincerely,

Troy B. Freeman
Project Manager

2