**EXHIBIT P**



```
FILED
2008 DEC 31 AM 10: 15
SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH
```

IN THE SUPERIOR COURT OF WASHINGTON
COUNTY OF SHOHOMISH

GMAC, A Delaware Corporation

PLAINTIFF,

Vs.

EVERETT CHEVROLET, a Delaware corporation; and JOHN REGGANS and JANE DOE REGGANS and their marital community

DEFENDANTS.

N08 2 10683 75

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

This matter came before the Court on December 31, 2008 on GMAC (hereinafter GMAC) Motion for a Temporary Restraining Order against Defendants Everett Chevrolet and John Reggans & Jane Doe Reggans (hereinafter Defendants) and Order to Show Cause. Defendants received notice of the motion by phone, facsimile and electronic message on December 30, 2008.

TEMPORARY RESTRAINING ORDER &
ORDER TO SHOW CAUSE-1

Adorno Yoss Caley Dehkhoda & Qadri
2340 130th Ave NE #D-150
Bellevue, WA 98005
(425) 869-4040  Fax (425) 869-4050

The Court heard oral argument of counsel for the GMAC and counsel for the Defendants. The Court considered the pleadings filed in this action and the following evidence including the Declaration of Counsel, Dianna Caley; Declaration of GMAC Officer, Mr. Joseph P. McCarthy and the supporting security agreement and UCC filings.

Based on the argument of counsel and the evidence presented, the Court finds that the GMAC is in danger of losing their property and their remedies under the security agreement signed by both parties. For the reasons set forth above, IT IS HEREBY ORDERED:

1. GMAC's motion is granted.

2. Defendants, their agents, servants, employees, attorneys, and all persons in active concert and participation with Defendants who receive actual notice of this order, are enjoined from selling, leasing, renting, moving, encumbering or concealing any of the vehicles or other property in which the GMAC has a security interest.

3. Defendants, their agents, servants, employees, attorneys, and all persons are enjoined from removing, ejecting, or forcibly evicting GMAC's personnel, employees, agents, and or collateral specialist agents.

TEMPORARY RESTRAINING ORDER &
ORDER TO SHOW CAUSE-2

Adorno Yoss Caley Dehkhoda & Qadri
2340 130th Ave NE #D-150
Bellevue, WA 98005
(425) 869-4040 Fax (425) 869-4050


4. This order is conditioned upon GMAC first ~~giving~~ posting a bond with the court ~~security~~ in the amount of $ 2,000,000 for the payment of costs and damages which may be incurred by any party found to be wrongfully restrained by this order.

5. This temporary restraining order shall expire 1/14/09 from entry.

6. Defendants shall appear before at 1/14/09 at 9:30 am on the Civil motion Judge Calendar and show cause, if any, why he should not be enjoined during the pendency of this action from the acts described in paragraph 2 of this order.

Date and hour of issuance:

Dated 31" December, 2008.

_____
Judge Bruce I. Weiss

Presented by:
Adorno Yoss Caley Dehkhoda & Qadri

_____
Dianna J. Caley, WSBA#23413
Attorney for Plaintiff
GMAC

TEMPORARY RESTRAINING ORDER &
ORDER TO SHOW CAUSE-3

Adorno Yoss Caley Dehkhoda & Qadri
2340 130th Ave NE #D-150
Bellevue, WA 98005
(425) 869-4040 Fax (425) 869-4050

3