James S. Fitzgerald, WSBA #8426
LIVENGOOD FITZGERALD & ALSKOG, PLLC
121 Third Avenue
P.O. Box 908
Kirkland, WA  98083-0908
Ph:  425-822-9281
Fax: 425-828-0908
fitzgerald@lfa-law.com
livengoodfitzgeraldalskog@gmail.com
Attorneys for Everett Chevrolet, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
GENERAL MOTORS CORP., *et al.*,             :    09-50026 (REG)
                                            :
            Debtors.                        :    (Jointly Administered)
                                            :
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James S. Fitzgerald, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Everett Chevrolet, Inc., a contract-counterparty to an agreement with a debtor in the above-referenced case.

I certify that I am a member in good standing of the bar of the State of Washington and the bar of the U.S. District Court for the Western District of Washington.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated this 27th day of July, 2009, in Kirkland, Washington.

Respectfully submitted,

_____
James S. Fitzgerald, WSBA #8426