**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
GENERAL MOTORS CORP., et al.,           :    09-50026 (REG)
                                        :
                Debtors.                :    (Jointly Administered)
                                        :
----------------------------------------------------------------x
```

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of James S. Fitzgerald, Esq., to be admitted, *pro hac vice*, to represent Everett Chevrolet, Inc., (the "Client") a contract counterparty to an agreement with a debtor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Washington and the bar of the U.S. District Court for the Western District of Washington, it is hereby

**ORDERED**, that James S. Fitzgerald, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE