Ellenoff Grossman & Schole LLP

*Exhibit B*

150 East 42nd Street
New York, NY 10017
Telephone: (212) 370-1300
Facsimile: (212) 370-7889
www.egsllp.com

June 30, 2009

**VIA FEDERAL EXPRESS**

Surrogate's Court of Westchester County
140 Grand Street
White Plains, New York 10601
Attn: Ed

Re: Estate of Adrian Ward Quinn

Dear Ed:

As per our telephone conversation on June 17, 2009, enclosed please find the following documents:

1. Petition for Letters of Temporary Administration.
2. Copy of the Divorce of Ceista Quinn and Adrian Quinn.
3. Citation to be issued for Theresa Ramirez.

As we discussed, we are seeking preliminary letters to allow the estate to take care of urgent business with regard to the decedent's interest in a car dealership in Mount Kisco, New York.

Thank you in advance for your attention to this matter.

Very truly yours,

Susan D. Schachne

Enclosures

ADMINISTRATION CITATION

File No. __2009-1347__

SURROGATE'S COURT - __Westchester__ COUNTY

CITATION

THE PEOPLE OF THE STATE OF NEW YORK,
By the Grace of God Free and Independent,

TO __Theresa Ramerez__

A petition having been duly filed by __Adrianne Ashanti Quinn__, who is domiciled at __958B Heritage Hills, Somers, NY 10589__

YOU ARE HEREBY CITED TO SHOW CAUSE before the Surrogate's Court, __Westchester__ County, at _____, New York, on _____, 2009 at ____ o'clock in the _____ noon of that day, why a decree should not be made in the estate of __Adrian Ward Quinn__ lately domiciled at __958B Heritage Hills Somers, NY 10589__ in the County of __Westchester__, New York, granting Letters of Administration upon the estate of the decedent to __Adrianne Ashanti Quinn__, or to such other person as may be entitled thereto.

(State any further relief requested)

Dated, Attested and Sealed,

_____, 20 __09__
(Seal)

HON. _____
           Surrogate

_____
Chief Clerk

Name of    Susan D. Schachne
Attorney for Petitioner __Ellenoff Grossman & Schole LLP__    Tel. No. __212-370-1300__
Address of Attorney __150 East 42nd Street, 11th Floor New York, NY__ 10017

Note: This citation is served upon you as required by law. You are not required to appear. If you fail to appear it will be assumed you do not object to the relief requested. You have a right to have an attorney-at-law appear for you.

A-2

|  | For Office Use Only |
|---|---|
| Filling Fee Paid $ | |
| | Certs $ |
| $ | Bond. Fee: |
| Receipt No: | No: |

**DO NOT LEAVE ANY ITEMS BLANK**

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF Westchester

---------------------------------------X
ADMINISTRATION PROCEEDING,
Estate of  Adrian Ward Quinn

a/k/a _____

                                    Deceased
---------------------------------------X

PETITION FOR LETTERS OF:
☐ Administration
☐ Limited Administration
☐ Administration with Limitations
☒ Temporary Administration
File No. 2009-1347

TO THE SURROGATE'S COURT, COUNTY OF Westchester

It is respectfully alleged:

1. The name, domicile and interest in this proceeding of the petitioner, who is of full age, is as follows:

Name: Adrianne Ashanti Quinn

Domicile: 3588 Heritage Hills (Street Address)  Somers (City/Town/Village)

Westchester (County)  NY (State)  10589 (Zip)  _____ (Telephone Number)

Mailing address is: _____ (if different from domicile)

Citizenship (check one):  ☒ U.S.A.   ☐ Other (specify) _____

Interest of Petitioner (check one):

☒ Distributee of decedent (state relationship) Daughter

☐ Other (specify) _____

Is proposed Administrator an attorney?  ☐ Yes  ☒ No [If yes, submit statement pursuant to 22 NYCRR 207.16(e); see also 207.52 (Accounting of attorney-fiduciary).]

2. The name, domicile, date and place of death, and national citizenship of the above-named decedent are as follows: [The Death Certificate must be filed with this proceeding. If the decedent's domicile is different from that shown on the death certificate, check box ☐ and attach an affidavit explaining the reason for this inconsistency.]

Name: Adrian Ward Quinn

Domicile: 3558B Heritage Hills (Street Number)  Somers (City, Village/Town)

NY (State)  10589 (Zip Code)

Township of: Somers   County of: Westchester

Date of Death: March 1, 2009   Place of Death: Jacobi Medical Center, Bronx, New York

Citizenship: (check one): ☒ U.S.A.  ☐ Other (specify)

-1-

A-1 (12/98)

[Note: For Items 3a through c: Do not include any assets that are jointly held, held in trust for another, or have a named beneficiary.]

3.(a) The estimated gross value of the decedent's personal property passing by intestacy is less than

$ 250,000

(b) The estimated gross value of the decedent's real property, in this state, which is ☒ improved, ☐ unimproved, passing by intestacy is less than

$ 250,000

A brief description of each parcel is as follows:

Condominium in Heritage Hills Somers New York

(c) The estimated gross rent for a period of eighteen (18) months is the sum of $ 0

(d) In addition to the value of the personal property stated in paragraph (3) the following right of action existed on behalf of the decedent and survived his/her death, or is granted to the administrator of the decedent by special provision of law, and it is impractical to give a bond sufficient to cover the probable amount to be recovered therein: [Write "NONE or state briefly the cause of action and the person against whom it exists, including names and carrier].

None

(e) If decedent is survived by a spouse and a parent, or parents but no issue, and there is a claim for wrongful death, check here ___ and furnish names(s) and address(es) of parent(s) in Paragraph 7. See EPTL 5-4.4.

4. A diligent search and inquiry, including a search of any safe deposit box, has been made for a will of the decedent and none has been found. Petitioner(s) (has) (have) been unable to obtain any information concerning any will of the decedent and therefore allege(s), upon information and belief, that the decedent died without leaving any last will.

5. A search of the records of this Court shows that no application has ever been made for letters of administration upon the estate of the decedent or for the probate of a will of the decedent, and your petitioner is informed and verily believes that no such application ever has been made to the Surrogate's Court of any other county of this state.

6. The decedent left surviving the following who would inherit his/her estate pursuant to EPTL 4-1.1 and 4-1.2:

    a. _No_ ☐ Spouse (husband/wife).

    b. _2_ ☐ Child or children or descendants of predeceased child or children. [Must include marital, nonmarital and adopted].

    c. _X_ ☐ Any issue of the decedent adopted by persons related to the decedent (DRL Section 117).

    d. _X_ ☐ Mother/Father.

    e. _X_ ☐ Sisters or brothers, either of whole or half blood, and issue of predeceased sisters or brothers.

    f. _X_ ☐ Grandmother/Grandfather.

    g. _X_ ☐ Aunts or uncles, and children of predeceased aunts and uncles (first cousins).

    h. _X_ ☐ First cousins once removed (children of first cousins).

[Information is required only as to those classes of surviving relatives who would take the property of decedent pursuant to EPTL 4-1.1. State "number" of survivors in each class. Insert "No" in all prior classes. Insert "X" in all subsequent classes].

-2-

7. The decedent left surviving the following distributees, or other necessary parties, whose names, degrees of relationship, domiciles, post office address and citizenship are as follows:

[Note: Show clearly how each person is related to decedent. If relationship is through an ancestor who is deceased, give name, date of death, and relationship of the ancestor to the decedent. Use rider sheet if space in paragraph (7) is not sufficient. See Uniform Rules 207.16(b).
If any person listed in paragraph (7) is a nonmarital person, or descended from a nonmarital person, attach a copy of the order of filiation or Schedule A. If any person listed in paragraph (7) was adopted by any persons related by blood or marriage to decedent or descended from such persons, attach Schedule B].

7a. The following are of full age and under no disability: [If nonmarital or adopted-out person, so indicate by attaching Schedule A and/or B]

| Name | Relationship | Domicile and Mailing Address | Citizenship |
|---|---|---|---|
| See Schedule | Attached | | |

7b. The following are infants and/or persons under disability: [Attach applicable Schedule A, B, C, and/or D]

| Name | Relationship | Domicile and Mailing Address | Citizenship |
|---|---|---|---|
| None | | | |

8. There are no outstanding debts or funeral expenses, except: [Write "NONE" or state same]

Have yet to determine extent to which decedent may have personally guaranteed corporate debt

-3-

Schedule 7a to Petition for Temporary Administration
Estate of Adrian Ward Quinn

| Name | Address | Description of Interest |
|---|---|---|
| Adrianne Ashanti Quinn | 358B Heritage Hills Somers, N.Y. 10589 | Petitioner, Distributee, Residuary beneficiary per Article SECOND of the Will |
| Adrian S. Quinn | 51 Birch Hill Drive Poughkeepsie, NY 12603 | Distributee, Residuary beneficiary per Article SECOND of the Will |

8. There are no other persons interested in this proceeding other than those hereinbefore mentioned.

WHEREFORE, your petitioner respectfully prays that: [Check and complete all relief requested]

☐ a. process issue to all necessary parties to show cause why letters should not be issued as requested;

☐ b. an order be granted dispensing with service of process upon those persons named in Paragraph (7) who have a right to letters prior or equal to that of the person nominated, and who are non-domiciliaries or whose names or whereabouts are unknown and cannot be ascertained;

☒ c. a decree award Letters of:

☐ Administration to _____

☐ Limited Administration to _____

☐ Administration with Limitation to _____

☐ Temporary Administration to _____ Adrianne Ashanti Quinn _____

or to such other person or persons having a prior right as may be entitled thereto, and;

☐ d. That the authority of the representative under the forgoing Letters be limited with respect to the prosecution or enforcement of a cause of action on behalf of the estate, as follows: the administrator(s) may not enforce a judgement or receive any funds without further order of the Surrogate.

☐ e. That the authority of the representative under the foregoing Letters be limited as follows: _____

f. [State any other relief requested.] _____

Dated: 6/26/09

1. _____
(Signature of Petitioner)

2. _____
(Signature of Petitioner)

Adrianne Ashanti Quinn
(Print Name)

_____
(Print Name)

-4-

STATE OF NEW YORK ) 
) ss:
COUNTY OF __Dutchess__ )

## COMBINED VERIFICATION, OATH AND DESIGNATION
[For use when petitioner is to be appointed administrator]

I, the undersigned the petitioner named in the foregoing petition, being duly sworn, say:

1. VERIFICATION: I have read the foregoing petition subscribed by me and know the contents thereof, and the same is true of my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true.

2. OATH OF ADMINISTRATOR as indicated above: I am over eighteen (18) years of age and a citizen of the United States; and I will well, faithfully and honestly discharge the duties of Administrator of the goods, chattels and credits of said decedent according to law. I am not ineligible to receive letters and will duly account for all moneys and other property that will come into my hands.

3. DESIGNATION OF CLERK FOR SERVICE OF PROCESS: I do hereby designate the Clerk of the Surrogate's Court of __Westchester__ County, and his/her successor in office, as a person on whom service of any process, issuing from such Surrogate's Court may be made in like manner and with like effect as if it were served personally upon me, whenever I cannot be found and served within the State of New York after due diligence used.

My domicile is: __358B Heritage Hills__  __Somers__  __NY__  __10589__
(Street/Number)    (City, Village/Town)    (State)    (Zip)

_____
Signature of Petitioner

On the __19th__ day of __June__, 20__09__, before me personally came

__Adrianne Ashanti Quinn__

to me known to be the person described in and who executed the foregoing instrument. Such person duly swore to such instrument before me and duly acknowledged that he/she executed the same.

_____
Notary Public
Commission Expires:
(Affix Notary Stamp or Seal)

LINDA F. DALTON
Notary Public, State of New York
No. 01DA5053099
Qualified in Dutchess County
Commission Expires Dec. 11, 2009

Signature of Attorney: __Susan D. Schachne__
Print Name: __Susan D. Schachne__
Firm Name: __Ellenoff Grossman & Schole LLP__    Tel. No.: __212-370-1300__
Address of Attorney: __150 East 42nd Street 11th Floor New York, NY 10017__

-5-

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

# DEATH TRANSCRIPT

DATE FILED   THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**
MAR-05-2009 09:15 PM

**CERTIFICATE OF DEATH**   Certificate No. **156-09-008553**

1. DECEDENT'S LEGAL NAME: **ADRIAN QUINN** (First, Middle, Last)

| Place Of Death | 2a. New York City | 2c. Type of Place: 1 ☒ Hospital Inpatient  2 ☐ Emergency Dept./Outpatient  3 ☐ Dead on Arrival  4 ☐ Nursing Home/Long Term Care Facility  5 ☐ Hospice Facility  6 ☐ Decedent's Residence  7 ☐ Other Specify | 2d. Any Hospice care in last 30 days: 1 ☐ Yes  2 ☒ No  3 ☐ Unknown | 2e. Name of hospital or other facility: **Jacobi Medical Center** |
|---|---|---|---|---|
| | 2b. Borough: **Bronx** | | | |

Date and Time of Death — 3a. (Month) **March**  (Day) **01**  (Year) **2009**    3b. Time **02:57 PM**    4. Sex **Male**    5. Date last attended by a Physician: mm **03** dd **01** yyyy **2009**

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES.

Name of Physician: **LISINSCHI**
Signature: *Lisinschi*
Address: **1400 Pelham Parkway S, Bronx, New York 10461**
License No. **219355**    Date **3/4/09**

| 7a. Usual Residence State | 7b. County | 7c. City or Town | 7d. Street and Number | Apt. No. | ZIP Code | 7e. Inside City Limits? |
|---|---|---|---|---|---|---|
| **NEW YORK** | **WESTCHESTER** | **SOMERS** | **358 B HERITAGE HILLS N.Y** | | **10589** | ☐ Yes ☒ No |

8. Date of Birth: **OCTOBER 23 1948**    9. Age at last birthday: **60**    10. Social Security No. **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**

11a. Usual Occupation: **CAR DEALER**    11b. Kind of business or industry: **AUTO**    12. Aliases or AKAs: **ADRIAN W. QUINN**

13. Birthplace: **DETROIT MICHIGAN**

14. Education: ☒ Bachelor's degree (e.g., BA, AB, BS)

15. Ever in U.S. Armed Forces? ☐ Yes ☒ No
16. Marital/Partnership Status at time of death: ☒ Divorced
17. Surviving Spouse's/Partner's Name:

18. Father's Name: **ARVIE T QUINN SR.**
19. Mother's Maiden Name: **MILDRED WARD**

20a. Informant's Name: **ADRIANNE QUINN**    20b. Relationship to Decedent: **DAUGHTER**    20c. Address: **51 BIRCH HILLS Dr. POUGHKEEPSIE N.Y 12603**

21a. Method of Disposition: ☒ Burial
21b. Place of Disposition: **OAKWOOD CEMETERY**
21c. Location of Disposition: **MT. KISCO NEW YORK**
21d. Date of Disposition: **MARCH 6 2009**

22a. Funeral Establishment: **CASSIDY-FLYNN FUNERAL HOME**
22b. Address: **288 MAINSTREET MT KISCO NY 10549**

VR 15 (Rev 01/09)

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion of any provision of the Health Code or any other law.


DATE ISSUED **Mar 05 2009**


Steven P. Schwartz, Ph.D., City Registrar

W00099152

