Michael C. Hammer (*pro hac vice*)
James A. Plemmons (*pro hac vice)*
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Tel: (313) 223-3500

Attorneys for Yazaki North America, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| GENERAL MOTORS CORP., *et al.*, | : Case No. 09-50026 (REG) |
| | : |
| | : (Jointly Administered) |
| Debtors. | : |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Michael C. Hammer, hereby certify that on July 28, 2009, I electronically filed **Notice of Withdrawal of Yazaki North America, Inc.'s Limited Objections to the Assumption and Assignment of Certain Executory Contracts [Docket Nos. 1195 and 2732]** and this **Certificate of Service** with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

DICKINSON WRIGHT PLLC

By: /s/ Michael C. Hammer
Michael C. Hammer (*pro hac vice*)
James A. Plemmons (*pro hac vice*)
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Tel: (313) 223-3500
Email: mhammer@dickinsonwright.com
Email: jplemmons@dickinsonwright.com

Dated: July 28, 2009    Attorneys for Yazaki North America, Inc.

ANNARBOR 29934-11 109288 7/28/2009