UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                        Case No.: 09-50026 (REG)

General Motors Corp., *et al.*,                               Chapter 11

                  Debtor.

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2009, I caused to be filed by electronic filing with the United States Bankruptcy Court for the Southern District of New York the Objections of Quinlan's Equipment, Inc. to Debtors Motion Pursuant to 11 U.S.C. § 365 Authorizing (A) The Rejection of Executory Contracts and Unexpired Leases With Certain Domestic Dealers and (B) Granting Certain Related Relief, together with a Supporting Affidavit of John J. Quinlan, using the ECF system which will send notification of such filing to registered users in the case; and to be served via E-Mail (facsimile to U.S. Attorney's Office and Office of the United States Trustee) and Federal Express overnight delivery on the following at the addresses set forth below.

| Weil, Gotshal & Manges LLP<br>Attn: Harvey R. Miller, Esq.,<br>      Stephen Karotkin, Esq.<br>      Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY  10153<br>212-310-8000<br>E-Mail:  harvey.miller@weil.com | Debtors<br>c/o General Motors Corporation<br>Attn: Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, MI 48265 |
|---|---|

| | |
|---|---|
| Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281<br>212-504-6000<br>E-Mail: john.rapisardi@cwt.com | United States Department of the Treasury<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, D.C. 20220<br>201-622-2000 |
| Vedder Price, P.C.<br>Attn: Michael J. Edelman, Esq.<br>      Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>212-407-7700<br>E-Mail: mjedelman@vedderprice.com | Kramer Levin Naftalis & Frankel LLP<br>Attn: Kenneth H. Eckstein, Esq.<br>      Thomas Moers Mayer, Esq.<br>      Adam C. Rogoff, Esq.<br>      Gordon Z. Novod, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>212-715-9100<br>E-Mail: keckstein@kramerlevin.com |
| International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)<br>Attn: Daniel W. Sherrick, Esq.<br>8000 East Jefferson Avenue<br>Detroit, MI 48214 | Cleary Gotlieb Steen & Hamilton LLP<br>Attn: James L. Bromley, Esq.<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2000<br>E-Mail: jbromley@cgsh.com |
| Cohen, Weiss and Simnon LLP<br>Attn: Babette Ceccotti, Esq.<br>330 W. 42nd Street<br>New York, NY 10036<br>212-563-4100<br>E-Mail: info@cwsny.com | Office of the United States Trustee for the Southern District of New York<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |

2

| U.S. Attorney's Office, S.D.N.Y.<br>Attn: David S. Jones, Esq.<br>     Matthew L. Schwartz, Esq.<br>86 Chambers Street, Third Floor<br>New York, NY 10007<br>212-637-2800 | |

Dated: Madison, Wisconsin
      July 28, 2009

BOARDMAN, SUHR, CURRY & FIELD LLP

By: _/s/ Gary L. Antoniewicz_
     Gary L. Antoniewicz, Esq.

1 S. Pinckney Street, 4th Floor
P.O. Box 927
Madison, WI 53701-0927
608-283-1759
gantoni@boardmanlawfirm.com

F:\DOCS\wd\32913\2\A0875680.DOC

3