## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2009, a true and correct copy of the foregoing OBJECTION BY D'ANDREA BUICK, INC. TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §365 AUTHORIZING (A) THE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES WITH CERTAIN DOMESTIC DEALERS AND (B) GRANTING CERTAIN RELATED RELIEF, was served electronically through the Court's ECF System on parties requesting electronic service and by overnight delivery to the following persons at the following addresses:

Dated: July 28, 2009

                                                                                             /s/ Cheryl Tama Oblander
                                                                                               Cheryl Tama Oblander

**SERVICE LIST**

| | |
|---|---|
| Robert D. Wolford<br>Miller, Johnson, Snell & Cummiskey, PLC<br>250 Monroe Avenue, N.W.<br>Suite 800<br>Grand Rapids , MI 49503 | Weil, Gotshal & Manges LLP<br>Attn: Harvey R. Miller, Stephen Karotkin,<br>Joseph H. Smolinsky<br>767 Fifth Avenue<br>New York, NY 10153 |
| Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi<br>One World Financial Center<br>New York, New York 10281 | Office of the U.S. Trustee of the SDNY<br>Attn: Diana G. Adams<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| General Motors Corporation<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025 | U.S. Treasury<br>Attn: Matthew Feldman<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 |
| Vedder Price, P.C.<br>Attn: Michael J. Edelman and<br>Michael L. Schein<br>1633 Broadway, 47th Floor<br>New York, New York 10019 | Official Committee ofUnsecured Creditors<br>Attn: Thomas Moers Mayer<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | The International Union<br>8000 East Jefferson Avenue<br>Detroit, MI 48214 |
| Cleary Gottlieb Steen & Hamilton LLP<br>1 Liberty Plaza<br>New York, NY 10006 | Cohen Weiss & Simon, LLP<br>330 West 42nd Street<br>New York, NY 10036 |
| Office of the United States Trustee<br>For the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | US Attorney's Office, S.D.N.Y.<br>86 Chamber Street-Third Floor<br>New York, NY 10007 |