SHAW GUSSIS FISHMAN GLANTZ
  WOLFSON & TOWBIN LLC
321 N. Clark St., Suite 800
Chicago, Illinois 60654
(312) 541-0151
Mark L. Radtke (IL ARDC 6275738)
  (Admitted *pro hac vice*)
Attorneys for Illinois Tool Works Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | Case No. 09-50026 (REG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION OF ILLINOIS TOOL WORKS INC. TO CURE AMOUNT RELATED TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Illinois Tool Works Inc. hereby withdraws its Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto filed on June 19, 2009 (Docket No. 2022).

July 28, 2009                                          Respectfully submitted,

                                                                                      ILLINOIS TOOL WORKS INC.

                                                                                       ___/s/ Mark L. Radtke_____
                                                                                       *One of its attorneys*
                                                                                       Mark L. Radtke (IL ARDC 6275738)
                                                                                       Shaw Gussis Fishman Glantz
                                                                                         Wolfson & Towbin LLC
                                                                                       321 N. Clark Street, Suite 800
                                                                                       Chicago, IL 60654
                                                                                       (312) 541-0151

{3985 NTC A0236954.DOC}

## **CERTIFICATE OF SERVICE**

I, Mark L. Radtke, an attorney, certify that service of the foregoing Notice of Withdrawal of Objection of Illinois Tool Works Inc. to Cure Amount Related to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto was accomplished electronically to all ECF registrants via the Court's ECF system on July 28, 2009.

*/s/ Mark L. Radtke*
Mark L. Radtke

{3985 NTC A0236954.DOC}