To whom this may concern:

I am writing to notify you of my mother's passing and request that her name be removed from all further correspondence re: GM Retiree benefits. Thank you!

Rose Savoie (Philip J Savoie retiree)
561 Tuscany Valley Ct. #11
Crestview Hills, KY 41017

formerly 504 Elm St.
Grayling, MI 49738

Dates of Death: Rose - 11-26-08
Philip - 4-18-07

Sincerely,

June Savoie, daughter

June Savoie
561 Tuscany Valley Ct. #11
Crestview Hills, KY 41017