DECHERT LLP
James O. Moore
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

    -and-

Juliet Sarkessian
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

*Counsel for CDI Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Michelle S. Moezzi, hereby certify under penalty of perjury that:

    I am not a party to the action, am over the age of eighteen years of age, and reside in Westchester County, New York.

    On July 23, 2009, I electronically filed a true and correct copy of the Withdrawal of Limited Objection of CDI Corporation to (A) Motion of Debtors and Debtors-In-Possession Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002,

15199707

6004 and 6006 for an Order Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (B) the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 3348], to all ECF participants by using the ECF system and upon the following entities via first class mail:

Diane G. Adams, Esquire
Office of the U.S. Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Warren Command Center, Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Harvey Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolinsky, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John J. Rapisardi, Esquire
Cadwalader, Wichersham & Taft LLP
One World Financial Center
New York, NY 10281

Matthew Feldman, Esquire
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Michael J. Edelman, Esquire
Michael J. Schein, Esquire
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Kenneth Eckstein, Esquire

Thomas Moers Mayer, Esquire
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

<u>Chambers Copy</u>
Honorable Robert E. Gerber
Unite States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY  10004-1408

Dated: July 28, 2009
New York, New York

               /s/ Michelle S. Moezzi
               Michelle S. Moezzi
               Dechert LLP