Mathew S. Barr
Tyson M. Lomazow
Samuel Khalil
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
One Chase Manhattan Plaza
New York, New York 10005-1413
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219

*Attorneys for Wells Fargo Northwest, National Association and Manufacturers and Traders Trust Company, as Indenture Trustees*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : |  |

------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, David S. Cohen, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Wells Fargo Bank Northwest, National Association, not individually, but solely in its capacity as Indenture Trustee under that certain leveraged lease transaction commonly known as "GM2001A," and Manufacturers and Traders Trust Company, not individually, but solely in its capacity as successor Indenture Trustee under that certain leveraged lease transaction commonly known as "GM2000A."

*[Remainder of page intentionally left blank]*

I am an attorney and member of the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>CLOY LLP.  My office and e-mail addresses, and telephone and fax numbers are as follows:

> David S. Cohen, Esq.
> MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
> 1850 K Street, N.W., Suite 1100
> Washington, DC  20006
> Telephone:  (202) 835-7517
> Facsimile:   (202) 835-7586
> dcohen2@milbank.com

*I certify that I am a member in good standing* in the Bars of the State of Georgia and the District of Columbia, and am also admitted to practice before the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Court for the District of Columbia, the United States Court of Federal Claims and the Supreme Court of the United States.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

*[Remainder of page intentionally left blank.]*

2

WHEREFORE, I pray that this Court enter an order permitting my admission to the United States Bankruptcy Court for the Southern District of New York *pro hac vice* for these cases only.

Respectfully submitted,

New York, New York  
Dated: July 28, 2009

By: /s/  Matthew S. Barr  
Mathew S. Barr  
Tyson M. Lomazow  
Samuel Khalil  
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP  
One Chase Manhattan Plaza  
New York, New York 10005-1413  
Telephone:    (212) 530-5000  
Facsimile:     (212) 530-5219

- and -

By: /s/  David S. Cohen  
David S. Cohen  
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP  
1850 K Street, NW, Suite 1100  
Washington, DC 20006-2236  
Telephone:    (202) 835-7500  
Facsimile:     (202) 835-7586

*Attorneys for Wells Fargo Northwest, National Association and Manufacturers and Traders Trust Company, as Indenture Trustees*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 28th day of July 2009, a true and correct copy of the foregoing document was served on all counsel of record pursuant to the Court's ECF system in accordance with the Federal Rules of Civil Procedure:

    /s/ Tyson M. Lomazow
Tyson M. Lomazow
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005-1413
Telephone:     (212) 530-5000
Facsimile:      (212) 530-5219

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re: : Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No. 09-50026 (REG)
: Jointly Administered
Debtors. :
:
------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of David S. Cohen, to be admitted, ***pro hac vice***, to represent Wells Fargo Bank Northwest, National Association, not individually, but solely in its capacity as Indenture Trustee under that certain leveraged lease transaction commonly known as "GM2001A," and Manufacturers and Traders Trust Company, not individually, but solely in its capacity as successor Indenture Trustee under that certain leveraged lease transaction commonly known as "GM2000A" (together, the "**Clients**") in the above-referenced chapter 11 case; and upon the movant's certification that the movant is a member in good standing in the Bars of the State of Georgia and the District of Columbia and is also admitted to practice before the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Court for the District of Columbia, the United States Court of Federal Claims and the Supreme Court of the United States, it is hereby

ORDERED, that David S. Cohen, Esq., is admitted to practice, **pro hac vice**, in the United States Bankruptcy Court for the Southern District of New York in the above-captioned cases to represent the Clients, provided that the filing fee has been paid.

Dated: _____, 2009
      New York, New York      /s/ _____
                                                    UNITED STATES BANKRUPTCY JUDGE