UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                 :
                                                      :     Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,  :
       f/k/a General Motors Corp., *et al.*   :     09-50026 (REG)
                                                      :
               Debtors.          :     (Jointly Administered)
                                                      :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

    1.    I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

    2.    On July 27, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served a true and correct copy of the following document:

- **Third Omnibus Order Pursuant to 11 U.S.C. § 365 of the Bankruptcy Code to Reject Certain Executory Contracts** [Docket No. 3403]

on the parties identified in **Exhibit A** attached hereto (contract counterparties identified in the motion) by depositing same in sealed, postage paid envelopes at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

    3.    I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:  Seattle, Washington
          July 28, 2009

                                            /s/  Laurie M. Thornton
                                                 LAURIE M. THORNTON

# Exhibit A

ALPINE SIERRA VENTURES AND HOMEWOOD VILLAGE RESORTS, LLC
MS. DEANNA GESCHEIDER
11025 PIONEER TRL UNIT 101B
TRUCKEE, CA  96161-0250

ASSURED MANAGEMENT CO. - TOM WATSON PSA
ATTN: STEVE GLASSMAN
1901 W. 47TH PLACE, SUITE 200
WESTWOOD, KS  66205

BALTIMORE OFFICE OF PROMOTION & THE ARTS
BOB SICARD
7 E REDWOOD ST STE 500
BALTIMORE, MD  21202-1124

BOEING CLASSIC
ATTN: CHUCK NELSON
1325 SIXTH AVENUE
SEATTLE, WA  98101

CAGNAZZI RACING
VICTOR CAGNAZZI
312 ROLLING HILL ROAD, MOORESVILLE
MOORESVILLE, NC  28117

CASTLE HILL INC.
REBECCA KNAPP
366 THAMES STREET
NEWPORT, RI  02840-6726

CHARLES SCHWAB
ATTN: LEON GILMORE
17700 ARNOLD DRIVE
SONOMA, CA  94576

CLUB MANAGERS ASSOCIATION OF AMERICA
JAMES SINGERLING
1733 KING STREET
ALEXANDRIA, VA  22314

COLORADO COPPER CYCLIST
COPPER TRIANGLE
1855 SOUTH PEARL STREET
#100
DENVER, CO  80210

DAVID LEADBETTER ENTERPRISES
DAVID LEADBETTER/DAVID PITT
1410 MASTERS BLVD., CHMPIONS GATE
CHAMPIONSGATE, FL  33896

GOLDENBERG, MILLER, HELLER, ANTOGNOLI, ROWLAND, SHORT & GORI, P.C.
ATTN: RANDY L. GORI
701 MARKET ST STE 1375
GATEWAY ONE BUILDING
SAINT LOUIS, MO  63101-1848

HARTFORD JAYCEES COMMUNITY FOUNDATION
MR. NATHAN GRUBE
90 STATE HOUSE SQUARE
HARTFORD, CT  06103

HODGSON RUSS LLP
ATTN: GARRY M. GRABER, ESQ; DEBORAH J. PIAZZA, ESQ.
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY  10165-0150

JMJ FILMS - TIM MCCARVER SHOW
JIM MOSKOVITZ
11 W 84TH ST APT 4
NEW YORK, NY  10024-4761

KB RACING
KEN BLACK
8085 PLANTING FIELDS, LAS VEGAS
LAS VEGAS, NV  89117

KURT RACING
KURT JOHNSON
700 NORTH PRICE ROAD, SUGAR HILL
BUFORD, GA  30518

LANE POWELL PC
ATTN: BRUCE LEAVERTON, MARY JO HESTON, HEIDI ANDERSON
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WA  98101

LUXE HOTEL SUNSET BOULEVARD
MARGIT HAUT
11461 SUNSET BOULEVARD
LOS ANGELES, CA  90049

MAVIC, INC.
JOHN BERLINGER
17 PARKRIDGE ROAD
HAVERHILL, MA  01835-6902

PEDREGON RACING
TONY PEDREGON
462 SOUTHPOINTE CIRCLE
BROWNSBURG, IN  46112

PHILADELPHIA TRIATHLON, LLC,
AND ON BEHALF OF TRIUMPH APPAREL CORPORATION
RICHARD ADLER
203 E. LANCASTER AVENUE, WAYNE
WAYNE, PA  19087

PLUMBING-HEATING-COOLING CONTRACTORS ASSOCIATION
ATTN: CINDY SHERIDAN
180 SOUTH WASHINGTON
FALLS CHURCH, VA  22046

PRO-MOTOR ENGINEERING INC
ATTN: MARK SMITH
102 S IREDELL INDUSTRIAL PARK RD
MOORESVILLE, NC  28115-7128

RAMSEY LEWIS
RAMSEY LEWIS
200 E DELAWARE PL APT 6A
CHICAGO, IL  60611-5782

REFRIGERATION SERVICE ENGINEERS SOCIETY
ATTN: JOSH FLAIM
1666 RAND ROAD
DES PLAINES, IL  60016-3552

ROCK RACING, INC.
MICHAEL BALL
3525 EASTHAM DRIVE, SUITE A
CULVER CITY, CA  90232

SATURN OF BERLIN, INC.
ANTHONY MARCH
C/O CRYSTAL MOTORS II, LLC
27750 WESLEY CHAPEL BLVD
WESLEY CHAPEL, FL  33613

SIMMONSCOOPER, LLC
707 BERKSHIRE BLVD
EAST ALTON, IL  62024-1326

SOUTH UNIVERSITY AREA ASSOCIATION
MAGGIE LADD
605 CHURCH ST., SUITE 605
ANN ARBOR, MI  48104

STILLWATER MINING CO
ATTN: JOHN STARK
1321 DISCOVERY DR
BILLINGS, MT  59102-7343

STILLWATER MINING COMPANY
JAMES BINANDO/JOHN STARK
PO BOX 1330
536 EAST PIKE AVENUE
COLUMBUS, MT  59019-1330

TEXAS AND SOUTHWESTERN CATTLE RAISERS ASSOCIATION
ATTN: TIM NIEDECKEN
1301 W 7TH ST
FORT WORTH, TX  76102-2604

WILLIAM GWATNEY; LITTLE ROCK AUTO GROUP, INC.
DIANN FORD (COMPTROLLER)
12601 W MARKHAM ST
LITTLE ROCK, AR  72211-3311