```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
  In re                                         :
                                                :   Chapter 11 Case No.
  MOTORS LIQUIDATION COMPANY, et al.,           :
          f/k/a General Motors Corp., et al.    :   09-50026 (REG)
                                                :
                      Debtors.                  :   (Jointly Administered)
                                                :
------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1. I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On July 27, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served a true and correct copy of the following documents:

- **Declaration and Disclosure Statement of Kyle H. Dreyer on Behalf of Hartline, Dacus, Barger, Dreyer & Kern, L.L.P.** [Docket No. 3415];

- **Declaration and Disclosure Statement of Richard A. Bowman on Behalf of Bowman and Brooke LLP** [Docket No. 3416];

- **Declaration and Disclosure Statement of Philip E. Holladay, Jr. on Behalf of King & Spalding LLP** [Docket No. 3417]; and

- **Declaration and Disclosure Statement of Charles A. Gilfeather on Behalf of Braun Kendrick Finkbeiner P.L.C.** [Docket No. 3418]

on the parties identified in **Exhibit A** attached hereto (U.S. Trustee and Unsecured Creditors Committee Counsel) by depositing same in sealed, postage paid envelopes at a United States Post Office for delivery by the United States Postal Service via first class mail.

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:  Seattle, Washington
        July 28, 2009

                                        /s/ Laurie M. Thornton
                                        LAURIE M. THORNTON

# Exhibit A

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY  10004

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
T. MAYER, K. ECKSTEIN & G. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036