**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : |  |
|  | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : |  |
| f/k/a General Motors Corp., *et al.* | : | **09-50026 (REG)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1. I am a Senior Bankruptcy Consultant with the Business Reorganization Department in the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the Debtors and Debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address of the Seattle office of GCG is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On July 27, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document:

- **Motors Liquidation Company** *et al.'s* **(f/k/a/ General Motors Corporation** *et al.***) Statement of Issues Presented on Appeal and Counter-Designation of Additional Items to be Included in the Record on Appeal in Connection with the Appeals of (i) Individual Accident Litigants, (ii) Radha R.M. Narumanchi, (iii) IUE-CWA, and (iv) Albert L. Burdick** [Docket No. 3439]

to be served by electronic mail on the parties identified on Exhibit A attached hereto (parties who filed a notice of appeal and parties affected by the notices of appeal with email addresses; US Trustee and Unsecured Creditors Committee Counsel), by facsimile on the parties identified on Exhibit B attached hereto (parties who filed a notice of appeal and parties affected by the notices of appeal without email addresses with facsimile numbers), and on the parties identified in Exhibit C attached hereto (parties who filed a notice of appeal and parties affected by the notices of appeal without email addresses or facsimile numbers).

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: Seattle, Washington
   July 28, 2009

/s/   Laurie M. Thornton
LAURIE M. THORNTON

Exhibit A

AMERICAN AXLE & MFG HOLDINGS INC
ATTN: MR. RICHARD G. RAYMOND, GENERAL COUNSEL
ONE DAUCH DRIVE
DETROIT, MI  48211
Richard.raymond@AAM.COM

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
ATT ROBERT M DOMBROFF & JEFFREY S SABIN, ESQ.
399 PARK AVENUE
NEW YORK, NY  10022
robert.dombroff@bingham.com; jeffrey.sabin@bingham.com

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY  10174
mrichards@blankrome.com

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI  48226
mbakst@bodmanllp.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281
john.rapisardi@cwt.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT
CLAIMANTS; MARK BUTTITA
ATT: PETER V LOCKWOOD, R REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON, DC  20005
pvnl@capdale.com, rer@capdale.com, tws@capdale.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY  10006
soneal@cgsh.com

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK, NY  10036
bceccotti@cwsny.com

DELPHI CORP
ATTN: MR. RODNEY O'NEAL CHIEF EXECUTIVE OFFICER
5725 DELPHI DRIVE
TROY, MI  48098
RODNEY.O.NEAL@DELPHI.COM

DENSO CORP
ATTN:  STEVEN M ZAROWNY
24777 DENSO DRIVE
SOUTHFIELD, MI  48086
HARUYA.MARUYAMA@DENSO-DIAM.COM

DICKINSON WRIGHT PLLC
ATTY FOR MAGNA INTERNATIONAL, INC.
ATT: DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI  48104
dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR MAGNA INTERNATIONAL
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219
kewald@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI  48104
dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR MAGNA INTERNATIONAL INC.
ATT: DAWN R. COPLEY, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226
dcopley@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DAWN R. COPLEY, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226
dcopley@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR MAGNA INTERNATIONAL, INC.
ATT: COLLEEN M. SWEENEY, ESQ,
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219
csweeney@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR MAGNA INTERNATIONAL, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI  48226
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: COLLEEN M. SWEENEY, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219
csweeney@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN  37219
kewald@dickinsonwright.com

| | |
|---|---|
| DICKINSON WRIGHT PLLC<br>ATTY FOR JOHNSON CONTROLS, INC.<br>ATT: MICHAEL C. HAMMER, ESQ.<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR, MI  48104<br>mchammer3@dickinsonwright.com | DICKINSON WRIGHT PLLC<br>ATTY FOR JOHNSON CONTROLS, INC.<br>ATT: JAMES A. PLEMMONS, ESQ.<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT, MI  48226<br>jplemmons2@dickinsonwright.com |
| DICKINSON WRIGHT, PLLC<br>ATTY FOR MAGNA INTERNATIONAL INC.<br>ATT: MICHAEL C. HAMMER, ESQ.<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR, MI  48104<br>mchammer3@dickinsonwright.com | DLA PIPER LLP<br>ATTY FOR HEWLETT PACKARD CO<br>ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS<br>550 S. HOPE STREET, SUITE 2300<br>LOS ANGELES, CA  90071<br>karol.denniston@dlapiper.com; jennifer.nassiri@dlapiper.com |
| GIBSON, DUNN & CRUTCHER LLP<br>ATTY FOR WILMINGTON TRUST COMPANY<br>ATT: DAVID M. FELDMAN, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY  10166<br>dfeldman@gibsondunn.com | GIBSON, DUNN & CRUTCHER LLP<br>ATTY FOR WILMINGTON TRUST COMPANY<br>ATT: MATTHEW J. WILLIAMS, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY  10166<br>mjwilliams@gibsondunn.com |
| HEWLETT PACKARD CO<br>MIKE NEFKENS, VP<br>500 RENAISSANCE CENTER<br>MC:20A<br>DETROIT, MI  48243<br>MIKE.NEFKENS@EDS.COM | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATTY FOR GENERAL MOTORS CORPORATION<br>ATT: ROBERT B. WEISS, ESQ.<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI  48226<br>rweiss@honigman.com |
| HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATTY FOR GENERAL MOTORS CORPORATION<br>ATT: TRICIA A. SHERICK, ESQ.<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI  48226<br>tsherick@honigman.com | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATTY FOR GENERAL MOTORS CORPORATION<br>ATT: JOSEPH R. SGROI, ESQ.<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI  48226<br>jsgroi@honigman.com |
| INTERPUBLIC GROUP OF COMPANIES INC<br>MR. MICHAEL ROTH, CEO<br>ATTN:  NICHOLAS J CAMERA<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036<br>MROTH@INTERPUBLIC.COM | JENNER & BLOCK LLP<br>ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS<br>ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI<br>330 NORTH WABASH AVENUE<br>CHICAGO, IL  60611<br>dmurray@jenner.com |
| JENNER & BLOCK LLP<br>ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS<br>ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN<br>919 THIRD AVENUE, 37TH FLOOR<br>NEW YORK, NY  10022<br>ptrostle@jenner.com | JOHNSON CONTROLS INC<br>ATTN: MR. STEPHEN A. ROELL, CHAIRMAN<br>5757 N. GREEN BAY AVENUE<br>GLENDALE, WI  53209<br>STEVE.ROELL@JCI.COM |
| KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: THOMAS M  KENNEDY, ESQ.<br>113 UNIVERSITY PLACE<br>7TH FL<br>NEW YORK, NY  10003<br>tmurray@kjmlabor.com | KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: LARRY MAGARIK, ESQ.<br>113 UNIVERSITY PLACE<br>7TH FL<br>NEW YORK, NY  10003<br>lmagarik@kjmlabor.com |
| KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: SUSAN JENNIK, ESQ.<br>113 UNIVERSITY PLACE<br>7TH FL<br>NEW YORK, NY  10003<br>sjennik@kjmlabor.com | KIMM LAW FIRM<br>ATT: MICHAEL S. KIMM<br>ATTORNEY FOR ROLLOVER CASE PLAINTIFFS<br>41W BANCKER STREET<br>ENGLEWOOD, NJ  07631<br>kimmlaw@msn.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: THOMAS MOERS MAYER, KENNETH H. ECKSTEIN & GORDON Z. NOVOD<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036<br>gnovod@kramerlevin.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: THOMAS MOERS MAYER, KENNETH H. ECKSTEIN & GORDON Z. NOVOD<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036<br>gnovod@kramerlevin.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com |

| | |
|---|---|
| LEAR CORP<br>MR. ROBERT ROSSITER<br>21557 TELEGRAPH ROAD<br>SOUTHFIELD, MI 48033<br>BROSSITER@LEAR.COM | LEVY RATNER P.C.<br>ATTY FOR UNITED STEELWORKERS<br>ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP<br>80 EIGHTH AVENUE, 8TH FLOOR<br>NEW YORK, NY 10011<br>shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com |
| OFFICE OF THE UNITED STATES TRUSTEE<br>33 WHITEHALL STREET<br>21ST FLOOR<br>NEW YORK, NY 10004<br>ustrustee.program@usdoj.gov | OFFICE OF THE UNITED STATES TRUSTEE<br>33 WHITEHALL STREET<br>21ST FLOOR<br>NEW YORK, NY 10004<br>ustrustee.program@usdoj.gov |
| OLIVER A PARKER<br>283 CODRINGTON DR<br>LAUD BY-THE-SEA, FL 33308<br>splitapart@prodigy.net | PATTON BOGGS LLP<br>ATTY FOR UNOFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS<br>ATTN: MICHAEL RICHMAN, MARK SALZBERG MELISSA IACHAN<br>1185 AVENUE OF THE AMERICAS, 30TH FLOOR<br>NEW YORK, NY 10036<br>mrichman@pattonboggs.com; msalzberg@pattonboggs.com; miachan@pattonboggs.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTY FOR ENTERPRISE RENT-A-CAR COMPANY<br>ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019<br>akornberg@paulweiss.com; jkoevary@paulweiss.com | PUBLICIS GROUPE SA<br>MR. MAURICE LEVY CEO<br>133 AVENUE DES CHAMPS ELYSEES<br>PARIS 75008 FRANCE<br>MAURICE.LEVY@PUBLICISGROUPE.COM |
| RADHA R. M NARUMANCHI<br>657 MIDDLETON AVENUE<br>NEW HAVEN, CT 06513<br>rrm_narumanchi@hotmail.com | RENCO GROUP INC, THE<br>MR. LON OFFENBACHER, PRESIDENT & CEO<br>1401 CROOKS ROAD<br>TROY, MI 48084<br>LOFFENBACHER@INTEVAPRODUCTS.COM |
| SILVERMANACAMPORA LLP<br>ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC., DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL<br>ATT: ADAM L. ROSEN, ESQ.<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753<br>ARosen@SilvermanAcampora.com | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTY FOR DELPHI CORPORATION<br>ATTN: JOHN WM. BUTLER, JR., ESQ.<br>ATTN: RON W MEISLER, ESQ.<br>155 N. WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606<br>jack.butler@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTY FOR DELPHI CORPORATION<br>ATT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036<br>kayalyn.marafioti@skadden.com; gregory.fox@skadden.com | SQUIRE, SANDERS & DEMPSEY, L.L.P.<br>ATTN: G. CHRISTOPHER MEYER, ESQ.<br>4900 KEY TOWER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114<br>cmeyer@ssd.com |
| STARCOM MEDIAVEST GROUP INC<br>LAURA DESMOND, CEO<br>35 W. WACKER DRIVE<br>CHICAGO, IL 60601<br>LAURA.DESMOND@SMVGROUP.COM | THE COLEMAN LAW FIRM<br>ATT: ELIZABETH RICHERT, STEVE JAKUBOWSKI<br>ATTY FOR CALLIN CAMPBELL, KEVIN JUNSO, JOSEPH BERLINGIERI, ET AL<br>77 WEST WACKER DR., SUITE 4800<br>CHICAGO, IL 60601<br>sjakubowski@colemanlawfirm.com |
| THOMPSON COBURN LLP<br>ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.<br>ATTN: ROBERT H. BROWNLEE, ESQ.<br>ONE U.S. BANK PLAZA, SUITE 2600<br>ST. LOUIS, MO 63101<br>rbrownlee@thompsoncoburn.com | TRW AUTOMOTIVE HOLDINGS CORP<br>ATTN: MR. JOHN PLANT PRESIDENT & CEO<br>12001 TECH CENTER DR<br>LIVONIA, MI 48150<br>JOHN.PLANT@TRW.COM |
| UNITED STATES ATTORNEY<br>FOR THE SOUTHERN DISTRICT OF NEW YORK<br>ATTN: MATTHEW L SCHWARTZ AND DAVID S. JONES, ESQS.<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY 10007<br>david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; matthew.schwartz@usdoj.gov; joseph.cordaro@usdoj.gov | VEDDER PRICE P.C.<br>ATTY FOR EXPORT DEVELOPMENT CANADA<br>ATT: MICHAEL EDELMAN, MICHAEL SCHEIN, ERIN ZAVALKOFF-BABEJ<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019<br>MJEdelman@vedderprice.com; MSchein@vedderprice.com; Ezavalkoff-babej@vedderprice.com |

| | |
|---|---|
| WARNER NORCROSS & JUDD LLP<br>ATTY FOR ROBERT BOSCH GMBH<br>ATT: GORDON J. TOERING, ESQ.<br>900 FIFTH THIRD CENTER<br>111 LYON STREET, NW<br>GRAND RAPIDS, MI 49503<br>gtoering@wnj.com | WEIL, GOTSHAL & MANGES LLP<br>ATTN: STEPHEN KAROTKIN, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153<br>STEPHEN.KAROTKIN@WEIL.COM |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN: JOSEPH H. SMOLINSKY, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153<br>JOSEPH.SMOLINSKY@WEIL.COM | WEIL, GOTSHAL & MANGES LLP<br>ATTN: HARVEY R. MILLER, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153<br>HARVEY.MILLER@WEIL.COM |
| WILDMAN, HARROLD, ALLEN & DIXON<br>ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP,<br>INC., DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL<br>ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606<br>Dockterman@wildman.com; Young@wildman.com; Friedman@wildman.com | WILMINGTON TRUST<br>MR. GEOFFREY J. LEWIS<br>RODNEY SQ N<br>1100 N. MARKET STREET<br>WILMINGTON, DE 19890<br>glewis@wilmingtontrust.com |

# Exhibit B

| | |
|---|---|
| BANK OF NEW YORK MELLON<br>ATTN: GREGORY KINDER<br>GLOBAL CORPORATE TRUST<br>101 BARCLAY, 7W<br>NEW YORK, NY  10286<br>212-815-5595 | DEUTSCHE BANK AG<br>ATTN: STUART HARDING<br>1 GREAT WINCHESTER ST<br>LONDON EC2N 2DB ENGLAND<br>011-44-207-547-6149 |
| ENTERPRISE RENT A CAR<br>ATTN: MR. GEORGE STUBBLEFILED, PRESIDENT<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MO  63105<br>314-512-4230 | INTERNATIONAL UNION OF ELECTRIC, SALARY,<br>MACHINE AND FURNITURE WORKERS<br>JIM CLARK/ PETER MITCHELL<br>2701 DRYDEN ROAD<br>DAYTON, OH  45439<br>937-298-6333 |
| INTERNATIONAL UNION, UAW<br>MR. RON GETTLEFINGER, PRESIDENT<br>8000 EAST JEFFERSON AVENUE<br>DETROIT, MI  48214<br>313-331-4957 | PLUNKETT COONEY<br>ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES<br>CALIFORNIA<br>ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING<br>38505 WOODWARD AVENUE, SUITE 2000<br>BLOOMFIELD HILLS, MI  48304<br>248-901-4040 |

# Exhibit C

| | |
|---|---|
| ALBERT L. BURDICK<br>4232 COUNTY ROAD 18<br>CANANDAIGUA, NY | BANK OF NEW YORK MELLON<br>MR. GREG KINDER<br>ONE WALL STREET<br>NEW YORK, NY  10286 |
| EMMET, MARVIN & MARTIN, LLP<br>ATTORNEY FOR THE BANK OF NEW YORK MELLON<br>ATTENTION: EDWARD P. ZUJKOWSKI<br>120 BROADWAY<br>NEW YORK, NY  10271 | ENTERPRISE RENT A CAR<br>6929 N LAKEWOOD AVE SUITE 100<br>TULSA, OK  74117 |
| HEWLETT PACKARD CO<br>3000 HANOVER ST<br>PALO ALTO, CA  94304 | INTERNATIONAL UNION OF ELECTRIC, SALARY, MACHINE AND FURNITURE WORKERS<br>3461 OFFICE PARK DR<br>KETTERING, OH  45439 |
| MAGNA INTERNATIONAL INC<br>ATTN: MR. DON WALKER, CEO<br>337 MAGNA DRIVE<br>AURORA, ON L4G 7K1 CANADA | MARITZ INC<br>ATTN: MR.STEVE MARTIZ, CEO<br>1375 NORTH HIGHWAY DRIVE<br>FENTON, MO  63099 |
| RENCO GROUP INC, THE<br>1 ROCKEFELLER PLAZA, 29TH FLOOR<br>NEW YORK, NY  10020 | ROBERT BOSCH<br>38000 HILLS TECH DRIVE<br>FARMINGTON HILLS, MI  48331 |