NEDELMAN GLOETZNER, PLLC
Michael A. Nedelman
28580 Orchard Lake Road, Suite 140
Farmington Hills, Michigan 48334
Phone: (248) 855-8888
Fax: (248) 538-4556
mnedelman@nglegal.com

Counsel for Logistics Insight Corp.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| GENERAL MOTORS CORP, et al., | : | Case No.: 09-50026 (REG) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTIONS OF LOGISTICS INSIGHT CORP
TO PROPOSED CURE AMOUNT CONTAINED IN NOTICE OF (I) DEBTORS'
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND
UNEXPIRED LEASES AND (II) CURE COSTS RELATED THERETO**

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

The Debtors and Logistics Insight Corp ("LINC") have resolved the Cure Amount dispute raised in the Limited Objections of Logistics Insight Corp to Proposed Cure Amount Contained in Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Cure Costs Related Thereto (the "Limited Objection") [Docket 750] pursuant to that certain Letter Agreement between the parties dated July 24, 2009 (the "Letter Agreement"). Pursuant and subject to the terms of the Letter Agreement, LINC hereby withdraws the Limited Objection.

163911759.003                                      1

2

          Respectfully submitted,

          NEDELMAN GLOETZNER, PLLC

          By: /s/ Michael A. Nedelman
               Michael A. Nedelman
          28580 Orchard Lake Road, Suite 140
          Farmington Hills, Michigan 48334
          Telephone:  (248) 855-8888

Dated:  July 28, 2009          Fax: (248) 538-4556
          Email: mnedelman@nglegal.com

163911759.003          2

NEDELMAN GLOETZNER, PLLC
28580 Orchard Lake Road, Suite 140
Farmington Hills, Michigan 48334
Phone: (248) 855-8888
Fax: (248) 538-4556
Michael A. Nedelman
mnedelman@nglegal.com


Counsel for Logistics Insight Corp.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| GENERAL MOTORS CORP, et al., | : | Case No.: 09-50026 (REG) |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

      This is to certify that on July 29, 2009, I served a copy of the **Notice of Withdrawal of Limited Objection of Logistics Insight Corp. to Proposed Cure Amount Contained in Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Cure Costs Related Thereto** and this **Certificate of Service**, upon all counsel of record receiving electronic filing through the Court's electronic filing system. I declare that the above statements are true to the best of my knowledge, information and belief.

      /s/ Michael A. Nedelman
      MICHAEL A. NEDELMAN

163911759.003      3