

**ACCU-CHEK, INC.**
ISO 17025 ACCREDITED

July 16, 2009

United States Bankruptcy Court
One Bowling Green Way
New York, NY 10004

JUL 2 0 2009

Re: Contract Objection

Accu-Chek, Inc Vendor ID#: 147803001

On July 9, 2009, I received document 09-50026 (REG), Notice of Debtors' Intent to Assume and Assign Certain Executory Contracts… After logging on to website provided, I notice that the Cure Amount is incorrect. As directed in the notice, we contacted the Assumable Executory Contracts phone line and spoke to Laquita, case id 2009.6933. Laquita was unable to tell me the reason for the deduction, she would note that we objected to the amount listed and we would receive a call back from someone in the department that is handling disputes. But, due to decreased staff in that department we should call back if we haven't spoken to anyone in a week.

The Contract Cure Amount is $9,753.60; however the correct amount should be $17,921.15. There is a deduction from our Cure Amount of $8,037.60, for BOL GI11599, from a previous payment dated 4/21/09 (check 002961203) which should not be deducted.

BOL GI11599 was originally invoiced as 11599, but at the request of Bob Bridgewater the invoice was revised and re-billed under GI11599. The revision was made to summarize our detailed bill into three billable line items to match the purchase order. BOL GI11599 is not a duplicate bill and has only been paid once.

I'm enclosing a copy of the original invoice 11599, revised invoice GI11599, a copy of the purchase order, check stub from payment, and a copy of the contract cure amount details.

If further clarification is needed, I can be reached at 812-951-2206 ext 14.

Sincerely,

Herschel G. Smith, Sr.
President

Enc:   Invoice GI11599
       Check Stub 002961203
       Invoice 11599
       Purchase Order TCS24090
       Contract Cure Amount Detail

# INVOICE

**Accu-Chek, Inc.**
8385 St. Rd. 64
Georgetown, IN  47122

Invoice Number: GI-11599
Invoice Date:   Nov 21, 2008
Page:           1

*Duplicate*

Voice: 812-951-2206
Fax:   812-951-2262

| Bill To: | Ship to: |
|---|---|
| GM POWERTRAIN<br>7601 E 88TH PLACE, PLANT 39<br>INDIANAPOLIS, IN 46256 | GM POWERTRAIN<br>7601 E 88TH PLACE<br>INDIANAPOLIS, IN 46256 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| ALL17 | TCS24090 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  |  | 10/29/08 | 11/28/08 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 252.00 |  | ITEM ID/PR#: PRUX6040 002 TRAVEL EXPENSE | 1.30 | 327.60 |
| 3.00 |  | ITEM ID/PR#: PRUX6040 004 TRAVEL EXPENSE | 125.00 | 375.00 |
| 163.00 |  | ITEM ID/PR#: PRUX6040 001 CALIBRATION OF TEST | 45.00 | 7,335.00 |

|  |  |
|---|---|
| Subtotal | 8,037.60 |
| Sales Tax |  |
| Freight |  |
| Total Invoice Amount | 8,037.60 |
| Payment/Credit Applied | 8,037.60 |
| TOTAL | 0.00 |

Check/Credit Memo No: 11599

**North American Operations**   DETACH BEFORE DEPOSITING CHECK
General Motors Corporation
Disbursement Services (3126)
PO Box 62530
Phoenix, AZ   85082-2530

CHECK NO.   002961203
PAYMENT DATE   04/21/09

| NDOR NS NO. | RD 147803001 | 1 | | | | |
|---|---|---|---|---|---|---|
| NDOR NAME | ACCU-CHEK INC | | | | | |
| REGISTER NO. DESCRIPTION | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
| 000169606727 | 11/21/08 | WN 096931540001 | 00.0000 | 8,037.60 | .00 | 8,037.60 |
| CS24090   GI11599 | | | | | | |
| LT: GM TECH CNTR WARREN GENER | | | | | | |
| /N: PRUX6040001  QTY: | | 163.000  UOM: EA  U/P: | | 45.00000 | EXT: | 7,335.00 |
| /N: PRUX6040002  QTY: | | 252.000  UOM: EA  U/P: | | 1.30000 | EXT: | 327.60 |
| /N: PRUX6040004  QTY: | | 3.000  UOM: DA  U/P: | | 125.00000 | EXT: | 375.00 |

A11 17

FOR PMT INFO USE E-DACOR WWW.GMSUPPLYPOWER.COM/ ISSUES (PRICING -
CALL BUYER) (QTY - CALL PLANT) (OTHER-HELP DESK: 248-874-4636) FN

**TOTAL**   8,037.60   .00   8,037.6

Accu-Chek, Inc.
8385 State Road 64
Georgetown, IN 47122
Ph: (812) 951-2206  Fx: (812) 951-2262

**INVOICE**
Invoice Nbr:   11599
Invoice Date: 10/29/2008

Billing Address:

**GM POWERTRAIN**
**7601 E 88TH PLACE**
**INDIANAPOLIS, IN 46256**

Shipping Address:

**GM POWERTRAIN**
**7601 E 88TH PLACE**
**INDIANAPOLIS, IN 46256**

## INVOICE SUMMARY

| Account Nbr: | ALL17 | PO Nbr: | TCS24090 | Amount Due: | $8,037.60 |
|---|---|---|---|---|---|
| Payment Terms: | Net | WO Nbr: | 43344 | Payment Due Date: | 10/29/2008 |

| Ln# | Gage ID | Description | Service | Qty | Unit Cost | Total Charge | Gage Total |
|---|---|---|---|---|---|---|---|
| 1 | CE67031 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 2 | CE11042 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 3 | CE45009 | TELEMETRY MODULE, | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 4 | CE45011 | TELEMETRY MODULE, | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 5 | CE45012 | TELEMETRY MODULE, | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 6 | CE11414 | INPUT MODULE, MILLIAMP | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 7 | CE11010 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 8 | CE11011 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 9 | CE11012 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 10 | CE11013 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 11 | CE11014 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 12 | CE11017 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 13 | CE11018 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 14 | CE11019 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 15 | CE11020 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 16 | CE11022 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 17 | CE11026 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 18 | CE11028 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 19 | CE11032 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 20 | CE11033 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 21 | CE11034 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 22 | CE11035 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 23 | CE11037 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 24 | CE11038 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 25 | CE11039 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 26 | CE11040 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 27 | CE11043 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 28 | CE11044 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |


**Accu-Chek, Inc.**
8385 State Road 64
Georgetown, IN 47122
Ph: (812) 951-2206  Fx: (812) 951-2262

**INVOICE**

Invoice Nbr:   11599
Invoice Date:  10/29/2008

| Ln# | Gage ID | Description | Service | Qty | Unit Cost | Total Charge | Gage Total |
|---|---|---|---|---|---|---|---|
| 29 | CE11046 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 30 | CE11047 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 31 | CE11049 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 32 | CE11055 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 33 | CE11074 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 34 | CE11075 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 35 | CE11076 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 36 | CE11082 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 37 | CE11083 | INPUT MODULE, MILLIAMP | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 38 | CE11084 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 39 | CE11095 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 40 | CE11096 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 41 | CE11098 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 42 | CE11102 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 43 | CE11109 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 44 | CE11110 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 45 | CE11173 | TRANSDUCER, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 46 | CE11174 | INPUT MODULE, MILLIAMP | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 47 | CE11244 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 48 | CE11245 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 49 | CE11246 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 50 | CE11247 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 51 | CE11248 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 52 | CE11253 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 53 | CE11254 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 54 | CE11257 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 55 | CE11261 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 56 | CE11289 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 57 | CE11307 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 58 | CE11314 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 59 | CE11318 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 60 | CE11334 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 61 | CE11337 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 62 | CE11349 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 63 | CE11356 | INPUT MODULE, MILLIAMP | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 64 | CE11397 | INPUT MODULE, MILLIAMP | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 65 | CE11398 | INPUT MODULE, MILLIAMP | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 66 | CE11409 | INPUT MODULE, MILLIAMP | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 67 | CE11411 | INPUT MODULE, MILLIAMP | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 68 | CE11412 | INPUT MODULE, MILLIAMP | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 69 | CE11413 | INPUT MODULE, MILLIAMP | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 70 | CE11418 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 71 | CE11420 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 72 | CE11421 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 73 | CE11423 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 74 | CE11424 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 75 | CE11428 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 76 | CE11430 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |

**Accu-Chek, Inc.**
8385 State Road 64
Georgetown, IN 47122
Ph: (812) 951-2206  Fx: (812) 951-2262

**INVOICE**
Invoice Nbr:  11599
Invoice Date: 10/29/2008

| Ln# | Gage ID | Description | Service | Qty | Unit Cost | Total Charge | Gage Total |
|---|---|---|---|---|---|---|---|
| 77 | CE11436 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 78 | CE11439 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 79 | CE11440 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 80 | CE11446 | INPUT MODULE, MILLIAMP | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 81 | CE11455 | CALIBRATION | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 82 | CE11588 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 83 | CE11651 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 84 | CE11718 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 85 | CE11731 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 86 | CE11762 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 87 | CE11796 | INPUT MODULE, MILLIAMP | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 88 | CE11826 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 89 | CE11827 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 90 | CE11828 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 91 | CE11954 | INPUT MODULE, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 92 | CE11957 | TRANSDUCER, VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 93 | CE12212 | INPUT MODULE, WIDEBAND VOLTAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 94 | CE18017 | INPUT MODULE, STRAIN GAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 95 | CE18025 | INPUT MODULE, STRAIN GAGE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 96 | CE36025 | INPUT MODULE, FREQUENCY | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 97 | CE36053 | INPUT MODULE, FREQUENCY | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 98 | CE36061 | INPUT MODULE, FREQUENCY | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 99 | CE67022 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 100 | CE67023 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 101 | CE67024 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 102 | CE67025 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 103 | CE67026 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 104 | CE67027 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 105 | CE67028 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 106 | CE67032 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 107 | CE67033 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 108 | CE67034 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 109 | CE67035 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 110 | CE67036 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 111 | CE67037 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 112 | CE67039 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 113 | CE67040 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 114 | CE67041 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 115 | CE67042 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 116 | CE67043 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 117 | CE67045 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 118 | CE67117 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 119 | CE67127 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 120 | CE67132 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 121 | CE67167 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 122 | CE67405 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 123 | CE67406 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 124 | CE67407 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |

**Accu-Chek, Inc.**
8385 State Road 64
Georgetown, IN 47122
Ph: (812) 951-2206  Fx: (812) 951-2262

**INVOICE**
Invoice Nbr: **11599**
Invoice Date: **10/29/2008**

| Ln# | Gage ID | Description | Service | Qty | Unit Cost | Total Charge | Gage Total |
|---|---|---|---|---|---|---|---|
| 125 | CE67546 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 126 | CE67547 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 127 | CE67548 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 128 | CE67549 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 129 | CE67550 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 130 | CE67580 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 131 | CE67581 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 132 | CE67582 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 133 | CE68001 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 134 | CE68015 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 135 | CE68016 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 136 | CE68017 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 137 | CE68018 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 138 | CE68019 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 139 | CE68021 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 140 | CE68024 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 141 | CE68025 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 142 | CE68026 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 143 | CE68027 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 144 | CE68028 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 145 | CE68029 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 146 | CE68030 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 147 | CE68031 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 148 | CE68032 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 149 | CE68033 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 150 | CE68034 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 151 | CE68035 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 152 | CE68036 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 153 | CE68037 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 154 | CE68038 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 155 | CE68039 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 156 | CE68040 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 157 | CE68043 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 158 | CE68284 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 159 | CE69016 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 160 | CE69293 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 161 | CE36028 | INPUT MODULE, FREQUENCY | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 162 | CE68135 | INPUT MODULE, 3-WIRE RTD | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 163 | CE69289 | INPUT MODULE, THERMOCOUPLE | CERTIFY | 1 | $45.00 | $45.00 | $45.00 |
| 164 | | Travel | MILEAGE | 252 | $1.30 | $327.60 | $327.60 |
| 165 | | | PERDIEM | 3 | $125.00 | $375.00 | $375.00 |

| | | |
|---|---|---|
| Subtotal | | $8,037.60 |
| Shipping / Handling | | $0.00 |
| Taxable Amt: 0.00 | Tax Rate: %   Tax | $0.00 |
| **Invoice Total** | | **$8,037.60** |

Printed: 10/29/2008 9:06:23 AM

Page: 4 of 4

**General Motors Corporation**

# PURCHASE ORDER: TCS24090

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION DATE | PHONE: 586-492-8481 |
|---|---|---|---|
| 10/22/08 | | | S RATH 7801 Buyer |

TO:
VENDOR NUMBER 14-780-3001
ACCU CHEK INC
8385 STATE RD 64
GEORGETOWN IN
47122
US

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

INVOICE TO:
00000
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On this reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | | SHIP VIA |
|---|---|---|---|
| FREIGHT COLLECT | | | REFER TO WWW.GMSHIPPING.COM |

| PAYMENT TERMS |
|---|
| NET 2ND DAY OF 2ND MONTH |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | SUPPLIER HELP DESK FOR GM INDIRECT/MACHINERY AND EQUIPMENT PURCHASING AVAILABLE DURING DETROIT BUSINESS HOURS AT 1-888-376-6115 AND ON-LINE AT IMEHELPDESK@GM.COM QUESTIONS RELATED TO PAYMENT ISSUES, PLEASE CONTACT DISBURSEMENTS AT 248-874-4636. | | | | | | |
| | | | | PRICE BASED ON ACCUCHECK ESTIMATE# 6237 WITH PRICING OF $45.00 PER MODULE | | | | | | |
| 00001 | 3000 | PRUX6040 002 | | TRAVEL EXPENSE, PER MILE, FOR FIRST TECHNICIAN WHO ORDERED: 317-915-2722 ROBERT BRIDGEWATER 317-915-2722 | | 07/31/09 D | 0.00% | 1.3000 | | MIL |
| 00002 | 3000 | PRUX6040 003 | | TRAVEL EXPENSE, PER MILE, PER ADDITIONAL TECHNICIAN WHO ORDERED: 317-915-2722 ROBERT BRIDGEWATER 317-915-2722 | | 07/31/09 D | 0.00% | 0.8500 | | MIL |
| 00003 | 25 | PRUX6040 004 | | TRAVEL EXPENSE, PER DAY, PER TECHNICIAN, IF OVERNIGHT STAYS ARE REQUIRED | | | | 125.0000 | | DAY |

A005498  USER ANOOP JAMES

ORIGINAL                    CONTINUE PAGE  2

CHMM08 6/93

# General Motors Corporation

## PURCHASE ORDER: TCS24090

PAGE 2

| | |
|---|---|
| ORDER DATE | 10/22/08 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | |
| REFER TO WWW.GMSHIPPING.COM | |
| PHONE: 586-492-8481 | |
| Buyer: S RATH 7801 | |
| PURCHASING AGENT | |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:** SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS
00000
US

**INVOICE TO:** INVOICE FOR SERVICE. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053
US

**TO:**
VENDOR NUMBER 14-780-3001
ACCU CHEK INC
8385 STATE RD 64
GEORGETOWN IN
47122

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH
**F.O.B.** FREIGHT COLLECT — DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 000004 | 1222 | PRUX6040 001 | ROBERT BRIDGEWATER 317-915-2722 | | 07/31/09 D | 0.00% | 45.0000 | | EA |

WHO ORDERED: ROBERT BRIDGEWATER 317-915-2722

CALIBRATION OF TEST CELLS AS SYSTEMS OF COMPONENTS INCLUDING SIGNAL CONDITIONING MODULES (80-250 PER CELL), VOLTAGE AND CURRENT SENSING DEVICES, TRANSMISSION FLUID FLOW MEASUREMENT SYSTEMS, TORQUE MEASUREMENT SYSTEMS, ACCELEROMETERS, ETC.

ROBERT BRIDGEWATER 317-915-2722
DELIVER TO: GMPT - INDIANAPOLIS
7601 E 88TH PLACE, BLDG 2
INDIANAPOLIS, IN 46256
ATTN: BOB BRIDGEWATER, 317-915-2722
WHO ORDERED: 317-915-2722

CUSTOMS-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) CONTRACT CLAUSE

SPECIAL TERM (U.S.) - C-TPAT

FOR SELLER'S GOODS TO BE IMPORTED INTO THE UNITED STATES, SELLER SHALL COMPLY WITH ALL APPLICABLE RECOMMENDATIONS OR REQUIREMENTS OF THE UNITED STATES CUSTOMS SERVICE'S CUSTOM-TRADE PARTNERSHIP AGAINST TERRORISM (C-TPAT) INITIATIVE (FOR

A005498    USER ANOOP JAMES    ORIGINAL    CONTINUE PAGE 3    CNMM06 4/93

# General Motors Corporation

## PURCHASE ORDER: TCS24090

PAGE 3

| | |
|---|---|
| ORDER DATE | 10/22/08 |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | |
| REFER TO WWW.GMSHIPPING.COM | |
| PHONE: 586-492-8481 | |
| S RATH | 7801 Buyer |
| PURCHASING AGENT | |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**GENERAL MOTORS CORPORATION**
GLOBAL PURCHASING
30009 VAN DYKE
FAX 602-797-6053
WARREN MI
48090

VENDOR NUMBER 14-780-3001
ACCU CHEK INC
8385 STATE RD 64
GEORGETOWN IN
47122
US

**SHIP TO:** SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS

**INVOICE TO:** INVOICE FOR SERVICE, MACHINERY & EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490 PHOENIX AZ
US

This order is not binding until accepted. Acceptance of any copy which should be returned is signed. On the reverse side hereof, Seller agrees by acceptance of orders, the entry, packaging, the terms, and conditions on the face and reverse, certain, the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by an authorized representative of Buyer. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED | | | |
|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | FREIGHT COLLECT | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| A005498 | USER ANOOP JAMES | | INFORMATION GO TO HTTP://WWW.CUSTOMS.USTREAS.GOV/ENFORCEM/TPAT.HTM). AT BUYER'S OR THE CUSTOMS SERVICE'S REQUEST, SELLER SHALL CERTIFY IN WRITING ITS COMPLIANCE WITH THE FOREGOING. SELLER SHALL INDEMNIFY AND HOLD BUYER HARMLESS FROM AND AGAINST ANY LIABILITY, CLAIMS, DEMANDS OR EXPENSES (INCLUDING ATTORNEY'S OR OTHER PROFESSIONAL FEES) ARISING FROM OR RELATING TO SELLER'S NONCOMPLIANCE. (AT 6/20/02) (AT) IMPORTANT NOTICE: EFFECTIVE SEPTEMBER 1, 2008 SIGNIFICANT CHANGES HAVE BEEN MADE TO THE GMNA SHIPPING INSTRUCTIONS. PLEASE REVIEW FOR CARRIER UPDATES. NON-COMPLIANCE TO THESE INSTRUCTIONS MAY RESULT IN FREIGHT CHARGES BEING DEBITED BACK TO THE SUPPLIER. GM ROUTING / SHIPPING INSTRUCTIONS CAN BE FOUND AT WWW.GMSHIPPING.COM UNLESS OTHERWISE INDICATED IN THIS RFQ, SELLER IS REQUIRED TO HAVE ELECTRONIC DATA INTERCHANGE CAPABILITY WORLDWIDE. "DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO ALL SHIPPED TO LOCATIONS WITH THE STATES LISTED | | | | | | |

ORIGINAL                                              CONTINUE PAGE  4

CHMM08 4/93

**General Motors Corporation**

# PURCHASE ORDER: TCS24090

PAGE 4

| | |
|---|---|
| ORDER DATE | 10/22/08 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | REFER TO WWW.GMSHIPPING.COM |

PHONE: 586-492-8481
S RATH 7801 Buyer

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(1) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**GENERAL MOTORS CORPORATION**
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053

SHIP TO:
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS
US

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

TO:
VENDOR NUMBER 14-780-3001
ACCU CHEK INC
8385 STATE RD 64
GEORGETOWN IN
47122
US

This order is not binding upon Seller until accepted. Acceptance should be executed on acknowledgment copy which is attached.
On the reverse side hereof and on the face hereof, and this order contain the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | F.O.B. FREIGHT COLLECT DESTINATION UNLESS OTHERWISE INDICATED | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | BELOW." GM HOLDS DIRECT PAYMENT AUTHORITY WITH THESE STATES. AS A RESULT, IN ALL OF THE IDENTIFIED STATES BELOW LISTED GM CORPORATE ENTITIES WILL REMIT DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR USE TAX LIABILITY RELATED TO ITS PURCHASE AND USE OF TANGIBLE PERSONAL PROPERTY AND SERVICES (1). THEREFORE, EFFECTIVE IMMEDIATELY, THIS TAX CLAUSE SUPERSEDES ALL TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT FOR THOSE STATES NOT IDENTIFIED BELOW. FOR THOSE STATES NOT IDENTIFIED BELOW, PLEASE CONTINUE TO FOLLOW THE SPECIFIC TAX CODE INSTRUCTIONS FOUND ON THIS ORDER. LISTED BELOW ARE DIRECT PAY PERMIT OR SALES TAX LICENSE NUMBERS FOR THE STATES, OR GM LOCATIONS WITHIN A STATE, WHERE GM HOLDS DIRECT PAY AUTHORITY: * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * GENERAL MOTORS CORPORATION PERMITS: GEORGIA #044-38-00894-3 INDIANA #003-280489001 KENTUCKY #0000-10 KANSAS #98-0003B (FAIRFAX ONLY) LOUISIANA #6009013-008DP (SHREVEPORT ONLY) MARYLAND #20 MICHIGAN #ME-0900440 MISSISSIPPI #4277 (SPO ONLY) MISSOURI #11731559 NEW JERSEY #NJ9-001-683/000 | | | | | | | |

A005498   USER ANOOP JAMES   ORIGINAL   CONTINUE PAGE   5

CHMM08 4/93

# General Motors Corporation

## PURCHASE ORDER: TCS24090

PAGE 5

| | |
|---|---|
| GENERAL MOTORS CORPORATION | This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. |
| GLOBAL PURCHASING | (2) copies of your packing slip must accompany each shipment. |
| 30009 VAN DYKE | Item Identification Number(s) must be shown on Packing Slips and Invoices. |
| WARREN MI | Invoice Attn: Accounts Payable |
| 48090 | Do not Declare Valuation of Express Shipments or Insure Parcel Post. |
| FAX 602-797-6053 | |

**TO:**
VENDOR NUMBER 14-780-3001
ACCU CHEK INC
8385 STATE RD 64
GEORGETOWN IN
47122
US

**SHIP TO:**
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

00000

**INVOICE TO:**
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

This paper is not binding until accepted. Acceptance copy which should be returned to Buyer. On its reverse side hereof are the terms and conditions in which Seller agrees by acceptance of this order. This order, including the terms and conditions on its face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | | | | |
|---|---|---|---|---|
| FREIGHT COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA | REFER TO WWW.GMSHIPPING.COM | |
| | | ORDER DATE | 10/22/08 | PHONE: 586-492-8481 |
| | | ALTERATION EFFECTIVE DATE | S RATH 7801 | Buyer |

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| A005498 | USER ANOOP JAMES | | | NEW YORK #DP-003445 | | | | | | |
| | | | | OHIO #98-000613 | | | | | | |
| | | | | OKLAHOMA #137479 | | | | | | |
| | | | | PENNSYLVANIA #02-93450/DP246 | | | | | | |
| | | | | TEXAS #1-38-0572515-0 | | | | | | |
| | | | | VIRGINIA #998000793 | | | | | | |
| | | | | WISCONSIN #WDP95-01-01012 | | | | | | |
| | | | | * * * | | | | | | |
| | | | | ONSTAR CORPORATION PERMIT: | | | | | | |
| | | | | MICHIGAN #38-2577506 | | | | | | |
| | | | | TENNESSEE #100315259 | | | | | | |
| | | | | * * * | | | | | | |
| | | | | SATURN CORPORATION PERMITS: | | | | | | |
| | | | | MICHIGAN #38-3506814 | | | | | | |
| | | | | * * * | | | | | | |
| | | | | FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION | | | | | | |
| | | | | CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND | | | | | | |
| | | | | USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR | | | | | | |
| | | | | (WITH THE EXCEPTION OF TEXAS), AND SHOULD BE INCLUDED | | | | | | |
| | | | | IN THE CONTRACTOR'S BID AS REQUIRED PURSUANT TO | | | | | | |
| | | | | SECTION 3.9 AND SECTION R3.2 OF THE GM1638 (05/05) OR | | | | | | |
| | | | | SECTION 6 OF THE GM1638A (08/02), UNLESS THE | | | | | | |
| | | | | RESPONSIBILITY FOR PAYMENT OF SALES & USE TAXES ARE | | | | | | |
| | | | | OTHERWISE SPECIFICALLY OUTLINED IN THE CONTRACT. WITH | | | | | | |
| | | | | REFERENCE TO TEXAS: IF THE ORDER RELATES TO A | | | | | | |
| | | | | CONSTRUCTION CONTRACT FOR REAL PROPERTY, THE | | | | | | |

ORIGINAL                                    CONTINUE PAGE 6                    CHMM08 4/93

**General Motors Corporation**

## PURCHASE ORDER: TCS24090

PAGE 6

PHONE: 586-492-8481
S RATH
7801 Buyer

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053
US

TO:
VENDOR NUMBER 14-780-3001
ACCU CHEK INC
8385 STATE RD 64
GEORGETOWN IN
47122
US

SHIP TO: SEE BODY OF PURCHASE ORDER FOR SHIPPING ADDRESS

INVOICE TO:
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

ORDER DATE: 10/22/08
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:
SHIP VIA: REFER TO WWW.GMSHIPPING.COM

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. FREIGHT COLLECT    DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 00000 | | | CONTRACTOR SHOULD ISSUE ALL CONTRACTS AS SEPARATED CONTRACTS AND AS SUCH CONTRACTS SHOULD NOT INCLUDE SALES TAX IN THE COST OF INCORPORATED MATERIALS OR EQUIPMENT. IN ADDITION, THE CONTRACTOR SHOULD NOT BILL GM (GENERAL MOTORS CORPORATION ONLY) FOR SALES TAX ON THE SEPARATED COSTS OF MATERIAL OR LABOR. GM WILL ACCRUE AND REMIT THE APPROPRIATE SALES TAX DIRECTLY TO THE STATE OF TEXAS UNDER THE DIRECT PAY PERMIT. | | | | | | |
| | | | ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO THE FOLLOWING: | | | | | | |
| | | | DISBURSEMENT SERVICES - CUSTOMER COMMUNICATION CENTER PHONE: (248) 874-4636 | | | | | | |
| | | | ********************* | | | | | | |
| | | | (1) EXCLUDING ALL TELECOMMUNICATIONS SERVICES, HOTELS, AND MEAL PURCHASES. TAX IS TO BE PAID DIRECTLY TO THE SUPPLIER OF THESE ITEMS. | | | | | | |
| | | | ********************* | | | | | | |
| | | | EXPORT ADMINISTRATION REGULATIONS (EAR) CONTROLLED PURCHASES *********************************** THE TECHNICAL DATA ASSOCIATED WITH THIS EQUIPMENT, SERVICE OR PART IS CONTROLLED UNDER U.S. EXPORT LAWS. | | | | | | |

A005498  USER ANOOP JAMES

ORIGINAL    CONTINUE PAGE    7

CHMM06 4/93

# General Motors Corporation

## PURCHASE ORDER: TCS24090

PAGE 7

| | |
|---|---|
| ORDER DATE | 10/22/08 |
| ALTERATION ISSUE DATE | |
| SHIP VIA | S RATH 7801 |
| | Buyer |
| | PHONE: 586-492-8481 |
| | PURCHASING AGENT |

ALTERATION EFFECTIVE DATE

REFER TO WWW.GMSHIPPING.COM

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**TO:**
ACCU CHEK INC
8385 STATE RD 64
GEORGETOWN IN
47122

VENDOR NUMBER 14-780-3001

US

**SHIP TO:**
SEE BODY OF PURCHASE ORDER
FOR SHIPPING ADDRESS

**INVOICE TO:**
INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490, PHOENIX AZ
85082-3490
US

GENERAL MOTORS CORPORATION
GLOBAL PURCHASING
30009 VAN DYKE
WARREN MI
48090
FAX 602-797-6053
US

This order is not binding until accepted. Acceptance should be evidenced by an acknowledgement copy which should be returned to Buyer.
On this invoice, the hereof are the terms and conditions in which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | FREIGHT COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

YOU MAY NOT EXPORT OR RE-EXPORT THE TECHNICAL DATA,
INCLUDING BUT NOT LIMITED TO PRINTS, ROUTINGS AND
SPECIFICATIONS ASSOCIATED WITH THIS REQUEST FOR
QUOTATION OR PURCHASE CONTRACT WITHOUT THE PROPER
GOVERNMENTAL AUTHORIZATIONS.

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

A005498    USER ANOOP JAMES

ORIGINAL                LAST PAGE

CPMM08 4/93

# Contract Notices

**GM**

User: EzPkv1tP

My Contracts    Documents & Links    Contact Us

## Supplier Details

Vendor Master ID: **147803001**

| | | |
|---|---|---|
| Supplier Name: | **ACCU CHEK INC** | |
| Contract Cure Amount: | **$9,753.60** | |
| # of Contracts: | **2** | Click here to view Contracts |

### Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount | |
|---|---|---|---|---|---|---|
| RD147803001 | 24090 | 13263 | 5/7/2009 | STAYED | $3,510.00 | USD |
| RD147803001 | 24090 | 13265 | 5/7/2009 | STAYED | $3,465.00 | USD |
| RD147803001 | 24090 | 13244-114 | 5/5/2009 | STAYED | $4,600.80 | USD |
| RD147803001 | 24090 | 13264 | 5/7/2009 | STAYED | $6,085.80 | USD |
| RD147803001 | 24090 | GI-13213 | 5/13/2009 | STAYED | $129.60 | USD |
| RD147803001 | 24090 | GI11599 | 11/21/2008 | STAYED | ($8,037.60) | USD |

**Important Notices:** All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that certain Order Pursuant To 11 U.S.C. §§ 105, 363, And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006(I) Approving Procedures For Sale Of Debtors' Assets Pursuant To Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline And Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Procedures And Approving Form Of Notice.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporated into and/or referenced in such purchase order.

All contract descriptions that appear in the "Contract ID," "Contract Type," "Contract Name/Description," "Business Unit/Department," fields are for purposes of contract identification only and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including determining the parties' substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contract assumption and assignment.

The proposed cure amounts set forth herein are subject to adjustment to reflect additional invoices processed in GM's accounts payable system that relate to the period before the Commencement Date.
Additionally, the proposed cure amounts set forth herein may not reflect certain debits, chargebacks, claims or other deductions to which GM may be entitled and, in each case, all rights with respect thereto are reserved.
GM is updating this website on a daily basis so please check back if you believe that a discrepancy exists in the invoices processed that relate to the period before the Commencement Date.

Home    Logout                    July 09, 2009 @ 02:31:51 PM                    Copyright ©2009 AlixPartners, LLP    (121)

---

7/9 @ 2:45pm    Laquita

Can't tell me why the deduction is on here.

2009.6933

7/15 Christy Hamilton
GM Global
Cell # 810-602-8252