GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden (GK-9610)
Counsel to 767 Fifth Partners LLC and
BP/CGCenter I LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                           :        Chapter 11
                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*             :        Case No. 09-50026 (REG)
                                                 :        (Jointly Administered)
                        Debtors.                 :
---------------------------------------------------------------x

**MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES
OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK FOR ADMISSION TO PRACTICE PRO HAC VICE**

I, Douglas B. Rosner, a member in good standing of the bar of the Commonwealth of Massachusetts and, *inter alia*, the United States District Court for the District of Massachusetts, request admission, *pro hac vice*, before the Honorable Robert E. Gerber in the above captioned chapter 11 case. My address is Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333; email address is drosner@goulstonstorrs.com; and telephone number is (617) 482-1776.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:  New York, New York
        July 29, 2009                            Respectfully submitted,

                                                 /s/ Douglas B. Rosner
                                                 Douglas B. Rosner (DR-5690)
                                                 GOULSTON & STORRS, P.C.
                                                 400 Atlantic Avenue
                                                 Boston, Massachusetts  02110-3333
                                                 Tel:    (617) 482-1776
                                                 drosner@goulstonstorrs.com

**ORDER**

ORDERED, that Douglas B. Rosner, Esq. is admitted to practice, *pro hac vice*, in the above-captioned Case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       July __, 2009

                                              United States Bankruptcy Judge

GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden (GK-9610)
Counsel to 767 Fifth Partners LLC and
BP/CGCenter I LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                            :        Chapter 11
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*              :        Case No. 09-50026 (REG)
                                                  :        (Jointly Administered)
                            Debtors.              :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Douglas B. Rosner, hereby certify that on this 29th day of July, I caused to be served a copy of the ***Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York for Admission to Practice Pro Hac Vice*** on the parties set forth on the attached Service List via ECF

/s/ Douglas B. Rosner
Douglas B. Rosner, Esq. (DR-5690)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

Service List

| | |
|---|---|
| Stephen Karotkin, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Counsel to the Debtors* | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>*Counsel to the Official Committee of Unsecured Creditors* | |