BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Traffic Marketplace, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | |
|---|---|
| Motors Liquidation Company, *et al.,* f/k/a General Motors Corp., *et al.,* | Chapter 11 |
| | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF TRAFFIC
MARKETPLACE, INC. TO DEBTORS' NOTICE OF INTENT TO ASSUME
AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED
LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES
<u>OF NONRESIDENTIAL PROPERTY</u>**

Traffic Marketplace, Inc. by and through its undersigned counsel, hereby withdraws its

Limited Objection (Docket No. 1995) to the proposed Cure Amount scheduled on the Debtors'

contractnotices.com website as the parties have reconciled their differences with respect to the correct and final cure amount.

Dated: New York New York

    July 29, 2009

                                    BUTZEL LONG, a professional corporation

                                    By:     /s/ Robert Sidorsky
                                            Robert Sidorsky, Esq.
                                              Eric B. Fisher, Eq.
                                  380 Madison Avenue
                                  22nd Floor
                                  New York, NY 10017
                                  Tel.: (212) 818-1110
                                  Fax: (212) 818-0494
                                  sidorsky@butzel.com
                                  fishere@butzel.com

                                  Thomas B. Radom (admitted *pro hac vice*)
                                  Max J. Newman (admitted *pro hac vice*)
                                  41000 Woodward Avenue
                                  Bloomfield Hills, Michigan 48304
                                  Telephone: (248) 258-1616
                                  Facsimile: (248) 258-1439
                                  radom@butzel.com
                                  newman@butzel.com

                                  *Attorneys for Traffic Marketplace, Inc.*