Angela Z. Miller, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York   10022
Tel. 212-759-4888
Fax. 212-308-9079

-and-

3400 HSBC Center
Buffalo, New York 14203
Tel. 716-847-8400
Fax. 716-852-6100
Attorneys for TitanX Engine Cooling, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., et al. | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

―――――――――――――――――――――――――

**WITHDRAWAL OF LIMITED OBJECTION OF TITANX ENGINE COOLING, INC.
TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND
ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES
OF PERSONAL PROPERTY AND UNEXPIRED LEASES
OF NONRESIDENTIAL REAL PROPERTY AND
<u>(II) CURE AMOUNTS RELATED THERETO</u>**

TitanX Engine Cooling, Inc. ("TitanX"), by its undersigned counsel, hereby withdraws the Limited Objection of TitanX to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto dated June 12, 2009 (Docket No. 860).

Dated: July 29, 2009
      Buffalo, New York

                    PHILLIPS LYTLE LLP

                By    /s/ Angela Z. Miller
                    Angela Z. Miller
                    Allan L. Hill
          Suite 3400
          One HSBC Center
          Buffalo, New York  14203-2887
          Telephone No. (716) 847-8400
            and
          437 Madison Avenue, 34th Floor
          New York, New York  10022
          Tel. 212-759-4888

Doc # 01-2309758.1