Clerk of the Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 100004-1409



Dear Sir' This past Monday I received several mailings from Charles Schwab regarding the Bankruptcy of GM. Prior to filing Bankruptcy I had understood that, the plan for Bankruptcy called for owners of GM stock to emerge with a combined 10% equity share of the new GM, post bankruptcy. I therefore did not dispose of my 400 shares prior to June 1. I later discovered that the proposed plan was amended to exclude equity owners from any share of the emerged New General Motors Company. I had asked that all share of GM (400 shares) be liquidated by the brokerage firm, which they were when GM was trading at $ 1.50 per share, representing a substantial discount to my purchase price.

I believe that my equity share excludes me from the prohibition on the disposition or acquisition of shares in GM without noticing creditors and Debtors attorneys. However, I am not a lawyer and am loath to pay a fee higher than the net proceeds to understand the language in the documents sent. If I am in violation of the bankruptcy courts prohibition of ownership transfers, please inform me of the remedy required.

Thank you

Joseph L. Wilson
Former GM share holder
3015 Caldwell Rd NE
Atlanta, Ga 30319