**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: General Motors Corporation

Debtor

Case No.: 09-50026

Chapter 11

------------------------------------------------------------x

Park National Bank

Plaintiff

v.

General Motors Bankruptcy

Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Thomas V. Askounis, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Park National Bank, a Creditor in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 7/20/2009
_____, New York

[signature]

*Mailing Address:*

Askounis & Darcy, PC
401 N. Michigan Avenue, Suite 550
Chicago, IL 60611

*E-mail address:* taskounis@askounisdarcy.com

*Telephone number:* (312) 784-2400

JUL 21 2009

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: General Motors Corporation

Case No.: <u>09-50026</u>

Chapter <u>11</u>

Debtor

---------------------------------------------------------------x

Park National Bank

Adversary Proceeding No.: _____

Plaintiff

v.

General Motors Bankruptcy

Defendant

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of <u>Thomas V. Askounis</u>, to be admitted, *pro hac vice*, to represent <u>Park National Bank</u>, (the "Client") a <u>Creditor</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Illinois</u> and, if applicable, the bar of the U.S. District Court for the <u>Southern</u> District of <u>New York</u>, it is hereby

**ORDERED**, that <u>Thomas V. Askounis</u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

UNITED STATES BANKRUPTCY JUDGE