K&L GATES LLP
Eric T. Moser, Esq.
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900

Attorneys for SAS Institute Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11
                                                        :
GENERAL MOTORS CORP., *et al.*                          :    Case No. 09-50026 (REG)
                                                        :
                    Debtors.                            :    (Jointly Administered)
                                                        :
-------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF SAS INSTITUTE INC.
TO DEBTORS' PROPOSED CURE COSTS RELATED TO CERTAIN EXECUTORY
CONTRACTS INTENDED TO BE ASSUMED AND ASSIGNED BY THE DEBTORS**

SAS Institute Inc., by and through its undersigned attorneys, K&L Gates LLP, hereby withdraws the Objection of SAS Institute Inc. to Debtors' Proposed Cure Costs Related to Certain Executory Contracts Intended to be Assumed and Assigned By the Debtors filed on June 12, 2009 (Docket No. 927).

Dated: New York, New York
       July 29, 2009

                                        K&L GATES LLP


                                        By:  /s/     *Eric T. Moser*
                                            Eric T. Moser, Esq.
                                            A Member of the Firm
                                        Attorneys for SAS Institute Inc.
                                        599 Lexington Avenue
                                        New York, NY 10022
                                        (212) 536-3900

NY-693837 v1