## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | Chapter 11 Case No. |
| GENERAL MOTORS CORP., et al. ) | 09-50026 (REG) |
| Debtors. ) | (Jointly Administered) |

### PARK NATIONAL BANK'S LIMITED OBJECTION TO EXHIBIT D FORM OF ASSUMPTION AND ASSIGNMENT NOTICE TO ORDER GOVERNING PROCEDURES

NOW COMES Park National Bank ("Park National"), by and through its counsel, and for its Limited Objection to Exhibit D Form of Assumption and Assignment Notice to Order Governing Procedures, states as follows:

1. On June 1, 2009, the Debtors[1] filed Voluntary Petitions for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code").

2. Park National is the assignee of several contracts (the "Contracts") between Debtors and Pacific Rim Capital, PRC HF, Technology Investment Partners, and Sun Microsystems Global Financial Services, Inc. A spreadsheet detailing the Contracts and their cure amounts is attached hereto as Exhibit 1.

3. On June 1, 2009, this Court entered an Order, which, among other things, established assumption and assignment procedures. Exhibit D to the Order, entitled "Form of Assumption and Assignment Notice," set forth the form of the Notice that would be sent to Debtors' creditors if

---

[1] The Debtors and their respective Tax ID numbers are as follows: General Motors Corporation, Tax ID No. 38-0572515; Saturn, LLC, Tax ID No. 38-2577506; Saturn Distribution Corporation, Tax ID No. 38-2755764; and Chevrolet-Saturn of Harlem, Inc., Tax ID No. 20-1426707.

1

RECEIVED JUL 21 2009

Debtors intended to assume and assign executory contracts and unexpired leases and the cure amounts related thereto ("Assumption Notices"). See Exhibit D to Order entered June 1, 2009.

4. Park National has not received any Assumption Notices regarding its Contracts. The Debtors also have not filed any motions rejecting the Contracts.

5. After contacting the General Motors Hotline, Park National believes that any Assumption Notices regarding the Contracts will be sent to Pacific Rim Capital, PRC HF, Technology Investment Partners, or Sun Microsystems Global Financial Services, Inc., as they were the original parties to the Contracts.

6. However, as Park National is the true party in interest to the Contracts, it must be apprized of any intent by Debtors to assume and assign the Contracts. Accordingly, Park National files this Limited Objection to any cure amounts to the Contracts until it is fully apprized of any intent to assume and assign the Contracts by Debtors and the Debtors' calculation of cure amounts.

Respectfully Submitted,

Dated: July 21, 2009

PARK NATIONAL BANK

By: s/ Thomas V. Askounis

Thomas V. Askounis, Esq. (IL #0077720)
Askounis & Darcy, PC
401 North Michigan Avenue
Suite 550
Chicago, IL 60611
(312) 784-2400 Telephone
(312) 784-2410 Facsimile
taskounis@askounisdarcy.com

U:\Clients\Park National Bank\General Motors\Pleadings\Limited Objection to Exhibit D to Order re Sale Procedures.wpd

## General Motors

| Acct # | Note # | Sch # | Lease Pmt | Lessor | Rent Due Date | Cure Amt. | Date Pmt Rec'd | Original Lessor | Maturity Date | Rate | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 195457 | 28146 | 207 | 34,509.90 | CSA | 7/7/2009 | 34,508.90 | | Pacific Rim | 8/7/10 | 9.25% | 456,319.68 |
| 195457 | 27020 | 176 | 8,029.43 | Pacific Rim | 7/1/2009 | 8,029.43 | | Pacific Rim | 1/1/10 | 5.95% | 55,107.59 |
| 195457 | 28797 | 24 R2 | 200.00 | PRC HF | 7/1/2009 | 200.00 | | Pacific Rim | 8/1/10 | 7.75% | 396.16 |
| 195457 | 28798 | 25 R1 | 9,131.62 | PRC HF | 7/1/2009 | 9,131.62 | | Pacific Rim | 9/1/09 | 7.75% | 27,044.78 |
| 195457 | 28801 | 36 R1 | 9,215.00 | PRC HF | 7/1/2009 | 8,815.11 | | Pacific Rim | 9/1/09 | 7.75% | 27,291.73 |
| 195457 | 28803 | 97 R1 | 1,500.00 | PRC HF | 7/1/2009 | 1,500.00 | | Pacific Rim | 7/1/09 | 7.75% | 1,490.37 |
| 195457 | 28805 | 116 R1 | 350.00 | Pacific Rim | 7/1/2009 | 350.00 | | Pacific Rim | 7/1/09 | 7.75% | 347.75 |
| 195457 | 28806 | 151 R1 | 966.00 | Pacific Rim | 7/1/2009 | 966.00 | | Pacific Rim | 7/1/09 | 7.75% | 959.80 |
| 195457 | 28808 | 170 R2 | 1,000.00 | Pacific Rim | 7/1/2009 | 1,000.00 | | Pacific Rim | 10/1/09 | 7.75% | 2,961.66 |
| 195457 | 28810 | 171-R2 | 1,000.00 | PRC HF | 7/1/2009 | 1,000.00 | | Pacific Rim | 9/1/09 | 7.75% | 2,981.26 |
| 195457 | 28908 | 34-R1 | 975.00 | PRC HF | 7/1/2009 | 975.00 | | Pacific Rim | 8/1/09 | 7.75% | 1,931.27 |
| 195457 | 28910 | 41-R1 | 2,875.00 | Pacific Rim | 7/1/2009 | 2,875.00 | | Pacific Rim | 10/1/09 | 8.00% | 11,310.86 |
| 195457 | 28927 | 08 R2 | 4,822.00 | Pacific Rim | 7/1/2009 | 4,822.00 | | Pacific Rim | 11/1/09 | 8.00% | 23,635.20 |
| 195457 | 28928 | 14 R1 | 1,125.00 | Pacific Rim | 7/1/2009 | 1,125.00 | | Pacific Rim | 11/1/09 | 8.00% | 5,514.23 |
| 195457 | 28929 | 25-R3 | 1,700.00 | PRC HF | 7/1/2009 | 1,700.00 | | Pacific Rim | 10/1/09 | 8.00% | 6,688.16 |
| 195457 | 28931 | 36-R3 | 608.23 | PRC HF | 7/1/2009 | 608.23 | | Pacific Rim | 9/1/09 | 8.00% | 2,981.26 |
| 195457 | 28933 | 76-R1 | 180.00 | Pacific Rim | 7/1/2009 | 180.00 | | Pacific Rim | 11/12/09 | 8.00% | 882.26 |
| 195457 | 28934 | 78-R1 | 175.00 | Pacific Rim | 7/1/2009 | 175.00 | | Pacific Rim | 9/1/09 | 8.00% | 518.07 |
| 195457 | 28997 | 90 R1 | 863.00 | Pacific Rim | 7/1/2009 | 863.00 | | Pacific Rim | 11/1/09 | 8.00% | 4,230.03 |
| 195457 | 28998 | 101 R1 | 11,421.00 | Pacific Rim | 7/1/2009 | 11,421.00 | | Pacific Rim | 3/1/11 | 9.50% | 220,164.59 |
| 195457 | 28999 | 128 R1 | 18,252.77 | Pacific Rim | 7/1/2009 | 18,252.77 | | Pacific Rim | 3/1/11 | 9.50% | 351,861.83 |
| 195457 | 29002 | 105 R1 | 19,577.78 | Pacific Rim | 7/1/2009 | 19,577.78 | | Pacific Rim | 11/30/09 | 9.50% | 377,404.27 |
| 195457 | 29003 | 134 R1 | 11,026.89 | Pacific Rim | 7/1/2009 | 11,026.89 | | Pacific Rim | 3/1/11 | 9.50% | 212,567.28 |
| 195457 | 29004 | 102 R1 | 4,881.81 | Pacific Rim | 7/1/2009 | 4,881.81 | | Pacific Rim | 3/1/11 | 9.50% | 94,107.50 |
| 195457 | 29005 | 131 R1 | 8,922.80 | Pacific Rim | 7/1/2009 | 8,922.80 | | Pacific Rim | 3/1/11 | 9.50% | 172,006.37 |
| 195457 | 28538 | | 3,037.19 | Pacific Rim | 7/1/2009 | 3,037.19 | | Pacific Rim | 5/31/11 | 9.40% | 58,548.43 |
| | | | | | | | | | | | 2,116,271.13 |
| 195457 | 28506 | 3026 | 15,863.90 | TIP | 6/30/2009 | 15,863.90 | 7/3/09 | TIP | 12/31/09 | 9.50% | 107,519.25 |
| 195457 | 28508 | 3001 | 8,187.11 | TIP | 6/30/2009 | 8,187.11 | 7/3/09 | TIP | 11/30/09 | 9.50% | 47,743.68 |
| 195457 | 28538 | 3051 | 9,221.03 | TIP | 6/30/2009 | 9,221.03 | 7/3/09 | TIP | 3/1/11 | 9.50% | ? |
| 195457 | 28539 | 3052 | 10,430.33 | TIP | 6/30/2009 | 10,430.33 | 7/3/09 | TIP | 4/30/10 | 9.40% | ? |
| 195457 | 28820 | 3085 | 1,804.77 | TIP | 6/30/2009 | 1,804.77 | 7/3/09 | TIP | 6/30/10 | 7.78% | 96,832.45 |
| 195457 | 28817 | 3074 | 10,369.00 | TIP | 6/30/2009 | 10,369.00 | 7/3/09 | TIP | 6/30/10 | 7.78% | 128,866.62 |
| 195457 | 28819 | 3071 | 3,976.75 | TIP | 6/30/2009 | 3,976.75 | 7/3/09 | TIP | 6/30/10 | 7.78% | 49,423.28 |
| 195457 | 28822 | 3072 | 196.72 | TIP | 6/30/2009 | 196.72 | 7/3/09 | TIP | 3/31/10 | 7.78% | 1,898.71 |
| 195457 | 28818 | 3067 | 6,320.19 | TIP | 6/30/2009 | 6,320.19 | 7/3/09 | TIP | 6/30/10 | 7.78% | 78,547.73 |
| 195457 | 28830 | 3062 | 10,891.31 | TIP | 6/30/2009 | 10,891.31 | 7/3/09 | TIP | 5/31/10 | 7.68% | 125,427.96 |
| 195457 | 28821 | 3084 | 1,437.90 | TIP | 6/30/2009 | 1,437.90 | 7/3/09 | TIP | 8/31/10 | 7.78% | 20,488.93 |
| 195457 | 28877 | 3096 | 2,517.85 | TIP | 6/30/2009 | 2,517.85 | 7/3/09 | TIP | 10/31/10 | 7.78% | 40,594.46 |
| 195457 | 28878 | 3103 | 1,909.79 | TIP | 6/30/2009 | 1,909.79 | 7/3/09 | TIP | 10/31/10 | 7.15% | 30,790.88 |
| 195457 | 28876 | 3092 | 4,097.49 | TIP | 6/30/2009 | 4,097.49 | 7/3/09 | TIP | 10/31/10 | 7.15% | 66,043.20 |
| 195457 | 29010 | 3130 | 2,380.71 | TIP | 6/30/2009 | 2,380.71 | 7/3/09 | TIP | 12/31/10 | 7.15% | 41,509.59 |
| 195457 | 29011 | 3131 | 12,828.94 | TIP | 7/31/2009 | 12,828.94 | 7/3/09 | TIP | 12/31/10 | 10.50% | 226,305.44 |

EXHIBIT 1

| Acct # | Note # | Sch # | Lease Pmt | Lessor | Rent Due Date | Cure Amt. | Date Pmt Rec'd | Original Lessor | Maturity Date | Rate | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 195457 | 29012 | 3135 | 3,520.29 | TIP | 6/30/2009 | 3,520.29 | 7/3/09 | TIP | 1/31/11 | 10.50% | 64,336.39 |
| 195457 | 29013 | 3136 | 5,916.29 | TIP | 6/30/2009 | 5,916.29 | 7/3/09 | TIP | 1/31/11 | 10.50% | 108,125.37 |
| 195457 | 29014 | 3151 | 8,539.95 | TIP | 6/30/2009 | 8,539.95 | 7/3/09 | TIP | 2/28/11 | 10.50% | 163,187.14 |
| 195457 | 29015 | 3152 | 3,105.44 | TIP | 6/30/2009 | 3,105.44 | 7/3/09 | TIP | 2/28/11 | 10.50% | 59,340.86 |
| 195457 | 29106 | 3147 | 12,499.12 | TIP | 6/30/2009 | 12,499.12 | 7/3/09 | TIP | 3/31/11 | 10.50% | 249,243.41 |
| | | | | | | | | | | | 1,843,100.94 |