Martin J. Weis (PA I.D. No. 51379)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

*Attorney for Medco Health Solutions, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**WITHDRAWAL OF LIMITED OBJECTION OF MEDCO HEALTH SOLUTIONS, INC. TO THE DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND THE CURE COSTS RELATED THERETO**

Medco Health Solutions, Inc. ("Medco") hereby withdraws its limited objection to the assumption and assignment by General Motors Corp. ("GM") of its contract between Medco and GM (Docket No. 2012) filed on June 19, 2009.

/s/ Martin J. Weis
Martin J. Weis (admitted pro hac vice)
*Dilworth Paxson LLP*
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200
mweis@dilworthlaw.com

Attorney for Medco Health Solutions, Inc.

817791_1

Martin J. Weis (PA I.D. No. 51379)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

*Attorney for Medco Health Solutions, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 29, 2009, copies of the Withdrawal of Limited Objection of Medco Health Solutions, Inc. to the Debtors' Proposed Assumption and Assignment of Certain Executory Contracts and the Cure Costs Related Thereto, were served upon the following entities via regular U.S. mail:

Diana G. Adams, Esquire
Office of the U.S. Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Warren Command Center, Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Harvey Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolinsky, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

817791_1

John J. Rapisardi, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Matthew Feldman, Esquire
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Kenneth Eckstein, Esquire
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

<u>Chambers Copy</u>
Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408

/s/ Martin J. Weis
Martin J. Weis
*Dilworth Paxson LLP*
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200
mweis@dilworthlaw.com

Attorney for Medco Health Solutions, Inc.

Dated: July 29, 2009

817791_1