

# The *Scharine* Group, Inc.

"the business built on service"



July 15, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408


RE:   **Chapter 11 Case No. 09-50026 (REG)**
      **General Motors Corporation., et al.**

Dear Clerk of Courts:

Upon, subject to and conditioned upon the representation of the debtor-in-possession ("GM") that it has agreed to amounts set forth in the letter of the undersigned creditor, The Scharine Group, Inc. ("Scharine"), dated July 10, 2009, and the attachments thereto, copies of which are attached hereto, and that the Cure Amount for Scharine for its Assumable Executory Contract as designated in the "Notice of (I) Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases of Person Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto" dated June 5, 2009, and filed with the Court herein, has been accordingly corrected, Scharine does hereby WITHDRAW its previously-filed Cure Objection herein.

Sincerely,

The Scharine Group, Inc.,


Phillip M. Wacker
General Manager

CC:   General Motors Corporation – Warren Command Center
      Wiel, Gotshal & Manges LLP (attorneys for the Debtors)
      The Unites States Treasury
      Cadwalader, Wickersham & Taft LLP (attorneys for the Purchaser)
      Kramer, Levin, Naftalis & Frankel LLP (attorneys for the Creditors Committee)
      Vedder Price, P.C. (attorneys for Export Development Canada)
      Office of the United States Trustee for the Southern District of New York
      Nowlan & Mouat LLP (attorneys for The Scharine Group, Inc)

N4213 Scharine Road  •  Whitewater, WI 53190  •  608-883-2880  •  1-800-472-2880  •  608-883-6987 Fax

   Honigman, Miller, Schwartz & Cohan LLP (Special Counsel to the Debtors and
    Debtors-In-Possession)
   General Motors Corporation – Purchasing Department

Encl.



# The Scharine Group, Inc.

*"the business built on service"*

July 10, 2009

***Sent by electronic copy only***

A'Jené Maxwell, Esq.
Honigman, Miller, Schwartz, & Cohn, LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506

CC:  David C. Moore, Esq., Nowlan & Mouat LLP
     Ms. Mary P. Kelly, General Motors Corporation

RE:  Objection to Cure Amounts
     The Scharine Group, Inc., et al.

Dear Mr. Maxwell:

This morning I reviewed the cure website and confirmed once again the two invoices referenced in my letter of June 12, 2009, have been added to the website for payment.

I also noticed the dollar amount ($5,067.44) corresponding to invoice P017570-IN in our records has been reinstated. Ms. Mary Kelly from GM confirmed the obligation was now recognized as well. The website still indicates this payment would correlate to contract 000123953. As I pointed out earlier this week, we believe the correct contract is 000123990. Regardless, the corresponding contract noted on the website has little significance to us provided the invoice is paid. We will apply the payment appropriately internally.

These corrections now present a total cure amount to be paid to Scharine's of $54,715.50 ($52,857.23 and $1,858.27). Please reference snapshots from the website that accompany this letter.

It is our understanding the cure settlement payments will be linked to GM's e-DACOR disbursements system and paid accordingly in full. GM representatives have confirmed to me that some suppliers are already scheduled to receive cure payments today. Therefore, after reviewing the details with our attorney, it is with the understanding Scharine's is paid in full, as proposed, and timely that we withdraw our objection.

Sincerely,

Phillip M. Wacker
General Manager
The Scharine Group, Inc.

Encl.

N4213 Scharine Road  •  Whitewater, WI 53190  •  608-883-2880  •  1-800-472-2880  •  608-883-6987 Fax



# Contract Notices

User: UIU5079

My Contracts | Documents & Links | Contact Us

Vendor Master ID: 877663252

## Supplier Details

Supplier Name: SCHARINE'S CUSTOM STEEL FABRICATION
Contract Cure Amount: $52,857.23
# of Contracts: 17

Click here to view Contracts

## Cure Amount Details

| Remit DUNS | PO Number | BOL | Document Date | Due Date | Amount | |
|---|---|---|---|---|---|---|
| RD877663252 | GMS32353 | PO17576IN | 4/6/2009 | N/A | $15,882.00 | USD |
| RD877663252 | GMS32353 | PO17803IN | 5/15/2009 | N/A | $13,818.35 | USD |
| RD877663252 | GMS32353 | PO17853IN | 5/29/2009 | N/A | $5,724.60 | USD |
| 877663252 | 000123953 | 2009000235 | 5/7/2009 | N/A | $5,067.44 | USD |
| RD877663252 | USR04331 | PO07797 | 5/18/2009 | N/A | $849.60 | USD |
| RD877663252 | TCS21352 | F7149AFIN | 9/10/2008 | N/A | $2,890.88 | USD |
| RD877663252 | TCS21352 | F07149WIN | 8/21/2008 | N/A | $2,890.88 | USD |
| RD877663252 | TCS21352 | F07149XIN | 8/21/2008 | N/A | $2,890.88 | USD |
| RD877663252 | TCS16998 | F6798BIN | 4/12/2008 | N/A | $2,842.60 | USD |

Important Notices:

All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that certain Order Pursuant To 11 U.S.C. §§ 105, 363, And 365 And Fed. R. Bankr. P. 2002, 6004, And 6006(1) Approving Procedures For Sale Of Debtors' Assets Pursuant To Master Sale And Purchase Agreement With Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser; [II] Scheduling Bid Deadline And Sale Hearing Date; [III] Establishing Assumption And Assignment Procedures; And [IV] Fixing Notice Procedures And Approving Form Of Notice.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly

