Matthew D. Novello (P63269)
MCALPINE & ASSOCIATES, P.C.
3201 University Drive, Suite 100
Auburn Hills, MI 48326
Ph: (248) 373-3700
Fax: (248) 373-3708
mdnovello@mcalpinelawfirm.com

**UNITED STATES BANKRUTPCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

MOTORS LIQUIDATION COMPANY,
et. al, f/k/a GENERAL MOTORS CORP,
*et al.,*                                                    Bankruptcy Case No. 09-50026 (REG)
                                                             Honorable Robert E. Gerber
    Debtor.                                                  Chapter 11
                                                             Jointly Administered

_____/

**PROOF OF SERVICE**

Matthew D. Novello certifies that on the 29th day of July, 2009 a copy of **Brencal Contractors, Inc.'s Preliminary Witness and Exhibit List** and this **Proof of Service** was served using the ECF system which will send notification of such filing to registered users in this case and upon all parties listed below, electronically and/or by depositing same in a United States Postal Box located in Auburn Hills, Michigan, with postage fully prepaid thereon.

| **Office of the United States Trustee**<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | **General Motors Corporation**<br>Attn: Warren Command Center,<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren Michigan 48090-9025 |
|---|---|
| **Weil, Gotshal & Manges, LLP**<br>Attn: Harvey Miller, Esq.<br>        Stephen Karotkin, Esq.<br>        Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br>*Attorney for the Debtors* | **Cadwalader, Wickersham & Taft LLP**<br>Attn: John Rapisardi, Esq.<br>One World Financial Center<br>New York, New York 10281<br>*Attorney for Purchaser* |
| **Cleary Gottlieb Steen & Hamilton LLP**<br>Attn: James L. Bromley, Esq.<br>One Liberty Plaza<br>New York, New York 10006 | **Vedder Price, P.C.**<br>Attn: Michael J. Edelman, Esq.<br>        Michael L. Schein, Esq.<br>1633 Broadway |

| | |
|---|---|
| *Attorney for UAW* | 47th Floor<br>New York, New York 10019<br>*Attorneys for Export Development Canada* |
| **U.S. Treasury**<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220 | **Cowen Weiss and Simon LLP**<br>Attn: Babette Ceccotti, Esq.<br>330 W. 42nd St<br>New York, New York<br>*Attorney for UAW* |
| **U.S. Attorney's Office**<br>S.D.N.Y.<br>Attn: David S. Jones, Esq.<br>    Matthew L. Schwartz, Esq.<br>86 Chambers Street, Third Floor<br>New York, New York 10007 | **Gordon Z. Novod**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 AVENUE OF THE AMERICAS<br>New York, NY 10036<br>*Attorney for Creditors Committee* |

|  |  |
|---|---|
|  | /s/ Matthew D. Novello<br>**MCALPINE & ASSOCIATES, P.C.**<br>3201 University Drive, Suite 100<br>Auburn Hills, MI 48326<br>(248) 373-3700 |
| Dated:  July 29, 2009 | mdnovello@mcalpinelawfirm.com |

2