

# AUTO-CRAFT
## TOOL & DIE CO., INC.
### "QUALITY SINCE 1958"

1800 Fruit Street, Algonac, MI  48001
(810)794-4929 phone        (810)794-7449 fax
info@auto-craft.com

16 July 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004-1408

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025

Attn:  Warren Command Center, Mailcode 480-206-114

Re:  Rescind objections to the cure amount.  Case #2009-3144 assigned from the contact with "contractnotices.com web site.

Supplier ID:  005384797 - Auto Craft Tool and Die Co., Inc. 1800 Fruit Rd., Algonac, MI  48001
Chapter 11 Case No.  09-50026 (REG) General Motors Corporation, et. al., Debtors

After careful review of the Cure Amount we rescind our objection to items not showing on the contractnotices.com web site and Assumable Executory Contracts.

After reconciliation conversation with General Motors buyer we have decided not to object to the cure amount listed on contractnotices.com web site.  Purchase orders not on the contractnotice.com web currently now show up or are listed for future payments on the GM supply power web site.

We withdraw our objection.

Please contact us if there is an additional form that needs to be completed to withdrawal our objection.

Sincerely,

Michael J. DuVernay
President

MJD/vf
Cc:  Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New york 10153, Attn:  Harvey R. Miller. Esq and Stephen Karotkin, Esq and Joseph H. Smolinsky, Esq.
Cc:  U.S. Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 Attn:  Matthew Feldman, Esq
Cc: Cadwalader, Wickersham & Taft LLP, Attorneys for the Purchaser, One World Financial Center, New York, New York 10281, Attn:  John J Rapisardi, Esq.
Cc: Vedder Price, P.C., Attorneys for Export Development Canada

Objection to Cure and Assumable Executory Contracts- General Motors Corporation
Auto Craft Tool and Die Co., Inc.   005384797
11 June 2009
pg. 2 of 2

Cc:  Office of the United States Trustee for Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004