John A. Hinchey
132 Glen Bloom Dr.
Manchester NH 03109

June 18, 2009

Judge Robert Gerber
U. S. Bankruptcy Court
Southern District of New York
Bowling Green Station, P.O. Box 5175
New York, NY 10274-5175

Judge Gerber;

My wife and I are in our late 60s and, as General Motors Stockholders, we will suffer a huge loss as we read that our stock is being stolen from us by the Obama Administration and simply parceled out as the proposed distribution is;
- 60% ownership of General Motors to the Government.
- 12.5% ownership to the Canadian government.
- 17.5% ownership to the United Auto Workers.
- 10% ownership to unsecured bondholders.
- **0% OWNERSHIP** TO EXISTING OWNERS.

None of the benefiting entitles have any basis whatsoever yet are being given everything. The UAW, with its bloated wages and benefits, was a major cause of GM's downfall yet becomes a major beneficiaries as do the **'Unsecured'** bond holders.

Beforehand we, the stockholders, owned 100% of General Motors and now we will own NOTHING. ONE HUNDRED per cent of our assets are being blatantly stolen from us and given away. How is this being allowed? We were never asked to vote on any re-organization proposal or plan for asset distribution - we have never been allowed to participate in any way. Our legal rights as company owners are being completely preempted and usurped. It is a unilateral confiscation of the assets and rights of United States shareholder citizens by the United States Government in direct violation of the Constitution and Federal Law. The bankruptcy of General Motors may have been unavoidable but it should proceed according to standing law and owners' rights.

I am imploring that set aside this unlawful and unconstitutional seizure of our assets; the assets should be liquidated as prescribed by law and the proceeds apportioned to its rightful owners. I am well aware that the US Government gave General Motors billions in our (taxpayers) money but these were provided in the form of low interest loans which, in no way conveyed ownership or dictatorial power-- we the shareholders still own the company and are the only ones entitled to its assets. If the management of General Motors accepted this money with conditions they had no authority to do so without shareholder approval therefore any such conditions are invalid, void, and inapplicable.

This plan is appallingly wrong and we desperately need an advocate - please help us to prevent this unjust hijacking of our assets and avert this monumental and unprecedented crime against America's citizens who rightfully own the General Motors Corporation. If left uncorrected this will be a significant and serious personal loss for us which, at our age, will be unrecoverable.

Thank you,

*John A. Hinchey* (signature)

John A. Hinchey



**KURTZMAN CARSON CONSULTANTS**

# MEMORANDUM

Date:   July 17, 2009

To:     Court Clerk

From:   Kurtzman Carson

Re:     General Motors

---

Enclosed please find a letter that was sent to our office by mistake, we do not work on this case.