Hearing Date and Time: August 3, 2009, 9:45 a.m. (ET)

HARTLEY & HICMAN
P. RICHARD HARTLEY
Post Office Box 583
Greenville, AL 36037
(334) 382-6618
(334) 382-5183 (facsimile)
*(Notice of Limited Appearance filed herein)*
*Attorneys for Norman-Blackmon Motor Company, Inc.*
*(Affected Dealer)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11 CASE NO. 09-50026 (REG)** |
| **GENERAL MOTORS CORP.,** *et al.* | |
| | **(Jointly Administered)** |
| **Debtors.** | |
| _____/ | |

## OBJECTION OF NORMAN-BLACKMON MOTOR COMPANY, INC. TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 365 AUTHORIZING (A) THE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES WITH CERTAIN DOMESTIC DEALERS AND (B) GRANTING CERTAIN RELATED RELIEF

**COMES NOW, NORMAN-BLACKMON MOTOR COMPANY, INC.,** [herein "Norman-Blackmon"] by and through its undersigned attorney and objects to the Debtors' Motion for the rejection of unexpired Leases with certain domestic dealers and for grounds would state:

1. Norman-Blackmon is a franchise dealership located in Greenville, Alabama.

2. Norman-Blackmon has enjoyed a profitable business relationship with the Debtor for many years and has complied with all terms and conditions of their Franchise Agreement.

3. Norman-Blackmon provides a much needed service to its customers in Greenville, Alabama and the surrounding area.

4. By letter of June 1, 2009 from General Motors Corporation, Norman-Blackmon was offered to participate in the Wind-Down Agreement.

5. Norman-Blackmon did not participate in the Wind-Down as it was not in their best interest.

6. Granting of the Debtors' Motion made pursuant to 11 U.S.C. §365 is not made in good faith and will cause undue hardship upon Norman-Blackmon.

WHEREFORE, Norman-Blackmon respectfully requests that this Honorable Court deny the Debtors' Motion Pursuant to 11 U.S.C. §365 to reject their Franchise Agreement and grant such other and further relief as the Court deems just and proper.

HARTLEY & HICKMAN

BY: _____
P. Richard Hartley (HAR050)
Attorneys for Norman-Blackmon
Post Office Box 583
Greenville, AL. 36037
(334) 382-6618
(334) 382-5183 (fax)

## GENERAL MOTORS SERVICE LIST

## ALL SERVICE POSTAGE PREPAID VIA U.S. MAIL

Harvey R. Miller, Esquire
Stepehn Karotkin, Esquire
Joseph H. Smolinsky, Esquire
Weill, Gotshal & Manges, LLP
Attorneys for Debtors
767 Fifth Avenue
New York, NY 10153

Lawrence s. Buonomo, Esquire
General Motors Corporation
300 Renaissance Center
Detroit, MI  48265

John J. Rapisardi, Esquire
Cadwalader, Wickersham & Taft, LLP
United States Dept. of Treasury
One World Financial Center
New York, NY 10281

Matthew Feldman, Esquire
United States Dept. of Treasury
1500 Pennsylvania Ave. NW
Room 2312
Washington, DC 20220

Michael J. Edelman, Esquire
Michael L. Schein, Esquire
1633 Broadway, 47th Floor
New York, NY 10019

Kenneth H. Eckstein, Esquire
Thomas Moers Mayer, Esquire
Adam C. Rogoff, Esquire
Gordon Z. Novod, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

Daniel W. Sherrick, Esquire
UAW
8000 East Jefferson Avenue
Detroit, MI  48214

James L. Bromley, Esquire
Cleary, Gotlieb, Steen & Hamilton
One Liberty Plaza
New York, NY  10006

Babette Ceccotti, Esquire
Cohen, Weiss and Simon, LLP
330 W. 42nd Street
New York, NY  10036

Diana G. Adams, Esquire
Office of the U. S. Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

David S. Jones, Esquire
Matthew L. Schwartz, Esquire
U. S. Attorney's Office
86 Chambers Street
Third Floor
New York, NY  10007