July 15, 2009

The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re: General Motors Corp., et al.
09-50026 (REG)

Dear Judge Gerber,

    I am a General Motors Corp. Bondholder. These bonds have an interest rate of 8.375% and mature in 2033. I put almost everything I had into these bonds as a retirement fund for myself and unfortunately I invested some funds which I control for others in the same bonds. I did this through the Smith Barney brokerage and the information regarding the proceedings on this matter is so delayed that the deadlines for response are past when I get it.

    It would have been my proposal that the payment of interest on these bonds be made by the issuance of common stock at the market value on the date of interest payment to satisfy the interest obligation thereby increasing the cash flow of the corporation through this difficult period but retaining the priority position of the bondholders and keeping the bonds in position for possible payment in 2033 if the corporation regains its former standing in the automobile industry.

    The newspaper accounts of this matter indicate to me that it is proposed to force me to exchange the bonds for common stock of the corporation (at a very unfavorable rate of exchange) thereby taking away my priority over common stock in a liquidation and placing me in ownership of a security that I would never have purchased. This is a taking of a valuable property right without due process and is wrong. I realize this letter does not constitute a motion or legal document, but please consider it in making your decisions in this matter a brief from a friend of the Court.

    I am 81 years of age, but I just had a new left hip installed and feel great. I think I would have lived to maturity of the bonds at the age of 105 and it would have been a goal to strive for that age. I know when elephants fight it is the ants who get stomped.

Very truly yours,

*George T. Gant*
George T. Gant