**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling (RE-9302)
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY 10036-4039
Phone: 212-858-1000
Facsimile: 212-858-1500
*Attorneys for Financial Engines Advisors L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
: 
In re                                                : Chapter 11
                                                     :
**GENERAL MOTORS CORPORATION,** *et al.*             : Case No. 09-50026 (REG)
                                                     : **(Jointly Administered)**
    Debtors.                                         :
                                                     :
--------------------------------------------------------------------x

**WITHDRAWAL OF LIMITED OBJECTION OF FINANCIAL ENGINES ADVISORS L.L.C. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO**

Financial Engines Advisors L.L.C. ("Financial Engines"), by and through its undersigned counsel, hereby withdraws its Limited Objection and Reservation of Rights to the Debtors' Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto dated June 26, 2009 (Docket No. 2656).

Dated:  July 30, 2009
         New York, New York

By:  __/s/ Erica E. Carrig_____
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling (RE-9302)
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY 10036-4039
Phone: 212-858-1000
Facsimile: 212-858-1500
*Attorneys for Financial Engines Advisors L.L.C.*

701661196v1