BODMAN LLP
Marc M. Bakst (P41575)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
313-393-7530
mbakst@bodmanllp.com

ATTORNEYS FOR KUKA SYSTEMS CORP.
NORTH AMERICA F/K/A KUKA FLEXIBLE
PRODUCTION SYSTEMS CORP., KUKA
ROBOTICS CORP., AND KUKA
ASSEMBLY & TEST CORP. F/K/A B&K
CORP.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |

**WITHDRAWAL OF OBJECTION BY KUKA SYSTEMS CORP.
NORTH AMERICA F/K/A KUKA FLEXIBLE PRODUCTION
SYSTEMS CORP., KUKA ROBOTICS CORP., AND
KUKA ASSEMBLY & TEST CORP. F/K/A B&K CORP. TO
DEBTORS' PROPOSED CURE AMOUNTS**

KUKA Systems Corp. North America f/k/a KUKA Flexible Production Systems Corp., KUKA Robotics Corp., and KUKA Assembly & Test Corp. f/k/a B&K Corp. (individually and collectively, "KUKA Entities") withdraw their objection to Debtors' proposed cure amounts related to their assumption and assignment of contracts with the KUKA Entities. The objection was filed on June 15, 2009 at docket no. 1123.

Detroit_932815_3

                BODMAN LLP

                By: / s / Marc M. Bakst
                    Marc M. Bakst (P41575)
                Attorneys for KUKA Systems Corp. North America f/k/a KUKA Flexible Production Systems Corp., KUKA Robotics Corp., and KUKA Assembly & Test Corp. f/k/a B&K Corp.
                6th Floor at Ford Field
                1901 St. Antoine Street
                Detroit, Michigan 48026
                mbakst@bodmanllp.com
                (313) 393-7530

-   and –

                By:    /s/ Bryan Cermak
                    Bryan Cermak (P31933)

                Legal Department
                KUKA Systems Corporation North America
                22500 Key Drive
                Clinton Township, MI  48306
                Telephone:  (586) 795-0670
                Facsimile:  (586) 258-4176
                Email:  bryan.cermak@kukanao.com

July 30, 2009