RICHARD W. PAIGE (MI P45199)
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084
Telephone:  (248) 822-7804
Facsimile:  (248) 822-7854
E-Mail:  paige@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | |
|---|---|
| | :   **Chapter 11** |
| **In re:** | : |
| | :   **Case No. 09-50026 (REG)** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : |
| **f/k/a General Motors Corp.,** *et al.* | : |
| | :   **(Jointly Administered)** |
| **Debtors.** | : |

------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Rose M. Ojala, hereby certify that a copy of the Notice of Appearance and Demand for

Notices and papers of Richard W. Paige on behalf of IEE Sensing, Inc. was electronically filed

through the Court's ECF system and served the 30th day of July, 2009, by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's system.  The

above documents were also served by U.S Mail, postage prepaid on the following:

| | |
|---|---|
| The Debtors | Harvey R. Miller, Esq. |
| c/o General Motors Corporation | Stephen Karotkin, Esq. |
| Attn:  Warren Command Center | Joseph H. Smolinsky, Esq. |
| Mailcode 480-206-114 | Weil, Gotshal & Manges LLP |
| Cadillac Building | 767 Fifth Avenue |
| 30009 Van Dyke Avenue | New York, NY 10153 |
| Warren, MI 48090-9025 | |
| | |
| U.S. Treasury | John J. Rapisardi, Esq. |
| Attn:  Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP |
| 1500 Pennsylvania Avenue, NW, | One World Financial Center |
| Room 2312 | New York, NY 10281 |
| Washington, DC 20220 | |

Kramer, Levin, Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, NY 10036

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Office of the United States Trustee
Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Dated: July 30, 2009

By: _____
        Rose M. Ojala