OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022-1106
212.451.2300
Andrea Fischer, Esq. (AF-2591)

and

Vorys, Sater, Seymour and Pease LLP
52 E. Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Tiffany Strelow Cobb (OH-0067516)
(614) 464-8322

*Counsel for Turner Broadcasting System, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| GENERAL MOTORS CORP., et al., | Case No. 09-50026(REG) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION**

**PLEASE TAKE NOTICE** that Turner Broadcasting System, Inc. ("Turner"), through its undersigned counsel hereby withdraws its Limited Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto, which was originally filed on July 10, 2009 (**Docket # 3103**) which has now been resolved with the Debtors.

772927-1

Dated: New York, New York
July 31, 2009

**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP**

By: /s/ Andrea Fischer
Michael S. Fox (MF 2612)
Andrea Fischer (AF 2591)
Park Avenue Tower
65 East 55th Street
New York, NY 10022
212.451.2300

and

Vorys, Sater, Seymour and Pease LLP
52 E. Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Tiffany Strelow Cobb (OH-0067516)
(614) 464-8322

*Counsel for Turner Broadcasting
System, Inc.*

772927-1

# CERTIFICATION

I, Andrea Fischer, hereby certify that on July 31, 2009, I electronically filed with the United States Bankruptcy Court for the Southern District of New York the Notice of Withdrawal of the Limited Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto, using the ECF system which will send notification of such filing to registered users in the case.

Dated: July 31, 2009                             /s/ Andrea Fischer

772927-1