TEITELBAUM & BASKIN, LLP
Attorneys for Johann Hay GmbH &
  Co. KG
3 Barker Avenue, Third Floor
White Plains, NY 10601
(914) 437-7670
Kenneth M. Lewis
klewis@tblawllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
|                                      |   |                          |
|--------------------------------------|---|--------------------------|
| In re                                | : | Chapter 11               |
|                                      | : |                          |
| MOTORS LIQUIDATION COMPANY, *et al.*,| : | Case No. 09-50026 (REG)  |
|     f/k/a General Motors Corp., *et al.*, | : |          |
|                                      | : |                          |
|      Debtors.     | : | (Jointly Administered)   |
|                                      | **:** |                      |

-------------------------------------------------------x

## CERTIFICATE OF SERVICE OF OBJECTION OF OBJECTION OF JOHANN HAY GMBH & CO. KG TO PROPOSED CURE AMOUNTS

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Waccabuc, New York and am not a party to these proceedings.

On the 29th day of July, 2009, I served the Objection of Johann Hay GmbH & Co. KG to Proposed Cure Amounts (Document No. 3518) and the Notice of Electronic Filing of the Objection by (i) email upon the parties whose names and email addresses are set forth below:

Harvey Miller - harvey.miller@weil.com
Stephen Karotkin - stephen.karotkin@weil.com
Joseph Smolinsky - joseph.smolinsky@weil.com
John Rapisardi - john.rapisardi@cwt.com
Thomas Mayer - tmayer@kramerlevin.com
Kenneth Eckstein - keckstein@kramerlevin.com

Robert Schmidt - rschmidt@kramerlevin.com
Adam Rogoff - arogoff@kramerlevin.com
Gordon Novod - gnovod@kramerlevin.com
Michael Edelman - mjedelman@vedderprice.com
Michael Schein - mschein@vedderprice.com;

and (ii) Federal Express priority overnight service upon the following parties:

General Motors Corporation
Cadillac Building
Attn: Warren Command Center,
Mailcode 480-206-114
30009 Van Dyke Avenue
Warren, Mi 48090-9025

Harvey Miller, Stephen Karotkin,
and Joesph Smolinsky
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Matthew Feldman
US Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, Dc 20220

John Rapisardi
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Gordon Z. Novod, Thomas Moers Mayer
Kenneth Eckstein, Robert Schmidt, Adam Rogoff
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Michael Edelman, Michael Schein
Vedder Price PC
1633 Broadway, 47th Floor
New York, NY 10019

Diana G. Adams
Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dated: White Plains, New York
        July 29, 2009

                                        /s/ Kenneth M. Lewis
                                        Kenneth M. Lewis