MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
840 West Long Lake Road
Troy, MI 48098
Joseph D. Gustavus
(248) 267-3317
Counsel for VECTOR CANtech, INC. And Vector Informatik GmbH

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
840 West Long Lake Road
Troy, MI 48098
Joseph D. Gustavus
(248) 267-3317
Counsel for Vector CANtech, Inc. and Vector Informatik GmbH

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :     Chapter 11
                                        :
General Motors Corporation,             :     Case No. 09-50026 (REG)
                                        :
        Debtor.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL OF OBJECTION OF**
**VECTOR CANtech, INC. AND VECTOR INFORMATIK GmbH TO CURE AMOUNTS**

PLEASE TAKE NOTICE that Vector Cantech, Inc. and Vector Informatik GmbH by its attorneys Miller, Canfield, Paddock and Stone, P.L.C., hereby withdraws the Objection to Cure Amounts ("Objection") filed in this matter as docket number 720.

DELIB:3115317.1\114520-00040

| | |
|---|---|
| Dated: July 30, 2009 | MILLER CANFIELD PADDOCK AND STONE, P.L.C.<br>By /s/ Donald J. Hutchinson<br>　　　Donald J. Hutchinson (MI P39545)<br>Counsel for Vector CANtech, Inc. and Vector Informatik GmbH<br>150 West Jefferson Avenue, Suite 2500<br>Detroit, MI 48226<br>Telephone: (313) 963-6420<br>Fax: (313) 496-8450<br>Email: hutchinson@millercanfield.com<br><br>Joseph D. Gustavus (MI P56000)<br>Counsel for Vector CANtech, Inc. and Vector Informatik GmbH<br>840 West Long Lake Road, Suite 200<br>Troy, MI 48098<br>Telephone: (248) 267-3317<br>Fax: (248) 879-2001<br>Email: gustavus@millercanfield.com |

## **CERTIFICATE OF SERVICE**

　　　Donald J. Hutchinson hereby certifies that, on the 30th day of July, 2009, the foregoing **Notice Of Withdrawal Of Objection Of Vector Cantech, Inc. And Vector Informatik GmbH To Cure Amounts** was filed with the Court via the Court's ECF system which will serve a copy of the document electronically upon all registered participants in this matter.

| | |
|---|---|
| Dated: July 30, 2009 | By /s/ Donald J. Hutchinson<br>　　　Donald J. Hutchinson (MI P39545)<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>150 West Jefferson Avenue, Suite 2500<br>Detroit, MI 48226<br>Telephone: (313) 963-6420<br>Fax: (313) 496-8450<br>Email: hutchinson@millercanfield.com |