**MASUDA, FUNAI, EIFERT & MITCHELL, LTD.**
Rein F. Krammer, Esq.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
Tel.: (312) 245-7500
Fax: (312) 245-7467
rkrammer@masudafunai.com

*Attorneys for Foster Electric Co., Ltd, Foster Electric (U.S.A.) Inc., Foster Electric (Mexico) SA de CV, and Foster Electric Co., (Guangzhou) Ltd. (aka Guangzhou Panyu Jiu Shui Keng Foster Electric Factory)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| GENERAL MOTORS CORPORATION, et al., | : | Case No. 09-50026 (REG) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF FOSTER ELECTRIC CO., LTD, FOSTER ELECTRIC (U.S.A.) INC., FOSTER ELECTRIC (MEXICO) SA DE CV, AND FOSTER ELECTRIC CO., (GUANGZHOU) LTD. (AKA GUANGZHOU PANYU JIU SHUI KENG FOSTER ELECTRIC FACTORY) TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN ADDITIONAL EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

**PLEASE TAKE NOTICE** that Foster Electric Co., Ltd, Foster Electric (U.S.A.) Inc., Foster Electric (Mexico) SA de CV, and Foster Electric Co., (Guangzhou) Ltd. (aka Guangzhou Panyu Jiu Shui Keng Foster Electric Factory) (collectively, "Foster"), by and through their undersigned counsel hereby withdraw their Limited Objections to Notices of (I) Debtors' Intent to Assume and Assign Additional Executory Contracts, Unexpired Leases of Personal Property,

and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto (the "Cure Notice"), which were originally filed respectively on June 12, 2009 and June 24, 2009 [Docket Nos. 775 and 2429] which have now been resolved with the Debtors.

Dated: Chicago, Illinois
July 29, 2009

                         **MASUDA, FUNAI, EIFERT & MITCHELL, LTD.**

By: /s/ Rein F. Krammer
Rein F. Krammer, Esq.
203 N. LaSalle Street, Suite 2500
Chicago, IL 60601-1262
Tel: (312) 245-7500
Fax: (312) 245-7500
rkrammer@masudafunai.com
gsantella@masudafunai.com

*Attorneys for Foster Electric Co., Ltd, Foster Electric (U.S.A.) Inc., Foster Electric (Mexico) SA de CV, and Foster Electric Co., (Guangzhou) Ltd. (aka Guangzhou Panyu Jiu Shui Keng Foster Electric Factory)*

RFK:kam
N:\SYS08\962\Lit\0178 Notice of Withdraw of Limited Objection of Assume Executory Contracts (Foster).doc