William J. Brown, Esq.
Allan L. Hill, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York 10022
Tel. 212-759-4888
Fax. 212-308-9079
Attorneys for E.I. du Pont de Nemours and Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., et al., | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

―――――――――――――――――――――――――

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF E.I. DU PONT
DE NEMOURS AND COMPANY TO CERTAIN NOTICES OF (I) DEBTORS'
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY
CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND
<u>(II) CURE AMOUNTS RELATED THERETO</u>**

E.I. du Pont de Nemours and Company, by its undersigned counsel, hereby withdraws its Limited Objection to certain Notices of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (Docket No. 868) (the "Limited Objection"), filed on June 12, 2009, as amended by a certain amendment to the Limited Objection (Docket No. 2337), filed on June 23, 2009.

05-373728.1

- 2 -

Dated: July 30, 2009

                       **PHILLIPS LYTLE LLP**

                       By   /s/ Allan L. Hill
                             William J. Brown
                             Allan L. Hill
                       Attorneys for E.I. du Pont de Nemours and Company
                       437 Madison Avenue, 34th Floor
                       New York, New York 10022
                       Tel. 212-759-4888

05-373728.1