**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4523
Facsimile: (973) 639-6244
E-mail:  dcrapo@gibbonslaw.com
David N. Crapo, Esq.
*Attorneys for J D. Power and Associates,*
*a Division of the McGraw-Hill Companies, Inc.*
*and Power Information Network, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors and Debtors-in-Possession. | (Jointly Administered) |

**WITHDRAWAL OF PROTECTIVE OBJECTION OF J.D. POWER AND ASSOCIATES AND POWER INFORMATION NETWORK, LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO**

Pursuant to and subject to (i) the Court's July 5, 2009 Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief [Docket No. 2968]; and the Stipulation and Agreed Order with Respect to the Withdrawal of Cure Objections Filed in Connection with Debtors' Assumption and Assignment of Certain Executory Contracts [Docket No. 3308] between and among General Motors Corporation, on the one hand, and Power Information Network, LLC ("PIN"), an affiliate of J.D. Power and Associates, and J.D. Power and Associates, a division of The McGraw-Hill Companies, Inc. ("JDPA," together with PIN, hereafter, collectively, "JDPA") on the other hand, which was filed in this case on July 22, 2009, JDPA, by and through its undersigned counsel,

hereby withdraws its Protective Objection to the Notice of (I) Debtors' Intent to Assume Certain Executory Contracts and (II) Cure Costs Related Thereto [Docket No. 783], which was filed in this case on June 12, 2009.

Dated: July 29, 2009
      Newark, New Jersey

                **GIBBONS P.C**.

                By: */s/ David N. Crapo*
                David N. Crapo
                One Gateway Center
                Newark, New Jersey 07102
                Telephone: (973) 596-4523
                Facsimile: (973) 639-6244
                *Attorneys for J.D. Power and Associates,*
                *a Division of The McGraw-Hill Companies, Inc.*
                *and Power Information Network, LLC*

#1427127 v1
056420-66441