**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4523
Facsimile: (973) 639-6244
E-mail: dcrapo@gibbonslaw.com
David N. Crapo, Esq.
*Attorneys for J.D. Power and Associates,*
*a division of The McGraw-Hill Companies, Inc.*
*and Power Information Network, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                      ): ss.:
COUNTY OF ESSEX        )

ROGER A. FITZGERALD, being duly sworn, deposes and says:

1. I am employed by the law firm of Gibbons P.C., attorneys for J.D. Power and Associates, a division of The McGraw-Hill Companies, Inc. and Power Information Network, LLC. I am over 18 years of age.

2. On July 30, 2009, I caused true and correct copies of the:

    i. *WITHDRAWAL OF PROTECTIVE OBJECTION OF J.D.. POWER AND ASSOCIATES AND POWER INFORMATION NETWORK, LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO; AND*

    ii. *AFFIDAVIT OF SERVICE*

#1427127 v1
056420-66441

be delivered by electronic and regular mail to the persons listed on the annexed Exhibit A at the addresses set forth in such Exhibit.

/s/ Roger A. Fitzgerald
Roger A. Fitzgerald

Sworn to before me this 30th day of July, 2009

/s/ Gabriella Borak
Notary Public, State of New Jersey
No. 2327933
Qualified in Essex County
My commission expires April 21, 2010

## Exhibit A - Service List

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:   Harvey R. Miller, Esq.
　　　　Stephen Karotkin Esq.
　　　　Joseph H. Smolinsky, Esq.

Erika Tobias, Esq.
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226-3506
E-mail:  etobias@honigman.com