**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4523
Facsimile: (973) 639-6244
E-mail: dcrapo@gibbonslaw.com
David N. Crapo, Esq.
*Attorneys for The McGraw-Hill Companies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                                         ): ss.:
COUNTY OF ESSEX         )

ROGER A. FITZGERALD, being duly sworn, deposes and says:

1. I am employed by the law firm of Gibbons P.C., attorneys for The McGraw-Hill Companies, Inc. I am over 18 years of age.

2. On July 30, 2009, I caused true and correct copies of the:

   i. *WITHDRAWAL OF PROTECTIVE OBJECTION OF THE MCGRAW-HILL COMPANIES, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO; AND*

   ii. *AFFIDAVIT OF SERVICE*

be delivered by electronic and regular mail to the persons listed on the annexed Exhibit A at the addresses set forth in such Exhibit.

/s/ Roger A. Fitzgerald
Roger A. Fitzgerald

Sworn to before me this 30th day of July, 2009

/s/ Gabriella Borak
Notary Public, State of New Jersey
No. 2327933
Qualified in Essex County
My commission expires April 21, 2010

**Exhibit A - Service List**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:   Harvey R. Miller, Esq.
        Stephen Karotkin Esq.
        Joseph H. Smolinsky, Esq.

Erika Tobias, Esq.
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226-3506
E-mail:  etobias@honigman.com