BERGER SINGERMAN, P.A.
350 E. Las Olas Boulevard, 10th Floor
Fort Lauderdale, Florida 33301
Telephone (954) 525-9900
Attorney Appearing: Arthur J. Spector (aspector@bergersingerman.com)

*Attorneys for SCI, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,

                       Debtors.
---------------------------------------------------------x

Chapter 11

Case No. 09-50026 (REG)
(Jointly Administered)

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION
OF RIGHTS OF SCI, LTD. TO DEBTORS' PROPOSED ASSUMPTION
AND ASSIGNMENT OF EXECUTORY CONTRACTS**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

      PLEASE TAKE NOTICE that SCI, Ltd. (formerly Strategic Connections Inc.) ("SCI"), by its undersigned attorneys, hereby withdraws its *Limited Objection and Reservation of Rights of SCI, Ltd. to Debtors' Proposed Assumption and Assignment of Executory Contracts* (Docket No. 2507). The parties have resolved their differences.

Dated: July 30, 2009

                                    Respectfully submitted,

                                    BERGER SINGERMAN, P.A.

                                    By:   */s/ Arthur J. Spector*
                                             Arthur J. Spector
                                             350 E. Las Olas Blvd. 10th Floor
                                             Fort Lauderdale, Florida 33301
                                             Tel. (954) 525-9900
                                             Fax (954) 523-2872
                                             aspector@bergersingerman.com

                                             *Attorneys for SCI, Ltd.*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on July 30, 2009 the foregoing *Notice of Withdrawal of Limited Objection and Reservation of Rights of SCI, Ltd. to Debtors' Proposed Assumption and Assignment of Executory Contracts* was served either via first class U.S. Mail or through the Court's CM/ECF System upon all parties on the attached Service List.

By:    */s/ Arthur J. Spector*
        Arthur J. Spector
        BERGER SINGERMAN, P.A.
        350 E. Las Olas Blvd. 10th Floor
        Fort Lauderdale, Florida 33301
        Tel. (954) 525-9900
        Fax (954) 523-2872
        aspector@bergersingerman.com

**SERVICE LIST**

General Motors Corporation
Attn.: Warren Command Center,
Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

U.S. Treasury
Attn.: Matthew Feldman, Esq.
1500 Pennsylvania Avenue N.W.
Room 2312
Washington, DC 20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Michael J. Edelman, Esq.
and Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Office of the United States Trustee
Attn.: Diana G. Adams, Esq.
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

2240990-1