**Comcast MEDIA CENTER**
4100 East Dry Creek Road
Littleton, Colorado 80122

**Please Remit to:**
**Comcast Media Center**
13431 Collections Center Drive
Chicago, IL 60693
(303) 486-3825

**Invoice**
NUMBER: 348177
DATE: 9/26/2008
PAGE: 1

**Bill to:**

General Motors - ABP Group
GM FSS ABP
c//o OLIMPIC Receipting
PO BOX 63490
PHOENIX, AZ 85082-3490

PO#GMR89309
SALES ORDER NUMBER:
CUSTOMER NUMBER: GENM01
LOCATION NUMBER:

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE |
|---|---|---|---|---|
| 30 Net | 10/26/2008 | | GM FSS ABP | |

| LINE ITEM | Invoice Description | NUMBER OF SERVICES | SERVICE FEE | EXTENDED AMOUNT |
|---|---|---|---|---|
| | GMB08159 PR YX1416 SEP 2008<br>MO, SEQ #9, SFTW-CLNT SEND & RECEIVE<br>CLIENT | 0.00<br>250.00<br>0.00 | $0.00<br>$100.00<br>$0.00 | $0.00<br>$25,000.00<br>$0.00 |

SPECIAL INSTRUCTIONS

Note: Company name has been changed from AT&T Digital Media Center to Comcast Media Center. Our EIN remains the same.

| SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|
| $25,000.00 | $0.00 | $0.00 | $25,000.00 |

27720 EVERGREEN DATA SYSTEMS, INC.

EXHIBIT
A

**Comcast MEDIA CENTER**

4100 East Dry Creek Road
Littleton, Colorado 80122

**Please Remit to:**
**Comcast Media Center**
13431 Collections Center Drive
Chicago, IL 60693
(303) 486-3825

**Invoice**

| NUMBER | DATE | PAGE |
|---|---|---|
| 352724 | 1/28/2009 | 1 |

**Bill to:**

General Motors - ABP Group
GM FSS ABP
PO BOX 63490
Olimpic Receipting
PHOENIX, AZ 85082-3490

**PO# GMB08159**

| SALES ORDER NUMBER | CUSTOMER NUMBER | LOCATION NUMBER |
|---|---|---|
| | GENM01 | |

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE |
|---|---|---|---|---|
| 30 Net | 2/27/2009 | | GM FSS ABP | |

| LINE ITEM | Invoice Description | NUMBER OF SERVICES | SERVICE FEE | EXTENDED AMOUNT |
|---|---|---|---|---|
| | **GMB08159 PR YX1416 JAN 2009** | | | |
| | MO, SEQ #7, LOCA-CN01 ADDL LOCATION | 1.00 | $0.00 | $0.00 |
| | WITH COLLABORATION NODE (CHEV EUR) | 1.00 | $12,000.00 | $12,000.00 |
| | MO, SEQ #10, LCTN-2602 ADDL LOCATION | 1.00 | $0.00 | $0.00 |
| | WITH CN SEND OR RECEIVE (DETROIT) | 1.00 | $1,200.00 | $1,200.00 |
| | | 1.00 | $0.00 | $0.00 |

SPECIAL INSTRUCTIONS

Note: Company name has been changed from AT&T Digital Media Center to Comcast Media Center. Our EIN remains the same.

| SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|
| $13,200.00 | $0.00 | $0.00 | $13,200.00 |

2009-01-22-GM_AssetDelivery_Billing_Report.xls

| Company | Location | Host Name | Service Tag | O/S | Servertype | Continent | Division/Bill To | 1St 20 CNs | | Enabled Date | Status | 1/22/2009 $Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AccentMarketing | Coral Gables, FL. | gmca21 | 9R2ZD51 | Win 2003 | CN | North America | Detroit | | Y | | Disabled | $600 |
| Campbell-Ewald | Warren, MI | gmca2 | 89VH351 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| Carol H. Williams | Oakland, CA | gmca23 | DELL | Win 2000 | CN | North America | Detroit | | Y | | Enabled | $600 |
| Cenveo Armstrong-White | Bloomfield Hills, MI | n/a Notes | | TBD | Agency Owned | North America | Detroit | | Y | | Enabled | $600 |
| DCI Marketing | Milwaukee, WI | gmca14 | GFMP851 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| Deutsch, Inc. | Los Angeles, CA | gmca38 | 6NFF6C1 | Win 2003 | CN | North America | Detroit | 1 | | 12/13/2006 | Enabled | |
| DG FastChannel | Texas | gmca40 | 1H3LCC1 | Win 2003 | CN | North America | Detroit | | | 3/19/2007 | Enabled | $600 |
| DG FastChannel | Texas | gmca41 | C666FC1 | Win 2003 | CN | North America | Detroit | | | 3/19/2007 | Enabled | $600 |
| Digitas | Boston, MA | gmca19 | 8S2ZD51 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| Gecko Imaging | Troy, MI | gmca35 | Not a Supportec | Win 2000 | Agency Owned | North America | Detroit | | | 6/20/2006 | Enabled | $600 |
| Getty | London, UK | gmca25 | | TBD | CN | Europe | Detroit | | Y | | Enabled | $600 |
| GM Detroit | Level3, Sunnyvale | gmca16 | 3S2ZD51 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| GSI LandMinds | Sterling Heights, MI | n/a Notes | Not a supported | Win 2000 | Agency Owned | North America | Detroit | | Y | | Enabled | $600 |
| IPG New York | New York, New York | gmca33 | | Linux 2.4 | CGP | North America | Detroit | | | 10/30/2005 | Enabled | $600 |
| IPG San Francisco | San Francisco, CA | gmca7 | 6GMP851 | Win 2000 | CGP | North America | Detroit | 1 | Y | | Enabled | |
| Jack Morton | Troy, MI | gmca12 | GGMP851 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| Jay Advertising | Rochester, NY | gmca18 | CS2ZD51 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| LaDriere | Bloomfield Hills, MI | gmca9 | DGMP851 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| Leo Burnett Chicago | Chicago, IL | gmca42 | 4F96CD1 | Win 2003 | CN | North America | Detroit | | | | Delivered | $600 |
| Leo Burnett Detroit | Troy, MI | gmca3 | 49VH351 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| MacLaren McCann | Toronto, Canada | gmca5 | CFMP851 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| Martin Retail Group | Birmingham, AL | gmca15 | GR2ZD51 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| McCann Detroit | Troy, MI | gmca6 | DFMP851 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| McCann Germany | Frankfurt, Germany | gmca141 | HXM3C2J | Win 2003 | CN | Europe | Detroit | | | 8/11/2006 | Enabled | $600 |
| MidCoastStudios | Troy, MI | gmca13 | JFMP851 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| Milagro | Southfield, MI | gmca43 | 7XKLZD1 | Win 2003 | CN | North America | Detroit | | | 11/26/2007 | Enabled | $600 |
| Modernista | Boston, MA | gmca34 | 37NRS91 | Win 2003 | CN | North America | Detroit | 1 | | 5/18/2006 | Enabled | |
| Mullen | Wenham, MA | gmca17 | 6S2ZD51 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| Perich & Partners | Ann Arbor, MI | gmca28 | HX3S261 | Win 2003 | CN | North America | Detroit | | Y | | Enabled | $600 |
| Post Central | Rochester, NY | gmca44 | 8XKLZD1 | Win 2003 | CN | North America | Detroit | | | 12/3/2007 | Enabled | $600 |
| Ringside Creative | Oak Park, MI | gmca45 | 4XKLZD1 | Win 2003 | CN | North America | Detroit | | | 12/10/2007 | Enabled | $600 |
| ROHLAND & more Mediengesells | Offenbach, Germany | gmca140 | | Win 2003 | CN | Europe | Detroit | | | | Delivered | $600 |
| Schawk Detroit | Sterling Heights, MI | gmca1 | B9VH351 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| Schawk LA | Burbank, CA | gmca8 | JGMP851(serv) | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| SpeedShape | Troy, MI | gmca11 | 96MP851 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| SpeedShape LA | Santa Monica, CA | gmca36 | JT0QL71 | Win 2003 | CN | North America | Detroit | | | 12/8/2006 | Enabled | $600 |
| Stage3 | Warren, MI | gmca10 | 8FMP851 | Win 2000 | CN | North America | Detroit | 1 | Y | | Enabled | |
| UniGraphic, Inc. | Woburn, MA | gmca39 | 11WQ9B1 | Win 2003 | CN | North America | Detroit | | | 11/9/2006 | Enabled | $600 |
| Universal Images | Southfield, MI | gmca27 | DM1S261 | Win 2003 | CN | North America | Detroit | | Y | | Enabled | $600 |
| Visible World | New York, New York | gmca46 | | Win 2003 | CN | North America | Detroit | | | | Delivered | $600 |
| Color Graphics | Los Angeles, CA | gmca32 | OS Mismatch | Win XP | CN | North America | Printers | | | 8/18/2005 | Enabled | $300 |
| Graphic Press | Los Angeles, CA | gmca29 | OS Mismatch | TBD | CN | North America | Printers | | Y | | Enabled | $300 |
| Hennegan | Florence, KY | gmca30 | OS Mismatch | TBD | CN | North America | Printers | | | 8/18/2005 | Enabled | $300 |
| Williamson Printing | Los Angeles, CA | gmca31 | OS Mismatch | TBD | CN | North America | Printers | | | 8/18/2005 | Enabled | $300 |
| | | | | | | | | 20 | | | | $13,200 |
| | | | | | | | | | | | | 24 |




Comcast MEDIA CENTER
4100 East Dry Creek Road
Littleton, Colorado 80122

**Please Remit to:**
**Comcast Media Center**
13431 Collections Center Drive
Chicago, IL 60693
(303) 486-3825



| Invoice | |
|---|---|
| NUMBER | 355750 |
| DATE | 4/28/2009 |
| PAGE | 1 |

PO#GMR89309

| SALES ORDER NUMBER | |
|---|---|
| CUSTOMER NUMBER | LOCATION NUMBER |
| GENM01 | |

**Bill to:**

General Motors - ABP Group
GM FSS ABP
c//o OLIMPIC Receipting
PO BOX 63490
PHOENIX, AZ 85082-3490

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE |
|---|---|---|---|---|
| 30 Net | 5/28/2009 | | GM FSS ABP | |

| LINE ITEM | Invoice Description | NUMBER OF SERVICES | SERVICE FEE | EXTENDED AMOUNT |
|---|---|---|---|---|
| | PO # GMR89309 APR 2009 | 1.00 | $0.00 | $0.00 |
| | MO, SEQ #9, 1440-004A ADDL LOCATION | 8.00 | $300.00 | $2,400.00 |
| | WITH CN SEND OR RECEIVE (LAAM) | 1.00 | $0.00 | $0.00 |

SPECIAL INSTRUCTIONS

Note: Company name has been changed from AT&T Digital Media Center to Comcast Media Center. Our EIN remains the same.

| SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|
| $2,400.00 | $0.00 | $0.00 | $2,400.00 |

27720 EVERGREEN DATA SYSTEMS, INC.

2009-04-23-GM_AssetDelivery_Billing_Report.xls

| Company | Location | Host Name | Service Tag | O/S | Server type | Continent | Division/Bill To | Enabled Date | Status | 4/23/2009 $ Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| AdMakers International | Cape Town, South Afica | gmca113 | CVJZ671 | Win 2003 | CN | Africa | LAAM | 11/30/2005 | Enabled | $300 |
| McCann Argentina | Buenos Aires, Argentina | gmca138 | 6V6QQ91 | Win 2003 | CN | South America | LAAM | 5/18/2006 | Enabled | $300 |
| McCann Brazil | São Paulo, Brazil | gmca139 | 1HSWT91 | Win 2003 | CN | South America | LAAM | 5/11/2006 | Enabled | $300 |
| McCann Chile | Santiago, Chile | gmca114 | 8VJZ671 | Win 2003 | CN | South America | LAAM | Y | Enabled | $300 |
| McCann Columbia | Bogota, Columbia | gmca112 | CX3S261 | Win 2003 | CN | South America | LAAM | 7/14/2005 | Enabled | $300 |
| McCann Ecuador | Ecuador | gmca111 | 9M1S261 | Win 2003 | CN | South America | LAAM | 8/18/2005 | Enabled | $300 |
| McCann Miami | Miami, Florida | gmca26 | 2M1S261 | Win 2003 | CN | North America | LAAM | 11/2/2005 | Enabled | $300 |
| McCann Venezuela | Caracas, Venezuela | gmca110 | 6M1S261 | Win 2003 | CN | South America | LAAM | 9/12/2005 | Enabled | $300 |
| | | | | | | | | | | $2,400 |
| | | | | | | | | | | 8 |

Comcast MEDIA CENTER
4100 East Dry Creek Road
Littleton, Colorado 80122

**Please Remit to:**
**Comcast Media Center**
13431 Collections Center Drive
Chicago, IL 60693
(303) 486-3825

Invoice

NUMBER: 356244
DATE: 5/21/2009
PAGE: 1

**Bill to:**

General Motors - ABP Group
GM FSS ABP
c//o OLIMPIC Receipting
PO BOX 63490
PHOENIX, AZ 85082-3490

PO#GMR89309
SALES ORDER NUMBER
CUSTOMER NUMBER: GENM01
LOCATION NUMBER

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE |
|---|---|---|---|---|
| 30 Net | 6/20/2009 | | GM FSS ABP | |

| LINE ITEM | Invoice Description | NUMBER OF SERVICES | SERVICE FEE | EXTENDED AMOUNT |
|---|---|---|---|---|
| | WITH CN SEND OR RECEIVE (DETROIT) | 1.00 | $0.00 | $0.00 |
| | MO, SEQ #9, 1440-004A ADDL LOCATION | 4.00 | $300.00 | $1,200.00 |
| | WITH COLLABORATION NODE (DETROIT) | 1.00 | $0.00 | $0.00 |
| | MO, SEQ #7, 1440-0048 ADDL LOCATION | 19.00 | $600.00 | $11,400.00 |
| | PO # GMR89309 MAY 2009 | 1.00 | $0.00 | $0.00 |

SPECIAL INSTRUCTIONS

Note: Company name has been changed from AT&T Digital Media Center to Comcast Media Center. Our EIN remains the same.

| SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|
| $12,600.00 | $0.00 | $0.00 | $12,600.00 |

27720 EVERGREEN DATA SYSTEMS, INC.

2009-05-14-GM_AssetDelivery_Billing_Report.xls

| Company | Location | Host Name | Service Tag | O/S | Server type | Continent | Division/Bill To | 1St 20 CNs | Enabled Date | Status | 5/14/2009 $ Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AccentMarketing | Coral Gables, FL. | gmca21 | 9R2ZD51 | Win 2003 | CN | North America | Detroit | Y | | Disabled | $0 |
| Campbell-Ewald | Warren, MI | gmca2 | 89VH351 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| Carol H. Williams | Oakland, CA | gmca23 | DELL | Win 2000 | CN | North America | Detroit | Y | | Enabled | $600 |
| Cenveo Armstrong-White | Bloomfield Hills, MI | n/a Notes | | TBD | Agency Owned CN | North America | Detroit | Y | | Enabled | $600 |
| DCI Marketing | Milwaukee, WI | gmca14 | GFMP851 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| Deutsch, Inc. | Los Angeles, CA | gmca38 | 6NFF6C1 | Win 2003 | CN | North America | Detroit | 1 | 12/13/2006 | Enabled | |
| DG FastChannel | Texas | gmca40 | 1H3LCC1 | Win 2003 | CN | North America | Detroit | | 3/19/2007 | Enabled | $600 |
| DG FastChannel | Texas | gmca41 | C666FC1 | Win 2003 | CN | North America | Detroit | | 3/19/2007 | Enabled | $600 |
| Digitas | Boston, MA | gmca19 | 8S2ZD51 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| Gecko Imaging | Troy, MI | gmca35 | Not a Supporte | Win 2000 | Agency Owned CN | North America | Detroit | | 6/20/2006 | Enabled | $600 |
| Getty | London, UK | gmca25 | | TBD | CN | Europe | Detroit | Y | | Enabled | $600 |
| GM Detroit | Level3, Sunnyvale | gmca16 | 3S2ZD51 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| GSI LandMinds | Sterling Heights, MI | n/a Notes | Not a supporte | Win 2000 | Agency Owned CN | North America | Detroit | Y | | Enabled | $600 |
| IPG New York | New York, New York | gmca33 | | Linux 2.4 | CGP | North America | Detroit | | 10/30/2005 | Enabled | $600 |
| IPG San Francisco | San Francisco, CA | gmca7 | 6GMP851 | Win 2000 | CGP | North America | Detroit | 1 Y | | Enabled | |
| Jack Morton | Troy, MI | gmca12 | GGMP851 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| Jay Advertising | Rochester, NY | gmca18 | CS2ZD51 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| LaDriere | Bloomfield Hills, MI | gmca9 | DGMP851 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| Leo Burnett Chicago | Chicago, IL | gmca42 | 4F96CD1 | Win 2003 | CN | North America | Detroit | | | Delivered | $600 |
| Leo Burnett Detroit | Troy, MI | gmca3 | 49VH351 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| MacLaren McCann | Toronto, Canada | gmca5 | CFMP851 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| Martin Retail Group | Birmingham, AL | gmca15 | GR2ZD51 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| McCann Detroit | Troy, MI | gmca6 | DFMP851 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| McCann Germany | Frankfurt, Germany | gmca141 | HXM3C2J | Win 2003 | CN | Europe | Detroit | | 8/11/2006 | Enabled | $600 |
| MidCoastStudios | Troy, MI | gmca13 | JFMP851 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| Milagro | Southfield, MI | gmca43 | 7XKLZD1 | Win 2003 | CN | North America | Detroit | | 11/26/2007 | Enabled | $600 |
| Modernista | Boston, MA | gmca34 | 37NRS91 | Win 2003 | CN | North America | Detroit | 1 | 5/18/2006 | Enabled | |
| Mullen | Wenham, MA | gmca17 | 6S2ZD51 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| Perich & Partners | Ann Arbor, MI | gmca28 | HX3S261 | Win 2003 | CN | North America | Detroit | Y | | Enabled | $600 |
| Post Central | Rochester, NY | gmca44 | 8XKLZD1 | Win 2003 | CN | North America | Detroit | | 12/3/2007 | Enabled | $600 |
| Ringside Creative | Oak Park, MI | gmca45 | 4XKLZD1 | Win 2003 | CN | North America | Detroit | | 12/10/2007 | Enabled | $600 |
| ROHLAND & more Mediengesell: | Offenbach, Germany | gmca140 | | Win 2003 | CN | Europe | Detroit | | | Delivered | $600 |
| Schawk Detroit | Sterling Heights, MI | gmca1 | B9VH351 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| Schawk LA | Burbank, CA | gmca8 | JGMP851(serv) | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| SpeedShape | Troy, MI | gmca11 | 96MP851 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| SpeedShape LA | Santa Monica, CA | gmca36 | JT0QL71 | Win 2003 | CN | North America | Detroit | | 12/8/2006 | Enabled | $600 |
| Stage3 | Warren, MI | gmca10 | 8FMP851 | Win 2000 | CN | North America | Detroit | 1 Y | | Enabled | |
| UniGraphic, Inc. | Woburn, MA | gmca39 | 11WQ9B1 | Win 2003 | CN | North America | Detroit | | 11/9/2006 | Enabled | $600 |
| Universal Images | Southfield, MI | gmca27 | DM1S261 | Win 2003 | CN | North America | Detroit | Y | | Enabled | $600 |
| Visible World | New York, New York | gmca46 | | Win 2003 | CN | North America | Detroit | | | Delivered | $600 |
| Color Graphics | Los Angeles, CA | gmca32 | OS Mismatch | Win XP | CN | North America | Printers | | 8/18/2005 | Enabled | $300 |
| Graphic Press | Los Angeles, CA | gmca29 | OS Mismatch | TBD | CN | North America | Printers | Y | | Enabled | $300 |
| Hennegan | Florence, KY | gmca30 | OS Mismatch | TBD | CN | North America | Printers | | 8/18/2005 | Enabled | $300 |
| Williamson Printing | Los Angeles, CA | gmca31 | OS Mismatch | TBD | CN | North America | Printers | | 8/18/2005 | Enabled | $300 |
| | | | | | | | | | | | $12,600 |
| | | | | | | | | | | | 23 |

**Comcast MEDIA CENTER**
4100 East Dry Creek Road
Littleton, Colorado 80122

**Please Remit to:**
**Comcast Media Center**
13431 Collections Center Drive
Chicago, IL 60693
(303) 486-3825

| Invoice | |
|---|---|
| NUMBER | 356245 |
| DATE | 5/21/2009 |
| PAGE | 1 |

**Bill to:**

General Motors - ABP Group
GM FSS ABP
c//o OLIMPIC Receipting
PO BOX 63490
PHOENIX, AZ 85082-3490

PO#GMR89309

| SALES ORDER NUMBER | CUSTOMER NUMBER | LOCATION NUMBER |
|---|---|---|
| | GENM01 | |

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE |
|---|---|---|---|---|
| 30 Net | 6/20/2009 | | GM FSS ABP | |

| LINE ITEM | Invoice Description | NUMBER OF SERVICES | SERVICE FEE | EXTENDED AMOUNT |
|---|---|---|---|---|
| | WITH CN SEND OR RECEIVE (LAAM) | 0.00 | $0.00 | $0.00 |
| | MO, SEQ #9, 1440-004A ADDL LOCATION | 8.00 | $300.00 | $2,400.00 |
| | PO # GMR89309 MAY 2009 | 0.00 | $0.00 | $0.00 |

SPECIAL INSTRUCTIONS

Note: Company name has been changed from AT&T Digital Media Center to Comcast Media Center. Our EIN remains the same.

| SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|
| $2,400.00 | $0.00 | $0.00 | $2,400.00 |

2009-05-14-GM_AssetDelivery_Billing_Report.xls

| Company | Location | Host Name | Service Tag | O/S | Server type | Continent | Division/Bill To | | Enabled Date | Status | 5/14/2009 $ Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AdMakers International | Cape Town, South Afica | gmca113 | CVJZ671 | Win 2003 | CN | Africa | LAAM | | 11/30/2005 | Enabled | $300 |
| McCann Argentina | Buenos Aires, Argentina | gmca138 | 6V6QQ91 | Win 2003 | CN | South America | LAAM | | 5/18/2006 | Enabled | $300 |
| McCann Brazil | São Paulo, Brazil | gmca139 | 1HSWT91 | Win 2003 | CN | South America | LAAM | | 5/11/2006 | Enabled | $300 |
| McCann Chile | Santiago, Chile | gmca114 | 8VJZ671 | Win 2003 | CN | South America | LAAM | Y | | Enabled | $300 |
| McCann Columbia | Bogota, Columbia | gmca112 | CX3S261 | Win 2003 | CN | South America | LAAM | | 7/14/2005 | Enabled | $300 |
| McCann Ecuador | Ecuador | gmca111 | 9M1S261 | Win 2003 | CN | South America | LAAM | | 8/18/2005 | Enabled | $300 |
| McCann Miami | Miami, Florida | gmca26 | 2M1S261 | Win 2003 | CN | North America | LAAM | | 11/2/2005 | Enabled | $300 |
| McCann Venezuela | Caracas, Venezuela | gmca110 | 6M1S261 | Win 2003 | CN | South America | LAAM | | 9/12/2005 | Enabled | $300 |
| | | | | | | | | | | | $2,400 |
| | | | | | | | | | | | 8 |