## Comcast Media Center
## General Motors Receivable Analysis
## GM Bankruptcy

### Included in Cure Amount

| Invoice Date | Invoice Number | Amount |
|---|---|---|
| 8/31/2008 | 347474 | $25,000.00 |
| 10/29/2008 | 349714 | $25,000.00 |
| 11/21/2008 | 350200 | $25,000.00 |
| 12/24/2008 | 351624 | $25,000.00 |
| 1/28/2009 | 352723 | $4,800.00 |
| 1/28/2009 | 352725 | $2,400.00 |
| 1/30/2009 | 352788 | $58,700.00 |
| 2/25/2009 | 353757 | $59,900.00 |
| 2/25/2009 | 353758 | $4,800.00 |
| 2/25/2009 | 353759 | $13,200.00 |
| 4/28/2009 | 355745 | $35,000.00 |
| 4/28/2009 | 355747 | $63,900.00 |
| 4/28/2009 | 355748 | $4,800.00 |
| 4/28/2009 | 355749 | $12,600.00 |
| 5/21/2009 | 356242 | $65,200.00 |
| 5/21/2009 | 356240 | $35,000.00 |
| 5/21/2009 | 356243 | $4,800.00 |

**Total: $465,100.00**

### Not included in Cure Amount

| Invoice Date | Invoice Number | Amount |
|---|---|---|
| 9/26/2008 | 348177 | $25,000.00 |
| 1/28/2009 | 352724 | $13,200.00 |
| 4/28/2009 | 355750 | $2,400.00 |
| 5/21/2009 | 356244 | $12,600.00 |
| 5/21/2009 | 356245 | $2,400.00 |

**Total: $55,600.00**

**Combined Total: $520,700.00**



EXHIBIT B