SCOTT A. WOLFSON (MI P53194)
ANTHONY J. KOCHIS (MI P72020)
Admitted *Pro Hac Vice*
**WOLFSON BOLTON PLLC**
3150 Livernois Rd., Suite 275
Troy, MI 48083
Telephone:  (248) 247-7103
Facsimile:  (248) 247-7099
E-Mail:  swolfson@wolfsonbolton.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | | |
|     f/k/a General Motors Corp., *et al.* | : | **Case No. 09-50026 (REG)** |
| | : | |
|     Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------x

**WITHDRAWAL OF FEDERAL BROACH & MACHINE COMPANY, LLC'S**
**OBJECTION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN**
**CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO**

Federal Broach & Machine Company, LLC ("**Federal Broach**"), having reached a resolution with Debtors as to its Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto ("**Objection**") [Docket No. 1012], hereby withdraws its Objection.

          Respectfully Submitted,

          WOLFSON BOLTON PLLC

Dated: July 30, 2009          By:   /s/ Anthony J. Kochis
                    Scott A. Wolfson (MI P53194)
                    Anthony J. Kochis (MI P72020)
          3150 Livernois Rd., Suite 275
          Troy, MI 48083
          Telephone: (248) 247-7105
          Facsimile: (248) 247-7099
          E-Mail: akochis@wolfsonbolton.com