KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102-2186
Tel: (402) 346-6000
Facsimile: (402) 346-1148
John J. Jolley, Jr., Esq. (JJJ 0253)
Thomas T. Roubidoux, Esq. (TTR 3428)
jay.jolley@kutakrock.com
thomas.roubidoux@kutakrock.com

*Attorneys for Kansas City Board of Public Utilities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re

MOTORS LIQUIDATION COMPANY, et al.,

                           Debtors.
-------------------------------------------------------- x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

**WITHDRAWAL OF LIMITED OBJECTION OF
KANSAS CITY BOARD OF PUBLIC UTILITIES
TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND
ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF
PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

      Kansas City Board of Public Utilities, by its undersigned counsel, hereby withdraws the Limited Objection of Kansas City Board of Public Utilities to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property And (II) Cure Amounts Related Thereto dated as of June 12, 2009 (Docket No. 3195).

4811-9075-7892.1

Dated: July 30, 2009
Omaha, Nebraska

                         KANSAS CITY BOARD OF PUBLIC UTILITIES

                         By  *s/s Thomas T. Roubidoux*
                             Thomas T. Roubidoux
                             Kutak Rock LLP
                             1650 Farnam Street
                             Omaha, NE 68102-2186
                             Tel:  (402) 346-6000
                             Facsimile:  (402) 346-1148

                        *Its Counsel*

4811-9075-7892.1