KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102-2186
Tel: (402) 346-6000
Facsimile: (402) 346-1148
John J. Jolley, Jr., Esq. (JJJ 0253)
Thomas T. Roubidoux, Esq. (TTR 3428)
jay.jolley@kutakrock.com
thomas.roubidoux@kutakrock.com

*Attorneys for Kansas City Board of Public Utilities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re

MOTORS LIQUIDATION COMPANY, et al.,

                Debtors.
-------------------------------------------------------- x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Thomas T. Roubidoux, being at all times over 18 years of age, hereby certify that a true and correct copy of the Withdrawal of Limited Objection of Kansas City Board of Public Utilities to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property And (II) Cure Amounts Related Thereto was caused to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and by e-mail to counsel to the Debtors.

Dated: July 30, 2009
       Omaha, Nebraska

                                 By *s/s Thomas T. Roubidoux*
                                     Thomas T. Roubidoux

4842-8038-7076.1