Gary F. Seitz (*pro hac vice*)
Steven Montgomery
Rawle & Henderson LLP
14 Wall Street, 27th Floor
New York, NY 10005
Phone: 212-323-7070
Fax: 212-323-7099

Attorneys for Oak Harbor Freight Lines

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                                                                         :
**In re : Chapter 11**                                                   :
                                                                         :
**GENERAL MOTORS CORPORATION**                     : Case No. 09-50026 (REG)
                                                                         :
**Debtors.**                                                             :
                                                                         :
-------------------------------------------------------------------------x

**OAK HARBOR FREIGHT LINES' WITHDRAWAL OF ITS
LIMITED OBJECTION AND RESERVATION OF RIGHTS REGARDING
APPLICABLE CURE COSTS AND SCOPE OF CURE OF OAK HARBOR
FREIGHT LINES TO NOTICE OF (I) DEBTORS'
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY
<u>CONTRACTS AND (II) CURE COSTS RELATED THERETO</u>**

PLEASE TAKE NOTICE that pursuant to a stipulation with the debtors authorized by paragraph 10 of the Sales Procedure Order, Oak Harbor Freight Lines ("Oak"), by and through its undersigned counsel, hereby withdraws its this limited objection and reservation of rights regarding applicable cure costs and scope of cure of Oak Harbor Freight Lines to Notice of (I) Debtors' intent to assume and assign certain executory contracts and (II) cure costs related thereto but reserves all rights pursuant and subject to the terms of the stipulation and the Cure Dispute Resolution Protocol.

3125276-1

Dated: July 30, 2009	**Rawle & Henderson LLP**

By: _____(s) Steven Montgomery_____
  Steven Montgomery
  Gary F. Seitz (*pro hac vice*)
  14 Wall Street, 27th Floor
  New York, NY 10005
  (Telephone):  212-323-7070
  (Facsimile):  212-323-7099

Attorneys For Oak Harbor Freight Lines

3125276-1

Gary F. Seitz (*pro hac vice*)
Steven Montgomery
Rawle & Henderson LLP
14 Wall Street, 27th Floor
New York, NY 10005
Phone:  212-323-7070
Fax:  212-323-7099

Attorneys for Oak Harbor Freight Lines

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                                                      :
**In re : Chapter 11**                                                :
                                                                      :
**GENERAL MOTORS CORPORATION**              : Case No. 09-50026 (REG)
                                                                      :
**Debtors.**                                                          :
                                                                      :
----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the following have been furnished by the Court's ECF filing system to all parties entitled to notice electronically this 30th day of July, 2009:

Dated: July 30, 2009                **Rawle & Henderson LLP**

                                        (s) Steven Montgomery
                                    By: _____
                                    Steven Montgomery
                                    Gary F. Seitz (*pro hac vice*)
                                    14 Wall Street, 27th Floor
                                    New York, NY 10005
                                    (Telephone):  212-323-7070
                                    (Facsimile):  212-323-7099

                                    Attorneys For Oak Harbor Freight Lines

3125276-1