Garvan F. McDaniel, Esq. (DE Bar No.: 4167)
**Bifferato Gentilotti LLC**
800 King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900
Facsimile: (302) 429-8600
E-mail: gmcdaniel@bglawde.com

*Attorneys for Kelly Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP, *et al.*,<br><br>Debtors. | Case No. 09-50026 (REG)<br><br>Chapter 11<br><br>Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

I, Garvan F. McDaniel, a member in good standing of the Bar of the State of Delaware, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Kelly Services, Inc. in the above referenced case.

Mailing Address:        Garvan F. McDaniel, Esq
                        Bifferato Gentilotti LLC
                        800 King Street, Plaza Level
                        Wilmington, DE 19801
                        Telephone: (302) 429-1900
                        E-mail: gmcdaniel@bglawde.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

-1-

-2-

Dated: July 21, 2009
Wilmington, Delaware

*[signature]*

Garvan F. McDaniel (No. 4167)
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: 302-429-1900
Fax: 302-429-8600

*Counsel to Kelly Services, Inc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| GENERAL MOTORS CORP, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Chapter 11 |
| | Jointly Administered |

**ORDER ADMITTING GARVAN F. McDANIEL**
**TO PRACTICE *PRO HAC VICE***

ORDERED, that Garvan F. McDaniel, Esquire, is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____          _____
                                The Honorable Robert E. Gerber
                                United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP, *et al.*,<br><br>                    Debtors. | Case No. 09-50026 (REG)<br><br>Chapter 11<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I, Garvan F. McDaniel, do hereby certify that on July 21, 2009, I caused a true and correct copy of the Motion for Admission to Practice, *Pro Hac Vice*, to be served upon the following party via first class mail:

Harvey R. Miller
Stephen Karotkin
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

_____
Garvan F. McDaniel (DE Bar No. 4167)