James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone:  (313) 961-0200
Facsimile: (313) 961-0388

Counsel for National Auto Radiator Mfg. Co. Ltd.,
Central Stampings, Ltd., Canadian Electrocoating Ltd.,
Prince Metal Products Ltd., & Falcon Tool and Die Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                                 :          Chapter 11
                                                                                          :
MOTORS LIQUIDATION COMPANY, *et al.,*       :          Case No. 09-50026 (REG)
         f/k/a General Motors Corp., *et al.*                  :
Debtors.                                                                       :          (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTIONS OF NATIONAL AUTO RADIATOR MFG. CO. LTD., CENTRAL STAMPINGS, LTD., CANADIAN ELECTROCOATING LTD., PRINCE METAL PRODUCTS LTD., & FALCON TOOL AND DIE LTD. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

National Auto Radiator Mfg. Co. Ltd., Central Stampings, Ltd., Canadian Electrocoating Ltd., Prince Metal Products Ltd., & Falcon Tool and Die Ltd. (collectively "The NARMCO Group"), withdraws its First and Second *Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* filed June 15, 2009 (Docket No. 1361) and June 30, 2009 (Docket No. 2810).  Pursuant to a trade agreement between NARMCO Group and the Debtors, NARMCO Group reserves its right to participate in a cure dispute resolution process, if necessary.

{28728\1\DT403898.DOC;1}

                                  Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By:/s/ P. Warren Hunt

James E. DeLine (P45205) (*Pro Hac Vice*)
P. Warren Hunt (P69713) (*Pro Hac Vice*)
Kerr, Russell and Weber, PLC
Counsel for National Auto Radiator Mfg. Co. Ltd., Central Stampings, Ltd., Canadian Electrocoating Ltd., Prince Metal Products Ltd., & Falcon Tool and Die Ltd.
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388

Dated: July 30, 2009

jed@krwlaw.com
pwh@krwlaw.com

{28728\1\DT403898.DOC;1}                                2

James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388

Counsel for National Auto Radiator Mfg. Co. Ltd.,
Central Stampings, Ltd., Canadian Electrocoating Ltd.,
Prince Metal Products Ltd., & Falcon Tool and Die Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
MOTORS LIQUIDATION COMPANY, *et al.,*    :    Case No. 09-50026 (REG)
         f/k/a General Motors Corp., *et al.*  :
Debtors.                                 :    (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I certify that on July 30, 2009, I electronically filed the foregoing Notice of Withdrawal of First and Second Objections to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants. A copy of this document was also served on the following parties on July 30, 2009 via First Class Mail:

| | |
|---|---|
| Warren Command Center | Kenneth Eckstein, Esq. |
| Mailcode 480-206-114 | Thomas Moers Mayer, Esq. |
| General Motors Corporation | Kramer Levin Naftalis & Frankel LLP |
| Cadillac Building | 1177 Avenue of the Americas |
| 30009 Van Dyke Avenue | New York, New York 10036 |
| Warren, MI 48090 | |
| | Michael J. Edelman, Esq. |
| Harvey R. Miller, Esq. | Michael L. Schein, Esq. |
| Stephen Karotkin, Esq. | Vedder Price, P.C. |
| Joseph H. Smolinsky, Esq. | 1633 Broadway, 47th Floor |
| Weil, Gotshal & Manges LLP | New York, New York 10036 |
| 767 Fifth Avenue | |
| New York, New York, 10153 | |

{28728\1\DT403898.DOC;1}                         3

| | |
|---|---|
| Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C., 20220<br><br>John R. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft, LLP<br>One World Financial Center<br>New York, New York 10281 | Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn:  Diana G. Adams, Esq.<br><br>Chambers Copy<br>Hon. Robert E. Gerber<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 621<br>New York, New York 10004-1408 |

Dated:  July 30, 2009

/s/ P. Warren Hunt
P. Warren Hunt (P69713) (*Pro Hac Vice*)
James E. DeLine (P45205) (*Pro Hac Vice*)
**KERR, RUSSELL AND WEBER, PLC**
Counsel for National Auto Radiator Mfg. Co. Ltd.,
Central Stampings, Ltd., Canadian Electrocoating Ltd.,
Prince Metal Products Ltd., & Falcon Tool and Die
Ltd.500 Woodward Avenue, Suite 2500
Detroit, MI  48226-3406
313-961-0200 (telephone)
313-961-0388 (facsimile)
pwh@krwlaw.com
jed@krwlaw.com

{28728\1\DT403898.DOC;1}                4