**Annex I**

| Executory Contract Counterparty | Contact/Address | Contract Description | Rejection Date |
|---|---|---|---|
| STILLWATER MINING COMPANY | Stillwater Mining Company<br>Attn: James Binando<br>536 East Pike Avenue<br>Columbus, MT 59019<br><br>Stillwater Mining Company<br>Attn: John Stark<br>1321 Discovery Drive<br>Dillings, MT 59102 | Commodity Supply Agreement | 07/09/2009 |