Matthew S. Barr
Tyson M. Lomazow
Samuel A. Khalil
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000

*Attorneys for Wells Fargo Bank Northwest,*
*National Association, as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re:                                                :   Chapter 11
                                                      :
MOTORS LIQUIDATION COMPANY, *et al.*,                 :   Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*              :
                                                      :   (Jointly Administered)
                            Debtors.                  :
                                                      :
------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF MOTION TO RECONSIDER COURT'S ENTRY OF STIPULATION AND ORDER RESOLVING OBJECTION TO SALE MOTION (DOCKET NO. 2947)

Wells Fargo Bank Northwest, National Association, not individually, but solely in its capacity as successor Indenture Trustee under that certain leveraged lease transaction commonly known as "GM 2001A" (the "**Indenture Trustee**"), by and through its undersigned counsel, previously filed the Motion to Reconsider Court's Entry of Stipulation and Order Resolving Objection to Sale Motion (Docket No. 2947) (the "**Motion to Reconsider**"). The Motion to Reconsider was filed on July 13, 2009, and was docketed as docket number 3137.

The Indenture Trustee hereby withdraws the Motion to Reconsider.

Dated: New York, New York
July 30, 2009

                **MILBANK, TWEED, HADLEY & McCLOY LLP**

                /s/ Tyson M. Lomazow_____
                Matthew S. Barr
                Tyson M. Lomazow
                Samuel A. Khalil
                1 Chase Manhattan Plaza
                New York, New York 10005-1413
                Telephone:  (212) 530-5000
                Facsimile:   (212) 530-5219
                mbarr@milbank.com
                tlomazow@milbank.com
                skhalil@milbank.com

                *Attorneys for Wells Fargo Bank Northwest,*
                *National Association, as Indenture Trustee*