HEARING DATE AND TIME: August 3, 2009 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: July 28, 2009 at 4:00 p.m. (Eastern Time)

Jeffrey S. Davis
Attorney at Law
1422 Berry Drive
Cleburne, Texas 76033
817/602-7999
FAX # 817/641-8829
jsdesqtx@yahoo.com
Motion for Admission to Practice *Pro Hac Vice* has been filed

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE:  General Motors Corporation, *et al* § | | Chapter 11 |
| § | | Case No. 1-09-50026 (REG) |
| Debtors. § | | (Jointly Administered) |

### WITNESS LIST, TRIAL EXHIBITS and DESIGNATION OF DEPOSITION TESTIMONY OF FORREST CHEVROLET-CADILLAC, INC., AND FORREST PONTIAC-BUICK-GMC TRUCK, INC.

**TO THE HONORABLE ROBERT E. GERBER**
**UNITED STATES BANKRUPTCY JUDGE**

**NOW COME** FORREST CHEVROLET-CADILLAC, INC., and FORREST PONTIAC-BUICK-GMC TRUCK, INC., hereinafter "FORREST", who file this their Witness List, Trial Exhibits, and Designation of Deposition Testimony regarding the Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105 and 365 Authorizing (A) the Rejection of Executory Contracts and Unexpired Leases with Certain Domestic Dealers and (B) Granting Certain Related Relief, and in support would show as follows:.

### I.
### WITNESS LIST

1. Charles Michael Forrest.

The Affidavit of Charles Michael Forrest in Support of Limited Objection of Forrest Chevrolet-Cadillac, Inc., and Forrest Pontiac-Buick-GMC Truck, Inc., to Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105 and 365 Authorizing (A) the Rejection of Executory Contracts and Unexpired Leases with Certain Domestic Dealers and (B) Granting Certain Related Relief has been filed in accordance with Case Management Order #1.

## II.
## TRIAL EXHIBITS

2.    Attached hereto are the following documents FORREST intends to offer at the hearing on the Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105 and 365 Authorizing (A) the Rejection of Executory Contracts and Unexpired Leases with Certain Domestic Dealers and (B) Granting Certain Related Relief:

   a.   <u>Exclusive Use Agreement</u> regarding Forrest Pontiac-Buick-GMC Truck, Inc., in Case No. 3-05-CV-0528-K; General Motors Corporation v. Forrest Chevrolet-Oldsmobile-Cadillac, Inc., and Forrest Pontiac-Buick-GMC Truck, Inc.; In the United States District Court for the Northern District of Texas, Dallas Division;

   b.   <u>Exclusive Use Agreement</u> regarding Forrest Chevrolet-Cadillac Inc., in Case No. 3-05-CV-0528-K; General Motors Corporation v. Forrest Chevrolet-Oldsmobile-Cadillac, Inc., and Forrest Pontiac-Buick-GMC Truck, Inc.; In the United States District Court for the Northern District of Texas, Dallas Division;

   c.   Letter dated July 7, 2008, from Debtor to Forrest Pontiac-Buick-GMC Truck, Inc.;

   d.   Letter dated July 7, 2008, from Debtor to Forrest Chevrolet-Cadillac, Inc.;

   e.   Letter dated May 14, 2009, from Debtor to Forrest Pontiac-Buick-GMC Truck, Inc.;

   f.   Letter dated May 14, 2009, from Debtor to Forrest Chevrolet-Cadillac, Inc.;

   g   Business Plan;

   h.   Letter dated June 1, 2009, from Debtor to Forrest Pontiac-Buick-GMC Truck,

Inc.;

i. Letter dated June 1, 2009, from Debtor to Forrest Chevrolet-Cadillac, Inc.;

j. Letter dated July 10, 2009, from Debtor to Forrest Pontiac-Buick-GMC Truck, Inc.;

k. Letter dated July 10, 2009, from Debtor to Forrest Chevrolet-Cadillac, Inc.;

l. Letter, with term sheet, dated July 15, 2008, to FORREST;

m. Offer letter/term sheet dated December 15, 2008, from Tommy Manuel; and

n. Offer letter/term sheet dated January 2009, from Matt Johnson.

### III.
### DESIGNATION OF DEPOSITION TESTIMONY

3. FORREST does not designate any deposition testimony as no depositions have been taken in regard to the Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105 and 365 Authorizing (A) the Rejection of Executory Contracts and Unexpired Leases with Certain Domestic Dealers and (B) Granting Certain Related Relief.

Respectfully submitted,

JEFFREY S. DAVIS
Attorney at Law
1422 Berry Drive
Cleburne, Texas 76033
817/602-7999
FAX # 817/641-8829
jsdesqtx@yahoo.com

_____
JEFFREY S. DAVIS
Texas Bar No. 00787334

Attorney for Forrest Chevrolet-Cadillac, Inc., and
Forrest Pontiac-Buick-GMC Truck, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2009, a true and correct copy of the foregoing was served on all those parties receiving notice via the Court's Electronic Case Filing System (through ECF) and the parties below via U. S. Mail First Class, postage prepaid on the following parties:

Harvey Miller
Stephen Karotkin
Joseph H. Smolinsky
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Debtors
c/o General Motors Corporation
Attn: Lawrence S. Buonomo
300 Renaissance Center
Detroit, Michigan 48265

James L. Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Michael J. Edelman
Michael L. Schein
Vedder Price, P.C.
1633 Broadway 47th Fl
New York, NY 10019

John J. Rapisardi
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Babette Ceccotti
Cohen Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036

Diana G. Adams
Office of U. S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

David S. Jones
Matthew L. Schwartz
U. S. Attorney's Office
86 Chambers Street, 3rd Fl.
New York, NY 10007

Matthew Feldman
United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

Kenneth H. Eckstein
Thomas Moers Mayer
Adam C. Rogoff
Gordon Z. Novod
Kramer, Levin, Naftalis & Frankel, L.L.P.
1177 Avenue of the Americas
New York, NY 10036

Daniel W. Sherrick
UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

The affected dealers as identified and listed on Exhibit "A" to Debtors' Motion.

JEFFREY S. DAVIS