EXHIBIT G

# EXHIBIT G

BUSINESS PLAN

Forrest Auto Park to consolidate (and replace) the separate corporations of Forrest Chevrolet-Cadillac, Inc. and Forrest Pontiac-Buick- GMC, Inc.

Over the past nineteen years, a plethora of prejudicial events have adversely affected our historical performance with reference to sales effectiveness, sales volume, CSI performance, capitalization, profitability, location, facilities, dueling patterns, etc. The following list represents a sample of such events.....

Agenda:

ADVERSE FACTORS:

*Disallowance of our family's business consolidation plans from 1994-1996, 2001-2003, and 2006-2009.

*The unfair competitive effect on our marketplace with the relocation of Lynn Smith Chevrolet in approximately 1994.

*The alteration of our own area of responsibility through an expansion into the Alvarado, Texas, area in recent years.

*The coerced building of a new Pontiac-Buick-GMC dealership (2001-present).

*The extreme effects of "Turn and Earn" product allocation methods over a lifetime of operations; in the early years, adverse manifestations often reflected the "starvation" of certain products. In the later years, particularly after June 2005, there was a "fatal deluge" of products that invited the participation of the GMAC finance arm as the "other side of the two-headed dragon".

*The illegal, immoral, and unethical suspension of out GMAC floor plan on May 26, 2008.

*The arrogant, envious, and greedy behavior of a former used car manager of our operations who opportunistically solicited the co-operation of many well-known new car dealers to broker new vehicle sales into our known new car dealers to broker new vehicle sales into our sales area of responsibility.

POSITIVE FACTORS:

*Facility – We have built and continue to operate our new Forrest Autopark facility (2005-2009) at 2408 N. Main in Cleburne, Texas.

*Floor Plan – We will utilize the $4.8 million valuation of the original real estate site of Forrest Chevrolet-Cadillac to secure a line of credit to execute our own floor plan.

*Capitalization – We will utilize approximately $2 million of fixed assets (comprised of furniture, fixtures, equipment, parts, inventory, special tools, wreckers, computers, etc.) as security for our working capital. (Though, to date, we have not been given the minimum amount required as a capital standard).

*Profitability – Given the mayhem that is unfolding in the marketplace with GM's bankruptcy announcement, we, Forrest Autopark, will avoid financial destabilization of our new car inventory value by #1: having paid off our GMAC balance; #2: replenishing our inventories at 50 cents on the dollar, by buying up distressed dealership inventories. This strategy will allow us to achieve gross profits on most new and used vehicle sales at 200-300% of industry norm for a three to six month period, For example, we can begin selling 50 cars and trucks a months, but make as much gross as if selling 125-150 cars and trucks per month. This "once-in-a-lifetime" opportunity will allow us instantaneous profitability, rather than having to "ramp up" for six months to regain our momentum.

*Marketplace -- obviously viable with a growing population and diversifying demographic.

*Location – Excellent! A heavily traveled 30,000 plus vehicles a day on Hwy 174, anticipating the extension of Hwy 121, direct from the heart of the metroplex to be completed in two years or less.

My attributes that GM dealers must have to be a successful part of the dealer network going forward……..

I have been in and around the automobile business since I was "knee-high to a grapefruit" and started walking….in 1955!
I swept the car lot, washed cars, stocked parts, delivered parts, filed and worked in the office, etc. 'til I graduated from Cleburne High School in 1970. While I was in high school, I was and all-around achiever, proving to be successful both as an athlete and as a scholar. The highlight of my sports career was to be named second-team all-district as a defensive back in football. I also alternated as a slot-back on offense. I performed above average on the basketball court and I participated in the 100 yard dash, the 440, the sprint relay team and finished third in the district in broad jump my senior year. In other words, I am as competitive as anyone out there. In the classroom, along with being in the National Honor Society and being a lieutenant governor in Key Club, I graduated as salutatorian of my high school class. In fact, my overzealous interest in my high girlfriend, Donna Cannon (Miss CHS), surely cost me the valedictorian spot by .05 of a point! I started selling cars in the off-season when I was preparing for my senior year in high school. I continued sell cars in the summers during my four-plus years at the University of Texas. Graduating with 160 plus hours and an Industrial Management degree, I came full time into the dealership in 1974. We also had just been informed that my dad might expect to survive about 90 days after he had just lost a kidney to cancer! The Good Lord kept him around for another 23 years! Utilizing my computer skills from many varied course studies in mechanical engineering and business management, to indulge our accounting operations, I became familiar with the entire GM Standardized

Accounting System and served as our in-house computer guru from 1977 through 1990. During this span of time, I also spent extensive time in our parts operations, our body shop operations, and our service operation. But realizing that nothing happens 'till somebody sells something, I began to assimilate the knowledge to write "WONDERMENT", my sales training manual. For approximately 18 years, from 1987 through 2005, I taught one to two-hour sales training sessions on Saturday morning. Indeed, for an intense period for two years (1992-1994), I taught one-hour sales sessions **everyday**! I ceased this level of activity when I wrote "WONDERMENT", MY 100 PAGE GUIDE TO SUCCESSFUL SELLING. Because of my highly diversified educational background and the advantage of my strongest vocational aptitude in the area of teaching, I was able and willing to complement my sales training guide with a 150 question exam. I administered my exam to approximately twenty sales people in our organization five years ago over a two-month period of time. Even as they used the template I created on the front-and-back side of a single sheep of paper, identifying sixty or so individual things about a customer in a five-year evolution of time (1987-1992), their average scores were in the thirties. This exercise required a major use of the Bell Curve to "exonerate my professionals". As I applied the majesty of blending art with science, I achieved the highest closing ratios in the history of the automobile business…..at 65%!! This achievement of such a dramatic success ratio caused me to scoff at the typical braggadocio of industry standard 15-20% closing ratios, preferring to call them what they really are….80-85% FAILURE RATES.

The most important attributes I possess are passion and experience. Neither can be compromised or substituted. Rather than seek the comfort zone of "20 Groups" since my father passed away a dozen years ago, I have engaged the challenges of life, both personally and professionally, as they have come directly at me. I am confident no dealer has ever "walked in my shoes" and still been "standing for the EIGHT COUNT". If you dare to doubt my will to succeed, my courage to face adversity, or the basic tenets of my belief system, I invite you to simply examine the following profiles of my father, my mother, my brother, and me….and the journey of our family over a lifetime! As Albert Einstein said, "Great spirits have always encountered violent opposition from mediocre minds."

To General Motors:

We the willing (Michael Forrest and Crew)
Led by the unknowing (General Motors)
Have done so much
With so little
For so long
That we can now
Do anything
With Nothing

Michael Forrest

E
X
H
I
B
I
T

H

**EXHIBIT  H**

 **MOTORS HOLDING**

July 15, 2008

Mr Michael Forrest
Forrest Chevrolet Cadillac, Inc.    &    Forrest Pontiac Buick GMC Truck, Inc.
2400 N. Main Street                       2408 N. Main Street
Cleburne TX                                    Cleburne TX

Dear Mr. Forrest:

Attached please find conditional term sheets for the purchase of certain assets of the above named corporate entities. As noted these term sheets are meant to provide a basic understanding of key purchase provisions.

As we discussed, GM and Dealer understand and acknowledge that all discussions and negotiations are to be considered preliminary and that no agreement between the parties shall be deemed to exist or bind either party unless and until final written documents incorporating the full agreement of the parties have been prepared, have received all the necessary management approvals, and have been executed by authorized representatives of the parties. In order to be binding and effective on GM, any agreement must be in writing and executed by the DNPI Regional Director or the DND Regional Manager, and by the DNPI Finance Director.

Per your request, I have also provided copies of these documents to Mr. Eddie McGinnis as your agent. Please feel free or have Mr. McGinnis contact me should there be any questions.

Sincerely

W. J. Reineck
Business Development Manager

General Motors Corporation                                                       Dealer Network Planning and Investment