UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al. | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2009, Objections of conTeyor Multibag Systems, NV to Proposed Cure Amoutns were mailed to the individuals on the attached list, by First Class U.S. Mail.

/s/ Connie M. Corbiere
Williams Williams Rattner & Plunkett PC
380 N. Old Woodward Avenue
Suite 300
Birmingham, MI 48009
(248) 642-0333
cmc@wwrplaw.com

General Motors Corporation
*n/k/a Motors Liquidation Company*
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn Warren Command Center
Mailcode 480-206-114

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Matthew Feldman, Esq.
United States Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

Michael J. Edelman, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Robert D. Wolford, Esq.
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, NW
Suite 800
Grand Rapids, MI 49503

Diana G. Adams, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Stephen Karotkin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036