Henk Visser, a Class in RUSCC 24
under the mandate of the UN. Swcurity Council
and the President, Barack Obama in RUSC 45.1
the injunction in <u>In re Henk Visser</u>, No. INJ-
93-8022 to Final Judgment in H-08-1607 of
liquidation under UN. Resolution 4: 06-MISC.-00520-TX-SD
Ir. van Muylwijkstraat 155,
6828 BN Arnhem,
The Netherlands,
Tel. + 31-6-1343-7175

Intervenor to Amended
Statute Complaint in
Article 107 of the UN.
Charter,

IN THE BANKRUPTCY COURT OF SOUTHERN NEW YORK

| | |
|---|---|
| In the intervention of Henk Visser, granted injunction, the trespass to the conviction of a UN. Criminal Jury: strike the proceedings of General Motors of a restart of a Court Report that reveals forged, <br><br> Intervenor, | No. Unknown <br><br> CERTIFICATE TO PROSECUTE <br><br> FINAL JUDGMENT <br> NO. H-08-1607 <br><br> PRODICTION I |
| In the matter of General Motors and Opel in German , Sweden, China, United Kingdom and Poland, Spain, <br><br> Applicant, Petitioner, | |

BEFORE THE ASSIGNED BANKRUPTCY COURT
OF THIS ENTITLED COURT OF GENERAL MOTORS:

Henk Visser granted Veto, Injunction to trespass
is the intervention to redress amended complaint in Article
107 of the UN. Charter under the invalidation of the UN. Cl

ter and the Treaties of Moscow, Geneva, and Vienna, to the conviction of the American People and those trading their Stock publicly, the Respondent, General Motors trading on the Euronext-New York Stock Excyange in New York, NY.

General Motors filed for bankruptcy under Chapter 11, while under UN. Resolution 1688(2006) the bankruptcy was to be filed under Chapter VII, for liquitation as insolvent under 28 USC 1331 - 1335.

Based on the Apendix, the Judgment in the Miscellaneous proceedings in this Court as the Bankruptcy Court, of the proceedings of an certified case, the instructions in RUSC 19.1 strickemn to penalty of judicial treason, of a corruption permanent stay as a Meorandum of the US. TReasurer as the G-20 Treasurers under the TReaty of London 2009 and the 2009 Traty of Port Au Princesd in Trinidad & Tobago of the bankruptcy of the People of the OAS Nations, the Political Parties, the Labor Unions as the Stockholders to General Motors, with those as Euronext-New York Stock Exchange and those other World Stock Exchanges in Toronto, in Dublin, London, Oslo, Stockholm, Copenhagen, Helinki, Warsaw, Moscow, Vienna, Zurich, Istanbuul, Madrid Bombay, Djakarta, Johannesburg, Sydney, Tokyo, Hong Kong, Shanghai, Bankok, Singapore, Seoul, Taipeh Sao Paulo, Buenos Aires, those a Party.

The application of General Motors-Opel reveal purported and false, endangering the national- and the Internations Security, endanger the World Peace, tried by a Jury trial under the UNited Nations, the Criminal International Tribunal; the amended complaint under the TReaty of Rome, as Exhibit I appended.

The proceedings of General Motors with

**HENK VISSER** / Special Master-Prosecutor to Act- Special Court Receiver to precedent.
**Ir. van Muylwijkstraat 155 / 6828 BN Arnhem/ Holland/ + 31-6-** 1343-7175/

Arnhem, the Netherlands,
June 30, 2009.

Secretary General of the OAS Nations as the
Organisation of American States,
from Canada, north, Chili, South
OAS Headquarters,
WASHINGTON, DC.
United States of AmeriCA.

OF AMENDED-, STATUTE/, TREATY CRIMINAL
COMPLAINT IN THE UN. INTERNATIONAL CRIMINAL
TRIBUNAL IN THE HAGUE, THE NETHERLANDS:
REMANDED FOR UN. CRIMINAL JURY TRIAL FOR THAT
TO THE UN. SOUTHERN COURT OF TEXAS? HOUSTON
DIVISION THE CONTROVERSY OF THE INSOLVENCY
UNDER UN. RESOLUTION 1688(2006) THE MANDATE
SANCTIONS THE INTERVENTION OF THE UN. SECURITY
COUNCIL TO RESTORE THE NATIONAL AND THE INTERNA-
TIONAL SECURITIES AND RESTORE THE WORLD PEACE;
IN 28 USC 1331 - 1335, THE MANDATE LIQUIDATION/
INJUNCTION/, BANKRUPTCY, COLLECTIVELY.

Secretary General of the OAD Council to
the Oversight of the OAS Couyrt of Justice of
Human Rights in San Jose, Costa Rica;

Of an amended-, interpleaded redress complaint
under the Treaty of Rome, in Article 107 of the UN. Charter of
the suit in damages of the retracting of a UN. Resolution under
Article 27(2)(3) in Article 5 52(1) - (4) of the enforcement in
Article 33 - 35 of controversy of condutch in Article 89(1), 53
(1), 108, in Article 92, under the Futch Constitution, framee
a UN. Resolution and move that Covert Act, through one of the
OAS Nations, the Dutch Antilles, apply " Wet van 22 Juni 1950)
that was impeached to suit in Article 102(1)(2) and Artikel 103,
in Article 110(1) - (4), the Dutch Constitution not registered fo
for use for the verification, and the certification, the publica-
by the Secretary of the United Nations, only then the use.
A Dutch Constitution amended with the Charter of the Dutch Antil-
les to the Statute of the OAS Nations, the TReaty of Bogota of
an Cerified-, Original Case in the US. Supreme Court as Amicus-
Curiae Lodgers, the UN. Reeolution to serve to framee a US. Exec-
tive Order as Decree in 19 USC 1337(j)(4) the cross Appeal for Re
view to interpleader as TReason in 19 USC 1337(c) and (e)(2),
comfrt the President of the United States John F. Kennedy a Monar
chy as a Military Command to kidnap under Letter of Marque and
Reprisal as passed Bill of Attainder by the Special Division of

./.. OAS Secretary Genera, Washington, DC.
June 30, 2009,

---

for the DC. Circuit of the direct appeal in RUSC 18.5 by
stipulation to the Review as the Amended-Statute Criminal
Complaint under the TReaty of Rome, Geneva, Moscow and
Vienna, for that UN. Criminal Jury trial, following the
collective bankruptcy as Jury trial in No. CRIM. 17/2004:
H-06-0590-VDG-DC.TX of the mabnkriptcy following to
Review in No. 98-10008, of the miscelleneous proceedings
under the UN. Resolution 1688(2006) in 29 USC 1331 - 1335
under the redress suit in Article L of the TReatry of Washing-
ton 1948, as ratified the Coordination Tax Law and Social
Sureties, the liabilities.

   OAS Secretary General to indictment-Act to a Jury
UN. criminal Jury trial in Houston, Texas, were you as the
Council of the Oas Nations and the Judges of the Court of Jus-
tice for Human Rights and Fundamental Freedoms, were these
Human Rights Judges also convicted withg the Human Rights
Commission-Members and the Committee of Ministers of Justice.
The Conviction to server a Life sentence and male restitution
return seized properties and pay the sanction interest of the
disability the prohibition to be employed since 1966, the
Protest, the redress suit the appeal, enforce the UN. Resolution
1688(2006) of the mandate bankruptcy as in 28 USC 1331 - 1335;
in the Netherlands and the Dutch Anrilles in Rv. 6(g)(h) in
Sv. 13, 13a - f. under bankruptcy No. 99/97-Arnhem in the
United States under UN. Final Judgment in No. H-08-1607
in 4: 08-MISC.-00520-TX.SD to affirmed the bankruptcy in
No. 98-10008 under No. Congressional Reference No. 90-450-C
the Bill passed under the TReaty of Rambouillet.

   Counsel to these pleadings of a collective
insolvency bankruptcy, the Respondents not susceptoible and
not responsice, bribe a Judge a Permant stay was granted in RUSC
23.4 to Review of the Slip Opion in RUSC 23.4 the stay by way
of.TReason stricken granted injunctions and the trespass.
the OAS Nations, each of them as the People of the OAS Nations
and those trading their publicly in Toronto, in New York,
Mexico City, Sao Paulo, Buenos Airces those a Party, the
stock is seized to settle the Claim.

        Henk Visser,

        Mandator, Special Master

-2-

Henk Visser, een groep
in RUSCC 24 onder Mandaat in
RUSC 45.1 onder VN. Resolutie
1688(2006),
Ir van Muylwijkstraat 155,
6828 BN Arnhem,

                Appellant, Klager,
                als Respondent

IN DE ARRONDISSEMENTSRECHTBANK ARNHEM

Sector Faillissementen

| | |
|---|---|
| In het insolventie faillissement van Henk Visser, aka Condor Club International, als Condor Transport,<br><br>Appellant, Klager | No. F. 99/97<br><br>AKTE VAN VERVOLGING ONDER ARTIKEL L ALS VERZET VAN HET VERDRAG VAN WASHINGTON 1948 ONDER ART. XL VII, XL VIII ONDER VN. RESOLUTIE NO. 1688 (2006) ALS EINDVONNIS No. H-08-1607 VAN INJUNCTIE |

PRODUCTIE I

KOMT henk Visser belanghebbende onder Verzet van Akte van vervolging onder Rv. 382(a) - (c) van bedrog; de Akte van Vervolging onder het Verdrag van Washington 1948, onder het Verdrag van Rome, als het Statuut van de VN. Economische-, Sociale Raad, als in Nederland, de S E R, als Werkgevers en Werknemers, als het Openbaar Ministerie, als het College van Procureurs Generaal onder hun Voorzitter, Mr. Harm Brouwr to the Procureur Generaal bij de Hoge Raad, Mr. Fokkens en z'n vervanger, van Verzet in Artikel 89(1), 35(1), 92, 105, 108, 109 van een beslecht geschil met de Koning, de Staatraden van de Raad van State, de Ministers van Staat, de Staten Generaal, Provinciale Staten en Gemeenteraden als de Politieke Partijen

als AFL-CIO, die aandeelhouders als Euronext-New York Stock Exchange en die wereld Effectenbeurzen, onder Wet van 28 November 1996, als Arrest Securitel in No. 91/383/EEG-L.206 als die in Artikel 117 van de Grondwet onsder Wet R.O. 11- 14a ONDER DE Wet van 29 September 1996 onder Wet van 18 April 1827 in Artikel 1(b) in (1) - (8) en in Artikel 1(c)- (g); de Rechterlijke ambtenaren en die in Artikel 1(d) die Burgerlijke Rijksambtenaren op basis van aanstelling werkzaam bij deze Rechtbank, in (e) de Raadshseren van de Hoge Raad der Nederland en de Minister van Justitie, thans Ernst Hisch Ballin en de leden van de Raad voor de Rechtspraak in (g), als die in Artikel 2(a) - (2) van de Wet van 29 November 1996, en die in de Bijlagee in Artikel 13c, als Wet Melding Zeggenschap in, ter Beurze genoteerde vennootschappen 1996; van Akte van Vervolging onder het Verdrag van Washington 1948, als geratificeerd de tegeneis-vordering onder de Coordinatie Belastingwet en de Sociale Verzekeringen, de vordering onder Besluit van 21 Maart 1994 in Artikel 35(1) en Art. 36(1); in Artikel 7 Wet Incompatebiliteiten Staten Generaal en Europees Parlement en de Raad van Europa inb Art. 95, 96, 96a in (b) of Art. 97 van Algemene Rijksambtenarenreglement onder Artikel 125a(2) van de Ambtenarenwet onder Rv. 6(g)(h) van collectief-, insolventie liquidate faillissement van beslecht geschil onder een VN. Strafjury trial onder het Verdrag van Rome, als in No. CRIM. 17/2004: in H-06-0590-VDG-DC.TX; van vindingen.

De Rechtbank van Arnhem onder de inzet van de Rechtbank in Leeuwarden van overdracht van een valsheimelijk corruptie proces onder 22 USC 1631e, de verborging onderr bedrog in 18 USC 371, 241, van Akte van Vervolgong in 42 USC 1983, 1994, 200-e in 12182 onsder 2 USC 233(a) de vordering

35.3 de activering onder No. 00-CV-01170-WMN-DC.MD als de zaak <u>Henk Visser vs. JULIANA, en haar Minister Marga Klompe de Permanente Toezichthouders voor de Koning en de President van Amerika, de Gouverneur van Maryland en voor Nederland onder de SVB, de CTSV, als uiteindelijke Toezichthouders de Politieke Partijen als Staten Generaal, Provinciale Staten Gemeenteraden en Dijkgraven van hun Waterschappen,</u> van klecht.

Klacht onder Artikel 107 van het VN. Handvest. van gedragingen in Artikel 89(1!, 35(1), in Artikel 92, samen-gevoegd mety die gedragingen in Artikel 27(2)(3) op straffe van Artikel 52 in Hoofdstuk VI; van klacht in Artikel 107 van het VN. Handvest onder de Inter Gouvernements VN. Internationale Conferentie een rechtsmiddel op te stllen, eerst onder het Verdrag van Rambouillet en thans de amenderinmg onder get Ver-drag van Washington 1948, als het Statuut van de VN. Economische-Sociale Raad en die regio-nationale Economische Sociale Raden in Nederland as de SER, in Amerika als de Merit System Protection Board en de Judicial Conference als Arm van de US. Supreme Court, als een gecertificeerde zaak onder RUSC 19.1 in 28 USC 1259 van gedragingen van Militaire Commissie, gevorderd on Hoogverraad; de heropening van een sanctie faillissement van de Raad van Europa, Unie van Europa, als UN. Staten, als de Wereld Burger, die hun aandelen publiekelijk verhanden op de Wereld Effecten-beursen, op straffe van VN. Resolutie 827(1993), onder eis van VN. Resolutie 1688( 2006) als een collectief sanctie faillisse-sement onder Sv. 13, 13a - f in Rv. 6(g)(h)

De Procureur Generaal bij de Hoge Raad en z'n vervanger, de S E R en de Gemachtige van Linschoten, de Lands-Advocaat voor de Werkevers en Werknemers, en het Openbaar Ministerie, krijgen 15 dagen

Henk Visser
Jhr. van Nispenstr. 155
6828 BN Arnhem
Tel. +31-6-13 43 71 75

Klager

Gerechtshof Den Haag
Ethische / Meerv. Strafkamer
onder V.N. Resoluties
827 (1993), 1688 (2006)

Henk Visser
Klager

versus

Die in Art 54 (1) (2) (a) in
Art 89 (1), 91 (3) (g) 105, 109
117, 119, onder Wet R.O Art
11-14a in BV 13, 13a_f onder
No. H-08-1607 in No. INT.93-2022

veroordeelden

versus.

Kiesraad, Centraal Stem-
bureau, Staten Generaal,
Raad van Europa, Euro-
pees Parlement, Politieke
Partijen

Rechter Commissaris,
Raadsheren en Advo-
caat generaal, Inspec-
teur;

Onder overdrage
klacht, tegen de Militaire
Commissie onder Art 92, 47
(1)-(4) van V.N. Handvest onder
Art 27(2)(3) in Hoofdstuk VII
van V.N. Handvest, zijn onder
Art 89(1), 9(3), 92 van de Grond-
wet, m'n Politieke-, Burger-,
Economische en Sociale Rech-
ten en Culturele Rechten ver-
krapt, van geamendeerde
klacht in Art 107 van V.N.
Handvest onder de Universele
Mensenrechten en Fundamen-
tele Vrijheden, Habeas Curpus,
de overdrage in 6V. 552 d(2)
van intrekking van V.N. Reso-
lutie, vernietiging, deponering
onder dwangbevel van terug-

claim, het voldoen van sanctie renten, Fed. Cir. R. 38 en proces kosten, onder Statuut van het VN. Int. Straftribunaal, in Den Haag, onder Art. 24(3), onder Sv. 1b, 13a, b, d-f, van schade claim van de bank verzekeraar, van het leeghalen van m'n bankrekeningen onder Wet van 22 Juni 1950, zonder de borg in Amerika te voldoen, bij de FDIC, van klacht, onder Verzet, onder Verdrag van Washington, 1948, dd vordering in Art 4, onder de Invorderswet, onder de Coordinatie Sociale Verzekeringen, onder verder 22 USC § 1631, onder No. 00 CV 0170-WMN-DC, MD, onder aktes vgn. vervolging van collectief faillissement, onder 28 USC § 1331 - § 1335. ")

Henk Visser,
onder mandaat en eindvonnis onder
injunctie,
Ir. van Muylwijkstraat 155,
6828 BN Arnhem,
Tel. +31-1343-7175.

Intervenor-Overdrager

GERECHTSHOF AMSTERDAM

ONDERNEMINGSKAMER

| | |
|---|---|
| Henk Visser,<br><br>Overdrager, Intervenor,<br><br>versus<br><br>Openbaar Ministerie,<br><br>De Nederlandse Bank<br>Beklaagden;<br>versus<br><br>Werkgevers, Werknemers:<br><br>Aandeelhouders op de Euronext-<br>New York Stock Exchange,<br><br>Feiteloiijke Partijen | NO. 09-_____<br><br>AKTE VAN VERVOLGOING ONDER EIND VONNIS HET VN. RESOLUTIE COLLECTIEF INSOLVENTIE FAILLISSEMENT VAN EXECUTORIAAL BESLAG RV. 430, RV. 832<br>NO. F-55/97<br>NO. VETO 97/55<br>DWANGBEL ONDER MANDAAT EN VETO;<br>KENNISGEVING DE BETEKENING HET NEMEN VAN SANCTIES ONDER VN. HANDVEST VII, XVII ONDER ARTIKEL 66 VAN VERDRAG VAN WENEN<br><br>PRODUCTIE I |

De interventie van Henk Visser onder AWB 8 : 31 onder Aktwe van vervolging, van geschil van een verzegelde zaak, ontzegeld als, <u>Henk Visser vs. Nixon, JULIANA, MARGA KLOMPE CTSV, S V B</u> onder RUSC 35.1 - 35.3 als No. 00-CV-01170-WMN- DC. MD voor certificatie in United States Court of Appeals for the Fourth Circuit, in Richmond, Virginia van het schrappen van de bevoegdheden van een Militaire Commissie, de tenuitvoerlegging van de Premier, leden van het Kabinet, de Kroon, onder

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

HENK VISSER,

        Plaintiff,

-against-

People of Nations, by way of the UN. Ambassadors, Diplomatic Ambassadors, Consuls and Vice Consuls; the Amicus Curiae-Lodgers their unregistered-concealed documents unable to frame the Joint Appendix to the Extraordinary All Writs Act of Election Military-Common Law Ceriorari, Brief on the Merits; the amended complaint of Treason suit in 18 USC 4 New York Stock Exchange-Euronext, et al,

        Defendants.

------------------------------------------------------X



~~CIVIL~~ JUDGMENT

~~09-Civ. 0253 (HB)~~

CRIM.09- 00253-HB-DC.NY
TO INTERPLEADER IN 28 USC 151;
TO STIPULATION IN RUSC 18.5
THE CROSS CERTIFICATION TO SUIT
IN 28 USC 1254(2) IN RUSC 19. 1 –
19.5 TO UN RESOLUTION 1688(2006)
OF CONVICTION UNDER CASE NO.CRIM.
17/2004: H-06-0590-VDG-DC.TX IN
NO. 4: MISC: 06-00200; TO CROSS
BANKRUPTCY IN No. CV.72-0630-R-
DC.CA IN No. 00-CV-01170-WMN-DC.
MD. IN NO.98-10008.
CERTIFICATE TO PROSECUTE TREASON
FINAL JUDGMENT NO.H-08-1607

By order dated January 12, 2009, plaintiff was directed to file an Application To Proceed *In Forma Pauperis* (*IFP* application) within 30 days or pay the filing fee. As plaintiff has failed to file an *IFP* application or pay the filing fee, it is,

ORDERED, ADJUDGED AND DECREED: That the complaint is dismissed without prejudice. 28 U.S.C. § 1915(a)(1). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.

SO ORDERED.

*/s/ Kimba M. Wood*

KIMBA M. WOOD
Chief Judge

Dated: MAY 1 5 2009
New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON May 15, 2009.

(3) onder Artikel 92 van de overdrage voor een VN. Resolutie-Amicus Curiae Lodging, als Letter of Marque and Reprisal, als de Kaapbrief van de Hoge Raad van Nederland, als Bill of Attainder van de Militaire Commissie in Artikel IX van de Grondwet voor Nederland als " Bill of Attainder"- Decreet-, US. Executive Order in 19 USC 1337(j)(4); van klacht in 19 USC 1337(c) en (e) (2) onder 2 USC 233(a) in 42 USC 1983, 1994, 2000-e in 12182 in Artikel L van het Verdrag van Washington, 1948 Artikel L,

De vorderings van VN. Straf Jury trial, die klacht in No. CRIM. 017/4004 : H-06-0590-VDG-DC.TX-CRIM; waar die strafjury alle beklaagden levenslange gevangenistraf oplegde onder het Statuut van het VN. International Straf Tribunaal in Arikel 24(3) onder overdrage, tenuitvoerlegging in Sv. 552d(2) onder Sv.13, 13, 13b, 13d – f onder dwangvele onder VN. Resolutie 827((1993), als geratificeerde in Nederland, Wet van 21 April 1994, onder VN. Resolutie 1688(2006) dat uitstel tot 19 Januari, 2007, dat imiddels verstreken is waar de Beklaagden onder 28 USC 1331 – 1335 onder liquidate, collectief failliet zijn verklaar onder <u>Henk Visser vs. de Wereldburger, et al</u> No.CRIM. 09-0253-DC.NY-BB onder de Akte van Vervolging, onder het Verdrag van Washington, 1948 van die vordering onder de Coordinatie-Belastingenwetten en Sociale Verzekeringen, onder het Verbond van Verzekeraar, onder Alliantz en Lloyd's of London en in Amerika, eerst Enron, thans A I G, in New York

De Beklaagde, het OPenbaar Ministerie onder de Procureur Generaal bij de Hoge Raad en zijn Vervanger, met de Deken bij de Hoge Raad, Els Unger, de Advocaat Generaal bij de Hoge Raad en die in de Regio Amstredam, Mr. van Kesteren, en de Landsadvocaat, zijn omgekocht, ond4r de schending van de Grondwet in Artikel 89(1), 91(3), 92 onder Artikel 18(1)(2),

Premiers, lopend deze zaak onder de CTSV-affaire-, IRT als de Lockheed Affaire onder WATERGATE, van een niet afgedane zaak, verzegeld, recentelijk ontzegeld als, <u>supra</u>, <u>Henk Visser vs. Richard Nixon, JULIANA, Marga Klompe, de Toezichthouders, de Inspecteurs Generaal, die in Artikel 91(3) van de Grondwet</u> No. 00-CV-01170- WMN-DC.MD van bedriegelijke bankbreuk in 28 USC 151, 451, 1930(d) onder 18 USC 4, 241, 371, 641 -669, het einvonnis Nationaal onder CRIM. 09-0253-HB-DC.NY, omgekocht door de Premiers, Dries van Agt, Joop den Uijl, Marijjns, Biesheuvel, Ruud Lubbers, Wim Kok en thans Jan Balkenende.

Jan Balkenende is verder schuldig bevonden rechter om te kopen als een Militaire Commissie onder de machtiging van de Burgemeester van Amsterdam, Ivo Samkalden en de Commissaris van de Kroon in Noord Holland, van Kemenade, thans Borghout onder de verberging en bedrog in Rv. 832(a) - (c); vanuit de Bijzondere kamer van krankzinnigen in het Gerechtshof van Arnhem, van verzets-vordering in 28 USC 1254(2) in RUSC 19.1 - 19.5; heeft de Premier Jan Balkenende met zijn Vice Premiers, Wouter Bos, Andre Rouvoet en de Ministers van het Kabinet, zo thans blijkt de Politiemacht in Amstrdam and Regio Amstelland, met die als Haglanden en Gelderland-Midden en de Politiumacht van de Gemeente Leeuwarden en de Rijksrecherche omgekocht onder straffe van geamendeerde klacht in Artikel 108 van het VN. Handvest, door de Premier Jan Balkende onder Artikel 89(1), 91(3), 92 de VN. Sevvcretariss- Generaal, eerst Kofi Annan en thans Ban Ki Moon, aansluitend de President van Amerika, Barack Obama, terugwerkend George W. Bush, Bill Clinton, naar George Bush en Ronald Reagan ook om te kopen, van hoogverraad, de veroordeling

De Voorzitter van de Ondernemingskamer, met de leden van het College, de Nederlands Register-Accountants,

het Openbaar Ministerie, onder de Procureur-Generaal bij de Hoge Raad der Nederlanden en het Parket Generaal, onder verder de Voorzitter van het College Procureurs-Generaal, thans Mr. Harm Browers, onder eind vonnis, Nationaal, en internationaal in No. 00-CV-01170-WMN-DC.MD en NO. CRIM. 09-053-HB-DC.NY onder No. H- 08- 1607 onder VN. Resolutie 1688(2006) onder dwangbevel krijgen 15 dagen de tijd onder 28 USC 598 als dat deel van de Raad van Europa Staten, het deel van het totaal bedrag van de Wereld Burgers als Verenigde Naties en de I L O, als de Wereld Vabkbond onder AFL-CIO als in Amerika de UAW onder General Motors, de schadeclaim wel kunnen voldoen waar de Verenige Naties oner 28 USC 1331 - 1335 in Rv. 6(g)(H) heeft besloten een collectief-liquidatie collectied-, sanctie faillissement heeft ingezet op straffe van sancties onder VN. Handvest in Hoofdstuk VII, XVII in Artikel 66 van het Verdrag van Wenen, in Artikel 43 van het VN. Handvest een gewaoende aanval in te zetten, op weigering gevolg te geven aan de liquidate-Faillissement van de Jnie van Europa, in de Eerste aanleg, onder het ontbinden van de Politieke Partijen in het Europees Parlement en de Parlementen van de 27 Staten van de Unie van Europa, van een schadeclaim van € 22.936.000.000.000.000.000,00.
==================================

15 JUN 2009

Henk Visser,.
Mandator, Bijzondere Curator



-4-