Leslie J. Stein (P31922)
David T. Lin (P70764)
Counsel for Superior Acquisition, Inc.
 d/b/a Superior Electric Great Lakes Company
Seyburn, Kahn, Ginn, Bess and Serlin, P.C.
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620
(248) 353-3727 (Facsimile)
lstein@seyburn.com
dlin@seyburn.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | |
| f/k/a General Motors Corp., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**LIMITED OBJECTION OF SUPERIOR ACQUISITION, INC. TO PROPOSED CURE**
**AMOUNT RELATING TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND**
**ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF**
**PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL**
**PROPERTY AND (II) CURE AMOUNTS RELATED THERETO (DOCKET NO. 697)**

Subject to and in reliance upon the Letter Agreement (defined below) and Order Authorizing Sale entered on July 5, 2009 ("Sale Order"), Superior Acquisition, Inc. d/b/a Superior Electric Great Lakes Company ("Superior"), hereby withdraws its Limited Objection (Doc. No. 697) to the Proposed Cure Amount Relating to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto. In order to resolve the Limited Objection, Superior and General Motors Company (f/k/a NGMCO, Inc.)

{00358144.DOC}

entered into a letter executed as of July 23, 2009, which memorialized the terms and conditions of the resolution and also incorporated the Sale Order ("Letter Agreement").

                      Respectfully submitted,

                      **SEYBURN, KAHN, GINN, BESS,**
                      **& SERLIN, P.C.**

                      BY:        /s/ David T. Lin
                             Leslie Stein (P31922)
                             David Lin (P70764)
                             Atty. for Superior Acquisition, Inc.
                             d/b/a Superior Electric Great Lakes Company
                             2000 Town Center, Suite 1500
                             Southfield, MI 48075-1195
                             (248) 353-7620
                             (248) 353-3727 (Facsimile)

Dated:  July 31, 2009

005577\018058\{00358144.DOC}