PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
Dennis Kayes (*pro hac vice*)
Suite 3600
100 Renaissance Center
Detroit, Michigan 48243
Telephone:  313.259.7110
Facsimile:  313.259.7926
E-mail: kovskyd@pepperlaw.com
*Counsel for ChannelVantage, Inc..*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                :   Chapter 11
In re                                                           :
                                                                :   Case No. 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al.,*  :   (Jointly Administered)
           f/k/a General Motors Corp*., et al.,*       :
                                                                :
                          Debtors.                        :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTIONS OF CHANNELVANTAGE,
INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY,
AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND
(II) CURE COSTS RELATED THERETO [DOCKET NOS. 762 AND 3186]**

WHEREAS, ChannelVantage, Inc. ("ChannelVantage") and the Debtors have reached agreement on the amount required to cure certain executory contracts between the parties that the Debtors propose to assume and assign;

NOW THEREFORE ChannelVantage, through its undersigned counsel, hereby withdraws its Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto filed June 12, 2009 [**Docket No. 762**] and its Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of

#11315630 v1

-2-

Nonresidential Real Property and (II) Cure Costs Related Thereto filed July 16, 2009 [**Docket No. 3186**].

                              PEPPER HAMILTON LLP

                              /s/ Deborah Kovsky-Apap
                              Dennis Kayes (Admitted *Pro Hac Vice*)
                              Deborah Kovsky-Apap (DK 6147)
                              Suite 3600
                              100 Renaissance Center
                              Detroit, Michigan 48243
                              Telephone:  313.259.7110
                              Facsimile:  313.259.7926
                              E-mail: kovskyd@pepperlaw.com
                              *Counsel for ChannelVantage, Inc.*

Dated:  July 31, 2009

PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
Dennis Kayes (*pro hac vice*)
Suite 3600
100 Renaissance Center
Detroit, Michigan 48243
Telephone:  313.259.7110
Facsimile:  313.259.7926
E-mail: kovskyd@pepperlaw.com
*Counsel for ChannelVantage, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | (Jointly Administered) |
| f/k/a General Motors Corp*., et al.,* | : | |
| Debtors. | : | |

-------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 31, 2009, the Notice of Withdrawal of Limited Objections of ChannelVantage, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto [Docket Nos. 762 and 3186], was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record registered to receive notice.

PEPPER HAMILTON LLP

/s/ Deborah Kovsky-Apap
Dennis Kayes (Admitted *Pro Hac Vice*)
Deborah Kovsky-Apap (DK 6147)
Suite 3600
100 Renaissance Center
Detroit, Michigan 48243
Telephone:  313.259.7110
Facsimile:  313.259.7926
E-mail: kovskyd@pepperlaw.com
*Counsel for ChannelVantage, Inc.*

-3-

#11315630 v1

-4-

Dated:  July 31, 2009

#11315630 v1