William B. Sullivan, Esq.
**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
One West Fourth Street
Winston-Salem, North Carolina 27101
(336) 721-3506

Christopher J. Battaglia, Esq.
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

*Counsel for RCR Enterprises, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al. | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF RCR ENTERPRISES, LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO [DOCKET NO. 938]**

RCR Enterprises, LLC and its affiliates (collectively "RCR"), by and through their undersigned counsel, hereby withdraws its Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and (II) Cure Costs Related Thereto (Docket No. 938).

{00082167.1 \ 0744-001}

Dated: New York, New York
July 31, 2009

**HALPERIN BATTAGLIA RAICHT, LLP**

By: /s/ *Christopher J. Battaglia*
Christopher J. Battaglia, Esq.
555 Madison Avenue – 9th Floor
New York, New York 10022
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
Email: cbattaglia@halperinlaw.net

-and-

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

William B. Sullivan
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 721-3506
Facsimile: (336) 733-8365
Email: wsullivan@wcsr.com

*Counsel for RCR Enterprises, LLC*

{00082167.1 \ 0744-001}    2