Mark Minuti (Del. No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6840
(302) 421-5873 (Fax)

and

Adam H. Isenberg, Esq.
**SAUL EWING LLP**
1500 Market Street, 38th Floor
Philadelphia, PA  19102
(215) 972-8662
(215) 972-1853 (Fax)

Attorneys for Schneider National, Inc.,
Schneider National Carriers, Inc. and
Schneider Logistics, Inc.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
IN RE:                                                      :    Chapter 11
                                                            :
GENERAL MOTORS CORP., et al.,                               :    Case No. 09-50026 (REG)
                                                            :
                Debtors.                                    :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## WITHDRAWAL OF OBJECTION OF SCHNEIDER NATIONAL, INC., SCHNEIDER NATIONAL CARRIERS, INC. AND SCHNEIDER LOGISTICS, INC. TO THE DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT AND PROPOSED CURE CLAIMS

On or about June 15, 2009, Schneider National, Inc. ("SNI") and its wholly owed affiliates Schneider National Carriers, Inc. ("SNC") and Schneider Logistics, Inc. ("SLI," collectively with SNI and SNC as "Schneider"), by and through their undersigned counsel, filed an objection (Docket no. 1237) (the "Objection") to the assumption and assignment by General

1175983.1 7/31/09

Motors Corp. (the "Debtor") of the Schneider Contracts (as defined in the Objection). Schneider herewith withdraws the Objection, without prejudice, based upon its letter agreement with General Motors as to the appropriate amount of its cure claim. Schneider reserves all rights in the event, *inter alia*, prompt payment of the agreed-upon cure amount is not made.

/s/ Adam H. Isenberg
Adam H. Isenberg, Esq.
**SAUL EWING LLP**
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-8662
(215) 972-1853 (Fax)

and

Mark Minuti (Del. No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)

Counsel to Schneider National, Inc., Schneider Logistics, Inc. and Schneider National Carriers, Inc.

Dated: July 31, 2009