IN THE CIRCUIT COURT IN AND FOR
PINELLAS COUNTY, FLORIDA

CASE NO 07-1069CI-20

JAMES EVANS,

    Plaintiff,

v.

GENERAL MOTORS CORPORATION and
GENERAL MOTORS ACCEPTANCE CORPORATION,

    Defendant.
_____/

## AGREED ORDER STAYING CASE & CONTINUING TRIAL

THIS CAUSE came before the Court Plaintiff's motion to stay case and remove case from trial docket, the Court, having considered the motion, and being in all other ways fully advised in the premises it is therefore

**ORDERED and ADJUDGED** as follows:

1. This cause is hereby STAYED until such time as either: (1) the federal bankruptcy court clarifies its June 1, 2009 order on General Motors Corporation's Motion for Entry of Order Authorizing Debtors to Continue Warranty Programs in the Ordinary Course of Business filed with the United States Bankruptcy Court for the Southern District of New York in Case No. 09-50026 (REG), which may possibly permit continued litigation of this action; (2) the bankruptcy court issues another order which permits continued litigation of this claim; or (3) the Defendant emerges from bankruptcy in a legal posture which permits continued litigation of this claim.

2. The Plaintiff shall notify the Court within twenty (20) days of any of those conditions identified in paragraph one of this Order being satisfied.

3. The hearings on Defendant's Motions in Limine scheduled for July 6, 2009 and Plaintiff's Motion to Compel Witness for Trial scheduled for July 27, 2009 are hereby removed from the Court's calendar, and this case shall be reset for trial upon the Plaintiff's re-filing of a Notice of Readiness for Trial, which notice shall be filed upon the satisfaction of any of those conditions identified in paragraph one of this Order.

4. The Clerk of Courts for Broward County shall file a copy of this Order with the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 (Phone: 212-668-2870), Case No. 09-50026 (REG), in order to afford the bankruptcy court, at its discretion, the opportunity to advise the parties and this Court as to whether litigation may continue in this cause.

SO ORDERED this ____ day of _____, 2009, in Clearwater, Florida.

**TRUE COPY**
Original Signed
JUL 0 9 2009

_____
Honorable George M. Jirotka
Circuit Judge

CC:  Mr. Jeffrey Spiegel, Krohn & Moss, Ltd.
     Mr. Charles Mitchell, Rumberger, Kirk & Caldwell