IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

JOHN GLASS and SHARON GLASS,

  Plaintiffs,

vs.                                             CASE NO.: 08-27508, DIV. 13

GENERAL MOTORS CORPORATION,

  Defendant.
_____/

### AGREED ORDER STAYING CASE & CONTINUING TRIAL

THIS CAUSE came before the Court on Plaintiff's motion to stay case and remove case from trial docket, and the Court, having considered the motion and Defendant's agreement to entry of this Order, and being in all other ways fully advised in the premises it is therefore

**ORDERED and ADJUDGED** as follows:

1. This cause is hereby STAYED until such time as either: (1) the federal bankruptcy court clarifies its June 1, 2009 order on General Motors Corporation's Motion for Entry of Order Authorizing Debtors to Continue Warranty Programs in the Ordinary Course of Business filed with the United States Bankruptcy Court for the Southern District of New York in Case No. 09-50026 (REG), which may possibly permit continued litigation of this action; (2) the bankruptcy court issues another order which permits continued litigation of this claim; or (3) the Defendant emerges from bankruptcy in a legal posture which permits continued litigation of this claim.

2. The Plaintiff shall notify the Court within twenty (20) days of any of those conditions identified in paragraph one of this Order being satisfied.

3. This cause is hereby removed from the July 7, 2009 calendar call and the August 17, 2009 trial docket, and shall be reset for trial upon the Plaintiff's re-filing of a Notice of Readiness for Trial, which notice shall be filed upon the satisfaction of any of those conditions identified in paragraph one of this Order.

4. The Clerk of Courts for Broward County shall file a copy of this Order with the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 (Phone: 212-668-2870), Case No. 09-50026 (REG), in order to afford the bankruptcy court, at its discretion, the opportunity to advise the parties and this Court as to whether litigation may continue in this cause.

**DONE AND ORDERED** in chambers at Broward County, Florida, this _____ day of _____, 2009.

Jack Tuter

JUL - 6 2009

_____
Judge Jack Tuter    A True Copy

Copies furnished to:
Jeffrey Spiegel, Counsel for Plaintiff
Charles Mitchell, Counsel for Defendant

1305583

2