UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## WITHDRAWAL OF LIMITED OBJECTION
## BY THE HERTZ CORPORATION AND ITS AFFILIATES

The Hertz Corporation and its affiliates ("**Hertz**") hereby withdraw the *Limited Objection of The Hertz Corporation to Notices of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Amounts Related Thereto*, filed on June 15, 2009 (the "**Limited Objection**," docket no. 975).  Reference is made to the *Stipulation and Agreed Order Among the Debtors and The Hertz Corporation for Assumption and Assignment of Executory Contracts*, so-ordered by the court on July 7, 2009 (docket no. 2997) and to the *Partial Withdrawal of Limited Objection by the Hertz Corporation and its Affiliates*, filed with the court on July 7, 2009 (docket no. 3000).

Dated:  New York, New York
        July 31, 2009

                                                     By:   /s/ Richard F. Hahn
                                                           Richard F. Hahn
                                                          DEBEVOISE & PLIMPTON LLP
                                                          919 Third Avenue
                                                          New York, New York  10022
                                                          Telephone:  (212) 909-6000
                                                          **Attorney for The Hertz Corporation**
                                                          **and its affiliates**