McNamee, Lochner, Titus & Williams, P.C.
Jacob F. Lamme (JL-0819)
677 Broadway
Albany, New York 12207
Telephone: (518) 447-3200
Facsimile: (518) 426-4260

ATTORNEYS FOR THE STATES OF ST. REGIS MOHAWK TRIBE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
| | | |
|---|---|---|
| **In re:** | : | CHAPTER 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** | : | |
| **(f/k/a GENERAL MOTORS CORP.),** *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| **Debtors.** | : | |

---------------------------------------------------------------X

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002, 3017, 9007 and 9010, the undersigned hereby enters his appearance as counsel to the St. Regis Mohawk Tribe ("Creditor") in the above-captioned bankruptcy case, and requests that copies of all notices, pleadings, and all other papers required to be served in this case be served upon the following person and that the following person be added to the mailing matrix:

> Jacob F. Lamme, Esq.
> McNamee, Lochner, Titus & Williams, P.C.
> 677 Broadway
> Albany, New York 12207
> Telephone: (518) 447-3200
> Facsimile: (518) 426-4260
> E-mail: lamme@mltw.com

{M0268311.1}

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes the notices and papers referred to in FRBP 2002 and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests, petitions, disclosure statements, answering or reply papers, memoranda and briefs and plan in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive: (1) Creditor's right to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) Creditor's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

Dated:  July 31, 2009
       Albany, New York

                            McNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.

                            */s/ Jacob F. Lamme*
             By:   _____
                            Jacob F. Lamme (JL-0819)
                            *Counsel to the St. Regis Mohawk Tribe*
                            677 Broadway
                            Albany, New York 12207
                            Phone (518) 447-3200
                            lamme@mltw.com

{M0268311.1}