Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
GENERAL MOTORS CORP., et al.,             :      09-50026 (REG)
                                          :
                Debtors.                  :      (Jointly Administered)
                                          :
------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE THAT

The hearing on the Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation (the "**Motion**"), originally scheduled for August 3, 2009 at 9:00 a.m. (Eastern Time) has been adjourned on consent to **August 18, 2009 at 9:00 a.m. (Eastern Time)** (the "**Hearing**") before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, and such Hearing may be further adjourned from time to time

US_ACTIVE:\43097810\01\43097810_1.DOC\

without further notice other than an announcement at the Hearing.

Dated: July 31, 2009
      New York, New York

    /s/ Joseph H. Smolinsky
    Harvey R. Miller
    Stephen Karotkin
    Joseph H. Smolinsky

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession