TROUTMAN SANDERS LLP
Brett D. Goodman, Esq.
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Telephone: (212) 704-6000
Facsimile: (212) 704-6288

-and-

TROUTMAN SANDERS LLP
Jeffrey W. Kelley, Esq.
600 Peachtree St. NE, Suite 5200
Atlanta, GA  30308
Telephone:  (404) 885-3000
Facsimile:  (404) 962-6847

*Attorneys for Allied Systems Holdings, Inc.,*
*Allied Automotive Group, Inc.,*
*Allied Systems, Ltd. (L.P.), Axis Group, Inc.,*
*Allied Systems (Canada) Company,*
*F.J. Boutell Driveaway LLC,*
*Allied Freight Broker LLC, CT Services, Inc.,*
*and Transport Support LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X
| | |
|---|---|
| **In re** : | **Chapter 11 Case No.** |
| : | |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* : | |
| : | **(Jointly Administered)** |
| **Debtors.** : | |

------------------------------------------------------------- X

**NOTICE OF WITHDRAWAL OF OBJECTION**
**TO PROPOSED CURE AMOUNTS AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that Allied Systems Holdings, Inc., Allied Automotive Group,

Inc., Allied Systems, Ltd. (L.P.), Allied Systems (Canada) Company, F.J. Boutell Driveaway

LLC, Allied Freight Broker LLC, and Transport Support LLC (collectively, the "Allied

Companies"),  and Axis Group, Inc. and CT Services, Inc. (collectively, the "Axis Companies" and together with the "Allied Companies", "Allied"), by and through their counsel, Troutman Sanders LLP, hereby withdraw their *Second Amended Objection To Proposed Cure Amounts And Reservation Of Rights* [Docket. No. 3463], filed with this Court on July 28, 2009, their related *Amended Objection To Proposed Cure Amounts And Reservation Of Rights* [Docket No. 2754], filed with Court on June 29, 2009, and their related *Objection To Proposed Cure Amounts And Reservation Of Rights* [Docket No. 2638], filed with Court on June 26, 2009 (collectively, the "Objection").  The basis for the Objection has been resolved by the parties pursuant to a letter agreement between Allied and the Debtors dated July 29, 2009.

| | |
|---|---|
| Dated: New York, New York<br>          July 31, 2009 | TROUTMAN SANDERS LLP |
| | By:  /s/ *Brett D. Goodman*<br>       Brett D. Goodman, Esq.<br>       The Chrysler Building<br>       405 Lexington Avenue<br>       New York, New York 10174<br>       Telephone: (212) 704-6000<br>       Facsimile: (212) 704-628<br><br>               -and-<br><br>       Jeffrey W. Kelley, Esq.<br>       600 Peachtree St. NE, Suite 5200<br>       Atlanta, GA  30308<br>       Telephone:  (404) 885-3000<br>       Facsimile:  (404) 962-6847<br><br>       *Attorneys for Allied Systems Holdings, Inc., Allied Automotive Group, Inc., Allied Systems, Ltd. (L.P.), Axis Group, Inc., Allied Systems (Canada) Company, F.J. Boutell Driveaway LLC, Allied Freight Broker LLC, CT Services, Inc.,  and Transport Support LLC* |

STATE OF NEW YORK        )
                                                       )           s.s.:
COUNTY OF NEW YORK   )

Harriet E. Cohen, being duly sworn, deposes and says:

I am not a party to this action, I am over the age of twenty-one years and I reside in Queens, New York.

On July 31, 2009 I served the foregoing document upon the parties listed on the Service List annexed hereto, who are all the known parties entitled to service of same via First Class Mail, postage pre-paid. The foregoing has also been served upon all the parties requesting notice in these chapter 11 cases via the Court's electronic filing system on this 31st day of July, 2009.

/s/ Harriet E. Cohen
Harriet E. Cohen

Sworn to before me this
31st day of July, 2009

/s/ Anthony Cardillo
Notary Public

Anthony Cardillo
Notary Public, State of New York
No. 03-486-0234
Qualified in Bronx County
Commission Expires March 18, 2010

1364199v1 002872.111256 7/31/09 2:41 PM

General Motors Corporation
*n/k/a Motors Liquidation Company*
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn Warren Command Center
Mailcode 480-206-114

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Matthew Feldman, Esq.
United States Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

Michael J. Edelman, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Robert D. Wolford, Esq.
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, NW
Suite 800
Grand Rapids, MI 49503

Diana G. Adams, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Stephen Karotkin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

1355465v1