Phillip Bohl, Esq.
Jeffrey Peterson, Esq.
Gray Plant Mooty Mooty & Bennett, P.A.
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Phone:  612.632.3019
Fax:  612.632.4019
phillip.bohl@gpmlaw.com
jeffrey.peterson@gpmlaw.com

**Counsel to Willette Acquisition Corp., a/k/a
Allied Digital Technologies and Allied Vaughn**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:

GENERAL MOTORS CORP., et al.,

Debtors.

_____

Chapter 11
Case No. 09-50026
(Jointly Administered)

**WITHDRAWAL OF THE LIMITED OBJECTION BY WILLETTE ACQUISITION CORP. a/k/a ALLIED DIGITAL TECHNOLOGIES AND ALLIED VAUGHN FILED IN CONNECTION WITH DEBTORS' ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**

NOTICE is hereby given that Willette Acquisition Corp., a Minnesota corporation, a/k/a Allied Digital Technologies and Allied Vaughn (collectively "**Objecting Party**"), by and through their respective undersigned counsel, hereby withdraws its Limited Objection [PLEADING NO. 1328], filed in accordance with and as allowed by the ORDER PURSUANT TO 11 U.S.C. 105, 363 AND 365 AND FED. R. BANKR. P/ 2002, 6004 AND 6006 (I) APPROVING PROCEDURES FOR SALE OF DEBTORS' ASSETS PURSUANT TO MASTER SALE AND PURCHASE

AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-SPONSORED PURCHASER; (II) SCHEDULING BID DEADLINE AND SALE HEARING DATE; (III) ESTABLISHING ASSUMPTION AND ASSIGNMENT PROCEDURES; AND (IV) FIXING NOTICE PROCEDURES AND APPROVING FORM NOTICE" [PLEADING NO. 274].

Dated:   June 31, 2009

                                  GRAY, PLANT, MOOTY
                                    MOOTY & BENNETT, P.A.

                                 /s/  Phillip Bohl
                                 Phillip Bohl
                                      MN Bar No. 139191
                                 Jeffrey A. Peterson
                                      MN Bar No. 387556
                                 500 IDS Center
                                 80 South Eighth Street
                                 Minneapolis, MN  55402
                                 612.632.3000

                                 ATTORNEYS FOR WILLETTE
                                 ACQUISITION CORP., A/K/A ALLIED
                                 DIGITAL TECHNOLOGIES AND
                                 ALLIED VAUGHN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served by U.S. mail upon each of the following on this the 31st day of July, 2009.

| | |
|---|---|
| General Motors Corporation<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 | Weil Gotshal & Manges LLP<br>Attn: Harvey R. Miller, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |
| Weil Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Weil Gotshal & Manges LLP<br>Attn: Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |
| U.S. Treasury<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 | Cadwalader Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281 |
| Vedder Price, P.C.<br>Attn: Michael J. Edelman, Esq.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019 | Vedder Price, P.C.<br>Attn: Michael L. Schein, Esq.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019 |
| Office of the United States Trustee<br>Southern District of New York<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 AVENUE OF THE AMERICAS<br>New York, NY 10036 |

    /s/ Phillip Bohl
    Phillip Bohl

GP:2623073 v1