Streusand & Landon, L.L.P.
515 Congress Street, Suite 2523
Austin, TX 78701
Telephone: (512)236-9901
Sabrina L. Streusand, Esq.

-AND-

Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, New York 10165-0150
Telephone: (212) 661-3535
Stephen H. Gross, Esq.

Co-Counsel for Dell Marketing, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re:** : Case No., 09-50026 (REG)
: 
**MOTORS LIQUIDATION COMPANY,** *et al.,* : Chapter 11
  **f/k/a General Motors Corp.,** *et al.* :
: 
  Debtors. : Jointly Administered
------------------------------------------------------------x

**WITHDRAWAL OF DELL MARKETING, L.P.'S LIMITED OBJECTION
TO NOTICE OF (1) DEBTORS' INTENT TO ASSUME AND ASSIGN
CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL
<u>REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO</u>**

Dell Marketing, L.P. ("Dell"), by its undersigned counsel, hereby withdraws its Objection [Docket No. 2694] to Notice of (1) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 274].

{06005/0342/00015940.1}

Dated:    July 31, 2009
           New York, NY

By:    /s/ Stephen H. Gross
Stephen H. Gross, Esq.
**Hodgson Russ LLP**
60 East 42nd Street, 37th Floor
New York, New York 10165-0150
Telephone: (212) 661-3535
Facsimile: (212) 972-1677
sgross@hodgsonruss.com
bass@hodgsonruss.com

-and-

**Streusand & Landon LLP**
515 Congress Avenue, Suite 2523
Austin, TX 78701
Telephone: (512)236-9901
Facsimile: (512) 236-9905
Sabrina L. Streusand, Esq.
streusand@streusandlandon.com

Co-counsel for Dell Marketing, L.P.