BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan  48304
Telephone:  (248) 258-1616
Facsimile:  (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Exedy America Corp. and Dynax America Corp.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Motors Liquidation Company, *et al.*,<br>    f/k/a General Motors Corp., *et al.*,<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF EXEDY AMERICA CORP. AND DYNAX AMERICA CORP. TO DEBTORS' NOTICE OF INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF <u>NONRESIDENTIAL PROPERTY</u>**

Exedy America Corp. and Dynax America Corp., by and through its undersigned counsel, hereby withdraw their Limited Objection (Docket No. 1431) to the proposed Cure Amount scheduled on the Debtors' contractnotices.com website and to the identification of "Exedy

Corporation" as the supplier to whom the Cure Amount is owed as the parties have reconciled their differences with respect to the correct and final cure amount.

Dated: New York New York
       July 31, 2009

        BUTZEL LONG, a professional corporation

        By:    /s/   Robert Sidorsky
             Robert Sidorsky, Esq.
             Eric B. Fisher, Eq.
380 Madison Avenue
22nd Floor
New York, NY 10017
Tel.: (212) 818-1110
Fax: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan  48304
Telephone:  (248) 258-1616
Facsimile:  (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Exedy America Corp. and Dynax America Corp.*