UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                          Case No.: 09-50026 (REG)

General Motors Corp., *et al.*,                 Chapter 11

                       Debtors.
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gary L. Antoniewicz, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Quinlan's Equipment, Inc., of Antigo, Wisconsin in the above referenced case.

*I certify that I am a member in good standing* of the bar in the State of Wisconsin and, if applicable, the bar of the U.S. District Court for the Western District of Wisconsin.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: July 22, 2009
Madison, Wisconsin

_____
Gary L. Antoniewicz
Boardman, Suhr, Curry & Field LLP
1 S. Pinckney St., 4th Floor
P.O. Box 927
Madison, WI 53701-0927
E-mail: gantoni@boardmanlawfirm.com
Telephone: 608-283-1759

F:\DOCS\wd\32913\2\A0875620.DOC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                    Case No.: 09-50026 (REG)

General Motors Corp., *et al.*,                           Chapter 11

                    Debtor.

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Gary L. Antoniewicz, to be admitted, *pro hac vice*, to represent the following-named Wisconsin General Motors Corp. motor vehicle dealer ("the Client") in the above-referenced case:

    Quinlan's Equipment, Inc.

And upon the movant's certification that the movant is a member in good standing of the bar in the State of Wisconsin and, if applicable, the bar of the U.S. District Court for the Western District of Wisconsin, it is hereby

**ORDERED**, that Gary L. Antoniewicz, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York     /s/_____
                                                        UNITED STATES BANKRUPTCY JUDGE