July 29, 2009

To Whom It May Concern:

As a 54 year old **RETIRED** Delphi **Salary** Employee, I strongly **OBJECT** to the recently filed "Delphi Modified Plan of Reorganization". If implemented, I not only stand to loose approximately 75% of my pension check, I will loose my house, vehicle, and quite possibly need to apply for government assistance. Additionally, I have already lost my Medical, Prescription, Life Insurance, Dental and Vision coverages. I have been turned down for a replacement Life Insurance policy, as I had a stress related heart attack caused by my job at GM/Delphi.

For the life of me, I cannot understand how you can pick and choose who you support to get their pension checks and who you choose to take their pension checks away. The UAW does not walk on water. They get out of bed and put their pants on the same way you and I do. I worked just as hard, if not harder than any UAW employee to support GM/Delphi. Why do you choose to allow the UAW's pension checks to be "**TOPPED UP**"? What is the problem with topping up the **salaried** pension checks?

President Obama promised pension protection. I do not consider the UAW pension checks any different than the **salaried** pension checks. Pension protection should be the same for all retirees. There should be no differences or exceptions.

I respectfully demand that you have hearings before the August recess to investigate why GM and the Auto Task Force are not honoring the **salaried** pension check obligations but seem to be able to honor the UAW's pension checks.

I consider these actions to be discriminatory and I take offence that the Treasury, Auto Task Force, GM, Delphi and whomever else was involved in these decisions have the audacity to "play God" with my life.

This political administration seems so concerned about the balance of the world, the illegal aligns, and this pathetic excuse for a Health Care plan that they have forgotten about the very people that need to exist in the United States. Your actions are critical to the survival and existence of the **salaried** retirees that have supported this country.

Please help prevent the financial disaster and sentence to poverty for the GM/Delphi **salaried** retirees.

Thank you in advance for your help and cooperation.

*Sherri L. Smith*

Sherri L. Smith

2007 Retiree – 23 years with GM and 8 years with Delphi (31+ years)

Sherstan1@aol.com



RECEIVED
JUL 30 2009
U.S. BANKRUPTCY COURT, SDNY
REG