WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI 48075
Telephone: 248-784-5131
Facsimile: 248-603-9731
Michael G. Cruse

Attorneys for BorgWarner Inc.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| General Motors Corporation, *et al.* | 09-50026-reg |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF THE OBJECTION
### OF PARAGON METALS, INC. TO PROPOSED CURE COSTS
### CONTAINED IN NOTICE OF (I) DEBTORS INTENT TO ASSUME
### AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED
### LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF
### NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO

PARAGON METALS, INC. withdraws its *Objection of Paragon Metals, Inc. to Proposed Cure Costs Contained in Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto* filed June 12, 2009 (Docket No. 772) for the reason that the issues raised in the objection have been resolved in accordance with the procedures outlined in the cure dispute resolution process proposed by Debtors.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

WARNER NORCROSS & JUDD LLP

Date:  July 31, 2009               BY:    /s/Michael G. Cruse
                                          MICHAEL G. CRUSE (P38837)
                                          Attorneys for Paragon Metals, Inc.
                                          2000 Town Center, Suite 2700
                                          Southfield, MI  48075
                                          Telephone:  248-784-5131
                                          Fax:  248-603-9731
                                          Email:  mcruse@wnj.com

1692584-1