Michael C. Lambert, Esq.
GILMARTIN, POSTER & SHAFTO LLP
845 Third Avenue, 18th Floor
New York, New York 10022
(212) 425-3220
*Attorneys for Compania Sud Americana
de Vapores S.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                          :

MOTORS LIQUIDATION COMPANY,    :
et al,
                                                      :
                        Debtors.
------------------------------------------------------x

Chapter 11

Case No. 09-50026 (REG)

Jointly Administered

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
COMPANIA SUD AMERICANA DE VAPORES S.A.
TO DEBTORS' PROPOSED ASSUMPTION
AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
AND THE CURE AMOUNTS RELATED THERETO**

Compania Sud Americana de Vapores S.A. ("CSAV"), by and through its undersigned counsel, hereby withdraws the Limited Objection to the proposed assumption and assignment of certain executory contracts in connection with the sale of substantially all of the Debtors' assets and the cure amounts related to such assumption and assignment that was filed by CSAV on June 15, 2009 [Docket No. 1128] as CSAV and Debtors have entered into a written agreement resolving their cure amount dispute.

Dated:  New York, New York
         July 31, 2009

{00023429.DOC}

- 2 -

GILMARTIN, POSTER & SHAFTO LLP


By: /s/ Michael C. Lambert
     Michael C. Lambert
845 Third Avenue, 18th Floor
New York, New York  10022
Phone:  (212) 425-3220
Fax:  (212) 425-3130/1560
E-mail:  mclambert@lawpost-nyc.com
*Attorneys for Compania Sud Americana
  de Vapores S.A.*