UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                          Chapter 11

GENERAL MOTORS CORP., *et al.*                                  Case No. 09-50026 (REG)

                          Debtors.                       Jointly Administered
----------------------------------------------------------x

## WITHDRAWAL OF LIMITED OBJECTION OF GETTY IMAGES, INC. TO CURE AMOUNT FOR EXECUTORY CONTRACT DESIGNATED TO BE ASSUMED AND ASSIGNED BY DEBTORS

On or about June 26, 2009, Getty Images, Inc. ("Getty"), by and through its undersigned counsel, filed its Limited Objection of Getty Images, Inc. to Cure Amount For Executory Contract Designated to be Assumed and Assigned by Debtors (Docket No. 2641) (the "Objection"). Getty hereby withdraws the Objection, without prejudice, based upon a letter agreement with General Motors, dated July 29, 2009, setting the appropriate amount of Getty's cure claim (the "Letter Agreement"). Getty reserves all rights in the event that prompt payment of the agreed-upon cure amount is not made as set forth in the Letter Agreement.

Dated: New York, New York
       July 31, 2009

                                      Respectfully submitted,

                                      **GARVEY SCHUBERT BARER**

                                      By: _____
                                          James H. Freeman (JF-8605)
                                          *Attorneys for Getty Images, Inc.*
                                          100 Wall Street, 20th Floor
                                          New York, New York 10005
                                          Telephone: (212) 431-8700
                                          Facsimile: (212) 334-1278

SEA_DOCS:930262

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              Chapter 11

GENERAL MOTORS CORP., et al.                        Case No. 09-50026 (REG)

                                                    **AFFIDAVIT OF SERVICE**

                    Debtors.                        Jointly Administered
------------------------------------------------------------x

STATE OF NEW YORK           )
COUNTY OF NEW YORK          ) ss.:

    JENNIFER SY LOPEZ, being duly sworn, deposes and says:

    I am employed by the firm of GARVEY SCHUBERT BARER, attorneys for Getty Images, Inc.; I am not a party to the above action; I am over 18 years of age and reside at Staten Island, New York. On July 31, 2009, I served the within **WITHDRAWAL OF LIMITED OBJECTION OF GETTY IMAGES, INC. TO CURE AMOUNT FOR EXECUTORY CONTRACT DESIGNATED TO BE ASSUMED AND ASSIGNED BY DEBTORS** via FIRST CLASS MAIL at the following address:

Warren Command Center
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090

Harvey R. Miller, Esq
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

John R. Rapisardi, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10036

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

                        JENNIFER SY LOPEZ

Sworn to before me this
31st day of July 2009

_____
Notary Public

JAMES H. FREEMAN
Notary Public, State of New York
No. 02FR6192590
Qualified in New York County
Commission Expires September 2, 2012