TEITELBAUM & BASKIN, LLP
Attorneys for Johann Hay GmbH &
  Co. KG
3 Barker Avenue, Third Floor
White Plains, NY 10601
914.437.7670
Kenneth M. Lewis
klewis@tblawllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | **:** | |

------------------------------------------------------------x

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to section 1109(b) of the Bankruptcy Code and Rule 9010 and 2002 of the Federal Rules of Bankruptcy Procedure, Teitelbaum & Baskin, LLP hereby appears as attorneys for Johann Hay GmbH & Co. KG ("**Johann Hay**"), a creditor and party in interest in the above-captioned cases, and hereby requests, pursuant to Rule 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and section 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases, or required to be given or filed in these cases, be given and served upon it at the following addresses:

> Teitelbaum & Baskin, LLP
> 3 Barker Avenue, Third Floor
> White Plains, NY 10601
> Attn.: Kenneth M. Lewis
>     Jay Teitelbaum
> Tel: 914.437.7670
> Fax: 914.437.7673
> klewis@tblawllp.com
> jteitelbaum@tblawllp.com

        Smith & Partners
        Herrenberger Strasse 12
        71032 Boeblingen, Germany
        Attn.: Nicole B. Boehler
        Tel.: 49.7031.439.9617
        Fax:  49.7031.439.9602
        nboehler@cbmlaw.com

    PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules specified above but also includes, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the referenced cases and the proceedings herein.

    PLEASE TAKE FURTHER NOTICE that Teitelbaum & Baskin, LLP requests that it and Smith & Partners be added to the general service list.

    Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Johann Hay's (i) right to have final orders in non-core matters entered only after <u>de novo</u> review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  White Plains, New York
       July 31, 2009

                              TEITELBAUM & BASKIN, LLP
                              Attorneys for Johann Hay GmbH &
                                 Co. KG

                              By: /s/ Kenneth M. Lewis
                                 Kenneth M. Lewis

                            3 Barker Avenue, Third Floor
                            White Plains, NY 10601
                            914.437.7670
                            klewis@tblawllp.com