David A. Rosenzweig
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone:     (212) 318-3000
Facsimile:     (212) 318-3400

*Attorneys for Verizon Capital Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.,* | Case Nos. 09-50026 (REG) |
|  | (Jointly Administered) |
| Debtor. |  |

**WITHDRAWAL OF OBJECTION OF VERIZON CAPITAL CORP.
TO DEBTORS' NOTICE OF ASSUMPTION & ASSIGNMENT
& TO CURE AMOUNTS RELATED THERTO**

On or about June 25, 2009, Verizon Capital Corp., by and through its undersigned counsel, filed an Objection to Notice of Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and to Cure Amounts Related Thereto (the "Objection").  Verizon Capital Corp. herewith withdraws the Objection, without prejudice, but reserves all rights in the event, *inter alia*, the Debtors assume, assign, or reject Verizon Capital Corp.'s leases.

Dated: July 31, 2009

    Respectfully submitted,
    */s/ David A. Rosenzweig*
    David A. Rosenzweig
    Jaclyn Rabin
    FULBRIGHT & JAWORSKI L.L.P.
    666 Fifth Avenue
    New York, New York 10128

85170513.1

Telephone: (212) 318-3000
Facsimile: (212) 318-3400

and

Louis R. Strubeck, Jr.
Texas State Bar No. 19425600
Elizabeth Boydston
Texas State Bar No. 24053684
2200 Ross Ave, Suite 2800
Dallas, Texas 75201

Attorneys for Verizon Capital Corp.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Withdrawal of Objection of Verizon Capital Corp. to Debtors' Assumption & Assignment & to Cure Amounts Related Thereto dated July 31, 2009 was filed electronically via the ECF system with copies also mailed by First-Class, U.S. Mail on this 31st day of July 2009, to:

H.R. Miller, Esq., S. Karotkin, Esq., J.H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
*Counsel to the Debtors*

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center, Mailcode 480-206-114

M. Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, D.C. 20220

J.J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
*Counsel to the Purchaser*

G.Z. Novod, Esq.
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
*Counsel to the Creditors Committee*

- 4 -

M.J. Edelman, Esq., M.L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
*Counsel to Export Development Canada*

D.G. Adams, Esq.
Office of the United States Trustee, SDNY
33 Whitehall Street
21st Floor
New York, New York 10004

                                                /s/ David A. Rosenzweig

                                                David A. Rosenzweig