# EXHIBIT 1

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
UCC Filings    800-328-0938

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research
41 State Street
Suite 600
Albany, NY 12207

melissa@nationalcorp.com

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 03:23 PM 11/30/2006
INITIAL FILING NUM: 6416808 4
AMENDMENT NUMBER: 0000000
SRV: 061094538

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **GENERAL MOTORS CORPORATION**

1c. MAILING ADDRESS: 300 RENAISSANCE CENTER    CITY: DETROIT    STATE: MI    POSTAL CODE: 48265-3000    COUNTRY: USA

1e. TYPE OF ORGANIZATION: Corporation    1f. JURISDICTION OF ORGANIZATION: Delaware

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)

3a. ORGANIZATION'S NAME: **JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT**

3c. MAILING ADDRESS: P.O. BOX 2558    CITY: HOUSTON    STATE: TX    POSTAL CODE: 77252    COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:
THE ASSETS DESCRIBED ON ANNEX I ATTACHED HERETO AND INCORPORATED BY REFERENCE HEREIN.

8. OPTIONAL FILER REFERENCE DATA
6701-619 – DE – Secretary of State

F#176913
A#274606

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

This Annex I
consists of 4 pages

## ANNEX I
## TO
## UCC-1 FINANCING STATEMENT

Debtor:      General Motors Corporation
             300 Renaissance Center
             Detroit, Michigan 48265-3000
             (the "Debtor")

Secured Party:   JPMorgan Chase Bank, N.A., as Administrative Agent
                 P.O. Box 2558
                 Houston, TX 77252
                 (the "Agent")

The financing statement to which this Annex I is attached covers all of the following property of the Debtor now owned or at any time hereafter acquired (collectively, the "Collateral"):

(1) all Equipment and all Fixtures, other than Excluded Equipment and Fixtures;

(2) all Documents and General Intangibles attributable solely to Equipment or Fixtures, other than Excluded Equipment and Fixtures;

(3) all books and records pertaining solely to Equipment or Fixtures (or Proceeds or products of Equipment or Fixtures), in each case, other than Excluded Equipment and Fixtures (or Proceeds or products thereof); and

(4) to the extent not otherwise included in the foregoing clauses, all Proceeds and products of any and all of the foregoing.

As used herein, the following terms shall have the following meanings:

"Collateral Agreement": the collateral agreement, dated as of November 29, 2006, among the Debtor, Saturn Corporation and JPMorgan Chase Bank, N.A., as administrative agent (as the same may be amended, supplemented or otherwise modified from time to time).

"Credit Agreement": the term loan agreement, dated as of November 29, 2006, among the Debtor, Saturn Corporation, the lenders party thereto and JPMorgan Chase Bank, N.A., as administrative agent (as the same may be amended, supplemented or otherwise modified from time to time).

"Documents": all "Documents" as such term is defined in Section 9-102 of the UCC as in effect on November 29, 2006.

[[2440674]]

Page 2 of 4

"Equipment": all "Equipment" as such term is defined in Section 9-102 of the UCC as in effect on November 29, 2006.

"Excluded Equipment and Fixtures": all Equipment and Fixtures, now owned or at any time hereafter acquired by the Debtor, which are not located at U.S. Manufacturing Facilities; provided, that no Equipment or Fixtures now owned or at any time hereafter acquired by the Debtor (a) located at a U.S. Manufacturing Facility or (b) transferred to a Non-U.S. Manufacturing Property other than (i) in the ordinary course of business or (ii) for a business purpose of the Debtor and its Subsidiaries (as determined in good faith by the Debtor) and not primarily for the purpose of (1) reducing the security for the Obligations or (2) making such Equipment and Fixtures available to other creditors, shall constitute Excluded Equipment and Fixtures.

"Fixtures": all "Fixtures" as such term is defined in Section 9-102 of the UCC as in effect on November 29, 2006.

"General Intangible": a "General intangible" as such term is defined in Section 9-102 of the UCC as in effect on November 29, 2006.

"Governmental Authority": any nation or government, any state, province, municipality or other political subdivision thereof and any entity exercising executive, legislative, judicial, regulatory, taxing or administrative functions of government including the European Central Bank.

"Grantors": a collective reference to the Debtor and Saturn Corporation, and each other direct or indirect wholly-owned domestic Subsidiary of the Debtor that at the option of the Debtor becomes a party to the Collateral Agreement, the Credit Agreement and each other relevant Loan Document, in each case by executing a joinder agreement in form and substance reasonably acceptable to the Agent.

"Lender": each Lender party to the Credit Agreement.

"Lien": any mortgage, pledge, lien, security interest, charge, statutory deemed trust, conditional sale or other title retention agreement or other similar encumbrance.

"Loan": a loan made by a Lender to the Debtor pursuant to the Credit Agreement.

"Loan Documents": the Credit Agreement, the Security Documents, the Notes and any amendment, waiver, supplement or other modification to any of the foregoing.

"Non-U.S. Manufacturing Property": any real property of a Grantor that is not part of a U.S. Manufacturing Facility.

"Note": a promissory note, executed and delivered by the Debtor with respect to the Loans, substantially in the form of Exhibit B to the Credit Agreement.

"Obligations": all obligations of any Grantor in respect of any unpaid Loans and any interest thereon (including interest accruing after the maturity of any Loan and interest

Page 3 of 4

accruing after the filing of any petition in bankruptcy, or the commencement of any insolvency, reorganization or like proceeding, relating to any Grantor, whether or not a claim for post-filing or post-petition interest is allowed in such proceeding) and all other obligations and liabilities of any Grantor to the Agent or to any Lender, whether direct or indirect, absolute or contingent, due or to become due, or now existing or hereafter incurred, which may arise under, out of, or in connection with the Credit Agreement, any other Loan Document or any other document made, delivered or given in connection therewith, whether on account of principal, interest, reimbursement obligations, fees, indemnities, costs, expenses or otherwise.

"Person": an individual, partnership, corporation, business trust, joint stock company, trust, unincorporated association, joint venture, Governmental Authority or other entity of whatever nature.

"Proceeds": all "Proceeds" as such term is defined in Section 9-102 of the UCC as in effect on November 29, 2006.

"Secured Parties": the collective reference to the Agent, each Lender and each other Person to which any Obligations are owed.

"Security Documents": the Collateral Agreement and all other security documents delivered to the Agent granting or purporting to grant a Lien on any property of any Person to secure the Obligations, including financing statements or financing change statements under the applicable Uniform Commercial Code.

"Subsidiary": as to any Person (the "parent"), any other Person of which at least a majority of the outstanding stock or other equity interests having by the terms thereof ordinary voting power to elect a majority of the board of directors or comparable governing body of such Person (irrespective of whether or not at the time stock or other equity interests of any other class or classes of such Person shall have or might have voting power by reason of the happening of any contingency) is at the time owned by the parent, or by one or more Subsidiaries, or by the parent and one or more Subsidiaries.

"UCC": the Uniform Commercial Code as from time to time in effect in the State of New York; provided, however, that, in the event that, by reason of mandatory provisions of law, any of the attachment, perfection or priority of the Agent's and the Secured Parties' security interest in any Collateral is governed by the Uniform Commercial Code as in effect in a jurisdiction other than the State of New York, the term "UCC" shall mean the Uniform Commercial Code as in effect in such other jurisdiction for purposes of the provisions hereof relating to such attachment, perfection or priority and for purposes of definitions related to such provisions.

"U.S. Manufacturing Facility": (a) any plant or facility of a Grantor listed on Schedule 1 hereto, including all related or appurtenant land, buildings, Equipment and Fixtures, and (b) any plant or facility of a Grantor, including all related or appurtenant land, buildings, Equipment and Fixtures, acquired or leased by a Grantor after the date hereof which is located within the continental United States of America and at which manufacturing, production, assembly or processing activities are conducted.

[2660674]

Page 4 of 4

Schedule 1
to Annex I to UCC-1 Financing Statement

| Num | Facility | City | State |
|---|---|---|---|
| 1 | GM ASSEMBLY ARLINGTON | ARLINGTON | TX |
| 2 | GM ASSEMBLY BOWLING GREEN | BOWLING GREEN | KY |
| 3 | GM ASSEMBLY DETROIT HAMTRAMCK | DETROIT | MI |
| 4 | GM ASSEMBLY FAIRFAX | KANSAS CITY | KS |
| 5 | GM ASSEMBLY FLINT | FLINT | MI |
| 6 | GM ASSEMBLY FORT WAYNE | FORT WAYNE | IN |
| 7 | GM ASSEMBLY JANESVILLE | JANESVILLE | WI |
| 8 | GM ASSEMBLY LANSING DELTA TOWNSHIP | LANSING | MI |
| 9 | GM ASSEMBLY LANSING GRAND RIVER | LANSING | MI |
| 10 | GM ASSEMBLY LORDSTOWN | LORDSTOWN | OH |
| 11 | GM ASSEMBLY MORAINE | DAYTON | OH |
| 12 | GM ASSEMBLY ORION | LAKE ORION | MI |
| 13 | GM ASSEMBLY PONTIAC EAST | PONTIAC | MI |
| 14 | GM ASSEMBLY SATURN WILMINGTON | WILMINGTON | DE |
| 15 | GM ASSEMBLY SHREVEPORT | SHREVEPORT | LA |
| 16 | GM ASSEMBLY WENTZVILLE | WENTZVILLE | MO |
| 17 | GM MFD AMT (BAMCO) | NEW HUDSON | MI |
| 18 | GM MFD FLINT | FLINT | MI |
| 19 | GM MFD FLINT TOOL & DIE | FLINT | MI |
| 20 | GM MFD GRAND BLANC | GRAND BLANC | MI |
| 21 | GM MFD GRAND RAPIDS | WYOMING | MI |
| 22 | GM MFD INDIANAPOLIS | INDIANAPOLIS | IN |
| 23 | GM MFD LANSING REGIONAL STAMPING | LANSING | MI |
| 24 | GM MFD LORDSTOWN | LORDSTOWN | OH |
| 25 | GM MFD MANSFIELD | MANSFIELD | OH |
| 26 | GM MFD MARION | MARION | IN |
| 27 | GM MFD PARMA | PARMA | OH |
| 28 | GM MFD PONTIAC | PONTIAC | MI |
| 29 | GM MFD SHREVEPORT | SHREVEPORT | LA |
| 30 | GM POWERTRAIN ALLISON BALTIMORE | WHITE MARSH | MD |
| 31 | GM POWERTRAIN BAY CITY | BAY CITY | MI |
| 32 | GM POWERTRAIN BEDFORD | BEDFORD | IN |
| 33 | GM POWERTRAIN DEFIANCE | DEFIANCE | OH |
| 34 | GM POWERTRAIN FLINT ENGINE SOUTH | FLINT | MI |
| 35 | GM POWERTRAIN LIVONIA | LIVONIA | MI |
| 36 | GM POWERTRAIN MASSENA | MASSENA | NY |
| 37 | GM POWERTRAIN PARMA | PARMA | OH |
| 38 | GM POWERTRAIN ROMULUS ENGINE | ROMULUS | MI |
| 39 | GM POWERTRAIN TOLEDO | TOLEDO | OH |
| 40 | GM POWERTRAIN TONAWANDA | BUFFALO | NY |
| 41 | GM POWERTRAIN WARREN TRANSMISSION | WARREN | MI |
| 42 | GM POWERTRAIN WILLOW RUN | YPSILANTI | MI |

[[2686674]]