**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, et al.,           :    09-50026 (REG)
    f/k/a General Motors Corp., et al.        :
                                              :
                      Debtors.                :    (Jointly Administered)
                                              :
-----------------------------------------------------------------x
```

**AMENDED AND RESTATED**
**DECLARATION OF A. DUANE WEBBER AND DISCLOSURE STATEMENT OF**
**BAKER & McKENZIE PURSUANT TO SECTIONS 327(e), 329 AND 504**
**OF THE BANKRUPTCY CODE AND RULE 2014(a) OF THE FEDERAL RULES**
**OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION**
**OF DEBTORS FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. §§ 327(E)**
**AND FED. R. BANKR. P. 2014 AUTHORIZING**
**RETENTION AND EMPLOYMENT OF BAKER & MCKENZIE AS**
**SPECIAL COUNSEL, *NUNC PRO TUNC* TO THE COMMENCEMENT DATE**

I, A. Duane Webber, declare as follows:

1. Since 1985, I have been duly licensed to practice as an attorney in the State of Maryland and since 1986, I have been duly licensed to practice as an attorney in the District of Columbia. I am a Partner in the law firm of Baker & McKenzie ("**Baker**," or the "**Firm**"), located at 815 Connecticut Avenue, Suite 900, Washington, D.C. 20006, and other locations in the United States and throughout the world. I submit this amended and restated declaration (this "**Declaration**") in support of the Debtors' Application For Entry Of Order Pursuant To 11 U.S.C. §§ 327(e) And Fed. R. Bankr. P. 2014 Authorizing Retention And Employment Of Baker & McKenzie As Special Counsel, *Nunc Pro Tunc* To The Commencement Date (the

"**Application**")[1] and to provide the disclosures required under rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"). This Declaration replaces and supersedes the Declaration previously filed with the Application.

2.   I have personal knowledge of the matters set forth herein and could testify competently as to the facts contained herein.

3.   To the extent it is brought to my attention that any information disclosed herein requires amendment or modification upon Baker's completion of further review or as additional party in interest information becomes available to it, I intend to file a supplemental declaration to the Court reflecting such amended or modified information.

## Scope of Retention of Baker

4.   The Debtors[2] are seeking to retain Baker with respect to the following matters (collectively, "**Representative Matters**"):

- Representing and advising the Debtors through identification and resolution of all tax claims and exposures in the United States and jurisdictions outside of the United States in which the company has operations, in the Debtors bankruptcy cases and otherwise;
- Representing and advising the Debtors in connection with coordination and contingency planning relating to global financing in the Asia Pacific region, including advice relating to regulatory requirements and contract rights;
- Representing and advising the Debtors, from June 1 through July 10, 2009, in connection with strategic alternatives and potential sales and purchases of assets involving Delphi Corporation, its assets and affiliates; and
- Representing and advising the Debtors, from June 1 through July 10, 2009, and their European affiliates in connection with the negotiation and implementation of potential investments and funding arrangements in Europe.

---

[1] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Application.
[2] The Debtors include: Motors Liquidation Company (09-50026); Saturn, LLC (09-50027); Saturn Distribution Corporation (09-50028); and Chevrolet-Saturn of Harlem, Inc. (09-13558).

**Compensation of Baker**

5.  Baker's current hourly billing rates for Baker professionals expected to spend significant time on the Representative Matters range from:[3]

>    Partners ........................ $325 to $925
>    Of Counsel ................... $200 to $700
>    Associates .................... $150 to $540
>    Para-professionals .......... $60 to $250

Baker & McKenzie's current hourly rates for associates and partners outside of the United States, depending on the jurisdiction, vary from $200 to $1200.  These rates are consistent with hourly rates charged by professionals for similar services in the jurisdictions in which the services are provided.

6.  These rates are designed to fairly compensate Baker for the work of its attorneys and legal assistants and to cover fixed and routine overhead expenses.  These rates are adjusted periodically and any modification of such rates is applicable to legal services performed after the new rates become effective.  Baker will notify the Debtors, the U.S. Trustee, the Court and any official committee of any change in the hourly rates charged by Baker for services rendered, and will file such notification with the Court.

7.  The expenses that Baker ordinarily and customarily charges its clients include, but are not limited to, telephone and telecopier charges, mail and express mail charges, messenger and hand delivery charges, photocopying charges at the rate of $.10 per page, document processing, courier services, overnight delivery charges, computer-assisted research, docket and filing fees, travel expenses, expenses for "working meals," court reporting charges and transcription charges, overtime for secretarial personnel, and other incidental costs advanced by the firm specifically for these matters.

---

[3] Such hourly rates may change from time to time in accordance with Baker & McKenzie's established billing practices and procedures.  U.S. dollar values assigned to billing rates for attorneys outside of the U.S. may fluctuate based upon applicable exchange rates.

8. Baker intends to apply separately to the Court for allowances of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, all guidelines promulgated by the U.S. Trustee, and all orders of this Court governing professional services performed and expenses incurred after the Commencement Date. Baker will submit applications for interim and/or final allowances of compensation pursuant to sections 330 and 331 of the Bankruptcy Code and the rules and orders of this Court.

9. Except as is permitted by section 504(b) of the Bankruptcy Code, Baker has not entered into any agreement respecting the division or sharing of fees arising out of these proceedings with any third party, nor will it enter into any such agreement or any other agreement prohibited by section 504 of the Bankruptcy Code or 18 U.S.C. § 155.

### Qualifications of Baker

10. Baker is one of the world's largest law firms with approximately 4,000 attorneys in 69 offices in 40 countries. Baker's knowledge, resources and international reach permit it to deliver high quality legal services throughout the world with fluency, consistency, confidence and sensitivity for cultural, social and legal practice differences outside of the U.S. Baker has extensive expertise in virtually all aspects of the law that may arise in the Representative Matters and these chapter 11 cases, including tax, corporate, labor, benefits, immigration and employment, finance, litigation, securities, environmental, intellectual property and restructuring.

11. Baker is well positioned to provide the type of representation required by the Debtors on the Representative Matters. Based on Baker's knowledge and familiarity with the Debtors multi-national business and legal affairs, their tax structure and contractual relationships, and the ongoing matters for which Baker represented the Debtors prior to the Commencement

Date, the Firm is uniquely qualified to provide counsel to the Debtors with respect to the Representative Matters.

12. Baker's partners, counsel, and associates who may appear before this Court are members in good standing with the bars of the jurisdictions in which they practice. Further, to the extent such lawyers are admitted to the federal District Courts in New York, they are in good standing in those courts.

### Connections of Baker to Parties-in-Interest

13. In preparing this Declaration, attorneys and employees of Baker compared an extensive list of parties-in-interest and other persons and entities related to the Debtors and their chapter 11 cases (the "**Chapter 11 Cases**") to Baker's conflicts database of present and former clients and adverse parties, including the Debtors and their affiliates; the officers, directors and control persons of the Debtors; creditors, insurers, utility providers, debt instrument holders, vendors and suppliers of the Debtors; counterparties to leases, contracts and financial agreements; adversaries in litigation matters to which the Debtors are parties; the professionals known to Baker sought to be retained by the Debtors in this case; the U.S. Trustee and other persons employed thereby; and other known significant parties in interest in the Chapter 11 Cases.

14. The conflicts database maintained by Baker includes every matter in which the firm is now or has been engaged over at least the past five years and, in each instance, the identity of related parties and adverse parties. It is Baker's policy that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflicts database the information necessary to check each new matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties.

15. Except as set forth below, and to the best of my knowledge, neither I, Baker, nor any partner, counsel to, or associate of the Firm holds any interest adverse to the Debtors with respect to the Representative Matters. As described below, Baker represents certain interests in connection with the Representative Matters, but such interests are not materially adverse to Motors Liquidation Company ("**MLC**") and appropriate waivers have been obtained.

- Baker has been advising MLC and its affiliates in connection with aspects of MLC's proposed acquisition of Delphi Corporation's ("**Delphi**") Steering Business Lines (the "**Transaction**"). Baker provides legal services to Delphi and certain of its affiliates on matters unrelated to the Transaction. Baker has also been engaged to provide competition law advice to Platinum Equity, LLC ("**Platinum**") with respect to its interest in other aspects of Delphi. Baker has obtained written waivers from MLC, Delphi and Platinum sufficient to allow Baker to be retained as special counsel on the terms set forth in this Application. No Baker personnel providing services to MLC on the Transaction is also providing services to Delphi and/or Platinum on the Transaction. In addition, the Firm has instituted an ethical wall separating the personnel providing services to MLC on the Transaction from those providing services to Delphi and/or Platinum on the Transaction. The ethical wall prohibits personnel working on the Transaction for MLC from sharing confidential or non-public information concerning MLC and the Transaction with personnel working for Delphi and/or Platinum on the Transaction. In connection with Baker's retention by MLC, and as disclosed to and requested by MLC, certain persons then working for Platinum on the Transaction (while Platinum was the proposed purchaser of the relevant Delphi assets) were transferred to the team staffed to the Transaction for MLC when Platinum ceased to be involved. Prior to Baker's engagement, these persons were not privy to confidential or non-public information concerning MLC and, once engaged by MLC, were subject to the ethical wall and were separated from the Platinum team.

- Baker has been advising MLC in connection with the negotiation and implementation of a potential investment by third parties in Adam Opel GmbH, including advice related to funding arrangements involving European governments. Baker has also been engaged to provide competition law advice related to the potential transaction (the "**Opel Transaction**") to Magna International Inc. ("**Magna**") and certain of its affiliates. Baker has obtained written waivers from MLC and Magna sufficient to allow Baker to be retained as special counsel on the terms set forth in this Application. No Baker personnel providing services to MLC on the Opel Transaction has provided or will provide services to Magna on the Opel Transaction. In addition, the Firm has instituted an ethical wall separating the personnel providing services to MLC on the Opel Transaction from those providing services to Magna on the Opel Transaction. The ethical wall prohibits personnel working on the Opel Transaction for MLC

from sharing confidential or non-public information concerning MLC and the Opel Transaction with personnel providing competition law advice to Magna on the Opel Transaction.

16. Except as set forth below, and to the best of my knowledge, neither Baker, nor any partner, counsel to, or associate of the Firm has any connection with the Debtors, their creditors or any other party in interest in the Debtors' cases, their respective attorneys and advisors, the U.S. Trustee, any person employed in the Office of the U.S. Trustee, or the Bankruptcy Judges for the Southern District of New York.

(a) Attorneys at Baker have been representing the Debtors in ongoing matters and Baker has represented and intends to continue to represent the Debtors' non-debtor affiliates on terms similar to those set forth herein.

(b) Baker has appeared in the past, and may appear in the future, in cases unrelated to the Representative Matters, where creditors of the Debtors and other interested parties and/or their respective attorneys and advisors may be involved.

(c) Baker may have in the past represented, may currently represent, and likely will in the future represent creditors and other parties in interest of the Debtors and in the Chapter 11 Cases in connection with matters unrelated to the Representative Matters. Those creditors and parties in interest of the Debtors with which Baker has had a past connection (at least within the past five (5) years) or with which Baker has a current connection are listed on the attached Schedule 1. None of the entities listed on Schedule 1 is responsible for more than one percent (1%) of total Firm billings.

(d) Baker may previously have represented, currently represent, or may represent in the future, parties who are or may be parties to past, pending or future litigation with the Debtors. Baker has not agreed to represent any such party in connection with litigation against the Debtors.

(e) Baker may have "connections" with many of the attorneys and other professionals involved in the Chapter 11 Cases (collectively, "**Professionals**"). Baker may have referred matters to Professionals, or have been referred matters by Professionals. Baker may previously have represented, presently represent, or in the future represent one or more of the Professionals in matters unrelated to the Representative Matters.

(f) Baker may acquire goods and services from one or more of the Debtors' vendors, insurers, utility providers, creditors or contract counterparties.

(g) Except to the extent it has represented or may now represent those persons or entities listed on the attached Schedule 1, Baker has no professional relationship with the Debtors' known secured and significant unsecured creditors, or the Debtors' vendors or suppliers, counterparties to leases or contracts, insurers, utility providers, equity security holders, or the officers, directors and control persons of the Debtors or other known significant parties in interest in this case. Baker does not and will not represent any of the entities listed on Schedule 1 in connection with the Representative Matters.

17. Baker has unpaid invoices to MLC totaling approximately $250,000 as of June 1, 2009, and is, therefore, a creditor in the Chapter 11 Cases at this time.

18.    Neither Baker, nor its principals, counsel or associates, have received or been promised compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code and Bankruptcy Rules.

19.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on July 31, 2009.

/s/ A. Duane Webber_____
A. Duane Webber

## **Schedule 1**

American International Group Inc.
Allianz Global Investors AG
A.S.P. Autoliv Inc
ABC Group
ABN AMRO
ABN AMRO Rothschild
ACDelco
Ace USA Inc
Adam Opel GmbH
Advanced Bionics Corporation
Aer Vironment, Inc.
Aesop Corp
AIG Global Investment Group
AIG Life Insurance Company
Aiu North America, Inc.
Alliant Energy Corporation
Allianz
American Airlines Inc.
American Axle & Manufacturing, Inc.
American Bankers Insurance Group
American Express Company
American Travellers Life Insurance Co.
Amico Automatisering B.V.
Android Industries L.L.C.
AON Corporation
Apollo Management L.P.
Apollo Tyres Limited
Applied Intellectual Capital
Arthur Andersen
Associated Aviation Underwriters Inc
AT&T
Atlantic Richfield Company
Atmos Energy Corporation
Aurelius Capital Management, L.P.
Australia & New Zealand Banking Group
Autoliv, Inc.
Avery Dennison Corporation
Avis Budget Car Rental, LLC
Avis Budget Group, Inc.
AVN Air, LLC
Avrinmeritor, Inc.
Banc of America Securities LLC
Banca Intesa S.P.A.
Banco Comercial Portugues, S.A.
Bank of America

Bank of China
Bank of Montreal
Bank of New York
Bank of New York Mellon Corporation
Bank of Nova Scotia
Banque Generale du Luxembourg
Barclays Bank PLC
Barclays Capital Inc.
Barclays Global Investors
Bayerische Landesbank
BBVA Bancomer
Bear Stearns & Co.
Behr America, Inc.
Behr GmbH & Co. KG
BellSouth Corporation
Benteler Automotive Corporation
Biogen Idec Ma Inc
Biogen Inc
Blackstone Group
Blue Cross & Blue Shield Association
BMW Group
BNP Paribas
Board of Regents of The University System
   Of Georgia
Borg Warner Automotive
Bose Corporation
BP Amoco
BP Products North America Inc.
Bp Solar International Ltd.
Brandes Investment Partners, LP
Bridgestone Corporation
Bridgestone/Firestone Inc.
Brunswick Corp.
BT Group plc
Buckeye Technologies Inc.
Burger King Corporation
Cadwalader Wickersham and Taft LLP
California Institute Of Technology
Camden Management Services SA
Campbell Ewald
Canadian Imperial Bank of Commerce
Canadian Linen And Uniform Service Co
Cap Gemini S.A.
Capgemini Canada Inc
Capital International Limited

Capital Research and Management
Carlyle Group, The
Catalys International Inc.
Caterpillar Inc.
Caterpillar Logistics Services Inc.
Chevrolet Nederland B.V.
Chrysler LLC
Chubb Group of Insurance Companies
Canadian Imperial Bank of Commerce
Citibank
Citigroup Global Markets
Citigroup, Inc.
City Of Nogales
Clearstream International SA
Coca-Cola Company
Codina Group Inc
Coller Capital Limited
Columbia Gas
Comcast Corporation
Comerica Bank
Commerzbank AG
Commonwealth Edison Company
Compact Power Systems, Inc.
Compagnie Generale Des Establishments
Compaq Computer Corporation
Computershare Trust Company, Inc.
Connecticut National Bank
ConocoPhillips Company
Consolidated Edison Co of New York, Inc
Continental AG
Continental Tire North America, Inc.
Cooper-Standard Automotive Inc.
Credit Suisse
Cuna Mutual Insurance Society
Daewoo Motor Co Ltd
Daifuku Co., Ltd.
Daimler AG
Daiwa Europe
Dana Corporation
Dana Holding Corporation
Davis Polk & Wardwell
Deloitte & Touche
Delta Air Lines Inc.
Denso Corporation
Denso International America, Inc.
Department of Finance and Administration
Deutsche Bank
Digitas Asia Limited

Discover Financial Services Inc.
Dodge & Cox
Dominion-Virginia Power
Dresdner Bank
DTE Energy Services Inc
Duke Energy Corporation
Dupont Performance Coatings
Eastman Kodak Company
Eaton Corporation
Edison Electric Institute
Electric Power Research Institute
Electronic Data Systems
Eli Lilly & Company
Elliott International, Inc.
Embarq Communications, Inc.
Emcon Technologies LLC
Employers Ins Company Of Wausa
Englishtown, Inc.
Entergy Corporation
Enterprise Rent-A-Car Company, Inc.
Equitable Resources Inc. a/k/a Equitable
   Gas Company
Ericsson Inc.
Ericsson Telecomunicacoes S.A
Ernst & Young
ESIS Inc.
Essex Woodlands Health Ventures
Euroclear Bank SA
European Bank for Reconstruction and
   Development
European Federation of Pharmaceutical
   Industries and Associations
Exxonmobil Oil Corp
Fannie Mae
Faurecia Automotive Seating, Inc.
Federal-Mogul Corporation
Fiat Auto S.p.A.
Fiat Spa
Fidelity Investments
Fidelity Management & Research
Fifth Third Bank
First Data Corporation
First Union Corporation
Ford Motor
Forstmann Little
Fortis Bank N.V.
Franklin Mutual Advisors LLC
Frontier Corp

GE Asset Management Incorporated
GE Capital Corporation
GE Commercial Finance
GE Financial Services
GE Fleet Services
GE Insurance Solutions
General Electric Capital Corporation
General Electric Company
General Motors – Egypt
General Motors (China) Investment Company Ltd.
General Motors Acceptance Corporation
General Motors Asia Pacific Pte Ltd
General Motors Canada Limited
General Motors China Inc.
General Motors Colmotores S.A.
General Motors Corp: Taiwan
General Motors Corporation
General Motors Corporation - Hong Kong
General Motors De Mexico
General Motors Europe AG
General Motors Europe Holding SL
General Motors Europe Holdings S.L.
General Motors India Private Limited
General Motors Italia S.R.L.
General Motors Japan Ltd.
General Motors of Canada Limited
General Motors Thailand Ltd.
General Motors Venezolana C.A.
Geocapital LLC
Getrag Corporation
GKN Plc
GM (China) Investment Co Ltd
GM Daewoo Auto & Technology
GM Holden Ltd.
GM LAAM
GMAC
GMAC Commerical Credit, L.L.C.
GMAC LLC
Goldman Sachs
Goodyear Tire & Rubber Company
Goss International Corporation
Granite
Great American Health Plans, Inc.
Greenwich Capital Markets
Grocery Manufacturers of America
GSI Lumonics
Guardian Industries Corporation

Harris Corp.
Hayes Lemmerz International Inc.
Haynes & Boone  LLP
Hec Holdings, Inc.
Heidrick & Struggles International Inc.
Helaba Landesbank Hessen-Thueringen
Hella KGaA Hueck & Co.
Henry Schein Inc.
Hertz
Hess Corporation
Hewlett Packard
Hicom Holdings Berhad
Highbridge Capital Management, LLC
Hitachi
Hitachi Data Systems Corporation
Hli Operating Company, Inc.
Home Depot (The)
Houlihan Lokey Howard & Zukin
HP-Pelzer Beteilgungsholding GmbH
HSB Engineering Insurance Ltd.
HSBC
Hughes Aircraft Company
Hughes Electronics Corporation
Hutchings Automotive Products Inc.
IBC Vehicles Limited
Icahn Enterprises Holdings L.P.
Illinois Tool Works, Inc.
Infomedia Ltd.
ING Bank
Intelsat Corporation
International Automotive Components
Inteva Products LLC
Isuzu Motors
J.P. Morgan Securities Inc.
Jenner & Block
Johnson Controls
Johnson Industries Pty Ltd.
Jones Day USA
JPMorgan Chase Bank, N.A.
Kautex Textron de Mexico
KBC Bank
Key Safety Systems de Mexico
King Street Capital Management, L.P.
Kirkland & Ellis LLP
Kohlberg Kravis Roberts & Co.
Korea Development Bank
KPMG
Krispy Kreme Doughnuts Inc

Lear Corporation  
Lehman Brothers  
Lehman Brothers Asset Management LLC  
Leucadia National Corporation  
Lexington Insurance Company  
Lincoln National Life Insurance Company  
Lio Ho Machine Works Ltd.  
Lloyd's  
M&T Bank  
Mackay Shields LLC USA  
Magna International Inc.  
Mallesons Stephen Jaques  
Maritz Inc.  
Marsh USA Inc  
Martinrea International Inc.  
MCI  
MCI WorldCom  
Mellon Bank  
Mellon Capital Management Corporation  
Merck & Co. Inc.  
Merrill Lynch  
Metiom Inc.  
Minnesota Mining & Manufacturing  
Mitsubishi Electric Corporation  
Mizuho Corporate Bank  
Mold-Masters Limited  
Morgan Stanley and Co.  
Morgan, Lewis & Bockius  
Motorola Inc.  
MX Energy  
Mxenergy Inc  
National Car Rental Systems, Inc.  
National City Bank  
National Grid Holdings Limited  
National Safety Council  
National Union Fire Insurance Company of Pittsburgh, Pa.  
National Union Insurance Company  
New Cure, Inc.  
New York Life Insurance  
Nicholas Applegate Capital Management  
Nippon Sheet Glass Company  
Noble International Limited  
Nordea Bank  
Nordic Capital  
North Carolina Mutual Life Insurance  
Northern Trust Company  
Northrop Grumman Corporation  

Novem Interior Design  
Oaktree Capital Management, L.P.  
Oklahoma Natural Gas  
Omnibus Bb Transportes S.A.  
OnStar Corporation  
Oppenheimer & Co. Inc.  
Osler, Hoskin & Harcourt LLP  
P.T. General Motors Indonesia  
Pacific Asset Management  
Pacific Gas & Electric Company  
Pacific Investment Management Company  
PanAmSat Corporation  
Panasonic Corporation  
Panhandle Eastern Pipe Line Co  
Penske Automotive Group, Inc.  
Penske Corporation  
Peugeot SA  
Pfizer  
Pharmaceutical Research and Manufacturers Association of America  
Plastic Omnium Auto Exterieur  
Portland General Electric Company  
PPG Industries International Inc.  
Price Waterhouse Coopers  
Progressive Corp.  
Prostep AG  
PT General Motors Indonesia  
PTT Chemical Public Company  
Publicis Groupe SA  
Putnam Investments  
Quaker Oats Company  
Qwest Communications, Inc.  
Rbc Dexia Investor Services Trust  
RBS  
Remy International Inc.  
Republic of Uzbekistan  
Research Triangle Institute  
RGA Reinsurance Company  
Riversource Investments LLC  
Robert Bosch Corporation  
Robotic Vision Systems, Inc.  
Rockwood Specialties Group Inc.  
Royal Bank of Scotland  
Ruedas De Aluminio  
Rush Enterprises, Inc.  
Saab  
SAIC Motor UK Holdings Limited  
Sanford C. Bernstein & Co., Inc.

Sanluis Corporacion S.A.B. de C.V.
Sara Lee Corporation
Saturn Corporation (UK) Limited
Saudi Basic Industries Corporation
SBC
Schaeffler KG
Scottish & Newcastle PLC
Shanghai Automotive Industry
Silverado Management Group, L.P.
Simpson Thacher & Bartlett
SK Telecom Co. Ltd.
Skadden, Arps, Slate, Meagher & Flom LLP
Skandivaviska Enskilda Banken
SMBC
Societe Française de Radio SA (SFR SA)
Societe Generale
Sonnenschein Nath & Rosenthal LLP
Southeastern Asset Management, Inc
Southern California Edison
Southern California Gas Co
Southwestern Bell Corporation
Southwestern Bell Telecom
Sprint Corporation
Standard Chartered Bank
Starcom MediaVest Group, Inc.
State Grid Corporation of China
State Street Bank & Trust Co.
Stewart McKelvey Stirling Scales
Sumitomo Electric Industries Ltd.
SunTrust Banks Inc.
Super Group Automotive Limited
Superior Industries International
Suzuki Motor Corporation
T Rowe Price Associates, Inc.
TCW Group, Inc.
Teachers Insurance and Annuity Association-College Retirement Equities Fund
Temic Automotive of North America Inc
Tenneco Inc
Tennessee Valley Authority
Texas Instruments, Inc
Textron Inc.
The DIRECTV Group
The First National Bank of Chicago
The University of Chicago
The University of North Carolina
The Vanguard Group Inc
The Warranty Group Inc
Thor Industries Inc.
TI Automotive Ltd.
Time Warner Telecom, Inc.
Tk Holdings, Inc.
Total SA
Toyota
Trust Company of The West
TRW Automotive
TRW Vehicle Safety Systems, S.A. de C.V.
Tunas Ridean TBK PT
U.S. Bank N.A.
UBS
Union Pacific Railroad Company Inc
United Online, Inc.
United Solar Ovonic Corp.
US Federal Trade Commission
Valeo
Vanguard Car Rental USA Inc
Veolia Environnment
Verizon
Vestar Capital Partners Europe
VF Corporation
Visteon Corporation
Vitesse Semiconductor Corporation
VM Holdings B.V.
VM Motori S.p.A
Wachovia Corporation
WBL Corp. Ltd.
Webasto Ag
Weil, Gotshal & Manges LLP
Wellington Management Co. LLP
Wells Fargo Bank - Various Regs.
Western Asset Management Co.
WestLB
White & Case, L.L.P.
Wilmington Trust Company
Wind Point Partners
Winn-Dixie Stores Inc.
Winnebago Industries Inc.
Woodward Governor Company
Xcel Energy
Xerox Corporation
XM Satellite Radio Inc.
Yazaki Corporation
Yazaki North America Inc
ZF Electronics Corporation
Zurich Insurance Company