UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                              :
                                                   :     **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY**, *et al*.,    :
    f/k/a General Motors Corp., *et al.*    :     **09-50026 (REG)**
                                                   :
                     Debtors.                      :     **(Jointly Administered)**
                                                   :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1. I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On July 29, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served a true and correct copy of the following document:

- **Supplemental Stipulation and Order Resolving Objection to Sale Motion** [Docket No. 3473]

on Matthew S. Barr, Tyson M. Lomazow, and Samuel Khalil at Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York NY 10005 via First Class Mail.

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:  Seattle, Washington
       July 30, 2009

                                               /s/ Laurie M. Thornton
                                               LAURIE M. THORNTON