**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | |
| f/k/a **General Motors Corp.**, *et al.* | : | **09-50026 (REG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

I, Laurie M. Thornton, certify as follows:

1.    I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.    On July 29, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served a true and correct copy of the following documents:

- **Declaration and Disclosure Statement of Keith B. Rose, on Behalf of the Rose Law Firm PLLC** [Docket No. 3497];

- **Declaration and Disclosure Statement of Crystal M. Bell, on Behalf of Sager & Savage – Los Alamitos** [Docket No. 3500];

- **Declaration and Disclosure Statement of Biorn Riese, on Behalf of Mannheimer Swartling** [Docket No. 3501];

- **Declaration and Disclosure Statement of Lawrence E. Abelman, on Behalf of Abelman, Frayne Schwab** [Docket No. 3503];

- **Declaration and Disclosure Statement of Kathleen McNichol Behn, on Behalf of Lacey & Jones, LLP** [Docket No. 3504];

- **Declaration and Disclosure Statement of Mark A. Cantor, on Behalf of Brooks Kushman, PC** [Docket No. 3505];

- **Declaration and Disclosure Statement of James N. Tracy, on Behalf of Tansey, Fanning, Haggerty, Kelly, Convery & Tracy, Esqs.** [Docket No. 3506];

- **Declaration and Disclosure Statement of Clifford Wilson, on Behalf of  Howard, Tate, Sowell, Wilson, Leathers and Johnson, PLLC** [Docket No. 3507];

- **Declaration and Disclosure Statement of Salil Gulati, on Behalf of Dua Associates** [Docket No. 3509];

- **Declaration and Disclosure Statement of David Quigg, on Behalf of Quigg Partners** [Docket No. 3510];

- **Declaration and Disclosure Statement of Anand Prasad, on Behalf of Trilegal** [Docket No. 3511]; and

- **Declaration and Disclosure Statement of Frank M. DeLuca, on Behalf of McKelvie DeLuca P.C.** [Docket No. 3514]

on the parties identified in **Exhibit A** attached hereto (U.S. Trustee and Unsecured Creditors Committee Counsel) by first class mail.

3.    I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:  Seattle, Washington
        July 30, 2009

                              /s/  Laurie M. Thornton
                                 LAURIE M. THORNTON

# Exhibit A

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, KENNETH H. ECKSTEIN & GORDON Z.
NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY  10004