UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                :
                                                     :      **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.*,  :
     f/k/a General Motors Corp., *et al.*  :      **09-50026 (REG)**
                                                     :
                     Debtors.                        :      **(Jointly Administered)**
                                                     :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

    1.    I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

    2.    On July 30, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served a true and correct copy of the following document:

- **Order Pursuant to 11 U.S.C. §§ 365 of the Bankruptcy Code Authorizing Debtors to Reject Executory Contract of Stillwater Mining Company** [Docket No. 3548]

on the parties identified in **Exhibit A** attached hereto (Stillwater Mining Company and its counsel) via first class mail.

    3.    I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:  Seattle, Washington
          July 31, 2009

                                         /s/  Laurie M. Thornton
                                            LAURIE M. THORNTON

# Exhibit A

| | |
|---|---|
| HODGSON RUSS LLP<br>ATTN: GARRY M. GRABER, ESQ; DEBORAH J. PIAZZA, ESQ.<br>60 EAST 42ND STREET, 37TH FLOOR<br>NEW YORK NY 10165-0150 | LANE POWELL PC<br>ATTN: BRUCE LEAVERTON, MARY JO HESTON, HEIDI ANDERSON<br>1420 FIFTH AVENUE, SUITE 4100<br>SEATTLE WA 98101 |
| STILLWATER MINING CO<br>ATTN: JOHN STARK<br>1321 DISCOVERY DR<br>BILLINGS MT 59102-7343 | STILLWATER MINING COMPANY<br>JAMES BINANDO/JOHN STARK<br>PO BOX 1330<br>536 EAST PIKE AVENUE<br>COLUMBUS MT 59019-1330 |