GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden (GK-9610)
Counsel to 767 Fifth Partners LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
In re:                                  :       Chapter 11
                                        :
MOTORS LIQUIDATION COMPANY, et al.      :       Case No. 09-50026 (REG)
                                        :       (Jointly Administered)
                          Debtors.      :
-----------------------------------------------------------x
```

**PROTECTIVE RESPONSE OF 767 FIFTH PARTNERS LLC TO NOTICE OF: (I)
DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY
CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND (II) CURE AMOUNTS RELATED THERETO**

767 Fifth Partners LLC ("Landlord") hereby submits this protective response (the

"Protective Response") to the *Notice of (I) Debtors' Intent to Assume and Assign Certain*

*Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of*

*Non-Residential Real Property and (II) Cure Amounts Related Thereto* dated June 15,

2009 and served on the Landlord by the Debtors on July 24, 2009 (the "Contract

Notice"). In this Protective Response, Landlord seeks to preserve its cure claim and does

not oppose the assumption and assignment of its lease with the Debtors on adequate

assurance grounds. In support of this Protective Response, Landlord respectfully states

as follows:

1.      Landlord is the landlord under that certain lease (as amended or

supplemented, the "Lease"), dated December 5, 1990, between Longstreet Associates,

L.P. as landlord (the "Original Landlord"), and General Motors Corporation (n/k/a

Motors Liquidation Company) as tenant (the "Original Tenant"), for certain leased

premises located at 767 Fifth Avenue, New York, New York 10153, as more fully described in the Lease.  On June 9, 2008, the Lease was assigned to Landlord by a successor-in-interest of the Original Landlord.

2.      On June 2, 2009, the Court entered an order approving procedures (the "Sale Procedures Order") for the sale of the Debtors' assets (the "Sale") to NGMCO, Inc n/k/a General Motors Company ("New GM").  On July 5, 2009, the Court entered an order approving the Sale (the "Sale Order").  On information and belief, the Sale closed on July 10, 2009.

3.      The Sale Procedures Order and the Sale Order set forth certain procedures for the Debtors to assume and assign executory contracts and unexpired leases and for New GM to designate such contracts and leases for assumption and assignment (collectively, the "Assumption and Assignment Procedures").  The Assumption and Assignment Procedures provide, *inter alia,* that the Debtors shall provide notice of any proposed assumption and assignment to the non-debtor counter-party to the relevant executory contract or unexpired lease.

4.      On information and belief, on June 15, 2009, the Debtors sought to assume and assign the Lease in accordance with the Assumption and Assignment Procedures by serving a copy of the Contract Notice.  However, the Debtors served the Contract Notice on the wrong party and did not serve a copy of the Contract Notice on the Landlord until July 24, 2009.  In the meantime, on July 10, 2009 (the "Assumption Effective Date"), the Original Tenant assigned the Lease to New GM and New GM accepted such assignment and assumed all of the obligations of the Original Tenant under the Lease.

-2-

5.      The Landlord has no objection to the assumption and assignment of the Lease to New GM as of the Assumption Effective Date and, in fact, is negotiating with New GM on the terms of an amendment to the Lease that, if and when executed, should resolve any issue with respect to the cure amount.  However, as a precaution, Landlord files this protective Response requesting that New GM promptly cure all defaults under the Lease through that date and assume the obligation to pay all Rental Charges (as defined below) that have accrued under the Lease prior to the Assumption Effective Date but would not be payable until after such date.  As of July 10, 2009, the amount due and payable to Landlord under the Lease was $185,738.17 (the "Cure Amount").  See Exhibit A.

6.      The "Contract Website" (as defined in the Cure Notice) erroneously states that no cure payment is due to Landlord in connection with the assumption and assignment of the Lease.  Moreover, the Cure Notice fails to take into account the tenant's obligation to pay operating costs, insurance payments, real estate taxes and other charges due under the Lease (the "Rental Charges") inasmuch as such charges accrued, but were not yet payable, prior to the Assumption Effective Date.   Such Rental Charges should be included among the Lease obligations being assumed by New GM and paid in accordance with the terms of the Lease.

7.      As mentioned above, Landlord is currently negotiating an amendment to the Lease with New GM that should include resolution of the Cure Amount and confirmation of New GM's obligation to pay all Rental Charges when due under the Lease, regardless of whether such amounts are attributable to periods prior to the Assumption Effective Date.  The purpose of this Protective Response is to preserve Landlord's right to the payment of the Cure Amount and all Rental Charges under the

Lease that accrued, but were not yet payable, prior to the Assumption Effective Date in

the event that Landlord is unable to reach agreement with New GM on those issues in

connection with the Lease amendment.

        8.     Landlord reserves the right to amend and supplement this Protective

Response.

Dated:  August 3, 2009

> /s/ Gregory O. Kaden
> _____
> Douglas B. Rosner, Esq. (DR-5690)*
> Gregory O. Kaden, Esq. (GK-9610)*
> GOULSTON & STORRS, P.C.
> 400 Atlantic Avenue
> Boston, MA  02110-3333
> Tel:  (617) 482-1776
> Fax:  (617) 574-4112
>
> Counsel to 767 Fifth Partners LLC

* Admitted Pro Hac Vice.

-4-

**<u>EXHIBIT A</u>**

| Building | Unit | Tenant | Lease | G/L Date | Invoice Date | G/L Offset | Doc Type | Document Number | Gross Amount | Open Amount | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 456631 | 00067336 | 7/1/2008 | 1/1/2008 | POP | RN | 1363992 | 5,640.00 | 5,640.00 | 1/08 Porter Wage true up |
| | | 456631 | 00067336 | 7/1/2008 | 1/2/2008 | POP | RN | 1363993 | -69.18 | -69.18 | Prior Owner Payable |
| | | 456631 | 00067336 | 7/1/2008 | 1/30/2008 | POP | RN | 1363994 | -5.41 | -5.41 | Prior Owner Payable |
| | | 456631 | 00067336 | 7/1/2008 | 2/28/2008 | POP | RN | 1363995 | -5.41 | -5.41 | Prior Owner Payable |
| | | 456631 | 00067336 | 7/1/2008 | 3/27/2008 | POP | RN | 1363996 | -5.41 | -5.41 | Prior Owner Payable |
| | | 456631 | 00067336 | 7/1/2008 | 6/1/2008 | POP | RN | 1363997 | 14,601.41 | 14,601.41 | Porter Wage |
| | | 456631 | 00067336 | 7/1/2008 | 6/9/2008 | POP | RN | 1363998 | 45,199.00 | 45,199.00 | 3/17/08-6/9/08 cond. water |
| | | 456631 | 00067336 | 7/1/2008 | 2/14/2008 | POP | RN | 1364047 | 16.11 | 16.11 | WO# 345386663 |
| | | 456631 | 00067336 | 7/1/2008 | 2/14/2008 | POP | RN | 1364048 | 245 | 245 | WO# 344955491 |
| | | 456631 | 00067336 | 7/1/2008 | 2/14/2008 | POP | RN | 1364049 | 20.52 | 20.52 | WO# 344955491 |
| | | 456631 | 00067336 | 7/1/2008 | 2/14/2008 | POP | RN | 1364050 | 6.28 | 6.28 | WO# 345386663 |
| | | 456631 | 00067336 | 7/1/2008 | 2/14/2008 | POP | RN | 1364051 | 93.66 | 93.66 | WO# 344733916 |
| | | 456631 | 00067336 | 7/1/2008 | 2/14/2008 | POP | RN | 1364052 | 7.84 | 7.84 | WO# 344733916 |
| | | 456631 | 00067336 | 7/1/2008 | 3/18/2008 | POP | RN | 1364053 | 3.89 | 3.89 | WO# 356041971 |
| | | 456631 | 00067336 | 7/1/2008 | 3/18/2008 | POP | RN | 1364054 | 3.35 | 3.35 | WO# 352262514 |
| | | 456631 | 00067336 | 7/1/2008 | 3/18/2008 | POP | RN | 1364056 | 46.5 | 46.5 | WO# 356041971 |
| | | 456631 | 00067336 | 7/1/2008 | 3/18/2008 | POP | RN | 1364057 | 40 | 40 | WO# 352262514 |
| | | 456631 | 00067336 | 7/1/2008 | 3/19/2008 | POP | RN | 1364058 | 6.28 | 6.28 | WO# 363995387 |
| | | 456631 | 00067336 | 7/1/2008 | 3/19/2008 | POP | RN | 1364059 | 4.02 | 4.02 | WO# 350773728 |
| | | 456631 | 00067336 | 7/1/2008 | 3/19/2008 | POP | RN | 1364060 | 47.95 | 47.95 | WO# 350773728 |
| | | 456631 | 00067336 | 7/1/2008 | 3/19/2008 | POP | RN | 1364061 | 75 | 75 | WO# 363995387 |
| | | 456631 | 00067336 | 7/1/2008 | 4/16/2008 | POP | RN | 1364062 | 80 | 80 | WO# 369480615 |
| | | 456631 | 00067336 | 7/1/2008 | 4/16/2008 | POP | RN | 1364063 | 6.7 | 6.7 | WO# 369480615 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364064 | 460 | 460 | WO# 373036806 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364065 | 3.14 | 3.14 | WO# 376048610 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364066 | 37.5 | 37.5 | WO# 373524431 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364067 | 38.53 | 38.53 | WO# 373036806 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364068 | 37.5 | 37.5 | WO# 376048610 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364069 | 3.14 | 3.14 | WO# 373524431 |
| | | 456631 | 00067336 | 7/1/2008 | 2/20/2008 | POP | RN | 1364070 | -176.31 | -176.31 | Prior Owner Payable |
| | | 456631 | 00067336 | 7/1/2008 | 3/31/2008 | POP | RN | 1364071 | -17.34 | -17.34 | Prior Owner Payable |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364072 | 7.03 | 7.03 | WO# 370165790 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364073 | 40 | 40 | WO# 379951774 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364074 | 125.63 | 125.63 | WO# 379933105 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364075 | 878.9 | 878.9 | WO# 381589639 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364076 | 66.92 | 66.92 | WO# 381589639 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364077 | 92.4 | 92.4 | WO# 370165790 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364078 | 3.35 | 3.35 | WO# 379951774 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364079 | 1,500.00 | 1,500.00 | WO# 379933105 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364080 | 472.87 | 472.87 | WO# 381598387 |
| | | 456631 | 00067336 | 7/1/2008 | 5/19/2008 | POP | RN | 1364081 | 36 | 36 | WO# 381598387 |
| | | 456631 | 00067336 | 7/1/2008 | 2/14/2008 | POP | RN | 1364082 | 32.92 | 32.92 | WO# 347918705 |
| | | 456631 | 00067336 | 7/1/2008 | 2/14/2008 | POP | RN | 1364083 | 382.73 | 382.73 | WO# 347918705 |
| | | 456631 | 00067336 | 7/1/2008 | 3/19/2008 | POP | RN | 1364084 | 3.14 | 3.14 | WO# 364000614 |
| | | 456631 | 00067336 | 7/1/2008 | 4/16/2008 | POP | RN | 1364085 | 37.5 | 37.5 | WO# 364000614 |
| | | 456631 | 00067336 | 7/1/2008 | 4/16/2008 | POP | RN | 1364086 | 77 | 77 | WO# 367546432 |
| | | 456631 | 00067336 | 7/1/2008 | 4/16/2008 | POP | RN | 1364087 | 77 | 77 | WO# 369396752 |
| | | 456631 | 00067336 | 7/1/2008 | 4/16/2008 | POP | RN | 1364088 | 5.86 | 5.86 | WO# 369396752 |
| | | 456631 | 00067336 | 7/1/2008 | 4/16/2008 | POP | RN | 1364089 | 5.86 | 5.86 | WO# 367546432 |

| Building | Unit | Tenant | Lease | G/L Date | Invoice Date | G/L Offset | Doc Type | Document Number | Gross Amount | Open Amount | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FA767 | 16A | 456631 | 00067336 | 7/1/2008 | 7/1/2008 | RTAX | RD | 1358014 | 11,053.43 | 1,026.33 | Real Estate Taxes |
| FA767 | 16A | 456631 | 00067336 | 7/31/2008 | 7/31/2008 | WOUP | AI | 1371293 | 40.28 | 40.28 | 07/30/08-Lighting/3923924 |
| FA767 | 16A | 456631 | 00067336 | 7/31/2008 | 7/31/2008 | WOUP | AI | 1371296 | 125.76 | 125.76 | 07/30/08-Lighting/3894334 |
| FA767 | 16A | 456631 | 00067336 | 7/31/2008 | 7/31/2008 | WOUP | AI | 1371297 | 53.49 | 53.49 | 07/30/08-Lighting/3902285 |
| FA767 | 16A | 456631 | 00067336 | 7/31/2008 | 7/31/2008 | WOUP | AI | 1371298 | 53.49 | 53.49 | 07/30/08-Lighting/3894048 |
| FA767 | 16A | 456631 | 00067336 | 7/31/2008 | 7/31/2008 | WOUP | AI | 1371299 | 53.49 | 53.49 | 07/30/08-Lighting/3896321 |
| FA767 | 16A | 456631 | 00067336 | 7/31/2008 | 7/31/2008 | WOUP | AI | 1371300 | 44.09 | 44.09 | 07/30/08-Lighting/3896790 |
| FA767 | 16A | 456631 | 00067336 | 7/31/2008 | 7/31/2008 | WOUP | AI | 1371301 | 53.49 | 53.49 | 07/30/08-Lighting/3889602 |
| FA767 | 16A | 456631 | 00067336 | 7/31/2008 | 7/31/2008 | WOUP | AI | 1371303 | 106.98 | 106.98 | 07/30/08-Lighting/3948123 |
| FA767 | 16A | 456631 | 00067336 | 8/2/2008 | 8/2/2008 | ELRI | RD | 1378725 | 1,111.38 | 75.9 | Aug-08 Rent Inclusion Elec |
| FA767 | 16A | 456631 | 00067336 | 8/2/2008 | 8/2/2008 | ELRI | RD | 1378725 | 1,111.38 | 75.9 | Jul-08 Rent Inclusion Elec |
| FA767 | 16A | 456631 | 00067336 | 8/2/2008 | 8/2/2008 | ELRI | RD | 1378725 | 506.08 | 34.56 | Aug-08 Rent Inclusion Elec |
| FA767 | 16A | 456631 | 00067336 | 8/2/2008 | 8/2/2008 | ELRI | RD | 1378725 | 506.08 | 34.56 | Jul-08 Rent Inclusion Elec |
| FA767 | 16A | 456631 | 00067336 | 8/5/2008 | 8/5/2008 | UC | RU | 177668 | -666,233.52 | -215.56 | wft80052008 7 apply |
| FA767 | 16A | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | POP | RN | 1375852 | 3,121.71 | 3,121.71 | 1/1-6/8/08 electric |
| FA767 | 16A | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | POP | RN | 1375852 | 7,101.89 | 7,101.89 | 2007 electric rent true-up |
| FA767 | 16A | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | POP | RN | 1375852 | 3,121.71 | 3,121.71 | 1/1-6/8/08 electric |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | POP | RN | 1375852 | 7,101.89 | 7,101.89 | 2007 electric rent true-up |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | POP | RN | 1375852 | 3,121.71 | 3,121.71 | 1/1-6/8/08 electric |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | POP | RN | 1375852 | 7,101.89 | 7,101.89 | 2007 electric rent true-up |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | POP | RN | 1377057 | 182.31 | 182.31 | 1/1-6/8/08 electric |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | POP | RN | 1377057 | 414.75 | 414.75 | 2007 electric rent true-up |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | POP | RN | 1377057 | 400.36 | 400.36 | 1/1-6/8/08 electric |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | POP | RN | 1377057 | 910.81 | 910.81 | 2007 electric rent true-up |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | ELRI | RN | 1375852 | 429.24 | 429.24 | 6/9-6/30/08 electric |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | ELRI | RN | 1375852 | 429.24 | 429.24 | 6/9-6/30/08 electric |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | ELRI | RN | 1375852 | 429.23 | 429.23 | 6/9-6/30/08 electric |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | ELRI | RN | 1377057 | 25.07 | 25.07 | 6/9-6/30/08 electric |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | ELRI | RN | 1377057 | 55.05 | 55.05 | 6/9-6/30/08 electric |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | WOUP | AI | 1376698 | 61.4 | 61.4 | 08/12/08-Moving Services/ |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | WOUP | AI | 1376757 | 89.31 | 89.31 | 08/13/08-Plumbing/3919204 |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | WOUP | AI | 1376770 | 346.8 | 346.8 | 08/13/08-Trash/Recycle Bi |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | WOUP | AI | 1376849 | 89.31 | 89.31 | 08/14/08-Hang / Install/4 |
| FA767 | ANT01 | 456631 | 00067336 | 8/15/2008 | 8/15/2008 | WOUP | AI | 1376858 | 89.31 | 89.31 | 08/14/08-Plumbing/4072499 |
| FA767 | ANT01 | 456631 | 00067336 | 8/26/2008 | 8/26/2008 | UC | RU | 178442 | -666,233.52 | -215.56 | Ck#2367192 ? Apply 9/08 Rent |
| FA767 | ANT01 | 456631 | 00067336 | 8/29/2008 | 8/29/2008 | WOUP | AI | 1380421 | 69.93 | 69.93 | 08/26/08-Lighting/Replace |
| FA767 | ANT01 | 456631 | 00067336 | 8/29/2008 | 8/29/2008 | WOUP | AI | 1380602 | 89.31 | 89.31 | 08/28/08-Hang / Install/4 |
| FA767 | ANT01 | 456631 | 00067336 | 8/29/2008 | 8/29/2008 | WOUP | AI | 1380609 | 89.31 | 89.31 | 08/28/08-Hang / Install/4 |
| FA767 | ANT01 | 456631 | 00067336 | 8/29/2008 | 8/29/2008 | WOUP | AI | 1380660 | 86.7 | 86.7 | 08/28/08-Trash/Recycle Bi |
| FA767 | ANT01 | 456631 | 00067336 | 9/1/2008 | 9/1/2008 | ELRI | RD | 1378773 | 1,111.38 | 75.9 | Rent Inclusion Elec Reimb (C) |
| FA767 | ANT01 | 456631 | 00067336 | 9/1/2008 | 9/1/2008 | ELRI | RD | 1378773 | 506.08 | 34.56 | Rent Inclusion Elec Reimb (C) |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385671 | 37.94 | 37.94 | 08/21/08-Keys/3rd floor G |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385674 | 249.28 | 249.28 | 08/21/08-Keys/397168977 - |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385675 | 269.84 | 269.84 | 08/21/08-Keys/402691442 - |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385677 | 364.67 | 364.67 | 08/21/08-Locks/406156047 |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385787 | 490.99 | 490.99 | 09/02/08-Plumbing/Replace |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385808 | 89.31 | 89.31 | 09/03/08-Plumbing/4148157 |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385812 | 89.31 | 89.31 | 09/03/08-Door Repairs/413 |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385825 | 37.94 | 37.94 | 09/03/08-Keys/410755368-C |

| Building | Unit | Tenant | Lease | Invoice Date | G/L Date | G/L Offset | Doc Type | Document Number | Gross Amount | Open Amount | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385827 | 89.31 | 89.31 | 09/03/08-Plumbing/4151096 |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385828 | 44.12 | 44.12 | 09/03/08-Lighting/3944736 |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385829 | 62.38 | 62.38 | 09/03/08-Lighting/3997693 |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385851 | 94.83 | 94.83 | 09/04/08-Locks/Bob Harris |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385900 | 86.7 | 86.7 | 09/05/08-Trash/Recycle Bi |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385901 | 86.7 | 86.7 | 09/05/08-Trash/Recycle Bi |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385902 | 86.7 | 86.7 | 09/05/08-Trash/Recycle Bi |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385903 | 86.7 | 86.7 | 09/05/08-Trash/Recycle Bi |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385904 | 86.7 | 86.7 | 09/05/08-Trash/Recycle Bi |
| FA767 | ANT01 | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385905 | 86.7 | 86.7 | 09/05/08-Trash/Recycle Bi |
| FA767 | 16A | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385926 | 86.7 | 86.7 | 09/05/08-Trash/Recycle Bi |
| FA767 | | 456631 | 00067336 | 9/15/2008 | 9/15/2008 | WOUP | AI | 1385985 | 10.29 | 10.29 | 09/08/08-Keys/413060819-C |
| FA767 | | 456631 | 00067336 | 9/29/2008 | 9/29/2008 | UC | RU | 180064 | -666,233.52 | -215.56 | Ck#2367192 ? Apply 10/08 Rent |
| FA767 | | 456631 | 00067336 | 9/30/2008 | 9/30/2008 | WOUP | AI | 1391147 | 86.7 | 86.7 | 08/15/08-Trash/Recycle Bi |
| FA767 | | 456631 | 00067336 | 9/30/2008 | 9/30/2008 | WOUP | AI | 1392054 | 86.7 | 86.7 | 09/23/08-Trash/Recycle Bi |
| FA767 | | 456631 | 00067336 | 9/30/2008 | 9/30/2008 | WOUP | AI | 1392092 | 89.31 | 89.31 | 09/23/08-Plumbing/4195484 |
| FA767 | | 456631 | 00067336 | 10/1/2008 | 10/1/2008 | ELRI | RD | 1387761 | 506.08 | 34.56 | Rent Inclusion Elec Reimb (C) |
| FA767 | | 456631 | 00067336 | 10/1/2008 | 10/1/2008 | ELRI | RD | 1387761 | 1,111.38 | 75.9 | Rent Inclusion Elec Reimb (C) |
| FA767 | | 456631 | 00067336 | 10/15/2008 | 10/15/2008 | WOUP | AI | 1394415 | 86.7 | 86.7 | 10/09/08-Trash/Recycle Bi |
| FA767 | 03A | 456631 | 00067336 | 10/28/2008 | 10/28/2008 | UC | RU | 181196 | -666,233.52 | -215.56 | Ck#2373905 ? Apply 11/08 Rent |
| FA767 | 03A | 456631 | 00067336 | 10/31/2008 | 10/31/2008 | WOUP | AI | 1398588 | 97.44 | 97.44 | 08/13/08-Plumbing/3995490 |
| FA767 | 03D | 456631 | 00067336 | 10/31/2008 | 10/31/2008 | WOUP | AI | 1398589 | 97.44 | 97.44 | 08/13/08-Plumbing/4000200 |
| FA767 | 03D | 456631 | 00067336 | 10/31/2008 | 10/31/2008 | WOUP | AI | 1398593 | 125.22 | 125.22 | 08/13/08-Leak - Other/401 |
| FA767 | ANT01 | 456631 | 00067336 | 10/31/2008 | 10/31/2008 | WOUP | AI | 1398604 | 280.32 | 280.32 | 08/14/08-Plumbing/40706501 |
| FA767 | 14A | 456631 | 00067336 | 10/31/2008 | 10/31/2008 | WOUP | AI | 1399943 | 89.81 | 89.81 | 10/30/08-Lighting/4226916 |
| FA767 | 15A | 456631 | 00067336 | 11/1/2008 | 11/1/2008 | ELRI | RD | 1396147 | 506.08 | 34.56 | Rent Inclusion Elec Reimb (C) |
| FA767 | 16A | 456631 | 00067336 | 11/1/2008 | 11/1/2008 | ELRI | RD | 1396147 | 1,111.38 | 75.9 | Rent Inclusion Elec Reimb (C) |
| FA767 | 03D | 456631 | 00067336 | 11/17/2008 | 11/17/2008 | WOUP | AI | 1405011 | 19.92 | 19.92 | 11/05/08-Keys/428809763 |
| FA767 | 03A | 456631 | 00067336 | 11/17/2008 | 11/17/2008 | WOUP | AI | 1405242 | 18.77 | 18.77 | 11/12/08-Keys/434921073 |
| FA767 | 14A | 456631 | 00067336 | 11/17/2008 | 11/17/2008 | WOUP | AI | 1405256 | 89.31 | 89.31 | 11/13/08-Other/434612963 |
| FA767 | 14A | 456631 | 00067336 | 11/17/2008 | 11/17/2008 | WOUP | AI | 1405260 | 89.31 | 89.31 | 11/13/08-Door Repairs/436 |
| FA767 | 15A | 456631 | 00067336 | 11/17/2008 | 11/17/2008 | WOUP | AI | 1405261 | 178.6 | 178.6 | 11/13/08-Leak- Other/4359 |
| FA767 | 15A | 456631 | 00067336 | 11/17/2008 | 11/17/2008 | WOUP | AI | 1405286 | 93.04 | 93.04 | 11/13/08-Plumbing/4106954 |
| FA767 | 16A | 456631 | 00067336 | 11/17/2008 | 11/17/2008 | WOUP | AI | 1405302 | 89.31 | 89.31 | 11/13/08-Plumbing/4298602 |
| FA767 | | 456631 | 00067336 | 11/17/2008 | 11/17/2008 | WOUP | AI | 1405305 | 89.31 | 89.31 | 11/13/08-Plumbing/4310461 |
| FA767 | | 456631 | 00067336 | 11/17/2008 | 11/17/2008 | WOUP | AI | 1405310 | 89.31 | 89.31 | 11/13/08-Other/432007005 |
| FA767 | | 456631 | 00067336 | 11/17/2008 | 11/17/2008 | WOUP | AI | 1405317 | 89.31 | 89.31 | 11/13/08-Plumbing/4334639 |
| FA767 | | 456631 | 00067336 | 11/17/2008 | 11/17/2008 | WOUP | AI | 1405320 | 89.31 | 89.31 | 11/13/08-Plumbing/4328090 |
| FA767 | | 456631 | 00067336 | 11/17/2008 | 11/17/2008 | WOUP | AI | 1405322 | 89.31 | 89.31 | 11/13/08-Plumbing/4324062 |
| FA767 | | 456631 | 00067336 | 11/26/2008 | 11/26/2008 | WOUP | AI | 1407599 | 136.1 | 136.1 | 11/19/08-Lighting/4314761 |
| FA767 | | 456631 | 00067336 | 11/26/2008 | 11/26/2008 | WOUP | AI | 1407602 | 157.95 | 157.95 | 11/19/08-Lighting/4253054 |
| FA767 | 03D | 456631 | 00067336 | 12/1/2008 | 12/1/2008 | ELRI | RD | 1403239 | 506.08 | 34.56 | Rent Inclusion Elec Reimb (C) |
| FA767 | 03A | 456631 | 00067336 | 12/1/2008 | 12/1/2008 | ELRI | RD | 1403239 | 1,111.38 | 75.9 | Rent Inclusion Elec Reimb (C) |
| FA767 | ANT01 | 456631 | 00067336 | 12/8/2008 | 12/8/2008 | UC | RU | 183258 | -229,464.72 | -215.56 | Ck#2378590 ? Apply 12/08 Rent |
| FA767 | | 456631 | 00067336 | 12/16/2008 | 12/16/2008 | WOUP | AI | 1418440 | 351.79 | 351.79 | 11/19/08-Door Repairs/Las |
| FA767 | | 456631 | 00067336 | 12/16/2008 | 12/16/2008 | WOUP | AI | 1418924 | 120.46 | 120.46 | 12/08/08-Lighting/4319876 |
| FA767 | | 456631 | 00067336 | 12/16/2008 | 12/16/2008 | WOUP | AI | 1419008 | 336.1 | 336.1 | 12/08/08-Locks/436663374 |
| FA767 | | 456631 | 00067336 | 12/16/2008 | 12/16/2008 | WOUP | AI | 1419138 | 89.31 | 89.31 | 12/12/08-Cleaning/The 1st |
| FA767 | 16A | 456631 | 00067336 | 12/24/2008 | 12/24/2008 | LINT | RI | 1420648 | 1,531.40 | 14.34 | Late Interest |

| Building | Unit | Tenant | Lease | G/L Date | Invoice Date | G/L Offset | Doc Type | Document Number | Gross Amount | Open Amount | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FA767 | ANT01 | 456631 | 00067336 | 12/29/2008 | 12/29/2008 | UC | RU | 183968 | -666,233.52 | -215.56 Ck#2380647? Apply 1/09OperRent |
| FA767 | | 456631 | 00067336 | 12/31/2008 | 12/31/2008 | WOUP | AI | 1422368 | 89.31 | 89.31 12/15/08-Plumbing/Can som |
| FA767 | | 456631 | 00067336 | 12/31/2008 | 12/31/2008 | WOUP | AI | 1422721 | 89.31 | 89.31 12/24/08-Locks/Please hav |
| FA767 | 03A | 456631 | 00067336 | 1/1/2009 | 1/1/2009 | ELRI | RD | 1416609 | 1,111.38 | 75.9 Rent Inclusion Elec Reimb (C) |
| FA767 | | 456631 | 00067336 | 1/15/2009 | 1/15/2009 | WOUP | AI | 1425869 | 97.44 | 97.44 01/07/09-Plumbing/Can som |
| FA767 | 16A | 456631 | 00067336 | 1/16/2009 | 1/16/2009 | LINT | RI | 1427006 | 597.04 | 53.19 Late interest |
| FA767 | ANT01 | 456631 | 00067336 | 1/27/2009 | 1/27/2009 | UC | RU | 185222 | -666,233.52 | -215.56 Ck#2383184 ? Apply 2/09 Rent |
| FA767 | 01A | 456631 | 00067336 | 1/29/2009 | 1/29/2009 | RTPY | RN | 1427990 | 3,407.55 | 3,407.55 July-Dec'08 FY09 RTAX True-Up |
| FA767 | 03A | 456631 | 00067336 | 1/29/2009 | 1/29/2009 | RTPY | RN | 1427990 | 1,263.46 | 1,263.46 July-Dec'08 FY09 RTAX True-Up |
| FA767 | 03D | 456631 | 00067336 | 1/29/2009 | 1/29/2009 | RTPY | RN | 1427990 | 854.33 | 854.33 July-Dec'08 FY09 RTAX True-Up |
| FA767 | 14A | 456631 | 00067336 | 1/29/2009 | 1/29/2009 | RTPY | RN | 1427990 | 14,628.98 | 14,628.98 July-Dec'08 FY09 RTAX True-Up |
| FA767 | 15A | 456631 | 00067336 | 1/29/2009 | 1/29/2009 | RTPY | RN | 1427990 | 14,628.98 | 14,628.98 July-Dec'08 FY09 RTAX True-Up |
| FA767 | 16A | 456631 | 00067336 | 1/29/2009 | 1/29/2009 | RTPY | RN | 1427990 | 14,628.98 | 14,628.98 July-Dec'08 FY09 RTAX True-Up |
| FA767 | | 456631 | 00067336 | 1/30/2009 | 1/30/2009 | WOUP | AI | 1429063 | 97.44 | 97.44 01/13/09-Plumbing/Toilet |
| FA767 | | 456631 | 00067336 | 1/30/2009 | 1/30/2009 | WOUP | AI | 1429669 | 89.31 | 89.31 01/28/09-Door Repairs/Jam |
| FA767 | 03A | 456631 | 00067336 | 2/1/2009 | 2/1/2009 | ELRI | RD | 1424475 | 5,494.00 | 75.9 Rent Inclusion Elec Reimb (C) |
| FA767 | 01A | 456631 | 00067336 | 2/2/2009 | 2/2/2009 | RTAX | RD | 1433050 | 5,494.00 | 1,404.41 Feb-09 Real Estate Taxes |
| FA767 | 01A | 456631 | 00067336 | 2/2/2009 | 2/2/2009 | RTAX | RD | 1433050 | 2,037.06 | 1,404.41 Jan-09 Real Estate Taxes |
| FA767 | 03A | 456631 | 00067336 | 2/2/2009 | 2/2/2009 | RTAX | RD | 1433050 | 2,037.06 | 520.73 Feb-09 Real Estate Taxes |
| FA767 | 03A | 456631 | 00067336 | 2/2/2009 | 2/2/2009 | RTAX | RD | 1433050 | 2,037.06 | 520.73 Jan-09 Real Estate Taxes |
| FA767 | 03D | 456631 | 00067336 | 2/2/2009 | 2/2/2009 | RTAX | RD | 1433050 | 1,377.43 | 352.11 Feb-09 Real Estate Taxes |
| FA767 | 03D | 456631 | 00067336 | 2/2/2009 | 2/2/2009 | RTAX | RD | 1433050 | 1,377.43 | 352.11 Jan-09 Real Estate Taxes |
| FA767 | ANT01 | 456631 | 00067336 | 2/24/2009 | 2/24/2009 | UC | RU | 186500 | -187,614.80 | -12,678.31 Ck#2386372? Apply |
| FA767 | | 456631 | 00067336 | 2/27/2009 | 2/27/2009 | WOUP | AI | 1442087 | 89.31 | 89.31 02/25/09-Door Repairs/A c |
| FA767 | ANT01 | 456631 | 00067336 | 3/2/2009 | 3/2/2009 | UC | RU | 187117 | -586,796.40 | -456.6 Ck#2386547 ? Apply WaitdBackUp |
| FA767 | 16A | 456631 | 00067336 | 3/19/2009 | 3/19/2009 | LINT | RI | 1450541 | 1,517.22 | 1,517.22 Late interest |
| FA767 | ANT01 | 456631 | 00067336 | 3/30/2009 | 3/30/2009 | UC | RU | 188183 | -691,163.12 | -246.29 Ck#2389224Over 4/09 ELRI U#03A |
| FA767 | | 456631 | 00067336 | 3/31/2009 | 3/31/2009 | WOUP | AI | 1452535 | 98.94 | 98.94 01/30/09-Lighting/Please |
| FA767 | | 456631 | 00067336 | 3/31/2009 | 3/31/2009 | WOUP | AI | 1452564 | 98.94 | 98.94 02/13/09-Lighting/Long li |
| FA767 | 03D | 456631 | 00067336 | 4/1/2009 | 4/1/2009 | ELRI | RD | 1449347 | 506.08 | 506.08 Rent Inclusion Elec Reimb (C) |
| FA767 | 14A | 456631 | 00067336 | 4/1/2009 | 4/1/2009 | OPER | RD | 1449347 | 8,880.00 | 125.33 Operating Costs |
| FA767 | 15A | 456631 | 00067336 | 4/1/2009 | 4/1/2009 | OPER | RD | 1449347 | 8,880.00 | 125.33 Operating Costs |
| FA767 | 16A | 456631 | 00067336 | 4/1/2009 | 4/1/2009 | OPER | RD | 1449347 | 8,880.00 | 125.33 Operating Costs |
| FA767 | 01A | 456631 | 00067336 | 4/1/2009 | 4/1/2009 | RTAX | RD | 1449347 | 5,494.00 | 1,404.41 Real Estate Taxes |
| FA767 | 03A | 456631 | 00067336 | 4/1/2009 | 4/1/2009 | RTAX | RD | 1449347 | 2,037.06 | 305.18 Real Estate Taxes |
| FA767 | 03D | 456631 | 00067336 | 4/1/2009 | 4/1/2009 | RTAX | RD | 1449347 | 1,377.43 | 352.11 Real Estate Taxes |
| FA767 | 01A | 456631 | 00067336 | 4/2/2009 | 4/2/2009 | AIRC | RD | 1453706 | 2,019.41 | 758.35 Feb-09 Air Conditioning |
| FA767 | 01A | 456631 | 00067336 | 4/2/2009 | 4/2/2009 | AIRC | RD | 1453706 | 2,019.41 | 758.35 Jan-09 Air Conditioning |
| FA767 | 03A | 456631 | 00067336 | 4/2/2009 | 4/2/2009 | AIRC | RD | 1453706 | 748.75 | 748.75 Apr-09 Air Conditioning |
| FA767 | 03A | 456631 | 00067336 | 4/2/2009 | 4/2/2009 | AIRC | RD | 1453706 | 748.75 | 748.75 Feb-09 Air Conditioning |
| FA767 | 03A | 456631 | 00067336 | 4/2/2009 | 4/2/2009 | AIRC | RD | 1453706 | 748.75 | 748.75 Jan-09 Air Conditioning |
| FA767 | 03D | 456631 | 00067336 | 4/2/2009 | 4/2/2009 | AIRC | RD | 1453706 | 506.3 | 275.65 Feb-09 Air Conditioning |
| FA767 | 03D | 456631 | 00067336 | 4/2/2009 | 4/2/2009 | AIRC | RD | 1453706 | 506.3 | 275.65 Jan-09 Air Conditioning |
| FA767 | 16A | 456631 | 00067336 | 4/16/2009 | 4/16/2009 | LINT | RI | 1458203 | 1,080.50 | 1,080.50 Late interest |
| FA767 | ANT01 | 456631 | 00067336 | 4/27/2009 | 4/27/2009 | UC | RU | 189478 | -691,163.12 | -246.3 Ck#2392324 Over 5/09ELRI U#03A |
| FA767 | ANT01 | 456631 | 00067336 | 4/28/2009 | 4/28/2009 | UC | RU | 189486 | -89.31 | -89.31 Wire 4/28/09 ? Apply |
| FA767 | 03A | 456631 | 00067336 | 5/1/2009 | 5/1/2009 | AIRC | RD | 1455278 | 748.75 | 748.75 Air Conditioning |
| FA767 | 14A | 456631 | 00067336 | 5/1/2009 | 5/1/2009 | ELRI | RD | 1455278 | 8,665.83 | 591.83 Rent Inclusion Elec Reimb (C) |
| FA767 | 15A | 456631 | 00067336 | 5/1/2009 | 5/1/2009 | ELRI | RD | 1455278 | 8,665.82 | 591.82 Rent Inclusion Elec Reimb (C) |

| Building | Unit | Tenant | Lease | G/L Date | Invoice Date | G/L Offset | Doc Type | Document Number | Gross Amount | Open Amount | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FA767 | 16A | 456631 | 00067336 | 5/1/2009 | 5/1/2009 | ELRI | RD | 1455278 | 8,665.82 | 591.82 | Rent Inclusion Elec Reimb (C) |
| FA767 | 03D | 456631 | 00067336 | 5/1/2009 | 5/1/2009 | ELRI | RD | 1455278 | 506.08 | 506.08 | Rent Inclusion Elec Reimb (C) |
| FA767 | 14A | 456631 | 00067336 | 5/1/2009 | 5/1/2009 | OPER | RD | 1455278 | 8,880.00 | 125.33 | Operating Costs |
| FA767 | 15A | 456631 | 00067336 | 5/1/2009 | 5/1/2009 | OPER | RD | 1455278 | 8,880.00 | 125.33 | Operating Costs |
| FA767 | 16A | 456631 | 00067336 | 5/1/2009 | 5/1/2009 | OPER | RD | 1455278 | 8,880.00 | 125.34 | Operating Costs |
| FA767 | 01A | 456631 | 00067336 | 5/1/2009 | 5/1/2009 | RTAX | RD | 1455278 | 5,494.00 | 1,404.41 | Real Estate Taxes |
| FA767 | 03A | 456631 | 00067336 | 5/1/2009 | 5/1/2009 | RTAX | RD | 1455278 | 2,037.06 | 305.18 | Real Estate Taxes |
| FA767 | 03D | 456631 | 00067336 | 5/1/2009 | 5/1/2009 | RTAX | RD | 1455278 | 1,377.43 | 352.11 | Real Estate Taxes |
| | | 456631 | 00067336 | 5/15/2009 | 5/15/2009 | WOUP | AI | 1466479 | 89.31 | 89.31 | 04/24/09-Restroom/Soap di |
| | | 456631 | 00067336 | 5/15/2009 | 5/15/2009 | WOUP | AI | 1466659 | 89.31 | 89.31 | 05/04/09-Other/Can you pl |
| | | 456631 | 00067336 | 5/15/2009 | 5/15/2009 | WOUP | AI | 1466796 | 89.31 | 89.31 | 05/07/09-Plumbing/A toile |
| | | 456631 | 00067336 | 5/15/2009 | 5/15/2009 | WOUP | AI | 1466830 | 97.44 | 97.44 | 05/08/09-Plumbing/our lad |
| | | 456631 | 00067336 | 5/15/2009 | 5/15/2009 | WOUP | AI | 1466837 | 1,889.79 | 1,889.79 | 05/11/09-Lighting/Lightin |
| | | 456631 | 00067336 | 5/15/2009 | 5/15/2009 | WOUP | AI | 1466838 | 1,889.79 | 1,889.79 | 05/11/09-Lighting/Lightin |
| | | 456631 | 00067336 | 5/18/2009 | 5/18/2009 | UC | RU | 190381 | -691,163.12 | -246.3 | Ck#2394565 Over 6/09ELRI UH03A |
| | | 456631 | 00067336 | 5/21/2009 | 5/21/2009 | UC | RU | 190458 | -89.31 | -89.31 | GM Wire 5/21/09 ? Apply |
| | | 456631 | 00067336 | 5/31/2009 | 5/31/2009 | WOUP | AI | 1472030 | 89.31 | 89.31 | 05/14/09-Plumbing/Clogged |
| FA767 | 03A | 456631 | 00067336 | 6/1/2009 | 6/1/2009 | AIRC | RD | 1464915 | 748.75 | 748.75 | Air Conditioning |
| FA767 | 14A | 456631 | 00067336 | 6/1/2009 | 6/1/2009 | ELRI | RD | 1464915 | 8,665.83 | 591.83 | Rent Inclusion Elec Reimb (C) |
| FA767 | 15A | 456631 | 00067336 | 6/1/2009 | 6/1/2009 | ELRI | RD | 1464915 | 8,665.82 | 591.82 | Rent Inclusion Elec Reimb (C) |
| FA767 | 16A | 456631 | 00067336 | 6/1/2009 | 6/1/2009 | ELRI | RD | 1464915 | 8,665.82 | 591.82 | Rent Inclusion Elec Reimb (C) |
| FA767 | 03D | 456631 | 00067336 | 6/1/2009 | 6/1/2009 | ELRI | RD | 1464915 | 506.08 | 506.08 | Rent Inclusion Elec Reimb (C) |
| FA767 | 14A | 456631 | 00067336 | 6/1/2009 | 6/1/2009 | OPER | RD | 1464915 | 8,880.00 | 125.33 | Operating Costs |
| FA767 | 15A | 456631 | 00067336 | 6/1/2009 | 6/1/2009 | OPER | RD | 1464915 | 8,880.00 | 125.33 | Operating Costs |
| FA767 | 16A | 456631 | 00067336 | 6/1/2009 | 6/1/2009 | OPER | RD | 1464915 | 8,880.00 | 125.34 | Operating Costs |
| FA767 | 01A | 456631 | 00067336 | 6/1/2009 | 6/1/2009 | RTAX | RD | 1464915 | 5,494.00 | 1,404.41 | Real Estate Taxes |
| FA767 | 03A | 456631 | 00067336 | 6/1/2009 | 6/1/2009 | RTAX | RD | 1464915 | 2,037.06 | 305.18 | Real Estate Taxes |
| FA767 | 03D | 456631 | 00067336 | 6/1/2009 | 6/1/2009 | RTAX | RD | 1464915 | 1,377.43 | 352.11 | Real Estate Taxes |
| FA767 | 16A | 456631 | 00067336 | 6/17/2009 | 6/17/2009 | LINT | RI | 1479588 | 1,170.42 | 1,170.42 | Late Interest |
| | | 456631 | 00067336 | 6/17/2009 | 6/17/2009 | WOUP | AI | 1477626 | 115.77 | 115.77 | 05/29/09-Locks/Can you pl |
| | | 456631 | 00067336 | 6/17/2009 | 6/17/2009 | WOUP | AI | 1477639 | 1,196.46 | 1,196.46 | 06/09/09-Security/Extra s |
| | | 456631 | 00067336 | 6/17/2009 | 6/17/2009 | WOUP | AI | 1478014 | 89.31 | 89.31 | 06/08/09-Plumbing/Can you |
| | | 456631 | 00067336 | 6/29/2009 | 6/29/2009 | UC | RU | 192141 | -691,163.12 | -246.3 | Ck#2392324 Over 7/09ELRI UH03A |
| | | 456631 | 00067336 | 6/30/2009 | 6/30/2009 | WOUP | AI | 1480835 | 89.31 | 89.31 | 06/04/09-Locks/The door i |
| | | 456631 | 00067336 | 6/30/2009 | 6/30/2009 | WOUP | AI | 1480843 | 97.44 | 97.44 | 06/05/09-Restroom/The wat |
| | | 456631 | 00067336 | 6/30/2009 | 6/30/2009 | WOUP | AI | 1481037 | 95.95 | 95.95 | 06/24/09-Ceiling Tile/Can |
| FA767 | 03A | 456631 | 00067336 | 7/1/2009 | 7/1/2009 | AIRC | RD | 1476414 | 748.75 | 748.75 | Air Conditioning |
| FA767 | 14A | 456631 | 00067336 | 7/1/2009 | 7/1/2009 | ELRI | RD | 1476414 | 8,665.83 | 591.83 | Rent Inclusion Elec Reimb (C) |
| FA767 | 15A | 456631 | 00067336 | 7/1/2009 | 7/1/2009 | ELRI | RD | 1476414 | 8,665.82 | 591.82 | Rent Inclusion Elec Reimb (C) |
| FA767 | 16A | 456631 | 00067336 | 7/1/2009 | 7/1/2009 | ELRI | RD | 1476414 | 8,665.82 | 591.82 | Rent Inclusion Elec Reimb (C) |
| FA767 | 03D | 456631 | 00067336 | 7/1/2009 | 7/1/2009 | ELRI | RD | 1476414 | 506.08 | 506.08 | Rent Inclusion Elec Reimb (C) |
| FA767 | 14A | 456631 | 00067336 | 7/1/2009 | 7/1/2009 | OPER | RD | 1476414 | 8,880.00 | 125.33 | Operating Costs |
| FA767 | 15A | 456631 | 00067336 | 7/1/2009 | 7/1/2009 | OPER | RD | 1476414 | 8,880.00 | 125.33 | Operating Costs |
| FA767 | 16A | 456631 | 00067336 | 7/1/2009 | 7/1/2009 | OPER | RD | 1476414 | 8,880.00 | 125.34 | Operating Costs |
| FA767 | 01A | 456631 | 00067336 | 7/1/2009 | 7/1/2009 | RTAX | RD | 1476414 | 5,494.00 | 1,404.41 | Real Estate Taxes |
| FA767 | 03A | 456631 | 00067336 | 7/1/2009 | 7/1/2009 | RTAX | RD | 1476414 | 2,037.06 | 305.18 | Real Estate Taxes |
| FA767 | 03D | 456631 | 00067336 | 7/1/2009 | 7/1/2009 | RTAX | RD | 1476414 | 1,377.43 | 352.11 | Real Estate Taxes |

TOTAL: 185,738.17

GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden (GK-9610)
Counsel to 767 Fifth Partners LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                       :        Chapter 11
                                             :
MOTORS LIQUIDATION COMPANY, *et al.*         :        Case No. 09-50026 (REG)
                                             :        (Jointly Administered)
                        Debtors.             :
-------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

I, Gregory O. Kaden, hereby certify that on this 3rd day of August, 2009, I caused

to be served a copy of the ***Protective Response of 767 Fifth Partners LLC to Notice of:***

***(I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired***

***Leases of Personal Property and Unexpired Leases of Nonresidential Real Property***

***and (II) Cure Amounts Related Thereto*** on the parties set forth on the attached Service

List via the Court's ECF system or first class mail, postage prepaid, as indicated.


                                    /s/ Gregory O. Kaden
                                    Gregory O. Kaden, Esq. (GK-9610)
                                    GOULSTON & STORRS, P.C.
                                    400 Atlantic Avenue
                                    Boston, MA  02110-3333
                                    Tel:  (617) 482-1776
                                    Fax:  (617) 574-4112

Service List

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>(Attn: Warren Command Center,<br>Mailcode 480-206-114)<br>(via first class mail) | Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinksy, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Counsel to the Debtors*<br>*(via ECF)* |
| Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220<br>(via first class mail) | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>*Counsel to the Purchaser*<br>(via ECF) |
| Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, NY 10019<br>(via ECF)<br>*Counsel to Export Development Canada* | Diana G. Adams, Esq.<br>Office of the United States Trustee<br>  For the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, NY 1004<br>(via ECF) |
| Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(via ECF)<br>*Counsel to the Official Committee of*<br>*Unsecured Creditors* | |

GSDOCS\1929765