Michael C. Lambert, Esq.
GILMARTIN, POSTER & SHAFTO LLP
845 Third Avenue, 18th Floor
New York, New York  10022
(212) 425-3220
*Attorneys for Compania Sud Americana*
  *de Vapores S.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
In re                                                            :   Chapter 11

                                                                 :   Case No. 09-50026 (REG)

MOTORS LIQUIDATION COMPANY.,    :   Jointly Administered
et al.,
                                                                 :
                                    Debtors.                     **CERTIFICATE OF SERVICE**
---------------------------------------------------------- x

      The undersigned hereby certifies that on the 3rd day of August 2009 he caused the Notice of Withdrawal of Limited Objection of Compania Sud Americana de Vapores S.A. to Debtors' Proposed Assumption and Assignment of Certain Executory Contracts and the Cure Amounts Related Thereto [Docket No. 1128] to be served (a) by its filing on July 31, 2009 to all parties receiving notice via the Court's ECF system and (b) by first class mail, postage prepaid, as indicated on the attached service list.

Dated:  August 3, 2009

                                          /s/ Michael C. Lambert_____

{00023122.DOC}

## SERVICE LIST

Office of the U.S. Trustee for the
  Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York  10004
Attention:   Diana G. Adams, Esq.

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025
Attention:   Warren Command Center
             Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attention:   Harvey Miller, Esq.
             Stephen Karotkin, Esq.
             Joseph H. Smolinsky, Esq.

Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York  10281
Attention:   John J. Rapisardi, Esq.

U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW, Room 2312
Washington, DC  20220
Attention:   Matthew Feldman, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York  10019
Attention:   Michael J. Edelman, Esq.
             Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
Attention:   Gordon Z. Novod, Esq.

{00023122.DOC}