**MASUDA, FUNAI, EIFERT & MITCHELL, LTD.**
Rein F. Krammer, Esq.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
Tel.:  (312) 245-7500
Fax:  (312) 245-7467
rkrammer@masudafunai.com

*Attorneys for MBL (USA) Corp., MBL (USA) Corporation and Mitsuboshi Belting Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| | : | |
| IN RE: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS | : | |
| CORPORATION, et al., | : | Case No. 09-50026  (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | x | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF MBL (USA) CORP., MBL (USA) CORPORATION AND MITSUBOSHI BELTING LTD. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN ADDITIONAL EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

**PLEASE  TAKE  NOTICE** that MBL (USA) Corp., MBL (USA) Corporation and Mitsuboshi Belting Ltd. (collectively, "MBL"), by and through their undersigned counsel hereby withdraw their Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Additional Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto (the "Cure Notice"), which was originally filed on June 12, 2009 [Docket No. 864] which has now been resolved with the Debtors.

Dated: Chicago, Illinois
       August 3, 2009

**MASUDA, FUNAI, EIFERT & MITCHELL, LTD.**

By:    /s/ Rein F. Krammer
       Rein F. Krammer, Esq.
       203 N. LaSalle Street, Suite 2500
       Chicago, IL 60601-1262
       Tel: (312) 245-7500
       Fax: (312) 245-7467
       rkrammer@masudafunai.com

       *Attorneys for MBL (USA) Corp., MBL (USA)*
       *Corporation and Mitsuboshi Belting Ltd.*

RFK:kam
N:\SYS08\2100\Lit\0334 Notice of Withdraw of Limited Objection of Assume Executory Contracts (MBL).doc