Dear Judge,

I am retire from Delphi and I am asking that you make GM stand up to there agreement for us. I stand to loose not only my income, , my health care, my home and everything I have worked for the past 34 years. How can you with on swoop take away all I am? I am trying to comprehend how this can happen. How can I become a ward of the state and you say this is fair.?

Before you take any step on a decision think of all the families you are impacting by taking away our lives. I left with the assumption that this agreement could not be broken and now they say you can let them ruin all of our lives?

How will I pay my utilities, eat, have health care, have any transportation, or even exist on what you want to do. They said that money was assured. How can they make money overseas and throw Americans away who has given there lives to the company with a promise and now you want to throw us to the dogs. Please if you want to put your head down on the pillow at night and think you can sleep when you have ruined our lives by letting these big corporations getting away with this. Please I am asking in behalf of my self and my families and all the other retires that you please see the effects of ruin that this will put on us, our community's and the government as we become wards of the state. Please make your decision wisely for we need to hold these people accountable to what they have promised.

I thank you for your time and consideration and hope that you help the workers instead of the big company's that have promised and to keep there promises made to us for all we have given them it is time that they are held responsible.

Thank You,

Kenneth and Donna Ondash
330-793-4907
330-507-2158

Please feel free to call

