# D. W. GRIFFITH, INC.

JULY 22, 2009

US Bankruptcy Court for the State of NY
One Bowling Green
New York, NY 10004

Re: General Motors Corp.

NOTICE OF WITHDRAWL OF OBJECTIONS

Please take note that D.W. Griffith, Inc. hereby withdraws their cure objection filed on June 11, 2009 in reference to General Motors Corp.

Said objection has been resolved and withdrawn.

Thank you.

Respectfully submitted.

*[signature]*
D. W. Griffith, Inc.
Don Griffith
President

**RECEIVED**
JUL 27 2009
U.S. BANKRUPTCY COURT, SDNY

| 100 PHILA PIKE | PHONE  | (302) 762-1241 |
| SUITE B        | FAX    | (302) 762-1405 |
| WILM, DE 19809 | E-MAIL | WILMARDON@AOL.COM |