SCOTT A. WOLFSON (MI P53194)
ANTHONY J. KOCHIS (MI P72020)
Admitted *Pro Hac Vice*
**WOLFSON BOLTON PLLC**
3150 Livernois Rd., Suite 275
Troy, MI 48083
Telephone:  (248) 247-7103
Facsimile:  (248) 247-7099
E-Mail:  swolfson@wolfsonbolton.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | | |
| **f/k/a General Motors Corp.,** *et al.* | : | **Case No. 09-50026 (REG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
-------------------------------------------------------------------------x

### WITHDRAWAL OF LEN INDUSTRIES, INC.'S OBJECTIONS TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO

Len Industries, Inc. ("**Len**") and Debtors having entered into a July 31, 2009 Stipulation

And Agreed Order With Respect To The Withdrawal Of Cure Objections Filed In Connection

With Debtors' Assumption And Assignment Of Certain Executory Contracts, Len hereby

withdraws its Limited Objection To Notice Of (I) Debtors' Intent To Assume And Assign

Certain Executory Contracts And (II) Cure Costs Related Thereto [Docket No. 987] and its

Amended Limited Objection To Notice Of (I) Debtors' Intent To Assume And Assign Certain

Executory Contracts And (II) Cure Costs Related Thereto [Docket No. 2514].

Respectfully Submitted,

WOLFSON BOLTON PLLC
*Attorneys for Len*

Dated: August 3, 2009

By:    /s/ Anthony J. Kochis
     Scott A. Wolfson (MI P53194)
     Anthony J. Kochis (MI P72020)
3150 Livernois Rd., Suite 275
Troy, MI 48083
Telephone: (248) 247-7105
Facsimile: (248) 247-7099
E-Mail: akochis@wolfsonbolton.com