UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| MOTORS LIQUIDATION CO.., et al., | : | 09-50026(REG) |
| | : | |
| Debtors, | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTIONS OF THREAD INFORMATION DESIGN, INC. TO PROPOSED CURE AMOUNT CONTAINED IN NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE COSTS RELATED THERETO

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

The Debtors and Thread Information Design, Inc. (Thread) have resolved the Cure Amount dispute raised in the Limited Objections of Thread to Proposed Cure Amount Contained in Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases and (II) Cure Costs Related Thereto (the "Limited Objection") [Docket 1021], the Amendment thereto [Docket 2685] and the Motion to Strike Related thereto [Docket 3129] pursuant to that certain Letter Agreement between the parties dated August 3, 2009 (the "Letter Agreement").  Pursuant and subject to the terms of the Letter Agreement, Thread hereby withdraws the Limited Objection provided however that it reserves all rights in laws and equity, including the right to re-assert the Objection, pending the Purchaser's payment of the mutually agreed cure amount set forth in the Letter Agreement.

        Respectfully submitted,

        /s/ Gerald L. Mills
        Gerald L. Mills, Esq., Counsel for
        Thread Information Design, Inc.
        Kroncke, Darcangelo Sutter and Furey
        2255 West Laskey Rd.
        Toledo, Ohio 43613
        Phone 419-473 1346
        email: gerald.mills@bex.net

### **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that the foregoing Motion was served upon the following person(s) via electronic transmission on the 3rd day of August, 2009: Honorable Robert E. Gerber, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408; General Motors Corporation, Attn: Warren Command Center, Mailcode 480-206-114,Cadillac Bldg., 30009 Van Dyke Ave., Warren, MI 48090-9025; Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq., Weil, Gotshal & Manges, LLP., 767 Fifth Ave., New York, NY 10153; Matthew Feldman, Esq., US Treasury, 1500 Pennsylvania Ave. NW, Room 2312, Washington, D.C. 20220; John J. Rapisardi, Esq., Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281; Michael J. Edelman, Esq., and Michael L. Schein, Esq., Vedder Price, P.C., 1633 Broadway, 47th Floor, New York, NY 10019; Gordon Novod, Esq., 1177 Avenue of the Americas, New York, NY 10086: and Diana G. Adams, Esq., Office of the United States Trustee for the Southern District of New York, 33 Whitehall St., 21st Floor, New York, NY 10004.

        /s/ Gerald L. Mills
        Gerald L. Mills, Esq.