**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                              :        Chapter 11
                                                    :
GENERAL MOTORS CORP., *et al.*,                     :        Case No. 09-50026 (REG)
                                                    :
                              Debtors               :        Jointly Administered
                                                    :
---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF OBJECTION OF TEXTRON INC. TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO**

Textron Inc., by and through its attorneys, Foley & Lardner LLP, hereby withdraws the Objection Of Textron Inc. To Assumption And Assignment Of Certain Executory Contracts And Cure Amounts Related Thereto (Docket No. 1457 filed on June 15, 2009) and the Objection Of Textron Inc. To Assumption And Assignment Of Certain Executory Contracts And Cure Amounts Related Thereto (Docket No. 2515 filed June 25, 2009).

Dated:   August 3, 2009                FOLEY & LARDNER LLP

                                       /s/ Frank W. DiCastri
                                       _____

                                       Scott T. Seabolt
                                       500 Woodward Avenue, Suite 2700
                                       Detroit, Michigan 48226
                                       Telephone: (313) 234-7100
                                       Facsimile: (313) 234-2800

                                       Frank W. DiCastri
                                       777 East Wisconsin Avenue
                                       Milwaukee, Wisconsin  53202
                                       Telephone: (414) 271-2400
                                       Facsimile: (414) 297-4900
                                       *Attorneys for Textron Inc.*

DETR_1255997.1