

**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

July 02, 2009

The Garden City Group, Inc.
GM Claims Agent,
P.O. Box 9386,
Dublin, OH 43017-4286

Re: General Motors Corporation, et al., Debtors vs. Tenneco Automotive Operation Company Inc

Case No. 09-50026 (REG)

Dear Sir/Madam:

We are herewith returning the Final Orders which we received regarding the above captioned matter.

Tenneco Automotive Operation Company Inc is not listed on our records or on the records of the State of DE.

Very truly yours,

Scott LaScala
Section Head Process

Log# 515085831

cc: New York Southern District US Bankruptcy Court
Hamilton U.S. Custom House,
1 Bowling Green,
6th Floor,
New York, NY 10004-1408



RECEIVED
JUL 28 2009
U.S. BANKRUPTCY COURT, SDNY