Law Offices of Martin Eisenberg
50 Main Street
Suite 1000
White Plains, New York  10606
me@martineisenberglaw.com
(914) 682-2044
(914) 682-7784 (fax)

*Attorney for Voith AG and Premier
Manufacturing Support Services, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                       :
                                                             :    Chapter 11
                                                             :
GENERAL MOTORS CORP., *et al.*                               :    Case Nos. 09-50026 (REG)
                                                             :
                                              Debtors.       :    Jointly Administered
                                                             :
-------------------------------------------------------------x

### WITHDRAWL OF OBJECTION OF VOITH AG AND PREMIER MANUFACTURING SUPPORT SERVICES, INC. TO PROPOSED CURE AMOUNTS

Voith AG ("Voith") and its affiliate, Premier Manufacturing Support Services, Inc. ("Premier"), by and through their undersigned counsel, filed their Objection to Proposed Cure Amounts (Docket No. 743) (the "Objection"). Voith and Premier hereby withdraw the Objection, without prejudice, based on a letter agreement with General Motors, dated July 31, 2009, setting the appropriate amount of Voith and Premiere's cure claims (the "Letter Agreement"). Voith and Premiere hereby reserve all rights in the event prompt payment of the agreed-upon cure amount is not made as set forth in the Letter Agreement.

Dated: White Plains, New York
       August 3, 2009                                             Respectfully Submitted,


                                                                  */s/ Martin Eisenberg*

Law Offices of Martin Eisenberg
50 Main Street
Suite 1000
White Plains, New York  10606

Attorney for Voith AG and Premier
Manufacturing Support Services, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Objection of Voith AG and Premier Manufacturing Services, Inc. to Proposed Cure Amounts was served this 3rd day of August, 2009, upon the following parties by first class mail:

| | |
|---|---|
| The Debtors<br>c/o General Motors Corporation<br>Attn:  Warren Command Center<br>        Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan  48090 | Cadwalader, Wickersham & Taft LLP<br>Attn:  John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, New York  10281<br>*Attorneys for the Purchaser* |
| Weil, Gotshal & Manges LLP<br>Attn:  Harvey R. Miller, Esq.<br>        Stephen Karotkin, Esq.<br>        Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, New York  10153<br>*Attorneys for the Debtors* | Vedder Price, P.C.<br>Attn:  Michael J. Edelman, Esq.<br>        Michael L. Schein, Esq.<br>47th Floor<br>1633 Broadway<br>New York, New York  10019<br>*Attorneys for Export Development Canada* |
| United States Treasury<br>Attn:  Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C.  20220 | United States Trustee<br>Attn:  Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |

*/s/ Martin Eisenberg*

735551.1