**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

July 02, 2009

The Garden City Group, Inc.
GM Claims Agent,
P.O. Box 9386,
Dublin, OH 43017-4286

Re: General Motors Corporation, et al., Debtors vs. Tenneco Automotive Operation Company Inc

Case No. 09-50026 (REG)

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Dura Automotive Systems Cable Operations, Inc..

Accordingly, we are returning the documents received from you.

Very truly yours,

Scott LaScala
Section Head Process

Log# 515085857



RECEIVED
JUL 28 2009
U.S. BANKRUPTCY COURT, SDNY

cc: New York Southern District US Bankruptcy Court
    Hamilton U.S. Custom House,
    1 Bowling Green,
    6th Floor,
    New York, NY 10004-1408