7242 Hunters Creek Rd.

Holland, New York 14080

Tuesday, July 14, 2009

Honorable Judge Robert Gerber

U.S. Bankruptcy Court

Southern District of New York

300 Quarropas St.

WhitePlains, NY 10601-4150



Dear Sir:

I am a workingman who has invested in a General Motors Bond. GM has talked about bankruptcy for months, and my broker has told me I should receive notice in the mail. I have been having mail forwarded to me here and watching legal notices in the Wall Street journal; yet I have had no notice as to where to submit my claim for the debt GM owes to me. I hope I have the correct address.

I seek to recover my pricipal and interest, and wish to be paid in legal tender(not in GM stock). I am not an attorney; it is my understanding that Chapter 11 does not mean GM no longer has to pay me back.

I am sending this petition to your court in hopes of recovering my investment, and trusting you to do what is right under the law. Please keep me informed on what you do to my investment.

I anticipate being in western New York for some time. Please communicate with me by U.S. Mail at the address above.

Respectfully,

*Scott L. Sleeper*

Scott L. Sleeper
one GM Bondholder

|  |  |
|---|---|
| SCOTT L. SLEEPER <br> - bondholder <br><br> vs. <br><br> GENERAL MOTORS CORPORATION <br> - debtor in bankruptcy | July 14, 2009 <br> U.S. Bankruptcy Court of Southern <br> District of New York State. <br><br> Judge Robert Gerber |

COMES NOW, Scott L. Sleeper, bondholder and creditor to General Motors Corporation,

PETITIONING the court to recover investment, and does Stipulate as follows:

1) Scott L. Sleeper did purchase 15,000 Euros of General Motors Corporation debt (cusip U37044AQ4) on May 18, 2007.

2) Scott L. Sleeper still holds this bond and provides partial copies of his Morgan-Stanley brokerage statements from May and June of 2009 to support these stipulations.

3) On May 31, 2009, the exchange rate was $1.4154682/Euro, and the accrued interest amounted to 989.16 Euro, making total face value equal to 15,989.16 Euro, equals $22,632.15.

4) General Motors Corporation has not paid the annual interest payable on July 3, 2009.

5) Scott L. Sleeper has received no written notice of General Motors Corporation filings in bankruptcy court, and has no knowledge of any motions, actions, or decisions of this court.

6) General Motors Corporation has defaulted on this bond by not paying interest on July 3, 2009.

7) Any Filings under Chapter 11 does not eliminate debt to the bondholder. General Motors still owes this debt to me.

Scott L. Sleeper maintains that General Motors Corporation owes debt under terms and conditions of this bond and applicable law.

Scott L. Sleeper PRAYS TO THE COURT FOR RELIEF AS FOLLOWS:

a Writ of Execution mandating General Motors Corporation to pay $22,632.15 in legal tender to the account of Scott L. Sleeper (Account Number 571 ███540 ███) at Morgan Stanley brokerage.

Scott L. Sleeper-bondholder

*[signature]*

# Morgan Stanley

SCOTT L SLEEPER
HC01 BOX 475

**ACTIVE ASSETS ACCOUNT®**
FOR MONTH ENDING MAY 31, 2009

Account Number
571-###-640

PAGE 3 OF 18

## Corporate Fixed Income**

| Corporate Bonds | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|
| | | $677.25 | 0.2% | $1,539 | 227.28% | $1,400.13 | |
| 15,000 GENERAL MOTORS 7.250% ANNUAL JUL DUE 07/03/13 | 4.515 | 677.25 | 0.2% | 1,539 | 227.28% | 1,400.13 | MOODY C  S&P C  ISSUE 07/03/03  CUSIP U37044AQ4 |
| FX Rate  1.4154692   EUR | 3.189 | 478.46 | | 1,087 | | 989.16 | |
| **Total Corporate Fixed Income** | | **$677.25** | **0.2%** | **$1,539** | **227.28%** | **$1,400.13** | |

**The "Current Price" and "Value" figures shown for fixed income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

004238 2/10

**Morgan Stanley SmithBarney**

SCOTT L SLEEPER
HC01 BOX 475

**ACTIVE ASSETS ACCOUNT ®**
*FOR MONTH ENDING JUNE 30, 2009*

Account Number
571-███-540

PAGE 3 OF 17

## Corporate Fixed Income**

### Corporate Bonds

| | Current Price | Value | Pct of Assets | Est Yrly Income | Current Yield | Accruing Interest | Additional Information |
|---|---|---|---|---|---|---|---|
| 15,000 GENERAL MOTORS 7.250% ANNUAL JUL DUE 07/03/13 IN DEFAULT | 16.656 | 2,498.40 | 0.7% | 0 | 0.00% | 0.00 | MOODY C    S&P D  ISSUE 07/03/03  CUSIP D37044AQ4 |
| FX Rate  1.4026623  EUR | 11.874 | 1,781.18 | | 0 | | | |

### Total Corporate Fixed Income
$2,498.40    0.7%    0    0.00%    0.00

**The "Current Price" and "Value" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.