BODMAN LLP
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR WAHLER
AUTOMOTIVE SYSTEMS, INC., WAHLER
METALURGICA LTDA, AND GUSTAV
WAHLER GMBH

**UNITED STATES BANKRUPTCY COURT**    x
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors.    x | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION BY WAHLER AUTOMOTIVE SYSTEMS, INC., WAHLER METALURGICA LTDA, AND GUSTAV WAHLER GMBH TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO**

The limited objection of Wahler Automotive Systems, Inc., Wahler Metalurgica Ltda, and Gustav Wahler GmbH filed on June 15, 2009 at Docket #1155 to Debtors' assignment notice filed in connection with Debtors' sale motion is withdrawn.

BODMAN LLP

By:   / s /   Colin T. Darke
      Colin T. Darke (P68294)
Counsel for Wahler Automotive Systems, Inc.,
Wahler Metalurgica Ltda, and Gustav Wahler
GmbH
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7585

August 3, 2009        cdarke@bodmanllp.com

Detroit_944189_1