Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

*J.L. French Automotive Castings, Inc.*
*Nelson Metal Products LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ---------------------------------------------------------x | : | |
| In Re: | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** | : | |
| **f/k/a GENERAL MOTORS CORP.,** *et al.,* | : | **09-50026 (REG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | **Hon. Robert E. Gerber** |
| ---------------------------------------------------------x | | |

## WITHDRAWAL OF LIMITED OBJECTION

The Limited Objection by J.L. French Automotive Castings, Inc. and Nelson Metal Products LLC to Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto, filed by Mary Kay Shaver on June 15, 2009, at Docket No. 1043, is hereby withdrawn.

Respectfully submitted,

Varnum LLP

Dated: August 3, 2009    By:    /s/ Mary Kay Shaver
                                 Mary Kay Shaver (P-60411)
                                 Business Address:
                                 Bridgewater Place
                                 P. O. Box 352
                                 Grand Rapids, MI 49501-0352
                                 (616) 336-6000
                                 mkshaver@varnumlaw.com

Doc No. 2811806