Judy B. Calton, Esq.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7344
Facsimile: (313) 465-7345

*Special Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In Re**                                                    :    Chapter 11
                                                             :
**MOTORS LIQUIDATION COMPANY** (f/k/a                        :    Case No. 09-50026 (REG)
General Motors Corp.), et al.,                               :    (Jointly Administered)
                                                             :
        Debtors.                                             :    Hon. Robert E. Gerber
                                                             :
-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Judy B. Calton, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Motors Liquidation Company (f/k/a General Motors Corp.), *et al.* in the above referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan, and of the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

My address is:    Judy B. Calton
                  Honigman Miller Schwartz and Cohn LLP
                  2290 First National Building
                  660 Woodward Avenue
                  Detroit, MI 48226
                  Telephone: (313) 465-7344
                  Facsimile: (313) 465-7345
                  Email: jcalton@honigman.com

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
Special Counsel for Motors Liquidation Company (f/k/a General Motors Corp.), *et al.*

Dated: August 4, 2009      By:    /s/ Judy B. Calton
        Judy B. Calton (Michigan Bar No. P38733)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI  48226
        Telephone:  (313) 465-7344
        Facsimile:  (313) 465-7345
        Email:  jcalton@honigman.com

DETROIT.3785984.1

Judy B. Calton, Esq.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7344
Facsimile: (313) 465-7345

*Special Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In Re** : Chapter 11
: 
**MOTORS LIQUIDATION COMPANY** (f/k/a : Case No. 09-50026 (REG)
General Motors Corp.), et al., : (Jointly Administered)
: 
Debtors. : Hon. Robert E. Gerber
: 
------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Judy B. Calton, to be admitted, ***pro hac vice***, to represent Motors Liquidation Company (f/k/a General Motors Corp.), *et al.*, in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan, it is hereby

**ORDERED**, that Judy B. Calton, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____          /s/ _____
                            UNITED STATES BANKRUPTCY JUDGE
_____, New York

DETROIT.3786009.1