VENABLE LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 307-5500
Edward A. Smith

-and-

VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400
Darek S. Bushnaq

*Counsel to GXS, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                        :
In re:                                  :    Chapter 11
                                        :
GENERAL MOTORS CORP., *et al.*,         :    Case No. 09-50026 (REG)
                                        :
                     Debtors.           :    Jointly Administered
                                        :
---------------------------------------------------------x

**GXS INC.'S WITHDRAWAL OF OBJECTION TO PROPOSED CURE AMOUNT**

GXS, Inc., formerly known as Global eXchange Services, Inc. ("GXS"), by and through undersigned counsel, files this withdrawal of its objection and amended objection (together, the "Objection") to the proposed cure amount for GXS' executory contract with General Motors Corp. (the "Debtor") filed on June 25, 2009 [Docket No. 2571] and June 29, 2009 [Docket No. 2742] respectively and respectfully states as follows:

1. GXS hereby withdraws its Objection. This withdrawal is based upon the Debtor's payment of approximately $160,000 of the approximately $240,000

due to GXS since the time the Objection was filed, the forthcoming additional payment by the Debtor of approximately $40,000, and an agreed-upon treatment of the approximately $40,000 remaining amount.

Dated: New York, New York
      August 4, 2009

Respectfully submitted,

VENABLE LLP

By:   */s/ Edward A. Smith*
Edward A. Smith
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 983-3850
Facsimile:   (212) 307-5598

-and-

Darek S. Bushnaq
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7867

*Counsel to GXS, Inc.*