**MATTA BLAIR, PLC**
**4145 Dublin Dr., Suite # 100**
**Bloomfield Hills, Michigan 48302**
Steven A. Matta
Kellie M. Blair
(248)593-6100
smatta@mattablair.com
kblair@mattablair.com

**Attorneys for the Charter Township of Ypsilanti, Michigan**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                      :
In re:                                :    Chapter 11
                                      :
General Motors Corporation,           :    Case No. 09-50026 (REG)
                                      :
            Debtor.                   :
------------------------------------- x

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST FOR NOTICE
### ON BEHALF OF CHARTER TOWNSHIP OF YPSILANTI

NOW COMES Kellie M. Blair, and hereby withdraws her Entry of Appearance Pro Hac Vice and Request for Notice on behalf of Charter Township of Ypsilanti, Michigan, in the above referenced case, filed on June 23, 2009, (Doc #2339).

                                                Respectfully submitted,

                                                MATTA BLAIR, PLC

                By:   /s/ Kellie M. Blair
                         Kellie M. Blair (P58642)
                         Attorneys for Ypsilanti Township, Michigan
                         4145 Dublin Dr., Suite #100
                         Bloomfield Hills, Michigan 48302
                         (248)593-6100/(248)593-6116 Fax
Dated: August 4, 2009            kblair@mattablair.com

# CERTIFICATE OF SERVICE

STATE OF MICHIGAN    )
                     )SS
COUNTY OF OAKLAND    )

      The undersigned hereby certifies that on August 4, 2009, a true and correct copy of the Notice of Withdrawal of Appearance and Request for Notice on Behalf of Charter Township of Ypsilanti was served via the U.S. Postal Service, first class mail upon the following parties, and through the CM/ECF System for the United States Bankruptcy Court for the Southern District of New York:

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281 |
| Cleary Gottlieb Steen & Hamilton LLP<br>Attn: James L. Bromley, Esq.<br>One Liberty Plaza<br>New York, NY 10006 | Cohen, Weiss and Simon LLP<br>Attn: Babette Ceccotti, Esq.<br>330 W. 42nd Street<br>New York, NY 10036 |
| Vedder Price, P.C.<br>Attn: Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | Office of the United States Trustee<br>for the Southern District of New York<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall St., 21st Floor<br>New York, NY 10004 |

      By:   /s/ Kellie M. Blair
              Kellie M. Blair (P58642)