UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

JUL 30 2009

----------------------------------------X
In re                                   :  Chapter 11
                                        :
                                        :  Case No. 09-50026 (REG)
                                        :
GENERAL MOTORS CORP., et al.,           :  (Jointly Administered)
                                        :
        Debtors.                        :
----------------------------------------X

## CERTIFICATE OF SERVICE

    I CERTIFY that on July 27, 2009, I caused the "APPLICATION FOR EX PARTE RELIEF ENTRY - NUNC PRO TUNC - TO DEBTORS UNNOTICED AMENDED SALES ORDER APPROVAL (I) AUTHORIZING SALE OF ASSETS PURSUANT TO AMENDED AND RESTATED MASTER SALE AND PURCHASE AGREEMENT WITH NGMCO, INC., A U.S. TREASURY-SPONSORED PURCHASER; (II) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE; AND (III) GRANTING RELATED RELIEF THAT INCLUDES THE AMENDED MOTION APPLICATION OF APPLICANT/PETITIONER LAFONZA EARL WASHINGTON PURSUANT TO THE FED.R.BK.P. RULES 4001(d)(3) AND (4) INCLUDING THE FED.R.CIV.P. RULES 70, 77, 79, AND TITLE 11 U.S.C. §§ 363 AND 541" and mailed to the Debtors at:

    General Motors Corporation
    Frederick A. Henderson
    President and Chief Executive Officer
    300 Renaissance Center
    Detroit, MI  48265-3000

        and

\* \*  Location of Principal assets of Business Debtor

    WEIL, GOTSHAL & MANGES LLP
    Harvey R. Miller
    Stephen Karotkin
    Joseph H. Smolinsky
    767 Fifth Avenue
    New York, New York  10153
    Tel:  212.310.8000
    Fax:  212.310.8007

United States Bankruptcy Court
Clerk of the Bankruptcy Court
Vito Genna
One Bowling Green
New York, New York  10004


 I CERTIFY that the foregoing statements made by me are true to the best of my information, knowledge and belief, under penalty of perjury.


Dated: Flint, Michigan
       July 26, 2009

By: Lafonza Earl Washington
    Applicant/Petitioner
    7010 Cranwood Drive
    Flint, MI  48505
    Tel: 810.922.0308