Andrew Goldman, Esq. (AG 1010)
James Millar, Esq. (JM 6091)
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230 8800

**Counsel for GfK Custom Research, LLC**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re**

**GENERAL MOTORS CORP**, *et al*.,

**Debtors**

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

---

# NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO CURE AMOUNT OF GFK CUSTOM RESEARCH, LLC

GfK Custom Research, LLC, by and through its undersigned counsel, hereby gives notice of its withdrawal of the *Limited Objection to Cure Amount*, filed on June 26, 2009, in the above-captioned case [Docket No. 2600].

Dated: August 4, 2009
New York, New York

/s/ Andrew Goldman
Andrew Goldman
WILMER CUTLER PICKERING
    HALE & DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230 8800

US1DOCS 7252977v1

## **CERTIFICATE OF SERVICE**

I, Andrew Goldman, hereby certify that on August 4, 2009, I caused a copy of the foregoing **Notice of Withdrawal of Limited Objection to Cure Amount of GfK Custom Research, LLC** to be served upon the parties listed on the attached Service List by first class mail, postage pre-paid, and to be served through the Court's electronic noticing system (ECF).

/s/ Andrew Goldman

Andrew Goldman
WILMER CUTLER PICKERING
 HALE & DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230 8800

US1DOCS 7252977v1

# SERVICE LIST

i.  General Motors Corp
(The Debtors)
30009 Van Dyke Avenue
Warren, MI 480-9025
Attention: Warren Command Center, Mail code 480-206-114

ii.  Weil, Gotshal & Manges, LLP
(Attorneys for the Debtors)
767 Fifth Avenue
New York, NY 10153
Attention: Harvey R. Miller, Esq., Stephen Karotkin, Esq., Joseph H. Smolinsky, Esq.

iii.  The US Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attention: Matthew Feldman, Esq.

iv.  Cadwalader, Wickersham & Taft, LLP
(Attorneys for the Purchaser)
One World Financial Center
New York, NY 10281
Attention: John J. Rapisardi, Esq.

v.  Miller, Johnson, Snell & Cumminskey, PLC
(Attorneys for the Creditors' Committee)
250 Monroe Avenue
Suite 800
Grand Rapids, MI 49503
Attention : Robert D. Wolford

vi.  Kramer, Levin Maftalis & Frankel LLP
(Attorneys for the Committee of Unsecured Creditors)
1177 Avenue of the Americas
New York, NY 11036
Attention: Gordon Z. Novod

vii.  Vedder Price, P.C.
(Attorneys for Export Development, Canada)
1633 Broadway
47th Floor
New York, NY 10019
Attention: Michael J. Edelman, Esq., Micheal L. Schein, Esq.

viii.  Office of the United States Trustee for the Southern District of NY
33 Whitehall Street
21st Floor
New York, NY 10004
Attention: Dianna G. Adams, Esq.

US1DOCS 7252977v1