Walter Benzija, Esq.
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100
*Counsel to UTi United States, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF UTi UNITED STATES, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL <u>REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO</u>**

**PLEASE TAKE NOTICE** that by letter agreement dated July 27, 2009 (the "<u>Letter Agreement</u>") UTi United States, Inc. ("<u>UTi</u>") and the Debtors have resolved UTi's Objection and Reservation of Rights to the Notice of Debtors' Intent To Assume And Assign Certain Executory Contracts And Cure Amounts Related Thereto (Docket No. 2359) (the "<u>Objection</u>"). Pursuant to the terms of the Letter Agreement, UTi withdraws its Objection.

Dated: New York, New York
August 5, 2009

        **HALPERIN BATTAGLIA RAICHT, LLP**
        *Counsel to UTi United States, Inc.*

        By: _____*/s/ Walter Benzija*_____
        Walter Benzija, Esq.
        555 Madison Avenue – 9th Floor
        New York, New York 10022
        (212) 765.9100
        Email: wbenzija@halperinlaw.net

{00082289.1 \ 0638-000}