Smith, Gambrell & Russell, LLP
Beth N. Kibel, Esq. (BK-1826)
250 Park Avenue, Suite 1900
New York, New York 10177
Telephone: (212) 907-9700
Facsimile: (212) 907-9800

Counsel to Atlas Oil Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| GENERAL MOTORS CORP., et al., | : Case No. 09-50026 (REG) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

**WITHDRAWAL OF CURE OBJECTION OF ATLAS OIL COMPANY PURSUANT TO SECTION 365(b)(1) OF THE BANKRUPTCY CODE TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Atlas Oil Company ("Atlas"), by and through its undersigned counsel, hereby withdraws the *Cure Objection of Atlas Oil Company Pursuant to Section 365(b)(1) of the Bankruptcy Code to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto,* filed on June 24, 2009, docket no. 2466.

Dated: August 5, 2009
    New York, New York

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP

_/s/ Beth N. Kibel_
Beth N. Kibel, Esq. (BK-1826)
250 Park Avenue
New York, New York 10177
(212) 907-9700
*Counsel for Atlas Oil Company*