Angela Z. Miller, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York 10022
Tel. 212-759-4888
Fax. 212-308-9079

-and-

3400 HSBC Center
Buffalo, New York 14203
Tel. 716-847-8400
Fax. 716-852-6100
Attorneys for Toro Energy of Indiana, LLC
and Toro Energy of Michigan, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., et al. | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

―――――――――――――――――――――

### WITHDRAWAL OF LIMITED OBJECTION OF
### TORO ENERGY OF INDIANA, LLC AND TORO ENERGY OF MICHIGAN, LLC
### TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND
### ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES
### OF PERSONAL PROPERTY AND UNEXPIRED LEASES
### OF NONRESIDENTIAL REAL PROPERTY AND
### <u>(II) CURE AMOUNTS RELATED THERETO</u>

Toro Energy of Indiana, LLC ("Toro Indiana") and Toro Energy of Michigan, LLC

("Toro Michigan") (collectively, "Toro Energy"), by their undersigned counsel, hereby withdraw

the Limited Objection of Toro Energy to the Notice of (I) Debtors' Intent to Assume and Assign

Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of

Nonresidential Real Property and (II) Cure Amounts Related Thereto dated June 22, 2009

(Docket Nos. 2160 and 2592).

Dated:  August 5, 2009
       Buffalo, New York

                      PHILLIPS LYTLE LLP

                      By     /s/ Angela Z. Miller
                          Angela Z. Miller
                          Allan L. Hill
            Suite 3400
            One HSBC Center
            Buffalo, New York  14203-2887
            Telephone No. (716) 847-8400
              and
            437 Madison Avenue, 34th Floor
            New York, New York  10022
            Tel. 212-759-4888

Doc # 01-2309771.1