Angela Z. Miller, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York   10022
Tel. 212-759-4888
Fax. 212-308-9079

-and-

3400 HSBC Center
Buffalo, New York 14203
Tel. 716-847-8400
Fax. 716-852-6100
Attorneys for A.W. Farrell & Son Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., et al. | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

———————————————————

## WITHDRAWAL OF LIMITED OBJECTION OF A.W. FARRELL & SON INC. TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

A.W. Farrell & Son Inc. and its wholly owned subsidiary Jameson Roofing Co., Inc.

(collectively, "AWF"), by its undersigned counsel, hereby withdraws the Limited Objection of

A.W. Farrell & Son Inc. to the Notice of (I) Debtors' Intent to Assume and Assign Certain

Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of

Nonresidential Real Property and (II) Cure Amounts Related Thereto dated June 12, 2009

(Docket No. 696).

Dated:  August 5, 2009
       Buffalo, New York

                PHILLIPS LYTLE LLP


                By    /s/ Angela Z. Miller           
                      Angela Z. Miller
                      Allan L. Hill
                Suite 3400
                One HSBC Center
                Buffalo, New York  14203-2887
                Telephone No. (716) 847-8400
                 and
                437 Madison Avenue, 34th Floor
                New York, New York   10022
                Tel. 212-759-4888

Doc # 01-2309804.1