Angela Z. Miller, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York  10022
Tel. 212-759-4888
Fax. 212-308-9079

-and-

3400 HSBC Center
Buffalo, New York 14203
Tel. 716-847-8400
Fax. 716-852-6100
Attorneys for A.W. Farrell & Son Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., et al., | Case No. 09-50026 (REG) |
|  | (Jointly Administered) |
| Debtors. | |

_____

## CERTIFICATE OF SERVICE

      I, Jayne A. Hahn, being at all times over 18 years of age, hereby certify that a true and correct copy of the Withdrawal of Limited Objection of A.W. Farrell & Son Inc. to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto was caused to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and by e-mail to counsel to the Debtors.

Dated: August 5, 2009
      Buffalo, New York

                                                                               /s/ Jayne A. Hahn
                                                                               Jayne A. Hahn

Doc # 01-2309806.1