Mary W. Koks
State Bar No. 04856800
Federal Bar No. 02409
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002
Telephone:  713–222–4030
Facsimile:  713–222–1475
Email:  mkoks@munsch.com
Attorney for JIS Performing
Party Group

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | § | |
| --- | --- | --- |
|  | § | **Chapter 11 Case No.** |
| **GENERAL MOTORS CORP., ET AL** | § | **09-50026 (REG)** |
|  | § | |
| Debtors. | § | **(Jointly Administered)** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel to BASF Corporation, Bristol-Myers Squibb Company, Columbian Chemicals Company, Glenn Springs Holdings, Inc., Shell Oil Company, Textron, Inc. and Trane US Inc./Ingersoll Rand (collectively "JIS Performing Party Group"), pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, request that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served in this bankruptcy case, be served upon JIS Performing Party Group by and through service on the following counsel:

Mary W. Koks
**MUNSCH HARDT KOPF & HARR, P.C.**
700 Louisiana, Suite 4600
Houston, Texas  77002
Telephone: (713) 222–4030
Facsimile:  (713) 222–1475
mkoks@munsch.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby further requests that the Debtors and their counsel, any duly constituted committee(s) and their counsel, the United States Trustee, and the Clerk of the Court, and all parties filing a notice of appearance herein place the undersigned's name and address on any mailing matrix to be prepared or existing in the above referenced bankruptcy case.

Respectfully submitted,

MUNSCH HARDT KOPF & HARR, P.C.

By:   */s/ Mary W. Koks*
Mary W. Koks
State Bar No. 04856800
Fed Bar No. 02409
700 Louisiana, Suite 4600
Houston, Texas 77002-2732
Tel: (713) 222-4030
Fax: (713) 222-1475

ATTORNEY FOR JIS PERFORMING PARTY GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2009, a true and correct copy of the above and foregoing was served by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/s/ Mary W. Koks*
Mary W. Koks