RACINE & ASSOCIATES
Marie T. Racine
211 W. Fort, Ste. 500
Detroit, MI 48226-3489
Telephone: (313) 961-8930
Facsimile: (313) 961-8945

*Attorneys for Applied Handling, Inc.*

**UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK**

_____

In re: Chapter 11
:
GENERAL MOTORS CORP., et al.,:                                  Case No. 09-50026 (REG)
:
Debtors :                                                       Jointly Administered
:

_____

**NOTICE OF WITHDRAWAL OF OBJECTION OF APPLIED
HANDLING, INC., TO ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO**

PLEASE TAKE NOTICE that Applied Handling, Inc., by its undersigned counsel, hereby withdraws the OBJECTION OF APPLIED HANDLING, INC., TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO dated June 15, 2009 (Docket No. 1374).

Dated: August 5, 2009

                                                                RACINE & ASSOCIATES

                                                                By: /s/ Marie T. Racine_____
                                                                    Marie T. Racine
                                                                    211 W. Fort St., Ste. 500
                                                                    Detroit, MI 48226
                                                                    Telephone: (313) 961-8930
                                                                    Facsimile: (313) 961-8945
                                                                    E-mail: mracine@racinelaw.us

                                                                *Attorneys for Applied Handling ,Inc.*