**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re                                                    Chapter 11

GENERAL MOTORS CORP, *et al.*                            Case No. 09-50026 (REG)

     Debtors.                                          (Jointly Administered)

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

    Ligee Gu, being duly sworn, deposes and says:

    I am not a party to the action.  I am over the age of eighteen years and reside in New York, New York.

    On August 5, 2009, I served a copy of the document listed below by causing true and correct copies of the same to be sent via First-Class, United States mail, postage prepaid, and to the persons listed on <u>Exhibit A</u> hereto:

*NOTICE OF WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF UTi UNITED STATES, INC.  TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO.*

                             */s/ Ligee Gu*
                             Ligee Gu

Sworn to before me this 5th
day of August, 2009

   */s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00082299.1 \ 0638-000}

## **Exhibit A**

Attn: Warren Command Center
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025

Harvey R. Miller, Esq.,
Weil Gotschal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania  Avenue, NW
Room 2312
 Washington, DC  20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Michael Edelman, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019

Diana G. Adams, Esq.
Office of the United States Trustee, SDNY
33 Whitehall Street, 21st Floor
New York, NY  10004

Thomas Moers Mayer
Kenneth H. Eckstein
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of Americas
New York, NY 10036