

# LOUIS PADNOS IRON & METAL COMPANY
### Secondary Metals and Fibres

July 23, 2009

Office of the Clerk of the Bankruptcy Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Chapter 11 Case
Case 09-50026 (REG)

To the Office of the Clerk,
Vito Genna

Louis Padnos Iron & Metal Company formally withdraws their objection in this matter. We have been able to get satisfactory answers and resolutions to our issue for objection.

Scott Wolters
On behalf of

Louis Padnos Iron & Metal Company
185 West 8th Street
Holland, Michigan 49423
616-796-7164



RECEIVED
JUL 27 2009
U.S. BANKRUPTCY COURT, SDNY

P.O. BOX 1979, HOLLAND, MICHIGAN 49422-1979 U.S.A.  616 396-6521  FAX 616 396-7789  www.padnos.com
THIS SHEET CONTAINS RECYCLED FIBRE