Gerrit M. Pronske
State Bar No. 16351640
PRONSKE & PATEL, P.C.
1700 Pacific Ave., Suite 2260
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com



**COUNSEL FOR BOYD BRYANT, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| GENERAL MOTORS CORPORATION, | § |
| *et al* | § |
| | §  CASE NO. 09-50026 (REG) |
| | § |
| Debtor. | §  Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gerrit M. Pronske, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Boyd Bryant, on behalf of himself and all others similarly situated, Plaintiff in that certain cause of action styled *Boyd Bryant, on Behalf Of Himself And All Others Similarly Situated vs General Motors Corporation, d/b/a Chevrolet, GMA, Cadillac, Buick and Oldsmobile*, and numbered CV-2005-51-2 in the Circuit Court of Miller County, Arkansas, in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Texas and, if applicable, the bar of the United State District Court for the Northern District of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*– PAGE 1**

Dated: July 22, 2009

                        Respectfully submitted,

                By: */s/ Gerrit M. Pronske*
                      Gerrit M. Pronske
                      Texas Bar No. 16351640
                      PRONSKE & PATEL, P.C.
                      1700 Pacific Avenue, Suite 2260
                      Dallas, Texas 75201
                      Telephone: 214.658.6500
                      Facsimile: 214.658.6509
                      Email: gpronske@pronskepatel.com

                      COUNSEL FOR BOYD BRYANT,
                      ON BEHALF OF HIMSELF AND ALL
                      OTHERS SIMILARLY SITUATED

Gerrit M. Pronske
State Bar No. 16351640
PRONSKE & PATEL, P.C.
1700 Pacific Ave., Suite 2260
Dallas, Texas 75201
(214) 658-6500 – Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com



**COUNSEL FOR BOYD BRYANT, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** § § **GENERAL MOTORS CORPORATION,** § *et al* § § **Debtor.** § § § | **Chapter 11** **CASE NO. 09-50026 (REG)** **Jointly Administered** |

## AFFIRMATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

GERRIT M. PRONSKE, an Attorney duly admitted to practice law in the State of Texas, hereby affirms as follows under penalty of perjury:

1. I am an Attorney of the law firm of:

    Name:        Pronske & Patel, P.C.

    Address:    1700 Pacific Avenue, Suite 2260

    Dallas, Texas 75201

    Telephone No. (214) 658-6500

2. I submit this affirmation in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3.  As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Texas and/or the U.S. District Court for the Northern District of Texas.

4.  There are no pending disciplinary proceedings against me in any State or Federal court.

5.  Wherefore, your affirmant respectfully requests that she be permitted to appear as counsel and advocate pro hac vice in this one case.

Dated: July 22, 2009.

Respectfully submitted,

By: _____
Gerrit M. Pronske
Texas Bar No. 16351640
PRONSKE & PATEL, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: gpronske@pronskepatel.com

COUNSEL FOR BOYD BRYANT,
ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| GENERAL MOTORS CORPORATION, et al | § § § § | CASE NO. 09-50026 (REG) |
| Debtor. | § § § | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion for Admission to Practice, to be admitted, *pro hac vice,* to represent Boyd Bryant, on behalf of himself and all others similarly situated ("the Client") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas, it is hereby

**ORDERED,** that Gerrit M. Pronske, Esq., is admitted to practice, *pro hac vice,* in the above-referenced case to represent Boyd Bryant, on behalf of himself and all others similarly situated, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE

ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* – PAGE 1

Dated: July 22, 2009

                              Respectfully submitted,

                    By:    /s/ Gerrit M. Pronske
                          Gerrit M. Pronske
                          Texas Bar No. 16351640
                          PRONSKE & PATEL, P.C.
                          1700 Pacific Avenue, Suite 2260
                          Dallas, Texas 75201
                          Telephone: 214.658.6500
                          Facsimile: 214.658.6509
                          Email: gpronske@pronskepatel.com

                          COUNSEL FOR BOYD BRYANT
                          ON BEHALF OF HIMSELF AND ALL
                          OTHERS SIMILARLY SITUATED