**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY<br>f/k/a General Motors Corp., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, J. Alex Kress, request admission, ***pro hac vice***, before The Honorable Robert E. Gerber, to represent Niject Services Company and KONE, Inc. (together, the "Clients"), parties-in-interest in the above-referenced case.

I certify that I am a member in good standing of the bar of the State of New Jersey and the bar of the U.S. District Court for the District of New Jersey.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:   August 4, 2009
         New York, New York

By:   /s/ J. Alex Kress
J. Alex Kress, Esq. (NJ Bar No. JK 7189)
RIKER DANZIG SCHERER
HYLAND PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
akress@riker.com
Tel.: (973) 538-0800
Fax.: (973) 538-1984

3970477.1