UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>　　MOTORS LIQUIDATION COMPANY.<br>　　f/k/a General Motors Corp., et al.,<br><br>　　　　　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the motion of J. Alex Kress, to be admitted *pro hac vice*, to represent Niject Services Company and KONE, Inc. (together, the "Clients"), parties-in-interest in the above-referenced case; and upon the movant's certification that the movant is a member in good standing of the bar of the State of New Jersey and the bar of the U.S. District Court for the District of New Jersey, it is hereby

**ORDERED**, that J. Alex Kress, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Clients in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2009
New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ROBERT E. GERBER, U.S.B.J.

3970480.1

8/4/09