ALBERT L BURDICK                                           PRO SE
4232 COUNTY ROAD 18
CANANDAGUIA, NY 14424                                      CHAPTER 11 CASE NO.
585-393-4997                                               09-50026
 PRO SE JURY REQUESTED                                     JOINTLY ADMINISTERED

**AMENDED** 7/21/2009


UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re

GENERAL MOTORS CORP., ET AL.,

DEBTORS



**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**


ITEMS ARE: EXHIBIT (S) A, B1, B2, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, V, W

EXHIBIT A:  THE CONSTITUTION
EXHIBIT B1: CHARTS WIKIPEDIA U.S. CENSUS FIGURES
EXHIBIT B2: CHARTS HOUSEHOLD DEBT
EXHIBIT C:  CHART FIGURE 5 PAGE 9
EXHIBIT D:  BERNANKE NO CRACKDOWN ON LENDING
EXHIBIT E   TITLE 29 SUBTITLE >A 1303
EXHIBIT F:  TITLE 29 SUBTITLE>D 1367
EXHIBIT G:  TITLE 29 SUBTITLE>B part 3 1083
EXHIBIT H:  TITLE 29 SUBTITLE> C 1341
EXHIBIT I:  TITLE 29 SUBTITLE> D 1369
EXHIBIT J:  TITLE 29 SUBTITLE>D 1362
EXHIBIT K:  TITLE 29 SUBTITLE D 1363
EXHIBIT L:  TITLE 29 SUBTITLE>D 1364
EXHIBIT: M  TITLE 29 SUBTITLE> B part 2 1054
EXHIBIT: N  TITLE 12 1828
EXHIBIT: O  TITLE 12 1820

EXHIBIT: P   CONGRESS REPEALS GLASS-STEAGALL ACT IN 1999 pg 1 para. 4
EXHIBIT: Q   ANTI TRUST LAW
EXHIBIT: R   TRAITIONAL COMPANY PENSIONS
EXHIBIT: S   PENSION PAYMENT PROOF
EXHIBIT: T   STATEMENT OFF NEW GM WEB SITE
EXHIBIT: U   INSPECTOR GENERAL FIRED
EXHIBIT: V   TITLE 29 SUBTITLE>D 1368
EXHIBIT: W   HISTORIC ECONOMIC DOWNTURNS

## *STATEMENT OF ISSUES*

PRESIDENT OBAMA TOOK AN OATH OR AFFIRMATION TO THE CONSTITUTION **EXHIBIT C ATRICLE II SECTION 1** BEFORE HE ENTERED ON THE EXECUTION OF HIS OFFICE. THERE IS ABSOLUTELY NO RIGHT OR AUTHORITY FOR THE EXECUTIVE BRANCH UNDER, **SECTION 2 OF THIS ARTICLE** OR ANY PLACE ELSE IN THE CONSTIUTION TO MAKE HUGE PURCHASES OF PRIVATE CORPORATIONS, WITHOUT CHECKS AND BALANCES.

PRESIDENT OBAMA IS A BIG SUPPORTER OF GLOBAL"FREE" TRADE, WHICH HAS, AND IS, DRIVING THE STANDARD OF LIVING DOWN, FOR 80% OF AMERICAN CITIZENS. SEE CHART **EXHIBIT C, PAGE 3**. THE OTHER 1% IS DOING VERY WELL. THIS GLOBAL "FREE" TRADE DOES NOT PROMOTE THE GENERAL WELFARE FOR THE PEOPLE. THE FIRST THREE WORDS, OF THE PREAMBLE, OF THE CONSTITUTION ARE: WE THE PEOPLE. IT IS NOT, "US THE PEOPLE", THE 1%. GLOBAL "FREE" TRADE, ITS FINANCIAL BASE, IT'S PROMOTION, AND SALVATION, MUST NOT TAKE A PRIORITY OVER, MAINTAINING THE INTEGRITY OF OUR CONSTITUTION.NEVER IN HISTORY OF THE UNITED STATES HAVE UNCONSTITUTIONAL MEASURES LIKE WHAT CONGRESS, FEDERAL RESERVE BOARD AND THE EXECUTIVE BRANCH ARE PARTAKING IN,BEEN EXECUTED. SEE **EXHIBIT W**.

THE TARP FUNDS **codified at 12 U.S.C. 5201**, ARE THE FUNDS THE EXECUTIVE BRANCH USES IN THIS SALE. THESE FUNDS ARE MASSIVE AND EQUAL 5% OF THE U. S. GDP. THIS IS BASICALLY A BLANK CHECK, ALLOWING THE SECRETARY OF THE TREASURY TO PURCHASE TROUBLED ASSETS AS PART OF THE EXECUTIVE BRANCH, WHERE <u>NO ONE CAN BE PROSECUTED, FOR ANY MISUSE OF TARP FUNDS THEREOF</u>. THIS IS AN OBSCENE VIOLATION OF THE CONSTITUTION. THE PRESIDENT AS THE HEAD OF THE EXECUTIVE BRANCH, HAS BY HIS POSITION, SOLE

AUTHORITY, IS DICTATOR, OF SAID FUNDS, OUR CONSTITUTION DOES NOT USE TRUST, OR ALLOW DICTATORS, BUT INSTEAD CHECKS AND BALANCES. **ARTICLE II SECTION 2, 3, 4** DOES NOT ALLOW THIS, INTRUSION INTO THE PRIVATE MARKET, WITH THE USE OF TAX PAYER MONEY, UNCHECKED. THE PRESIDENT CAN AUTHORIZE, AND/OR ON A WHIM BUY WHATEVER PRIVATE ENTITY HE SO DETRIMINES, A TROUBLED ASSET. THERE ARE NO CHECKS AND BALANCES, JUST TRUST. THIS VIOLATION OF THE CONSTITUTION SETS A PRECEDENT THAT CAN NOT STAND. THIS IS ALL IN THE NAME OF SALVAGING THE PRESENT GLOBAL "FREE" TRADE SYSTEM. THIS IS THE SAME SYSTEM THAT, ENRICHS A FEW, THE 1%, WHILE THE 80% LOSE.SEE **EXHIBIT C, B1, B2**, AND THE COSTS IS: OUR CONSTITUTION, OUR FREEDOM, AND OUR FORM OF GOVERNMENT. THIS ASSET SALE MADE POSSIBLE BY UTILIZATION OF THESE TARP FUNDS CAUSE ME INJURY, AND MUST NOT BE ALLOWED, THEY ARE UNCONSTITUTIONAL, AND THEREBY CAN NOT BE USED IN THIS SALE.

CAN ANY REASONABLE PERSON PROCLAIM THE "NEW"GM WILL SURVIVE FOR 1 YEAR 2 YEARS LET ALONE 20 OR 40 YEARS AND SUSTAIN ITS PENSION OBLIGATION TO ME IN THE PRESENT FORM. FEW, IF ANY FRUIT STAND ENTREPENEURS WOULD ACCEPT ITS STOCK, IF IT WERE NOW AVAILABLE, IN TRADE. THE INJURY FOR ME IS THE FORCE OF LAW TAKING AWAY AND SELLING OFF THE COLLATERAL OF MY EARNED, ACCRUED PENSION (30 YEARS OF SERVICE) IN THIS SALE OF THESE ASSETS WITHOUT CURE FOR ME.

CHECKS AND BALANCES, ARTICLE **III SECTION 2** OF THE CONSTITUTION STATES: "THE JUDICIAL POWER SHALL EXTEND TO ALL CASES, IN LAW AND EQUITY, ARISING UNDER THE CONSTITUTION". THIS IS HOW WONDERFUL, OUR CONSTITUTION IS, PROVIDING FOR, ALWAYS REQUIRING, THE CHECKS AND BALANCES THAT SUSTAIN OUR REPUBLIC. ALSO, **ARTICLE VI** REQUIRES THE JUDGES, AND ALL JUDICIAL OFFICERS IN EVERY STATE BE BOUND BY THE CONSTITUTION. THE JUDICAL BRANCH, LEGISLATIVE BRANCH, AND EXECUTIVE BRANCHS OF GOVERNMENT OVER SEEING EACH OTHER, FORM THE TREE OF OUR LIBERTY IN THE UNITED STATES OF AMERICA.

THE HOUSE OF REPRESENTATIVES VOTED IN THE TARP PROGRAM EVEN THOUGH 90% OF AMERICANS WERE SAYING, NO. THESE AMERICANS REALIZED THAT THESE "FREE" TRADE POLICIES, SEE, **EXHIBIT C.** ARE DESTROYING THE U.S. MANUFACTURING JOBS, AND THUS, THEIR,"THE PEOPLES", STANDARD OF LIVING. THIS ACTION TAKEN BY THE HOUSE OF REPRESENATIVES RUNS AGAINST THE PREAMBLE OF OUR CONSTITUTION, OF PROMOTING GENERAL WELFARE. **ARTICLE I SECTION 8** STIPULATES THE POWER OF CONGRESS, THE CONSTITUTION CLEARLY DOES NOT GIVE CONGRESS THE AUTHORITY TO MAKE FOR SUCH AN ABSURD LAW, THAT

ABDICATES THE CHECKS AND BALANCES THE CONSTITUTION DEMANDS, THUS, VIOLATING THERE DUTY AND RESPONSIBILITY, UNDER THE CONSTITUTION.

THE LAST PARAGRAPH OF **SECTION 8** STATES: "TO MAKE ALL LAWS WHICH SHALL BE NECESSARY AND PROPER FOR THE CARRYING INTO EXECUTION THE FORGOING POWERS, AND ALL OTHER POWERS VESTED IN THE CONSTITUTION, IN THE GOVERNMENT, OF THE UNITED STATES, OR IN ANY DEPARTMENT OR OFFICER THEREOF". THIS CERTAINLY DOES NOT MEAN PROVIDING A BLANK CHECK, OF SUCH GREAT MAGNITUDE, AND MAKING NO ONE ACCOUNTABLE FOR MISUSE OF THESE FUNDS, WHILE VIOLATING THE DELICATE CHECKS AND BALANCES THAT THE CONSTITUTION REQUIRES. THE USE OF THESE TARP PROGRAM FUNDS IN THIS SALE OF ASSETS, OR THE 363 TRANSACTION, STRIKES A SEVERE, FATAL, BLOWS TO OUR CONSTITUTION, AND IS NOT LEGAL.

NOW IF THIS SALE WERE TO GO FORWARD, COULD I BE LEFT IN CONFIDENCE THAT ERISA ALSO CONTROLLED BY THE PRESIDENT, WILL PROTECT MY PENSION IN CASE UTILIZATION OR OCCURANCES ENVOLVING ANY /ALL OF THE FOLLOWING U.S. CODE(S): **EXHIBITS ,E,F,G, H, I, J, K, LM,V SEE, TITLE 29 SUBTITLE C 1341,TERMINATION OF SINGLE-EMPLOYER PLANS, TITLE 29 SUBTITLE D 1362-LIABILITY FOR TERMINATION OF SINGLE-EMPLOYER PLANS UNDER A DISTRESS TERMINATION OR A TERMINATION BY CORPORATION, SUBTITLE 29 SUBTITLE D 1367 RECOVERY OF LIABILITY FOR PLAN TERMINATION, TITLE 29 SUBTITLE B part 3 1083 MINIMUM FUNDING STANDARDS FOR SINGLE-EMPLOYER DEFINED PENSION PLANS, TITLE 29 SUBTITLE A 1303 OPERATION OF A, CORPORATION, TITLE 29 TITLE 29 SUBTITLE D 1369, TITLE 29 SUBTITLE D 1362, TITLE 29 SUBTITLE D 1363, TITLE 29 SUBTITLE D 1364, ANY OTHER PERTINENT US CODES IN TITLE 29 SUBTITLE A,B,C, OR D.** EMPHATICALLY NO, WITH THE PRESIDENT BEING THE HEAD OF THE EXECUTIVE BRANCH OF GOVERNMENT IS IN CHARGE OF BOTH THE OWNER, AND THE POLICEMAN, OF PENSION OBLIGATION. THAT IS A DIRECT CONFLICT OF INTEREST. HE CAN FIRE, OR REPLACE ANYONE WHO DOES NOT DO WHAT HE ASKS. SEE **EXHIBIT U.** THESE TITLE 29 CODES. AFTER A SALE OF THESE ASSETS, BECOME TANGLED IN A DICTORIAL CONFLICT OF INTEREST.

I WAS LAID OFF FROM THE "OLD" GENERAL MOTORS DURING THE GAS CRISIS IN 1973. MANY OF US (THE WORKERS) WONDERED WHY GM WAS NOT GOING AFTER A LARGER PERCENT OF THE FUEL EFFICIENCY CAR MARKET. GM WAS BASICALLY GIVING THAT SHARE OF THE MARKET TO FOREIGN AUTO MAKERS, THIS WAS AND IS PROVING TO BE A FATAL MISTAKE, NOT JUST FOR GM , BUT FOR THE U.S. MANUFACTURING BASE

AND THE STANDARD OF LIVING IT PROVIDES AMERICANS. AFTER THE SALE OF "OLD" GM WAS APPROVED BY THE HONERABLE ROBERT E GERBER, THE CEO/PRESIDENT OF THE "NEW" GM FRITZ HENDERSON WAS ON ALL THE MAJOR NETWORKS. SEE **EXHIBIT T**, HE SAID: "DESPITE THE RECENT DOWNTURN, GM HAS MAINTAINED ITS CADENCE OF STRONG NEW PRODUCTS, IN THE U.S., FOR EXAMPLE, CHEVY CAMARO HAS SURGED PAST ITS RIVALS TO LEAD ITS SEGMENT,". THIS IS NOT A GAS EFFICIENT CAR, AND IS IN A MARKET SHARE THAT IS RAPIDLY ON ITS WAY TO DISTINCTION. THE OTHER VEHICLES HE MENTIONED ON THIS LIST WERE ALL (EXCEPT FOR THE $40,000 OVER PRICED VOLT) GAS INEFFICIENT, AND DINOSAUR REMNENTS OF THE "OLD" AUTO MARKET. HE DOES NOT GET IT. SINCE 1973 TO THE PRESENT "OLD" GM HAS LOST MASSIVE MARKET SHARE. WHO CAN HAVE ANY ASSURANCE THAT CEO HENDERSON WILL NOT CONTINUE DOWN THIS SAME PATH.

THE U. S. IS A REPRESENTATIVE GOVERNMENT. UNFORTUNATLY, THE 1% OF CITIZENS, WHOSE INCOMES ROSE RAPIDLY THE LAST 20 YEARS ARE MONOPOLIZING THIS REPRESENTATION. PRESIDENT CLINTON PUSHED THRU CONGRESS NAFTA, AND GATT WITH 75% OF AMERICAN CITIZENS AGAINST IT. HE ALSO MANAGED TO PUSH THROUGH CONGRESS A DECISION TO REPEAL THE GLASS-STEAGALL ACT OF 1933. SEE **EXHIBIT P**. PRESIDENT BUSH ALSO A BIG PROPONENT OF THIS "FREE TRADE" POLICY, PASSED MORE FREE TRADE AGREEMENTS AND PUSHED THRU TARP. HE SAID THE BANKS AND FINANCIAL GROUPS WERE: "TO BIG TO FAIL", YET THE PRESIDENTS, AND CONGRESS HAD, SEE **EXHIBIT Q** THE ANTI TRUST LAWS AND MUCH MORE U.S. CODE AT THEIR DISPOSIAL. SEE **EXHIBIT O** TITLE 12 1820 ADMINISTRATION OF CORPORATION, **EXHIBIT N** TITLE 12 1828 REGULATIONS GOVERNING INSURED DEPOSITORY INSTITUTIONS AND YET, THE GOVERNMENT HAVING THE LEGAL AND REGULATORY AUTHORITY, DID NOTHING TO PREVENT OR STOP THIS ECONOMIC CATSTROPHY.

THE LAISSEZ FAIRE ATTITUDE TOWARD THE BANKS, AND FINANCIAL INSTITUTIONS BY THE U. S. GOVERNMENT, PLUS, ITS ATTITUDE OF GLOBAL "FREE" TRADE AS A TOP PRIORITY, (MAKING WRECKAGE OF OUR CONSTITUTIONAL GOVERNMENT) CAUSED THIS DOWNTURN. WITH THIS GLOBAL "FREE" TRADE', CONSUMERISM BECAME 70% OF THE U. S. GDP, THIS IS THE FUEL FOR GLOBAL "FREE" TRADE. WITH GOOD PAYING MANUFACTURING JOBS GOING OVERSEAS (TAX LAWS ENCOURAGED THIS) AMERICAN CONSUMERS WERE ALMOST OUT OF PURCHASING POWER THE SAVINGS RATE WAS NEAR 0%. THE U. S. GOVERNMENT AND THE FEDERAL RESERVE WITH A HANDS OFF POLICY,ON REGULATION, ALLOWED BANKS, INSURANCE COMPANIES, FINANCIAL INSTITUTIONS,MORTGAGE INSTITUTIONS, FUND MANAGERS AND OTHERS FREE REIGN IN THE HOUSING MARKETS AND ALL ITS FINANCIAL, UNREGULATED, MUNIPULATIONS. THIS TRINKLED DOWN TO THE CONSUMER THRU

REFINANCING AND SPECULATION PUTTING MONEY IN HOME "OWNERS" POCKETS THRU THERE OWN SPECULATION, AND REFINANCING, CAUSING THEM "DEBT". THIS CAUSED A HUGE HOUSING BUBBLE. THESE, BANKS, INSURANCE COMPANIES, MORTGAGE COMPANIES, AND MOST OTHERS ON WALL STREET MADE MASSIVE WINDFALL PROFITS, BONUSES AND EARNINGS. EVEN THE FEDERAL STATE AND LOCAL GOVERNMENTS WERE REWARDED BY TAXING THIS INCOME. THIS MANUFACTURED BUBBLE CREATED MORE CONSUMERS BUYING AND THUS MORE FUEL, FOR GLOBAL "FREE" TRADE.

THE BUBBLE BURST, UNCOVERING MASSIVE FRAUD, BUT IT IS NOT SUPRISING THAT ALMOST NO ONE IS BEING PROSECUTED. WHO IS REALLY GUILTY? THE LAWS ARE ON THE BOOKS. THESE SAME GOVERNMENT OFFICIALS ARE NOW BUYING (PARTIALLY WITH MY TAX DOLLARS, AND/ OR FUTURE TAXES) "OLD" GM. THEN THEY WILL SELL OFF THE COLLATERAL THAT SUPPORTS AND GUARANTEES MY EARNED, ACCRUED PENSION. THIS IS DOUBLE JEOPARDY. IT WOULD BE A MISCARRAIGE OF JUSTICE TO ALLOW. I WANT A CURE, IN THE FORM OF A LUMP SUM PENSION PAYMENT.

THE SOLUTION OFFERED THE BUYER WAS THE WORST, OF ALL, OPTIONS AVAILABLE. THE U. S. GOVERENMENT, INSTEAD OF USING TARP MONEY, COULD/SHOULD HAVE FORWARD PURCHASED 2,000,000 ELECTRIC VEHICLES WITH THE GREEN REQUIRMENTS IT MAY REQUIRE, FOR EXAMPLE 100 OR 150 MILES PER PLUG IN. THIS WOULD BE SIMILAR TO A DEFENSE CONTRACT (PASSED BY CONGRESS WITH OVERSIGHT AND CHECKS AND BALANCES) TO BE FILLED IN X# YEAR(S). THE US GOVERNMENT WOULD PRE PAY FOR SOME OF THE COST TO ALLOW THE "OLD" GM, IMMEDIATE CASH TO SUSTAIN THEM THRU THIS DOWNTURN THESE VEHICLES WOULD BE SUPPLYING THE POST OFFICE, AND ALL OTHER NON SECURITY RELATED AGENCIES. IF THIS WERE DONE EVERYONE WOULD WIN THE TAX PAYER, MANUFACTURING WORKERS, "OLD" GM. THE ONLY LOSER WOULD HAVE BEEN "FREE" TRADE AND THE FREE TRADERS (1%). LET THE GOVERNMENT, LEAD, BY EXAMPLE IN THERE DESIRE FOR A GREENER AMERICA. THIS WOULD PROBABLY QUICKLY TRINKLE DOWN AND BE UTILIZED BY STATE AND LOCAL GOVERMENTS. THERE ARE AND WERE OTHER SOLUTIONS AVAILABLE, THE QUESTION BECOMES WAS THERE A MOTIVE TO ONLY OFFER THIS, AS THE ONLY SOLUTION.

MANY CONGRESSMAN AND SENATORS STATED THEIR DESIRE OPENLY TO INSISTING ON BANKRUPTCY TO REDUCE OR DELUTE THE LIABILITES ACCRUED BY MANY UNION MEMBERS, THUS MAKING THE "NEW" GM LEANER AND MORE COMPETITIVE. THIS IS UNFAIR TO WORKERS. BY LIMITING THE BENEFITS, THE UNIONS IN THE FUTURE, WILL NOT HAVE THE OPTION OF FAIRLY REPRESENTING THEIR MEMBERS. THESE WORKERS

ARE NOT LIKE CONGRESSMAN OR SENATORS, WHO CAN AND DO RAISE THEIR OWN BENEFITS AND PAY. THERE WILL BE NO REASON FOR WORKERS TO BE IN, OR JOIN A UNION. THIS IS THE FUTURE FOR FAIR REPRESENTATION OF WORKERS THIS SALE LEGITIMIZES. THE ONLY SOLUTION THE GOVERNMENT OFFERED UP WAS ONE THAT WOULD UNDERMINE FAIR UNION REPRESENTATION, NOT AS I STATED, ONE THAT WOULD INCREASE THE CHANCES OF SURVIVABILY AND ENHANCE "OLD" GM, S BOTTOM LINE AND MAINTAIN FAIR UNION REPRESENTATION. THE GOVERNMENT SHOULD NOT BE IN THE BUSINESS OF UNDERMINING MANUFACTING WORKER, AND ABUSING THE U. S. CONSTITUTION IN SO DOING. THIS IS EVIDENCED IN PART BY THE 6 YEAR NO STRIKE CLAUSE THE UNION WAS FORCED TO AGREE TO IN THE NEGOTIATIONS WITH THE BUYER. THIS IS THE FIRST BLOW TO FAIR REPRESENTATION, AND THE DESTRUCTION OF UNION(S). THE GOVERNMENT IS A PURCHASER WITH INTERESTS THAT ATTACK RETIREES BENEFITS, BEFORE THEY EVEN GOT THERE FOOT IN THE DOOR. **SEE EXHIBIT U** THEY RENEGOTIATED BENEFITS DOWNWARD, BUT THE BONUSES ON WALL STREET STILL FLOW.

I EMPAHATICALLY BELIEVE THIS SALE TO THE "NEW" GM, PUTS MY EARNED PENSION AS IT NOW STANDS IN SEVERE JEOPARDY IN THE FUTURE, AND THAT IN THE FUTURE THE COLLATERAL BEHIND IT WILL BE GONE. IT IS ALSO ILLEGITIMATE TO USE THESE UNCONSTITUTIONAL TARP FUNDS THAT HAVE NO CHECKS AND BALANCES, THUS ARE DICTORIAL, USING ONLY TRUST, IN THIS PURCHASE OF A PRIVATE CORPORATION. THE U. S. GOVERNMENT IS ENGAGING IN UNCONSTITUTIONAL AND UNFAIR PRACTICES BY SUPPORTING THE SALVATION OF GLOBAL TRADE OVER THE U. S. CONSTITUTION. THIS IS EVIDENT BY COMPAIRING PAST TARP USES. AIG A GLOBAL FREE TRADE PLAYER, GOT AND STILL GET THERE BONUSES (THE U. S. NEGOTIATORS SAID IT WAS IN THEIR CONTRACT) VERSUS "OLD" GM, (IT _WAS_ IN THEIR CONTRACT), THEY WERE FORCED TO REDUCE THEIR BENEFITS AND HAD TO AGREE TO A 6 YEAR NO STIKE CLAUSE. JUST A FEW OF THESE AIG BONUSES WOULD HAVE PAID FOR ALL OF THE THOUSANDS OF THE MANUFACTING WORKERS TAKEAWAYS. SOME POLITICIANS ELECTED TO THE OFFICES OF THE U. S. GOVERNMENT ARE VIOLATING THERE OATH TO THE CONSTITUTION WHEN THEY LET THE FREE TRADERS DOMINATE OUR GOVERNMENT AND THUS VIOLATE OUR CONSTITUTION.

ALSO I AM NOT, OR EVER HAVE BEEN, A MEMBER OF THE UAW AND I AM FILING THIS PRO SE, PLEASE EXCUSE ERRORS IN PROCEEDURE OR LEGALITY OR OTHER, THAT I WAS UNAWARE OF.

CAN THE COURT OR ANY REASONABLE PERSON GUARANTEE THE "NEW" GM CAN SURVIVE TO PAYOUT ALL OF MY ACCRUED PENSION IN ITS PRESENT STATE, FOR THE REST OF MY LIFE? IF NOT THEN A LUMP SUM PAYMENT IS THE ONLY CURE. AT BEAR STEARNS THE GOVERNMENT

OFFICIALS PULLED OFF A WEEKEND FIRE SALE, THE RESULT, IT HAD TO BE RENEGOTIATED BECAUSE THE BUILDING ALONE, WAS WORTH MORE THAN THE STOCK PRICE THEY WERE OFFERED. THIS SALE WOULD DENY ME ANY FAIR, NEGOTIATION IN THE LIKLEY, EVENT OF FAILURE OF THE "NEW" GM. THE ASSETS BACKING UP MY PENSION WILL ALREADY BE SOLD. SEE **EXHIBIT R** AFTER WORKING 30 YEARS TO EARN MY PENSION RIGHTS FROM GM THIS IS MY ONLY SOURCE OF INCOME.

RESPECTFULLY

*[signature: Albert Burdi]*