KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 972-3000
*Counsel to the Brittinghams*

- and -

MEYER & WILLIAMS,
ATTORNEYS AT LAW, P.C.
Robert N. Williams
Pamela T. Harvey
350 E. Broadway
P.O. Box 2608
(307) 733-8300
*Counsel to the Brittinghams*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                             :
                                                  :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,               :
f/k/a GENERAL MOTORS CORP., et al.,               :    Case No. 09-50026 (REG)
                                                  :
Debtors.                                          :    (Jointly Administered)
                                                  :
------------------------------------------------------------x

# CERTIFICATE OF SERVICE

Samir P. Gebrael, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am an associate at the law firm of Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York 10017.

2. I hereby certify that on the 5th day of August, 2009, pursuant to Rules 2004, 9014 and 7004 of the Federal Rules of Bankruptcy Procedure, I caused copies of the following documents:

   a) Notice of Presentment of Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Compelling the Production of Documents by, and a deposition of, the Debtors.

   b) Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of

1

    Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters.

  c) Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters with Schedule A.

to be served, by Overnight Mail, upon all parties listed on annexed Exhibit A.

                  ___*/s/ Samir P. Gebrael*_____
                    Samir P. Gebrael

# EXHIBIT A

General Motors Corporation
Cadillac Building
Attn: Warren Command Center
Mailcode 480-206-114
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
*Debtors*

Harvey R. Miller, Esq
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotchal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
*Attorney for Debtors*

Robert D. Wolford
Miller, Johnson Snell & Commiskey PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, MI 49053
*Attorneys for Creditors' Committee*