ALBERT L BURDICK
4232 COUNTY ROAD 18
CANANDAGUIA, NY 14424
585-393-4997
PRO SE JURY REQUESTED

JOINTLY ADMINISTERED
CHAPTER 11 CASE NO.
09-50026

**AMENDED** 7/27/2009

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re

GENERAL MOTORS CORP., ET AL.,

DEBTORS



RECEIVED
JUL 2 9 2009
U.S. BANKRUPTCY COURT, SDNY

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

ITEMS ARE: EXHIBIT (S) A, B1, B2, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y, Z 1, Z 2, Z 3, Z 4, Z 5, Z 6, Z 7, Z 8, Z 9, Z 10, Z 11, Z 12, Z 13, Z 14, Z 15, Z 16, Z 17, Z 18.

EXHIBIT A:    THE CONSTITUTION
EXHIBIT B1:   CHARTS WIKIPEDIA U.S. CENSUS FIGURES
EXHIBIT B2:   CHARTS HOUSEHOLD DEBT
EXHIBIT C:    CHART FIGURE 5 PAGE 9
EXHIBIT D:     BERNANKE NO CRACKDOWN ON LENDING
EXHIBIT E     TITLE 29 SUBTITLE >A 1303
EXHIBIT F:    TITLE 29 SUBTITLE>D 1367
EXHIBIT G:    TITLE 29 SUBTITLE>B part 3 1083

EXHIBIT H:      TITLE 29 SUBTITLE> C 1341
EXHIBIT I:      TITLE 29 SUBTITLE> D 1369
EXHIBIT J:      TITLE 29 SUBTITLE>D 1362
EXHIBIT K:      TITLE 29 SUBTITLE D 1363
EXHIBIT L:       TITLE 29 SUBTITLE>D 1364
EXHIBIT: M      TITLE 29 SUBTITLE> B part 2 1054
EXHIBIT: N      TITLE 12 1828
EXHIBIT: O      TITLE 12 1820
EXHIBIT: P      CONGRESS REPEALS GLASS-STEAGALL ACT IN 1999 pg 1 para4.
EXHIBIT: Q      ANTI TRUST LAW
EXHIBIT: R       TRAITIONAL COMPANY PENSIONS
EXHIBIT: S      PENSION PAYMENT PROOF
EXHIBIT: T      STATEMENT OFF NEW GM WEB SITE
EXHIBIT: U       INSPECTOR GENERAL FIRED
EXHIBIT: V      TITLE 29 SUBTITLE>D 1368
EXHIBIT:  W      HISTORIC ECONOMIC DOWNTURN
EXHIBIT: X      YOUNGSTOWN SHEET & TUBE CO., 343 U.S. 579, 585 (1952)
EXHIBIT: Y      LEOCAL V ASHCROFT 543 U.S. 1, 12 (2004)
EXHIBIT: Z 1     SALE APPROVED
EXHIBIT: Z 2     CUOMO breaks out AIG bonus list
EXHIBIT: Z 3     CHICAGO SUNTIMES pg2 para3,4
EXHIBIT: Z 4     PBGC RELEASE 202-326-4343 pbgc to assume delphi pensions
EXHIBIT: Z 5     PBGC: PENSION SAFE, UP TO CERTAIN LIMITS
EXHIBIT: Z 6     PBGC FACING PROBE pg1 para24 starting: "the pbgc is broke",  pg3
EXHIBIT: Z 7     BROOKING COULD BE A 2nd BANKRUPTCYpg2 para5
EXHIBIT: Z 8     FED OF DALLAS pg3 para5 & charts
EXHIBIT: Z9      CHARTS pg1,pg2 ,pg3
EXHIBIT: 10      HEARING BEFORE THE H. COMM. ON FIN. SERVS.,
                DECLARATION OF TODD A. GLUCKMAN IN SUPPORT OF
                THE MOTION TO WITHDRAW THE REFERENCE
                ("GLUCKMAN DECL.")
EXHIBIT: Z11    WHITE HOUSE LIMITING UAW PAY 13.4 BILLION pg1 para 5
EXHIBIT: Z 12   CITY OF NEW YORK V EXXON CORP., 932 F.2d 1020, 1026 2d
                CIR. 1991
EXHIBIT: Z 13   28 U.S.C. 157(d)
EXHIBIT: Z 14   12 U.S.C. 5202 (5), 5211 (a)
EXHIBIT: Z 15   12 U.S.C. 5211 (A) (1)9
EXHIBIT: Z 16   TROUBLED ASSET RELIEF PROGRAM pg 1 par 4 , pg5 para5
EXHIBIT: Z 17   WHERE BANK TARP MONEY WENT all, esp. pg4 para3, starting:
                The bailout money "doesn't have its own bucket"
EXHIBIT: Z 18    ELIZABETH WARREN pg3 para3 "I don't have a badge and a gun"

## *OTHER  ISSUES*

A VIOLATION OF FEDERAL LAW AND NONBANKRUPTCY LAW IS BEING EXERCISED BY THE EXECUTIVE BRANCH BY ITS USE OF TARP FUNDS IN THIS SALE.  CONSTITUTIONAL QUESTIONS ARE RAISED. **28U.S.C. 157(d)** REQUIRE WITHDRAWAL TO THE DISTRICT COURT OF ISSUES THAT WOULD OTHERWISE REQUIRE A BANKRUPTCY JUDGE TO ENGAGE IN SIGNIFICANT INTERPRETATION, AS OPPOSED TO SIMPLE APPLICATION, OF FEDERAL LAWS APART FROM THE BANKRUPTCY STATUTES. **exhibit  Z 12  CITY OF NEW YORK V. EXXON CORP., 932 F.2d 1020, 1026 2d Cir. 1991**

## STATEMENT OF ISSUES

TARP WAS ENACTED BY THE HOUSE OF REPRESENATIVES AND THEN THE PRESIDENT IN OCTOBER 2008. THIS TARP, WAS TO BE USED TO BUY TROUBLED ASSETS OF FINANCIAL INSTITUTIONS **12 U.S.C. 5211(A)(1)** WHICH DEFINES AS "ANY INSTITUTION, INCLUDING BUT NOT LIMITED TO, ANY BANK, SAVINGS ASSOCIATION, CREDIT UNION, SECURITY BROKER OR DEALER, OR INSURANCE COMPANY, ESTABLISHED AND REGULATED UNDER THE LAWS OF THE UNITED STATES OR ANY STATE, TERRITORY OR POSSESSION OF THE UNITED STATES… AND HAVING SIGNIFICANT OPERATIONS IN THE UNITED STATES BUT EXCLUDING ANY CENTRAL BANK OF, OR INSTITUTION OWNED BT A FOREIGN GOVERNMENT."**12 U.S.C. 5202(5), 5211(a)**.  "OLD" GENERAL MOTORS IS NOT A FINANCIAL INSTITUTION, BUT IS INSTEAD, AN AUTO MANUFACTURER AND THEREFORE THE TARP FUNDS ARE   NOT BY PURPOSE OR PROVISION TO BE USED IN THIS SALE

TREASURY SECRETARY PAULSON WHO WAS IN CHARGE OF AND DECIDER OF THE USE OF TARP FUND SPOKE TO CONGRESSIONAL HOUSE FINANCIAL SERVICES COMMITTEE IN NOVEMBER 2008:

THE PURPOSE IS STABILIZING AND STRENGTHENING OUR FINANCIAL SYSTEM. AND I HAVE SAID TO YOU VERY CLEARLY THAT I BELIEVE THAT THE AUTO COMPANIES FALL OUTSIDE OF THAT PURPOSE.

OVERSIGHT OF IMPLEMENTATION OF THE EMERGENCY ECONOMIC STABILIZATION ACT OF 2008 AND OF GOVERNMENT LENDING AND INSURANCE FACILITIES; IMPACT ON ECONOMY AND CREDIT AVAILABILITY; HEARING BEFORE THE H. COMM. ON FIN. SERVS., 110th CONG 19 (NOV. 18, 2008) **EXHIBIT Z 10** THE DECLARATION OF TODD A. GLUCKMAN IN SUPPORT OF THE MOTION TO WITHDRAW THE REFERENCE **( GLUCKMAN DECL.)**

DECEMBER 11, 2008 THE HOUSE FAILED TO PASS LEGISLATION THAT WOULD HAVE ALLOWED THE EXECUTIVE BRANCH TO USE THESE TARP FUNDS FOR THE AUTO MANUFACTURERS.

THEN PRESIDENT BUSH, ON DECEMBER 19, 2008,see **EXHIBIT Z 16** STEPPED IN AND UNDER HIS AUTHORITY "OVERROAD" THE HOUSE OF REPRESENTATIVES DECISION SEE **(GLUCKMAN DECL**) AND ALLOWED THIS TARP MONEY TO BE USED UNLAWFULLY FOR THE AUTOMAKERS. THIS IS A VIOLATION OF SEPERATION OF POWERS. SEE **EXHIBIT A ARTICLE I. II, III**, OF THE U. S.  CONSTITUTION CALL FOR THE POWERS OF THE FEDERAL GOVERNMENT TO BE DIVIDED AMOUNG THREE SEPARATE BRANCHES; THE LEGISLATIVE;MAKES LAWS, THE EXECUTIVE; IMPLIMENTS THE LAWS, AND JUDICIARY; INTERPRETS THE LAW AND DECIDES LEGAL CONTROVERSIES. IN THIS CASE THE EXECUTIVE BRANCH IS CLEARLY ENCROACHING ON THE LEGISLATIVE BRANCH BOTH MAKING, AND IMPLIMENTING, THE LAW.  THROUGH THE ELABORATE SYSTEM OF SAFEGUARDS, THE FRAMERS OF THE CONSTITUTION, SOUGHT TO PROTECT THE NATION AGAINST TYRANNY

.

IN A PRESS CONFERENCE THAT DAY, (DECEMBER 12, 2008), TREASURY SPOKESWOMAN BROOKLY MCLAUGHLIN STATED: "BECAUSE CONGRESS FAILED TO ACT, WE WILL STAND READY TO PREVENT AN IMMINENT FAILURE UNTIL CONGRESS RECONVENES AND ACTS TO ADDRESS THE LONG –TERM VIABILITY OF THE INDUSTRY."

CONGRESS ALREADY ACTED.  THEY REJECTED THE IDEA OF TARP BEING USED FOR AUTOMAKERS. THEY RECONVIENED, AND STILL HAVE NOT/ DID NOT, PASS LEGISLATION, APPROVING, OF TARP FOR USE BY

AUTOMAKERS.  THIS USE OF TARP IS UNCONSTITUTIONALLY DICTORIALLY BEING IMPLIMENTED BY JUST ONE BRANCH OF GOVERNMENT THE EXECUTIVE BRANCH. THE SEPERATION OF POWER IS NOT FUNCTIONING HERE. .**ARTICLE I**., **ALL LEGISLATIVE POWERS HEREIN GRANTED SHALL BE VESTED IN CONGRESS OF THE UNITED STATES, WHICH SHALL CONSIST OF A SENATE AND HOUSE OF REPRESENTATIVES**. TARP AUTHORITY GRANTED BY CONGRESS IN OCTOBER 2008 THE EESA WAS ENACTED ONLY AUTHORIZES "TROUBLES ASSETS", AS DEFINED ABOVE. THIS DOES NOT INCLUDE AUTOMAKERS. **(GLUCKMAN DECL)**

TREASURY SECRETARY PAULSON ON DECEMBER 19. 2008 REVERSES HIS ABOVE STATED, VERY FIRM STATEMENT, TO THE OPPOSITE DETERMINATION **("GLUCKMAN DECL.")**. HE NOW SAYS THEY: "ARE "FINANCIAL INSTITUTIONS" FOR PURPOSES OF SECTION 3(5) OF THE ACT AS THEY ARE "INSTITUTION(S)" ESTABLISHED AND REGULATED UNDER THE LAWS OF THE UNITED STATES AND HAVE SIGN IFICANT OPERATIONS IN THE UNITED STATES." THIS STATEMENT COULD BE USED TO OK TARP FOR USE IN WALMART, OR MCDONALD'S. THIS SALE USING THIS TARP MONEY PUTS OUR REPUBLIC IN GRAVE DANGER IF IT IS LET TO STAND.

THE TREASURY NEEDED A METHOD OF PROVIDING FINANCING TO THE AUTO MAKERS WITH TARP FUNDS. ON DECEMBER 31, 2008 THE TREASURY ISSUED GUIDELINES FOR AN "AUTOMOTIVE INDUSTRY FINANCING PROGRAM" ("AIFP") IN ACCORDANCE WITH THE CONSIDERATIONS OF EESA. **(GLUCKMAN DECL)**

NEW TREASURY SECRETARY TIMOTHY F. GEITHNER ON APRIL 29, 2009 AVOIDING THE WORD "FINANCIAL", ISSUED ANOTHER DETERMINATION THAT AUTOMOTIVE COMPANIES ARE "INSTITUTIONS" UNDER TARP AND THAT THEREFORE THEIR "TROUBLED ASSETS" WERE ELIGIBLE TO BE PURCHASED UNDER TARP. **(GLUCKMAN DECL)**.  IT FOLLOWS, AGAIN, THAT HE SO COULD DETERMINE WALMART, OR MCDONALD'S "INSTITUTIONS", OR, ANY OTHER PRIVATE AMERICAN BUSINESS. THIS IS UNCONSTITUTIONAL, UNAMERICAN.

IN THE STEEL STRIKE <u>DURING THE KOREAN WAR</u> THE PRESIDENT OF THE UNITED STATES WAS FOUND TO HAVE OVERSTEPPED HIS CONSTITUTIONAL AUTHORITY.  THE EXECUTIVE BRANCH DERIVES ITS AUTHORITY ONLY FROM AN ACT OF CONGRESS, OR THE CONSTITUTION ITSELF. **<u>YOUNGSTOWN SHEET & TUBE CO. 343 U.S. 579, 585 (1952</u>**). JUSTICE JACKSON IN THIS CASE USED LANGUAGE THAT IS EQUALLY APPLICABLE HERE:

> THAT COMPREHENSIVE AND UNDEFINED PRESIDENTIAL POWERS HOLD BOTH PRACTICAL ADVANTAGES AND GRAVE DANGERS FOR THE COUNTRY WILL IMPRESS ANYONE WHO HAS SERVED AS LEGAL ADVISER TO A PRESIDENT IN TIME OF TRANSITION AND PUBLIC ANXIETY.

> THE OPINIONS OF JUDGES, NO LESS THAN EXECUTIVES AND PUBLICISTS, OFTEN SUFFER THE INFIRMITY OF CONFUSING THE ISSUE OF A POWER'S VALIDITY WITH THE CAUSE IT IS INVOKED TO PROMOTE, OF CONFOUNDING THE PERMANENT EXECUTIVE OFFICE WITH ITS TEMPORARY OCCUPANT.  THE TENDANCY IS STRONG ENOUGH TO EMPHASIZE TRANSIENT RESULTS UPON POLICIES – SUCH AS WAGES OR STABILIZATION – AND LOSE SIGHT OF ENDURING CONSEQUENCES – UPON THE BALANCED STRUCTURE OF OUR REPUBLIC.

WE ARE TODAY IN THIS UNITED STATES AT THE CROSS ROAD OF A TYRANNY OF ECOMOMICS BENIFITING THE FEW, OR FREEDOM AS OUR REPUBLIC PROMISES.

THESE TARP FUNDS IN THERE CONCEPTION WERE FATHERED BY FEAR AND SPECIAL INTERESTS. THE EXECUTIVE BRANCH ARROGANTLY PUSHED THEM THROUGH, AND WHEN THE AUTHORITY FROM THE LEGISLATURE WAS NO LONGER THERE, THEY JUST LEGISLATED IT, THROUGH THERE OWN UNBALANCED DETERMINATION, AND MEDIA MANIPULATION. THIS IS A MASSIVE AMOUNT OF TAXPAYER DOLLARS. THE TREASURY DEPARTMENT NOW IGNORES THE STATUTORY LANGUAGE, INTENT, PURPOSE AND ITS OWN PRIOR STATEMENTS. **(GLUCKMAN DECL)** THE HOUSE OF REPRESENTATIVES REJECTED AUTO BAILOUT BILL, BUT IT STILL BREATHS, ON THE ABSURD POSITION THAT TARP FUNDS CAN BE USED TO PURCHASE ASSETS OF ANY INSTITUTION THAT IS ESTABLISHED AND REGULATED UNDER THE LAWS OF THE UNITED STATES AND HAVE SIGNIFICANT OPERATIONS IN THE UNITED STATES. **<u>LEOCAL V. ASHCROFT, 543 U.S. 1, 12 (2004</u>**) ("<u>WE MUST GIVE EFFECT TO EVERY WORD</u>

OF A STATUTE WHEREEVER POSSIBILE"). THE EXECUTIVE BRANCH IS LEGISLATING ON THERE OWN ON THE FLY, IMPROPERLY READING OUT THE DEFINITION OF "FINANCIAL INSTITUTION" THE WORD "FINANCIAL" THUS EVISERATING THE CLEAR CONSTITIONAL INTENT IN **12 U.S.C. 5202(5).**

THE SALE OF "OLD" GM WAS APPROVED BY THE HONORABLE ROBERT E GERBER, WITH THE RESULTS OF OWNERSHIP BEING THE U.S. TREASURY 60.8%, UAW 17.5%, CANADA AND ONTARIO GOVERNMENTS 11.7%, AND "OLD" GM 10%. THIS SALE, BEING POSSIBLE ONLY THRU THESE TARP FUNDS, WHICH SHOULD NOT, BE BREATHING. (GLUCKMAN) ALL OTHER USES OF THIS TARP MONEY, ARE ALSO UNCONSTITUTIONAL, AND SHOULD BE WITHDRAWN see EXHIBIT Z 17, Z18. ASSOCIATED PRESS CONTACTED 21 BANKS THAT RECEIVED AT LEAST 1 BILLION IN GOVERNMENT MONEY ACCORDING TO THE AP, NONE OF THE BANKS GAVE SPECIFIC ANSWERS, AND HERE IS A SHORT LIST OF ONLY THREE RESPONSES: 1. "WE HAVE NOT DISCLOSED TO THE PUBLIC. WE'RE DECLINING TO." 2. "WE'RE NOT PROVIDING DOLLAR-IN, DOLLAR-OUT TRACKING." 3 "DOESN'T HAVE ITS OWN BUCKET." THIS IS ASTONISHING. **ARTICLE I SECTION 9**, REQUIRES A REGULAR STATEMENT AND ACCOUNT OF RECEIPTS AND EXPEDITURES. THIS CLEARLY IS NOT HAPPENING. THIS TARP FUND MONEY MUST ALL IN TOTAL, BE BROUGHT BACK TO THE TREASURY. THE TREASURY OFFICIALS PAST, AND PRESENT, RUNNING IT: PAULSON, SUMMERS, AND GEITHNER ALL HAVE WORKED FOR OR WITH MOST OF THE BANKS AND FINANCIAL COMPANIES THAT ARE RECEIVING THE MONEY, ITS PUBLIC RECORD. THIS IS WORSE THAN THE FOX IN THE PROVERBIAL CHICKEN HOUSE. THIS IS 700 + BILLION DOLLARS OUT OF THE U.S. TREASURY. IF THIS WERE FOEIGNERS, USING 700+ BILLION DOLLARS OF TREASURY MONEY IN SUCH AN UNACCOUNTABLE AND WRECKLESS MANNER IT WOULD BE CONSIDERED AN ACT OF WAR. THE COURT IS THE THIRD BRANCH OF LIBERTY AND BY OATH TO THE CONSTITUTION BEING BOUND BY IT IS DUTIFULLY CALLED TO ACT IN ITS SALVATION.

PRESIDENT OBAMA IS A BIG SUPPORTER OF GLOBAL "FREE" TRADE, WHICH HAS, AND IS, DRIVING THE STANDARD OF LIVING DOWN, FOR 80% OF AMERICAN CITIZENS. See chart **EXHIBIT C, PAGE 3**. THE OTHER 1% IS DOING VERY WELL. THIS GLOBAL "FREE" TRADE DOES NOT PROMOTE THE GENERAL WELFARE FOR THE PEOPLE. THE FIRST THREE WORDS, OF THE PREAMBLE, OF THE CONSTITUTION ARE: WE THE PEOPLE. IT IS NOT,

"US THE PEOPLE", THE 1%. GLOBAL "FREE" TRADE, ITS FINANCIAL BASE, IT'S PROMOTION, AND SALVATION, MUST NOT TAKE A PRIORITY OVER, MAINTAINING THE INTEGRITY OF OUR CONSTITUTION.NEVER IN HISTORY OF THE UNITED STATES HAVE UNCONSTITUTIONAL MEASURES LIKE WHAT CONGRESS, FEDERAL RESERVE BOARD AND THE EXECUTIVE BRANCH ARE PARTAKING IN,BEEN EXECUTED. SEE **EXHIBIT W**.


THE TARP FUNDS **codified at 12 U.S.C. 5201**, ARE THE FUNDS THE EXECUTIVE BRANCH USES IN THIS SALE. THESE TARP FUNDS WERE APPROVED BY THE HOUSE OF REPRESETATIVES THESE FUNDS ARE MASSIVE AND EQUAL 5% OF THE U. S. GDP. THESE FUNDS ARE A BLANK CHECK, ALLOWING THE SECRETARY OF THE TREASURY TO PURCHASE TROUBLED FINANCIAL ASSETS AS PART OF THE EXECUTIVE BRANCH, WHERE BASICALLY NO ONE CAN BE PROSECUTED, FOR ANY MISUSE OF TARP FUNDS THEREOF. see **EXHIBIT Z 12** THE USE OF THIS TARP FUND MONEY GOES ON UNCHECKED WITH NO ACCOUNTABLITY **ARTICLE I SECTION 9** STATES"NO MONEY SHALL BE DRAWN FROM THE TREASURY, BUT IN CONSEQUENCE OF APPROPRIATIONS MADE BY LAW; AND A REGULAR STATEMENT AND ACCOUNT OF THE RECEIPTS AND EXPENDITURES OF ALL PUBLIC MONEY SHALL BE PUBLISHED FROM TIME TO TIME." See **EXHIBIT Z 17**.THIS HAS NOT BEEN DONE. THIS TARP FUND MONEY MUST BE RECALLED AND RETURNED TO THE TREASURY. ELIZABETH WARREN, APPOINTED CHAIR OF NEWLY OVERSIGHT PANEL ON TARP SAYS: "I DON'T HAVE A BADGE OR A GUN." see **EXHIBIT 18 pg3 para3** "THERE IS NO AUTHORITY TO STOP THE EXECUTIVE BRANCH FROM RESHAPING THE AMERICAN ECONOMY, THERE IS NO ONE IN THE ROOM BUT INSIDERS". THIS IS AN OBSCENE VIOLATION OF THE CONSTITUTION. THE PRESIDENT AS THE HEAD OF THE EXECUTIVE BRANCH, HAS BY HIS POSITION, SOLE AUTHORITY, IS DICTATOR, OF SAID FUNDS, OUR CONSTITUTION DOES NOT USE TRUST, OR ALLOW DICTATORS, BUT INSTEAD, ACCOUNTABILITY OF THIS PUBLIC MONEY, AND CHECKS AND BALANCES, THE CONSTITUTION DEMANDS IT. **ARTICLE II SECTION 1, 2, 3, 4** DOES NOT ALLOW THIS, INTRUSION INTO THE PRIVATE MARKET, WITH THE USE OF TAX PAYER MONEY, UNCHECKED. THE PRESIDENT CAN AUTHORIZE, AND/OR ON A WHIM  BUY WHATEVER PRIVATE ENTITY HE SO DETERMINES, A TROUBLED ASSET. THERE ARE NO CHECKS AND BALANCES, JUST TRUST.**EXHIBIT Z17 all AP banker interviews.** ALSO THE EXECUTIVE BRANCH CANNOT ENCROACH ON THE LEGISLATIVE BRANCH. THE HOUSE OF REPRESENTATIVES SAID NO, TO THIS BAILOUT FOR AUTO. THEY MAKE THE LAW.  HIS USE OF EXECUTIVE AUTHORITY IN THIS TARP MONEY IS A VIOLATION OF THE CONSTITUTION, SETTING A PRECEDENT THAT CAN NOT STAND.

THIS IS ALL IN THE NAME OF SALVAGING THE PRESENT GLOBAL "FREE" TRADE SYSTEM. THIS IS THE SAME SYSTEM THAT, ENRICHS A FEW, THE 1%, WHILE THE 80% LOSE .see **EXHIBIT C, B1, B2**,   AND THE COSTS IS: OUR CONSTITUTION, OUR FREEDOM, AND OUR FORM OF GOVERNMENT. THIS ASSET SALE MADE POSSIBLE BY UTILIZATION OF THESE TARP FUNDS CAUSE ME INJURY,  AND MUST NOT BE ALLOWED, THE FUNDS ARE UNCONSTITUTIONAL, AND THEREBY CAN NOT BE USED IN THIS SALE.

CAN ANY REASONABLE PERSON PROCLAIM THE "NEW"GM WILL SURVIVE FOR 1 YEAR 2 YEARS LET ALONE 20 OR 40 YEARS AND SUSTAIN ITS PENSION OBLIGATION TO ME IN THE PRESENT FORM. **EXHIBIT Z 7 pg 2 para5** FEW, IF ANY, FRUIT STAND ENTREPENEURS WOULD ACCEPT ITS STOCK, (IF IT WERE NOW AVAILABLE), IN TRADE. see **EXHIBIT Z4,** THE PENSION BENEFIT GUARANTY CORPORATION, **PBGC**, WHICH IS UNDER THE EXECUTIVE BRANCH, RELEASED PUBIC AFFAIRS DOCUMENT 202-326-4343, ON 7/22/2009 STATING, THEY WILL ASSUME RESPONSIBILITY FOR PENSION PLANS OF 70,000 WORKERS AND RETIREES OF DELPHI CORP, WHICH ARE PART OF THIS SALE. see **EXHIBIT Z5**. THIS **PBGC** DOCUMENT ANSWERS THE QUESTION (LINE 6, 7)"WILL MY PENSION BE SAFE?"  THE PBGC ANSWER "YES, UP TO CERTAIN LIMITS." THE **PBGC** MAY ITSELF BE IN FINANCIAL STRAIGHTS. see **EXHIBIT Z6 pg. 1, 2**.  THE INJURY FOR ME IS, THE FORCE OF LAW TAKING AWAY AND SELLING OFF THE  COLLATERAL OF MY EARNED, ACCRUED PENSION (30 YEARS OF SERVICE), IN THIS SALE OF THESE ASSETS. THUS, LEAVING ME, BLOWING IN THE WIND, WITH NO LEGAL RECOURSE, IN THE LIKELY EVENT THE "NEW" GM FAILS. WITHOUT CURE FOR ME .see **EXHIBIT Z5, Z4**.

CHECKS AND BALANCES, **ARTICLE III SECTION 2** OF THE CONSTITUTION STATES: "THE JUDICIAL POWER SHALL EXTEND TO ALL CASES, IN LAW AND EQUITY, ARISING UNDER THE CONSTITUTION".  THIS IS HOW WONDERFUL, OUR CONSTITUTION IS, PROVIDING FOR, ALWAYS REQUIRING, THE CHECKS AND BALANCES THAT SUSTAIN OUR REPUBLIC. **ARTICLE V**I, REQUIRES THE JUDGES, AND ALL JUDICIAL OFFICERS IN EVERY STATE BE BOUND BY THE CONSTITUTION. THE JUDICAL BRANCH, LEGISLATIVE BRANCH, AND EXECUTIVE BRANCHS OF GOVERNMENT BALANCING EACH OTHER, FORM THE TREE OF OUR LIBERTY IN THE UNITED STATES OF AMERICA. THIS TARP MONEY AND THE USE THEREOF, IS THROWING THE CONSTITUTION INTO A TAILSPIN.

THE HOUSE OF REPRESENTATIVES VOTED IN THE TARP PROGRAM WITH NO ACCOUNTABILITY FOR THE FUNDS see **EXHIBIT Z 17 pg4 starting: the**

**bailout money "doesn't have its own bucket".** NINTY %, OF THE MILLINONS OF AMERICANS THAT CALLED, EMAILED, OR WROTE TO THERE CONGRESSMAN AND SENATORS, OBJECTED TO PASSAGE OF THIS TARP BILL. THESE AMERICANS REALIZE THAT THESE "FREE" TRADE POLICIES, see, **EXHIBIT C.** ARE DESTROYING THE U.S. MANUFACTURING JOBS, AND THUS, THEIR,"THE PEOPLES", STANDARD OF LIVING.   THIS ACTION TAKEN BY THE HOUSE OF REPRESENATIVES RUNS AGAINST THE PREAMBLE OF OUR CONSTITUTION, OF PROMOTING GENERAL WELFARE. THIS DOSENT MEAN PROMOTING THE GENERAL WELFARE FOR FOREIGN COUNTRIES OVER THAT OF U.S. CITIZENS, THAT WOULD BE TRAITOROUS, OR IT DOSENT MEAN PROMOTING THE WELFARE OF 1% OF THE POPULATION OVER THE LOWER 80% OF THE POPULATION.GENERAL WELFARE IS AN EVEN HANDED DISTRIBUTION OF WELFARE TO ALL CITIZENS OF THE REPUBLIC. see **EXHIBIT C pg9 figr5 chart.** **ARTICLE I SECTION 8** STIPULATES THE POWER  OF CONGRESS,  THE CONSTITUTION CLEARLY DOES NOT GIVE CONGRESS THE AUTHORITY TO MAKE FOR SUCH LEGISLATION AS TARP, THAT ABDICATES THE CHECKS AND BALANCES THE CONSTITUTION DEMANDS, HAS NO ACCOUNTABILY see **EXHIBIT Z17, Z18** THUS, VIOLATING THERE DUTY AND RESPONSIBILITY, UNDER THE CONSTITUTION. THIS TARP MONEY AGAIN, SHOULD BE RECALLED TO THE TREASURY OF THE UNITED STATES OF AMERICA.


   THE LAST PARAGRAPH OF **ARTICLE I SECTION 8** STATES: "<u>TO MAKE ALL LAWS WHICH SHALL BE NECESSARY AND PROPER FOR THE CARRYING INTO EXECUTION THE FORGOING POWERS, AND ALL OTHER POWERS VESTED IN THE CONSTITUTION, IN THE GOVERNMENT, OF THE UNITED STATES, OR IN ANY DEPARTMENT OR OFFICER THEREOF</u>". THIS CERTAINLY DOES NOT MEAN PROVIDING A BLANK CHECK, OF SUCH GREAT MAGNITUDE, TO THE EXECUTIVE BRANCH AND MAKING NO ONE ACCOUNTABLE FOR ITS USE. see **ARTICLE Z 17** AND MISUSE OF THESE FUNDS, WHILE VIOLATING THE DELICATE CHECKS AND BALANCES THAT THE CONSTITUTION REQUIRES. THE USE OF THESE TARP PROGRAM FUNDS IN THIS SALE OF ASSETS, OR THE 363 TRANSACTION, STRIKES A SEVERE, FATAL, BLOW TO OUR CONSTITUTION, AND IS NOT LEGAL.  THE TARP FUND MONEY MUST BE RECALLED AND RETURNED TO THE TREASURY.


   NOW IF THIS SALE WERE TO GO FORWARD, COULD I BE LEFT IN CONFIDENCE THAT ERISA ALSO CONTROLLED BY THE PRESIDENT, WILL PROTECT MY PENSION IN CASE OR NEED OF UTILIZATION OR OCCURANCES ENVOLVING ANY /ALL OF THE FOLLOWING U.S. CODE(S): **EXHIBITS ,E,F,G, H, I, J, K, LM,V** SEE, **TITLE 29 SUBTITLE C 1341,TERMINATION OF SINGLE-EMPLOYER PLANS,      TITLE 29 SUBTITLE D 1362-LIABILITY FOR TERMINATION OF SINGLE-EMPLOYER PLANS UNDER A DISTRESS TERMINATION OR A TERMINATION BY**

**CORPORATION, SUBTITLE 29 SUBTITLE D 1367 RECOVERY OF
LIABILITY FOR PLAN TERMINATION, TITLE 29 SUBTITLE B part 3 1083
MINIMUM FUNDING STANDARDS FOR SINGLE-EMPLOYER DEFINED
PENSION PLANS, TITLE 29 SUBTITLE A 1303 OPERATION OF A,
CORPORATION, TITLE 29 TITLE 29 SUBTITLE D 1369, TITLE 29
SUBTITLE D 1362, TITLE 29 SUBTITLE D 1363, TITLE 29 SUBTITLE D 1364,
ANY OTHER PERTINENT US CODES IN TITLE 29 SUBTITLE A,B,C, OR D.**
EMPHATICALLY NO, WITH THE PRESIDENT BEING THE HEAD OF THE
EXECUTIVE BRANCH OF GOVERNMENT IS IN CHARGE OF BOTH: THE
OWNER, AND THE POLICEMAN, OF MY ACCRUED PENSION. THAT IS A
DIRECT CONFLICT OF INTEREST. THE PRESIDENT, CAN FIRE, OR REPLACE
ANYONE WHO DOES NOT DO WHAT HE ASKS. see **EXHIBIT U.** THESE TITLE
29 CODES. AFTER A SALE OF THESE ASSETS, BECOME TANGLED IN A
DICTORIAL CONFLICT OF INTEREST, WHERE I WILL HAVE NO FAIR LEGAL
RECOURSE.

    I WAS LAID OFF FROM THE "OLD" GENERAL MOTORS DURING THE GAS
CRISIS IN 1973. MANY OF US (THE WORKERS) WONDERED WHY GM WAS
NOT GOING AFTER A LARGER PERCENT OF THE FUEL EFFICIENCY CAR
MARKET. GM WAS BASICIALLY GIVING THAT SHARE OF THE MARKET TO
FOREIGN AUTO MAKERS, THIS WAS AND IS PROVING TO BE A FATAL
MISTAKE, NOT JUST FOR GM , BUT FOR THE U.S. MANUFACTURING BASE
AS A WHOLE, AND THE STANDARD OF LIVING IT PROVIDES AMERICANS.
AFTER THE SALE OF "OLD" GM WAS APPROVED BY THE HONERABLE
ROBERT E GERBER, see **EXHIBIT Z 1** THE CEO/PRESIDENT OF THE "NEW"
GM FRITZ HENDERSON WAS ON ALL THE MAJOR NETWORKS. see **EXHIBIT
T**, HE SAID: "DESPITE THE RECENT DOWNTURN, GM HAS MAINTAINED ITS
CADENCE OF STRONG NEW PRODUCTS, IN THE U.S., FOR EXAMPLE, CHEVY
CAMARO HAS SURGED PAST ITS RIVALS TO LEAD ITS SEGMENT,"

    THIS IS NOT A GAS EFFICIENT CAR, AND IS IN A MARKET SHARE THAT
IS RAPIDLY ON ITS WAY TO DISTINCTION. THE OTHER VEHICLES HE
MENTIONED ON THIS LIST WERE ALL (EXCEPT FOR THE $40,000 OVER
PRICED VOLT) GAS INEFFICIENT, AND DINOSAUR REMNENTS OF THE "OLD"
AUTO MARKET. HE DOES NOT GET IT. SINCE 1973 TO THE PRESENT, "OLD"
GM HAS LOST MASSIVE MARKET SHARE. WHO CAN HAVE ANY
ASSURANCE THAT "NEW" GM WILL NOT CONTINUE DOWN THIS SAME
PATH. see **EXHIBIT Z7**

    THE U. S. IS A REPRESENTATIVE GOVERNMENT. UNFORTUNATLY, THE
1% OF CITIZENS, WHOSE INCOMES ROSE RAPIDLY THE LAST 20 YEARS ARE
MONOPOLIZING THIS REPRESENTATION. PRESIDENT CLINTON PUSHED
THRU CONGRESS NAFTA, AND GATT WITH 75% OF AMERICAN CITIZENS

AGAINST IT. HE ALSO MANAGED TO PUSH THROUGH CONGRESS A
DECISION TO REPEAL THE GLASS-STEAGALL ACT OF 1933. see **EXHIBIT** P.
PRESIDENT BUSH ALSO A BIG PROPONENT OF THIS "FREE TRADE" POLICY,
PASSED MORE FREE TRADE AGREEMENTS AND PUSHED THRU TARP.
PRESIDENT BUSH'S  TREASURY SECRETARY HANK PAULSON DECLARED
MANY  BANKS, MORTGAGE INSTUTIONS AND FINANCIAL GROUPS WERE:
"TO BIG TO FAIL", ANY REASONABLE PERSON WOULD DEDUCT, THESE ARE
BUSINESSES THEN THAT ARE TO BIG, LET THEM FAIL.


THE PRESIDENTS, AND CONGRESS HAVE/HAD, THE LEGAL AUTHORITY,
see **EXHIBIT Q** THE ANTI TRUST LAWS AND MUCH MORE U.S. CODE AT
THEIR DISPOSAL. SEE **EXHIBIT O** TITLE 12 1820 ADMINISTRATION OF
CORPORATION, see **EXHIBIT N** TITLE 12 1828 REGULATIONS GOVERNING
INSURED DEPOSITORY INSTITUTIONS), AND KNOWLEDGE see **EXHIBIT Z8
fueling consumption pg5**, YET,THE EXECUTIVE  BRANCH WAITED UNTIL
AFTER THE HOUSING BUBBLE BURST. THEY DID NOTHING TO PREVENT OR
STOP THIS ECONOMIC CATSTROPHY.


THE LAISSEZ FAIRE ATTITUDE TOWARD THE BANKS, MORTGAGE
INSTITUTIONS, AND FINANCIAL INSTITUTIONS BY THE U. S. GOVERNMENT,
PLUS, ITS ATTITUDE ON GLOBAL "FREE" TRADE, TAKING PRIORITY OVER
OUR CONSTITUTION, LEADING AWAY FROM  A MANUFACTURING BASED
ECONOMY THAT PROVIDEDS A GOOD STANDARD OF LIVING FOR MOST
AMERICANS TO A SERVICE, CONSUMERISM, DRIVEN ECONOMY THAT
PROVIDEDS LOWER WAGES TO 80% OF AMERICANS. CONSUMMERISM
BECAME 70% OF THE U. S. GDP. THIS IS THE FUEL FOR GLOBAL "FREE"
TRADE. see **EXHIBIT Z9.** WITH GOOD PAYING MANUFACTURING JOBS
GOING OVERSEAS (TAX LAWS ENCOURAGED THIS) AMERICAN
CONSUMERS WERE ALMOST OUT OF PURCHASING POWER THE SAVINGS
RATE WAS NEAR 0%. See **EXHIBIT Z 8** THE U. S. GOVERNMENT AND THE
FEDERAL RESERVE  WITH A  HANDS OFF POLICY, ON REGULATION,
ALLOWED BANKS, INSURANCE COMPANIES, FINANCIAL INSTITUTIONS,
MORTGAGE INSTITUTIONS, FUND MANAGERS AND OTHERS  FREE REIGN IN
THE HOUSING MARKETS AND ALL ITS FINANCIAL, UNREGULATED,
MUNIPULATIONS. THIS TRINKLED DOWN TO THE CONSUMER THRU
REFINANCING AND SPECULATION PUTTING MONEY IN HOME "OWNERS"
POCKETS THRU, THERE OWN SPECULATION, AND REFINANCING, CAUSING
THEM "DEBT". **see EXHIBIT Z9.** THIS CAUSED A HUGE HOUSING BUBBLE.
THESE, BANKS, INSURANCE COMPANIES, MORTGAGE COMPANIES, AND
MOST OTHERS ON WALL STREET MADE MASSIVE WINDFALL PROFITS,
BONUSES AND EARNINGS. EVEN THE FEDERAL, STATE, AND LOCAL
GOVERNMENTS WERE REWARDED BY TAXING THIS INCOME.  THIS
MANUFACTURED BUBBLE CREATED MORE CONSUMERS BUYING, AND
THUS MORE FUEL, FOR GLOBAL "FREE" TRADE.

THE BUBBLE BURST, UNCOVERING MASSIVE FRAUD, BUT IT IS NOT SUPRISING THAT ALMOST NO ONE IS BEING PROSECUTED.THE LAWS ARE IN THE BOOKS.  AT THIS POINT, THE GOVERNMENT AUTHORIZED THEN POURED, THIS UNCONSTITUTIONAL TARP MONEY WITH NO ACCOUNTABILITY, INTO THESE VERY SAME BUSSINESSES TO "SAVE MAIN STREET." BUT, MORE ACCURATELY, AND PRECISELY, TO SAVE WORLD "FREE" TRADE, AT THE CONSTITUTIONS AND AMERICAN TAXPAYERS EXPENSE.  THESE GOVERNMENT OFFICIALS ARE NOW BUYING, WITH THIS TARP MONEY, "OLD" GM. THEN "NEW" GM WILL SELL OFF THE COLLATERAL THAT SUPPORTS AND GUARANTEES MY EARNED, ACCRUED PENSION. THIS IS DOUBLE JEOPARDY. see **EXHIBIT Z 7 pg2 para5, pg3**   IT WOULD BE A MISCARRAIGE OF JUSTICE TO ALLOW. see **EXHIBITZ 6 pg1 Para 24 starting "the pbgc is broke", pg3** I WANT A CURE, IN THE FORM OF A LUMP SUM PENSION PAYMENT.


THE SOLUTION OFFERED THE BUYER WAS THE WORST, OF ALL, OPTIONS AVAILABLE. THE U. S PRESIDENT (WITH CONGRESSIONAL APPROVAL), INSTEAD OF USING TARP MONEY (WITHOUT CONGRESSIONAL APPROVAL), COULD/SHOULD HAVE OFFERED A GOVERNMENT CONTRACT, TO FORWARD PURCHASE 2,000,000 ELECTRIC VEHICLES WITH THE GREEN REQUIRMENTS IT MAY REQUIRE, FOR EXAMPLE 75 TO 150 MILES PER PLUG IN.  THIS WOULD BE SIMILAR TO A DEFENSE CONTRACT (PASSED BY CONGRESS WITH OVERSIGHT AND CHECKS AND BALANCES) TO BE FILLED IN X# YEAR(S). THE US GOVERNMENT WOULD PRE PAY FOR SOME OF THE COST ALLOWING THE "OLD" GM, IMMEDIATE CASH TO SUSTAIN THEM THRU THIS DOWNTURN  THESE VEHICLES WOULD BE SUPPLYING THE POST OFFICE, AND ALL OTHER NON SECURITY RELATED AGENCIES.  IF THIS WERE DONE, ALMOST EVERYONE WOULD WIN, THE TAX PAYER, MANUFACTURING WORKERS, "OLD" GM. THE ONLY LOSER WOULD HAVE BEEN "FREE" TRADE AND THE FREE TRADERS (1%).   LET THE GOVERNMENT, LEAD, BY EXAMPLE IN THERE DESIRE FOR A GREENER AMERICA. THIS ELECTRIC CAR WOULD QUICKLY TRINKLE DOWN AND BE UTILIZED, BY STATE AND LOCAL GOVERMENTS.  THERE ARE AND WERE OTHER SOLUTIONS AVAILABLE, THE QUESTION BECOMES WAS THERE A MOTIVE TO ONLY OFFER THIS, AS THE ONLY SOLUTION

.

THE EXECUTIVE BRANCH USED THIS BANKRUPTCY TO REDUCE OR DELUTE THE WAGES, AND LIABILITES ACCRUED BY MANY UNION MEMBERS, see **EXHIBIT Z 11**.  THIS WAS/IS UNFAIR TO AMERICAN MANUFACTURING WORKERS.  BY LIMITING THE BENEFITS, THE UNIONS IN THE FUTURE, WILL NOT HAVE THE OPTION OF FAIRLY REPRESENTING THEIR MEMBERS. THESE WORKERS ARE NOT LIKE CONGRESSMAN OR SENATORS, WHO CAN AND DO RAISE THEIR OWN BENEFITS AND PAY.

THERE WILL BE NO REASON FOR WORKERS TO BE IN, OR JOIN A UNION. THIS IS THE FUTURE FOR FAIR REPRESENTATION OF AMERICAN WORKERS THIS SALE LEGITIMIZES.  THE ONLY SOLUTION THE GOVERNMENT OFFERED WAS THIS UNCONSTITUTIONAL TARP MONEY PURCHASE, THAT WOULD UNDERMINE FAIR UNION REPRESENTATION, NOT AS WAS STATED PREVIOUSLY, ONE THAT WOULD INCREASE THE CHANCES OF SURVIVABILY, FOR "OLD" GM, AND THUS THE U.S. TAXPAYER WHO WOULD ACTUALLY GET SOMETHING FOR THERE MONEY, WHILE MAINTAINING FAIR UNION REPRESENTATION.  THE GOVERNMENT SHOULD NOT BE IN THE BUSINESS OF UNDERMINING AMERICAN MANUFACTURING WORKERS, AND ABUSING THE U. S. CONSTITUTION IN SO DOING.  see **EXHIBIT Z7** THIS IS EVIDENCED IN PART BY THE 6 YEAR NO STRIKE CLAUSE THE UNION WAS FORCED TO AGREE TO IN THE NEGOTIATIONS WITH THE BUYER.  THIS IS THE FIRST BLOW TO FAIR REPRESENTATION, AND THE DESTRUCTION OF UNION(S). THE GOVERNMENT IS A PURCHASER WITH INTERESTS THAT ATTACK RETIREES BENEFITS, BEFORE THEY EVEN GOT THERE FOOT IN THE DOOR. **see EXHIBIT U** THEY RENEGOTIATED BENEFITS DOWNWARD, BUT THE BONUSES ON WALL STREET STILL FLOW.


    I EMPAHATICALLY BELIEVE THIS SALE TO THE "OLD" GM, PUTS MY EARNED PENSION AS IT NOW STANDS IN SEVERE JEOPARDY  see **EXHIBITS Z5, Z6, Z7** THE TREASURY DEPARTMENT IS DEMANDING THAT THE COLLATERAL OF MY PENSION BE STRIPPED AWAY.THIS IS A VIOLATION OF THE FIFTH AMENDMENT "NOR  SHALL PRIVATE PROPERTY BE TAKEN FOR PUBLIC USE, WITHOUT JUST COMPENSATION" **AMENDMENT V.** IN THE FUTURE, THE COLLATERAL BEHIND MY EARNED ACCRUED PENSION WILL BE GONE. IT IS ALSO ILLEGITIMATE TO USE THESE UNCONSTITUTIONAL TARP FUNDS THAT, HAVE NOT BEEN APPROVED BY CONGRESS (THE EXECUTIVE BRANCH USING ITS POWER TO ATTEMPT TO ELIMINATE THE WORD "FINANCIAL"FROM LAW PASSED BY CONGRESS)**(GLUCKMAN DECL)** HAVE NO CHECKS AND BALANCES,THUS ARE DICTORIAL, USING ONLY TRUST see **EXHIBIT Z 7**, IN THIS PURCHASE OF A PRIVATE CORPORATION. THE U. S. GOVERNMENT IS ENGAGING IN UNCONSTITUTIONAL AND UNFAIR PRACTICES VIOLATING THE **SEPERATION OF POWERS**,  **ARTICLES I, II** ALSO **ARTICLE I , SECTION 8, 9**.


    THE EXECUTIVE BRANCH IS SUPPORTING THE SALVATION OF GLOBAL TRADE OVER THE U. S. CONSTITUTION. NOTE, COMPARISONS OF PAST TARP USES. AIG A GLOBAL FREE TRADE PLAYER, GOT AND STILL GET THERE BONUSES (THE U. S. NEGOTIATORS SAID IT WAS IN THEIR CONTRACT). see **EXHIBIT Z3**.  VERSUS "OLD" GM, (IT WAS IN THEIR CONTRACT ALSO), THEY WERE FORCED TO REDUCE THEIR BENEFITS AND

HAD TO AGREE TO A 6 YEAR NO STIKE CLAUSE,PLUS 70,000 DELPHI
WORKERS/RETIREES, LOST THEIR PENSION TO **PBGC** see **EXHIBIT Z2, Z 3,
Z5**. JUST 73 OF THE LARGEST AIG "RETENTION" BONUSES WOULD HAVE
PAID FOR THOUSANDS OF MANUFACTING WORKERS TAKEAWAYS IN THIS
SALE. SOME POLITICIANS ELECTED TO THE OFFICES OF THE U. S.
GOVERNMENT ARE VIOLATING THERE DUTY TO UPHOLD CONSTITUTION,
WHEN THEY LET THE FREE TRADERS DOMINATE OUR GOVERNMENT AND
THUS VIOLATE OUR CONSTITUTION.

   ALSO I AM NOT, OR EVER HAVE BEEN, A MEMBER OF THE UAW.  AND I
AM FILING THIS PRO SE, I ASK THE COURT TO; PLEASE HOLD ME TO LESS
STRIGENT STANDARDS THAN FORMAL PLEADINGS DRAFTED BY
LAWYERS.

   THE VIOLATIONS OF **SEPERATION OF POWER ARTICLES I, II** AND
**ARTICLE I SECTION 8, 9** , HAVE CLEARLY BEEN VIOLATED,  THUS THE
TARP BILL MUST BE FOUND UNCONSTITUTIONAL AND ALL TARP MONEY
RECALLED AND RETURNED TO THE TREASURY OF THE UNITED STATES.

   THIS IS A MUTE ARGUMENT IF TARP IS ENDED AND THE MONEY IS
RECALLED AS IT SHOULD BE.  CAN THE COURT OR ANY REASONABLE
PERSON GUARANTEE THE "NEW" GM CAN SURVIVE TO PAYOUT ALL OF
MY ACCRUED PENSION IN ITS PRESENT STATE, FOR THE REST OF MY LIFE?
see **EXHIBIT Z 4, Z 5** IF NOT THEN A LUMP SUM PAYMENT IS THE ONLY
CURE. see **EXHIBIT Z 6 pg1 para 24 starting: "the pbgc is broke".**  AT BEAR
STEARNS THE GOVERNMENT OFFICIALS PULLED OFF A WEEKEND FIRE
SALE, THE RESULT, IT HAD TO BE RENEGOTIATED BECAUSE THE BUILDING
ALONE, WAS WORTH MORE THAN THE STOCK PRICE THEY WERE
OFFERED..  THIS SALE OF "OLD" GM WOULD DENY ME ANY FAIR,
NEGOTIATION IN THE LIKLEY, EVENT OF FAILURE OF THE "NEW" GM. See
**EXHIBIT Z 7 pg2 para5, pg3,** THE ASSETS BACKING UP MY PENSION WILL
ALREADY BE SOLD.THIS IS UNLAWFUL, A VIOLATION OF **AMENDMENT V
OF THE CONSTITUTION**  also see **EXHIBIT R, S** AFTER WORKING 30 YEARS
TO EARN MY PENSION RIGHTS FROM GM THIS IS MY ONLY SOURCE OF
INCOME.


I ASK THAT THIS APPEAL BE PASSED DIRECTLY TO THE UNITED STATES
COURT OF APPEALS.



                                              RESPECTFULLY