Mark Minuti (Del. No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)

and

Adam H. Isenberg, Esq.
**SAUL EWING LLP**
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-8662
(215) 972-1853 (Fax)

Attorneys for CVS Pharmacy, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| IN RE: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY., *et al.*, f/k/a General Motors Corp., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

### WITHDRAWAL OF LIMITED OBJECTION OF CVS PHARMACY, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO

On or about June 15, 2009, CVS Pharmacy, Inc. ("CVS") filed a limited objection (Docket No. 1249) (the "Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto.

1165952.2 8/5/09

CVS herewith withdraws the Objection, without prejudice, based upon its July 28, 2009 letter agreement with General Motors as to the appropriate amount of its cure claim.

/s/ *Adam H. Isenberg*
Adam H. Isenberg, Esq.
**SAUL EWING LLP**
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-8662
(215) 972-1853 (Fax)
(Admitted *pro hac vice*)

and

Mark Minuti (Del. No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)

Counsel to CVS Pharmacy, Inc.

Dated: August 5, 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :    Case No. 09-50026 (REG)
         f/k/a General Motors Corp., *et al.*       :
                                                    :    (Jointly Administered)
                      Debtors.                      :
                                                    :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Adam H. Isenberg, Esquire, do hereby certify, that on August 5, 2009, I caused the foregoing Withdrawal of Limited Objection of CVS Pharmacy, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (the "Withdrawal") and this Certificate of Service to be filed electronically with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants. I also caused a true and correct copy of the Withdrawal to be served on the following parties on August 5, 2009 via first-class United States mail, postage-prepaid:

The U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

General Motors Corporation
Attn: Warrant Command Center
Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025

1165952.2 8/5/09

Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004-1408

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq., Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153
Harvey.miller@weil.com
Joseph.smolinsky@weil.com
Stephen.karotkin@weil.com

Caldwalder, Wichersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281
John.rapisardi@cwt.com

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq., Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019
mjedelman@vedderprice.com
mschein@vedderprice.com

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
tmayer@kramerlevin.com

Office of the U.S. Trustee
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax: (212) 668-2255

                                                    /s/ *Adam H. Isenberg*
                                                Adam H. Isenberg, Esquire