**LEWIS, RICE & FINGERSH, L.C.**
500 North Broadway, Suite 2000
St. Louis, MO 63102
(314) 444-7600
Larry E. Parres (MO Bar #35597)

**Attorneys for Leggett & Platt Incorporated**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| GENERAL MOTORS CORP., et al. | Case No. 09-50026 (REG) |
| Debtors. | Hon. Robert E. Gerber |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Larry E. Parres, a member in good standing of the bar of the State of Missouri and the U.S. District Court for the Eastern District of Missouri, hereby request admission, *pro hac vice*, before the Honorable Robert E. Gerber, U.S.B.J., to represent Leggett and Platt Incorporated in connection with the above-referenced Chapter 11 cases and related proceedings.

| | |
|---|---|
| My Address is: | Lewis, Rice & Fingersh, LC<br>500 North Broadway, Suite 2000<br>St. Louis, MO 63102 |
| E-Mail Address: | lparres@lewisrice.com |
| Telephone Number: | (314) 444-7660 |

I agree to pay the required filing fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: July 24, 2009

/s/ Larry E. Parres
LARRY E. PARRES

1554166.01\051022.49818