| GM Contract ID | Vendor ID | Value GM | Value WESTFALIA | Contract Status |
|---|---|---|---|---|
| 01S57419 | 329689736 | 54,920 € | 72,400 € | Assumed July 10, 2009 |
| N1EUT000 | 329689736 | 25,466 € | 3,556 € | Assumed July 10, 2009 |
| N1JZL000 | 329689736 | 3,920 € | 3,387 € | Assumed July 10, 2009 |
| N1MIX000 | 329689736 | 1,366 € | | Assumed July 10, 2009 |
| 2DW60000 | 329689736 | 94,200 € | 94,200 € | Assumed July 10, 2009 |
| N1MIX000 | 329689736 | 1,366 € | | |
| | | 149,120 € | 173,543 € | |