Zeisler & Zeisler P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234
James G. Verillo, Esq. (jverillo@zeislaw.com)
Matthew K. Beatman, Esq. (mbeatman@zeislaw.com)

Attorneys for Westfalia-Automotive GMBH

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| **GENERAL MOTORS CORP.,** *et al.,* | ) Case No. 09-50026 (REG) |
| **Debtor.** | ) (Jointly Administered) |
| | ) |

**CERTIFICATE OF SERVICE**

  I, Matthew K. Beatman, hereby certify that on the 5th day of August, 2009, I served a copy of the Objection Of Westfalia-Automotive Gmbh To Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (Ii) Cure Amounts Related Thereto by utilization of the Court's CM/ECF electronic transmission notification services or by first class postage prepaid regular mail upon the parties listed on the Exhibit attached hereto.

Dated August 5, 2009
Bridgeport, CT

          WESTFALIA-AUTOMOTIVE GMBH

      By: */s/Matthew K. Beatman*
         Matthew K. Beatman (mb2705)
         James G. Verrillo (jv )
         ZEISLER & ZEISLER, P.C.
         558 Clinton Avenue
         Bridgeport, CT 06605-0186
         (203) 368-4234
         mbeatman@zeislaw.com
         jverrillo@zeislaw.com
         *Attorney for Westfalia-Automotive GMBH*

1

G:\JRL\JGV2\w\Westfalia Automotive\Objection to Notice of Intent to Assume.docx

**ZEISLER & ZEISLER, P.C.** • *ATTORNEYS AT LAW*
558 CLINTON AVENUE • P. O. BOX 3186 • BRIDGEPORT, CONNECTICUT 06605-0186 • (203) 368-4234 • JURIS NO. 69625

# EXHIBIT A – PARTIES SERVED

## U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Bankruptcy Petition #: 09-50026-reg

*Date filed:* 06/01/2009

*Assigned to:* Judge Robert E. Gerber
Chapter 11
Voluntary
Asset

Show Associated Cases

*Debtor*
**Motors Liquidation Company**
300 Renaissance Center
Detroit, MI 48265-3000
Tax ID / EIN: 38-0572515
*aka*
**GMC Truck Division**
*aka*
**Automotive Market Research**
*aka*
**NAO Fleet Operations**
*aka*
**National Car Rental**
*aka*
**GM Corporation**
*aka*
**National Car Sales**
*aka*
**GM Corporation-GM Auction Department**
*fka*
**General Motors Corporation**

represented **Donald F. Baty, Jr.**
by Honigman Miller Schwartz and Cohn, LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7314
Fax : (313) 465-7315
Email: dbaty@honigman.com

**Harvey R. Miller**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
Fax : (212) 310-8007
Email: harvey.miller@weil.com

**Joseph R. Sgroi**
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7570
Fax : (313) 465-7571
Email: jsgroi@honigman.com

**Joseph H. Smolinsky**
Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153
(212) 310-8767
Fax : (212) 310-8007
Email: Joseph.Smolinsky@weil.com

**Judy B. Calton**
Honigman Miller Schwartz & Cohn, LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
Fax : (313) 465-7345
Email: jcalton@honigman.com

**Patrick J. Trostle**
Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
(212) 891-1665
Fax : (212) 891-1699
Email: ptrostle@jenner.com

**Robert J. Lemons**
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8924
Fax : (212) 310-8007
Email: robert.lemons@weil.com

**Robert B. Weiss**
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
Detroit, MI 48226
(313) 465-7596
Fax : (313) 465-7597
Email: rweiss@honigman.com

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

|  |  |
|---|---|
|  | (212) 310-8350<br>Fax : (212) 310-8007<br>Email: stephen.karotkin@weil.com<br><br>**Tricia A. Sherick**<br>Honigman Miller Schwartz and Cohn, LLP<br>660 Woodward Avenue<br>Suite 2290<br>Detroit, MI 48226<br>(313) 465-7662<br>Fax : (313) 465-7663<br>Email: tsherick@honigman.com |
| *U.S. Trustee*<br>**United States Trustee**<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(212) 510-0500 | represented **Andrew D. Velez-Rivera**<br>by Office of the U.S. Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004<br>(212) 510-0500<br>Fax : (212) 668-2255<br><br>**Brian Shoichi Masumoto**<br>Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(212) 510-0500<br>Fax : (212) 668-2255 |
| *U.S. Trustee*<br>**Diana G. Adams**<br>Office of the United States Trustee<br>33 Whitehall Street<br>21st floor<br>New York, NY 10004<br>usa<br>212-510-0500 |  |
| *Claims and Noticing Agent*<br>**Garden City Group Claims Agent**<br>105 Maxess Road<br>Melville, NY 11747<br>www.gargencitygroup.com<br>631-470-5000 | represented **Jeffrey S. Stein**<br>by The Garden City Group, Inc.<br>105 Maxess Road<br>Melville, NY 11747<br>(631) 470-6834<br>Email: |

Kenneth_Freda@gardencitygroup.com

*Creditor Committee*
**Official Committee of Unsecured Creditors of General Motors Corporation**

represented by

**Eric Fisher**
Butzel Long, a professional corporation
380 Madison Avenue
22nd Floor
New York, NY 10017
(212) 374-5359
Fax : 212-818-1110
Email: fishere@butzel.com

**Gordon Z. Novod**
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
(212) 715-3275
Fax : (212) 715-8000
Email: gnovod@kramerlevin.com

**Robert T. Schmidt**
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
Email: rschmidt@kramerlevin.com

**Thomas Moers Mayer**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

US TRUSTEE:

*U.S. Trustee*
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

represented by **Andrew D. Velez-Rivera**
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004
(212) 510-0500
Fax : (212) 668-2255

**Brian Shoichi Masumoto**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
Fax : (212) 668-2255

*U.S. Trustee*
**Diana G. Adams**
Office of the United States Trustee
33 Whitehall Street
21st floor
New York, NY 10004
usa
212-510-0500

*Creditor Committee*
**Official Committee of Unsecured Creditors of General Motors Corporation**

represented by **Eric Fisher**
Butzel Long, a professional corporation
380 Madison Avenue
22nd Floor
New York, NY 10017
(212) 374-5359
Fax : 212-818-1110
Email: fishere@butzel.com

**Gordon Z. Novod**
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
(212) 715-3275
Fax : (212) 715-8000
Email: gnovod@kramerlevin.com

**Robert T. Schmidt**

Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
Email: rschmidt@kramerlevin.com

**Thomas Moers Mayer**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036