RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
J. Alex Kress, Esq. (N.J. Fed. Bar I.D. No. JK-1789)
(akress@riker.com)
Kevin J. Larner, Esq. (KL-8627)
(klarner@riker.com)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

- *and* –

500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

*Superceding Attorneys for Praxair, Inc., as agent for Niject Services Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| | Hon. Robert E. Gerber, U.S.B.J. |
| MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORP., et al, | Case No. 09-50026 (REG) (Jointly Administered) |
| Debtor(s). | **SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE THAT Riker, Danzig, Scherer, Hyland & Perretti LLP, shall be substituted in place of Locke Lorde Bissell & Liddell LLP, as counsel for Niject Services Company in the above-referenced bankruptcy matter and that all future pleadings and other papers should be served upon J. Alex Kress at the address indicated above.

Withdrawing Attorneys:

LOCKE LORD BISSEL
& LIDDELL LLP

By: /s/ Sarah M. Chen
    Sarah M. Chen

Dated: August 5, 2009

Substituting Attorneys:

RIKER, DANZIG, SCHERER,
HYLAND & PERRETTI, LLP

By: /s/ J. Alex Kress
    J. Alex Kress

Dated: August 5, 2009

3970157.1