RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
J. Alex Kress, Esq. (N.J. Fed. Bar I.D. JK-1789)
Kevin J. Larner, Esq. (KL-8627)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

*-and-*

500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

*Attorneys for Niject Services Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORP., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br>Jointly administered |

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to sections 342 and 1109(b) of the Bankruptcy Code (11 U.S.C. §§ 101 et seq.) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned, Riker Danzig Scherer Hyland & Perretti, LLP ("RDSHP"), hereby appears in the above-captioned matter as counsel for Niject Services Company ("Niject") through its successor agent, Ingersoll Rand, and requests copies of all notices, motions, applications, pleadings and all other filings in the above-captioned case including, without limitation, those pursuant to Bankruptcy Rules 2002, 3017 and 9007.

PLEASE TAKE FURTHER NOTICE that Niject hereby requests that all counsel of record provide it with copies of all notices, motions, applications, pleadings

and all other filings given or required to be served in the above-captioned case by directing all such written or telephonic communications as follows:

> J. Alex Kress, Esq.
> Riker Danzig Scherer Hyland Perretti LLP
> Headquarters Plaza
> One Speedwell Avenue
> Morristown, New Jersey 07962-1981
> Tel.: (973) 538-0800
> Fax.: (973) 538-1984
> akress@riker.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and pleadings referenced to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, hand-delivery, telephone, telegraph, telex, electronic mail or otherwise, which may affect or seek to affect in any way the rights or interests of the Debtor or property (or proceeds thereof) in which the Debtor may claim an interest, including any adversary proceedings filed in this matter.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice is without prejudice to Niject's rights, remedies and claims against the Debtor and any other entities either in this case or in any other action, or any objection which may be made to the jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed

to submit Niject to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved.

| | |
|---|---|
| Dated: August 6, 2009<br>Morristown, New Jersey | RIKER DANZIG SCHERER<br>HYLAND & PERRETTI LLP |
| | By:  /s/ J. Alex Kress |
| | J. Alex Kress, Esq.(N.J. Fed. Bar I.D. No. JK-7189)<br>Kevin J. Larner, Esq. (KL-8627)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, New Jersey  07962-1981<br>(973) 538-0800<br>-and-<br>500 Fifth Avenue, Suite 4920<br>New York, New York 10110<br>(212) 302-6574 |
| | *Attorneys for Niject Services Company* |

3970153.1