RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
J. Alex Kress, Esq. (N.J. Fed. Bar I.D. No. JK-7189)
Kevin J. Larner, Esq. (KL-8627)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey  07962-1981
(973) 538-0800

*-and-*

500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

*Attorneys for Niject Services Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORP., et al.,<br><br>                                                     Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br>Jointly administered |

**VERIFIED STATEMENT OF RIKER DANZIG SCHERER HYLAND & PERRETTI LLP AS TO REPRESENTATION OF MULTIPLE PARTIES IN INTEREST PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Fed. R. Bankr. P. 2019, J. Alex Kress, a partner at the law firm of Riker, Danzig, Scherer, Hyland & Perretti, LLP ("RDSHP"), hereby makes the following representations in connection with this Verified Statement:

1) RDSHP represents the following creditors (collectively, the "Parties") in connection with the bankruptcy cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"):

Niject Services Company
c/o Heather L. Foran, Esq.
Associate General Counsel - Litigation
Ingersoll - Rand
100 Centennial Avenue
Piscataway, NJ 08854

Kone, Inc.
c/o Brent R. Cohen
Rothgerber, Johnson & Lyons LLP
1200 17th St. Suite 3000
Denver, CO  80202

2) Each of the Parties has retained RDSHP to represent its respective interests in connection with the Debtors' bankruptcy cases.

3) Each of the Parties holds a claim and/or is a party to an agreement with the Debtors that are impacted, or implicated by the Debtors' bankruptcy cases.

4) Upon information and belief formed after due inquiry, RDSHP has neither a claim against nor equity interest in the Debtors.

5) RDSHP hereby expressly reserves the right to supplement and amend this Verified Statement to the extent it may be necessary.

Dated: August 6, 2009         RIKER DANZIG SCHERER
Morristown, New Jersey        HYLAND & PERRETTI LLP

By:  /s/ J. Alex Kress

J. Alex Kress, Esq. (N.J. Fed. Bar I.D. No. JK-1789)
(akress@riker.com)
Kevin J. Larner, Esq.
(klarner@riker.com)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey  07962-1981
(973) 538-0800

-and-

500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

*Attorneys for Niject Services Company*

## **VERIFICATION**

I, J. Alex Kress, of full age, hereby verifies and states as follows:

  I am a partner with the law firm of Riker, Danzig, Scherer, Hyland & Perretti, LLP ("RDSHP") and am responsible for managing the representation of the Parties in the above captioned bankruptcy proceeding.

  I have reviewed the foregoing Verified Statement of RDSHP, Pursuant to Fed. R. Bankr. P. 2019, and I verify under penalty of perjury that the information contained therein is true and correct.

Dated:  August 6, 2009

               By:  /s/ J. Alex Kress
                   J. Alex Kress

3970200.1