RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
J. Alex Kress, Esq. (N.J. Fed. Bar I.D. No. JK-7189)
Kevin J. Larner, Esq. (KL-8627)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

*-and-*

500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

*Attorneys for Niject Services Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORP., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br>Jointly administered |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF NIJECT SERVICES COMPANY TO NOTICE OF DEBTORS' INTENT (I) TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

PLEASE TAKE Notice that NIJECT SERVICE COMPANY ("NIJECT") hereby withdraws its Objection to Notice of Debtors' Intent (I) To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of

Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 1164].  Niject reserves all its other rights and remedies with respect to these proceedings.

| | |
|---|---|
| Dated: August 6, 2009<br>Morristown, New Jersey | RIKER DANZIG SCHERER HYLAND<br>  & PERRETTI LLP<br><br>By:   /s/ J. Alex Kress<br><br>J. Alex Kress, Esq.(N.J. Fed. Bar I.D. No. JK-7189)<br>(akress@riker.com)<br>Kevin J. Larner, Esq. (KL-8627)<br>(klarner@riker.com)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, New Jersey  07962-1981<br>(973) 538-0800<br>-and-<br>500 Fifth Avenue, Suite 4920<br>New York, New York 10110<br>(212) 302-6574<br><br>*Attorneys for Niject Services Company* |

3970143.1