Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland
*(Pro Hac Vice Admission Pending)*

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
Telephone: (212) 668-5927
Facsimile: (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
                                     :    Chapter 11
In re                                :
                                     :    Case No. 09-50026(REG)
MOTORS LIQUIDATION COMPANY, et al.,  :
                                     :    (Jointly Administered)
         Debtors.                    :
                                     :
------------------------------------ X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, N. Kathleen Strickland, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Remy International, Inc., a creditor and party in interest in the above-referenced case. I certify that I am a member in good standing of the state bars of the State of California, the State of Texas, the State of Colorado. I am also admitted to practice in the United States Court of Appeals for the Ninth Circuit, United States District Courts for the Northern, Eastern, Central and Southern Districts of California, and United States District Court for District of Columbia.

RC1/5346085.1/SC7

My mailing address, email address and telephone number are:

> N. Kathleen Strickland, Esq.
> Ropers Majeski Kohn & Bentley
> 201 Spear Street, Suite 1000
> San Francisco, CA 94105
> Telephone:    (415) 543-4800
> Facsimile:    (415) 972-6301
> Email: kstrickland@rmkb.com

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: San Francisco, California.
July 29, 2009

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ N. Kathleen Strickland
N. KATHLEEN STRICKLAND, Esq.
Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:(415) 543-4800
Facsimile: (415) 972-6301
Email:    kstrickland@rmkb.com

Attorneys for Creditor
REMY INTERNATIONAL, INC.