UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                                           :   Chapter 11

In re

                                                           :   Case No. 09-50026(REG)

MOTORS LIQUIDATION COMPANY, et al.,

                                                           :   (Jointly Administered)

            Debtors.

------------------------------------- X

## **ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      N. Kathleen Strickland, a member in good standing of the state bars of the State of California, the State of Texas, and the State of Colorado, and being admitted to practice in the District of Columbia, United States Court of Appeals for the Ninth Circuit, United States District Courts for the Northern, Eastern, Central and Southern Districts of California, having requested admission, *pro hac vice*, to represent Remy International, Inc., a creditor and party in interest in the above-reference case.

**IT IS ORDERED,**

      That N. Kathleen Strickland, Esq., is admitted *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:  July ____, 2009

 

_____
Honorable Robert E. Gerber
United States Bankruptcy Judge