UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No.: |
| | : | |
| MOTORS LIQUIDATION COMPANY, et al. | : | |
| f/k/a General Motors Corp., *et al.*, | : | 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x    Ref. Docket Nos. 3659

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 4, 2009, I caused to be served the "Application of Official Committee of Unsecured Creditors for Entry of Order Authorizing the Retention and Employment of FTI Consulting, Inc., as its Financial Advisor, *Nunc Pro Tunc* to June 3, 2009," dated August 4, 2009 [Docket No. 3659], by causing true and correct copies enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to the parties listed on the annexed Exhibit A, via electronic mail to those parties listed on the annexed Exhibit B, and via facsimile to the party listed on the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Kossivas

Sworn to before me this
5th day of August, 2009

Notary Public

T:\CLIENTS\GM2\AFFIDAVITS\FTI RET APP DKT NO. 3659_8-4-09.DOC

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
THE HONORABLE ROBERT E. GERBER
ONE BOWLING GREEN
NEW YORK, NY 10004


THE OFFICE OF THE UNITED STATES TRUSTEE
ATTN: BRIAN S. MASUMOTO
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**EXHIBIT B**

| Email |
| --- |
| aadams@schnader.com |
| abauer@torys.com |
| aberkowitz@proskauer.com |
| abruski@lambertleser.com |
| achaykin@shinnfuamerica.com |
| Adam.Goldberg@lw.com |
| adam.harris@srz.com |
| adoshi@daypitney.com |
| aenglund@orrick.com |
| AGOTTFRIED@MORGANLEWIS.COM |
| ahammer@freebornpeters.com |
| aisenberg@saul.com |
| akatz@entergy.com |
| akornberg@paulweiss.com |
| alan@chapellassociates.com |
| aleffert@rwolaw.com |
| andrew.brozman@cliffordchance.com |
| Andy.Smith@valeo.com, |
| anna.boelitz@bingham.com |
| anne.boudreau@ic.gc.ca |
| antitrust.atr@usdoj.gov |
| ARosen@SilvermanAcampora.com |
| AROSENBERG@PAULWEISS.COM |
| askDOJ@usdoj.gov |
| aspector@bergersingerman.com |
| auetz@foley.com |
| austin.bankruptcy@publicans.com |
| avassallo@golenbock.com |
| avery@silvermanmorris.com |
| ayala.hassell@hp.com |
| azuccarello@eapdlaw.com |
| bankruptcy.asbpo.asbdom@braytonlaw.com |
| bankruptcy@morrisoncohen.com |
| barryster@att.net |
| bbressler@schnader.com |
| bceccotti@cwsny.com |
| BCrowley@klehr.com |
| bdeutsch@schnader.com |
| belkys.escobar@loudoun.gov |
| bhermann@paulweiss.com |
| bk-kwalsh@oag.state.tx.us |
| bk-mbrowning@oag.state.tx.us |
| bleinbach@zeklaw.com |
| bmehlsack@gkllaw.com |
| bmeldrum@stites.com |
| borgeslawfirm@aol.com |

| Email |
| --- |
| brcy@carsonfischer.com |
| BRETT.GOODMAN@TROUTMANSANDERS.COM |
| brooks.hamilton@haynesboone.com |
| bshaw100@shawgussis.com |
| bshort@hsblawfirm.com |
| BSUSKO@CGSH.COM |
| BUNCH@PPG.COM |
| bwolfe@sheppardmullin.com |
| cameron.currie@nelsonmullins.com |
| campbell.andrea@arentfox.com |
| carignanj@pepperlaw.com |
| casey.roy@oag.state.tx.us |
| caseyl@pepperlaw.com |
| cbattaglia@halperinlaw.net |
| cbblac@acxiom.com |
| cbelmonte@ssbb.com |
| cbodell@eapdlaw.com |
| cbullock@sbplclaw.com |
| ccahill@clarkhill.com |
| ccaldwell@starkreagan.com |
| ccarson@burr.com |
| cdarke@bodmanllp.com |
| cfelicetta@reidandriege.com |
| cgraham@mckennalong.com |
| charles.beckham@haynesboone.com |
| chemrick@connellfoley.com |
| chipford@parkerpoe.com |
| Christopher.Combest@quarles.com |
| CMcManus@muchshelist.com |
| cmeyer@ssd.com |
| cmomjian@attorneygeneral.gov |
| CONTACT-OCFO@DOL.GOV |
| crogers@orrick.com |
| crusemg@wnj.com |
| CSALOMON@BECKERGLYNN.COM |
| cschreiber@winston.com |
| cshulman@sheppardmullin.com |
| csweeney@dickinsonwright.com |
| cwoodruff-neer@alpine-usa.com |
| cynthialowery@mvalaw.com |
| dademarco@hahnlaw.com |
| dallas.bankruptcy@publicans.com |
| d'apice@sbep-law.com |
| david.boyle@airgas.com |
| david.jones6@usdoj.gov |
| david.karp@srz.com, |

| Email |
| --- |
| davidl@bolhouselaw.com |
| dbaldwin@potteranderson.com |
| DBernstein@plunkettcooney.com |
| dbrody@borahgoldstein.com |
| dbuell@cgsh.com |
| dcopley@dickinsonwright.com |
| dcrapo@gibbonslaw.com |
| ddoogal@foley.com |
| dennis.jenkins@wilmerhale.com |
| dfeldman@gibsondunn.com |
| dfish@allardfishpc.com |
| dfurth@golenbock.com |
| dgoff@mvbalaw.com |
| dgoing@armstrongteasdale.com |
| DGOTTLIEB@CGSH.COM |
| dhartheimer@mazzeosong.com |
| djrichardson@winston.com |
| djury@usw.org |
| dkowich@umich.edu |
| dladdin@agg.com |
| dlerner@plunkettcooney.com |
| dlin@seyburn.com |
| DMACK@STBLAW.COM |
| dmb@kompc.com |
| dmertz@state.pa.us |
| dmurray@jenner.com |
| Dockterman@wildman.com |
| donald.bernstein@dpw.com |
| dowd.mary@arentfox.com |
| dpacheco@wilentz.com |
| drosenzweig@fulbright.com |
| drosner@goulstonstorrs.com |
| druhlandt@ermanteicher.com |
| dselwocki@swappc.com |
| DWALLEN@OSHR.COM, |
| dyitzchaki@dickinsonwright.com |
| ebanda@pbfcm.com |
| ecf@kaalaw.com |
| ecfsarbt@millerjohnson.com |
| ECFWolfordR@millerjohnson.com |
| ecurrenti@hess.com |
| EDOYLE@STEMBERFEINSTEIN.COM |
| eerman@ermanteicher.com |
| EFEINSTEIN@STEMBERFEINSTEIN.COM |
| egoodman@bakerlaw.com |
| ei@capdale.com |

| Email |
| --- |

ELARSON@HSS-MMS.COM
eliu@morganlewis.com
Elizabeth.Spangler@arcadis-us.com
ELLEN.J.KULLMAN@USA.DUPONT.COM
elobello@msek.com
email@orumroth.com
eric.moser@klgates.com
erica.carrig@pillsburylaw.com
eschaffer@reedsmith.com
esserman@sbep-law.com
etillinghast@sheppardmullin.com
Ezavalkoff-babej@vedderprice.com
Faye.Feinstein@quarles.com
fberg@kotzsangster.com
fdicastri@foley.com
ffm@bostonbusinesslaw.com
fishere@butzel.com
foreman.michael@dorsey.com
fp@previant.com
francoise.colpron@valeo.com
frank.white@agg.com
Friedman@wildman.com
fsosnick@shearman.com
fstevens@foxrothschild.com
funds@michigan.gov
fusco@millercanfield.com
gabriel.delvirginia@verizon.net
gdiconza@dlawpc.com
george.cauthen@nelsonmullins.com
giaimo.christopher@arentfox.com
gillcr@michigan.gov
gkaden@goulstonstorrs.com
Gkelly@narmco.com
glee@schaferandweiner.com
Glenn.Reisman@ge.com
gm@dmms.com
goldberg@cwg11.com
gregory.fox@skadden.com
gstack@hblaw.com
gstewart@reedsmith.com
gtoering@wnj.com
gwallace@fraserlawfirm.com
hall@bwst-law.com
HARRY.NIEMAN@VOITH.COM
hartwick@sbep-law.com
HARVEY.MILLER@WEIL.COM

| Email |
| --- |
| harveystrickon@paulhastings.com |
| hbeltzer@morganlewis.com |
| hkolko@msek.com |
| houston_bankruptcy@publicans.com |
| hutchinson@millercanfield.com |
| hwangr@michigan.gov |
| ilevee@lowenstein.com |
| Info@AndrewCuomo.com |
| info@dealertire.com |
| info@harmanbecker.de |
| info@kemkrest.com |
| ipalermo@hselaw.com |
| ipohl@paulweiss.com |
| jack.butler@skadden.com |
| jacob.sellers@leonard.com |
| jaffeh@pepperlaw.com |
| jaho@hselaw.com |
| james.moore@dechert.com |
| jansbro@orrick.com |
| janwoolley@mgwl.com |
| jbaden@motleyrice.com |
| jboyles@jhvgglaw.com |
| jbromley@cgsh.com |
| jcarberry@cl-law.com |
| jdarcey@eapdlaw.com |
| jdyas@halperinlaw.net |
| jed@krwlaw.com |
| jeff.rich@klgates.com |
| jeffrey.kelley@troutmansanders.com |
| jeffrey.oestericher@usdoj.gov |
| jeffrey.sabin@bingham.com |
| jennifer.nassiri@dlapiper.com |
| jesse@tipotexchevrolet.com |
| jflaxer@golenbock.com |
| jfrizzley@shearman.com |
| jg5786@att.com |
| jgilbert@motleyrice.com |
| jgregg@btlaw.com |
| jgroves@eapdlaw.com |
| jhampton@saul.com |
| JHELFAT@OSHR.COM |
| jhutchinson@bakerlaw.com |
| jkimble@burr.com |
| jkoevary@paulweiss.com |
| jlangan@hblaw.com, |
| jlee@foley.com |

| Email |
| --- |
| jlsaffer@jlsaffer.com |
| jmacyda@kotzsangster.com |
| jmayes@mckennalong.com |
| JMcDonald@Briggs.com |
| jmurch@foley.com |
| john.rapisardi@cwt.com |
| jonathan.alter@bingham.com |
| jonathan.hook@haynesboone.com |
| joneil@mmwr.com |
| joneill@foley.com |
| joseph.cordaro@usdoj.gov |
| JOSEPH.SMOLINSKY@WEIL.COM |
| joy.e.tanner@altria.com |
| jplemmons@dickinsonwright.com |
| jplemmons2@dickinsonwright.com |
| jpowers@debevoise.com |
| jrabin@fulbright.com |
| jrabinowitz@rltlawfirm.com |
| jrhunter@hunterschank.com |
| jrice@motleyrice.com |
| jrsmith@hunton.com |
| JRumley@bcbsm.com |
| jsgroi@honigman.com |
| jshickich@riddellwilliams.com |
| jsimon@foley.com |
| jsmairo@pbnlaw.com |
| JSTEMBER@STEMBERFEINSTEIN.COM |
| jstitt@kmklaw.com |
| jteitelbaum@tblawllp.com |
| judith.adler@us.bosch.com |
| judith.elkin@haynesboone.com |
| juliet.sarkessian@dechert.com |
| jwe@kjk.com |
| jweider@hselaw.com |
| jwhitlock@eapdlaw.com |
| kab@mccarthylebit.com |
| kadisha@gtlaw.com |
| kafricano@hselaw.com |
| karen.dine@pillsburylaw.com |
| karol.denniston@dlapiper.com |
| karpek@whiteandwilliams.com |
| kayalyn.marafioti@skadden.com |
| kayesd@pepperlaw.com |
| kblair@mattablair.com |
| kcatanese@foley.com |
| KDUCK@FOLEY.COM |

| Email |
| --- |

KDWBankruptcyDepartment@kelleydrye.com
Kelbon@blankrome.com
KENNETH_FREDA@GARDENCITYGROUP.COM
kewald@dickinsonwright.com
kgwynne@reedsmith.com
khk@maddinhauser.com
kkansa@sidley.com
klewis@tblawllp.com
kovsky@pepperlaw.com
kovskyd@pepperlaw.com
kristin.going@dbr.com
ksambur@rkollp.com
kschweiker@brownconnery.com
KURT.BOCK@BASF.COM
kwalsh@lockelord.com
laccarrino@wilentz.com
lakatz@venable.com
lamme@mltw.com
larrykraines@gmail.com
lattard@kayescholer.com
lawrence.s.buonomo@gm.com
lboydston@fulbright.com
lbrimer@stroblpc.com
LCRICHARDSON@CHEMICOSYSTEMS.COM
ldpowar@hahnlaw.com,
Lee_Cooper@raytheon.com
leslie.levy@nebraska.gov
levick@singerlevick.com
lhsjoberg@dow.com
linda.barr@nelsonmullins.com
linda.damico@hp.com
LINDA.GALIPEAU@US.RANDSTAD.COM
lisa.wurster@dana.com
lischen@tcwtgn.com
lmagarik@kjmlabor.com
lmcgowen@orrick.com
lstein@seyburn.com
lstrubeck@fulbright.com
lstrubeck@fulbright.com,
lucas.ward@ohioattorneygeneral.gov
maiello@foley.com
mam@johnstonbarton.com
maricco.michael@pbgc.gov
mark.owens@btlaw.com
markh@bolhouselaw.com
marvin.clements@ag.tn.gov

| Email |
|---|
| MATTHEW.FELDMAN@DO.TREAS.GOV |
| matthew.russell@haynesboone.com |
| matthew.schwartz@usdoj.gov |
| matthew.swanson@leonard.com |
| Maureen.Leary@oag.state.ny.us |
| mbakst@bodmanllp.com |
| mbarr@milbank.com |
| mbarrie@schnader.com |
| mbass@hodgsonruss.com |
| mbaxter@cov.com |
| mbotica@winston.com |
| mcademartori@sheppardmullin.com |
| mchammer3@dickinsonwright.com |
| mcohn@winston.com |
| mcruse@wnj.com |
| melanie.dritz@wilmerhale.com |
| memberservices@iuawfcu.com, |
| metkin@lowenstein.com |
| MFleming@plunkettcooney.com |
| mfriedman@rkollp.com |
| mgr@previant.com |
| mhaut@fulbright.com |
| miachan@pattonboggs.com |
| michael.conway@leclairryan.com |
| michael.hastings@leclairryan.com |
| Michelle.sutter@ohioattorneygeneral.gov |
| MIKE.NEFKENS@EDS.COM |
| MJEDELMAN@VEDDERPRICE.COM |
| MJR1@westchestergov.com |
| mjwilliams@gibsondunn.com |
| mkilgore@up.com |
| mkogan@ecjlaw.com |
| mneier@ibolaw.com |
| mparker@fulbright.com |
| MPARTIPILO@DMIMAIL.COM |
| mphillips@paulweiss.com |
| mreed@mvbalaw.com |
| mrichards@blankrome.com |
| mrichman@pattonboggs.com |
| mriopelle@foley.com |
| msalzberg@pattonboggs.com |
| mscheck@paulweiss.com |
| MSCHEIN@VEDDERPRICE.COM |
| mschonfeld@gibsondunn.com |
| msholmes@cowgillholmes.com |
| msl@maddinhauser.com |

| Email |
| --- |
| msteen@daypitney.com |
| mweinczok@casselsbrock.com |
| mws@kompc.com |
| nashvillebankruptcyfilings@stites.com |
| nboehler@cbmlaw.com |
| neal.mann@oag.state.ny.us |
| newman@butzel.com |
| newton@sbep-law.com |
| nganatra@uaw.net |
| ngoteiner@fbm.com |
| nramsey@mmwr.com |
| nwbernstein@nwbllc.com |
| OSHR-GM-bk@oshr.com |
| paige@bsplaw.com |
| patrick.hughes@haynesboone.com |
| patrick@bbslaw.com |
| paula.christ@trw.com |
| pbosswick@ssbb.com |
| peter.haley@nelsonmullins.com |
| Peter.Lee@bnsf.com |
| peter.ruggero@haynesboone.com |
| philip.anker@wilmerhale.com |
| pjazayeri@ecjlaw.com |
| pkukla@carsonfischer.com |
| ppantaleo@stblaw.com |
| ppartee@hunton.com |
| ppascuzzi@ffwplaw.com |
| pretekin@coollaw.com |
| pricotta@mintz.com |
| privitera@mltw.com |
| prubin@herrick.com |
| przekopshaws@michigan.gov |
| psm@kompc.com |
| PSYKES@DOW.COM |
| ptrostle@jenner.com |
| pvnl@capdale.com |
| pweintraub@paulweiss.com |
| pwh@krwlaw.com |
| radom@butzel.com |
| Ramona.neal@hp.com |
| raterinkd@michigan.gov |
| rbarbur@lrbpc.com |
| rbarkasy@schnader.com |
| rbarrows@wdblaw.com |
| rbarrows800@gmail.com |
| rbernard@bakerlaw.com |

| Email |
| --- |
| rbrown@brownwhalen.com |
| rbrownlee@thompsoncoburn.com |
| rcpottinger@bslbv.com |
| renee.dailey@bgllp.com |
| rer@capdale.com |
| rfhahn@debevoise.com |
| rfiga@comlawone.com |
| rfink@hselaw.com |
| RFRANKEL@ORRICK.COM |
| rgordon@clarkhill.com |
| rgreenberg@dclawfirm.com |
| rgriffin@iuoe.org |
| rheilman@schaferandweiner.com |
| rhiersteiner@eapdlaw.com |
| rhuey@foley.com |
| richard.epling@pillsburylaw.com |
| richardnotice@rwmaplc.com |
| rkcsi@rkautogroup.net |
| rkruger@jaffelaw.com |
| RLINCER@CGSH.COM |
| rmallenski@aol.com |
| rmauceri@morganlewis.com |
| rmcneill@potteranderson.com |
| rmeth@daypitney.com |
| rmschechter@pbnlaw.com |
| rnorton@hunton.com |
| robbins@millercanfield.com |
| robert.dombroff@bingham.com |
| Robert.Rosenberg@lw.com |
| roran@velaw.com |
| rothleder.jeffrey@arentfox.com |
| rpatel@pronskepatel.com |
| rpm@robinsonbrog.com |
| rrk@mccarthylebit.com |
| rrm_narumanchi@hotmail.com |
| rrross@fedex.com |
| rsmith@cniinc.cc |
| rsmolev@kayescholer.com |
| rsox@dealerlawyer.com |
| rstroup@lrbpc.com |
| RTODER@MORGANLEWIS.COM |
| rurbanik@munsch.com |
| rweinstein@cusa.canon.com |
| rweisberg@carsonfischer.com |
| rweiss@honigman.com |
| RWYRON@ORRICK.COM |

| Email |
| --- |
| rzaitzeff@sheppardmullin.com |
| rzubaty@paulweiss.com |
| salazarl@gtlaw.com |
| sarah.campbell@cliffordchance.com |
| sbarbatano@foley.com |
| sbernstein@hunton.com |
| schristianson@buchalter.com |
| schulz@bsplaw.com |
| scook@lambertleser.com |
| SCOTTS@SHIVELYBROS.COM |
| sdellafera@trenklawfirm.com |
| sdnyecf@dor.mo.gov |
| sfalanga@connellfoley.com |
| sfreedman@dilworthlaw.com |
| sgoll@sbplclaw.com |
| sgross@hodgsonruss.com |
| sgrow@wnj.com |
| sheehan@txschoollaw.com |
| shepner@lrbpc.com |
| shilfinger@foley.com |
| shmuel.vasser@dechert.com |
| sidorsky@butzel.com |
| sjennik@kjmlabor.com |
| sjg@previant.com |
| sjohnston@cov.com |
| skhalil@milbank.com |
| skim@sheppardmullin.com |
| skomrower@coleschotz.com |
| skrause@zeklaw.com |
| smatta@mattablair.com |
| soneal@cgsh.com |
| srutsky@proskauer.com |
| sschwartz@winston.com |
| sseabolt@foley.com |
| sselbst@herrick.com |
| sshimshak@paulweiss.com |
| SSOLL@OSHR.COM |
| steele@lowenstein.com |
| stephanie.wickouski@dbr.com |
| STEPHEN.KAROTKIN@WEIL.COM |
| steve.keller@affiniagroup.com |
| stingey@rqn.com |
| streusand@streusandlandon.com |
| sullivan.james@arentfox.com |
| summersm@ballardspahr.com |
| Susan.Taylor@oag.state.ny.us |

| Email |
| --- |
| sveselka@mvbalaw.com, |
| swansonm@millercanfield.com |
| tah@kompc.com |
| TAKAYA_YAMADA@JTEKT.CO.JP |
| tbrown-edwards@potteranderson.com |
| tcornell@stahlcowen.com |
| tcurran@haslaw.com |
| tcurrier@saul.com |
| TERRY.MILLER@PENSKE.COM |
| tfawkes@freebornpeters.com |
| TIM@LEULIETTEPARTNERS.COM |
| tkennedy@kjmlabor.com |
| tlewis@schnader.com |
| tlomazow@milbank.com |
| tlzabel@rhoadesmckee.com |
| tmartin@torys.com |
| tmcfadden@lockelord.com |
| tmurray@kjmlabor.com |
| TNESLAGE@COBASYS.COM |
| tom@bbslaw.com |
| tomschank@hunterschank.com |
| toolee@pepperlaw.com |
| tsadutto@platzerlaw.com |
| tsandler@osler.com |
| tscobb@vorys.com |
| tsherick@honigman.com |
| tspillane@foley.com |
| TStenger@alixpartners.com |
| twilson@kelley-ferraro.com |
| tws@capdale.com |
| uncbill@msn.com |
| vavilaplana@foley.com |
| victoria.garry@ohioattorneygeneral.gov |
| wcacinfo@michigan.gov |
| wcinfo@michigan.gov |
| wdcoffeylaw@yahoo.com |
| wgibson@bakerlaw.com |
| wilkins@bwst-law.com |
| wkreienberg@hsalaw.com |
| wkreienberg@hselaw.com |
| wolfson@bsplaw.com |
| wpayne@stemberfeinstein.com |
| Young@wildman.com |

**EXHIBIT C**

Diana G. Adams of the Office of the United States Trustee      212-668-2255