CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Joel D. Applebaum (Mich. Bar. No. P36774)
admitted *pro hac vice*
japplebaum@clarkhill.com
(313) 965-8579

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, | ) | (Jointly Administered) |
| et al., f/k/a GENERAL MOTORS CORP, | ) | |
| *et al.*, | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF RUBBER ENTERPRISES INCORPORATED TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

The Debtors and Rubber Enterprises Incorporated ("Rubber Enterprises") having resolved the Cure Amount dispute raised in the *Limited Objection of Rubber Enterprises Incorporated to Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Objection") [Docket No. 892] pursuant to that certain letter agreement between the parties dated July 30, 2009 (the "Letter Agreement"),

5954499.1 05671/053231

Rubber Enterprises withdraws the Objection, said withdrawal to be effective only upon payment to Rubber Enterprises of all outstanding Cure Amounts in accordance with the Letter Agreement.

Dated: August 6, 2009

Respectfully submitted,

CLARK HILL PLC

/s/ Joel D. Applebaum
CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Joel D. Applebaum (Mich. Bar. No. P36774)
admitted *pro hac vice*
japplebaum@clarkhill.com
(313) 965-8579

Counsel to Rubber Enterprises Incorporated