RICHARD W. PAIGE (MI P45199)
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084
Telephone:  (248) 822-7804
Facsimile:  (248) 822-7854
E-Mail:  paige@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, f/k/a General Motors Corp., *et al.* | **Case No. 09-50026** (REG) |
| Debtors. | **(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Richard W. Paige, a member in good standing of the bar of the State of Michigan, the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan, and the U.S. Court of Appeals for the Sixth Circuit, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent IEE Sensing, Inc. in the above referenced case and any successor cases.

My address is:         Richard W. Paige (MI P45199)
                       Bush Seyferth & Paige PLLC
                       3001 W. Big Beaver Rd., Suite 600
                       Troy, MI  48084
                       Telephone:  (248) 822-7804
                       Facsimile:  (248) 822-7854
                       E-Mail: paige@bsplaw.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

WHEREFORE, movant requests that the Court enter the Order Admitting Richard W. Paige to

Practice, *Pro Hac Vice* attached as Exhibit A.

                      Respectfully submitted,

                      BUSH SEYFERTH & PAIGE PLLC
                      *Attorneys for IEE Sensing, Inc.*

Dated: July 28, 2009          By:   /s/ Richard W. Paige
                              Richard W. Paige (MI P45199)
                      3001 W. Big Beaver Rd., Suite 600
                      Troy, MI 48084
                      Telephone: (248) 822-7804
                      Facsimile: (248) 822-7854
                      E-Mail: paige@bsplaw.com