RICHARD W. PAIGE (MI P45199)
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084
Telephone:  (248) 822-7804
Facsimile:  (248) 822-7854
E-Mail:  paige@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                                            :       **Chapter 11**
**In re:**                                                                  :
                                                                            :       **Case No. 09-50026 (REG)**
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :
    **f/k/a General Motors Corp.,** *et al.*              :
                                                                            :       **(Jointly Administered)**
    **Debtors.**                                         :
-----------------------------------------------------------------------x

## ORDER ADMITTING RICHARD W. PAIGE TO PRACTICE, *PRO HAC VICE*

**ORDERED,** that Richard W. Paige is admitted to practice, *pro hac vice*, in the above referenced case and any successor cases, in the United States Bankruptcy Court, Southern District of New York.


Dated: _____          _____
    New York, New York                    United States Bankruptcy Judge