RICHARD W. PAIGE (MI P45199)
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084
Telephone: (248) 822-7804
Facsimile: (248) 822-7854
E-Mail: paige@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                  :    **Chapter 11**
**In re:**                                                        :
                                                                  :    **Case No. 09-50026 (REG)**
**MOTORS LIQUIDATION COMPANY,** *et al.*,                         :
    **f/k/a General Motors Corp.,** *et al.*  :
                                                                  :    **(Jointly Administered)**
    **Debtors.**                              :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    Rose Ojala states that she is employed by Bush Seyferth & Paige PLLC, and that on July 28, 2009, she served a true copy of the **Motion for Admission to Practice,** *Pro Hac Vice* **of Richard W. Paige together with this Proof of Service** upon:

| | |
|---|---|
| The Debtors<br>c/o General Motors Corporation<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 | Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| U.S. Treasury<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue, NW,<br>Room 2312<br>Washington, DC 20220 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| Kramer, Levin, Naftalis & Frankel LLP<br>Attorneys for the Creditors Committee<br>1177 Avenue of the Americas<br>New York, NY 10036 | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |

Office of the United States Trustee
Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004


by placing a copy of same in an envelope addressed as above and by causing said envelope to be properly stamped and deposited in the mail receptacle maintained by the U.S. Government at 3001 W. Big Beaver Rd., Troy, MI.

Dated:  July 28, 2009                     By: _____
                                               Rose M. Ojala