UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:                                                    Case No.: 09-50026 (REG)

General Motors Corp., *et al.*,                           Chapter 11

                Debtors.

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gary L. Antoniewicz, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Quinlan's Equipment, Inc., of Antigo, Wisconsin in the above referenced case.

*I certify that I am a member in good standing* of the bar in the State of Wisconsin and, if applicable, the bar of the U.S. District Court for the Western District of Wisconsin.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: July 27, 2009
Madison, Wisconsin

_____
Gary L. Antoniewicz
Boardman, Suhr, Curry & Field LLP
1 S. Pinckney St., 4th Floor
P.O. Box 927
Madison, WI 53701-0927
E-mail: gantoni@boardmanlawfirm.com
Telephone: 608-283-1759

F:\DOCS\wd\32913\2\A0875620.DOC