UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                            Case No.: 09-50026 (REG)

General Motors Corp., *et al.*,                     Chapter 11

                        Debtor.

-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Gary L. Antoniewicz, to be admitted, *pro hac vice*, to represent the following-named Wisconsin General Motors Corp. motor vehicle dealer ("the Client") in the above-referenced case:

    Quinlan's Equipment, Inc.

And upon the movant's certification that the movant is a member in good standing of the bar in the State of Wisconsin and, if applicable, the bar of the U.S. District Court for the Western District of Wisconsin, it is hereby

**ORDERED**, that Gary L. Antoniewicz, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York       /s/_____
                                                  UNITED STATES BANKRUPTCY JUDGE