# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                             :

In re                              :    Chapter 11 Case No.
                              :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                              :

               Debtors.     :    (Jointly Administered)
                              :
                              :
-----------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 365
### OF THE BANKRUPTCY CODE APPROVING THE
### <u>ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS</u>

        Upon the motion, dated November 14, 2008 (the "<u>Motion</u>"), of Lehman

Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtor, Lehman Commercial Paper

Inc. ("<u>LCPI</u>"), as debtors and debtors in possession (together, the "<u>Debtors</u>"), pursuant to

section 365(a) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 6006

of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 6006-

1 of the Local Bankruptcy Rules for the Southern District of New York (the "<u>Local

Rules</u>") for entry of an order approving the Debtors' assumption of the Assumed Trades,[1]

rejection of the Rejected Trades, and modification and assumption of the Amended

Trades, all as more fully described in the Motion; and the Court having jurisdiction to

consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157

and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern

District of New York Any and All Proceedings Under Title 11, dated July 10, 1984

(Ward, Acting C.J.); and consideration of the Motion and the relief requested therein

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to
them in the Motion.

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

Motion having been provided in accordance with the procedures set forth in the order

entered September 22, 2008 governing case management and administrative procedures

[Docket No. 285] to (i) the United States Trustee for the Southern District of New York;

(ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities

and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; (vi) all parties who have requested

notice in these chapter 11 cases; and (vii) all Counterparties; and it appearing that no

other or further notice need be provided; and an Order Pursuant to Section 365 of the

Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations

having been entered by the Court on December 16, 2008 and an Order Pursuant to

Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open

Trade Confirmations and Correcting Prior Order having been entered by the Court on

December 23, 2008, each granting the relief requested therein as to certain Counterparties

and adjourning the hearing with respect to certain objecting Counterparties; and the Court

having been notified that (a) Fir Tree Capital Opportunity Master Fund, LP and Fir Tree

Value Master Fund LP (together, "Fir Tree") have withdrawn their Objection, (b) P.

Schoenfeld Asset Management LLC has withdrawn its Objection, and (c) the Debtors

have agreed to withdraw the Motion as to H/2 Capital Partners LP ("H/2"), with

prejudice, and that, accordingly, the Debtors have deleted all trades to which H/2 is

Counterparty from Exhibits A, B, and C attached hereto; and a hearing (the "Hearing")

having been held to consider the relief requested in the Motion with respect to certain

Counterparties; and the Court having found and determined that the relief sought in the

Motion is in the best interests of the Debtors, their estates and creditors, and all parties in

interest and that the legal and factual bases set forth in the Motion establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that subject to the terms set forth in those certain letter

agreements between LCPI and/or LBHI and each of the Settling Counterparties (as

defined hereinafter) and herein, the Motion is granted with respect to the following

Counterparties, all of which have agreed to settle their objections with the Debtors:

Morgan Stanley International Limited
JPMorgan Chase & Co.
Tennenbaum Opportunities Partners V, L.P.
Special Value Expansion Fund, LLC
Special Value Opportunities Fund, LLC
Wachovia Bank, National Association
Evergreen Investment Management Company, LLC
Bank of America, N.A.
Putnam Investments
M&G Investment Management Limited

(collectively, the Settling Counterparties"); and it is further

ORDERED that the terms of each of the letter agreements between LCPI

and/or LBHI and each of the Settling Counterparties relating to the Open Trade

Confirmations are hereby approved and binding on each of the parties thereto; and it is

further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the

Debtors' assumption of the Assumed Trades set forth on Exhibit A annexed hereto is

hereby approved; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the Debtors' rejection of the Rejected Trades set forth on <u>Exhibit B</u> annexed hereto is hereby approved, with such rejection effective as of the date hereof; and it is further

ORDERED, pursuant to section 365(a) of the Bankruptcy Code, that the Debtors are authorized to enter into agreements to modify the Amended Trades set forth on <u>Exhibit C</u> annexed hereto and that assumption of the Amended Trades as modified is hereby approved; and it is further

ORDERED, that with respect to the Open Trade Confirmations with Fir Tree pertaining to CIT Group Inc, which will be closed through a market standard form of participation agreement, all payments received by the Debtors with respect to such participated positions do not constitute property of the Debtors' estates and shall be conveyed by the Debtors to Fir Tree as and when received (subject to the terms of the market standard form of participation agreement) and any payment made by Fir Tree to the Debtors in accordance with the terms of such participation agreement to satisfy a payment obligation under the applicable credit agreement (i.e. the funding of unfunded loan commitments or the reimbursement of the administrative agent's expenses, etc.) do not constitute property of the Debtors' estates and shall be conveyed by the Debtors to the appropriate party in accordance with the terms of such participation agreement; and it is further

ORDERED that the hearing with respect to the Motion is hereby adjourned to January 28, 2009, at 10:00 a.m. with respect to the objections of Deutsche Bank, Citigroup, Inc., Goldman Sachs, Whippoorwill Associates, Inc., R3 Capital Management LLC, AIB International Finance, Lloyds TSB Bank, AXA Mezzanine II

SA, SICAR, MD Mezzanine SA, SICAR, KKR Debt Investors (2006) (Ireland) L.P., and Avenue Investments, L.P.; and it is further

ORDERED that the Debtors are not required to pay any cure costs to any Counterparty to an Assumed Trade or an Amended Trade; and it is further

ORDERED that the Debtors have demonstrated adequate assurance of future performance of the Assumed Trades and the Amended Trades; and it is further

ORDERED that no Counterparty shall be entitled to assert or take any action to exercise a right to set off any prepetition claim that it might have against either Debtor, including, without limitation, claims for damages arising from the rejection of a Rejected Trade, against any obligation payable to the applicable Debtor under any Assumed Trade or Amended Trade, *provided, however,* that nothing contained in this Order shall compromise the right that any Counterparty may have to file a claim for damages arising from the rejection of a Rejected Trade if such right is preserved in such Counterparty's letter agreement; and it is further

ORDERED that settlement of all Assumed Trades or Amended Trades shall include all appropriate, usual and customary settlement adjustments; and it is further

ORDERED that the Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate to implement and effectuate the assumption, rejection or modification of Open Trade Confirmations as provided in this Order; and it is further

ORDERED that the Debtors and each of Field Point IV S.a.r.l. and Blue Mountain Credit Alternatives Master Fund L.P. shall agree on a discovery schedule and

submit to the Court a proposed pretrial order with respect to litigation of such objections;

and it is further

    ORDERED that notice of the Motion as provided therein shall be deemed

good and sufficient notice of such Motion and that the requirements of Bankruptcy Rule

6006(a) and Local Rule 6006-1 are satisfied; and it is further

    ORDERED that this Court retains jurisdiction to hear and

determine all matters arising from or related to the implementation and/or interpretation

of this Order.

Dated: January 16, 2009
   New York, New York

       _/s/ James M. Peck_____
       UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

**ASSUMED TRADES**

**LCPI & LCPI UK**
**Assumed**

| Entity | Deal Name | Customer | Tranche | B/S | TradeDate | CurrCode | Status |
|--------|-----------|----------|---------|-----|-----------|----------|--------|
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | Evergreen High Income Fund | | S | 6/30/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen High Income Fund | | S | 7/16/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen High Income Fund | | S | 7/22/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen High Income Fund | | S | 7/25/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen High Income Fund | | S | 7/30/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen High Income Fund | | S | 8/22/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen High Income Fund | | S | 9/3/2008 | USD | Assumed |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | Evergreen High Yield Bond Trust | | S | 6/30/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen High Yield Bond Trust | | S | 7/16/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen High Yield Bond Trust | | S | 7/22/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen High Yield Bond Trust | | S | 7/25/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen High Yield Bond Trust | | S | 7/30/2008 | USD | Assumed |

| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen High Yield Bond Trust | | S | 8/22/2008 | USD | Assumed |
|---|---|---|---|---|---|---|---|
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen High Yield Bond Trust | | S | 9/3/2008 | USD | Assumed |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | Evergreen Income Advantage Fund | | S | 6/30/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen Income Advantage Fund | | S | 7/16/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen Income Advantage Fund | | S | 7/22/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen Income Advantage Fund | | S | 7/25/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen Income Advantage Fund | | S | 7/30/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen Income Advantage Fund | | S | 8/22/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen Income Advantage Fund | | S | 9/3/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen M-Sec Inc Fd- High Yield | | S | 7/16/2008 | USD | Assumed |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | Evergreen Multi-Sector Income Fund | | S | 6/30/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen Multi-Sector Income Fund | | S | 7/22/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen Multi-Sector Income Fund | | S | 7/25/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen Multi-Sector Income Fund | | S | 7/30/2008 | USD | Assumed |

| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen Multi-Sector Income Fund | | S | 8/22/2008 | USD | Assumed |
|---|---|---|---|---|---|---|---|
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen Multi-Sector Income Fund | | S | 9/3/2008 | USD | Assumed |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | Evergreen Select High Yield Bond Fund | | S | 6/30/2008 | USD | Assumed |
| LCPI | GREEKTOWN HOLDINGS, L.L.C. (Term B Loan) | Evergreen VA High Income Fund | | S | 6/30/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen VA High Income Fund | | S | 7/25/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen VA High Income Fund | | S | 8/22/2008 | USD | Assumed |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Evergreen VA High Income Fund | | S | 9/3/2008 | USD | Assumed |
| LCPI | CIT GROUP INC 5YR (12/6/06-CITI) | FIR TREE CAPITAL OPP MASTER FD | | S | 7/31/2008 | USD | Assumed |
| LCPI | CIT GROUP INC 5YR (12/6/06-CITI) | FIR TREE CAPITAL OPP MASTER FD | | S | 8/5/2008 | USD | Assumed |
| LCPIUK | LAVENA SENIOR (2 MAR 07) PROSIEBENHOLDCO | FIR TREE PARTNERS (MASTER) | B1 | S | 4/17/2008 | EUR | Assumed |
| LCPIUK | LAVENA SENIOR (2 MAR 07) PROSIEBENHOLDCO | FIR TREE PARTNERS (MASTER) | B1 | S | 4/17/2008 | EUR | Assumed |
| LCPIUK | LAVENA SENIOR (2 MAR 07) PROSIEBENHOLDCO | FIR TREE PARTNERS (MASTER) | C1 | S | 4/17/2008 | EUR | Assumed |
| LCPIUK | LAVENA SENIOR (2 MAR 07) PROSIEBENHOLDCO | FIR TREE PARTNERS (MASTER) | C1 | S | 4/22/2008 | EUR | Assumed |
| LCPI | CIT GROUP INC 5YR (12/6/06-CITI) | FIR TREE VALUE MASTER FD LP | | S | 7/31/2008 | USD | Assumed |

| LCPI | CIT GROUP INC 5YR (12/6/06-CITI) | FIR TREE VALUE MASTER FD LP | | S | 8/5/2008 | USD | Assumed |
|---|---|---|---|---|---|---|---|
| LCPI | DOLLAR GENERAL TERM (7-06-07) | IG PUTNAM US HIGH YIELD INC FUND | | S | 8/28/2008 | USD | Assumed |
| LCPI | DOLLAR GENERAL TERM (7-06-07) | INTERPOLIS PENSIONEN HYP | | S | 8/28/2008 | USD | Assumed |
| LCPI | COLLINS & AIKMAN PRODUCTS CO | JP MORGAN CHASE BANK NA | | S | 9/25/2007 | USD | Assumed |
| LCPI | COLLINS & AIKMAN PRODUCTS CO | JP MORGAN CHASE BANK NA | | S | 9/26/2007 | USD | Assumed |
| LCPI | COLLINS & AIKMAN PRODUCTS CO | JP MORGAN CHASE BANK NA | | S | 10/2/2007 | USD | Assumed |
| LCPI | COLLINS & AIKMAN PRODUCTS CO | JP MORGAN CHASE BANK NA | | S | 10/3/2007 | USD | Assumed |
| LCPI | COLLINS & AIKMAN PRODUCTS CO | JP MORGAN CHASE BANK NA | | S | 12/21/2007 | USD | Assumed |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | JP MORGAN CHASE BANK NA | | S | 7/30/2008 | USD | Assumed |
| LCPIUK | AMADEUS / PROJECT AQUA (SECONDARY DEAL) | JP MORGAN EUROPE LTD | B1 | S | 2/13/2008 | EUR | Assumed |
| LCPIUK | AMADEUS / PROJECT AQUA (SECONDARY DEAL) | JP MORGAN EUROPE LTD | C1 | S | 2/13/2008 | EUR | Assumed |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | JP MORGAN WHITEFRIARS INC. | | S | 6/5/2008 | USD | Assumed |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | JP MORGAN WHITEFRIARS INC. | | S | 6/5/2008 | USD | Assumed |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | JP MORGAN WHITEFRIARS INC. | | S | 6/6/2008 | USD | Assumed |

| LCPI | SWIFT TRANSPORTATION (5/10/07) | JP MORGAN WHITEFRIARS INC. | | S | 6/6/2008 | USD | Assumed |
|---|---|---|---|---|---|---|---|
| LCPI | SWIFT TRANSPORTATION (5/10/07) | JP MORGAN WHITEFRIARS INC. | | S | 6/12/2008 | USD | Assumed |
| LCPIUK | NTL CABLE PLC | MORGAN STANLEY BANK INTERNATIONAL LIMITED | B11 (Previously B5) | S | 4/10/2008 | GBP | Assumed |
| LCPIUK | NTL CABLE PLC | MORGAN STANLEY BANK INTERNATIONAL LIMITED | B12 (Previously B6) | S | 4/10/2008 | GBP | Assumed |
| LCPI | DOLLAR GENERAL TERM (7-06-07) | PUTNAM BANK LOAN FUND (CAYMAN) | | S | 8/28/2008 | USD | Assumed |
| LCPI | DOLLAR GENERAL TERM (7-06-07) | PUTNAM FLOATING RATE INCOME FUND | | S | 8/28/2008 | USD | Assumed |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | WACHOVIA BANK | | S | 8/20/2008 | USD | Assumed |
| LCPI | PENN NAT'L GAMING,INC.10/03/05 | WACHOVIA BANK | | S | 7/18/2008 | USD | Assumed |

# EXHIBIT B

# REJECTED TRADES

**LCPI & LCPI UK**
**Rejected**

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | Curr Code | Status |
|---|---|---|---|---|---|---|---|
| LCPI | LANDSOURCE DIP FIRST LIEN (6/16/08) | BANK OF AMERICA | | S | 8/19/2008 | USD | Rejected |
| LCPI | NTK (NORTEK) HOLDINGS, INC.(PIK) | BANK OF AMERICA | | B | 7/9/2008 | USD | Rejected |
| LCPI | NTK (NORTEK) HOLDINGS, INC.(PIK) | BANK OF AMERICA | | B | 7/9/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC. | BANK OF AMERICA | | B | 5/29/2008 | USD | Rejected |
| LCPI | TRIBUNE COMPANY (6/04/07) 8 BIL (tranche B term loan) | BANK OF AMERICA | | B | 6/5/2008 | USD | Rejected |
| LCPI | TRIBUNE COMPANY (6/04/07) 8 BIL (tranche B term loan) | BANK OF AMERICA | | B | 6/5/2008 | USD | Rejected |
| LCPI | TRIBUNE COMPANY (6/04/07) 8 BIL (tranche B term loan) | BANK OF AMERICA | | B | 8/12/2008 | USD | Rejected |
| LCPI | TEMBEC INDUSTRIES INC 2/29/08 | JP MORGAN CHASE BANK NA | | B | 6/26/2008 | USD | Rejected |
| LCPI | SPANISH BROADCASTING - FIRST LIEN | PUTNAM INVESTMENTS | | B | 9/11/2008 | USD | Rejected |
| LCPI | SPANISH BROADCASTING - FIRST LIEN | PUTNAM INVESTMENTS | | B | 9/11/2008 | USD | Rejected |
| LCPI | WESCO AIRCRAFT HARDWARE CORP 1ST LIEN | PUTNAM INVESTMENTS | | B | 8/28/2008 | USD | Rejected |
| LCPI | QUEBECOR WORLD INC. | WACHOVIA BANK | | B | | USD | Rejected |

**EXHIBIT C**

**AMENDED TRADES**

**LCPI & LCPI UK**
**Assumed with Modification**

| Entity | Deal Name | Customer Name | Tranche | B/S | TradeDate | Curr Code | Status |
|--------|-----------|---------------|---------|-----|-----------|-----------|--------|
| LCPI | DRESSER, INC. FIRST LIEN CA 5/07 | IG PUTNAM US HIGH YIELD INC FUND | | S | 9/8/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Interpolis Pensioenen GHYP | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Interpolis Pensioenen GHYP | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | GENERAL MOTORS CORPORATION (6/16/03) | JP MORGAN CHASE BANK NA | | S | 7/23/2008 | USD | Assumed With Modifications |
| LCPI | INTERGEN N.V. $1.5BN 07-31-07 | M&G Dynamic European Loan Fund Limited | | S | 9/11/2008 | USD | Assumed With Modifications |
| LCPI | INTERGEN N.V. $1.5BN 07-31-07 | M&G European Loan Fund Limited | | S | 9/11/2008 | USD | Assumed With Modifications |
| LCPI | INTERGEN N.V. $1.5BN 07-31-07 | M&G Secured Debt Fund Limited | | S | 9/11/2008 | USD | Assumed With Modifications |
| LCPIUK | NYCOMED HOLDING A/S | MORGAN STANLEY BANK INTERNATIONAL LIMITED | A | B | 5/6/2008 | USD | Assume with Modifications |
| LCPIUK | NYCOMED HOLDING A/S | MORGAN STANLEY BANK INTERNATIONAL LIMITED | A | B | 5/8/2008 | USD | Assume with Modifications |
| LCPIUK | NYCOMED HOLDING A/S | MORGAN STANLEY BANK INTERNATIONAL LIMITED | A | B | 8/26/2008 | USD | Assume with Modifications |
| LCPIUK | NYCOMED HOLDING A/S | MORGAN STANLEY BANK INTERNATIONAL LIMITED | A | B | 5/21/2008 | USD | Assume with Modifications |

| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Asset Allocation Fund Balanced Portfolio | | S | 7/14/2008 | USD | Assumed With Modifications |
|------|---------------------------------------|--------------------------------------------------|--|---|-----------|-----|----------------------------|
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Asset Allocation Fund Balanced Portfolio | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam asset Allocation Fund Growth Portfolio | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam asset Allocation Fund Growth Portfolio | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | DRESSER, INC. FIRST LIEN CA 5/07 | PUTNAM BANK LOAN FUND (CAYMAN) | | S | 9/8/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Diversified Income Trust | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Diversified Income Trust | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Diversified Income Trust (Cayman) | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Diversified Income Trust (Cayman) | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | DRESSER, INC. FIRST LIEN CA 5/07 | PUTNAM Floating Rate Income Fund | | S | 9/8/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Floating Rate Income Fund | | B | 8/28/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Floating Rate Income Fund | | B | 8/28/2008 | USD | Assumed With Modifications |

| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Global Funds -- Putnam World | | S | 7/14/2008 | USD | Assumed With Modifications |
|---|---|---|---|---|---|---|---|
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Global Funds -- Putnam World | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam High Yield Advantage | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam High Yield Advantage | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam High Yield Trust | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam High Yield Trust | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Master Intermediate Fund | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Master Intermediate Fund | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Premier Income Trust | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Premier Income Trust | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Retirement Advantage GAA Balance | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Retirement Advantage GAA Balance | | S | 7/14/2008 | USD | Assumed With Modifications |

| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Retirement Advantage GAA Growth | | S | 7/14/2008 | USD | Assumed With Modifications |
|------|---------------------------------------|----------------------------------------|---|---|-----------|-----|----------------------------|
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Retirement Advantage GAA Growth | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Total Return Trust | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Total Return Trust | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Variable Trust - PVT Diversified | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Variable Trust -- PVT Diversified | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Variable Trust - PVT High Yield Fund | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam Variable Trust -- PVT HYF | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam VT Global Asset Allocation Fund | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | WIMAR OPCO (TROPICANA ENTERTAINMENT) | Putnam VT Global Asset Allocation Fund | | S | 7/14/2008 | USD | Assumed With Modifications |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Revolver) | SPECIAL VALUE EXPANSION FUND,L | | S | 5/9/2008 | USD | Assume with Modifications |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Revolver) | SPECIAL VALUE EXPANSION FUND,L | | S | 5/16/2008 | USD | Assume with Modifications |

| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Revolver) | SPECIAL VALUE OPPORTUNITIES FD | | S | 5/9/2008 | USD | Assume with Modifications |
|---|---|---|---|---|---|---|---|
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Revolver) | SPECIAL VALUE OPPORTUNITIES FD | | S | 5/16/2008 | USD | Assume with Modifications |
| LCPI | INTERGEN N.V. $1.5BN 07-31-07 | Stichting Shell Pensioenfonds | | S | 9/11/2008 | USD | Assumed With Modifications |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Revolver) | TENNENBAUM OPPORT PTNERS V LP | | S | 5/9/2008 | USD | Assume with Modifications |
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Revolver) | TENNENBAUM OPPORT PTNERS V LP | | S | 5/16/2008 | USD | Assume with Modifications |
| LCPI | LAS VEGAS SANDS, LLC (5/23/07) | WACHOVIA BANK | | S | 9/12/2008 | USD | Assumed With Modifications |