ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
James M. Wilton (*Pro Hac Vice*)
James A. Wright III (JW-3007)

*Attorneys for Cross Country Motor Club of California, Inc.
and Attorneys for Cross Country Motor Club, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| GENERAL MOTORS CORPORATON, *et al.*, | ) Case No. 09-50026 (REG) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
CROSS COUNTRY MOTOR CLUB, INC. AND CROSS COUNTRY
MOTOR CLUB OF CALIFORNIA, INC. TO ASSUMPTION AND ASSIGNMENT OF
<u>EXECUTORY CONTRACT AND CURE COSTS RELATED THERETO</u>**

PLEASE TAKE NOTICE that Cross Country Motor Club, Inc. and Cross Country Motor Club of California, Inc. (together, "Cross Country") by their attorneys Ropes & Gray LLP, pursuant to the terms of the Stipulation and Agreed Order With Respect To the Withdrawal of Cure Objections Filed In Connection With Debtors' Assumption and Assignment of Certain Executory Contracts, which was filed on July 2, 2009, at Docket no. 2960 (the "Stipulation"), hereby withdraws the Limited Objection Of Cross Country Automotive Services To Assumption and Assignment of Certain Executory Contracts and Cure Costs Related Thereto, which was filed on June 24, 2009, at Docket No. 2412 (the "Limited Objection").

12070467_1.DOC

-2-

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 3 of the Stipulation, Cross Country's rights, claims and interests regarding the Pre-Petition Cure Amount (as defined in the Limited Objection) and any dispute related thereto are reserved and shall be determined in accordance with the Sales Procedures Order and the Cure Dispute Resolution Process (as such terms are defined in the Stipulation).

(Signature Page to Follow)

Dated: Boston, Massachusetts

August 7, 2009

Respectfully submitted,

ROPES & GRAY LLP

/s/ *James A. Wright III*
James M. Wilton (*Pro Hac Vice*)
James A. Wright III (JW-3007)
One International Place
Boston, MA 02110-2624
Telephone: 617-951-7000
Facsimile: 617-951-7050

Attorneys for Cross Country Motor Club of California, Inc. and Attorneys for Cross Country Motor Club, Inc.

12070467_1.DOC