SAUL EWING LLP
Teresa K.D. Currier (*pro hac vice*)
222 Delaware Avenue
Suite 1200
Wilmington, DE 19899
Telephone: 302-421-6826
Facsimile: 313-259-7926
E-mail: TCurrier@saul.com
*Counsel for Johnson Matthey Vehicle Testing & Development, LLC,
Johnson Matthey Inc., and certain other affiliates and subsidiaries.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**GENERAL MOTORS CORP.,** *et al.,*<br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF JOHNSON MATTHEY
VEHICLE TESTING & DEVELOPMENT, LLC, JOHNSON MATTHEY INC., AND
CERTAIN OTHER AFFILIATES AND SUBSIDIARIES TO NOTICE OF (I) DEBTORS'
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS,
UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO**

PLEASE TAKE NOTICE that Johnson Matthey Vehicle Testing & Development, LLC ("JMT"), Johnson Matthey Inc. ("JMI") and certain other affiliates and subsidiaries (collectively, "JM"), through their undersigned counsel, hereby withdraw their Limited Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto, filed June 15, 2009 [Docket No. 1198].

[Execution page to follow]

Dated: August 7, 2009          SAUL EWING LLP

By:    /s/ Teresa K.D. Currier
Teresa K.D. Currier (*pro hac vice*)
Suite 1200
222 Delaware Avenue
Wilmington, DE 19899
Telephone: 302-421-6826
Facsimile: 313-259-7926
E-mail: TCurrier@saul.com

*Counsel for Johnson Matthey Vehicle Testing & Development, LLC, Johnson Matthey Inc., and certain other affiliates and subsidiaries.*