UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| GENERAL MOTORS CORPORATON, *et al.*, ) | Case No. 09-50026 (REG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

STATE OF NEW YORK    )
                     :ss.:
COUNTY OF NEW YORK   )

SARAH B. ROBERTS, being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in New York, New York. I am not a party to this action.

2. On Friday, August 7, 2009, I caused true and correct copies of the "Notice Of Withdrawal Of Limited Objection Of Cross Country Motor Club, Inc. And Cross Country Motor Club Of California, Inc. To Assumption And Assignment Of Executory Contract And Cure Costs Related Thereto" to be served by First Class Mail upon the persons listed on the annexed Exhibit A at the addresses set forth in such exhibit.

*Sarah B. Roberts*
Sarah B. Roberts

Sworn to before me this ___7___ day of August, 2009

_____
Notary Public

MICHAEL NEWELL
Notary Public, State of New York
No. 01NE6172204
Qualified in Richmond County
Commission Expires August 6, 2011

3962526_1.DOC

EXHIBIT A

General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.

Office of the United States Trustee
for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

3962526_1.DOC