STEVENSON & BULLOCK, PLC
29200 Southfield Rd., Ste. 210
Southfield, MI 48076
248-423-8200 (Telephone)
248-423-8201 (Telefax)
sgoll@sbplclaw.com
Sonya N. Goll, *Pro Hac Vice*

## UNITED STATES BANKRUPTCY COURT
## SOUTHER DISTRICT OF NEW YORK

IN RE:

| | |
|---|---|
| General Motors Corporation, *et al.*, | Bankruptcy Case No. 09-50026 (REG) |
| | Honorable Robert E. Gerber |
| | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

Debtors and FATA Automation, Inc., having resolved the Cure Amount dispute raised in the Limited Objection to the Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 1196], pursuant, to that certain letter agreement between the parties dated July 30, 2009, FATA Automation, Inc. withdraws the Objection; said withdrawal to be effective only upon payment to FATA Automation, Inc. of all outstanding Cure Amounts in accordance with the Letter Agreement.

Dated: August 7, 2009

/s/ Sonya N. Goll
Sonya N. Goll P61136
Charles D. Bullock P55550
Stevenson & Bullock PLC
29200 Southfield Rd., Ste. 210
Southfield, MI 48076
248-423-8200
**sgoll@sbplclaw.com**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHER DISTRICT OF NEW YORK**

IN RE:

|  |  |
|---|---|
| General Motors Corporation, *et al.,* | Bankruptcy Case No. 09-50026 (REG) |
|  | Honorable Robert E. Gerber |
|  | Chapter 11 |
| Debtor. | Jointly Administered |

_____/

**PROOF OF SERVICE**

Sonya N. Goll of Stevenson & Bullock, P.L.C., hereby certifies that on the 7th day of August, 2009, she mailed a copy of the **NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO,** and **Proof of Service** by placing same in an envelope with sufficient postage thereon, and depositing same in a United States mail receptacle in the City of Southfield, State of Michigan to:

| OFFICE OF THE U.S. TRUSTEE<br>33 Whitehall Street<br>21st Floor<br>New York, New York, 10017 | DEBTOR'S ATTORNEY<br>Harvey R. Miller<br>Weil, Gatshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
|---|---|
| DEBTOR<br>General Motors Corporation<br>3009 Van Dyke Avenue<br>Warrn, MI 48090-9025<br>Attn: Warren Command Center, Mailcode 480-206-114 | DEBTOR'S ATTORNEY<br>Stephen Karotkin<br>Weil, Gatshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>DEBTOR'S ATTORNEY<br>Joseph H. Smolinsky<br>Weil, Gatshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

/s/ Sonya N. Goll
Sonya N. Goll P61136
Charles D. Bullock P55550
Stevenson & Bullock PLC
29200 Southfield Rd., Ste. 210
Southfield, MI 48076
248-423-8200
**sgoll@sbplclaw.com (for Sonya N. Goll)**
**cbullock@sbplclaw.com (for Charles D. Bullock)**