AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
Barbara Lee Caldwell (SBN #003246)
Email: blc@ashrlaw.com

Attorneys for Maricopa County

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

MOTORS LIQUIDATION COMPANY, et al.
*fka* GENERAL MOTORS CORPORATION,

Debtors.

Case No.  1:09-bk-50026-REG

Chapter 11
(Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Notice is hereby given that the firm of Aiken Schenk Hawkins & Ricciardi P.C. represents Maricopa County in the above-captioned bankruptcy case.  Pursuant to Rule 2002(g), Federal Rules of Bankruptcy Procedure, undersigned counsel hereby requests copies of all pleadings and notices be sent to Barbara Lee Caldwell, Aiken Schenk Hawkins & Ricciardi P.C., 4742 North 24th Street, Suite 100, Phoenix, Arizona 85016.  Please take notice that the foregoing request for notice includes, without limitation and to the extent applicable, any disclosure statement, plan of reorganization, notice of any orders, pleadings, motions,

...

...

...

...

1

1  applications, demands, requests for hearings and memoranda and briefs in support of

2  any of the foregoing.

3  RESPECTFULLY SUBMITTED this *6* day of *August*, 2009.

4

5  Aiken Schenk Hawkins & Ricciardi P.C.

6

7  BY: /s/ Barbara Lee Caldwell
   BARBARA LEE CALDWELL
   Attorney for Maricopa County

8

9  ORIGINAL of the foregoing **E-FILED**
10 This ___ day of July 2009 with:

11 Clerk, United States Bankruptcy Court
   Southern District of New York
   One Bowling Green
12 New York, NY  10004-1408

13 Copies of the foregoing **MAILED** or
   **ELECTRONICALLY** mailed
14 this ___ day of July 2009 to:

15 Stephen Karotkin
   Weil, Gotshal & Manges LLP
16 767 Fifth Avenue
   New York, NY  10153
17 Email:  Stephen.karotkin@weil.com
   Attorneys for Debtors

18

19 Office of the United States Trustee
   Southern District of New York
   33 Whitehall Street, 21st Floor
20 New York, NY  10004

21 By: _____

22

23

24

25

26