Timothy S. McFadden (TSM 9650)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0370
Facsimile: (312) 443-0336

-and-

Kevin J. Walsh (KJW 6083)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel: (212) 947-4700
Fax: (212) 947-1202

Attorneys for Methode Electronics, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :   Chapter 11
In re                                     :
                                          :   Case No. 09-50026 (REG)
GENERAL MOTORS CORP, *et al.*,            :
                                          :   (Jointly Administered)
                        Debtors.          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**WITHDRAWAL OF LIMITED OBJECTION OF METHODE ELECTRONICS, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Methode Electronics, Inc. and its affiliates ("Methode") hereby withdraw the *Limited Objection of Methode Electronics, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (Docket No. 2642).

CHI1 1615904v.1

|  |  |
|---|---|
| Dated: Chicago, Illinois<br>August 7, 2009 | Respectfully submitted,<br><br>/s/ Timothy S. McFadden<br>Timothy S. McFadden (TSM 9650)<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 443-0370<br>Facsimile: (312) 443-0336<br><br>Kevin J. Walsh (KJW 6083)<br>LOCKE LORD BISSELL & LIDDELL LLP<br>Three World Financial Center<br>New York, NY 10281-2101<br>Telephone: (212) 415-8600<br>Facsimile: (212) 303-2754<br><br>ATTORNEYS FOR METHODE ELECTRONICS, INC. |

CHI1 1615904v.1

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, does hereby certify that a true and correct copy of WITHDRAWAL OF LIMITED OBJECTION OF METHODE ELECTRONICS, INC. TO NOTICE OF (I) DEBTORS; INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO, was served upon the parties below via U.S. Mail on this 7th day of August, 2009.

                                                                                     /s/ Timothy S. McFadden
                                                                Timothy S. McFadden

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn: Warren Command Center<br>Mailcode 480-206-114 | Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Attn: Michael J. Edelman, Esq., Michael J. Schein, Esq. |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York NY 10153<br>Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq. And Joseph H. Smolinsky, Esq. | Office Of The United States Trustee For The Southern District Of New York<br>33 Whitehall St., 21st Floor<br>New York, NY 10004<br>Attn: Diana G. Adams, Esq. |
| U.S. Treasury<br>1500 Pennsylvania Ave. NW<br>Room 2312<br>Washington, DC 20220<br>Attn: Matthew Feldman, Esq. | Miller, Johnson, Snell & Cumminskey, PLC<br>250 Monroe Ave., N.W., Suite 800<br>Grand Rapids, MI 49503<br>Attn: Robert D. Wolford, Esq. |
| Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn: John J. Rapisardi, Esq. | |

CHI1 1615904v.1