UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              :
                                                   :     Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,   :
    f/k/a General Motors Corp., *et al.*   :     09-50026 (REG)
                                                   :
          Debtors.             :     (Jointly Administered)
                                                   :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

    1.    I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

    2.    On August 3, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served a true and correct copy of the following document:

- **Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors** [Docket No. 3619]

on each of the parties on the service list annexed hereto (contract counterparties identified in the motion) by depositing same in sealed, postage paid envelopes at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

    3.    I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:  Seattle, Washington
           August 5, 2009

                                      /s/  Laurie M. Thornton
                                         LAURIE M. THORNTON

DRINKER BIDDLE & REATH LLP
STEPHANIE WICKOUSKI
KRISTIN K. GOING
140 BROADWAY, 39TH FLOOR
NEW YORK, NY  10005

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR U.S. BANK NAT'L ASSOC. AND U.S. BANK TRUST NAT'L ASSOC.
ATT: RICH HIERSTEINER, J. DARCEY, A. ZUCCARELLO, J. GROVES, C. BODELL & J. WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA  02199-7613

GENERAL ELECTRIC CAPITAL CORPORATION
120 LONG RIDGE ROAD
3RD FLOOR
STAMFORD, CT  06927-4900

GENERAL FOODS CREDIT INVESTORS NO. 2 CORPORATION
C/O PHILLIP MORRIS CAPITAL CORPORATION
225 HIGH RIDGE ROAD, SUITE 300 WEST
STAMFORD, CT  06905

KAYE SCHOLER LLP
RICHARD G. SMOLEV
311 SOUTH WACKER DRIVE
CHICAGO, IL  60606

KAYE SCHOLER LLP
RICHARD G. SMOLEV
425 PARK AVENUE
NEW YORK, NY  10022-3598

LATHAM & WATKINS LLP
DOUGLAS BACON
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL  60606

LATHAM & WATKINS LLP
GEORGE ROYLE
885 THIRD AVENUE
NEW YORK, NY  10022

MILBANK, TWEED, HADLEY & MCCLOY LLP
MATTHEW S. BARR, TYSON M. LOMAZOW, SAMUEL KHALIL
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY  10005

STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION
225 ASYLUM STREET, 23RD FLOOR
HARTFORD, CT  06103

WELLS FARGO BANK NORTHWEST NATIONAL ASSOCIATION
79 SOUTH MAIN STREET 3RD FLOOR
SALT LAKE CITY, UT  84111