UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re                                              :
                                                   :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,              :
    f/k/a General Motors Corp., *et al.*           :    09-50026 (REG)
                                                   :
            Debtors.                               :    (Jointly Administered)
                                                   :
----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1.  I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.  On August 3, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused to be served a true and correct copy of the following document:

    - **Order Pursuant to 11 U.S.C. §§ 327(a) and 330 and Fed. R. Bankr. P. 2014 Authorizing the Retention and Employment of LFR Inc. as Environmental Consultants to the Debtors *Nunc Pro Tunc* to the Commencement Date** [Docket No. 3630]

on LFR, Inc., 1900 Powell Street, 12th Floor, Emeryville, CA 94608 by first class mail.

3.  Also on August 3, 2009, at the direction of Weil Gotshal, I caused to be served a true and correct copy of the following document:

    - **Order Pursuant to 11 U.S.C. §§ 327(a) and 330 and Fed. R. Bankr. P. 2014 Authorizing the Retention and Employment of The Claro Group, LLC as Environmental Consultants to the Debtors *Nunc Pro Tunc* to the Commencement Date** [Docket No. 3632]

on The Claro Group, 70 W. Madison Street, Suite 4800, Chicago, IL 60602 by first class mail.

4.  Also on August 3, 2009, at the direction of Weil, Gotshal, I caused to be served a true and correct copy of the following document:

    - **Order Pursuant to 11 U.S.C. § 327(e) Authorizing the Employment and Retention of Jones Day as Special Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date** [Docket No. 3633]

on Jones Day, Attention: Andrew Kramer, 51 Louisiana Avenue, N.W., Washington, DC 20001 by first class mail.

5. Also on August 3, 2009, at the direction of Weil, Gotshal, I caused to be served a true and correct copy of the following document:

- **Order Pursuant to 11 U.S.C. §§ 327(e) and Fed. R. Bankr. P. 2014 Authorizing Retention and Employment of Baker & McKenzie as Special Counsel to the Debtors,** *Nunc Pro Tunc* **to the Commencement Date** [Docket No. 3634]

on Baker & McKenzie, 815 Connecticut Ave NW, Washington, DC 20006 by first class mail.

6. Also on August 3, 2009, at the direction of Weil, Gotshal, I caused to be served a true and correct copy of the following document:

- **Order Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014 Authorizing Retention and Employment of Lowe, Fell & Skogg, LLC as Special Counsel to the Debtors,** *Nunc Pro Tunc* **to the Commencement Date** [Docket No. 3635]

on Lowe, Fell & Skogg, 370 Seventeenth Street, Suite 4900, Denver, CO 80202 by first class mail.

7. Also on August 3, 2009, at the direction of Weil, Gotshal, I caused to be served a true and correct copy of the following document:

- **Order Pursuant to 11 U.S.C. §§ 327(a) and 330 and Fed. R. Bankr. P. 2014 Authorizing the Retention and Employment of Brownfield Partners, LLC as Environmental Consultants to the Debtors** *Nunc Pro Tunc* **to the Commencement Date** [Docket No. 3638]

on Brownfield Partners, LLC, 475 17th Street, Suite 950, Denver, CO 80202 by first class mail.

8. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: Seattle, Washington
August 4, 2009

/s/ Laurie M. Thornton
LAURIE M. THORNTON