**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
| In re | : | |
|---|---|---|
| | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | |
| f/k/a General Motors Corp., *et al.* | : | **09-50026 (REG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
-----------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Laurie M. Thornton, certify as follows:

1.  I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. The business address for the Seattle office is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.  On August 4, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served a true and correct copy of the following documents:

- **Declaration and Disclosure Statement of Connie J. Postelli on Behalf of Law Offices of Connie J. Postelli** [Docket No. 3653];

- **Declaration and Disclosure Statement of Patrick Ogola Onyango on Behalf of Kemboy & Company Advocates** [Docket No. 3655]; and

- **Declaration and Disclosure Statement of Mark B. Feinstein on Behalf of Aaronson Rappaport Feinstein & Deutsch, LLP** [Docket No. 3658]

by email on Kramer Levin Naftalis & Frankel LLP, Attn: T. Moers Mayer, Kenneth H. Ecktstein & Gordon Z. Novod, 1177 Avenue of the Americas, New York, NY 10036 (gnovod@kramerlevin.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com) and by first class mail on Diana G. Adams, Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3.  I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: Seattle, Washington
       August 5, 2009

                                             /s/  Laurie M. Thornton
                                             LAURIE M. THORNTON