Nadler Nadler & Burdman Co., L.P.A.
20 West Federal Street, Suite 600
Youngstown, Ohio 44503
Telephone:  (330) 744-0247
Facsimile:    (330) 744-8690
Timothy M. Reardon

*Counsel to Comprehensive Logistics Co., Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors | ) | Jointly Administered |

**COMPREHENSIVE LOGISTICS CO., INC.'S**
**WITHDRAWAL OF OBJECTION TO PROPOSED CURE AMOUNT**

Comprehensive Logistics Co., Inc. ("Comprehensive"), by and through undersigned counsel, files this withdrawal of its objection (the "Objection") to the proposed cure amount for Comprehensive's executory contract with General Motors Corp. (the "Debtor") filed June 16, 2009 [Docket No. 1645] and respectfully states as follows:

1.      Comprehensive hereby withdraws its Objection.  This withdrawal is based upon the Debtor's letter agreement dated July 29, 2009 with Comprehensive in which the parties have mutually agreed to the cure amount due Comprehensive at the time of the filing of Debtor's petition.

Dated:   August 10, 2009             /s/ Timothy M. Reardon
                                     TIMOTHY M. REARDON, ESQ.
                                     Nadler Nadler & Burdman Co., L.P.A.
                                     20 West Federal Street, Suite 600
                                     Youngstown, Ohio 44503
                                     Telephone:   (330) 744-0247
                                     Facsimile:    (330) 744-8690
                                     Email:  tmreardon@nnblaw.com

                                     *Counsel to Comprehensive Logistics Co., Inc.*