Nadler Nadler & Burdman Co., L.P.A.
20 West Federal Street, Suite 600
Youngstown, Ohio 44503
Telephone:  (330) 744-0247
Facsimile:    (330) 744-8690
Timothy M. Reardon

*Counsel to Falcon Transport Co.*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors | ) | Jointly Administered |

## FALCON TRANSPORT CO.'S
## WITHDRAWAL OF OBJECTION TO PROPOSED CURE AMOUNT

Falcon Transport Co. ("Falcon"), by and through undersigned counsel, files this withdrawal of its objection (the "Objection") to the proposed cure amount for Falcon's executory contract with General Motors Corp. (the "Debtor") filed June 16, 2009 [Docket No. 1643] and respectfully states as follows:

1. Falcon hereby withdraws its Objection. This withdrawal is based upon the Debtor's letter agreement with Falcon in which the parties have mutually agreed to the cure amount due Falcon at the time of the filing of Debtor's petition.

Dated:  August 10, 2009

/s/ Timothy M. Reardon
TIMOTHY M. REARDON, ESQ.
Nadler Nadler & Burdman Co., L.P.A.
20 West Federal Street, Suite 600
Youngstown, Ohio 44503
Telephone:   (330) 744-0247
Facsimile:     (330) 744-8690
Email: tmreardon@nnblaw.com

*Counsel to Falcon Transport Co.*