SQUIRE, SANDERS & DEMPSEY L.L.P.
G. Christopher Meyer (Ohio No. 0016268)
Christine M. Pierpont (Ohio No. 0051286)
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500
cmeyer@ssd.com
cpierpont@ssd.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**GENERAL MOTORS CORPORATION,** *et al.*,<br><br>Debtors. | Case No. 09-50026 (REG)<br>(Jointly Administered)<br><br>Chapter 11 |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF TRW AUTOMOTIVE U.S. LLC TO THE DEBTORS PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS BASED ON THE CURE AMOUNTS PROPOSED IN CONNECTION THEREWITH**

NOW COMES TRW Automotive U.S. LLC, and, for itself and its affiliates (collectively "TRW"), hereby withdraws its Limited Objection To The Debtors Proposed Assumption And Assignment Of Certain Executory Contracts Based On The Cure Amounts Proposed In Connection Therewith [Docket No. 1006] filed in response to the Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006 (I) Approving Procedures for Sale of Debtors' Assets Pursuant to Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser; (II) Scheduling Bid

Deadline and Sale Hearing Date; (III) Establishing Assumption and Assignment Procedures; and

(IV) Fixing Notice Procedures and Approving Form of Notice  [Docket No. 274].

Dated:    August 10, 2009              /s/ *G. Christopher Meyer*
G. Christopher Meyer (Ohio No. 0016268)
Christine M. Pierpont (Ohio No. 0051286)
SQUIRE, SANDERS & DEMPSEY LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500
cmeyer@ssd.com
cpierpont@ssd.com

Counsel for TRW Automotive U.S. LLC and affiliates

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **WITHDRAWAL OF LIMITED OBJECTION OF TRW AUTOMOTIVE U.S. LLC** was, in addition to ECF electronic service, served by first class U.S. mail, this 10th day of August, 2009, on the persons set forth below.

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center, Mailcode
 480-206-114

Weil, Gotshal & Manges
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller
  Stephen Karotkin
  Joseph H. Smolinsky
Attorneys for Debtors

U.S. Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220
Attn: Matthew Feldman

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi
Attorneys for Purchaser

Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Gordon Z. Novod
Attorneys for Unsecured Creditors'
  Committee

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman
  Michael L. Schein
Attorneys for Export Development Canada

Office of the U.S. Trustee
13 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams

_/s/ G. Christopher Meyer_
G. Christopher Meyer