**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORP., *et al.* | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of August, 2009, copies of (1) *Comprehensive Logistics Co., Inc.'s Withdrawal of Objection to Proposed Cure Amount* and (2) *Falcon Transport Co.'s Withdrawal of Objection to Proposed Cure Amount* were served via the Court's CM/ECF electronic mailing system to all parties listed on the Court's Electronic Mail Notice.

        NADLER NADLER & BURDMAN CO., L.P.A.
        20 Federal Plaza West, Suite 600
        Youngstown, Ohio 44503


        By:  /s/ Trina L. Pape
            Trina L. Pape, Secretary of
            Nadler Nadler & Burdman Co., L.P.A.