Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 894-5742

-and-

Jeffrey A. Chadwick
Joshua A. Gad-Harf
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Counsel for Zebra Enterprise Solutions Corp. f/k/a WhereNet Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
**In re** : Chapter 11
: 
**MOTORS LIQUIDATION COMPANY,** : Case No. 09-50026 (REG)
*et al.*, **f/k/a GENERAL MOTORS CORP.,** : 
*et al.*, : (Jointly Administered)
: 
**Debtors.** : 
----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION OF WHERENET CORP. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

PLEASE TAKE NOTICE that Zebra Enterprise Solutions Corp. f/k/a WhereNet Corp.

("Zebra"), by and through its undersigned counsel, hereby withdraws its *Objection to Notice of*

*(I) Debtor's Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of*

*Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure*

*Amounts Related Thereto*, filed June 22, 2009 [Docket No. 2155].

                              Respectfully submitted,

Dated:  August 10, 2009                KATTEN MUCHIN ROSENMAN LLP

                              By:  /s/ *Merritt A. Pardini*
                              Merritt A. Pardini
                              575 Madison Avenue
                              New York, New York 10022-2585
                              Telephone: (212) 940-8800
                              Facsimile:  (212) 940-8776

                              -and-

                              Jeffrey A. Chadwick
                              Joshua A. Gad-Harf
                              525 West Monroe Street
                              Chicago, Illinois 60661-3693
                              Telephone (312) 902-5200
                              Facsimile:  (312) 902-1061

                              *Counsel for Zebra Enterprise Solutions Corp.*
                              *f/k/a WhereNet Corp.*

Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone:  (212) 940-8800
Facsimile:  (212) 894-5742

-and-

Jeffrey A. Chadwick
Joshua A. Gad-Harf
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone:  (312) 902-5200
Facsimile:  (312) 902-1061

*Counsel for Zebra Enterprise Solutions Corp. f/k/a WhereNet Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                            :
**In re**                                   : **Chapter 11**
                                            :
**MOTORS LIQUIDATION COMPANY,**             : **Case No. 09-50026 (REG)**
*et al.*, **f/k/a GENERAL MOTORS CORP.,**   :
*et al.*,                                   : **(Jointly Administered)**
                                            :
                     **Debtors.**           :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Merritt Pardini, an attorney, hereby certify that on August 10, 2009, I caused copies of the attached **Notice of Withdrawal of Objection of WhereNet Corp. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential real Property and (II) Cure Amounts Related Thereto** to be served via electronic notice on the parties filing appearances or requesting notice through the Court's CM/ECF system and I have caused those parties listed below to be served by the alternative methods indicated below:

| | |
|---|---|
| General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025<br>Attn: Warren Command Center,<br>Mailcode 480-206-114<br>VIA OVERNIGHT MAIL<br><br>Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>VIA FACSIMILE<br>(212) 310-8007<br><br>Matthew Feldman, Esq.<br>The U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220<br>VIA OVERNIGHT MAIL | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>VIA FACSIMILE<br>(212) 504-6666<br><br>Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>VIA FACSIMILE<br>(212) 407-7799<br><br>Diana G. Adams, Esq.<br>Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>VIA FACSIMILE<br>(212) 668-2255<br><br>Thomas Moers Mayer, Esq.<br>Kenneth H. Eckstein, Esq.<br>Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>VIA FACSIMILE<br>(212) 715-8000 |
| Dated:  August 10, 2009 | KATTEN MUCHIN ROSENMAN LLP<br><br>By:     /s/ *Merritt A. Pardini*     <br>Merritt A. Pardini<br>575 Madison Avenue<br>New York, New York 10022-2585<br>Telephone: (212) 940-8800<br>Facsimile:  (212) 940-8776<br><br>-and-<br><br>Jeffrey A. Chadwick<br>Joshua A. Gad-Harf |

525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone (312) 902-5200
Facsimile:  (312) 902-1061

*Counsel for Zebra Enterprise Solutions Corp.*
*f/k/a WhereNet Corp.*

2