CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, | ) | (Jointly Administered) |
| et al., f/k/a GENERAL MOTORS CORP, | ) | |
| *et al.*, | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF E & L CONSTRUCTION
GROUP, INC. KNOWN AS ERICKSON & LINDSTROM CONSTRUCTION TO
NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY,
AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND (II) CURE AMOUNTS RELATED THERETO**

The Debtors and E & L Construction Group, Inc. known as Erickson & Lindstrom Construction ("E & L") having resolved the *Limited Objection of E & L Construction Group, Inc. Known As Erickson & Lindstrom Construction to Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Objection") [Docket No. 809] pursuant to that certain letter agreement between the parties dated July 31, 2009 (the "Letter Agreement"), E & L withdraws the Objection, said withdrawal to be

5943406.2 27898/130257

effective only upon payment to E & L of all outstanding Cure Amounts in accordance with the Letter Agreement.

| | |
|---|---|
| Dated: August 10, 2009 | Respectfully submitted, |
| | CLARK HILL PLC |
| | /s/ Robert D. Gordon |
| | Robert D. Gordon (Mich. Bar No. P48627) |
| | 151 S. Old Woodward Avenue, Suite 200 |
| | Birmingham, Michigan 48009 |
| | (313) 965-8572 |
| | rgordon@clarkhill.com |
| | Counsel to E & L Construction Group, Inc. |

-2-