Jeffrey S. Davis
Attorney at Law
1422 Berry Drive
Cleburne, Texas 76033
817/602-7999
FAX # 817/641-8829
jsdesqtx@yahoo.com

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | General Motors Corporation, *et al* § <br> § <br> Debtors. § | Chapter 11 <br> Case No. 1-09-50026 (REG) <br> (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Jeffrey S. Davis, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent, Forrest Chevrolet-Cadillac, Inc., and Forrest Pontiac-Buick-GMC Truck, Inc., who are parties-in interest, being franchise owners, and who are in part, the subject of the Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105 and 365 Authorizing (A) the Rejection of Executory Contracts and Unexpired Leases with Certain Domestic Dealers and (B) Granting Certain Related Relief.

*I certify that I am a member in good standing* of the bar in the State of Texas, and the bar of the United States Supreme Court, United States Court of Appeals for the Fifth Circuit, United States District Court for the Northern District of Texas, United States Bankruptcy Court for the Northern District of Texas, United States District Court for the Eastern District of Texas, United States Bankruptcy Court for the Eastern District of Texas, United States District Court for the Southern District of Texas, and the United States Bankruptcy Court for the Southern District of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: July 24, 2009
Cleburne, Texas

_____
JEFFREY S. DAVIS
Attorney at Law

1422 Berry Drive
Cleburne, Texas 76033
817/602-7999
FAX # 817/641-8829
jsdesqtx@yahoo.com