IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: | General Motors Corporation, *et al* § | Chapter 11 |
| | § | Case No. 1-09-50026 (REG) |
| | Debtors. § | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Jeffrey S. Davis, to be admitted, *pro hac vice*, to represent Forrest Chevrolet-Cadillac, Inc., and Forrest Pontiac-Buick-GMC Truck, Inc., (the "Client") interest parties in the above referenced case adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, and the bar of the United States Supreme Court, United States Court of Appeals for the Fifth Circuit, United States District Court for the Northern District of Texas, United States Bankruptcy Court for the Northern District of Texas, United States District Court for the Eastern District of Texas, United States Bankruptcy Court for the Eastern District of Texas, United States District Court for the Southern District of Texas, and the United States Bankruptcy Court for the Southern District of Texas, it is hereby

**ORDERED**, that Jeffrey S. Davis, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE