Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

*Cinetic Automation Corp.*
*Cinetic DyAG Corporation*
*Cinetic Landis Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                   :
**In Re:**                              :        **Chapter 11 Case No.**
                                   :        **09-50026 (REG)**
**MOTORS LIQUIDATION COMPANY**    :
**f/k/a GENERAL MOTORS CORP.,** *et al.,*  :
                                   :
      **Debtors.**                    :        **(Jointly Administered)**
                                   :
                                   :        **Hon. Robert E. Gerber**
---------------------------------------------------------x

## WITHDRAWAL OF LIMITED OBJECTION

      The Limited Objection by Cinetic Automation Corp., Cinetic DyAG Corporation and Cinetic Landis Corp. to the Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contract, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto, filed by Mary Kay Shaver on June 15, 2009, at Docket No. 1034, is hereby withdrawn.

                                                  Respectfully submitted,

                                                  Varnum LLP

Dated: August 11, 2009                By: /s/ Mary Kay Shaver
                                                  Mary Kay Shaver (P-60411)
                                                  Business Address:
                                                  Bridgewater Place
                                                  P. O. Box 352
                                                  Grand Rapids, MI 49501-0352
                                                  (616) 336-6000
                                                  mkshaver@varnumlaw.com

2824492