Honorable Judge Gerber
United States Bankruptcy Court
Southern District of NY
One Bowling Green
NY, NY 10004-1408

Gary Thomas
2489 River Rd,
Kingston Tn 37763
865-717-8763
Phone & Fax

"Motion to Supply Information"

Honorable Judge Gerber,

I know your time is valuable so I'll keep this short. I own 828K in GM Bonds (33,148) shares since what has transpired in the GM bankrupcy so far it looks like I'm finished - however I have my son to try and leave something for. My understanding after reading news reports and other sources was "the Deal" for bondholders was 10% GM Stock + 15% Warrents + Accrued Interest on bonds. However the day or day after GM came out of bankrupcy I saw a Bloomberg story that the "New GM" had thrown 10% Stock into "Motors Liqudation Company" and that was that. That leaves three questions unanswered for me — #1 Was their ever an agrment with creditors comitte for the 10+15 #2 why do you. & Uaw automaticly get their % in new Stock while we as bondholders

①

②

are left to get screwed again fighting for
oor % of 10% left with Asbestos — Injury — toxic
factory clean-up other unions, suppliers, ect.
and where are the warrents?

● I understood that ~~to speak with~~ Offical comitte did
not oppose the 363 w'ed get the stock (+ warrents) in New GM
    I heard the United States trustee
testifey in your court that bondholders were
properly repesented by "the offical Comitte"
and the "wilmington trust". I spoke
with David Vanaskry Naugovsky (WT) and comittie
member (302 636 6019) approx 2 weeks ago.
and he was not sure their was any agreent
(Doc — understandg contract or whatever you want to
call it). I spoke with Jealfer Shearet?
212-715-9516 (Comittie Attys — Kramer Levin ect)
and got basicay the same answer.
             90% of
to have your life savings taken for a political
debt owed is absured - to have the last
10% stolen behind your back is _____
(I connot say). I called 2 weeks ago to register
my bonds with wilmington Trust (to be sure

②

sure I'd get claim filed and was told I'd recive call in a few days. I said I'd keep this short so what I'd ask of you if posible is a provail of a "Motion to Supply information" ~~for~~ the US trustee, Wilmington trust, offical creditors committee, Kramer Levin Neftalis & Frankel LLP (commities Attornys) or whomever you deem best to answer - Is their an 10% stock 15% warrants agreement of any kind what is approx time frame to recive. distrabution. And issue order for above motion. In closing I like to Remind you ~~of~~ some words you used ~~of~~ in one of your rulings in this case that really hit the nail on the head - " everybody wants to fight their fight with sombody elses money". The white house and gm has taken 90% of my restraint ~~Please take into consertion the 10%~~ ~~I may have test that is at your~~

(3)

money for their fight to survive.
please take into consideration the
last 10Z is all I have left to
leave my son and his future family
in their fight for the american Dream.
I know you've got a tough Job and
I wish you the best

tuy


RECEIVED
JUL 31 2009
U.S BANKRUPTCY COURT
SO. DIST. OF NEW YORK