Honorable Judge Robert Gerber,

Sir, I am writing concerning the contract between GM and the Stillwater mine of Montana. I respectfully disagree with your decision in letting GM wiggle their way out of the contract with the Stillwater Mining Company located in Columbus, MT.

The American taxpayers with the help of the Obama Administration helped bail GM out with over $30 Billion in taxpayer monies. GM pleaded its case saying if GM goes bankrupt hundreds of thousands of hard working Americans would be left with out jobs and that would send the American economy into dire straits.

Now just weeks after emerging from bankruptcy proceedings in YOUR court with YOUR help GM has flown in the face of their very plea of saving American jobs by being able to cancel their contract with the Stillwater Mining Company and sign new contracts with the Russian mining companies as well as the South African mining companies to mine Palladium and Platinum for their catalytic converters. What about GM's motto of "Buy American?" was that only good when their cooperate greed was so out of hand it lead to this historic bail out? Now that they have our money "Buy American" is not good enough for YOU or for them?

I do realize GM can still do business with Stillwater however by you allowing them to cancel the contract Stillwater will no longer get the guaranteed price for their metals they mine and allow Russia and South Africa to get the guaranteed price. By allowing this the mine can lose up to over 100,000.00 per day. How can you as an "American" allow this to happen? What were you thinking? This Sir is an outrage no matter how you look at it! Also Stillwater has one of the cleanest mining operations in the world. That cannot be said about the Russian or South African mines now can it? In this age where we are urged to go green this alone should have weighed in your decision needless to say.

What about the 1300 or so American miners at Stillwater who are faced with losing their jobs? What do you tell them your Honor? "Oh I am sorry but GM is so important they can do what ever they want in their self preservation but you do not matter?" Yes cooperate greed is alive and well in your decision to allow this to happen.

You Sir sicken me how can you call yourself an American by letting GM get away with what they were pleading for saving American jobs? You sir just sold out 1300 hard working Stillwater mine employees so GM can bring jobs to Russia and South Africa when our economy is struggling to survive.

What ever the future of the Stillwater mine is your responsibility and yours alone by allowing this travesty to occur.

I can guarantee you my next vehicle will not be a GM product it will be a Ford. GM may have been able to con you with their sob story but Sir they certainly do not garner any of my sympathy after what has happened.

Thank you for your time,

Sincerely,

*Vivian Schuler*

Vivian Schuler

RECEIVED
JUL 3 1 2009
U.S BANKRUPTCY COURT
SO. DIST OF NEW YORK