**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                               :         Chapter 11
                                                     :
GENERAL MOTORS CORP., *et al.*,                      :         Case No. 09-50026 (REG)
                                                     :
              Debtors                          :         Jointly Administered
                                                     :
---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF OBJECTION OF SCREENVISION CINEMA NETWORK LLC TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO**

      Screenvision Cinema Network LLC, by and through its attorneys, Foley & Lardner LLP, hereby withdraws the Objection Of Screenvision Cinema Network LLC To Assumption And Assignment Of Certain Executory Contracts And Cure Amounts Related Thereto (Docket No. 1369 filed June 15, 2009).

Dated:   August 11, 2009        FOLEY & LARDNER LLP

                                              /s/    Salvatore A. Barbatano
                                              Steven H. Hilfinger
                                              Salvatore A. Barbatano
                                              500 Woodward Avenue, Suite 2700
                                              Detroit, MI 48226-3489
                                              Telephone: (313) 234-7100
                                              Facsimile: (313) 234-2800

                                              *Attorneys for Screenvision Cinema Network LLC*

DETR_1267332.1