07/23/2009

**United State Bankruptcy Court**

**C/O Trustee**

**333 White Hall St**

**New York, New York 10004**

To Whom It May Concern:

This letter is regards to a recent claim I submitted with the claims department at General Motors. I understand that they previously filed bankruptcy. I spoke with one of the representatives in your office who would inform me that this process could take a while.

I proceeded to explain to her because of malfunctions due to the car I now have been threaten with fines that have to be paid in two months or jail time. This was an issue that first started back in Dec 2008. I have had 3 accidents in the car one of which was fatal and I am now afraid to operate the vehicle without further compliance from you.

I would appreciate a response soon as you have an available representative able to assist or to at least send me something for the court until you have resolved the issue with GM. I may be contacted at 515-343-9039 for further questioning.

The specialist I dealt with at GM name is Jamiea Price for further questioning as well.

Thank you for your time and consideration.

Sincerely,

Luekinna Hodges