MACHINE CO., INC.

181 Circuit Drive, North Kingstown, RI 02852
Tel. (401) 294-6600 Fax (401) 294-6262
E-Mail: info@supfina-machine.com

July 29, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Subject:   General Motors Corp., Chapter 11 Case No. 09-50026
           Vendor ID# 341376697 – Supfina Machine Company, Inc
           Resolution of cure amount

Dear Mr. Genna,

Supfina formally withdraws our objection to the cure amount because all issues have now been resolved.

I appreciate your attention in this matter.

Sincerely,
Supfina Machine Company, Inc.

Andrew M. Corsini
President and CEO

(D) 401-294-1702
(C) 401-451-6230
Andrew.Corsini@Supfina.com



RECEIVED AUG -4 2009 U.S. BANKRUPTCY COURT, SDNY