

# FORMAN HOLT ELIADES & RAVIN LLC
## ATTORNEYS AT LAW

Charles M. Forman**
Michael E. Holt**
Daniel M. Eliades*
Stephen B. Ravin**
Erin J. Kennedy***
Joseph M. Cerra**
Kim R. Lynch**
William L. Waldman**
David S. Catuogno***
Harry M. Gutfleish**
Wendy B. Green**
Kristin T. Mihelic****
Kimberly J. Salomon**
Robert H. Johnson***
Jonathan S. Bodner***
Dipesh Patel***

OF COUNSEL
William A. Calandra*

MEMBER NJ & PA BAR*
MEMBER NJ & NY BAR**
MEMBER NJ BAR***
MEMBER PA BAR****

www.formanlaw.com
firm@formanlaw.com

REPLY TO PARAMUS

August 3, 2009

Case Management/Editing
United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, NY 10004

**Re:   General Motors Corp., Case No. 09-50026 (REG)
       Rose Cole, Guardian of Timothy L. Montis**

Dear Sir or Madam:

I filed a pleading in the above-referenced bankruptcy case on behalf of Rose Cole, Guardian of Timothy L. Montis. However, since I no longer represent Ms. Cole in this matter, I request that I be terminated from this case and cease receiving ECF notices.

Thank you for your assistance in this matter.

Very truly yours,

Kimberly Salomon

M:\GEN\COLE\SDNY Case Mgmt-1.doc



RECEIVED AUG - 5 2009 U.S. BANKRUPTCY COURT, SDNY

---

| 80 Route 4 East, Suite 290 | 888 7th Ave., Suite 4500 | 664 Chestnut Ridge Road | 1615 Jackson Street |
| Paramus, NJ 07652 | New York, NY 10106 | Spring Valley, NY 10977 | Philadelphia, PA 19145 |
| T 201.845.1000 | T 212.707.8500 | T 845.371.3451 | T 215.925.7191 |
| F 201.845.9112 | F 212.707.8511 | F 845.371.7667 | F 215.925.7192 |