

# Standard Electric Company

Corporate Office 2650 Trautner Drive P.O. Box 5289, Saginaw, MI 48603-0289 (989) 497-2100 FAX (989) 497-2101

**INDUSTRIAL AUTOMATION DIVISION**


Network Communication Division

**Branches:**

3900 James Savage Road
Midland, MI 48642

1300 Washington Ave.
Bay City, MI 48708

1055 Crittenden Court
Alpena, MI 49707

1955 Gover Parkway
Mt. Pleasant, MI 48858

1740 Barlow Street
Traverse City, MI 49686

2034 M-119
Petoskey, MI 49770

700 Skinner Street
Bad Axe, MI 48413

210 7th Street
Cadillac, MI 49601

733 N. Larch Street
Lansing, MI 48906

1514 S. Dort Highway
Flint, MI 48503

427 54th Street, S.W.
Grand Rapids, MI 49548

2335 E. High Street
Jackson, MI 49203

3649 E. Cork Street
Kalamazoo, MI 49001

2150 Pless Drive
Brighton, MI 48114

**Standard Electric Company**
**WITTOCK SUPPLY COMPANY**

1815 Dickerson Road
Gaylord, MI 49735

**U.P. ELECTRIC** / **WITTOCK SUPPLY CO.**

2640 Davitt Street
Sault Ste. Marie, MI 49783

701 Balsam Street
Kingsford, MI 49802

3060 Wright Street
Marquette, MI 49855

1651 17.4 Road Unit A
Escanaba, MI 49829

July 29, 2009

United States Bankruptcy Court
For The Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 621
New York, NY 10004
Case# 09-50026 (REG), Docket# 1011

Subject: Docket# 1011. Case# 09-50026 (REG) Objection Withdrawal to Standard Electric (DUNS 00-890-2850) Cure Amount

To Whom It May Concern

    Standard Electric Company (DUNS 00-890-2850) and General Motors Company have agreed on a cure amount of $78,555.18. As a result, Standard Electric Company is withdrawing its cure amount objection.

Sincerely

Laverne N. Weber
President


RECEIVED AUG - 4 2009 U.S. BANKRUPTCY COURT, SDNY

Cc: c/o General Motors Corporation Cadillac Building – Warren Command Center
    Honigman Miller Schwartz and Cohn LLP – A'Jene M. Maxwell
    Weil, Gotshal & Manges LLP – Harvey R. Miller, Esq., Stephen Karotkin, Esq., Joseph H. Smolinsky
    U.S. Treasury – Matthew Feldman, Esq.
    Cadwalader, Wickerson & Taft LLP – John J. Rapisardi, Esq.
    Attorneys for the Creditors Committee
    Vedder Price, P.C. – Michael J. Edelman, Esq. and Michael L. Schein, Esq.
    Office of the United States Trustee for the Southern District of New York-Diana G. Adams, Esq.
    Debtors' Claims and Noticing Agent, The Garden City Group, Inc.

      **ISO 9001:2000**