13422 Coram Peak St
San Antonio, TX 78248-1202

July 29, 2009

Judge Robert E. Gerber
One Bowling Green
New York, NY 10004-1408
Courtroom: 621

Dear Judge Gerber

I have spoken with the law firm appointed to represent the creditors committee today. They were not able to provide any information on what is transpiring. I asked for an inventory of assets, but they tell me this will not be available until September. In fact the lady at this firm I spoke with implied because the unsecured bond holders refused the "deal" offered before bankruptcy filing GM had no choice but to file. The facts really are the government forced GM to file. If the bondholders had accepted the deal the company would have still have had to file.

Yet Motors Liquidation Company is spending money that is an asset of the unsecured bondholders. I do understand bankruptcies are bankruptcies but this one is not following the defined rules of bankruptcy. This firm and the creditors committee are not husbanding the assets of the defunct company in accordance with proper bankruptcy law. I must rely on you to protect my investment. Failure to abide by the bankruptcy code will create an investing environment where companies will be required to pay larger than necessary interest rates for debt.

I invested in GM to provide a monthly retirement income; not by itself, but in concert with other investments. The loss of the interest from GM is a loss of one third of my annual income. I am disabled and can no longer work for income.

The money the government is investing in GM could have purchased the bondholders debt and left plenty of money to build and operate a new company.

Your assistance is needed.

Regards

William H. Ballentine