

# Advancement
*Where Talent Meets Opportunity*

32200 Solon Road • Solon, Ohio 44139
(440) 248-8550 • Fax (440) 248-0740 • www.advancementllc.com

July 28, 2009

United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004

Re: General Motors bankruptcy; **Objection as to the Cure Amount - Revoked**
       GM Vendor No: 002456791

Please note that our Company is not represented by counsel in this matter and therefore, is unable to submit this correspondence electronically. Please accept this written submission.

We have received the Notice of Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and Cure Amounts Related Thereto for the Chapter 11 Case No. 09-50026 (REG); General Motors Corp, et al.

Advancement LLC, doing business as **Contract Professionals of Ohio LLC** is identified as a contract party on the list of Assumable Executory Contracts.

In a previous correspondence, Advancement LLC objected to the Cure Amount of the Assumable Executory Contracts.

**As of this date, Advancement LLC has received full payment on all pre-petition invoices and therefore we revoke our previous objection to the Cure Amount of the Assumable Executory Contracts.**

We thank all parties involved with the resolution of discrepancies.

Best Regards,

*Dave Beveridge*
Advancement LLC
dba: **Contract Professionals of Ohio LLC**
Dave Beveridge
Chief Financial Officer

Cc: General Motors Corp
     Weil, Gotshal & Manges LLP
     U.S. Treasury
     Cadwalader, Wickersham & Taft LLP
     Vedder Price, P.C.
     Office of the US Trustee, Southern District of NY

