Harvey R. Miller
Stephen Karotkin
Irwin H. Warren
John A. Neuwirth
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------x
                                      :
In re                                 :        Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :        09-50026 (REG)
        f/k/a General Motors Corp., et al.   :
                                      :
                    Debtors.          :        (Jointly Administered)
                                      :
----------------------------------------------------------x
```

**EX PARTE MOTION OF THE DEBTORS PURSUANT TO**
**FED. R. BANKR. P. 9006(c) AND LOCAL R. BANKR. P. 9006-1(b) TO SHORTEN**
**NOTICE PERIOD WITH RESPECT TO THE DEBTORS' MOTION**
**TO STRIKE THE DECLARATION OF OLIVER ADDISON PARKER**
**<u>FROM HIS DESIGNATION OF THE RECORD AND ISSUES ON APPEAL</u>**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors (collectively, the "**Debtors**"), respectfully represent:

**<u>Relief Requested</u>**

1.       By this motion (the "**Motion to Shorten Time**"), the Debtors request,

pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy**

**Rules**") and Rule 9006-1(b) of the Local Rules of the Bankruptcy Court for the Southern District

of New York (the "**Local Rules**"), that the Court shorten the notice period and fix the date and time for an expedited hearing on their *Motion to Strike the Declaration of Oliver Addison Parker from his Designation of the Record and Issues on Appeal*, dated August 11, 2009 (the "**Strike Motion**").  Specifically, the Debtors request that the Court consider the relief requested in the Strike Motion at a hearing on August 18, 2009 at 9:45 a.m. (Eastern Time), or as soon thereafter as counsel may be heard.  In support of this Motion to Shorten Time, the Debtors submit the Declaration of Stephen Karotkin, annexed hereto as Exhibit "A."  A proposed order is annexed hereto as Exhibit "B."

2.      Pursuant to the Strike Motion, the Debtors request entry of an order striking the Declaration of Oliver Addison Parker, dated July 27, 2009, which was filed as part of Oliver Addison Parker's (I) Designation of Items to be Included in the Record on Appeal and (II) Statement of Issues to be Presented [Docket No. 3551], filed on July 28, 2009.

**Basis for Relief Requested**

3.      Local Bankruptcy Rule 9006-1(b) provides that "[u]nless the court orders otherwise, all other motion papers shall be served at least 10 days before the return date."  In addition, Bankruptcy Rule 9006(c)(1) authorizes the Court, for cause shown, to reduce the notice period required under Local Bankruptcy Rule 9006-1(b).  The Debtors submit that ample cause exists to shorten the notice period with respect to the Strike Motion as requested herein.

4.      The Strike Motion must be resolved before Mr. Parker's record on appeal can be transmitted to the United States District Court for the Southern District of New York (the "**District Court**").  There are already three appeals pending in the District Court, and the Debtors have requested that those appeals be consolidated before a single judge.  A prompt resolution of the Strike Motion will facilitate the timely consolidation of Mr. Parker's appeal with the other appeals pending in the District Court.

5.      Based on the forgoing, the Debtors submit that cause exists to shorten the

notice period with respect to the Motion.

**<u>Jurisdiction</u>**

6.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**<u>Notice</u>**

7.      Pursuant to Bankruptcy Rule 9006(c)(1), the Court may shorten time

without notice.  Accordingly, no notice of this Motion to Shorten Time has been given.

8.      No previous request for the relief sought herein has been made by the

Debtors to this or any other court.

WHEREFORE the Debtors respectfully request that the Court approve the

shortened notice periods requested herein, and grant the Debtors such other and further relief as

the Court deems just and proper.

Dated:  New York, New York
       August 11, 2009

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Irwin H. Warren
John A. Neuwirth

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

**Declaration of Stephen Karotkin**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
GENERAL MOTORS CORP., et al.,       :        09-50026 (REG)
                                    :
                    Debtors.        :        (Jointly Administered)
                                    :
-----------------------------------------------------------x
```

**DECLARATION OF STEPHEN KAROTKIN IN SUPPORT OF EX PARTE MOTION
OF THE DEBTORS PURSUANT TO FED. R. BANKR. P. 9006(c) AND LOCAL R.
BANKRUPTCY P. 9006-1(b) TO SHORTEN NOTICE PERIOD WITH RESPECT TO
THE DEBTORS' MOTION TO STRIKE THE DECLARATION OF OLIVER ADDISON
PARKER FROM HIS DESIGNATION OF THE RECORD AND ISSUES ON APPEAL**

I, Stephen Karotkin, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.       I am an attorney admitted to practice before the Bankruptcy Court and a

member of Weil, Gotshal & Manges LLP, attorneys for Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors (collectively, the "**Debtors**").

2.       I submit this Declaration in support of the Debtors' ex parte motion (the

"**Motion to Shorten Time**") to shorten the notice period and fix the date and time for an

expedited hearing on the *Motion to Strike the Declaration of Oliver Addison Parker from his*

*Designation of the Record and Issues on Appeal* (the "**Strike Motion**").

3.       Pursuant to the Strike Motion, the Debtors request entry of an order striking the Declaration of Oliver Addison Parker, dated July 27, 2009 (the "**Declaration**"), which was filed as part of Oliver Addison Parker's (I) Designation of Items to be Included in the Record on Appeal and (II) Statement of Issues to be Presented [Docket No. 3551], filed on July 28, 2009.

4.       All statements contained herein are based on personal knowledge or made upon information and belief.

### <u>The Need for Shortened Notice with Respect to the Motion</u>

5.       The Motion to Shorten Time seeks to have the Court shorten the notice period with respect to the Strike Motion.  The Debtors submit that expedited consideration of the relief requested in the Strike Motion is necessary and that cause exists to shorten the notice period with respect to the Strike Motion.

6.       As set forth more fully in the Strike Motion, it is the Debtors' position that the Declaration should not be part of Mr. Parker's record on appeal, as the Declaration was not presented to the Bankruptcy Court in connection with the hearing on the Debtors' motion pursuant to section 363 seeking to sell substantially all of the assets of General Motors Corporation (n/k/a Motors Liquidation Company) and its affiliated debtors pursuant to the Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser.  The Strike Motion must be resolved before Mr. Parker's record on appeal can be transmitted to the United States District Court for the Southern District of New York (the "**District Court**").  There are already three appeals pending in the District Court and the Debtors have requested that those appeals be consolidated before a single judge.  Prompt resolution of the Strike Motion will facilitate the timely consolidation of Mr. Parker's appeal with the other appeals pending in the District Court.

7.    In light of the foregoing, the Debtors request that this Court shorten notice with respect to the Strike Motion and consider the relief requested therein at a hearing scheduled for August 18, 2009 at 9:45 a.m. (Eastern Time).


Dated:  New York, New York
        August 11, 2009

                                            /s/ Stephen Karotkin_____
                                            Stephen Karotkin

**<u>Exhibit B</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :                    **Chapter 11 Case No.**
                                                             :
**GENERAL MOTORS CORP.,** *et al.*,                          :                    **09-50026 (REG)**
                                                             :
                                                 **Debtors.** :                    **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

**ORDER PURSUANT TO FED. R. BANKR. P. 9006(c) AND LOCAL R. BANKR. P.**
**9006-1(b) SHORTENING NOTICE PERIOD WITH RESPECT TO THE DEBTORS'**
**MOTION TO STRIKE THE DECLARATION OF OLIVER ADDISON PARKER**
**FROM HIS DESIGNATION OF THE RECORD AND ISSUES ON APPEAL**

Upon the ex parte motion, dated August 11, 2009 (the "**Motion to Shorten**

**Time**") of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated

debtors, as debtors (collectively, the "**Debtors**"), pursuant to Rule 9006(c) of the Federal Rules

of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 9006-1(b) of the Local Rules of

the Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), for entry of an

order shortening the notice period with respect to the *Motion to Strike the Declaration of Oliver*

*Addison Parker from his Designation of the Record and Issues on Appeal* (the "**Strike Motion**"),

all as more fully described in the Motion to Shorten Time and the Declaration of Stephen

Karotkin in support of the Motion to Shorten Time (the "**Karotkin Declaration**"), the Court

finds and determines the following:

(a)        Consideration of the Motion to Shorten Time and the relief requested therein is a

core proceeding pursuant to 28 U.S.C. § 157(b).

(b)        Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

(c)        The Court has jurisdiction to consider the Motion to Shorten Time and the relief

requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 of

the United States District Court for the Southern District of New York, dated July 10, 1984

(Ward, Acting C.J.).

(d)      Cause exists to expedite consideration of the relief requested in the Strike Motion

and such expedited consideration is beneficial to, and in the interests of, the Debtors, their

estates, and all parties in interest.

(e)      The relief requested in the Motion to Shorten Time may be sought on an ex parte

basis.

Therefore, it is hereby ORDERED that:

1.      The Motion to Shorten Time is granted to the extent set forth herein.

2.      A hearing (the "**Hearing**") to consider the relief requested in the Strike

Motion will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, on

**August 18, 2009 at 9:45 a.m. (Eastern Time)**, at Room 621 of the United States Bankruptcy

Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling

Green, New York, New York 10004.

3.      The Objection Deadline to respond or object to the relief requested in the

Strike Motion is **August 14, 2009 at 12:00 noon (Eastern Time).**

4.      Objections and responses, if any, to the Strike Motion, must be in writing,

must (a) conform to the Federal Rules of Bankruptcy Procedure, the Local Rules for the

Southern District of New York, and any case management orders entered in these chapter 11

cases, (b) set forth the name of the objecting party, the nature and amount of claims or interests

held or asserted by the objecting party against the Debtors' estates or property, and (c) set forth

the basis for the objection and the specific grounds therefor.

5.       The Debtors shall serve, via e-mail, fax, or overnight mail, within one

business day after entry of this Order, notice of the Hearing and the other matters to be heard in

connection therewith by sending a copy of this Order, the Karotkin Declaration, and the Strike

Motion to:  (i) Oliver Addison Parker, 283 Codrington Drive, Lauderdale By The Sea, FL 33308;

(ii) General Motors Company, 300 Renaissance Center, Detroit, Michigan 48265 (Attn:

Lawrence S. Buonomo, Esq.); (iii) Cadwalader, Wickersham & Taft LLP, attorneys for the

United States Department of the Treasury, One World Financial Center, New York, New York

10281 (Attn: John J. Rapisardi, Esq.); (iv) the United States Department of the Treasury, 1500

Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Matthew Feldman, Esq.);

(v) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor,

New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vi)

Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured

creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Adam C. Rogoff,

Esq., Robert T. Schmidt, Esq., and Amy Caton, Esq.); (vii) the Office of the United States

Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New

York 10004 (Attn: Diana G. Adams, Esq.); and (viii) the U.S. Attorney's Office, S.D.N.Y., 86

Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and

Matthew L. Schwartz, Esq.).

Dated:  New York, New York
            _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE