Opposition briefs may be filed on or before <u>8-19-2009</u>
<u>No hearing is needed</u>
<u>Motion may be decided on submissions</u>

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y. 10004-1408

<u>Lead Case # 09-50026</u>

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | <u>Case # 09-0950026</u> |
| MOTORS LIQUIDATION COMPANY, et. al ) | (Gerber) |
| Debtors ) | Jointly Administered |
| (formerly General Motors Corp. et. al.) ) | August 5, 2009 |

<u>SUPPLEMENTAL</u>
<u>MOTION TO GIVE ACCESS TO pro se Creditor to CERTAIN DOCUMENTS FILED UNDER SEAL, IN ADDITION TO DEPOSITIONS OF CERTAIN INDIVIDUALS ALREADY REQUESTED</u>

Comes now Radha R.M. Narumanchi, a Creditor of Motor Liquidation Corp. (Formerly the General Motors Corporation) and the *pro se* Plaintiff in the adversarial complaint against Motors Liquidation Company (formerly known as GM) and submits as under:

1.0    I filed an appeal against the 7-5-2009 Order of this honorable Court on the Section 363 Sale of Assets. That appeal is currently pending before the U.S. District Court.

2.0    As already indicated in my previous Motion dated 7-23-2009 (Doket # 3642) I had duly designated the following documents in the said appeal:

   A. Any depositions (including all exhibits thereof) taken of:

   Harry Parker,
   Frederick Henderson,
   William C. Repko,
   J. Stephen Worth,
   Albert Koch, and
   Michael Raleigh.[1]

---

[1] It may be recalled here that as a *pro se* Creditor I was not given any access at all to any of the pre-evidentiary proceedings (that includes participating fully in depositions, discovery and requests for production of records) or even in the examination process of the witnesses during evidentiary hearings held on 6-30-2009, 7-2-2009 and 7-2-2009.

Page 1 of 3