July 14, 2009

TO THE CLERK OF THE BANKRUPTCY COURT!
TO THE NONORABLE ROBERT E. GERBER!

MY NAME IS RICHARD LEON MARTIN. I AM WRIGHTING THIS LETTER TO SAY THAT I STRONGLY REJECT TO THE 363 TRANSACTION BROUGHT ABOUT BY GENERAL MOTOR'S.

LET ME SAY THAT I AM NOT VERY GOOD WHEN IT COMES TO WRITEING LETTER'S OR IN PUNCTUATION AND SPELLING OF SOME WORD'S BUT I AM GOOD WHEN COMES TO KEEPING MY WORD TO SOMEONE.

GENERAL MOTOR'S RETIRED ME IN SEPTEMBER OF 1997 JUST ONE YEAR AND TWO DAYS BEFORE I HAD MY THIRTY YEAR'S AND WOULD NOT EVEN CONSIDER GIVING A JOB SITTING DOWN INSTEAD THEY RETIRED ME WITH 100% TOTAL AND PERMENTY DISABELED AT 47 YEAR'S BUT THEY ALSO AGREED TO PAY ME THE SPECIAL BENNIFIT FOR MEDICARE PART B.

A COMPANY OR A PERSON IS NO BETTER THAN THERE WORD. ALSO THEY ARE TAKEING AWAY A DRUG CALLED NEXIUM THAT I HAVE BEEN TAKEING SINCE 1992 AND WHEN THIS HAPPENS IT WILL ONLY ADD TO MY ALREADY HARD LIFE OF PAIN.

I COULD GO ON FOREVER ABOUT THIS BUT I WONT.

THANK YOU,   Richard L. Martin