| | Counter Party / Parties | Contact/Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 1 | COMCAST CORP. | Comcast Corp.<br>Attn: Steve Burke<br>1500 Market Street<br>Philadelphia, PA 19102 | Promotional Agreement | 01/01/2008 |
| 2 | EDSCHA NORTH AMERICA INC. | EDSCHA North America, Inc.<br>Attn: Mark Denny, V.P. of U.S. Operations<br>2800 Center Point Parkway<br>Pontiac, MI 483141 | Manufacturing Supply Contract for Chevrolet Vehicles | 06/10/2007 |
| 3 | EDSCHA NORTH AMERICA INC. | EDSCHA North America, Inc.<br>Attn: Mark Denny, V.P. of U.S. Operations<br>2800 Center Point Parkway<br>Pontiac, MI 483141 | Manufacturing Supply Contract for Chevrolet Vehicles | 02/14/2008 |
| 4 | EDSCHA NORTH AMERICA INC. | EDSCHA North America, Inc.<br>Attn: Mark Denny, V.P. of U.S. Operations<br>2800 Center Point Parkway<br>Pontiac, MI 483141 | Manufacturing Supply Contract for Chevrolet Vehicles | 02/14/2008 |
| 5 | EDSCHA NORTH AMERICA INC. | EDSCHA North America, Inc.<br>Attn: Mark Denny, V.P. of U.S. Operations<br>2800 Center Point Parkway<br>Pontiac, MI 483141 | Manufacturing Supply Contract for Chevrolet Vehicles | 02/14/2008 |
| 6 | EDSCHA NORTH AMERICA INC. | EDSCHA North America, Inc.<br>Attn: Mark Denny, V.P. of U.S. Operations<br>2800 Center Point Parkway<br>Pontiac, MI 483141 | Manufacturing Supply Contract for Chevrolet Vehicles | 03/18/2008 |
| 7 | ELECTRONIC DATA SYSTEMS CORPORATION | Electronic Data Systems Corporation<br>Attn: Chief Executive Officer<br>Mail Stop: H2-7W-40<br>5400 Legacy Drive<br>Plano, TX 75024<br><br>Electronic Data Systems Corporation<br>Attn: General Counsel<br>Mail Stop: H3-3D-05<br>5400 Legacy Drive<br>Plano, TX 75024 | Separation Agreement | 06/07/1996 |

| | Counter Party / Parties | Contact/Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 8 | KNOWLEDGE LEARNING CORPORATION | Knowledge Learning Corporation<br>650 NE Holladay , Suite 1400<br>Portland, OR 97232 | Child Care Services Agreement | 10/16/00 |
| 9 | ITT AUTOMOTIVE ELECTRICAL SYSTEMS, INC. | ITT Automotive Electrical Systems, Inc.<br>c/o ITT Corporation<br>Attn:  Secretary<br>1330 Avenue of the Americas<br>New York, NY 10019-5490<br><br>ITT Automotive Electrical Systems, Inc.<br>Attn:   General Counsel<br>3000 University Drive<br>Auburn Hills, MI 48321-7016 | Asset Purchase Agreement (MABU) | 03/31/1994 |
| 10 | ITT AUTOMOTIVE ELECTRICAL SYSTEMS, INC. | ITT Automotive Electrical Systems, Inc.<br>c/o ITT Corporation<br>Attn:  Secretary<br>1330 Avenue of the Americas<br>New York, NY 10019-5490<br><br>ITT Automotive Electrical Systems, Inc.<br>Attn:   General Counsel<br>3000 University Drive<br>Auburn Hills, MI 48321-7016 | Stock Purchase Agreement (ITT) | 03/31/1994 |
| 11 | PLAY BY PLAY SPORTS, LLC<br>D/B/A NOTRE DAME SPORTS PROPERTIES | Play by Play Sports, LLC (D/B/A Notre Dame Sports Properties)<br>Attn:  Scott Correira<br>113 Joyce Center<br>Notre Dame, IN  46556 | Promotional Agreement | 10/15/2005 |