UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
GENERAL MOTORS CORP., *et al.*, : 09-50026 (REG)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

### ORDER PURSUANT TO FED. R. BANKR. P. 9006(c) AND LOCAL R. BANKR. P. 9006-1(b) SHORTENING NOTICE PERIOD WITH RESPECT TO THE DEBTORS' MOTION TO STRIKE THE DECLARATION OF OLIVER ADDISON PARKER FROM HIS DESIGNATION OF THE RECORD AND ISSUES ON APPEAL

Upon the ex parte motion, dated August 11, 2009 (the "**Motion to Shorten Time**") of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors (collectively, the "**Debtors**"), pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 9006-1(b) of the Local Rules of the Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), for entry of an order shortening the notice period with respect to the *Motion to Strike the Declaration of Oliver Addison Parker from his Designation of the Record and Issues on Appeal* (the "**Strike Motion**"), all as more fully described in the Motion to Shorten Time and the Declaration of Stephen Karotkin in support of the Motion to Shorten Time (the "**Karotkin Declaration**"), the Court finds and determines the following:

(a) Consideration of the Motion to Shorten Time and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b).

(b) Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

(c) The Court has jurisdiction to consider the Motion to Shorten Time and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 of

the United States District Court for the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.).

(d) Cause exists to expedite consideration of the relief requested in the Strike Motion and such expedited consideration is beneficial to, and in the interests of, the Debtors, their estates, and all parties in interest.

(e) The relief requested in the Motion to Shorten Time may be sought on an ex parte basis.

Therefore, it is hereby ORDERED that:

1. The Motion to Shorten Time is granted to the extent set forth herein.

2. A hearing (the "**Hearing**") to consider the relief requested in the Strike Motion will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, on **August 18, 2009 at 9:45 a.m. (Eastern Time)**, at Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

3. The Objection Deadline to respond or object to the relief requested in the Strike Motion is **August 14, 2009 at 12:00 noon (Eastern Time).**

4. Objections and responses, if any, to the Strike Motion, must be in writing, must (a) conform to the Federal Rules of Bankruptcy Procedure, the Local Rules for the Southern District of New York, and any case management orders entered in these chapter 11 cases, (b) set forth the name of the objecting party, the nature and amount of claims or interests held or asserted by the objecting party against the Debtors' estates or property, and (c) set forth the basis for the objection and the specific grounds therefor.

5. The Debtors shall serve, via e-mail, fax, or overnight mail, within one business day after entry of this Order, notice of the Hearing and the other matters to be heard in connection therewith by sending a copy of this Order, the Karotkin Declaration, and the Strike Motion to: (i) Oliver Addison Parker, 283 Codrington Drive, Lauderdale By The Sea, FL 33308; (ii) General Motors Company, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iii) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (iv) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Matthew Feldman, Esq.); (v) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vi) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Adam C. Rogoff, Esq., Robert T. Schmidt, Esq., and Amy Caton, Esq.); (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); and (viii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.).

Dated: New York, New York
   ***August 11, 2009***

                *s/ Robert E. Gerber*
                UNITED STATES BANKRUPTCY JUDGE