## Exhibit A

## DISTRIBUTION LIST

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Lawrence S. Buonomo, Esq.
General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Matthew Feldman, Esq.
United States Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, PC
1633 Broadway, 47th Floor
New York, New York 10019

Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Daniel W. Sherrick, Esq.
UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, New York 10036

Diana G. Adams, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

David S. Jones, Esq.
Matthew L. Schwartz, Esq.
United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007

Jonathan B. Alter, Esq.
Bingham McCutchen LLP
One State Street
Hartford, Connecticut 06103

Amy A. Zuccarello, Esq.
Edwards Angell Palmer & Dodge
111 Huntington Avenue
Boston, Massachusetts 02199

Richard G. Smoler, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022

985585_1