**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF SIKA CORPORATION TO NOTICE OF (i) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (ii) CURE COSTS RELATED THERETO**

Sika Corporation ("Sika"), by and through its undersigned counsel, hereby withdraws its Objection to Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts and (ii) Cure Costs Related Thereto filed on June 15, 2009 (Docket Entry 1088), based upon an agreement reached between Sika and the Debtors on the Cure Amount necessary for the assumption and assignment of Sika's contracts with the Debtors.

　　　　　　　　　　　　　　　　　　**TRENK, DiPASQUALE, WEBSTER,**
　　　　　　　　　　　　　　　　　　**DELLA FERA & SODONO, P.C.**
　　　　　　　　　　　　　　　　　　347 Mt. Pleasant Avenue, Suite 300
　　　　　　　　　　　　　　　　　　West Orange, NJ  07052
　　　　　　　　　　　　　　　　　　(973) 243-8600
　　　　　　　　　　　　　　　　　　Sam Della Fera, Jr. (SD-4840)
　　　　　　　　　　　　　　　　　　*Attorneys for Sika Corporation, Creditor*


　　　　　　　　　　　　　　　　　　By:　　/s/ Sam Della Fera, Jr.　　　
　　　　　　　　　　　　　　　　　　　　　　Sam Della Fera, Jr.

Dated:  August 12, 2009

F:\WPDOCS\N-Z\Sika Corp\General Motors\Withdrawal of Objection to Cure Amt.doc

## SERVICE LIST

Harvey R. Miller, Esq. (harvey.miller@weil.com)
Stephen Karotkin, Esq. (stephen.karotkin@weil.com)
Joseph H. Smolinsky, Esq. (joseph.smolinsky@weil.com)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153

Erika Tobias, Esq. (etobias@honigman.com)
**HONIGMAN MILLER SCHWARZ AND COHN LLP**
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226-3506