CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey C. Wisler
Christina M. Thompson
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for Connecticut General Life Insurance Company and Related CIGNA Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

| | |
|---|---|
| In re : | Chapter 11 |
| : | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP. *et al.*, : | |
| : | (Jointly Administered) |
| Debtors. : | **Related to Docket No. 1402** |

------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF CONNECTICUT GENERAL LIFE
INSURANCE COMPANY AND RELATED CIGNA ENTITIES TO NOTICE OF
(I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL
PROPERTY AND (II) CURE COSTS RELATED THERETO**

PLEASE TAKE NOTICE that Connecticut General Life Insurance Company and related CIGNA entities hereby withdraws, with prejudice, its objection to the *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto* [D.I. 1402].

Dated: August 12, 2009               CONNOLLY BOVE LODGE & HUTZ LLP

**/s/ Jeffrey C. Wisler**
Jeffrey C. Wisler (DE Bar No. 2795)
Christina M. Thompson (DE Bar No. 3976)
The Nemours Building
1007 North Orange Street; P.O. Box 2207 (19899)
Wilmington, Delaware 19801
Telephone: (302) 658-9141
*Counsel for Connecticut General Life Insurance Company and Related CIGNA Entities.*

#709116