# CERTIFICATE OF SERVICE

I, Christina M. Thompson, hereby certify that on this 12th day of August, 2009, I caused a true and correct copy of the **Notice of Withdrawal of Objection Of Connecticut General Life Insurance Company And Related Cigna Entities To Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Costs Related Thereto** to be served upon the following individuals in the manner as listed below.

/s/ Christina M. Thompson
Christina M. Thompson

**VIA FACSIMILE
AND FIRST CLASS MAIL**
Harvey R. Miller, Esquire
Stephen Karotin, Esquire
Joseph H. Smolinsky, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Fax: (212) 310-8007

The U.S. Treasury
Attn: Matthew Feldman, Esquire
1500 Pennsylvania Avenue NY, Room 2312
Washington, D.C. 20220
Fax: (202) 622-6415

John J. Rapisardi, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Fax: (212) 504-6666

The Office of the United States Trustee
Diana G. Adams, Esquire
33 Whitehall Street
21st floor
New York, NY 10004
Fax: (212) 668-2255

Gordon Z. Novod, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Fax: (212) 715-8192

Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Fax: (212) 407-7799

**VIA FIRST CLASS MAIL**
General Motors Corporation
Attn: Warren Command Center, Mailcode 480-206-114
30009 Van Dyke Avenue
Warren, Michigan 48090-9025