Ropers Majeski Kohn & Bentley  
201 Spear Street, Suite 1000  
San Francisco, CA 94105  
Telephone:    (415) 543-4800  
Facsimile:    (415) 972-6301  
Email: kstrickland@rmkb.com  
N. Kathleen Strickland, Esq. (*Pro Hac Vice Granted*)

Ropers Majeski Kohn & Bentley  
17 State Street, Suite 2400  
New York, NY 10004  
Telephone:    (212) 668-5927  
Facsimile:    (212) 668-5929  
Email: gheineman@rmkb.com  
Geoffrey W. Heineman, Esq.

**Presentment Date:**  
**August 25, 2009**

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x  
                                       :  

In re                                    :  

MOTORS LIQUIDATION COMPANY, et al.,  :  

         Debtors.                   :  
                                       :  
------------------------------------- x  

Chapter 11

Case No. 09-50026(REG)

(Jointly Administered)

## NOTICE OF PRESENTMENT OF ORDER PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE COMPELLING PRODUCTION OF DOCUMENTS BY, AND ORAL EXAMINATION OF, THE DEBTORS

**PLEASE TAKE NOTICE,** that pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Remy International, Inc. ("Remy"), by and through its counsel Ropers Majeski Kohn & Bentley, will present the accompanying order, compelling the production of documents by, and scheduling the oral examinations upon deposition of, individuals designated by the Debtors and believed to have knowledge of the relevant matters, for execution to the Honorable Robert E. Gerber, United States Bankruptcy Judge, Southern District of New York, at Room 621 of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, on **August 25, 2009 at 12:00 p.m.** (Eastern Standard Time).

RC1/5358734.1/SECYNY1

**PLEASE TAKE FURTHER NOTICE,** that unless a written objection to the proposed order is filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official Website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Potable Document Format (PDF), Wordperfect or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers), and served in accordance with General Order M-242, and served upon N. Kathleen Strickland and Geoffrey W. Heineman, Ropers Majeski Kohn & Bentley, 201 Spear Street, Suite 1000, San Francisco, California 94105, to allow actual receipt of the foregoing by no later than August 20, 2009 at 5:00 p.m., the order may be signed.

**PLEASE TAKE FURTHER NOTICE,** that if timely objections are filed and served, or if the Court so directs, a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct.

Dated: New York, NY

August 12, 2009

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By:   /S/ N. Kathleen Strickland
N. KATHLEEN STRICKLAND, Esq.
Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile:  (415) 972-6301
Email:    kstrickland@rmkb.com

GEOFFREY W. HEINEMAN, Esq.
Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone: (212) 668-5927
Facsimile:  (212) 668-5929
Email:    gheineman@rmkb.com

Attorneys for Creditor
REMY INTERNATIONAL, INC.