New Hearing Time: September 14, 2009 at 9:00 a.m.

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :   **Chapter 11 Case No.**
                                                            :   **09-50026 (REG)**
                                                            :   **(Jointly Administered)**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                   :
    f/k/a **General Motors Corp.,** *et al.*          :
                                                            :
    **Debtors.**                                     :
------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE THAT

        The hearing on the Motion of Plaintiffs in the Action Entitled Friedman v. General Motors Corp., 08 civ 2458 (S AS) for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) [Docket No. 2759] (the "**Motion**"), originally scheduled for August 18, 2009 at 9:45 a.m. (Eastern Time) has been adjourned on consent to **September 14, 2009 at 9:00 a.m. (Eastern Time)** (the "**Hearing**") before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, and such Hearing may be further adjourned from time to time

without further notice other than an announcement at the Hearing.

Dated: August 12, 2009
      New York, New York

/s/ David Berz
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession