Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:     (415) 543-4800
Facsimile:     (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq. (*Pro Hac Vice Granted*)

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:     (212) 668-5927
Facsimile:     (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

**Presentment Date:**
**August 25, 2009**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
:    Chapter 11
In re    :
:    Case No. 09-50026(REG)
MOTORS LIQUIDATION COMPANY, et al.,    :
:    (Jointly Administered)
Debtors.    :
:
------------------------------------ x

**CERTIFICATE OF SERVICE**

Stephan Choo, being duly sworn, deposes and says:

1.    I am over the age of 18, am not a party to this action, and am a staff at the law firm of Ropers Majeski Kohn & Bentley, 201 Spear Street, Suite 1000, San Francisco, California 94105.

2.    I hereby certify that on the 12th day of August, 2009, pursuant to Rules 2004, 9014 and 7004 of the Federal Rules of Bankruptcy Procedure, I caused copies of the following documents:

RC1/5359921.1/SC7

      a)      Notice of Presentment of Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure compelling the Production for Document by, and Oral Examination of, the Debtors.

      b)      Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters.

      c)      Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters with Schedule A.

to be served, by Overnight Mail, upon all parties listed on annexed Exhibit A.

                                                                                                             /S/ Stephan Choo
                                                                                                            Stephan Choo

## EXHIBIT A

General Motors corporation
Cadillac Building
Attn:  Warren Command Center
Mailcode 480-206-114
30007 Van Dyke Avenue
Warren Michigan 48090-9025
*Debtors*

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Wil, Gotchal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
*Attorney for Debtors*

Robert D. Wolford
Miller, Johnson Snell & Commiskey PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, Michigan 49053
*Attorneys for Creditors' Committee*