| | |
|---|---|
| Ropers Majeski Kohn & Bentley<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105<br>Telephone:    (415) 543-4800<br>Facsimile:    (415) 972-6301<br>Email: kstrickland@rmkb.com<br>N. Kathleen Strickland, Esq. (*Pro Hac Vice Granted*) | **Presentment Date:**<br>**August 25, 2009** |

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:    (212) 668-5927
Facsimile:    (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
In re                                                   :    Chapter 11
                                                              :
MOTORS LIQUIDATION COMPANY, et al.,   :    Case No. 09-50026(REG)
                                                              :
                    Debtors.                        :    (Jointly Administered)
                                                              :
------------------------------------- x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

Stephan Choo, being duly sworn, deposes and says:

1.    I am over the age of 18, am not a party to this action, and am a staff at the law firm of Ropers Majeski Kohn & Bentley, 201 Spear Street, Suite 1000, San Francisco, California 94105.

2.    I hereby certify that on the 12th day of August, 2009, pursuant to Rules 2004, 9014 and 7004 of the Federal Rules of Bankruptcy Procedure, I caused copies of the following documents:

a)      Notice of Presentment of Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure compelling the Production for Document by, and Oral Examination of, the Debtors.

b)      Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters.

c)      Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters with Schedule A.

to be served by electronic mail (via the ECF System), and also by Overnight Mail on all parties shown on Exhibit A attached hereto, and providing a courtesy copy to the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/ Stephan Choo
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stephan Choo

**EXHIBIT A**

| | |
|---|---|
| Debtors, c/o Motors Liquidation Company<br>Attn: Ted Stenger<br>300 Renaissance Center<br>Detroit, MI 48265 | Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Wil, Gotchal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Robert D. Wolford<br>Miller, Johnson Snell & Commiskey PLC<br>250 Monroe Avenue, N.W.<br>Suite 800<br>Grand Rapids, Michigan 49053 | U.S. Treasury<br>Attn: Mathew Feldman<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 |
| Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi<br>One World Financial Center<br>New York, NY 10281 | Vedder Price, P.C.<br>Attn: Michael J. Edlman and<br>       Michael L. Schein<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Office of the U.S. Trustee of the SDNY<br>Attn: Diana G. Adams<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Office Committee of Unsecured Creditors<br>Attn: Thomas Moers Mayer<br>       Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| General Motors Company<br>Attn: Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, MI 48265 | U.S. Attorney's Office, SDNY<br>Attn: David S. Jones<br>       Matthew L. Schwartz<br>86 Chambers Street, Third Floor<br>New York, NY 10007 |

RC1/5359921.1/SC7