**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |

---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF FICOSA NORTH AMERICA CORPORATION AND FICOSA NORTH AMERICA, SA DE CV TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO**
<u>**AS TO CURE AMOUNT ONLY**</u>

Ficosa North America Corporation and Ficosa North America, SA de CV, by and through their attorneys, Foley & Lardner LLP, hereby withdraw the Limited Objection Of Ficosa North America Corporation And Ficosa North America, SA De CV To Assumption And Assignment Of Certain Executory Contracts And Cure Amounts Related Thereto As To Cure Amount Only (Docket No. 1399 filed June 15, 2009).

Dated:   August 12, 2009         FOLEY & LARDNER LLP

<u>/s/ Ann Marie Uetz</u>
Thomas B. Spillane
Ann Marie Uetz
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Ficosa North America Corporation*
*and Ficosa North America, SA de CV*

DETR_1267342.1