Anthony L. Leffert
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO   80202
Telephone:  303-297-2600
Facsimile:   303-297-2750

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re:                                                                    Case No. 09-50026 (REG)
                                                                                Chapter 11 (Jointly Administered)

GENERAL MOTORS CORP., *et al.,*

                            Debtors.

----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF ENVIRONMENTAL TESTING CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF VERIFIED MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES

Environmental Testing Corporation ("ETC"), by and through counsel, Anthony L. Leffert of Robinson, Waters & O'Dorisio, P.C., hereby gives notice of its intention to withdraw the previously filed Memorandum of Law in Support of Verified Motion for Payment of Administrative Expenses.

Dated:  August 13, 2009
Denver, Colorado                                        ROBINSON, WATERS & O'DORISIO, P.C.

                                                                    /s/Anthony L. Leffert_____
                                                                    Anthony L. Leffert (AL 6373)
                                                                    1099 18th Street, Suite 2600
                                                                    Denver, Colorado 80202
                                                                    Telephone: (303) 297-2600
                                                                    Facsimile:  (303) 297-2750
                                                                    *Attorneys for Environmental Testing Corporation*

189747

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on the 13th day of July, 2009, the foregoing was filed electronically and that service was accomplished electronically to all ECF registrants via the Court's CM/ECF System and delivered via U.S. Mail, first-class postage prepaid, addressed to the following:

Harvey R. Miller  
Stephen Karotkin  
Joseph H. Smolinsky  
Weil Gotshal & Manges, LLP  
767 Fifth Avenue  
New York, NY 10153  

John J. Rapisardi  
Cadwalader Wickersham & Taft LLP  
One World Financial Center  
New York, NY 10281  

Kenneth H. Eckstein  
Thomas M. Mayer  
Adam C. Rogoff  
Kramer Levin Naftalis & Frankel, LLP  
1177 Avenue of the Americas  
New York, NY 10036  

Diana G. Adams  
Office of the U.S. Trustee  
33 Whitehall Street, 21st Fl.  
New York, NY 10004  

                                                /s/Elizabeth Garfield

189747