Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, et al.,           :   09-50026 (REG)
  f/k/a General Motors Corp., et al.          :
        Debtors.                              :   (Jointly Administered)
                                              :
-------------------------------------------------------------x
```

**STAFFING REPORT BY AP SERVICES, LLC**
**FOR THE PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009**

In connection with this Court's *Amended Order Authorizing the Debtors to Employ and Retain AP Services, LLC as Crisis Managers and to Designate Albert A. Koch as Chief Restructuring Officer, Nunc Pro Tunc to the Petition Date*, dated July 2, 2009 and entered at Docket No. 2949, (the "**Retention Order**"), AP Services, LLC ("**APS**") hereby files its monthly staffing report for the period of June 1, 2009 through June 30, 2009 (the "**Staffing Period**"), and in support of such report respectfully represents:

    1.    Pursuant to terms of the Retention Order, the Debtors' motion seeking entry of same (as filed with this Court on June 12, 2009 at Docket No. 952, the "**Retention Motion**"), and the "**Engagement Letter**" (as such term is defined therein), APS was retained by the above captioned debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned

chapter 11 cases (collectively, the "**Chapter 11 Cases**"), as crisis managers for the Debtors and Albert A. Koch was retained to serve as the Debtors' Chief Restructuring Officer with later appointment to the position of Chief Executive Officer. The functions filled by Mr. Koch and other APS personnel (collectively, the "**Temporary Staff**") encompass a wide range of activities related to the Chapter 11 Cases which include, without limitation, assisting with the structuring, negotiation and completion of a sale of the Debtors' assets and operations pursuant to section 363 of the Bankruptcy Code; identifying the assets and liabilities to be sold and transferred thereby; supporting the negotiation and implementation of various transitional contractual relationships in association therewith; and, subsequent to such sale, monetizing assets, settling claims and proposing, filing and implementing a plan of liquidation.

2.  As provided for within the Retention Motion, the Engagement Letter, and the Retention Order, certain members of the Temporary Staff shall be designated as officers of the Debtors and officers or directors of the Debtors' non-debtor subsidiaries.

3.  The Retention Order requires APS to file monthly staffing reports with the Court with copies to the United States Trustee and all official committees. The staffing report must include the names of the individuals assigned[1] to be members of the Temporary Staff and any updates to the then-current list of officer and director positions held by members of the Temporary Staff. All staffing is subject to review by the Court in the event an objection is filed.

4.  The attached **Exhibit A** includes a list of the members of the Temporary Staff that provided services to the Debtors during this Staffing Period, along with their corresponding

---

[1] Under the terms of the Retention Motion and Engagement Letter, APS may assign additional individuals to be members of the Temporary Staff by updating the list of members of the Temporary Staff set forth in APS' monthly staffing reports; see foot notes within **Exhibit A**. Based on the needs of the Debtors, members of the Temporary Staff may work less than full time on their assignments. Depending on workload, schedules or specific assignments during a monthly billing cycle, some members of the Temporary Staff may not require any billable hours for that period and, therefore, would be omitted from that period's **Exhibit A**.

2

position titles within APS and their APS billing rates.[2]  **Exhibit A** also includes any updates to the list of members of the Temporary Staff that have been designated to officer or director positions, along with their corresponding position titles and their APS billing rates.

Dated: August 7, 2009                  AP SERVICES, LLC

                                          By: **/s/ Albert A. Koch**
                                            Albert A. Koch
                                            Authorized Representative
                                            AP Services, LLC
                                            2000 Town Center, Suite 2400
                                            Southfield, MI 48075

---

[2] Work performed by the Temporary Staff outside of North America will be charged at their local rates converted to U.S. dollars as of the final day of the billing period; the converted rate, however, shall not exceed the maximum of the billing rate range for that particular APS position title specified in the Engagement Letter.  Also, per the Retention Order, the fees associated with certain work in Europe are billed at a flat monthly rate.  See asterisked entries within **Exhibit A**.

3

**Exhibit A**

**AP Services, LLC**
Temporary Staff[3]
Motors Liquidation Company, et al., f/k/a/ General Motors Corp., et al.
Staffing Period: June 1, 2009 through June 30, 2009

| North America | | |
|---|---|---|
| Temporary Staff -- Officer and Director Positions | | |
| Name | Position Title | Hourly Rate |
| Albert A Koch | Chief Restructuring Officer | $835.00 |
| See Note below Re: Subsequent Events | | |
| Temporary Staff | | |
| Name | APS Position Title | Hourly Rate |
| Stephen Taylor* | Managing Director | $835.00 |
| Stefano Aversa | Managing Director | $835.00 |
| John F. Hoffecker | Managing Director | $835.00 |
| Meade Monger | Managing Director | $835.00 |
| Edward J Stenger | Managing Director | $835.00 |
| Michael Weyrich* | Managing Director | $835.00 |
| Vinzenz Schwegmann* | Managing Director | $835.00 |
| Axel Schulte* | Managing Director | $835.00 |
| Manuel Backhaus*† | Managing Director | $835.00 |
| Thomas Sedran* | Managing Director | $835.00 |
| C.V. Ramachandran | Managing Director | $790.00 |
| Bruce Myers | Managing Director | $790.00 |
| Susan Markel† | Managing Director | $790.00 |
| Ivo Naumann* | Managing Director | $769.13 |
| Michael Faraci | Managing Director | $730.00 |
| Thomas A. Morrow | Managing Director | $685.00 |
| Arnd Baur* | Director | $685.00 |
| Jens Haas* | Director | $685.00 |

_____

NOTE REGARDING SUBSEQUENT EVENTS: As the following designations did not take effect during this Staffing Period, they are not listed in the chart above but will be so listed in subsequent monthly staffing reports. Effective as of July 10, 2009, certain members of the Temporary Staff were designated by the Debtor's Board of Directors to serve in accordance with the Debtor's bylaws in the following officer positions: Albert Koch, President and CEO; Ted Stenger, Executive Vice President; Kyle Braden, Vice President, Secretary and Chief Restructuring Officer; James Redwine, Vice President, Christian Cook, Vice President; James Selzer, Vice President and Treasurer. Messrs. Koch, Stenger, Selzer and Braden will fulfill similar officer roles in, and serve as directors of the numerous non-debtor subsidiaries of the Debtors.

| Temporary Staff | | |
| --- | --- | --- |
| Name | APS Position Title | Hourly Rate |
| David Hewish* | Director | $685.00 |
| Martin Cairns* | Director | $685.00 |
| Michael J. Tyroller* | Director | $685.00 |
| Olle Lundqvist* | Director | $685.00 |
| Carsten Koenig* | Director | $685.00 |
| Jens-Ulrich Wiese* | Director | $685.00 |
| Michael O'Connor* | Director | $685.00 |
| Elmar Kades* | Director | $685.00 |
| Fredrik Vernersson*† | Director | $685.00 |
| Cliff W. Campbell | Director | $650.00 |
| Timothy L. Clayson† | Director | $650.00 |
| David Carlson† | Director | $650.00 |
| James M. Redwine† | Director | $650.00 |
| Christian Paul* | Director | $600.65 |
| Kurt J. Beckeman | Director | $595.00 |
| Eric Berlin† | Director | $595.00 |
| Adam Fless† | Director | $595.00 |
| David C. Hairston | Director | $595.00 |
| Randolph Floyd† | Director | $595.00 |
| George Hughes† | Director | $595.00 |
| Barbara Gucfa | Director | $595.00 |
| Tai Li | Director | $595.00 |
| Christopher F. Capers | Director | $595.00 |
| Jason Muskovich | Director | $595.00 |
| John G. Olson | Director | $595.00 |
| Gordon A. Schreur | Director | $595.00 |
| Jamie Lisac | Director | $595.00 |
| Mark R. Wakefield | Director | $595.00 |
| Michelle C Campbell | Director | $595.00 |
| William Ebanks† | Director | $595.00 |
| Ketav Shah | Director | $595.00 |
| Christian B. Cook | Director | $595.00 |
| Steven A. Aschkenase† | Director | $595.00 |
| Marc J. Brown | Director | $595.00 |
| Bruce Conforto | Director | $595.00 |
| Sunil George† | Director | $595.00 |
| Steve Follin† | Director | $595.00 |
| Rick B. Davidson | Director | $595.00 |
| Zeeshan Mirza† | Director | $595.00 |
| Michael Hartley | Director | $595.00 |
| Michael P. Deighan† | Director | $595.00 |

| Temporary Staff | | |
| --- | --- | --- |
| Name | APS Position Title | Hourly Rate |
| Kyle A. Braden | Director | $555.00 |
| Daniel Goldwin | Director | $555.00 |
| Bryan Gaston† | Director | $555.00 |
| James Selzer† | Director | $555.00 |
| Scott R. Hamilton† | Director | $510.00 |
| Susan G. Budd | Director | $510.00 |
| Afshin Azhari | Director | $510.00 |
| Drew Lockard | Director | $510.00 |
| Daniel D. Ritter | Director | $510.00 |
| Scott Haeger | Director | $510.00 |
| Darin Facer† | Director | $510.00 |
| Richard W. Whitlock | Director | $510.00 |
| Thomas Clarke | Director | $510.00 |
| Randy Fike† | Director | $510.00 |
| Jan Kengelbach | Vice President | $500.00 |
| Bill Nowicke† | Vice President | $500.00 |
| Albert Sang† | Vice President | $500.00 |
| Yoni Aidan* | Vice President | $500.00 |
| Jason Taylor† | Vice President | $500.00 |
| Peter Williams* | Vice President | $500.00 |
| Patrick Healy† | Vice President | $500.00 |
| Andrew Csicsila† | Vice President | $500.00 |
| Konstantinos Alexopoulos* | Vice President | $500.00 |
| Andy He† | Vice President | $500.00 |
| Roberto Mastrigli† | Vice President | $500.00 |
| Courtney E. Pozmantier† | Vice President | $500.00 |
| Robert Losier† | Vice President | $500.00 |
| Dhruv Kak*† | Vice President | $479.08 |
| Reese McNeel* | Vice President | $479.08 |
| Aleksandra Bozic | Vice President | $450.00 |
| Evelyn Ni† | Vice President | $450.00 |
| Russell Spieler† | Vice President | $450.00 |
| Erick Berreondo† | Vice President | $450.00 |
| J. Timothy Neis† | Vice President | $450.00 |
| Alexander T. Deligtisch† | Vice President | $450.00 |
| Bradley E. Goldsmith† | Vice President | $450.00 |
| Ricardo Mier† | Vice President | $450.00 |

6

| Temporary Staff | | |
| --- | --- | --- |
| Name | APS Position Title | Hourly Rate |
| James Guo* | Vice President | $402.88 |
| Michelle R. Smith† | Vice President | $395.00 |
| Chad Tolleson† | Vice President | $395.00 |
| Brian Huffman† | Vice President | $395.00 |
| Dennis R DeBassio | Associate | $360.00 |
| Todd J. Anderson | Associate | $360.00 |
| Jan Baumgart*† | Associate | $360.00 |
| Brian Rosenthal† | Associate | $360.00 |
| John Niesen† | Associate | $325.00 |
| Christopher Rubel† | Associate | $295.00 |
| Stuart Browne | Associate | $265.00 |
| Deven Patel† | Associate | $265.00 |
| Patrick N. Clark | Analyst | $260.00 |
| Bobbie J. Phillips | Analyst | $235.00 |
| Dipes Patel† | Analyst | $235.00 |
| Alexandra Griffin | Analyst | $235.00 |
| Torrey Jordan† | Analyst | $235.00 |
| Brittany M. Teal† | Analyst | $235.00 |
| Ben Barr† | Analyst | $235.00 |
| Chris T. Lee† | Analyst | $235.00 |
| Nick Madurkar† | Analyst | $225.00 |
| Anne Hollingsworth† | Paraprofessional | $200.00 |
| Natalie P. Meuche | Paraprofessional | $180.00 |
| Susanna E. Kim | Paraprofessional | $180.00 |

*Work performed by the Temporary Staff outside of North America will be charged at their local rates converted to U.S. dollars as of the final day of the billing period; the converted rate, however, shall not exceed the maximum of the billing rate range for that particular APS position title specified in the Engagement Letter. Also, per the Retention Order, the fees associated with certain work in Europe are billed at a flat monthly rate.

† New assignment to Tempporary Staff

Europe**

| Temporary Staff Employees | | |
| --- | --- | --- |
| Name | Description of Function | Hourly Rate |
| Eugenio Berenga | Managing Director | $507.00 |
| Giacomo Cantu | Director | $387.00 |
| Giuditta Castello | Vice President | $252.00 |

**Per Retention Order the fees associated with this final month of work are a flat rate of $131,250.00

[3]APS may determine, from time to time, to augment its professional staff with independent contractors (each an "***Independent Contractor***") in these Chapter 11 Cases. APS' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by APS to such Independent Contractor. APS did not bill for Independent Contractors during this Staffing Period.

7