Hearing Date and Time: August 18, 2009 at 9:45 a.m. (Eastern Time)
Objection Deadline: August 13, 2009 at 4:00 p.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 Case No. |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | 09-50026 (REG) |
| f/k/a **General Motors Corp.,** *et al.* | |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE RE:**
**CENTERPOINT ASSOCIATES, LLC'S LIMITED OBJECTION**
**TO DEBTORS' MOTION TO ESTABLISH PROCEDURES**
**FOR DISPOSITION OF** *DE MINIMIS* **ASSETS**

     I hereby certify that on August 13, 2009, a copy of Centerpoint Associates, LLC's Limited Objection to Debtors' Motion to Establish Procedures for Disposition of *De Minimis* Assets was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York and to the following parties by first class mail:

Attn: Ted Stenger
Motors Liquidation Company
f/k/a General Motors Corporation
300 Renaissance Center
Detroit, MI 48265

Attn: Lawrence S. Buonomo, Esq.
General Motors Corporation
300 Renaissance Center
Detroit, MI 48265

Attn: John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Attn: Matthew Feldman, Esq.
U.S. Dept of Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

Attn: Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019

Attn: Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Adam C. Rogoff, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Attn:  Dianne G. Adams, Esq.  
Office of the U.S. Trustee  
33 Whitehall Street, 21st Floor  
New York, NY  10004  

Attn:  David S. Jones, Esq.  
      Matthew L. Schwartz, Esq.  
U.S. Attorney's Office, S.D.N.Y.  
86 Chambers Street, Third Floor  
New York, NY  10007  

      /s/ Dianne S. Ruhlandt  
      Dianne S. Ruhlandt  (P60483- MI)  
      Attorneys for Centerpoint Associates, LLC  
      Erman, Teicher, Miller, Zucker & Freedman, P.C.  
      400 Galleria Officentre, Suite 444  
      Southfield, MI  48034  
      (248) 827-4100  
      druhlandt@ermanteicher.com  

DATED:    August 13, 2009

F:\CHAP11\GENERAL MOTORS\centerpoint associates\cert of service re obj de minimis sale mtn.doc