Hearing Date and Time: September 14, 2009 at 10:30 a.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*    :
                                    :
            Debtors.                :    (Jointly Administered)
                                    :
------------------------------------------------------------x

## NOTICE OF HEARING ON LIMITED CONTRACT OBJECTIONS

PLEASE TAKE NOTICE THAT an adjourned hearing (the "**Limited Contract Objection Hearing**") to consider certain continuing objections to the *Order (i) Authorizing the Sale of Assets Pursuant to the Amended and Restated Master Sale and Purchase Agreement (the "Sale") with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser (the "Purchaser"); (ii) Authorizing Assumption and Assignment of Certain Executory Contracts (the "Assumable Executory Contracts") and Unexpired Leases in Connection with the Sale; and (iii) Granting Related Relief* (the "**Sale Order**") [Docket No. 2968], relating to the assumption and assignment of the Assumable Executory Contracts (the "**Limited Contract Objections**") will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **September 14**, **2009 at 10:30 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.  A list of Limited Contract Objections that remain outstanding before the Court is attached hereto as Exhibit A (the "**Pending Objections**").  Absent further notification by the Debtors or the Court, the Limited Contract Objection Hearing will not be an evidentiary hearing.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the Sale Order, the Limited Contract Objection Hearing is limited to (a) the contestation of a particular Cure Amount(s), (b) the determination as to whether a particular Assumable Executory Contract is an executory contract that may be assumed and/or assigned under section 365 of the Bankruptcy

Code, and/or (c) challenges relating to whether, with respect to a particular Assumable Executory Contract, the Debtors have assumed, or are attempting to assume, such contract in its entirety or whether the Debtors are seeking to assume only part of such contract.

PLEASE TAKE FURTHER NOTICE THAT to the extent that a counterparty to an Assumable Executory Contract has not filed its notice of withdrawal with respect to a Pending Objection that has been resolved, the counterparty should do so immediately.

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
 and Debtors in Possession

# EXHIBIT A

| Docket # | Date | Name |
|---:|---|---|
| 3617 | 08/03/09 | 767 Fifth Partners LLC |
| 1441 | 06/15/09 | A Raymond, Inc. |
| 3480 | 07/20/09 | Accu-Chek, Inc. |
| 3135 | 07/13/09 | ACE American Insurance Company |
| 3641 | 08/03/09 | ADT Security Services, Inc. |
| 1270 | 06/15/09 | Affiliated Commputer Systems of Spain SL, et. al |
| 3208 | 07/17/09 | Affiliated Computer Services |
| 984 | 06/15/09 | Allison Transmission, Inc., f/k/a Clutch Operating Company, Inc. |
| 2452 | 06/24/09 | AM General LLC, formerly AM General Corporation, and General Engine Products LLC |
| 3250 | 07/20/09 | American Express Travel Related Services Company, Inc. |
| 700 | 06/12/09 | Applied Manufacturing Technologies |
| 3073 | 07/09/09 | ARRK Canada, Inc., f/k/a Aar-Kel Moulds, Ltd. |
| 804 | 06/12/09 | Aspen Marketing Services, Inc. |
| 1134 | 06/15/09 | ATC Drivetrain, Inc. |
| 2450 | 06/24/09 | Atlas Industrial Contractors, Inc. |
| 2469 | 06/24/09 | Atmos Energy Marketing, LLC and Atmos Energy Corporation |
| 777 | 06/12/09 | ATS Automation Tooling Systems, Inc. |
| 709 | 06/12/09 | ATS Ohio, Inc. |
| 2525 | 06/25/09 | Averitt Express Inc. |
| 1735 | 06/17/09 | AVL Americas, Inc. formerly known as AVL Michigan Holding Corp. |
| 856 | 06/12/09 | AVL Instrumentation & Test Systems, Inc. fka AVL N.A., Inc. |
| 1738 | 06/17/09 | AVL Powertrain Engineering, Inc. |
| 3027 | 07/07/09 | Belo Corp. |
| 3246 | 07/20/09 | BMW Hybrid Technology Corp. |
| 1701 | 06/17/09 | BNSF Railway Company |
| 676 | 06/11/09 | BP Lubricants USA, Inc. |
| 679 | 06/11/09 | BP Products North America Inc. and BP Corporation North America Inc. |
| 936 | 06/12/09 | Brandenburg Industrial Service Co. |
| 1838 | 06/12/09 | Brencal Contractors, Inc. |
| 2436 | 06/24/09 | CalsonicKansei North America, Inc. |
| 1561 | 06/16/09 | Castrol Industrial North America and Castrol North America Automotive |
| 980 | 06/12/09 | CenterPoint Energy Gas Transmission Company and CenterPoint Energy Arkla |
| 900 | 06/12/09 | CenterPoint Energy Services, Inc. |
| 698 | 06/12/09 | CEVA |
| 1141 | 06/12/09 | Cisco Systems Capital Corporation |
| 704 | 06/12/09 | Citation Corporation |
| 2190 | 06/22/09 | Cobasys LLC |
| 764 | 06/12/09 | Columbia Gas of Ohio, Inc. and Columbia Gas of Virginia, Inc. |
| 922 | 06/12/09 | Columbia State Community College |
| 3555 | 07/30/09 | conTeyor Multibag Systems, NV |
| 1024 | 06/15/09 | Delta Township Utilities II, LLC |
| 1013 | 06/15/09 | Delta Township Utilities, LLC |
| 1132 | 06/15/09 | Discovery Communications, LLC |
| 1268 | 06/15/09 | Dominion Retail, Inc. |
| 692 | 06/11/09 | dSpace, Inc. and dSpace GmbH |
| 3218 | 07/17/09 | DTE Defiance, LLC |
| 1231 | 06/15/09 | DTE Lordstown, LLC |
| 1225 | 06/15/09 | DTE Tonawanda, LLC |
| 910 | 06/12/09 | Duerr AG |
| 3237 | 07/20/09 | Dunn & Bradstreet, Inc. |
| 935 | 06/12/09 | EMC Corporation |
| 904 | 06/15/09 | Emigrant Business Credit Group corp. (Sun Microsystems) |
| 1083 | 06/15/09 | Enprotech Mechanical Services, Inc. |
| 1670 | 06/17/09 | Enshu Ltd and Enshu Corporation |

| | | |
|---:|---|---|
| 2470 | 06/24/09 | Entrega Systems Group, Inc. |
| 2094 | 06/19/09 | Exel Inc. ("Exel"), Exel Transportation Services, Inc. ("Exel Transportation") and Air Express Inter |
| 2741 | 06/29/09 | Exponent, Inc. |
| 806 | 06/12/09 | Fabtronic, Inc. |
| 3038 | 07/07/09 | Ferguson Enterprises, Inc., d/b/a Ferguson Full Service Supply |
| 1871 | 06/19/09 | Ferndale Electric Company, Inc. |
| 2509 | 06/24/09 | Ferrous Processing and Trading Company |
| 2944 | 07/02/09 | Findlay Industries, Inc. |
| 1079 | 06/12/09 | Flextronics International Ltd., et al. |
| 2335 | 06/23/09 | Ford, Comverca, and ACH |
| 1297 | 06/15/09 | FTM Service Corp. |
| 1412 | 06/15/09 | Gates Corporation |
| 1143 | 06/15/09 | GE Capital Corporation |
| 1165 | 06/15/09 | Gensler Architecture, Design & Planning, PC |
| 2431 | 06/24/09 | GETRAG Getriebe-Und Zahnradfabrik Hermann Hagenmeyer GmbH & Cie KG, GETRAG SpA and GETRAG |
| 1437 | 06/15/09 | Getrag Transmission Corporation |
| 920 | 06/15/09 | Grupo Industrial Bocar SA de CV dba Fugra, SA de CV |
| 1962 | 06/19/09 | Harry Major Machine & Tool Company |
| 1115 | 06/15/09 | Hewlett-Packard Financial Services Company and certain HPFS affiliates |
| 1156 | 06/15/09 | Hitachi Automotive Products (USA) |
| 1087 | 06/15/09 | Honeywell International Inc. |
| 1047 | 06/15/09 | ICM Systems, LLC and Ingersoll Prodction |
| 2987 | 07/06/09 | IEE Sensing, Inc. |
| 2240 | 06/15/09 | Industrial Transport Inc. |
| 2156 | 06/22/09 | Infineon Technologies North America Corp. |
| 1300 | 06/15/09 | Intra Corporation |
| DDN0006 | 06/24/09 | Jay Industries Incorporated |
| 1454 | 06/15/09 | Jernberg Industries, Inc. |
| 3518 | 07/29/09 | Johann Hay GmbH & Co. KG |
| 767 | 06/12/09 | John E. Green Company |
| 2903 | 07/01/09 | Karmann U.S.A., Inc. |
| 898 | 06/15/09 | Keifer GmbH (MP Beteiligungs) |
| 2324 | 06/23/09 | Kelly Services, Inc. |
| 964 | 06/13/09 | Knight Facilities Management, Inc. and Caravan/Knight Facilities Management, LLC |
| 3030 | 07/07/09 | Knowledge Learning Corporation |
| 1439 | 06/15/09 | Kolbenschmidt-Pierburg AG |
| 742 | 06/12/09 | KONE, Inc. |
| 2153 | 06/12/09 | Laclede Gas Company |
| 1432 | 06/15/09 | LBA Realty Fund III-Company IX, LLC |
| 3118 | 07/10/09 | LC Luxcontrol asbl |
| 1098 | 06/15/09 | LMC Phase II, LLC and PSEG Resources LLC |
| 956 | 06/12/09 | LMC Resources Capital Limited Partnership |
| 1348 | 06/15/09 | Macquarie Equipment Finance, LLC |
| 731 | 06/12/09 | Magneti Marelli Powertrain USA, LLC, Magnetti Marelli North America, Automotive Lightning LLC, et. a |
| 2471 | 06/24/09 | Marcom Inc. |
| 1832 | 06/12/09 | MCM Management Corp., Inc. |
| 1814 | 06/18/09 | Morgan Adhesives Company Inc. d/b/a MACtac and Bemis Company Inc. |
| 1973 | 06/19/09 | Morse Operations, Inc. |
| 2095 | 06/19/09 | MSC Mediterranean Shipping Company S.A. |
| 3541 | 07/30/09 | National Digital Television Center, Inc. t/a Comcast Media Center and Comcast Cable Communications, |
| 866 | 06/12/09 | National Fuel Gas Distribution Corporation |
| 1827 | 06/18/09 | National Fuel Resources, Inc. |
| 1138 | 06/15/09 | Newkirk Electric & Associates |
| 1139 | 06/15/09 | North American Acquisition Corporation d/b/a AMTEC Percision Products |
| 1233 | 06/15/09 | Oracle USA, Inc., successor in interest to Oracle Corporation and to Siebel Systems, Inc. |

| | | |
|---:|---|---|
| 929 | 06/12/09 | Oxbow Carbon & Minerals, LLC |
| 1179 | 06/15/09 | Panasonic Automotive Systems Company f/k/a Matsushita Electric Corporation of America |
| 3491 | 07/21/09 | Park National Bank, Pacific Rim Capital, PRC HF, Technology Investment Partners, or Sun Microsystems |
| 875 | 06/12/09 | Plasan USA, Inc. and Plasan USA, Ltd. |
| 1001 | 06/15/09 | Praxair, Inc. and Praxair Distribution, Inc. |
| 521 | 06/09/09 | Production Modeling Corporation |
| 870 | 06/12/09 | Production Services Management, Inc. |
| 1316 | 06/15/09 | PTI Quality Containment solutions, LLC |
| 944 | 06/12/09 | Reliable Carriers, Inc. |
| 831 | 06/12/09 | Remy International, Inc., Remy Inc., and Remy Power Products, LLC |
| 1462 | 06/15/09 | RK Chevrolet/RK Auto Group |
| 1826 | 06/18/09 | Sankyo Oilless Industry (USA) Corp. |
| 2333 | 06/23/09 | SAP America, Inc. |
| 810 | 06/12/09 | Schenck Rotec Corporation |
| 1404 | 06/15/09 | Shambaugh & Son, L.P. |
| 2574 | 06/25/09 | Shepardson Stern & Kaminsky, LLC |
| 1051 | 06/15/09 | Shreveport Red River Utilities, LLC |
| 2640 | 06/26/09 | Siemens Building Technologies, Inc. |
| 3643 | 08/03/09 | SimplexGrinnell LP |
| 1982 | 06/19/09 | Simpson Automotive Group, Inc. |
| 965 | 06/12/09 | SKF USA, Inc. |
| 1301 | 06/15/09 | Spartan Light Metal Products, Inc. |
| 757 | 06/12/09 | SPS Technologies, LLC, SPS Technologies Waterford Company, NSS Technologies, Inc., and AVK Division |
| 901 | 06/12/09 | SPX Corporation |
| 905 | 06/12/09 | SPX Filtran |
| 1044 | 06/15/09 | Suez/VWNA/DEGS of Lansing, LLC |
| 1107 | 06/12/09 | Sun Microsystems, Inc. and Sun Microsystems Global Financial Services, LLC |
| 3025 | 07/07/09 | Suzuki Motor Corporation |
| 699 | 06/12/09 | Swagelok Company |
| 3372 | 07/23/09 | Synovate, Inc. and PT Synovate |
| 1960 | 06/19/09 | Technology Investment Partners, LLC |
| 2070 | 06/19/09 | The Bank of New York Mellon |
| 1185 | 06/15/09 | The Detroit Edison Company and Michigan Consolidated Gas Company |
| 874 | 06/12/09 | The Lansing Board of Water & Light |
| 710 | 06/12/09 | The Regents of University of Michigan |
| 1027 | 06/15/09 | The Reynolds and Reynolds Company |
| 1302 | 06/15/09 | The Royal Bank of Scotland plc, ABN AMRO Bank N.V. and RBS Citizens N.A. |
| 2045 | 06/19/09 | Toyota Motor Corporation |
| 2516 | 06/25/09 | Toyota Motor Sales USA and TRD U.S.A. Inc. |
| 1014 | 06/15/09 | Union Pacific Railroad Company |
| 1062 | 06/15/09 | Union Pacific Railroad Company |
| 2007 | 06/19/09 | United Parcel Service, Inc. |
| 789 | 06/12/09 | USF Holland, Inc. |
| 2936 | 07/02/09 | Winkelmann Sp. z.o.o |
| 3210 | 07/17/09 | XM Satellite Radio Holdings Inc. and XM Satellite Radio Inc. |
| 1056 | 06/12/09 | Yahoo! Inc. |
| 781 | 06/12/09 | YRC Logistics Services, Inc. |
| 793 | 06/12/09 | YRC Worldwide, Inc. |
| 785 | 06/12/09 | YRC, Inc., formerly known as Roadway Express, Inc. |