AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
Barbara Lee Caldwell (SBN #003246)
Email: blc@ashrlaw.com

Attorneys for Maricopa County

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | |
|---|---|
| MOTORS LIQUIDATION COMPANY, et al. *fka* GENERAL MOTORS CORPORATION, Debtors. | Case No. 1:09-bk-50026-REG<br>Chapter 11<br>(Jointly Administered) |

**NOTICE OF PERFECTED LIENS AND LIMITED OBJECTION TO THE MOTION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363(A) ESTABLISHING PROCEDURES FOR THE DISPOSITION OF *DE MINIMIS* ASSETS, AND (B) AUTHORIZING THE DEBTORS TO (i) PAY RELATED FEES, AND (ii) ASSUME, ASSUME AND ASSIGN, OR REJECT RELATED EXECUTORY CONTRACTS OR UNEXPIRED LEASES**

Maricopa County, by and through its undersigned counsel, hereby provides notice that it claims perfected statutory liens in accordance with A.R.S. § 42-17153 (2008) and of its Limited Objection to the Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363(A) Establishing Procedures for the Disposition of *De Minimis* Assets, and (B) Authorizing the Debtors to (i) Pay Related Fees, and (ii) Assume, Assume and Assign, or Reject Related Executory Contracts or Unexpired Leases [Docket No. 3478].

**Real Property Parcels**

Maricopa County filed with the Court a Proof of Claim, Claim #55, dated August 6, 2009 in an unliquidated amount for unpaid pre-petition real property taxes for the

1  2009 tax year, plus the accrual of interest at the statutory rate of 16% per annum.  *See*,

2  11 U.S.C. § 511 and A.R.S. § 42-18053.

3      The real property located in Maricopa County, identified by the real property

4  parcel numbers listed below, are encumbered with fully perfected tax liens in amounts

5  to be determined this August, plus interest to accrue if not timely paid.  The tax liens

6  attached on January 1, 2009.  *See*, A.R.S. § 42-17153.  The liens represent the 2009

7  tax liabilities on the real estate.

8  **Parcels:**

| | | |
|---|---|---|
| 304-32-001A | 304-33-005B | 304-33-006D |
| 304-33-012D | 304-33-014D | 304-33-008E |
| 304-33-008F | 304-34-010E | 304-33-011A |
| 304-32-008D | 304-34-010D | 304-35-030C |
| 304-34-003T | 304-34-003S | 304-34-003U |
| 304-34-003U | 304-34-005C | 304-34-014A |
| 304-35-001D | 304-35-003G | |

16  **<u>Personal Property Parcels</u>**

17      Maricopa County filed with the Court a Proof of Claim, Claim #55, dated August

18  6, 2009 in the amount of $524.23 for unpaid pre-petition personal property taxes

19  representing the 1988, 2008 and 2009 tax years, plus the accrual of interest at the

20  statutory rate of 16% per annum, if not timely paid.  *See*, 11 U.S.C. § 511 and A.R.S. §

21  42-18053.  The 2009 tax liens attached on January 1, 2009 and the amounts due will be

22  known around September 1, 2009.

23      The personal property located in Maricopa County, identified by the personal

24  property parcel numbers listed below, are encumbered with fully perfected tax liens in

amounts to be determined this August, plus interest to accrue if not timely paid. The liens represent the 2009 tax liabilities on the personal property.

| Parcels: | Situs Address: |
|---|---|
| 949-56-971 | 13303 S. Ellsworth Rd., Mesa, AZ 85208 |
| 949-55-697 | 421 W. Alameda Dr., Tempe, AZ 85281 |
| 903-17-855 | 9630 N. 25th Ave., Ste. 214, Phoenix, AZ 85021 |
| 915-68-241 | 6000 W. Olive Ave., Glendale, AZ 85302 |
| 919-50-329 | 6000 W. Olive Ave., Glendale, AZ 85302 |
| 940-01-688 | 13303 S. Ellsworth Rd., Mesa, AZ 85208 |
| 946-28-764 | 11201 N. Tatum Blvd., Ste. 215, Phoenix, AZ 85028 |
| 946-93-726 | |
| 947-43-873 | |
| 990-60-734 | |

The personal property located at 38215 N. 24th Ave., Phoenix, AZ 85086, located in Maricopa County, identified by parcel number 947-28-302, is encumbered with a fully perfected tax lien in the amount of $2.22, plus interest from the Petition Date accruing at the statutory of 16% per annum. The lien represents the 2008 and 2009 tax liabilities on the personal property. The amount due for 2009 will be known around September 1, 2009.

The personal property located at 9630 N. 25th Ave., Ste. 214, Phoenix, AZ 85021, located in Maricopa County, identified by parcel number 913-87-166, is encumbered with a fully perfected tax lien in the amount of $525.32, plus interest from the Petition Date accruing at the statutory of 16% per annum. The lien represents the 1988 tax liability on the personal property.

**LIEN ANALYSIS**

Arizona law grants Maricopa County a valid lien that is "prior and superior to all other liens and encumbrances on the property." A.R.S. § 42-17153 (2008).

Arizona law further provides that "It is unlawful for the owner,…to knowingly sell or transfer personal property or remove it from its location until the taxes on the property are paid." See, A.R.S. § 42-19107(A) (2008).

Maricopa County objects to the sale of the property if the tax liabilities associated with such property are not fully paid at closing from the proceeds of the sale in accordance with A.R.S. § 42-17153 (2008). The county is entitled to have its tax liens on the property paid "from the sale of which the funds***were derived and, to the extent necessary to discharge the debt secured by the lien, the proceeds of the sale of the property were withdrawn from or taken out of the assets of the estate." *Brans v. City of Dallas, Texas*, 217 F.2d 640 (5th Cir.1954). In *Ingram v. Coos County, Or.*, the Court held that "It follows therefore that appellee's claim for taxes out of the proceeds of the bankrupt's property sold to satisfy the tax lien, is entitled to priority over all other claims 'except the payment of the actual and necessary costs of the sale of the personal property upon which said taxes were assessed'." *Ingram v. Coos County, Or.*, 71 F.2d 889 (9th Cir. 1934).

Accordingly, Maricopa County contends that before any transfer of Debtors' real and/or personal property located in Maricopa County, all taxes associated with each of the above parcels of personal property must be paid in full from the proceeds of the sales.

DATED this 12 day of August, 2009.

Aiken Schenk Hawkins & Ricciardi P.C.

BY: /s/ Barbara Lee Caldwell

BARBARA LEE CALDWELL
Attorney for Maricopa County

Copies of the foregoing **MAILED** or **ELECTRONICALLY** mailed this 13 day of August 2009 to:

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: harvey.miller@weil.com
Email: Stephen.karotkin@weil.com
Email: Joseph.Smolinsky@weil.com
Attorneys for Debtors

Motors Liquidation Company
(f/k/a General Motors Corporation)
Attn: Ted Stenger
300 Renaissance Center
Detroit, MI 48265

General Motors Company
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI 48265

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281
Attorneys for the U.S. Dept. of the Treasury

U.S. Dept. of the Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Ave., Room 2312
Washington, D.C. 20220

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
    Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019
Attorneys for Export Development Canada

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein, Esq.
    Thomas Moers Mayer, Esq.
    Adam C. Rogoff, Esq.
    Gordon Z. Novod, Esq.
1177 Avenue of the Americas
New York, NY 10036

Email: gnovod@kramerlevin.com
Attorneys for the Statutory Committee of Unsecured Creditors

Office of the United States Trustee
Southern District of New York
Attn:  Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004

U.S. Attorney's Office, S.D.N.Y.
Attn:  David S. Jones, Esq.
       Matthew L. Schwartz, Esq.
86 Chambers St., Third Floor
New York, NY  10007

By: _____