UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | |
| f/k/a General Motors Corp., *et al.* | : | **09-50026 (REG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss:
COUNTY OF SUFFOLK    )

I, Barbara Kelley Keane, being duly sworn, deposes and states:

   1.   I am an Assistant Director employed by The Garden City Group, Inc., the claims and noticing agent for the Debtors and Debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, NY 11747.

   2.   On August 10, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served a true and correct copy of the following document:

- **Motors Liquidation Company** *et al.***'s (f/k/a General Motors Corporation** *et al.***) Statement of Issues Presented on Appeal and Counterdesignation of Additional Items to be Included in the Record on Appeal in Connection With the Appeal of Oliver Addison Parker** [Docket No. 3736]

by electronic mail on the parties identified on Exhibit A attached hereto (notice of appeal parties and parties affected by the notices of appeal with email addresses and Unsecured Creditors Committee Counsel), by facsimile on the parties identified on Exhibit B attached hereto (notice of appeal parties and parties affected by the notices of appeal without email addresses with facsimile numbers and US Trustee), and by overnight delivery on the parties identified in Exhibit C attached hereto (notice of appeal parties and parties affected by the notices of appeal without email addresses or facsimile numbers).

Sworn to before me this                                          /s/  Barbara Kelley Keane
13th  day of August, 2009

/s/  Eamon Mason
Notary Public
No 01MA6187254
Commission Expires May 19, 2012

# Exhibit A

AMERICAN AXLE & MFG HOLDINGS INC  
ATTN: MR. RICHARD G. RAYMOND, GENERAL COUNSEL  
ONE DAUCH DRIVE  
DETROIT, MI 48211 - 1198  
Richard.raymond@AAM.COM

BINGHAM MCCUTCHEN LLP  
ATTY FOR DEUTSCHE BANK AG  
ATT ROBERT M DOMBROFF & JEFFREY S SABIN, ESQ.  
399 PARK AVENUE  
NEW YORK, NY 10022 - 4689  
robert.dombroff@bingham.com; jeffrey.sabin@bingham.com

BLANK ROME LLP  
ATT: MARC E. RICHARDS, ESQ.  
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA  
THE CHRYSLER BUILDING  
405 LEXINGTON AVENUE  
NEW YORK, NY 10174  
mrichards@blankrome.com

BODMAN LLP  
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES  
ATTN: MARC M. BAKST, ESQ.  
6TH FLOOR AT FORD FIELD  
1901 ST. ANTOINE STREET  
DETROIT, MI 48226  
mbakst@bodmanllp.com

CADWALADER, WICKERSHAM & TAFT LLP  
ATTY FOR UNITED STATES OF AMERICA  
ATT: JOHN J. RAPISARDI, ESQ.  
ONE WORLD FINANCIAL CENTER  
NEW YORK, NY 10281  
john.rapisardi@cwt.com

CAPLIN & DRYSDALE, CHARTERED  
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;  
MARK BUTTITA  
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS  
1 THOMAS CIRCLE  
WASHINGTON, DC 20005  
pvnl@capdale.com, rer@capdale.com, tws@capdale.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
ATTY FOR UAW  
ATT: JAMES L. BROMLEY, ESQ.  
ONE LIBERTY PLAZA  
NEW YORK, NY 10006  
jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.  
ATT: SEAN A. O'NEAL, ESQ.  
ONE LIBERTY PLAZA  
NEW YORK, NY 10006  
soneal@cgsh.com

COHEN, WEISS AND SIMON LLP  
ATTY FOR INTERNATIONAL UNION, UAW  
ATT: BABETTE A. CECCOTTI, ESQ.  
330 WEST 42ND STREET  
NEW YORK, NY 10036  
bceccotti@cwsny.com

DELPHI CORP  
ATTN: MR. RODNEY O'NEAL CHIEF EXECUTIVE OFFICER  
5725 DELPHI DRIVE  
TROY, MI 48098  
RODNEY.O.NEAL@DELPHI.COM

DENSO CORP  
ATTN:  STEVEN M ZAROWNY  
24777 DENSO DRIVE  
SOUTHFIELD, MI 48086 - 5047  
HARUYA.MARUYAMA@DENSO-DIAM.COM

DICKINSON WRIGHT PLLC  
ATTY FOR JOHNSON CONTROLS, INC.  
ATT: COLLEEN M. SWEENEY, ESQ.  
424 CHURCH STREET, SUITE 1401  
NASHVILLE, TN 37219  
csweeney@dickinsonwright.com

DICKINSON WRIGHT PLLC  
ATTY FOR MAGNA INTERNATIONAL, INC.  
ATT: COLLEEN M. SWEENEY, ESQ,  
424 CHURCH STREET, SUITE 1401  
NASHVILLE, TN 37219  
csweeney@dickinsonwright.com

DICKINSON WRIGHT PLLC  
ATTY FOR JOHNSON CONTROLS, INC.  
ATT: DAWN R. COPLEY, ESQ.  
500 WOODWARD AVENUE, SUITE 4000  
DETROIT, MI 48226  
dcopley@dickinsonwright.com

DICKINSON WRIGHT PLLC  
ATTY FOR MAGNA INTERNATIONAL INC.  
ATT: DAWN R. COPLEY, ESQ.  
500 WOODWARD AVENUE, SUITE 4000  
DETROIT, MI 48226  
dcopley@dickinsonwright.com

DICKINSON WRIGHT PLLC  
ATTY FOR JOHNSON CONTROLS, INC.  
ATT: DORON YITZCHAKI, ESQ.  
301 E. LIBERTY, SUITE 500  
ANN ARBOR, MI 48104  
dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC  
ATTY FOR MAGNA INTERNATIONAL, INC.  
ATT: DORON YITZCHAKI, ESQ.  
301 E. LIBERTY, SUITE 500  
ANN ARBOR, MI 48104  
dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC  
ATTY FOR JOHNSON CONTROLS, INC.  
ATT: JAMES A. PLEMMONS, ESQ.  
500 WOODWARD AVENUE, SUITE 4000  
DETROIT, MI 48226  
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC  
ATTY FOR MAGNA INTERNATIONAL, INC.  
ATT: JAMES A. PLEMMONS, ESQ.  
500 WOODWARD AVENUE, SUITE 4000  
DETROIT, MI 48226  
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC  
ATTY FOR JOHNSON CONTROLS, INC.  
ATT: KERRY MASTERS EWALD, ESQ.  
424 CHURCH STREET, SUITE 1401  
NASHVILLE, TN 37219  
kewald@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR MAGNA INTERNATIONAL
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
kewald@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: MICHAEL C. HAMMER, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
mchammer3@dickinsonwright.com

DICKINSON WRIGHT, PLLC
ATTY FOR MAGNA INTERNATIONAL INC.
ATT: MICHAEL C. HAMMER, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
mchammer3@dickinsonwright.com

DLA PIPER LLP
ATTY FOR HEWLETT PACKARD CO
ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS
550 S. HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071
karol.denniston@dlapiper.com; jennifer.nassiri@dlapiper.com

EMMET, MARVIN & MARTIN, LLP
ATTORNEY FOR THE BANK OF NEW YORK MELLON
ATTENTION: EDWARD P. ZUJKOWSKI
120 BROADWAY
NEW YORK, NY 10271
ezujkowski@emmetmarvin.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166 - 0193
dfeldman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166 - 0193
mjwilliams@gibsondunn.com

HEWLETT PACKARD CO
MIKE NEFKENS, VP
500 RENAISSANCE CENTER
MC:20A
DETROIT, MI 48243
MIKE.NEFKENS@EDS.COM

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: JOSEPH R. SGROI, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
jsgroi@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: ROBERT B. WEISS, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
rweiss@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
tsherick@honigman.com

INTERPUBLIC GROUP OF COMPANIES INC
MR. MICHAEL ROTH, CEO
ATTN:  NICHOLAS J CAMERA
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
MROTH@INTERPUBLIC.COM

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
330 NORTH WABASH AVENUE
CHICAGO, IL 60611 - 7603
dmurray@jenner.com

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022 - 3908
ptrostle@jenner.com

JOHNSON CONTROLS INC
ATTN: MR. STEPHEN A. ROELL, CHAIRMAN
5757 N. GREEN BAY AVENUE
GLENDALE, WI 53209
STEVE.ROELL@JCI.COM

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
lmagarik@kjmlabor.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
sjennik@kjmlabor.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
tmurray@kjmlabor.com

KIMM LAW FIRM
ATT: MICHAEL S. KIMM
ATTORNEY FOR ROLLOVER CASE PLAINTIFFS
41W BANCKER STREET
ENGLEWOOD, NJ 07631
kimmlaw@msn.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, KENNETH H. ECKSTEIN & GORDON Z. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
gnovod@kramerlevin.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com,
arogoff@kramerlevin.com, rschmidt@kramerlevin.com, acaton@kramerlevin.com,
gplotko@kramerlevin.com, lmacksoud@kramerlevin.com, jsharret@kramerlevin.com

LEAR CORP
MR. ROBERT ROSSITER
21557 TELEGRAPH ROAD
SOUTHFIELD, MI 48033
BROSSITER@LEAR.COM

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011
shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com

OLIVER A PARKER
283 CODRINGTON DR
LAUD BY-THE-SEA, FL 33308 - 5922
splitapart@prodigy.net

PATTON BOGGS LLP
ATTY FOR UNOFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS
ATTN: MICHAEL RICHMAN, MARK SALZBERG MELISSA IACHAN
1185 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY 10036
mrichman@pattonboggs.com; msalzberg@pattonboggs.com; miachan@pattonboggs.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019 - 6064
akornberg@paulweiss.com; jkoevary@paulweiss.com

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
DBernstein@plunkettcooney.com; MFleming@plunkettcooney.com

PUBLICIS GROUPE SA
MR. MAURICE LEVY CEO
133 AVENUE DES CHAMPS ELYSEES
PARIS 75008 FRANCE
MAURICE.LEVY@PUBLICISGROUPE.COM

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT 06513
rrm_narumanchi@hotmail.com

RENCO GROUP INC, THE
MR. LON OFFENBACHER, PRESIDENT & CEO
1401 CROOKS ROAD
TROY, MI 48084
LOFFENBACHER@INTEVAPRODUCTS.COM

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC., DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
ARosen@SilvermanAcampora.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTN: RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606 - 1720
jack.butler@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.
FOUR TIMES SQUARE
NEW YORK, NY 10036
kayalyn.marafioti@skadden.com; gregory.fox@skadden.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114 - 1304
cmeyer@ssd.com

STARCOM MEDIAVEST GROUP INC
LAURA DESMOND, CEO
35 W. WACKER DRIVE
CHICAGO, IL 60601
LAURA.DESMOND@SMVGROUP.COM

THE COLEMAN LAW FIRM
ATT: ELIZABETH RICHERT, STEVE JAKUBOWSKI
ATTY FOR CALLIN CAMPBELL, KEVIN JUNSO, JOSEPH BERLINGIERI, ET AL
77 WEST WACKER DR., SUITE 4800
CHICAGO, IL 60601
sjakubowski@colemanlawfirm.com

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO 63101
rbrownlee@thompsoncoburn.com

TRW AUTOMOTIVE HOLDINGS CORP
ATTN: MR. JOHN PLANT PRESIDENT & CEO
12001 TECH CENTER DR
LIVONIA, MI 48150
JOHN.PLANT@TRW.COM

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: MATTHEW L SCHWARTZ AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; matthew.schwartz@usdoj.gov; joseph.cordaro@usdoj.gov

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN, ERIN ZAVALKOFF-BABEJ
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
MJEdelman@vedderprice.com; MSchein@vedderprice.com; Ezavalkoff-babej@vedderprice.com

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
gtoering@wnj.com

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
HARVEY.MILLER@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
JOSEPH.SMOLINSKY@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
STEPHEN.KAROTKIN@WEIL.COM

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606 - 1229
Dockterman@wildman.com; Young@wildman.com; Friedman@wildman.com

WILMINGTON TRUST
MR. GEOFFREY J. LEWIS
RODNEY SQ N
1100 N. MARKET STREET
WILMINGTON, DE 19890 - 0001
glewis@wilmingtontrust.com

# Exhibit B

BANK OF NEW YORK MELLON
MR. GREG KINDER
ONE WALL STREET
NEW YORK, NY 10286
Fax: 212-815-5595

BANK OF NEW YORK MELLON
ATTN: GREGORY KINDER
GLOBAL CORPORATE TRUST
101 BARCLAY, 7W
NEW YORK, NY 10286
Fax: 212-815-5595

DEUTSCHE BANK AG
ATTN: STUART HARDING
1 GREAT WINCHESTER ST
LONDON EC2N 2DB ENGLAND
Fax: 011-44-2075476149

ENTERPRISE RENT A CAR
ATTN: MR. GEORGE STUBBLEFILED, PRESIDENT
600 CORPORATE PARK DRIVE
ST. LOUIS, MO 63105
Fax: 314-512-4230

INTERNATIONAL UNION, UAW
MR. RON GETTLEFINGER, PRESIDENT
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
Fax: 313-331-4957

MAGNA INTERNATIONAL INC
ATTN: MR. DON WALKER, CEO
337 MAGNA DRIVE
AURORA, ON L4G 7K1 CANADA
Fax: 905-726-2593

OFFICE OF THE UNITED STATES TRUSTEE
DIANA G ADAMS
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004
Fax: 212-668-2255

# Exhibit C

| | |
|---|---|
| ALBERT L. BURDICK<br>4232 COUNTY ROAD 18<br>CANANDAIGUA, NY 14424 | ENTERPRISE RENT A CAR<br>6929 N LAKEWOOD AVE SUITE 100<br>TULSA, OK 74117 |
| HEWLETT PACKARD CO<br>3000 HANOVER ST<br>PALO ALTO, CA 94304 | INTERNATIONAL UNION OF ELECTRIC, SALARY, MACHINE AND FURNITURE WORKERS<br>JIM CLARK/ PETER MITCHELL<br>2701 DRYDEN ROAD<br>DAYTON, OH 45439 |
| INTERNATIONAL UNION OF ELECTRIC, SALARY, MACHINE AND FURNITURE WORKERS<br>3461 OFFICE PARK DR<br>KETTERING, OH 45439 | MARTIZ INC<br>ATTN: MR.STEVE MARTIZ, CEO<br>1375 NORTH HIGHWAY DRIVE<br>FENTON, MO 63099 |
| RENCO GROUP INC, THE<br>1 ROCKEFELLER PLAZA, 29TH FLOOR<br>NEW YORK, NY 10020 | ROBERT BOSCH<br>38000 HILLS TECH DRIVE<br>FARMINGTON HILLS, MI 48331 |