**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                               :
                                                    :      **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.*,           :
    f/k/a General Motors Corp., *et al.*    :      **09-50026 (REG)**
                                                    :
    Debtors.                          :      **(Jointly Administered)**
                                                    :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                           ) ss:
COUNTY OF SUFFOLK  )

I, Barbara Kelley Keane being duly sworn, deposes and states:

    1.    I am an Assistant Director employed by The Garden City Group, Inc., the claims and noticing agent for the Debtors and Debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, NY 11747.

    2.    On August 11, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served a true and correct copy of the following document:

- **Second Supplemental Declaration of William C. Repko in Support of the Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors** *Nunc Pro Tunc* **to the Petition Date** [Docket No. 3756]

by electronic mail on the parties identified on **Exhibit A** attached hereto (counsel for the Unsecured Creditors Committee, counsel for the Ad Hoc Committee of Consumer Victims and counsel for the Ad Hoc Committee of Asbestos Personal Injury Claimants) and by overnight delivery on the Office of the United States Trustee, Attn: Diana G. Adams, 33 Whitehall Street, 21st Floor, New York, NY 10004.

    3.    On August 11, 2009, also at the direction of Weil, Gotshal & Manges LLP, I caused to be served a true and correct copy of the following document:

- **Fourth Omnibus Order Pursuant to 11 U.S.C. § 365 of the Bankruptcy Code to Reject Certain Executory Contracts** [Docket No. 3757]

by first class mail on the parties identified on **Exhibit B** attached hereto (contract counterparties identified in the motion).

                                                                       /s/  Barbara Kelley Keane

Sworn to before me this
13th day of August, 2009

/s/  Eamon Mason
Notary Public
No 01MA6187254
Commission Expires May 19, 2012

# Exhibit A

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: T MOERS MAYER, KENNETH H. ECKSTEIN & GORDON Z. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036
gnovod@kramerlevin.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com,
arogoff@kramerlevin.com, rschmidt@kramerlevin.com, acaton@kramerlevin.com,
gplotko@kramerlevin.com, lmacksoud@kramerlevin.com, jsharret@kramerlevin.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK, NY  10005-1101
bdeutsch@schnader.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BARRY E. BRESSLER, ESQ.
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA  19103-7286
bbressler@schnader.com; aadams@schnader.com; tlewis@schnader.com;
rbarkasy@schnader.com; mbarrie@schnader.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.
ATT: SANDER  ESSERMAN, PETER  D'APICE, JO HARTWICK, JACOB NEWTON
2323 BRYAN STREET, SUITE 220
DALLAS, TX  75201
esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com; newton@sbep-law.com

# Exhibit B

| | |
|---|---|
| COMCAST CORP<br>STEVE BURKE<br>1500 MARKET STREET<br>PHILADELPHIA, PA 19102 | EDSCHA NORTH AMERICA INC<br>ATTN: MARK DENNY, VICE PRESIDENT US OPERATIONS<br>2800 CENTER POINT PARKWAY<br>PONTIAC, MI 48314 |
| ELECTRONIC DATA SYSTEMS CORPORATION<br>ATTN: CHIEF EXECUTIVE OFFICER<br>MAIL STOP: H2-7W-40<br>5400 LEGACY DRIVE<br>PLANO, TX 75024 | ELECTRONIC DATA SYSTEMS CORPORATION<br>ATTN: GENERAL COUNSEL<br>MAIL STOP: H3-3D-05<br>5400 LEGACY DRIVE<br>PLANO, TX 75024 |
| ITT AUTOMOTIVE ELECTRICAL SYSTEMS, INC.<br>ATTN: SECRETARY<br>C/O ITT CORPORATION<br>1330 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | ITT AUTOMOTIVE ELECTRICAL SYSTEMS, INC.<br>ATTN: GENERAL COUNSEL<br>3000 UNIVERSITY DRIVE<br>AUBURN HILLS, MI 48321 |
| KNOWLEDGE LEARNING CORPORATION<br>F/K/A KINDERCARE LEARNING CENTERS, INC.<br>650 NE HOLLADAY<br>SUITE 1400<br>PORTLAND, OR 97232 | PLAY BY PLAY SPORTS, LLC D/B/A NOTRE DAME SP(<br>MR. SCOTT CORREIRA<br>113 JOYCE CENTER<br>NOTRE DAME, IN 46556 |