Law Offices of Martin Eisenberg
50 Main Street
Suite 1000
White Plains, New York  10606
me@martineisenberglaw.com
(914) 682-2044
(914) 682-7784 (fax)

*Attorneys for The Reynolds and Reynolds Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                       :
                                                             :         Chapter 11
                                                             :
GENERAL MOTORS CORP., *et al.*                               :         Case Nos. 09-50026 (REG)
                                                             :
                                       Debtors.              :         Jointly Administered
                                                             :
-------------------------------------------------------------x

### WITHDRAWAL OF OBJECTION OF THE REYNOLDS AND REYNOLDS COMPANY TO PROPSED CURE AMOUNTS

The Reynolds and Reynolds Company, ("Reynolds") by and through their undersigned counsel, filed their Objection to Proposed Cure Amounts (Docket No. 1027) (the Objection). Reynolds hereby withdraws the Objection, without prejudice, based on a letter agreement with General Motors, dated July 29,2009, setting the appropriate amount of Reynolds' cure claims (the "Letter Agreement"). Reynolds hereby reserves all rights in the event prompt payment of the agreed-upon cure amount is not made as set forth in the Letter Agreement.

Dated: White Plains, New York
       August  14,  2009                                      Respectfully Submitted,


                                                              */s/ Martin Eisenberg*
                                                              Law Offices of Martin Eisenberg

50 Main Street
Suite 1000
White Plains, New York  10606

Attorney for The Reynolds and Reynolds
 Company

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Objection of The Reynolds and Reynolds Company to Proposed Cure Amounts was served this 14th day of August, 2009, upon the following parties by first class mail:

The Debtors
c/o General Motors Corporation
Attn:  Warren Command Center
         Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller, Esq.
         Stephen Karotkin, Esq.
         Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York  10153
*Attorneys for the Debtors*

United States Treasury
Attn:  Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220

Cadwalader, Wickersham & Taft LLP
Attn:  John J. Rapisardi, Esq.
One World Financial Center
New York, New York  10281
*Attorneys for the Purchaser*

Vender Price, P.C.
Attn:  Michael J. Edelman, Esq.
         Michael L. Schein, Esq.
47th Floor
1633 Broadway
New York, New York  10019
*Attorneys for Export Development Canada*

United States Trustee
Attn:  Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

                                                            */s/ Martin Eisenberg*

735551.1