CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, | ) | (Jointly Administered) |
| et al., f/k/a GENERAL MOTORS CORP, | ) | |
| *et al.*, | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF VERITAS AG AND
POPPE-VERITAS HOLDING GMBH & CO KG TO NOTICE OF (I) DEBTORS'
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS,
UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY AND
(II) CURE |AMOUNTS RELATED THERETO**

The Debtors and Veritas AG and Poppe-Veritas Holding GMBH & CO KG (collectively "Veritas") having resolved the Limited Objection of Veritas AG and Poppe-Veritas Holding GMBH & CO KG to Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "Objection") [Docket No. 2825] pursuant to that certain letter agreement between the parties dated July 30, 2009 (the "Letter Agreement"),

5943821.2 32921/130066

Veritas withdraws the Objection, said withdrawal to be effective only upon payment to Veritas of all outstanding Cure Amounts in accordance with the Letter Agreement.

Dated: August 14, 2009

Respectfully submitted,

CLARK HILL PLC

    /s/ Robert D. Gordon
Robert D. Gordon (Mich. Bar No. P48627)
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(313) 965-8572
rgordon@clarkhill.com

Counsel to Veritas AG and Poppe-Veritas Holding GMBH & CO KG

5943821.2 32921/130066