**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                              :          Chapter 11 Case No.
:
**GENERAL MOTORS CORP.**, *et al.*,                :          09-50026 (REG)
:
           Debtors.                                :          (Jointly Administered)
:
---------------------------------------------------------------x

### NOTICE OF SUBSTANTIAL STOCK OWNERSHIP

PLEASE TAKE NOTICE THAT **SHERRY K. KUHL** (the "Filer") hereby provides notice (the "Notice"), that, as of **NOVEMBER 11, 2008, SHERRY K. KUHL** beneficially owns **20** shares of General Motors Corporation ("GM") common stock (the "GM Common Stock"), and/or Options to acquire _____ shares of GM Common Stock, which represents ___% of the total amount of the GM Common Stock currently outstanding.

PLEASE TAKE FURTHER NOTICE THAT the taxpayer identification number of [Name of Shareholder] is **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**.

PLEASE TAKE FURTHER NOTICE THAT the following table sets forth the following information:

1. In the case of shares of GM Common Stock and/or Options to acquire GM Common Stock that are owned directly by the Filer, the table below sets forth (i) the number of such shares and/or Options; and (ii) the date(s) on which such shares and/or Options were acquired.

2. In the case of shares of GM Common Stock and/or Options to acquire GM Common Stock that are not owned directly by the Filer but are nonetheless beneficially owned by the Filer, the table below sets forth (i) the name(s) of each record or legal owner of such shares and/or Options beneficially owned by the Filer, (ii) the number of such shares and/or Options; and (iii) the date(s) on which such shares and/or Options were acquired.

| Name of Owner | Number of Shares of GM Common Stock Owned | Number of Shares subject to Options Owned | Date(s) Acquired |
|---|---|---|---|
| SHERRY K. KUHL | 20 | 20 | 11-11-2008 |
|  |  |  |  |
|  |  |  |  |

(Attach additional page if necessary)

NY2:\2004036\01\16YB_01!.DOC\72240.0639

*RECEIVED AUG 13 2009 U.S. BANKRUPTCY COURT, SDNY*

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, [Name of Shareholder] hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order,[1] this Notice is being filed with the Court and served upon the Debtors, the attorneys for the Debtors and the attorneys for the Creditors' Committee.

For purposes of this Notice, (i) "<u>beneficial ownership</u>" (or any variation thereof of GM Common Stock and Options to acquire GM Common Stock) shall be determined in accordance with applicable rules under section 382 of Internal Revenue Code of 1986, as amended, the U.S. Department of Treasury regulations ("<u>Treasury Regulations</u>") promulgated thereunder and rulings issued by the Internal Revenue Service, and, thus, to the extent provided in those rules, from time to time shall include, without limitation, (A) direct and indirect ownership (*e.g.*, a holding company would be considered to beneficially own all stock owned or acquired by its subsidiaries), (B) ownership by a holder's family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of stock and (C) in certain cases, the ownership of an Option (as defined below) to acquire GM Common Stock; and (ii) an "<u>Option</u>" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

---

[1] All terms not expressly defined in this Notice shall be construed to have the same meaning as such terms have in the Order.

2

[IF APPLICABLE] I am represented by [name of the law firm], [address], [phone], (Attn: [name]).

Respectfully submitted,

_____
(Name of Shareholder)

By: _Sherry K. Kuhl_____
Name: _____
Title: _____
Address: _93 Barnes Rd._
_Bruceton Mills, WV_
_26525_
Telephone: _304-698-6606_
Facsimile: _____

Date: _Aug. 4, 2009_