Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Marc E. Richards

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
In Re:                                             :
                                                   :    Chapter 11
GENERAL MOTORS CORPORATION, et al                  :    Case No. 09-50026 (REG)
                                                   :    (Jointly Administered)
                                                   :
---------------------------------------------------x

**WITHDRAWAL OF LIMITED OBJECTION OF FUJIWA MACHINERY INDUSTRY (KUNSHAN) CO., LTD. TO MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION, PURSUANT TO SECTIONS 105, 363, AND 365 AND FED R. BANKR. P. 2002, 6004, AND 6006, TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, LLC, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF; AND (II) SCHEDULE A SALE APPROVAL HEARING AND NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY; AND (II) CURE AMOUNTS RELATED THERETO**

NOW COMES FUJIWA MACHINERY INDUSTRY (KUNSHAN) CO., LTD., and hereby withdraws its Limited Objection to the Motion of Debtors and Debtors-in-Possession, Pursuant to Sections 105, 363, and 365 and Fed R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) The Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule A Sale Approval Hearing (the "Motion) and to the Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts, Unexpired

Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property; and (II) Cure Amounts Related Thereto, filed as pleading number 858, in accordance with the agreement between the parties.

Dated: August 13, 2009
      New York, New York

                                  BLANK ROME LLP

                                  /s/ Marc E. Richards
                                Blank Rome LLP
                                The Chrysler Building
                                405 Lexington Avenue
                                New York, NY  10174
                                Telephone: (212) 885-5000
                                Facsimile: (212) 885-5002
                                E-mail: mrichards@blankrome.com

                                - and -

                                Douglas C. Bernstein
                                Michael A. Fleming
                                PLUNKETT COONEY
                                38505 Woodward Avenue
                                Suite 2000
                                Bloomfield Hills, MI  48304
                                Telephone: (248) 901-4000
                                Facsimile: (248) 901-4040
                                E-mail: dbernstein@plunkettcooney.com
                                E-mail: mfleming@plunkettcooney.com

                                Co-Counsel for FUJIWA MACHINERY INDUSTRY (KUNSHAN) CO., LTD.

Blmfield.20661.90877.1149323-1