Garland S. Cassada
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina  28246
Telephone:  (704) 377-2536
Facsimile:  (704) 378-4000
gcassada@rbh.com

*Counsel for Kevin Harvick, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a GENERAL MOTORS CORP., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026<br><br><br>(Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Garland S. Cassada, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Kevin Harvick, Inc., a party-in-interest in the above-referenced case and related proceedings.  I certify that I am a member in good standing of the state bar of North Carolina.  I am also admitted to practice in the United States Supreme Court, United States Court of Appeals for the Fourth and Fifth Circuits, United States District Courts for the Western, Middle, and Eastern Districts of North Carolina and the Northern District of Texas.

My mailing address, email address and telephone number are:

> Garland S. Cassada
> Robinson, Bradshaw & Hinson, P.a.
> 101 N. Tryon Street; Suite 1900
> Charlotte, North Carolina  28246
> Telephone:  (704) 377-2536

C-1134145v1                                      1

Facsimile: (704) 378-4000
Email: gcassada@rbh.com

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: August 12, 2009

Respectfully submitted,

ROBINSON, BRADSHAW & HINSON, P.A.

By: /s/ *Garland S. Cassada*

Garland S. Cassada
North Carolina State Bar No. 12352
101 N. Tryon Street; Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
gcassada@rbh.com

*Counsel for Kevin Harvick, Inc.*