**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>    f/k/a GENERAL MOTORS CORP., *et*<br>    *al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026<br><br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Garland S. Cassada, a member in good standing of the state bar of North Carolina, and

being  admitted to practice in the United States Supreme Court, United States Court of Appeals

for the Fourth and Fifth Circuits, United States District Courts for the Western, Middle, and

Eastern Districts of North Carolina and the Northern District of Texas, having requested

admission, *pro hac vice*, to represent Kevin Harvick, Inc., a party-in-interest in the above-

reference case.

**IT IS ORDERED,**

That Garland S. Cassada is admitted *pro hac vice*, in the above-referenced case, in the

United States Bankruptcy Court, Southern District of New York, provided that the filing fee has

been paid.

Dated:  August ___, 2009.


_____
The Honorable Robert E. Gerber
United States Bankruptcy Judge

C-1134145v1                                1