Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Marc E. Richards

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In Re:                                          :
                                                :     Chapter 11
GENERAL MOTORS CORPORATION, et al               :     Case No. 09-50026 (REG)
                                                :     (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**WITHDRAWAL OF LIMITED OBJECTION OF LIUFENG MACHINERY INDUSTRY CO., LTD. TO MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION, PURSUANT TO SECTIONS 105, 363, AND 365 AND FED R. BANKR. P. 2002, 6004, AND 6006, TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, LLC, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF; AND (II) SCHEDULE A SALE APPROVAL HEARING AND NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY; AND (II) CURE AMOUNTS RELATED THERET0**

NOW COMES LIUFENG MACHINERY INDUSTRY CO., LTD., and hereby withdraws its Limited

Objection to the Motion of Debtors and Debtors-in-Possession, Pursuant to Sections 105, 363, and 365 and Fed

R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) The Sale Pursuant to the Master Sale and Purchase

Agreement with Vehicle Acquisition Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of

Liens, Claims, Encumbrances, and Other Interests; (B) The Assumption and Assignment of Certain Executory

Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule A Sale Approval Hearing (the "Motion)

and to the Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of

Personal Property, and Unexpired Leases of Non-Residential Real Property; and (II) Cure Amounts Related

Thereto, filed as pleading number 848, in accordance with the agreement between the parties.

Dated: August 13, 2009
New York, New York

BLANK ROME LLP

*/s/ Marc E. Richards*
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 885-5000
Facsimile: (212) 885-5002
E-mail: mrichards@blankrome.com

- and -

Douglas C. Bernstein
Michael A. Fleming
PLUNKETT COONEY
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
Telephone: (248) 901-4000
Facsimile: (248) 901-4040
E-mail: dbernstein@plunkettcooney.com
E-mail: mfleming@plunkettcooney.com

Co-Counsel for LIUFENG MACHINERY INDUSTRY
CO., LTD.

Blmfield.20661.90877.1149325-1