Caryl M. Sherman
37030 Fairmount Blvd.
Hunting Valley, OH 44022
caryl.sherman@yahoo.com
August 10, 2009

**United States Bankruptcy Court, Southern District of New York**
Judge Robert E. Gerber
Chambers
One Bowling Green
New York, NY 10004

RE: GM Bond Holders Rights: RGM

Dear Honorable Judge Robert E. Gerber:

The distribution of the new equity in GM is in the hands of the bankruptcy court. The media had originally reported that unsecured bondholders would get 10% of equity and 15% in warrants. It appears that amount is going to be divided in some way amongst ALL unsecured creditors, rather than just the bond holders. As a bondholder, I expect and deserve at least the unfair amount that was implied in the distribution offer.

I am 65 years old and have already lost a fortune in what was to be a AAA rated bond. I need to recoup as much as I can for my retirement.

Furthermore, since the Absolute Priority Rule of Law has be destroyed forever (based on precedence), there does not appear to be an avenue for investment that will provide consistent, safe returns anymore. The bond market will have to increase their dividend yields dramatically and shorten the terms of the bonds to attract investor's funds. This one act by the Courts will cripple the corporate world's way of generating capital to invest in their growth.

Sincerely,

Caryl M. Sherman
Caryl M. Sherman