Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
(212) 885-5000
Marc E. Richards

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In Re:                                                                    :
                                                                          :    Chapter 11
GENERAL MOTORS CORPORATION, et al              :    Case No. 09-50026 (REG)
                                                                          :    (Jointly Administered)
                                                                          :
                                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**WITHDRAWAL OF LIMITED OBJECTION OF FUZHOU LIOHO MACHINERY CO., LTD. TO MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION, PURSUANT TO SECTIONS 105, 363, AND 365 AND FED R. BANKR. P. 2002, 6004, AND 6006, TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, LLC, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF; AND (II) SCHEDULE A SALE APPROVAL HEARING AND NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY; AND (II) CURE AMOUNTS RELATED THERETO**

NOW COMES FUZHOU LIOHO MACHINERY CO., LTD., and hereby withdraws its Limited Objection to the Motion of Debtors and Debtors-in-Possession, Pursuant to Sections 105, 363, and 365 and Fed R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) The Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule A Sale Approval Hearing (the "Motion) and to the Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal

Property, and Unexpired Leases of Non-Residential Real Property; and (II) Cure Amounts Related Thereto, filed as pleading number 842, in accordance with the agreement between the parties.

Dated: August 13, 2009
      New York, New York

                           BLANK ROME LLP

                           */s/ Marc E. Richards*
                           Blank Rome LLP
                           The Chrysler Building
                           405 Lexington Avenue
                           New York, NY 10174
                           Telephone: (212) 885-5000
                           Facsimile: (212) 885-5002
                           E-mail: mrichards@blankrome.com

                           - and -

                           Douglas C. Bernstein
                           Michael A. Fleming
                           PLUNKETT COONEY
                           38505 Woodward Avenue
                           Suite 2000
                           Bloomfield Hills, MI 48304
                           Telephone: (248) 901-4000
                           Facsimile: (248) 901-4040
                           E-mail: dbernstein@plunkettcooney.com
                           E-mail: mfleming@plunkettcooney.com

                           Co-Counsel for FUZHOU LIOHO MACHINERY CO., LTD.

Blmfield.20661.90877.1149336-1