Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Marc E. Richards

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------x
In Re:                                          :
                                                :   Chapter 11
GENERAL MOTORS CORPORATION, et al               :   Case No. 09-50026 (REG)
                                                :   (Jointly Administered)
                                                :
                                                :
------------------------------------------------x

**WITHDRAWAL OF LIMITED OBJECTION OF LIOHO LIGHT METAL (KUNSHAN) CO., LTD. TO MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION, PURSUANT TO SECTIONS 105, 363, AND 365 AND FED R. BANKR. P. 2002, 6004, AND 6006, TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, LLC, A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF; AND (II) SCHEDULE A SALE APPROVAL HEARING AND NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY; AND (II) CURE AMOUNTS RELATED THERETO**

NOW COMES LIOHO LIGHT METAL (KUNSHAN) CO., LTD., and hereby withdraws its Limited Objection to the Motion of Debtors and Debtors-in-Possession, Pursuant to Sections 105, 363, and 365 and Fed R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) The Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule A Sale Approval Hearing (the "Motion) and to the Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal

Property, and Unexpired Leases of Non-Residential Real Property; and (II) Cure Amounts Related Thereto, filed as pleading number 851, in accordance with the agreement between the parties.

Dated: August 13, 2009
      New York, New York

                                       BLANK ROME LLP

                                       */s/ Marc E. Richards*
                                       Blank Rome LLP
                                       The Chrysler Building
                                       405 Lexington Avenue
                                       New York, NY 10174
                                       Telephone: (212) 885-5000
                                       Facsimile: (212) 885-5002
                                       E-mail: mrichards@blankrome.com

                                       - and -

                                       Douglas C. Bernstein
                                       Michael A. Fleming
                                       PLUNKETT COONEY
                                       38505 Woodward Avenue
                                       Suite 2000
                                       Bloomfield Hills, MI 48304
                                       Telephone: (248) 901-4000
                                       Facsimile: (248) 901-4040
                                       E-mail: dbernstein@plunkettcooney.com
                                       E-mail: mfleming@plunkettcooney.com

                                       Co-Counsel for LIOHO LIGHT METAL (KUNSHAN)
                                       CO., LTD.

Blmfield.20661.90877.1149311-1