Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

*Mando Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                               :

| | | |
|---|---|---|
| In Re: | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY** | : | |
| **f/k/a GENERAL MOTORS CORP.,** *et al.*, | : | **09-50026 (REG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | **Hon. Robert E. Gerber** |

---------------------------------------------------------x

## WITHDRAWAL OF LIMITED OBJECTION

The Limited Objection by Mando Corporation to the Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contract, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto, filed by Mary Kay Shaver on June 15, 2009, at Docket No. 1170, is hereby withdrawn.

                                          Respectfully submitted,

                                          Varnum LLP

Dated: August 14, 2009           By:   /s/ Mary Kay Shaver
                                                Mary Kay Shaver (P-60411)
                                            Business Address:
                                                Bridgewater Place
                                                P. O. Box 352
                                                Grand Rapids, MI 49501-0352
                                                (616) 336-6000
                                                mkshaver@varnumlaw.com

#2835016