Robert B. Weiss
Donald F. Baty, Jr.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7314
Facsimile: (313) 465-7315

*Special Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In Re**                                                   :    Chapter 11
                                                            :
**MOTORS LIQUIDATION COMPANY** (f/k/a                       :    Case No. 09-50026 (REG)
General Motors Corp.), et al.,                              :    (Jointly Administered)
                                                            :
        Debtors.                                            :    Hon. Robert E. Gerber
                                                            :
------------------------------------------------------------x

**STIPULATION TO ADJOURN MOTION**
**FOR ENTRY OF ORDER AUTHORIZING REJECTION OF**
**CERTAIN PERSONAL PROPERTY AGREEMENTS AND/OR**
**ABANDONMENT OF COLLATERAL TO SECURED CREDITORS**

Motors Liquidation Company (f/k/a General Motors Corporation) and certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), General Electric Capital Corporation (for purposes hereof General Electric Capital Corporation together with any trust with respect to which General Electric Capital Corporation has a beneficial interest and any affiliate of General Electric Capital Corporation, which leases any personal property to the Debtors, shall be collectively referred to herein as, "**GECC**"), and Wells Fargo Bank Northwest, National Association, not individually,

but solely in its capacity as indenture trustee (the "**Indenture Trustee**" and together with the Debtors and GECC, the "**Parties**"), by their counsel, agree as follows:

1. The Indenture Trustee has filed an objection to Debtors' *Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors* filed on July 17, 2009 (Docket No. 3212) (the "**Rejection Motion**").

2. An *Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors* has been entered by this Court adjourning the hearing to consider the Rejection Motion with respect to GM 2001 A-6 (the "**2001 A-6 Agreement**") until August 18, 2009 at 9:45 a.m.

3. The Parties have agreed to further adjourn the hearing to consider the Rejection Motion with respect to the 2001 A-6 Agreement until **September 14, 2009 at 9:45 a.m. (Eastern Time) (the "Hearing")**.

4. The Parties further agree that if the relief sought by the Rejection Motion in respect of the 2001 A-6 Agreement is granted on or before the conclusion of the Hearing (and any continuances thereof ordered by the Court), such relief will be *nunc pro tunc* to July 31, 2009 and all parties in interest will be deemed to have waived all claims for adequate protection and/or administrative rent for the period after July 31, 2009 through the time such relief is granted.

**STIPULATED AND AGREED**

Dated: August 14, 2009

HONIGMAN MILLER SCHWARTZ AND COHN LLP, Attorneys for the Debtors and Debtors in Possession

  /s/ Donald F. Baty, Jr.
Robert B. Weiss
Donald F. Baty, Jr.
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226
Telephone:  (313) 465-7314
Facsimile:   (313) 465-7315


LATHAM & WATKINS LLP, Attorneys for General Electric Capital Corporation and its affiliates

_____
Douglas Bacon
Zachary A. Judd
233 S. Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:   (312) 993-9767


MILBANK, TWEED, HADLEY & McCLOY LLP, Attorneys for Wells Fargo Bank Northwest, National Association, as Indenture Trustee

_____
Mathew S. Barr
Tyson M. Lomazow
One Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000
Facsimile:   (212) 530-5219

DETROIT.3798729.3

3

**STIPULATED AND AGREED**

Dated: August [14], 2009

HONIGMAN MILLER SCHWARTZ AND COHN LLP, Attorneys for the Debtors and Debtors in Possession

_____
Robert B. Weiss
Donald F. Baty, Jr.
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226
Telephone: (313) 465-7314
Facsimile: (313) 465-7315


LATHAM & WATKINS LLP, Attorneys for General Electric Capital Corporation and its affiliates

_____
Douglas Bacon
Zachary A. Judd
233 S. Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767


MILBANK, TWEED, HADLEY & McCLOY LLP, Attorneys for Wells Fargo Bank Northwest, National Association, as Indenture Trustee

_____
Matthew S. Barr
Tyson M. Lomazow
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

DETROIT.3798729.3

3