**Objection Deadline: August 13, 2009 at 4:00 p.m.**
**Hearing Date:    August 18, 2009 at 9:45 a.m.**

KILPATRICK & ASSOCIATES, P.C.
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326
RICHARDO I. KILPATRICK, ESQ.
LEONORA K. BAUGHMAN, ESQ.
(248) 377-0700

ATTORNEYS FOR WAYNE COUNTY TREASURER
OAKLAND COUNTY TREASURER AND CITY OF DETROIT

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.,* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF THE WAYNE COUNTY TREASURER, THE OAKLAND COUNTY TREASURER AND THE CITY OF DETROIT TO THE MOTION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363 (A) ESTABLISHING PROCEDURES FOR THE DISPOSITION OF *DE MINIMIS* ASSETS, AND (B) AUTHORIZING THE DEBTORS TO (i) PAY RELATED FEES, AND (ii) ASSUME, ASSUME AND ASSIGN, OR REJECT RELATED EXECUTORY CONTRACTS OR UNEXPIRED LEASES**

NOW COMES Creditors, the Wayne County Treasurer, the Oakland County Treasurer and the City of Detroit, by and through counsel, Kilpatrick & Associates, P.C., and for their Withdrawal of the Objection to Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 (A) Establishing Procedures for the Disposition of *De Minimis* Assets, and (B) Authorizing the Debtors to (i) Pay Related Fees, and (ii) Assume, Assume and Assign, or Reject Related Executory Contracts or Unexpired Leases states as follows:

1. On August 10, 2009, the Wayne County Treasurer, the Oakland County Treasurer and the City of Detroit, filed an Objection to Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 (A) Establishing Procedures for the Disposition of *De Minimis* Assets, and (B) Authorizing the Debtors to (i) Pay Related Fees, and (ii) Assume, Assume and Assign, or Reject Related Executory Contracts or Unexpired Leases [Docket No. 3733] ("Objection").

2. The Debtors and the Wayne County Treasurer, the Oakland County Treasurer and the City of Detroit have resolved the Objection by agreement for the addition of language to be inserted into the proposed Order.

## CONCLUSION

3. For the foregoing reasons, the Wayne County Treasurer, the Oakland County Treasurer and the City of Detroit withdraw their Objections.

    Respectfully submitted,

KILPATRICK & ASSOCIATES, P.C.
Attorneys for the Wayne County Treasurer, the Oakland County Treasurer and the City of Detroit

/S/     *Richardo I. Kilpatrick*
RICHARDO I. KILPATRICK (P35275)
LEONORA K. BAUGHMAN (P33534)
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326
(248) 377-0700

Dated: August 14, 2009    ecf@kaalaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Withdrawal of Objection of the Wayne County Treasurer, the Oakland County Treasurer and the City of Detroit to the Motion of Debtors' for Entry of an Order Pursuant to U.S.C. §§ 105, 363 (A) Establishing Procedures for the Disposition of *De Minimis* Assets, And (B) Authorizing the Debtors to (i) Pay Related Fees, and (ii) Assume, Assume and Assign, or Reject Related Executory Contracts of Unexpired Leases was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York and to the following via e-mail (where applicable), and by first-class mail postage prepaid to:

| | | |
|---|---|---|
| Office of the Untied State Trustee<br>Southern District of New York<br>33 Whitehall Street<br>New York, NY 10004 | Mr. Harvey R. Miller<br>Weil, Gotshal & Manges LLP,<br>767 Fifth Ave<br>New York, NY 10153 | General Motors Corp<br>300 Renaissance Center<br>Detroit, MI 48265<br>Attn: L. Buonomo |
| Cadwalader, Wickersham &Taft, LLP<br>Presidential Task Force<br>One World Financial Center<br>New York, NY 10281<br>Attn: J. Rapisardi | Vedder Price P.C.<br>Counsel – Export Development Canada<br>1633 Broadway, 47th floor<br>New York, NY 10019<br>Attn: M. Edelman | McMillan LLP<br>Attn: Peter Willis<br>Brookfield Place, Suite 4400<br>181 Bay St<br>Toronto Ontario Canada M5J 2T3 |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017<br>Attn: Peter Pantaleo and David Mack | Morgan, Lewis & Bockius, LLP<br>101 Park Ave.<br>New York, NY 10178<br>Attn: Richard Toder | International Union of Operating Engineers<br>c/o Barbara S. Mehlsack, Esq.<br>Gorlick, Kravitz & Listhaus, P.C.<br>17 State Street,4th Floor<br>New York, NY 10004-1519 |
| International Union,<br>United Automobile, Aero<br>8000 E. Jefferson Avenue<br>Detroit, MI 48214-3963 | Class Representatives of (1) Intl Union, UAW<br>MEYER SUOZZI ENGLISH & KLEIN, P.C.<br>1350 Broadway, Suite 501<br>P.O. Box 822<br>New York, NY 10018-0026 | |

                                                                                                              _/S/ Larissa Robertson_
                                                                                                              Larissa Robertson
                                                                                                              An Employee of Kilpatrick & Associates

August 14, 2009