UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, et al., | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, Richard Smolev, hereby certify that, on this 14th day of August, 2009, I caused a true and correct copy of the **NOTICE OF DEPOSITION OF THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., PURSUANT TO RULE 30(B)(6)** to be served via hand delivery to Edward P. Zujkowski, Emmet Marvin & Martin, LLP, 120 Broadway, New York, New York 10271, by electronic mail via the ECF System and via Federal Express Priority Overnight to the parties listed on **Exhibit A** attached hereto.

Dated:  New York, New York
        August 14, 2009

KAYE SCHOLER LLP

/s/ Richard G. Smolev
Richard G. Smolev (RS 2222)
425 Park Avenue
New York, NY 10022-3598
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: rsmolev@kayescholer.com

*Counsel for Phillip Morris Capital Corporation and certain of its subsidiaries and affiliates*

31868501.DOC

## **EXHIBIT A**

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>Attn: Harvey R. Miller,<br>Stephen Karotkin, Esq.,<br>Joseph H. Smolinsky, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | Motors Liquidation Company,<br>Attn: Ted Stenger, Esq.<br>300 Renaissance Center<br>Detroit, MI 48265 |
| General Motors Company,<br>Attn: Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, MI 48265 | Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281 |
| United States Department of the Treasury<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220 | Vedder Price, P.C.<br>Attn: Michael J. Edelman, Esq.,<br>Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Official Committee of Unsecured Creditors<br>Attn: Thomas Moers Mayer, Esq.,<br>Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Office of the United States Trustee for the<br>Southern District of New York<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| U.S. Attorney's Office, Southern District of<br>New York<br>Attn: David S. Jones, Esq. and<br>Matthew L. Schwartz, Esq.<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 | |

31868501.DOC