**QUARLES & BRADY LLP**
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
Christopher Combest (IL ARDC No. 06224701) (admitted *pro hac vice*)

*Counsel for United Parcel Service, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | |
|   f/k/a General Motors Corp., *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

_____

### NOTICE OF WITHDRAWAL OF UNITED PARCEL SERVICE, INC.'S OBJECTION TO CURE AMOUNTS

United Parcel Service, Inc. and its affiliates (but not including UPS Capital Corporation)

(collectively, "UPS"), by its undersigned counsel, hereby withdraw United Parcel Service, Inc.'s

Objection to Cure Amounts (Docket No. 2007).  This Notice of Withdrawal is conditioned upon the

Debtors' and Purchaser's compliance with those certain matters reflected in a separate agreement entered

into between UPS and the Debtors.

Dated:  August 17, 2009

QUARLES & BRADY LLP

By:     /s/ Christopher Combest
        Christopher Combest (CC-3529)
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
E-mail:  Christopher.Combest@quarles.com

*Counsel for United Parcel Service, Inc.*

QB\8605991.1