**ORRICK, HERRINGTON & SUTCLIFFE LLP**
John Ansbro
Courtney M. Rogers
666 Fifth Avenue
New York, New York 10103-0002
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

—and—

Richard H. Wyron (admitted *pro hac vice*)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel to Behr-Hella Thermocontrol Inc.*
*and Behr-Hella Thermocontrol GmbH Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, f/k/a General Motors Corp., *et al.* | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

### WITHDRAWAL OF THE OBJECTION OF BEHR-HELLA THERMOCONTROL INC. AND BEHR-HELLA THERMOCONTROL GmbH CO. TO PROPOSED CURE AMOUNTS

NOTICE IS HEREBY given that Behr-Hella Thermocontrol Inc. and Behr-Hella Thermocontrol GmbH Co., having reached agreement with the Debtors on the appropriate cure amount, withdraw their objection (docket no. 1405) to the Debtors' Motion to (I) Approve (A) the Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and

Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing, which was limited by the Stipulation and Agreed Order with Respect to the Withdrawal of Cure Objections filed in Connections with Debtors' Assumption and Assignment of Certain Executory Contracts, executed on June 29, 2009, to cure amounts.

Dated: New York, New York
August 17, 2009

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ Courtney M. Rogers*
John Ansbro
Courtney M. Rogers
666 Fifth Avenue
New York, New York 10103-0002
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

—and—

Richard H. Wyron (admitted *pro hac vice*)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Counsel to Behr-Hella Thermocontrol Inc.
and Behr-Hella Thermocontrol GmbH Co.*

OHS East:160588185.1