**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re: : Chapter 11
:
**MOTORS LIQUIDATION COMPANY,** *et* : Case No. 09-50026 (REG)
*al.*, **f/k/a General Motors Corp.,** *et al.* :
: (Jointly Administered)
**Debtors.** :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2009, I caused to be served the Withdrawal of the Objection of Behr-Hella Thermocontrol Inc. and Behr-Hella Thermocontrol GmbH Co. to Proposed Cure Amounts by causing copies of same to be delivered upon the parties as indicated on the annexed Exhibit A and electronically via the Court's CM/ECF system.

Dated: August 17, 2009
      New York, New York      ORRICK, HERRINGTON & SUTCLIFFE LLP


By:    */s/ Courtney M. Rogers*
        Courtney M. Rogers
        666 Fifth Avenue
        New York, New York 10103
        Telephone: (212) 506-5000
        Facsimile: (212) 506-5151

        *Counsel to Behr-Hella Thermocontrol Inc.*
        *and Behr-Hella Thermocontrol GmbH Co.*

## EXHIBIT A

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Attn:   Warren Command Center
Mailcode 480-206-114
Warren, MI  48090-9025
*Via First Class Mail*

U.S. Treasury
Attn:  Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2313
Washington, DC  20220
*Via First Class Mail*

Office of the United States Trustee
Attn:  Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004
*Via Facsimile*

Kramer Levin Naftalis & Frankel LLP
Attn:  Thomas Moers Mayer, Esq.
1177 Avenue of the Americas
New York, NY 10036
*Via First Class Mail*

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller, Esq.
           Stephen Karotkin, Esq.
           Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153
*Via First Class Mail*

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY  10281
*Via First Class Mail*

Vedder Price, P.C.
Attn:  Michael J. Edelman, Esq.
          Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY  10019
*Via First Class Mail*

OHS East:160588172.1