Michael S. Etkin (ME 0570)
Lowenstein Sandler, PC
1251 Avenue of Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7403 (Facsimile)
metkin@lowenstein.com

Heather M. Forrest
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile
hforrest@jw.com

COUNSEL FOR BELO CORP. and
A. H. BELO CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | **09-50026 (REG)** |
| **Debtors** | **(Jointly Administered)** |

### NOTICE OF WITHDRAWAL LIMITED OBJECTION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO
[Docket No. 3027]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Belo Corp. and A. H. Belo Corporation (collectively "Belo"), by and through their undersigned counsel, hereby gives notice of withdrawal of its limited objection to *Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto* ("Notice"), and respectfully states as follows:

1. Belo filed its limited objection to the Notice which appears as Docket No. 3027 on this Court's Docket.

2. Belo and the Debtors have negotiated in good faith and resolved all issues.

3. Belo has executed and delivered to Debtors confidential letter agreements (the "Letter Agreements") reflecting the resolution of the cure issues.

4. Based upon the understandings set forth in the Letter Agreements, Belo hereby withdraws its objection to the Notice.

Dated: August 17, 2009

                      Respectfully submitted,

                      **LOWENSTEIN SANDLER, PC**

                      By: /s/ Michael S. Etkin
                          Michael S. Etkin (ME 0570)
                          1251 Avenue of the Americas, 18th Floor
                          New York, New York 10020
                          Telephone: (212) 262-6700
                          Facsimile: (212) 262-7403

                          -and-

                      65 Livingston Avenue
                      Roseland, New Jersey 07068
                      Telephone: (973) 597-2500
                      Facsimile: (973) 597-2400


                      **JACKSON WALKER L.L.P.**
                      Heather M. Forrest
                      901 Main Street, Suite 6000
                      Dallas, TX 75202
                      (214) 953-6000 — Telephone
                      (214) 953-5822 — Facsimile
                      hforrest@jw.com

                      **ATTORNEYS FOR BELO CORP. AND A. H. BELO CORPORATION**