09-50026-mg    Doc 3814    Filed 08/17/09    Entered 08/17/09 12:48:10    Main Document
                                     Pg 1 of 2

Anne M. Aaronson (AA1679)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

Anne Marie P. Kelley
Scott J. Freedman
Matthew Azoulay
DILWORTH PAXSON LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

*Attorneys for The Dow Chemical Company,
Dow Chemical Canada ULC and Essex Specialty Products LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

**WITHDRAWAL OF LIMITED OBJECTION OF
THE DOW CHEMICAL COMPANY, DOW CHEMICAL CANADA ULC
AND ESSEX SPECIALTY PRODUCTS LLC TO THE DEBTORS' PROPOSED
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS
<u>AND THE CURE COSTS RELATED THERETO</u>**

　　　　The Dow Chemical Company (on behalf of itself and its business unit, Dow Automotive), Dow Chemical Canada ULC and Essex Specialty Products LLC (collectively, "**Dow**"), by and through their undersigned counsel, hereby withdraw their *Limited Objection To The Debtors' Proposed Assumption Of Certain Executory Contracts And The Cure Costs Related*

196063_2

*Thereto* (Docket No. 852) filed on June 12, 2009 (the "**Limited Objection**").[1]  The Limited Objection is withdrawn in its entirety based on the information set forth on the Contract Website (as defined in the Limited Objection) as of August 17, 2009 at 9:00 A.M. (EST)[2] and the agreement between Dow and General Motors Company (formerly NGMCO, Inc.) as to the treatment of certain contracts listed thereon.  Dow reserves the right to file another objection in the event that the information set forth on the Contract Website changes.

                                      Respectfully submitted,

Dated: August 17, 2009                DILWORTH PAXSON LLP

                                      By: /s/ Anne M. Aaronson
                                           Anne M. Aaronson (AA1679)
                                           1500 Market Street, Suite 3500E
                                           Philadelphia, Pennsylvania 19102-2101
                                           Telephone: (215) 575-7000
                                           Facsimile: (215) 575-7200

                                                and

                                           /s/Scott J. Freedman
                                          Anne Marie P. Kelley
                                          Scott J. Freedman
                                          Matthew Azoulay
                                          LibertyView – Suite 700
                                          457 Haddonfield Road
                                          Cherry Hill, New Jersey 08002
                                          Telephone: (856) 675-1952
                                          Facsimile: (856) 675-1852

                                      *Attorneys for The Dow Chemical Company,*
                                      *Dow Chemical Canada ULC and Essex Specialty*
                                      *Products LLC*

---

[1] Dow filed a *Partial Withdrawal* of *Limited Objection To The Debtors' Proposed Assumption Of Certain Executory Contracts And The Cure Costs Related Thereto* (Docket No. 3162) on July 14, 2009, wherein Dow withdrew its objection to the proposed: (i) assumption of <u>certain</u> executory contracts by and among Dow and the Debtors and assignment thereof to General Motors Company, formerly known as NGMCO, Inc., in connection with the sale of substantially all of the Debtors' assets and (ii) associated cure costs.

[2] Specifically, Dow relies on the information set forth on the Contract Website including, without limitation, that the "Remaining Cure Amount" to be paid on Dow's prepetition claim is not less than $968,406.40.

196063_2