Michael S. Etkin (ME 0570)
LOWENSTEIN SANDLER, PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
*Attorneys for Belo Corp. and A. H. Belo Corporation*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | **09-50026 (REG)** |
| Debtors | **(Jointly Administered)** |

_____

**CERTIFICATION OF SERVICE**

JANE M. WOJSLAWOWICZ, of full age, being duly sworn on her oath according to law, deposes and says:

1. I am a legal secretary employed by the law firm of Lowenstein Sandler PC, counsel to Belo Corp. and A. H. Belo Corporation in the above captioned matter.

2. On Monday, August 17, 2009, this firm caused a true and correct copy of the following documents to be electronically filed with the Clerk of the Court, United States Bankruptcy Court for the Southern District of New York:

    a. Notice of Withdrawal of Limited Objection to Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto [Docket No. 3027].

3. On Monday, August 17, 2009, I caused a true and correct copy of the aforementioned document to be served upon the service list annexed hereto via United States Postal Service, postage prepaid.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 17, 2009

/s/ Jane M. Wojslawowicz
Jane M. Wojslawowicz

In re Motors Liquidation Company
Case No. 09-50026 (REG)

Service List

Diane G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004

Warren Command Center
Mailcode 480-206-114
General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York  10153

John J. Rapisardi, Esq.
Cadwalader Wickersham & Taft, LLP
One World Financial Center
New York, New York  10281

Matthew Feldman, Esq.
U. S. Department of Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC  20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, PC
1633 Broadway, 47th Floor
New York, New York  10019

Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York  10036