Thomas W. Schouten (P23060)
DUNN, SCHOUTEN & SNOAP, P.C.
Attorneys for Ridgeview Industries, Inc.
2745 DeHoop Ave. SW
Wyoming, Michigan 49509
Ph: (616) 538-6380
Fax: (616) 538-7125
email: tschouten@dunnsslaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

| | |
|---|---|
| In Re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a GENERAL MOTORS CORP., et al., | Case No. 09-50026   (REG) |
| | (Jointly Administered) |
| Debtors. | |

_____/

**REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST**

I hereby request to be removed from all electronic and other service lists in this case.

Thomas W. Schouten:   tschouten@dunnsslaw.com

Respectfully Submitted,

DUNN, SCHOUTEN & SNOAP, P.C.

Date:   August 17, 2009          By:     /s/ Thomas W. Schouten
                                 Thomas W. Schouten (P23060)
                                 Attorneys for Ridgeview Industries
                                 **Business Address and Telephone:**
                                 2745 DeHoop Ave. SW
                                 Wyoming, MI 49509
                                 (616) 538-6380
                                 Email: tschouten@dunnsslaw.com