Dwight Yellen (DY 6547)
**BALLON STOLL BADER & NADLER, P.C.**
729 Seventh Avenue – 17th Floor
New York, NY 10019
212.575-7900
Fax 212.764-5060
www.ballonstoll.com
*Attorneys for Creditor and Contract Party*
 JMJ Films, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| *In re:* | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, | 09-50026 (REG) |
| | Jointly Administered |
| Debtor and Debtor-in-Possession. | |

---------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION IN OPPOSITION TO MOTION TO REJECT EXECUTORY CONTRACTS [DOCKET NO. 3199]

PLEASE TAKE NOTICE that, JMJ Films, Inc. ("**JMJ**"), by its attorneys Ballon Stoll Bader & Nadler, P.C., hereby withdraws its Objection in Opposition to the Debtor's Omnibus Motion to Reject Executory Contracts [**Docket No. 3199**]. This withdrawal is based upon an agreement with the Debtors whereby the Debtor has assumed JMJ's contract. JMJ expressly reserves all of its rights.

{00120816;1} 1

Dated:     New York, New York
           August 17, 2009

                                            Respectfully submitted,

                                            BALLON STOLL BADER & NADLER, P.C.

                                            By:     /s/ Dwight Yellen
                                                  Dwight Yellen (DY 6547)
                                           *Attorneys for Creditor and Contract Party*
                                             *JMJ Films, Inc.*
                                             729 Seventh Avenue – 17th Floor
                                             New York, NY 10019
                                             212.575-7900
                                             Fax 212.764-5060
                                             dyellen@ballonstoll.com