BOLHOUSE, VANDER HULST, RISKO,
   BAAR & LEFERE, P.C.
David S. Lefere (P61790)
Mark D. Hofstee (P66001)
Grandville State Bank Building
3996 Chicago Drive, SW
Grandville, MI 49418
Telephone: (616) 531-7711
Facsimile: (616) 531-7757
E-mail: davidl@bolhouselaw.com
       markd@bolhouselaw.com

Counsel for Competition Engineering, Inc.; Eclipse Tool & Die, Inc.; Commercial Tool & Die, Inc.; Lansing Tool & Engineering, Inc.; Monroe, LLC, Datum Industries, LLC; J.R. Automation Technologies, LLC; Dietool Engineering Company, Inc.; Wolverine Tool & Engineering Co., Inc.; Paramount Tool and Die, Inc.; STM Mfg., Inc.; Pinnacle Tool, Incorporated; Plastic Mold Technology, Inc.; Standard Tool & Die, Inc.; Grand Die Engravers, Inc.; ACEMCO, Incorporated; Dane Systems, LLC; Proper Tooling, LLC; Usher Tool & Die, Inc.; Advanced Tooling Systems, Inc.; Dynamic Tooling Systems, Inc.; Engineered Tooling Systems, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                 :
In re:                                        :                Chapter 11
                                 :
GENERAL MOTORS CORP., et al.,      :                Case No. 09-50026 (REG)
                                 :
                Debtors.             :                (Jointly Administered)
                                 :
-----------------------------------------------------------x

**REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST**

      Bolhouse, Vander Hulst, Risko, Baar & Lefere, P.C., attorneys for the above-named creditors of General Motors Corp. in the above-referenced case, request that the following attorney(s) and e-mail address(es) be removed from ECF notification, and request that he (they) no longer receive electronic filings in this case:

      David S. Lefere: davidl@bolhouselaw.com

      Mark D. Hofstee: markh@bolhouselaw.com

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: <u>August 11, 2009</u> | Bolhouse, Vander Hulst, Risko, Baar & Lefere, P.C. |

By: <u>  /s/ David S. Lefere                    </u>
　　　David S. Lefere (P61790)

Grandville State Bank Building
3996 Chicago Drive, SW
Grandville, MI 49418
Phone: (616) 531-7711
davidl@bolhouselaw.com