UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

GENERAL MOTORS CORP, *et al.*,

Debtors.

Case No. 09-50026 (REG)
(Jointly Administered)

Chapter 11

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

**NORA E. MORALES**, being duly sworn according to law, deposes and says that she is employed by the law firm of Blank Rome LLP, Co-Counsel for Fujiwa Machinery Industry (Kunshan) Co., Ltd., Liufeng Machinery Industry Co., Ltd., Fuzhou Lioho Machinery Co., Ltd., and Lioho Light Metal (Kunshan) Co., Ltd. in the above-captioned Chapter 11 proceedings, and that on the 14th day of August, 2009, she caused a copy of the following documents to be served as indicated upon the parties listed on the attached service list:

1. *Withdrawal Of Limited Objection Of Fujiwa Machinery Industry (Kunshan) Co., Ltd. To Motion Of Debtors And Debtors-In-Possession, Pursuant To Sections 105, 363, And 365 And Fed R. Bankr. P. 2002, 6004, And 6006, To (I) Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings, LLC, A U.S. Treasury-Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (C) Other Relief; And (Ii) Schedule A Sale Approval Hearing And Notice Of (I) Debtors Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Non-Residential Real Property; And (II) Cure Amounts Related Thereto [Dkt. No. 3796];*

2. *Withdrawal Of Limited Objection Of Liufeng Machinery Industry Co., Ltd. To Motion Of Debtors And Debtors-In-Possession, Pursuant To Sections 105, 363, And 365 And Fed R. Bankr. P. 2002, 6004, And 6006, To (I) Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings, LLC, A U.S. Treasury-Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) The*

*Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (C) Other Relief; And (II) Schedule A Sale Approval Hearing And Notice Of (I) Debtors Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Non-Residential Real Property; And (II) Cure Amounts Related Thereto [Dkt. No. 3798];*

3. *Withdrawal Of Limited Objection Of Fuzhou Lioho Machinery Co., Ltd. To Motion Of Debtors And Debtors-In-Possession, Pursuant To Sections 105, 363, And 365 And Fed R. Bankr. P. 2002, 6004, And 6006, To (I) Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings, LLC, A U.S. Treasury-Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (C) Other Relief; And (II) Schedule A Sale Approval Hearing And Notice Of (I) Debtors Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Non-Residential Real Property; And (II) Cure Amounts Related Thereto [Dkt. No. 3802]; and*

4. *Withdrawal Of Limited Objection Of Lioho Light Metal (Kunshan) Co., Ltd. To Motion Of Debtors And Debtors-In-Possession, Pursuant To Sections 105, 363, And 365 And Fed R. Bankr. P. 2002, 6004, And 6006, To (I) Approve (A) The Sale Pursuant To The Master Sale And Purchase Agreement With Vehicle Acquisition Holdings, LLC, A U.S. Treasury-Sponsored Purchaser, Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (C) Other Relief; And (II) Schedule A Sale Approval Hearing And Notice Of (I) Debtors Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Non-Residential Real Property; And (II) Cure Amounts Related Thereto, [Dkt. No. 3803].*

Nora E. Morales

Sworn to and subscribed before me this 17th day of August 2009

Notary Public

RUBY HYDE
Notary Public, State of New York
No. 01HY6040493
Qualified in Bronx County
Commission Expires April 24, 201_

124113.01603/6773390v.1

## SERVICE LIST

| **VIA FIRST CLASS MAIL:** |
|---|
| The Debtors<br>c/o General Motors Corporation<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025 |
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| Matthew Feldman, Esq.<br>The U.S. Treasury<br>1500 Pennsylvania Avenue<br>NW, Room 2312<br>Washington, DC 20220 |
| John J. Rapisardi, Esq.<br>Cadwalader Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 |
| Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway<br>47th Floor<br>New York, New York 10019 |
| Diana G. Adams, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004-2112 |