**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                                              :    Chapter 11 Case No.
                                                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*                      :
                                                                                   :
            Debtors.    :    **(Jointly Administered)**
                                                                                   :
----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARINGS ON AUGUST 18, 2009 at 9:00 a.m. and 9:45 a.m.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

*Matter to be heard at 9:00 a.m.*

**I.     CONTESTED MATTERS:**

    1.   Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rue 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of pre-Petition Litigation **[Docket No. 3023]**

        Response Deadline:          July 31, 2009 at 4:00 p.m.

        Responses Filed:

            A.   Debtors Opposition to the Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying The Automatic Stay to Allow Continuation of Pre-Petition Litigation **[Docket No. 3485]**

        Replies Filed:          None to date.

        Additional Document(s):   None to date.

        **Status**:   This matter is going forward.

*Matters to be heard at 9:45 a.m.*

II.    **CONTESTED MATTERS:**

2.    Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors Nunc Pro Tunc to the Petition Date **[Docket No. 954]**

Response Deadline:    June 19, 2009 at 4:00 p.m.

Responses Filed:

A.    Objection of Ad Hoc Committee of Consumer Victims of General Motors to the Application for an Order Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors **[Docket No. 1892]**

B.    Ad Hoc Committee of Asbestos Personal Injury Claimants Objection to the Debtors' Application for an Order Pursuant to §§ 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors Nunc Pro Tunc to the Petition Date **[Docket No. 1968**]

C.    The United States Trustee's Objection to the Debtors' Application for an Order Pursuant to §§ 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors Nunc Pro Tunc to the Petition Date **[Docket No. 2189]**

D.    Limited Objection of The Official Committee of Unsecured Creditors to The Debtors Application for an Order Pursuant to §§ 327(a) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors Nunc Pro Tunc to the Petition Date **[Docket No. 2232]**

E.    Errata to The United States Trustee's Objection to the Debtors' Application for an Order Pursuant to §§ 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of

        Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors Nunc Pro Tunc to the Petition Date **[Docket No. 2442]**

    Replies Filed:

      F.    Debtors' Omnibus Response to the Objections to the Debtors' Application for an Order Pursuant to §§ 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors Nunc Pro Tunc to the Petition Date **[Docket No. 2441]**

    Additional Document(s):

      G.    First Supplemental Declaration of William C. Repko in Support of the Application for an Order Pursuant to §§ 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors Nunc Pro Tunc to the Petition Date **[Docket No. 2435]**

      H.    Second Supplemental Declaration of William C. Repko In Support of the Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors Nunc Pro Tunc to the Petition Date **[Docket No. 3756]**

      I.    Declaration In Support of the Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors Nunc Pro Tunc to the Petition Date **[Docket No. 3773]**

    **Status**:    This matter is going forward as a status conference only.

3.    Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 (A) Establishing Procedures for the Disposition of De Minimis Assets, and (B) Authorizing the Debtors to (i) Pay Related Fees, and (ii) Assume, Assume and Assign, or Reject Related Executory Contracts or Unexpired Leases **[Docket No. 3478]**

Response Deadline: August 13, 2009 at 4:00 p.m.

Responses Filed:

    A.    Objection of the Wayne County Treasurer, the Oakland County Treasury and the City of Detroit to Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 (A) Establishing Procedures for the Disposition of De Minimis Assets, and (B) Authorizing the Debtors to (i) Pay Related Fees, and (ii) Assume, Assume and Assign, or Reject Related Executory Contracts or Unexpired Leases **[Docket No. 3733]**

    B.    Centerpoint Associates, LLC's Limited Objection to Debtors' Motion to Establish Procedures for Disposition of De Minimis Assets **[Docket No. 3779]**

    C.    IDB Leasing Inc.'s Limited Objection to Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363(A) Establishing Procedures for the Disposition of De Minimis Assets, and (B) Authorizing the Debtors to (i) Pay Related Fees, and (ii) Assume, Assume and Assign, or Reject Related Executory Contracts or Unexpired Leases **[Docket No. 3783]**

    D.    Maricopa County Notice of Perfected Liens and Limited Objection to Motion of Debtor for Entry of an Order per 11 USC 105 and 363(A) Establishing Procedures for Disposition of De Minimis Assets, Authorizing Debtors to Pay Related Fees and Assume, Assume and Assign, or Reject Related Executory Contracts Or Unexpired Leases **[Docket No. 3784]**

Replies Filed: None to date.

Additional Document(s): None to date.

**Status:** This matter is going forward. The Debtors expect that all objections will be resolved except for the IDB Leasing objection at Docket No. 3783

4.    Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Rules 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings [**Docket No. 3674**]

Response Deadline: August 13, 2009 at 4:00 p.m.

Responses Filed:

        A.      Boyd Bryant's Objection to Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Rules 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceeding **[Docket No. 3785]**

   Replies Filed:

        B.      Reply of Debtors to Objection of Boyd Bryant to Motion for Entry of an Order Pursuant to Bankruptcy Rules 9006(b) and 9027 to Enlarge the Time to Remove Related Proceedings **[Docket No. 3817]**

   Additional Document(s):    None to date.

   **Status:**    This matter is going forward.

5.   Debtors Motion to Strike the Declaration of Oliver Addison Parker from his Designation of the Record and Issues on Appeal **[Docket No. 3751]**

   Response Deadline:    August 14, 2009 at 5:00 p.m.

   Responses Filed:

        A.      Objection to Debtor's Motion to Strike the Declaration of Oliver Addison Parker from his Designation of the Record and Issues on Appeal **[Docket No. 3794]**

   Replies Filed:

        B.      Debtors Reply to the Objection of Oliver Addison Parker to Debtors Motion to Strike the Declaration of Oliver Addison Parker from his Designation of the Record and Issues on Appeal **[Docket No. 3815]**

   Additional Document(s):    None to date.

   **Status:**    This matter is going forward.

### III.   UNCONTESTED MATTERS:

6.   Motion of Debtors for Entry of Order Granting Additional Time to File Reports of Financial Information or to Seek Modification of Reporting Requirements Pursuant to Bankruptcy Rule 2015.3 **[Docket No. 3662]**

   Response Deadline:    August 13, 2009 at 4:00 p.m.

   Responses Filed:    None to date.

| | Replies Filed: | None to date. |
|---|---|---|
| | Additional Document(s): | None to date. |
| | **Status:** | This matter is going forward. |

7. Application of Official Committee of Unsecured Creditors for Entry of Order Authorizing the Retention and Employment of FTI Consulting, Inc., as its Financial Advisor, Nunc Pro Tunc to June 3, 2009 [**Docket No. 3659**]

| | Response Deadline: | August 13, 2009 at 4:00 p.m. |
|---|---|---|
| | Responses Filed: | None to date. |
| | Replies Filed: | None to date. |
| | Additional Document(s): | None to date. |
| | **Status:** | This matter is going forward on presentment unless Objections are filed. |

8. Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. § 363 Authorizing the Debtors to Amend the Terms of their Engagement Letter with AP Services, LLC **[Docket No. 3686]**

| | Response Deadline: | August 13, 2009 at 4:00 p.m. |
|---|---|---|
| | Responses Filed: | None to date. |
| | Replies Filed: | None to date. |
| | Additional Document(s): | None to date. |
| | **Status:** | This matter is going forward. |

9. Debtors' Fifth Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject Certain Executory Contracts **[Docket No. 3685]**

> Response Deadline: August 13, 2009 at 4:00 p.m.
>
> Responses Filed:
>
>> A. Limited Objection of Kevin Harvick, Inc. to Rejection of Contract **[Docket No. 3799]**
>
> Replies Filed: None to date.

Additional Document(s): None to date.

**Status:** Objection resolved; This matter is going forward on an uncontested basis.

## IV. ADJOURNED MATTERS:

10. Motion for Relief from Stay by Volba Taxi Inc., Sangria Taxi LLC, Lacoste Taxi Inc., Kroshka Taxi Inc., Two Hump Taxi LLC, Praga Taxi Inc., Black Label Taxi LLC, Torpedo Taxi Inc., Hublot Taxi Inc., Student Taxi Inc., Prada Taxi Inc., Kormilitsa Taxi Inc., Piguet Taxi Inc., Pumo Taxi Inc., Bratishka Taxi Inc., Persik Taxi Inc., Yagodka Taxi Inc., Malinka Taxi Inc., Murzik Taxi Inc., Jack Daniels Taxi LLC, Tequila Taxi LLC, Calvados Taxi LLC, Cognac Taxi LLC, Grappa Taxi LLC, Patron Taxi LLC, Bazar Taxi Inc., Downtown Taxi Management, LLC, Tunnel Taxi Management, LLC, Victory Taxi Garage Inc., Mamed Dzhaniyev, Vladimir Basin, Evgeny A. Friedman (Evgeny Friedman and the plaintiffs in the action entitled, Friedman v. General Motors Corp., 08 Civ.2458 (SAS) **[Docket No. 2759]**

    Response Deadline: August 13, 2009 at 4:00 p.m.

    Responses Filed: None to date.

    Replies Filed: None to date.

    Additional Document(s): None to date

    **Status**: This matter has been adjourned to September 14, 2009 at 9:00 a.m.

11. Motion of ACE American Insurance Company and Affiliated Companies to Compel Debtors to Assume or Reject Insurance Polices and Related Agreements [**Docket No. 3272**]

    Response Deadline: July 29, 2009 at 4:00 p.m.; Extended to September 11, 2009

    Responses Filed: None to date.

    Replies Filed: None to date.

    Additional Document(s): None to date.

    **Status:** This matter has been adjourned to September 14, 2009 at 9:00 a.m.

12. Motion of ESIS, Inc. to Compel Debtors to Assume or Reject Claims Administration Services Agreements [**Docket No. 3273**]

  Response Deadline: July 29, 2009 at 4:00 p.m.; Extended to September 11, 2009

  Responses Filed: None to date.

  Replies Filed: None to date.

  Additional Document(s): None to date.

  **Status:** This matter has been adjourned to to September 14, 2009 at 9:00 a.m.

13. Motion for Order Approving Assumption of Agreement for Engine Maintenance Services for Gulfstream 350 Aircraft [**Docket No. 3702**]

  Response Deadline: August 13, 2009 at 4:00 p.m.; Extended to August 31, 2009 at 4:00 p.m.

  Responses Filed: None to date.

  Replies Filed: None to date.

  Additional Document(s): None to date.

  **Status:** This matter has been adjourned to September 14, 2009 at 9:00 a.m.

14. Motion for Entry of Order Authorizing Rejection of Agreement for Engine Maintenance Services for Gulfstream V Aircraft [**Docket No. 3690**]

  Response Deadline: August 13, 2009 at 4:00 p.m.; Extended to August 31, 2009 at 4:00 p.m.

  Responses Filed: None to date.

  Replies Filed: None to date.

  Additional Document(s): None to date.

  **Status:** This matter has been adjourned to September 14, 2009 at 9:00 a.m.

15. Hearing on Motion for Relief from Automatic Stay by Jacqueline H. Edwards [**Docket No. 2946**]

    Response Deadline:    None to date.

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Document(s):    None to date.

**Status:** This matter has been adjourned to September 14, 2009 at 9:00 a.m.

16. Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors [**Docket No. 3212**]

    Response Deadline:    Extended to July 30, 2009 at 12:00 noon.

    Responses Filed:

    A. Objection of Wells Fargo Bank Northwest, N.A., to Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3534]**

    Replies Filed:

    B. Reply to Objection of Wells Fargo Bank Northwest, N.A., to Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3585]**

    Additional Document(s):

    C. Exhibit A (Schedules 1 and 2) re: Declaration Of Tyson M. Lomazow In Support Of Objection Of Wells Fargo Bank Northwest, N.A. **[Docket No. 3538]**

    D. Exhibit A (Schedules 3 and 4) re: Declaration Of Tyson M. Lomazow In Support Of Objection Of Wells Fargo Bank Northwest, N.A. **[Docket No. 3539]**

   E. Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3619]**

 **Status:** This matter is going forward.

17. Verified Motion of Environmental Testing Corporation (ETC) for Payment of Administrative Expenses **[Docket No. 3140]**

 Motion to Authorize Payment on Account of Administrative Expense. **[Docket No. 3141]**

 Response Deadline: Not yet determined.

 Responses Filed: None to date.

 Replies Filed: None to date.

 Additional Document(s):

   A. Memorandum of Law in Support of Verified Motion for Payment of Administrative Expenses. **[Docket No. 3765]** (This Memorandum was withdrawn by counsel for ETC)

 **Status:** This matter has been adjourned to September 14, 2009 at 10:30 a.m.

18. Julie and David Brittinghams Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to have Knowledge of the Relevant Matters **[Docket No. 3664]**

 Response Deadline: September 9, 2009 at 4:00 p.m.

 Responses Filed: None to date.

 Replies Filed: None to date.

 Additional Document(s): None to date.

 **Status:** This matter has been adjourned to September 14, 2009 at 9:00 a.m.

Dated: August 17, 2009
      New York, New York

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession