PEPPER HAMILTON LLP
Nina M. Varughese, Esq. (NV 2347)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
E-mail: varughesen@pepperlaw.com

- and -

Henry J. Jaffe (DE No. 2987)
James C. Carignan (DE No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
E-mail: jaffeh@pepperlaw.com
         carignanj@pepperlaw.com

Counsel for SKF USA Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :   Chapter 11
In re                                                          :
                                                               :   Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.*,                                :   (Jointly Administered)
                                                               :
        Debtors.                                               :
                                                               :   **Re:  D.I. Nos 965, 2468**
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that SKF USA Inc. ("SKF"), through its undersigned counsel, hereby respectfully WITHDRAWS the: (a) Limited Objection of SKF To Notices Of (i) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (ii) Cure Costs Related Thereto (D.I. 965); and the (b) Limited Objection Of SKF To *(Second)* Notice Of (i) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of

#11373601 v1

Personal Property, And Unexpired Leases Of Nonresidential Real Property And (ii) Cure Costs Related Thereto (D.I. 2468).

| | |
|---|---|
| Dated: August 17, 2009<br>Wilmington, DE | Respectfully submitted,<br><br>/s/ James C. Carignan<br>PEPPER HAMILTON LLP<br>Henry Jaffe (Del. No. 2897)<br>James C. Carignan (Del. No. 4230)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>(302) 777-6500<br><br>*Counsel to SKF USA Inc.* |

-2-

#11373601 v1