Christopher J. Battaglia, Esq.
Julie D. Dyas, Esq.
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

*Counsel for EMC Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al. | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF EMC CORPORATION TO**
**PROPOSED CURE AMOUNT [DOCKET NO. 935]**

EMC Corporation ("EMC"), by and through its undersigned counsel, hereby withdraws its Objection to Proposed Cure Amount (Docket No. 935), as referenced in the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto, dated June 5, 2009 (the "Notice").

(remainder of page intentionally blank)

{00082785.1 \ 0189-007}

Dated: New York, New York
      August 17, 2009

**HALPERIN BATTAGLIA RAICHT, LLP**

By: */s/ Christopher J. Battaglia*
Christopher J. Battaglia, Esq.
Julie D. Dyas, Esq.
555 Madison Avenue – 9th Floor
New York, New York 10022
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
Email: cbattaglia@halperinlaw.net

*Counsel for EMC Corporation*