**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                                        :            Chapter 11 Case No.
                                                             :
**MOTORS LIQUIDATION COMPANY**, *et al.*,    :            **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*          :
                                                             :
                   Debtors.    :            (Jointly Administered)
                                                             :
-----------------------------------------------------------------x

**ORDER GRANTING DEBTORS ADDITIONAL TIME TO FILE**
**REPORTS OF FINANCIAL INFORMATION OR TO SEEK MODIFICATION**
**OF REPORTING REQUIREMENTS PURSUANT TO BANKRUPTCY RULE 2015.3**

Upon the Motion, dated August 5, 2009 (the "**Motion**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to Bankruptcy Rule 2015.3 for entry of an order granting additional time to file reports of financial information in respect of entities in which their estates hold a controlling or substantial interest or to seek a modification of such reporting requirements, all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the Debtors are granted an extension through and including October 30, 2009 to file their initial Rule 2015.3 Reports or to file a motion seeking a modification of such reporting requirements for cause, without prejudice to the Debtors' right to seek further extensions of such date; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: *August 18, 2009*
New York, New York

*s/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE