| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date |
|---|---|---|---|---|
| 1 | Broadway in Chicago | Broadway in Chicago<br>Attn: Eileen Lacario<br>151 West Randolph Street<br>Chicago, IL 60601-3108 | Promotional Marketing Agreement | 8/30/2004 |
| 2 | Childress Howard Motorsports | Childress Howard Motorsports<br>Attn: Max Crawford<br>3495 Denver Drive<br>Denver, NC 28037 | Sponsorship Agreement | 1/1/2009 |
| 3 | JR Motorsports | JR Motorsports<br>Attn: Kelley Elledge<br>349 Cayuga Drive<br>Mooresville, NC 28117 | Sponsorship Agreement | 1/1/2008 |
| 4 | Kevin Harvick Inc. | Kevin Harvick Inc.<br>Attn: Kevin Harvick<br>703 Park Lawn Court<br>Kernersville, NC 27284 | Sponsorship Agreement | 1/1/2007 |
| 5 | Stihl Incorporated | Stihl Incorporated<br>Attn: Tom Trebi<br>536 Viking Drive<br>Virginia Beach, VA 23452-7316 | Promotional Marketing Agreement | |
| 6 | H. B. Stubbs Co. | H. B. Stubbs Co.<br>27027 Mound Road<br>Warren, MI 48092-2615 | Exhibits and displays for autoshows, including fabrication of exhibits, design work, and on-site setup | 5/8/2008 |
| 7 | Warren Johnson | Warren Johnson<br>700 North Price Road, Sugar Hill<br>Buford, GA 30518 | Sponsorship Agreement | 1/1/2009 |