Garland S. Cassada
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
gcassada@rbh.com

*Counsel for Kevin Harvick, Inc.*



RECEIVED
AUG 17 2009
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a GENERAL MOTORS CORP., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE RE:
LIMITED OBJECTION OF KEVIN HARVICK, INC.
TO REJECTION OF CONTRACT**

I hereby certify that on August 13, 2009, a copy of Kevin Harvick, Inc.'s Limited Objection to Rejection of Contract and Motion for Admission to Practice *Pro Hac Vice* was duly served to the following parties by Federal Express overnight mail:

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Ted Stenger
Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan 48265

Lawrence S. Buonomo
General Motors Company
300 Renaissance Center
Detroit, Michigan 48265

John J. Rapisardi
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

C-1134145v1                                  1

Matthew Feldman
US Department of the Treasury
1500 Pennsylvania Ave. NW
Room 2312
Washington, DC 20220

Adam C. Rogoff
Robert T. Schmidt
Amy Caton
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

David S. Jones
Matthew L. Schwartz
US Attorney's Office SDNY
86 Chambers St., Third Floor
New York, NY 10007

Michael J. Edelman
Michael L. Schein
Vedder Price, PC
1633 Broadway, 47th Floor
New York, NY 10019

Diana G. Adams
US Trustee for the SDNY
33 Whitehall St., 21st Floor
New York, NY 10004

Dated: August 13, 2009

Respectfully submitted,

ROBINSON, BRADSHAW & HINSON, P.A.

By: /s/ *Garland S. Cassada*

Garland S. Cassada
*Admission to practice pro hac vice pending*
North Carolina State Bar No. 12352
101 N. Tryon Street; Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
gcassada@rbh.com

*Counsel for Kevin Harvick, Inc.*

C-1134145v1                                  2