# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| General Motors Corporation, et al. ) | Case No. 09-50026 (REG) |
| Debtors ) | |
| ) | |
| ) | |

## MOTION TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW**, Gene T. Moore with the law firm Gene T. Moore Attorney at Law, P.C. as attorney of record for Jacqueline H. Edwards and informs the Court and all those parties with an interest in the hearing scheduled to be held on **August 18, 2009 at 9:45 a.m. Eastern Time**, concerning the Motion for Relief from the Automatic Stay filed with this Honorable Court by Jacqueline Edwards concerning a lawsuit currently pending in the Circuit Court of Greene County, Alabama CV: 2008-90002. Jacqueline Edwards requests the **Motion for Relief from Automatic Stay** be withdrawn without prejudice. The proof of claim will remain pending.

Dated this 12th day of August, 2009.

/s/Gene T. Moore
Gene T. Moore (MOO-068)
Gene T. Moore, Attorney at Law, P.C.
1802 15th Street
Tuscaloosa, Alabama 35401
Phone: 205-349-5413   Facsimile: 205-345-2512



RECEIVED AUG 17 2009 U.S. BANKRUPTCY COURT, SDNY