BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan  48304
Telephone:  (248) 258-1616
Facsimile:  (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Sankyo Oilless Industry (USA) Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Motors Liquidation Company, *et al.,*<br>     f/k/a General Motors Corp., *et al.,*<br><br>                              Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF SANKYO
OILLESS INDUSTRY (USA) CORP. TO DEBTORS' NOTICE OF INTENT TO
ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED
LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF
<u>NONRESIDENTIAL PROPERTY</u>**

Sankyo Oilless Industry (USA) Corp., by and through its undersigned counsel, hereby

withdraws its Limited Objection (Docket No. 1826) to the proposed Cure Amount scheduled on

the Debtors' contractnotices.com website as the parties have reconciled their differences with respect to the correct and final cure amount.

Dated: New York New York
      August 17, 2009

                    BUTZEL LONG, a professional corporation

                    By:    /s/   Robert Sidorsky
                           Robert Sidorsky, Esq.
                           Eric B. Fisher, Eq.
380 Madison Avenue
22nd Floor
New York, NY 10017
Tel.: (212) 818-1110
Fax: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Sankyo Oilless Industry (USA) Corp.*