POLING, McGAW & POLING, P.C.
D. Douglas McGaw (P24166)
Kathryn E. Driscoll (P69727)
5455 Corporate Drive, Suite 104
Troy, MI 48098
(248) 641-0500

*Attorneys for Creditor DeMaria Building Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____/
In Re:

      GENERAL MOTORS CORPORATION,

      Debtor.

Chapter 11
Case No. 09-50026-reg
Hon. Robert E. Gerber

_____/

**INDEX OF EXHIBITS**

Exhibit A -   General Motors Warren Tech Center Construction Lien

Exhibit B -   OnStar Call Center Construction Lien

Exhibit C -   Notices of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto as to DeMaria Building Company's Contract for the General Motors Warren Tech Center

Exhibit D -   Notices of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto as to DeMaria Building Company's Contract for the OnStar Call Center.

Exhibit E -   the General Motors Warren Tech Center Supplier Detail Sheet for DeMaria.

Exhibit F -   the OnStar Call Center Supplier Detail Sheet for DeMaria.

                          **/s/D. Douglas McGaw**
                          D. Douglas McGaw (P24166)
                          Kathryn E. Driscoll (P69727)
                          Poling, McGaw & Poling, P.C.
                          5455 Corporate Drive, Suite 104
                          Troy, MI   48098
                          (248) 641-0500
                          Pmppc@aol.com
                          (P24166), Attorneys for DeMaria Building Co.