# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

_____/

In Re:

    GENERAL MOTORS CORPORATION,

        Debtor.

Chapter 11
Case No. 09-50026-reg
Hon. Robert E. Gerber

_____/

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN    )
                              )§
COUNTY OF OAKLAND    )

    D. Douglas McGaw, being first duly sworn, deposes and says that on August 18, 2009 he did serve a true and correct copy of:

1. Creditor DeMaria Building Company's Objection to Debtors' Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts related thereto; and
2. This Certificate of Service upon:

the parties to this Chapter 11 Bankruptcy Proceeding by ECF Filing.

                                        **/s/D. Douglas McGaw**
                                        D. Douglas McGaw (P24166)
                                        Kathryn E. Driscoll (P69727)
                                        Poling, McGaw & Poling, P.C.
                                        5455 Corporate Drive, Suite 104
                                        Troy, MI   48098
                                        (248) 641-0500
                                        Pmppc@aol.com
                                        (P24166), Attorneys for DeMaria Building Co.