**HAYNES AND BOONE, LLP**
1221 Avenue of the Americas, 26th Floor
New York, New York 10020
Telephone: (212) 659-7300
Facsimile:  (212) 884-8228
Judith Elkin (NY Bar No. 4249439)
Matthew E. Russell (NY Bar No. 4475935)

*Attorneys for CEVA Logistics U.S., Inc., CEVA*
*Logistics Canada, ULC, CEVA Logistics de Mexico,*
*S.A. de C.V., CEVA Freight, LLC, EGL Eagle*
*Global Logistics, LP, EGL, Inc., CEVA Freight*
*Belgium N.V., and CEVA International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
**GENERAL MOTORS CORP.,** *et al.***,**         :         :    Case No. 09-50026 (REG)
                                                               :
                                        Debtors.    :    (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF CEVA TO NOTICE OF**
**(I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY**
**CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED**
**LEASES OF NONRESIDENTIAL REAL PROPERTY AND**
**(II) CURE AMOUNTS RELATED THERETO**

CEVA Logistics U.S., Inc., CEVA Logistics Canada, ULC, CEVA Logistics de Mexico, S.A. de C.V., CEVA Freight, LLC, EGL Eagle Global Logistics, LP, EGL, Inc., CEVA Freight Belgium N.V., and CEVA International, Inc. (collectively, "CEVA"), by and through their counsel, Haynes and Boone, LLP, file this Notice of Withdrawal of Limited Objection (the "Limited Objection") to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of

Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "Notice")[1], and respectfully state as follows:

1. On June 13, 2009, CEVA filed its Limited Objection to the Notice which appears as Docket No. 698 on the Court's Docket.

2. CEVA and the Debtors have negotiated in good faith in regards to the matters set forth in the Limited Objection, and have resolved all issues set forth therein.

3. CEVA has executed and delivered to the Debtors and the Purchaser a confidential letter agreement (the "Letter Agreement") identifying the executory contracts being assumed by the Debtors and assigned to the Purchaser, and resolving all cure amounts in regards to the contracts identified in the Letter Agreement.

4. Based on the representations set forth in and the terms of the Letter Agreement, CEVA hereby withdraws its Limited Objection to the Notice

Dated: August 17, 2009.

        **HAYNES AND BOONE, LLP**

        */s/ Judith Elkin*
        Judith Elkin  (NY Bar No. 4249439)
        Matthew E. Russell (NY Bar No. 4475935)
        1221 Avenue of the Americas, 26th Floor
        New York, New York  10020
        Tel:  (212) 659-7300
        Fax:  (212) 918-8989

        *Attorneys for CEVA Logistics U.S., Inc., CEVA Logistics Canada, ULC, CEVA Logistics de Mexico, S.A. de C.V., CEVA Freight, LLC, EGL Eagle Global Logistics, LP, EGL, Inc., CEVA Freight Belgium N.V., and CEVA International, Inc.*

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings defined in the Notice.