Gordon J. Toering (P46409)
Michael B. O'Neal (P66247)
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Ph: (616) 752-2185
Fax: (616) 222-2185
gtoering@wnj.com
moneal@wnj.com
Attorneys for SPS Technologies, LLC,
SPS Technologies Waterford Company,
NSS Technologies, Inc., and
AVK Division of Avibank Mfg., Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

In re

GENERAL MOTORS CORP., *et al.*,

Debtors.

---------------------------------------------------------- x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

**WITHDRAWAL OF LIMITED OBJECTION OF SPS TECHNOLOGIES, LLC, SPS TECHNOLOGIES WATERFORD COMPANY, NSS TECHNOLOGIES, INC., AND AVK DIVISION OF AVIBANK MFG., INC. TO THE DEBTORS' MOTION FOR SALE OF PROPERTY UNDER 363(b)/DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(b), (f), (k), AND (m), AND 365 AND BANKRUPTCY RULES 2002, 6004, AND 6006 TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS LLC, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND THE NOTICE OF FILING OF SCHEDULE OF CERTAIN DESIGNATED SUPPLIER AGREEMENTS AND CURE COSTS RELATED THERETO**

SPS Technologies, LLC (including former Greer Stop Nut, Inc.), SPS Technologies Waterford Company, AVK Division of Avibank Mfg., Inc., and NSS Technologies, Inc. (hereinafter collectively referred to as "NSS"), by its undersigned counsel, hereby withdraws without prejudice its limited objection to the Debtors' Motion for Sale of Property under Section

363(b)/Debtors Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (I) Approve (A) The Sale Pursuant to The Master Sale and Purchase Agreement with Vehicle Acquisition Holdings LLC, A U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Other Relief; and (II) Schedule Sale Approval Hearing (Docket No. 92) ("Sale Motion") and the Notice of Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and Cure Amounts Related Thereto.  The limited objection was filed on June 12, 2009 (Docket 757).

Dated:  August 18, 2009

/s/ Gordon J. Toering
Gordon J. Toering (P46409)
Michael B. O'Neal (P66247)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2185
Fax: (616) 222-2185
gtoering@wnj.com
moneal@wnj.com
Attorneys for SPS Technologies, LLC,
SPS Technologies Waterford Company,
NSS Technologies, Inc., and
AVK Division of Avibank Mfg., Inc.

1697483