James M. Sullivan, Esq.
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorneys for Superior Industries
International, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

In re

GENERAL MOTORS CORP., *et al.*,

                  Debtors.

-------------------------------------------------------- x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

## NOTICE OF CONDITIONAL WITHDRAWAL OF THE LIMITED OBJECTIONS OF SUPERIOR INDUSTRIES INTERNATIONAL, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO

PLEASE TAKE NOTICE that Superior Industries International, Inc. ("Superior") hereby

withdraws its Limited Objections to the Notice of (I) Debtors' Intent to Assume and Assign

Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of

Nonresidential Real Property and (II) Cure Costs Related Thereto [Docket Nos. 909 and 1111].

The withdrawal is conditioned upon the Debtors' agreement to the cure amount reflected in that

certain Agreement to Resolve Objection to Cure Notice dated August 6, 2009 that was entered

into between Superior and the Debtors.

NYC/438812.1

Dated:    August 18, 2009            ARENT FOX LLP
          New York, New York          Attorneys for Superior Industries International, Inc.

                                      By:    _____/s/ James M. Sullivan_____
                                             James M. Sullivan, Esq.
                                             1675 Broadway
                                             New York, NY 10019
                                             (212) 484-3900
                                             (212) 484-3990 (Fax)