Matthew S. Barr
Tyson M. Lomazow
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000
mbarr@milbank.com
tlomazow@milbank.com

-and-

David S. Cohen (admitted pro hac vice)
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
International Square Building
1850 K Street, N.W.
Suite 1100
Washington, D.C. 20006-5417
Telephone: (202) 835-7517
Email: dcohen2@milbank.com

*Attorneys for Manufacturers and Traders Trust Company and Wells Fargo Northwest, National Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**VERIFIED STATEMENT OF MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP ("**Milbank**"), counsel for

(i) Manufacturers and Traders Trust Company, 25 South Charles Street, 16th Floor, Baltimore,

Maryland 21201, not individually, but solely in its capacity as successor Indenture Trustee under

the 2000A Transaction (defined below) ("**M&T**") and (ii) Wells Fargo Northwest, National

Association, 299 S. Main Street, 12th Floor, Salt Lake City, UT 84111, not individually, but solely in its capacity as Indenture Trustee under the 2001A Transaction (defined below) ("**Wells Fargo**," and together with M&T, the "**Indenture Trustees**"), does hereby make the following verified statement pursuant to rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. **Nature and Amount of Claims**

M&T is successor Indenture Trustee under that certain leveraged lease transaction, commonly known as GM 2000A, among Motors Liquidation Company (formerly known as General Motors Corporation), as lessee, U.S. Bank National Association, as successor Owner Trustee, certain Owner Participants, and M&T, as successor Indenture Trustee (the "**2000A Transaction**"). As of June 1, 2009, M&T, as successor Indenture Trustee, holds claims on behalf of the holders of certain pass-through certificates issued pursuant to the 2000A Transaction in the aggregate principal amount of approximately $107.5 million, plus fees and expenses.

Wells Fargo is Indenture Trustee under that certain leveraged lease transaction, commonly known as GM 2001A, among Motors Liquidation Company (formerly known as General Motors Corporation), as lessee, U.S. Bank National Association, as successor Owner Trustee, certain Owner Participants, and Wells Fargo, as Indenture Trustee (the "**2001A Transaction**," and together with the 2000A Transaction, the "**Leveraged Lease Transactions**"). As of June 1, 2009, Wells Fargo, as Indenture Trustee, holds claims on behalf of the holders of certain equipment notes issued pursuant to the 2001A Transaction in the aggregate principal amount of approximately $247 million, plus fees and expenses.

Milbank reserves the right to revise and supplement these statements, including in particular as to the nature and amount of claims held by the Indenture Trustees.

**2.    Facts And Circumstances Of Counsel's Engagement**

Both of the Indenture Trustees have separately retained Milbank to represent their respective interests with respect to the Leveraged Lease Transactions in connection with the above-captioned cases.

**3.    Claims Or Interests Of Counsel**

Upon information and belief formed after due inquiry, Milbank does not hold any claims against or interests in Motors Liquidation Corporation (formerly known as General Motors Corporation) or any of its affiliated debtors and debtors in possession.

Dated: New York, New York
August 18, 2009

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

   /s/ Tyson M. Lomazow
Matthew S. Barr
Tyson M. Lomazow
1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone:  (212) 530-5000
Facsimile:   (212) 530-5219
mbarr@milbank.com
tlomazow@milbank.com

-and-

David S. Cohen (admitted pro hac vice)
International Square Building
1850 K Street, N.W.
Suite 1100
Washington, D.C.  20006-5417
Telephone:  (202) 835-7517
Email: dcohen2@milbank.com

*Attorneys for Manufacturers and Traders Trust Company and Wells Fargo Northwest, National Association*