AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
Barbara Lee Caldwell (SBN #003246)
Email: blc@ashrlaw.com

Attorneys for Maricopa County

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, et al.<br>*fka* GENERAL MOTORS CORPORATION,<br><br>Debtors. | Case No. 1:09-bk-50026-REG<br><br>Chapter 11<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MARICOPA COUNTY'S LIMITED OBJECTION TO THE MOTION OF DEBTORS FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 363(A) ESTABLISHING PROCEDURES FOR THE DISPOSITION OF *DE MINIMIS* ASSETS, AND (B) AUTHORIZING THE DEBTORS TO (i) PAY RELATED FEES, AND (ii) ASSUME, ASSUME AND ASSIGN, OR REJECT RELATED <u>EXECUTORY CONTRACTS OR UNEXPIRED LEASES</u>**

Maricopa County, by and through its undersigned counsel, hereby withdraws its Limited Objection to the Motion of Debtor's for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363(A) Establishing Procedures for the Disposition of *De Minimis* Assets, and (B) Authorizing the Debtors to (i) Pay Related Fees, and (iii) Assume, Assume and Assign, or Reject Related Executory Contracts or Unexpired Leases filed at Docket No. 3784 and dated August 12, 2009..

DATED this 18 day of August, 2009.

Aiken Schenk Hawkins & Ricciardi P.C.

BY: /s/ Barbara Lee Caldwell
BARBARA LEE CALDWELL

| | |
|---|---|
| 1 | Attorney for Maricopa County |

Copies of the foregoing **MAILED** or **ELECTRONICALLY** mailed this 18 day of August 2009 to:

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: harvey.miller@weil.com
Email: Stephen.karotkin@weil.com
Email: Joseph.Smolinsky@weil.com
Attorneys for Debtors

Motors Liquidation Company
(f/k/a General Motors Corporation)
Attn:   Ted Stenger
300 Renaissance Center
Detroit, MI  48265

General Motors Company
Attn:   Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI  48265

Cadwalader, Wickersham & Taft LLP
Attn:   John J. Rapisardi, Esq.
One World Financial Center
New York, NY  10281
Attorneys for the U.S. Dept. of the Treasury

U.S. Dept. of the Treasury
Attn:   Matthew Feldman, Esq.
1500 Pennsylvania Ave., Room 2312
Washington, D.C.  20220

Vedder Price, P.C.
Attn:   Michael J. Edelman, Esq.
        Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY  10019
Attorneys for Export Development Canada

Kramer Levin Naftalis & Frankel LLP
Attn:   Kenneth H. Eckstein, Esq.
        Thomas Moers Mayer, Esq.
        Adam C. Rogoff, Esq.
        Gordon Z. Novod, Esq.
1177 Avenue of the Americas
New York, NY  10036
Email: gnovod@kramerlevin.com
Attorneys for the Statutory Committee of Unsecured Creditors

1   Office of the United States Trustee
    Southern District of New York
2   Attn:   Diana G. Adams, Esq.
    33 Whitehall Street, 21st Floor
3   New York, NY  10004

4   U.S. Attorney's Office, S.D.N.Y.
    Attn:   David S. Jones, Esq.
           Matthew L. Schwartz, Esq.
5   86 Chambers St., Third Floor
    New York, NY  10007
6

7   By: _____