Dwight Yellen (DY 6547)
**BALLON STOLL BADER & NADLER, P.C.**
729 Seventh Avenue – 17th Floor
New York, NY 10019
212.575-7900
Fax 212.764-5060
www.ballonstoll.com
*Attorneys for Creditor and Contract Party*
  JMJ Films, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
*In re:*                                                              Chapter 11

MOTORS LIQUIDATION COMPANY,                  09-50026 (REG)

                                                                        Jointly Administered
            Debtor and
            Debtor-in-Possession.

-----------------------------------------------------------x

## AFFIRMATION/CERTIFICATION OF SERVICE

LINDSAY M. NATHAN, an attorney duly admitted to practice before the Southern District of New York and the Courts of the State of New York, affirms, declares and certifies under penalty of perjury:

I am not a party to the action, am over 18 years of age, am an associate with Ballon Stoll Bader & Nadler, P.C. and have an office at 729 Seventh Ave—17th Fl., New York, New York 10019.

On August 18, 2009 I served or caused to be served JMJ Films, Inc.'s ("JMJ") Notice of Withdrawal of Objection in Opposition to Motion to Reject Executory Contracts [**Docket No. 3821**] via first class mail to the parties listed on the attached service list.

All other parties were served electronically via ECF.

Dated: New York, New York
           August 18, 2009

                                                                        _____
                                                                        LINDSAY M. NATHAN (LN 5065)

{00121327;1}

**Service Matrix List**
General Motors Corp., et al., Debtor
Chapter 11 Case No. 09-50026 (REG) Jointly Administered

**JMJ FILMS, INC.
C/M NO. 14361.010**

Weil Gotshal & Manges LLP
*Attorneys for the Debtors*
767 Fifth Avenue
New York, New York  10153
Attn:  Harvey R. Miller, Esq.
      Stephen Karotkin, Esq., and
      Joseph H. Smolinsky, Esq.

General Motors Corporation
*Debtors*
300 Renaissance Center
Detroit, Michigan  48265

**Attn: Lawrence S. Buonomo, Esq.**

Cadwalader, Wickersham & Taft LLP
*Attorneys for the United States Department of the Treasury*
One World Financial Center
New York, New York  10281

**Attn: John J. Rapisardi, Esq.**

The United States Department of the Treasury
1500 Pennsylvania Avenue NW – Room 2312
Washington, DC  20220

**Attn:  Matthew Feldman, Esq.**

Vedder Price, P.C.
*Attorneys for Export Development Canada*
1633 Broadway – 47th Floor
New York, New York  10019

**Attn:  Michael J. Edelman, Esq., and
       Michael L. Schein, Esq.**

Kramer Levin Naftalis & Frankel LLP
*Attorneys/Statutory Committee of Unsecured Creditors*
1177 Avenue of the Americas
New York, New York  10036
**Attn:  Kenneth H. Eckstein, Esq.; Thomas Moers
       Mayer, Esq.; Adam C. Rogoff, Esq., and
       Gordon Z. Novod, Esq.**

The International Union, United Automobile,
Aerospace and Agricultural Implement Workers of
America (the "**UAW**")
8000 East Jefferson Avenue
Detroit, Michigan 48214

**Attn:  Daniel W. Sherrick, Esq.**

Cleary Gottlieb Steen & Hamilton LLP
*Attorneys for the UAW*
One Liberty Plaza
New York, New York 10006

**Attn:  James L. Bromley, Esq.**

Cohen, Weiss and Simon LLP
*Attorneys for the UAW*
330 West 42nd Street
New York, New York  10036

**Attn: Babette Ceccotti, Esq.**

The Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street – 21st Floor
New York, New York   10004

**Attn:  Diana G. Adams, Esq.**

JMJ Films, Inc.
11 West 84th Street
New York, New York 10024

**Attn:  James L. Moskovitz**

Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue – 17th Floor
New York, New York 10019

**Attn:  Dwight Yellen, Esq.**
      **Robert M. Jaffe, Esq.**

The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street – Third Floor
New York, New York 10007

**Attn:  David S. Jones, Esq., and**
      **Matthew L. Schwartz, Esq.**