CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
James L. Bromley

*Attorneys for International Business Machines Corporation
and certain of its affiliates (including IBM Credit LLC)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
In re                                                                    :    Chapter 11
                                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,                                    :    Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*                                     :
                                                                         :    (Jointly Administered)
                                Debtors.                                 :
                                                                         :
------------------------------------------------------------------------ X

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF IBM TO DEBTORS' PROPOSED CURE COSTS

International Business Machines Corporation ("IBM Corp.") and IBM Credit LLC ("IBM Credit", and together with IBM Corp. and certain other affiliates of IBM Corp., "IBM"), by and through its undersigned counsel, hereby withdraws the Limited Objection To Proposed Cure Costs, filed on June 15, 2009 [Docket No. 1092] (as supplemented on June 26, 2009 [Docket No. 2632]), based upon, *inter alia*, a letter agreement with General Motors Company, dated July 30, 2009, setting forth the correct amount of cure payments due to IBM pursuant to Section 365 of the Bankruptcy Code and the payment of such cure amounts (the "Letter Agreement"). IBM reserves all rights in the event that prompt payment of the agreed-upon cure amount is not made as set forth in the Letter Agreement.

1

Dated: New York, New York
August 19, 2009

                Respectfully submitted,

                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                By:  /s/ James L. Bromley
                     James L. Bromley
                     Member of the Firm
                     One Liberty Plaza
                     New York, New York 10006
                     Telephone:  (212) 225-2000
                     Facsimile:  (212) 225-3999

                     *Attorneys for International Business Machines*
                     *Corporation and certain of its affiliates*
                     *(including IBM Credit LLC)*