

**terry burchfield**
<burch1974@yahoo.com>
08/19/2009 10:50 AM

To   helene_blum@nysb.uscourts.gov
cc
bcc
Subject   gm not fufilling buyout obligations

judge gerber; my name is terry burchfield , iwould like to file a endorsement claim against general motors , concerning gm not honoring their buy out agreement which i signed up for on may 29,2009. gm closed my plant on dec 23,2008 ,which i gave 11yrs of my life to , my wife is on ss disability for a stroke she had on jan 8 , 2000 while i was at work. since march of 2008 till now i have had 2 back surgeries and my rotator cuff reattached , and no pay check since may22,2009. we were going to pay off our house and get out of debt ,we have been living out of our savings acct which by christmas will all be gone , probably by jan or feb the house will b gone to, with a handicapped wife this has put major stress on me. i just have a very hard time with the fact that the new gm says they are not going to pay, i am under the old gm with the others that got there buy out monies , but i have not recieved a dime, gm has basically thrown the remaning 35 people (maybe more) under the bus without a second thought . and yet my govt bailed them out without asking them how they plan on dealing with the individuals and there closing agreement with the employees. well this a first for me doing anything like this , i have lost pretty much all faith in my union officials, i have contacted my local, and state senators concerning this issue , notsure of next step to take , i am waiting on my dissability claim to get approved by the way. this all i have to say i would appreciate any thing u can do to help this bad situation from going to worse , i appreciate your time and thank you for stoping this corporate greed .   my home phone is 937-256-6569 , my cell is 937-673-0292 , address is 1712 rawson place dayton ohio 45432. my wife and i are basically asking for your help desperatly. waiting for your reply asap thank you.

Endorsed Order

This will be deemed to be a proof of claim for
a unsecured claim. But if Mr. Burchfield desires further relief, he
must make a motion for it, on notice to the Debtors and Creditors Committee.

*s/ Robert E. Gerber   8/19/2009*