Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                              :    **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,          :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*           :
:
                            Debtors.               :    **(Jointly Administered)**
:
------------------------------------------------------------x

## SECOND AMENDED LIST OF DEBTORS[1]

| Case No. | Debtor | Address | Tax ID Number |
|---|---|---|---|
| 09-50026 | Motors Liquidation Company | 300 Renaissance Center Detroit, MI 48265-3000 | 38-0572515 |
| 09-13558 | MLC of Harlem, Inc. | 2485 Second Avenue New York, NY 10035 | 20-1426707 |
| 09-50027 | MLCS, LLC | 300 Renaissance Center Detroit, MI 48265-3000 | 38-2577506 |

---

[1] This Second Amended List of Debtors reflects the change in names of Chevrolet-Saturn of Harlem, Inc., Saturn, LLC, and Saturn Distribution Corporation, effective August 18, 2009, as authorized by this Court's Order (i) Authorizing the Sale of Assets Pursuant to the Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (ii) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (iii) Granting Related Relief, dated July 5, 2009 [Docket No. 2968].

2

| 09-50028 | MLCS Distribution Corporation | 300 Renaissance Center Detroit, MI 48265-3000 | 38-2755764 |

Dated: New York, New York
August 19, 2009

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession