APPEARANCE

# United States Bankruptcy Court

For the _Southern_ District of _New York_

In re MOTORS LIQUIDATION COMPANY, )
et al., f/k/a General Motors Corp., et al., ) Case No. 09-50026 (REG)
Debtors. )
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Broadway in Chicago LLC

| Forrest B. Lammiman | Meltzer, Purtill & Stelle, LLC |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ Forrest B. Lammiman | FIRM ID NUMBER: |
| Signature | 300 South Wacker Drive, Suite 3500 |
| ATTORNEY ID NUMBER   6208632 | Street Address |
| | Chicago, Illinois 60606-6704 |
| | City    State    Zip |
| | Telephone    312-987-9900 |

Trial Attorneys*

_____ Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: August 18, 2009

TYPE OF DEFENSE COUNSEL:

CJA_____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P_____ D_____ TP_____