UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :
                                                            :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                       :
        f/k/a General Motors Corp., *et al.*                :   09-50026 (REG)
                                                            :
                            Debtors.                        :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )
                    ) ss
COUNTY OF KING      )

I, Laurie M. Thornton, being duly sworn, depose and state:

1.  I am a Senior Bankruptcy Consultant with the Business Reorganization Department of the Seattle office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, WA 98104.

2.  On August 18, 2009 at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (contract counterparties):

- Fifth Omnibus Order Pursuant to 11 U.S.C. § 365 of the Bankruptcy Code to Reject Certain Executory Contracts [Docket No. 3833].

/s/ Laurie M. Thornton
LAURIE M. THORNTON

Sworn to before me this 19th day of
August, 2009

/s/ Brook Lyn Bower
Brook Lyn Bower
Notary Public, State of Washington
Qualified in King County
Commission Expires July 26, 2012

Notary Public
State of Washington
BROOK LYN BOWER
MY COMMISSION EXPIRES
July 26, 2012

# EXHIBIT A

BROADWAY IN CHICAGO
ATTN: EILEEN LACARIO
151 W RANDOLPH ST
CHICAGO IL 60601-3108

CHILDRESS HOWARD MOTORSPORTS
MAX CRAWFORD
3495 DENVER DRIVE, DENVER
DENVER NC 28037

JR MOTORSPORTS
ATTN: KELLEY ELLEDGE
349 CAYUGA DRIVE
MOORESVILLE NC 28117

KEVIN HARVICK INC.
ATTN: KEVIN HARVICK
703 PARK LAWN COURT
KERNERSVILLE NC 27284

STIHL INCORPORATED
ATTN: TOM TREBI
536 VIKING DR
VIRGINIA BEACH VA 23452-7316

STUBBS, H B CO
27027 MOUND RD
WARREN MI 48092-2615

WARREN JOHNSON
WARREN JOHNSON
700 NORTH PRICE ROAD, SUGAR HILL
BUFORD GA 30518