**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                        :

**In re**                                :           **Chapter 11 Case No.**
                                          :

**MOTORS LIQUIDATION COMPANY,** *et al.***,**   :       **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*   :

                         **Debtors.**     :       **(Jointly Administered)**
                                          :

----------------------------------------------------------------x

### ORDER GRANTING DEBTORS' MOTION TO STRIKE THE DECLARATION OF OLIVER ADDISON PARKER FROM HIS DESIGNATION OF THE RECORD ON APPEAL AND DENYING OLIVER ADDISON PARKER'S CROSS-MOTION TO STRIKE STATEMENT OF ISSUES

Upon the Motion of Motors Liquidation Company (f/k/a General Motors

Corporation) and its affiliated debtors (collectively, the "**Debtors**"), dated August 11, 2009 (the

"**Motion**"), to strike the Declaration of Oliver Addison Parker, dated July 27, 2009 (the

"**Declaration**"), which was filed in connection with Oliver Addison Parker's (I) Designation of

Items to be Included in the Record on Appeal and (II) Statement of Issues to be Presented

[Docket No. 3551], filed on July 28, 2009 (the "**Designation**"), as more fully set forth in the

Motion; and upon the objection to the Motion (the "**Objection**") and cross-motion (the "**Cross-**

**Motion**") filed by Oliver Addison Parker ("**Parker**"), dated August 14, 2009; and upon the

Debtors' reply to the Objection and Cross-Motion, dated August 17, 2009 (the "**Reply**"); and a

hearing having been held on August 18, 2009 (the "**Hearing**") to consider the relief requested in

the Motion and the Cross-Motion; and upon the record of the Hearing, and all of the proceedings

had before the Court; and the Court having determined that the legal and factual bases set forth

in the Motion establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that, for the reasons set forth on the record of the Hearing, the Motion

is granted as provided herein; and it is further

ORDERED that, for the reasons set forth on the record of the Hearing, the Cross-

Motion is denied; and it is further

ORDERED that the Declaration submitted in connection with the Designation

shall not be included in the record on appeal with respect to the appeal filed by Parker from (i)

that certain Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale

and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II)

Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases

in Connection with the Sale; and (III) Granting Related Relief, dated July 5, 2009; and (ii) that

certain Decision on Debtors' Motion for Approval of (1) Sale of Assets to Vehicle Acquisition

Holdings LLC; (2) Assumption and Assignment of Related Executory Contracts; and (3) Entry

into UAW Retiree Settlement Agreement, dated July 5, 2009; and it is further

ORDERED that Parker shall file and serve on the attorneys for the Debtors a

revised Designation of Record that does not include the Declaration by August 21, 2009 at 5:00

p.m. (Eastern Time).

Dated: New York, New York
        August **20**, 2009


_s/ Robert E. Gerber_
United States Bankruptcy Judge