Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Ph:  (616) 752-2185
Fax:  (616) 222-2185
gtoering@wnj.com
Attorneys for Newkirk Electric & Associates, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
In re

GENERAL MOTORS CORP., *et al.*,

Debtors.

-------------------------------------------------------- x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

# WITHDRAWAL OF LIMITED OBJECTION OF
# NEWKIRK ELECTRIC & ASSOCIATES, INC. TO THE DEBTORS'
# NOTICE OF FILING OF SCHEDULE OF CERTAIN DESIGNATED SUPPLIER
# AGREEMENTS AND CURE COSTS RELATED THERETO

Newkirk Electric & Associates, Inc. ("Newkirk"), by its undersigned counsel, hereby withdraws without prejudice its limited objection to its Limited Objection to the Debtors' Notice of filing of Schedule of Certain Designated Supplier Agreements and Cure Costs Related Thereto.  The limited objection was filed on June 15, 2009 (Docket 1138).

Dated:  August 20, 2009

/s/ Gordon J. Toering
Gordon J. Toering (P46409)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center, 111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone:  (616) 752-2185
Fax:  (616) 222-2185
Email:  gtoering@wnj.com
Attorneys for Newkirk Electric & Associates, Inc.

1698888

1