Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

*Coastal Container Corporation*
*Vericorr Packaging of Coastal, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
In Re:                                                    :       Chapter 11 Case No.
                                                          :
**MOTORS LIQUIDATION COMPANY**                            :
**f/k/a GENERAL MOTORS CORP.,** *et al.,*                 :       **09-50026 (REG)**
                                                          :
                            Debtors.                      :       **(Jointly Administered)**
                                                          :
                                                          :       **Hon. Robert E. Gerber**
---------------------------------------------------------x

## WITHDRAWAL OF LIMITED OBJECTION

The Limited Objection by Coastal Container Corporation and Vericorr Packaging of Coastal, LLC to the Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contract, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto, filed by Mary Kay Shaver on June 15, 2009, at Docket No. 1243, is hereby withdrawn.

Respectfully submitted,

Varnum LLP

Dated: August 20, 2009           By:   /s/ Mary Kay Shaver
                                       Mary Kay Shaver (P-60411)
                                 Business Address:
                                       Bridgewater Place
                                       P. O. Box 352
                                       Grand Rapids, MI  49501-0352
                                       (616) 336-6000
#2848624                               mkshaver@varnumlaw.com