**ANNEX I**

| # | Dealer Name | Majority Owner | Dealer Address | Dealer Code | GM Brand | Contract Date |
|---|---|---|---|---|---|---|
| 1 | B & J Motors, Inc. | Craig Cox | 201 W First St, Ogallala, NE 69153 | 197959 | Buick | 11/1/05 |
| 2 | B & J Motors, Inc. | Craig Cox | 201 W First St, Ogallala, NE 69153 | 197959 | Chevrolet | 11/1/05 |
| 3 | Bruce Chevrolet, Inc. | D. Bruce Patchett | 1084 SW Oak St, Hillsboro, OR 97123 | 114411 | Chevrolet | 11/1/05 |
| 4 | Bruce Chevrolet, Inc. | D. Bruce Patchett | 1084 SW Oak St, Hillsboro, OR 97123 | 114411 | Chevrolet Medium Duty Truck | 11/1/05 |
| 5 | C. Thompson Automotive, Inc. | A.Claude Thompson | 1706 Montague Ave Ext, Greenwood, SC 29649 | 116453 | Buick | 11/1/05 |
| 6 | C. Thompson Automotive, Inc. | A.Claude Thompson | 1706 Montague Ave Ext, Greenwood, SC 29649 | 116453 | Pontiac | 11/1/05 |
| 7 | C. Thompson Automotive, Inc. | A.Claude Thompson | 1706 Montague Ave Ext, Greenwood, SC 29649 | 116453 | GMC Truck | 11/1/05 |
| 8 | Cardenas Autoplex Inc. | Renato Cardenas | 111 S Loop 499, Harlingen, TX 78550 | 117713 | Cadillac | 11/1/05 |
| 9 | Carmark, LLC | Gregg Carter | 621 N Washington, Seymour, TX 76380 | 243044 | Buick | 3/10/08 |
| 10 | Carmark, LLC | Gregg Carter | 621 N Washington, Seymour, TX 76380 | 243044 | GMC Truck | 3/10/08 |
| 11 | Carmark, LLC | Gregg Carter | 621 N Washington, Seymour, TX 76380 | 243044 | Pontiac | 3/10/08 |
| 12 | Cassel GMC Truck Sales Corp. | James Cassel | 550 N Ocean Ave, Patchogue, NY 11772 | 119244 | GMC Medium Duty Truck | 11/1/05 |
| 13 | Cassel GMC Truck Sales Corp. | James Cassel | 550 N Ocean Ave, Patchogue, NY 11772 | 119244 | GMC Truck | 11/1/05 |
| 14 | Clyde Chevrolet-Buick, Inc. | Brien Meehan | 808 Talcottville Rd, Vernon-Rockville, CT 06066 | 117923 | Chevrolet | 11/1/05 |
| 15 | Clyde Chevrolet-Buick, Inc. | Brien Meehan | 808 Talcottville Rd, Vernon-Rockville, CT 06066 | 117923 | Buick | 11/1/05 |
| 16 | Colonial Chevrolet Co., Inc. | Ernest Ray Smith | 2380 US Highway 61 South, Woodville, MS 39669 | 114371 | Chevrolet | 11/1/00 |
| 17 | Dean Newton Cadillac-GMC, Inc. | Duane Sparks | 519 W Broadway, Lewistown, MT 59457 | 221557 | GMC Truck | 6/2/06 |
| 18 | Dean Newton Cadillac-GMC, Inc. | Duane Sparks | 519 W Broadway, Lewistown, MT 59457 | 221557 | Cadillac | 6/2/06 |
| 19 | Graves Pontiac-Chevrolet-Buick, Inc. | Ronald Graves | 4040 N First St, Milan, TN 38358 | 114213 | Chevrolet | 11/1/05 |
| 20 | Graves Pontiac-Chevrolet-Buick, Inc. | Ronald Graves | 4040 N First St, Milan, TN 38358 | 114213 | Pontiac | 11/1/05 |

The Affected Dealer Agreements subject to rejection include all Sales and Service Dealership Agreements of the above listed Affected Dealers and any amendments or supplements thereto, as well as all Ancillary Agreements (all as defined in the Motion).

**ANNEX I**

| | Dealer Name | Majority Owner | Dealer Address | Dealer Code | GM Brand | Contract Date |
|---|---|---|---|---|---|---|
| 21 | Graves Pontiac-Chevrolet-Buick, Inc. | Ronald Graves | 4040 N First St<br>Milan, TN 38358 | 114213 | Buick | 11/1/05 |
| 22 | Gulf Coast Truck and Equipment Company, Inc. | John Cross | 2260 Hall Mill Rd<br>Mobile, AL 36606 | 204727 | GMC Medium Duty Truck | 11/1/05 |
| 23 | Gulf Coast Truck and Equipment Company, Inc. | Chad Cross | 3440 Birmingham Hwy<br>Montgomery, AL 36108 | 204728 | GMC Medium Duty Truck | 11/1/05 |
| 24 | Harbortown Auto, Inc. | James Brogan Jr | 311 Spar St<br>Ontonagon, MI 49953 | 164635 | Chevrolet | 11/1/05 |
| 25 | Harbortown Auto, Inc. | James Brogan Jr | 311 Spar St<br>Ontonagon, MI 49953 | 164635 | Pontiac | 11/1/05 |
| 26 | Harbortown Auto, Inc. | James Brogan Jr | 311 Spar St<br>Ontonagon, MI 49953 | 164635 | Buick | 11/1/05 |
| 27 | Huntley Chevrolet, Inc. | Alan Wulbert | 13980 Automall Dr<br>Huntley, IL 60142 | 208013 | Chevrolet | 11/1/05 |
| 28 | J.T.E. Epps Motors, Inc. | Emerson Epperson | 1935 US 25 E<br>Middlesboro, KY 40965 | 112725 | Chevrolet | 11/1/05 |
| 29 | J.T.E. Epps Motors, Inc. | Emerson Epperson | 1935 US 25 E<br>Middlesboro, KY 40965 | 112725 | Buick | 11/1/05 |
| 30 | Keystone Automotive, Inc. | Kevin Serra | 40941 US Hwy 280<br>Sylacauga, AL 35150 | 112646 | Chevrolet | 11/1/05 |
| 31 | Larry Menke Inc. | Lawrence Menke | 6 Heitzinger Plaza<br>Seaside, CA 93955 | 118726 | Buick | 4/14/09 |
| 32 | Matt Gay Chevrolet Oldsmobile, Inc. | David Gay | 325 Mims Rd<br>Sylvania, GA 30467 | 112475 | Chevrolet | 11/5/05 |
| 33 | Mullins Motors, Inc. | David Small | 3369 Hwy 76 East<br>Mullins, SC 29574 | 116444 | Chevrolet | 11/1/05 |
| 34 | Mullins Motors, Inc. | David Small | 3369 Hwy 76 East<br>Mullins, SC 29574 | 116444 | Buick | 11/1/05 |
| 35 | Mullins Motors, Inc. | David Small | 3369 Hwy 76 East<br>Mullins, SC 29574 | 116444 | Cadillac | 11/1/05 |
| 36 | Mullins Motors, Inc. | David Small | 3369 Hwy 76 East<br>Mullins, SC 29574 | 116444 | GMC Truck | 11/1/05 |
| 37 | Mullins Motors, Inc. | David Small | 3369 Hwy 76 East<br>Mullins, SC 29574 | 116444 | Pontiac | 11/1/05 |
| 38 | Nordling Motors, Inc. | Thomas Nordling | 428 Market St<br>Osage City, KS 66523 | 116186 | GMC Truck | 11/1/05 |
| 39 | Nordling Motors, Inc. | Thomas Nordling | 428 Market St<br>Osage City, KS 66523 | 116186 | Pontiac | 11/1/05 |
| 40 | Norman-Blackmon Motor Company, Inc. | Stephen Norman | 801 E Commerce St<br>Greenville, AL 36037 | 118843 | Buick | 11/1/05 |

The Affected Dealer Agreements subject to rejection include all Sales and Service Dealership Agreements of the above listed Affected Dealers and any amendments or supplements thereto, as well as all Ancillary Agreements (all as defined in the Motion).

**ANNEX I**

| | Dealer Name | Majority Owner | Dealer Address | Dealer Code | GM Brand | Contract Date |
|---|---|---|---|---|---|---|
| 41 | Norman-Blackmon Motor Company, Inc. | Stephen Norman | 801 E Commerce St, Greenville, AL 36037 | 118843 | Pontiac | 11/1/05 |
| 42 | Norman-Blackmon Motor Company, Inc. | Stephen Norman | 801 E Commerce St, Greenville, AL 36037 | 118843 | GMC Truck | 11/1/05 |
| 43 | Northstate Motors, Inc. | Brian Leach | 246 E Walker St, Orland, CA 95963 | 176606 | Chevrolet | 4/16/09 |
| 44 | Northstate Motors, Inc. | Brian Leach | 246 E Walker St, Orland, CA 95963 | 176606 | Pontiac | 4/16/09 |
| 45 | Northstate Motors, Inc. | Brian Leach | 246 E Walker St, Orland, CA 95963 | 176606 | GMC Truck | 4/16/09 |
| 46 | Pletcher Motor Company, Inc. | Rodney Pletcher | 1001 W Pike St, Goshen, IN 46526 | 117207 | Cadillac | 11/1/05 |
| 47 | Quinlan's Equipment, Inc. | John Quinlan | 1030 S Superior St, Antigo, WI 54409 | 119385 | GMC Truck | 11/1/05 |
| 48 | Rapp Chevrolet, Inc. | Glen Rapp | 700 S Broadway, Marion, SD 57043 | 111731 | Chevrolet | 11/1/05 |
| 49 | Sonny Cannon Auto Plaza, Inc. | William Cannon | 220 W Doolin, Blackwell, OK 74631 | 112366 | Chevrolet | 11/1/05 |
| 50 | Sonny Cannon Auto Plaza, Inc. | William Cannon | 220 W Doolin, Blackwell, OK 74631 | 112366 | Buick | 11/1/05 |
| 51 | Sonny Cannon Auto Plaza, Inc. | William Cannon | 220 W Doolin, Blackwell, OK 74631 | 112366 | Cadillac | 11/1/05 |
| 52 | Sonny Cannon Auto Plaza, Inc. | William Cannon | 220 W Doolin, Blackwell, OK 74631 | 112366 | GMC Truck | 11/1/05 |
| 53 | Sonny Cannon Auto Plaza, Inc. | William Cannon | 220 W Doolin, Blackwell, OK 74631 | 112366 | Pontiac | 11/1/05 |
| 54 | Terry Gage Chevrolet-Oldsmobile, Inc. | Terry Gage | Hwy 65 North, Marshall, AR 72650 | 160246 | Chevrolet | 11/1/05 |
| 55 | The Ramey Garage, Inc. | Robert Mccully | 669 Beulah St, Ramey, PA 16671 | 118782 | Buick | 11/1/05 |
| 56 | Tom Sparks Buick, Inc. | Thomas Sparks | 216 S First St, De Kalb, IL 60115 | 118875 | Buick | 11/1/05 |
| 57 | Tygart Valley Motor Co. Inc. | Rick Wyatt | Rte 250 S Elkins Shpg Plaza, Elkins, WV 26241 | 240636 | Cadillac | 1/28/08 |
| 58 | Walters Chevrolet-Pontiac, Inc. | John Walters | 308 Main St, Groton, NY 13073 | 115278 | Chevrolet | 11/1/05 |
| 59 | Walters Chevrolet-Pontiac, Inc. | John Walters | 308 Main St, Groton, NY 13073 | 115278 | Pontiac | 11/1/05 |
| 60 | Watkins Trucks, Inc. | Robert Watkins | 4031 New Castle Ave, New Castle, DE 19720 | 119328 | GMC Medium Duty Truck | 11/1/05 |

The Affected Dealer Agreements subject to rejection include all Sales and Service Dealership Agreements of the above listed Affected Dealers and any amendments or supplements thereto, as well as all Ancillary Agreements (all as defined in the Motion).