**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | |
|        f/k/a General Motors Corp., *et al.* | : | **09-50026 (REG)** |
| | : | |
|        Debtors. | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                   ) ss:
COUNTY OF SUFFOLK )

I, Kimberly Gargan, being duly sworn, depose and state:

1.   I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On August 18, 2009 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following documents to be served by email on the parties identified on Exhibit A annexed hereto (creditors committee counsel) and by first class mail on the Office of the United States Trustee, Attn: Diana G. Adams, 33 Whitehall Street, 21st Floor, New York, NY 10004:

- **Declaration and Disclosure Statement of Ari Q. Fitzgerald on behalf of Hogan & Hartson L.L.P.** [Docket No. 3836];

- **Declaration and Disclosure Statement of Mr. Augustin Gutierrez Espinosa on behalf of Santamarina y Steta, S.C.** [Docket No. 3837]; and

- **Declaration of Disinterestedness of Mark McLaughlin in Support of Retention of Mayer Brown LLP as Ordinary Course Professional** [Docket No. 3838].

                                                                              s/Kimberly Gargan
                                                                              KIMBERLY GARGAN

Sworn to before me this
21st day of August, 2009

/s/  Eamon Mason
Notary Public – State of New York
No 01MA6187254
Commission Expires May 19, 2012

# EXHIBIT A

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: T MOERS MAYER, KENNETH H. ECKSTEIN & GORDON Z. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036
gnovod@kramerlevin.com; keckstein@kramerlevin.com; tmayer@kramerlevin.com,
arogoff@kramerlevin.com, rschmidt@kramerlevin.com, acaton@kramerlevin.com,
gplotko@kramerlevin.com, lmacksoud@kramerlevin.com, jsharret@kramerlevin.com