IVEY, BARNUM & O'MARA, LLC
Melissa Zelen Neier (MZ 7510)
170 Mason Street
Greenwich, CT 06830
(203) 661-6000

*Attorneys for Sonic Automotive, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
In re                                              :    Chapter 11
:
GENERAL MOTORS CORP., *et al.*,                    :    Case No. 09-50026 (REG)
:
Debtors.                        :    (Jointly Administered)
:
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF OBJECTION OF SONIC AUTOMOTIVE, INC. AND CERTAIN OF ITS DIRECT AND INDIRECT SUBSIDIARIES TO PROPOSED CURE AMOUNTS IN CONNECTION WITH ASSUMPTION AND ASSIGNMENT OF DEALER AGREEMENTS

PLEASE TAKE NOTICE that Sonic Automotive, Inc., on behalf of itself and the Affected Sonic Dealerships[1], by and through its attorneys, hereby withdraws its objection filed on June 15, 2009 [Docket No. 1332] (the "*Objection*") to the Debtors' proposed Cure Amounts in connection with the assumption and assignment of the Assumable Sonic Dealership Contracts.

DATED this 24th day of August, 2009.

**FOR SONIC AUTOMOTIVE, INC.**

BY:   /s/ Melissa Zelen Neier
Melissa Zelen Neier, Esq.
IVEY, BARNUM, AND O'MARA, LLC
170 Mason Street
Greenwich, CT  06830
mneier@ibolaw.com
Telephone: (203) 661-6000
Fax: (203) 661-9462

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Objection.

PPAB 1598906v1

-and-

Kiah T. Ford IV
Parker Poe Adams & Bernstein LLP
Three Wachovia Center
401 S. Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone (704) 372-9000
chipford@parkerpoe.com