IVEY, BARNUM & O'MARA, LLC
Melissa Zelen Neier (MZ 7510)
170 Mason Street
Greenwich, CT 06830
(203) 661-6000

*Attorneys for Sonic Automotive, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                        :

In re                               :        Chapter 11

GENERAL MOTORS CORP., *et al.*,    :       Case No. 09-50026 (REG)

               Debtors.     :       (Jointly Administered)

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 24, 2009, a copy of the **Notice of Withdrawal of Objection of Sonic Automotive, Inc. and Certain of Its Direct and Indirect Subsidiaries to Proposed Cure Amounts in Connection with Assumption and Assignment of Dealer Agreements** was filed electronically and served as follows: (a) by e-mail and by first class U.S. mail to all parties listed on "Schedule A" attached hereto for whom electronic mail addresses are listed thereon; (b) via facsimile transmission to the fax numbers indicated for the parties which do not have electronic mail addresses; and (c) via the Court's CM/ECF system upon the parties identified as receiving electronic notice. Parties may access this filing through the Court's CM/ECF System.

      Dated this 24th day of August, 2009.

                        BY:     /s/ Melissa Zelen Neier
                                  Melissa Zelen Neier, Esq. (MZ 7510)
                                  IVEY, BARNUM, AND O'MARA, LLC
                                  170 Mason Street
                                  Greenwich, CT 06830
                                  mneier@ibolaw.com
                                  Telephone: (203) 661-6000
                                  Fax: (203) 661-9462

                                      -and-

                                  Kiah T. Ford IV
                                  Parker Poe Adams & Bernstein LLP
                                  Three Wachovia Center
                                  401 S. Tryon Street, Suite 3000
                                  Charlotte, North Carolina 28202
                                  Phone (704) 372-9000
                                  chipford@parkerpoe.com

# Schedule A

General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114
**Email via Weil, Gotshal & Manges LLP**
*Debtors*

General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265
**Attn: Lawrence S. Buonomo, Esq.**
Debtors

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**harvey.miller@weil.com**
**stephen.karotkin@weil.com**
**joseph.smolinsky@weil.com**
*Attorneys for the Debtors*

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**john.rapisardi@cwt.com**
*Counsel to the Purchaser*

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
**mjedelman@vedderprice.com**
**mschein@vedderprice.com**
*Counsel for Export Development Canada*

Robert D. Wolford
Miller, Johnson, Snell & Commiskey PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, Michigan 49503
**ecfwolford@millerjohnson.com**
*Attorneys for the Creditors' Committee*

Thomas Moers Mayer, Esq.
Kenneth H. Eckstein, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**tmayer@kramerlevin.com**
**keckstein@kramerlevin.com**
**gnovod@kramerlevin.com**
*Counsel to the Official Committee of
Unsecured Creditors*

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
**matthew.feldman@do.treas.gov**

Office of the United States Trustee
For the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004
**Facsimile Number: 212-668-2255**