# EXHIBIT "A"

## Proposed Order Granting Relief from the Automatic Stay

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., *et al.*

Debtors.

CHAPTER 11
CASE NO. 09-50026 (REG)
(Jointly Administered)

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

TO:     THE HONORABLE ROBERT E. GERBER,
        UNITED STATES BANKRUPTCY JUDGE

Upon the Motion of The Schaefer Group Inc., ("***Schaefer***") for entry of an Order granting relief from the automatic stay pursuant to 11 U.S.C. §362 (the "***Code***"), Rules 4001, 4004 and 9014 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") and applicable Local Bankruptcy Rules for an order modifying the automatic stay to allow the Litigation (as outlined in the Motion) against Motors Liquidation Company, f/k/a General Motors Corp. (the "***Debtor***"), as a third party defendant, to continue and to permit the completion of discovery of all claims, defenses, cross-claims and third-party claims, up to the point of filing a judgment against the Debtor; and notice of the Motion having been given to all parties required to receive such notice, and no other or further notice being required and sufficient cause appearing therefore; it is hereby

**ORDERED** that the automatic stay under §362 of the Bankruptcy Code is modified and lifted to allow the Litigation entitled <u>Jan E. Hondusky v. Schaefer Furnaces, Inc. et al. v. General Motors Corporation</u> proceeding in Supreme Court, State of New York, County of St. Lawrence, Index Number CA2008-0128254, against Motors Liquidation Company, f/k/a General Motors Corp. as a third party

HISCOCK & BARCLAY, LLP

SYLIB01\714101\1

defendant, to continue; and to permit the completion of discovery of all claims, defenses, cross-claims and third-party claims; and it is further

**ORDERED** that no judgment shall be filed against the Debtor.


September ____, 2009            _____
                                                    United States Bankruptcy Judge

HISCOCK & BARCLAY, LLP

SYLIB01\714101\1

- 2 -