UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

**MOTORS LIQUIDATION COMPANY,** *et al.,*
f/k/a General Motors Corp., *et al.*

**Debtors.**

CHAPTER 11
CASE NO. 09-50026 (REG)
(Jointly Administered)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
COUNTY OF ONONDAGA) ss:

The undersigned, being duly sworn, deposes and says:

      Deponent is not a party to the within action, is over eighteen (18) years of age and resides at Clay, New York. That on August 24, 2009, I electronically filed the foregoing Notice of Motion and Motion for Relief from the Automatic Stay, or in the Alternative, for an Order Pursuant to Federal Rules of Bankruptcy Procedure 2004 Compelling an Examination and Production of Documents with the Clerk of the Bankruptcy Court using the CM/ECF system and served via the United States Postal Service the document to the following:

Counsel for GM

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Harvey R. Miller, Esq.
       Stephen Karotkin, Esq.
       Joseph H. Smolinsky, Esq.

Debtor

General Motors Corporation
c/o Motors Liquidation Company
300 Renaissance Center
Detroit, MI 48265
Attn:  Ted Stenger

General Motors Company
300 Renaissance Center
Detroit, MI 48265
Attn:  Lawrence S. Buonomo, Esq.

U.S. Trustee's Office

The Office of the United States Trustee
for the Southern District of NY
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Creditors' Committee

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Kenneth H. Eckstein, Esq.
        Thomas Moers Mayer, Esq.
        Adam C. Rogoff, Esq.
        Gordon Z. Novod, Esq.

20 Largest Unsecured Creditors

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
Attn: Geoffrey J. Lewis

International Union, United Automobile,
Aerospace and Agricultural Implement
Workers of America (UAW)
8000 East Jefferson
Detroit, MI 48214
Attn: Ron Gettlefinger

Deutsche Bank AG,
London As Fiscal Agent
Attn: Stuart Harding
Theodor-Heuss-Allee 70
Frankfurt, 60262
Germany

2

International Union of Electronic, Electrical,
Salaried, Machine and Furniture Workers –
Communications
Workers of America (IUE-CWA)
3461 Office Park Drive
Kettering, OH 45439
Attn: Mr. James Clark

Bank of New York Mellon
One Wall Street
New York, NY 10286
Attn: Gregory Kinder

Starcom Mediavest Group, Inc.
35 W. Wacker Drive
Chicago, IL 60601
Attn: Laura Desmond

Delphi Corp.
5725 Delphi Drive
Troy, MI 48098
Attn: Rodney O'Neal

Robert Bosch GmbH
38000 Hills Tech Drive
Farmington Hills, MI 48331
Attn: Franz Fehrenbach

Lear Corp.
21557 Telegraph Road
Southfield, MI 48033
Attn: Robert Rossiter

Renco Group, Inc.
1 Rockefeller Plaza,
29th Floor
New York, NY 10020
Attn: Lon Offenbacher

Enterprise Rent A Car
6929 N Lakewood Ave
Suite 100
Tulsa, OK 74117
Attn: Greg Stubblefiled

Johnson Controls, Inc.
5757 N. Green Bay Avenue
Glendale, WI 53209
Attn: Stephen A. Roell

Denso Corp.
24777 Denso Drive
Southfield, MI 48086
Attn: Haruya Maruyama

TRW Automotive
Holdings, Corp.
12025 Tech Center Dr.
Livonia, MI 48150
Attn: John Plant

Magna International, Inc.
Attn: Don Walker
337 Magna Drive
Aurora, ON L4G 7K1
Canada

American Axle & Mfg Holdings, Inc.
One Dauch Drive
Detroit, MI 48211-1198
Attn: Richard Dauch

Maritz Inc.
1375 North Highway Drive
Fenton, MO 63099
Attn: Steve Maritz

Publicis Groupe S.A.
Attn: Maurice Levy
133 Ave des Champs Elysees
Paris, 75008
France

Hewlett Packard Co.
3000 Hanover Street
Palo Alto, CA 94304
Attn: Mike Nefkens

Interpublic Group of
Companies, Inc.
1114 Avenue of the Americas
New York, NY 10036
Attn: Michael Roth

Others

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

Cadwalader, Wickersham & Taft, LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

Vedder Price, P.C.
Michael J. Edelman, Esq.
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

*[signature: Lori L. McRobbie]*
Lori L. McRobbie

Sworn to before me on this 24th
day of August, 2009

*[signature: Susan P. Mulvihill]*
Notary Public

SUSAN P. MULVIHILL
Notary Public, State of New York
Certified in Onon. Co., No. 01MU5081889
My Commission Expires 2-14-11

5