ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022
Telephone (212) 223-0400
Facsimile (212) 753-0396
Stuart Krause, Esq.
Bryan D. Leinbach, Esq.

*Attorneys for Yuan Feng Industrial Co Ltd*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No.: |
|---|---|
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp. *et al.*, | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, the law firm set forth below appear as counsel for *Yuan Feng Industrial Co Ltd*, a creditor and party-in-interest in the above-captioned Chapter 11 bankruptcy case, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), request that the following name and address be added to the mailing list maintained by the Clerk of Court and Debtors' counsel in this case and further demand that all notices given or required to be given in this case and all papers served or required to be served

in this case by all counsel, parties-in-interest, and this Court be given to and served upon the following counsel:

> Stuart A. Krause, Esq.
> Zeichner Ellman & Krause LLP
> 575 Lexington Avenue
> New York, New York 10022
> Telephone: (212) 223-0400
> Fax: (212) 753-0396
> E-mail: skrause@zeklaw.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of **any** application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise, which affects the Debtor or property of the Debtor's or the rights of creditors and parties-in-interest such as *Yuan Feng Industrial Co Ltd.*

**PLEASE TAKE FURTHER NOTICE** that, *Yuan Feng Industrial Co Ltd* does not intend that this Notice of Appearance and Request for Service of Papers or any later appearance or pleading be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to

any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments *Yuan Feng Industrial Co Ltd* expressly reserves.

Dated: New York, New York
       August 24, 2009

                           ZEICHNER ELLMAN & KRAUSE LLP
                           *Attorneys for Yuan Feng Industrial Co Ltd*

         By: _____
               Stuart Krause, Esq.
               Bryan D. Leinbach, Esq.
               575 Lexington Avenue
               New York, New York 10022
               (212) 223-0400