CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for The Interpublic Group of Companies, Inc.
and certain of its affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
: 
In re : Chapter 11
: 
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.* : 
: (Jointly Administered)
Debtors. : 
------------------------------------------------------------------------ X

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
THE INTERPUBLIC GROUP OF COMPANIES AND CERTAIN
OF ITS AFFILIATES TO DEBTORS' PROPOSED CURE COSTS**

The Interpublic Group of Companies, Inc. and certain of its affiliates (collectively, "IPG"), by and through their undersigned counsel, hereby withdraw, without prejudice, the Limited Objection Of The Interpublic Group Of Companies, Inc. To Debtors' Proposed Cure Costs, filed on June 15, 2009 (Docket No. 1167), in reliance upon, *inter alia*, IPG's entry into an agreement with General Motors Company, dated August 12, 2009, setting forth agreed upon cure amounts due to IPG pursuant to Section 365 of the Bankruptcy Code and the payment of such cure amounts as set forth in such agreement. IPG reserves all rights in the event the agreed-upon cure amounts are not promptly paid when due.

Dated: New York, New York
August 25, 2009

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/ Sean A. O'Neal
      Sean A. O'Neal
      Member of the Firm
      One Liberty Plaza
      New York, New York 10006
      Telephone: (212) 225-2000
      Facsimile: (212) 225-3999

*Attorneys for The Interpublic Group of Companies, Inc. and certain of its affiliates*