Dear Judge Gerri

This is why people at Packard-Delphi get so upset we keep giving and they (G.M.) keep taking. We need our health care.

If they can give Henderson $8.7 million in compensation. Compensation for what? General Motors can pay our health care as they promised they would.

Thank you for your time.

Bonita Hill

We the little people who are hurting need to be compensated.



Ms. Bonita M. Hill
1149 Bingham Ave. NW
Warren, OH 44485