**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ )  **Chapter 11**
**In re:**                              )
                                        )  **Case No. 09-50026 (REG)**
**GENERAL MOTORS CORP.,** *et al.,*     )
                                        )  **Hon. Robert E. Gerber**
                    **Debtors.**        )
_____ )  **(Jointly Administered)**

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

    I, David M. Eisenberg, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Nidec Motors & Actuators and/or other creditors in the above-referenced case. My address is Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, MI 48034; my e-mail address is deisenberg@ermanteicher.com; and my telephone number is (248) 827-4100.

    I agree to pay the required $25.00 fee for *pro hac vice* admission upon approval of this Motion by the Court.

                                                                             ERMAN, TEICHER, MILLER,
                                                                             ZUCKER & FREEDMAN, P.C.

                                                                             By:   /s/ David M. Eisenberg
                                                                                 David M. Eisenberg  (P68678)
                                                                                 400 Galleria Officentre, Ste. 444
                                                                                 Southfield, MI  48034
                                                                                 Tel:   248/827-4100
                                                                                 Fax:   248/827-4106
                                                                                 druhlandt@ermanteicher.com

DATED:       August 25, 2009

F:\CHAP11\GENERAL MOTORS\motion for admission pro hac vice - dme.doc