One Woodward Avenue   Tel  313.965.1600
Suite 601             Fax  313.965.8060
Detroit MI 48226
USA

# Gensler

August 24, 2009

Clerk of the Court                          *Sent Overnight Delivery via Federal Express*
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:   Case No.: 09-50026;  *In the UNITED STATES BANKRUPTCY COURT
      SOUTHERN DISTRICT OF NEW YORK; General Motors Corporation, et al.*

Dear Sir/Madam:

Enclosed for filing is the *"NOTICE OF WITHDRAWAL OF CURE OBJECTION AND CLARIFICATION BY GENSLER  [CURE AMOUNT ONLY]"* in the above-referenced cause. We have provided a courtesy copy as well as a CD with the document in Word format per the Court's instructions.

Copies of this filing are being served upon all counsel required by the Court's June 2, 2009 Order.

Respectfully submitted,

Mark A. Waite
Regional Counsel

MAW/lg

cc:   Debtors c/o General Motors Corporation
      30009 Van Dyke Avenue
      Warren, Michigan 48090-9025
      (Attn: Warren Command Center, Mailcode 480-206-114)

      Weil, Gotshal & Manges, LLP
      Attorneys for Debtors
      767 Fifth Avenue
      New York, New York 10153
      (Attn: Harvey R. Miller, Esq.;
      Stephen Karotkin, Esq.; and Joseph
      H. Smolinsky, Esq.)

One Woodward Avenue  Tel 313.965.1600
Suite 601  Fax 313.965.8060
Detroit MI 48226
USA

# Gensler

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
(Attn: Matthew Feldman, Esq.)

Cadawalader, Wickersham & Taft, LLP
Attorneys for Purchaser
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)

Creditors Committee Counsel; [Not yet Known]

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq.;
Michael L. Schein, Esq.

Office of the United States Trustee for the Southern District of New York
(Attn: Diana G. Adams, Esq.)
33 Whitehall Street, 21st Floor
New York, New York 10004

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| GENERAL MOTORS CORP., *et. al.* | : | 09-50026 (REG) |
| Debtors | : | (Jointly Administered) |

————————————————x

### GENSLER'S NOTICE OF WITHDRAWAL OF CURE OBJECTION AND CLARIFICATION [CURE AMOUNT ONLY]

GENSLER ARCHITECTURE, DESIGN & PLANNING, P.C (listed in GM's Purchase orders as "Gensler, Inc.") and GENSLER INFORMATION SYSTEMS, INC. (collectively "Gensler") file this Notice of Withdrawal of its *Cure Objection and Clarification [Cure Amount Only]* which had been filed by Gensler on or about June 15, 2009 (Dkt. #1165) (the "Cure Objection").

On or about June 15, 2009, Gensler filed its Cure Objection. Since the time of that filing, Gensler has worked with GM and has now fully resolved its objection. Accordingly, Gensler hereby files this Notice of Withdrawal, by which Gensler fully withdraws its Cure Objection, and by which it respectfully requests that the Cure Objection be removed from the Court's further consideration of any remaining objections, including the upcoming hearing scheduled for September 14, 2009.

Respectfully submitted,

/s/ Mark A. Waite

Gensler Architecture, Design & Planning, P.C.
Gensler Information Systems, Inc.
By: Mark A. Waite, Regional Counsel
Federal ID No. SDTX 18194
One Woodward Avenue
Suite 601
Detroit, Michigan 48226
Tel (Main Office No.) (313) 965-1600
Facsimile: (313) 965-8060

mark_waite@gensler.com  (email)

## CERTIFICATE OF SERVICE

I hereby certify that the document entitled "Gensler's Notice of Withdrawal of Cure Objection and Clarification [Cure Amount Only]" has been served by Certified Mail, RRR to the following parties and/or counsel, as required by the Court's Order of August 24, 2009:

Debtors c/o General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
(Attn: Warren Command Center, Mailcode 480-206-114)

Weil, Gotshal & Manges, LLP
Attorneys for Debtors
767 Fifth Avenue
New York, New York 10153
(Attn: Harvey R. Miller, Esq.;
Stephen Karotkin, Esq.; and Joseph
H. Smolinsky, Esq.)

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
(Attn: Matthew Feldman, Esq.)

Cadawalader, Wickersham & Taft, LLP
Attorneys for Purchaser
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)

Creditors Committee Counsel; [Not yet Known]

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq.;
Michael L. Schein, Esq.

Office of the United States Trustee for the Southern District of New York
(Attn: Diana G. Adams, Esq.)
33 Whitehall Street, 21st Floor
New York, New York 10004

_____
Mark A. Waite