Carey D. Schreiber (CS 3896)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

Matthew J. Botica (MB 3228)
Mindy D. Cohn (MC 8870)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700

*Counsel for Aspen Marketing Services, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :   Chapter 11
In re                                                          :
                                                               :   Case No. 09-50026 (REG)
MOTORS LIQUIDATION CO., *et al*.,                              :
                                                               :   (Jointly Administered)
                    Debtors.                                   :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTIONS OF ASPEN
MARKETING SERVICES, INC. TO PROPOSED CURE AMOUNTS**

Aspen Marketing Services, Inc., by and through its undersigned counsel, hereby withdraws its:  (i) Limited Objection of Aspen Marketing Services, Inc. to Proposed Cure Amount [Docket No. 804] filed on June 12, 2009; and (ii) Second Limited Objection of Aspen Marketing Services, Inc. to Proposed Cure Amounts [Docket No. 2535] filed on June 25, 2009.

CHI:2299582.1

| | |
|---|---|
| Dated: August 25, 2009<br>New York, New York | Respectfully submitted,<br><br>WINSTON & STRAWN LLP<br><br>By: /s/ Mindy D. Cohn<br><br>Matthew J. Botica (MB 3228)<br>Mindy D. Cohn (MC 8870)<br>35 West Wacker Drive<br>Chicago, IL  60601<br>Telephone:  (312) 558-5600<br>Facsimile:  (312) 558-5700<br>mbotica@winston.com<br>mcohn@winston.com<br><br>*Counsel for Aspen Marketing Services, Inc.* |