HEARING DATE AND TIME: September 14, 2009 at 9:00 a.m. (Eastern Time)
OBJECTION DEADLINE: September 4, 2009 at 4:00 p.m. (Eastern Time)

**IF YOU HAVE RECEIVED THIS NOTICE AND ARE A
CONTRACT-COUNTERPARTY TO AN AGREEMENT WITH
THE DEBTORS, PLEASE REVIEW <u>EXHIBIT A</u>, ATTACHED
TO THE MOTION (AS DEFINED BELOW), TO DETERMINE IF THE
MOTION AFFECTS YOUR AGREEMENT AND YOUR RIGHTS THEREUNDER.**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------x
                                          :
In re                                     :     Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :     09-50026 (REG)
    f/k/a General Motors Corp., et al.    :
                                          :
                      Debtors.            :     (Jointly Administered)
                                          :
----------------------------------------------------------x
```

**NOTICE OF DEBTORS' SIXTH OMNIBUS MOTION PURSUANT
TO 11 U.S.C. § 365 TO REJECT CERTAIN EXECUTORY CONTRACTS
<u>AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY</u>**

**PLEASE TAKE NOTICE THAT:**

PLEASE TAKE NOTICE that upon the annexed motion, dated August 25, 2009

(the "**Motion**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), for an order, pursuant to

section 365, of title 11, United States Code to reject certain executory contracts (collectively, the

"**Executory Contracts**") and unexpired leases of nonresidential real property (the "**Leases**"), as

more fully set forth in the Motion, a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **September 14, 2009 at 9:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 300 Renaissance Center, Detroit, Michigan 48265 (Attn:  Ted Stenger); (iii) General Motors Company, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Matthew Feldman, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada,

1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and

Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory

committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036

(Attn:  Adam C. Rogoff, Esq., Robert T. Schmidt, Esq., and Amy Caton, Esq.); (xii) the Office

of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st

Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); and (xiii) the U.S. Attorney's

Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S.

Jones, Esq. and Matthew L. Schwartz, Esq.), so as to be received no later than **September 4,**

**2009, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

        If no objections are timely filed and served with respect to the Motion, the

Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order annexed to the Motion, which order may be

entered with no further notice or opportunity to be heard offered to any party.

Dated:  New York, New York
       August 25, 2009

                        /s/ Stephen Karotkin
                        Harvey R. Miller
                        Stephen Karotkin
                        Joseph H. Smolinsky

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession

HEARING DATE AND TIME: September 14, 2009 at 9:00 a.m. (Eastern Time)
OBJECTION DEADLINE: September 4, 2009 at 4:00 p.m. (Eastern Time)

**IF YOU HAVE RECEIVED THIS MOTION AND ARE A CONTRACT-
COUNTERPARTY TO AN AGREEMENT WITH THE DEBTORS, PLEASE
REVIEW <u>EXHIBIT A</u>, ATTACHED HERETO, TO DETERMINE IF THIS
MOTION AFFECTS YOUR AGREEMENT AND YOUR RIGHTS THEREUNDER.**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
|   |   |   |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
|   | : |   |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : |   |
|   | : |   |
| **Debtors.** | : | **(Jointly Administered)** |
|   | : |   |

------------------------------------------------------------------x

**DEBTORS' SIXTH OMNIBUS MOTION PURSUANT
TO 11 U.S.C § 365 TO REJECT CERTAIN  EXECUTORY CONTRACTS
<u>AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY</u>**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

       Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession in the above-captioned chapter 11 cases (collectively,

the "**Debtors**"), respectfully represent:

## **Relief Requested**

1.      Pursuant to section 365(a) of title 11 of the United States Code (the

"**Bankruptcy Code**") and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), the Debtors request authorization to reject certain executory

contracts (the "**Executory Contracts**") and unexpired leases of nonresidential real property (the

"**Leases**").  A list identifying and describing the affected Executory Contracts and Leases is

attached hereto as **Exhibit A**.  A proposed form of order (the "**Order**") is attached hereto as

**Exhibit B**.

2.      The Debtors request that the rejection of those Executory Contracts

relating to mobile equipment leases and the Leases be effective as of August 31, 2009.  With

respect to all other Executory Contracts, the Debtors request that the rejections be effective as of

August 26, 2009, the date this Motion is received by the counterparties via overnight mail.

## **Jurisdiction**

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## **Background**

4.      On June 1, 2009, the Debtors filed a motion (the "**Sale Motion**"),

requesting, *inter alia*, an order (the "**Sale Order**"), pursuant to 11 U.S.C. §§ 105, 363(b), (f), and

(m), and 365, authorizing and approving (i) the sale of substantially all of the Debtors' assets

pursuant to a proposed Master Sale and Purchase Agreement and related agreements (the

"**MPA**") among the Debtors and NGMCO, Inc. (n/k/a General Motors Company) ("**New GM**"),

a purchaser sponsored by the United States Department of the Treasury (the "**U.S. Treasury**"),

free and clear of liens, claims, encumbrances, and other interests, (ii) the assumption and

assignment of certain executory contracts and unexpired leases of personal property and of

nonresidential real property, and (iii) the approval of the UAW Retiree Settlement Agreement,

subject to higher or better offers (the "**363 Transaction**").

5.      On July 5, 2009, the Court approved the 363 Transaction and entered the

Sale Order, and on July 10, 2009, the 363 Transaction closed.  Accordingly, the Debtors no

longer operate as manufacturers of any GM branded motor vehicles, nor do they retain the rights

to use GM trademarks in the wind-down of their business.  All such manufacturing operations

and trademark rights have been sold to New GM pursuant to the 363 Transaction.

<u>**The Executory Contracts and the Leases**</u>

6.      The Debtors are currently undergoing a comprehensive review of their

executory contracts and unexpired leases of nonresidential real property to determine which

contracts and leases to assume and which to reject.  Because the Debtors have sold substantially

all of their assets in the 363 Transaction and are now winding down their remaining operations,

the Debtors no longer require certain executory contracts and unexpired leases and will seek to

reject those contracts and leases that provide no meaningful value or benefit to the Debtors'

estates.  The Debtors have reviewed the Executory Contracts and Leases that are the subject of

this Motion and have determined, in the their sound business judgment, that continuing the

Executory Contracts and Leases would be burdensome and would provide no corresponding

benefit or utility to the Debtors or their estates.

7.      The Executory Contracts include:  (1) various marketing and sponsorship

agreements relating to GM branded vehicles, (2) mobile equipment leases relating to machinery

that is no longer being utilized by the Debtors, (3) flight safety training agreements relating to

aircraft no longer leased by the Debtors, (4) various supply agreements that are no longer needed

by the Debtors for their continuing operations, and (5) various indemnification, settlement, joint

defense and asset purchase agreements.

8.      The Leases include:  (1) a ground lease with Linde LLC for property built

in connection with a gas and oxygen supply system that is no longer being utilized by the

Debtors, (2) a parking lot lease with Bill Jacobs Motor Transport, Inc. that is no longer needed

by the Debtors, and (3) an office lease with New England Mutual Life Insurance Company for

space the Debtors have vacated and no longer need for their continuing business operations.

9.      The Debtors' primary business purpose at this stage in their chapter 11

cases is to liquidate the assets remaining following the close of the 363 Transaction in an

efficient and cost-effective manner to maximize the value of the recovery for their creditors.  The

Executory Contracts and Leases are not necessary for the Debtors' continuing business

operations or the administration of the Debtors' estates, and maintaining the Executory Contracts

and the Leases would impose unnecessary costs and burdens on the Debtors' estates.  The

Debtors have also explored the possibility of marketing the Executory Contracts and Leases, but

have determined that doing so would provide no meaningful benefit or value to the Debtors'

estates.  Accordingly, the Debtors submit this Motion to reject the Executory Contracts and

Leases.

## Rejection of the Executory Contracts Is Supported by the
## Debtors' Business Judgment and Should Be Approved by the Court

10.     Section 365(a) of the Bankruptcy Code provides, in pertinent part, that a debtor in possession, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." *See NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 521 (1984); *see also In re Lavigne*, 114 F.3d 379, 386 (2d Cir. 1997). "[T]he purpose behind allowing the assumption or rejection of executory contracts is to permit the trustee or debtor-in-possession to use valuable property of the estate and to 'renounce title to and abandon burdensome property.' " *Orion Pictures Corp. v. Showtime Networks, Inc.* (*In re Orion Pictures Corp.*), 4 F.3d 1095, 1098 (2d Cir. 1993), *cert. dismissed*, 511 U.S. 1026 (1994).

11.     Courts defer to a debtor's business judgment in rejecting an executory contract or unexpired lease, and upon finding that a debtor has exercised its sound business judgment, approve the rejection under section 365(a) of the Bankruptcy Code. *See Bildisco & Bildisco*, 465 U.S. at 523 (recognizing the "business judgment" standard used to approve rejection of executory contracts and unexpired leases); *Nostas Assocs. v. Costich* (*In re Klein Sleep Products, Inc.*), 78 F.3d 18, 25 (2d Cir. 1996) (recognizing the "business judgment" standard used to approve rejection of executory contracts); *In re Minges*, 602 F.2d 38, 42–43 (2d Cir. 1979) (holding that the "business judgment" test is appropriate for determining when an executory contract can be rejected); *In re G Survivor Corp.*, 171 B.R. 755, 757 (Bankr. S.D.N.Y. 1994), *aff'd*, 187 B.R. 111 (S.D.N.Y. 1995) (approving rejection of license by debtor because such rejection satisfied the "business judgment" test); *In re Child World, Inc.*, 142 B.R. 87, 89 (Bankr. S.D.N.Y. 1992) (stating that a debtor may assume or reject an unexpired lease under § 365(a) in the exercise of its "business judgment").

12.    The "business judgment" standard is not a strict standard; it requires only a showing that either assumption or rejection of the executory contract or unexpired lease will benefit the debtor's estate.  *See In re Helm*, 335 B.R. 528, 538 (Bankr. S.D.N.Y. 1996) ("To meet the business judgment test, the debtor in possession must 'establish that rejection will benefit the estate.' ") (citation omitted); *In re Balco Equities, Inc.*, 323 B.R. 85, 99 (Bankr. S.D.N.Y. 2005) ("In determining whether the debtor has employed reasonable business discretion, the court for the most part must only determine that the rejection will likely benefit the estate.") (quoting *G Survivor*, 171 B.R. at 757)).  Further, under the business judgment standard, "[a] debtor's decision to reject an executory contract must be summary affirmed unless it is the product of 'bad faith, or whim or caprice' " *In re Trans World Airlines, Inc.*, 261 B.R. 103, 121 (Bankr. D. Del. 2001).

13.    As noted above, the Debtors have reviewed the Executory Contracts and Leases and have determined that in light of the sale of substantially all of the Debtors' assets and subsequent wind-down, the Executory Contracts and Leases are no longer necessary for or beneficial to the Debtors' ongoing business, and create unnecessary and burdensome expenses for the Debtors' estates.  In addition, the Debtors have determined that no meaningful value would be realized by the Debtors if the Executory Contracts or Leases were assumed and assigned to third parties.  Accordingly, the Executory Contracts and Leases should be rejected.

### Notice

Notice of this Motion has been provided to (i) General Motors Company, 300 Renaissance Center, Detroit, Michigan 48265 (Attn:  Lawrence S. Buonomo, Esq.); (ii) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn:  John J. Rapisardi,

Esq.); (iii) the United States Department of the Treasury, 1500 Pennsylvania Avenue, NW, Room 2312, Washington, DC 20220 (Attn: Matthew Feldman, Esq.); (iv) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (v) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Adam C. Rogoff, Esq., Robert T. Schmidt, Esq., and Amy Caton, Esq.); (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (vii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.); (viii) the counterparties to the Executory Contracts and the Leases; and (ix) all entities that requested notice in these chapter 11 cases under Fed. R. Bankr. P. 2002. The Debtors submit that such notice is sufficient and no other or further notice need be provided.

WHEREFORE, the Debtors respectfully request that the Court enter an order granting the relief requested herein and such other and further relief as is just and proper.

Dated: New York, New York
       August 25, 2009

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

**Executory Contracts and Unexpired Leases of Nonresidential Real Property**

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 1 | Air Technologies Division | Air Technologies Division<br>Attn: Steve Schoeny<br>400 Wright Dr. Park 63<br>Middletown, OH 45044-3263 | Compressed Air Service Supply Agreement | 12/14/2004 | 8/26/2009 |
| 2 | ATEL Equipment Corporation | ATEL Equipment Corp.<br>Attn: Russell H. Wilder, CLP<br>600 California Street, 6th Floor<br>San Francisco,  CA  94108 | Mobile Equipment Lease, No. 483 | 1/1/2002 | 8/31/2009 |
| 3 | Bill Jacobs Motor Transport, Inc. | Bill Jacobs Motor Transport, Inc.<br>Attn: Legal Department<br>336 E. Ogden Ave.<br>Hinsdale, IL 60521-3609<br><br>Bill Jacobs Motor Transport, Inc.<br>Attn: Legal Department<br>1564 W. Ogden Ave.<br>Naperville, IL 60540-3957 | Parking Lot Lease Agreement | 3/7/2008 | 8/31/2009 |
| 4 | Blue Bird Body Company | Blue Bird Body Company<br>402 Blue Bird Blvd.<br>Ft. Valley, GA 31030 | School Bus Chassis Supply Agreement | 5/6/1991 | 8/26/2009 |
| 5 | C4 Capital Corporation (Republic Financial) | Republic Financial<br>Attn: Michelle Young<br>3300 South Parker Road<br>Aurora, CO  80014 | Mobile Equipment Lease, No. 530 | 2/1/2000 | 8/31/2009 |
| 6 | CIT Leasing (ATEL Equipment Corp.) | ATEL Equipment Corp.<br>Attn: Russell H. Wilder, CLP<br>600 California Street,  6th Floor<br>San Francisco,  CA  94108 | Mobile Equipment Lease, No. 337 | 1/1/2002 | 8/31/2009 |
| 7 | CIT Leasing (Emigrant Business Credit Corp.) | Emigrant Business Credit Corp.<br>Attn: Lisa Berishaj<br>101 Executive Blvd.<br>Elmsford,  NY  10523 | Mobile Equipment Lease, No. 117 | 10/1/2000 | 8/31/2009 |
| 8 | CIT Leasing (Emigrant Business Credit Corp.) | Emigrant Business Credit Corp.<br>Attn: Lisa Berishaj<br>101 Executive Blvd.<br>Elmsford,  NY  10523 | Mobile Equipment Lease, No. 99 | 10/1/2000 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 9 | CIT Leasing (Emigrant Business Credit Corp.) | Emigrant Business Credit Corp. Attn: Lisa Berishaj 101 Executive Blvd. Elmsford, NY 10523 | Mobile Equipment Lease, No. 65 | 8/1/2000 | 8/31/2009 |
| 10 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC Attn: Renee Molnar 2285 Franklin Road Bloomfield Hills, MI 48302 | Mobile Equipment Lease, No. 50C | 8/1/2003 | 8/31/2009 |
| 11 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC Attn: Renee Molnar 2285 Franklin Road Bloomfield Hills, MI 48302 | Mobile Equipment Lease, No. 9C | 11/1/2000 | 8/31/2009 |
| 12 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC Attn: Renee Molnar 2285 Franklin Road Bloomfield Hills, MI 48302 | Mobile Equipment Lease, No. 39C | 1/1/2003 | 8/31/2009 |
| 13 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC Attn: Renee Molnar 2285 Franklin Road Bloomfield Hills, MI 48302 | Mobile Equipment Lease, No. 6C | 12/1/2000 | 8/31/2009 |
| 14 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC Attn: Renee Molnar 2285 Franklin Road Bloomfield Hills, MI 48302 | Mobile Equipment Lease, No. 394 | 11/1/2001 | 8/31/2009 |
| 15 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group Attn: Evan Bokor 1087 Broad Street Bridgeport, CT 06604 | Mobile Equipment Lease, No. 283 | 5/1/2001 | 8/31/2009 |
| 16 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group Attn: Evan Bokor 1087 Broad Street Bridgeport, CT 06605 | Mobile Equipment Lease, No. 145 | 2/1/2001 | 8/31/2009 |
| 17 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group Attn: Evan Bokor 1087 Broad Street Bridgeport, CT 06606 | Mobile Equipment Lease, No. 629 | 4/1/2003 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 18 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group Attn: Evan Bokor 1087 Broad Street Bridgeport, CT 06607 | Mobile Equipment Lease, No. 213 | 3/1/2001 | 8/31/2009 |
| 19 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group Attn: Evan Bokor 1087 Broad Street Bridgeport, CT 06608 | Mobile Equipment Lease, No. 34 | 10/1/2000 | 8/31/2009 |
| 20 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group Attn: Evan Bokor 1087 Broad Street Bridgeport, CT 06609 | Mobile Equipment Lease, No. 212 | 11/1/2000 | 8/31/2009 |
| 21 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group Attn: Evan Bokor 1087 Broad Street Bridgeport, CT 06610 | Mobile Equipment Lease, No. 327 | 5/1/2001 | 8/31/2009 |
| 22 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group Attn: Evan Bokor 1087 Broad Street Bridgeport, CT 06611 | Mobile Equipment Lease, No. 302 | 6/1/2001 | 8/31/2009 |
| 23 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group Attn: Evan Bokor 1087 Broad Street Bridgeport, CT 06612 | Mobile Equipment Lease, No. 702 | 1/1/2003 | 8/31/2009 |
| 24 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group Attn: Evan Bokor 1087 Broad Street Bridgeport, CT 06613 | Mobile Equipment Lease, No. 368 | 8/1/2001 | 8/31/2009 |
| 25 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group Attn: Evan Bokor 1087 Broad Street Bridgeport, CT 06614 | Mobile Equipment Lease, No. 372 | 7/1/2001 | 8/31/2009 |
| 26 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group Attn: Evan Bokor 1087 Broad Street Bridgeport, CT 06615 | Mobile Equipment Lease, No. 734 | 10/1/2003 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 27 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06616 | Mobile Equipment Lease, No. 277 | 4/1/2001 | 8/31/2009 |
| 28 | Dale Earnhardt, Inc. | Dale Earnhardt, Inc.<br>Attn: Chad Warpula, General Manager<br>1675 Dale Earnhardt Hwy<br>Mooresville, NC 28115-8330 | Motorsports Team Agreement | 1/1/2008 | 8/26/2009 |
| 29 | Detroit Diesel Corporation | Detroit Diesel Corporation<br>Attn: Chairman of the Board<br>13400 West Outer Drive<br>Detroit, MI 48239-4001 USA | Product Responsiblity Agreement | 12/31/1987 | 8/26/2009 |
| 30 | Detroit Diesel Corporation | Detroit Diesel Corporation<br>Attn: Chairman of the Board;<br>13400 West Outer Drive<br>Detroit, MI 48239-4001 USA | Indemnification Agreement | 12/31/1987 | 8/26/2009 |
| 31 | Emigrant Business Credit Corp. | Emigrant Business Credit Corp.<br>Attn: Lisa Berishaj<br>101 Executive Blvd.<br>Elmsford, NY 10523 | Mobile Equipment Lease, No. 100 | 1/1/2006 | 8/31/2009 |
| 32 | First American Capital (Emigrant Business Credit Corp.) | Emigrant Business Credit Corp.<br>Attn: Lisa Berishaj<br>101 Executive Blvd.<br>Elmsford, NY 10523 | Mobile Equipment Lease, No. 1351 | 10/1/1999 | 8/31/2009 |
| 33 | First American Capital (Republic Financial) | Republic Financial<br>Attn: Michelle Young<br>3300 South Parker Road<br>Aurora, CO 80014 | Mobile Equipment Lease, No. 1516 | 1/1/2000 | 8/31/2009 |
| 34 | First American Capital (Republic Financial) | Republic Financial<br>Attn: Michelle Young<br>3300 South Parker Road<br>Aurora, CO 80014 | Mobile Equipment Lease, No. 1053 | 6/1/1999 | 8/31/2009 |
| 35 | First American Capital (Republic Financial) | Republic Financial<br>Attn: Michelle Young<br>3300 South Parker Road<br>Aurora, CO 80014 | Mobile Equipment Lease, No. 1402 | 10/1/1999 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 36 | Flightsafety International Inc | Flightsafety International Inc La Guardia Airport Marine Air Terminal Flushing, NY 11371 | Flight Safety Training Agreement | 1/1/2007 | 8/26/2009 |
| 37 | Flightsafety International Inc. | Flightsafety International Inc. La Guardia Airport Marine Air Terminal Flushing, NY 11371 | Flight Safety Training Agreement | 1/1/2006 | 8/26/2009 |
| 38 | Flightsafety International Inc. | Flightsafety International Inc. La Guardia Airport Marine Air Terminal Flushing, NY 11371 | Flight Safety Training Agreement | 1/1/2007 | 8/26/2009 |
| 39 | Fort Street Capital LLC | TCF Equipment Finance Attn: David Laschenki 11100 Wayzata Blvd. Minnetonka,  MN  55304 | Mobile Equipment Lease, No. 1 | 4/1/2001 | 8/31/2009 |
| 40 | Gordon Stewart Chevrolet Inc. | Lewis Longman & Walker PA 125 S Gadeden Street, Suite 300 Tallahassee, FL  32301 | Settlement/Release Agreement | 8/13/2007 | 8/26/2009 |
| 41 | Lansing Board of Water & Light | Lansing Board of Water & Light P.O. Box 13007 Lansing, MI 48901-3007 | Settlement Agreement | 6/30/2008 | 8/26/2009 |
| 42 | Lansing Board of Water & Light | Lansing Board Of Water & Light P.O. Box 13007 Lansing, MI 48901-3007 | Steam Supply Agreement | 12/18/1996 | 8/31/2009 |
| 43 | Linde LLC | Linde LLC Attn: Jeffrey J. Johns 575 Mountain Avenue Murray Hill, NJ 07975 | Ground Lease Agreement | 3/20/2005 | 8/26/2009 |
| 44 | Linde LLC | Linde LLC Attn: Jeffrey J. Johns 575 Mountain Avenue Murray Hill, NJ 07975 | Supply Agreeement | 3/25/2009 (effective date 07/01/1996) | 8/26/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 45 | Mishawaka Leasing Company, Inc. | Mishawaka Leasing Company Inc.<br>Attn: Denise Jones<br>7901 Southpark Plaza<br>Suite 204<br>Littleton,  CO  80120 | Mobile Equipment Lease, No. 1640 | 5/1/2000 | 8/31/2009 |
| 46 | Mishawaka Leasing Company, Inc. | Mishawaka Leasing Company Inc.<br>Attn: Denise Jones<br>7901 Southpark Plaza<br>Suite 204<br>Littleton,  CO  80120 | Mobile Equipment Lease, No. 1642 | 5/1/2000 | 8/31/2009 |
| 47 | Mishawaka Leasing Company, Inc. | Mishawaka Leasing Company Inc.<br>Attn: Denise Jones<br>7901 Southpark Plaza<br>Suite 204<br>Littleton,  CO  80120 | Mobile Equipment Lease, No. 383 | 5/1/1997 | 8/31/2009 |
| 48 | New England Mutual Life Insurance Company | New England Mutual Life Insurance Company<br>Attn: Legal Department<br>501 Boylston Street<br> Boston, MA 02116 | Property Lease Agreement | 6/16/1958 | 8/31/2009 |
| 49 | Pacific Rim Capital, Inc. | Pacific Rim Capital, Inc.<br>Attn: Marc Mills<br>15 Enterprise,  Suite 400<br>Aliso Viejo,  CA  92656 | Mobile Equipment Lease, No. 4 | 5/1/2002 | 8/31/2009 |
| 50 | Pacific Rim Capital, Inc. | Pacific Rim Capital, Inc.<br>Attn: Marc Mills<br>15 Enterprise,  Suite 400<br>Aliso Viejo,  CA  92656 | Mobile Equipment Lease, No. 99 | 2/1/2004 | 8/31/2009 |
| 51 | Pacific Rim Capital, Inc. | Relational Technology Solutions<br>Attn: Renee Rogers<br>3701 Algonquin Road,<br>Suite 600<br>Rollling Meadows, IL  60008 | Mobile Equipment Lease, No. 162 | 9/1/2004 | 8/31/2009 |
| 52 | Pacific Rim Capital, Inc. | Pacific Rim Capital, Inc.<br>Attn: Marc Mills<br>15 Enterprise,  Suite 400<br>Aliso Viejo,  CA  92656 | Mobile Equipment Lease, No. 139 | 10/1/2004 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 53 | RBS Asset Finance | RBS Asset Finance<br>Attn: Mike O'Grady<br>71 South Whacker Drive<br>28th Floor, Mail Stop IH2800<br>Chicago, IL  60680 | Mobile Equipment Lease, No. 1202 | 2/1/2006 | 8/31/2009 |
| 54 | RCR Team #29 LLC (Kevin Harvick) | Bill Patterson<br>RCR Team #29 LLC<br>425 Industrial Drive<br>Welcome, NC 27374 | Motorsports Sponsorship Personal Services Agreement | 1/1/2009 | 8/26/2009 |
| 55 | Relational Technology Solutions | Relational Technology Solutions<br>Attn: Renee Rogers<br>3701 Algonquin Road,<br>Suite 600<br>Rollling Meadows, IL  60008 | Mobile Equipment Lease, No. 32 | 2/1/2003 | 8/31/2009 |
| 56 | Rolls Royce Corporation | Rolls Royce Corporation<br>Att: Legal Department<br>14850 Conference Center Drive<br>Chantilly, VA 20151 | Settlement Agreement | 10/26/2000 | 8/26/2009 |
| 57 | Rolls Royce Corporation | Rolls Royce Corporation<br>Attn: Legal Department<br>14850 Conference Center Drive<br>Chantilly, VA 20151 | Joint Defense Agreement | 8/4/2003 | 8/26/2009 |
| 58 | Rolls Royce Corporation | Rolls Royce Corporation<br>Attn: Legal Department<br>14850 Conference Center Drive<br>Chantilly, VA 20151 | Asset Purchase Agreement | 9/14/1993 | 8/26/2009 |
| 59 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford,  CT  06901 | Mobile Equipment Lease, No. 506 | 5/1/2002 | 8/31/2009 |
| 60 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford,  CT  06901 | Mobile Equipment Lease, No. 694 | 11/1/2002 | 8/31/2009 |
| 61 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford,  CT  06901 | Mobile Equipment Lease, No. 600 | 8/1/2002 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 62 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06902 | Mobile Equipment Lease, No. 673 | 9/1/2002 | 8/31/2009 |
| 63 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06903 | Mobile Equipment Lease, No. 654 | 10/1/2002 | 8/31/2009 |
| 64 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06904 | Mobile Equipment Lease, No. 555 | 5/1/2002 | 8/31/2009 |
| 65 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06905 | Mobile Equipment Lease, No. 686 | 10/1/2002 | 8/31/2009 |
| 66 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06906 | Mobile Equipment Lease, No. 398 | 1/1/2002 | 8/31/2009 |
| 67 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06907 | Mobile Equipment Lease, No. 597 | 8/1/2002 | 8/31/2009 |
| 68 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06908 | Mobile Equipment Lease, No. 623 | 8/1/2002 | 8/31/2009 |
| 69 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06909 | Mobile Equipment Lease, No. 505 | 2/1/2002 | 8/31/2009 |
| 70 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06910 | Mobile Equipment Lease, No. 676 | 9/1/2002 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 71 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06911 | Mobile Equipment Lease, No. 553 | 11/1/2002 | 8/31/2009 |
| 72 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06912 | Mobile Equipment Lease, No. 399 | 11/1/2002 | 8/31/2009 |
| 73 | Seminole Energy Services | Seminole Energy Services<br>Attn: Legal Department<br>303 East 17th Avenue<br>Denver, CO 80203 | Natural Gas Supply Agreement | 4/1/2008 | 8/26/2009 |
| 74 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT 06604 | Mobile Equipment Lease, No. 307 | 5/1/2001 | 8/31/2009 |
| 75 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT 06605 | Mobile Equipment Lease, No. 763 | 12/1/2003 | 8/31/2009 |
| 76 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT 06606 | Mobile Equipment Lease, No. 281 | 7/1/2001 | 8/31/2009 |
| 77 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT 06607 | Mobile Equipment Lease, No. 169 | 12/1/2000 | 8/31/2009 |
| 78 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT 06608 | Mobile Equipment Lease, No. 604 | 2/1/2003 | 8/31/2009 |
| 79 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT 06609 | Mobile Equipment Lease, No. 294 | 5/1/2001 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 80 | University Chevrolet LLC | Sutherland Asbill & Brennan<br>Attn: Dean Bunch and Everett Boyd Jr.<br>3600 Maclay Blvd. South, Suite 202<br>Tallahassee, FL  32312 | Settlement/Release Agreement | 8/13/2007 | 8/26/2009 |
| 81 | Urban Science Applications, Inc. | Urban Science Applications, Inc.<br>Attn: Rick Jones<br>200 Renaissance Ctr. Fl 18<br>Detroit, MI 48243-1306 | Litigation Support Agreement | 5/1/2007 | 8/26/2009 |
| 82 | White Consolidated Industries, Inc. | White Consolidated Industries, Inc.<br>Attn:  Vice President<br>11770 Berea Road<br>Cleveland, OH 44111 | Asset Purchase Agreement | 4/9/1979 | 8/26/2009 |

## Exhibit B

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : |  |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------x

**SIXTH OMNIBUS ORDER PURSUANT TO 11 U.S.C. § 365**
**OF THE BANKRUPTCY CODE TO REJECT CERTAIN EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

Upon the motion, dated August 25, 2009 (the "**Motion**")[1], of Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 365(a)

of title 11, United States Code (the "**Bankruptcy Code**"), for entry of an order authorizing the

Debtors to reject certain executory contracts and unexpired leases of nonresidential real property,

all as more fully described in the Motion; and due and proper notice of the Motion having been

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Motion is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Motion establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Motion.

ORDERED that each of the Executory Contracts listed on **Annex I** attached hereto is an executory contract capable of being rejected under section 365 of the Bankruptcy Code; and it is further

ORDERED that each of the Leases listed on **Annex I** attached hereto is an unexpired lease of nonresidential real property capable of being rejected under section 365 of the Bankruptcy Code; and it is further

ORDERED that the rejection of the Executory Contracts and the Leases, as set forth herein, (1) constitutes an exercise of sound business judgment by the Debtors, made in good faith and for legitimate commercial reasons; (2) is appropriate and necessary under the circumstances described in the Motion; and (3) is warranted and permissible under sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006; and it is further

ORDERED that pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the rejection of the Executory Contracts and the Leases listed on **Annex I** attached hereto and all related amendments and supplements thereto effective as of rejection dates (the "**Rejection Dates**") set forth on **Annex I** is hereby authorized and approved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2009
      New York, New York

                               _____
                                UNITED STATES BANKRUPTCY JUDGE

**<u>Annex I</u>**

**Executory Contracts and Unexpired Leases of Nonresidential Real Property**

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 1 | Air Technologies Division | Air Technologies Division<br>Attn: Steve Schoeny<br>400 Wright Dr. Park 63<br>Middletown, OH 45044-3263 | Compressed Air Service Supply Agreement | 12/14/2004 | 8/26/2009 |
| 2 | ATEL Equipment Corporation | ATEL Equipment Corp.<br>Attn: Russell H. Wilder, CLP<br>600 California Street, 6th Floor<br>San Francisco,  CA  94108 | Mobile Equipment Lease, No. 483 | 1/1/2002 | 8/31/2009 |
| 3 | Bill Jacobs Motor Transport, Inc. | Bill Jacobs Motor Transport, Inc.<br>Attn: Legal Department<br>336 E. Ogden Ave.<br>Hinsdale, IL 60521-3609<br><br>Bill Jacobs Motor Transport, Inc.<br>Attn: Legal Department<br>1564 W. Ogden Ave.<br>Naperville, IL 60540-3957 | Parking Lot Lease Agreement | 3/7/2008 | 8/31/2009 |
| 4 | Blue Bird Body Company | Blue Bird Body Company<br>402 Blue Bird Blvd.<br>Ft. Valley, GA 31030 | School Bus Chassis Supply Agreement | 5/6/1991 | 8/26/2009 |
| 5 | C4 Capital Corporation (Republic Financial) | Republic Financial<br>Attn: Michelle Young<br>3300 South Parker Road<br>Aurora, CO  80014 | Mobile Equipment Lease, No. 530 | 2/1/2000 | 8/31/2009 |
| 6 | CIT Leasing (ATEL Equipment Corp.) | ATEL Equipment Corp.<br>Attn: Russell H. Wilder, CLP<br>600 California Street,  6th Floor<br>San Francisco,  CA  94108 | Mobile Equipment Lease, No. 337 | 1/1/2002 | 8/31/2009 |
| 7 | CIT Leasing (Emigrant Business Credit Corp.) | Emigrant Business Credit Corp.<br>Attn: Lisa Berishaj<br>101 Executive Blvd.<br>Elmsford,  NY  10523 | Mobile Equipment Lease, No. 117 | 10/1/2000 | 8/31/2009 |
| 8 | CIT Leasing (Emigrant Business Credit Corp.) | Emigrant Business Credit Corp.<br>Attn: Lisa Berishaj<br>101 Executive Blvd.<br>Elmsford,  NY  10523 | Mobile Equipment Lease, No. 99 | 10/1/2000 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 9 | CIT Leasing (Emigrant Business Credit Corp.) | Emigrant Business Credit Corp.<br>Attn: Lisa Berishaj<br>101 Executive Blvd.<br>Elmsford, NY 10523 | Mobile Equipment Lease, No. 65 | 8/1/2000 | 8/31/2009 |
| 10 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302 | Mobile Equipment Lease, No. 50C | 8/1/2003 | 8/31/2009 |
| 11 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302 | Mobile Equipment Lease, No. 9C | 11/1/2000 | 8/31/2009 |
| 12 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302 | Mobile Equipment Lease, No. 39C | 1/1/2003 | 8/31/2009 |
| 13 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302 | Mobile Equipment Lease, No. 6C | 12/1/2000 | 8/31/2009 |
| 14 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302 | Mobile Equipment Lease, No. 394 | 11/1/2001 | 8/31/2009 |
| 15 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06604 | Mobile Equipment Lease, No. 283 | 5/1/2001 | 8/31/2009 |
| 16 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06605 | Mobile Equipment Lease, No. 145 | 2/1/2001 | 8/31/2009 |
| 17 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06606 | Mobile Equipment Lease, No. 629 | 4/1/2003 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 18 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06607 | Mobile Equipment Lease, No. 213 | 3/1/2001 | 8/31/2009 |
| 19 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06608 | Mobile Equipment Lease, No. 34 | 10/1/2000 | 8/31/2009 |
| 20 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06609 | Mobile Equipment Lease, No. 212 | 11/1/2000 | 8/31/2009 |
| 21 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06610 | Mobile Equipment Lease, No. 327 | 5/1/2001 | 8/31/2009 |
| 22 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06611 | Mobile Equipment Lease, No. 302 | 6/1/2001 | 8/31/2009 |
| 23 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06612 | Mobile Equipment Lease, No. 702 | 1/1/2003 | 8/31/2009 |
| 24 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06613 | Mobile Equipment Lease, No. 368 | 8/1/2001 | 8/31/2009 |
| 25 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06614 | Mobile Equipment Lease, No. 372 | 7/1/2001 | 8/31/2009 |
| 26 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06615 | Mobile Equipment Lease, No. 734 | 10/1/2003 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 27 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT 06616 | Mobile Equipment Lease, No. 277 | 4/1/2001 | 8/31/2009 |
| 28 | Dale Earnhardt, Inc. | Dale Earnhardt, Inc.<br>Attn: Chad Warpula, General Manager<br>1675 Dale Earnhardt Hwy<br>Mooresville, NC 28115-8330 | Motorsports Team Agreement | 1/1/2008 | 8/26/2009 |
| 29 | Detroit Diesel Corporation | Detroit Diesel Corporation<br>Attn: Chairman of the Board<br>13400 West Outer Drive<br>Detroit, MI 48239-4001 USA | Product Responsiblity Agreement | 12/31/1987 | 8/26/2009 |
| 30 | Detroit Diesel Corporation | Detroit Diesel Corporation<br>Attn: Chairman of the Board;<br>13400 West Outer Drive<br>Detroit, MI 48239-4001 USA | Indemnification Agreement | 12/31/1987 | 8/26/2009 |
| 31 | Emigrant Business Credit Corp. | Emigrant Business Credit Corp.<br>Attn: Lisa Berishaj<br>101 Executive Blvd.<br>Elmsford, NY 10523 | Mobile Equipment Lease, No. 100 | 1/1/2006 | 8/31/2009 |
| 32 | First American Capital (Emigrant Business Credit Corp.) | Emigrant Business Credit Corp.<br>Attn: Lisa Berishaj<br>101 Executive Blvd.<br>Elmsford, NY 10523 | Mobile Equipment Lease, No. 1351 | 10/1/1999 | 8/31/2009 |
| 33 | First American Capital (Republic Financial) | Republic Financial<br>Attn: Michelle Young<br>3300 South Parker Road<br>Aurora, CO 80014 | Mobile Equipment Lease, No. 1516 | 1/1/2000 | 8/31/2009 |
| 34 | First American Capital (Republic Financial) | Republic Financial<br>Attn: Michelle Young<br>3300 South Parker Road<br>Aurora, CO 80014 | Mobile Equipment Lease, No. 1053 | 6/1/1999 | 8/31/2009 |
| 35 | First American Capital (Republic Financial) | Republic Financial<br>Attn: Michelle Young<br>3300 South Parker Road<br>Aurora, CO 80014 | Mobile Equipment Lease, No. 1402 | 10/1/1999 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 36 | Flightsafety International Inc | Flightsafety International Inc<br>La Guardia Airport<br>Marine Air Terminal<br>Flushing, NY 11371 | Flight Safety Training Agreement | 1/1/2007 | 8/26/2009 |
| 37 | Flightsafety International Inc. | Flightsafety International Inc.<br>La Guardia Airport<br>Marine Air Terminal<br>Flushing, NY 11371 | Flight Safety Training Agreement | 1/1/2006 | 8/26/2009 |
| 38 | Flightsafety International Inc. | Flightsafety International Inc.<br>La Guardia Airport<br>Marine Air Terminal<br>Flushing, NY 11371 | Flight Safety Training Agreement | 1/1/2007 | 8/26/2009 |
| 39 | Fort Street Capital LLC | TCF Equipment Finance<br>Attn: David Laschenki<br>11100 Wayzata Blvd.<br>Minnetonka,  MN  55304 | Mobile Equipment Lease, No. 1 | 4/1/2001 | 8/31/2009 |
| 40 | Gordon Stewart Chevrolet Inc. | Lewis Longman & Walker PA<br>125 S Gadeden Street, Suite 300<br>Tallahassee, FL  32301 | Settlement/Release Agreement | 8/13/2007 | 8/26/2009 |
| 41 | Lansing Board of Water & Light | Lansing Board of Water & Light<br>P.O. Box 13007<br>Lansing, MI 48901-3007 | Settlement Agreement | 6/30/2008 | 8/26/2009 |
| 42 | Lansing Board of Water & Light | Lansing Board Of Water & Light<br>P.O. Box 13007<br>Lansing, MI 48901-3007 | Steam Supply Agreement | 12/18/1996 | 8/31/2009 |
| 43 | Linde LLC | Linde LLC<br>Attn: Jeffrey J. Johns<br>575 Mountain Avenue<br>Murray Hill, NJ 07975 | Ground Lease Agreement | 3/20/2005 | 8/26/2009 |
| 44 | Linde LLC | Linde LLC<br>Attn: Jeffrey J. Johns<br>575 Mountain Avenue<br>Murray Hill, NJ 07975 | Supply Agreeement | 3/25/2009<br>(effective date<br>07/01/1996) | 8/26/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 45 | Mishawaka Leasing Company, Inc. | Mishawaka Leasing Company Inc. Attn: Denise Jones 7901 Southpark Plaza Suite 204 Littleton, CO 80120 | Mobile Equipment Lease, No. 1640 | 5/1/2000 | 8/31/2009 |
| 46 | Mishawaka Leasing Company, Inc. | Mishawaka Leasing Company Inc. Attn: Denise Jones 7901 Southpark Plaza Suite 204 Littleton, CO 80120 | Mobile Equipment Lease, No. 1642 | 5/1/2000 | 8/31/2009 |
| 47 | Mishawaka Leasing Company, Inc. | Mishawaka Leasing Company Inc. Attn: Denise Jones 7901 Southpark Plaza Suite 204 Littleton, CO 80120 | Mobile Equipment Lease, No. 383 | 5/1/1997 | 8/31/2009 |
| 48 | New England Mutual Life Insurance Company | New England Mutual Life Insurance Company Attn: Legal Department 501 Boylston Street Boston, MA 02116 | Property Lease Agreement | 6/16/1958 | 8/31/2009 |
| 49 | Pacific Rim Capital, Inc. | Pacific Rim Capital, Inc. Attn: Marc Mills 15 Enterprise, Suite 400 Aliso Viejo, CA 92656 | Mobile Equipment Lease, No. 4 | 5/1/2002 | 8/31/2009 |
| 50 | Pacific Rim Capital, Inc. | Pacific Rim Capital, Inc. Attn: Marc Mills 15 Enterprise, Suite 400 Aliso Viejo, CA 92656 | Mobile Equipment Lease, No. 99 | 2/1/2004 | 8/31/2009 |
| 51 | Pacific Rim Capital, Inc. | Relational Technology Solutions Attn: Renee Rogers 3701 Algonquin Road, Suite 600 Rollling Meadows, IL 60008 | Mobile Equipment Lease, No. 162 | 9/1/2004 | 8/31/2009 |
| 52 | Pacific Rim Capital, Inc. | Pacific Rim Capital, Inc. Attn: Marc Mills 15 Enterprise, Suite 400 Aliso Viejo, CA 92656 | Mobile Equipment Lease, No. 139 | 10/1/2004 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 53 | RBS Asset Finance | RBS Asset Finance<br>Attn: Mike O'Grady<br>71 South Whacker Drive<br>28th Floor, Mail Stop IH2800<br>Chicago, IL  60680 | Mobile Equipment Lease, No. 1202 | 2/1/2006 | 8/31/2009 |
| 54 | RCR Team #29 LLC (Kevin Harvick) | Bill Patterson<br>RCR Team #29 LLC<br>425 Industrial Drive<br>Welcome, NC 27374 | Motorsports Sponsorship Personal Services Agreement | 1/1/2009 | 8/26/2009 |
| 55 | Relational Technology Solutions | Relational Technology Solutions<br>Attn: Renee Rogers<br>3701 Algonquin Road,<br>Suite 600<br>Rollling Meadows, IL  60008 | Mobile Equipment Lease, No. 32 | 2/1/2003 | 8/31/2009 |
| 56 | Rolls Royce Corporation | Rolls Royce Corporation<br>Att: Legal Department<br>14850 Conference Center Drive<br>Chantilly, VA 20151 | Settlement Agreement | 10/26/2000 | 8/26/2009 |
| 57 | Rolls Royce Corporation | Rolls Royce Corporation<br>Attn: Legal Department<br>14850 Conference Center Drive<br>Chantilly, VA 20151 | Joint Defense Agreement | 8/4/2003 | 8/26/2009 |
| 58 | Rolls Royce Corporation | Rolls Royce Corporation<br>Attn: Legal Department<br>14850 Conference Center Drive<br>Chantilly, VA 20151 | Asset Purchase Agreement | 9/14/1993 | 8/26/2009 |
| 59 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06901 | Mobile Equipment Lease, No. 506 | 5/1/2002 | 8/31/2009 |
| 60 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06901 | Mobile Equipment Lease, No. 694 | 11/1/2002 | 8/31/2009 |
| 61 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06901 | Mobile Equipment Lease, No. 600 | 8/1/2002 | 8/31/2009 |

|  | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 62 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06902 | Mobile Equipment Lease, No. 673 | 9/1/2002 | 8/31/2009 |
| 63 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06903 | Mobile Equipment Lease, No. 654 | 10/1/2002 | 8/31/2009 |
| 64 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06904 | Mobile Equipment Lease, No. 555 | 5/1/2002 | 8/31/2009 |
| 65 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06905 | Mobile Equipment Lease, No. 686 | 10/1/2002 | 8/31/2009 |
| 66 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06906 | Mobile Equipment Lease, No. 398 | 1/1/2002 | 8/31/2009 |
| 67 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06907 | Mobile Equipment Lease, No. 597 | 8/1/2002 | 8/31/2009 |
| 68 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06908 | Mobile Equipment Lease, No. 623 | 8/1/2002 | 8/31/2009 |
| 69 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06909 | Mobile Equipment Lease, No. 505 | 2/1/2002 | 8/31/2009 |
| 70 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06910 | Mobile Equipment Lease, No. 676 | 9/1/2002 | 8/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 71 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06911 | Mobile Equipment Lease, No. 553 | 11/1/2002 | 8/31/2009 |
| 72 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06912 | Mobile Equipment Lease, No. 399 | 11/1/2002 | 8/31/2009 |
| 73 | Seminole Energy Services | Seminole Energy Services<br>Attn: Legal Department<br>303 East 17th Avenue<br>Denver, CO 80203 | Natural Gas Supply Agreement | 4/1/2008 | 8/26/2009 |
| 74 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT  06604 | Mobile Equipment Lease, No. 307 | 5/1/2001 | 8/31/2009 |
| 75 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT  06605 | Mobile Equipment Lease, No. 763 | 12/1/2003 | 8/31/2009 |
| 76 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT  06606 | Mobile Equipment Lease, No. 281 | 7/1/2001 | 8/31/2009 |
| 77 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT  06607 | Mobile Equipment Lease, No. 169 | 12/1/2000 | 8/31/2009 |
| 78 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT  06608 | Mobile Equipment Lease, No. 604 | 2/1/2003 | 8/31/2009 |
| 79 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT  06609 | Mobile Equipment Lease, No. 294 | 5/1/2001 | 8/31/2009 |

|  | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 80 | University Chevrolet LLC | Sutherland Asbill & Brennan<br>Attn: Dean Bunch and Everett Boyd Jr.<br>3600 Maclay Blvd. South, Suite 202<br>Tallahassee, FL  32312 | Settlement/Release Agreement | 8/13/2007 | 8/26/2009 |
| 81 | Urban Science Applications, Inc. | Urban Science Applications, Inc.<br>Attn: Rick Jones<br>200 Renaissance Ctr. Fl 18<br>Detroit, MI 48243-1306 | Litigation Support Agreement | 5/1/2007 | 8/26/2009 |
| 82 | White Consolidated Industries, Inc. | White Consolidated Industries, Inc.<br>Attn:  Vice President<br>11770 Berea Road<br>Cleveland, OH 44111 | Asset Purchase Agreement | 4/9/1979 | 8/26/2009 |