Appendix 4

Parker's Ex. 1 in Evidence

Prospectus Dated June 19, 2003
together with Prospectus Supplement
dated June 26, 2003

Pursuant to the provisions of Local Bankruptcy Rule 8007-1(b),
because of its unusual bulk, only the relevant portions of Parker's Ex. 1
are included in Appendix 4.   If requested by the Court or by any party,
other relevant portions of the document (or if needed, the entire document)
will be made available.



# FORM 424B5

## GENERAL MOTORS CORP - GMGMQ

**Filed: June 27, 2003 (period: )**

Form of prospectus disclosing information,facts,events covered in both forms 424B2 424B3

GMPR-HD 3797

# Table of Contents

424B5 - PROSPECTUS SUPPLEMENT

GMPR-HD 3798

Filed Pursuant to Rule 424(b)(5)
Registration No. 333-105949

PROSPECTUS SUPPLEMENT
(To Prospectus dated June 19, 2003)



# $4,000,000,000
# General Motors Corporation
### 6.250% Series C Convertible Senior Debentures Due 2033

We are offering $4,000,000,000 principal amount of 6.250% Series C Convertible Senior Debentures Due 2033.

The Series C debentures are convertible into shares of our $1 2/3 par value common stock, at your option, under any of the following circumstances: (1) the closing sale price of our $1 2/3 par value common stock exceeds specified thresholds, (2) the trading price of the Series C debentures falls below specified thresholds, (3) the Series C debentures are called for redemption or (4) upon the occurrence of other specified corporate events. The Series C debentures are convertible at a conversion price of $47.62 per share, which is equal to a conversion rate of 0.525 shares per $25.00 principal amount of Series C debentures, subject to adjustment. We may pay you an amount of cash equivalent to the shares of our $1 2/3 par value common stock otherwise required to be delivered upon conversion. We will pay interest on the Series C debentures on January 15 and July 15 of each year, beginning January 15, 2004. We may redeem the Series C debentures, in whole or in part, on or after July 20, 2010 for an amount in cash equal to the redemption prices set forth herein. You may require us to repurchase your Series C debentures on July 15 of 2018, 2023 and 2028, or, if any of those days is not a business day, on the next succeeding business day, for an amount equal to the principal amount plus accrued and unpaid interest. We may elect to pay the repurchase price in cash, shares of our $1 2/3 par value common stock or any combination thereof. We have listed the Series C debentures on the New York Stock Exchange under the symbol "GPM" and expect trading of the debentures to commence on June 27, 2003.

Our $1 2/3 par value common stock is listed on the New York Stock Exchange under the symbol "GM." On June 26, 2003, the last sale price of our $1 2/3 par value common stock as reported on the New York Stock Exchange was $35.94 per share.

Investing in the debentures involves risks. See "Risk Factors" beginning on page S-5.

| | Per Series C debenture | Total |
|---|---|---|
| Public Offering Price (1) | 100.00% | $ 4,000,000,000 |
| Underwriting Discount | 1.75% | $70,000,000 |
| Proceeds to General Motors Corporation | 98.25% | $ 3,930,000,000 |

(1)    The public offering price set forth above does not include accrued interest, if any.

We have granted the underwriters the right to purchase up to an additional $600,000,000 aggregate principal amount of Series C debentures to cover overallotments, if any.

The underwriters expect to deliver the debentures to purchasers on July 2, 2003.

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus supplement or the related prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

Joint Book-Running Managers

## Merrill Lynch & Co.
### Morgan Stanley
#### Citigroup
##### Banc of America Securities LLC
###### Goldman, Sachs & Co.
####### JPMorgan

### UBS Investment Bank

Banc One Capital Markets, Inc.  Barclays Capital  Bear, Stearns & Co. Inc.
BNP PARIBAS  Deutsche Bank Securities

ABN AMRO Rothschild LLC  Credit Suisse First Boston  HSBC  Mizuho International plc

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

GMPR-HD 3799

June 26, 2003

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

# TABLE OF CONTENTS

## Prospectus Supplement

| | Page |
|---|---|
| About this Prospectus | ii |
| Summary | S-1 |
| Risk Factors | S-5 |
| Disclosure Regarding Forward-Looking Statements | S-12 |
| Recent Developments | S-14 |
| Use of Proceeds | S-17 |
| Consolidated Ratio of Earnings to Fixed Charges | S-17 |
| Price Range of Common Stock and Dividend Policy | S-18 |
| Consolidated Capitalization | S-19 |
| Selected Consolidated Financial Data | S-20 |
| Description of Series C Debentures | S-22 |
| Certain United States Federal Income Tax Consequences | S-34 |
| Underwriters | S-41 |
| Legal Matters | S-45 |
| Experts | S-45 |

## Prospectus

| | Page |
|---|---|
| About this Prospectus | 1 |
| Principal Executive Offices | 2 |
| Where You Can Find More Information | 2 |
| Incorporation of Certain Documents by Reference | 3 |
| Description of General Motors Corporation | 4 |
| Ratio of Earnings to Fixed Charges and Ratio of Earnings to Fixed Charges and | |
| Preference Stock Dividends | 5 |
| Use of Proceeds | 5 |
| Overview of Capital Stock | 6 |
| Description of $1⅔ Par Value Common Stock and Class H Common Stock | 8 |
| Description of Preferred Stock | 16 |
| Description of Preference Stock | 18 |
| Description of Debt Securities | 20 |
| Description of Purchase Contracts | 27 |
| Description of Depositary Shares | 28 |
| Description of Warrants | 31 |
| Description of Units | 34 |
| Forms of Securities | 37 |
| Plan of Distribution | 39 |
| Legal Matters | 42 |
| Experts | 42 |

i

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

**GMPR-HD 3801**

## ABOUT THIS PROSPECTUS

Unless the context indicates otherwise, the words "GM" "we," "our," "ours" and "us" refer to General Motors Corporation. The term "Hughes" refers to Hughes Electronics Corporation, a wholly-owned subsidiary of GM. The term "GMAC" refers to General Motors Acceptance Corporation, a wholly-owned subsidiary of GM.

You should rely only on the information contained in or incorporated by reference into this prospectus supplement and the accompanying prospectus. We have not, and the underwriters have not, authorized any other person to provide you with different information or to make any additional representations. If anyone provides you with different or inconsistent information, you should not rely on it. We are not, and the underwriters are not, making an offer of any securities other than the debentures pursuant to this prospectus supplement. This prospectus supplement is part of and must be read in conjunction with the accompanying prospectus dated June 19, 2003. You should not assume that the information appearing in this prospectus supplement and the accompanying prospectus, as well as the information incorporated by reference, is accurate as of any date other than the date on the front cover of this prospectus supplement, or the date of such incorporated information.

We are not, and the underwriters are not, making an offer to sell the Series C debentures in any jurisdiction where the offer or sale is not permitted. The distribution of this prospectus supplement and the accompanying prospectus and the offering of the debentures may be restricted in certain jurisdictions. You should inform yourself about and observe any such restrictions. This prospectus supplement and the accompanying prospectus do not constitute, and may not be used in connection with, an offer or solicitation by anyone in any jurisdiction in which such offer or solicitation is not authorized or in which the person making such offer or solicitation is not qualified to do so or to any person to whom it is unlawful to make such offer or solicitation.

We will deliver the debentures to the underwriters at the closing of this offering when the underwriters pay us the purchase price of the debentures.

References to "dollars" or "$" in this prospectus supplement and the accompanying prospectus are to U.S. dollars, unless expressly indicated otherwise.

ii

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

GMPR-HD 3802

## SUMMARY

*The following summary is provided solely for your convenience. It is not intended to be complete. You should read this entire prospectus supplement and the accompanying prospectus carefully, especially the risks of investing in the debentures discussed under "Risk Factors" beginning on page S-5.*

**General Motors Corporation**

We are primarily engaged in the automotive and, through our wholly-owned subsidiary, Hughes Electronics Corporation, the communications services industries. We are the world's largest manufacturer of automotive vehicles. We also have financing and insurance operations and, to a lesser extent, are engaged in other industries.

Our automotive segment is comprised of four regions:

- GM North America;

- GM Europe;

- GM Latin America/Africa/Mid-East; and

- GM Asia Pacific.

GM North America designs, manufactures and/or markets vehicles primarily in North America under the following nameplates:

| | | | |
|---|---|---|---|
| • Chevrolet | • GMC | • Buick | • Saturn |
| • Pontiac | • Oldsmobile | • Cadillac | • HUMMER |

GM Europe, GM Latin America/Africa/Mid-East and GM Asia Pacific meet the demands of customers outside North America with vehicles designed, manufactured and/or marketed under the following nameplates:

| | | | |
|---|---|---|---|
| • Opel | • Holden | • Buick | • GMC |
| • Vauxhall | • Saab | • Chevrolet | • Cadillac |

Our automotive regions also have investments in Fiat Auto Holdings, Fuji Heavy Industries Ltd., Suzuki Motor Corporation, Isuzu Motors Limited, Shanghai General Motors Corporation, SAIC-GM-Wuling Automobile Company Ltd. and GM Daewoo Auto & Technology Company. These investees design, manufacture and market vehicles under the following nameplates:

| | | | |
|---|---|---|---|
| • Fiat | • Subaru | • Isuzu | • Wuling |
| • Alfa Romeo | • Suzuki | • Buick | • Daewoo |

Certain of these investees also design, manufacture and market vehicles under the Chevrolet nameplate.

Our communications services relate to Hughes, which includes digital entertainment, information and communications services and satellite-based private business networks. For more information about Hughes, see the documents filed separately by Hughes with the SEC, including its most recent Annual Report on Form 10-K for the year ended December 31, 2002, Quarterly Report on Form 10-Q for the quarter ended March 31, 2003 and various Current Reports on Form 8-K.

S-1

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

**GMPR-HD 3803**

Our financing and insurance operations primarily relate to GMAC, which provides a broad range of financial services, including consumer vehicle financing, automotive dealership and other commercial financing, residential and commercial mortgage services, automobile service contracts, personal automobile insurance coverage and selected commercial insurance coverage. For more information about GMAC, see the documents filed separately by GMAC with the SEC, including its most recent Annual Report on Form 10-K for the year ended December 31, 2002, Quarterly Report on Form 10-Q for the quarter ended March 31, 2003 and various Current Reports on Form 8-K.

Our other industrial operations include the designing, manufacturing and marketing of locomotives and other heavy-duty transmissions.

Substantially all of our automotive-related products are marketed through retail dealers and distributors in the United States, Canada and Mexico, and through distributors and dealers overseas. At December 31, 2002, there were approximately 7,790 GM vehicle dealers in the United States, 800 in Canada and 210 in Mexico. Additionally, there were a total of approximately 11,800 outlets overseas which include dealers and authorized sales, service and parts outlets.

**Hughes Separation Transactions**

On April 9, 2003, GM, Hughes and The News Corporation Limited ("News Corporation") announced the signing of definitive agreements that provide for, among other things, the split-off of Hughes from GM and the simultaneous sale of GM's current approximately 19.8% retained economic interest in Hughes to a wholly-owned subsidiary of News Corporation. This subsidiary would then acquire an additional stake in Hughes from the holders of GM Class H common stock, which would provide News Corporation with a total of 34% of the then outstanding capital stock of Hughes. These transactions are subject to GM common stockholder approval, regulatory clearances and certain other conditions. Following the completion of these transactions, Hughes will no longer be a subsidiary of GM. We refer to these transactions as the "Hughes separation transactions."

S-2

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

GMPR-HD 3804

**6.250% Series C Convertible Senior Debentures due 2033**

| | |
|---|---|
| Securities Offered | $4,000,000,000 aggregate principal amount of 6.250% Series C Convertible Senior Debentures Due 2033 (and up to an additional $600,000,000 aggregate principal amount if the underwriters exercise their option to purchase additional Series C debentures). |
| Maturity Date | July 15, 2033. |
| Ranking | The Series C debentures will constitute part of our senior debt. They will rank equally and *pari passu* with all our other unsecured and unsubordinated debt. |
| Offering Price | 100% of the principal amount of each Series C debenture plus accrued interest, if any, from July 2, 2003. |
| Interest | 6.250% per year of the principal amount, payable semiannually in arrears in cash on January 15 and July 15 of each year, beginning January 15, 2004. |
| Conversion Rights | You may convert the Series C debentures into shares of our $1 2/3 par value common stock at a conversion rate of 0.525 shares per $25.00 principal amount of Series C debentures, subject to adjustment for certain reasons (but not for accrued interest), prior to 5:00 p.m. New York City time on July 15, 2033 (or in the case of Series C debentures called for redemption, until the close of business on the business day prior to the redemption date), under any of the following circumstances: |

- during any fiscal quarter commencing after September 30, 2003 if the closing sale price of our $1 2/3 par value common stock exceeds 120% of the conversion price for at least 20 trading days in the 30 consecutive trading days ending on the last trading day of the preceding fiscal quarter; or

- during the five business day period after any nine consecutive trading day period in which the trading price of the Series C debentures for each day of such period was less than 95% of the product of the closing sale price of our $1 2/3 par value common stock multiplied by the number of shares issuable upon conversion of $25.00 principal amount of the Series C debentures; or

- if the Series C debentures have been called for redemption; or

- upon the occurrence of specified corporate events described under "Description of Series C Debentures—Conversion of Series C Debentures—Conversion Upon Specified Corporate Events."

We may pay you an amount of cash equivalent to the shares of our $1 2/3 par value common stock otherwise required to be delivered upon conversion of the Series C debentures. See "Description of

S-3

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

**GMPR-HD 3805**

Series C Debentures—Conversion of Series C Debentures." The conversion rate may be adjusted under certain circumstances. See "Description of Series C Debentures—Conversion of Series C Debentures—Conversion Rate Adjustments."

**Redemption**

We may redeem any of the Series C debentures, in whole or in part, on or after July 20, 2010, by giving you at least 30 days notice, in cash at the redemption prices set forth in this prospectus supplement. See "Description of Series C Debentures—Optional Redemption by General Motors."

**Repurchase at Option of the Holder**

You may require us to repurchase all or a portion of your Series C debentures on July 15 of 2018, 2023 and 2028, or, if any of those days is not a business day, on the next succeeding business day, for a repurchase price equal to the principal amount of the Series C debentures to be repurchased, plus accrued and unpaid interest to but excluding the repurchase date. We may choose to pay the repurchase price in cash, shares of our $1 ²/₃ par value common stock or a combination of cash and such common stock. See "Description of Series C Debentures—Repurchase of Series C Debentures at Option of the Holder."

**Fundamental Change**

If a fundamental change occurs prior to maturity, you may require us to redeem all or a portion of your Series C debentures at a price equal to the principal amount of your Series C debentures plus accrued and unpaid interest to but excluding the repurchase date. The redemption price will be paid in cash, unless the successor company elects to pay the redemption price, in whole or in part, in shares of its capital stock. See "Description of Series C Debentures—Redemption at Option of the Holder Upon a Fundamental Change."

**Use of Proceeds**

The offering of the Series C debentures and the other offerings by GM described at "Recent Developments—GM Financing Activities" are part of an overall effort to accelerate improvements in GM's balance sheet and financial flexibility. GM currently expects that substantially all of the proceeds of these offerings will be used over time to partially fund its U.S. pension funds and other retiree benefit obligations, although no determination has yet been made as to the amount of proceeds that would be used for such purposes and the allocation of any contribution of proceeds among its various retiree benefit programs. GM expects to make significant cash contributions to these funds by late 2003. To the extent the proceeds are not used for such purposes, they will be used for general corporate purposes.

**Trading**

We have listed the Series C debentures on the New York Stock Exchange under the symbol "GPM" and expect trading of the debentures to commence on June 27, 2003. The Series C debentures will be a new issue of securities for which there currently is no public market. Our $1 ²/₃ par value common stock is traded on the New York Stock Exchange under the symbol "GM."

S-4

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

**GMPR-HD 3806**

• • • • • • • • • •

**PROSPECTUS**

# $10,000,000,000

# GENERAL MOTORS CORPORATION

**Debt Securities**
**Common Stock (par value $1 $^{2}/_3$)**
**Class H Common Stock (par value $0.10)**
**Preference Stock (par value $0.10)**
**Preferred Stock (without par value)**
**Purchase Contracts**
**Depositary Shares**
**Warrants**
**Units**

---

We may offer from time to time debt securities, $1 $^{2}/_3$ par value common stock, Class H common stock, preference stock, preferred stock, purchase contracts, depositary shares, warrants or units. The aggregate initial offering price of all securities sold by us under this prospectus will not exceed $10,000,000,000. We will provide specific terms of these securities in supplements to this prospectus. You should read this prospectus and any supplement carefully before you invest.

Our $1 $^{2}/_3$ par value common stock is listed in the United States on the New York Stock Exchange, the Chicago Stock Exchange, the Pacific Stock Exchange and the Philadelphia Stock Exchange under the symbol "GM." Our Class H common stock is listed on the New York Stock Exchange under the symbol "GMH."

---

We reserve the sole right to accept and, together with our agents from time to time, to reject in whole or in part any proposed purchase of securities to be made directly or through any agents.

---

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

June 19, 2003

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

**GMPR-HD 3848**

You should rely only on the information contained in or incorporated by reference into this prospectus or any accompanying supplemental prospectus. We have not authorized anyone to provide you with different information or make any additional representations. We are not making an offer of these securities in any state or other jurisdiction where the offer is not permitted. You should not assume that the information contained in or incorporated by reference into this prospectus or any prospectus supplement is accurate as of any date other than the date on the front of each of such documents. The terms "General Motors," "GM," "we," "us," and "our" refer to General Motors Corporation. The term "Hughes" refers to Hughes Electronics Corporation, a wholly owned subsidiary of GM.

## TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| About this Prospectus | 1 | Description of Preferred Stock | 16 |
| Principal Executive Offices | 2 | Description of Preference Stock | 18 |
| Where You Can Find More Information | 2 | Description of Debt Securities | 20 |
| Incorporation of Certain Documents by | | Description of Purchase Contracts | 27 |
| Reference | 3 | Description of Depositary Shares | 28 |
| Description of General Motors Corporation | 4 | Description of Warrants | 31 |
| Ratio of Earnings to Fixed Charges | | Description of Units | 34 |
| and Ratio of Earnings to Fixed Charges and Preference Stock | | Forms of Securities | 37 |
| Dividends | 5 | Plan of Distribution | 39 |
| Use of Proceeds | 5 | Legal Matters | 42 |
| Overview of Our Capital Stock | 6 | Experts | 42 |
| Description of 1 2/3 Par Value Common | | | |
| Stock and Class H Common Stock | 8 | | |

## ABOUT THIS PROSPECTUS

This prospectus, along with a prospectus for General Motors Nova Scotia Finance Company, a wholly owned subsidiary of GM, is part of a registration statement that we filed with the Securities and Exchange Commission, referred to as the SEC in this prospectus, utilizing a "shelf" registration process. Under this shelf process, we may sell any combination of our securities and General Motors Nova Scotia Finance Company may sell its guaranteed debt securities, as described in the related prospectus, in one or more offerings. The aggregate initial offering price of all securities sold by us under this prospectus will not exceed $10,000,000,000. This prospectus provides you with a general description of the securities we may offer. Each time we sell securities, we will provide a prospectus supplement that will contain specific information about the terms of that offering. The prospectus supplement may also add, update or change information contained in this prospectus. You should read both this prospectus and any prospectus supplement together with additional information described below under "Incorporation of Certain Documents By Reference."

1

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

GMPR-HD 3849

### PRINCIPAL EXECUTIVE OFFICES

Our principal executive offices are located at 300 Renaissance Center, Detroit, Michigan 48265-3000, and our telephone number is (313) 556-5000. We maintain a website at *www.gm.com* where general information about us is available. We are not incorporating the contents of our website into this prospectus.

### WHERE YOU CAN FIND MORE INFORMATION

We file annual, quarterly and special reports, proxy statements and other information with the SEC. You may read and copy any document that we file at the Public Reference Room of the SEC at 450 Fifth Street, N.W., Washington, D.C. 20549. You may obtain information on the operation of the Public Reference Room by calling the SEC at 1-800-SEC-0330. In addition, the SEC maintains an Internet site at *www.sec.gov* that contains reports, proxy statements and other information regarding registrants that file electronically, including GM. We are not incorporating the contents of the SEC website into this prospectus. Reports and other information can also be inspected at the offices of the New York Stock Exchange, Inc., 20 Broad Street, New York, New York 10005, where our $1 $^{2}/_{3}$ par value common stock and Class H common stock are listed, as well as at the offices of the following stock exchanges where our $1 $^{2}/_{3}$ par value common stock is also listed in the United States: the Chicago Stock Exchange, Inc., One Financial Place, 440 South LaSalle Street, Chicago, Illinois 60605; the Pacific Stock Exchange, Inc., 233 South Beaudry Avenue, Los Angeles, California 90012 and 301 Pine Street, San Francisco, California 94104; and the Philadelphia Stock Exchange, Inc., 1900 Market Street, Philadelphia, Pennsylvania 19103.

2

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

GMPR-HD 3850

## INCORPORATION OF CERTAIN DOCUMENTS BY REFERENCE

The SEC allows us to "incorporate by reference" the information that we file with them, which means that we can disclose important information to you by referring you to those documents. The information incorporated by reference is an important part of this prospectus, and information that we file later with the SEC will automatically update and supersede this information. We incorporate by reference the documents listed below and any future filings made with the SEC by us under Sections 13(a), 13(c), 14 or 15(d) of the Securities Exchange Act of 1934 until we sell all of the securities, except as noted below:

| GM SEC Filings (File No. 1-143) | Period |
|---|---|
| Annual Report on Form 10-K | Year ended December 31, 2002 |
| Quarterly Report on Form 10-Q | Quarter Ended March 31, 2003 |
| Current Reports on Form 8-K | Dates filed: January 3, 2003, January 9, 2003*, January 9, 2003*, January 10, 2003*, January 16, 2003, February 3, 2003, February 13, 2003*, February 25, 2003, February 27, 2003*, February 28, 2003, March 3, 2003, March 3, 2003, March 7, 2003, March 19, 2003, March 20, 2003, April 1, 2003, April 10, 2003, April 14, 2003, April 15, 2003*, April 23, 2003, May 1, 2003, May 15, 2003, June 3, 2003, June 6, 2003, June 10, 2003*, June 12, 2003*, June 13, 2003, June 19, 2003, June 19, 2003, and June 19, 2003 |

The description of the $1⅔ par value common stock and the Class H common stock set forth in Article Fourth of General Motors' Restated Certificate of Incorporation filed as Exhibit 3(i) to the Current Report on Form 8-K of General Motors dated June 24, 1999, as amended by the amendment filed as Exhibit 3(i) to the Current Report on Form 8-K of General Motors dated June 6, 2000

*   Reports submitted to the SEC under Item 9, Regulation FD Disclosure or Item 12, Results of Operations and Financial Condition. Pursuant to General Instruction B(2) and (6) of Form 8-K, reports submitted under Item 9 and Item 12 are not deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934, and we are not subject to the liabilities of that section. We are not incorporating, and will not incorporate by reference future filings of, these reports into a filing under the Securities Act of 1933 or the Securities Exchange Act of 1934 or into this prospectus.

You may request a copy of the documents incorporated by reference into this prospectus, except exhibits to such documents unless those exhibits are specifically incorporated by reference in such documents, at no cost, by writing or telephoning the office of Paul W. Schmidt, Controller, at the following address and telephone number:

General Motors Corporation
300 Renaissance Center
Detroit, Michigan 48265-3000
(313) 556-5000

3

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

**GMPR-HD 3851**

## DESCRIPTION OF GENERAL MOTORS CORPORATION

We are primarily engaged in the automotive and, through our wholly owned subsidiary, Hughes Electronics Corporation, the communications services industries. We are the world's largest manufacturer of automotive vehicles. We also have financing and insurance operations and, to a lesser extent, are engaged in other industries.

Our automotive segment is comprised of four regions:

* GM North America;

* GM Europe;

* GM Latin America/Africa/Mid-East; and

* GM Asia Pacific.

GM North America designs, manufactures and/or markets vehicles primarily in North America under the following nameplates:

|  |  |  |  |
|---|---|---|---|
| • Chevrolet | • GMC | • Buick | • Saturn |
| • Pontiac | • Oldsmobile | • Cadillac | • HUMMER |

GM Europe, GM Latin America/Africa/Mid-East and GM Asia Pacific meet the demands of customers outside North America with vehicles designed, manufactured and/or marketed under the following nameplates:

|  |  |  |  |
|---|---|---|---|
| • Opel | • Holden | • Buick | • GMC |
| • Vauxhall | • Saab | • Chevrolet | • Cadillac |

Our automotive regions also have investments in Fiat Auto Holdings, Fuji Heavy Industries Ltd., Suzuki Motor Corporation, Isuzu Motors Limited, Shanghai General Motors Corporation, SAIC-GM-Wuling Automobile Company Ltd. and GM Daewoo Auto & Technology Company. These investees design, manufacture and market vehicles under the following nameplates:

|  |  |  |  |
|---|---|---|---|
| • Fiat | • Subaru | • Isuzu | • Wuling |
| • Alfa Romeo | • Suzuki | • Buick | • Daewoo |

Certain of these investees also design, manufacture and market vehicles under the Chevrolet nameplate.

Our communications services relate to Hughes, which includes digital entertainment, information and communications services and satellite-based private business networks. For more information about Hughes, see the documents filed separately by Hughes with the SEC, including Hughes' most recent Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and various Current Reports on Form 8-K.

Our financing and insurance operations primarily relate to General Motors Acceptance Corporation, which provides a broad range of financial services, including consumer vehicle financing, automotive dealership and other commercial financing, residential and commercial mortgage services, automobile service contracts, personal automobile insurance coverage and selected commercial insurance coverage. For more information about GMAC, see the documents filed separately by GMAC with the SEC, including GMAC's most recent Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and various Current Reports on Form 8-K.

Our other industrial operations include the design, manufacturing and marketing of locomotives and heavy-duty transmissions.

Substantially all of our automotive-related products are marketed through retail dealers and distributors in the United States, Canada and Mexico, and through distributors and dealers overseas. At December 31, 2002, there were approximately 7,790 GM vehicle dealers in the United States, 800 in Canada and 210 in Mexico. Additionally, there were a total of approximately 11,800 outlets overseas which include dealers and authorized sales, service and parts outlets.

.4

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

**GMPR-HD 3852**

• • • • • • • • •

- a default having occurred for the payment of principal, premium, if any, or interest on or other monetary amounts due and payable on any senior indebtedness or any other default having occurred concerning any senior indebtedness, which permits the holder or holders of any senior indebtedness to accelerate the maturity of any senior indebtedness with notice or lapse of time, or both. Such an event of default must have continued beyond the period of grace, if any, provided for such event of default, and such an event of default shall not have been cured or waived or shall not have ceased to exist;

- the principal of, and accrued interest on, any series of the subordinated debt securities having been declared due and payable upon an event of default pursuant to section 6 of the subordinated debt indenture; this declaration must not have been rescinded and annulled as provided in the subordinated debt indenture; or

- any different or additional events described in a prospectus supplement.

If this prospectus is being delivered in connection with a series of subordinated debt securities, the accompanying prospectus supplement or the information incorporated in this prospectus by reference will set forth the approximate amount of senior indebtedness outstanding as of the end of the most recent fiscal quarter.

If the trustee under the subordinated debt indenture or any holders of the subordinated debt securities receive any payment or distribution that is prohibited under the subordination provisions, then the trustee or the holders will have to repay that money to the holders of the senior indebtedness.

Even if the subordination provisions prevent us from making any payment when due on the subordinated debt securities of any series, we will be in default on our obligations under that series if we do not make the payment when due. This means that the trustee under the subordinated debt indenture and the holders of debt securities of that series can take action against us, but they will not receive any money until the claims of the holders of senior indebtedness have been fully satisfied.

### Certain Covenants

*Definitions Applicable to Covenants Under Our Senior Debt Indenture.* The following definitions shall be applicable to the senior debt covenants specified below:

(i) "Attributable Debt" means, at the time of determination as to any lease, the present value (discounted at the actual rate, if stated, or, if no rate is stated, the implicit rate of interest of such lease transaction as determined by our chairman, president or any vice chairman, any vice president, our treasurer or any assistant treasurer), calculated using the interval of scheduled rental payments under such lease, of the obligation of the lessee for net rental payments during the remaining term of such lease (excluding any subsequent renewal or other extension options held by the lessee). The term "net rental payments" means, with respect to any lease for any period, the sum of the rental and other payments required to be paid in such period by the lessee thereunder, but not including, however, any amounts required to be paid by such lessee (whether or not designated as rental or additional rental) on account of maintenance and repairs, insurance, taxes, assessments, water rates, indemnities or similar charges required to be paid by such lessee thereunder or any amounts required to be paid by such lessee thereunder contingent upon the amount of sales, earnings or profits or of maintenance and repairs, insurance, taxes, assessments, water rates, indemnities or similar charges; provided, however, that, in the case of any lease which is terminable by the lessee upon the payment of a penalty in an amount which is less than the total discounted net rental payments required to be paid from the later of the first date upon which such lease may be so terminated and the date of the determination of net rental payments, "net rental payments" shall include the then current amount of such penalty from the later of such two dates, and shall exclude the rental payments relating to the remaining period of the lease commencing with the later of such two dates.

(ii) "Debt" means notes, bonds, debentures or other similar evidences of indebtedness for money borrowed.

22

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

**GMPR-HD 3870**

(iii) "Manufacturing Subsidiary" means any Subsidiary (A) substantially all the property of which is located within the continental United States of America, (B) which owns a Principal Domestic Manufacturing Property and (C) in which our investment, direct or indirect and whether in the form of equity, debt, advances or otherwise, is in excess of $2,500,000,000 as shown on our books as of the end of the fiscal year immediately preceding the date of determination; provided, however, that "Manufacturing Subsidiary" shall not include Hughes Electronics Corporation and its Subsidiaries, General Motors Acceptance Corporation and its Subsidiaries (or any corporate successor of any of them) or any other Subsidiary which is principally engaged in leasing or in financing installment receivables or otherwise providing financial or insurance services to us or others or which is principally engaged in financing our operations outside the continental United States of America.

(iv) "Mortgage" means any mortgage, pledge, lien, security interest, conditional sale or other title retention agreement or other similar encumbrance;

(v) "Principal Domestic Manufacturing Property" means any manufacturing plant or facility owned by us or any Manufacturing Subsidiary which is located within the continental United States of America and, in the opinion of our Board of Directors, is of material importance to the total business conducted by us and our consolidated affiliates as an entity.

(vi) "Subsidiary" means any corporation of which at least a majority of the outstanding stock having by the terms thereof ordinary voting power to elect a majority of the board of directors of such corporation (irrespective of whether or not at the time stock of any other class or classes of such corporation shall have or might have voting power by reason of the happening of any contingency) is at the time owned by us, or by one or more Subsidiaries, or by us and one or more Subsidiaries.

*Limitation on Liens.* For the benefit of the senior debt securities, we will not, nor will we permit any Manufacturing Subsidiary to, issue or assume any Debt secured by a Mortgage upon any Principal Domestic Manufacturing Property of ours or any Manufacturing Subsidiary or upon any shares of stock or indebtedness of any Manufacturing Subsidiary (whether such Principal Domestic Manufacturing Property, shares of stock or indebtedness are now owned or hereafter acquired) without in any such case effectively providing concurrently with the issuance or assumption of any such Debt that the senior debt securities (together with, if we shall so determine, any other indebtedness of us or such Manufacturing Subsidiary ranking equally with the senior debt securities and then existing or thereafter created) shall be secured equally and ratably with such Debt, unless the aggregate amount of Debt issued or assumed and so secured by Mortgages, together with all other Debt of ours and our Manufacturing Subsidiaries which (if originally issued or assumed at such time) would otherwise be subject to the foregoing restrictions, but not including Debt permitted to be secured under clauses (i) through (vi) of the immediately following paragraph, does not at the time exceed 20% of the stockholders equity of us and our consolidated subsidiaries, as determined in accordance with accounting principles generally accepted in the U.S. and shown on the audited consolidated balance sheet contained in the latest published annual report to our stockholders.

The above restrictions shall not apply to Debt secured by:

(i) Mortgages on property, shares of stock or indebtedness of any corporation existing at the time such corporation becomes a Manufacturing Subsidiary;

(ii) Mortgages on property existing at the time of acquisition of such property by us or a Manufacturing Subsidiary, or Mortgages to secure the payment of all or any part of the purchase price of such property upon the acquisition of such property by us or a Manufacturing Subsidiary or to secure any Debt incurred prior to, at the time of, or within 180 days after, the later of the date of acquisition of such property and the date such property is placed in service, for the purpose of financing all or any part of the purchase price thereof, or Mortgages to secure any Debt incurred for the purpose of financing the cost to us or a Manufacturing Subsidiary of improvements to such acquired property;

23

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

**GMPR-HD 3871**

(iii) Mortgages securing Debt of a Manufacturing Subsidiary owing to us or to another Subsidiary;

(iv) Mortgages on property of a corporation existing at the time such corporation is merged or consolidated with us or a Manufacturing Subsidiary or at the time of a sale, lease or other disposition of the properties of a corporation as an entirety or substantially as an entirety to us or a Manufacturing Subsidiary;

(v) Mortgages on property of ours or a Manufacturing Subsidiary in favor of the United States of America or any State thereof, or any department, agency or instrumentality or political subdivision of the United States of America or any State thereof, or in favor of any other country, or any political subdivision thereof, to secure partial, progress, advance or other payments pursuant to any contract or statute or to secure any indebtedness incurred for the purpose of financing all or any part of the purchase price or the cost of construction of the property subject to such Mortgages; or

(vi) any extension, renewal or replacement (or successive extensions, renewals or replacements) in whole or in part of any Mortgage referred to in the foregoing clauses (i) to (v); provided, however, that the principal amount of Debt secured thereby shall not exceed by more than 115% the principal amount of Debt so secured at the time of such extension, renewal or replacement and that such extension, renewal or replacement shall be limited to all or a part of the property which secured the Mortgage so extended, renewed or replaced (plus improvements on such property).

The subordinated debt indenture does not include any limitation on our ability to incur these types of liens.

*Limitation on Sales and Lease-Backs.*   For the benefit of the senior debt securities, we will not, nor will we permit any Manufacturing Subsidiary to, enter into any arrangement with any person providing for the leasing by us or any Manufacturing Subsidiary of any Principal Domestic Manufacturing Property owned by us or any Manufacturing Subsidiary on the date that the senior debt securities are originally issued (except for temporary leases for a term of not more than five years and except for leases between us and a Manufacturing Subsidiary or between Manufacturing Subsidiaries), which property has been or is to be sold or transferred by us or such Manufacturing Subsidiary to such person, unless either:

(i) we or such Manufacturing Subsidiary would be entitled, pursuant to the provisions of the covenant on limitation on liens described above, to issue, assume, extend, renew or replace Debt secured by a Mortgage upon such property equal in amount to the Attributable Debt in respect of such arrangement without equally and ratably securing the senior debt securities; provided, however, that from and after the date on which such arrangement becomes effective the Attributable Debt in respect of such arrangement shall be deemed for all purposes under the covenant on limitation on liens described above and this covenant on limitation on sale and lease-back to be Debt subject to the provisions of the covenant on limitation on liens described above (which provisions include the exceptions set forth in clauses (i) through (vi) of such covenant); or

(ii) we shall apply an amount in cash equal to the Attributable Debt in respect of such arrangement to the retirement (other than any mandatory retirement or by way of payment at maturity), within 180 days of the effective date of any such arrangement, of Debt of ours or any Manufacturing Subsidiary (other than Debt owned by us or any Manufacturing Subsidiary) which by its terms matures at or is extendible or renewable at the option of the obligor to a date more than twelve months after the date of the creation of such Debt.

The subordinated debt indenture does not include any limitations on sales and lease-backs.

**Defeasance**

If the terms of a particular series of debt securities so provide, we may, at our option, (a) discharge its indebtedness and its obligations under the applicable indenture with respect to such series or (b) not comply with certain covenants contained in the applicable indenture with respect to such series, in each case by depositing

24

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

GMPR-HD 3872

## LEGAL MATTERS

The validity of the securities in respect of which this prospectus is being delivered will be passed on for us by Martin I. Darvick, Esq., an attorney on our legal staff, and for the agents by Davis Polk & Wardwell. Mr. Darvick owns shares and holds options to purchase shares of our $1 $2/3$ par value common stock and owns shares of our Class H common stock. Davis Polk & Wardwell acts as counsel to the Executive Compensation Committee of our Board of Directors and has acted as counsel to us and certain of our affiliates in various matters.

## EXPERTS

The consolidated financial statements and the related financial statement schedules incorporated into this document by reference from the General Motors Corporation Annual Report on Form 10-K for the year ended December 31, 2002 have been audited by Deloitte & Touche LLP, independent auditors, as stated in their reports, which are incorporated herein by reference (which reports express unqualified opinions and include explanatory paragraphs relating to the change in method of accounting to conform to Statement of Financial Accounting Standards No. 142, "Goodwill and Other Intangible Assets"), and have been so incorporated in reliance upon the reports of such firm given upon their authority as experts in accounting and auditing.

42

Source: GENERAL MOTORS CORP, 424B5, June 27, 2003

**GMPR-HD 3890**



Created by 10KWizard   www.10KWizard.com

Source: GENERAL MOTORS CORP, 42485, June 27, 2003

GMPR-HD 3891