FORMAN HOLT ELIADES & RAVIN LLC
By: Kim R. Lynch, Esq. (KRL – 5866)
80 Route 4 East, Suite 290
Paramus, New Jersey 07652
(201) 845-1000

888 Seventh Avenue, Suite 4500
New York, New York 10106
(212) 707-8500
*Attorneys for Siemens Building Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GENERAL MOTORS CORP., et al,** | **Case No. 09-50026 (REG)** |
| Debtor. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Forman Holt Eliades & Ravin LLC, appearing as local counsel for Siemens Building Technologies, Inc., a party in interest in the above captioned matter, and pursuant to Rules 2002, 9007 and 9010 of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demands that all notices and all papers served or required to be served in the captioned adversary proceeding be served upon the following:

Kim R. Lynch, Esq.
Forman Holt Eliades & Ravin, LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652
Telephone: (201) 845-1000
Fax: (201) 845-9112
Email: Klynch@formanlaw.com

PLEASE TAKE FURTHER NOTICE that this request for notice includes all notices and papers referred to in Bankruptcy Rules specified above, but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests for petitions, disclosure statements, answer or reply papers, memoranda and briefs in support of any of the above, and any other documents filed

or served in the captioned matter.

Dated August 27, 2009                      FORMAN HOLT ELIADES & RAVIN LLC

Attorneys for Siemens Building Technologies, Inc.

By:     */s/Kim R. Lynch*
        Kim R. Lynch, Esq.

m:\lit\siemens\gm\noa-krl.doc