Hearing Date and Time:  September 14, 2009 at 10:30 a.m. (Eastern Time)
New Objection Date and Time:  September 3, 2009 at 12:00 p.m. (Eastern Time)

Robert B. Weiss
Donald F. Baty, Jr.
Judy B. Calton
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226
Telephone: (313) 465-7344
Facsimile: (313) 465-7345

*Special Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In Re**                                                      :    Chapter 11
                                                               :
**MOTORS LIQUIDATION COMPANY** (f/k/a                          :    Case No. 09-50026 (REG)
General Motors Corp.), et al.,                                 :    (Jointly Administered)
                                                               :
     Debtors.                                                  :    Hon. Robert E. Gerber
                                                               :
---------------------------------------------------------------x

**AMENDED NOTICE OF ADJOURNMENT OF MOTION FOR ORDER APPROVING**
**ASSUMPTION OF AGREEMENT FOR ENGINE MAINTENANCE**
**SERVICES FOR GULFSTREAM 350 AIRCRAFT**

**PLEASE TAKE NOTICE THAT:**

The hearing on the *Motion for Order Approving Assumption of Agreement For Engine Maintenance Services For Gulfstream 350 Aircraft* (the "**Motion**") filed on August 6, 2009 (Docket No. 3702), originally scheduled for August 18, 2009 at 9:45 a.m. (Eastern Time) was previously adjourned on consent, *Notice of Adjournment of Motion for Order Approving Assumption of Agreement for Engine Maintenance Services for Gulfstream 350 Aircraft* filed on August 12, 2009 (Docket No. 3768), to **September 14, 2009 at 10:30 a.m. (Eastern Time)** (the

**"Hearing"**) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

A copy of the Motion may be obtained by (a) contacting the attorneys for the Debtors, Honigman Miller Schwartz and Cohn LLP, 660 Woodward Avenue, 2290 First National Building, Detroit, Michigan 48226 (Attn. Robert B. Weiss, Esq., Donald F. Baty, Jr., Esq. and Judy B. Calton, Esq.), Telephone: (313) 465-7000; (b) accessing the Court's website at http://www.nysb.uscourts.gov (please note that a PACER password is needed to access documents on the Court's website); (c) viewing the docket of these cases at the Clerk of the Court, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004; or (d) accessing the public website maintained by the Debtors' court-appointed claims and noticing agent in these cases at: **www.motorsliquidationdocket.com**.

At the request of Jet Support Services, Inc., the new deadline to file any objections and responses to the Motion is **September 3, 2009** at **12:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

Objections and responses, if any, to the Motion must be in writing and must (a) conform to the Bankruptcy Rules, the Local Rules of the Bankruptcy Court for the Southern District of New York, and any case management orders in these chapter 11 cases, (b) set forth the name of the objecting party, the nature and amount of claims or interests held or asserted by the objecting

2

party against the Debtors' estates or property, and (c) set forth the basis for the objection and the specific grounds therefore.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Honigman Miller Schwartz and Cohn LLP, Attn: Judy B. Calton, 660 Woodward Avenue, 2290 First National Building, Detroit Michigan 48226; (ii) General Motors Company, 300 Renaissance Center, Detroit, Michigan 48226 (Attn: Kari Larson Esq.); (iii) The Debtors, Motors Liquidation Company f/k/a General Motors Corp. et al., AlixPartners, LLP, 2000 Town Center, Suite 2400, Southfield, Michigan 48075 (Attn: Michelle Smith) and Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Evan S. Lederman, Esq. and Lacey Laken, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue, NW, Room 2312, Washington. D.C. 20020, (Attn: Matthew Feldman, Esq.); (vi) Vedder Price, attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq. and Gordon Z. Novod, Esq.); (viii) the attorneys for the International Union, United Automobile, Aerospace and Agriculture Implement Workers of America ("UAW") 8000 East Jefferson Avenue, Detroit, Michigan 48214 (Attn: Daniel W. Sherrick, Esq.); (ix) Cleary Gottlieb Steen & Hamilton LLP, attorneys for the UAW, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esq.); (x) Cohen, Weiss and Simon LLP, attorneys for the UAW, 330 W. 42nd Street, New York, New York 10036 (Attn: Babette Ceccotti, Esq.); (xi) the Office of the United States Trustee for the Southern District of New York (Attn: Diana G. Adams, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; (xii) the attorneys for Jet Support Services, Inc., Novack and Macey LLP, 100 North Riverside Plaza, Chicago, IL 60606-1501 (Attn: Richard L. Miller, Esq.), and Lowenstein Sandler, 1251 Avenue of the Americas, New York, New York 10020 (Attn: Bruce Beuchler, Esq.); (xiii) Jet Support Services, Inc., 180 N. Stetson, 29th Floor, Chicago, Illinois 60601 (Attn: John F. Haskins and Susan K. Marr); (xiv) the registered agent for Jet Support Services, Inc., Stephen A. Marcus, 6600 Sears Tower, Chicago, Illinois 60606; and (xv) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), so as to be received no later than the **Objection Deadline.**

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing. Failure to appear at the Hearing may result in relief being granted or denied upon default.

|  |  |
|---|---|
|  | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>Special Counsel to the Debtors and Debtors in Possession |
| Dated: August 27, 2009 | By: /s/ Judy B. Calton<br>Robert B. Weiss (Michigan Bar No. P28249)<br>Donald F. Baty, Jr. (Michigan Bar No. P38087)<br>Judy B. Calton (Michigan Bar No. P38733)<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Telephone: (313) 465-7344<br>Facsimile: (313) 465-7345<br>Email: jcalton@honigman.com |

DETROIT.3819922.1