SCHWARTZ, LICHTENBERG, LLP
Barry E. Lichtenberg
N.Y. Bar No. bel9750
420 Lexington Avenue
Suite 2040
New York, New York 10170
(212) 389-7818

and:

JACOB & WEINGARTEN, P.C.
Howard S. Sher
Alan J. Schwartz
2301 W. Big Beaver
Suite 777
Troy, Michigan 48084
248-203-1014

*Attorneys for Ferrous Processing and Trading Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
                                    :
                                    :
In re                               : Chapter 11
                                    :
GENERAL MOTORS CORP., et al.,       : Case No. 09-50026(REG)
                                    :
            Debtors.                : (Jointly Administered)
                                    :
                                    :
_____x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF FERROUS
PROCESSING AND TRADING COMPANY TO THE CURE AMOUNT LISTED BY
DEBTORS WITH RESPECT TO EXECUTORY CONTRACTS TO WHICH
<u>FERROUS PROCESSING AND TRADING COMPANY IS A PARTY</u>**

Ferrous Processing and Trading Company ("Ferrous"), by and through its counsel, hereby withdraws the Limited Objection To The Cure Amount Listed By Debtors With Respect

To Executory Contracts To Which Ferrous Is A Party, filed by Ferrous on June 25, 2009 (Docket 2509).

    Respectfully submitted,

    SCHWARTZ, LICHTENBERG, LLP

    By: /s/ Barry E. Lichtenberg
        Barry E. Lichtenberg
        N.Y. Bar No. bel9750
        420 Lexington Avenue
        Suite 2040
        New York, New York 10170
        (212) 389-7818
        barryster@att.net

    Co-Counsel:

    JACOB & WEINGARTEN, P.C.
    Howard S. Sher
    Alan J. Schwartz
    2301 W. Big Beaver
    Suite 777
    Troy, Michigan 48084
    248-203-1014
    howard@jacobweingarten.com
    alan@jacobweingarten.com

*Attorneys for Ferrous Processing and Trading Company*