```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
                                      :
                                      :
In re                                 : Chapter 11
                                      :
GENERAL MOTORS CORP., et al.,         : Case No. 09-50026(REG)
                                      :
              Debtors.                : (Jointly Administered)
                                      :
                                      :
_____x
```

**PROOF OF SERVICE**

    I, Teri Breaugh, state that on August 28, 2009, I did serve a copy of Notice of Withdrawal Of Limited Objection Of Ferrous Processing And Trading Company To The Cure Amount Listed By Debtors With Respect To Executory Contracts To Which Ferrous Processing And Trading Company Is A Party and this Proof Of Service by Federal Express mail on:

General Motors Corporation
30009 Van Dyke Avenue
Cadillac Building
Warren, MI 48093
Attn: Warren Command Center

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 5th Avenue
New York, New York 10153

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
1 World Financial Center
New York, NY 10281

Michael J. Edelman, Esq.
Vedder Price, P.C.
1633 Broadway, Floor 47
New York, New York 10019

Diana G. Adams, Esq.
The Office of the U.S. Trustee
33 Whitehall Street, Floor 21
New York, New York 10004

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on August 28, 2009.

    /s/ Teri Breaugh
    Teri Breaugh
    Jacob & Weingarten, P.C.
    2301 W. Big Beaver Road, Suite 777
    Troy, Michigan 48084
    (248) 649-1900
    alan@jacobweingarten.com

    *Attorneys for Ferrous Processing And Trading Company*