Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
phone:  (202) 662-6000
fax:  (202) 662-6291

- and -

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
phone:  (212) 841-1000
fax:  (212) 841-1010

*Counsel to Union Pacific Distribution Services*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
In re:                                             :    Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS CORP., *et al.*,              :
:
           Debtors.                                :    Jointly Administered
-------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROTECTIVE OBJECTION OF UNION PACIFIC DISTRIBUTION SERVICES TO DEBTORS' PROPOSED CURE AMOUNTS**

Union Pacific Distribution Services ("UPDS") hereby withdraws its protective objection regarding the cure amount due under executory contracts between UPDS and certain of the Debtors (Docket No. 1062).  UPDS has now reached agreement with the Debtors regarding the correct cure amount.  Accordingly, UPDS is withdrawing its protective objection.

Dated: New York, New York
August 28, 2009

Respectfully submitted,

Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
phone:  (202) 662-6000
fax:  (202) 662-6291
email:  mbaxter@cov.com

- and -

 */s/ Susan Power Johnston*
Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
phone:  (212) 841-1000
fax:  (212) 841-1010
email:  sjohnston@cov.com

*Counsel to Union Pacific Distribution Services*