09-50026-mg    Doc 3910    Filed 08/28/09    Entered 08/28/09 15:04:36    Main Document
Pg 1 of 4

Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
phone: (202) 662-6000
fax: (202) 662-6291

- and -

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
phone: (212) 841-1000
fax: (212) 841-1010

*Counsel to Union Pacific Distribution Services*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Craig Stalzer, do hereby certify, that on August 28, 2009, I caused true and correct copies of the *Notice of Withdrawal of Protective Objection of Union Pacific Distribution Services to Debtors' Proposed Cure Amounts* [Docket No. 3909], to be served (i) electronically through the Court's PACER System on parties requesting electronic service in the above-captioned chapter 11 cases and (ii) on the parties listed on the attached service list by the means indicated thereon.

NY: 637238-1

- 2 -

Dated:  New York, New York
       August 28, 2009

By: _____
       Craig Stalzer

# SERVICE LIST

## BY FEDERAL EXPRESS AND ELECTRONIC MAIL

### Counsel to the Debtors

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY  10153
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.smolinsky@weil.com

### Counsel to the Purchaser

John Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
john.rapisardi@cwt.com

### Counsel to the Official Committee of Unsecured Creditors

Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
keckstein@kramerlevin.com
tmayer@kramerlevin.com
gnovod@kramerlevin.com

### Counsel to Export Development Canada

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019
mjedelman@vedderprice.com
mschein@vedderprice.com

**Debtors**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114
Email: via Weil Gotschal & Mange LLP

**Counsel to UAW**

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036
bceccotti@cwsny.com

**BY FEDERAL EXPRESS AND FACSIMILE**

**The U.S. Treasury**

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
fax: (202) 622-6415

**The Office of the United States Trustee**

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
fax: (212)-668-2256