SCOTT A. WOLFSON (MI P53194)
ANTHONY J. KOCHIS (MI P72020)
Admitted *Pro Hac Vice*
**WOLFSON BOLTON PLLC**
3150 Livernois Rd., Suite 275
Troy, MI 48083
Telephone:  (248) 247-7105
Facsimile:  (248) 247-7099
E-Mail:  akochis@wolfsonbolton.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | |
| f/k/a General Motors Corp., *et al.* : | Case No. 09-50026 (REG) |
| : | |
| Debtors. : | (Jointly Administered) |

------------------------------------------------------------------------x

**WITHDRAWAL OF LIMITED OBJECTIONS TO NOTICE OF**
**(I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN**
**EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO**

SRG Global, Inc., Guardian Industries, Corp., Guardian Automotive, Inc., Guardian Automotive Products, Inc., Ionian Corporation, Guardian Automotive Corporation, Guardian Automotive Trim, Inc., Siegel-Robert Automotive, Siegel-Robert, Inc., S-R of Kentucky, Inc., and Siegel-Robert Automotive (Suzhou) Co., Ltd. (collectively, the "**Guardian Parties**") and Debtors having entered into an August 26, 2009 Agreement to Resolve Objection to Cure Notice, the Guardian Parties hereby withdraw their Limited Objection To Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts And (II) Cure Costs Related Thereto [Docket No. 995] and

their Amended Limited Objection To Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts And (II) Cure Costs Related Thereto [Docket No. 2423].

                                              Respectfully Submitted,

                                              WOLFSON BOLTON PLLC
*Attorneys for the Guardian Parties*

Dated: August 28, 2009                    By:   /s/ Anthony J. Kochis
                                                  Scott A. Wolfson (MI P53194)
                                                  Anthony J. Kochis (MI P72020)
                                          3150 Livernois Rd., Suite 275
                                          Troy, MI 48083
                                          Telephone: (248) 247-7105
                                          Facsimile: (248) 247-7099
                                          E-Mail: akochis@wolfsonbolton.com