AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Philip C. Dublin

AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)
David F. Staber

*Counsel for Sanden International (USA), Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| -----------------------------------------------------------x | | |
| | : | **Chapter 11** |
| **In re** | : | |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.* | : | **Case No. 09-50026 (REG)** |
| | : | |
| **Debtors.** | : | |
| | : | |
| -----------------------------------------------------------x | | |

<u>NOTICE OF WITHDRAWAL OF</u>
<u>CURE OBJECTION OF SANDEN INTERNATIONAL (USA), INC.</u>

PLEASE TAKE NOTICE that based upon an agreement reached between the parties,

Sanden International (USA), Inc., by and through its undersigned counsel, hereby withdraws its

submitted Cure Objection of Sanden International (USA), Inc. [Docket No. 1255] to the Notice

of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, unexpired Leases of

Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts

Related Thereto.

Dated:  August 31, 2009

Respectfully submitted

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:_____/s/ Philip C. Dublin_____
        Philip C. Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

David F. Staber
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)

*Counsel for Sanden International (USA), Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

pleading was sent via U.S. Mail and via facsimile to the parties listed on the attached Service

List on this the 31[th] day of August, 2009.

_____/s/  David F. Staber_____
David F. Staber

Brian Shoichi Masumoto
United States Trustee for the Southern
District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Fax:  212.668.2255

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220
Attn:  Matthew Feldman
Fax:  202.622.6415

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Fax:  212.715.3275

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan  48090-9025
Attn: Warren Command Center
        Mailcode 480-206-114

John J. Rapisardi
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Fax:  212.504.6666

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Fax : 212.310.8007

Michael J. Edelman, Michael  Schein
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Fax:    212.407.7799

6394070