**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling (RE-9302)
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY  10036-4039
Phone:  212-858-1000
Facsimile:  212-858-1500
*Attorneys for LMC Resources Capital*
*Limited Partnership and LMC Phase II, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
:
**In re**                                                      :          **Chapter 11**
:
**GENERAL MOTORS CORPORATION**        :          **Case No. 09-50026 (REG)**
:
   **Debtors.**                                          :
:
-------------------------------------------------------------------------x

### WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION
### OF RIGHTS OF LMC RESOURCES CAPITAL LIMITED PARTNERSHIP

LMC Resources Capital Limited Partnership ("LMC"), by and through its undersigned

counsel, hereby withdraws its Limited Objection and Reservation of Rights to the Debtors'

Notice of (I) Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs

Related Thereto dated June 13, 2009 (Docket No. 956).  Each of LMC's objections have been

resolved in accordance with that certain Confirmation Agreement Regarding Assumption and

Assignment of Agreements and Related Documents for Renaissance Center Phase II between

LMC Phase II, L.L.C. and the Debtors dated August 11, 2009.

Dated:  August 31, 2009

New York, NY

By:    /s/ Erica E. Carrig           
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling (RE-9302)
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY  10036-4039
Phone:  212-858-1000
Facsimile:  212-858-1500
*Attorneys for LMC Resources Capital*
*Limited Partnership and LMC Phase II, L.L.C.*

2