DAY PITNEY LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ  07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM7791)
- and -
7 Times Square
New York, NY 10036-7311
ATTORNEYS FOR SPARTAN LIGHT METAL PRODUCTS
COMPANY INC., CITY OF DETROIT, OAKLAND COUNTY
TREASURER AND WAYNE COUNTY TREASURER

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al*., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Richard M. Meth, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Spartan Light Metal Products Company, Inc., the City of Detroit, Oakland County Treasurer and Wayne County Treasurer, creditors in the above-referenced ☑ case ☐ adversary proceeding.

I certify that I am a member in good standing of the bars of the State of New Jersey, the United States District Courts for the District of New Jersey and the Eastern District of Michigan, and the Court of Appeals for the Second, Third and Tenth Circuits.

I have submitted the filing fee of $25 with this Motion for *pro hac vice* admission.


Dated: August 31, 2009
      Florham Park, NJ


          /s/ Richard M. Meth
          RICHARD M. METH (RM7791)
          DAY PITNEY LLP
          (MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
          (DELIVERY TO) 200 CAMPUS DR., FLORHAM PK, NJ 07932-0950
          - and -
          7 Times Square
          New York, NY 10036-7311
          Email address: rmeth@daypitney.com
          Telephone No. (973) 966-6300