**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*__**

Upon the motion of Richard M. Meth, Esq., to be admitted, ***pro hac vice***, to represent Spartan Light Metal Products Company Inc., the City of Detroit, Oakland County Treasurer and Wayne County Treasurer (collectively, the "Clients"), creditors in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New Jersey and, if applicable, the bar of the U.S. District Court for the District of New Jersey and the Eastern District of Michigan, it is hereby

**ORDERED**, that Richard M. Meth, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
    New York, New York

                                                                    _____
                                                                    HONORABLE ROBERT E. GERBER
                                                                    UNITED STATES BANKRUPTCY JUDGE