DAY PITNEY LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ  07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM7791)
AMISH R. DOSHI, ESQ. (AD5996)
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800

- and -

ARMSTRONG TEASDALE, LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070
DAVID L. GOING, ESQ.


ATTORNEYS FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF SPARTAN LIGHT METAL
PRODUCTS COMPANY INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME
AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF
PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL
<u>REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO</u>**


PLEASE TAKE NOTICE that Spartan Light Metal Products Company hereby withdraws

its previously filed Objection Of Spartan Light Metal Products Company Inc. To Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto, which Objection was filed with the Court on June 15, 2009, as Document No. 1301.

Dated: August 25, 2009
     Florham Park, NJ

By: /s/ Richard M. Meth
    RICHARD M. METH (RM7791)
    AMISH R. DOSHI (AD5996)
    DAY PITNEY  LLP
    (MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ  07962-1945
    (DELIVERY TO) 200 CAMPUS DR., FLORHAM PK., NJ 07932-0950
    (973) 966-6300
    - and -
    7 Times Square
    New York, NY 10036-7311
    (212) 297-5800

     -   and -

By: /s/ David L. Going
    DAVID L. GOING (MO Bar No. 33435)
    ARMSTRONG TEASDALE LLP
    One Metropolitan Square, Suite 2600
    St. Louis, Missouri 63102-2740
    (314) 621-5070

    ATTORNEYS FOR SPARTAN LIGHT METAL PRODUCTS COMPANY