POLING, McGAW & POLING, P.C.
D. Douglas McGaw (P24166)
Kathryn E. Driscoll (P69727)
5455 Corporate Drive, Suite 104
Troy, MI 48098
(248) 641-0500

*Attorneys for Creditor DeMaria Building Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____/
In Re:

        GENERAL MOTORS CORPORATION,

        Debtor.

Chapter 11
Case No. 09-50026-reg
Hon. Robert E. Gerber

_____/

**INDEX OF EXHIBITS**

Exhibit A -    August 5, 2009 Cure Agreement between General Motors Company, formerly known as NGMCO, Inc., and DeMaria Building Company (Creditor).

        **/s/Kathryn E. Driscoll**
        D. Douglas McGaw (P24166)
        Kathryn E. Driscoll (P69727)
        Poling, McGaw & Poling, P.C.
        5455 Corporate Drive, Suite 104
        Troy, MI    48098
        (248) 641-0500
        Pmppc@aol.com
        (P69727), Attorneys for DeMaria Building Co.