Brian L. Shaw (IL ARDC 6216834)
Shaw Gussis Fishman Glantz
   Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Attorneys for ATC Logistics & Electronics, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | Case No. 09-50026 (REG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CURE COST AMOUNT RELATED TO**
**DEBTORS' NOTICE OF INTENT TO ASSUME EXECUTORY CONTRACTS**
**WITH ATC DRIVETRAIN, INC.**

ATC Logistics & Electronics, Inc. ("ATC L&E") and ATC Drivetrain, Inc ("Drivetrain") hereby withdraw their respective Objections to Cure Cost Amount Related to Debtors' Notice of Intent to Assume Executory Contracts filed on June 15, 2009 (Docket Numbers 1134 and 1163, respectively) and their Supplemental Objection to Cure Cost Amount Related to Debtors' Notice of Intent to Assume Executory Contracts filed on June 29, 2009 (Docket Number 2729).

August 31, 2009                                Respectfully submitted,

                                               ATC LOGISTICS & ELECTRONICS, INC
                                               and ATC DRIVETRAIN, INC.

                                                  /s/ Brian L. Shaw
                                               One of their attorneys

                                               Brian L. Shaw (IL ARDC 6216834)
                                               Shaw Gussis Fishman Glantz
                                                  Wolfson & Towbin LLC
                                               321 N. Clark Street, Suite 800
                                               Chicago, IL 60654
                                               (312) 541-0151

                                               (admitted *Pro Hac Vice*)

{7113 NTC A0239489.DOC}

## **CERTIFICATE OF SERVICE**

I, Brian L. Shaw, an attorney, certify that service of the foregoing NOTICE OF WITHDRAWAL OF OBJECTION TO CURE COST AMOUNT RELATED TO DEBTORS' NOTICE OF INTENT TO ASSUME EXECUTORY CONTRACTS WITH ATC DRIVETRAIN, INC. was accomplished electronically to all ECF registrants via the Court's ECF system on August 31, 2009.

                                                */s/ Brian L. Shaw*
                                                Brian L. Shaw

{7113 NTC A0239489.DOC}