BODMAN LLP
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR MARCOM INC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION BY MARCOM INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

The limited objection of Marcom, Inc. filed on June 24, 2009 at Docket #2471 to Debtors' assignment notice filed in connection with Debtors' sale motion is withdrawn.

BODMAN LLP

By:   / s /   Colin T. Darke
          Colin T. Darke (P68294)
Counsel for Marcom, Inc.
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7585
*cdarke@bodmanllp.com*

September 1, 2009

Detroit_950815_1