INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP
David G. Ebert
250 Park Avenue, 6th Floor
New York, NY 10177
Tel: (212) 907-9600
Fax: (212) 907-9681

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                              :
                                                                          :    Chapter 11
GENERAL MOTORS CORP., et al.,                    :
                                                                          :    Case No. 09-50026 (REG)
                                              Debtors.            :
                                                                          :    (Jointly Administered)
                                                                          :
                                                                          :
                                                                          :
-----------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF SHEPARDSON STERN
& KAMINSKY, LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND
ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF
PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL
PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

**PLEASE TAKE NOTICE** that Shepardson Stern & Kaminsky, LLC ("SS&K"), by its attorneys Ingram Yuzek Gainen Carroll & Bertolotti, LLP, hereby withdraws its Limited Objection to the Notice of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto filed on June 25, 2009 [Docket No. 2574] (the "Limited Objection"), having resolved its objections with the Debtors pursuant to the letter agreement between the parties dated July 20, 2009 (the "Letter Agreement").

327655_1/00718-0001

SS&K withdraws its Limited Objection subject to Debtors' payment to SS&K of all outstanding Cure Amounts in accordance with the Letter Agreement.

Dated: New York, New York
August 31, 2009

          **INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP**

By: _____
David G. Ebert (4078)
Attorneys for Supplier, SS&K
250 Park Avenue – 6th Floor
New York, New York 10177
(212) 907-9600