INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP
David G. Ebert
250 Park Avenue, 6th Floor
New York, NY 10177
Tel: (212) 907-9600
Fax: (212) 907-9681

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :
                                                            :   Chapter 11
GENERAL MOTORS CORP., et al.,                               :
                                                            :   Case No. 09-50026 (REG)
                                    Debtors.                :
                                                            :   (Jointly Administered)
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 2, 2009, I electronically filed the foregoing Notice of Withdrawal of the Limited Objection of Shepardson Stern & Kaminsky, LLC and this Certificate of Service through the CM/ECF system, and served electronically all parties accepting Notice of Electronic Filing. Copies of the foregoing were also served on the following parties via Federal Express overnight delivery:

| | |
|---|---|
| The Debtors | Weil, Gotshal & Manges LLP |
| c/o General Motors Corporation | Attorneys for the Debtors |
| Cadillac Building | 767 Fifth Avenue |
| 30009 Van Dyke Avenue | New York, New York 10153 |
| Warren, Michigan 48090-9025 | ATTN: Harvey R. Miller, Esq. |
| ATTN: **Warren Command Center** | Stephen Karotkin, Esq. |
| **(Mail Code 480-206-114)** | Joseph H. Smolinsky, Esq. |

327655_1/00718-0001

The U.S. Treasury
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220
**ATTN: Matthew Feldman, Esq.**

Cadwalader, Wickersham & Taft, LLP
Attorneys for the Purchaser
One World Financial Center
New York, New York 10281
**ATTN: John J. Rapisardi, Esq.**

Kramer Levin Naftalis & Frankel LLP
Attorneys for Creditors Committee
1177 Avenue of the Americas
New York, New York 10036
**ATTN: Gordon Z. Novod, Esq.**
      **Thomas Moers Mayer, Esq.**

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
**ATTN: Michael J. Edelman, Esq.**
      **Michael L. Schein, Esq.**

The Office of the U.S. Trustee
  For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
**ATTN: Diana G. Adams, Esq.**

<u>**CHAMBERS COPY**</u>
Honorable Robert E. Gerber
c/o Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Dated: New York, New York
      September 2, 2009

           **INGRAM YUZEK GAINEN CARROLL**
                **& BERTOLOTTI, LLP**

By: _____
      David G. Ebert (4078)
Attorneys for Supplier, SS&K
250 Park Avenue – 6th Floor
New York, New York 10177
(212) 907-9600