Richard E. Kruger (*pro hac vice*)
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Telephone: (248) 351-3000
Fax: (248) 351-3082
*Counsel to BMW Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| In re | Chapter 11 |
| Motors Liquidation Company, *et. al.* | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

_____/

**NOTICE OF WITHDRAWAL OF OBJECTION TO ASSUMPTION OF**
**CERTAIN EXECUTORY CONTRACTS**

BMW Hybrid Technology Corp. and certain of its affiliates, (collectively, the "BMW Group") by its undersigned counsel, hereby files its Notice of Withdrawal of Objection to Assumption of Certain Executory Contracts ("Notice") and states as follows:

1.  Since the commencement of these bankruptcy cases, the above-captioned debtors and debtors in possession (collectively, the "Debtors") have served various Notices of Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property ("Assignment Notices") upon the BMW Group.

2.  Each Assignment Notice provided BMW Group with a "User ID" and "Password" and directed BMW Group to the contract notices website established by the Debtors

1789752.01

to provide certain information regarding the proposed assumption and assignment of various executory contracts between BMW Group and the Debtors.

3. On July 20, 2009, BMW Group filed its objection to the assumption and assignment of its executory contracts with the Debtors [Doc. No. 3246] (the "Objection") because, among other reasons, it was unable to ascertain which of its contracts with the Debtors were subject to the Assignment Notices.

4. Subsequent to the filing of the Objection, BMW Group and the Debtors had numerous discussions regarding the assumption and assignment of various executory contracts and have agreed that certain executory contracts identified below may be assumed and assigned by the Debtors.

5. Accordingly, BMW Group withdraws the Objection with respect to the following executory contracts:

| Contract Title/Description | GM Vendor ID |
| --- | --- |
| Confidentiality Agreement (Powertrain) | 5716-00003472 |
| AHS-C Development Agreement | 5716-01219771 |
| General Cooperation Agreement | 5716-01219774 |
| Electric Water Pumps Non-Disclosure Agreement | 5716-00300371 |
| Second Amended and Restate Proprietary Rights Agreement | 5716-00301393 |
| Electric Power Steering Non-Disclosure Agreement | 5716-00303195 |
| Non-Disclosure Agreement Gen2 Hybrid Technologies | 5716-00003482 |
| Letter of Consent | 5716-01110681 |
| MOU AHS-3 Hybrid System | 5716-00003481 |
| MOU | 5716-00003483 |
| ETRS Confidentiality Agreement | 5716-00003484 |

(collectively, the "Assumed Contracts").

6. BMW Group does not object to the assumption and assignment of the Assumed Contracts.

1789752.01

7.  However, BMW Group expressly reserves its rights to object to the assumption and/or assignment of any other executory contracts between BMW Group and the Debtors not specifically identified above as Assumed Contracts.

8.  BMW Group is not aware that any other executory contract is subject to a pending Assignment Notice at this time.

WHEREFORE, BMW Group respectfully withdrawals the Objection with respect to the executory contracts identified above as Assumed Contracts.

Respectfully submitted by:

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Richard E. Kruger
Richard E. Kruger (*pro hac vice*)
Paul R. Hage (*pro hac vice*)
Counsel to BMW Group
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
rkruger@jaffelaw.com

Dated: September 2, 2009

1789752.01