Richard E. Kruger (*Pro Hac Vice*)
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Telephone: (248) 351-3000
Fax: (248) 351-3082

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Motors Liquidation Company, et al, | Case No. 09-50002 (AJG) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2009, I electronically filed ***Notice of Withdrawal of Objection to Assumption of Certain Executory Contracts*** with the Clerk of the Court using the ECF System which will send notification of such filing to the ECF Participants.

Respectfully submitted by:

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Richard E. Kruger
Richard E. Kruger (P57142) (*Pro Hac Vice*)
Paul R. Hage *(Pro Hac Vice)*
Counsel to BMW Group
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
rkruger@jaffelaw.com

Dated: September 2, 2009

1792242