**PORTER WRIGHT MORRIS & ARTHUR LLP**
**Michael P. Shuster (MS 0067)**
**925 Euclid Avenue, Suite 1700**
**Cleveland, Ohio 44115-1483**
**Telephone: (216) 443-2510**
**Facsimile: (216) 443-9011**
**E-Mail: mshuster@porterwright.com**

**PORTER WRIGHT MORRIS & ARTHUR LLP**
**Tami Hart Kirby**
**One South Main Street, Suite 1600**
**Dayton, Ohio 45402**
**Telephone: (937) 449-6721**
**Facsimile: (937) 449-6820**
**E-Mail: tkirby@porterwright.com**

*Attorneys for Enprotech Mechanical Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11 Case No.** |
| **GENERAL MOTORS CORP.**, <u>et al</u>., | : | **09-50026 (REG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

### NOTICE OF WITHDRAWAL OF ENPROTECH MECHANICAL SERVICES, INC.'S LIMITED OBJECTION AND ADDITIONAL LIMITED OBJECTION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

Enprotech Mechanical Services, Inc. ("EMS"), by and through its undersigned legal counsel, hereby withdrawals its Limited Objection to the Notices of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto that was filed with this Court on June 15, 2009 [Docket No. 1083], and its Additional Limited Objection to the Notices of (I) Debtors' Intent to Assume and Assign Certain Executory

1

Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto that was filed with this Court on June 15, 2009 [Docket No. 2298].

| | |
|---|---|
| Dated:  September 2, 2009 | Respectfully submitted: |

/s/ Michael P. Shuster
**PORTER WRIGHT MORRIS & ARTHUR LLP**
**Michael P. Shuster (MS 0067)**
**925 Euclid Avenue, Suite 1700**
**Cleveland, Ohio  44115-1483**
**Telephone:  (216) 443-2510**
**Facsimile:  (216) 443-9011**
**E-Mail:  mshuster@porterwright.com**

**- and –**

**PORTER WRIGHT MORRIS & ARTHUR LLP**
**Tami Hart Kirby**
**One South Main Street, Suite 1600**
**Dayton, Ohio 45402**
**Telephone:  (937) 449-6721**
**Facsimile: (937) 449-6820**
**E-Mail:  tkirby@porterwright.com**

*Attorneys for Enprotech Mechanical Services, Inc.*

**PORTER WRIGHT MORRIS & ARTHUR LLP**
**Michael P. Shuster (MS 0067)**
**925 Euclid Avenue, Suite 1700**
**Cleveland, Ohio  44115-1483**
**Telephone:  (216) 443-2510**
**Facsimile:  (216) 443-9011**
**E-Mail:  mshuster@porterwright.com**

**PORTER WRIGHT MORRIS & ARTHUR LLP**
**Tami Hart Kirby**
**One South Main Street, Suite 1600**
**Dayton, Ohio 45402**
**Telephone:  (937) 449-6721**
**Facsimile: (937) 449-6820**
**E-Mail:  tkirby@porterwright.com**

*Attorneys for Enprotech Mechanical Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
| | |
|---|---|
| **In re:** | : |
| | : **Chapter 11 Case No.** |
| **GENERAL MOTORS CORP., et al.,** | : 09-50026 (REG) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 2, 2009, copies of the Notice of Withdrawal of the Limited Objection and Additional Limited Objection of Enprotech Mechanical Services, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto, was filed electronically with the Clerk of the Courts using the ECF system which will send notification of such filing to all ECF participants.  A copy of this document was also served upon the following parties via ordinary U.S. mail:

| | |
|---|---|
| Warren Command Center | Harvey R. Miller, Esq. |
| Mailcode 480-206-114 | Stephen Karotkin, Esq. |
| General Motors Corporation | Joseph H. Smolinsky, Esq. |
| Cadillac Building | Weil, Gotshal & Manges LLP |
| 30009 Van Dyke Avenue | 767 Fifth Avenue |
| Warren, Michigan 48090-9025 | New York, New York 10153 |

3

| | |
|---|---|
| Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220 | John R. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 |
| Kenneth Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036 | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10017 |
| Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004<br>Attn: Diana G. Adams, Esq. | Hon. Robert E. Gerber<br>United States Bankruptcy Court Southern District of New York<br>One Bowling Green, Room 621<br>New York, New York 10004-1408 |

/s/ Michael P. Shuster
*Attorneys for Enprotech Mechanical Services, Inc.*

4