BODMAN LLP
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR ENTREGA SYSTEMS GROUP, INC.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------- x

### **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2009, I electronically filed *Notice of Withdrawal of Limited Objection by Entrega Systems Group, Inc. to Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Amounts Related Thereto* with the Clerk of the Court which will send notification of such filing to all ECF participants.

BODMAN LLP

By:   / s /   Colin T. Darke
         Colin T. Darke (P68294)
         Counsel for Entrega Systems Group, Inc.
         6th Floor at Ford Field
         1901 St. Antoine Street
         Detroit, Michigan 48226
         (313) 393-7585
         *cdarke@bodmanllp.com*

September 2, 2009

Detroit_951113_1