Anna C. Aguilar, LLC
521 Fifth Avenue, Suite 3300
New York, New York 10175
tel: 646.435.4855
fax: 646.924.0599
aaguilar@conlonaguilar.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                                  :    **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,**     :
*et al.*,                                                       :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*    :
:
    **Debtors.**                           :    **(Jointly Administered)**
:
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION BY EXPONENT, INC.

Exponent, Inc. hereby withdraws its LIMITED OBJECTION TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105, 363(B), (F), (K) AND (M) AND 365 AND FED. R. BANKR. P. 202, 605 AND 6006, TO (I) APPROVE (A) THE SALE PURSUANT TO THE MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION HOLDINGS, LLC, A U.S. TREASURY-SPONSORED PURCHASER FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) OTHER RELIEF; AND (II) SCHEDULE SALE APPROVAL HEARING, **Docket No. 2741** filed on June 29, 2009.

WGM_TRAILER

Dated: September 2, 2009
       New York, New York

_____
Anna Aguilar

*Counsel for Exponent, Inc.*