**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 Case No. |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, : | |
| f/k/a General Motors Corp., *et al.* : | 09-50026 (REG) |
| : | |
| **Debtors.** : | (Jointly Administered) |
| : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                     ) ss:
COUNTY OF SUFFOLK )

I, Kimberly Gargan, being duly sworn, depose and state:

1.      I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On August 21, 2009 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A (counterparties listed in the exhibit) annexed hereto:

- **Order Pursuant to 11 U.S.C. 105 and 365 Authorizing (A) Rejection of Executory Contracts and Unexpired Leases with Certain Domestic Dealers and (B) Granting Certain Related Relief [Docket No. 3873]**

Dated: September 2, 2009
           Melville, NY

                                                                             /s/ Kimberly Gargan
                                                                             KIMBERLY GARGAN


Sworn to before me this
2nd day of September, 2009

/s/ Eamon Mason
Notary Public – State of New York
No 01MA6187254
Commission Expires May 19, 2012

# EXHIBIT A

| | |
|---|---|
| B & J MOTORS, INC.<br>ATT: CRAIG COX<br>201 W FIRST ST<br>OGALLALA NE 69153 | BELLAVIA GENTILE & ASSOCIATES LLP<br>LEONARD A. BELLAVIA, ESQ.<br>ATTNY FOR MOUNT KISCO CHEVROLET<br>200 OLD COUNTRY ROAD, SUITE 200<br>MINEOLA NY 11501 |
| BOARDMAN, SUHR, CURRY & FIELD LLP<br>ATTN: GARY L. ANTONIEWICZ, ESQ.<br>ATTNY FOR QUINLAN'S EQUIPMENT<br>1 S. PINCKNEY ST., 4TH FLOOR<br>P.O. BOX 927<br>MADISON WI 53701-0927 | BRUCE CHEVROLET, INC.<br>1084 SW OAK ST<br>HILLSBORO OR 97123-3852 |
| BUTLER RUBIN SALTARELLI & BOYD LLP<br>ATTN: CHERYL OBLANDER, NEAL WOLF, GERALD MUNITZ<br>ATTNYS FOR D'ANDREA BUICK<br>70 WEST MADISON STREET, SUITE 1800<br>CHICAGO IL 60602 | C. THOMPSON AUTOMOTIVE, INC.<br>A.CLAUDE THOMPSON<br>1706 MONTAGUE AVENUE EXT<br>GREENWOOD SC 29649-9013 |
| CARDENAS AUTOPLEX INC.<br>RENATO CARDENAS<br>111 S LOOP 499<br>HARLINGEN TX 78550-2513 | CARMARK, LLC<br>GREGG CARTER<br>621 N WASHINGTON ST<br>SEYMOUR TX 76380-1753 |
| CASSEL GMC TRUCK SALES CORP.<br>ATT: JAMES CASSEL<br>550 N OCEAN AVE<br>PATCHOGUE NY 11772 | CLYDE CHEVROLET-BUICK, INC.<br>BRIEN MEEHAN<br>808 TALCOTTVILLE RD<br>VERNON ROCKVILLE CT 06066-2320 |
| COLONIAL CHEVROLET CO., INC.<br>ERNEST RAY SMITH<br>2380 US HIGHWAY 61 SOUTH<br>WOODVILLE MS 39669 | D'ANDREA BUICK, INC.<br>NICHOLAS D'ANDREA<br>7051 S WESTERN AVE<br>CHICAGO IL 60636-3121 |
| DEAN NEWTON CADILLAC-GMC, INC.<br>DUANE SPARKS<br>519 W BROADWAY ST<br>LEWISTOWN MT 59457-2626 | EVERETT CHEVROLET-GEO, INC.<br>JOHN REGGANS<br>7300 EVERGREEN WAY<br>EVERETT WA 98203-5662 |
| FIRST UNITED INC.<br>ROQUE DE LA FUENTE<br>1385 E MAIN ST<br>EL CAJON CA 92021-6540 | FORREST CHEVROLET-CADILLAC, INC.<br>CHARLES FORREST<br>2400 N MAIN ST<br>CLEBURNE TX 76033-5016 |
| FORREST PONTIAC-BUICK-GMC TRUCK, INC.<br>CHARLES FORREST<br>2408 N MAIN ST<br>CLEBURNE TX 76033-5016 | GRAVES PONTIAC-CHEVROLET-BUICK, INC.<br>RONALD GRAVES<br>4040 N 1ST ST<br>MILAN TN 38358-1723 |
| GULF COAST TRUCK AND EQUIPMENT COMPANY, INC.<br>JOHN CROSS JR<br>2260 HALLS MILL RD<br>MOBILE AL 36606-4617 | GULF COAST TRUCK AND EQUIPMENT COMPANY,INC.<br>CHAD CROSS<br>3440 BIRMINGHAM HWY<br>MONTGOMERY AL 36108-1406 |

| | |
|---|---|
| HARBORTOWN AUTO, INC.<br>JAMES BROGAN<br>311 SPAR ST<br>ONTONAGON MI 49953-1135 | HARTLEY & HICMAN<br>P. RICHARD HARTLEY, ESQ.<br>ATTNY FOR NORMAN-BLACKMON MOTOR COMPANY<br>P.O. BOX 583<br>GREENVILLE AL 36037 |
| HOGUET NEWMAN REGAL & KENNEY LLP<br>JOSHUA D. RIEVMAN, ESQ.<br>ATTNY FOR EVERETT CHEVROLET<br>10 EAST 40TH STREET<br>NEW YORK NY 10016-0301 | HUNTLEY CHEVROLET, INC.<br>ALAN WULBERT<br>13980 AUTOMALL DR<br>HUNTLEY IL 60142-8024 |
| J.T.E. EPPS MOTORS, INC.<br>EMERSON EPPERSON<br>1935 US 25 E<br>MIDDLESBORO KY 40965 | JEFFREY S. DAVIS, ESQ.<br>ATTORNEY AT LAW<br>ATTNY FOR FORREST CHEVROLET<br>1422 BERRY DRIVE<br>CLEBURNE TX 76033 |
| JERRY D. PATTERSON<br>ATTORNEY AT LAW<br>ATTNY FOR TERRY GAGE CHEVROLET<br>P.O. BOX 629<br>MARSHALL AR 72650 | KEYSTONE AUTOMOTIVE, INC.<br>ATT: KEVIN SERRA<br>40941 US HWY 280<br>SYLACAUGA AL 35150 |
| LARRY MENKE INC.<br>ATT: LAWRENCE MENKE*<br>6 HEITZINGER PLAZA<br>SEASIDE CA 93955 | LAW OFFICES OF ELAINE S VORBERG, P.C.<br>ELAINE S. VORBERG, ESQ.<br>ATTNY FOR D'ANDREA BUICK<br>1821 WALDEN OFFICE SQUARE, SUITE 400<br>SCHAUMBERG IL 60173 |
| LEVENE, NEALE, BENDER, RANKIN & BRILL LLP<br>DAVID L. NEALE, ESQ.<br>ATTNY FOR FIRST UNITED INC.<br>10250 CONSTELLATION BLVD, SUITE 1700<br>LOS ANGELES CA 90067 | LIVENGOOD FITZGERALD & ALSKOG PLLC<br>JAMES S. FITZGERALD, ESQ.<br>ATTNY FOR EVERETT CHEVROLET<br>121 THIRD AVENUE<br>P.O. BOX 908<br>KIRKLAND WA 98083-0908 |
| MATT GAY CHEVROLET OLDSMOBILE, INC.<br>ATT: DAVID GAY<br>325 MIMS RD<br>SYLVANIA GA 30467 | MOUNT KISCO CHEVROLET CADILLAC HUMMER, INC.<br>ADRIAN QUINN*<br>175 N BEDFORD RD<br>MOUNT KISCO NY 10549-1513 |
| MULLINS MOTORS, INC.<br>DAVID SMALL<br>3369 HWY 76 EAST<br>MULLINS SC 29574 | NORDLING MOTORS, INC.<br>THOMAS NORDLING<br>428 MARKET ST<br>OSAGE CITY KS 66523-1156 |
| NORMAN-BLACKMON MOTOR COMPANY, INC.<br>STEPHEN NORMAN<br>801 E COMMERCE ST<br>GREENVILLE AL 36037-2319 | NORTHSTATE MOTORS, INC.<br>ATT: BRIAN LEACH<br>246 E WALKER ST<br>ORLAND CA 95963 |
| PLETCHER MOTOR COMPANY, INC.<br>RODNEY PLETCHER<br>1001 W PIKE ST<br>GOSHEN IN 46526-2035 | QUINLAN'S EQUIPMENT, INC.<br>JOHN QUINLAN<br>1030 S SUPERIOR ST<br>ANTIGO WI 54409-2828 |

| | |
|---|---|
| RAPP CHEVROLET, INC.<br>GLEN RAPP<br>700 S BROADWAY AVE<br>MARION SD 57043-2168 | SONNY CANNON AUTO PLAZA, INC.<br>WILLIAM CANNON<br>220 W DOOLIN AVE<br>BLACKWELL OK 74631-1651 |
| TERRY GAGE CHEVROLET-OLDSMOBILE, INC.<br>TERRY GAGE<br>HWY 65 NORTH<br>MARSHALL AR 72650 | THE RAMEY GARAGE, INC.<br>ROBERT MCCULLY<br>669 BEULAH ST<br>RAMEY PA 16671 |
| TOM SPARKS BUICK, INC.<br>THOMAS SPARKS<br>216 S 1ST ST<br>DEKALB IL 60115-3618 | TYGART VALLEY MOTOR CO. INC.<br>RICK WYATT<br>RTE 250 S ELKINS SHPG PLAZA<br>ELKINS WV 26241 |
| WALTERS CHEVROLET-PONTIAC, INC.<br>JOHN WALTERS<br>308 MAIN ST<br>GROTON NY 13073-1328 | WATKINS TRUCKS, INC.<br>ROBERT WATKINS<br>4031 NEW CASTLE AVE<br>NEW CASTLE DE 19720-1414 |