**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
In re:                                                        :        Chapter 11
                                                              :
GENERAL MOTORS CORP., *et al.*,                               :        Case No. 09-50026 (REG)
                                                              :
                                    Debtors                   :        Jointly Administered
                                                              :
-----------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF OBJECTION OF INTRA CORPORATION TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO

Intra Corporation, by and through its attorneys, Foley & Lardner LLP, hereby

withdraws the Objection Of Intra Corporation To Assumption And Assignment Of Certain

Executory Contracts And Cure Amounts Related Thereto (Docket No. 1300), filed on June 15,

2009.

Dated:    September 2, 2009          FOLEY & LARDNER LLP

                                      /s/ John A. Simon
                                     Steven H. Hilfinger
                                     John A. Simon
                                     Katherine R. Catanese
                                     500 Woodward Avenue, Suite 2700
                                     Detroit, MI 48226-3489
                                     Telephone: (313) 234-7100
                                     Facsimile: (313) 234-2800

                                     *Attorneys for Intra Corporation*

DETR_1284528.1