BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Kolbenschmidt-Pierburg AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Motors Liquidation Company, *et al.*,<br>     f/k/a General Motors Corp., *et al.*,<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND FIRST
AMENDED LIMITED OBJECTION OF KOLBENSCHMIDT-PIERBURG AG
TO DEBTORS' NOTICE OF INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY**

Kolbenschmidt-Pierburg AG, by and through its undersigned counsel, hereby withdraws

its Limited Objection (Docket No. 1439) and First Amended Limited Objection (Docket No.

2003) to the proposed Cure Amount scheduled on the Debtors' contractnotices.com website as the parties have reconciled their differences with respect to the correct and final cure amount.

Dated: New York New York
September 2, 2009

        BUTZEL LONG, a professional corporation

        By:    /s/   Robert Sidorsky
            Robert Sidorsky, Esq.
            Eric B. Fisher, Eq.
380 Madison Avenue
22nd Floor
New York, NY 10017
Tel.: (212) 818-1110
Fax: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Kolbenschmidt-Pierburg AG*