Richard E. Kruger(*Pro Hac Vice*)
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Telephone: (248) 351-3000
Fax: (248) 351-3082

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| In re | Chapter 11 |
| Motors Liquidation Company, et al, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

_____/

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2009, I electronically filed ***Notice of Withdrawal of Objection to Assumption of Certain Executory Contracts*** with the Clerk of the Court using the ECF System which will send notification of such filing to the ECF Participants.

                                        Respectfully submitted by:

                                        **JAFFE RAITT HEUER & WEISS, P.C.**

                                        By: /s/ Richard E. Kruger
                                        Richard E. Kruger (P57142) (*Pro Hac Vice*)
                                        Paul R. Hage *(Pro Hac Vice)*
                                        Counsel to BMW Group
                                        27777 Franklin Road, Suite 2500
                                        Southfield, Michigan 48034
                                        Phone: (248) 351-3000
                                        rkruger@jaffelaw.com

Dated: September 3, 2009

1792242