Colleen E. McManus, Esq.
**MUCH SHELIST DENENBERG**
 **AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000

Christopher J. Battaglia, Esq.
Julie D. Dyas, Esq.
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

*Counsel to Brandenburg Industrial Service Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al. | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF BRANDENBURG INDUSTRIAL SERVICE CO. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO [DOCKET NO. 936]**

Brandenburg Industrial Service Co. ("Brandenburg"), by and through its undersigned counsel, hereby withdraws its Objection to the Notice of Debtors' Intent To Assume And Assign Certain Executory Contracts And Cure Amounts Related Thereto dated June 12, 2009 (Docket No. 936).

{00083260.1 \ 0747-001}

Dated:  New York, New York
        September 3, 2009

**HALPERIN BATTAGLIA RAICHT, LLP**

By: /s/ Julie D. Dyas
Christopher J. Battaglia, Esq.
Julie D. Dyas, Esq.
555 Madison Avenue – 9th Floor
New York, New York 10022
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
Email: cbattaglia@halperinlaw.net
       jdyas@halperinlaw.net

*Counsel for Brandenburg Industrial Service Co.*