Shawn R Fox
MCGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY  10105-0106
Phone: (212) 548-2100

*Counsel for Dominion Retail, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) ) | Case No. 09-50026-REG |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | Related to Docket No. 714 |
| | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF DOMINION RETAIL, INC. , TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Dominion Retail, Inc. hereby withdraws its Objection and Reservation of Rights to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property And (II) Cure Amounts Related Thereto, which was filed on June 15, 2009 at Docket No. 1268.

Dated: September 3, 2009                Respectfully submitted,

   */s/ Shawn R. Fox*
   Shawn R. Fox
   McGuireWoods LLP
   1345 Avenue of the Americas, 7th Fl.
   New York, NY  10105-0106
   Phone: (212) 548-2100
   sfox@mcguirewoods.com

   *Counsel for Dominion Retail, Inc.*