**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) |
| f/k/a GENERAL MOTORS CORP., *et al.*, | ) Case No. 09-50026 (REG) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

### WITHDRAWAL OF OBJECTION OF BP LUBRICANTS USA, INC. TO THE DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT AND PROPOSED CURE AMOUNT

BP Lubricants USA, Inc., by its undersigned attorneys, hereby withdraws its

Objection to the Debtor's Notice of Assumption and Assignment and Proposed Cure

Amount, which was filed on June 11, 2009 [Docket No. 676].

Dated this 3rd day of September, 2009.

KELLEY DRYE & WARREN LLP

By: */s/ James S. Carr*
    James S. Carr
    Jordan A. Bergman
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for BP Lubricants USA, Inc.*