**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) |
| f/k/a GENERAL MOTORS CORP., *et al.*, | ) Case No. 09-50026 (REG) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

**WITHDRAWAL OF OBJECTION OF BP PRODUCTS NORTH AMERICA INC. AND BP CORPORATION NORTH AMERICA INC. TO THE DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT AND PROPOSED CURE AMOUNT**

BP Products North America Inc. and BP Corporation North America Inc. (collectively, "BP"), by their undersigned attorneys, hereby withdraw BP's Objection to the Debtor's Notice of Assumption and Assignment and Proposed Cure Amount, which was filed on June 11, 2009 [Docket No. 679].

Dated this 3rd day of September, 2009.

                                                  KELLEY DRYE & WARREN LLP

                                                By: */s/ James S. Carr*
                                                     James S. Carr
                                                     Jordan A. Bergman
                                             101 Park Avenue
                                             New York, New York 10178
                                             Tel: (212) 808-7800
                                             Fax: (212) 808-7897

                                             *Attorneys for BP Products North America Inc.*
                                             *and BP Corporation North America Inc.*