Michael Friedman
Keith N. Sambur
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

*Attorneys for Averitt Express Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 |
| **GENERAL MOTORS CORP.,** *et al.*, | : Case No. 09-50026 (REG) |
| Debtors. | : (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF AVERITT EXPRESS INC. TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED**
**LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND**
**(II) CURE AMOUNTS RELATED THERETO**

Averitt Express Inc. ("Averitt"), by its undersigned attorneys, hereby withdraws its Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property, and (II) Cure Amounts Related Thereto filed on June 25, 2009 (Docket No. 2525) as a result of the Debtors' decision not to assume and assign any alleged executory contracts where Averitt was the purported counterparty.

   This withdrawal is without prejudice to any and all other rights Averitt has in these proceedings.

Dated: New York, NY
September 3, 2009

                /s/ Michael Friedman
                Michael Friedman
                Keith N. Sambur

                RICHARDS KIBBE & ORBE LLP
                One World Financial Center
                New York, New York 10281
                Telephone: (212) 530-1800
                Facsimile: (212) 530-1801

                *Attorneys for Averitt Express Inc.*