Michael Friedman
Keith N. Sambur
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

*Attorneys for Averitt Express Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**In re**                                                    : **Chapter 11**

**GENERAL MOTORS CORP.,** *et al.*,                          : **Case No. 09-50026 (REG)**

                          **Debtors.**                       : **(Jointly Administered)**

                                                           x **AFFIDAVIT OF SERVICE**
------------------------------------------------------------

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

I, Twaji Ewool, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and am not a party to this action.

2. That on this 3rd day of September, 2009, I caused to be served the foregoing Notice of Withdrawal of Objection of Averitt Express Inc. to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired

Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto, via U.S. Mail in a sealed, pre-paid, envelope addressed to the following:

> General Motors Corporation
> Cadillac Building
> 30009 Van Dyke Avenue
> Warren, Michigan 48090-9025
> Attn: Warren Command Center
> Mailcode 480-206-114
>
> The Debtors
>
> Weil, Gotshal & Manges LLP
> Attorneys for the Debtors
> 767 Fifth Avenue
> New York, New York 10153
> Attn: Harvey R. Miller, Esq.
> Stephen Karotkin, Esq.
> Joesph H. Smolinsky, Esq.
>
> Attorneys for the Debtors
>
> The U.S. Treasury
> 1500 Pennsylvania Avenue NW
> Room 2312
> Washington, D.C. 20220
> Attn: Matthew Feldman, Esq.
>
> Cadwalader, Wickersham & Taft LLP
> One World Financial Center
> New York, New York 10281
> Attn: John J. Rapisardi, Esq.
>
> Attorneys for the Purchaser
>
> Kramer Levin Naftalis & Frankel LLP
> 1177 Avenue of the Americas
> New York, NY 10036
> Attn: Gordon Z. Novod, Esq.
> Thomas Moers Mayer, Esq.
>
> The Attorneys for Creditors Committee

>Vedder Price, P.C.
>1633 Broadway
>47th Floor
>New York, New York 10019
>Attn: Michael J. Feldman, Esq.
>Michael J. Schein, Esq.
>
>Attorneys for Export Development Canada

3. That on this 3rd day of September, 2009, I caused to be served the foregoing Notice of Withdrawal of Objection of Averitt Express Inc. to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto, by hand upon:

>The Office of the United States Trustee for
>the Southern District of New York
>33 Whitehall Street
>21st Floor
>New York, New York 10004
>Attn: Diana G. Adams, Esq.

_____
TWAJI EWOOL

Sworn before me this 3rd
day of September, 2009.

_____
NOTARY PUBLIC

MICHAEL SCHNEIDER
Notary Public, State of New York
No. 01SC5062337
Qualified in Orange County
Certificate Filed in New York County
Commission Expires June 24, 20 16