**DLA PIPER LLP (US)**
KAROL K. DENNISTON (Admitted *Pro hac vice*)
JENNIFER L. NASSIRI (Admitted *Pro hac vice*)
550 South Hope Street, Suite 2300
Los Angeles, CA  90071-2678
Tel:  (213) 330-7700
Fax:  (213)330-7701
karol.denniston@dlapiper.com
jennifer.nassiri@dlapiper.com

Attorneys for Hewlett-Packard Financial Services
Company, and certain affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
**In re:**                                                             :
                                                                                   :         **Chapter 11**
**MOTOR LIQUIDATION COMPANY, et al.,**    :
**f/k/a General Motors Corp., et al.,**                 :
                                                                                   :         **Case No. 09-50026 (REG)**
                              **Debtors.**                         :         **(Jointly Administered)**
                                                                                   :
---------------------------------------------------------------x

**HEWLETT-PACKARD FINANCIAL SERVICES COMPANY'S WITHDRAWAL OF RESPONSE TO NOTICES OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO (DOCKET NO. 1115)**

Hewlett-Packard Financial Services Company and certain of their affiliates hereby withdraw the *Response Of Hewlett-Packard Financial Services Company (and certain affiliates) To Notices Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts And Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Property And (II) Cure Amounts Related Thereto* (Docket No. 1115).

Dated  September 3, 2009              **DLA PIPER LLP (US)**
                                                            *Attorneys for Hewlett-Packard Financial Services*
                                                            *Company and certain affiliates*

                                                By:    */s/ Jennifer L. Nassiri*_____  _____
                                                            KAROL K. DENNISTON (Admitted *Pro hac vice*)
                                                            JENNIFER L. NASSIRI (Admitted *Pro hac vice*)
                                                            550 South Hope Street, Suite 2300
                                                            Los Angeles, CA  90071-2678
                                                            Tel:  (213) 330-7700
                                                            Fax:  (213)330-7701
                                                            karol.denniston@dlapiper.com
                                                            jennifer.nassiri@dlapiper.com

CERTIFICATE OF SERVICE

I, Jennifer L. Nassiri, do hereby certify, that on September 3, 2009, I caused a true and correct copy of the:

**HEWLETT-PACKARD FINANCIAL SERVICES COMPANY'S WITHDRAWAL OF RESPONSE TO NOTICES OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO (DOCKET NO. 1115)**

to be served (i) electronically through the Court's ECF System on parties requesting electronic service and (ii) on the parties listed on the below service list by the means indicated.

By:    /s/ Jennifer L. Nassiri

**Via E-mail**
*Counsel for Debtors*
Weil, Gothsal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.)
harvey.miller@weil.com;
stephen.karotkin@weil.com
joseph.smolinsky@weil.com

**Via E-mail**
*Counsel for Purchaser*
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)
john.rapisardi@cwt.com

**Via E-mail**
*Counsel for Creditors Committee*
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-3275
dcho@kramerlevin.com

**Via E-mail**
*Counsel for Export Development Canada*
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.)
mjedelman@vedderprice.com
mschein@vedderprice.com

**Via E-mail**
*Office of the United States Trustee*
Office of the United States Trustee
(Attn: Diana G. Adams, Esq.)
33 Whitehall Street, 21st Floor
New York, New York 10004.
diana.adams@usdoj.gov

**Via E-mail**
*Counsel for UAW*
Cleary Gottlieb Steen & Hamilton LLP
(Attn: James L. Bromley, Esq.)
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com

**Via E-mail**
*Attorneys for UAW*
Cohen, Weiss and Simon LLP
(Attn: Babette Ceccotti, Esq.)
330 W. 42nd Street
New York, NY 10036
bceccotti@cwsny.com

**Via U.S. Mail**
U.S. Attorney's Office, S.D.N.Y.
(Attn: David S. Jones, Esq. and
Matthew L. Schwartz)
86 Chambers Street, Third Floor
New York, NY 10007

**Via U.S. Mail**
*U.S. Treasury*
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
(Attn: Matthew Feldman, Esq.)

WEST\21759736.1 7/29/09


**Via U.S. Mail**
The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Greet, Room 621
New York, NY 10004-1408

**Via U.S. Mail**
*Debtors*
c/o Motors Liquidation Company
Attn: Ted Stenger
300 Renaissance Center
Detroit, MI 48265

**Via U.S. Mail**
General Motors Company
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI 48265