**EPSTEIN BECKER GREEN P.C.**
Paul Traub (PT 3752)
Wendy G. Marcari (WM 8494)
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
(212) 878-8792 (fax)
PTraub@ebglaw.com
WMarcari@ebglaw.com

and

**FRANTZ WARD LLP**
John F. Kostelnik, Esq. (Ohio #0014919)
Matthew H. Matheney, Esq. (Ohio #0069974)
Timothy J. Richards, Esq. (Ohio #0078198)
2500 Key Center, 127 Public Square
Cleveland, OH 44114-1230
(216) 515-1660
(216) 515-1650 (fax)
jkostelnik@frantzward.com
mmatheney@frantzward.com
trichards@frantzward.com

*Counsel to YRC Logistics Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF YRC LOGISTICS SERVICES, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO**

PLEASE TAKE NOTICE that YRC LOGISTICS SERVICES, INC. ("YRC Services") by and through its undersigned counsel, Epstein Becker & Green, P.C. and Franz Ward LLP, hereby

1

withdraws its Objection to Notice of (I) Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto [Docket No. 781]. YRC Services reserves all its other rights and remedies with respect to these proceedings.

Respectfully Submitted:

Dated: September 3, 2009

**EPSTEIN BECKER GREEN P.C.**

/s/ Wendy G. Marcari
Paul Traub (PT 3752)
Wendy G. Marcari (WM 8494)
250 Park Avenue
New York, New York  10177-1211
(212) 351-4500; 212/878-8792 (fax)
PTraub@ebglaw.com
WMarcari@ebglaw.com

and

**FRANTZ WARD LLP**
John F. Kostelnik, Esq.
Matthew H. Matheney, Esq.
Timothy J. Richards, Esq.
2500 Key Center, 127 Public Square
Cleveland, OH  44114-1230
(216) 515-1660; (216) 515-1650 (fax)
jkostelnik@frantzward.com
mmatheney@frantzward.com
trichards@frantzward.com

*Counsel to YRC Logistics Services, Inc.*