MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Ave., Suite 2500
Detroit, MI 48226
Donald J. Hutchinson
(313) 496-7536
Counsel for dSPACE, Inc. and dSPACE GmbH

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
840 West Long Lake Road
Troy, MI 48098
Joseph D. Gustavus
(248) 267-3317
Counsel for dSPACE, Inc. and dSPACE GmbH

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
Motors Liquidation Company, et al.,       :    Case No. 09-50026 (REG)
                                          :    Jointly Administered
                    Debtors.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL OF OBJECTION OF**
**dSPACE, INC. AND dSPACE GMBH**

PLEASE TAKE NOTICE that dSPACE, Inc. and dSPACE GmbH by its attorneys Miller, Canfield, Paddock and Stone, P.L.C., hereby withdraws the Objection to Cure Amounts ("Objection") filed in this matter as docket number 692.

DELIB:3127109.1\116170-00004

Dated: September 3, 2009        MILLER CANFIELD PADDOCK AND STONE, P.L.C.

By /s/ Donald J. Hutchinson
    Donald J. Hutchinson (MI P39545)
Counsel for dSPACE, Inc. and dSPACE GmbH
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com

Joseph D. Gustavus (MI P56000)
Counsel for dSPACE, Inc. and dSPACE GmbH
840 West Long Lake Road, Suite 200
Troy, MI 48098
Telephone: (248) 267-3317
Fax: (248) 879-2001
Email: gustavus@millercanfield.com

**CERTIFICATE OF SERVICE**

    Donald J. Hutchinson hereby certifies that, on the 2nd day of September, 2009, the foregoing **Notice Of Withdrawal Of Objection Of dSPACE, Inc. and dSPACE GmbH To Cure Amounts** was filed with the Court via the Court's ECF system which will serve a copy of the document electronically upon all registered participants in this matter.

Dated: September 3, 2009        By /s/ Donald J. Hutchinson
    Donald J. Hutchinson (MI P39545)
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com

DELIB:3127109.1\116170-00004