**EPSTEIN BECKER GREEN P.C.**
Paul Traub (PT 3752)
Wendy G. Marcari (WM 8494)
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
(212) 878-8792 (fax)
PTraub@ebglaw.com
WMarcari@ebglaw.com

and

**FRANTZ WARD LLP**
John F. Kostelnik, Esq. (Ohio #0014919)
Matthew H. Matheney, Esq. (Ohio #0069974)
Timothy J. Richards, Esq. (Ohio #0078198)
2500 Key Center, 127 Public Square
Cleveland, OH 44114-1230
(216) 515-1660
(216) 515-1650 (fax)
jkostelnik@frantzward.com
mmatheney@frantzward.com
trichards@frantzward.com

*Counsel to YRC Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF YRC INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) CURE COSTS RELATED THERETO**

PLEASE TAKE NOTICE that YRC INC., formerly known as Roadway Express, Inc. ("Roadway") by and through its undersigned counsel, hereby withdraws its Objection to Notice of

1

(I) Debtors' Intent To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto [Docket No. 785]. Roadway reserves all its other rights and remedies with respect to these proceedings.

Respectfully Submitted:

Dated: September 3, 2009

**EPSTEIN BECKER GREEN P.C.**

/s/ Wendy G. Marcari
Paul Traub (PT 3752)
Wendy G. Marcari (WM 8494)
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500; 212/878-8792 (fax)
PTraub@ebglaw.com
WMarcari@ebglaw.com

and

**FRANTZ WARD LLP**
John F. Kostelnik, Esq.
Matthew H. Matheney, Esq.
Timothy J. Richards, Esq.
2500 Key Center, 127 Public Square
Cleveland, OH 44114-1230
(216) 515-1660; (216) 515-1650 (fax)
jkostelnik@frantzward.com
mmatheney@frantzward.com
trichards@frantzward.com

*Counsel to YRC Inc.*