CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, ) | (Jointly Administered) |
| et al., f/k/a GENERAL MOTORS CORP, ) | |
| *et al.*, ) | |
| ) | |
| Debtors. ) | |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF PLASAN U.S.A., INC. AND PLASAN U.S.A., LTD. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

The Debtors and Plasan U.S.A., Inc. and Plasan U.S.A., Ltd. (collectively, "Plasan") having resolved the Cure Amount dispute raised in the *Limited Objection of Plasan U.S.A., Inc. and Plasan U.S.A., Ltd. to Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real*

5999491.1 32965/130216

*Property and (II) Cure Amounts Related Thereto* (the "Objection"), Plasan withdraws the Objection.

Dated: September 3, 2009

Respectfully submitted,

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (Mich. Bar No. P48627)
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(313) 965-8572
rgordon@clarkhill.com

Counsel to Plasan U.S.A., Inc. and Plasan U.S.A., Ltd.