**New Hearing Time: October 6, 2009 at 9:45 a.m. EST**
**New Objection Deadline: October 1, 2009 at 4:00 p.m. EST**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :    09-50026 (REG)
                                        :    (Jointly Administered)
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :
        f/k/a General Motors Corp., et al.  :
                                        :
        Debtors.                        :
-------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE THAT

The hearing on the Motion for Relief from Stay, or in the Alternative,

Application for Federal Rule of Bankruptcy Procedure 2004 Examination filed by Susan

R. Katzoff on behalf of The Schaefer Group, Inc. [Docket No. 3880] (the "**Motion**"),

originally scheduled for September 14, 2009 at 9:45 a.m. (Eastern Time) has been

adjourned on consent to **October 6, 2009 at 9:45 a.m. (Eastern Time)** (the "**Hearing**")

before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling

Green, Room 621, New York, New York 10004, and such Hearing may be further

adjourned from time to time without further notice other than an announcement at the

US_ACTIVE:\43150348\01\43150348_1.DOC\72240.0639

Hearing.  The objection deadline has been adjourned on consent to **October 1, 2009 at**

**4:00 p.m. (Eastern Time)**.


Dated: September 3, 2009
New York, New York

/s/ David Berz
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession