SILVERMAN & MORRIS, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
Tel: (248) 539-1330; Fax (248) 539-1355
Geoffrey L. Silverman (P34011)
Karin F. Avery (P45364)
avery@silvermanmorris.com
Counsel for ARRK Canada, Inc.,
f/k/a Aar-Kel Moulds, Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,
*et al.*,

    Debtors.

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

Hon. Robert E. Gerber

### CERTIFICATE OF SERVICE

I, Janice C. Zielinski, being at all times over 18 years of age, hereby certify that on **September 4, 2009**, a true and correct copy of the **Withdrawal of Limited Objection of ARRK Canada, Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto** was caused to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF system.

   /s/ Janice C. Zielinski
Janice C. Zielinski
Silverman & Morris, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
jan@silvermanmorris.com
telephone (248) 539-1330; fax (248) 539-1355

X:\Clients\General Motors Bankruptcy\Assumption or Rejection of Contracts or Leases\withdrawal of ltd objection of arrk to gm not of cure costs (09.03.09)-certificate of service.doc