Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

    and

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862

*Co-Counsel for The Detroit Edison Company and Michigan Consolidated Gas Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | **Case No. 09-50026 (REG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF THE DETROIT EDISON
COMPANY AND MICHIGAN CONSOLIDATED GAS COMPANY TO DEBTORS'
NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY,
AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II)
<u>CURE AMOUNTS RELATED THERETO</u>**
**[Docket No. 1185]**

The Detroit Edison Company ("Edison") and Michigan Consolidated Gas Company

("MichCon"), by and through their undersigned counsel, hereby withdraw their *Objection* to

*Debtors' Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto* (the "Objection") (Docket No. 1185), pursuant to a settlement among Edison, MichCon and the Debtors.

Dated: Garden City, New York
September 4, 2009

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By:     /s/ Jil Mazer-Marino
Thomas R. Slome (TS-0957)
Jil Mazer-Marino (JM-6470)

990 Stewart Avenue
Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

And

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862

*Co-Counsel for The Detroit Edison Company and Michigan Consolidated Gas Company*

731713