Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
(516) 741-6565

    and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862

*Co-Counsel for The Detroit Edison Company and Michigan Consolidated Gas Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| **GENERAL MOTORS CORP.,** *et al.*, | ) Case No. 09-50026 (REG) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

    I, Jil Mazer-Marino, hereby certify that on September 4, 2009, I caused a true and correct copy of the *Notice of Withdrawal of the Objection of the Detroit Edison Company and Michigan Consolidated Gas Company to Debtors' Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Lease or*

*Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 1185]* to be sent by via the Court's ECF System, and by first class mail on the party listed below.

                                            /s/ Jil Mazer-Marino
                                            Jil Mazer-Marino

TO:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:  Joseph H. Smolinsky, Esq.

731709