Arthur C. Neiwirth, Esq.
**Rothstein Rosenfeldt Adler**
Attorneys for Morse Operations, Inc.
401 East Las Olas Blvd., Suite 1650
Fort Lauderdale, Florida 33301
Tel: (954) 522-3456
Fax: (954) 527-8663
aneiwirth@rra-law.com

     -and-

VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone: (703) 760-1647
Lawrence A. Katz

     -and-

VENABLE LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 307-5500
Edward A. Smith

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                            :                Chapter 11
In re:                                     :
                                            :                Case No.: 09-50026(REG)
GENERAL MOTORS CORP., *et. al.*      :                (Jointly Administered)
                                            :
     Debtors                            :
                                            :
-----------------------------------------------------------x

**MORSE OPERATIONS, INC.'S  NOTICE OF WITHDRAWAL OF LIMITED**

*Case No. 09-50026(REG)*

## OBJECTION OF MORSE OPERATIONS, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO (DOC 1973)

**COMES NOW**, Morse Operations, Inc., Dealer/Franchisee of the Debtors (referred to as "MOI"), through their undersigned counsel, and hereby files their Notice of Withdrawal of Limted Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto (DOC 1973), as the matters have been resolved.

Dated: September 4, 2009                Respectfully submitted,

                                            ROTHSTEIN ROSENFELDT ADLER,
                                            **Attorneys for Morse Operations, Inc.**
                                            Las Olas City Centre, Suite 1650
                                            401 E. Las Olas Blvd.
                                            Ft. Lauderdale, FL 33301
                                            Tel: (954) 522-3456
                                            Main (954) 527-8663

                                        By:    /s/ Arthur C. Neiwirth
                                                    ARTHUR C. NEIWIRTH, ESQ.
                                                    FBN: 0289061
                                                    aneiwirth@rra-law.com