UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
                                       :
In Re                                  :    Chapter 11
                                       :
GENERAL MOTORS CORP., et al.,          :    Case No. 09-50026(REG)
                                       :
            Debtors.                   :    (Jointly Administered)
                                       :
---------------------------------------X

APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION
AGAINST DEBTOR GENERAL MOTORS CORPORATION AFTER
GRANT OF MONEY JUDGMENT/ORDER IN FAVOR OF
JUDGMENT CREDITOR LAFONZA EARL WASHINGTON AND
AS A FINAL REMEDY - BY LAW

To: The Clerk of the United States Bankruptcy Court For the Southern District of New York.

1. On June 1, 2009, this Court made and entered its judgment/Order in the above - entitled and numbered action.

2. The judgment/order was in favor of this Applicant and against the Debtors' in the sum of $1,604,171,960.00 at 15% annual interest or at the rate of $556,940.00 per day and is calculated thru Thursday, August 27, 2009 and is recorded at docket number 3656.

3. No part of the judgment/order "GRANTING RELATED RELIEF" has ever been satisfied that was granted on June 30, 2009, though due demand for satisfaction has been made on Debtors' et al.

4. There is due and owing to this entity from the Debtors' the sum of $1,604,171,960.00 and demanded interest is 15% annually and is computed thru Thrusday, August 27, 2009.

WHEREFORE, this Applicant requests that the Court issue a Writ of Execution against Debtors' General Motors Corporation et al., on the grant of relief entered for Creditor Lafonza Earl Washington at docket number 3656 in this action and be "DIRECTED" to the levying officer or United States Marshal's office for the Southern District of New York in and for this Federal District and to any registered process server, including the CT Corporation Systems and Order or Command the levying officer to make a Return of the Writ specifying what was done to comply with the Writ and to file and serve the Return on or before Monday, August 31, 2009.

"I DECLARE THAT THE STATEMENTS ABOVE ARE TRUE TO THE BEST
OF MY INFORMATION, KNOWLEDGE, AND BELIEF."

"I DECLARE THAT THE STATEMENTS ABOVE ARE TRUE TO THE
BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF."

Dated: August 27, 2009

BY: Lafonza Earl Washington
Judgment Creditor
7010 Cranwood Drive
Flint, MI 48505
Tel: 810.922.0308

EXHIBITS

**Search Documents**

Docket Date: _____ (mm/dd/yyyy) To (optional): _____ (mm/dd/yyyy)

Docket No.: 3656    To (optional): _____

Search Description for: _____

☐ Search Within Results

[ Search ]    [ Clear Search Results ]

## Court Documents

United States Bankruptcy Court Southern District of New York
*In re Motors Liquidation Company*
Case No. 09-50026

**1 Results Found**

*The docket is currently displayed in **reverse chronological order**. To display the docket in **chronological order**, please click here.*

- Home

| Date | Court Docket Number | Description |
|---|---|---|
| 07/30/2009 | 3656 | Application for Ex Parte Relief Entry - Nunc Pro Tunc - To Debtors' Unnoticed Amended sales Order Approval (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc. a U.S. Treasury Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale: and (III) Granting Related Relief that Includes the Amended Motion Application of Applicant/Petitioner LaFonza Earl Washington Pursuant to the Federal Rules of Bankruptcy |

Procedure Rules 4001(d)(3) and (4) Including the Federal • Case
Rules of Civil Procedure Rules 70, 77, 79, and Title 11
U.S.C. section 363 and 541 filed by LaFonza Earl
Washington. (Ho, Amanda) (Entered: 08/04/2009)

Information
- Key Documents
- First Day Motions and Orders
- 363 Transaction Pleadings
- UAW-Related Court Documents
- Stock Trading Order and Related Information
- Court Documents
- Scheduled Hearings
- Claims Register

© 2009 The Garden City Group, Inc. - All Rights Reserved

Search Documents

Docket Date:  (mm/dd/yyyy) To (optional):
(mm/dd/yyyy)

Docket No.: 2477    To (optional):

Search Description for:

Search Within Results

[ Search ]    [ Clear Search Results ]

## Court Documents

United States Bankruptcy Court Southern District of New York
*In re Motors Liquidation Company*
Case No. 09-50026

## 1 Results Found

The docket is currently displayed in **reverse chronological order**. To display the docket in **chronological order**, please click here.

| Date | Court Docket Number | Description |
|---|---|---|
| 06/19/2009 | 2477 | Objection to Debtors' Motion filed by LaFonza Earl Washington. (Ho, Amanda) (Entered: 06/25/2009) |

- Home
- Case Information
- Key Documents
- First Day Motions and Orders
- 363 Transaction Pleadings
- UAW-Related Court Documents
- Stock Trading Order and Related Information
- Court Documents
- Scheduled Hearings
- Claims Register

http://www.motorsliquidationdocket.com/maincase.php3

8/10/200'

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In Re                               :  Chapter 11
                                    :  Case No. 09-50026(REG)
GENERAL MOTORS CORP., et al.,       :
                                    :  (Jointly Administered)
                    Debtors.        :
------------------------------------x

## CERTIFICATE OF SERVICE

I, Lafonza Earl Washington, certify that on Thursday, August 27, 2009, I caused the documents identified below to be mailed to the below-named offices, postage prepaid via UPS Next Day Air and United States Postal Service first class mail as follows:

1. Application For Issuance Of Writ Of Execution Against Debtor General Motors Corporation After Grant Of Money Judgment/Order In Favor Of Judgment Creditor Lafonza Earl Washington And As A Final Remedy - By Law

2. Directions To Execution Officer To Levy On Monetary Property Granted To Judgment/Order Creditor Lafonza Earl Washington Dated June 30, 2009 and July 30, 2009 Against Debtors' General Motors Corporation Assets Located In This Federal District AND EXHIBITS

Please process according to law. Thank you.

By: Lafonza Earl Washington
Judgment Creditor
7010 Cranwood Drive
Flint, MI 48505
Tel: 810.922.0308

Mailed To:

United States Bankruptcy Court
Vito Genna, Clerk
One Bowling Green
New York, New York  10004
Tel: 212.668.2870



United States Marshal's Office
Southern District of New York
Executions Division
500 Pearl Street   Suite 400
New York, New York  10007
Tel: 212.331.7200

General Motors Corporation
c/o CT Corporation Systems
111 8th Avenue   13th Floor
New York, New York  10011
Tel: 212.894.8940

Acting Treasurer of the United States
President Barack H. Obama
1600 Pennsylvania Avenue, N.W.
Washington, D.C.  20220

Department of Justice
United States Attorney General
Eric Holder U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C.  20530

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                     :   Chapter 11
In Re                                :
                                     :   Case No. 09-50026(REG)
GENERAL MOTORS CORP., et al.,        :
                                     :   (Jointly Administered)
                Debtors.             :
                                     :
------------------------------------x
```

DIRECTIONS
TO EXECUTION OFFICER TO LEVY ON MONETARY PROPERTY
GRANTED TO JUDGMENT/ORDER CREDITOR LAFONZA EARL
WASHINGTON DATED JUNE 30, 2009 AND JULY 30, 2009
AGAINST DEBTORS' GENERAL MOTORS CORPORATION
ASSETS LOCATED IN THIS FEDERAL DISTRICT

TO: The United States Marshal's Office for the Southern District of New York and the CT Corporation Systems.

By virtue of the attached Writs of Execution, you are hereby instructed to levy on $1,604,171,960.00 of Debtors' General Motors Corporation which assets are located at 767 Fifth Avenue, New York, New York, at WEIL, GOTSHAL & MANGES LLP, telephone 212.310.8000.

Please file with the above-named Court the required return and deliver the Certified check to Lafonza Earl Washington at 7010 Cranwood Drive, Flint, Michigan, by next day delivery which expense is to be paid by this creditor, by August 31, 2009.

Dated: August 27, 2009

By: Lafonza Earl Washington
    Creditor
    7010 Cranwood Drive
    Flint, MI 48505
    Tel: 810.922.0308