

Rick Zucker
Assistant General Counsel
Laclede Gas Company
Tel. 314-342-0533
Fax. 314-421-1979
Attorney for Laclede Gas Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :        **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,   :        **09-50026 (REG)**
         **f/k/a General Motors Corp.**, *et al.*   :
                                                            :
                            **Debtors.**                :        **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION BY LACLEDE GAS COMPANY TO**
**NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN**
**EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL**
**PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL**
**PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Laclede Gas Company hereby withdraws its Objection to the Cure Amounts for

the Proposed Assumption And Assignment of its Executory Contracts, Docket No. 2153,

filed on June 12, 2009.

Dated: September 2, 2009
        St. Louis, Missouri

                            Respectfully submitted,

                            *[signature]*

                            Rick E. Zucker, Mo. Bar #49211
                            Assistant General Counsel
                            Laclede Gas Company
                            720 Olive Street, Room 1520
                            St. Louis, MO 63101
                            Telephone:    (314) 342-0532
                            Fax:          (314) 421-1979
                            Email:        rzucker@lacledegas.com

WGM_TRAILER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>General Motors Corp., et al.<br><br>Debtors. | Chapter 11<br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Gerry Lynch, being at all times over 18 years of age, hereby certify that a true and correct copy of the Notice of Withdrawal of Objection by Laclede Gas Company was caused to be served by regular mail to the parties so indicated on the service list below.

Dated: September 2, 2009
St. Louis, Missouri

/s/ _Gerry Lynch_
Gerry Lynch

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq., Stephen
Karotkin, Esq. and Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
      Michael L. Schein, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Miller, Johnson, Snell & Cumminskey, PLC
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503
Attn: Robert D. Wolford, Esq.

WGM_TRAILER                                            2