Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

    and

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862

*Co-Counsel for Delta Township Utilities II, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                        :

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | **Case No. 09-50026 (REG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF DELTA TOWNSHIP UTILITIES II, LLC TO DEBTORS' NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**
[Docket No. 1024]

Delta Township Utilities II, LLC ("Delta II"), by and through their undersigned counsel, hereby withdraw their *Objection* to *Debtors' Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of*

*Nonresidential Real Property And (II) Cure Amounts Related Thereto* (the "Objection") (Docket No. 1024), pursuant to a settlement between Delta II and the Debtors.

| | |
|---|---|
| Dated: Garden City, New York<br>September 4, 2009 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br><br>By: /s/ *Jil Mazer-Marino*<br>    Thomas R. Slome (TS-0957)<br>    Jil Mazer-Marino (JM-6470)<br><br>990 Stewart Avenue<br>Suite 300<br>P.O. Box 9194<br>Garden City, New York  11530-9194<br>Telephone: (516) 741-6565<br>Facsimile: (516) 741-6706<br><br>And<br><br>Russell R. Johnson III, Esq.<br>John M. Merritt, Esq.<br>LAW FIRM OF RUSSELL R. JOHNSON III, PLC<br>2258 Wheatlands Drive<br>Manakin-Sabot, Virginia  23103<br>Telephone: (804) 749-8861<br>Facsimile: (804) 749-8862<br><br>*Co-Counsel for Delta Township Utilities II, LLC* |

731717