SCOTT A. WOLFSON (MI P53194)
ANTHONY J. KOCHIS (MI P72020)
Admitted *Pro Hac Vice*
**WOLFSON BOLTON PLLC**
3150 Livernois Rd., Suite 275
Troy, MI 48083
Telephone: (248) 247-7103
Facsimile: (248) 247-7099
E-Mail: swolfson@wolfsonbolton.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :
    f/k/a General Motors Corp., *et al.*                    :    Case No. 09-50026 (REG)
                                                            :
    Debtors.                                                :    (Jointly Administered)
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served copies as follows:

| | | |
|---|---|---|
| 1. | Documents Served: | *Withdrawal of Federal Broach & Machine Company, LLC's Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto [Docket No. 3542]* |
| 2. | Served Upon: | See Attached Service List |
| 3. | Method of Service: | Via U.S. Mail unless otherwise indicated on the Service List. |
| 4. | Date Served: | Via ECF Notification on July 30, 2009<br>Via U.S. Mail on September 4, 2009 |

Dated: September 4, 2009

_____
Jo Ann M. Recchia, Paralegal

Gregory O. Kaden
Goulston & Storrs, P.C.
400 Atlantic Ave.
Boston, MA 02110-3333
**Via Court ECF Notification**

Douglas B. Rosner
Goulston & Storrs, P.C.
400 Atlantic Ave.
Boston, MA 02110-3333
**Via Court ECF Notification**

Robert Sidorsky
Butzel Long
380 Madison Ave.
New York, NY 10017
**Via Court ECF Notification**

Wendy S. Walker
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10017
**Via Court ECF Notification**

Angela Z. Miller
Phillips Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203-8400
**Via Court ECF Notification**

Andrew P. Brozman
Clifford Chance
31 W. 52nd St.
New York, NY 10019
**Via Court ECF Notification**

Andrew K. Lipetz
Wasserman Grubin & Rogers, LLP
1700 Broadway
New York, NY 10019
**Via Court ECF Notification**

David S. Lefere
Bolhouse, Vander Hulst, Risko & Baar, PC
3996 Chicago Cr., SW
Grandville, MI 49418
**Via Court ECF Notification**

Mary Kay Shaver
Varnum Riddering Schmidt & Howlett LLP
Bridgewater Place
333 Bridge St.
Grand Rapids, MI 49504
**Via Court ECF Notification**

Jennifer Anne Christian
Kelley Drye & Warren
101 Park Ave.
New York, NY 10104
**Via Court ECF Notification**

Ronald Oran, Jr.
Vinson & Elkins
666 Fifth Ave., 26th Fl.
New York, NY 10103
**Via Court ECF Notification**

Sean O'Neal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
**Via Court ECF Notification**

Tiffany Strelow Cobb
Vorys, Sater, Semour and Pease LLP
52 E. Gay St.
PO Box 1008
Columbus, OH 43215
**Via Court ECF Notification**

Alyssa Englund
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Ave.
New York, NY 10103
**Via Court ECF Notification**

Courtney Rogers
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Ave.
New York, NY 10103
**Via Court ECF Notification**

Vincent D'Agostino
Lowenstein Sandler, P.C.
65 Livingston Ave.
Roseland, NJ 07068
**Via Court ECF Notification**

David A. Rosenweig
Fulbright & Jaworski, LLP
666 Fifth Ave.
New York, NY 10103
**Via Court ECF Notification**

Brian L. Shaw
Shaw Gussis Fishman Glantz Wolfson
321 N. Clark St., Suite 800
Chicago, IL 60610
**Via Court ECF Notification**

Christopher M. Cahill
Clark Hill, PLC
151 S. Old Woodward, Suite 200
Birmingham, MI 48009
**Via Court ECF Notification**

Robert D. Gordon
Clark Hill PLC
500 Woodward Ave., Suite 3500
Detroit, MI 48226
**Via Court ECF Notification**

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503
**Via Court ECF Notification**

James E. DeLine
Kerr, Russell and Weber, PLC
500 Woodward Ave., Suite 2500
Detroit, MI 48226
**Via Court ECF Notification**

P. Warren Hunt
Kerr, Russell and Weber, PLC
500 Woodward Ave., Suite 2500
Detroit, MI 48226
**Via Court ECF Notification**

Yoshihiro Saito
2000 M Street, NW, 7th Fl.
Washington, DC 20036

Ryan D. Heilman
Schafter and Weiner, PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
**Via Court ECF Notification**

Peter D'Apice
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan St., Suite 2200
Dallas, TX 75201-2689
**Via Court ECF Notification**

Benjamin P. Deutsch
Schnader Harrison Segal & Lewis, LLP
140 Broadway, Suite 3100
New York, NY 10005
**Via Court ECF Notification**

Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, MI 48104-2266
**Via Court ECF Notification**

James A. Plemmons
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
**Via Court ECF Notification**

Joseph M. Cerra
Forman Holt & Eliades, LLC
218 Route 17 N.
Rochelle Park, NJ 07662
**Via Court ECF Notification**

Larry A. Levick
Singer & Levick, P.C.
16200 Addison Rd., Suite 140
Addison, TX 75001
**Via Court ECF Notification**

Steve Jakubowski
Coleman Law Firm
77 W. Wacker Dr., Suite 4800
Chicago, IL 60601
**Via Court ECF Notification**

Mitchell A. Seider
885 Third Ave.
New York, NY 10022

Brett D. Goodman
Troutman Sanders LLP
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
**Via Court ECF Notification**

Fredric Sosnick
Shearman & Sterling
599 Lexington Ave.
New York, NY 10022-6069
**Via Court ECF Notification**

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
1301 Travis St., Sutie 300
PO Box 306
Houston, TX 77253
**Via Court ECF Notification**

Frederick A. Berg
Kotz Sangster Wysocki and Berg PC
400 Renaissance Center, Suite 3400
Detroit, MI 48045
**Via Court ECF Notification**

J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Fl.
New York, NY 10036
**Via Court ECF Notification**

Roland Gary Jones
Jones & Associates
1285 6th Ave., 35th Fl.
New York, NY 10019
**Via Court ECF Notification**

Andrew C. Kassner
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
**Via Court ECF Notification**

W. David Arnold
Robison, Curphey & O'Connell
Four Seagate, 9th Fl.
Toledo, OH 43604
**Via Court ECF Notification**

Blanka K. Wolfe
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, Suite 2400
New York, NY 10112
**Via Court ECF Notification**

Brian H. Meldrum
Stites & Harbison, PLLC
400 W. Market St., Suite 1800
Louisville, KY 40202
**Via Court ECF Notification**

Robert J. Rosenberg
Latham & Watkins
885 Third Ave.
New York, NY 10022
**Via Court ECF Notification**

JIl Mazer-Marino
Meyer, Suozzi, English & Klein, P.C.
990Stewart Ave., Suite 300
PO Box 9194
Garden City, NY 11530
**Via Court ECF Notification**

Robert M. Isackson
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Ave.
New York, NY 10103
**Via Court ECF Notification**

Annie Wells
Morgan Lewis & Bockius LLP
101 Park Ave.
New York, NY 10178

Richard J. Bernard
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
**Via Court ECF Notification**

Michael G. Cruse
Warner Norcross & Judd, LLP
2000 Town Center, Suite 2700
Southfield, MI 48075
**Via Court ECF Notification**

Timothy A. Fusco
Miller Canfield Paddock and Stone PLLC
150 W. Jefferson, Suite 2500
Detroit, MI 48226
**Via Court ECF Notification**

Shawn Randall Fox
McGuire Woods LLP
1345 Avenue of the Americas
New York, NY 10128
**Via Court ECF Notification**

Jonathan Hook
Haynes and Boone LLP
1221 Avenue of the Americas, 26th Fl.
New York, NY 10020-1007
**Via Court ECF Notification**

Barry E. Lichtenberg
Schwartz, Lichtenberg LLP
420 Lexington Ave., Suite 2400
New York, NY 10170
**Via Court ECF Notification**

Cynthia Woodruff-Neer
Alpine Electronics of America, Inc.
19145 Gramercy Pl.
Torrance, CA 90501
**Via Court ECF Notification**

Gerard DiConza
DiConza Law, P.C.
630 Third Ave., 7th Fl.
New York, NY 10017
**Via Court ECF Notification**

Marie T. Racine
Racine & Associates
211 W. Fort St., Suite 500
Detroit, MI 48226
**Via Court ECF Notification**

Elizabeth Banda
Perdue Brandon Fielder Collins & Mott LLP
PO Box 13430
Arlington, TX 76094-0430
**Via Court ECF Notification**

Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 fifth Ave., 18th Fl.
New York, NY 10176
**Via Court ECF Notification**

Dennis J. Connolly
Alston & Bird LLP
1201 W. Peachtree St.
Atlanta, GA 30309-3424
**Via Court ECF Notification**

Linda J. Casey
Pepper Hamilton LLP
3000 Two Logan Sq.
18th and Arch Streets
Philadelphia, PA 19103-2799
**Via Court ECF Notification**

| | | |
|---|---|---|
| James S. Carr<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY  10178<br>**Via Court ECF Notification** | Michael Foreman<br>Dorsey & Whitney LLP<br>250 Park Ave.<br>New York, NY  10177 | Carol A. Felicetta<br>Reid and Riege, P.C.<br>234 Church St., 9th Fl.<br>New Haven, CT  06510-1819<br>**Via Court ECF Notification** |
| William R. \<br>Herrick, Feinstein, LLP<br>2 Park Ave.<br>New York, NY  10016<br>**Via Court ECF Notification** | Anthony J. Kochis<br>Wolfson Bolton PLLC<br>3150 Livernois Rd., Suite 275<br>Troy, MI  48083<br>**Via Court ECF Notification** | Scott A. Wolfson<br>Wolfson Bolton PLLC<br>3150 Livernois Rd., Suite 275<br>Troy, MI  48083<br>**Via Court ECF Notification** |
| John G. Cronin<br>722 Chestnut St.<br>Manchester, NH  03104<br>**Via Court ECF Notification** | Patrick J. Kukla<br>Carson Fischer, P.L.C.<br>4111 Andover Rd., W., 2nd Fl.<br>Bloomfield Hills, MI  48302<br>**Via Court ECF Notification** | Michael S. Etkin<br>Lowenstein Sandler, P.C.<br>65 Livingston Ave.<br>Roseland, NJ  07068<br>**Via Court ECF Notification** |
| Colin Thomas Darke<br>Bodman LLP<br>1901 St. Antoine Rd.<br>6th Fl. at Ford Field<br>Detroit, MI  48236<br>**Via Court ECF Notification** | Wendy J. Gibson<br>Baker & Hostetler LLP<br>3200 National City Center<br>1900 E. 9th St.<br>Cleveland, OH  44114-3485<br>**Via Court ECF Notification** | Thomas P. Sarb<br>Miller Johnson<br>250 Monroe Ave., NW, Suite 800<br>Grand Rapids, MI  49503<br>**Via Court ECF Notification** |
| Robert D. Wolford<br>Miller Johnson Snell & Cummiskey, PLC<br>250 Monroe Ave., NW, Suite 800<br>Grand Rapids, MI  49503<br>**Via Court ECF Notification** | Joseph Thomas Moldovan<br>Morrison Cohen LLP<br>909 Third Ave.<br>New York, NY  10022-4731<br>**Via Court ECF Notification** | Robert N. Michaelson<br>K&L Gates LLP<br>599 Lexington Ave.<br>New York, NY  10022<br>**Via Court ECF Notification** |
| Debra A. Kowich<br>University of Michigan<br>503 Thompson St., Room 5110<br>Ann Arbor, MI  48109-1340<br>**Via Court ECF Notification** | Ingrid S. Palermo<br>Harter, Secrest & Lomb, LLP<br>1600 Bausch & Lomb Place<br>Rochester, NY  14604<br>**Via Court ECF Notification** | Timothy D. Moratzka<br>Mackall, Crounse & Moore, PLC<br>901 Marquette Ave., Suite 1400<br>Minneapolis, MN  55402<br>**Via Court ECF Notification** |
| Alan D. Halperin<br>Halperin Battaglia Raicht LLP<br>555 Madison Ave., 9th Fl.<br>New York, NY  10022<br>**Via Court ECF Notification** | Andrew C. Gold<br>Herrick & Feinstein LLP<br>2 Park Ave.<br>New York, NY  10016<br>**Via Court ECF Notification** | Christina C. Skubic<br>Brayton Purcell<br>222 Rush Landing Rd.<br>PO Box 6169<br>Novato, CA  94948-6169<br>**Via Court ECF Notification** |
| James N. Lawlor<br>Wollmuth Maher & Deutsch, LLP<br>One Gateway Center, 9th Fl.<br>Newark, NJ  07102<br>**Via Court ECF Notification** | Mark L. McAlpine<br>McAlpine & Associates PC<br>3201 University Dr., Suite 100<br>Auburn Hills, MI  48326<br>**Via Court ECF Notification** | Stephen B. Selbst<br>Herrick Feinstein LLP<br>2 Park Ave.<br>New York, NY  10016<br>**Via Court ECF Notification** |
| Tristram T. Buckley<br>Law Offices of Tristram Buckley<br>426 S. Rexford Dr., Suite 12<br>Beverly Hills, CA  90212 | J. William Boone<br>Alsgton & Bird, LLP<br>1201 W. Peachtree ST.<br>Atlanta, GA  30309-3424 | John A. Ruemenapp<br>Weisman Young & Ruemenapp P.C.<br>30100 Telegraph Rd., Suite 428<br>Bingham Farms, MI  48025<br>**Via Court ECF Notification** |
| Elihu Inselbuch<br>Caplin & Drysdale, Chartered<br>375 Park Ave.<br>New York, NY  10152<br>**Via Court ECF Notification** | John S. Mairo<br>Porzio Bromberg & newman, P.C.<br>100 Southgate Pkwy<br>Morristown, NJ  07692-1997<br>**Via Court ECF Notification** | James O. Moore<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY  10036 |

Judith Elkin
Haynes and Boone, LLP
153 E. 53rd St., Suite 4900
New York, NY 10022
**Via Court ECF Notification**

Adam H. Isenberg
Saul Ewing LLP
Centre Square W.
1500 Market St., 38th Fl.
Philadelphia, PA 19102
**Via Court ECF Notification**

Todd Murray Bailey
California Franchise Tax Board
PO Box 1720, MS: A-260
Rancho Cordova, CA 95827
**Via Court ECF Notification**

Edward Smith
Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Fl.
New York, NY 10020
**Via Court ECF Notification**

J. Eric Charlton
Hiscock & Barclay, LLP
One Park Place
300 S. State St.
Syracuse, NY 13202-2078
**Via Court ECF Notification**

Clifford A. Katz
Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas, 18th Fl.
New York, NY 10018
**Via Court ECF Notification**

William F. Gray
Torys
237 Park Ave.
New York, NY 10017
**Via Court ECF Notification**

Karin F. Avery
Silverman & Morris PLLC
7115 Orchard Lake Rd., Suite 500
West Bloomfield, MI 48322
**Via Court ECF Notification**

Earle I. Erman
400 Galleria Officentre, Suite 444
Southfield, MI 48034
**Via Court ECF Notification**

Donald J. Hutchinson
Miller Canfield Paddock & Stone PLC
150 W. Jefferson Ave.
Detroit, MI 48226
**Via Court ECF Notification**

Michael R. Wernette
Schafer and Weiner, PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
**Via Court ECF Notification**

Nathan R. Soucy
Cohn Whitesell & Goldberg LLP
101 Arch St.
Boston, MA 02110
**Via Court ECF Notification**

Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
PO Box 17428
Austin, TX 78760
**Via Court ECF Notification**

Marc S. Cohen
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
**Via Court ECF Notification**

Jacob B. Sellers
Leonard Street and Deinard
150 S. Fifth St., Suite 2300
Minneapolis, MN 55402
**Via Court ECF Notification**

Paul Rubin
Herrick Feinstein LLP
Two Park Ave.
New York, NY 10016

James Michael Lawniczak
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Ave.
Cleveland, OH 44114-2688

Stanley B. Tarr
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
**Via Court ECF Notification**

Deborah Kovsky-Apap
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
**Via Court ECF Notification**

Kellie M. Blair
Matta Blair PLC
4145 Dublin Dr.
Bloomfield Hills, MI 48302
**Via Court ECF Notification**

Robert T. Smith
CNI Enterprises, Inc.
1451 E. Lincoln Ave.
Madison Heights, MI 48071
**Via Court ECF Notification**

Salvatore A. Barbatano
Foley & Lardner LLp
500 Woodward Ave., Suite 2700
Detroit, MI 48226
**Via Court ECF Notification**

Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
PO Box 17428
Austin, TX 78760
**Via Court ECF Notification**

Ashleigh A. Danker
Kaye Scholer, LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
**Via Court ECF Notification**

Matthew A. Swanson
Leonard Street and Deinard
150 S. Fifth St., Suite 2300
Minneapolis, MN 55402
**Via Court ECF Notification**

Steven Schwartz
Winston & Strawn
200 Park Ave.
New York, NY 10166
**Via Court ECF Notification**

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205
**Via Court ECF Notification**

Adina H. Rosenbaum
Public Citizen Litigation Group
1600 20th St., NW
Washington, DC 20009
**Via Court ECF Notification**

Robert L. Barrows
800 Broadway
San Antonio, TX 78215
**Via Court ECF Notification**

Joseph Corneau
Klestadt & Winters LLP
292 Madison Ave., 17th Fl.
New York, NY 10017
**Via Court ECF Notification**

| | | |
|---|---|---|
| Steven A. Matta<br>Matta Blair PLC<br>4145 Dublin Dr.<br>Bloomfield Hills, MI 48302<br>**Via Court ECF Notification** | Thomas K. Lindahl<br>McDonald Hopkins PLC<br>39533 Woodward Ave., Suite 318<br>Bloomfield Hills, MI 48304<br>**Via Court ECF Notification** | Jason V. Stitt<br>Keating Muething & Klekamp PLLC<br>One E. Fourth St., Suite 1400<br>Cincinnati, OH 45202<br>**Via Court ECF Notification** |
| Karel S. Karpe<br>White and Williams LLP<br>One Penn Plaza, Suite 4110<br>New York, NY 10119<br>**Via Court ECF Notification** | Don V. Ploeger<br>PO Box 96<br>Austin, TX 78767-0096 | Leonora K.. Baughman<br>Kilpatrick Associates P.C.<br>903 N. Opdyke Rd., Suite C<br>Auburn Hills, MI 48326<br>**Via Court ECF Notification** |
| Richardo I. Kilpatrick<br>Kilpatrick & Associates, PC<br>903 N. Opdyke Rd., Suite C<br>Auburn Hills, MI 48326<br>**Via Court ECF Notification** | G. Alan Wallace<br>Fraser Trebilcock Davis & Dunlap, P.C.<br>124 W. Allegan, Suite 1000<br>Lansing, MI 48933<br>**Via Court ECF Notification** | David Henry Hartheimer<br>145 Palisade St.<br>Dobbs Ferry, NY 10522<br>**Via Court ECF Notification** |
| Edward J. Lobello<br>Meyer Suozzi English & Klein P.C.<br>990 Stewart Ave., Suite 300<br>PO Box 9194<br>Garden City, NY 11530<br>**Via Court ECF Notification** | Paul H. Silverman<br>McLaughlin & Stern<br>260 madison Ave.,<br>New York, NY 10016<br>**Via Court ECF Notification** | James L. Bromley<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br>**Via Court ECF Notification** |
| Marc E. Richards<br>Blank Rome, LLP<br>The Chrysler Building<br>405 LexingtonAVe.<br>New York, NY 10174-0208<br>**Via Court ECF Notification** | Kimberly Salomon<br>Forman Holt Eliades & Ravin LLC<br>80 route 4 East, Suite 290<br>Paramus, NJ 07652<br>**Via Court ECF Notification** | Alyson M. Fiedler<br>Schiff Hardin LLP<br>900 Third Ave., 23rd Fl.<br>New York, NY 10022<br>**Via Court ECF Notification** |
| Jason M. Torf<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br>**Via Court ECF Notification** | Mark S. Frankel<br>Couzens Lansky Fealk Ellis Roeder & Lazar<br>39395 W. Twelve Mile Rd., Suite 200<br>Farmington Hills, MI 48331<br>**Via Court ECF Notification** | Carol E. Momjian<br>Office of the Attorney General<br>21 S. 12th St., 3rd Fl.<br>Philadelphia, PA 19107-3603<br>**Via Court ECF Notification** |
| Elizabeth A. Haaz<br>Elizabeth A. Haas, Esq.<br>254 S. Main St., Suite 210<br>New City, NY 10956<br>**Via Court ECF Notification** | Michael C. Lambert<br>Gilmartin, Poster & Shafto LLP<br>845 Third Ave., 18th Fl.<br>New York, NY 10022<br>**Via Court ECF Notification** | Timothy M. Reardon<br>Nadler Nadler & Burdman Co., LPA<br>20 W. Federal St., Suite 600<br>Youngstown, OH 44503<br>**Via Court ECF Notification** |
| Raymond J. Urbanik<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard St.<br>Dallas, TX 75201-6659<br>**Via Court ECF Notification** | Jeffrey C. Wisler<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 N. Orange St.<br>Wilmington, DE 19801<br>**Via Court ECF Notification** | John T. Gregg<br>Barnes & Thornburg, LLP<br>171 Monroe Ave., NW, Suite 1000<br>Grand Rapids, MI 49503<br>**Via Court ECF Notification** |
| Debra Beth Pevos<br>Sullivan, Ward, Asher, & Patton, P.C.<br>25800 Northwestern Hwy., Suite 1000<br>Southfield, MI 48075<br>**Via Court ECF Notification** | David J. Selwocki<br>Sullivan, Ward, Asher & Patton, PC<br>25800 Northwestern Hwy., Suite 1000<br>Southfield, Mi 48075<br>**Via Court ECF Notification** | Daniel J. Flanigan<br>Polsinelli Shalton Flanigan Suelthaus PC<br>700 W. 47th St., Suite 1000<br>Kansas City, MO 64112<br>**Via Court ECF Notification** |
| Kim Martin Lewis<br>Dinsmore & Shohl LLp<br>255 E. Fifth St., Suite 1900<br>Cincinnati, OH 45202-3172<br>**Via Court ECF Notification** | John A. Simon<br>Foley & Lardner LLP<br>One Detroit Center<br>500 Woodward Ave., Suite 2700<br>Detroit, MI 48226<br>**Via Court ECF Notification** | Neysa Ann Fligor<br>Office of the County Counsel<br>70 W. Hedding St., E. Wing, 9th Fl.<br>San Jose, CA 95110<br>**Via Court ECF Notification** |

Lawrence P. Eagel  
Bragar Wexler Eagel & Morgenstein, LLP  
885 Third Ave., Suite 3040  
New York, NY  10022  
**Via Court ECF Notification**

James Addison Wright, III  
Ropes & Gray LLP  
One International Place  
Boston, MA  02110-2624

Norman D. Orr  
Kemp Klein Law Firm  
201 W. Big Beaver Rd., Suite 600  
Troy, MI  48084  
**Via Court ECF Notification**

Stephen H. Gross  
Hodgson Russ LLP  
60 E. 42nd St., 37th Fl.  
New York, NY  10165  
**Via Court ECF Notification**

Thomas H. Curran  
Hinckley Allen & Snyder LLP  
28 State St.  
Boston, MA  02109  
**Via Court ECF Notification**

Kimberly A. Brennan  
McCarthy Lebit Crystal & Liffman Co., LPA  
101 W. Prospecdt Ave.  
1800 Midland Building  
Cleveland, OH  44115  
**Via Court ECF Notification**

Jonathan S. Groat  
Delta Dental Plan of Michigan, Inc.  
4100 Okemos Road  
Okemos, MI  48864

Jeffrey S. Sabin  
Bingham McCutchen LLP  
399 Park Ave.  
New York, NY  10022  
**Via Court ECF Notification**

Jonathan W. Young  
Wildman Harrold Allen & Dixon LLP  
225 W. Wacker Dr., Suite 2800  
Chicago, IL  6606-1229  
**Via Court ECF Notification**

William M. Barron  
Smith, Gambrell & Russell, LLP  
250 Park Ave., Suite 1900  
New York, NY  10177  
**Via Court ECF Notification**

Belkys Escobar  
Loudoun County, Virginia  
1 Harrison St., SE, 5th fl., MSC #06  
Leesburg, VA  20175-3102  
**Via Court ECF Notification**

Jill L. Murch  
Foley & Lardner, LLP  
321 N. Clark St., Suite 2800  
Chicago, IL  60654  
**Via Court ECF Notification**

Jean Winborne Boyles  
Johnson Hearn Vinegar Gee & Mercer PLLC  
PO Box 1776  
Raleigh, NC  27602  
**Via Court ECF Notification**

Thomas L. Kent  
Paul, Hastings, Janofsky & Walker  
75 E. 55th St.  
New York, NY  10022  
**Via Court ECF Notification**

Kathryn E. Driscoll  
Poling, McGaw & Poling, PC  
5455 Corporate Dr., Suite 104  
Troy, MI  48098  
**Via Court ECF Notification**

Robert R. Kracht  
McCarthy Lebit Crystal & Liffman Co.  
101 W. Prospect Ave.  
1800 Midland Building  
Cleveland, OH  44115  
**Via Court ECF Notification**

Emily L. Matthews  
Delta Dental Plan of Michigan, Inc.  
4100 Okemos Rd.  
Okemos, MI  48864

Jeffrey Chang  
Wildman Harrold Allen & Dixon LLP  
225 W. Wacker Dr., Suite 2800  
Chicago, IL  60606  
**Via Court ECF Notification**

Scott J. Freedman  
Dilworth Paxson LLP  
457 Haddonfield Rd., Suite 700  
Cherry Hill, NJ  08002  
**Via Court ECF Notification**

Joel D. Applebaum  
Clark Hill lPLC  
500 Woodward Ave., Suite 3500  
Detroit, MI  48226-3435  
**Via Court ECF Notification**

Susan Power-Johnston  
Covington & Burling  
The New York Times Building  
620 Eighth Ave.  
New York, NY  10018  
**Via Court ECF Notification**

Gloria M. Chon  
Kemp Klein Law Firm  
201 W. Big Beaver Rd.  
Troy, MI  48084  
**Via Court ECF Notification**

Christian M. Oelke  
Scarborough McNeese O'Brien Kilkenny, PC  
5410 SW Macadam Ave., Suite 100  
Portland, OR  97239-3824

Alan W. Kornberg  
Paul Weiss Rifkind Wharton & Garrison LLP  
1285 Avenue of the Americas  
New York, NY  10019

David D. Ritter  
Kane Russell Coleman & Logan PC  
1601 Elm St., Suite 3700  
Dallas, TX  75201  
**Via Court ECF Notification**

Kayalyn A. Marafioti  
Skadden Arps Slate Meagher & Flom LLP  
Four Times Square  
New York, NY  10036  
**Via Court ECF Notification**

Robert Michael Farquhar  
Winstead Sechrest & Minick, P C  
1201 Elm St., Suite 5400  
Dallas,, TX  75270  
**Via Court ECF Notification**

Michael Dockterman  
Wildman Harrold Allen & Dixon LLP  
225 W. Wacker Dr., Suite 2800  
Chicago, IL  60606  
**Via Court ECF Notification**

James M. Sullivan  
Arent Fox LLP  
1675 Broadway  
New York, NY  10019  
**Via Court ECF Notification**

William J. Brown  
Phillips Lytle Hitchcock Blaine & Huber LLP  
437 Madison Ave.  
New York, NY  10022  
**Via Court ECF Notification**

Allan Hill
Phillips Lytle LLP
437 Madison Ave., 34th Fl.
New York, NY  10022
**Via Court ECF Notification**

Robert N. Bassel
PO Box T
Clinton, MI  49236
**Via Court ECF Notification**

Randall D. Crocker
Von Briesen & Roper, S.C.
411 E. Wisconsin Ave., Suite 700
Milwaukee, WI  53202
**Via Court ECF Notification**

Michael P. Shuster
Hahn Loeser & Parks LLP
200 Public Square, Suite 3300
Cleveland, OH  44114
**Via Court ECF Notification**

Eric Lopez Schnabel
Doresey & Whitney LLP
250 Park Ave.
New York, NY  10177
**Via Court ECF Notification**

Anthony L. Leffert
Robinson Waters & O'Dorisio, P.C.
1099 18th St., Suite 2600
Denver, CO  80202
**Via Court ECF Notification**

Charles D. Bullock
Stevenson & Bullock, PLC
29200 Southfield Rd., Suite 210
Southfield, MI  48076
**Via Court ECF Notification**

Chester B. Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Ave., 16th Fl.
New York, NY  10171
**Via Court ECF Notification**

William L. Farris
Sullivan & Cromwell
125 Broad St.
New York, NY  10004
**Via Court ECF Notification**

Jessica E. Price
Brouse McDowell, LPA
1001 Lakeside Ave., Suite 1600
Cleveland, OH  44118
**Via Court ECF Notification**

G. Christopher Meyer
Squire, Sanders & Dempsey LLP
4900 Key Tower
127 Public Square
Cleveland, OH  44114
**Via Court ECF Notification**

Gene T. Moore
Law Office of Gene T. Moore, P.C.
1802 Fifteenth St.
Tuscaloosa, AL  35401

Rebecca H. Simoni
Von Briesen & Roper, S.C.
411 E. Wisconsin Ave., Suite 700
Milwaukee, WI  53202
**Via Court ECF Notification**

Amy Evans
Cross & Simon, LLC
913 N. Market St., 11th Fl.
Wilmington, DE  19801
**Via Court ECF Notification**

Thomas F. Koegel
Folger Levin & Kahn LLP
275 Battery St., 23rd Fl.
San Francisco, CA  94111
**Via Court ECF Notification**

Anna Conlon Aguilar
521 Fifth Ave., Suite 3300
New York, NY  10175
**Via Court ECF Notification**

Sonya N. Goll
Stevenson & Bullock, PLC
29200 Southfield Rd.
Southfield, MI  48076
**Via Court ECF Notification**

Robert R. Ross
Federal Express Corporation
3620 Hacks Cross Rd., Bldg. B-2nd Fl.
Memphis, TN  38125
**Via Court ECF Notification**

Richard L. Epling
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
**Via Court ECF Notification**

Ashley Davis
Office of the Florida Attorney General
The Capitol, PL01
Tallahassee, FL  32399
**Via Court ECF Notification**

Christine A.M. Pierpont
Squire, Sanders & Dempsey LLp
4900 Key Tower
127 Public Square
Cleveland, OH  44114
**Via Court ECF Notification**

Jennifer L. Nassiri
DLA Piper LLP (US)
550 S. Hope St., Suite 2300
Los Angeles, CA  90071
**Via Court ECF Notification**

Richard L. Ferrell
Taft, Stettinius & Hollister, LLP
425 Walnut St.
1800 Firstar Tower
Cincinnati, OH  45202
**Via Court ECF Notification**

Rein F. Krammer
Masuda Funai Eiffert & Mitchell, Ltd.
203 N. LaSalle St., Suite 2500
Chicago, IL  60601-1262
**Via Court ECF Notification**

Norman W. Bernstein
N.W. Bernstein & Associates, LLC
800 Westchester Ave., Suite N319
Rye Brook, NY  10573

Michael James Edelman
Vedder Price Kaufman & Kammholz, P.C.
1633 Broadway, 47th Fl.
New York, NY  10019
**Via Court ECF Notification**

Howard S. Beltzer
Morgan, Lewis & Bockius LLP
101 Park Ave.
New York, NY  10178
**Via Court ECF Notification**

Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd., Suite 110
Syosset, NY  11791
**Via Court ECF Notification**

Marc B. Merklin
Brouse McDowell
388 S. Main St., Suite 500
Akron, OH  44311
**Via Court ECF Notification**

Melissa Detrick
Marshall & Melhorn, LLC
Four SeaGate, 8th Fl.
Toledo, OH  43604
**Via Court ECF Notification**

Marshall Scott Huebner
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY  1001

George V. Royle
Latham & Watkins, LLP
885 Third Ave.
New York,  NY  10022
**Via Court ECF Notification**

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY  10153
**Via Court ECF Notification**

Joseph R. Sgroi
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI  48226
**Via Court ECF Notification**

Patrick J. Trostle
Jenner & Block LLP
919 Third Ave., 37th Fl.
New York, NY  10022
**Via Court ECF Notification**

Neil Andrew Goteiner
Farella Braun & Martel, LLP
235 Montgomery St., 30th fl.
San Francisco, CA  94104
**Via Court ECF Notification**

Robert J. Figa
Campbell O'Brieeen & Mistellle, P.C.
100 W. Big Beaver Rd., Suite 385
Troy, MI  48084
**Via Court ECF Notification**

Andrew Goldman
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Ave.
New York, NY  10022

Samuel Jason Teele
Lowenstein Sandler, P.C.
65 Livingston Ave.
Roseland, NJ  07068
**Via Court ECF Notification**

Robert E. McCarthy
Robert E. McCarthy
411 W. Lake Lansing Rd., Bldg. B 100-107
East Lansing, MI  48823-8439

David A. Lerner
Plunkett Cooney
38505 Woodward Ave., Suite 2000
Bloomfield Hills, MI  48304
**Via Court ECF Notification**

Stephen B. Grow
Warner Norcross & Judd, LLP
111 Lyon St., NW, Suite 900
Grand Rapids, MI  49503
**Via Court ECF Notification**

Robert J. Lemons
Weil Gotshal & Manges LLP
767 Fifth Ave.
New York, NY  10153
**Via Court ECF Notification**

Tricia A. Sherick
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.,
Detroit, MI  48226
**Via Court ECF Notification**

Robert B. Weiss
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI  48226
**Via Court ECF Notification**

Nan E. Joesten
Farella Braun & Martel, LLP
235 Montgomery St.
San Francisco, CA  94104
**Via Court ECF Notification**

Jennifer B. Kimble
Burr & Forman LLP
420 N. 20th St., Suite 3400
Birmingham, AL  35203
**Via Court ECF Notification**

Andrew A. Jones
Whyte Hirschboeck Dudek S.C.
555 E. Wells St., Suite 1900
Milwaukee, WI  53202-3819
**Via Court ECF Notification**

Brian M. Graham
SmithAmundsen LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL  60601
**Via Court ECF Notification**

Cynthia Jordan Lowery
Moore & Van Allen, PLLC
40 Calhoun St., Suite 300
Charleston, SC  29401
**Via Court ECF Notification**

Douglas Bacon
Latham & Watkins, LLP
233 S. Wacker Dr.
Chicago, IL  60606
**Via Court ECF Notification**

Mark J. Friedman
DLA Piper US LLP
6225 Smith Ave.
Baltimore, MD 21209
**Via Court ECF Notification**

Harvey R. Miller
Weil Gotshl & Manges LLP
767 Fifth Ave.
New York, NY  10153
**Via Court ECF Notification**

Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY  101053
**Via Court ECF Notification**

Trent P. Cornell
Stahl Cowen Crowley LLC
55 W. Monroe, Suite 1200
Chicago, IL  60603
**Via Court ECF Notification**

Renee M. Dailey
Bracewell & Giuliani LLP
225 Asylum St.
Hartford, CT  06103
**Via Court ECF Notification**

James H. Freeman
Garvey Schubert Barer
100 Wall St., 20th Fl.
New York, NY  10005
**Via Court ECF Notification**

Ira M. Levee
Lowenstein Sandler, P.C.
65 Livingston Ave.
Roseland, NJ  07068
**Via Court ECF Notification**

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY  10006
**Via Court ECF Notification**

David H. Wander
Wander & Associates, P.C.
641 Lexington Ave.
New York, NY  10022
**Via Court ECF Notification**

David B. Wheeler
Moore & Van Allen PLLC
Po Box 22828
Charleston, SC 29413-2828
**Via Court ECF Notification**

Christopher J. Giaimo, Jr.
Arent Fox LLP
1050 Connecticut Ave., NW
Washington, DC 20036-5339

Richard F. Hahn
Debevois & Plimpton LLP
919 Third Ave.
New York, NY 10022-6225
**Via Court ECF Notification**

Mark Russell Owens
Barnes & Thornburg LLP
11 S. Meridian St.
Indianapolis, IN 46204
**Via Court ECF Notification**

Michael T. Conway
LeClairRyan
830 Third Ave., 5th Fl.
New York, NY 10022
**Via Court ECF Notification**

Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311
**Via Court ECF Notification**

Thomas M. Kennedy
Kennedy Jennik & Murray, P.C.
113 University Pl., 7th Fl.
New York, NY 10003
**Via Court ECF Notification**

Christopher F. Graham
McKenna Long & Aldridge LLP
230 Park Ave.
New York, NY 10169
**Via Court ECF Notification**

Sara J. Geenen
Previant, Goldber, Uelmen, Gratz
1555 N. River Center Dr., Suite 202
Milwaukee, WI 53211
**Via Court ECF Notification**

Carey D. Schreiber
Winston & Strawn LLP
200 Park Ave.
New York, NY 10166
**Via Court ECF Notification**

Sharon L. Stolte
Stinston Morrison Hecker LLP
10975 Benson
12 Corporate Woods, Suite 550
Overland Park, KS 66210-2600
**Via Court ECF Notification**

Kathleen H. Klaus
Maddin Hauser Wartell Roth & Heller PC
28400 Northwestern Hwy., 3rd Fl.
Southfield, MI 48304
**Via Court ECF Notification**

Gabriel Del Virginia
Law Offices of Gabriel Del Virginia
641 Lexington Ave., 21st Fl.
New York, NY 10022
**Via Court ECF Notification**

Paul J. Ricotta
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
**Via Court ECF Notification**

Michael E. Hastings
LeClairRyan
10 S. Jefferson St., Suite 1800
Roanoke, VA 24011
**Via Court ECF Notification**

Jonathan R. Schulz
Bush Seyferth & Paige PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084
**Via Court ECF Notification**

Paul R. Hage
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Rd., Suite 2500
Southfield, MI 48034
**Via Court ECF Notification**

Debra S. Turetsky
Reed Smith LLP
559 Lexington Ave.
New York, NY 10022
**Via Court ECF Notification**

Frederick Perillo
Previant Goldberg Uelmen Gratz
1555 N. River Center Dr., Suite 202
Milwaukee, WI 53212
**Via Court ECF Notification**

Barbara S. Mehlsack
Gorlick Kravitz & Listhaus P.C.
17 State St., 4th Fl.
New York, NY 10004
**Via Court ECF Notification**

Ronald S. Pretekin
Coolidge Wall Co., LPA
33 W. First St., Suite 600
Dayton, OH 45402
**Via Court ECF Notification**

Victor Mastromarco, Jr.
Mastromarco & Jahn, P.C.
1024 N. Michigan Ave.
PO Box 3197
Saginaw, MI 48605
**Via Court ECF Notification**

Stuart A. Laven, Jr.
Benesch Friedlander Coplan & ARonoff
200 Public Squiare, Suite 2300
Cleveland, OH 4114
**Via Court ECF Notification**

Mark D. Hofstee
Bolhouse Vander Hulst Risko Baar & Lefere, P.C.
3996 Chicago Dr., SW
Grandville, MI 49418
**Via Court ECF Notification**

Mark H. Shapiro
Steinberg, Shapiro & Clark
24901 Northwestern Hwy., Suit e611
Southfield, MI 48075
**Via Court ECF Notification**

Susan Jennik
Kennedy Jennik & Murray, P.C.
113 University Pl., 7th Fl.
New York, NY 10003
**Via Court ECF Notification**

Mark L. Radtke
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark St., ,Suite 800
Chicago, IL 60654
**Via Court ECF Notification**

Andrew Neil Rosenberg
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
**Via Court ECF Notification**

Marianne Goldstein Robbins
Previant Goldbert Uelmen Gratz
1555 N. River Center Dr., Suite 202
Milwaukee, WI 53212
**Via Court ECF Notification**

Babette A. Ceccotti
Cohen Weiss and Simon
330 W. 42nd St., 25th Fl.
New York, NY 10036
**Via Court ECF Notification**

| | | |
|---|---|---|
| Frank McGinn<br>Bartlett Hackett Feinberg P.C.<br>155 Federal St., 9th Fl.<br>Boston, MA  02110<br>**Via Court ECF Notification** | Steven R. Montgomery<br>Rawle & Henderson, LLP<br>14 Wall St., 27th Fl.<br>New York, NY  10005 | David N. Crapo<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJH  07102-5310<br>**Via Court ECF Notification** |
| Tonya A. Trumm<br>Michael Best & Friedrich<br>100 E. Wisconsin Ave.<br>Milwaukee, Wi  53202<br>**Via Court ECF Notification** | Kenneth A. Flaska<br>Dawda Mann Mulcahy & Sadler, PLC<br>39533 Woodward Ave., Suite 200<br>Bloomfield Hills, MI  48304<br>**Via Court ECF Notification** | Dawn R. Copley<br>Dickinson Wright PLLC<br>500 Woodward Ave., Suite 4000<br>Detroit, MI  48226<br>**Via Court ECF Notification** |
| Kerry M. Ewald<br>Dickinson Wright PLLC<br>424 Church St.,, Suite 1401<br>Nashville, TN  37212<br>**Via Court ECF Notification** | Colleen M. Sweeney<br>Dickinson Wright PLLC<br>424 Church St., Suite 1401<br>Nashville, TN  37219<br>**Via Court ECF Notification** | Doron Yitzchaki<br>Dickinson Wright PLLC<br>3001 E. Liberty St., Suite 500<br>Ann Arbor, MI  48104<br>**Via Court ECF Notification** |
| Teresa K.D. Currier<br>Saul Ewing LLP<br>222 Delaware Ave.<br>PO Box 1266<br>Wilmington, DE  19899-1266<br>**Via Court ECF Notification** | J. Alex Kress<br>Riker Danzig Scherer Hyland & Perretti<br>One Speedwell Ave.<br>PO Box 1981<br>Morristown, NJ  07962-1981<br>**Via Court ECF Notification** | Marc M. Bakst<br>Bodman LLP<br>1901 St. Antoine St.<br>6th Fl. At Ford Field<br>Detroit, MI  48226<br>**Via Court ECF Notification** |
| Richard G. Smolev<br>Kaye Scholer LLP<br>425 Park Ave.<br>New York, NY  10022<br>**Via Court ECF Notification** | Thomas M. Wilson<br>Kelley & Ferraro LLP<br>1300 E. Ninth St., Suite 1901<br>Cleveland, OH  44114 | Scott A. Steinberg<br>Rattet Pasternak & Gordon-Oliver, LLP<br>550 Mamaroneck Ave.<br>Harrison, NY  10528<br>**Via Court ECF Notification** |
| Susan M. Cook<br>Lambert Leser Isackson Cook & Giunta<br>916 Washington Ave., Suite 309<br>Bay City, MI  48708<br>**Via Court ECF Notification** | Austin L. McMullen<br>Boutl Cummings Conners & Berry<br>1600 Division St., Suite 700<br>Nashville, TN  37203<br>**Via Court ECF Notification** | Marc N. Swanson<br>Miller Canfield Paddock & Stone, PLC<br>150 W. JeffersonAVe., Suite 2500<br>Detroit, MI  48226<br>**Via Court ECF Notification** |
| Stuart Komrower<br>Cole Schotz Meisel Forman & Leonard PA<br>460 Park Ave., 8th Fl.<br>New York, NY  10022<br>**Via Court ECF Notification** | Sanford Philip Rosen<br>Sanford P. Rosen & Associates, PC<br>747 Third Ave.<br>New York, NY  10017-2803<br>**Via Court ECF Notification** | Sean M. Walsh<br>Giarmarco Mullins & Horton PC<br>101 W. Big Beaver Rd., Suite 1000<br>Troy, MI  48084-5280<br>**Via Court ECF Notification** |
| Michael B. O'Neal<br>Warner Norcross & Judd LLP<br>111 Lhyon St., NW, Suite 900<br>Grand Rapids, MI  49503<br>**Via Court ECF Notification** | David M. Blau<br>Kupelian Ormond & Magy, PC<br>25800 Northwester Hwy., Suite 950<br>Southfield, MI  48075<br>**Via Court ECF Notification** | Terrance A. Hiller<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Hwy., Suite 950<br>Southfield, MI  48075<br>**Via Court ECF Notification** |
| Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY  10178<br>**Via Court ECF Notification** | William T. Green, III<br>11 Greenway Plaza, Suite 2820<br>Houston, TX  77046<br>**Via Court ECF Notification** | Michael S. Kimm<br>Kimm Law Firm<br>41 B Bancker St.<br>Englewood, NJ  07631 |
| John E. Jureller, Jr.<br>Klestadt & Winters, LLP<br>292 Madison Ave., 17th Fl.<br>New York, NY  10017<br>**Via Court ECF Notification** | Leslie S. Barr<br>Windels Marx Lane & Mittendor, LLP<br>156 W. 56th St.<br>New York, NY  10019<br>**Via Court ECF Notification** | Michael Reed<br>McCreary Veselka Bragg & Allen PC<br>Po Box 1269<br>Round Rock, TX  78680<br>**Via Court ECF Notification** |

Michael A. Nedelman
Nedelman Gloetzner PLLC
28580 Orchard Lake Rd., Suite 140
Farmington Hills, MI 48334
**Via Court ECF Notification**

Jasmine Powers
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022
**Via Court ECF Notification**

Brian Crowley
Klehr Harrison Harvey Branzburg & Ellers LLP
260 S. Broad St., Suite 400
Philadelphia, PA 19102
**Via Court ECF Notification**

Kenneth G. McIntyre
Sinas Dramis Brake Boughton & McIntyre, PC
3380 Pine Tree Rd.
Lansing, MI 48911

Steven B. Flancher
State of Michigan
Dept. of Attorney General
Revenue & Collections Division
PO Box 30754
Lansing, MI 48909
**Via Court ECF Notification**

Celeste R. Gill
Michigan Dept. of Atty. General
525 W. Ottawa St.
PO Box 30755
Lansing, MI 48909
**Via Court ECF Notification**

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave., Suite 4500
Seattle, WA 98154-1065
**Via Court ECF Notification**

Demetra Liggins
Thompson & Knight LLP
333 Clay St., Suite 3300
Houston, TX 77002
**Via Court ECF Notification**

Carl N. Kunz, III
Morris James LLP
500 Delaware Ave., Suite 1500
PO Box 2306
Wilmington, DE 198992306
**Via Court ECF Notification**

Eugene J. Chikowski
Flaster/Greenberg P.C.
1628 John F. Kennedy Blvd., 15th Fl.
Philadelphia, PA 19103
**Via Court ECF Notification**

Nicholaus J. Dilly
Angelina Fraccaro & Herrick PC
1626 W. Colonial Pkw.
Iverness, IL 60067

Don W. Blevins
McAlpine & Associates PC
3201 University Dr., Suite 100
Auburn Hills, MI 48326
**Via Court ECF Notification**

Stephanie Wickouski
Drinker Biddle & Reath LLP
140 Broadway, 39th Fl.
New York, NY 10005
**Via Court ECF Notification**

Christopher K. Kiplok
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
**Via Court ECF Notification**

George B. Cauthen
Nelson Mullins Riley & Scarborough, L LP
PO Box 11070
Columbia, SC 29211
**Via Court ECF Notification**

Dennis Jay Raterink
Michigan Dept. of Atty. General
525 W. Ottawa
Lansing, MI 48911
**Via Court ECF Notification**

Kenitta Franklin Toole
Mississippi State Tax Commission
PO Box 1033
Jackson, MS 39215

Christopher Combest
Quarles & Brady
500 W. Madison St., Suite 3700
Chicago, IL 60661

Christopher Robert Belmonte
Satterlee Stephens Burke & Burke, LLP
230 Park Ave.
New York, NY 10169-0079
**Via Court ECF Notification**

Michael S. Davi
Vinson & Elkins LLP
666 Fifth Ave, 26th Fl.
New York, NY 10103
**Via Court ECF Notification**

Michelle Goldis
Wilmer Cuther Pickening Hale & Dorr, LLP
399 Park Ave.
New York, NY 10022
**Via Court ECF Notification**

Adam D. Bruski
Lambert Leser Isackson Cook & Giunta, PC
916 Washington Ave., Suite 309
Bay City, MI 48708
**Via Court ECF Notification**

Robert H. Brownlee
Thompson Coburn LLP
One US Bank Plaza, Suite 2600
St. Louis, MO 63101
**Via Court ECF Notification**

Timothy S. McFadden
Locke Lord Bissell & Liddell, LLP
111 S. Wacker Dr.
Chicago, IL 60606

Roland Hwang
Michigan Dept. of Atty. General
525 W. Ottawa St.
PO Box 30754
Lansing, MI 48909
**Via Court ECF Notification**

Susan Przekop-Shaw
Michigan Dept. of Atty. General
525 W. Ottawa
PO Box 30736
Lansing, MI 48913
**Via Court ECF Notification**

Steven A. Ginther
Missouri Dept. of Revenue
General Counsel's Office
PO Box 475
Jefferson City, MO 65105-0475
**Via Court ECF Notification**

Jeffrey L. Coxon
Warren and Young PPL
134 W. 46 St.
Ashtabula, OH 44004
**Via Court ECF Notification**

Greg T. Kupniewski
Flaster/Greenberg, P.C.
1628 John F. Kennedy Blvd, 15th Fl.
Philadelphia, PA 19103
**Via Court ECF Notification**

Michael Friedman
Richards Kibbe & Orbe
One World Financial Center, 29th Fl.
New York, NY 10281
**Via Court ECF Notification**

| | | |
|---|---|---|
| Wendy G. Marcari<br>Epstein, Becker & Green, P.C.<br>250 Park Ave.<br>New York, NY 10177 | Paul Traub<br>Epstein, Becker & Green, P.C.<br>250 Park Ave.<br>New York, NY 10177 | Richard E. Kruger<br>Jaffe, Raitt, Heuer & Weiss, P.C.<br>2777 Franklin Rd., Suite 2500<br>Southfield, MI 48034-8214<br>**Via Court ECF Notification** |
| Letitia Accarrino<br>Wilentz, Goldman-Spitzer, P.A.<br>90 Woodbridge Center Dr., Suite 900<br>PO Box 10<br>Woodbridge, NJ 07095<br>**Via Court ECF Notification** | Matthew D. Novello<br>McAlpine & Associates PC<br>3201 University Dr., Suite 100<br>Auburn Hills, MI 48326<br>**Via Court ECF Notification** | Forrest B. Lammiman<br>Meltzer, Purtill & Stelle LLC<br>300 S. Wacker Dr., Suite 3500<br>Chicago, IL 60606<br>**Via Court ECF Notification** |
| Rakhee V. Patel<br>Pronske & Patel, P.C.<br>2200 Ross Ave., Suite 5350<br>Dallas, TX 75201<br>**Via Court ECF Notification** | Martin Alaniz<br>Wm. David Coffey, III & Associates<br>13810 FM 1826<br>Austin, TX 78737<br>**Via Court ECF Notification** | Wm. David Coffey, III<br>Wm. David Coffey, III & Associates<br>13810 FM 1826<br>Austin, TX 78737<br>**Via Court ECF Notification** |
| Timothy Brian Martin<br>Torys LLP<br>237 Park Ave.<br>New York, NY 10017<br>**Via Court ECF Notification** | James S. Carr<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178<br>**Via Court ECF Notification** | Dianne Ruhlandt<br>Erman, Teicher, Miller, Zucker & Freedman, P.C.<br>400 Galleria Officentre, Suite 444<br>Southfield, MI 48034<br>**Via Court ECF Notification** |
| Mitchell A. Seider<br>885 Third Ave.<br>New York, NY 10022 | Jeffrey S. Stein<br>The Garden City Group, Inc.<br>105 Maxess Rd.<br>Melville, NY 11747<br>**Via Court ECF Notification** | Mark L. Brown<br>Lakin Chapman, LLC<br>300 Evans Ave.<br>Wood River, IL 62095<br>**Via Court ECF Notification** |
| Richard J. Bernard<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>**Via Court ECF Notification** | David L. Pollack<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | Gary A. Hansz<br>Williams, Williams, Rattner & Plunkett, P.C.<br>380 N. Old Woodward Ave., Suite 300<br>Birmingham, MI 48009<br>**Via Court ECF Notification** |
| Randall D. Crocker<br>Von Briesen & Roper, S.C.<br>411 E. Wisconsin Ave., Suite 700<br>Milwaukee, WI 53202<br>**Via Court ECF Notification** | Cheryl Tama Oblander<br>Butler Rubin Saltarelli & Boyd LLP<br>70 W. Madison ST., Suite 1800<br>Chicago, IL 60602<br>**Via Court ECF Notificationk** | Mary P. Miras<br>Paul Hastings Jamofsky & Walker LLP<br>75 E. 55th St.<br>New York, NY 10022<br>**Via Court ECF Notification** |
| D. Douglas McGaw<br>Poling, McGaw & Poling, PC<br>5455 Corporate Dr., Suite 104<br>Troy, MI 48098<br>**Via Court ECF Notification** | Charles N. Panzer<br>Sills Cummmis Epstein & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>**Via Court ECF Notification** | John F. Carberry<br>Cummings & Lockwood, LLC<br>Six Landmark Sq.<br>Stamford, CT 06901<br>**Via Court ECF Notification** |
| Joshua D. Rievman<br>Hoguet Newman & Regal, LLP<br>10 E. 40th St.<br>New York, NY 10016 | Samir Gebrael<br>Klestadt & Winters, LLP<br>292 Madison Ave., 17th Fl.<br>New York, NY 10117<br>**Via Court ECF Notification** | Erica L. Edman<br>Pillsbury Winthrop LLP<br>1540 Broadway<br>New York, NY 10036<br>**Via Court ECF Notification** |
| David L. Neale<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>**Via Court ECF Notification** | Jeffrey S. Davis<br>1422 Berry Dr.<br>Cleburne, TX 76033<br>**Via Court ECF Notification** | Timothy J. Dance<br>Snell & Wilmer, LLP<br>15 W. South Temple, Suite 1200<br>Salt Lake City, UT 84101<br>**Via Court ECF Notification** |

Matthew E. Wilkins
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Ave., Suite 460
Birmingham, MI 48009
**Via Court ECF Notification**

Richard W. Paige
Bush Seyferth & Paige PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084
**Via Court ECF Notification**

Mary W. Koks
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002
**Via Court ECF Notification**

Dwight Yellen
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Ave., 17th Fl.
New York, NY 10019
**Via Court ECF Notification**

Kenneth M. Lewis
Teitelbaum & Baskin, LLP
3 Barker Ave.
White Plains, NY 10601
**Via Court ECF Notification**

John J. Jolley, Jr.
Fidelity National Title Insurance Co.
11602 W. Center Rd., Suite 300
Omaha, NE 68144
**Via Court ECF Notification**

Jeffrey T.Wagner
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102
**Via Court ECF Notification**

Garland S. Cassada
Robinson Bradshaw & Hinson, P.A.
101 N. Tryon St., Suite 1900
Charlotte, NC 28246

Larry E. Parres
Lewis, Rice & Fingersh, LC
500 N. Broadway, Suite 2000
St. Louis, MO 63102
**Via Court ECF Notification**

Barbara Lee Caldwell
Asken Schenk P.C.
4742 N. 24th St., Suite 100
Phoenix, AZ 85016
**Via Court ECF Notification**

Martin James Weis
Dilworth Paxson LLP
3200 The Mellon Bank Center
1735 Market St.
Philadelphia, PA 19103
**Via Court ECF Notification**

Gary Greenberg
666 Fifth Ave., 27th Fl.
New York, NY 0103

Jeanette M. Gilbert
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**Via Court ECF Notification**

Donald F. Baty, Jr.
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
**Via Court ECF Notification**

Judy B. Calton
Honigman Miller Schwartz and Cohn L LP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
**Via Court ECF Notification**

Steven Harris Blatt
Bellavia Gentile & Associates, LLP
200 Old Country Rd., Suite 400
Mineola, NY 11530
**Via Court ECF Notification**

Matthew A. Hamermesh
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Fl.
Philadelphia, PA 19103-6933
**Via Court ECF Notification**

Christopher A. Merritt
RJ Landau Partners, PLLC
5340 Plymouth Rd., Suite 200
Ann Arbor, MI 48105
**Via Court ECF Notification**

Maureen F. Leary
NYS Dept. of Law
Office of the Atty. General
Environmental Protection Bureau
The Capital
**Via Court ECF Notification**

Eugene Leff
New York State Dept. of Law
120 Broadway
New York, NY 10271
**Via Court ECF Notification**

Neal S. Mann
New York State Atty. General's Office
120 Broadway, 24th Fl.
New York, NY 10271

Marshall C. Turner
Husch & Eppenberger, LLC
1902 Carondelet Plaza, Suite 600
St. Louis, MO 63105
**Via Court ECF Notification**

David M. Eisenberg
Erman, Teicher, Mille, Zucker & Freedman, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI 48034
**Via Court ECF Notification**

David J. Baldwin
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Fl.
1313 N. Market St.
Wilmington, DE 19801
**Via Court ECF Notification**

Theresa V. Brown-Edwards
Potter Anderson & Corroon, LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801
**Via Court ECF Notification**

P. Richard Hartley
Hartley & Hicman
PO Box 583
Greenville, AL 36037

Eric Fisher
Butzel Long
380 Madison Ave., 22nd Fl.
New York, NY 10017
**Via Court ECF Notification**

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Via Court ECF Notification**

Gregory G. Plotko
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Via Court ECF Notification**

Robert T. Schmidt
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
**Via Court ECF Notification**

Victoria D. Garry
Ohio Atty. General's Office
441 Vine St.
1600 Carew Tower
Cincinnati, OH 45202
**Via Court ECF Notification**

Michelle T. Sutter
Ohio Attorney General
30 E. Broad St., 25th Fl.
Columbus, OH 43215-5148
**Via Court ECF Notification**

Lucas Ward
150 E. Gay St., 21st Fl.
Columbus, OH 43215
**Via Court ECF Notification**

Donn Rosenblum
Office of the Atty. General of Ohio
150 E. Gay St., 21st Fl.
Columbus, OH 43215
**Via Court ECF Notification**

Shawn M. Christianson
Buchalter Nemer Fields & Younger
333 Market ST., 25th Fl.
San Francisco, CA 94105
**Via Court ECF Notification**

Deborah L. Fish
Allard & Fish, P.C.
2600 Buhl Bldg.
535 Griswold
Detroit, MI 48226
**Via Court ECF Notification**

Elizabeth K. Flaagan
Faegre & Benson LLP
1700 Lincoln St., Suite 3200
Denver, CO 80203
**Via Court ECF Notification**

Allen G. Kadish
Greenberg Traurig, LLP
200 Park Ave.
PO Box 677
Florham Park, NJ 07932
**Via Court ECF Notification**

Thomas R. Fawkes
Freeborn & Peters LLP
311 S.WAcker Dr., Suite 3000
Chicago, IL 60606-6677
**Via Court ECF Notification**

Eric T. Moser
K&L Gates LLP
599 Lexington Ave.
New York, NY 10022
**Via Court ECF Notification**

Thomas V. Askounis
Askounis & Darcy, PC
401 N. Michigan Ave., Suite 550
Chicago, IL 60611
**Via Court ECF Notification**

Matthew E. Russell
Hayes & Boone, LLP
1221 Avenue of the Americas
New York, NY 10020
**Via Court ECF Notification**

Philip D. Anker
Wilmer Cutler Pickering Hale and Dorr
399 Park Ave.
New York, NY 10022
**Via Court ECF Notification**

Carollynn H. G. Callari
Venable LLP
1270 Avenue of the Americas
New York, NY 10020
**Via Court ECF Notification**

Peter S. Partee
Hunton & Williams LLP'
200 park Ave.
New York, NY 10166-0136
**Via Court ECF Notification**

Lynn M. Brimer
Strobl & Sharp, P.C.
300 E. Long Lake Rd., Suite 200
Bloomfield Hills, MI 48304
**Via Court ECF Notification**

Robert C. Pottinger
Barrick Switzer Long Balsley & Van Evera
6833 Stalter Dr., 1st Fl.
Rockford, IL 61108
**Via Court ECF Notification**

Angel Hagmaier
211 E. Parkwood Ave., Suite 107
Friendwood, TX 77546

Tristan Manthey
Heller, Draper, Hayden, Patrick, Horn, LLC
650 Poydras St., Suite 2500
New Orleans, LA 70130
**Via Court ECF Notification**

Sarah M. Chen
Locke Lord Bissell & Liddell LLP
885 Third Ave., 26th Fl.
New York, NY 10022
**Via Court ECF Notification**

Adam L. Rosen
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
**Via Court ECF Notification**

David B. Aaronson
Drinker Biddle & Reath, LLP
18th & Cherry Sts.
Philadelphia, PA 1903
**Via Court ECF Notification**

Gary L. Antoniewicz
Boardman, Suhr, Curry & Field, LLP
1 S. Pinckney St.
PO Box 927
Madison, WI 53701-0927
**Via Court ECF Notification**

Joanthan I. Rabinowitz
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Pkwy, Suite 100
Livingston, NJ 07039
**Via Court ECF Notification**

Stephen C. Tingey
Ray Quinney & Nebeker, P.C.
36 S. State St., Suite 1400
PO Box 45385
Salt Lake City, UT 84145-0385

Mark G. Ledwin
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Dr.
White Plains, NY 10604
**Via Court ECF Notification**

Todd A. Burgess
Greenberg Traurig LLP
2375 E. Camelback Rd., Suite 700
Phoenix, AZ 85015

Geoffrey W. Heineman
Ropers Majeski Kohn & Bentley
17 State St., Suite 2400
New York, NY 10004
**Via Court ECF Notification**

N. Kathleen Strickland
Ropers Majeski Kohn & Bentley
201 Spear St., Suite 1000
San Francisco, CA 94105
**Via Court ECF Notification**

| | | |
|---|---|---|
| Thomas W. Schouten<br>Dunn, Sschouten & Snoap, P.C.<br>2745 DeHoop Ave., SW<br>Wyoming, MI 48509<br>**Via Court ECF Notification** | Michael S. Holmes<br>8100 Washington Ave., Suite 120<br>Houston, TX 77007<br>**Via Court ECF Notification** | Harvey A. Strickon<br>Paul, Hastings, Janofsky & Walker LLP<br>75 E. 55th St.<br>New York, NY 10022-3205<br>**Via Court ECF Notification** |
| H. Christopher Mott<br>Gordon & Mott, P.C.<br>4695 N. Mesa St.<br>El Paso, TX 79912 | Stephen J. Shimshak<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | Arthur J. Spector<br>Berger Singerman, PA<br>350 E. Las Olas Blvd., Suite 1000<br>Ft. Lauderdale, FL 33301<br>**Via Court ECF Notification** |
| James C. Carignan<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>18th and Arch Sts.<br>Philadelphia, PA 19103-2799<br>**Via Court ECF Notification** | Michael E. Norton<br>Norton & Associates, LLC<br>317 Madison Ave., Suite 415<br>New York, NY 10017<br>**Via Court ECF Notification** | Peter F. Jazayeri<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd.<br>Beverly Hills, CA 90212<br>**Via Court ECF Notification** |
| Kenneth J. Schweiker, Jr.<br>Brown & Connery LLP<br>6 N. Broad St.<br>Woodbury, NJ 08096<br>**Via Court ECF Notification** | James Christopher Caldwell<br>Stark Regan<br>111 W. Long Lake Rd., Suite 202<br>Troy, MI 48098<br>**Via Court ECF Notification** | John A. Bicks<br>Sonnenschein Nth & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| Max Anderson Moseley<br>Johnston Barton Proctor & Powell, LLP<br>2900 Sixth Ave., N<br>Birmingham, AL 35203<br>**Via Court ECF Notification** | Dan Elias<br>Elias Group LLP<br>411 Theodore Fremd Ave.<br>Rye, NY 10580<br>**Via Court ECF Notification** | John R. Burns, III<br>Banker & Daniels LLP<br>111 E. Wayne St., Suite 800<br>Ft. Wayne, IN 46802<br>**Via Court ECF Notification** |
| Shmuel Vasser<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>**Via Court ECF Notification** | David G. Ebert<br>Ingram, Yuzek, GAinen, Carroll & Bertolotti, LLP<br>250 Park Ave.<br>New York, NY 10177<br>**Via Court ECF Notification** | David A. Salem<br>Hicks Schmidlin & Salm, P.C.<br>5302 Gateway Centre<br>Flint, MI 48507 |
| Wendy B. Green<br>Forman Holt Eliades & Ravin LLC<br>80 Route 4, Suite 290<br>Paramus, NJ 07652<br>**Via Court ECF Notification** | Kim R. Lynch<br>Forman Holt Eliades & Ravin LLC<br>80 Route 4, E., Suite 290<br>Paramus, NJ 07652<br>**Via Court ECF Notification** | Matthew J. Shier<br>Pinnacle Law Group LLP<br>425 California St., #1800<br>San Francisco, CA 94104<br>**Via Court ECF Notification** |
| Eric T. Ray<br>Balch & Bingham, LLP<br>1901 Sixth Ave., N., Suite 2600<br>PO Box 306<br>Birmingham, AL 35201-0306<br>**Via Court ECF Notification** | Sam Della Fera, Jr.<br>Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Ave., Suite 300<br>West Orange, NJ 07052<br>**Via Court ECF Notification** | Robert W. Phillips<br>SimmonsCooper LLC<br>707 Berkshire Blvd.<br>East Alton, IL 62024<br>**Via Court ECF Notification** |
| Melissa Z. Neier<br>Ivey, Barnum & O'Mara, LLC<br>170 Mason St.<br>Greenwich, CT 06830<br>**Via Court ECF Notification** | Louis A. Curcio<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>**Via Court ECF Notification** | Michael S. Leib<br>Maddin Hauser Wartell Roth & Heller PC<br>28400 Northwestern Hwy., 3rd Fl.<br>Southfield, MI 48034<br>**Via Court ECF Notification** |
| Mark C. Haut<br>Fulbright & Jaworski, LLP<br>666 Fifth Ave.<br>New York, NY 10103 | Richard M. Meth<br>Day Pitney LLP<br>PO Box 1945<br>Morristown, NJ 07962-1945<br>**Via Court ECF Notification** | Richard W. Martinez<br>Richard W. Martinez, APLC<br>228 St. Charles Ave., Suite 1310<br>New Orleans, LA 70130<br>**Via Court ECF Notification** |

| | | |
|---|---|---|
| Peter Alan Zisser<br>Squire, Sanders & Dempsey L.L.P.<br>1095 Avenue of the Americas<br>New York, NY 10036 | Jacob F. Lamme<br>McNamee Lochner, Titus & Williams, P.C.<br>677 Broadway<br>Albany, NY 12207<br>**Via Court ECF Notification** | John J. Privitera<br>McNamee, Lochner, Titus & Williams, P.C.<br>677 Broadway<br>Albany, NY 12207-2503<br>**Via Court ECF Notification** |
| Fred Stevens<br>Fox Rothschild LLP<br>100 Park Ave., 15th Fl.<br>New York, NY 10017<br>**Via Court ECF Notification** | Scott K. Rutsky<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY<br>**Via Court ECF Notification** | Troy King<br>State of Alabama<br>Office of the Atty. General<br>500 Dexter Ave.<br>Montgomery, AL 36104-3718 |
| Matthew F. Fitzsimmons<br>State of Connecticut<br>Office of the Atty. General<br>110 Sherman St.<br>Hartford, CT 06105<br>**Via Court ECF Notification** | James D. Newbold<br>Office of the Illinois Atty. General<br>100 W. Randolph St.<br>Chicago, IL 60601<br>**Via Court ECF Notification** | Julius O. Curling<br>State of Michigan<br>Dept. of the Atty. General<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202<br>**Via Court ECF Notification** |
| Jeff Klusmeier<br>Missouri Atty. General's Office<br>221 W. High St.<br>Jefferson City, MO 65102<br>**Via Court ECF Notification** | Leslie C. Levy<br>Nebraska Atty. General's Office<br>2115 State Capitol<br>Lincoln, NE 68509<br>**Via Court ECF Notification** | Marvin E. Clements, Jr.<br>Office of the Tennessee Atty. General<br>Bankruptcy & Collections Division<br>425 Fifth Ave., N., 2nd Fl.<br>Nashville, TN 37243<br>**Via Court ECF Notification** |
| Joseph O'Neil, Jr.<br>Smith Reed LLP<br>1201 N. Market St., Suite 1500<br>Wilmington, DE 19801 | Garry M. Graber<br>Hodgson Russ LLP<br>TheGuarantyBldg., Suite 100<br>140 Pearl St.<br>Buffalo, NY 14202-4040<br>**Via Court ECF Notification** | James W. Ehrman<br>Kohrman Jackson & Krantz PLLC<br>1375 E. 9th St., Suite 2000<br>Cleveland, OH 44114-1793<br>**Via Court ECF Notification** |
| David T. Lin<br>Seyburn, Kahn, Ginn, Bess and Serlin<br>2000 Town Center, Suite 1500<br>Southfield, MI 48075<br>**Via Court ECF Notification** | Leslie Stein<br>Seyburn, Kahn, Ginn, Bess and Serling, PC<br>2000 Town Center, Suite 1500<br>Southfield, MI 48075<br>**Via Court ECF Notification** | Eric G. Waxman, III<br>Westerman Ball Ederer Miller Sharfstein<br>170 Old Country Rd., Suite 400<br>Mineola, NY 11501<br>**Via Court ECF Notification** |
| Jayson B. Ruff<br>McDonald Hopkins PLC<br>39533 Woodward Ave., Suite 318<br>Bloomfield Hills, MI 48304<br>**Via Court ECF Notification** | Terence E. McCartney<br>Rheingold Valet Rheingold Shkolnik &<br>McCartney LLP<br>113 E. 37th ST.<br>New York, NY 10016 | Stephen B. Foley<br>Stephen B. Foley, P.C.<br>9900 Pelham Rd.<br>Taylor, MI 48180<br>**Via Court ECF Notification** |
| Jennifer Lauren Saffer<br>J.L. Saffer, PC<br>20 Vasey St., 7th Fl.<br>New York, NY 10007<br>**Via Court ECF Notification** | Kenneth Ziman<br>Simpson Thacher & Bartlett, LLP<br>425 Lexington Ave.<br>New York, NY 10017 | Michael G. Gallacher<br>Roth & Dempsey, P.C.<br>436 Jefferson Ave.<br>Scranton, PA 18510<br>**Via Court ECF Notification** |
| Benjamin D. Feder<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | Paula A. Hall<br>Brooks Wilkins Sharkey & Turco, PLLC<br>401 S. Old Wooldward Ave., Suite 460<br>Birmingham, MI 48009<br>**Via Court ECF Notification** | Jerry Patterson<br>PO Box 629<br>Marshall, AR 72650 |
| Mark Edwin Browning<br>Texas Atty. General's Office<br>Bankruptcy - Collection Division<br>PO Box 12548<br>Austin, TX 78711-2548<br>**Via Court ECF Notification** | Kimberly A.Walsh<br>Office of the Atty. General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711<br>**Via Court ECF Notification** | Edward P. Zujkowski<br>Emmet, Marvin & Martin, LLP<br>120 Broadway<br>New York, NY 10271<br>**Via Court ECF Notification** |

Erin L. Eliasen
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
**Via Court ECF Notification**

Andrea Fischer
Olshan Grundman Frome Rosenzweig & Wolosky, LLP
Park Avenue Tower
65 E. 55th ST.
New York, NY 10022
**Via Court ECF Notification**

Teresa H. Chan
Sidley Austin LLP
787 Seventh Ave.
New York, NY 10019
**Via Court ECF Notification**

Thomas M. Spera
The MathWorks, Inc.
3 Apple Hill Dr.
Natick, MA 01760

Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby & Pascuzzi, LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434
**Via Court ECF Notification**

Susan R. Katzoff
Hiscock & Barclay, LLP
One Park Place
300 S. State St.
Syracuse, NY 13202-2078
**Via Court ECF Notification**

James B. Holden
1525 Sherman St., 7th Fl.
Denver, CO 80203

J. Casey Roy
Texas Atty. General's Office
Bankruptcy & Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

Gerald L. Mills
2255 W. Laskey Rd.
Toledo, OH 43613-5760
**Via Court ECF Notification**

Mary Joanne Dowd
Arent Fox LLP
1050 Connecticut Ave., NW
Washington, DC 20036
**Via Court ECF Notification**

Stuart A. Krause
Zeichner Ellman & Krause
575 Lexington Ave.
New York, BY 10022
**Via Court ECF Notification**

Jonathan Bradley Alter
Bingham McCutchen LLP
One State St.
Hartford, CT 06103
**Via Court ECF Notification**

Charlotte P. Bodel
Edwards Angell Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA 02199

Walter Benzija
Halperin Battaglia Raicht, LLP
555 Madison Ave., 9th Fl.
New York, NY 10022
**Via Court ECF Notification**

James P. Moloy
Dann Pecar Newman & Kleiman, P.C.
One American Square, Suite 2300
Indianapolis, IN 46282
**Via Court ECF Notification**

Joseph N. Cordaro
United States Attorney's Office, SDNY
86 Chambers St., 3rd Fl.
New York, NY 10007
**Via Court ECF Notification**

Matthew L. Schwartz
Reed Smith LLP
435 Sixth Ave.
Pittsburgh, PA 15219

Brian Shoichi Masumoto
Office of the U.S. Trustee
33 Whitehall St., 21st Fl.
New York, NY 10004

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall St., 21st Fl.
New York, NY 10004

Suzanne Hepner
Levy Ratner, P.C.
80 Eighth Ave., 8th Fl.
New York, NY 10036
**Via Court ECF Notification**

Michael P. Richman
Patton Boggs LLP
1185 Avenue of the Americas, 30th Fl.
New York, NY 10036
**Via Court ECF Notification**

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 N. Broom ST.
Wilmington, DE 19806
**Via Court ECF Notification**

Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
350 S. Main ST., Suite 400
Ann Arbor, MI 48104
**Via Court ECF Notification**

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th St., NW, Suite 2100
Atlanta, GA 303.63-1031
**Via Court ECF Notification**

Kenneth M. Schneider
Schneider Miller, PC
645 Griswold, Suite 3900
Detroit, MI 48226
**Via Court ECF Notification**

Trent B. Collier
Dickinson Wright PLLC
301 E. Liberty St., Suite 500
Ann Arbor, MI 48104

Mary M. MaloneyHuss
W.L. Gore & Associates, Inc.
551 Paper Mill Rd.
PO Box 9206
Newark, DE 19714

Jerry W. Gerde
Johnston Harris Gerde & Komarek, P.A.
239 E. 4th St.
Panama City, FL 32401

Frank W. DiCastri
Foley & Lardner LLP
777 E. Wisconsin Ave.
Milwaukee, WI 53202
**Via Court ECF Notification**

Anna Boelitz
Bingham McCutchen, LLP
One State St.
Hartford, CT 06103-3178
**Via Court ECF Notification**

| | | |
|---|---|---|
| Melissa-Jean Rotini<br>Westchester County Attorney's Office<br>148 Martine Ave., 6th Fl.<br>White Plains, NY 10601<br>**Via Court ECF Notification** | Matthew K. Beatman<br>Zeisler & Zeisler, P.C.<br>558 Clinton Ave.<br>PO Box 3186<br>Bridgeport, CT 06605<br>**Via Court ECF Notification** | Merritt A. Pardini<br>Katten Muchin Rosenman LLP<br>575 Madison Ave.<br>New York, NY 10022<br>**Via Court ECF Notification** |
| Ken Kansa<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, IL 60603<br>**Via Court ECF Notification** | Jack M. Wilhelm<br>Jack M. Wilhelm Attorney at Law<br>1201 Rio Grande, Suite 100<br>Austin, TX 78701 | Phillip W. Bohl<br>Gray Plant Mooty Mooty & Bennett, P.A.<br>3400 City Center<br>33 S. Sixth St., Suite 3400<br>Minneapolis, MN 55402<br>**Via Court ECF Notification** |
| Kenneth A. Nathan<br>Nathan Zousmer, P.C.<br>29100 Northwestern Hwy., Suite 260<br>Southfield, MI 48034<br>**Via Court ECF Notification** | Robert H. Garretson, III<br>Palmieri Tyler Wiener Wilhelm & Waldron<br>2603 Main St., Suite 1300<br>Irvine, CA 92603 | Ilissa Churgin Hook<br>Yablonsky & Associates, P.C.<br>1430 Route 23, N.<br>Wayne, NJ 07470<br>**Via Court ECF Notification** |
| John J. Hunter, Jr.<br>Hunter & Schank Co. LPA<br>1700 Canton Ave.<br>Toledo, OH 43604<br>**Via Court ECF Notification** | Thomas J. Schank<br>Hunter & Schank Co. LPA<br>1700 Canton Ave.<br>Toledo, OH 43604<br>**Via Court ECF Notification** | Terry L. Zabel<br>Rhoades McKee<br>161 Ottawa Ave., NW, Suite 600<br>Grand Rapids, MI 49503<br>**Via Court ECF Notification** |
| Atlas Oil Company<br>24501 Ecorse Rd.<br>Taylor, MI 48180 | Diana G. Adams<br>Office of the U.S. Trustee<br>33 Whitehall ST., 21st Fl.<br>New York, NY 10004 | Richard M. Allen<br>2233 Egremont Plain Rd.<br>PO Box 108<br>North Egremont, MA 01252 |
| Aspen Marketing Services, Inc.<br>c/o Winston & Strawn LLP<br>200 Park Ave.<br>New York, NY 10166 | Auto Craft Tool & Die Co. Inc.<br>1800 Fruit St.<br>Algonac, MI 48001 | Peter Backus<br>15609 Allnutt Lane<br>Burtonsville, MD 20866 |
| Bloomington Syndicate<br>c/o Marx Realty & Improvement Co., Inc.<br>708 Third Ave.l, 21st Fl.<br>New York, NY 10017 | Canadian Export Antitrust Plaintiffs<br>c/o Ashleigh A. Danker<br>Kaye Scholer LLP<br>1999 Avenue of the Stars, 17th Fl.<br>Los Angeles, CA 90067 | Cecelia Adair<br>District Clerk, Hays County, Texas<br>Hays County Justice Center<br>110 E. M.L.K. Dr., Room 123<br>San Marcos, TX 78066 |
| William H. Chambers<br>501 Cumberland Rd.<br>Tyler, TX 75703 | Marcel Cicic<br>99-40 68 Rd., A pt. 9U<br>Rego Park, NY 11374 | DW Griffith Inc.<br>100 Phila Pike, Suite B<br>Wilmington, DE 19809 |
| Adrienne Goldner<br>2847 Lexington Lane<br>Highland Park, IL 60035 | Howard Goldner<br>2847 Lexington Lane<br>Highland Park, IL 60035 | Greater New York Automotive Dealers Association<br>c/o Robinson Brog, et al.<br>1345 Avenue of the Americas, 27th Fl.<br>New York, NY 10103 |
| Joseph P. Gromacki<br>Jenner & Block LLP<br>330 N. Wabash Ave.<br>Chicago, IL 60611 | Michael S. Kimm<br>Kimm Law Firm<br>41 B. Bancker St.<br>Englewood, NJ 07631 | Barbara Kowalsky<br>243 Shenandoah Rd.<br>Hopewell Jct., NY 12533 |

LG Electronics USA, Inc.
c/o Winston & Strawn
200 Park Ave.
New York, NY 10166

Bruce Linhart
89 Beatrice Ave
West Islip, NY 11795

Maxxis International USA
545 Old Peachtree Rd.
Suwannee, GA 30024-2944

Doris McGill
3733 Camry Ct.
Sebring, FL 33872-1443

Michael A. Cox
Atty. General for the State of Michigan
PO Box 30754
Lansing, MI 48909

Mogan Adhesives Company
c/o Windels Marx Lane & Mittendorf, LLC
Attn: Leslie S. Barr
156 W. 56th St.
New York, NY 10019

Radha R.M. Narumanchi
657 Middletown Ave.
New Haven, CT 06513

Lydia D. Neyland
20 Belmawr Dr.
Rochester, NY 14624

PTI Quality Containment Solutions, LLC
6501 E. Nevada
Detroit, MI 48234

Peter Petra
3304 93 St., Apt. 3V
Jackson Heights, NY 11372

Jonathan Lee Riches
Federal Medical Center
PO Box 14500
Lexington, KY 40512

SAS Institute Inc.
100 SAS Campus Dr.
Cary, NC 27513

Stanley D. Smith
608 N. 13th St.
Middletown, IN 47356

Leo St. Amour
1874 Burning Bush
Rochester Hills, MI 48309

Standard Electric Company
Corporate Office
2650 Trauntner Dr.
PO Box 5289
Saginaw, MI 48603-0289

Matthew A. Swanson
Leonard Street and Deinard
150 S. Fifth St., Suite 2300
Minneapolis, MN 55402

Timco, LLC
2000 Town Center, Suite 2100
Southfield, MI 48075

Weil Gotshal & Manges, LLP
767 Fifth Ave.
New York, NY 10153

Western Flyer Express, Inc.
c/o Windels Marx Lane & Mittendorf, LLP
Attn: Leslie S. Barr
156 W. 56th ST.
New York, NY 10019