SCOTT A. WOLFSON (MI P53194)
ANTHONY J. KOCHIS (MI P72020)
Admitted *Pro Hac Vice*
**WOLFSON BOLTON PLLC**
3150 Livernois Rd., Suite 275
Troy, MI 48083
Telephone: (248) 247-7103
Facsimile: (248) 247-7099
E-Mail: swolfson@wolfsonbolton.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,                     :
  f/k/a General Motors Corp., *et al.*                    :    Case No. 09-50026 (REG)
                                                          :
  Debtors.                                                :    (Jointly Administered)
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served copies as follows:

1. Documents Served: *Withdrawal of Limited Objections to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto [Docket No. 3911]*

2. Served Upon: See Attached Service List

3. Method of Service: Via U.S. Mail unless otherwise indicated on the Service List.

4. Date Served: Via ECF Notification on August 28, 2009
   Via U.S. Mail on September 4, 2009

Dated: September 4, 2009

    *[signature]*
    Jo Ann M. Recchia, Paralegal

Gregory O. Kaden
Goulston & Storrs, P.C.
400 Atlantic Ave.
Boston, MA 02110-3333
**Via Court ECF Notification**

Douglas B. Rosner
Goulston & Storrs, P.C.
400 Atlantic Ave.
Boston, MA 02110-3333
**Via Court ECF Notification**

Robert Sidorsky
Butzel Long
380 Madison Ave.
New York, NY 10017
**Via Court ECF Notification**

Wendy S. Walker
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10017
**Via Court ECF Notification**

Angela Z. Miller
Phillips Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203-8400
**Via Court ECF Notification**

Andrew P. Brozman
Clifford Chance
31 W. 52nd St.
New York, NY 10019
**Via Court ECF Notification**

Andrew K. Lipetz
Wasserman Grubin & Rogers, LLP
1700 Broadway
New York, NY 10019
**Via Court ECF Notification**

David S. Lefere
Bolhouse, Vander Hulst, Risko & Baar, PC
3996 Chicago Cr., SW
Grandville, MI 49418
**Via Court ECF Notification**

Mary Kay Shaver
Varnum Riddering Schmidt & Howlett LLP
Bridgewater Place
333 Bridge St.
Grand Rapids, MI 49504
**Via Court ECF Notification**

Jennifer Anne Christian
Kelley Drye & Warren
101 Park Ave.
New York, NY 10104
**Via Court ECF Notification**

Ronald Oran, Jr.
Vinson & Elkins
666 Fifth Ave., 26th Fl.
New York, NY 10103
**Via Court ECF Notification**

Sean O'Neal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
**Via Court ECF Notification**

Tiffany Strelow Cobb
Vorys, Sater, Semour and Pease LLP
52 E. Gay St.
PO Box 1008
Columbus, OH 43215
**Via Court ECF Notification**

Alyssa Englund
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Ave.
New York, NY 10103
**Via Court ECF Notification**

Courtney Rogers
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Ave.
New York, NY 10103
**Via Court ECF Notification**

Vincent D'Agostino
Lowenstein Sandler, P.C.
65 Livingston Ave.
Roseland, NJ 07068
**Via Court ECF Notification**

David A. Rosenweig
Fulbright & Jaworski, LLP
666 Fifth Ave.
New York, NY 10103
**Via Court ECF Notification**

Brian L. Shaw
Shaw Gussis Fishman Glantz Wolfson
321 N. Clark St., Suite 800
Chicago, IL 60610
**Via Court ECF Notification**

Christopher M. Cahill
Clark Hill, PLC
151 S. Old Woodward, Suite 200
Birmingham, MI 48009
**Via Court ECF Notification**

Robert D. Gordon
Clark Hill PLC
500 Woodward Ave., Suite 3500
Detroit, MI 48226
**Via Court ECF Notification**

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503
**Via Court ECF Notification**

James E. DeLine
Kerr, Russell and Weber, PLC
500 Woodward Ave., Suite 2500
Detroit, MI 48226
**Via Court ECF Notification**

P. Warren Hunt
Kerr, Russell and Weber, PLC
500 Woodward Ave., Suite 2500
Detroit, MI 48226
**Via Court ECF Notification**

Yoshihiro Saito
2000 M Street, NW, 7th Fl.
Washington, DC 20036

Ryan D. Heilman
Schafter and Weiner, PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
**Via Court ECF Notification**

Peter D'Apice
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan St., Suite 2200
Dallas, TX 75201-2689
**Via Court ECF Notification**

Benjamin P. Deutsch
Schnader Harrison Segal & Lewis, LLP
140 Broadway, Suite 3100
New York, NY 10005
**Via Court ECF Notification**

Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, MI 48104-2266
**Via Court ECF Notification**

James A. Plemmons
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
**Via Court ECF Notification**

Joseph M. Cerra
Forman Holt & Eliades, LLC
218 Route 17 N.
Rochelle Park, NJ 07662
**Via Court ECF Notification**

| | | |
|---|---|---|
| Larry A. Levick<br>Singer & Levick, P.C.<br>16200 Addison Rd., Suite 140<br>Addison, TX 75001<br>**Via Court ECF Notification** | W. David Arnold<br>Robison, Curphey & O'Connell<br>Four Seagate, 9th Fl.<br>Toledo, OH 43604<br>**Via Court ECF Notification** | Shawn Randall Fox<br>McGuire Woods LLP<br>1345 Avenue of the Americas<br>New York, NY 10128<br>**Via Court ECF Notification** |
| Steve Jakubowski<br>Coleman Law Firm<br>77 W. Wacker Dr., Suite 4800<br>Chicago, IL 60601<br>**Via Court ECF Notification** | Blanka K. Wolfe<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza, Suite 2400<br>New York, NY 10112<br>**Via Court ECF Notification** | Jonathan Hook<br>Haynes and Boone LLP<br>1221 Avenue of the Americas, 26th Fl.<br>New York, NY 10020-1007<br>**Via Court ECF Notification** |
| Mitchell A. Seider<br>885 Third Ave.<br>New York, NY 10022 | Brian H. Meldrum<br>Stites & Harbison, PLLC<br>400 W. Market St., Suite 1800<br>Louisville, KY 40202<br>**Via Court ECF Notification** | Barry E. Lichtenberg<br>Schwartz, Lichtenberg LLP<br>420 Lexington Ave., Suite 2400<br>New York, NY 10170<br>**Via Court ECF Notification** |
| Brett D. Goodman<br>Troutman Sanders LLP<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174<br>**Via Court ECF Notification** | Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Ave.<br>New York, NY 10022<br>**Via Court ECF Notification** | Cynthia Woodruff-Neer<br>Alpine Electronics of America, Inc.<br>19145 Gramercy Pl.<br>Torrance, CA 90501<br>**Via Court ECF Notification** |
| Fredric Sosnick<br>Shearman & Sterling<br>599 Lexington Ave.<br>New York, NY 10022-6069<br>**Via Court ECF Notification** | JIl Mazer-Marino<br>Meyer, Suozzi, English & Klein, P.C.<br>990Stewart Ave., Suite 300<br>PO Box 9194<br>Garden City, NY 11530<br>**Via Court ECF Notification** | Gerard DiConza<br>DiConza Law, P.C.<br>630 Third Ave., 7th Fl.<br>New York, NY 10017<br>**Via Court ECF Notification** |
| John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>1301 Travis St., Sutie 300<br>PO Box 306<br>Houston, TX 77253<br>**Via Court ECF Notification** | Robert M. Isackson<br>Orrick, Herrington & Sutcliffe, LLP<br>666 Fifth Ave.<br>New York, NY 10103<br>**Via Court ECF Notification** | Marie T. Racine<br>Racine & Associates<br>211 W. Fort St., Suite 500<br>Detroit, MI 48226<br>**Via Court ECF Notification** |
| Frederick A. Berg<br>Kotz Sangster Wysocki and Berg PC<br>400 Renaissance Center, Suite 3400<br>Detroit, MI 48045<br>**Via Court ECF Notification** | Annie Wells<br>Morgan Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178 | Elizabeth Banda<br>Perdue Brandon Fielder Collins & Mott LLP<br>PO Box 13430<br>Arlington, TX 76094-0430<br>**Via Court ECF Notification** |
| J. Ted Donovan<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway, 22nd Fl.<br>New York, NY 10036<br>**Via Court ECF Notification** | Richard J. Bernard<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>**Via Court ECF Notification** | Matthew J. Gold<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>551 fifth Ave., 18th Fl.<br>New York, NY 10176<br>**Via Court ECF Notification** |
| Roland Gary Jones<br>Jones & Associates<br>1285 6th Ave., 35th Fl.<br>New York, NY 10019<br>**Via Court ECF Notification** | Michael G. Cruse<br>Warner Norcross & Judd, LLP<br>2000 Town Center, Suite 2700<br>Southfield, MI 48075<br>**Via Court ECF Notification** | Dennis J. Connolly<br>Alston & Bird LLP<br>1201 W. Peachtree St.<br>Atlanta, GA 30309-3424<br>**Via Court ECF Notification** |
| Andrew C. Kassner<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>**Via Court ECF Notification** | Timothy A. Fusco<br>Miller Canfield Paddock and Stone PLLC<br>150 W. Jefferson, Suite 2500<br>Detroit, MI 48226<br>**Via Court ECF Notification** | Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Sq.<br>18th and Arch Streets<br>Philadelphia, PA 19103-2799<br>**Via Court ECF Notification** |

James S. Carr
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
**Via Court ECF Notification**

Michael Foreman
Dorsey & Whitney LLP
250 Park Ave.
New York, NY 10177

Carol A. Felicetta
Reid and Riege, P.C.
234 Church St., 9th Fl.
New Haven, CT 06510-1819
**Via Court ECF Notification**

William R. \
Herrick, Feinstein, LLP
2 Park Ave.
New York, NY 10016
**Via Court ECF Notification**

Anthony J. Kochis
Wolfson Bolton PLLC
3150 Livernois Rd., Suite 275
Troy, MI 48083
**Via Court ECF Notification**

Scott A. Wolfson
Wolfson Bolton PLLC
3150 Livernois Rd., Suite 275
Troy, MI 48083
**Via Court ECF Notification**

John G. Cronin
722 Chestnut St.
Manchester, NH 03104
**Via Court ECF Notification**

Patrick J. Kukla
Carson Fischer, P.L.C.
4111 Andover Rd., W., 2nd Fl.
Bloomfield Hills, MI 48302
**Via Court ECF Notification**

Michael S. Etkin
Lowenstein Sandler, P.C.
65 Livingston Ave.
Roseland, NJ 07068
**Via Court ECF Notification**

Colin Thomas Darke
Bodman LLP
1901 St. Antoine Rd.
6th Fl. at Ford Field
Detroit, MI 48236
**Via Court ECF Notification**

Wendy J. Gibson
Baker & Hostetler LLP
3200 National City Center
1900 E. 9th St.
Cleveland, OH 44114-3485
**Via Court ECF Notification**

Thomas P. Sarb
Miller Johnson
250 Monroe Ave., NW, Suite 800
Grand Rapids, MI 49503
**Via Court ECF Notification**

Robert D. Wolford
Miller Johnson Snell & Cummiskey, PLC
250 Monroe Ave., NW, Suite 800
Grand Rapids, MI 49503
**Via Court ECF Notification**

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Ave.
New York, NY 10022-4731
**Via Court ECF Notification**

Robert N. Michaelson
K&L Gates LLP
599 Lexington Ave.
New York, NY 10022
**Via Court ECF Notification**

Debra A. Kowich
University of Michigan
503 Thompson St., Room 5110
Ann Arbor, MI 48109-1340
**Via Court ECF Notification**

Ingrid S. Palermo
Harter, Secrest & Lomb, LLP
1600 Bausch & Lomb Place
Rochester, NY 14604
**Via Court ECF Notification**

Timothy D. Moratzka
Mackall, Crounse & Moore, PLC
901 Marquette Ave., Suite 1400
Minneapolis, MN 55402
**Via Court ECF Notification**

Alan D. Halperin
Halperin Battaglia Raicht LLP
555 Madison Ave., 9th Fl.
New York, NY 10022
**Via Court ECF Notification**

Andrew C. Gold
Herrick & Feinstein LLP
2 Park Ave.
New York, NY 10016
**Via Court ECF Notification**

Christina C. Skubic
Brayton Purcell
222 Rush Landing Rd.
PO Box 6169
Novato, CA 94948-6169
**Via Court ECF Notification**

James N. Lawlor
Wollmuth Maher & Deutsch, LLP
One Gateway Center, 9th Fl.
Newark, NJ 07102
**Via Court ECF Notification**

Mark L. McAlpine
McAlpine & Associates PC
3201 University Dr., Suite 100
Auburn Hills, MI 48326
**Via Court ECF Notification**

Stephen B. Selbst
Herrick Feinstein LLP
2 Park Ave.
New York, NY 10016
**Via Court ECF Notification**

Tristram T. Buckley
Law Offices of Tristram Buckley
426 S. Rexford Dr., Suite 12
Beverly Hills, CA 90212

J. William Boone
Alsgton & Bird, LLP
1201 W. Peachtree ST.
Atlanta, GA 30309-3424

John A. Ruemenapp
Weisman Young & Ruemenapp P.C.
30100 Telegraph Rd., Suite 428
Bingham Farms, MI 48025
**Via Court ECF Notification**

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Ave.
New York, NY 10152
**Via Court ECF Notification**

John S. Mairo
Porzio Bromberg & newman, P.C.
100 Southgate Pkwy
Morristown, NJ 07692-1997
**Via Court ECF Notification**

James O. Moore
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

Judith Elkin
Haynes and Boone, LLP
153 E. 53rd St., Suite 4900
New York, NY  10022
**Via Court ECF Notification**

Adam H. Isenberg
Saul Ewing LLP
Centre Square W.
1500 Market St., 38th Fl.
Philadelphia, PA  19102
**Via Court ECF Notification**

Todd Murray Bailey
California Franchise Tax Board
PO Box 1720, MS: A-260
Rancho Cordova, CA  95827
**Via Court ECF Notification**

Edward Smith
Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Fl.
New York, NY  10020
**Via Court ECF Notification**

J. Eric Charlton
Hiscock & Barclay, LLP
One Park Place
300 S. State St.
Syracuse, NY  13202-2078
**Via Court ECF Notification**

Clifford A. Katz
Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas, 18th Fl.
New York, NY  10018
**Via Court ECF Notification**

William F. Gray
Torys
237 Park Ave.
New York, NY  10017
**Via Court ECF Notification**

Karin F. Avery
Silverman & Morris PLLC
7115 Orchard Lake Rd., Suite 500
West Bloomfield, MI  48322
**Via Court ECF Notification**

Earle I. Erman
400 Galleria Officentre, Suite 444
Southfield, MI  48034
**Via Court ECF Notification**

Donald J. Hutchinson
Miller Canfield Paddock & Stone PLC
150 W. Jefferson Ave.
Detroit, MI  48226
**Via Court ECF Notification**

Michael R. Wernette
Schafer and Weiner, PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI  48304
**Via Court ECF Notification**

Nathan R. Soucy
Cohn Whitesell & Goldberg LLP
101 Arch St.
Boston, MA  02110
**Via Court ECF Notification**

Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
PO Box 17428
Austin, TX  78760
**Via Court ECF Notification**

Marc S. Cohen
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA  90067
**Via Court ECF Notification**

Jacob B. Sellers
Leonard Street and Deinard
150 S. Fifth St., Suite 2300
Minneapolis, MN  55402
**Via Court ECF Notification**

Paul Rubin
Herrick Feinstein LLP
Two Park Ave.
New York, NY  10016

James Michael Lawniczak
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Ave.
Cleveland, OH  44114-2688

Stanley B. Tarr
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
**Via Court ECF Notification**

Deborah Kovsky-Apap
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, MI  48243-1157
**Via Court ECF Notification**

Kellie M. Blair
Matta Blair PLC
4145 Dublin Dr.
Bloomfield Hills, MI  48302
**Via Court ECF Notification**

Robert T. Smith
CNI Enterprises, Inc.
1451 E. Lincoln Ave.
Madison Heights, MI  48071
**Via Court ECF Notification**

Salvatore A. Barbatano
Foley & Lardner LLp
500 Woodward Ave., Suite 2700
Detroit, MI  48226
**Via Court ECF Notification**

Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
PO Box 17428
Austin, TX  78760
**Via Court ECF Notification**

Ashleigh A. Danker
Kaye Scholer, LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA  90067
**Via Court ECF Notification**

Matthew A. Swanson
Leonard Street and Deinard
150 S. Fifth St., Suite 2300
Minneapolis, MN  55402
**Via Court ECF Notification**

Steven Schwartz
Winston & Strawn
200 Park Ave.
New York, NY  10166
**Via Court ECF Notification**

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX  75205
**Via Court ECF Notification**

Adina H. Rosenbaum
Public Citizen Litigation Group
1600 20th St., NW
Washington, DC  20009
**Via Court ECF Notification**

Robert L. Barrows
800 Broadway
San Antonio, TX  78215
**Via Court ECF Notification**

Joseph Corneau
Klestadt & Winters LLP
292 Madison Ave., 17th Fl.
New York, NY  10017
**Via Court ECF Notification**

Steven A. Matta
Matta Blair PLC
4145 Dublin Dr.
Bloomfield Hills, MI  48302
**Via Court ECF Notification**

Karel S. Karpe
White and Williams LLP
One Penn Plaza, Suite 4110
New York, NY  10119
**Via Court ECF Notification**

Richardo I. Kilpatrick
Kilpatrick & Associates, PC
903 N. Opdyke Rd., Suite C
Auburn Hills, MI  48326
**Via Court ECF Notification**

Edward J. Lobello
Meyer Suozzi English & Klein P.C.
990 Stewart Ave., Suite 300
PO Box 9194
Garden City, NY  11530
**Via Court ECF Notification**

Marc E. Richards
Blank Rome, LLP
The Chrysler Building
405 LexingtonAVe.
New York, NY  10174-0208
**Via Court ECF Notification**

Jason M. Torf
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606-6473
**Via Court ECF Notification**

Elizabeth A. Haaz
Elizabeth A. Haas, Esq.
254 S. Main St., Suite 210
New City, NY  10956
**Via Court ECF Notification**

Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard St.
Dallas, TX  75201-6659
**Via Court ECF Notification**

Debra Beth Pevos
Sullivan, Ward, Asher, & Patton, P.C.
25800 Northwestern Hwy., Suite 1000
Southfield, MI  48075
**Via Court ECF Notification**

Kim Martin Lewis
Dinsmore & Shohl LLp
255 E. Fifth St., Suite 1900
Cincinnati, OH  45202-3172
**Via Court ECF Notification**

Thomas K. Lindahl
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI  48304
**Via Court ECF Notification**

Don V. Ploeger
PO Box 96
Austin, TX  78767-0096

G. Alan Wallace
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan, Suite 1000
Lansing, MI  48933
**Via Court ECF Notification**

Paul H. Silverman
McLaughlin & Stern
260 madison Ave.,
New York, NY  10016
**Via Court ECF Notification**

Kimberly Salomon
Forman Holt Eliades & Ravin LLC
80 route 4 East, Suite 290
Paramus, NJ  07652
**Via Court ECF Notification**

Mark S. Frankel
Couzens Lansky Fealk Ellis Roeder & Lazar
39395 W. Twelve Mile Rd., Suite 200
Farmington Hills, MI  48331
**Via Court ECF Notification**

Michael C. Lambert
Gilmartin, Poster & Shafto LLP
845 Third Ave., 18th Fl.
New York, NY  10022
**Via Court ECF Notification**

Jeffrey C. Wisler
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 N. Orange St.
Wilmington, DE  19801
**Via Court ECF Notification**

David J. Selwocki
Sullivan, Ward, Asher & Patton, PC
25800 Northwestern Hwy., Suite 1000
Southfield, Mi  48075
**Via Court ECF Notification**

John A. Simon
Foley & Lardner LLP
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI  48226
**Via Court ECF Notification**

Jason V. Stitt
Keating Muething & Klekamp PLLC
One E. Fourth St., Suite 1400
Cincinnati, OH  45202
**Via Court ECF Notification**

Leonora K.. Baughman
Kilpatrick Associates P.C.
903 N. Opdyke Rd., Suite C
Auburn Hills, MI  48326
**Via Court ECF Notification**

David Henry Hartheimer
145 Palisade St.
Dobbs Ferry, NY  10522
**Via Court ECF Notification**

James L. Bromley
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY  10006
**Via Court ECF Notification**

Alyson M. Fiedler
Schiff Hardin LLP
900 Third Ave., 23rd Fl.
New York, NY  10022
**Via Court ECF Notification**

Carol E. Momjian
Office of the Attorney General
21 S. 12th St., 3rd Fl.
Philadelphia, PA  19107-3603
**Via Court ECF Notification**

Timothy M. Reardon
Nadler Nadler & Burdman Co., LPA
20 W. Federal St., Suite 600
Youngstown, OH  44503
**Via Court ECF Notification**

John T. Gregg
Barnes & Thornburg, LLP
171 Monroe Ave., NW, Suite 1000
Grand Rapids, MI  49503
**Via Court ECF Notification**

Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th St., Suite 1000
Kansas City, MO  64112
**Via Court ECF Notification**

Neysa Ann Fligor
Office of the County Counsel
70 W. Hedding St., E. Wing, 9th Fl.
San Jose, CA  95110
**Via Court ECF Notification**

Lawrence P. Eagel
Bragar Wexler Eagel & Morgenstein, LLP
885 Third Ave., Suite 3040
New York, NY  10022
**Via Court ECF Notification**

James Addison Wright, III
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624

Norman D. Orr
Kemp Klein Law Firm
201 W. Big Beaver Rd., Suite 600
Troy, MI  48084
**Via Court ECF Notification**

Stephen H. Gross
Hodgson Russ LLP
60 E. 42nd St., 37th Fl.
New York, NY  10165
**Via Court ECF Notification**

Thomas H. Curran
Hinckley Allen & Snyder LLP
28 State St.
Boston, MA  02109
**Via Court ECF Notification**

Kimberly A. Brennan
McCarthy Lebit Crystal & Liffman Co., LPA
101 W. Prospecdt Ave.
1800 Midland Building
Cleveland, OH  44115
**Via Court ECF Notification**

Jonathan S. Groat
Delta Dental Plan of Michigan, Inc.
4100 Okemos Road
Okemos, MI  48864

Jeffrey S. Sabin
Bingham McCutchen LLP
399 Park Ave.
New York, NY  10022
**Via Court ECF Notification**

Jonathan W. Young
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr., Suite 2800
Chicago, IL  6606-1229
**Via Court ECF Notification**

William M. Barron
Smith, Gambrell & Russell, LLP
250 Park Ave., Suite 1900
New York, NY  10177
**Via Court ECF Notification**

Belkys Escobar
Loudoun County, Virginia
1 Harrison St., SE, 5th fl., MSC #06
Leesburg, VA  20175-3102
**Via Court ECF Notification**

Jill L. Murch
Foley & Lardner, LLP
321 N. Clark St., Suite 2800
Chicago, IL  60654
**Via Court ECF Notification**

Jean Winborne Boyles
Johnson Hearn Vinegar Gee & Mercer PLLC
PO Box 1776
Raleigh, NC  27602
**Via Court ECF Notification**

Thomas L. Kent
Paul, Hastings, Janofsky & Walker
75 E. 55th St.
New York, NY  10022
**Via Court ECF Notification**

Kathryn E. Driscoll
Poling, McGaw & Poling, PC
5455 Corporate Dr., Suite 104
Troy, MI  48098
**Via Court ECF Notification**

Robert R. Kracht
McCarthy Lebit Crystal & Liffman Co.
101 W. Prospect Ave.
1800 Midland Building
Cleveland, OH  44115
**Via Court ECF Notification**

Emily L. Matthews
Delta Dental Plan of Michigan, Inc.
4100 Okemos Rd.
Okemos, MI  48864

Jeffrey Chang
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr., Suite 2800
Chicago, IL  60606
**Via Court ECF Notification**

Scott J. Freedman
Dilworth Paxson LLP
457 Haddonfield Rd., Suite 700
Cherry Hill, NJ  08002
**Via Court ECF Notification**

Joel D. Applebaum
Clark Hill lPLC
500 Woodward Ave., Suite 3500
Detroit, MI  48226-3435
**Via Court ECF Notification**

Susan Power-Johnston
Covington & Burling
The New York Times Building
620 Eighth Ave.
New York, NY  10018
**Via Court ECF Notification**

Gloria M. Chon
Kemp Klein Law Firm
201 W. Big Beaver Rd.
Troy, MI  48084
**Via Court ECF Notification**

Christian M. Oelke
Scarborough McNeese O'Brien Kilkenny, PC
5410 SW Macadam Ave., Suite 100
Portland, OR  97239-3824

Alan W. Kornberg
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

David D. Ritter
Kane Russell Coleman & Logan PC
1601 Elm St., Suite 3700
Dallas, TX  75201
**Via Court ECF Notification**

Kayalyn A. Marafioti
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036
**Via Court ECF Notification**

Robert Michael Farquhar
Winstead Sechrest & Minick, P C
1201 Elm St., Suite 5400
Dallas,, TX  75270
**Via Court ECF Notification**

Michael Dockterman
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr., Suite 2800
Chicago, IL  60606
**Via Court ECF Notification**

James M. Sullivan
Arent Fox LLP
1675 Broadway
New York, NY  10019
**Via Court ECF Notification**

William J. Brown
Phillips Lytle Hitchcock Blaine & Huber LLP
437 Madison Ave.
New York, NY  10022
**Via Court ECF Notification**

| | | |
|---|---|---|
| Allan Hill<br>Phillips Lytle LLP<br>437 Madison Ave., 34th Fl.<br>New York, NY  10022<br>**Via Court ECF Notification** | G. Christopher Meyer<br>Squire, Sanders & Dempsey LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH  44114<br>**Via Court ECF Notification** | Christine A.M. Pierpont<br>Squire, Sanders & Dempsey LLp<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH  44114<br>**Via Court ECF Notification** |
| Robert N. Bassel<br>PO Box T<br>Clinton, MI  49236<br>**Via Court ECF Notification** | Gene T. Moore<br>Law Office of Gene T. Moore, P.C.<br>1802 Fifteenth St.<br>Tuscaloosa, AL  35401 | Jennifer L. Nassiri<br>DLA Piper LLP (US)<br>550 S. Hope St., Suite 2300<br>Los Angeles, CA  90071<br>**Via Court ECF Notification** |
| Randall D. Crocker<br>Von Briesen & Roper, S.C.<br>411 E. Wisconsin Ave., Suite 700<br>Milwaukee, WI  53202<br>**Via Court ECF Notification** | Rebecca H. Simoni<br>Von Briesen & Roper, S.C.<br>411 E. Wisconsin Ave., Suite 700<br>Milwaukee, WI  53202<br>**Via Court ECF Notification** | Richard L. Ferrell<br>Taft, Stettinius & Hollister, LLP<br>425 Walnut St.<br>1800 Firstar Tower<br>Cincinnati, OH  45202<br>**Via Court ECF Notification** |
| Michael P. Shuster<br>Hahn Loeser & Parks LLP<br>200 Public Square, Suite 3300<br>Cleveland, OH  44114<br>**Via Court ECF Notification** | Amy Evans<br>Cross & Simon, LLC<br>913 N. Market St., 11th Fl.<br>Wilmington, DE  19801<br>**Via Court ECF Notification** | Rein F. Krammer<br>Masuda Funai Eiffert & Mitchell, Ltd.<br>203 N. LaSalle St., Suite 2500<br>Chicago, IL  60601-1262<br>**Via Court ECF Notification** |
| Eric Lopez Schnabel<br>Doresey & Whitney LLP<br>250 Park Ave.<br>New York, NY  10177<br>**Via Court ECF Notification** | Thomas F. Koegel<br>Folger Levin & Kahn LLP<br>275 Battery St., 23rd Fl.<br>San Francisco, CA  94111<br>**Via Court ECF Notification** | Norman W. Bernstein<br>N.W. Bernstein & Associates, LLC<br>800 Westchester Ave., Suite N319<br>Rye Brook, NY  10573 |
| Anthony L. Leffert<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th St., Suite 2600<br>Denver, CO  80202<br>**Via Court ECF Notification** | Anna Conlon Aguilar<br>521 Fifth Ave., Suite 3300<br>New York, NY  10175<br>**Via Court ECF Notification** | Michael James Edelman<br>Vedder Price Kaufman & Kammholz, P.C.<br>1633 Broadway, 47th Fl.<br>New York, NY  10019<br>**Via Court ECF Notification** |
| Charles D. Bullock<br>Stevenson & Bullock, PLC<br>29200 Southfield Rd., Suite 210<br>Southfield, MI  48076<br>**Via Court ECF Notification** | Sonya N. Goll<br>Stevenson & Bullock, PLC<br>29200 Southfield Rd.<br>Southfield, MI  48076<br>**Via Court ECF Notification** | Howard S. Beltzer<br>Morgan, Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY  10178<br>**Via Court ECF Notification** |
| Chester B. Salomon<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Ave., 16th Fl.<br>New York, NY  10171<br>**Via Court ECF Notification** | Robert R. Ross<br>Federal Express Corporation<br>3620 Hacks Cross Rd., Bldg. B-2nd Fl.<br>Memphis, TN  38125<br>**Via Court ECF Notification** | Wanda Borges<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 110<br>Syosset, NY  11791<br>**Via Court ECF Notification** |
| William L. Farris<br>Sullivan & Cromwell<br>125 Broad St.<br>New York, NY  10004<br>**Via Court ECF Notification** | Richard L. Epling<br>Pillsbury Winthrop LLP<br>1540 Broadway<br>New York, NY  10036<br>**Via Court ECF Notification** | Marc B. Merklin<br>Brouse McDowell<br>388 S. Main St., Suite 500<br>Akron, OH  44311<br>**Via Court ECF Notification** |
| Jessica E. Price<br>Brouse McDowell, LPA<br>1001 Lakeside Ave., Suite 1600<br>Cleveland, OH  44118<br>**Via Court ECF Notification** | Ashley Davis<br>Office of the Florida Attorney General<br>The Capitol, PL01<br>Tallahassee, FL  32399<br>**Via Court ECF Notification** | Melissa Detrick<br>Marshall & Melhorn, LLC<br>Four SeaGate, 8th Fl.<br>Toledo, OH  43604<br>**Via Court ECF Notification** |

Marshall Scott Huebner
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 1001

George V. Royle
Latham & Watkins, LLP
885 Third Ave.
New York, NY 10022
**Via Court ECF Notification**

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
**Via Court ECF Notification**

Joseph R. Sgroi
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
**Via Court ECF Notification**

Patrick J. Trostle
Jenner & Block LLP
919 Third Ave., 37th Fl.
New York, NY 10022
**Via Court ECF Notification**

Neil Andrew Goteiner
Farella Braun & Martel, LLP
235 Montgomery St., 30th fl.
San Francisco, CA 94104
**Via Court ECF Notification**

Robert J. Figa
Campbell O'Brieeen & Mistellle, P.C.
100 W. Big Beaver Rd., Suite 385
Troy, MI 48084
**Via Court ECF Notification**

Andrew Goldman
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Ave.
New York, NY 10022

Samuel Jason Teele
Lowenstein Sandler, P.C.
65 Livingston Ave.
Roseland, NJ 07068
**Via Court ECF Notification**

Robert E. McCarthy
Robert E. McCarthy
411 W. Lake Lansing Rd., Bldg. B 100-107
East Lansing, MI 48823-8439

David A. Lerner
Plunkett Cooney
38505 Woodward Ave., Suite 2000
Bloomfield Hills, MI 48304
**Via Court ECF Notification**

Stephen B. Grow
Warner Norcross & Judd, LLP
111 Lyon St., NW, Suite 900
Grand Rapids, MI 49503
**Via Court ECF Notification**

Robert J. Lemons
Weil Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
**Via Court ECF Notification**

Tricia A. Sherick
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.,
Detroit, MI 48226
**Via Court ECF Notification**

Robert B. Weiss
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
**Via Court ECF Notification**

Nan E. Joesten
Farella Braun & Martel, LLP
235 Montgomery St.
San Francisco, CA 94104
**Via Court ECF Notification**

Jennifer B. Kimble
Burr & Forman LLP
420 N. 20th St., Suite 3400
Birmingham, AL 35203
**Via Court ECF Notification**

Andrew A. Jones
Whyte Hirschboeck Dudek S.C.
555 E. Wells St., Suite 1900
Milwaukee, WI 53202-3819
**Via Court ECF Notification**

Brian M. Graham
SmithAmundsen LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
**Via Court ECF Notification**

Cynthia Jordan Lowery
Moore & Van Allen, PLLC
40 Calhoun St., Suite 300
Charleston, SC 29401
**Via Court ECF Notification**

Douglas Bacon
Latham & Watkins, LLP
233 S. Wacker Dr.
Chicago, IL 60606
**Via Court ECF Notification**

Mark J. Friedman
DLA Piper US LLP
6225 Smith Ave.
Baltimore, MD 21209
**Via Court ECF Notification**

Harvey R. Miller
Weil Gotshl & Manges LLP
767 Fifth Ave.
New York, NY 10153
**Via Court ECF Notification**

Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 101053
**Via Court ECF Notification**

Trent P. Cornell
Stahl Cowen Crowley LLC
55 W. Monroe, Suite 1200
Chicago, IL 60603
**Via Court ECF Notification**

Renee M. Dailey
Bracewell & Giuliani LLP
225 Asylum St.
Hartford, CT 06103
**Via Court ECF Notification**

James H. Freeman
Garvey Schubert Barer
100 Wall St., 20th Fl.
New York, NY 10005
**Via Court ECF Notification**

Ira M. Levee
Lowenstein Sandler, P.C.
65 Livingston Ave.
Roseland, NJ 07068
**Via Court ECF Notification**

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006
**Via Court ECF Notification**

David H. Wander
Wander & Associates, P.C.
641 Lexington Ave.
New York, NY 10022
**Via Court ECF Notification**

| | | |
|---|---|---|
| David B. Wheeler<br>Moore & Van Allen PLLC<br>Po Box 22828<br>Charleston, SC  29413-2828<br>**Via Court ECF Notification** | Sharon L. Stolte<br>Stinston Morrison Hecker LLP<br>10975 Benson<br>12 Corporate Woods, Suite 550<br>Overland Park, KS  66210-2600<br>**Via Court ECF Notification** | Ronald S. Pretekin<br>Coolidge Wall Co., LPA<br>33 W. First St., Suite 600<br>Dayton, OH  45402<br>**Via Court ECF Notification** |
| Christopher J. Giaimo, Jr.<br>Arent Fox LLP<br>1050 Connecticut Ave., NW<br>Washington, DC  20036-5339 | Kathleen H. Klaus<br>Maddin Hauser Wartell Roth & Heller PC<br>28400 Northwestern Hwy., 3rd Fl.<br>Southfield, MI  48304<br>**Via Court ECF Notification** | Victor Mastromarco, Jr.<br>Mastromarco & Jahn, P.C.<br>1024 N. Michigan Ave.<br>PO Box 3197<br>Saginaw, MI  48605<br>**Via Court ECF Notification** |
| Richard F. Hahn<br>Debevois & Plimpton LLP<br>919 Third Ave.<br>New York, NY  10022-6225<br>**Via Court ECF Notification** | Gabriel Del Virginia<br>Law Offices of Gabriel Del Virginia<br>641 Lexington Ave., 21st Fl.<br>New York, NY  10022<br>**Via Court ECF Notification** | Stuart A. Laven, Jr.<br>Benesch Friedlander Coplan & ARonoff<br>200 Public Squiare, Suite 2300<br>Cleveland, OH  4114<br>**Via Court ECF Notification** |
| Mark Russell Owens<br>Barnes & Thornburg LLP<br>11 S. Meridian St.<br>Indianapolis, IN  46204<br>**Via Court ECF Notification** | Paul J. Ricotta<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA  02111<br>**Via Court ECF Notification** | Mark D. Hofstee<br>Bolhouse Vander Hulst Risko Baar & Lefere, P.C.<br>3996 Chicago Dr., SW<br>Grandville, MI  49418<br>**Via Court ECF Notification** |
| Michael T. Conway<br>LeClairRyan<br>830 Third Ave., 5th Fl.<br>New York, NY  10022<br>**Via Court ECF Notification** | Michael E. Hastings<br>LeClairRyan<br>10 S. Jefferson St., Suite 1800<br>Roanoke, VA  24011<br>**Via Court ECF Notification** | Mark H. Shapiro<br>Steinberg, Shapiro & Clark<br>24901 Northwestern Hwy., Suit e611<br>Southfield, MI  48075<br>**Via Court ECF Notification** |
| Amish R. Doshi<br>Day Pitney LLP<br>7 Times Square<br>New York, NY  10036-7311<br>**Via Court ECF Notification** | Jonathan R. Schulz<br>Bush Seyferth & Paige PLLC<br>3001 W. Big Beaver Rd., Suite 600<br>Troy, MI  48084<br>**Via Court ECF Notification** | Susan Jennik<br>Kennedy Jennik & Murray, P.C.<br>113 University Pl., 7th Fl.<br>New York, NY  10003<br>**Via Court ECF Notification** |
| Thomas M. Kennedy<br>Kennedy Jennik & Murray, P.C.<br>113 University Pl., 7th Fl.<br>New York, NY  10003<br>**Via Court ECF Notification** | Paul R. Hage<br>Jaffe Raitt Heuer & Weiss, P.C.<br>27777 Franklin Rd., Suite 2500<br>Southfield, MI  48034<br>**Via Court ECF Notification** | Mark L. Radtke<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark St., ,Suite 800<br>Chicago, IL  60654<br>**Via Court ECF Notification** |
| Christopher F. Graham<br>McKenna Long & Aldridge LLP<br>230 Park Ave.<br>New York, NY  10169<br>**Via Court ECF Notification** | Debra S. Turetsky<br>Reed Smith LLP<br>559 Lexington Ave.<br>New York, NY  10022<br>**Via Court ECF Notification** | Andrew Neil Rosenberg<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY  10019<br>**Via Court ECF Notification** |
| Sara J. Geenen<br>Previant, Goldber, Uelmen, Gratz<br>1555 N. River Center Dr., Suite 202<br>Milwaukee, WI  53211<br>**Via Court ECF Notification** | Frederick Perillo<br>Previant Goldberg Uelmen Gratz<br>1555 N. River Center Dr., Suite 202<br>Milwaukee, WI  53212<br>**Via Court ECF Notification** | Marianne Goldstein Robbins<br>Previant Goldbert Uelmen Gratz<br>1555 N. River Center Dr., Suite 202<br>Milwaukee, WI  53212<br>**Via Court ECF Notification** |
| Carey D. Schreiber<br>Winston & Strawn LLP<br>200 Park Ave.<br>New York, NY  10166<br>**Via Court ECF Notification** | Barbara S. Mehlsack<br>Gorlick Kravitz & Listhaus P.C.<br>17 State St., 4th Fl.<br>New York, NY  10004<br>**Via Court ECF Notification** | Babette A. Ceccotti<br>Cohen Weiss and Simon<br>330 W. 42nd St., 25th Fl.<br>New York, NY  10036<br>**Via Court ECF Notification** |

| | | |
|---|---|---|
| Frank McGinn<br>Bartlett Hackett Feinberg P.C.<br>155 Federal St., 9th Fl.<br>Boston, MA 02110<br>**Via Court ECF Notification** | Steven R. Montgomery<br>Rawle & Henderson, LLP<br>14 Wall St., 27th Fl.<br>New York, NY 10005 | David N. Crapo<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJH 07102-5310<br>**Via Court ECF Notification** |
| Tonya A. Trumm<br>Michael Best & Friedrich<br>100 E. Wisconsin Ave.<br>Milwaukee, Wi 53202<br>**Via Court ECF Notification** | Kenneth A. Flaska<br>Dawda Mann Mulcahy & Sadler, PLC<br>39533 Woodward Ave., Suite 200<br>Bloomfield Hills, MI 48304<br>**Via Court ECF Notification** | Dawn R. Copley<br>Dickinson Wright PLLC<br>500 Woodward Ave., Suite 4000<br>Detroit, MI 48226<br>**Via Court ECF Notification** |
| Kerry M. Ewald<br>Dickinson Wright PLLC<br>424 Church St.,, Suite 1401<br>Nashville, TN 37212<br>**Via Court ECF Notification** | Colleen M. Sweeney<br>Dickinson Wright PLLC<br>424 Church St., Suite 1401<br>Nashville, TN 37219<br>**Via Court ECF Notification** | Doron Yitzchaki<br>Dickinson Wright PLLC<br>3001 E. Liberty St., Suite 500<br>Ann Arbor, MI 48104<br>**Via Court ECF Notification** |
| Teresa K.D. Currier<br>Saul Ewing LLP<br>222 Delaware Ave.<br>PO Box 1266<br>Wilmington, DE 19899-1266<br>**Via Court ECF Notification** | J. Alex Kress<br>Riker Danzig Scherer Hyland & Perretti<br>One Speedwell Ave.<br>PO Box 1981<br>Morristown, NJ 07962-1981<br>**Via Court ECF Notification** | Marc M. Bakst<br>Bodman LLP<br>1901 St. Antoine St.<br>6th Fl. At Ford Field<br>Detroit, MI 48226<br>**Via Court ECF Notification** |
| Richard G. Smolev<br>Kaye Scholer LLP<br>425 Park Ave.<br>New York, NY 10022<br>**Via Court ECF Notification** | Thomas M. Wilson<br>Kelley & Ferraro LLP<br>1300 E. Ninth St., Suite 1901<br>Cleveland, OH 44114 | Scott A. Steinberg<br>Rattet Pasternak & Gordon-Oliver, LLP<br>550 Mamaroneck Ave.<br>Harrison, NY 10528<br>**Via Court ECF Notification** |
| Susan M. Cook<br>Lambert Leser Isackson Cook & Giunta<br>916 Washington Ave., Suite 309<br>Bay City, MI 48708<br>**Via Court ECF Notification** | Austin L. McMullen<br>Boutl Cummings Conners & Berry<br>1600 Division St., Suite 700<br>Nashville, TN 37203<br>**Via Court ECF Notification** | Marc N. Swanson<br>Miller Canfield Paddock & Stone, PLC<br>150 W. JeffersonAVe., Suite 2500<br>Detroit, MI 48226<br>**Via Court ECF Notification** |
| Stuart Komrower<br>Cole Schotz Meisel Forman & Leonard PA<br>460 Park Ave., 8th Fl.<br>New York, NY 10022<br>**Via Court ECF Notification** | Sanford Philip Rosen<br>Sanford P. Rosen & Associates, PC<br>747 Third Ave.<br>New York, NY 10017-2803<br>**Via Court ECF Notification** | Sean M. Walsh<br>Giarmarco Mullins & Horton PC<br>101 W. Big Beaver Rd., Suite 1000<br>Troy, MI 48084-5280<br>**Via Court ECF Notification** |
| Michael B. O'Neal<br>Warner Norcross & Judd LLP<br>111 Lhyon St., NW, Suite 900<br>Grand Rapids, MI 49503<br>**Via Court ECF Notification** | David M. Blau<br>Kupelian Ormond & Magy, PC<br>25800 Northwester Hwy., Suite 950<br>Southfield, MI 48075<br>**Via Court ECF Notification** | Terrance A. Hiller<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Hwy., Suite 950<br>Southfield, MI 48075<br>**Via Court ECF Notification** |
| Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178<br>**Via Court ECF Notification** | William T. Green, III<br>11 Greenway Plaza, Suite 2820<br>Houston, TX 77046<br>**Via Court ECF Notification** | Michael S. Kimm<br>Kimm Law Firm<br>41 B Bancker St.<br>Englewood, NJ 07631 |
| John E. Jureller, Jr.<br>Klestadt & Winters, LLP<br>292 Madison Ave., 17th Fl.<br>New York, NY 10017<br>**Via Court ECF Notification** | Leslie S. Barr<br>Windels Marx Lane & Mittendor, LLP<br>156 W. 56th St.<br>New York, NY 10019<br>**Via Court ECF Notification** | Michael Reed<br>McCreary Veselka Bragg & Allen PC<br>Po Box 1269<br>Round Rock, TX 78680<br>**Via Court ECF Notification** |

Michael A. Nedelman
Nedelman Gloetzner PLLC
28580 Orchard Lake Rd., Suite 140
Farmington Hills, MI 48334
**Via Court ECF Notification**

Jasmine Powers
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022
**Via Court ECF Notification**

Brian Crowley
Klehr Harrison Harvey Branzburg & Ellers LLP
260 S. Broad St., Suite 400
Philadelphia, PA 19102
**Via Court ECF Notification**

Kenneth G. McIntyre
Sinas Dramis Brake Boughton & McIntyre, PC
3380 Pine Tree Rd.
Lansing, MI 48911

Steven B. Flancher
State of Michigan
Dept. of Attorney General
Revenue & Collections Division
PO Box 30754
Lansing, MI 48909
**Via Court ECF Notification**

Celeste R. Gill
Michigan Dept. of Atty. General
525 W. Ottawa St.
PO Box 30755
Lansing, MI 48909
**Via Court ECF Notification**

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave., Suite 4500
Seattle, WA 98154-1065
**Via Court ECF Notification**

Demetra Liggins
Thompson & Knight LLP
333 Clay St., Suite 3300
Houston, TX 77002
**Via Court ECF Notification**

Carl N. Kunz, III
Morris James LLP
500 Delaware Ave., Suite 1500
PO Box 2306
Wilmington, DE 198992306
**Via Court ECF Notification**

Eugene J. Chikowski
Flaster/Greenberg P.C.
1628 John F. Kennedy Blvd., 15th Fl.
Philadelphia, PA 19103
**Via Court ECF Notification**

Nicholaus J. Dilly
Angelina Fraccaro & Herrick PC
1626 W. Colonial Pkw.
Iverness, IL 60067

Don W. Blevins
McAlpine & Associates PC
3201 University Dr., Suite 100
Auburn Hills, MI 48326
**Via Court ECF Notification**

Stephanie Wickouski
Drinker Biddle & Reath LLP
140 Broadway, 39th Fl.
New York, NY 10005
**Via Court ECF Notification**

Christopher K. Kiplok
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
**Via Court ECF Notification**

George B. Cauthen
Nelson Mullins Riley & Scarborough, L LP
PO Box 11070
Columbia, SC 29211
**Via Court ECF Notification**

Dennis Jay Raterink
Michigan Dept. of Atty. General
525 W. Ottawa
Lansing, MI 48911
**Via Court ECF Notification**

Kenitta Franklin Toole
Mississippi State Tax Commission
PO Box 1033
Jackson, MS 39215

Christopher Combest
Quarles & Brady
500 W. Madison St., Suite 3700
Chicago, IL 60661

Christopher Robert Belmonte
Satterlee Stephens Burke & Burke, LLP
230 Park Ave.
New York, NY 10169-0079
**Via Court ECF Notification**

Michael S. Davi
Vinson & Elkins LLP
666 Fifth Ave, 26th Fl.
New York, NY 10103
**Via Court ECF Notification**

Michelle Goldis
Wilmer Cuther Pickening Hale & Dorr, LLP
399 Park Ave.
New York, NY 10022
**Via Court ECF Notification**

Adam D. Bruski
Lambert Leser Isackson Cook & Giunta, PC
916 Washington Ave., Suite 309
Bay City, MI 48708
**Via Court ECF Notification**

Robert H. Brownlee
Thompson Coburn LLP
One US Bank Plaza, Suite 2600
St. Louis, MO 63101
**Via Court ECF Notification**

Timothy S. McFadden
Locke Lord Bissell & Liddell, LLP
111 S. Wacker Dr.
Chicago, IL 60606

Roland Hwang
Michigan Dept. of Atty. General
525 W. Ottawa St.
PO Box 30754
Lansing, MI 48909
**Via Court ECF Notification**

Susan Przekop-Shaw
Michigan Dept. of Atty. General
525 W. Ottawa
PO Box 30736
Lansing, MI 48913
**Via Court ECF Notification**

Steven A. Ginther
Missouri Dept. of Revenue
General Counsel's Office
PO Box 475
Jefferson City, MO 65105-0475
**Via Court ECF Notification**

Jeffrey L. Coxon
Warren and Young PPL
134 W. 46 St.
Ashtabula, OH 44004
**Via Court ECF Notification**

Greg T. Kupniewski
Flaster/Greenberg, P.C.
1628 John F. Kennedy Blvd, 15th Fl.
Philadelphia, PA 19103
**Via Court ECF Notification**

Michael Friedman
Richards Kibbe & Orbe
One World Financial Center, 29th Fl.
New York, NY 10281
**Via Court ECF Notification**

Wendy G. Marcari
Epstein, Becker & Green, P.C.
250 Park Ave.
New York, NY  10177

Letitia Accarrino
Wilentz, Goldman-Spitzer, P.A.
90 Woodbridge Center Dr., Suite 900
PO Box 10
Woodbridge, NJ  07095
**Via Court ECF Notification**

Rakhee V. Patel
Pronske & Patel, P.C.
2200 Ross Ave., Suite 5350
Dallas, TX  75201
**Via Court ECF Notification**

Timothy Brian Martin
Torys LLP
237 Park Ave.
New York, NY  10017
**Via Court ECF Notification**

Mitchell A. Seider
885 Third Ave.
New York, NY  10022

Richard J. Bernard
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
**Via Court ECF Notification**

Randall D. Crocker
Von Briesen & Roper, S.C.
411 E. Wisconsin Ave., Suite 700
Milwaukee, WI  53202
**Via Court ECF Notification**

D. Douglas McGaw
Poling, McGaw & Poling, PC
5455 Corporate Dr., Suite 104
Troy, MI  48098
**Via Court ECF Notification**

Joshua D. Rievman
Hoguet Newman & Regal, LLP
10 E. 40th St.
New York, NY  10016

David L. Neale
Levene Neale Bender Rankin & Brill LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA  90067
**Via Court ECF Notification**

Paul Traub
Epstein, Becker & Green, P.C.
250 Park Ave.
New York, NY  10177

Matthew D. Novello
McAlpine & Associates PC
3201 University Dr., Suite 100
Auburn Hills, MI  48326
**Via Court ECF Notification**

Martin Alaniz
Wm. David Coffey, III & Associates
13810 FM 1826
Austin, TX  78737
**Via Court ECF Notification**

James S. Carr
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY  10178
**Via Court ECF Notification**

Jeffrey S. Stein
The Garden City Group, Inc.
105 Maxess Rd.
Melville, NY  11747
**Via Court ECF Notification**

David L. Pollack
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market St., 51st Fl.
Philadelphia, PA  19103

Cheryl Tama Oblander
Butler Rubin Saltarelli & Boyd LLP
70 W. Madison ST., Suite 1800
Chicago, IL  60602
**Via Court ECF Notificationk**

Charles N. Panzer
Sills Cummmis Epstein & Gross P.C.
One Riverfront Plaza
Newark, NJ  07102
**Via Court ECF Notification**

Samir Gebrael
Klestadt & Winters, LLP
292 Madison Ave., 17th Fl.
New York, NY  10117
**Via Court ECF Notification**

Jeffrey S. Davis
1422 Berry Dr.
Cleburne, TX  76033
**Via Court ECF Notification**

Richard E. Kruger
Jaffe, Raitt, Heuer & Weiss, P.C.
2777 Franklin Rd., Suite 2500
Southfield, MI  48034-8214
**Via Court ECF Notification**

Forrest B. Lammiman
Meltzer, Purtill & Stelle LLC
300 S. Wacker Dr., Suite 3500
Chicago, IL 60606
**Via Court ECF Notification**

Wm. David Coffey, III
Wm. David Coffey, III & Associates
13810 FM 1826
Austin, TX  78737
**Via Court ECF Notification**

Dianne Ruhlandt
Erman, Teicher, Miller, Zucker &
Freedman, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI  48034
**Via Court ECF Notification**

Mark L. Brown
Lakin Chapman, LLC
300 Evans Ave.
Wood River, IL 62095
**Via Court ECF Notification**

Gary A. Hansz
Williams, Williams, Rattner & Plunkett, P.C.
380 N. Old Woodward Ave., Suite 300
Birmingham, MI  48009
**Via Court ECF Notification**

Mary P. Miras
Paul Hastings Jamofsky & Walker LLP
75 E. 55th St.
New York, NY  10022
**Via Court ECF Notification**

John F. Carberry
Cummings & Lockwood, LLC
Six Landmark Sq.
Stamford, CT  06901
**Via Court ECF Notification**

Erica L. Edman
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036
**Via Court ECF Notification**

Timothy J. Dance
Snell & Wilmer, LLP
15 W. South Temple, Suite 1200
Salt Lake City, UT  84101
**Via Court ECF Notification**

Matthew E. Wilkins
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Ave., Suite 460
Birmingham, MI 48009
**Via Court ECF Notification**

Richard W. Paige
Bush Seyferth & Paige PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI 48084
**Via Court ECF Notification**

Mary W. Koks
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002
**Via Court ECF Notification**

Dwight Yellen
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Ave., 17th Fl.
New York, NY 10019
**Via Court ECF Notification**

Kenneth M. Lewis
Teitelbaum & Baskin, LLP
3 Barker Ave.
White Plains, NY 10601
**Via Court ECF Notification**

John J. Jolley, Jr.
Fidelity National Title Insurance Co.
11602 W. Center Rd., Suite 300
Omaha, NE 68144
**Via Court ECF Notification**

Jeffrey T. Wagner
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102
**Via Court ECF Notification**

Garland S. Cassada
Robinson Bradshaw & Hinson, P.A.
101 N. Tryon St., Suite 1900
Charlotte, NC 28246

Larry E. Parres
Lewis, Rice & Fingersh, LC
500 N. Broadway, Suite 2000
St. Louis, MO 63102
**Via Court ECF Notification**

Barbara Lee Caldwell
Asken Schenk P.C.
4742 N. 24th St., Suite 100
Phoenix, AZ 85016
**Via Court ECF Notification**

Martin James Weis
Dilworth Paxson LLP
3200 The Mellon Bank Center
1735 Market St.
Philadelphia, PA 19103
**Via Court ECF Notification**

Gary Greenberg
666 Fifth Ave., 27th Fl.
New York, NY 0103

Jeanette M. Gilbert
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**Via Court ECF Notification**

Donald F. Baty, Jr.
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
**Via Court ECF Notification**

Judy B. Calton
Honigman Miller Schwartz and Cohn L LP
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
**Via Court ECF Notification**

Steven Harris Blatt
Bellavia Gentile & Associates, LLP
200 Old Country Rd., Suite 400
Mineola, NY 11530
**Via Court ECF Notification**

Matthew A. Hamermesh
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Fl.
Philadelphia, PA 19103-6933
**Via Court ECF Notification**

Christopher A. Merritt
RJ Landau Partners, PLLC
5340 Plymouth Rd., Suite 200
Ann Arbor, MI 48105
**Via Court ECF Notification**

Maureen F. Leary
NYS Dept. of Law
Office of the Atty. General
Environmental Protection Bureau
The Capital
**Via Court ECF Notification**

Eugene Leff
New York State Dept. of Law
120 Broadway
New York, NY 10271
**Via Court ECF Notification**

Neal S. Mann
New York State Atty. General's Office
120 Broadway, 24th Fl.
New York, NY 10271

Marshall C. Turner
Husch & Eppenberger, LLC
1902 Carondelet Plaza, Suite 600
St. Louis, MO 63105
**Via Court ECF Notification**

David M. Eisenberg
Erman, Teicher, Mille, Zucker & Freedman, P.C.
400 Galleria Officentre, Suite 444
Southfield, MI 48034
**Via Court ECF Notification**

David J. Baldwin
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Fl.
1313 N. Market St.
Wilmington, DE 19801
**Via Court ECF Notification**

Theresa V. Brown-Edwards
Potter Anderson & Corroon, LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801
**Via Court ECF Notification**

P. Richard Hartley
Hartley & Hicman
PO Box 583
Greenville, AL 36037

Eric Fisher
Butzel Long
380 Madison Ave., 22nd Fl.
New York, NY 10017
**Via Court ECF Notification**

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Via Court ECF Notification**

Gregory G. Plotko
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Via Court ECF Notification**

Robert T. Schmidt
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
**Via Court ECF Notification**

Lucas Ward
150 E. Gay St., 21st Fl.
Columbus, OH 43215
**Via Court ECF Notification**

Deborah L. Fish
Allard & Fish, P.C.
2600 Buhl Bldg.
535 Griswold
Detroit, MI 48226
**Via Court ECF Notification**

Thomas R. Fawkes
Freeborn & Peters LLP
311 S.WAcker Dr., Suite 3000
Chicago, IL 60606-6677
**Via Court ECF Notification**

Matthew E. Russell
Hayes & Boone, LLP
1221 Avenue of the Americas
New York, NY 10020
**Via Court ECF Notification**

Peter S. Partee
Hunton & Williams LLP'
200 park Ave.
New York, NY 10166-0136
**Via Court ECF Notification**

Angel Hagmaier
211 E. Parkwood Ave., Suite 107
Friendwood, TX 77546

Adam L. Rosen
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
**Via Court ECF Notification**

Joanthan I. Rabinowitz
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Pkwy, Suite 100
Livingston, NJ 07039
**Via Court ECF Notification**

Todd A. Burgess
Greenberg Traurig LLP
2375 E. Camelback Rd., Suite 700
Phoenix, AZ 85015

Victoria D. Garry
Ohio Atty. General's Office
441 Vine St.
1600 Carew Tower
Cincinnati, OH 45202
**Via Court ECF Notification**

Donn Rosenblum
Office of the Atty. General of Ohio
150 E. Gay St., 21st Fl.
Columbus, OH 43215
**Via Court ECF Notification**

Elizabeth K. Flaagan
Faegre & Benson LLP
1700 Lincoln St., Suite 3200
Denver, CO 80203
**Via Court ECF Notification**

Eric T. Moser
K&L Gates LLP
599 Lexington Ave.
New York, NY 10022
**Via Court ECF Notification**

Philip D. Anker
Wilmer Cutler Pickering Hale and Dorr
399 Park Ave.
New York, NY 10022
**Via Court ECF Notification**

Lynn M. Brimer
Strobl & Sharp, P.C.
300 E. Long Lake Rd., Suite 200
Bloomfield Hills, MI 48304
**Via Court ECF Notification**

Tristan Manthey
Heller, Draper, Hayden, Patrick, Horn, LLC
650 Poydras St., Suite 2500
New Orleans, LA 70130
**Via Court ECF Notification**

David B. Aaronson
Drinker Biddle & Reath, LLP
18th & Cherry Sts.
Philadelphia, PA 1903
**Via Court ECF Notification**

Stephen C. Tingey
Ray Quinney & Nebeker, P.C.
36 S. State St., Suite 1400
PO Box 45385
Salt Lake City, UT 84145-0385

Geoffrey W. Heineman
Ropers Majeski Kohn & Bentley
17 State St., Suite 2400
New York, NY 10004
**Via Court ECF Notification**

Michelle T. Sutter
Ohio Attorney General
30 E. Broad St., 25th Fl.
Columbus, OH 43215-5148
**Via Court ECF Notification**

Shawn M. Christianson
Buchalter Nemer Fields & Younger
333 Market ST., 25th Fl.
San Francisco, CA 94105
**Via Court ECF Notification**

Allen G. Kadish
Greenberg Traurig, LLP
200 Park Ave.
PO Box 677
Florham Park, NJ 07932
**Via Court ECF Notification**

Thomas V. Askounis
Askounis & Darcy, PC
401 N. Michigan Ave., Suite 550
Chicago, IL 60611
**Via Court ECF Notification**

Carollynn H. G. Callari
Venable LLP
1270 Avenue of the Americas
New York, NY 10020
**Via Court ECF Notification**

Robert C. Pottinger
Barrick Switzer Long Balsley & Van Evera
6833 Stalter Dr., 1st Fl.
Rockford, IL 61108
**Via Court ECF Notification**

Sarah M. Chen
Locke Lord Bissell & Liddell LLP
885 Third Ave., 26th Fl.
New York, NY 10022
**Via Court ECF Notification**

Gary L. Antoniewicz
Boardman, Suhr, Curry & Field, LLP
1 S. Pinckney St.
PO Box 927
Madison, WI 53701-0927
**Via Court ECF Notification**

Mark G. Ledwin
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Dr.
White Plains, NY 10604
**Via Court ECF Notification**

N. Kathleen Strickland
Ropers Majeski Kohn & Bentley
201 Spear St., Suite 1000
San Francisco, CA 94105
**Via Court ECF Notification**

Thomas W. Schouten
Dunn, Sschouten & Snoap, P.C.
2745 DeHoop Ave., SW
Wyoming, MI 48509
**Via Court ECF Notification**

Michael S. Holmes
8100 Washington Ave., Suite 120
Houston, TX 77007
**Via Court ECF Notification**

Harvey A. Strickon
Paul, Hastings, Janofsky & Walker LLP
75 E. 55th St.
New York, NY 10022-3205
**Via Court ECF Notification**

H. Christopher Mott
Gordon & Mott, P.C.
4695 N. Mesa St.
El Paso, TX 79912

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Arthur J. Spector
Berger Singerman, PA
350 E. Las Olas Blvd., Suite 1000
Ft. Lauderdale, FL 33301
**Via Court ECF Notification**

James C. Carignan
Pepper Hamilton, LLP
3000 Two Logan Square
18th and Arch Sts.
Philadelphia, PA 19103-2799
**Via Court ECF Notification**

Michael E. Norton
Norton & Associates, LLC
317 Madison Ave., Suite 415
New York, NY 10017
**Via Court ECF Notification**

Peter F. Jazayeri
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd.
Beverly Hills, CA 90212
**Via Court ECF Notification**

Kenneth J. Schweiker, Jr.
Brown & Connery LLP
6 N. Broad St.
Woodbury, NJ 08096
**Via Court ECF Notification**

James Christopher Caldwell
Stark Regan
111 W. Long Lake Rd., Suite 202
Troy, MI 48098
**Via Court ECF Notification**

John A. Bicks
Sonnenschein Nth & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Max Anderson Moseley
Johnston Barton Proctor & Powell, LLP
2900 Sixth Ave., N
Birmingham, AL 35203
**Via Court ECF Notification**

Dan Elias
Elias Group LLP
411 Theodore Fremd Ave.
Rye, NY 10580
**Via Court ECF Notification**

John R. Burns, III
Banker & Daniels LLP
111 E. Wayne St., Suite 800
Ft. Wayne, IN 46802
**Via Court ECF Notification**

Shmuel Vasser
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
**Via Court ECF Notification**

David G. Ebert
Ingram, Yuzek, GAinen, Carroll & Bertolotti, LLP
250 Park Ave.
New York, NY 10177
**Via Court ECF Notification**

David A. Salem
Hicks Schmidlin & Salm, P.C.
5302 Gateway Centre
Flint, MI 48507

Wendy B. Green
Forman Holt Eliades & Ravin LLC
80 Route 4, Suite 290
Paramus, NJ 07652
**Via Court ECF Notification**

Kim R. Lynch
Forman Holt Eliades & Ravin LLC
80 Route 4, E., Suite 290
Paramus, NJ 07652
**Via Court ECF Notification**

Matthew J. Shier
Pinnacle Law Group LLP
425 California St., #1800
San Francisco, CA 94104
**Via Court ECF Notification**

Eric T. Ray
Balch & Bingham, LLP
1901 Sixth Ave., N., Suite 2600
PO Box 306
Birmingham, AL 35201-0306
**Via Court ECF Notification**

Sam Della Fera, Jr.
Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.
347 Mt. Pleasant Ave., Suite 300
West Orange, NJ 07052
**Via Court ECF Notification**

Robert W. Phillips
SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
**Via Court ECF Notification**

Melissa Z. Neier
Ivey, Barnum & O'Mara, LLC
170 Mason St.
Greenwich, CT 06830
**Via Court ECF Notification**

Louis A. Curcio
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020
**Via Court ECF Notification**

Michael S. Leib
Maddin Hauser Wartell Roth & Heller PC
28400 Northwestern Hwy., 3rd Fl.
Southfield, MI 48034
**Via Court ECF Notification**

Mark C. Haut
Fulbright & Jaworski, LLP
666 Fifth Ave.
New York, NY 10103

Richard M. Meth
Day Pitney LLP
PO Box 1945
Morristown, NJ 07962-1945
**Via Court ECF Notification**

Richard W. Martinez
Richard W. Martinez, APLC
228 St. Charles Ave., Suite 1310
New Orleans, LA 70130
**Via Court ECF Notification**

Peter Alan Zisser
Squire, Sanders & Dempsey L.L.P.
1095 Avenue of the Americas
New York, NY 10036

Fred Stevens
Fox Rothschild LLP
100 Park Ave., 15th Fl.
New York, NY 10017
**Via Court ECF Notification**

Matthew F. Fitzsimmons
State of Connecticut
Office of the Atty. General
110 Sherman St.
Hartford, CT 06105
**Via Court ECF Notification**

Jeff Klusmeier
Missouri Atty. General's Office
221 W. High St.
Jefferson City, MO 65102
**Via Court ECF Notification**

Joseph O'Neil, Jr.
Smith Reed LLP
1201 N. Market St., Suite 1500
Wilmington, DE 19801

David T. Lin
Seyburn, Kahn, Ginn, Bess and Serlin
2000 Town Center, Suite 1500
Southfield, MI 48075
**Via Court ECF Notification**

Jayson B. Ruff
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
**Via Court ECF Notification**

Jennifer Lauren Saffer
J.L. Saffer, PC
20 Vasey St., 7th Fl.
New York, NY 10007
**Via Court ECF Notification**

Benjamin D. Feder
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178

Mark Edwin Browning
Texas Atty. General's Office
Bankruptcy - Collection Division
PO Box 12548
Austin, TX 78711-2548
**Via Court ECF Notification**

Jacob F. Lamme
McNamee Lochner, Titus & Williams, P.C.
677 Broadway
Albany, NY 12207
**Via Court ECF Notification**

Scott K. Rutsky
Proskauer Rose LLP
1585 Broadway
New York, NY
**Via Court ECF Notification**

James D. Newbold
Office of the Illinois Atty. General
100 W. Randolph St.
Chicago, IL 60601
**Via Court ECF Notification**

Leslie C. Levy
Nebraska Atty. General's Office
2115 State Capitol
Lincoln, NE 68509
**Via Court ECF Notification**

Garry M. Graber
Hodgson Russ LLP
TheGuarantyBldg., Suite 100
140 Pearl St.
Buffalo, NY 14202-4040
**Via Court ECF Notification**

Leslie Stein
Seyburn, Kahn, Ginn, Bess and Serling, PC
2000 Town Center, Suite 1500
Southfield, MI 48075
**Via Court ECF Notification**

Terence E. McCartney
Rheingold Valet Rheingold Shkolnik &
McCartney LLP
113 E. 37th ST.
New York, NY 10016

Kenneth Ziman
Simpson Thacher & Bartlett, LLP
425 Lexington Ave.
New York, NY 10017

Paula A. Hall
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Wooldward Ave., Suite 460
Birmingham, MI 48009
**Via Court ECF Notification**

Kimberly A.Walsh
Office of the Atty. General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711
**Via Court ECF Notification**

John J. Privitera
McNamee, Lochner, Titus & Williams, P.C.
677 Broadway
Albany, NY 12207-2503
**Via Court ECF Notification**

Troy King
State of Alabama
Office of the Atty. General
500 Dexter Ave.
Montgomery, AL 36104-3718

Julius O. Curling
State of Michigan
Dept. of the Atty. General
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
**Via Court ECF Notification**

Marvin E. Clements, Jr.
Office of the Tennessee Atty. General
Bankruptcy & Collections Division
425 Fifth Ave., N., 2nd Fl.
Nashville, TN 37243
**Via Court ECF Notification**

James W. Ehrman
Kohrman Jackson & Krantz PLLC
1375 E. 9th St., Suite 2000
Cleveland, OH 44114-1793
**Via Court ECF Notification**

Eric G. Waxman, III
Westerman Ball Ederer Miller Sharfstein
170 Old Country Rd., Suite 400
Mineola, NY 11501
**Via Court ECF Notification**

Stephen B. Foley
Stephen B. Foley, P.C.
9900 Pelham Rd.
Taylor, MI 48180
**Via Court ECF Notification**

Michael G. Gallacher
Roth & Dempsey, P.C.
436 Jefferson Ave.
Scranton, PA 18510
**Via Court ECF Notification**

Jerry Patterson
PO Box 629
Marshall, AR 72650

Edward P. Zujkowski
Emmet, Marvin & Martin, LLP
120 Broadway
New York, NY 10271
**Via Court ECF Notification**

Erin L. Eliasen
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
**Via Court ECF Notification**

Andrea Fischer
Olshan Grundman Frome Rosenzweig & Wolosky, LLP
Park Avenue Tower
65 E. 55th ST.
New York, NY 10022
**Via Court ECF Notification**

Teresa H. Chan
Sidley Austin LLP
787 Seventh Ave.
New York, NY 10019
**Via Court ECF Notification**

Thomas M. Spera
The MathWorks, Inc.
3 Apple Hill Dr.
Natick, MA 01760

Paul J. Pascuzzi
Felderstein Fitzgerald Willoughby & Pascuzzi, LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434
**Via Court ECF Notification**

Susan R. Katzoff
Hiscock & Barclay, LLP
One Park Place
300 S. State St.
Syracuse, NY 13202-2078
**Via Court ECF Notification**

James B. Holden
1525 Sherman St., 7th Fl.
Denver, CO 80203

J. Casey Roy
Texas Atty. General's Office
Bankruptcy & Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

Gerald L. Mills
2255 W. Laskey Rd.
Toledo, OH 43613-5760
**Via Court ECF Notification**

Mary Joanne Dowd
Arent Fox LLP
1050 Connecticut Ave., NW
Washington, DC 20036
**Via Court ECF Notification**

Stuart A. Krause
Zeichner Ellman & Krause
575 Lexington Ave.
New York, BY 10022
**Via Court ECF Notification**

Jonathan Bradley Alter
Bingham McCutchen LLP
One State St.
Hartford, CT 06103
**Via Court ECF Notification**

Charlotte P. Bodel
Edwards Angell Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA 02199

Walter Benzija
Halperin Battaglia Raicht, LLP
555 Madison Ave., 9th Fl.
New York, NY 10022
**Via Court ECF Notification**

James P. Moloy
Dann Pecar Newman & Kleiman, P.C.
One American Square, Suite 2300
Indianapolis, IN 46282
**Via Court ECF Notification**

Joseph N. Cordaro
United States Attorney's Office, SDNY
86 Chambers St., 3rd Fl.
New York, NY 10007
**Via Court ECF Notification**

Matthew L. Schwartz
Reed Smith LLP
435 Sixth Ave.
Pittsburgh, PA 15219

Brian Shoichi Masumoto
Office of the U.S. Trustee
33 Whitehall St., 21st Fl.
New York, NY 10004

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall St., 21st Fl.
New York, NY 10004

Suzanne Hepner
Levy Ratner, P.C.
80 Eighth Ave., 8th Fl.
New York, NY 10036
**Via Court ECF Notification**

Michael P. Richman
Patton Boggs LLP
1185 Avenue of the Americas, 30th Fl.
New York, NY 10036
**Via Court ECF Notification**

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 N. Broom ST.
Wilmington, DE 19806
**Via Court ECF Notification**

Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
350 S. Main ST., Suite 400
Ann Arbor, MI 48104
**Via Court ECF Notification**

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th St., NW, Suite 2100
Atlanta, GA 303.63-1031
**Via Court ECF Notification**

Kenneth M. Schneider
Schneider Miller, PC
645 Griswold, Suite 3900
Detroit, MI 48226
**Via Court ECF Notification**

Trent B. Collier
Dickinson Wright PLLC
301 E. Liberty St., Suite 500
Ann Arbor, MI 48104

Mary M. MaloneyHuss
W.L. Gore & Associates, Inc.
551 Paper Mill Rd.
PO Box 9206
Newark, DE 19714

Jerry W. Gerde
Johnston Harris Gerde & Komarek, P.A.
239 E. 4th St.
Panama City, FL 32401

Frank W. DiCastri
Foley & Lardner LLP
777 E. Wisconsin Ave.
Milwaukee, WI 53202
**Via Court ECF Notification**

Anna Boelitz
Bingham McCutchen, LLP
One State St.
Hartford, CT 06103-3178
**Via Court ECF Notification**

| | | |
|---|---|---|
| Melissa-Jean Rotini<br>Westchester County Attorney's Office<br>148 Martine Ave., 6th Fl.<br>White Plains, NY 10601<br>**Via Court ECF Notification** | Matthew K. Beatman<br>Zeisler & Zeisler, P.C.<br>558 Clinton Ave.<br>PO Box 3186<br>Bridgeport, CT 06605<br>**Via Court ECF Notification** | Merritt A. Pardini<br>Katten Muchin Rosenman LLP<br>575 Madison Ave.<br>New York, NY 10022<br>**Via Court ECF Notification** |
| Ken Kansa<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, IL 60603<br>**Via Court ECF Notification** | Jack M. Wilhelm<br>Jack M. Wilhelm Attorney at Law<br>1201 Rio Grande, Suite 100<br>Austin, TX 78701 | Phillip W. Bohl<br>Gray Plant Mooty Mooty & Bennett, P.A.<br>3400 City Center<br>33 S. Sixth St., Suite 3400<br>Minneapolis, MN 55402<br>**Via Court ECF Notification** |
| Kenneth A. Nathan<br>Nathan Zousmer, P.C.<br>29100 Northwestern Hwy., Suite 260<br>Southfield, MI 48034<br>**Via Court ECF Notification** | Robert H. Garretson, III<br>Palmieri Tyler Wiener Wilhelm & Waldron<br>2603 Main St., Suite 1300<br>Irvine, CA 92603 | Ilissa Churgin Hook<br>Yablonsky & Associates, P.C.<br>1430 Route 23, N.<br>Wayne, NJ 07470<br>**Via Court ECF Notification** |
| John J. Hunter, Jr.<br>Hunter & Schank Co. LPA<br>1700 Canton Ave.<br>Toledo, OH 43604<br>**Via Court ECF Notification** | Thomas J. Schank<br>Hunter & Schank Co. LPA<br>1700 Canton Ave.<br>Toledo, OH 43604<br>**Via Court ECF Notification** | Terry L. Zabel<br>Rhoades McKee<br>161 Ottawa Ave., NW, Suite 600<br>Grand Rapids, MI 49503<br>**Via Court ECF Notification** |
| Atlas Oil Company<br>24501 Ecorse Rd.<br>Taylor, MI 48180 | Diana G. Adams<br>Office of the U.S. Trustee<br>33 Whitehall ST., 21st Fl.<br>New York, NY 10004 | Richard M. Allen<br>2233 Egremont Plain Rd.<br>PO Box 108<br>North Egremont, MA 01252 |
| Aspen Marketing Services, Inc.<br>c/o Winston & Strawn LLP<br>200 Park Ave.<br>New York, NY 10166 | Auto Craft Tool & Die Co. Inc.<br>1800 Fruit St.<br>Algonac, MI 48001 | Peter Backus<br>15609 Allnutt Lane<br>Burtonsville, MD 20866 |
| Bloomington Syndicate<br>c/o Marx Realty & Improvement Co., Inc.<br>708 Third Ave.l, 21st Fl.<br>New York, NY 10017 | Canadian Export Antitrust Plaintiffs<br>c/o Ashleigh A. Danker<br>Kaye Scholer LLP<br>1999 Avenue of the Stars, 17th Fl.<br>Los Angeles, CA 90067 | Cecelia Adair<br>District Clerk, Hays County, Texas<br>Hays County Justice Center<br>110 E. M.L.K. Dr., Room 123<br>San Marcos, TX 78066 |
| William H. Chambers<br>501 Cumberland Rd.<br>Tyler, TX 75703 | Marcel Cicic<br>99-40 68 Rd., A pt. 9U<br>Rego Park, NY 11374 | DW Griffith Inc.<br>100 Phila Pike, Suite B<br>Wilmington, DE 19809 |
| Adrienne Goldner<br>2847 Lexington Lane<br>Highland Park, IL 60035 | Howard Goldner<br>2847 Lexington Lane<br>Highland Park, IL 60035 | Greater New York Automotive Dealers Association<br>c/o Robinson Brog, et al.<br>1345 Avenue of the Americas, 27th Fl.<br>New York, NY 10103 |
| Joseph P. Gromacki<br>Jenner & Block LLP<br>330 N. Wabash Ave.<br>Chicago, IL 60611 | Michael S. Kimm<br>Kimm Law Firm<br>41 B. Bancker St.<br>Englewood, NJ 07631 | Barbara Kowalsky<br>243 Shenandoah Rd.<br>Hopewell Jct., NY 12533 |

LG Electronics USA, Inc.
c/o Winston & Strawn
200 Park Ave.
New York, NY 10166

Bruce Linhart
89 Beatrice Ave
West Islip, NY 11795

Maxxis International USA
545 Old Peachtree Rd.
Suwannee, GA 30024-2944

Doris McGill
3733 Camry Ct.
Sebring, FL 33872-1443

Michael A. Cox
Atty. General for the State of Michigan
PO Box 30754
Lansing, MI 48909

Mogan Adhesives Company
c/o Windels Marx Lane & Mittendorf, LLC
Attn: Leslie S. Barr
156 W. 56th St.
New York, NY 10019

Radha R.M. Narumanchi
657 Middletown Ave.
New Haven, CT 06513

Lydia D. Neyland
20 Belmawr Dr.
Rochester, NY 14624

PTI Quality Containment Solutions, LLC
6501 E. Nevada
Detroit, MI 48234

Peter Petra
3304 93 St., Apt. 3V
Jackson Heights, NY 11372

Jonathan Lee Riches
Federal Medical Center
PO Box 14500
Lexington, KY 40512

SAS Institute Inc.
100 SAS Campus Dr.
Cary, NC 27513

Stanley D. Smith
608 N. 13th St.
Middletown, IN 47356

Leo St. Amour
1874 Burning Bush
Rochester Hills, MI 48309

Standard Electric Company
Corporate Office
2650 Trauntner Dr.
PO Box 5289
Saginaw, MI 48603-0289

Matthew A. Swanson
Leonard Street and Deinard
150 S. Fifth St., Suite 2300
Minneapolis, MN 55402

Timco, LLC
2000 Town Center, Suite 2100
Southfield, MI 48075

Weil Gotshal & Manges, LLP
767 Fifth Ave.
New York, NY 10153

Western Flyer Express, Inc.
c/o Windels Marx Lane & Mittendorf, LLP
Attn: Leslie S. Barr
156 W. 56th ST.
New York, NY 10019