Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

    and

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862

*Co-Counsel for Delta Township Utilities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                               :

In re:                                        :        Chapter 11

**GENERAL MOTORS CORP.,** *et al.*,   :        Case No. 09-50026 (REG)

                **Debtors.**              :        (Jointly Administered)

------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF DELTA TOWNSHIP UTILITIES,
LLC TO DEBTORS' NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN
CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND (II) CURE AMOUNTS RELATED THERETO**
[Docket No. 1013]

      Delta Township Utilities, LLC ("Delta I"), by and through their undersigned counsel,

hereby withdraw their *Objection* to *Debtors' Notice Of (I) Debtors' Intent To Assume And Assign*

*Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto* (the "Objection") (Docket No. 1013), pursuant to a settlement between Delta I and the Debtors.

Dated: Garden City, New York
September 4, 2009

                MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

                By: /s/ *Jil Mazer-Marino*
                    Thomas R. Slome (TS-0957)
                    Jil Mazer-Marino (JM-6470)

                990 Stewart Avenue
                Suite 300
                P.O. Box 9194
                Garden City, New York 11530-9194
                Telephone: (516) 741-6565
                Facsimile: (516) 741-6706

                And

                Russell R. Johnson III, Esq.
                John M. Merritt, Esq.
                LAW FIRM OF RUSSELL R. JOHNSON III, PLC
                2258 Wheatlands Drive
                Manakin-Sabot, Virginia 23103
                Telephone: (804) 749-8861
                Facsimile: (804) 749-8862

                *Co-Counsel for Delta Township Utilities, LLC*

731720