STEINBERG SHAPIRO & CLARK
Mark H. Shapiro (MI Bar No. P43134)
24901 Northwestern Hwy., Suite 611
Southfield, Michigan 48075
Telephone: (248) 352-4700
Email: shapiro@steinbergshapiro.com

*Attorney for ICM Systems, LLC and Ingersoll Production Systems, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,    :    Chapter 11
    f/k/a General Motors Corp., *et al.,*    :    Case No. 09-50026(REG)
                                                             :    (Jointly Administered)
                Debtors.        :
-------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF ICM SYSTEMS, LLC AND INGERSOLL PRODUCTION SYSTEMS, LLC'S LIMITED OBJECTIONS TO THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS

ICM Systems, LLC and Ingersoll Production Systems, LLC, by and through their counsel, Steinberg Shapiro & Clark, withdraws its Limited Objections to the Assumption of Certain Executory Contracts [Docket No. 1047] filed on June 15, 2009.

                                            STEINBERG SHAPIRO & CLARK

                                            /s/ Mark H. Shapiro (P43134)
                                            Co-counsel for ICM Systems, LLC and
                                            Ingersoll Production Systems, LLC
                                            24901 Northwestern Hwy., Suite 611
                                            Southfield, Michigan 48075
                                            (248) 352-4700
                                            shapiro@steinbergshapiro.com

Date: September 8, 2009