Neil A. Goteiner
Dean M. Gloster (*Pro Hac Vice* Application Pending)
Nan E. Joesten (*Pro Hac Vice* Application Pending)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for General Motors Retirees Association

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. 09-50026 (REG) |
| GENERAL MOTORS CORPORATION, | (Jointly Administered) |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

24677\2033207.1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Farella Braun + Martel, LLP, 235 Montgomery Street, 18th Floor, San Francisco, California in its capacity as counsel to General Motors Retirees Association is no longer associated with the above action and respectfully requests that no further pleadings or other documents be served on Neil A. Goteiner of Farella Braun + Martel LLP.

| | |
|---|---|
| Dated: September 3, 2009 | Respectfully submitted, |
| | FARELLA BRAUN & MARTEL LLP |
| | By:    /s/ Neil A. Goteiner |
| | Neil A. Goteiner (NG 1644) |
| | Attorneys for General Motors Retirees Association |