8/22/09

Dana H. Fox Pro-se
1625-2 Parkmeadows Dr.
Fort Myers Fla. 33907

Bankruptcy Court-Southern District of New York
U.S. Customs House
1 Bowling Green 6th Floor
N.Y., N.Y. 10004

Re: Lifting of
Automatic Stay
09-50026(REG)

Dear Your Honor:

This motion to lift the Automatic Stay of Bankruptcy is based on
The Fact That neither Val Ward Dealership or General Motors, Inc.
has voluntarily come forward with information concerning the
purchase and service and driving experience of a vehicle purchased
through Val Ward in Florida: Both parties are now fully subpoenaed
and the court has indicated that if the parties do not produce
the documents that they are in contempt.
There are mis-representations in the purchase of the vehicle
documented in telephone records held by G.M. Inc.; G.M. Inc. said
all the dealer had to do is ask for the records yet won't give
the record to the dealer.
The vehicle in question (Aurora) is involved with previous litigation
as the traction control goes off on the highway when the car hits
water causing the car to go out of control: The car also has
traction control problems coming down hills in snow.
This is a matter of public safety and an additional reason to
lift the stay. Thank-you.

Respectfully Submitted,

Dana H. Fox, Pro-se

BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT
OF NEW YORK

Dana H. Fox, Pro-se )
      Plaintiff )
)
V. )
) Lower Court Case: 03-CA-3653
Val Ward, General Motors, Inc. )
      Defendants ) Bankruptcy Case: 09-50026(REG)
(Motors Liquidation Co.) )
)

Motion to Lift The Automatic
Stay of Bankruptcy in The
Lower Court

Now Comes Plaintiff Pro-se Dana H. Fox with this motion to Lift the stay of bankruptcy filed by the attorney(s) for G.M., Inc. operating under the alias of "Motors Liqidation Co.", for the following Facts:    '(Under Code 11USC Sect. 362)'

1). The original lawsuit in the Circuit Court For Lee County Florida was filed on 9/10/03 and pre-dates the alleged bankruptcy of G.M., Inc. See Exhibit 1.

2). As this Motion to lift the Automatic Stay is based on the purpose of lifting the Automatic Stay so six years of <u>obstructed</u> litigation may come to a close; This is not the venue, or jurisdiction to argue or present the merits of the lower court case: The plaintiff Pro-se Mr. Fox observes that this is another maneuver and delay tactic by G.M. to avoid Contempt charges and/or settling with the Plaintiff which is in G.M.'s best interest(s).

3). G.M. (Motors Liuidation Co.) is "Bailed-Out" by The United States Government and is really, <u>Not</u> Bankrupt.

4). Mr. Fox Pro-se Motions the Court to recognize that if the court allows G.M. (Motors Liqidation Co.) to continue under the cloak of bankruptcy, the court is preventing legitimate claims under Due Process, to go forwaed.

Wherefore, as Mr. Fox Pro-se is utilizing his Right To Petition the Government for Re-Dress of a Grievance; And this matter in lower court was filed well before the Alleged Bankruptcy of G.M., Inc; And in the interest of Justice and Due Process with Protection of Consumer Rights under the Magnuson-Moss Federal Warranty Act: A Product must work the way it was intended or the consumer gets their money back....
Mr. Fox Pro-se Motions this Honorable court to sign the accompanying Order to lift the Automatic Stay so the Matter in Lower Court May Go Forwaed. Thank-you.

Respectfully Submitted,

Dana H. Fox, PRO-SE

Dana H. Fox, Pro-se

BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT
OF NEW YORK

```
Dana H. Fox, Pro-Se          )
          Plaintiff          )
                             )
V.                           )         Lower Court Case:  03-CA-3653
                             )
Val Ward, General Motors Inc.)         Bankruptcy Case:   09-50026
          Defendants         )
   (Motors Liquidation Co.)  )
                             )
```

ORDER

This Order will Lift the Automatic Stay of Bankruptcy in the Lower Court Case 03-CA-3653 in The Circuit Court For Lee County Florida.

Signed on this day by the Presiding Judge in this Matter before the Bankruptcy Court For The The Southern District of New York.

_____                    _____
        Date                                  Presiding Judge:

**OFFICIAL RECEIPT**
Lee County Clerk of Courts - Civil

CASE #03 CA 3653

Payor
Fox, Dana H

Receipt N:
**CVFM-2003-0846**

Transaction Date
09/10/200

| Description | Amount Paid |
|---|---|
| Fox, Dana H | |
| 03-CA-03653 | |
| Fox, Dana H Plaintiff vs General Motors Defendant - VACUARD | |
| Filing Fees (CA) | 89.50 |
| **SUBTOTAL** | **89.50** |
| Remaining Balance Due: $0.00 | |

**PAYMENT TOTAL**     89.50

Cash Tendered      90.00
Total Tendered     **90.00**
Change              0.50

09/10/2003         Cashier chodge          Audit
03:58 PM           Station CTO-003         250030755

**OFFICIAL RECEIPT**

ex. 1.

IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT, IN AND FOR
LEE COUNTY, FLORIDA

DANA H. FOX,

    Plaintiff,

vs.                                            CASE NO.: 03-CA-03653

VAL WARD OLDSMOBILE and
GENERAL MOTORS CORPORATION,

    Defendant.
_____/

## NOTICE OF BANKRUPTCY

PLEASE TAKE NOTICE that, on June 1, 2009, (the "Commencement Date"), General Motors Corporation (now known as "Motors Liquidation Company") and certain of its subsidiaries filed a voluntary petition seeking bankruptcy protection under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) ("Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"). The bankruptcy case has been assigned Case No. 09-50026 (REG). PLEASE BE ADVISED that, as of the Commencement Date, any cause of action against General Motors Corporation (now known as "Motors Liquidation Company") in this lawsuit is stayed pursuant to section 362 of the Bankruptcy Code (the "Automatic Stay"), which provides that the filing of the petition, among other things, "operates as a stay, applicable to all entities, of...the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title ...." and of "any act to obtain possession of

GX. 2

property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1) & 362(a)(3).

PLEASE BE FURTHER ADVISED that any action taken against General Motors Corporation (now known as "Motors Liquidation Company") in this lawsuit without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void <u>ab initio</u> and may result in a finding of contempt against Plaintiff. General Motors Corporation (now known as "Motors Liquidation Company") reserves and retains its statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to Plaintiff Dana H. Fox, *pro se*, 1625-2 Parkmeadows Drive, Fort Myers, Florida 33907, this ____ day of July, 2009.

CHARLES P. MITCHELL
Florida Bar No. 0818240
WESTLEY F. LOCKWOOD
Florida Bar No. 0596213
RUMBERGER, KIRK & CALDWELL, P.A.
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752

Attorneys for Defendant General Motors Corporation

1518225

2

EX-2



# Rumberger
## KIRK & CALDWELL

Westley F. Lockwood
Rumberger, Kirk & Caldwell, P.A.
Attorneys at Law

100 North Tampa Street
Suite 2000 (33602)
Post Office Box 3390
Tampa, Florida 33601-3390
Phone:  813.223.4253
Fax:       813.221.4752
wlockwood@rumberger.com
www.rumberger.com

August 5, 2009

Dana Fox
1625-2 Park Meadows Drive
Fort Myers, FL 33907

Re:  *Fox, Dana v Val Ward Oldsmobile and General Motors Corporation*
Our File No.:  G027-107232

Dear Mr. Fox:

    Pursuant to the Notice of Bankruptcy filed on DATE, the motion hearings set for August 10, 2009 must be canceled. General Motors Corporation (now known as "Motors Liquidation Company") has filed a Notice of Cancellation of the hearing set on its motions. Please contact Judge Gerald's assistant and cancel the hearings on the motions you have set as well. As stated in the Notice of Bankruptcy, any action taken against General Motors Corporation (now known as "Motors Liquidation Company") in this lawsuit without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void <u>ab initio</u> and may result in a finding of contempt against Plaintiff. General Motors Corporation (now known as "Motors Liquidation Company") reserves and retains its statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay. A copy of this letter is also being sent to Judge Gerald and Matthew Belcastro.

    Thank you for your cooperation in this matter. I look forward to hearing from you.

Very truly yours,

Westley F. Lockwood

1535163

ORLANDO ■ MIAMI ■ TALLAHASSEE ■ TAMPA ■ BIRMINGHAM

CIRCUIT COURT

DANA H. FOX, PRO-SE )
V. )   CASE: 03-CA-3653
VAL WARD, GENERAL MOTORS )
)
)
/

MOTION TO COURT TO
HAVE TRANSCRIPT OF THE END
OF SEPT. 29, 2008 HEARING

NOW COMES PLAINTIFF PRO-SE TO MOTION COURT TO HAVE THE TRANSCRIPT OR HEARING NOTES FOR THE END OF THE SEPT. 29, 2008 HEARING WHERE THE HONORABLE JUDGE GERALD TOLD MR. FOX PRO-SE TO SERVE GENERAL MOTORS, AND WHERE THE JUDGE SAID "WE'LL GO FOR CONTEMPT" IF THE SUBPOENAED INFORMATION IS NOT PROVIDED. THIS IS FOR THE JUDGE'S BENEFIT FOR COMPLETE RE-CALL AND PROOF OF WHAT WAS SAID IN THE HEARING OF SEPT. 29, 2008.

A TRUE COPY IS MAILED BY
U.S. MAIL ON THIS DATE
7/30/09

C: ATTORNEY BELCASTRO - VAL WARD
   " MITCHELL
   & LOCKWOOD ) G.M.
CLERK OF COURT
JUDGE GERALD,
JIM GEORGIA VAL WARD

RESPECTFULLY SUBMITTED
DH Fox  PRO-SE
DANA H. FOX  "  "