**New Hearing Date & Time: October 6, 2009 at 9:45 a.m. (Eastern Time)**
**New Objection Deadline: October 1, 2009 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
:
**GENERAL MOTORS CORP.,** *et al.*,                            :    09-50026 (REG)
:
Debtors.                                                       :    (Jointly Administered)
:
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**

PLEASE TAKE NOTICE THAT

The hearing date for the Application of Julie and David Brittingham for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) The Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [Docket No. 3664], originally scheduled for September 14, 2009 at 10:30 a.m. (Eastern Time) has been adjourned on consent to **October 6, 2009 at 9:45 a.m. (Eastern Time)** (the "**Hearing Date**") before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, and such Hearing Date may be further adjourned from time to time

US_ACTIVE:\43097810\01\43097810_1.DOC\.

without further notice other than an announcement at the Hearing.  Any objections shall be due

by **October 1, 2009 at 4:00 p.m. (Eastern Time)**.

Dated: September 8, 2009
      New York, New York

                                       /s/ David R. Berz
                                       Harvey R. Miller
                                       Stephen Karotkin
                                       Joseph H. Smolinsky

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007

                                       Attorneys for Debtors
                                       and Debtors in Possession