WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorney Appearing: Leslie S. Barr (lbarr@windelsmarx.com)

    -and-

HOWARD & HOWARD ATTORNEYS, PLLC
450 West Fourth Street
Royal Oak, Michigan 48067
Telephone (248) 723-0296
Lisa S. Gretchko (LGretchko@HowardandHoward.com)

*Attorneys for Morgan Adhesives Company d/b/a MACtac
and Bemis Company Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re

                                    Chapter 11

GENERAL MOTORS CORP., et al.,

                                    Case No. 09-50026 (REG)

                Debtors.       (Jointly Administered)
-------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTIONS OF MORGAN ADHESIVES
COMPANY d/b/a MACTAC AND BEMIS COMPANY, INC. TO DEBTORS'
PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND
TO PROPOSED CURE AMOUNTS**

_____

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

            Morgan Adhesives Company Inc. d/b/a MACtac and Bemis Company Inc.

(together, "MACtac"), by and through their undersigned counsel, hereby withdraw the

*Objections of Morgan Adhesives Company d/b/a MACtac and Bemis Company, Inc. to Debtors'*

*Proposed Assumption and Assignment of Executory Contracts and to Proposed Cure Amounts*,

filed on June 18, 2009 [Docket No. 1814], based upon, *inter alia*, a letter agreement with

{10523889:1}

General Motors Company, dated August 19, 2009, setting forth the correct amount of cure

payments due MACtac pursuant to Bankruptcy Code § 365 and the payment of such cure

amounts (the "Letter Agreement").  MACtac reserves all rights in the event that prompt payment

of the agreed-upon cure amount is not made as set forth in the Letter Agreement.

Dated: New York, New York          Respectfully submitted,
       September 8, 2009
                                  WINDELS MARX LANE & MITTENDORF, LLP

                     By:    /s/ Leslie S. Barr
                           Leslie S. Barr (lbarr@windelsmarx.com)
                           156 West 56th Street
                           New York, New York 10019
                           Tel. (212) 237-1000
                           Fax. (212) 262-1215

                                 -and-

                           HOWARD & HOWARD ATTORNEYS PLLC
                           450 Fourth Street
                           Royal Oak, Michigan 48067-2557
                           Telephone (248) 723-0396
                           Lisa S. Gretchko (LGretchko@HowardandHoward.com)

                           *Attorneys for Morgan Adhesives Company d/b/a MACtac*
                           *and Bemis Company Inc.*