Albert L. Burdick
4232 County Road 18
Canandaigua, NY 14424
(585) 393-4997

September 3, 2009

Mr. Anatin Rouzeau
Clerk of Court
The Untied States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, New York 10004-1408



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                       :
In re                                                  :   Chapter 11 Case No.
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,                  :   09-50026 (REG)
                                                       :   f/k/a General Motors Corp.,
*et al.*                                               :
                                                       :
                            Debtors                    :   (Jointly Administered)
------------------------------------------------------x

### MOTION TO WITHDRAW APPEAL

I hereby withdraw my Notice of Appeal from the 363 decision dated July 10, 2009 in the Chapter 11 Case No. 09-50026 (REG).

Sincerely,

*Albert L Burdick*

Albert L. Burdick
Pro Se

cc:   Weil, Gotshal & Manges LLP;
      c/o Motors Liquidation Company;
      General Motors Company;

Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury;
The United States Department of Treasury;
Vedder Price, P.C., attorneys for Export Development Canada;
Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors;
The Office of the United States Trustee for the Southern District of New York;
The U.S. Attorney's Office, S.D.N.Y.