Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

    and

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862

*Co-Counsel for CenterPoint Energy Gas Transmission Company and CenterPoint Energy Arkla, a Division of CenterPoint Energy Resources Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| **GENERAL MOTORS CORP.,** *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF CENTERPOINT ENERGY GAS TRANSMISSION COMPANY AND CENTERPOINT ENERGY ARKLA, A DIVISION OF CENTERPOINT ENERGY RESOURCES CORP. TO DEBTORS' NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**
**[Docket No. 980]**

CenterPoint Energy Gas Transmission Company ("CEGT") and CenterPoint Energy Arkla, a Division of CenterPoint Energy Resources Corp. (collectively "CenterPoint"), by and through their undersigned counsel, hereby withdraw their *Objection* to *Debtors' Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto* (the "Objection") (Docket No. 980), pursuant to a settlement between CenterPoint and the Debtors.

Dated: Garden City, New York
September 8, 2009

        MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

        By:  /s/ Jil Mazer-Marino
            Thomas R. Slome (TS-0957)
            Jil Mazer-Marino (JM-6470)

        990 Stewart Avenue
        Suite 300
        P.O. Box 9194
        Garden City, New York  11530-9194
        Telephone: (516) 741-6565
        Facsimile: (516) 741-6706

        And

        Russell R. Johnson III, Esq.
        John M. Merritt, Esq.
        LAW FIRM OF RUSSELL R. JOHNSON III, PLC
        2258 Wheatlands Drive
        Manakin-Sabot, Virginia  23103
        Telephone: (804) 749-8861
        Facsimile: (804) 749-8862

        *Co-Counsel for CenterPoint Energy Gas Transmission Company and CenterPoint Energy Arkla, a Division of CenterPoint Energy Resources Corp.*

731799