Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706


     and


Russell R. Johnson III, Esq.
John M. Merritt, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862


*Co-Counsel for CenterPoint Energy Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 11** |
|  | : |  |
| **GENERAL MOTORS CORP.,** *et al.*, | : | **Case No. 09-50026 (REG)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF CENTERPOINT ENERGY
SERVICES, INC. , TO DEBTORS' NOTICE OF (I) DEBTORS' INTENT TO ASSUME
AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF
PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL
PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**
**[Docket No. 900]**


CenterPoint Energy Services, Inc. ("CES"), by and through their undersigned counsel,

hereby withdraws their *Objection* to *Debtors' Notice Of (I) Debtors' Intent To Assume And*

*Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired*

*Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto* (the

"Objection") (Docket No. 900), pursuant to a settlement between CES and the Debtors.

Dated: Garden City, New York
        September 8, 2009

<div style="margin-left:40%">

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By:____*/s/ Jil Mazer-Marino*____
        Thomas R. Slome (TS-0957)
        Jil Mazer-Marino (JM-6470)

990 Stewart Avenue
Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

And

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862

*Co-Counsel for CenterPoint Energy Services, Inc.*

</div>

731802