UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
**GENERAL MOTORS CORP.**, *et al.*,                         :    Case No. 09-50026 (REG)
                                                            :
               Debtors.                                     :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, Esq., hereby certify that on this 8th day of September 2009, I caused a true and correct copy of the foregoing Notice of Withdrawal of Objection of Centerpoint Energy Services, Inc. to Debtors' Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 900] to be served by first class mail on the party listed below:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn: Joseph H. Smolinsky, Esq.

                                          /s/ Jil Mazer-Marino
                                          Jil Mazer-Marino (JM-6470)

731825