JONATHAN R. SCHULZ (MI P70927)
Admitted *Pro Hac Vice*
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084
Telephone:  (248) 822-7807
Facsimile:  (248) 822-7857
E-Mail:  schulz@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
:   **Chapter 11**
**In re:**                                                             :
:   **Case No. 09-50026 (REG)**
**MOTORS LIQUIDATION COMPANY,** *et al.*,        :
   f/k/a General Motors Corp., *et al.*                  :
:   **(Jointly Administered)**
   **Debtors.**                                                      :
-----------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF IEE SENSING, INC.'S OBJECTION TO
THE NOTICE OF DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY,
AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

IEE Sensing, Inc. ("IEE"), by its undersigned counsel, hereby withdraws its *Objection to the Notice of Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property* [Docket No. 2987] that was filed on July 6, 2009.

                                           BUSH SEYFERTH & PAIGE PLLC
                                           *Attorneys for IEE Sensing, Inc.*

Dated:  September 9, 2009            By:    /s/ Jonathan R. Schulz
                                                  Jonathan R. Schulz (MI P70927)
                                           Admitted *Pro Hac Vice*
                                           3001 W. Big Beaver Rd., Suite 600
                                           Troy, MI  48084
                                           Telephone:  (248) 822-7807
                                           Facsimile:  (248) 822-7857
                                           E-Mail:  schulz@bsplaw.com