JONATHAN R. SCHULZ (MI P70927)
Admitted *Pro Hac Vice*
BUSH SEYFERTH & PAIGE PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084
Telephone:  (248) 822-7807
Facsimile:  (248) 822-7857
E-Mail:  schulz@bsplaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| | : | **Case No. 09-50026 (REG)** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | |
|       **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Rose M. Ojala, hereby certify that a copy of the **Notice of Withdrawal of IEE Sensing, Inc.'s Objection to the Notice of Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property** was electronically filed through the Court's ECF system and served the 9th day of September, 2009, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  The above documents were also served by U.S Mail, postage prepaid, on the 9th day of September, 2009 on the following:

The Debtors
c/o General Motors Corporation
Attn:  Warren Command Center
Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

U.S. Treasury
Attn:  Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW,
Room 2312
Washington, DC 20220

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Kramer, Levin, Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, NY 10036

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Office of the United States Trustee
Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

by placing a copy of same in an envelope addressed as above and by causing said envelope to be properly stamped and deposited in the mail receptacle maintained by the U.S. Government at 3001 W. Big Beaver Rd., Troy, MI.

Dated:  September 9, 2009

By: _____
      Rose M. Ojala