HEARING DATE AND TIME: September 14, 2009 at 9:00 a.m. (Eastern Time)
OBJECTION DEADLINE: September 9, 2009 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                   :    **09-50026 (REG)**
    **f/k/a General Motors Corp.**, *et al.*    :
                                                            :
        **Debtors.**    :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION
TO STRIKE ALBERT L. BURDICK'S DESIGNATION AND
AMENDED DESIGNATIONS OF THE RECORD AND ISSUES ON APPEAL**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

      Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors (collectively, the "**Debtors**"), hereby withdraw their motion (the "**Motion**") filed on August 31, 2009 [Docket No. 3979] for entry of an order, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, striking (i) the "Designation of Items to be Included in the Record," including the "Statement of Issues" contained therein, filed by Albert L. Burdick ("**Burdick**") on July 20, 2009 (the "**Designation**") [Docket No. 3317], (ii) the first amended Designation, including the "Statement of Issues" contained therein, filed by Burdick on July 23, 2009 [Docket No. 3677], (iii) the second amended Designation, including the

US_ACTIVE:\43155759\01\43155759_1.DOC\.

"Statement of Issues" contained therein, filed by Burdick on July 29, 2009 [Docket No. 3679], (iv) the third amended Designation, including the "Statement of Issues" contained therein, filed by Burdick on July 31, 2009 [Docket No. 3681], (v) the fourth amended Designation, including the "Statement of Issues" contained therein, filed by Burdick on August 4, 2009 [Docket No. 3881], (vi) the fifth amended Designation, including the "Statement of Issues" contained therein, filed by Burdick on August 12, 2009 [Docket No. 3882], (vii) the sixth amended Designation, including the "Statement of Issues" contained therein, filed by Burdick on August 17, 2009 [Docket No. 3892], and (viii) the seventh amended Designation filed by Burdick on August 19, 2009 [Docket No. 3893], in light of, and in reliance upon, the fact that, on September 4, 2009, Burdick withdrew his appeal [Docket No. 3985] from this Court's order dated July 5, 2009 granting the Debtors' motion, pursuant to section 363 of title 11 of the United States Code, to sell substantially all of their assets pursuant to the Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser.

Dated: New York, New York
September 9, 2009

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession