Austin L. McMullen (admitted *pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203
Phone: (615) 252-2307
Fax: (615) 252-6307
Email: AMcMullen@BABC.com

*Attorneys for Knowledge Learning Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                     :     **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :     **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.* :
                                              :
          **Debtors.**                        :     **(Jointly Administered)**
                                              :
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION BY KNOWLEDGE LEARNING CORPORATION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY <u>AND (II) CURE AMOUNTS RELATED THERETO</u>

Knowledge Learning Corporation hereby withdraws the Objection of Knowledge Learning Corporation to Cure Amount Relating to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property, and (II) Cure Amounts Related Thereto [Docket No. 3030] filed on July 7, 2009.

WGM_TRAILER

Dated: September 9, 2009
       Nashville, Tennessee

                    Respectfully submitted,

                    /s/ Austin L. McMullen_____
                    Austin L. McMullen (admitted *pro hac vice*)
                    BRADLEY ARANT BOULT CUMMINGS LLP
                    1600 Division Street, Suite 700
                    P. O. Box 340025
                    Nashville, Tennessee 37203
                    Phone: (615) 252-2307
                    Fax: (615) 252-6307
                    Email: AMcMullen@BABC.com

                    *Attorneys for Knowledge Learning Corporation*