SILVERMAN & MORRIS, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
Tel: (248) 539-1330; Fax (248) 539-1355
Geoffrey L. Silverman (P34011)
Karin F. Avery (P45364)
avery@silvermanmorris.com
Counsel for Harry Major Machine & Tool Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORPORATION,
*et al.*

    Debtors.
_____/

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

Hon. Robert E. Gerber

**WITHDRAWAL OF LIMITED OBJECTION OF
HARRY MAJOR MACHINE & TOOL COMPANY TO NOTICE
OF (I) DEBTOR'S INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

*NOW COMES* Harry Major Machine & Tool Company (the "Creditor"), by and through its counsel, Silverman & Morris, P.L.L.C., and files this WITHDRAWAL of its limited objection (the "Limited Objection") to the assumption and assignment of the Creditor's executory contracts by the above-captioned debtors and debtors in possession (collectively, the "Debtors"). The Creditor respectfully states as follows:

## BACKGROUND

1.     On June 1, 2009, the Debtors filed voluntary petitions under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.

2.     The Creditor and the Debtors have a long-standing relationship.  Pursuant to numerous contracts and other related agreements (collectively, the "Creditor Agreements"), the Creditor provides goods and/or services to the Debtors.

3.     On June 1, 2009, the Debtors filed a motion with the Court [Docket No. 92] (the "Sale Motion") seeking, among other things, authority to consummate a sale of substantially all of their assets (the "Sale Transactions").  The Court granted the Sale Motion on or about June 2, 2009.

4.     In connection with the Sale Transactions, the Debtors are seeking authority to assume the Creditor Agreements and to assign them to the Purchaser.  The Debtors served a notice ("Notice") upon the Creditor, indicating their intent to assume and assign the Creditor Agreements.  The Debtors proposed a cure amount (the "Cure Amount") on account of the Creditor Agreements.

5.     On June 19, 2009, the Creditor filed the Limited Objection [Docket No. 1962].

6.     The Creditor and the Debtors have agreed upon the Cure Amount necessary to assume and assign the Creditor Agreements.

7. The Creditor has agreed to withdraw its Limited Objection.

        SILVERMAN & MORRIS, P.L.L.C.

        By:  /s/ Karin F. Avery
            GEOFFREY L. SILVERMAN (P34011)
            KARIN F. AVERY (P45364)
        Attorneys for Creditor, Harry Major Machine &
        Tool Company
        7115 Orchard Lake Road, Suite 500
        West Bloomfield, Michigan 48322
        avery@silvermanmorris.com
        Telephone (248) 539-1330; Fax (248) 539-1355

Dated:   September 9, 2009

X:\Clients\General Motors Bankruptcy\Assumption or Rejection of Contracts or Leases\withdrawal of ltd objection of harry major machine to gm not of cure costs (09.09.09).doc