PEPPER HAMILTON LLP
Linda J. Casey, Esq. (LC1891)
Edward C. Toole, Jr.
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
E-mail: caseyl@pepperlaw.com

Counsel for BNSF Railway Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :  Chapter 11
In re                                                          :
                                                               :  Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.,*                                :
                                                               :
        Debtors.                                               :
                                                               :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF BNSF RAILWAY COMPANY TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (II) <u>CURE AMOUNTS RELATED THERETO</u>**

PLEASE TAKE NOTICE that the undersigned hereby withdraws the Objection Of BNSF Railway Company To Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property, And (II) Cure Amounts Related Thereto (the "Objection") (Docket No. 1701), filed in the above-captioned case on June 17, 2009.  BNSF Railway Company is withdrawing the Objection because it has been settled with the Debtors.

-1-

#11450018 v1

Dated: September 9, 2009

Respectfully submitted,

PEPPER HAMILTON LLP

/s/  Linda J. Casey
Linda J. Casey (LC 1891)
Edward C. Toole, Jr.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

Counsel for BNSF Railway Company

#11450018 v1