PEPPER HAMILTON LLP
Linda J. Casey, Esq. (LC1891)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
E-mail: caseyl@pepperlaw.com

Counsel for BNSF Railway Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                              :   Chapter 11
In re                                                         :
                                                              :   Case No. 09-50026 (REG)
GENERAL MOTORS CORP., *et al.,*                               :
                                                              :
         Debtors.                                             :
                                                              :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2009, copies of the Notice of Withdrawal of Objection Of BNSF Railway Company To Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property, And (II) Cure Amounts Related Thereto were caused to be served by overnight courier upon the entities on the attached service list.

Dated:  September 9, 2009                    Respectfully submitted,

                                             PEPPER HAMILTON LLP

                                             /s/  Linda J. Casey
                                             Linda J. Casey (LC 1891)
                                             Edward C. Toole, Jr.
                                             3000 Two Logan Square
                                             Eighteenth and Arch Streets
                                             Philadelphia, PA 19103-2799
                                             Telephone: (215) 981-4000
                                             Facsimile: (215) 981-4750

                                             Counsel for BNSF Railway Company

-3-

#11450018 v1

| | |
|---|---|
| The Debtors<br>c/o General Motors Corporation<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 | General Motors Corporation<br>c/o Harvey R. Miller, Esquire<br>Stephen Karotkin, Esquire<br>Joseph H. Smolinsky, Esquire<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Matthew Feldman, Esquire<br>U. S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC  20220 | Creditors Committee<br>c/o Gordon Z. Novod, Esquire<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 |
| Purchaser<br>c/o John J. Rapisardi, Esquire<br>Cadwalader Wickersham & Taft, LLP<br>One World Financial Center<br>New York, NY  10281 | Export Development Canada<br>c/o Michael J. Edelman, Esquire<br>Michael L. Schein, Esquire<br>Vedder Price, PC<br>1633 Broadway<br>47th Floor<br>New York, NY  10019 |
| Diana G. Adams, Esquire<br>Office of the U. S. Trustee<br>For the SDNY<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004 | |

#11450018 v1