HOGAN & HARTSON LLP
Scott A. Golden (SG-6663)
Brian J. Grieco (BG-4385)
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for News America Incorporated*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
In re                                                          :   Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al*.,                          :   Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,                      :
:   (Jointly Administered)
Debtors.                                                       :
:
---------------------------------------------------------------- x

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that News America Incorporated, a creditor and/or party-in-interest, hereby appears in the above-captioned cases under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") and, requests, pursuant to all applicable sections of the Bankruptcy Code and all applicable rules of the Federal Rules of Bankruptcy Procedure, that any and all notices given or required to be given, and all papers served or required to be served in the above-captioned chapter 11 cases and any other case(s) consolidated herewith, be given to and served upon:

Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Attn: Scott A. Golden, Esq.
Brian J. Grieco, Esq.
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
sagolden@hhlaw.com
bjgrieco@hhlaw.com

\\\NY - 091699/000578 - 1157164 v1                              1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any notice, application, proposed order, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure statement or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect any rights or interest of the debtors in the above-captioned cases, the aforementioned creditor and/or party-in-interest or any property or proceeds in which the debtors in the above-captioned cases may claim an interest.  <u>Please add the attorneys of record to such mailing matrix as may be used for all purposes in this case</u>.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of the aforementioned creditor and/or party-in-interest's: (1) rights to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a District Court Judge; (2) rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (3) rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which such creditor and/or party-in-interest is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments such creditor and/or party-in-interest expressly reserves.

Dated: New York, New York
September 9, 2009

**HOGAN & HARTSON LLP**

By: /s/ Scott A. Golden
Scott A. Golden (SG-6663)
Brian J. Grieco (BG-4385)
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for News America Incorporated*

\\\NY - 091699/000578 - 1157164 v1                                        2