CUMMINGS & LOCKWOOD LLC
John F. Carberry, Esq. (JC-6702)
Six Landmark Square
Stamford, CT 06901
Telephone: (203) 351-4280
jcarberry@cl-law.com

*Counsel for Emigrant Business Credit Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| MOTORS LIQUIDATION COMPANY, *et al.*, ) | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

**NOTICE OF WITHDRAWAL OF OBJECTION
BY EMIGRANT BUSINESS CREDIT CORP. TO
NOTICE OF (I) DEBTORS' INTENT TO ASSUME
AND ASSIGN CERTAIN EXECUTORY CONTRACTS,
UNEXPIRED LEASES OF PERSONAL PROPERTY,
AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL
PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

Emigrant Business Credit Corp. hereby withdraws its Limited Objection and Reservation of Rights (Docket No. 904) to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property And (II) Cure Amounts Related Thereto.

Dated: September 10, 2009
      Stamford, Connecticut

          Respectfully submitted,

          JOHN F. CARBERRY, ESQ.
          CUMMINGS & LOCKWOOD LLC

          By /S/ JOHN F. CARBERRY
              JOHN F. CARBERRY
              Fed. Bar. No. JC-6702
              CUMMINGS & LOCKWOOD LLC
              Six Landmark Square
              Stamford, CT  06901
              Telephone:  (203) 327-1700
              Facsimile:  (203) 708-3933
              Email: jcarberry@cl-law.com

*Counsel for Emigrant Business Credit Corp.*

09-50026-mg    Doc 4001    Filed 09/10/09    Entered 09/10/09 18:14:25    Main Document

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2009, a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF OBJECTION BY EMIGRANT BUSINESS CREDIT CORP. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO was filed electronically. Notice of this filing will be served electronically through the Court's ECF System on parties requesting electronic service or by U.S. Mail, first-class, postage prepaid, on anyone unable to accept electronic filing.

By /S/ JOHN F. CARBERRY

2573130_1.doc 9/10/2009