Andrew K. Lipetz
Wasserman Grubin & Rogers, LLP
1700 Broadway, 42nd Floor
New York, NY 10019
Tel: 212-581-3320
FAX: 212-956-5255

Of Counsel

Jeffrey A. Less
Jennifer L. Hoagland
Helen Heifets
Bazelon Less & Feldman, P.C.
1515 Market St., Suite 700
Philadelphia, PA 19102
Tel: 215-568-1155
FAX: 215-568-9319

*Counsel for ACE American Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al. | Case No. 09-50026 (REG) |
| Debtors | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTIONS BY**
**ACE AMERICAN INSURANCE COMPANY AND AFFILIATED COMPANIES**
**TO MOTION OF DEBTORS TO APPROVE (A) THE SALE PURSUANT TO THE**
**MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION**
**HOLDINGS, LLC A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR**
**OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE**
**ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND**
<u>**UNEXPIRED LEASES; AND (C) OTHER RELIEF**</u>

PLEASE TAKE NOTICE: ACE American Insurance Company, on behalf of itself and its

affiliated insurers and reinsurers (collectively, "ACE"), through its undersigned counsel, hereby

withdraws its Limited Objections to the Motion of Debtors to Approve (A) The Sale Pursuant to the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, LLC a U.S. Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (c) Other Relief, which Limited Objections were filed June 19, 2009 (Docket No. 1999).

Dated: New York, New York
       September 10, 2009

                              Respectfully Submitted

                              /s/Andrew K. Lipetz
                              Andrew K. Lipetz
                              Wasserman Grubin & Rogers, LLP
                              1700 Broadway, 42nd Floor
                              New York, NY 10019
                              Tel: 212-581-3320
                              FAX: 212-956-5255

                              Counsel for Ace American Insurance Company and Affiliated Companies

Of counsel

Jeffrey A. Less
Jennifer L. Hoagland
Helen Heifets
Bazelon Less & Feldman, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102
Telephone: 215-568-1155
Facsimile: 215-568-9319