Andrew K. Lipetz
Wasserman Grubin & Rogers, LLP
1700 Broadway, 42nd Floor
New York, NY 10019
Tel: 212-581-3320
FAX: 212-956-5255

Of Counsel

Jeffrey A. Less
Jennifer L. Hoagland
Helen Heifets
Bazelon Less & Feldman, P.C.
1515 Market St., Suite 700
Philadelphia, PA 19102
Tel: 215-568-1155
FAX: 215-568-9319

*Counsel for ACE American Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al. | Case No. 09-50026 (REG) |
| Debtors | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTIONS BY
ACE AMERICAN INSURANCE COMPANY AND AFFILIATED COMPANIES
TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND
UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY AND (II)
<u>CURE AMOUNTS RELATED THERETO</u>**

PLEASE TAKE NOTICE: ACE American Insurance Company, on behalf of itself and its affiliated insurers and reinsurers (collectively, "ACE"), through its undersigned counsel, hereby withdraws its Limited Objections to the Notice of (I) Debtors' Intent To Assume and Assign

Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto, which Limited Objections were filed July 13, 2009 (Docket No. 3135).

Dated: New York, New York
September 10, 2009

                                              Respectfully Submitted

                                              /s/Andrew K. Lipetz
                                              Andrew K. Lipetz
                                              Wasserman Grubin & Rogers, LLP
                                              1700 Broadway, 42nd Floor
                                              New York, NY 10019
                                              Tel: 212-581-3320
                                              FAX: 212-956-5255

                                              Counsel for Ace American Insurance Company and
                                              Affiliated Companies

Of counsel

Jeffrey A. Less
Jennifer L. Hoagland
Helen Heifets
Bazelon Less & Feldman, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102
Telephone: 215-568-1155
Facsimile: 215-568-9319