Andrew K. Lipetz
Wasserman Grubin & Rogers, LLP
1700 Broadway, 42nd Floor
New York, NY 10019
Tel: 212-581-3320
FAX: 212-956-5255

Of Counsel

Jeffrey A. Less
Jennifer L. Hoagland
Helen Heifets
Bazelon Less & Feldman, P.C.
1515 Market St., Suite 700
Philadelphia, PA 19102
Tel: 215-568-1155
FAX: 215-568-9319

*Counsel for ACE American Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al. | Case No. 09-50026 (REG) |
| Debtors | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION BY
ACE AMERICAN INSURANCE COMPANY AND AFFILIATED COMPANIES
FOR AN ORDER REQUIRING THE DEBTORS TO ASSUME OR REJECT
INSURANCE POLICIES AND RELATED AGREEMENTS**

PLEASE TAKE NOTICE: ACE American Insurance Company, on behalf of itself and its affiliated insurers and reinsurers (collectively, "ACE"), through its undersigned counsel, hereby withdraws its Motion for an Order Requiring the Debtors to Assume or Reject Insurance Policies and Related Agreement, which Motion was filed on July 21, 2009 (Docket No. 3272).

Dated: New York, New York
      September 10, 2009

                                          Respectfully Submitted

                                          /s/Andrew K. Lipetz
                                        Andrew K. Lipetz
                                        Wasserman Grubin & Rogers, LLP
                                        1700 Broadway, 42nd Floor
                                        New York, NY 10019
                                        Tel: 212-581-3320
                                        FAX: 212-956-5255

                                        Counsel for Ace American Insurance Company and
                                        Affiliated Companies

Of counsel

Jeffrey A. Less
Jennifer L. Hoagland
Helen Heifets
Bazelon Less & Feldman, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102
Telephone: 215-568-1155
Facsimile: 215-568-9319

2