Andrew K. Lipetz
Wasserman Grubin & Rogers, LLP
1700 Broadway, 42nd Floor
New York, NY 10019
Tel: 212-581-3320
FAX: 212-956-5255

Of Counsel

Jeffrey A. Less
Jennifer L. Hoagland
Helen Heifets
Bazelon Less & Feldman, P.C.
1515 Market St., Suite 700
Philadelphia, PA 19102
Tel: 215-568-1155
FAX: 215-568-9319

*Counsel for ESIS, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., et al. | Case No. 09-50026 (REG) |
| Debtors | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTIONS BY ESIS, INC.
TO MOTION OF DEBTORS TO APPROVE (A) THE SALE PURSUANT TO THE
MASTER SALE AND PURCHASE AGREEMENT WITH VEHICLE ACQUISITION
HOLDINGS, LLC A U.S. TREASURY-SPONSORED PURCHASER, FREE AND CLEAR
OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND
UNEXPIRED LEASES; AND (C) OTHER RELIEF**

PLEASE TAKE NOTICE: ESIS, Inc., ("ESIS"), through its undersigned counsel, hereby

withdraws its Limited Objections to the Motion of Debtors to Approve (A) The Sale Pursuant to

the Master Sale and Purchase Agreement with Vehicle Acquisition Holdings, LLC a U.S.

Treasury-Sponsored Purchaser, Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (c) Other Relief, which Limited Objections were filed June 19, 2009 (Docket No. 2002).

Dated: New York, New York
      September 10, 2009

                              Respectfully Submitted

                              /s/Andrew K. Lipetz
                              Andrew K. Lipetz
                              Wasserman Grubin & Rogers, LLP
                              1700 Broadway, 42nd Floor
                              New York, NY 10019
                              Tel: 212-581-3320
                              FAX: 212-956-5255

                              Counsel for Ace American Insurance Company and
                              Affiliated Companies

Of counsel

Jeffrey A. Less
Jennifer L. Hoagland
Helen Heifets
Bazelon Less & Feldman, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102
Telephone: 215-568-1155
Facsimile: 215-568-9319