SMITH, GAMBRELL & RUSSELL, LLP
William M. Barron
250 Park Avenue
New York, New York 10177
(212) 907-9700

*Counsel for Duerr AG, Duerr Systems Inc., Duerr Ecoclean, Inc.,
and Schenck Rotec Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re                                                 : Chapter 11
                                                      :
MOTORS LIQUIDATION COMPANY, et al.,                   :
   f/k/a General Motors Corp., *et al.*,           : Case No. 09-50026 (REG)
                                                      : (Jointly Administered)
                Debtors.                  :
------------------------------------------------------x

**NOTICE OF WITHDRAWL OF CURE OBJECTIONS AND AMENDED CURE
OBJECTIONS OF DUERR AG, DUERR SYSTEMS INC., DUERR ECOCLEAN,
INC., AND SCHENCK ROTEC CORPORATION PURSUANT TO SECTION
365(b)(1) OF THE BANKRUPTCY CODE TO THE NOTICE OF (I) DEBTORS'
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS,
UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE
AMOUNTS RELATED THERETO**

Duerr AG, Duerr Systems Inc., Duerr Ecoclean, Inc. and Schenck Rotec Corporation, by and through their undersigned counsel, hereby withdraw their Cure Objections filed on June 12, 2009 [Docket Nos. 810, 910, 911, and 913] and their Amended Cure Objections filed on June 24, 2009 [Docket Nos. 2405, 2407, and 2411].

Dated: September 11, 2009
      New York, New York

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP

*/s/ William M. Barron*
William M. Barron
250 Park Avenue
New York, New York 10177
(212) 907-9700

SGRNYC\5403.1

## CERTIFICATE OF SERVICE

Paul J. Lee, pursuant to 28 U.S.C. § 1746, certifies that: on September 11, 2009, a true and correct copy of the foregoing *Notice of Withdrawl* was filed via the Court's ECF System and will be electronically mailed to the parties that are registered or entitled to receive electronic notifications of such filing. Additionally, a copy of this *Notice of Withdrawl* was served on the following parties at the addresses listed below via First-Class Mail.

The Debtors
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center, Mailcode 480-206-114

Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph M. Smolinsky, Esq.
Weil Gotshal & Manges, LLP
Attorneys for Debtors
767 Fifth Avenue
New York, NY 10153

Attn: Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Attn: John J. Rapisardi, Esq.
Cadwalader Wickersham & Taft, LLP
Attorneys for Purchaser
One World Financial Center
New York, NY 10281

Attn: Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel, LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, NY 10036

Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, NY 10019

Attn: Diana G. Adams, Esq.
Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

        I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2009

                                            /s/ *Paul J. Lee*
                                            Paul J. Lee