**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **GENERAL MOTORS CORP, et al.,** | : | Case No. 09-50026 (REG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF OBJECTION OF DUNN & BRADSTREET, INC.**
**TO PROPOSED CURE AMOUNT**

PLEASE TAKE NOTICE that Dunn & Bradstreet, Inc. ("D&B") hereby withdraws its Objection to Proposed Cure Amount (ECF Docket No. 3237) filed by D&B on July 20, 2009 in the captioned jointly administered Chapter 11 cases in connection with the Debtors' proposed assumption of ten (10) executory contracts with D&B.

Respectfully submitted,

**SILLS CUMMIS & GROSS P.C.**

By: */s/Charles N. Panzer*
    Simon Kimmelman
    Charles N. Panzer
One Rockefeller Plaza
New York, New York 10112
Tel: (212) 643-7000
Fax: (212) 643-6500

and

650 College Road East
Princeton, New Jersey 08540
Tel: (609) 227-4680
Fax: (609) 227-4646
E-mail: skimmelman@sillscummis.com
        cpanzer@sillscummis.com
*Attorneys for Dunn & Bradstreet, Inc.*

Dated: Princeton, New Jersey
       September 11, 2009

1