**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** : | | **Chapter 11** |
| : | | |
| **GENERAL MOTORS CORP, et al.,** : | | **Case No. 09-50026 (REG)** |
| : | | **Jointly Administered** |
| **Debtors.** : | | |
| : | | |

**CERTIFICATE OF SERVICE**

SANDRA J. GREENLAND, of full age, certifies as follows:

1.    I am a Paralegal employed with the firm of Sills Cummis & Gross P.C. ("Sills Cummis"), counsel for Dunn & Bradstreet, Inc.

2.    On September 11, 2009, the following document was filed electronically with the United States Bankruptcy Court for the Southern District of New York:

- Notice of Withdrawal of Objection of Dunn & Bradstreet, Inc. to Proposed Cure Amount.

3.    In addition to the parties that were served electronically with a Notice of Electronic Filing by the Court, on September 11, 2009, I caused a true and correct copy of the above document to be served on the parties on the annexed service list marked Exhibit "A" by FedEx – overnight delivery.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Sandra J. Greenland*
Sandra J. Greenland

Dated: September 11, 2009

**EXHIBIT A**
**SERVICE LIST**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48095-9025
Attn: Warren Command Center
      Mailcode 480-206-114
*Debtors*

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq
**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153
*Attorneys for the Debtors*

The U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn: Matthew Feldman, Esq.

John J. Rapisardi, Esq.
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY 10281
*Attorneys for the Purchaser*

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
**Vedder Price, P.C.**
1633 Broadway, 47th Floor
New York, NY 10019
*Attorneys for Export Development Canada*

Diana G. Adams, Esq.
**Office of the United States Trustee**
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10002

Eric Fisher, Esq.
**Butzel Long, PC**
380 Madison Avenue, 22nd Floor
New York, NY 10017
*Attorneys for the Creditors Committee*

Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY 10036
*Attorneys for the Creditors Committee*