Edward H. Tillinghast, III (ET 5566)
Malani J. Cademartori, Esq. (MS 3882)
Blanka K. Wolfe, Esq. (BW 0925)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile:  (212) 332-3888
E-mail: etillinghast@sheppardmullin.com
      mcademartori@sheppardmullin.com
      bwolfe@sheppardmullin.com

*Counsel for MSC Mediterranean Shipping Company S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> MOTORS LIQUIDATION CORP., *et al.* <br> (f/k/a GENERAL MOTORS CORP., *et al.*), <br><br> Debtors. | Case No.   09-50026 (REG) <br><br> Chapter 11 <br><br> Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION OF MSC MEDITERRANEAN**
**SHIPPING COMPANY S.A. TO PROPOSED CURE AMOUNT**

MSC Mediterranean Shipping Company S.A. ("**MSC**"), by its counsel, Sheppard Mullin Richter & Hampton LLP, hereby withdraws the *Objection of MSC Mediterranean Shipping Company S.A. to Proposed Cure Amount* (Docket No. 2095) (the "**Objection**"), filed with this Court on June 19, 2009,[1] as set forth in this Notice of Withdrawal.

This Notice of Withdrawal is filed pursuant to the Agreement to Resolve Objection to Cure Notice, dated August 20, 2009, between MSC and General Motors Company (formerly NGMCO, Inc.) (the "**Cure Settlement Agreement**"), which resolves the dispute regarding the Cure Amount due to MSC in connection with the assumption and assignment of the agreement between MSC, on the one hand, and the above-captioned Debtors, on the other hand, as asserted by the Debtors on the Contract Website and in the *Notice of (I) Debtors' Intent*

---

[1] Capitalized terms used herein without definition shall have the meaning given to them in the Objection.

*to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto,* dated June 5, 2009 (the "**Notice**"), and any other objections raised by MSC to the Cure Amounts in the Objection.

This Withdrawal is without prejudice to MSC's rights to: (a) object to additional and further designations of any agreements for assumption and assignment, other than those included in the Notice; (b) renew its Objection in the event that the terms of the Cure Settlement Agreement are breached by the Debtors or the Purchaser; and (c) file any additional papers or applications with respect to the agreed upon Cure Amounts in the event they are not timely paid.

Dated:  New York, New York
        September 11, 2009

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:    /s/ Blanka K. Wolfe
    Blanka K. Wolfe (BW 0925)
    Edward H. Tillinghast, III (ET 5566)
    Malani J. Cademartori (MS 3882)
    30 Rockefeller Plaza, 24th Floor
    New York, New York 10112
    Tel: (212) 332-3800
    Fax: (212) 332-3888

*Attorneys for MSC Mediterranean Shipping Company S.A.*

# CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2009, I caused a copy of the foregoing to be sent by first-class mail, postage prepaid, to the parties listed below, and by automatic ECF notice to those parties receiving ECF in the above-captioned case:

By: /s/ Blanka K. Wolfe
Blanka K. Wolfe

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq., Stephen Karokin, Esq. and Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153

General Motors Corporation
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

The U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, New York 10019

The Office of the United States Trustee for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Kramer Levin Naftalis & Frankel LLP
Attn: Gordon Z. Novod
1177 Avenue of the Americas
New York, NY 10036