WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI 48075
Telephone: 248-784-5131
Facsimile: 248-603-9731
Michael G. Cruse

Attorneys for Bocar, S.A. de C.V.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corporation, *et al.* | 09-50026-reg |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF THE OBJECTION OF BOCAR, S.A. DE C.V. TO PROPOSED CURE COSTS CONTAINED IN NOTICE OF (I) DEBTORS INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO**

BOCAR, S.A. DE C.V. withdraws its *Objection of Bocar, S.A. de C.V. to Proposed Cure Costs Contained in Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto* filed June 12, 2009 (Docket No. 825) for the reason that the issues raised in the objection have been resolved in accordance with the procedures outlined in the cure dispute resolution process proposed by Debtors.

[SIGNATURE BLOCK ON NEXT PAGE]

Pg 2 of 2

                Respectfully submitted,

                WARNER NORCROSS & JUDD LLP

Date:  September 11, 2009        BY:   /s/Michael G. Cruse
                                                              MICHAEL G. CRUSE (P38837)
                                                             Attorneys for Bocar, S.A. de C.V.
                                                             2000 Town Center, Suite 2700
                                                             Southfield, MI  48075
                                                             Telephone:  248-784-5131
                                                             Fax:  248-603-9731
                                                             Email:  mcruse@wnj.com

1705730-1