WARNER NORCROSS & JUDD  
2000 Town Center, Suite 2700  
Southfield, MI 48075  
Telephone: 248-784-5131  
Facsimile: 248-603-9731  
Michael G. Cruse  

Attorneys for Bocar, S.A. de C.V.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corporation, *et al.* | 09-50026-reg |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2009, I served a copy of the:

Notice of Withdrawal of the Objection of Bocar, S.A. de C.V. to Proposed Cure Costs Contained in Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto

on the following parties at these addresses via First Class U.S. Mail:

SEE ATTACHED SPECIAL SERVICE LIST

/s/Helga Ziegler  
Helga Ziegler  
Legal Assistant to Michael G. Cruse (P38837)  
Warner Norcross & Judd LLP  
Attorneys for Bocar, S.A. de C.V.  
2000 Town Center, Suite 2700  
Southfield, MI 48075-1318  
Telephone: 248-784-5131  
Fax: 248-603-9731  
mcruse@wnj.com  

1705725-1

**SPECIAL SERVICE LIST**

| | |
|---|---|
| **Debtors** | **Attorneys for Creditors Committee** |
| Lawrence S. Buonomo, Esq.<br>c/o General Motors Corporation<br>300 Renaissance Center<br>Detroit, MI  48265 | Robert D. Wolford, Esq.<br>Miller, Johnson, Snell & Cummiskey, PLC<br>250 Monroe Avenue, N.W., Suite 800<br>Grand Rapids, MI 49503 |
| **Attorneys for Debtors** | **Export Development Canada** |
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Export Development Canada<br>c/o Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019 |
| **U.S. Treasury** | **Office of the U.S. Trustee** |
| Matthew Feldman, Esq.<br>U.S. Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC  20220 | Diana G. Adams, Esq.<br>Office of the United States Trustee<br>  for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 |
| **Attorneys for Purchaser** | |
| John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 | |

1676615-1