WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI 48075
Telephone: 248-784-5131
Facsimile: 248-603-9731
Michael G. Cruse

Attorneys for Fugra, S.A. de C.V.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corporation, *et al.* | 09-50026-reg |
| | (Jointly Administered) |
| Debtors. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2009, I served a copy of the:

Notice of Withdrawal of the Objection of Fugra, S.A. de C.V. to Proposed Cure Costs Contained in Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto

on the following parties at these addresses via First Class U.S. Mail:

SEE ATTACHED SPECIAL SERVICE LIST

/s/Helga Ziegler
Helga Ziegler
Legal Assistant to Michael G. Cruse (P38837)
Warner Norcross & Judd LLP
Attorneys for Fugra, S.A. de C.V.
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Telephone: 248-784-5131
Fax: 248-603-9731
mcruse@wnj.com

1705722-1

## SPECIAL SERVICE LIST

**Debtors**

Lawrence S. Buonomo, Esq.
c/o General Motors Corporation
300 Renaissance Center
Detroit, MI 48265

**Attorneys for Debtors**

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**U.S. Treasury**

Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

**Attorneys for Purchaser**

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Attorneys for Creditors Committee**

Robert D. Wolford, Esq.
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503

**Export Development Canada**

Export Development Canada
c/o Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**Office of the U.S. Trustee**

Diana G. Adams, Esq.
Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

1676615-1