**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |

---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF TECHNOLOGY INVESTMENT PARTNERS TO (1) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO AND (2) SALE OF DEBTORS' ASSETS PURSUANT TO ORDER**

Technology Investment Partners, LLC, by and through its attorneys, Foley & Lardner LLP, hereby withdraws the Limited Objection Of Technology Investment Partners To (1) Assumption And Assignment Of Certain Executory Contracts And Cure Amounts Related Thereto And (2) Sale Of Debtors' Assets Pursuant To Order (Docket No. 1960), filed on June 19, 2009.

Dated:   September 11, 2009          FOLEY & LARDNER LLP

*/s/* Katherine R. Catanese
Thomas B. Spillane, Jr.
John A. Simon
Katherine R. Catanese
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Technology Investment Partners, LLC*

DETR_1284531.1