**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                            :    Chapter 11
                                                  :
GENERAL MOTORS CORP., *et al.*,                   :    Case No. 09-50026 (REG)
                                                  :
                        Debtors                   :    Jointly Administered
                                                  :
---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF OBJECTION OF PEUGEOT JAPY INDUSTRIES SA TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO**

Peugeot Japy Industries SA, by and through its attorneys, Foley & Lardner LLP, hereby withdraws the Objection of Peugeot Japy Industries SA to Assumption and Assignment of Certain Executory Contracts and Cure Amounts Related Thereto (Docket No. 1304), filed on June 15, 2009.

Dated:  September 11, 2009         FOLEY & LARDNER LLP

                                    /s/ John A. Simon
                                   Judy A. O'Neill
                                   John A. Simon
                                   Katherine R. Catanese
                                   500 Woodward Avenue, Suite 2700
                                   Detroit, MI 48226-3489
                                   Telephone: (313) 234-7100
                                   Facsimile: (313) 234-2800
                                   *Attorneys for Peugeot Japy Industries SA*