...
...

Kim R. Lynch, Esq. (KL-5866)
Counsel for Siemens Building Technologies, Inc.
Forman Holt Eliades & Ravin, LLC
80 Route 4 East, Suite 290
Paramus, NJ  07652
 (201) 845-1000

Lauren Newman, Esq.
Of Counsel for Siemens Building Technologies, Inc.
Thompson Coburn Fagel Haber
55 East Monroe, 40th floor
Chicago, Illinois  60603
(312) 346-7500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| GENERAL MOTORS CORP., et al, | : | Case No. 09-50026 (REG) |
|  | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : |  |

**NOTICE OF WITHDRAWAL OF OBJECTION [DOCKET NO. 3650] OF SIEMENS
BUILDING TECHNOLOGIES, INC. TO PROPOSED CURE AMOUNT**

Siemens Building Technologies, Inc. ("SBT"), by its co-counsel, Forman Holt Eliades & Ravin LLC and Thompson Coburn Fagel Haber, hereby withdraw the *Objection of SBT to the Debtors' (I) Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (Docket No. 2640) (the "Objection") filed with this Court on June 26, 2009,[1] as set forth in this Notice of Withdrawal.

This Notice of Withdrawal is filed pursuant to the Agreement to Resolve Objection to Cure Notice, dated September 11, 2009, between SBT and General Motors Company (formerly

---
[1] Capitalized terms used herein without definition shall have the meaning given to them in the Objection.

NGMCO, Inc.) (the "Cure Settlement Agreement"), which resolves the dispute regarding the Cure Amount due to SBT in connection with the assumption and assignment of the agreements between SBT, on the one hand, and the above-captioned Debtors, on the other hand, as asserted by the Debtors on the Cure Website and in the *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto*, dated June 5, 2009 (the "Notice"), and any other objections raised by SBT to the Cure Amounts in the Objection.

This Withdrawal is without prejudice to SBT's rights to: (a) object to additional and further designations of any agreements for assumption and assignment, other than those included in the Notice; (b) renew its Objection in the event that the terms of the Cure Settlement Agreement are breached by the Debtors or the Purchaser; and (c) file any additional papers or applications with respect to the agreed upon Cure Amounts in the event they are not timely paid.

Dated:  September 11, 2009

                                                    FORMAN HOLT ELIADES & RAVIN LLC

                                                    /s/     Kim R. Lynch
                                                    Kim R. Lynch, Esq. (KL-5866)
                                                    80 Route 4 East – Suite 290
                                                    Paramus, NJ  07652
                                                    Telephone: (201) 845-1000
                                                    Fax.:  (201) 845-9112

                                                    And

                                                    THOMPSON COBURN FAGEL HABER
                                                    Lauren Newman, Esq. (IL Bar 6188355)
                                                    55 East Monroe Street, 37th Floor
                                                    Chicago, Illinois 60603
                                                    Telephone: (312) 346-7500
                                                    Fax: (312) 782-3659
                                                    Attorneys for Siemens Building Technologies, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that Notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District and upon those parties listed on the attached service list as indicated on this 11th day of September, 2009.

      /s/ Kim R. Lynch  
      Kim R. Lynch

## Service List

*Via U.S. Mail*
General Motors Corporation
Cadillac Building
Attn: Warren Command Center
Mailcode 480-206-114
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
*Debtors*

*Via Electronic Mail*
Harvey R. Miller, Esq
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotchal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Harvey.Miller@weil.com
Stephen.karotkin@weil.com
Joseph.smolinsky@weil.com
*Attorney for Debtors*

*Via U.S. Mail*
Diana G. Adams, Esq
Office of the U.S. Trustee for the Southern
District of New York
33 Whitehall St., 21st Floor
New York, NY 10004
*U. S. Trustee*

*Via U.S. Mail*
Matthew Feldman, Esq
U. S. Department of Treasury
1500 Pennsylvania Ave
NW Room 2312
Washington, DC 20220

*Via Electronic Mail*
John J. Rapisardi, Esq
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY  10281
John.rapisardi@cwt.com
*Attorneys for Purchaser*

*Via Electronic Mail*
Michael J. Edelman, Esq.
Michael Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
mjedelman@vedderprice.com
*Attorneys for Export Development Canada*

*Via Electronic Mail*
Robert D. Wolford
Miller, Johnson Snell & Commiskey PLC
250 Monroe Avenue, N.W.
Suite 800
Grand Rapids, MI 49053
Ecfwolfordr@millerjohnson.com
*Attorneys for Creditors' Committee*