Gary A. Hansz (P44956)
Williams, Williams, Rattner & Plunkett, P.C.
380 N. Old Woodward Ave., Ste. 300
Birmingham, MI 48009
*E-mail address:* gah@wwrplaw.com
*Telephone number:* (248) 642-0333

Counsel for conTeyor Multibag Systems, NV

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In re:  General Motors Corp., et al. | Chapter 11 |
| Debtors | Case No. 09-50026 (REG) |
| ---------------------------------------------------------------x | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF OBJECTIONS OF CONTEYOR MULTIBAG SYSTEMS, NV TO PROPOSED CURE AMOUNTS

PLEASE TAKE NOTICE: conTeyor Multibag Systems, NV, through its undersigned counsel, hereby withdraws its Objections to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto, which Objections were filed July 30, 2009 (Docket No. 3555).

Dated: September 11, 2009

                Respectfully Submitted

                /s/ Gary A. Hansz

                *Mailing Address:*
                Williams, Williams, Rattner & Plunkett, P.C.
                380 N. Old Woodward Ave., Ste. 300
                Birmingham, MI 48009
                *E-mail address:* gah@wwrplaw.com
                *Telephone number:* (248) 642-0333

                Counsel for conTeyor Multibag Systems, NV

463840