Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           )
In re                                                      )    Chapter 11
                                                           )
MOTORS LIQUIDATION COMPANY , *et al.*                      )
f/k/a GENERAL MOTORS CORP., *et al.*,                      )
                                                           )    Case No. 09-50026 (REG)
                                                           )
                    Debtors.                               )    Jointly Administered
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 9, 2009, she caused a true and correct copy of the **Objection of the Ad Hoc Committee of Asbestos Personal Injury Claimants to Motion for Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), Establishing the Deadline for Filing Proofs of Claim (Including Claims Under Section 503(b)(9) of the Bankruptcy Code) and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof** [Doc. No. 3997] to be served on the parties below by the method indicated and by electronic mail on all parties receiving notice via the Court's ECF System.

**By Electronic Mail**
Harvey R. Miller
harvey.miller@weil.com
Stephen Karotkin
stephen.karotkin@weil.com
Joseph H. Smolinsky
Joseph.smolinsky@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
767 Fifth Avenue
New York, NY 10153
**Counsel for the Debtors**

**By Electronic Mail**
Adam C. Rogoff
aragoff@kramerlevin.com
Robert T. Schmidt
rschmidt@kramerlevin.com
Amy Caton
acaton@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Counsel for Official Committee of Unsecured Creditors**

**By Electronic Mail**
James L. Bromley
jbromley@cgsh.com
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
**Counsel for UAW**

**By Electronic Mail**
John J. Rapisardi
john.rapisardi@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**Counsel for
Vehicle Acquisition Holdings LLC**

**By Electronic Mail**
Michael J. Edelman
mjedelman@vedderprice.com
Michael L. Schein
mschein@vedderprice.com
Vedder Price, PC
1633 Broadway, 47th Floor
New York, NY 10019
**Counsel for Export Development Canada**

**By Facsimile**
Diana G. Adams
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile:  (212) 668-2255

**By Electronic Mail**
David S. Jones
david.jones@usdoj.gov
Matthew L. Schwartz
matthew.schwartz@usdoj.gov
United States Attorney's Office
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007
Facsimile:  (212) 637-2684

**By Electronic Mail**
Brian Masumoto
brian.masumoto@usdoj.gov
Tracy Davis
tracy.davis@usdoj.gov
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile:  (212) 668-2255

**By Electronic Mail**
Matthew Feldman
matthew.feldman@do.treas.gov
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220
**United States Treasury**

**By Electronic Mail**
Lawrence S. Buonomo
lawrence.s.buonomo@gm.com
Motors Liquidation Company
300 Renaissance Center
Detroit, MI 48265

**By Electonic Mail**
Ted Stenger
tstenger@alixparterns.com
Motors Liquidation Company
300 Renaissance Center
Detroit, MI 48265

_/s/ Jo E. Hartwick_

STUTZMAN, BROMBERG,ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS