WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorney Appearing: Leslie S. Barr (lbarr@windelsmarx.com)

    -and-

HOWARD & HOWARD ATTORNEYS, PLLC
450 West Fourth Street
Royal Oak, Michigan 48067
Telephone (248) 723-0296
Lisa S. Gretchko (LGretchko@HowardandHoward.com)

*Attorneys for Progressive Stamping Company (D.E.), Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

GENERAL MOTORS CORP., et al.,

                Debtors.
---------------------------------------------------------x

Chapter 11

Case No. 09-50026 (REG)
(Jointly Administered)

## NOTICE OF WITHDRAWAL OF OBJECTION AND SUPPLEMENTAL OBJECTION OF PROGRESSIVE STAMPING COMPANY TO DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND TO PROPOSED CURE AMOUNTS

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

      Progressive Stamping Company (D.E.), Inc. ("Progressive Stamping"), by and through its undersigned counsel, hereby withdraw (i) the *Objection of Progressive Stamping Company to Debtors' Proposed Assumption and Assignment of Executory Contracts and to Proposed Cure Amounts*, filed on June 17, 2009 [Docket No. 1673], and (ii) the *Supplemental Objection of Progressive Stamping Company to Debtors' Proposed Assumption and Assignment of Executory Contracts and to Proposed Cure Amounts*, filed on June 24, 2009 [Docket No. 2426], based

{10523900:1}

upon, *inter alia*, a letter agreement with General Motors Company, dated August 13, 2009, setting forth the correct amount of cure payments due Progressive Stamping pursuant to Bankruptcy Code § 365 and the payment of such cure amounts (the "Letter Agreement"). Progressive Stamping reserves all rights in the event that prompt payment of the agreed-upon cure amount is not made as set forth in the Letter Agreement.

Dated: New York, New York
September 14, 2009

Respectfully submitted,

WINDELS MARX LANE & MITTENDORF, LLP

By: /s/ Leslie S. Barr

Leslie S. Barr (lbarr@windelsmarx.com)
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000
Fax. (212) 262-1215

-and-

HOWARD & HOWARD ATTORNEYS PLLC
450 Fourth Street
Royal Oak, Michigan 48067-2557
Telephone (248) 723-0396
Lisa S. Gretchko (LGretchko@HowardandHoward.com)

*Attorneys for Progressive Stamping Company (D.E.), Inc.*