UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                : Chapter 11 Case No.:
                                                      :
MOTORS LIQUIDATION COMPANY, et al.   :
      f/k/a General Motors Corp., *et al.*,           : 09-50026 (REG)
                                                      :
                    Debtors.                          : (Jointly Administered)
                                                      :
------------------------------------------------------------x  Ref. Docket No. 4007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 11, 2009, I caused to be served the "Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Periods in Which Debtors May File Chapter 11 Plan and Solicit Acceptances Thereof," dated September 11, 2009 [Docket No. 4007], by causing true and correct copies enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed on the annexed Exhibit A, and via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         _____
                                                         Sidney Garabato

Sworn to before me this
14th day of September, 2009

_____
Notary Public

T:\CLIENTS\GM2\AFFIDAVITS\STATEMENT OF SUPPORT DKT NO. 4007_9-11-09.DOC

**EXHIBIT A**

THE OFFICE OF THE UNITED STATES TRUSTEE
FOR THE SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NEW YORK 10004
(ATTN: DIANA G. ADAMS, ESQ.)


THE UNITED STATES DEPARTMENT
OF THE TREASURY
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220
(ATTN: MATTHEW FELDMAN, ESQ.)

**EXHIBIT B**

MOTORS LIQUIDATION COMPANY, ET AL.
f/k/a GENERAL MOTORS CORP., ET AL.

## Service List

| Claim Name | Email Address Information |
|---|---|
| CADWALADER, WICKERSHAM & TAFT LLP | john.rapisardi@cwt.com |
| GENERAL MOTORS COMPANY | lawrence.s.buonomo@gm.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | JSharret@KRAMERLEVIN.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | RChaikin@KRAMERLEVIN.com |
| THE DEBTORS C/O MOTORS LIQUIDATION COMPANY | TStenger@alixpartners.com |
| VEDDER PRICE, P.C. | MJEDELMAN@VEDDERPRICE.COM |
| VEDDER PRICE, P.C. | MSCHEIN@VEDDERPRICE.COM |
| WEIL, GOTSHAL & MANGES LLP | HARVEY.MILLER@WEIL.COM |
| WEIL, GOTSHAL & MANGES LLP | JOSEPH.SMOLINSKY@WEIL.COM |
| WEIL, GOTSHAL & MANGES LLP | STEPHEN.KAROTKIN@WEIL.COM |

| Total Creditor Count | 10 |
|---|---|