FOLEY & LARDNER LLP
Ann Marie Uetz
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for WABCO Holdings, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.,* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |

-----------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
## FOR WABCO HOLDINGS, INC.

PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP, as counsel for WABCO Holdings, Inc., hereby withdraws its appearance in the above-captioned matter.

This notice is in respect to Foley & Lardner LLP only, and is not intended to affect service independently requested by WABCO Holdings, Inc. or counsel therefor, or their continued listing in the mailing matrix and service list for this case.

Dated: September 14, 2009
       New York, New York

FOLEY & LARDNER LLP

/s/ Ann Marie Uetz
Ann Marie Uetz
Daljit S. Doogal
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for WABCO Holdings, Inc.*

DETR_1300201.1