FOLEY & LARDNER LLP
Ann Marie Uetz
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Jernberg Industries, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.,* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |

--------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR JERNBERG INDUSTRIES, INC.

PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP, as counsel for

Jernberg Industries, Inc., hereby withdraws its appearance in the above-captioned matter.

This notice is in respect to Foley & Lardner LLP only, and is not intended to affect

service independently requested by Jernberg Industries, Inc. or counsel therefor, or their

continued listing in the mailing matrix and service list for this case.

Dated: September 14, 2009    FOLEY & LARDNER LLP
New York, New York

/s/ Ann Marie Uetz
Ann Marie Uetz
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Jernberg Industries, Inc.*