FOLEY & LARDNER LLP
Ann Marie Uetz
Thomas B. Spillane
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for BBi Enterprises Group, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |

---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ANN MARIE UETZ AS COUNSEL FOR BBI ENTERPRISES GROUP, INC.

PLEASE TAKE NOTICE that Ann Marie Uetz of the law firm of Foley & Lardner LLP, as counsel for BBi Enterprises Group, Inc., hereby withdraws her appearance in the above-captioned matter.

This Notice is in respect to Ann Marie Uetz only, and is not intended to affect service independently requested by other attorneys at Foley & Lardner LLP or by BBi Enterprises Group, Inc. or counsel therefor, or their continued listing in the mailing matrix and service list for this case.

Dated: September 14, 2009          FOLEY & LARDNER LLP
       New York, New York
                                   /s/ Ann Marie Uetz
                                   Ann Marie Uetz
                                   Thomas B. Spillane
                                   500 Woodward Avenue, Suite 2700
                                   Detroit, MI 48226-3489
                                   Telephone: (313) 234-7100
                                   Facsimile: (313) 234-2800
                                   *Attorneys for BBi Enterprises Group, Inc.*

DETR_1297386.1