Mary W. Koks
State Bar No. 04856800
Federal Bar No. 02409
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002
Telephone: 713-222-4030
Facsimile: 713-222-1475
Email: mkoks@munsch.com
Attorney for JIS Performing
Party Group

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| GENERAL MOTORS CORP., ET AL, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administrated) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mary W. Koks, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent BASF Corporation, Bristol-Myers Squibb Company, Columbian Chemicals Company, Glenn Springs Holdings, Inc., Shell Oil Company, Textron, Inc., and Trane US, Inc. f/k/a Trane, Inc., f/k/a American Standard, Inc. (the "JIS Performing Party Group"), a party-in-interest in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Texas and the bar of the U. S. District Court for the Southern District of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated this 3rd day of September, 2009.

        MUNSCH HARDT KOPF & HARR, P.C.

        By: _____
        Mary W. Koks, Esq.
        Texas State Bar No. 04856800
        4600 Bank of America Center
        700 Louisiana Street
        Houston, Texas 77002-2732
        Telephone (713) 222-1470
        E-mail address: mkoks@munsch.com

        ATTORNEY FOR JIS PERFORMING PARTY GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2009, a true and correct copy of the above and foregoing was served by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

_____
Mary W. Koks

MHDocs 2223560_2 11094.1

Mary W. Koks
State Bar No. 04856800
Federal Bar No. 02409
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002
Telephone: 713-222-4030
Facsimile: 713-222-1475
Email: mkoks@munsch.com
Attorney for JIS Performing
Party Group

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| GENERAL MOTORS CORP., ET AL | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administrated) |

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion for Admission to Practice *Pro Hac Vice* of Mary W. Koks, a member in good standing of the bar in the State of Texas, to represent BASF Corporation, Bristol-Myers Squibb Company, Columbian Chemicals Company, Glenn Springs Holdings, Inc., Shell Oil Company, Textron, Inc., and Trane US, Inc. f/k/a Trane, Inc., f/k/a American Standard, Inc. (the "JIS Performing Party Group") in the above styled proceeding, it is

**ORDERED**, that Mary W. Koks, is admitted to practice, *pro hac vice*, in the above styled proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: _____                    _____
                                          UNITED STATES BANKRUPTCY JUDGE