Objection Deadline: September 14, 2009
Hearing Date: TBD

Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
phone:  (202) 662-6000
fax:  (202) 662-6291

- and -

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
phone:  (212) 841-1000
fax:  (212) 841-1010

*Counsel to Union Pacific Railroad Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re:                                              :    Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al.*,   :    Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS CORP., *et al.*,   :
:
           Debtors.            :    Jointly Administered
----------------------------------------------------------------x

### PROTECTIVE OBJECTION OF UNION PACIFIC RAILROAD COMPANY
### TO DEBTORS' PROPOSED CURE AMOUNTS

Union Pacific Railroad Company ("Union Pacific") hereby objects to the cure amounts proposed by the Debtors with respect to executory contracts with Union Pacific that the Debtors propose to assume and assign.  In support of its Objection, Union Pacific represents as follows:

## BACKGROUND

1. By Notice dated September 4, 2009 (the "Assumption Notice"), the Debtors informed Union Pacific of their intent to assume and assign certain executory contracts between the Debtors and Union Pacific. Pursuant to the sale procedures order entered by the Court on June 2, 2009 (Docket No. 274), the Assumption Notice provided Union Pacific with a user number and password allowing Union Pacific to access the database maintained by the Debtors reflecting proposed cure amounts under the Contracts. The database contains a schedule of the Contracts and the Debtors' proposed cure amounts (the "Schedule").

## BASIS FOR OBJECTION

2. The Assumption Notice and Schedule do not provide Union Pacific with sufficient information to allow it to determine whether the specified cure amounts are accurate.

3. Union Pacific is working diligently with the Debtors to try to resolve cure and related issues without Court intervention, but reserves all rights in the event agreement cannot be reached.

Dated: New York, New York
       September 14, 2009

                                        Respectfully submitted,

                                        Michael St. Patrick Baxter
                                        Dennis B. Auerbach
                                        COVINGTON & BURLING LLP
                                        1201 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20004-2401
                                        phone: (202) 662-6000
                                        fax: (202) 662-6291
                                        email: mbaxter@cov.com

                                        - and -

    */s/ Susan Power Johnston*
Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
phone:  (212) 841-1000
fax:  (212) 841-1010
email:  sjohnston@cov.com

*Counsel to Union Pacific Railroad Company*