FOLEY & LARDNER LLP
Ann Marie Uetz
Thomas B. Spillane, Jr.
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Ficosa North America Corporation
and Ficosa North America, SA de CV*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.,* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |

------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ANN MARIE UETZ AS COUNSEL FOR FICOSA NORTH AMERICA CORPORATION AND FICOSA NORTH AMERICA, SA DE CV

PLEASE TAKE NOTICE that Ann Marie Uetz of the law firm of Foley & Lardner LLP, as counsel for Ficosa North America Corporation and Ficosa North America, SA de CV, hereby withdraws her appearance in the above-captioned matter.

This Notice is in respect to Ann Marie Uetz only, and is not intended to affect service independently requested by other attorneys at Foley & Lardner LLP or by Ficosa North America Corporation and Ficosa North America, SA de CV or counsel therefor, or their continued listing in the mailing matrix and service list for this case.

| | |
|---|---|
| Dated: September 14, 2009<br>New York, New York | FOLEY & LARDNER LLP<br><br>/s/ Ann Marie Uetz<br>Ann Marie Uetz<br>Thomas B. Spillane, Jr.<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI 48226-3489<br>Telephone: (313) 234-7100<br>Facsimile: (313) 234-2800<br><br>*Attorneys for Ficosa North America Corporation and Ficosa North America, SA de CV* |

2