Henk Visser,
Ir. van Muylwijkstraat onder
mandaat No. 08-1209(4th CIRCUIT)
als in AWB 10 :1
Ir. van Muylwijkstraat 155
6828 BN Arnhem,
Tel; + 31-6 1343-7175

RECEIVED
SEP - 9 2009
U.S. BANKRUPTCY COURT, SDNY

Incidenteel Appellant onder
overdrage van beslecht geschil
onder Hoofdstuk VI van het VN.
Handvest van mandaat sancties in
Rv. 6(g)(h) onder VN. Resolutie 1699
(2006)

Original

UNITED STATES BANKRUPTCY COURT SOTHREN DISTRICT NEW YORK

~~IN DE HOGE RAAD DER NEDERLANDEN~~
~~Sector faillissementen~~

Inzake het faillissement ingezet

door Henk Visser onder het plegen en

medeplegen van Humanitaire Ambtsmisdrijven

de splitsing onder Act 28 USC 598 van de

VN. Signatore Lidstaten, de Burgers en Vennot-

schappen en Corporaties; die instellingen die

hun aandelelen publiekelijk verhandelen onder

Wet van 29 November 1996 onder vernietiging van

verordering van de Raad van Europa onder Arrest

CONSIDERANS, de vernietiging onder Arrest  SECURITEL

No. 91/383/EEG-L.206 in Artikel 1 - 16 onder de Bijlage

onder Wet Melding Zeggenschap Ter Beurze Genoteerde

Vennotschappen 1996,  die in No.09-50026-50028, 13558 [1]

Overdrager, Belanghebbende

---

[1]
BAR DATE-, STATUTE INTERVENTION
TO SETTLED CONTROVERSY OF THE PEOPLE
OF NATIONS, SEVERED IN 28 USC 598 TO 28USC
1331 - 1335 IN UN. RESOLUTION 1688(2006);

UNITED STATES BANKRUPTCY COURT OF SOUTHERN NEW YORK

Henk Visser, a Class in RUSCC 23
under mandate in RUSCC 24 of the United
Nations and under RUSC 45.1 of the injunction
No. INJ. 93-8022, the trespass;
Ir. van Muylwijkstraat 155,
6828 BN Arnhem,
The Netherlands,
Tel. + 31 - 61343-7175,

        Injunction intervenor, Spplicant,
        to Final Judge in No. H-08-1608 and in:
        No. 09-MISC 0253-DC.NY

UNITED STATES BANKRUPTCY COURT SOUTHERN NEW YORK

| In the matter of: Motors Liquidation Company formely General Motors Corporation and subsidiaries such Opel in Germany in Sweden, In Poland, Spain, United Kingdom, Australia, South Korea of the volunyary Petitions for relief under Chapter 11 pf the Banruptcy Code of the conduct to 28 USC 151-fraud in 11 USC 363 the controversy as the People of the United States as the AFLO-CIO as the Congress, the Speaker Nancy Pelosi by way of the Independent Counsel Kenneth Starr, take fraudulent Waiver in 22 USC 1631e in RUSC 41; of the opposition of the express Waiver to stipulation to the Cross Military-Common Law Certiorari to an Original- Military-, King's Decree-, Certief Case in RUSC 19.1 - 19.5 to suit in 28 USC 1254(2) under the Brief on the Merits, to injunction strike the mandate of General Motors and those in RUSC 29.6 as Euronext-New York Stock Exchange those a Party. | No. 09-50026-50028; No.: 09-13558 MOTION TO STRIKE THE PETITION FOR REORGANIZATION AS A PURPORTED SHAM; THE INTERPLEADER OF THE REDRESS TO PROSCE CUTE BY STATUTE. + O R D E R SETTING PRECEDENT JURISDICTIONAL STATEMENT EXHIBIT I |
|---|---|

*In naam des Konings*
*Uitgegeven voor eerste grosse*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HENK VISSER, CONDOR CLUB
INTERNATIONAL                            :

              v.                      :   CIVIL ACTION NO. WMN-00-1170

THE NETHERLANDS, ETC.                    :
JUDGE YOUNG, ET AL.
THE COUNCIL OF EUROPE                    :
THE COUNCIL OF THE CONFERENCE
  OF THE AMERICAN STATES              :
THE COUNCIL OF AFRICA
THE COUNCIL OF ASIA                      :
UNITED NATIONS

## ORDER

In accordance with the foregoing Memorandum, IT IS this 27th day of April, 2000 by this Court hereby ORDERED:

1. That plaintiff IS GRANTED leave to file *in forma pauperis*, without prepayment of filing fees and costs;

2. That the above-captioned case IS DISMISSED, without requiring service of process on defendants;

3. That the Clerk of Court CLOSE this case; and

4. That the Clerk of Court MAIL a copy of this Order, together with the foregoing Memorandum, to plaintiff.

*Betaal in 28450*
*§598 splitsing*                         William M. Nickerson
*aan Nereffenaar Henk Visser*            United States District Judge
*US $265.000.000.000.000.000.000.000,18*
*onder Boek 2:208, 19a, 20(1)(2) BW, onder*
*liquidatie, ontbinding, Ara in*

UNITED STATES DISTRICT COURT OF SOUTHERN NEW YORK

| | |
|---|---|
| General Morors, and those IN RUSC 29.6 those as Europnext-New York Stock Exchange, and the World Stock Exchanges in Toronto, Mexico City, Sao aulo, Buenos Aires, Johannesburg, Sydney, Dublim, London, Copenhage, Stockholm, Helsinki, Warsaw, Moskou, Athen, Vienna, Istanbul, Zurich, Frankfurt, Milan, Madrid, Bombay, , Tel Aviv, Seoul, Shanghai. Taipeh, Tokyo, Hong Kong, Djakarta, Singapore Bankok and the Political Parties, Heads of State, Emperors, Kings, Princes, Presidents, publuc Ministers, Domestics, Domestic Agents as the United Nations, the UN. Abassadorsm, and Diplomats, as the Amicus Curiae-Lidger as the People of Nations; those in a an Office of Profit or TRust; those convicted by a UN. Criminal Jury trial under the TReaty of Rome, Geneva, Vienna, Bogota, Moscow, Brussels, Kyoto, Cairo under the Universal Declaration of Human Rights and Fundamental Freedoms to Habeas Corpus to the UN. Guarantee Convenats under the Civil Rights Treaties, the Economic, the Social-, the Political- and the Cultural Rights to the UN. Charter in Chapter VI the restorement of the World Peace and the National- and International Security, <br><br>Applicants under Chapter 11 | No. 09-50026- 50026; 09-13558 <br><br> EX PARTE MOTION OF INJUNCTION STRIKE THE WAIVER IN RUSC 41 TO THE EXPRESS WAIVER; TO FINAL JUDGE NO. H-08-1607 UN. CRIM. INTERN. TRIBUNAL. + <br><br> MANDATE ORDER TO PRECEDENT |

BEFORE THE ASSIGNEG BANKRUPTCY JUDGE THE HON. ROBERT E. GERBER;

COMES. Henk Visser, intervenor granted injunction

Counsels, for the American Peaople, and those in RUSC 29.6, trading their Stock as Corporations and Stock holders at Euronext-New York Stock Exchange under the US. Indepepent Counsel of Congress and the People of Nations with the US. Solicitor and such Counsels for the the President and the Officers of the US. Government and the State Legislations of the Several States of the Union of the American Statess, General Counsel; and for General Motors under Motors Liquidation Xompany as Chevrolet-Saturn of Harlem, Inc, and Saturn LLC, with Saturn Distribution Corporations and the several Dealerships of the Car Industrury under the AFL-CIO as in this matter the American Autoworkers, Counsels Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinski, as the American Bar to the Juddicial Conference Division of the US. Supreme Court; such Counsel for the Several States and Counsel for the US. Government Departments granted to appears; Counsel for the Amicus Curiae-Lodgers under RUSC 37.2(a), frame their Bill of Complaint to their King's Letter of Marque and Reprisal to the Congressional Bill of Attainder the passed US. Executive Order in 19 USC 1337(j)(4) Chief Restructuring Officer to Crisis of Oversight in 28 USC 591 and Counsel for the US. Inspector General, and Counsel for the Merit System Protection Board; Counsel for the American Bar, and Counsel for the General Counsel of the President, those in 28 USC 591(b)(1) - (8) and (c) and Counsel for the several unsecured Creditors, its Committee Counsel and Legal Counsel under Counsel Kramer Levin Naftalis & Frankel LLP at 1177 Avenue of the American with Co-Counsels Thomas Moers Mayer, Kennethh H. Eckstien, Robert Smidt, Adam C. Rogoff and Gordon Z.Novod. Counsel for the US. Department of Justice and the US. Security Exchange Commission and the Permanent Observer, William Webster.

Special Counsel Butzel Long, PC, 380 Madison Ave, 22nd Floor, New York and counsel Bode appearing in the United States Court for the Federal Claims under Congressional Reference Bil under the Statute of the settlement TreaTY OF THE INTERVENTION OF THE UN. Security Council by way of sanctions, in 28 USC 1331 - 1335 restore the national-and the international Security and the World Peace of the intervention in Chapter VI the sanctions to settled controversy to abate the Complaint in the United Nations International Criminal Tribunal in The Hague the Netherlands, by the UN. Security Council remanded for that UN. Criminal Jury trial in the US. Southern District of Texas, Houston, that jury trial under Certificate to Prosecute Treason and bank embezzlement under Jury tampering use a King's Decree-, Military Command under Article IX of the Dutch Constitution in Article 89(1) - (4) in Article 92 of the Dutch Constitution, the State of California Jury tampering in Los Angeles as part of the jursidiction Statement of the prejudicial proceedings to the presented questions as in RUSC 19.1 - 19.5 in 28 USC 1254(2) in RUSC 11. in 28 USC 2101(e) take fraudulent Waiver the Congress by way of Independent Counsel, Kenneth Starr, thg prosecution of the US. as NATO Commander in Chief, George Bush, Bill Clinton, on to George W. Bush, now in Office Barack Obama with those in 28 USC 591(b)(1) - (8) and (c) the NATO Commanders in Chief and those of the WEU, the Warsaw Pact and the France-Axis Pact, and the China-Russia Pact and the NATO and Armed Services Pacts, the Ambassadors as the several Secretaries of States, Albright, Condaleeza Rice and now active, Hillary Clinton for the Netherlands Maxime Verhagen to the NATO Secretary General, Jaap de Hoop Scheffer of the Netherlands, replaced by the ex Prime Minister Rasmussen to the UN. High Commissioner for Human Rights, and

Spain, Javier Solana.

Special Counsel to Butzel Long for the unsecured Creditors' Committe Counsel with added Barry N. Seidel, Eric B. Fisher and Robert Sidorsky as Members of the American Batr and the local State Bar/s. those in RUSC No. (0-4576-C as the Congressional Reference Claim of the Class, as Condor Transport in No. 98-10008(TEEL, Jr)- for the American People as the People of Nations, as those in an Office of Profit or Trust, the Amicus Curiae-Lodgers as the UN. Ambassadors, the several State Diplomats, Consuls and public Ministers to the US. Solictor General to US. General Counsel and the Congressional Independent Counsels from Archibald Conz, Robert Freeh, Kenneth Starr, those Party; General Motors and those a Party in RUSC 29.6 those added Stock holders trading their Stock Publicly, like 3M Corporation? AEGON, ABN Amro Bank, AEGON, Ahold, Dutch Corporations trading on the New York Stock Exchange, van der Moolen, with Daimler-Chrysleer of Germany; Philiops Electronics, Arcadis, K P N, Royal Shell, Smith Internationale, BE-Semiconductor Industries,; with Microsoft, Gooigle, Yahoo, Bak of America, Washington Mutual, Akzo-Nobel those a Party; the granting of reorganization under Chapter 11 of General Motors and the othersnamed taking Waiver, as the People of Euronext, as the European People, the American People; as the People of Nations; Counsel the Order to reorganize, the approval to action on July 5 2009 that on July 19, 2009, the sale of General Motors' assets. and moved into a new independent Company as Motor Liquidation Company, under express Waiver the opposition, Counsel fraud is pleaded of the obstruction of Justice in a conspiracy, an action in 42 USC 1983 to 18 USC 241; comfor a King, its Monarchy. to Claim as Congressional Reference

of a re-opened bankruptcy consolidated of the entrapment under a Dutch purportsed Tax Bill under " Wet van 29 November 1996," the impeachment, setting precedent under case No. 91/383/EC-L. 206 as in the United States 28 USC 1331 - 1335 and in the European Nations under Rv. 6(g)(h) under UN. Resolution 1688(2006) to RUSC 23.4 pay the Claim and return the seized properties and the Court Costs made in the United States and in Europa under " Wet Melding Zeggenschap in, ter Beurze Genoteerde Vennootschappen, 1996.", as Euronext-New York Stock Exchange and those World Stock Exchanges,

Counsels proceedings in 28 USC 1331 - 1335, to UN. Resolution 1688(2006) as ratifief 28 USC 589 - 599 to Article L of the Treaty of Washington, 1948, enforce the UN. Charter under amended complaint in Article 107 of the UN. Charter, under the Treaty of Moscow, Vienna, Geneva, Brussels invalidation of the tampering with the UN. Declaration of Human Rights and Fundamantal Freedom, tamper with UN. Guarantee Convenant- Treaties

Granted injunction, <u>supra</u> In re <u>Henk Visser</u> No. INJ. 93-8022, to criminal conviction of treason to embezzlement and bankaccount looting in a Covert Act in 22 USC 1631e under Dutch Military Command in Article IX of the Dutch Constitution; this scheme of General Motors as Euronext-New York Exchange to controversy for abatement in Chapter VI of the UN. Charter, as in 18 USC 371, 4; counsels as the American Bar your are held liable of a stay in RUSC 23.1, 221, 22.5 in 22.1 23.4 to express waiver of detected covert Act waiver in RUSC 41 these proceedings of the World Stock Exchanges are stricken by
mandatr RUSC 45.1 and 45.3