UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                              :
                                                    :    **Chapter 11**
**Motors Liquidation Company, et al.,**             :    **Case No. 09-50026 (REG)**
                                                    :    **Jointly Administered**
                          **Debtors.**               :
-----------------------------------------------------------------x

## ORDER OF RECUSAL

This matter has come before the Court upon the Court's own motion, Volunteer Law Clerk Candace Arthur will recuse herself from all matters in the above-captioned cases and all related adversary proceedings.

Dated: New York, New York           *S/ Robert E. Gerber*
       September *15*, 2009          United States Bankruptcy Judge