UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
MOTORS LIQUIDATION COMPANY, *et al.*, : 09-50026 (REG)
    f/k/a General Motors Corp., *et al.* :
:
                    Debtors. : (Jointly Administered)
:
-----------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Upon the Amended Motion, dated September 4, 2009 (the "**Motion**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 365(d)(4) of title 11, United States Code (the "**Bankruptcy Code**"), for entry of an order extending the time to assume or reject unexpired leases of nonresidential real property (the "**Unexpired Leases**"), all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

09-50026-mg    Doc 4050    Filed 09/15/09    Entered 09/15/09 09:36:59    Main Document
Pg 2 of 2

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the time in which the Debtors may assume or reject the Unexpired Leases is extended to and including December 28, 2009; and it is further

ORDERED that the entry of this Order is without prejudice to the Debtors' right to request further extensions of the time to assume or reject their Unexpired Leases in accordance with section 365(d)(4) of the Bankruptcy Code; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       **_September 14, 2009_**

                                                    *s/ Robert E. Gerber*
                                                  United States Bankruptcy Judge

2