GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden (GK-9610)
Counsel to 767 Fifth Partners LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re: : Chapter 11
   :
MOTORS LIQUIDATION COMPANY, *et al.* : Case No. 09-50026 (REG)
   : (Jointly Administered)
                                    Debtors. :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROTECTIVE RESPONSE OF 767 FIFTH
PARTNERS LLC TO NOTICE OF: (I) DEBTORS' INTENT TO ASSUME AND
ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF
PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

PLEASE TAKE NOTICE that based upon an agreement reached between the

parties, 767 Fifth Partners LLC, by and through its undersigned counsel, hereby

withdraws its *Protective Response of 767 Fifth Partners LLC to Notice of: (I) Debtors'*

*Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal*

*Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts*

*Related Thereto* [Docket No. 3617].

Dated:  New York, New York
         September 15, 2009               Respectfully submitted,

                                            /s/ Douglas B. Rosner
                                           Douglas B. Rosner (DR-5690)
                                           GOULSTON & STORRS, P.C.
                                           400 Atlantic Avenue
                                           Boston, Massachusetts  02110-3333
                                           Tel:   (617) 482-1776
                                           drosner@goulstonstorrs.com

GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden (GK-9610)
Counsel to 767 Fifth Partners LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :      Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*                :      Case No. 09-50026 (REG)
                                                    :      (Jointly Administered)
                        Debtors.                    :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Douglas B. Rosner, hereby certify that on this 15th day of September, 2009, I caused to be served a copy of the ***Notice of Withdrawal of Protective Response of 767 Fifth Partners LLC to Notice of: (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto*** on the parties set forth on the attached Service List via ECF

      /s/ Douglas B. Rosner
      Douglas B. Rosner, Esq. (DR-5690)
      GOULSTON & STORRS, P.C.
      400 Atlantic Avenue
      Boston, MA 02110-3333
      Tel: (617) 482-1776
      Fax: (617) 574-4112

Service List

| | |
|---|---|
| Stephen Karotkin, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Counsel to the Debtors* | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Robert T. Schmidt, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>*Counsel to the Official Committee of Unsecured Creditors* | |