James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388

Counsel for Ferndale Electric Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                          :        Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :        Case No. 09-50026 (REG)
     f/k/a General Motors Corp., *et al.*      :
Debtors.                                       :        (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTIONS OF FERNDALE ELECTRIC
COMPANY INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN
CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND (II) CURE AMOUNTS RELATED THERETO**

Ferndale Electric Company, Inc., withdraws (i) its *Objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* filed June 19, 2009 (Docket No. 1871); (ii) its *Second Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* filed June 23, 2009 (Docket No. 2338); (iii) its *Objection to Second Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* filed July 8, 2009 (Docket No. 3057); and (iv) its *Objection to*

{29221\21\DT412385.DOC;1}

*Additional Second Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* filed July 31, 2009 (Docket No. 3568)

                                        Respectfully submitted,

                                        **KERR, RUSSELL AND WEBER, PLC**

                                        By:/s/ P. Warren Hunt

                                        James E. DeLine (P45205) (*Pro Hac Vice*)
                                        P. Warren Hunt (P69713) (*Pro Hac Vice*)
                                        Kerr, Russell and Weber, PLC
                                        Counsel for Ferndale Electric Company, Inc.
                                        500 Woodward Ave, Suite 2500
                                        Detroit, MI 48226
                                        Telephone:  (313) 961-0200
                                        Facsimile: (313) 961-0388
                                        jed@krwlaw.com
Dated:  September 15, 2009             pwh@krwlaw.com

James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
Facsimile: (313) 961-0388
Counsel for Ferndale Electric Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I certify that on September 15, 2009, I electronically filed the foregoing Notice of Withdrawal of First and Second Objections to the First, Second and Additional Notices of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants. A copy of this document was also served on the following parties on September 15, 2009 via US via First Class Mail:

| **Attorneys for the Debtors:** | **Attorney for General Motors Company** |
|---|---|
| Harvey R. Miller, Esq. | Lawrence S. Buonomo, Esq. |
| Stephen Karotkin, Esq. | General Motors Company |
| Joseph H. Smolinsky, Esq. | 300 Renaissance Center |
| Weil, Gotshal & Manges LLP | Detroit, MI 48625 |
| 767 Fifth Avenue | |
| New York, New York, 10153 | **Attorneys for U.S. Dept. of the Treasury** |
| | John R. Rapisardi, Esq. |
| **The Debtors** | Cadwalader, Wickersham & Taft, LLP |
| Ted Stenger | One World Financial Center |
| Motors Liquidation Company | New York, New York 10281 |
| 300 Renaissance Center | |
| Detroit, MI 48265 | |

{29221\21\DT412385.DOC;1}    3

| | |
|---|---|
| **U.S. Department of the Treasury** | **United States Trustee** |
| Matthew Feldman, Esq. | Diana G. Adams, Esq. |
| U.S. Treasury | Office of the United States Trustee for the |
| 1500 Pennsylvania Avenue NW | Southern District of New York |
| Room 2312 | 33 Whitehall Street |
| Washington, D.C., 20220 | 21st Floor |
| | New York, New York 10004 |
| **Attorneys for Export Development Canada** | |
| Michael J. Edelman, Esq. | **U.S. Attorney's Office** |
| Michael L. Schein, Esq. | David S. Jones, Esq. |
| Vedder Price, P.C. | Matthew L. Schwartz, Esq. |
| 1633 Broadway, 47th Floor | U.S. Attorney's Office, S.D. N.Y. |
| New York, New York 10036 | 86 Chambers Street |
| | Third Floor |
| **Attorneys for Creditors Committee** | New York, NY 10007 |
| Kenneth Eckstein, Esq. | |
| Thomas Moers Mayer, Esq. | **Chambers Copy** |
| Adam C. Rogoff, Esq. | Hon. Robert E. Gerber |
| Gordon Z. Novod, Esq. | United States Bankruptcy Court |
| Kramer Levin Naftalis & Frankel LLP | Southern District of New York |
| 1177 Avenue of the Americas | One Bowling Green, Room 621 |
| New York, New York 10036 | New York, New York 10004-1408 |

                                         /s/ P. Warren Hunt
                                         P. Warren Hunt (P69713) (*Pro Hac Vice*)
                                         James E. DeLine (P45205) (*Pro Hac Vice*)
                                         **KERR, RUSSELL AND WEBER, PLC**
                                         Counsel for Ferndale Electric Company, Inc.
                                         500 Woodward Avenue, Suite 2500
                                         Detroit, MI  48226-3406
                                         313-961-0200 (telephone)
                                         313-961-0388 (facsimile)
                                         pwh@krwlaw.com
Dated:  September 15, 2009        jed@krwlaw.com

{29221\21\DT412385.DOC;1}