James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone:  (313) 961-0200
Facsimile: (313) 961-0388

Counsel for AVL Instrumentation & Test Systems, Inc.,
AVL Americas, Inc., and AVL Powertrain Engineering, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF CURE OBJECTIONS OF AVL INSTRUMENTATION
& TEST SYSTEMS, INC., AVL AMERICAS, INC., AND AVL POWERTRAIN
ENGINEERING, INC. TO NOTICES OF (I) DEBTORS' INTENT TO ASSUME AND
ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF
PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL
PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

AVL Instrumentation & Test Systems, Inc., AVL Americas, Inc., and AVL Powertrain

Engineering, Inc. hereby., withdraw their Cure Objections [Docket Numbers 856, 1735, 1738,

2536, 3131 and 3132] for the reason that the issues raised in the objection have been resolved by

the parties.

[SIGNATURE BLOCK ON NEXT PAGE]

{28053\1\DT412478.DOC;1}

Respectfully submitted,

**KERR, RUSSELL AND WEBER, PLC**

By:/s/ P. Warren Hunt

James E. DeLine (P45205) (*Pro Hac Vice*)
P. Warren Hunt (P69713) (*Pro Hac Vice*)
Kerr, Russell and Weber, PLC
Counsel for AVL Instrumentation & Test
Systems, Inc., AVL Americas, Inc., and AVL
Powertrain Engineering, Inc.
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone:  (313) 961-0200
Facsimile: (313) 961-0388
jed@krwlaw.com
pwh@krwlaw.com

Dated:  September 15, 2009

James E. DeLine (P45205) (Admitted *Pro Hac Vice*)
P. Warren Hunt (P69713) (Admitted *Pro Hac Vice*)
Kerr, Russell and Weber, PLC
500 Woodward Ave, Suite 2500
Detroit, MI 48226
Telephone:  (313) 961-0200
Facsimile: (313) 961-0388

Counsel for AVL Instrumentation & Test Systems, Inc.,
AVL Americas, Inc., and AVL Powertrain Engineering, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
In re                                    :      Chapter 11
                                         :
MOTORS LIQUIDATION COMPANY,  et al.,     :      Case No. 09-50026 (REG)
            f/k/a General Motors Corp., et al.   :
Debtors.                                 :      (Jointly Administered)
--------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I certify that on September 15, 2009, I electronically filed the foregoing Notice of Withdrawal of Cure Objections to the Notices of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.  A copy of this document was also served on the following parties on September 15, 2009 via US via First Class Mail:

**Attorneys for the Debtors:**
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York, 10153

**The Debtors**
Ted Stenger
Motors Liquidation Company
300 Renaissance Center
Detroit, MI 48265

**Attorney for General Motors Company**
Lawrence S. Buonomo, Esq.
General Motors Company
300 Renaissance Center
Detroit, MI 48625

**Attorneys for U.S. Dept. of the Treasury**
John R. Rapisardi, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York 10281

**U.S. Department of the Treasury**
Matthew Feldman, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C., 20220

**Attorneys for Export Development Canada**
Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10036

**Attorneys for Creditors Committee**
Kenneth Eckstein, Esq.
Thomas Moers Mayer, Esq.
Adam C. Rogoff, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

**United States Trustee**
Diana G. Adams, Esq.
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004

**U.S. Attorney's Office**
David S. Jones, Esq.
Matthew L. Schwartz, Esq.
U.S. Attorney's Office, S.D. N.Y.
86 Chambers Street
Third Floor
New York, NY 10007

**Chambers Copy**
Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, New York 10004-1408

/s/ P. Warren Hunt
P. Warren Hunt (P69713) (*Pro Hac Vice*)
James E. DeLine (P45205) (*Pro Hac Vice*)
**KERR, RUSSELL AND WEBER, PLC**
Counsel for AVL Instrumentation & Test Systems,
Inc., AVL Americas, Inc., and AVL Powertrain
Engineering, Inc.
500 Woodward Avenue, Suite 2500
Detroit, MI  48226-3406
313-961-0200 (telephone)
313-961-0388 (facsimile)
pwh@krwlaw.com
jed@krwlaw.com

Dated:  September 15, 2009