Anne M. Aaronson (AA1679)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

Anne Marie P. Kelley
Scott J. Freedman
DILWORTH PAXSON LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

*Attorneys for The Dow Chemical Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

**WITHDRAWAL OF NOTICE OF RECLAMATION DEMANDS AND**
**ADMINISTRATIVE EXPENSE CLAIM OF THE DOW CHEMICAL COMPANY**

The Dow Chemical Company, by and through its undersigned counsel, hereby withdraws its (i) *Notice of Reclamation Demands* (Docket No. 2621) filed on June 26, 2009, and (ii) *Administrative Expense Claim* filed on August 28, 2009.

Respectfully submitted,

Dated: September 15, 2009

DILWORTH PAXSON LLP

By: /s/ Anne M. Aaronson
 Anne M. Aaronson (AA1679)
 1500 Market Street, Suite 3500E
 Philadelphia, Pennsylvania 19102-2101
 Telephone: (215) 575-7000
 Facsimile: (215) 575-7200

and

 /s/ Scott J. Freedman
 Anne Marie P. Kelley
 Scott J. Freedman
 LibertyView – Suite 700
 457 Haddonfield Road
 Cherry Hill, New Jersey 08002
 Telephone: (856) 675-1952
 Facsimile: (856) 675-1852

*Attorneys for The Dow Chemical Company*

197450_1