Anne M. Aaronson (AA1679)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

Anne Marie P. Kelley
Scott J. Freedman
Matthew Azoulay
DILWORTH PAXSON LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

*Attorneys for The Dow Chemical Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**
**OF WITHDRAWAL OF NOTICE OF RECLAMATION DEMANDS AND**
**ADMINISTRATIVE EXPENSE CLAIM OF THE DOW CHEMICAL COMPANY**

    I hereby certify that the *Withdrawal Of Notice Of Reclamation Demands And Administrative Expense Claim Of The Dow Chemical Company* was served upon its filing on September 15, 2009 to the parties receiving notice *via* the Court's ECF system.

Dated: September 15, 2009          /s/ Scott J. Freedman
                                                   Scott J. Freedman

197453_1