| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 1 | Air Technologies Division | Air Technologies Division<br>Attn: Steve Schoeny<br>400 Wright Dr. Park 63<br>Middletown, OH 45044-3263 | Compressed Air Service Supply Agreement | 12/14/2004 | 08/26/2009 |
| 2 | ATEL Equipment Corporation | ATEL Equipment Corp.<br>Attn: Russell H. Wilder, CLP<br>600 California Street, 6th Floor<br>San Francisco, CA 94108 | Mobile Equipment Lease, No. 483 | 01/01/2002 | 08/31/2009 |
| 3 | Bill Jacobs Motor Transport, Inc. | Bill Jacobs Motor Transport, Inc.<br>Attn: Legal Department<br>336 E. Ogden Ave.<br>Hinsdale, IL 60521-3609<br><br>Bill Jacobs Motor Transport, Inc.<br>Attn: Legal Department<br>1564 W. Ogden Ave.<br>Naperville, IL 60540-3957 | Parking Lot Lease Agreement | 03/07/2008 | 08/31/2009 |
| 4 | Blue Bird Body Company | Blue Bird Body Company<br>402 Blue Bird Blvd.<br>Ft. Valley, GA 31030 | School Bus Chassis Supply Agreement | 05/06/1991 | 08/26/2009 |
| 5 | C4 Capital Corporation (Republic Financial) | Republic Financial<br>Attn: Michelle Young<br>3300 South Parker Road<br>Aurora, CO 80014 | Mobile Equipment Lease, No. 1530 | 02/01/2000 | 08/31/2009 |
| 6 | CIT Leasing (ATEL Equipment Corp.) | ATEL Equipment Corp.<br>Attn: Russell H. Wilder, CLP<br>600 California Street, 6th Floor<br>San Francisco, CA 94108 | Mobile Equipment Lease, No. 337 | 01/01/2002 | 08/31/2009 |
| 7 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302 | Mobile Equipment Lease, No. 50C | 08/01/2003 | 08/31/2009 |
| 8 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302 | Mobile Equipment Lease, No. 9C | 11/01/2000 | 08/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 9 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI  48302 | Mobile Equipment Lease, No. 39C | 01/01/2003 | 08/31/2009 |
| 10 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI  48302 | Mobile Equipment Lease, No. 6C | 12/01/2000 | 08/31/2009 |
| 11 | CIT Leasing (Macquarie Equipment Finance, LLC) | Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI  48302 | Mobile Equipment Lease, No. 394 | 11/01/2001 | 08/31/2009 |
| 12 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport,  CT  06604 | Mobile Equipment Lease, No. 283 | 05/01/2001 | 08/31/2009 |
| 13 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport,  CT  06605 | Mobile Equipment Lease, No. 145 | 02/01/2001 | 08/31/2009 |
| 14 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport,  CT  06606 | Mobile Equipment Lease, No. 629 | 04/01/2003 | 08/31/2009 |
| 15 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport,  CT  06607 | Mobile Equipment Lease, No. 213 | 03/01/2001 | 08/31/2009 |
| 16 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport,  CT  06608 | Mobile Equipment Lease, No. 34 | 10/01/2000 | 08/31/2009 |
| 17 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport,  CT  06609 | Mobile Equipment Lease, No. 212 | 11/01/2000 | 08/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 18 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT  06610 | Mobile Equipment Lease, No. 327 | 05/01/2001 | 08/31/2009 |
| 19 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT  06611 | Mobile Equipment Lease, No. 302 | 06/01/2001 | 08/31/2009 |
| 20 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT  06612 | Mobile Equipment Lease, No. 702 | 01/01/2003 | 08/31/2009 |
| 21 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT  06613 | Mobile Equipment Lease, No. 368 | 08/01/2001 | 08/31/2009 |
| 22 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT  06614 | Mobile Equipment Lease, No. 372 | 07/01/2001 | 08/31/2009 |
| 23 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT  06615 | Mobile Equipment Lease, No. 734 | 10/01/2003 | 08/31/2009 |
| 24 | CIT Leasing (Somerset Capital Group) | Somerset Capital Group<br>Attn: Evan Bokor<br>1087 Broad Street<br>Bridgeport, CT  06616 | Mobile Equipment Lease, No. 277 | 04/01/2001 | 08/31/2009 |
| 25 | Dale Earnhardt, Inc. | Dale Earnhardt, Inc.<br>Attn: Chad Warpula, General Manager<br>1675 Dale Earnhardt Hwy<br>Mooresville, NC 28115-8330 | Motorsports Team Agreement | 01/01/2008 | 08/26/2009 |
| 26 | Detroit Diesel Corporation | Detroit Diesel Corporation<br>Attn: Chairman of the Board<br>13400 West Outer Drive<br>Detroit, MI 48239-4001 USA | Product Responsiblity Agreement | 12/31/1987 | 08/26/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 27 | Detroit Diesel Corporation | Detroit Diesel Corporation<br>Attn: Chairman of the Board;<br>13400 West Outer Drive<br>Detroit, MI 48239-4001 USA | Indemnification Agreement | 12/31/1987 | 08/26/2009 |
| 28 | First American Capital (Republic Financial) | Republic Financial<br>Attn: Michelle Young<br>3300 South Parker Road<br>Aurora, CO 80014 | Mobile Equipment Lease, No. 1516 | 01/01/2000 | 08/31/2009 |
| 29 | First American Capital (Republic Financial) | Republic Financial<br>Attn: Michelle Young<br>3300 South Parker Road<br>Aurora, CO 80014 | Mobile Equipment Lease, No. 1402 | 10/01/1999 | 08/31/2009 |
| 30 | Flightsafety International Inc | Flightsafety International Inc<br>La Guardia Airport<br>Marine Air Terminal<br>Flushing, NY 11371 | Flight Safety Training Agreement | 01/01/2007 | 08/26/2009 |
| 31 | Flightsafety International Inc. | Flightsafety International Inc.<br>La Guardia Airport<br>Marine Air Terminal<br>Flushing, NY 11371 | Flight Safety Training Agreement | 01/01/2006 | 08/26/2009 |
| 32 | Flightsafety International Inc. | Flightsafety International Inc.<br>La Guardia Airport<br>Marine Air Terminal<br>Flushing, NY 11371 | Flight Safety Training Agreement | 01/01/2007 | 08/26/2009 |
| 33 | Fort Street Capital LLC | TCF Equipment Finance<br>Attn: David Laschenki<br>11100 Wayzata Blvd.<br>Minnetonka, MN 55304 | Mobile Equipment Lease, No. 1 | 04/01/2001 | 08/31/2009 |
| 34 | Gordon Stewart Chevrolet Inc. | Lewis Longman & Walker PA<br>125 S Gadeden Street, Suite 300<br>Tallahassee, FL 32301 | Settlement/Release Agreement | 08/13/2007 | 08/26/2009 |
| 35 | Lansing Board of Water & Light | Lansing Board of Water & Light<br>P.O. Box 13007<br>Lansing, MI 48901-3007 | Settlement Agreement | 06/30/2008 | 08/26/2009 |
| 36 | Lansing Board of Water & Light | Lansing Board Of Water & Light<br>P.O. Box 13007<br>Lansing, MI 48901-3007 | Steam Supply Agreement | 12/18/1996 | 08/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 37 | Linde LLC | Linde LLC<br>Attn: Jeffrey J. Johns<br>575 Mountain Avenue<br>Murray Hill, NJ 07975 | Ground Lease Agreement | 03/20/2005 | 08/26/2009 |
| 38 | Linde LLC | Linde LLC<br>Attn: Jeffrey J. Johns<br>575 Mountain Avenue<br>Murray Hill, NJ 07975 | Supply Agreeement | 3/25/2009 (effective date 07/01/1996) | 08/26/2009 |
| 39 | Mishawaka Leasing Company, Inc. | Mishawaka Leasing Company Inc.<br>Attn: Denise Jones<br>7901 Southpark Plaza<br>Suite 204<br>Littleton, CO 80120 | Mobile Equipment Lease, No. 1640 | 05/01/2000 | 08/31/2009 |
| 40 | Mishawaka Leasing Company, Inc. | Mishawaka Leasing Company Inc.<br>Attn: Denise Jones<br>7901 Southpark Plaza<br>Suite 204<br>Littleton, CO 80120 | Mobile Equipment Lease, No. 1642 | 05/01/2000 | 08/31/2009 |
| 41 | Mishawaka Leasing Company, Inc. | Mishawaka Leasing Company Inc.<br>Attn: Denise Jones<br>7901 Southpark Plaza<br>Suite 204<br>Littleton, CO 80120 | Mobile Equipment Lease, No. 383 | 05/01/1997 | 08/31/2009 |
| 42 | New England Mutual Life Insurance Company | New England Mutual Life Insurance Company<br>Attn: Legal Department<br>501 Boylston Street<br>Boston, MA 02116 | Property Lease Agreement | 06/16/1958 | 08/31/2009 |
| 43 | Pacific Rim Capital, Inc. | Pacific Rim Capital, Inc.<br>Attn: Marc Mills<br>15 Enterprise, Suite 400<br>Aliso Viejo, CA 92656 | Mobile Equipment Lease, No. 4 | 05/01/2002 | 08/31/2009 |
| 44 | Pacific Rim Capital, Inc. | Pacific Rim Capital, Inc.<br>Attn: Marc Mills<br>15 Enterprise, Suite 400<br>Aliso Viejo, CA 92656 | Mobile Equipment Lease, No. 99 | 02/01/2004 | 08/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 45 | Pacific Rim Capital, Inc. | Relational Technology Solutions<br>Attn: Renee Rogers<br>3701 Algonquin Road,<br>Suite 600<br>Rollling Meadows, IL  60008 | Mobile Equipment Lease, No. 162 | 09/01/2004 | 08/31/2009 |
| 46 | Pacific Rim Capital, Inc. | Pacific Rim Capital, Inc.<br>Attn: Marc Mills<br>15 Enterprise,  Suite 400<br>Aliso Viejo,  CA  92656 | Mobile Equipment Lease, No. 139 | 10/01/2004 | 08/31/2009 |
| 47 | RBS Asset Finance | RBS Asset Finance<br>Attn: Mike O'Grady<br>71 South Whacker Drive<br>28th Floor, Mail Stop IH2800<br>Chicago, IL  60680 | Mobile Equipment Lease, No. 1202 | 02/01/2006 | 08/31/2009 |
| 48 | RCR Team #29 LLC (Kevin Harvick) | Bill Patterson<br>RCR Team #29 LLC<br>425 Industrial Drive<br>Welcome, NC 27374 | Motorsports Sponsorship Personal Services Agreement | 01/01/2009 | 08/26/2009 |
| 49 | Relational Technology Solutions | Relational Technology Solutions<br>Attn: Renee Rogers<br>3701 Algonquin Road,<br>Suite 600<br>Rollling Meadows, IL  60008 | Mobile Equipment Lease, No. 32 | 02/01/2003 | 08/31/2009 |
| 50 | Rolls Royce Corporation | Rolls Royce Corporation<br>Att: Legal Department<br>14850 Conference Center Drive<br>Chantilly, VA 20151 | Settlement Agreement | 10/26/2000 | 08/26/2009 |
| 51 | Rolls Royce Corporation | Rolls Royce Corporation<br>Attn: Legal Department<br>14850 Conference Center Drive<br>Chantilly, VA 20151 | Joint Defense Agreement | 08/04/2003 | 08/26/2009 |
| 52 | Rolls Royce Corporation | Rolls Royce Corporation<br>Attn: Legal Department<br>14850 Conference Center Drive<br>Chantilly, VA 20151 | Asset Purchase Agreement | 09/14/1993 | 08/26/2009 |

|    | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|----|----------------------|---------------------|---------------------|---------------|----------------|
| 53 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06901 | Mobile Equipment Lease, No. 506 | 05/01/2002 | 08/31/2009 |
| 54 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06901 | Mobile Equipment Lease, No. 694 | 11/01/2002 | 08/31/2009 |
| 55 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06901 | Mobile Equipment Lease, No. 600 | 08/01/2002 | 08/31/2009 |
| 56 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06902 | Mobile Equipment Lease, No. 673 | 09/01/2002 | 08/31/2009 |
| 57 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06903 | Mobile Equipment Lease, No. 654 | 10/01/2002 | 08/31/2009 |
| 58 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06904 | Mobile Equipment Lease, No. 555 | 05/01/2002 | 08/31/2009 |
| 59 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06905 | Mobile Equipment Lease, No. 686 | 10/01/2002 | 08/31/2009 |
| 60 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06906 | Mobile Equipment Lease, No. 398 | 01/01/2002 | 08/31/2009 |
| 61 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06907 | Mobile Equipment Lease, No. 597 | 08/01/2002 | 08/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 62 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06908 | Mobile Equipment Lease, No. 623 | 08/01/2002 | 08/31/2009 |
| 63 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06909 | Mobile Equipment Lease, No. 505 | 02/01/2002 | 08/31/2009 |
| 64 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06910 | Mobile Equipment Lease, No. 676 | 09/01/2002 | 08/31/2009 |
| 65 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06911 | Mobile Equipment Lease, No. 553 | 11/01/2002 | 08/31/2009 |
| 66 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT  06912 | Mobile Equipment Lease, No. 399 | 11/01/2002 | 08/31/2009 |
| 67 | Seminole Energy Services | Seminole Energy Services<br>Attn: Legal Department<br>303 East 17th Avenue<br>Denver, CO 80203 | Natural Gas Supply Agreement | 04/01/2008 | 08/26/2009 |
| 68 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT  06604 | Mobile Equipment Lease, No. 307 | 05/01/2001 | 08/31/2009 |
| 69 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT  06605 | Mobile Equipment Lease, No. 763 | 12/01/2003 | 08/31/2009 |
| 70 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT  06606 | Mobile Equipment Lease, No. 281 | 07/01/2001 | 08/31/2009 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 71 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT 06607 | Mobile Equipment Lease, No. 169 | 12/01/2000 | 08/31/2009 |
| 72 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT 06608 | Mobile Equipment Lease, No. 604 | 02/01/2003 | 08/31/2009 |
| 73 | Somerset Capital Group Ltd. | Somerset Capital Group Ltd.<br>Attn: Evan Boker<br>1087 Broad St.<br>Bridgeport, CT 06609 | Mobile Equipment Lease, No. 294 | 05/01/2001 | 08/31/2009 |
| 74 | University Chevrolet LLC | Sutherland Asbill & Brennan<br>Attn: Dean Bunch and Everett Boyd Jr.<br>3600 Maclay Blvd. South, Suite 202<br>Tallahassee, FL 32312 | Settlement/Release Agreement | 08/13/2007 | 08/26/2009 |
| 75 | Urban Science Applications, Inc. | Urban Science Applications, Inc.<br>Attn: Rick Jones<br>200 Renaissance Ctr. Fl 18<br>Detroit, MI 48243-1306 | Litigation Support Agreement | 05/01/2007 | 08/26/2009 |
| 76 | White Consolidated Industries, Inc. | White Consolidated Industries, Inc.<br>Attn: Vice President<br>11770 Berea Road<br>Cleveland, OH 44111 | Asset Purchase Agreement | 04/09/1979 | 08/26/2009 |