Christian S. Na
Vice President and General Counsel
Danaher, PID Platform
1500 North Mittel Boulevard
Phone: (630) 694-2563
Fax:  (630) 616-2248
Email:  Christian.na@danaher.com

Attorney for Danaher Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| | Chapter 11 |
| Motors Liquidation Company, et al., | |
| f/k/a General Motors Corp., et al., | Case No. 09-50026 (REG) |
| | |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF DANAHER**
**CORPORATION OF PROPOSED CURE AMOUNT**

Danaher Corporation and all other legal entities associated with ultimate DUNS number 024744476, by and through its undersigned counsel, hereby withdraws its *Limited Objection of Danaher Corporation to Proposed Cure Amount* (Docket No. 1752) as the parties have reconciled their differences with respect to the correct and final cure amount.

Respectfully submitted,

Dated: September 15, 2009                                    By: */s/* Christian S. Na

Christian S. Na
Vice President and General Counsel
Danaher, PID Platform
1500 North Mittel Boulevard
Phone: (630) 694-2563
Fax:  (630) 616-2248
Email:  Christian.na@danaher.com

*Attorney for Danaher Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| | Chapter 11 |
| Motors Liquidation Company, *et al.*, | |
| f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| | |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2009, I caused to be filed by electronic filing with the United States Bankruptcy Court for the Southern District of New York the *Notice of Withdrawal of Limited Objection of Danaher Corporation to Proposed Cure Amount,* using the ECF system which will send notification of such filing to registered users in the case; and to be served via E-Mail and U.S. Mail on the following at the addresses set forth below.

| | |
|---|---|
| Diana G. Adams, Esq.<br>Office of the U.S. Trustee for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Warren Command Center<br>Mailcode 480-206-114<br>General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 |
| Harvey Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>joseph.smolinsky@weil.com | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>john.rapisardi@cwt.com |
| Matthew Feldman, Esq.<br>U.S. Department of Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220 | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>mjedelman@vedderprice.com<br>mschein@vedderprice.com |
| Kenneth Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP | Chambers Copy<br>Hon. Robert E. Gerber<br>United States Bankruptcy Court |

| | |
|---|---|
| 1177 Avenue of the Americas<br>New York, NY 10036<br>keckstein@kramerlevin.com<br>tmayer@kramerlevin.com | Southern District of New York<br>One Bowling Green, Room 621<br>New York, NY 10004-1408 |

Dated:   September 15, 2009

Christian S. Na
Vice President and General Counsel
Danaher, PID Platform


*/s/* Christian S. Na_____