UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
**MOTORS LIQUIDATION COMPANY,** *et al.***,**   :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*          :
                                                                 :
               Debtors.            :    (Jointly Administered)
                                                                 :
-------------------------------------------------------------x    ORDER


The court has carefully reviewed the movant's application for relief from the automatic stay.

The motion will be deemed to be a proof of an unsecured claim.

The motion for relief from the stay must be denied for failure to make a prima facie showing of entitlement to relief.

**Dated:** *September 16, 2009*
      New York, New York

                                      *s/ Robert E. Gerber*
                                      Robert E. Gerber
                        UNITED STATES BANKRUPTCY JUDGE