Hearing Date and Time:  October 6, 2009, at 9:45 a.m. (prevailing Eastern Time)
Objection Deadline: October 1, 2009 at 4:00 p.m. (prevailing Eastern Time)

Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq. (*Pro Hac Vice Admission Granted*)

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:    (212) 668-5927
Facsimile:    (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026(REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON MOTION OF REMY INTERNATIONAL, INC. FOR AN ORDER EXTENDING AND ENFORCING THE STAY IMPOSED UNDER 11 U.S.C. § 362 (a) TO COVER CERTAIN LITIGATION RELATING TO REMY INTERNATIONAL, OR ALTERNATIVELY, ENJOINING SUCH LITIGATION PURSUANT TO 11 U.S.C. § 105**

**PLEASE TAKE NOTICE,** that on October 6, 2009, at 9:45 a.m., Remy International, Inc. ("Remy"), will bring its Motion for an Order Extending and Enforcing the Stay Imposed under 11 U.S.C. § 362 (a) to Cover Certain Litigation Relating to Remy International, or Alternatively, Enjoining Such Litigation Pursuant to 11 U.S.C. § 105 (the "Motion"), before the Honorable Robert E. Gerber, United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004-1408.  The Motion will seek an Order extending and enforcing the automatic stay pursuant to 11 U.S.C. § 362 to include non-debtor Remy or, alternatively, issuance of a preliminary injunction pursuant to 11 U.S.C. § 105, to prevent the continued or future prosecution of asbestos claims in various courts around the United States, or elsewhere, as against Remy.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in writing; filed electronically with the Court on the docket of In re Motors Liquidation Co., Ch. 11 Case No. 09-50026 (REG) in accordance with General Order M-242 (available at www.nysb.uscourts.gov/orders/orders2.html) by registered users of the Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format; and served upon: (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Ted Stenger); (iii) General Motors Company, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Matthew Feldman, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L.  Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors (the "Committee"), 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86

Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.); (x) counsel for Remy International, Inc., Ropers Majeski Kohn & Bentley, 201 Spear Street, Suite 1000, San Francisco, CA 94105 (Attn: N. Kathleen Strickland, Esq.); and (xi) all entities that requested notice in these chapter 11 cases under Bankruptcy rule 2002; with a copy to Judge Gerber's Chambers, so as to be received no later than 4:00 p.m. on October 1, 2009 (prevailing Eastern Time).

Dated: September 16, 2009
       San Francisco, CA

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By: /S/ N. Kathleen Strickland
    N. KATHLEEN STRICKLAND, Esq.
    Ropers Majeski Kohn & Bentley
    201 Spear Street, Suite 1000
    San Francisco, CA 94105
    Telephone: (415) 543-4800
    Facsimile: (415) 972-6301
    Email:    kstrickland@rmkb.com

    GEOFFREY W. HEINEMAN, Esq.
    Ropers Majeski Kohn & Bentley
    17 State Street, Suite 2400
    New York, NY 10004
    Telephone: (212) 668-5927
    Facsimile: (212) 668-5929
    Email:    gheineman@rmkb.com

    Attorneys for Creditor
    REMY INTERNATIONAL, INC.