Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq. (*Pro Hac Vice Granted*)

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:    (212) 668-5927
Facsimile:    (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x
                                         :    Chapter 11
In re                                    :
                                         :    Case No. 09-50026(REG)
MOTORS LIQUIDATION COMPANY, et al.,      :
                                         :    (Jointly Administered)
        Debtors.                         :
                                         :
                                         :
---------------------------------------- x

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on September 16, 2009, copies of the following documents were served by overnight courier upon the entities on the attached service list and by electronic mail on all parties receiving notice via the Court's ECF System.

NOTICE OF HEARING ON MOTION OF REMY INTERNATION FOR AN ORDER EXTENDING AND ENFORCING THE STAY IMPOSED UNDER 11 U.S.C. § 362 (a) TO COVER CERTAIN LITIGATION RELATING TO REMY INTERNATIONAL, OR ALTERNATIVELY, ENJOINING SUCH LITIGATION PURSUANT TO 11 U.S.C. § 105

MOTION OF REMY INTERNATION FOR AN ORDER EXTENDING AND ENFORCING THE STAY IMPOSED UNDER 11 U.S.C. § 362 (a) TO COVER CERTAIN LITIGATION RELATING TO REMY INTERNATIONAL, OR ALTERNATIVELY, ENJOINING SUCH LITIGATION PURSUANT TO 11 U.S.C. § 105

DECLARATION OF JEREMIAH SHIVES IN SUPPORT OF THE MOTION OF REMY INTERNATIONAL, INC. FOR AN ORDER EXTENDING THE AUTOMATIC STAY IMPOSED UNDER 11 USC §362(a) TO REMY INTERNATIONAL TO INCLUDE LITIGATION FILED AGAINST REMY INTERNATIONAL, OR ALTERNATIVELY ENJOINING SUCH LITIGATION PURSUANT TO 11 USC §105

ORDER GRANTING MOTION OF REMY INTERNATION FOR AN ORDER EXTENDING AND ENFORCING THE STAY IMPOSED UNDER 11 U.S.C. § 362 (a) TO COVER CERTAIN LITIGATION RELATING TO REMY INTERNATIONAL, OR ALTERNATIVELY, ENJOINING SUCH LITIGATION PURSUANT TO 11 U.S.C. § 105

Date:  September 16, 2009                                    Respectfully submitted,


                                                                    _/S/ Stephan Choo_____
                                                                    Stephan Choo

**SERVICE LIST**

| | |
|---|---|
| The Debtors,<br>c/o Motors Liquidation Company<br>Attn: Ted Stenger<br>300 Renaissance Center<br>Detroit, MI 48265 | General Motors Corporation<br>c/o Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Wil, Gotchal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| The Debtors,<br>c/o Motors Liquidation Company<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren MI 48090-9025 | U.S. Treasury<br>Attn: Mathew Feldman<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 |
| Purchaser<br>Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi<br>One World Financial Center<br>New York, NY 10281 | Export Development Canada<br>Vedder Price, P.C.<br>Attn: Michael J. Edelman and<br>        Michael L. Schein<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Office of the U.S. Trustee of the SDNY<br>Attn: Diana G. Adams<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Office Committee of Unsecured Creditors<br>Attn: Thomas Moers Mayer<br>        Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| John F. Townsend, III<br>Townsend & Townsend<br>230 East Ohio Street<br>Indianapolis, IN 46204 | Robert J. Sweeney<br>Early, Ludwick & Sweeney, LLC<br>265 Church Street, 11th Floor<br>P.O. Box 1866<br>New Haven, CT 06508-1866 |
| John A. Barnerd<br>SIMMONS COOPERS LLC<br>707 Berkshire Boulevard<br>East Alton, IL 64024 | Linda George<br>Laudig George Rutherford & Sipes<br>156 East Market Street, Suite 600<br>Indianapolis, IN 46204 |