**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | |
| f/k/a General Motors Corp., *et al.* | : | **09-50026 (REG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                          ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Gargan, being duly sworn, depose and state:

1.      I am an Project Manager with The Garden City Group, Inc., the claims and noticing agent

for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.

Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On September 9, 2009 at the direction of Weil, Gotshal & Manges LLP ("Weil,

Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to

be served by e-mail on the parties identified on Exhibit A annexed hereto (master service list and

notice of appearance parties), by facsimile on the parties identified on Exhibit B (master service

list and notice of appearance parties with facsimile numbers whose e-mail address failed and the

Office of the United States Trustee), and by Overnight Delivery on Albert L. Burdick, 4232

Country Road 18, Canandaigua, NY 14424:

- Notice of Withdrawal of Debtors' Motion to Strike Albert L. Burdick's Designation and Amended Designations of the Record and Issues on Appeal  [Docket No. 3992].

Dated: September 15, 2009
        Melville, NY

s/Kimberly Gargan
KIMBERLY GARGAN

Sworn to before me this 15th day
of September, 2009

s/Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012

# EXHIBIT A

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND
JOSEPH CARGNELLI
abauer@torys.com; tmartin@torys.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA,
P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL
SUPPLY CO.
abruski@lambertleser.com

SHINN FU CORPORATION
C/O ARTHUR A. CHAYKIN, ESQ.
achaykin@shinnfuamerica.com

DAY PITNEY LLP
ATTY FOR ORACLE USA, INC.
adoshi@daypitney.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
AGOTTFRIED@MORGANLEWIS.COM

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ahammer@freebornpeters.com;
tfawkes@freebornpeters.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
aisenberg@saul.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL
COUNSEL
akatz@entergy.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
akornberg@paulweiss.com; jkoevary@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATTY FOR DANA HOLDING CORPORATION
akornberg@paulweiss.com; rzubaty@paulweiss.com;
ipohl@paulweiss.com

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ
akress@riker.com

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ.
akress@riker.com

CHAPELL & ASSOCIATES, LLC
ATT: ALAN CHAPELL, CIPP
alan@chapellassociates.com

ROBINSON WATERS & O'DORISIO, P.C.
ATTY FOR ENVIRONMENTAL TESTING
CORPORATION
aleffert@rwolaw.com

CLIFFORD CHANCE US LLP
ATTY FOR THE ROYAL BANK OF SCOTLAND
PLC, ABN AMRO BANK N.V. AND
andrew.brozman@cliffordchance.com;
sarah.campbell@cliffordchance.com

VALEO
MR. ANDY SMITH
Andy.Smith@valeo.com, francoise.colpron@valeo.com

BINGHAM MCCUTCHEN LLP
ATTY FOR WELLS FARGO BANK NORTHWEST,
NAT'L ASSOC., AS INDENTURE TRUSTE
anna.boelitz@bingham.com

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
anne.boudreau@ic.gc.ca

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
antitrust.atr@usdoj.gov

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC,
STARCOM MEDIAVEST GROUP, INC.,
ARosen@SilvermanAcampora.com

PAUL WEISS RIFKIND WHARTON & GARRISON
LLP
ANDREW N. ROSENBERG, ESQ.
AROSENBERG@PAULWEISS.COM

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF
GM UNSECURED NOTES
arosenberg@paulweiss.com;
bhermann@paulweiss.com; mphillips@paulweiss.com

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY
GENERAL
askDOJ@usdoj.gov

BERGER SINGERMAN, P.A.
ATTY FOR SCI, LTD.
aspector@bergersingerman.com

FOLEY & LARDNER LLP
ATTY FOR DURA AUTOMOTIVE SYSTEMS, INC.
auetz@foley.com

FOLEY & LARDNER LLP
ATTY FOR DETROIT TECHNOLOGIES, INC.
auetz@foley.com; ddoogal@foley.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN,
HARLINGEN ISD, NUECES COUNTY, SAN
austin.bankruptcy@publicans.com

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
avery@silvermanmorris.com

EDS, AN HP COMPANY
ATT: AYALA HASSELL
ayala.hassell@hp.com

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
bankruptcy.asbpo.asbdom@braytonlaw.com

MORRISON COHEN LLP
ATTY FOR BLUE CROSS BLUE SHIELD OF
MICHIGAN
bankruptcy@morrisoncohen.com

SCHWARTZ, LICHTENBERG LLP
ATTY FOR ALBAR INDUSTRIES, INC.
barryster@att.net

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER
VICTIMS OF GM
bbressler@schnader.com; aadams@schnader.com;
tlewis@schnader.com; rbarkasy@schnader.com;
mbarrie@schnader.com

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
bceccotti@cwsny.com

KLEHR, HARRISON, HARVEY, BRANZBURG &
ELLERS LLP
ATTY FOR MANUFACTURERS AND TRADERS
TRUST COMPANY
BCrowley@klehr.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER
VICTIMS OF GM
bdeutsch@schnader.com

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN,
VIRGINIA
belkys.escobar@loudoun.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY
GENERAL
bk-kwalsh@oag.state.tx.us

ATTORNEY GENERAL FOR THE STATE OF
TEXAS
ATT: MARK BROWNING, ASSISTANT
ATTORNEY GENERAL
bk-mbrowning@oag.state.tx.us

AIKEN SCHENK HAWKINS & RICCARDI P.C.
ATT: BARBARA LEE CALDWELL
blc@ashrlaw.com

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S &
IUOE 832S
bmehlsack@gkllaw.com

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
bmeldrum@stites.com

BORGES & ASSOCIATES, LLC
ATTY FOR RAYCOM MEDIA, INC.
borgeslawfirm@aol.com

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
brcy@carsonfischer.com; brcy@carsonfischer.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC,
ALLIED SYSTEMS, LTD (L.P.)
BRETT.GOODMAN@TROUTMANSANDERS.COM

SHAW GUSSIS FISHMAN GLANTZ WOLFSON &
TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS,
INC.
bshaw100@shawgussis.com

HAYNSWORTH SINKLER BOYD, P.A.
ATTY FOR SOUTH CAROLINA AUTOMOBILE
DEALERS ASSOCIATION
bshort@hsblawfirm.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
BSUSKO@CGSH.COM

PPG INDUSTRIES INC.
MR. CHARLES E. BUNCH, CEO
BUNCH@PPG.COM

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION,
MOTOR VEHICLE DIV.
casey.roy@oag.state.tx.us

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR MACQUARIE EQUIPMENT FINANCE,
LLC.
cbattaglia@halperinlaw.net; jdyas@halperinlaw.net

C.B. BLACKARD, III
CORPORATE COUNSEL
cbblac@acxiom.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
cbelmonte@ssbb.com; pbosswick@ssbb.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
cbullock@sbplclaw.com

CLARK HILL PLC
ATT: CHRISTOPHER M. CAHILL
ccahill@clarkhill.com

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ccaldwell@starkreagan.com

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP
MASON, LLC, GESTAMP MEXICO
ccarson@burr.com; jkimble@burr.com

BODMAN LLP
ATTY FOR PRODUCTION MODELING
CORPORATION
cdarke@bodmanllp.com

REID AND REIGE, P.C.
ATTY FOR BARNES GROUP INC.
cfelicetta@reidandriege.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
cgraham@mckennalong.com

HAYNES AND BOONE LLP
ATTY FOR EXXON MOBIL CORPORATION
charles.beckham@haynesboone.com;
brooks.hamilton@haynesboone.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
chipford@parkerpoe.com

MUCH SHELIST DENENBERG AMENT AND
RUBENSTEIN, P.C.
ATTY FOR BRANDENBURG INDUSTRIAL
SERVICE CO.
CMcManus@muchshelist.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW
INTEGRATED CHASSIS SYSTEMS LLC
cmeyer@ssd.com

OFFICE OF ATTORNEY GENERAL FOR
PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF
REVENUE, BUREAU OF ACCTS SETTLEM
cmomjian@attorneygeneral.gov

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
CONTACT-OCFO@DOL.GOV

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE
crusemg@wnj.com

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
CSALOMON@BECKERGLYNN.COM

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE
COMPONENT GROUP NORTH AMERICA INC
cschreiber@winston.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
csweeney@dickinsonwright.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
cwoodruff-neer@alpine-usa.com

MOORE & VAN ALLEN PLLC
ATTY FOR HAGEMEYER N.A.
cynthialowery@mvalaw.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS
COUNTY
dallas.bankruptcy@publicans.com

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL
DEPT
david.boyle@airgas.com

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
david.jones6@usdoj.gov;
jeffrey.oestericher@usdoj.gov;
matthew.schwartz@usdoj.gov;
joseph.cordaro@usdoj.gov

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC;
PLATINUM EQUITY CAPITAL
david.karp@srz.com, adam.harris@srz.com

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN
CORPORATION & NORFOLK SOUTHERN
RAILWAY
dbaldwin@potteranderson.com; tbrown-
edwards@potteranderson.com;
rmcneill@potteranderson.com

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA
& DENSO SALES CALIFORNIA
DBernstein@plunkettcooney.com;
MFleming@plunkettcooney.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER &
JEFFREY CHANCAS
dbrody@borahgoldstein.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR GRUPO KUO, TRANSMISSION
TECHNOLOGIES CORPORATION,
dbuell@cgsh.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
dcopley@dickinsonwright.com

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
dcrapo@gibbonslaw.com

ERMAN, TEICHER, MILLER, ZUCKER &
FREEDMAN, P.C.
ATT: DAVID M. EISENBERG, ESQ.
deisenberg@ermanteicher.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
dennis.jenkins@wilmerhale.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
dfeldman@gibsondunn.com

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
dfish@allardfishpc.com

ARMSTRONG TEASDALE, LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
dgoing@armstrongteasdale.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
DGOTTLIEB@CGSH.COM

MAZZEO SONG & BRADHAM LLP
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
dhartheimer@mazzeosong.com

WINSTON & STRAWN LLP
ATTY FOR LGE ELECTRONICS USA, INC.
djrichardson@winston.com

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
djury@usw.org

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
dkowich@umich.edu

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
dladdin@agg.com; frank.white@agg.com

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
dlerner@plunkettcooney.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
dlin@seyburn.com

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
DMACK@STBLAW.COM

DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A. MERTZ
dmertz@state.pa.us

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR
DEBTORS
dmurray@jenner.com

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC,
STARCOM MEDIAVEST GROUP, INC.,
Dockterman@wildman.com; Young@wildman.com;
Friedman@wildman.com

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
donald.bernstein@dpw.com,

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
dowd.mary@arentfox.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: DEIRDRE WOULFE PACHECO, ESQ.
dpacheco@wilentz.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
drosenzweig@fulbright.com; jrabin@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
drosenzweig@fulbright.com; mhaut@fulbright.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND
BP/CGCENTER I LLC
drosner@goulstonstorrs.com

ERMAN, TEICHER, MILLER, ZUCKER &
FREEDMAN, P.C.
ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I.
ERMAN
druhlandt@ermanteicher.com ;
eerman@ermanteicher.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
dselwocki@swappc.com

OTTERBOURG STEINDLER HOUSTON & ROSEN
PC
ATTN: DANIEL WALLEN, ESQ, JONATHAN N.
HELFAT, ESQ.
DWALLEN@OSHR.COM, JHELFAT@OSHR.COM,
SSOLL@OSHR.COM

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
dyitzchaki@dickinsonwright.com

PERDUE, BRANDON, FIELDER, COLLINS &
MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ebanda@pbfcm.com

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ecf@kaalaw.com

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE
CORPORATION
ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ecfwolfordr@millerjohnson.com

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
ecurrenti@hess.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. &
PAMINA EWING, ESQ.
EDOYLE@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
EFEINSTEIN@STEMBERFEINSTEIN.COM

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS
PERSONAL INJURY TORT CLAIMANTS;
ei@capdale.com

HSS/SAGINAW
MR. ERIC LARSON, COO
ELARSON@HSS-MMS.COM

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
Elizabeth.Spangler@arcadis-us.com

DUPONT
ELLEN J. KULLMAN, CEO
ELLEN.J.KULLMAN@USA.DUPONT.COM

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES
MGT SVS, INC, PITNEY BOWES SO
elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
elobello@msek.com

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
email@orumroth.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL
CORPORATION
eschaffer@reedsmith.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
P.C.
ATTY FOR AD HOC COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS
esserman@sbep-law.com; hartwick@sbep-law.com;
d'apice@sbep-law.com; newton@sbep-law.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR SYNOPSYS, INC.
etillinghast@sheppardmullin.com;
mcademartori@sheppardmullin.com;
bwolfe@sheppardmullin.com

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER
COMBEST
Faye.Feinstein@quarles.com;
Christopher.Combest@quarles.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING
TECHNOLOGIES
fberg@kotzsangster.com; jmacyda@kotzsangster.com

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION
CORPORATION
fdicastri@foley.com

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.
ffm@bostonbusinesslaw.com

DORSEY & WHITNEY LLP
ATTY FOR BALLARD MATERIAL PRODUCTS
INC.
foreman.michael@dorsey.com

PREVIANT, GOLDBERG, UELMEN, GRATZ,
MILLER & BRUEGGEMAN, S.C.
ATTN: FREDERICK PERILLO
fp@previant.com

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING
HOLDINGS, INC. AND ITS AFFILIATES
fsosnick@shearman.com; jfrizzley@shearman.com

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT
SERVICES
fstevens@foxrothschild.com

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
funds@michigan.gov

MILLER, CANFIELD, PADDOCK AND STONE,
P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
fusco@millercanfield.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
gabriel.delvirginia@verizon.net

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
gdiconza@dlawpc.com

NELSON MULLINS RILEY & SCARBOROUGH
LLP
ATTY FOR MICHELIN TIRE CORP.
george.cauthen@nelsonmullins.com;
linda.barr@nelsonmullins.com;
cameron.currie@nelsonmullins.com

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE
SYSTEMS, INC.
giaimo.christopher@arentfox.com;
rothleder.jeffrey@arentfox.com;
campbell.andrea@arentfox.com

MICHIGAN ENVIRONMENT, NATURAL
RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY
gillcr@michigan.gov

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND
BP/CGCENTER I LLC
gkaden@goulstonstorrs.com

NARMCO GROUP
ATTN: GARY KELLY
Gkelly@narmco.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE
WATER
Glenn.Reisman@ge.com

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND
AUTOMOTIVE LIGHTING
gm@dmms.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED
CREDITORS COMMITTEE
gnovod@kramerlevin.com;
keckstein@kramerlevin.com;
tmayer@kramerlevin.com, arogoff@kramerlevin.com,
rschmidt@kramerlevin.com, acaton@kramerlevin.com,

COHN WHITESELL & GOLDBERG LLP
ATT: MICHAEL J. GOLDBERG, ESQ.
goldberg@cwg11.com

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
gtoering@wnj.com

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTY FOR CITY OF LANSING
gwallace@fraserlawfirm.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
hall@bwst-law.com

VOITH AG
HARRY NEIMAN, CEO
HARRY.NIEMAN@VOITH.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
HARVEY.MILLER@WEIL.COM

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
harveystrickon@paulhastings.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
hbeltzer@morganlewis.com; eliu@morganlewis.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
hkolko@msek.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
houston_bankruptcy@publicans.com

MILLER, CANFIELD, PADDOCK AND STONE,
P.L.C.
ATTY FOR LANSING BOARD OF WATER &
LIGHT
hutchinson@millercanfield.com

ATTORNEY GENERAL FOR THE STATE OF
MICHIGAN
ATTY FOR UNEMPLOYMENT TAX OFFICE, DEPT
OF ENERGY, LABOR & ECONOMIC
hwangr@michigan.gov

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
Info@AndrewCuomo.com

DEALER TIRE, LLC
3711 CHESTER AVENUE
info@dealertire.com

HARMAN BECKER AUTOMOTIVE SYSTEMS,
INC.
39001 WEST 12 MILE ROAD
info@harmanbecker.de

KEM KREST
AMISH SHAH. CEO
info@kemkrest.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP
ATTY FOR DELPHI CORPORATION
jack.butler@skadden.com

LEONARD, STREET AND DEINARD, PA
ATTY FOR CANADIAN PACIFIC RAILWAY
COMPANY
jacob.sellers@leonard.com

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
jaffeh@pepperlaw.com; carignanj@pepperlaw.com

HARTER SECREST & EMERY LLP
ATTY FOR SATURN OF ROCHESTER, INC.
jaho@hselaw.com; wkreienberg@hselaw.com;
jweider@hselaw.com; ipalermo@hselaw.com

DECHERT LLP
ATTY FOR CDI CORPORATION
james.moore@dechert.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA
CORPORATE CENTER USA; BEHR-HELLA
jansbro@orrick.com; crogers@orrick.com

MCGILL, GOTSDINER, WORKMAN & LEPP, P.C.,
L.L.O.
ATTY FOR NS-200 CABOT OF PA; NS-608
CAPERTON WV; NS-1500 MARQUETTE MS;
janwoolley@mgwl.com

JOHNSON, HEARN, VINEGAR, GEE & GLASS,
PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
jboyles@jhvgglaw.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
jbromley@cgsh.com

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
jcarberry@cl-law.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
jed@krwlaw.com

K&L GATES LLP
ATTY FOR PPG INDUSTRIES, INC.
jeff.rich@klgates.com; eric.moser@klgates.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC,
ALLIED SYSTEMS, LTD (L.P.)
jeffrey.kelley@troutmansanders.com

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
jesse@tipotexchevrolet.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE
LLP
ATTY FOR PANASONIC AUTO SYS CO OF
AMERICA, DIV OF PANASONIC
jflaxer@golenbock.com; dfurth@golenbock.com;
avassallo@golenbock.com

AT&T SERVICES INC.
LAW GROUP COUNSEL
jg5786@att.com

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
jgilbert@motleyrice.com; jrice@motleyrice.com;
jbaden@motleyrice.com

BARNES & THORNBURG LLP
ATTY FOR CONTINENTAL
jgregg@btlaw.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
jhampton@saul.com

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
jhutchinson@bakerlaw.com;
egoodman@bakerlaw.com; wgibson@bakerlaw.com

HISCOCK & BARCLAY, LLP
ATTY FOR THE SCHAEFER GROUP INC.
jlangan@hblaw.com, gstack@hblaw.com

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
jlsaffer@jlsaffer.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
jmayes@mckennalong.com

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
JMcDonald@Briggs.com

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC.
jmurch@foley.com; jlee@foley.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
john.rapisardi@cwt.com

BINGHAM MCCUTCHEN LLP
ATTY FOR TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA
jonathan.alter@bingham.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
jonathan.hook@haynesboone.com

FOLEY & LARDNER LLP
ATTY FOR PEUGEOT JAPY INDUSTRIES S.A.
joneill@foley.com; jsimon@foley.com;
kcatanese@foley.com

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
JOSEPH.SMOLINSKY@WEIL.COM

PHILIP MORRIS USA
ATT: JOY TANNER
joy.e.tanner@altria.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
jplemmons2@dickinsonwright.com

DEBEVOISE & PLIMPTON LLP
ATT: JASMINE POWERS, ESQ.
jpowers@debevoise.com

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
jrabinowitz@rltlawfirm.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
jrhunter@hunterschank.com

HUNTON & WILLIAMS LLP
ATT: J.R. SMITH
jrsmith@hunton.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL
COUNSEL
JRumley@bcbsm.com

HONIGMAN MILLER SCHWARTZ AND COHN
LLP
ATTY FOR GENERAL MOTORS CORPORATION
jsgroi@honigman.com

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT
LICENSING G.P.
jshickich@riddellwilliams.com

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE
COMPONENTS CANADA
jsmairo@pbnlaw.com; rmschechter@pbnlaw.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
JSTEMBER@STEMBERFEINSTEIN.COM

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
jstitt@kmklaw.com

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
judith.adler@us.bosch.com

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
judith.elkin@haynesboone.com

DECHERT LLP
ATTY FOR CDI CORPORATION
juliet.sarkessian@dechert.com

KOHRMAN JACKSON & KRANTZ, PLL
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
jwe@kjk.com

HARTER SECREST & EMERY LLP
ATT: JOHN WEIDER & INGRIDE PALERMO,
ESQS.
jweider@hselaw.com; ipalermo@hselaw.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
kab@mccarthylebit.com

GREENBERG TRAURIG, P.A.
ATT: ALLEN G. KADISH, ESQ.
kadisha@gtlaw.com

HARTER SECREST & EMERY LLP
ATT: KENNETH W. AFRICANO & RAYMOND L. FUNK, ESQS.
kafricano@hselaw.com; rfink@hselaw.com

DLA PIPER LLP
ATTY FOR HEWLETT PACKARD CO
karol.denniston@dlapiper.com;
jennifer.nassiri@dlapiper.com

WHITE AND WILLIAMS LLP
ATTY FOR CISCO SYSTEMS, INC.
karpek@whiteandwilliams.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
kayalyn.marafioti@skadden.com

PEPPER-HAMILTON LLP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
kayesd@pepperlaw.com; kovskyd@pepperlaw.com

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
KDWBankruptcyDepartment@kelleydrye.com

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
Kelbon@blankrome.com

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
KENNETH_FREDA@GARDENCITYGROUP.COM

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
kewald@dickinsonwright.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
kgwynne@reedsmith.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
khk@maddinhauser.com

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
kkansa@sidley.com

TEITELBAUM & BASKIN, LLP
ATT: KENNETH M. LEWIS & JAY TEITELBAUM
klewis@tblawllp.com; jteitelbaum@tblawllp.com

FORMAN HOLT ELIADES & RAVIN, LLC
ATT: KIM R. LYNCH, ESQ.
klynch@formanlaw.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS
TRUST COMPANY
kristin.going@dbr.com

BROWN & CONNERY, LLP
ATTY FOR SAP AMERICA, INC.
kschweiker@brownconnery.com

BASF
DR. KURT BOCK, CHAIRMAN AND CEO
KURT.BOCK@BASF.COM

LOCKE LORD BISSELL & LIDDELL LLP
ATT: KEVIN J. WALSH, ESQ.
kwalsh@lockelord.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: LETITIA ACCARRINO, ESQ.
laccarrino@wilentz.com

VENABLE LLP
ATTY FOR RK CHEVROLET/RK AUTO GROUP
lakatz@venable.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JACOB F. LAMME, ESQ.
lamme@mltw.com

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
larrykraines@gmail.com

GENERAL MOTORS CORPORATION
ATTN: LAWRENCE S. BUONOMO, ESQ.
lawrence.s.buonomo@gm.com

MOTORS LIQUIDATION COMPANY
ATTN: LAWRENCE S. BUONOMO, ESQ.
lawrence.s.buonomo@gm.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: LIZ BOYDSTON, ESQ.
lboydston@fulbright.com

STROBL & SHARP, P.C.
ATTY FOR PIONEER STEEL CORPORATION
lbrimer@stroblpc.com

CHEMICO SYSTEMS
LEON C. RICHARDSON, PRESIDENT
LCRICHARDSON@CHEMICOSYSTEMS.COM

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO &
ROCCO I. DEBITETTO
ldpowar@hahnlaw.com, dademarco@hahnlaw.com

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
Lee_Cooper@raytheon.com

ATTORNEY GENERAL FOR THE STATE OF
NEBRASKA
ATTY FOR THE STATE OF NEBRASKA
leslie.levy@nebraska.gov

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES,
INC.
levick@singerlevick.com

THE DOW CHEMICAL COMPANY
ATTN: LEE H. SJOBERG, ESQ.
lhsjoberg@dow.com

HEWLETT-PACKARD FINANCIAL SERVICES
COMPANY
ATT: LINDA D'AMICO
linda.damico@hp.com

RANDSTAD
MS.LINDA GALIPEAU, PRESIDENT - NORTH
AMERICA
LINDA.GALIPEAU@US.RANDSTAD.COM

DANA HOLDING COMPANY
ATT: LISA WURSTER
lisa.wurster@dana.com

THE CHURCH OF THE GOOD NEWS
1599 COLUMBUS AVENUE
lischen@tcwtgn.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
lmagarik@kjmlabor.com

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTY FOR UNOFFICIAL GM DEALERS
COMMITTEE
lmcgowen@orrick.com; aenglund@orrick.com;
crogers@orrick.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A
SUPERIOR ELECTRIC
lstein@seyburn.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR VERIZON CAPITAL CORPORATION
lstrubeck@fulbright.com, lboydston@fulbright.com

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
lucas.ward@ohioattorneygeneral.gov

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTY FOR SERRA CHEVROLET OF
BIRMINGHAM, INC.
mam@johnstonbarton.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
maricco.michael@pbgc.gov

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
mark.owens@btlaw.com

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF
REVENUE
marvin.clements@ag.tn.gov

U.S. TREASURY
ATTN:  MATTHEW FELDMAN, ESQ.
MATTHEW.FELDMAN@DO.TREAS.GOV

HAYNES AND BOONE, LLP
ATTY OFR EXXON MOBIL CORPORATION
matthew.russell@haynesboone.com

LEONARD, STREET AND DEINARD, PA
ATTY FOR CANADIAN PACIFIC RAILWAY
COMPANY
matthew.swanson@leonard.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
Maureen.Leary@oag.state.ny.us

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS
SUBSIDIARIES & AFFILIATES
mbakst@bodmanllp.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATT: MATTHEW S. BARR, TYSON M. LOMAZOW
& SAMUEL A. KHALIL, ESQ.
mbarr@milbank.com ; tlomazow@milbank.com ;
skhalil@milbank.com

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD
COMPANY
mbaxter@cov.com

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
mbotica@winston.com; mcohn@winston.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
mchammer3@dickinsonwright.com

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
memberservices@iuawfcu.com, nganatra@uaw.net

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND
ITS DEALERSHIPS
metkin@lowenstein.com; steele@lowenstein.com;
ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND
ITS DEALERSHIPS
metkin@lowenstein.com; steele@lowenstein.com;
ilevee@lowenstein.com

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
mfriedman@rkollp.com; ksambur@rkollp.com

LECLAIRRYAN P.C
ATTY OF HONEYWELL INTERNATIONAL INC.
michael.hastings@leclairryan.com ;
michael.conway@leclairryan.com

OHIO ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL
PROTECTION AGENCY ("OEPA")
Michelle.sutter@ohioattorneygeneral.gov

HEWLETT -PACKARD DEVELOPMENT
COMPANY, L.P.
MIKE NEFKENS, VICE PRESIDENT
MIKE.NEFKENS@EDS.COM

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
MJEdelman@vedderprice.com;
MSchein@vedderprice.com; Ezavalkoff-
babej@vedderprice.com

OFFICE OF WESTCHESTER COUNTY ATTY
ATT: MELISSA-JEAN ROTINI, ESQ.
MJR1@westchestergov.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
mjwilliams@gibsondunn.com

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
mkilgore@up.com

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC.
DBA POWAY CHEVROLET
mkogan@ecjlaw.com; pjazayeri@ecjlaw.com

MUNSCH HARDT KOPF & HARR, P.C.
ATT: MARY W. KOKS
mkoks@munsch.com

IVEY, BARNUM AND O'MARA, LLC
ATTY FOR SONIC AUTOMOTIVE, INC.
mneier@ibolaw.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
mparker@fulbright.com

DYNAMIC MANUFACTURING
MRS. MARY PARTIPILO, CEO
MPARTIPILO@DMIMAIL.COM

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
mrichards@blankrome.com

PATTON BOGGS LLP
ATTY FOR UNOFFICIAL COMMITTEE OF
FAMILY & DISSIDENT GM BONDHOLDERS
mrichman@pattonboggs.com;
msalzberg@pattonboggs.com;
miachan@pattonboggs.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL
DIRECTOR
mschonfeld@gibsondunn.com

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
msholmes@cowgillholmes.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER,
P.C.
ATTY FOR SOUTH TROY TECH, LLC
msl@maddinhauser.com

CASSELS BROCK
ATT: MICHAEL WEINCZOK
mweinczok@casselsbrock.com

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC
nashvillebankruptcyfilings@stites.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
nboehler@cbmlaw.com

ATTORNEY GENERAL OF THE STATE OF NEW
YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
neal.mann@oag.state.ny.us

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES
ASSOCIATION
ngoteiner@fbm.com

MONTGOMERY, MCCRACKEN, WALKER &
RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
nramsey@mmwr.com; joneil@mmwr.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION
AND CHEMICAL CORP SITE TRUST FUND
nwbernstein@nwbllc.com

OTTERBOURG, STEINDLER, HOUSTON &
ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
OSHR-GM-bk@oshr.com

BUSH SEYFERTH & PAIGE PLLC
ATT: RICHARD W. PAIGE
paige@bsplaw.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
patrick.hughes@haynesboone.com;
peter.ruggero@haynesboone.com

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL
CORPORATION
patrick@bbslaw.com; tom@bbslaw.com

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
paula.christ@trw.com

NELSON MULLINS RILEY & SCARBOROUGH
LLP
ATTY FOR MICHELIN TIRE CORP.
peter.haley@nelsonmullins.com

BURLINGTON NORTHERN SANTE FE RAILWAY
COMPANY
ATT: PETER M. LEE, SENIOR GENERAL
ATTORNEY
Peter.Lee@bnsf.com

WILMER CUTLER PICKERING HALE AND DORR
LLP
ATTY FOR PENSION BENEFIT GUARANTY
CORPORATION
philip.anker@wilmerhale.com;
melanie.dritz@wilmerhale.com

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
PPANTALEO@STBLAW.COM

HUNTON & WILLIAMS LLP
ATT: PETER PARTEE, RICHARD NORTON, SCOTT
H. BERNSTEIN
ppartee@hunton.com; rnorton@hunton.com;
sbernstein@hunton.com

FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUZZI LLP
ATTY FOR THE MCCLATCHY COMPANY
ppascuzzi@ffwplaw.com

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP
LLC
pretekin@coollaw.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY &
POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI
AUTOMOTIVE PRODUCTS (USA), INC.,
pricotta@mintz.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JOHN J. PRIVITERA, ESQ.
privitera@mltw.com

ATTORNEY GENERAL OF THE STATE OF
MICHIGAN - LABOR DIVISION
ATTY FOR MICHIGAN WORKERS'
COMPENSATION AGENCY
przekopshaws@michigan.gov

DOW AUTOMOTIVE
MR. PETER SYKES, PRESIDENT
PSYKES@DOW.COM

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR
DEBTORS
ptrostle@jenner.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS
PERSONAL INJURY TORT CLAIMANTS;
pvnl@capdale.com, rer@capdale.com,
tws@capdale.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL AMERICAS, INC.
pwh@krwlaw.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
radom@butzel.com; newman@butzel.com

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
Ramona.neal@hp.com

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY
AND FUNDS ADMINISTRATION
raterinkd@michigan.gov

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX
CHEVY, KNAPP CHEVY
rbarrows@wdblaw.com; rbarrows800@gmail.com

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
rbernard@bakerlaw.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
rbrown@brownwhalen.com

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA
MARITZ INC.
rbrownlee@thompsoncoburn.com

BARRICK, SWITZER, LONG, BALSLEY & VAN
EVERA
ATTN: ROBERT C. POTTINGER, ESQ.
rcpottinger@bslbv.com

BRACEWELL & GIULIANI LLP
ATT: RENEE DAILEY
renee.dailey@bgllp.com

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
rfhahn@debevoise.com

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTY FOR GEORGE P. JOHNSON COMPANY
(GPJ)
rfiga@comlawone.com

HARTER SECREST & EMERY LLP
ATTY FOR SATURN OF ROCHESTER, INC.
rfink@hselaw.com

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
RFRANKEL@ORRICK.COM

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING
SYSTEMS, INC.
rgordon@clarkhill.com

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA
CORPORATION
rgreenberg@dclawfirm.com

INTERNATIONAL UNION OF OPERATING
ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
rgriffin@iuoe.org

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
rheilman@schaferandweiner.com;
glee@schaferandweiner.com

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR U.S. BANK NAT'L ASSOC. AND U.S.
BANK TRUST NAT'L ASSOC.
rhiersteiner@eapdlaw.com; jdarcey@eapdlaw.com;
azuccarello@eapdlaw.com; jgroves@eapdlaw.com;
cbodell@eapdlaw.com; jwhitlock@eapdlaw.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
rhuey@foley.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTY FOR FINANCIAL ENGINES ADVISORS
L.L.C.
richard.epling@pillsburylaw.com ;
erica.carrig@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTY FOR LMC PHASE II, L.L.C.
richard.epling@pillsburylaw.com;
karen.dine@pillsburylaw.com;
erica.carrig@pillsburylaw.com

RICHARD W. MARTINEZ, APLC
ATTY FOR W A THOMAS CO. AND SPECIALTY
ENGINE COMPONENTS, LLC
richardnotice@rwmaplc.com

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
rkchevysales@rkautogroup.net

JAFFE, RAITT, HEUER, & WEISS, P.C.
ATT: RICHARD E. KRUGER
rkruger@jaffelaw.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
RLINCER@CGSH.COM

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
rmallenski@aol.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS
CORPORATION
rmauceri@morganlewis.com

DAY PITNEY LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS
COMPANY INC.
rmeth@daypitney.com; msteen@daypitney.com

DAY PITNEY
ATTY FOR SPARTAN LIGHT METAL PRODUCTS
COMPANY INC.
rmeth@daypitney.com; msteen@daypitney.com

MILLER, CANFIELD, PADDOCK AND STONE,
P.L.C.
ATTY FOR LANSING BOARD OF WATER &
LIGHT
robbins@millercanfield.com

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
robert.dombroff@bingham.com;
jeffrey.sabin@bingham.com

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA
CLUTCH OPERATING CO., INC.
Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com

VINSON & ELKINS L.L.P.
ATTY FOR AM GENERAL; GENERAL ENGINE
PRODUCTS; GEN. TRANSMISSION PROD.
roran@velaw.com

PRONSKE & PATEL, P.C.
ATT: RAKHEE V. PATEL, ESQ.
rpatel@pronskepatel.com

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
rpm@robinsonbrog.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO.,
L.P.A.
ATTY FOR DEALER TIRE, LLC
rrk@mccarthylebit.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
rrm_narumanchi@hotmail.com

FEDERAL EXPRESS CORPORATION
ATTN: ROBERT R. ROSS
rrross@fedex.com

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
rsmith@cniinc.cc

KAYE SCHOLER LLP
ATTY FOR PHILLIP MORRIS CAPITAL CORP
rsmolev@kayescholer.com;

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE
DEALERS ASSOCIATION
rsox@dealerlawyer.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
RTODER@MORGANLEWIS.COM

MUNSCH HARDT KOPF & HARR, P.C.
ATTY FOR COMPUTER SCIENCES
CORPORATION
rurbanik@munsch.com

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
rweinstein@cusa.canon.com

HONIGMAN MILLER SCHWARTZ AND COHN
LLP
ATTY FOR GENERAL MOTORS CORPORATION
rweiss@honigman.com

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
RWYRON@ORRICK.COM

GREENBERG TRAURIG, P.A.
ATT: LUIS SALAZAR, ESQ.
salazarl@gtlaw.com

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
sbarbatano@foley.com; jsimon@foley.com;
kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS
(USA), LLC
sbarbatano@foley.com; maiello@foley.com

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN
CORPORATION
sbarbatano@foley.com; shilfinger@foley.com

BUCHALTER NEMER, PC
ATTY FOR ORACLE USA, INC.; AND ORACLE
CREDIT CORPORATION
schristianson@buchalter.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA,
P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL
SUPPLY CO.
scook@lambertleser.com

SHIVELY BROTHERS
SCOTT SHIVELY, CEO
SCOTTS@SHIVELYBROS.COM

TRENK DIPASQUALE WEBSTER DELLA FERA &
SODONA, P.C.
ATTY FOR SIKA CORPORATION
sdellafera@trenklawfirm.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
sdnyecf@dor.mo.gov

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS
CORPORATION OF AMERICA
sfalanga@connellfoley.com;
chemrick@connellfoley.com

DILWORTH PAXSON LLP
ATTY FOR THE DOW CHEMICAL CO.
sfreedman@dilworthlaw.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
sgoll@sbplclaw.com

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
sgrow@wnj.com

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATTY FOR CARROLLTON FARMERS BRANCH
ISD & LEWISVILLE ISD
sheehan@txschoollaw.com

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
shepner@lrbpc.com; rbarbur@lrbpc.com;
rstroup@lrbpc.com

STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL
FINANCIAL SERVICES LLC
shgross5@yahoo.com

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE
ELECTRONICS; OMRON DUALTEC
AUTOMOTIVE ELECTR
shilfinger@foley.com; fdicastri@foley.com;
jsimon@foley.com

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
shilfinger@foley.com; jsimon@foley.com;
kcatanese@foley.com

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY
CORP (GROUP) AND AFFILIATES
shmuel.vasser@dechert.com

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY & ERIC B. FISHER
sidorsky@butzel.com ; fishere@butzel.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
sidorsky@butzel.com; fishere@butzel.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
sjennik@kjmlabor.com

PREVIANT, GOLDBERG, UELMEN, GRATZ,
MILLER & BRUEGGEMAN, S.C.
ATT: SARA J. GEENEN, ESQ.
sjg@previant.com

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD
COMPANY
sjohnston@cov.com

COLE, SCHOTZ, MEISEL FORMAN & LEONARD,
P.A.
ATTY FOR KRUSE TECHNOLOGY PARTNERSHIP
skomrower@coleschotz.com

ZEICHNER ELLMAN & KRAUSE LLP
ATT: STUART A. KRAUSE & BRYAN D.
LEINBACH, ESQ.
skrause@zeklaw.com

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC &
TOYOTA TSUSHO AMERICA, INC
skrause@zeklaw.com; bleinbach@zeklaw.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI,
MICHIGAN
smatta@mattablair.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF
COMPANIES, INC.
soneal@cgsh.com

PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST
CO
srutsky@proskauer.com; aberkowitz@proskauer.com

WINSTON & STRAWN LLP
ATTY FOR CAPGEMINI AMERICA, INC.
sschwartz@winston.com

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
sseabolt@foley.com

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC
sselbst@herrick.com; prubin@herrick.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATTY FOR RYDER INTEGRATED LOGISTICS,
INC.
sshimshak@paulweiss.com;
pweintraub@paulweiss.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS
TRUST COMPANY
stephanie.wickouski@dbr.com

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
STEPHEN.KAROTKIN@WEIL.COM

AFFINIA
ATTN: STEVE KELLER
steve.keller@affiniagroup.com

RAY QUINNEY & NEBEKER P.C.
ATT: STEPHEN C. TINGEY
stingey@rqn.com

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL
FINANCIAL SERVICES LLC
streusand@streusandlandon.com

ARENT FOX LLP
ATTY FOR TIMKEN COMPANY
sullivan.james@arentfox.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATT: MATTHEW G. SUMMERS, ESQ.
summersm@ballardspahr.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
Susan.Taylor@oag.state.ny.us

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTY FOR LOCAL TEXAS TAXING
AUTHORITIES
sveselka@mvbalaw.com, mreed@mvbalaw.com,
dgoff@mvbalaw.com

MILLER, CANFIELD, PADDOCK AND STONE,
P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC.,
KONGSBERG DRIVELINE SYSTEMS I,
swansonm@millercanfield.com

WOLFSON BOLTON PLLC
ATTY FOR GUARDIAN AUTOMOTIVE
PRODUCTS, INC.
swolfson@wolfsonbolton.com

KUPELIAN ORMOND & MAGY, P.C.
ATTY FOR LA PRODUCTIONS, LLC
tah@kompc.com; dmb@kompc.com;
psm@kompc.com; mws@kompc.com

JTEKT AUTOMOTIVE
MOTOHIKO YOKOYAMA, CEO
TAKAYA_YAMADA@JTEKT.CO.JP

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE
HILL CAR PEOPLE, LLC
tcornell@stahlcowen.com

HINCKLEY, ALLEN & SNYDER LLP
ATTY FOR DAVE DELANEY'S COLUMBIA
BUICK-PONTIAC-GMAC CO, LLC
tcurran@haslaw.com

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING &
DEV; JOHNSON MATTHEY INC
tcurrier@saul.com

PENSKE LOGISTICS
MR. TERRY MILLER, CEO
TERRY.MILLER@PENSKE.COM

DURA AUTOMOTIVE
TIM LEULIETTE, CHAIRMAN
TIM@LEULIETTEPARTNERS.COM

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
tlzabel@rhoadesmckee.com

LOCKE LORD BISSELL & LIDDELL LLP
ATT: TIMOTHY S. MCFADDEN, ESQ.
tmcfadden@lockelord.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
tmurray@kjmlabor.com

COBASYS
MR. TOM NESLAGE, PRESIDENT & CEO
TNESLAGE@COBASYS.COM

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
tomschank@hunterschank.com

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE
RAILWAY COMPANY
toolee@pepperlaw.com; caseyl@pepperlaw.com

PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP
ATTY FOR CANON FINANCIAL SERVICES, INC.
tsadutto@platzerlaw.com

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
tsandler@osler.com

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
tscobb@vorys.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
tsherick@honigman.com

FOLEY & LARDNER LLP
ATTY FOR TECHNOLOGY INVESTMENT PARTNERS, LLC
tspillane@foley.com; jsimon@foley.com; kcatanese@foley.com

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
TStenger@alixpartners.com

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
twilson@kelley-ferraro.com

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
uncbill@msn.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
vavilaplana@foley.com; mriopelle@foley.com

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
victoria.garry@ohioattorneygeneral.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
wcacinfo@michigan.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DR.
wcinfo@michigan.gov

WM. DAVID COFFEY & ASSOCIATES
ATT: WM. DAVID COFFEY, III & MARTIN ALANIZ
wdcoffeylaw@yahoo.com

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
wgibson@bakerlaw.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATT: MATTHEW E. WILKINS
wilkins@bwst-law.com

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
wpayne@stemberfeinstein.com

# EXHIBIT B

OFFICE OF THE UNITED STATES TRUSTEE
DIANA G ADAMS
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004
212-668-2255

U.S. TREASURY
ATTN:  MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220
202-622-6415