**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                            :

                                 :         **Chapter 11 Case No.**

**MOTORS LIQUIDATION COMPANY**, *et al.*,  :

       f/k/a General Motors Corp., *et al.*  :        **09-50026 (REG)**

                                 :

                 **Debtors.**     :         **(Jointly Administered)**

                                 :

-------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                          ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.    I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On September 11, 2009 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (master service list and notice of appearance parties) and by facsimile on the parties identified on Exhibit B (master service list and notice of appearance parties with facsimile numbers whose e-mail address failed and the Office of the United States Trustee) annexed hereto:

- Reply of Debtors to Objection of Ad Hoc Committee of Asbestos Personal Injury Claimants to Motion of Debtors for Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), Establishing the Deadline for Filing Proofs of Claim (Including Claims Under Section 503(b)(9) of the Bankruptcy Code)

and Procedures Relating thereto and Approving the Form and Manner
of Notice Thereof  [Docket No. 4013].

Dated: September 15, 2009
Melville, NY

s/Kimberly Gargan
KIMBERLY GARGAN

Sworn to before me this 15th day
of September, 2009

s/Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012

# EXHIBIT A

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND
JOSEPH CARGNELLI
abauer@torys.com; tmartin@torys.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA,
P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL
SUPPLY CO.
abruski@lambertleser.com

SHINN FU CORPORATION
C/O ARTHUR A. CHAYKIN, ESQ.
achaykin@shinnfuamerica.com

DAY PITNEY LLP
ATTY FOR ORACLE USA, INC.
adoshi@daypitney.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
AGOTTFRIED@MORGANLEWIS.COM

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ahammer@freebornpeters.com;
tfawkes@freebornpeters.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
aisenberg@saul.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL
COUNSEL
akatz@entergy.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
akornberg@paulweiss.com; jkoevary@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATTY FOR DANA HOLDING CORPORATION
akornberg@paulweiss.com; rzubaty@paulweiss.com;
ipohl@paulweiss.com

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ
akress@riker.com

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ.
akress@riker.com

CHAPELL & ASSOCIATES, LLC
ATT: ALAN CHAPELL, CIPP
alan@chapellassociates.com

ROBINSON WATERS & O'DORISIO, P.C.
ATTY FOR ENVIRONMENTAL TESTING
CORPORATION
aleffert@rwolaw.com

CLIFFORD CHANCE US LLP
ATTY FOR THE ROYAL BANK OF SCOTLAND
PLC, ABN AMRO BANK N.V. AND
andrew.brozman@cliffordchance.com;
sarah.campbell@cliffordchance.com

VALEO
MR. ANDY SMITH
Andy.Smith@valeo.com, francoise.colpron@valeo.com

BINGHAM MCCUTCHEN LLP
ATTY FOR WELLS FARGO BANK NORTHWEST,
NAT'L ASSOC., AS INDENTURE TRUSTE
anna.boelitz@bingham.com

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
anne.boudreau@ic.gc.ca

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
antitrust.atr@usdoj.gov

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC,
STARCOM MEDIAVEST GROUP, INC.,
ARosen@SilvermanAcampora.com

PAUL WEISS RIFKIND WHARTON & GARRISON
LLP
ANDREW N. ROSENBERG, ESQ.
AROSENBERG@PAULWEISS.COM

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF
GM UNSECURED NOTES
arosenberg@paulweiss.com;
bhermann@paulweiss.com; mphillips@paulweiss.com

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY
GENERAL
askDOJ@usdoj.gov

BERGER SINGERMAN, P.A.
ATTY FOR SCI, LTD.
aspector@bergersingerman.com

FOLEY & LARDNER LLP
ATTY FOR DURA AUTOMOTIVE SYSTEMS, INC.
auetz@foley.com

FOLEY & LARDNER LLP
ATTY FOR DETROIT TECHNOLOGIES, INC.
auetz@foley.com; ddoogal@foley.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN,
HARLINGEN ISD, NUECES COUNTY, SAN
austin.bankruptcy@publicans.com

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
avery@silvermanmorris.com

EDS, AN HP COMPANY
ATT: AYALA HASSELL
ayala.hassell@hp.com

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
bankruptcy.asbpo.asbdom@braytonlaw.com

MORRISON COHEN LLP
ATTY FOR BLUE CROSS BLUE SHIELD OF
MICHIGAN
bankruptcy@morrisoncohen.com

SCHWARTZ, LICHTENBERG LLP
ATTY FOR ALBAR INDUSTRIES, INC.
barryster@att.net

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER
VICTIMS OF GM
bbressler@schnader.com; aadams@schnader.com;
tlewis@schnader.com; rbarkasy@schnader.com;
mbarrie@schnader.com

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
bceccotti@cwsny.com

KLEHR, HARRISON, HARVEY, BRANZBURG &
ELLERS LLP
ATTY FOR MANUFACTURERS AND TRADERS
TRUST COMPANY
BCrowley@klehr.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER
VICTIMS OF GM
bdeutsch@schnader.com

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN,
VIRGINIA
belkys.escobar@loudoun.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY
GENERAL
bk-kwalsh@oag.state.tx.us

ATTORNEY GENERAL FOR THE STATE OF
TEXAS
ATT: MARK BROWNING, ASSISTANT
ATTORNEY GENERAL
bk-mbrowning@oag.state.tx.us

AIKEN SCHENK HAWKINS & RICCARDI P.C.
ATT: BARBARA LEE CALDWELL
blc@ashrlaw.com

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S &
IUOE 832S
bmehlsack@gkllaw.com

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
bmeldrum@stites.com

BORGES & ASSOCIATES, LLC
ATTY FOR RAYCOM MEDIA, INC.
borgeslawfirm@aol.com

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
brcy@carsonfischer.com; brcy@carsonfischer.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC,
ALLIED SYSTEMS, LTD (L.P.)
BRETT.GOODMAN@TROUTMANSANDERS.COM

SHAW GUSSIS FISHMAN GLANTZ WOLFSON &
TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS,
INC.
bshaw100@shawgussis.com

HAYNSWORTH SINKLER BOYD, P.A.
ATTY FOR SOUTH CAROLINA AUTOMOBILE
DEALERS ASSOCIATION
bshort@hsblawfirm.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
BSUSKO@CGSH.COM

PPG INDUSTRIES INC.
MR. CHARLES E. BUNCH, CEO
BUNCH@PPG.COM

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION,
MOTOR VEHICLE DIV.
casey.roy@oag.state.tx.us

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR MACQUARIE EQUIPMENT FINANCE,
LLC.
cbattaglia@halperinlaw.net; jdyas@halperinlaw.net

C.B. BLACKARD, III
CORPORATE COUNSEL
cbblac@acxiom.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
cbelmonte@ssbb.com; pbosswick@ssbb.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
cbullock@sbplclaw.com

CLARK HILL PLC
ATT: CHRISTOPHER M. CAHILL
ccahill@clarkhill.com

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ccaldwell@starkreagan.com

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP
MASON, LLC, GESTAMP MEXICO
ccarson@burr.com; jkimble@burr.com

BODMAN LLP
ATTY FOR PRODUCTION MODELING
CORPORATION
cdarke@bodmanllp.com

REID AND REIGE, P.C.
ATTY FOR BARNES GROUP INC.
cfelicetta@reidandriege.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
cgraham@mckennalong.com

HAYNES AND BOONE LLP
ATTY FOR EXXON MOBIL CORPORATION
charles.beckham@haynesboone.com;
brooks.hamilton@haynesboone.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
chipford@parkerpoe.com

MUCH SHELIST DENENBERG AMENT AND
RUBENSTEIN, P.C.
ATTY FOR BRANDENBURG INDUSTRIAL
SERVICE CO.
CMcManus@muchshelist.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW
INTEGRATED CHASSIS SYSTEMS LLC
cmeyer@ssd.com

OFFICE OF ATTORNEY GENERAL FOR
PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF
REVENUE, BUREAU OF ACCTS SETTLEM
cmomjian@attorneygeneral.gov

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
CONTACT-OCFO@DOL.GOV

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE
crusemg@wnj.com

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
CSALOMON@BECKERGLYNN.COM

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE
COMPONENT GROUP NORTH AMERICA INC
cschreiber@winston.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
csweeney@dickinsonwright.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
cwoodruff-neer@alpine-usa.com

MOORE & VAN ALLEN PLLC
ATTY FOR HAGEMEYER N.A.
cynthialowery@mvalaw.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS
COUNTY
dallas.bankruptcy@publicans.com

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL
DEPT
david.boyle@airgas.com

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
david.jones6@usdoj.gov;
jeffrey.oestericher@usdoj.gov;
matthew.schwartz@usdoj.gov;
joseph.cordaro@usdoj.gov

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC;
PLATINUM EQUITY CAPITAL
david.karp@srz.com, adam.harris@srz.com

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN
CORPORATION & NORFOLK SOUTHERN
RAILWAY
dbaldwin@potteranderson.com; tbrown-
edwards@potteranderson.com;
rmcneill@potteranderson.com

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA
& DENSO SALES CALIFORNIA
DBernstein@plunkettcooney.com;
MFleming@plunkettcooney.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER &
JEFFREY CHANCAS
dbrody@borahgoldstein.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR GRUPO KUO, TRANSMISSION
TECHNOLOGIES CORPORATION,
dbuell@cgsh.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
dcopley@dickinsonwright.com

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
dcrapo@gibbonslaw.com

ERMAN, TEICHER, MILLER, ZUCKER &
FREEDMAN, P.C.
ATT: DAVID M. EISENBERG, ESQ.
deisenberg@ermanteicher.com

WILMER CUTLER PICKERING HALE AND DORR
LLP
ATTY FOR PENSION BENEFIT GUARANTY
CORPORATION
dennis.jenkins@wilmerhale.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
dfeldman@gibsondunn.com

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA,
INC.
dfish@allardfishpc.com

ARMSTRONG TEASDALE, LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS
COMPANY INC.
dgoing@armstrongteasdale.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
DGOTTLIEB@CGSH.COM

MAZZEO SONG & BRADHAM LLP
ATTY FOR CLARCOR, INC. AND TOTAL
FILTRATION SERVICES, INC.
dhartheimer@mazzeosong.com

WINSTON & STRAWN LLP
ATTY FOR LGE ELECTRONICS USA, INC.
djrichardson@winston.com

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
djury@usw.org

THE UNIVERSITY OF MICHIGAN OFFICE OF THE
V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN
dkowich@umich.edu

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
dladdin@agg.com; frank.white@agg.com

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING,
INC.
dlerner@plunkettcooney.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A
SUPERIOR ELECTRIC
dlin@seyburn.com

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
DMACK@STBLAW.COM

DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A. MERTZ
dmertz@state.pa.us

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR
DEBTORS
dmurray@jenner.com

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC,
STARCOM MEDIAVEST GROUP, INC.,
Dockterman@wildman.com; Young@wildman.com;
Friedman@wildman.com

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
donald.bernstein@dpw.com,

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
dowd.mary@arentfox.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: DEIRDRE WOULFE PACHECO, ESQ.
dpacheco@wilentz.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
drosenzweig@fulbright.com; jrabin@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
drosenzweig@fulbright.com; mhaut@fulbright.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND
BP/CGCENTER I LLC
drosner@goulstonstorrs.com

ERMAN, TEICHER, MILLER, ZUCKER &
FREEDMAN, P.C.
ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I.
ERMAN
druhlandt@ermanteicher.com ;
eerman@ermanteicher.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
dselwocki@swappc.com

OTTERBOURG STEINDLER HOUSTON & ROSEN
PC
ATTN: DANIEL WALLEN, ESQ, JONATHAN N.
HELFAT, ESQ.
DWALLEN@OSHR.COM, JHELFAT@OSHR.COM,
SSOLL@OSHR.COM

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
dyitzchaki@dickinsonwright.com

PERDUE, BRANDON, FIELDER, COLLINS &
MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ebanda@pbfcm.com

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ecf@kaalaw.com

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE
CORPORATION
ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ecfwolfordr@millerjohnson.com

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
ecurrenti@hess.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. &
PAMINA EWING, ESQ.
EDOYLE@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
EFEINSTEIN@STEMBERFEINSTEIN.COM

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS
PERSONAL INJURY TORT CLAIMANTS;
ei@capdale.com

HSS/SAGINAW
MR. ERIC LARSON, COO
ELARSON@HSS-MMS.COM

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
Elizabeth.Spangler@arcadis-us.com

DUPONT
ELLEN J. KULLMAN, CEO
ELLEN.J.KULLMAN@USA.DUPONT.COM

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES
MGT SVS, INC, PITNEY BOWES SO
elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
elobello@msek.com

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
email@orumroth.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL
CORPORATION
eschaffer@reedsmith.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
P.C.
ATTY FOR AD HOC COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS
esserman@sbep-law.com; hartwick@sbep-law.com;
d'apice@sbep-law.com; newton@sbep-law.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR SYNOPSYS, INC.
etillinghast@sheppardmullin.com;
mcademartori@sheppardmullin.com;
bwolfe@sheppardmullin.com

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER
COMBEST
Faye.Feinstein@quarles.com;
Christopher.Combest@quarles.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING
TECHNOLOGIES
fberg@kotzsangster.com; jmacyda@kotzsangster.com

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION
CORPORATION
fdicastri@foley.com

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.
ffm@bostonbusinesslaw.com

DORSEY & WHITNEY LLP
ATTY FOR BALLARD MATERIAL PRODUCTS
INC.
foreman.michael@dorsey.com

PREVIANT, GOLDBERG, UELMEN, GRATZ,
MILLER & BRUEGGEMAN, S.C.
ATTN: FREDERICK PERILLO
fp@previant.com

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING
HOLDINGS, INC. AND ITS AFFILIATES
fsosnick@shearman.com; jfrizzley@shearman.com

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT
SERVICES
fstevens@foxrothschild.com

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
funds@michigan.gov

MILLER, CANFIELD, PADDOCK AND STONE,
P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
fusco@millercanfield.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
gabriel.delvirginia@verizon.net

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
gdiconza@dlawpc.com

NELSON MULLINS RILEY & SCARBOROUGH
LLP
ATTY FOR MICHELIN TIRE CORP.
george.cauthen@nelsonmullins.com;
linda.barr@nelsonmullins.com;
cameron.currie@nelsonmullins.com

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE
SYSTEMS, INC.
giaimo.christopher@arentfox.com;
rothleder.jeffrey@arentfox.com;
campbell.andrea@arentfox.com

MICHIGAN ENVIRONMENT, NATURAL
RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY
gillcr@michigan.gov

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND
BP/CGCENTER I LLC
gkaden@goulstonstorrs.com

NARMCO GROUP
ATTN: GARY KELLY
Gkelly@narmco.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE
WATER
Glenn.Reisman@ge.com

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND
AUTOMOTIVE LIGHTING
gm@dmms.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED
CREDITORS COMMITTEE
gnovod@kramerlevin.com;
keckstein@kramerlevin.com;
tmayer@kramerlevin.com, arogoff@kramerlevin.com,
rschmidt@kramerlevin.com, acaton@kramerlevin.com,

COHN WHITESELL & GOLDBERG LLP
ATT: MICHAEL J. GOLDBERG, ESQ.
goldberg@cwg11.com

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
gtoering@wnj.com

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTY FOR CITY OF LANSING
gwallace@fraserlawfirm.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
hall@bwst-law.com

VOITH AG
HARRY NEIMAN, CEO
HARRY.NIEMAN@VOITH.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
HARVEY.MILLER@WEIL.COM

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
harveystrickon@paulhastings.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
hbeltzer@morganlewis.com; eliu@morganlewis.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
hkolko@msek.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
houston_bankruptcy@publicans.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
hutchinson@millercanfield.com

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTY FOR UNEMPLOYMENT TAX OFFICE, DEPT OF ENERGY, LABOR & ECONOMIC
hwangr@michigan.gov

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
Info@AndrewCuomo.com

DEALER TIRE, LLC
3711 CHESTER AVENUE
info@dealertire.com

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
info@harmanbecker.de

KEM KREST
AMISH SHAH. CEO
info@kemkrest.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
jack.butler@skadden.com

LEONARD, STREET AND DEINARD, PA
ATTY FOR CANADIAN PACIFIC RAILWAY COMPANY
jacob.sellers@leonard.com

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
jaffeh@pepperlaw.com; carignanj@pepperlaw.com

HARTER SECREST & EMERY LLP
ATTY FOR SATURN OF ROCHESTER, INC.
jaho@hselaw.com; wkreienberg@hselaw.com;
jweider@hselaw.com; ipalermo@hselaw.com

DECHERT LLP
ATTY FOR CDI CORPORATION
james.moore@dechert.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA
CORPORATE CENTER USA; BEHR-HELLA
jansbro@orrick.com; crogers@orrick.com

MCGILL, GOTSDINER, WORKMAN & LEPP, P.C.,
L.L.O.
ATTY FOR NS-200 CABOT OF PA; NS-608
CAPERTON WV; NS-1500 MARQUETTE MS;
janwoolley@mgwl.com

JOHNSON, HEARN, VINEGAR, GEE & GLASS,
PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
jboyles@jhvgglaw.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
jbromley@cgsh.com

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
jcarberry@cl-law.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
jed@krwlaw.com

K&L GATES LLP
ATTY FOR PPG INDUSTRIES, INC.
jeff.rich@klgates.com; eric.moser@klgates.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC,
ALLIED SYSTEMS, LTD (L.P.)
jeffrey.kelley@troutmansanders.com

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
jesse@tipotexchevrolet.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE
LLP
ATTY FOR PANASONIC AUTO SYS CO OF
AMERICA, DIV OF PANASONIC
jflaxer@golenbock.com; dfurth@golenbock.com;
avassallo@golenbock.com

AT&T SERVICES INC.
LAW GROUP COUNSEL
jg5786@att.com

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
jgilbert@motleyrice.com; jrice@motleyrice.com;
jbaden@motleyrice.com

BARNES & THORNBURG LLP
ATTY FOR CONTINENTAL
jgregg@btlaw.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
jhampton@saul.com

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
jhutchinson@bakerlaw.com;
egoodman@bakerlaw.com; wgibson@bakerlaw.com

HISCOCK & BARCLAY, LLP
ATTY FOR THE SCHAEFER GROUP INC.
jlangan@hblaw.com, gstack@hblaw.com

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
jlsaffer@jlsaffer.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
jmayes@mckennalong.com

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
JMcDonald@Briggs.com

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC.
jmurch@foley.com; jlee@foley.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
john.rapisardi@cwt.com

BINGHAM MCCUTCHEN LLP
ATTY FOR TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA
jonathan.alter@bingham.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
jonathan.hook@haynesboone.com

FOLEY & LARDNER LLP
ATTY FOR PEUGEOT JAPY INDUSTRIES S.A.
joneill@foley.com; jsimon@foley.com;
kcatanese@foley.com

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
JOSEPH.SMOLINSKY@WEIL.COM

PHILIP MORRIS USA
ATT: JOY TANNER
joy.e.tanner@altria.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
jplemmons2@dickinsonwright.com

DEBEVOISE & PLIMPTON LLP
ATT: JASMINE POWERS, ESQ.
jpowers@debevoise.com

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
jrabinowitz@rltlawfirm.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
jrhunter@hunterschank.com

HUNTON & WILLIAMS LLP
ATT: J.R. SMITH
jrsmith@hunton.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL
COUNSEL
JRumley@bcbsm.com

HONIGMAN MILLER SCHWARTZ AND COHN
LLP
ATTY FOR GENERAL MOTORS CORPORATION
jsgroi@honigman.com

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT
LICENSING G.P.
jshickich@riddellwilliams.com

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE
COMPONENTS CANADA
jsmairo@pbnlaw.com; rmschechter@pbnlaw.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
JSTEMBER@STEMBERFEINSTEIN.COM

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
jstitt@kmklaw.com

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
judith.adler@us.bosch.com

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
judith.elkin@haynesboone.com

DECHERT LLP
ATTY FOR CDI CORPORATION
juliet.sarkessian@dechert.com

KOHRMAN JACKSON & KRANTZ, PLL
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
jwe@kjk.com

HARTER SECREST & EMERY LLP
ATT: JOHN WEIDER & INGRIDE PALERMO,
ESQS.
jweider@hselaw.com; ipalermo@hselaw.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
kab@mccarthylebit.com

GREENBERG TRAURIG, P.A.
ATT: ALLEN G. KADISH, ESQ.
kadisha@gtlaw.com

HARTER SECREST & EMERY LLP
ATT: KENNETH W. AFRICANO & RAYMOND L. FUNK, ESQS.
kafricano@hselaw.com; rfink@hselaw.com

DLA PIPER LLP
ATTY FOR HEWLETT PACKARD CO
karol.denniston@dlapiper.com;
jennifer.nassiri@dlapiper.com

WHITE AND WILLIAMS LLP
ATTY FOR CISCO SYSTEMS, INC.
karpek@whiteandwilliams.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
kayalyn.marafioti@skadden.com

PEPPER-HAMILTON LLP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
kayesd@pepperlaw.com; kovskyd@pepperlaw.com

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
KDWBankruptcyDepartment@kelleydrye.com

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
Kelbon@blankrome.com

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
KENNETH_FREDA@GARDENCITYGROUP.COM

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
kewald@dickinsonwright.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
kgwynne@reedsmith.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
khk@maddinhauser.com

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
kkansa@sidley.com

TEITELBAUM & BASKIN, LLP
ATT: KENNETH M. LEWIS & JAY TEITELBAUM
klewis@tblawllp.com; jteitelbaum@tblawllp.com

FORMAN HOLT ELIADES & RAVIN, LLC
ATT: KIM R. LYNCH, ESQ.
klynch@formanlaw.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS
TRUST COMPANY
kristin.going@dbr.com

BROWN & CONNERY, LLP
ATTY FOR SAP AMERICA, INC.
kschweiker@brownconnery.com

BASF
DR. KURT BOCK, CHAIRMAN AND CEO
KURT.BOCK@BASF.COM

LOCKE LORD BISSELL & LIDDELL LLP
ATT: KEVIN J. WALSH, ESQ.
kwalsh@lockelord.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: LETITIA ACCARRINO, ESQ.
laccarrino@wilentz.com

VENABLE LLP
ATTY FOR RK CHEVROLET/RK AUTO GROUP
lakatz@venable.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JACOB F. LAMME, ESQ.
lamme@mltw.com

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
larrykraines@gmail.com

GENERAL MOTORS CORPORATION
ATTN: LAWRENCE S. BUONOMO, ESQ.
lawrence.s.buonomo@gm.com

MOTORS LIQUIDATION COMPANY
ATTN: LAWRENCE S. BUONOMO, ESQ.
lawrence.s.buonomo@gm.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: LIZ BOYDSTON, ESQ.
lboydston@fulbright.com

STROBL & SHARP, P.C.
ATTY FOR PIONEER STEEL CORPORATION
lbrimer@stroblpc.com

CHEMICO SYSTEMS
LEON C. RICHARDSON, PRESIDENT
LCRICHARDSON@CHEMICOSYSTEMS.COM

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO &
ROCCO I. DEBITETTO
ldpowar@hahnlaw.com, dademarco@hahnlaw.com

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
Lee_Cooper@raytheon.com

ATTORNEY GENERAL FOR THE STATE OF
NEBRASKA
ATTY FOR THE STATE OF NEBRASKA
leslie.levy@nebraska.gov

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES,
INC.
levick@singerlevick.com

THE DOW CHEMICAL COMPANY
ATTN: LEE H. SJOBERG, ESQ.
lhsjoberg@dow.com

HEWLETT-PACKARD FINANCIAL SERVICES
COMPANY
ATT: LINDA D'AMICO
linda.damico@hp.com

RANDSTAD
MS.LINDA GALIPEAU, PRESIDENT - NORTH
AMERICA
LINDA.GALIPEAU@US.RANDSTAD.COM

DANA HOLDING COMPANY
ATT: LISA WURSTER
lisa.wurster@dana.com

THE CHURCH OF THE GOOD NEWS
1599 COLUMBUS AVENUE
lischen@tcwtgn.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
lmagarik@kjmlabor.com

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTY FOR UNOFFICIAL GM DEALERS
COMMITTEE
lmcgowen@orrick.com; aenglund@orrick.com;
crogers@orrick.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A
SUPERIOR ELECTRIC
lstein@seyburn.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR VERIZON CAPITAL CORPORATION
lstrubeck@fulbright.com, lboydston@fulbright.com

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
lucas.ward@ohioattorneygeneral.gov

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTY FOR SERRA CHEVROLET OF
BIRMINGHAM, INC.
mam@johnstonbarton.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
maricco.michael@pbgc.gov

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
mark.owens@btlaw.com

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF
REVENUE
marvin.clements@ag.tn.gov

U.S. TREASURY
ATTN: MATTHEW FELDMAN, ESQ.
MATTHEW.FELDMAN@DO.TREAS.GOV

HAYNES AND BOONE, LLP
ATTY OFR EXXON MOBIL CORPORATION
matthew.russell@haynesboone.com

LEONARD, STREET AND DEINARD, PA
ATTY FOR CANADIAN PACIFIC RAILWAY
COMPANY
matthew.swanson@leonard.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
Maureen.Leary@oag.state.ny.us

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS
SUBSIDIARIES & AFFILIATES
mbakst@bodmanllp.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATT: MATTHEW S. BARR, TYSON M. LOMAZOW
& SAMUEL A. KHALIL, ESQ.
mbarr@milbank.com ; tlomazow@milbank.com ;
skhalil@milbank.com

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD
COMPANY
mbaxter@cov.com

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
mbotica@winston.com; mcohn@winston.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
mchammer3@dickinsonwright.com

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
memberservices@iuawfcu.com, nganatra@uaw.net

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND
ITS DEALERSHIPS
metkin@lowenstein.com; steele@lowenstein.com;
ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND
ITS DEALERSHIPS
metkin@lowenstein.com; steele@lowenstein.com;
ilevee@lowenstein.com

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
mfriedman@rkollp.com; ksambur@rkollp.com

LECLAIRRYAN P.C
ATTY OF HONEYWELL INTERNATIONAL INC.
michael.hastings@leclairryan.com ;
michael.conway@leclairryan.com

OHIO ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL
PROTECTION AGENCY ("OEPA")
Michelle.sutter@ohioattorneygeneral.gov

HEWLETT -PACKARD DEVELOPMENT
COMPANY, L.P.
MIKE NEFKENS, VICE PRESIDENT
MIKE.NEFKENS@EDS.COM

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
MJEdelman@vedderprice.com;
MSchein@vedderprice.com; Ezavalkoff-
babej@vedderprice.com

OFFICE OF WESTCHESTER COUNTY ATTY
ATT: MELISSA-JEAN ROTINI, ESQ.
MJR1@westchestergov.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
mjwilliams@gibsondunn.com

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
mkilgore@up.com

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC.
DBA POWAY CHEVROLET
mkogan@ecjlaw.com; pjazayeri@ecjlaw.com

MUNSCH HARDT KOPF & HARR, P.C.
ATT: MARY W. KOKS
mkoks@munsch.com

IVEY, BARNUM AND O'MARA, LLC
ATTY FOR SONIC AUTOMOTIVE, INC.
mneier@ibolaw.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
mparker@fulbright.com

DYNAMIC MANUFACTURING
MRS. MARY PARTIPILO, CEO
MPARTIPILO@DMIMAIL.COM

PATTON BOGGS LLP
ATTY FOR UNOFFICIAL COMMITTEE OF
FAMILY & DISSIDENT GM BONDHOLDERS
mrichman@pattonboggs.com;
msalzberg@pattonboggs.com;
miachan@pattonboggs.com

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
mrichards@blankrome.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL
DIRECTOR
mschonfeld@gibsondunn.com

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
msholmes@cowgillholmes.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER,
P.C.
ATTY FOR SOUTH TROY TECH, LLC
msl@maddinhauser.com

CASSELS BROCK
ATT: MICHAEL WEINCZOK
mweinczok@casselsbrock.com

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC
nashvillebankruptcyfilings@stites.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
nboehler@cbmlaw.com

ATTORNEY GENERAL OF THE STATE OF NEW
YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
neal.mann@oag.state.ny.us

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES
ASSOCIATION
ngoteiner@fbm.com

MONTGOMERY, MCCRACKEN, WALKER &
RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
nramsey@mmwr.com; joneil@mmwr.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION
AND CHEMICAL CORP SITE TRUST FUND
nwbernstein@nwbllc.com

OTTERBOURG, STEINDLER, HOUSTON &
ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
OSHR-GM-bk@oshr.com

BUSH SEYFERTH & PAIGE PLLC
ATT: RICHARD W. PAIGE
paige@bsplaw.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
patrick.hughes@haynesboone.com;
peter.ruggero@haynesboone.com

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL
CORPORATION
patrick@bbslaw.com; tom@bbslaw.com

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
paula.christ@trw.com

NELSON MULLINS RILEY & SCARBOROUGH
LLP
ATTY FOR MICHELIN TIRE CORP.
peter.haley@nelsonmullins.com

BURLINGTON NORTHERN SANTE FE RAILWAY
COMPANY
ATT: PETER M. LEE, SENIOR GENERAL
ATTORNEY
Peter.Lee@bnsf.com

WILMER CUTLER PICKERING HALE AND DORR
LLP
ATTY FOR PENSION BENEFIT GUARANTY
CORPORATION
philip.anker@wilmerhale.com;
melanie.dritz@wilmerhale.com

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
PPANTALEO@STBLAW.COM

HUNTON & WILLIAMS LLP
ATT: PETER PARTEE, RICHARD NORTON, SCOTT
H. BERNSTEIN
ppartee@hunton.com; rnorton@hunton.com;
sbernstein@hunton.com

FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUZZI LLP
ATTY FOR THE MCCLATCHY COMPANY
ppascuzzi@ffwplaw.com

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP
LLC
pretekin@coollaw.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY &
POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI
AUTOMOTIVE PRODUCTS (USA), INC.,
pricotta@mintz.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JOHN J. PRIVITERA, ESQ.
privitera@mltw.com

ATTORNEY GENERAL OF THE STATE OF
MICHIGAN - LABOR DIVISION
ATTY FOR MICHIGAN WORKERS'
COMPENSATION AGENCY
przekopshaws@michigan.gov

DOW AUTOMOTIVE
MR. PETER SYKES, PRESIDENT
PSYKES@DOW.COM

JENNER & BLOCK LLP
ATTY FOR PROPOSED SPECIAL COUNSEL FOR
DEBTORS
ptrostle@jenner.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS
PERSONAL INJURY TORT CLAIMANTS;
pvnl@capdale.com, rer@capdale.com,
tws@capdale.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL AMERICAS, INC.
pwh@krwlaw.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
radom@butzel.com; newman@butzel.com

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
Ramona.neal@hp.com

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY
AND FUNDS ADMINISTRATION
raterinkd@michigan.gov

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX
CHEVY, KNAPP CHEVY
rbarrows@wdblaw.com; rbarrows800@gmail.com

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
rbernard@bakerlaw.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
rbrown@brownwhalen.com

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA
MARITZ INC.
rbrownlee@thompsoncoburn.com

BARRICK, SWITZER, LONG, BALSLEY & VAN
EVERA
ATTN: ROBERT C. POTTINGER, ESQ.
rcpottinger@bslbv.com

BRACEWELL & GIULIANI LLP
ATT: RENEE DAILEY
renee.dailey@bgllp.com

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
rfhahn@debevoise.com

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTY FOR GEORGE P. JOHNSON COMPANY
(GPJ)
rfiga@comlawone.com

HARTER SECREST & EMERY LLP
ATTY FOR SATURN OF ROCHESTER, INC.
rfink@hselaw.com

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
RFRANKEL@ORRICK.COM

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING
SYSTEMS, INC.
rgordon@clarkhill.com

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA
CORPORATION
rgreenberg@dclawfirm.com

INTERNATIONAL UNION OF OPERATING
ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
rgriffin@iuoe.org

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
rheilman@schaferandweiner.com;
glee@schaferandweiner.com

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR U.S. BANK NAT'L ASSOC. AND U.S.
BANK TRUST NAT'L ASSOC.
rhiersteiner@eapdlaw.com; jdarcey@eapdlaw.com;
azuccarello@eapdlaw.com; jgroves@eapdlaw.com;
cbodell@eapdlaw.com; jwhitlock@eapdlaw.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
rhuey@foley.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTY FOR FINANCIAL ENGINES ADVISORS
L.L.C.
richard.epling@pillsburylaw.com ;
erica.carrig@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTY FOR LMC PHASE II, L.L.C.
richard.epling@pillsburylaw.com;
karen.dine@pillsburylaw.com;
erica.carrig@pillsburylaw.com

RICHARD W. MARTINEZ, APLC
ATTY FOR W A THOMAS CO. AND SPECIALTY
ENGINE COMPONENTS, LLC
richardnotice@rwmaplc.com

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
rkchevysales@rkautogroup.net

JAFFE, RAITT, HEUER, & WEISS, P.C.
ATT: RICHARD E. KRUGER
rkruger@jaffelaw.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
RLINCER@CGSH.COM

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
rmallenski@aol.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS
CORPORATION
rmauceri@morganlewis.com

DAY PITNEY LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS
COMPANY INC.
rmeth@daypitney.com; msteen@daypitney.com

DAY PITNEY
ATTY FOR SPARTAN LIGHT METAL PRODUCTS
COMPANY INC.
rmeth@daypitney.com; msteen@daypitney.com

MILLER, CANFIELD, PADDOCK AND STONE,
P.L.C.
ATTY FOR LANSING BOARD OF WATER &
LIGHT
robbins@millercanfield.com

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
robert.dombroff@bingham.com;
jeffrey.sabin@bingham.com

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA
CLUTCH OPERATING CO., INC.
Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com

VINSON & ELKINS L.L.P.
ATTY FOR AM GENERAL; GENERAL ENGINE
PRODUCTS; GEN. TRANSMISSION PROD.
roran@velaw.com

PRONSKE & PATEL, P.C.
ATT: RAKHEE V. PATEL, ESQ.
rpatel@pronskepatel.com

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
rpm@robinsonbrog.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
rrk@mccarthylebit.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
rrm_narumanchi@hotmail.com

FEDERAL EXPRESS CORPORATION
ATTN: ROBERT R. ROSS
rrross@fedex.com

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
rsmith@cniinc.cc

KAYE SCHOLER LLP
ATTY FOR PHILLIP MORRIS CAPITAL CORP
rsmolev@kayescholer.com;

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE
DEALERS ASSOCIATION
rsox@dealerlawyer.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
RTODER@MORGANLEWIS.COM

MUNSCH HARDT KOPF & HARR, P.C.
ATTY FOR COMPUTER SCIENCES
CORPORATION
rurbanik@munsch.com

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
rweinstein@cusa.canon.com

HONIGMAN MILLER SCHWARTZ AND COHN
LLP
ATTY FOR GENERAL MOTORS CORPORATION
rweiss@honigman.com

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
RWYRON@ORRICK.COM

GREENBERG TRAURIG, P.A.
ATT: LUIS SALAZAR, ESQ.
salazarl@gtlaw.com

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
sbarbatano@foley.com; jsimon@foley.com;
kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS
(USA), LLC
sbarbatano@foley.com; maiello@foley.com

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN
CORPORATION
sbarbatano@foley.com; shilfinger@foley.com

BUCHALTER NEMER, PC
ATTY FOR ORACLE USA, INC.; AND ORACLE
CREDIT CORPORATION
schristianson@buchalter.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA,
P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL
SUPPLY CO.
scook@lambertleser.com

SHIVELY BROTHERS
SCOTT SHIVELY, CEO
SCOTTS@SHIVELYBROS.COM

TRENK DIPASQUALE WEBSTER DELLA FERA &
SODONA, P.C.
ATTY FOR SIKA CORPORATION
sdellafera@trenklawfirm.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
sdnyecf@dor.mo.gov

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS
CORPORATION OF AMERICA
sfalanga@connellfoley.com;
chemrick@connellfoley.com

DILWORTH PAXSON LLP
ATTY FOR THE DOW CHEMICAL CO.
sfreedman@dilworthlaw.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
sgoll@sbplclaw.com

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
sgrow@wnj.com

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATTY FOR CARROLLTON FARMERS BRANCH
ISD & LEWISVILLE ISD
sheehan@txschoollaw.com

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
shepner@lrbpc.com; rbarbur@lrbpc.com;
rstroup@lrbpc.com

STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL
FINANCIAL SERVICES LLC
shgross5@yahoo.com

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE
ELECTRONICS; OMRON DUALTEC
AUTOMOTIVE ELECTR
shilfinger@foley.com; fdicastri@foley.com;
jsimon@foley.com

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
shilfinger@foley.com; jsimon@foley.com;
kcatanese@foley.com

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY
CORP (GROUP) AND AFFILIATES
shmuel.vasser@dechert.com

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY & ERIC B. FISHER
sidorsky@butzel.com ; fishere@butzel.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
sidorsky@butzel.com; fishere@butzel.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
sjennik@kjmlabor.com

PREVIANT, GOLDBERG, UELMEN, GRATZ,
MILLER & BRUEGGEMAN, S.C.
ATT: SARA J. GEENEN, ESQ.
sjg@previant.com

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD
COMPANY
sjohnston@cov.com

COLE, SCHOTZ, MEISEL FORMAN & LEONARD,
P.A.
ATTY FOR KRUSE TECHNOLOGY PARTNERSHIP
skomrower@coleschotz.com

ZEICHNER ELLMAN & KRAUSE LLP
ATT: STUART A. KRAUSE & BRYAN D.
LEINBACH, ESQ.
skrause@zeklaw.com

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC &
TOYOTA TSUSHO AMERICA, INC
skrause@zeklaw.com; bleinbach@zeklaw.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI,
MICHIGAN
smatta@mattablair.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF
COMPANIES, INC.
soneal@cgsh.com

PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST
CO
srutsky@proskauer.com; aberkowitz@proskauer.com

WINSTON & STRAWN LLP
ATTY FOR CAPGEMINI AMERICA, INC.
sschwartz@winston.com

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
sseabolt@foley.com

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC
sselbst@herrick.com; prubin@herrick.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
ATTY FOR RYDER INTEGRATED LOGISTICS,
INC.
sshimshak@paulweiss.com;
pweintraub@paulweiss.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS
TRUST COMPANY
stephanie.wickouski@dbr.com

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
STEPHEN.KAROTKIN@WEIL.COM

AFFINIA
ATTN: STEVE KELLER
steve.keller@affiniagroup.com

RAY QUINNEY & NEBEKER P.C.
ATT: STEPHEN C. TINGEY
stingey@rqn.com

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL
FINANCIAL SERVICES LLC
streusand@streusandlandon.com

ARENT FOX LLP
ATTY FOR TIMKEN COMPANY
sullivan.james@arentfox.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATT: MATTHEW G. SUMMERS, ESQ.
summersm@ballardspahr.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
Susan.Taylor@oag.state.ny.us

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTY FOR LOCAL TEXAS TAXING
AUTHORITIES
sveselka@mvbalaw.com, mreed@mvbalaw.com,
dgoff@mvbalaw.com

MILLER, CANFIELD, PADDOCK AND STONE,
P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC.,
KONGSBERG DRIVELINE SYSTEMS I,
swansonm@millercanfield.com

WOLFSON BOLTON PLLC
ATTY FOR GUARDIAN AUTOMOTIVE
PRODUCTS, INC.
swolfson@wolfsonbolton.com

KUPELIAN ORMOND & MAGY, P.C.
ATTY FOR LA PRODUCTIONS, LLC
tah@kompc.com; dmb@kompc.com;
psm@kompc.com; mws@kompc.com

JTEKT AUTOMOTIVE
MOTOHIKO YOKOYAMA, CEO
TAKAYA_YAMADA@JTEKT.CO.JP

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE
HILL CAR PEOPLE, LLC
tcornell@stahlcowen.com

HINCKLEY, ALLEN & SNYDER LLP
ATTY FOR DAVE DELANEY'S COLUMBIA
BUICK-PONTIAC-GMAC CO, LLC
tcurran@haslaw.com

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING &
DEV; JOHNSON MATTHEY INC
tcurrier@saul.com

PENSKE LOGISTICS
MR. TERRY MILLER, CEO
TERRY.MILLER@PENSKE.COM

DURA AUTOMOTIVE
TIM LEULIETTE, CHAIRMAN
TIM@LEULIETTEPARTNERS.COM

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
tlzabel@rhoadesmckee.com

LOCKE LORD BISSELL & LIDDELL LLP
ATT: TIMOTHY S. MCFADDEN, ESQ.
tmcfadden@lockelord.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
tmurray@kjmlabor.com

COBASYS
MR. TOM NESLAGE, PRESIDENT & CEO
TNESLAGE@COBASYS.COM

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
tomschank@hunterschank.com

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE
RAILWAY COMPANY
toolee@pepperlaw.com; caseyl@pepperlaw.com

PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP
ATTY FOR CANON FINANCIAL SERVICES, INC.
tsadutto@platzerlaw.com

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
tsandler@osler.com

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM,
INC.
tscobb@vorys.com

HONIGMAN MILLER SCHWARTZ AND COHN
LLP
ATTY FOR GENERAL MOTORS CORPORATION
tsherick@honigman.com

FOLEY & LARDNER LLP
ATTY FOR TECHNOLOGY INVESTMENT
PARTNERS, LLC
tspillane@foley.com; jsimon@foley.com;
kcatanese@foley.com

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
TStenger@alixpartners.com

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
twilson@kelley-ferraro.com

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET
II, LLC
uncbill@msn.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
vavilaplana@foley.com; mriopelle@foley.com

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT
ATTORNEY GENERAL
victoria.garry@ohioattorneygeneral.gov

MICHIGAN WORKERS' COMPENSATION
AGENCY
7150 HARRIS DRIVE
wcacinfo@michigan.gov

MICHIGAN WORKERS' COMPENSATION
AGENCY
7150 HARRIS DR.
wcinfo@michigan.gov

WM. DAVID COFFEY & ASSOCIATES
ATT: WM. DAVID COFFEY, III & MARTIN
ALANIZ
wdcoffeylaw@yahoo.com

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION
FOOD NETWORK
wgibson@bakerlaw.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATT: MATTHEW E. WILKINS
wilkins@bwst-law.com

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
wpayne@stemberfeinstein.com

# EXHIBIT B

OFFICE OF THE UNITED STATES TRUSTEE
DIANA G ADAMS
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004
212-668-2255

U.S. TREASURY
ATTN:  MATTHEW FELDMAN, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220
202-622-6415