BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for A Raymond, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | |
|---|---|
| Motors Liquidation Company, *et al.*, f/k/a General Motors Corp., *et al.*, | Chapter 11 |
| | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF A RAYMOND, INC. TO DEBTORS' NOTICE OF INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY**

A Raymond, Inc., by and through its undersigned counsel, hereby withdraws its Limited

Objection (Docket No. 1441) to the proposed Cure Amount scheduled on the Debtors'

contractnotices.com website as the parties have reconciled their differences with respect to the correct and final cure amount.

Dated: New York New York
September 17, 2009

        BUTZEL LONG, a professional corporation

        By:    /s/   Robert Sidorsky
            Robert Sidorsky, Esq.
            Eric B. Fisher, Eq.
380 Madison Avenue
22nd Floor
New York, NY 10017
Tel.: (212) 818-1110
Fax: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan  48304
Telephone:  (248) 258-1616
Facsimile:  (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for A Raymond, Inc.*

2