Joe E. Marshall
Texas Bar No. 13031100
Jonathan L. Howell
Texas Bar No. 24053668
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 978-4365

Matthew J. Gold
KLEINBERG, KAPLAN, WOLFF &
 COHEN, P.C.
551 Fifth Avenue, 18th Floor
New York, New York 10176
Telephone: (212) 880-9827
Facsimilie: (212) 986-8866

*Attorneys for Atmos Energy Marketing, LLC and Atmos Energy Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
: 
In re: : Chapter 11
: 
MOTORS LIQUIDATION COMPANY f/k/a :
GENERAL MOTORS CORPORATION, : Case No. 09-50026 (RGG)
*et al.*, :
: 
Debtors. : Jointly Administered
: 
------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF ATMOS ENERGY
MARKETING, LLC AND ATMOS ENERGY CORPORATION TO
DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 365 AND FED. R. BANKR. P. 6006
TO APPROVE ASSUMPTION AND ASSIGNMENT OF CERTAIN
<u>EXECUTORY CONTRACTS AND TO PROPOSED CURE AMOUNTS</u>**

TO THE HONORABLE ROBERT E. GERBER, U.S. BANKRUPTCY JUDGE:

Atmos Energy Marketing, LLC and Atmos Energy Corporation, creditors and parties-in-interest in the above-captioned bankruptcy case (the "<u>Bankruptcy Case</u>") of Motors Liquidation Company f/k/a General Motors Corporation and its affiliated debtors, hereby withdraws its *Limited Objection of Atmos Energy Marketing, LLC and Atmos Energy Corporation to Debtors' Motion Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 to Approve Assumption and*

*Assignment of Certain Executory Contracts and Proposed Cure Amount* [Docket No. 2469] without prejudice.

Dated: September 17, 2009.

**KLEINBERG, KAPLAN, WOLF & COHEN, P.C.**

By: /s/ Matthew J. Gold
Matthew J. Gold
551 Fifth Avenue, 18th Floor
New York, New York 10176
Tel. No.: (212) 880-9827
Fax No.: (212) 986-8866
mgold@kkwc.com

**MUNSCH HARDT KOPF & HARR, P.C.**

Joe E. Marshall
Texas Bar No. 13031100
Jonathan L. Howell
Texas Bar No. 24053668

3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 978-4305

**ATTORNEYS FOR ATMOS ENERGY MARKETING, LLC AND ATMOS ENERGY CORPORATION**