IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-50026 |
| | § | (JOINTLY ADMINISTERED) |
| MOTORS LIQUIDATION COMPANY, et al., | § | |
| f/ka General Motors Corp., et al., | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |

### TRAVIS COUNTY'S NOTICE OF TAX LIEN

**TO ALL PARTIES IN INTEREST:**

Notice is hereby given to all interested parties and creditors that Nelda Wells Spears, Tax Assessor-Collector for Travis County for and on behalf of the following taxing authorities:  Travis County, City of Austin, Austin Independent School District, Del Valle Independent School District, Austin Community College, and Travis County Hospital District (hereinafter referred to as "Travis County") by and through her attorney of record, David Escamilla, Travis County Attorney, holds a statutory lien against the Debtors' **Personal** properties as listed below:

> **BILLING NO.: 327540**
> **PERSONAL PROPERTY COMMERCIAL NATIONAL CAR RENTAL**
>
> **BILLING NO.: 483163**
> **PERSONAL PROPERTY COMMERCIAL GENERAL MOTORS CORPORATION**
>
> **BILLING NO.: 662599**
> **PERSONAL PROPERTY COMMERCIAL GENERAL MOTORS CORPORATION**
>
> **BILLING NO.: 533190**
> **PERSONAL PROPERTY COMMERCIAL GENERAL MOTORS CORPORATION**
>
> **BILLING NO.: 663847**
> **PERSONAL PROPERTY COMMERCIAL GENERAL MOTORS CORP**
>
> **BILLING NO.: 812502**

211314-1

**PERSONAL PROPERTY COMMERCIAL GENERAL MOTORS CORP**

The lien of Travis County takes priority over the claims and interests of any other creditor in this proceeding under §32.05 of the Texas Property Tax Code.

By this Notice Travis County hereby claims an interest in the proceeds of the sale of the same. Texas Property Tax Code §32.01.

                                            **Respectfully submitted,**

                                            **DAVID ESCAMILLA**
                                            **Travis County Attorney**
                                            P. O. Box 1748
                                            Austin, Texas 78767
                                            (512) 854-9513 Telephone
                                            (512) 854-4808 Telecopier

By:    */s/ Karon Y. Wright*
                                            **KARON Y. WRIGHT**
                                            Assistant County Attorney
                                            Texas Bar No. 22044700
                                            karon.wright@co.travis.tx.us

211314-1

## **CERTIFICATE OF SERVICE**

I, Karon Y. Wright, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Travis County's Notice of Tax Lien** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **18th** day of **September 2009** and mailed by United States First Class Mail to any party listed below that is not registered.

*/s/ Karon Y. Wright*

**ATTORNEY FOR DEBTORS**
Harvey R. Miller
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**U.S. TRUSTEE**
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

211314-1