UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                    :
                                                         :         **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY**, *et al*.,   :
    f/k/a General Motors Corp., *et al.*       :         **09-50026 (REG)**
                                                         :
             Debtors.                              :         **(Jointly Administered)**
                                                         :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss
COUNTY OF SUFFOLK       )

I, Kimberly Gargan, being duly sworn, depose and state:

   1.   I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

   2.   On September 15, 2009 at the direction of Weil, Gotshal & Manages LLP (Weil, Gotshal), counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto:

- **Order Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 4050].**

   3.   On September 15, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by email on the parties identified on Exhibit B annexed hereto:

- **Stipulation and Agreed Order Between the Debtors and The Environmental Testing Corporation [Docket No. 4051].**

4.     On September 15, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by email on the parties identified on Exhibit C annexed hereto:

- **Order Pursuant to 11 U.S.C. 327(a) and 330 Authorizing the Debtors to Amend the Terms of Their Engagement with Brownfield Partners, LLC [Docket No. 4052].**

Dated: September 22, 2009
      Melville, NY

                                            s/Kimberly Gargan
                                            KIMBERLY GARGAN

Sworn to before me this
22 day of September, 2009

s/Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012

# EXHIBIT A

| | |
|---|---|
| MAINSTREET REAL ESTATE SERVICES, INC.<br>2101 WEST COMMERCIAL BLVD., SUITE 1200<br>FORT LAUDERDALE FL 33309 | METROPOLITIAN LIFE INSURANCE COMPANY<br>C/O TAYLOR & MATHIS, INC.<br>2901 S.W. 149TH AVE., SUITE 120<br>MIRIMAR FL 33027 |
| METROPOLITAN LIFE INSURANCE COMPANY<br>2400 LAKEVIEW PARKWAY, SUITE 400<br>ALPHARETTA GA 30004-1976 | PARMENTER LAS COLINAS TOWERS, L.P.<br>C/O PARMENTER REALTY PARTNERS<br>ATTN: ASSET MANAGER<br>12750 MERIT DRIVE, SUITE 225<br>DALLAS TX 75251 |
| SN & JN1<br>8 CLOVER LANE<br>NEW TOWN SQUARE, PA 19073 | WILLIAM M. BRAMAN<br>MONTGOMERY, ELSNER & PARDIECK, LLP<br>308 WEST 2ND STREET<br>SEYMOUR IN 47274 |
| OPUS SOUTH CORPORATION<br>ATTN: DIRECTOR OF REAL ESTATE<br>3344 PEACHTREE ROAD NE<br>SUITE 1650<br>ATLANTA GA 30326 | DUKE REALTY OHIO<br>VICE PRESIDENT, ASSET MANAGEMENT AND CUSTOMER SERVICE<br>4555 LAKE FOREST DRIVE<br>SUITE 400<br>CINCINNATI OH 45242 |
| RREEF AMERICA REIT III CORP GG2<br>ATTN: ERIC HASSETT<br>21143 HAWTHORNE BOULEVARD, #402<br>TORRANCE CA 90503 | EAS SAGINAW LLC<br>2260 VETERANS MEMORIAL HIGHWAY<br>SAGINAW MI 48601 |
| LOMITA PARTNERS, LLC<br>A/K/A HEARTLAND INVESTMENTS, INC.<br>433 N. CAMDEN DRIVE, SUITE 820<br>BEVERLY HILLS CA 90210 | PORRETT INVESTMENTS LLC<br>ATTN: PRESIDENT/CEO<br>5510 CLIO RD<br>FLINT MI 48504-6860 |
| CROWN ENTERPRISES INC<br>ATTN RICHARD BARTSCHT<br>12225 STEPHENS RD<br>WARREN MI 48089-2010 | PARMENTER LAS COLINAS TOWERS, L.P.<br>C/O PARMENTER REALTY PARTNERS<br>ATTN: ANDREW WEISS<br>1111 BRICKELL AVENUE, SUITE 2910<br>MIAMI FL 33131 |
| WILMINGTON TRUST COMPANY<br>ATTN: GENERAL COUNSEL<br>1100 NORTH MARKET STREET<br>WILMINGTON DE 19801 | GENERAL WAREHOUSE CORPORATION<br>5213 N LUCE RD<br>ALMA MI 48801-9624 |
| M-TECH ASSOCIATES<br>28388 FRANKLIN RD<br>SOUTHFIELD MI 48034-5503 | KESSLER PROPERTY GROUP LLC<br>31461 W STONEWOOD CT<br>FARMINGTON HILLS MI 48334-2545 |
| NORTH AMERICAN REAL ESTATE MANAGEMENT<br>1 E OAKHILL DR STE 100<br>WESTMONT IL 60559-5540 | TTP SOUTH LLC<br>F/K/A TROY TECHNOLOGY PARK<br>5700 CROOKS ROAD<br>FOURTH FLOOR<br>TROY MI 48098 |

| | |
|---|---|
| FOUNTAIN LAKES I, LLC<br>BALKE BROWN ASSOCIATES, INC.<br>1001 HIGHLANDS PLAZA DR W STE 150<br>SAINT LOUIS MO 63110-1341 | BERKELEY BUSINESS PARK ASSOCIATES II, L.C.<br>1057 MARTINSBURG PIKE<br>PO BOX 2530<br>WINCHESTER VA 22603-5409 |
| REPUBLIC PROPERTY TRUST<br>FRANK PIERUCCINI<br>1280 MARYLAND AVE. S.W.<br>WASHINGTON DC 20024 | 25 MASSACHUSETTS AVENUE PROPERTY LLC C/O REPUBLIC PROPERTY TRUS<br>PETER J. COLE, FRANK PIERUCCINI<br>1280 MARYLAND AVE. S.W.<br>WASHINGTON DC 20024 |
| PONTIAC DOWNTOWN DEVELOPMENT AUTHORITY<br>2 N SAGINAW ST<br>PONTIAC MI 48342-2110 | GLTC, LLC<br>19550 HARPER AVE<br>HARPER WOODS MI 48225-2037 |
| UNIVERSAL TOOL & ENGINEERING COMPANY, INC.<br>JANE A. GRUMMANN<br>7601 E 88TH PL, BLD 3, STE 100<br>INDIANAPOLIS IN 46256-1260 | TRANSWESTERN INVESTMENT COMPANY<br>ATTN: OWNER'S REPRESENTATIVE<br>150 S WACKER DR STE 800<br>CHICAGO IL 60606-4102 |
| MEK INVESTMENTS, LLC<br>7550 S. SAGINAW STREET<br>GRAND BLANC MI 48439 | INSITE REAL ESTATE DEVELOPMENT, LLC<br>ATTN: LAW DEPARTMENT<br>1603 W. 16TH STREET<br>OAK BROOK IL 60523 |

# EXHIBIT B

ROBINSON WATERS & O'DORISIO, P.C.
ATTY FOR ENVIRONMENTAL TESTING CORPORATION
ATT: ANTHONY L. LEFFERT, ESQ.
1099 18TH STREET, SUITE 2600
DENVER CO 80202

# EXHIBIT C

BROWNFIELD PARTNERS, LLC  
475 17TH STREET  
SUITE 950  
DENVER CO 80202