BODMAN LLP
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR CITATION
CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION BY**
**CITATION CORPORATION TO DEBTORS' PROPOSED**
**ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

The objection of Citation Corporation filed on June 12, 2009 at Docket #704 and its Supplement to the objection filed at Docket #3220 to Debtors' assignment notice filed in connection with Debtors' sale motion are withdrawn.

BODMAN LLP

By:   / s /    Colin T. Darke
        Colin T. Darke (P68294)
Counsel for Citation Corporation
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7585

September 22, 2009                *cdarke@bodmanllp.com*

Detroit_954964_1