UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                :
                                                     :    **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.*,            :
    f/k/a General Motors Corp., *et al.*             :    **09-50026 (REG)**
                                                     :
            Debtors.                                 :    **(Jointly Administered)**
                                                     :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On September 15, 2009 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (contract counterparties):

- Sixth Omnibus Order Pursuant to 11 U.S.C. § 365 of the Bankruptcy Code to Reject Certain Executory Contracts and Unexpired Leases of Non-Residential Real Property [Docket No. 4059].

Dated: September 22, 2009
       Melville, New York            /s/Kimberly Gargan
                                     KIMBERLY GARGAN

Sworn to before me this 22nd day
of September, 2009

/s/Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012

# EXHIBIT A

| | |
|---|---|
| AIR TECHNOLOGIES DIVISION<br>STEVE SCHOENY<br>400 WRIGHT DR<br>PARK 63<br>MIDDLETOWN, OH 45044-3263 | ATEL CAPITAL EQUIPMENT FUND IX, LLC<br>600 CALIFORNIA STREET<br>6TH FLOOR<br>ATTN: RUSSELL H. WILDER, CLP<br>SAN FRANCISCO, CA 94108 |
| BILL JACOBS MOTOR TRANSPORT<br>336 E OGDEN AVE<br>ATTN: LEGAL DEPARTMENT<br>HINSDALE, IL 60521-3609 | BILL JACOBS MOTOR TRANSPORT, INC.<br>1564 W OGDEN AVE<br>ATTN: LEGAL DEPARTMENT<br>NAPERVILLE, IL 60540-3957 |
| BLUE BIRD BODY CO<br>402 BLUEBIRD BLVD<br>PO BOX 937<br>FORT VALLEY, GA 31030-5088 | C4 CAPITAL CORPORATION (REPUBLIC FINANCIAL)<br>REPUBLIC FINANCIAL<br>ATTN: MICHELLE YOUNG<br>3300 SOUTH PARKER ROAD<br>AURORA, CO 80014 |
| CIT LEASING<br>ATEL EQUIPMENT CORP,<br>ATT: RUSSELL H. WILDER, CLP<br>600 CALIFORNIA STREET, 6TH FLOOR<br>SAN FRANCISCO, CA 94108 | CIT LEASING<br>EMIGRANT BUSINESS CREDIT CORP.<br>ATT: LISA BERISHAJ<br>101 EXECUTIVE BLVD.<br>ELMSFORD, NY 10523 |
| CIT LEASING<br>MACQUARIE EQUIPMENT FINANCE, LLC<br>ATT: RENEE MOLNAR<br>2285 FRANKLIN ROAD<br>BLOOMFIELD HILLS, MI 48302 | CIT LEASING<br>SOMERSET CAPITAL GROUP<br>ATT: EVAN BOKOR<br>1087 BROAD ST.<br>BRIDGEPORT, CT 06604 |
| DALE EARNHARDT, INC.<br>CHAD WARPULA, GENERAL MANAGER<br>1675 DALE EARNHARDT HWY<br>MOORESVILLE, NC 28115-8330 | DETROIT DIESEL CORPORATION<br>ATTN: CHAIRMAN OF THE BOARD<br>13400 WEST OUTER DRIVE<br>DETROIT, MI 48239-4001 |
| EMIGRANT BUSINESS CREDIT CORP<br>ATTN: LISA BERISHAJ<br>101 EXECUTIVE BLVD.<br>ELMSFORD, NY 10523 | FIRST AMERICAN CAPITAL<br>EMIGRANT BUSINESS CREDIT CORP.<br>ATT: LISA BERISHAJ<br>101 EXECUTIVE BLVD.<br>ELMSFORD, NY 10523 |
| FIRST AMERICAN CAPITAL<br>REPUBLIC FINANCIAL<br>ATT: MICHELLE YOUNG<br>3300 SOUTH PARKER ROAD<br>AURORA, CO 80014 | FLIGHTSAFETY INTERNATIONAL INC<br>LA GUARDIA AIRPORT<br>MARINE AIR TERMINAL<br>FLUSHING, NY 11371 |
| FORT STREET CAPITAL LLC<br>TCF EQUIPMENT FINANCE<br>ATTN: DAVID LASCHENKI<br>11100 WAYZATA BLVD.<br>MINNETONKA, MN 55304 | GORDON STEWART CHEVROLET INC<br>LEWIS LONGMAN & WALKER PA<br>125 S GADEDEN STREET, SUITE 300<br>TALLAHASSEE, FL 32301 |
| LANSING BOARD OF WATER & LIGHT<br>DOUGLAS K. WOOD<br>730 E HAZEL ST<br>P.O. BOX 13007<br>LANSING, MI 48912-1018 | LINDE LLC<br>ATTN: JEFFREY J. JOHNS<br>575 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07975 |

| | |
|---|---|
| MISHAWAKA LEASING COMPANY, INC.<br>ATTN: DENISE JONES<br>7901 SOUTHPARK PLAZA<br>SUITE 204<br>LITTLETON, CO 80120 | NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY<br>501 BOYLSTON STREET<br>ATTN: LEGAL DEPARTMENT<br>BOSTON, MA 02116 |
| PACIFIC RIM CAMPITAL, INC.<br>ATTN: MARC MILLS<br>15 ENTERPRISE<br>SUITE 400<br>ALISO VIEJO, CA 92656 | PACIFIC RIM CAPITAL, INC<br>RELATIONAL TECHNOLOGY SOLUTIONS<br>ATT: RENEE ROGERS<br>3701 ALGONQUIN ROAD, SUITE 600<br>ROLLING MEADOWS, IL 60008 |
| RBS ASSET FINANCE<br>ATTN: MIKE O'GRADY<br>71 SOUTH WHACKER DRIVE<br>28TH FLOOR, MAIL STOP IH2800<br>CHICAGO, IL 60680 | RCR TEAM #29 LLC - KEVIN HARVICK<br>KEVIN HARVICK, INC.<br>ATT: FRED LEKSE<br>703 PARK LAWN CT.<br>KERNERSVILLE, NC 27284-8967 |
| ROLLS ROYCE CORPORATION<br>14850 CONFERENCE CENTER DRIVE<br>ATTN: LEGAL DEPARTMENT<br>CHANTILLY, VA 20151 | SCG CAPITAL LEASING LLC<br>ATTN LINDA GARGANO<br>74 W PARK PL<br>STAMFORD, CT 06901-2209 |
| SEMINOLE ENERGY SERVICES<br>ATTN: LEGAL DEPARTMENT<br>303 EAST 17TH AVENUE<br>DENVER, CO 80203 | SOMERSET CAPITAL GROUP LTD<br>1087 BROAD ST STE 201<br>ATTN: EVAN BOKER<br>BRIDGEPORT, CT 06604-4260 |
| UNIVERSITY CHEVROLET LLC<br>SUTHERLAND ASBILL & BRENNAN<br>ATTN: DEAN BUNCH AND EVERETT BOYD JR<br>3600 MACLAY BLVD. SOUTH, SUITE 202<br>TALLAHASSEE, FL 32312 | URBAN SCIENCE APPLICATIONS, INC.<br>ATTN: RICK JONES<br>200 RENAISSANCE CTR FL 18<br>DETROIT, MI 48243-1306 |
| WHITE CONSOLIDATED INDUSTRIES, INC.<br>ATTN: VICE PRESIDENT<br>11770 BEREA ROAD<br>CLEVELAND, OH 44111 | |