BODMAN LLP
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR CITATION CORPORATION

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2009, I electronically filed ***Notice of Withdrawal of Objection by Citation Corporation to Debtors' Proposed Assumption and Assignment of Executory Contracts*** with the Clerk of the Court which will send notification of such filing to all ECF participants.

                BODMAN LLP

                By: /s/ Colin T. Darke
                Colin T. Darke (P68294)
                Counsel for Citation Corporation
                6th Floor at Ford Field
                1901 St. Antoine Street
                Detroit, Michigan 48226
                (313) 393-7585
September 23, 2009      *cdarke@bodmanllp.com*