CARSON FISCHER, P.L.C.
*Counsel for Cobasys LLC*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No.: 09-50026(REG) |
| MOTORS LIQUIDATION COMPANY, et al., | : | (Jointly Administered) |
| f/k/a General Motors Corp., et al. | : | |
| | : | |
| Debtors | : | |

------------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF COBASYS LLC 'S LIMITED OBJECTION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND/OR UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY, AND (II) CURE COSTS RELATED THERETO

PLEASE TAKE NOTICE that Cobasys LLC ("**Cobasys**") hereby withdraws its *Limited Objection to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and/or Unexpired Leases of Nonresidential Real Property, and (II) Cure Costs Related Thereto* [Docket No. 2190] filed on June 22, 2009.

CARSON FISCHER, P.L.C.

*Attorneys for Cobasys LLC.*

By: /s/ *Patrick J. Kukla*
  Patrick J. Kukla (P60465)
  4111 Andover Road, West-2nd Flr.
  Bloomfield Hills, MI  48302
Dated:  September 23, 2009   Tele:  (248) 644-4840

1