BODMAN LLP
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR BEND ALL AUTOMOTIVE, INC.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION BY BEND ALL AUTOMOTIVE, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND
(II) CURE AMOUNTS RELATED THERETO**

The limited objection of Bend-All Automotive, Inc. filed on June 26, 2009 at Docket #2635 to Debtors' assignment notice filed in connection with Debtors' sale motion is withdrawn.

BODMAN LLP

By: / s / Colin T. Darke
Colin T. Darke (P68294)
Counsel for Bend-All Automotive, Inc.
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7585
*cdarke@bodmanllp.com*

September 25, 2009

Detroit_955825_1