CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Joel D. Applebaum (Mich. Bar. No. P36774)
admitted *pro hac vice*
japplebaum@clarkhill.com
(313) 965-8579

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF SPX FILTRAN LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

The Debtors and SPX Filtran LLC ("**SPX Filtran**") having resolved the Cure Amount dispute raised in the *Limited Objection of SPX Filtran to Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "**Objection**") [Docket No. 905] pursuant to that certain letter agreement between the parties dated September 18, 2009 (the "**Letter Agreement**"), SPX Filtran withdraws the Objection, said withdrawal to be effective only upon payment to SPX Filtran of all outstanding Cure Amounts in accordance with the Letter Agreement. Nothing contained herein shall impact the Cure Objections filed by SPX Corporation.

6018596.1 20396/098849

-2-

Dated: September 25, 2009

Respectfully submitted,

CLARK HILL PLC

/s/ Joel D. Applebaum
Joel D. Applebaum (Mich. Bar No. P36774)
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(313) 965-8579
japplebaum@clarkhill.com

Counsel to SPX Filtran LLC

6018596.1 20396/098849