CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Joel D. Applebaum (Mich. Bar. No. P36774)
admitted *pro hac vice*
japplebaum@clarkhill.com
(313) 965-8579

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP, *et al.*, | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF SPX CORPORATION TO SECOND NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

The Debtors and SPX Corporation ("**SPX Corporation**") having resolved the Cure Amount dispute raised in the *Limited Objection of SPX Corporation to Second Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "**Objection**") [Docket No. 2538] pursuant to that certain letter agreement between the parties dated September 22, 2009 (the "**Letter Agreement**"), SPX Corporation withdraws the Objection, said withdrawal to be effective only upon payment to SPX Corporation of all outstanding Cure Amounts in accordance with the Letter Agreement. Nothing contained herein shall impact the Cure Objections filed by SPX Filtran LLC.

6018582.1 20396/091975

|  |  |
|---|---|
| Dated: September 25, 2009 | Respectfully submitted, |
|  | CLARK HILL PLC |
|  | /s/ Joel D. Applebaum |
|  | Joel D. Applebaum (Mich. Bar No. P36774) |
|  | 151 S. Old Woodward Avenue, Suite 200 |
|  | Birmingham, Michigan 48009 |
|  | (313) 965-8579 |
|  | japplebaum@clarkhill.com |
|  | Counsel to SPX Corporation |