# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153

(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

STEPHEN KAROTKIN
DIRECT LINE (212) 310-8350
E-MAIL: stephen.karotkin@weil.com

September 21, 2009

**BY ELECTRONIC AND FIRST CLASS MAIL**

The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:    **In re Motors Liquidation Company, et al.,
Case No. 09-50026-REG**

Dear Judge Gerber:

At the request of the Office of the United States Trustee (the "**U.S. Trustee**"), our firm and Kramer Levin Naftalis & Frankel LLP ("**Kramer**"), the attorneys for the Committee of Unsecured Creditors, have been involved in discussions with the U.S. Trustee with respect to the U.S. Trustee's desire that a "fee examiner" be appointed in the above-referenced chapter 11 cases to review and prepare appropriate reports with respect to applications for allowances of compensation and reimbursement of expenses filed by retained professionals.

In connection with the foregoing, the parties have prepared a form of proposed Stipulation with respect to the appointment of a fee examiner.

The U.S. Trustee, Kramer and our firm would like to have a Chambers conference with the Court to discuss the proposed Stipulation and the matters relating thereto at the Court's earliest convenience.

RECEIVED
U.S. BANKRUPTCY COURT SDNY
SEP 2 4 2009

WEIL, GOTSHAL & MANGES LLP

The Honorable Robert E. Gerber
September 21, 2009
Page 2

   If the Court is amenable to such a conference, we will be happy to contact your Chambers to arrange a date and time that is convenient for the Court.

   Many thanks.

        Respectfully,

        Stephen Karotkin

SK:lp

cc:  Diana G. Adams, Esq.
   Thomas M. Mayer, Esq.