# CLEARY JOSEM

CLEARY & JOSEM LLP
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
215.735.9099
Fax: 215.640.3201
www.clearyjosem.com
E-Mail: labor@clearyjosem.com



Jeremy E. Meyer
jmeyer@clearyjosem.com
Admitted in PA, NJ & IL
Also associated with Schwarz, Cleary,
 Josem & Schwarz



RECEIVED SEP 22 2009 U.S. BANKRUPTCY COURT, SDNY

September 17, 2009

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      Re:    **Motors Liquidation Company (aka General Motors Corporation)
Case No. 09-50026-reg**

Dear Clerk of the Court:

This office represents the UAW Local 259 Pension Fund, a creditor of the above debtor which intends to file a Proof of Claim. Please be so kind as to add me to the mailing matrix for the above-referenced case. Have all notices sent to my attention at my firm's Philadelphia office.

If you have any questions or require any additional information, please feel free to contact me.

Sincerely,

JEREMY E. MEYER

Cc:    Marylou Gartland

---

Schwarz, Cleary Josem & Schwarz LLC is a partnership of the law firms of
Cleary & Josem LLP and Schwarz & Schwarz PC

New Jersey Office ♦ 450 Tilton Road, Suite 260 ♦ Northfield, NJ 08225-1259
609.407.0222 ♦ Fax: 609.484.0897