To the Honorable Judge Robert E. Gerber

I am a former GM/Delphi IBEW employee who worked for Delphi in Oak Creek for 23 years. The IBEW, as well as the IAM, was considered a "splinter" union. We had what was called "pattern" agreements, a sort of "me too" clause that stipulates what ever the UAW gets, we get. During the Delphi bankruptcy, we negotiated an agreement with Delphi and GM and our unions, a tri-part agreement that was patterned the same as the agreements the UAW received. However, for some reason our agreements were not honored like the UAW union. In the act of fairness, I ask that you rule that all non-UAW union retirees be given equal treatment. We rely on our pension and health care that we truly worked hard for and agreed to in writing working for Delphi. Thanks for your consideration.

*Michael Wszola*

Michael Wszola