September 23, 2009

General Motors Bankruptcy   (Re: Case# 0950026)

Honorable Robert E. Gerber:

I am writing to you to OBJECT to Article C of the General Motors bankruptcy contained language on Option 5.

As stated in Settlement Agreement - Attachment C,

Option 5 "Special Employee Hiring Opportunities GM-IUE-CWA Moraine Assembly Plant" is eliminated for General Motors Company. Those employees who elected Option 5 will be allowed to rescind their application in accordance with the Option 5 provisions during a two (2) week time period identified by Management. Employees who do not rescind their application will remain on layoff with applicable SUB.

I have worked for General Motors for fourteen years. I worked for the Truck & Bus plant in Moraine, Ohio. We were given options for leaving once it was announced that our plant would be closing. I choose Option 5, which includes transfer rights to another General Motors facility. I am now aware that G.M. is trying to eliminate our transfer rights instead of allowing us this right to transfer. I feel that our plant, based on our union representation is being discriminated against.

Please reference, Delphi court case  http://www.delphidocket.com dated 8/06/2007, Docket and Case number 0544481-10079 Court Docket 8907 page 46 of the 204 page pdf file, Special Employee Placement Opportunities (SEPO) at General Motors. These are Delphi employees who are IUE-CWA and have the same transfer rights we have. They have already been relocated to UAW plants such as Kansas City, MO and Lordstown, OH. Our Moraine, Ohio – Truck & Bus plant allowed UAW members to transfer to our plant back in 1989 when their General Motors plant closed in Norwood, Ohio. My father, who retired from General Motors, was one of these UAW Norwood, Ohio employees. He transferred to my IUE represented General Motors, Moraine Assembly plant.

**I'm asking you to <u>not allow</u> our IUE-798 plant to be discriminated against just because of our union representation!  Regardless of our union, <u>WE</u> are still General Motors employees!**

When I began working at General Motors in 1995, I drove seventy-three miles each way to work. I love being a General Motors employee and I love my job. I simply want to work and I know that the other members of my G.M. plant, who choose Option 5, feel the same way I do.  We want our jobs so badly; we are willing to uproot our families and homes just to remain a General Motors employee!

I believe the 250 Moraine, Ohio employees, who have chosen Option 5, in good faith, should be given the same rights as other General Motors employees have received.

Please help us in making General Motors Corporation honor our contract.  Please do not allow them to take away our rights as their employees.   We are dedicated, hard working individuals, who just want to be treated fairly. Please consider this objection in your future ruling and allow us to have our jobs back!

Thank you for your time and consideration,


Sincerely yours,

Kenneth W. Harris