

jeff stallman
<jeffstallman@yahoo.com>
09/24/2009 07:47 PM

To  helene_blum@nysb.uscourts.gov
cc
bcc
Subject  objection to the removal of option 5       case # 0950026

   Hello my name is Jeffrey Stallman. I worked at GM Moraine Assembly for over 13 yrs .We were a I.U.E GM assembly plant .They had already lost some of the benefits that the UAW GM plants had.Then the economy tanked and gm told us they had no product for us.Then GM gave us a closing contract.I was so happy when I found out that the IUE and UAW hade made a deal with GM for employees who were willing to transfer to a UAW plant.It is called SEHO-special employee hiring opportunities.That is option 5 in the closing contract with GM.Now they are bringing thousands off layed off workers back. I was getting hopeful and then I found out (not by gm or iue) that we were maybe losing our transfer rights.Honorable Judge Robert E Gerber please dont let them remove option 5.This means so much to so many people.Thank you for your time.
case# 0950026