DRINKER BIDDLE & REATH LLP
Stephanie Wickouski
Kristin K. Going
140 Broadway, 39th Floor
New York, New York 10005
Telephone:   (212) 248-3140
Facsimile:   (212) 248-3141

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF**
**WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION,**
**AS INDENTURE TRUSTEE**

**PLEASE TAKE NOTICE**, that the undersigned Stephanie Wickouski, Kristin Going

and the law firm of Drinker Biddle & Reath LLP, previously appeared on behalf of Wells Fargo

Bank Northwest, National Association ("Wells Fargo Bank Northwest"), as Indenture Trustee

under eight (8) Trust Indenture and Security Agreements dated as of December 18, 2001

(2001A-1, 2001A-2, 2001A-3, 2001A-4, 2001A-5, 2001A-6, 2001A-7, and 2001A-8), pursuant

to which transaction General Motors Corp. leases equipment located in various plants throughout

the country used in connection with assembling automotive engines.

**PLEASE TAKE FURTHER NOTICE**, that Stephanie Wickouski, Kristin Going and

the law firm of Drinker Biddle & Reath LLP hereby withdraw their appearance on behalf of

Wells Fargo Bank Northwest.

**PLEASE TAKE FURTHER NOTICE**, that the interests of Wells Fargo Bank

Northwest continue to be represented in these cases by Matthew S. Barr, Tyson M. Lomazow

and Samuel A. Khalil and the law firm of Milbank Tweed Hadley & M$^c$Cloy LLP.

Dated: September 28, 2009           DRINKER BIDDLE & REATH LLP

By: /s/ Stephanie Wickouski
       Stephanie Wickouski
       Kristin K. Going
       140 Broadway  39th Floor
       New York, New York 10005
       Telephone: (212) 248-3140
       Facsimile: (212) 248-3141

DRINKER BIDDLE & REATH LLP
Stephanie Wickouski
Kristin K. Going
140 Broadway, 39th Floor
New York, New York 10005
Telephone:   (212) 248-3140
Facsimile:   (212) 248-3141

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br><br>       Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on September 28, 2009, I caused to be electronically served using the **ECF system**, which will send notification of the filing of the

       **Notice of Withdrawal of Appearance on Behalf of Wells Fargo Bank Northwest, National Association, as Indenture Trustee**

and I caused the same to be served by **First Class U.S. Mail** on the following parties:

General Motors Company
Attn: Lawrence S. Buonomo
300 Renaissance Center
Detroit, Michigan 48265

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Joseph Samarias
United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

John J. Rapisardi
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Michael J. Edelman
Michael L. Schein
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Andrew D. Velez-Rivera
Brian Shoichi Masumoto
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Gordon Z. Novod                                      Scott Rosevear
Thomas Moers Mayer                                   Wells Fargo Bank Northwest, N.A.
Kramer Levin Naftalis & Frankel LLP                  299 S. Main Street, 12th Floor
1177 Avenue of the Americas                          Salt Lake City, Utah 84111
New York, New York 10036

Matthew S. Barr                                      Motors Liquidation Company
Tyson M. Lomazow                                     Attn: Ted Stenger
Samuel A. Khalil                                     300 Renaissance Center
Milbank Tweed Hadley & McCloy LLP                    Detroit, Michigan 48265
1 Chase Manhattan Plaza
New York, New York 10005-1413

Dated: September 28, 2009                             DRINKER BIDDLE & REATH LLP

                                                     By:  /s/ Stephanie Wickouski_____
                                                           Stephanie Wickouski
                                                           Kristin K. Going
                                                           140 Broadway  39th Floor
                                                           New York, New York 10005
                                                           Telephone: (212) 248-3140
                                                           Facsimile: (212) 248-3141

NY01/ 7140209.1