**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re: : Chapter 11
 :
**MOTORS LIQUIDATION COMPANY,** *et* : Case No. 09-50026 (REG)
*al.*, **f/k/a General Motors Corp.,** *et al.* :
 : **(Jointly Administered)**
 **Debtors.** :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2009, I caused to be served the Withdrawal of the Objection of Hella KGaA Hueck & Co., Hella Corporate Center USA, Inc. and Certain Affiliated Entities to Proposed Cure Amounts by causing copies of same to be delivered upon the parties as indicated on the annexed Exhibit A and electronically via the Court's CM/ECF system.

Dated: September 29, 2009
       New York, New York        ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Courtney M. Rogers*
      Courtney M. Rogers
      666 Fifth Avenue
      New York, New York 10103
      Telephone: (212) 506-5000
      Facsimile: (212) 506-5151

      *Counsel to Hella KGaA Hueck & Co., Hella Corporate Center USA, Inc., and Certain Affiliated Entities*

**EXHIBIT A**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Attn:  Warren Command Center
Mailcode 480-206-114
Warren, MI  48090-9025
*Via First Class Mail*

U.S. Treasury
 Attn:  Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2313
Washington, DC  20220
*Via First Class Mail*

Office of the United States Trustee
Attn:  Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004
*Via Facsimile*

Kramer Levin Naftalis & Frankel LLP
Attn:  Thomas Moers Mayer, Esq.
1177 Avenue of the Americas
New York, NY 10036
*Via First Class Mail*

Weil, Gotshal & Manges LLP
Attn:  Harvey R. Miller, Esq.
            Stephen Karotkin, Esq.
            Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153
*Via First Class Mail*

Cadwalader, Wickersham & Taft LLP
Attn:  John J. Rapisardi, Esq.
One World Financial Center
New York, NY  10281
*Via First Class Mail*

Vedder Price, P.C.
Attn:  Michael J. Edelman, Esq.
            Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY  10019
*Via First Class Mail*

OHS East:160591834.1