Klestadt & Winters, LLP
Tracy L. Klestadt
Joseph C. Corneau
292 Madison Avenue, 17th Floor
New York, New York 10017-6314
Phone: (212) 972-3000
Fax: (212) 972-2245

Counsel for XM Satellite Radio Holdings Inc. and
XM Satellite Radio Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              :
                                                    :          Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                 :          Case No. 09-50026 (REG)
                                                    :
                             Debtors.               :          (Jointly Administered)
                                                    :
-------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND
RESERVATION OF RIGHTS OF XM SATELLITE RADIO HOLDINGS
INC. AND XM SATELLITE RADIO INC. TO NOTICE OF (I) DEBTORS'
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS,
UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY AND
<u>(II) CURE AMOUNTS RELATED THERETO</u>**

XM Satellite Radio Holdings, Inc. and XM Satellite Radio, Inc., by and through their undersigned counsel, hereby withdraw their Limited Objection and Reservation of Rights of XM Satellite Radio Holdings Inc. and XM Satellite Radio Inc. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 3210] filed on July 17, 2009.

[remainder of page intentionally blank]

Dated: New York, New York
September 29, 2009

                    KLESTADT & WINTERS, LLP

              By: */s/ Joseph C. Corneau*
                   Tracy L. Klestadt
                   Joseph C. Corneau
292 Madison Avenue, 17th Floor
New York, New York 10017-6314
Phone: (212) 972-3000
Fax: (212) 972-2245

Counsel for XM Satellite Radio Holdings Inc. and
XM Satellite Radio Inc.