**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                                                        :        Chapter 11
                                                                                    :
GENERAL MOTORS CORP., *et al.*,                       :        Case No. 09-50026 (REG)
                                                                                    :
                               Debtors        :        Jointly Administered
                                                                                    :
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

      PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP, as counsel for Ficosa North America, Corporation and Ficosa North America, SA de CV, hereby withdraws its appearance in the above-captioned matter.

      This Notice is in respect to Foley & Lardner LLP only, and is not intended to affect service independently requested by Ficosa North America, Corporation and Ficosa North America, SA de CV, or counsel therefor, or their continued listing in the mailing matrix and service list for this case.

Dated:    September 28, 2009                    FOLEY & LARDNER LLP

                                                       /s/ Katherine R. Catanese
                                                       Katherine R. Catanese
                                                       Thomas B. Spillane, Jr.
                                                       500 Woodward Avenue, Suite 2700
                                                       Detroit, MI 48226-3489
                                                       Telephone: (313) 234-7100
                                                       Facsimile: (313) 234-2800
                                                       *Attorneys for Ficosa North America Corporation*
                                                       *and Ficosa North America, SA de CV*

DETR_1311443.1