**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                                    :    Chapter 11
                                                          :
GENERAL MOTORS CORP., *et al.*,                           :    Case No. 09-50026 (REG)
                                                          :
                    Debtors    :    Jointly Administered
                                                          :
---------------------------------------------------------------X


## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

      PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP, as counsel for BBI Enterprises Group, Inc., hereby withdraws its appearance in the above-captioned matter.

      This Notice is in respect to Foley & Lardner LLP only, and is not intended to affect service independently requested by BBI Enterprises Group, Inc., or counsel therefor, or their continued listing in the mailing matrix and service list for this case.


Dated:   September 28, 2009              FOLEY & LARDNER LLP

                                          /s/ Katherine R. Catanese
                                          Katherine R. Catanese
                                          Thomas B. Spillane
                                          500 Woodward Avenue, Suite 2700
                                          Detroit, MI 48226-3489
                                          Telephone: (313) 234-7100
                                          Facsimile: (313) 234-2800
                                          *Attorneys for BBi Enterprises Group, Inc.*

DETR_1311443.1