**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP, as counsel for Grupo Antolin North America Inc., hereby withdraws its appearance in the above-captioned matter.

This Notice is in respect to Foley & Lardner LLP only, and is not intended to affect service independently requested by Grupo Antolin North America Inc., or counsel therefor, or their continued listing in the mailing matrix and service list for this case.

Dated:   September 28, 2009         FOLEY & LARDNER LLP

By: /s/ Katherine R. Catanese
Thomas B. Spillane
John A. Simon
Katherine R. Catanese
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Grupo Antolin North America Inc.*

DETR_1311443.1