**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------X
In re:                                    :        Chapter 11
                                          :
GENERAL MOTORS CORP., et al.,             :        Case No. 09-50026 (REG)
                                          :
                        Debtors           :        Jointly Administered
                                          :
-------------------------------------------------------------X
```

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP, as counsel for Henniges Automotive and certain of its affiliates and subsidiaries (collectively, "Henniges"), hereby withdraws its appearance in the above-captioned matter.

This Notice is in respect to Foley & Lardner LLP only, and is not intended to affect service independently requested by Henniges, or counsel therefor, or their continued listing in the mailing matrix and service list for this case.


Dated:    September 28, 2009          FOLEY & LARDNER LLP

                                      /s/ Katherine R. Catanese
                                      Katherine R. Catanese
                                      Thomas B. Spillane
                                      500 Woodward Avenue, Suite 2700
                                      Detroit, MI 48226-3489
                                      Telephone: (313) 234-7100
                                      Facsimile: (313) 234-2800
                                      *Attorneys for Henniges Automotive Holding, Inc.*
                                      *and certain of its affiliates and subsidiaries*