**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                    :    Chapter 11 Case No.
                                                         :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                :    09-50026 (REG)
        f/k/a General Motors Corp., *et al.*             :
                                                         :
                    Debtors.                             :    (Jointly Administered)
                                                         :
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 30, 2009 at 10:30 a.m.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    ADVERSARY PROCEEDING:**

*Narumanchi v. General Motors Corp., et al.*, **Adv. Case No. 09-00501 (REG)**

1.  Radha Ramana Murty Narumanchi and Radha B.D. Narumanchi's Adversary Complaint Against General Motors Corp. (now known as Motors Liquidation Company), *et al*. **[Adv. Pro. Docket No. 1]**

    Response Deadline:          July 16, 2009

    Responses Filed:            Motions to Dismiss Complaint (See below).

    Additional Document(s):

        A.  Permission to Withdraw as a Pro Se Plaintiff filed by Radha B.D. Narumanchi **[Adv. Pro. Docket No. 20]**

        B.  Endorsed Order Granting Permission to Withdraw Radha B.D. Narumanchi as Plaintiff **[Adv. Pro. Docket No. 19]**

    **Status:**     Pre-trial conference will be held depending on outcome of Motions to Dismiss Complaint.

2. GM Defendants' Motion to Dismiss Adversary Complaint **[Adv. Pro. Docket No. 4]**

    Response Deadline:    August 21, 2009 at 4:00 p.m.; Extended to September 2, 2009

    Response Filed:

        A.    Radha Ramana Murty Narumanchi's Opposition to Motor Liquidation Company's and Wilmington Trust Company's Motions to Dismiss **[Adv. Pro. Docket No. 22]**

    Reply Filed:

        B.    Reply Memorandum of Law in Further Support of GM Defendants' Motion to Dismiss **[Adv. Pro. Docket No. 25]**

    Additional Document(s):

        C.    Affidavit of Irwin H. Warren in Support of the GM Defendants' Motion to Dismiss the Complaint **[Adv. Pro. Docket No. 5]**

    **Status:**    This matter is going forward.

3. Wilmington Trust Company's Motion to Dismiss Adversary Complaint and Memorandum of Law in Support thereof **[Adv. Pro. Docket Nos. 6 & 7]**

    Response Deadline:    August 26, 2009 at 4:00 p.m.

    Response Filed:

        A.    Radha Ramana Murty Narumanchi's Opposition to Motor Liquidation Company's and Wilmington Trust Company's Motions to Dismiss **[Adv. Pro. Docket No. 22]**

    Reply Filed:

        B.    Reply Memorandum of Law in Further Support of Defendant Wilmington Trust Company's Motion to Dismiss Plaintiff's Adversary Complaint **[Adv. Pro. Docket No. 26]**

    Additional Document(s):

        C.    Declaration of David J. Kerstein in Support of Defendant Wilmington Trust Company's Motion to Dismiss Plaintiffs' Adversary Complaint **[Adv. Pro. Docket No. 8]**

      D.      Exhibit 1 to Declaration of David J. Kerstein in Support of Defendant Wilmington Trust Company's Motion to Dismiss Plaintiff's Adversary Complaint **[Adv. Pro. Docket No. 11]**

      E.      Exhibits 2 through 15 to Declaration of David J. Kerstein in Support of Defendant Wilmington Trust Company's Motion to Dismiss Plaintiff's Adversary Complaint **[Adv. Pro. Docket No. 12]**

      F.      Supplemental Declaration of David J. Kerstein in Further Support of Defendant Wilmington Trust Company's Motion to Dismiss Plaintiff's Adversary Complaint **[Adv. Pro. Docket No. 27]**

**Status:**    This matter is going forward.

4.    United States of America's Motion to Dismiss Adversary Complaint and Memorandum of Law in Support thereof **[Adv. Pro. Docket Nos. 15, 17 & 18]**

    Response Deadline:    August 21, 2009 at 4:00 p.m.; Extended to September 2, 2009

    Response Filed:

      A.      Radha Ramana Murty Narumanchi's Opposition to United States of America's Motion to Dismiss **[Adv. Pro. Docket No. 21]**

    Reply Filed:

      B.      Reply Memorandum of Law in Further Support of the United States of America's Motion to Dismiss the Claims Against the Federal Defendants **[Adv. Pro. Docket No. 24]**

    Additional Document(s):

      C.      Declaration in Support of the United States of America's Motion to Dismiss **[Adv. Pro. Docket No. 16]**

**Status:**    This matter is going forward.

## II.    ADJOURNED MATTERS:

5.    Motion to Determine the "Core" and "Non-Core"(Mandatory and/or Discretionary) Issues Involved in the Instant Adversary Complaint of Narumanchi, as a Prelude to Request U.S. District Court for SDNY to Withdraw the Reference from this Bankruptcy Court **[Adv. Pro. Docket No. 23]**

    Response Deadline:    October 9, 2009

>   Responses Filed:   None to date.
>
>   Replies Filed:   None to date.
>
>   Additional Document(s):   None to date.
>
>   **Status**:   This matter has been adjourned to October 23, 2009.

6. Motion of BONY to Appoint M&T as Successor Indenture Trustee **[Docket No. 3759]**

>   Response Deadline:   August 21, 2009 at 11:00 a.m.
>
>   Responses Filed:   None to date.
>
>   Replies Filed:   None to date.
>
>   Additional Document(s):   None to date.
>
>   **Status**:   This matter has been adjourned to October 6, 2009 at 9:45 a.m.

Dated: September 29, 2009
New York, New York

>                                         /s/ Joseph H. Smolinsky
>                                         Harvey R. Miller
>                                         Stephen Karotkin
>                                         Joseph H. Smolinsky
>
>                                         WEIL, GOTSHAL & MANGES LLP
>                                         767 Fifth Avenue
>                                         New York, New York 10153
>                                         Telephone: (212) 310-8000
>                                         Facsimile: (212) 310-8007
>
>                                         Attorneys for Debtors
>                                         and Debtors in Possession