**New Hearing Date & Time: November 6, 2009 at 9:45 a.m. (Eastern Time)**
**New Objection Deadline: October 30, 2009 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                            :
In re                                       :      Chapter 11 Case No.
                                            :
**GENERAL MOTORS CORP.**, *et al.*,         :      09-50026 (REG)
                                            :
                    Debtors.                :      (Jointly Administered)
                                            :
------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE THAT

The hearing date for the Application of Federal Republic of Germany for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) The Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [Docket No. 3519] (the "**Motion**"), originally scheduled for October 6, 2009 at 9:45 a.m. (Eastern Time) has been adjourned on consent to **November 6, 2009 at 9:45 a.m. (Eastern Time)** (the "**Hearing Date**") before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, and such Hearing Date may be further

US_ACTIVE:\43097810\01\43097810_1.DOC\.

adjourned from time to time without further notice other than an announcement at the Hearing.

Any objections shall be due **October 30, 2009 at 4:00 p.m. (Eastern Time)**.

Dated: September 29, 2009
      New York, New York

                                        /s/ David R. Berz
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession