Roussel & Clement
1714 Cannes Drive
LaPlace, Louisiana 70068
Gerolyn P. Roussel, Esq.
(985) 651-6591
(985) 651-6592 - fax
E-mail:  rousselp@bellsouth.net
**Counsel for Jeanette Garnett Pichon, et al**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.

                Debtors.

_____

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

## NOTICE OF HEARING

TO: ALL COUNSEL OF RECORD:

      The objectors and movers, Jeanette Garnett Pichon, Roland L. Pichon, Mark P. Pichon, Patrice Pichon Robinson, Tracy Pichon Baham, Veronica Pichon Joseph, and Cade Pichon Hagger, will bring for hearing a Motion to Dismiss Detroit Diesel Corporation's Motion for an Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. §362(a) to Cover Certain Litigation Relating to Detroit Diesel Corporation, or Alternatively, Enjoining Such Litigation Pursuant to 11 U.S.C. §105 before the Honorable Judge Robert E. Gerber on the 6th day of October, 2009, at 9:45 a.m. or as soon thereafter as counsel may be heard.

| **CERTIFICATE OF SERVICE** | **ROUSSEL & CLEMENT** |
|---|---|
| I hereby certify that a copy of this opposition/pleading has been served upon counsel for all parties by Electronic Service through the Electronic Case Filing System or by FAX or by mailing same to each, on this 30th day of September, 2009.<br><br>    /s/ Gerolyn P. Roussel<br>        Gerolyn P. Roussel |   /s/Gerolyn P. Roussel<br>Gerolyn P. Roussel, Esquire, #1134<br>1714 Cannes Drive<br>LaPlace, Louisiana 70068<br>Phone: (985) 651-6591<br>Fax: (985) 651-6592<br>*Counsel for Jeanette Garnett Pichon, et al* |