

September 21, 2009

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Ave
New York NY 10153

VIA FACSIMILE 212-310-8007 and
CERTIFIED MAIL 7006 2150 0004 4991 2583

RE: University Centre West III, Ltd lease with General Motors Corporation
    Bankruptcy Case Number 09-50026 (REG)

Dear Sirs:

The above lease was rejected effective June 30, 2009. While the employees are no longer located in this office, the furniture, equipment and files remain in the space. No instructions have been received from your office or the Bankruptcy Clerk's office as to what when the equipment will be removed. Further, on Friday, September 18, 2009 the Property Manager for the location was advised a gentleman was in the office tearing up files. The person was Carlos A. Latour who is a Zone Manager for Florida/Caribbean. Attached is a copy of his business card.

At this time, the Landlord will be requiring storage rates from July 1, 2009 until the items are removed from the premises. The locks have been changed to prevent any other former employees' access and no one will be allowed in the premises unless authorized by your firm as the Debtor's counsel or the Bankruptcy Clerk. Our office is located in the same development at 2900 University Drive, Coral Springs, FL 33065. You may reach me directly at 954-340-6055 to let us know what the timeframe is to remove the items.

Thank you for your immediate attention to this matter.

Sincerely,

UNIVERSITY CENTRE WEST III, LTD.
By: Amera Realty Services, Inc., its agent

Deborah A. Lerner, CPM®, CSM
Sr. Lease Advisor

/attachment
Cc: Vito Genna, Clerk of the Bankruptcy Court

2900 University Drive, Coral Springs, Florida 33065
Tel: 954-753-9500   Fax: 954-752-2044   Website: www.ameracorporation.com

Licensed Real Estate Broker

508-641
0762

**GM**

Carlos A. Latour
Zone Manager
Florida/Caribbean

Tel 954-340-6843
Fax 954-340-8549
carlosantonio.latour@gm.com

General Motors Corporation
2724 University Drive
Coral Springs, FL 33065
www.gm.com