IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTHERN NEW YORK

In re:

GENERAL MOTORS CORPORATION

Debtor

In Proceedings Under
Bankruptcy Chapter 11
09-50026-REG

ARIZONA DEPARTMENT OF REVENUE'S
WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM

The Arizona Department of Revenue hereby withdraws its Administrative Expense Claim, dated 06/19/2009, in the amount of $19,006.94. A copy of the claim is attached hereto.



Dated this 09/23/2009

Christina M. Garcia
*Digitally signed by Christina M. Garcia
DN: cn=Christina M. Garcia, o=AZ Dept of Revenue, ou=Bankruptcy, email=chgarcia@azdor.gov, c=US
Date: 2009.09.23 15:43:20 -07'00'*

ARIZONA DEPARTMENT OF REVENUE

Bankruptcy and Litigation Section
1600 West Monroe Street
Phoenix, AZ 85007



## STATE OF ARIZONA - PROOF OF CLAIM FOR ARIZONA DEPARTMENT OF REVENUE

United States Bankruptcy Court for the District of SOUTHERN NEW YORK
Administrative Expenses
**ORIGINAL**

Case Number 09-50026-REG
Chapter:    Bankruptcy Chapter 11
Taxpayer ID   38-0572515
              07-290470
Tax Type    TPT
Petition Date: 06/01/2009

In the Matter of: **GENERAL MOTORS CORPORATION**

DBA:    **CHEVROLET MOTOR DIVISION**

1. The undersigned is the agent of the Arizona Department of Revenue and is authorized to make this proof of claim on its behalf.
2. The grounds for the liability are for taxes due under the Arizona Revised Statutes.

| Tax Type | Memo | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|---|
| TPT | | 05/31/2009 | $19,006.94 | $0.00 | $0.00 | $19,006.94 |
| | | **Amount Due as of this Statement:** | | | | **$19,006.94** |

Any pleading concerning this Claim must be filed and served on the Arizona Department of Revenue.

ARIZONA DEPARTMENT OF REVENUE
BANKRUPTCY LITIGATION SECTION
1600 West Monroe Street
Phoenix, AZ 85007

Signed: _____

Dated:   06/19/2009

Christina M Garcia
Bankruptcy and Litigation Section
Phone: (602) 716-6860

**ORIGINAL and ONE COPY FILED ON:**

**06/19/2009**

COPY of the foregoing mailed on:
09/23/2009


KAROTKIN, STEPHEN  WEIL GOTSHAL & MANGES LLP
767 FIFTH AVE
NEW YORK NY 10153


Attorney of Debtor

Debtor(s)