INCORPORATED 1921

# ACME STAMPING & WIRE FORMING CO.

MANUFACTURERS OF



METAL STAMPINGS | **ACME** | WIRE FORMS

PHONE
(412) 771-5720

FAX
(412) 771-6812

201-229 CORLISS STREET
P.O. BOX 4348
PITTSBURGH, PA 15204

United States Bankruptcy Court, SDNY                               9-28-09
One Bowling Green
Room 534
New York, NY 10004

To whom it may concern:

We received claim forms in reference t o Chapter 11 Case 09-50026. I am writing to advise you that we received three forms under 3 different addresses of which none are correct.

APS0669986664 addressed to: Acme Stamping & Wire Forming C
                            Steve Smolenski (please remove, he no longer works here)
                            201-209 Corliss Street
                            Pittsburgh PA 15220-4813
APS0661594709 addressed to: Acme Stamping & Wire Forming Co
                            P O BOX 16128 (closed)
                            201 Corliss
                            Pittsburgh, PA 15220-4813
APS0672096511 addressed to: Acme Stamping Wire Forming Co
                            Steve Smolenski
                            201-209 Corliss Street
                            Pittsburgh, PA 15220-4813

PLEASE CHANGE ALL TO: ACME STAMPING & WIRE FORMING CO
                      P O BOX 4348
                      Pittsburgh PA 15204

We do not have any claims to file against General Motors Corporation.

Sincerely,

Sandy Miller
Sandy Miller
Office Manager
cc: THE GARDEN CIT Y GROUP INC

RECEIVED
SEP 30 2009
U.S. BANKRUPTCY COURT, SDNY

APS0669986664

ACME STAMPING & WIRE FORMING C
STEVE SMOLENSKI
201-209 CORLISS ST
PITTSBURGH, PA 15220-4813

APS0661594709

ACME STAMPING & WIRE FORMING CO
PO BOX 16128
201 CORLISS
PITTSBURGH, PA 15220-4813

APS0672096511

ACME STAMPING WIRE FORMING CO
STEVE SMOLENSKI
201-209 CORLISS ST
PITTSBURGH, PA 15220-4813