Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq. (*Pro Hac Vice Granted*)

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:    (212) 668-5927
Facsimile:    (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
|   |   |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026(REG) |
| Debtors. | (Jointly Administered) |

------------------------------------- x

**CERTIFICATE OF NO OBJECTION FILED TO MOTION OF REMY
INTERNATIONAL, INC. FOR AN ORDER EXTENDING AND ENFORCING THE
STAY OR ALTERNATIVELY ENJOINING LITIGATION**

The undersigned hereby certifies that on September 16, 2009, copies of the following documents, filed in support of the Motion of Remy International, Inc. for an Order Extending and Enforcing the Stay Imposed under 11 U.S.C. § 362 (A) to Cover Certain Litigation Relating to Remy International, or Alternatively, Enjoining Such Litigation Pursuant to 11 U.S.C. § 105, (the "Remy Stay Motion") were served by overnight courier upon the entities on the attached service list, Exhibit A hereto, and by electronic mail on all parties receiving notice via the Court's ECF System:

RC1/5391458.3/KNS

NOTICE OF HEARING ON MOTION OF REMY INTERNATIONAL, INC. FOR AN ORDER EXTENDING AND ENFORCING THE STAY IMPOSED UNDER 11 U.S.C. § 362 (a) TO COVER CERTAIN LITIGATION RELATING TO REMY INTERNATIONAL, OR ALTERNATIVELY, ENJOINING SUCH LITIGATION PURSUANT TO 11 U.S.C. § 105

MOTION OF REMY INTERNATIONAL, INC. FOR AN ORDER EXTENDING AND ENFORCING THE STAY IMPOSED UNDER 11 U.S.C. § 362 (a) TO COVER CERTAIN LITIGATION RELATING TO REMY INTERNATIONAL, OR ALTERNATIVELY, ENJOINING SUCH LITIGATION PURSUANT TO 11 U.S.C. § 105

DECLARATION OF JEREMIAH SHIVES IN SUPPORT OF THE MOTION OF REMY INTERNATIONAL, INC. FOR AN ORDER EXTENDING THE AUTOMATIC STAY IMPOSED UNDER 11 USC §362(a) TO REMY INTERNATIONAL TO INCLUDE LITIGATION FILED AGAINST REMY INTERNATIONAL, OR ALTERNATIVELY ENJOINING SUCH LITIGATION PURSUANT TO 11 USC §105

ORDER GRANTING MOTION OF REMY INTERNATIONAL, INC. FOR AN ORDER EXTENDING AND ENFORCING THE STAY IMPOSED UNDER 11 U.S.C. § 362 (a) TO COVER CERTAIN LITIGATION RELATING TO REMY INTERNATIONAL, OR ALTERNATIVELY, ENJOINING SUCH LITIGATION PURSUANT TO 11 U.S.C. § 105

Based upon the October 6, 2009 hearing date and this Court's Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 3, 2009, the Objection Deadline regarding the Remy Stay Motion was October 1, 2009 at 4:00 p.m. (prevailing Eastern Time). The undersigned hereby certifies that as of the Objection Deadline regarding the Remy Stay Motion, no opposition or request for a hearing has been timely filed or served upon the moving party. Additionally, no notice has been given by any of the served parties who are identified below, whether by letter, email or phone call, of any intent to oppose the Remy Stay Motion.[1]

Hence, the undersigned certifies that no objection to, or request for hearing regarding, the motion has been timely filed or served upon the moving party.

---

[1] In the *Phillips* case, the service packet of papers was returned because plaintiff's counsel, Linda George had moved to a new address. Service was re-effected on September 28, 2009 by email as well as by overnight delivery, with a request to contact counsel for Remy if Ms. George had any questions. Additionally, the court clerk's office in the *Phillips* case has informed my assistant Stephan Choo that the *Phillips* case has been stayed since 2004, is currently on the inactive docket and is expected to remain on the inactive docket at least for another six months. Defense counsel has informed me that this case is not likely to come off the stay for another couple of years at least.

RC1/5391458.3/KNS                              -2-

Dated: October 1, 2009  
      San Francisco, CA

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By: /S/ N. KATHLEEN STRICKLAND  
N. KATHLEEN STRICKLAND, Esq.  
Ropers Majeski Kohn & Bentley  
201 Spear Street, Suite 1000  
San Francisco, CA 94105  
Telephone: (415) 543-4800  
Facsimile: (415) 972-6301  
Email:     kstrickland@rmkb.com

GEOFFREY W. HEINEMAN, Esq.  
Ropers Majeski Kohn & Bentley  
17 State Street, Suite 2400  
New York, NY 10004  
Telephone: (212) 668-5927  
Facsimile: (212) 668-5929  
Email:     gheineman@rmkb.com

Attorneys for Creditor  
REMY INTERNATIONAL, INC.

**Exhibit A**

**SERVICE LIST**

| | |
|---|---|
| The Debtors,<br>c/o Motors Liquidation Company<br>Attn:  Ted Stenger<br>300 Renaissance Center<br>Detroit, MI 48265 | General Motors Corporation<br>c/o Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Wil, Gotchal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| General Motors Company<br>Attn:  Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, MI 48265 | U.S. Attorney's Office, S.D.N.Y.<br>Attn:  David S. Jones, Esq.<br>         Matthew L. Schwartz, Esq.<br>86 Chambers Street, Third Floor<br>New York, New York 10007 |
| The Debtors,<br>c/o Motors Liquidation Company<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren MI 48090-9025 | U.S. Treasury<br>Attn:  Joseph Samarias, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 |
| Cadwalader, Wickersham & Taft LLP<br>Attn:  John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281 | Export Development Canada<br>Vedder Price, P.C.<br>Attn:  Michael J. Edelman, Esq.<br>         Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Office of the U.S. Trustee of the SDNY<br>Attn:  Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Office Committee of Unsecured Creditors<br>Attn:  Thomas Moers Mayer<br>         Amy Caton<br>         Adam C. Rogoff,<br>         Gregory G. Plotki, Esq.<br>         Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

| | |
|---|---|
| John F. Townsend, III<br>Townsend & Townsend<br>230 East Ohio Street<br>Indianapolis, IN 46204 | Robert J. Sweeney<br>Early, Ludwick & Sweeney, LLC<br>265 Church Street, 11th Floor<br>P.O. Box 1866<br>New Haven, CT 06508-1866 |
| John A. Barnerd<br>SIMMONS COOPERS LLC<br>707 Berkshire Boulevard<br>East Alton, IL 64024 | Linda George<br>Laudig George Rutherford & Sipes<br>156 East Market Street, Suite 600<br>Indianapolis, IN 46204 |