Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:     (415) 543-4800
Facsimile:     (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq. (*Pro Hac Vice Granted)*

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:     (212) 668-5927
Facsimile:     (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------- x
                                      :      Chapter 11
In re                                 :
                                      :      Case No. 09-50026(REG)
MOTORS LIQUIDATION COMPANY, et al.,   :
                                      :      (Jointly Administered)
          Debtors.                    :
                                      :
                                      :
------------------------------------- x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2009, copies of the following

documents were served by overnight courier upon the entities on the attached service list and by

electronic mail on all parties receiving notice via the Court's ECF System.

CERTIFICATE OF NO OBJECTION FILED TO MOTION OF REMY INTERNATIONAL,
INC. FOR AN ORDER EXTENDING AND ENFORCING THE STAY OR
ALTERNATIVELY ENJOINING LITIGATION

Date:  October 1, 2009                          Respectfully submitted,


                                                 _/S/ Stephan Choo_____
                                                Stephan Choo

RC1/5393039.1/SC7

## SERVICE LIST

| | |
|---|---|
| The Debtors,<br>c/o Motors Liquidation Company<br>Attn: Ted Stenger<br>300 Renaissance Center<br>Detroit, MI 48265 | General Motors Corporation<br>c/o Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Wil, Gotchal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| General Motors Company<br>Attn: Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, MI 48265 | U.S. Attorney's Office, S.D.N.Y.<br>Attn: David S. Jones, Esq.<br>Matthew L. Schwartz, Esq.<br>86 Chambers Street, Third Floor<br>New York, New York 10007 |
| The Debtors,<br>c/o Motors Liquidation Company<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren MI 48090-9025 | U.S. Treasury<br>Attn: Joseph Samarias, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 |
| Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281 | Export Development Canada<br>Vedder Price, P.C.<br>Attn: Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Office of the U.S. Trustee of the SDNY<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Office Committee of Unsecured Creditors<br>Attn: Thomas Moers Mayer<br>Amy Caton<br>Adam C. Rogoff,<br>Gregory G. Plotki, Esq.<br>Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| John F. Townsend, III<br>Townsend & Townsend<br>230 East Ohio Street<br>Indianapolis, IN 46204 | Robert J. Sweeney<br>Early, Ludwick & Sweeney, LLC<br>265 Church Street, 11th Floor<br>P.O. Box 1866<br>New Haven, CT 06508-1866 |

RC1/5393039.1/SC7 -2-

| John A. Barnerd<br>SIMMONS COOPERS LLC<br>707 Berkshire Boulevard<br>East Alton, IL 64024 | Linda George<br>Laudig George Rutherford & Sipes<br>151 North Delaware Street<br>Suite 1700<br>Indianapolis, Indiana 46204 |
|---|---|