Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:     (415) 543-4800
Facsimile:     (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq. (*Pro Hac Vice Admission Granted*)

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:     (212) 668-5927
Facsimile:     (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                      :   Chapter 11
In re                                 :
                                      :   Case No. 09-50026(REG)
MOTORS LIQUIDATION COMPANY, et al.,   :
                                      :   (Jointly Administered)
       Debtors.                       :
                                      :
------------------------------------- x

**NOTICE OF MOTION, MOTION TO STRIKE AND PROPOSED ORDER STRIKING OBJECTION OF AD COMMITTEE OF ASBESTOS PLAINTIFFS TO MOTION OF REMY INTERNATIONAL FOR AN ORDER EXTENDING AND ENFORCING THE <u>STAY TO CERTAIN LITIGATION</u>**

**PLEASE TAKE NOTICE**, that on October 6, 2009, as soon as this motion can be heard and prior to 9:45a.m., the time set on the underlying motion, Remy International will bring this motion to strike the untimely objection filed by the Ad Hoc Committee of Asbestos Personal Injury Plaintiffs to Remy's timely filed motion to extend the stay or alternatively to enjoin certain litigation against Remy International, before the Honorable Robert E. Gerber, United

RC1/5393112.1/SC7

States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004-1408. The Motion will seek an Order striking the objection filed as untimely according to the rules of this court in this proceeding and that no consideration or reference will be made to the substance or arguments made in the submitted document by this Court in this Court's ruling on the underlying motion.

Dated: October 1, 2009
      San Francisco, CA

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By: /S/ N. KATHLEEN STRICKLAND
    N. KATHLEEN STRICKLAND, Esq.
    Ropers Majeski Kohn & Bentley
    201 Spear Street, Suite 1000
    San Francisco, CA 94105
    Telephone: (415) 543-4800
    Facsimile: (415) 972-6301
    Email:    kstrickland@rmkb.com

GEOFFREY W. HEINEMAN, Esq.
Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone: (212) 668-5927
Facsimile: (212) 668-5929
Email:    gheineman@rmkb.com

Attorneys for Creditor
REMY INTERNATIONAL, INC.