Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq. (*Pro Hac Vice Admission Granted*)

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:    (212) 668-5927
Facsimile:    (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026(REG) |
| Debtors. | (Jointly Administered) |

**PROPOSED ORDER STRIKING OBJECTION OF AD COMMITTEE OF ASBESTOS PLAINTIFFS TO MOTION OF REMY INTERNATIONAL FOR AN ORDER <u>EXTENDING AND ENFORCING THE STAY TO CERTAIN LITIGATION</u>**

Upon Motion of Remy International, and good cause appearing both in the motion as well as in the rules of procedure mandated by this court in this proceeding, it is hereby ordered that the untimely objection of the Ad Hoc Committee of Asbestos Plaintiffs to the Motion of Remy International for an order extending and enforcing the stay to certain litigation or

RC1/5393116.1/SC7

alternatively to enjoin such litigation is struck and this Court will not rely upon or take reference to any of the arguments made therein.


Dated: _____

                                                 Robert E. Gerber