Ropers Majeski Kohn & Bentley  
201 Spear Street, Suite 1000  
San Francisco, CA 94105  
Telephone:     (415) 543-4800  
Facsimile:      (415) 972-6301  
Email: kstrickland@rmkb.com  
N. Kathleen Strickland, Esq. (*Pro Hac Vice Granted*)

Ropers Majeski Kohn & Bentley  
17 State Street, Suite 2400  
New York, NY 10004  
Telephone:     (212) 668-5927  
Facsimile:      (212) 668-5929  
Email: gheineman@rmkb.com  
Geoffrey W. Heineman, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026(REG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 1, 2009, copies of the following documents were served by overnight courier upon the entities on the attached service list and by electronic mail on all parties receiving notice via the Court's ECF System.

NOTICE OF MOTION, MOTION TO STRIKE AND PROPOSED ORDER STRIKING OBJECTION OF AD COMMITTEE OF ASBESTOS PLAINTIFFS TO MOTION OF REMY INTERNATIONAL FOR AN ORDER EXTENDING AND ENFORCING THE STAY TO CERTAIN LITIGATION

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION TO STRIKE THE OBJECTION OF AD COMMITTEE OF ASBESTOS PLAINTIFFS TO THE MOTION OF REMY INTERNATIONAL FOR AN ORDER EXTENDING AND ENFORCING THE STAY TO CERTAIN LITIGATION

RC1/5393160.1/SC7

PROPOSED ORDER STRIKING OBJECTION OF AD COMMITTEE OF ASBESTOS PLAINTIFFS TO MOTION OF REMY INTERNATIONAL FOR AN ORDER EXTENDING AND ENFORCING THE STAY TO CERTAIN LITIGATION

Date:  October 1, 2009                                            Respectfully submitted,


                                                              _/S/ Stephan Choo_____
                                                              Stephan Choo

**SERVICE LIST**

| | |
|---|---|
| The Debtors,<br>c/o Motors Liquidation Company<br>Attn: Ted Stenger<br>300 Renaissance Center<br>Detroit, MI 48265 | General Motors Corporation<br>c/o Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Wil, Gotchal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| General Motors Company<br>Attn: Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, MI 48265 | U.S. Attorney's Office, S.D.N.Y.<br>Attn: David S. Jones, Esq.<br>       Matthew L. Schwartz, Esq.<br>86 Chambers Street, Third Floor<br>New York, New York 10007 |
| The Debtors,<br>c/o Motors Liquidation Company<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren MI 48090-9025 | U.S. Treasury<br>Attn: Joseph Samarias, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 |
| Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281 | Export Development Canada<br>Vedder Price, P.C.<br>Attn: Michael J. Edelman, Esq.<br>       Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Office of the U.S. Trustee of the SDNY<br>Attn: Diana G. Adams, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Office Committee of Unsecured Creditors<br>Attn: Thomas Moers Mayer<br>       Amy Caton<br>       Adam C. Rogoff,<br>       Gregory G. Plotki, Esq.<br>       Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Ad Hoc Committee of Asbestos<br>Stutzman, Bromberg, Esserman & Plifka,<br>Attn: Peter C. D'Apice, Esq.<br>2323 Bryan Street, Suite 2200<br>Dallas, Texa 75201 | |