# BURKE • SCHULTZ
# HARMAN & JENKINSON
### ATTORNEYS AT LAW

**D. Michael Burke**
**Lawrence M. Schultz**
**Ronald M. Harman**
*Licensed in WV, MD & D.C.*
**Mark Jenkinson**
*Licensed in WV & MD*

85 Aikens Center (Edwin Miller Blvd.) • P.O. Box 1938 • Martinsburg, WV 25402
304.263.0900 • www.burkeandschultz.com • fax 304.267.0469

*Of Counsel*
**Barry J. Nace**
*Licensed in D.C, MD, PA & WV*

**C. Danielle Puller**
*Certified Paralegal*

September 29, 2009

The Garden City Group, Inc.
**Attention: Motors Liquidation
Company Claims Processing**
Post Office Box 9386
Dublin, OH 43017-4286



Re:   Chapter 11 Case No. 09-50026 (REG)
      Creditor:   Albert H. Hamby

## NOTICE OF CORRECT MAILING ADDRESS

To Whom It May Concern:

I am receipt of documents in the above referenced matter directed to Albert H. Hamby at my address. While I represent Mr. Hamby in his West Virginia workers' compensation claim, I do not represent him in the above matter.

Accordingly, please forward any and all correspondences regarding this matter directly to Mr. Hamby at the following address:

Albert H. Hamby
12345 Walnut Point West
Hagerstown, MD 21740

Thank you for your attention to this matter.

Sincerely,

Ronald M. Harman

RMH/cdp
cc:   Albert Hamby
      United States Bankruptcy Court, SDNY
      One Bowling Green, Room 534
      New York, NY 10004