You may submit an inquiry below or call the GM Committee Hotline at: (212) 715-3275

| Field | Value |
|---|---|
| First Name | John |
| Last Name | Miller |
| Organization | |
| Street Address | P.O. Box 3174 |
| City, State Zip | Farmington Hills, MI 48333 |
| Country | United States |
| Email Address | miller3174@aol.com |
| Phone | 248-478-5348 |
| Fax | 248-478-1238 |
| Relationship to Debtor | I owned the Senior Not |
| Type of Inquiry | Other |
| Notes | I own what's left of what was symbol RGM: 7.25% Senior Notes, due Feb 15, 2052. DO I HAVE TO FILE A CLAIM? PS: I tried to send this and the "system failed." I tried to call 212-715-3275, and the mail box was full. |

[Submit]  [Reset]

*Handwritten notes:*
9-28-09
Sent to:
* Kramer et al
and
* Court — Judge Gerber
* U.S. Trustee

http://chap11.epiqsystems.com/emailpagegm2.aspx

9/28/2009

## Key Professionals

| | |
|---|---|
| **Counsel to the Official Committee of Unsecured Creditors** | |
| **Kramer Levin Naftalis & Frankel LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Phone: GM Committee Hotline (212) 715-3275<br>Fax: (212) 715-8000 | *9/28 Mailbox full Copy 9/28/09 U.S. Mailed* |
| **Conflict Counsel/Supplier Counsel to the Official Committee of Unsecured Creditors** | |
| **Butzel Long**<br>380 Madison Avenue – 22nd Floor<br>New York, NY 10017<br>Phone: (212) 374-5381<br>Fax: (212) 818-0494<br>Attn: Barry N. Seidel | |
| **Financial Advisor to the Official Committee of Unsecured Creditors** | |
| **FTI Consulting**<br>3 Times Square<br>11th Floor<br>New York, NY 10036<br>Phone: General Inquiries (404) 460-6200 | |
| **Debtors' Counsel** | |
| **Weil, Gotshal & Manges LLP**<br>767 Fifth Avenue<br>New York, NY 10153<br>Phone: (212) 310-8000<br>Fax: (212) 310-8007 | |
| **Chief Restructuring Officer** | |
| **Al Koch**<br>AP Services, LLC, an affiliate of AlixPartners, LLP<br>2000 Town Center<br>Suite 2400<br>Southfield, MI 48075 | |
| **Court Address** | |
| **United States Bankruptcy Court, Southern District of New York**<br>Judge Robert E. Gerber<br>Chambers<br>One Bowling Green<br>New York, NY 10004<br>Phone: (212) 668-2870 | *X Copy 9/28/09* |

## United States Trustee

| | |
|---|---|
| The Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Phone: (212) 510-0500<br>Fax: (212) 668-2255<br>Attn: Brian S. Masumoto | *X Copy 9/28/09* |

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information cor