**New Hearing Date & Time: November 6, 2009 at 9:45 a.m. (Eastern Time)**
**New Objection Deadline: October 23, 2009 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :    09-50026 (REG)
                                                               :    (Jointly Administered)
MOTORS LIQUIDATION COMPANY, et al.,                            :
     f/k/a General Motors Corp., et al.                        :
                                                               :
         Debtors.                                              :
---------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT OF MOTION FOR ORDER APPROVING REJECTION OF AGREEMENT FOR ENGINE MAINTENANCE SERVICES FOR GULFSTREAM V AIRCRAFT

PLEASE TAKE NOTICE THAT

The hearing on the Motion for Order Approving Rejection of Agreement For Engine Maintenance Services For Gulfstream V Aircraft [Docket No. 3690] (the "**Motion**"), originally scheduled for October 6, 2009 at 9:45 a.m. (Eastern Time), has been adjourned on consent to **November 6, 2009 at 9:45 a.m. (Eastern Time)** (the "**Hearing**") before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.  The new objection deadline shall be **October 23, 2009 at 4:00 p.m. (Eastern Time)**.

US_ACTIVE:\43150348\01\43150348_1.DOC\72240.0639

Dated: October 5, 2009
      New York, New York

/s Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession