UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: MOTORS LIQUIDATION COMPANY, et al.

    Case No.: 09-50026

    Chapter ___

                       Debtor
-----------------------------------------------------------x

    Adversary Proceeding No.: _____

                       Plaintiff

v.

                       Defendant
-----------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, <u>John Deaton, Esq.</u>, request admission, *pro hac vice*, before the Honorable <u>Robert E. Gerber</u>, to represent <u>4 asbestos plaintiffs whose claims are now before this Court</u> in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of <u>Rhode Island</u> and, if applicable, the bar of the U.S. District Court for the District of <u>Rhode Island</u>.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: <u>10.01.09</u>
<u>Providence, RI</u>, New York

                       _____/s/_____ John Deaton, Esq.

*Mailing Address:*
The Deaton Law Firm
1 Richmond Square, Suite 163W
Providence, RI 02906
*E-mail address:* jdeaton@deatonlawfirm.com
*Telephone number:* (401) 351-6400

RECEIVED OCT - 5 2009 U.S. BANKRUPTCY COURT, SDNY REG