HODGSON RUSS LLP
Deborah J. Piazza
60 East 42nd Street
New York, N.Y. 10165
(212) 661-3535

DICKINSON WRIGHT PLLC
James A. Plemmons
Michael C. Hammer
Trent B. Collier
500 Woodward Ave., Suite 4000
Detroit, Michigan 48226
(313) 223-3500

*Attorneys for Johnson Controls, Inc.,*
*Intertec Systems, LLC, and JCIM, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-50026 (REG)
MOTORS LIQUIDATION COMPANY :
(f/k/a General Motors Corporation), :
: (Jointly Administered)
Debtor. :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION

Johnson Controls, Inc., Intertec Systems, LLC, JCIM, LLC, on behalf of themselves and their subsidiaries, affiliates and related entities (collectively, "Johnson Controls"), through their undersigned attorneys, state as follows:

On September 3, 2009, Johnson Controls filed a Motion to Compel Arbitration Pursuant to Cure Dispute Resolution Process ("Motion") [Docket No. 3948].

Pursuant to Rules 7041 and 9014 of the Federal Rules of Bankruptcy Procedure

1

and Rule 41 of the Federal Rules of Civil Procedure, Johnson Controls hereby withdraws the

Motion without prejudice.

Dated: New York, New York
       October 5, 2009

                Respectfully submitted,

                HODGSON RUSS LLP

                By: /s/ Deborah J. Piazza
                Deborah J. Piazza
                60 East 42nd Street
                New York, N.Y. 10165
                (212) 661-3535

                DICKINSON WRIGHT PLLC

                By: /s/ James A. Plemmons
                James A. Plemmons
                Michael C. Hammer
                Trent B. Collier
                500 Woodward Ave., Suite 4000
                Detroit, Michigan 48226
                (313) 223-3500

                *Attorneys for Johnson Controls, Inc.,*
                *Intertec Systems, LLC, and JCIM, LLC*