Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798
bdeutsch@Schnader.com

Barry E. Bressler, Esquire
Richard A. Barkasy, Esquire
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Phone: (215) 751-2000
Fax: (215) 751-2205
bbressler@schnader.com
rbarkasy@schnader.com

Counsel to the Ad Hoc Committee of Consumer Victims of General Motors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                             :    Chapter 11
                                                                   :
GENERAL MOTORS CORP., *et al.*,                                    :    Case No. 09-50026 (REG)
                                                                   :
                                    Debtors.                       :    (Jointly Administered)
-------------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF OBJECTION OF AD HOC COMMITTEE OF
CONSUMER VICTIMS OF GENERAL MOTORS TO THE APPLICATION FOR AN
ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF EVERCORE
GROUP L.L.C. AS INVESTMENT BANKER AND FINANCIAL ADVISOR FOR THE
DEBTORS**

The Ad Hoc Committee of Consumer Victims of General Motors (the "Ad Hoc

Consumer Committee"), by and through its undersigned counsel, hereby withdraws its objection

to the Application for an Order Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors.

                                      SCHNADER HARRISON SEGAL
                                                & LEWIS LLP

Dated: October 5, 2009                  By: /s/ Benjamin P. Deutsch
                                                Benjamin P. Deutsch (BD-5435)
                                                   bdeutsch@schnader.com
                                                140 Broadway, Suite 3100
                                                New York, NY 10005-1101
                                                Phone: (212) 973-8000
                                                Fax: (212) 972-8798

                                                - and -

                                                Barry E. Bressler, Esquire
                                                  bbressler@schnader.com
                                                Richard A. Barkasy, Esquire
                                                  rbarkasy@schnader.com
                                                1600 Market Street, Suite 3600
                                                Philadelphia, PA 19103-7286
                                                Phone: (215) 751-2000
                                                Fax: (215) 751-2205

                                                *Attorneys for the Ad Hoc Committee of*
                                                *Consumer Victims of General Motors*