**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                  :
In re                                             :          **Chapter 11 Case No.**
                                                  :
**MOTORS LIQUIDATION COMPANY,** *et al.*,         :          **09-50026 (REG)**
         **f/k/a General Motors Corp.,** *et al.* :
                                                  :
                              **Debtors.**        :          **(Jointly Administered)**
                                                  :
-------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 6, 2009 at 9:45 a.m.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

## I.    ADVERSARY PROCEEDING:

1.    Pre-Trial Conference re: the Official Committee of Unsecured Creditors of Motors Liquidation Company (f/k/a General Motors Corporation) Complaint for (1) Avoidance of Unperfected Lien, (2) Avoidance and Recovery of Postpetition Transfers, (3) Avoidance and Recovery or Preferential Payments, and (4) Disallowance of Claims by Defendants [Adv. Case No. 09-00504(REG)] [Official Committee of Unsecured Creditors of General Motors v. JPMorgan Chase Bank, N.A. et al.]

   Response Deadline:        N/A

   Response Filed:           N/A

   Reply Filed:              N/A

   Additional Document(s):   None to date.

   **Status:**       This matter is going forward.

## II.    CONTESTED:

2.    Motion to Extend Automatic Stay filed by N. Kathleen Strickland on behalf of Remy International, Inc. **[Docket No. 4086]**

   Response Deadline:        October 1, 2009 at 4:00 p.m.

Responses Filed:

    A.    Objection to Motion of Remy International for an Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. Sec. 362(a) to Include Certain Litigation Against Remy International filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4149]**

    B.    Joint Opposition and Joinder to Objection of Ad Hoc Committee of Asbestos Personal Injury Claimants to Motion by Remy International filed by Robert W. Phillips on behalf of SimmonsCooper Cancer Claimants **[Docket No. 4155]**

    C.    Response to Motion to Strike the Objection of the Ad Hoc Committee of Asbestos Personal Injury Claimants to the Motion of Remy International for an Order Extending and Enforcing the Stay to Certain Litigation and Request for Leave to File the Objection Late filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4162]**

Additional Document(s):

    D.    Memorandum of Points and Authorities in Support of the Motion to Strike the Objection of AD [sic] Committee of Asbestos Personal Injury Claimants to the Motion of Remy International for an Order Extending and Enforcing the Stay to Certain Litigation **[Docket No. 4153]**

**Status:**    This matter is going forward.

3.    Motion Of Detroit Diesel Corporation For An Order Extending And Enforcing The Stay Imposed Under 11 U.S.C. § 362(a) To Cover Certain Litigation Relating To Detroit Diesel Corporation, Or Alternatively, Enjoining Such Litigation Pursuant To 11 U.S.C. § 105 **[Docket No. 3960]**

Response Deadline:    October 1, 2009 at 4:00 p.m.

Response Filed:

    A.    Motion to Dismiss Party Detroit Diesel Corporation filed by Gerolyn P. Roussel on behalf of Jeanette Garnett Pichon **[Docket No. 4141]**

    B.    Opposition To Detroit Diesel Corporation Motion Requesting Extension of Stay to Cover Detroit Diesel filed by Gerolyn P. Roussel on behalf of Jeanette Garnett Pichon **[Docket No. 4143]**

C.        Objection to Motion of Ad Hoc Committee of Asbestos Personal Injury Claimants' Objection to Motion of Detroit Diesel Corporation for Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. 362(a) to Cover Certain Litigation Relating to Detroit Diesel Corporation, or Alternatively, Enjoining Such Litigation Pursuant to 11 U.S.C. 105 filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4144]**

D.        Objection to Motion of Detroit Diesel Corporation for Order Extending and Enforcing the Stay Imposed Under 11 USC section 362(a) to Cover Certain Litigation Relating to Detroit Diesel Corporation or Alternatively Enjoining such Litigation Pursuant to 11 USC section 105 filed by Mesothelioma Plaintiff **[Docket No. 4148]**

Reply Filed:          None to date.

Additional Document(s):      None to date.

**Status:**        This matter is going forward.

## III.    UNCONTESTED:

4.      Motion of Debtors for entry of Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 and 9019(b) Authorizing the Debtors to (I) File Omnibus Claims Objections and (II) Establish Procedures for Settling Certain Claims **[Docket No. 4108]**

Response Deadline:      October 1, 2009 at 4:00 p.m.

Response Filed:        None to date.

Reply Filed:          None to date.

Additional Document(s):      None to date.

**Status:**        This matter is going forward.

5.      Debtors' Third Omnibus Motion Purusant to 11 U.S.C. § 365 to Reject Certain Unexpired Leases of Nonresidential Real Property **[Docket No. 4105]**

Response Deadline:      October 1, 2009 at 4:00 p.m.

Response Filed:        None to date.

Reply Filed:          None to date.

Additional Document(s):      None to date.

**Status:**      This matter is going forward.

6.      Debtors' Seventh Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts **[Docket No. 4106]**

Response Deadline:      October 1, 2009 at 4:00 p.m.

Response Filed:      None to date.

Reply Filed:      None to date.

Additional Document(s):      None to date.

**Status:**      This matter is going forward.


## IV.    ADJOURNED MATTERS:

7.      Motion for Relief from Stay of Volba Taxi Inc., Sangria Taxi LLC, Lacoste Taxi Inc., Kroshka Taxi INc., Two Hump Taxi LLC, Praga Taxi Inc., Black Label Taxi LLC, Torpedo Taxi Inc., Hublot Taxi Inc., Student Taxi Inc., Prada Taxi Inc., Kormilitsa Taxi Inc., Piguet Taxi Inc., Pumo Taxi Inc., Bratishka Taxi Inc., Persik Taxi Inc., Yagodka Taxi Inc., Malinka Taxi Inc., Murzik Taxi Inc., Jack Daniels Taxi LLC, Tequila Taxi LLC, Calvados Taxi LLC, Cognac Taxi LLC, Grappa Taxi LLC, Patron Taxi LLC, Bazar Taxi Inc., Downtown Taxi Management, LLC, Tunnel Taxi Management, LLC, Victory Taxi Garage Inc., Mamed Dzhaniyev, Vladimir Basin, Evgeny A. Friedman (Evgeny Friedman and the plaintiffs in the action entitled, Friedman v. General Motors Corp., 08 Civ.2458 (SAS) **[Docket Nos. 2759]**

Response Deadline:      October 30, 2009 at 4:00 p.m.

Response Filed:      None to date.

Reply Filed:      None to date.

Additional Document(s):      None to date.

**Status:**      This matter has been adjourned to November 6, 2009 at 9:45 a.m.

8.      Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rue 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation **[Docket No. 3023]**

Response Deadline:      July 10, 2009

Response Filed:

    A.    Debtors' Opposition to the Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying The Automatic Stay to Allow Continuation of Pre-Petition Litigation filed by Joseph H. Smolinsky on behalf of Motors Liquidation Company **[Docket No. 3485]**

Reply Filed:    None to date.

Additional Document(s):    N/A

**Status:**    This matter has been adjourned to November 6, 2009 at 9:45 a.m.

9.    Debtors' Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors (for the 2001 A-6 Agreement ONLY) **[Docket No. 3212]**

Response Deadline:    July 29, 2009 at 4:00 p.m.

Response Filed:

    A.    Objection Of Wells Fargo Bank Northwest, N.A., To Motion By Debtors For Entry Of Order Authorizing Rejection Of Certain Personal Property Agreements And/Or Abandonment Of Collateral To Secured Creditors (related document(s) 3212) filed by Tyson Lomazow on behalf of Wells Fargo Bank Northwest, N.A. **[Docket No. 3534]**

    B.    Reply to Objection of Wells Fargo Bank Northwest, N.A., to Motion by Debtors for Entry of Order Authorizing Rejection of Certain Person Property Agreements and/or Abandonment of Collateral to Secured Creditors filed by Donald F. Baty Jr. on behalf of Motors Liquidation Company **[Docket No. 3585]**

Reply Filed:    None to date.

Additional Document(s):

    C.    Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3619]**

    D.    Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3805]**

E.      Stipulation to Adjourn Motion for Entry of Order Authorizing
        Rejection of Certain Personal Property Agreements and/or
        Abandonment of Collateral to Secured Creditors (related
        document(s) 3212) filed by Donald F. Baty Jr. on behalf of Motors
        Liquidation Company **[Docket No. 4031]**

**Status:**      This matter has been adjourned to November 6, 2009 at 9:45 a.m.

10.     Request of Federal Republic of Germany, Office of Defense Administration
        USA/Canada Pursuant to Rule 2004 of the Federal Rules of Bankruptcy
        Procedure Compelling the Production of Documents by, and a Deposition of, the
        Debtors **[Docket No. 3519]**

Response Deadline:              August 7, 2009 at 5:00 p.m.

Response Filed:                 None to date.

Reply Filed:                    None to date.

Additional Document(s):

        A.      Application for FRBP 2004 Examination Application of Federal
                Republic of Germany for an Order Pursuant to Rule 2004 of the
                Federal Rules of Bankruptcy Procedure Authorizing and Directing
                (A) the Production of Documents and (B) the Oral Examination of
                Individuals Designated by the Debtors and Believed to have
                knowledge of the Relevant Matters (related document(s) 3519)
                filed by Samir Gebrael on behalf of Federal Republic of Germany,
                Office of Defense Administration USA/Canada **[Docket No. 3520]**

**Status:**      This matter has been adjourned to November 6, 2009 at 9:45 a.m.

11.     Notice of Presentment of Order Pursuant to Rule 2004 of the Federal Rules of
        Bankruptcy Procedure Compelling the Production of Documents by, and a
        Deposition of, the Debtors filed by Julie and David Brittingham **[Docket No.
        3664]**

Response Deadline:              August 13, 2009 at 5:00 p.m.

Response Filed:                 None to date.

Reply Filed:                    None to date.

Additional Document(s):

        A.      Application for FRBP 2004 Examination Application for an Order
                Pursuant to Rule 2004 of the Federal Rules of Bankruptcy

Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters filed by Samir Gebrael on behalf of The Brittinghams **[Docket No. 3665]**

12.    Motion for Order Authorizing Rejection of Agreement for Engine Maintenance Services for Gulfstream V Aircraft  **[Docket No. 3690]**

Response Deadline:          October 23, 2009 at 4:00 p.m.

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Document(s):          None to date.

**Status**:          This matter has been adjourned to November 6, 2009 at 9:45 a.m.

13.    Motion for Order Approving Assumption of Agreement for Engine Maintenance Services for Gulfstream 350 Aircraft **[Docket No. 3702]**

Response Deadline:          October 23, 2009 at 4:00 p.m.

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Document(s):          None to date.

**Status**:          This matter has been adjourned to November 6, 2009 at 9:45 a.m.

14.    Motion of Bank of New York Mellon Trust Company, N.A., as Resigning Indenture Trustee, for Entry of an Order Appointing Manufacturers and Traders Trust Company as Successor Indenture Trustee **[Docket No. 3759]**

Response Deadline:          August 21, 2009 at 11:00 a.m.

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Document(s):          None to date.

**Status**:          This matter has been adjourned to November 6, 2009 at 9:45 a.m.

15.    Remy International Inc's Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated

by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket No. 3769]**

Response Deadline:        August 20, 2009 at 5:00 p.m.

Response Filed:           None to date.

Reply Filed:              None to date.

Additional Document(s):

        A.    Application for FRBP 2004 Examination Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters filed by N. Kathleen Strickland on behalf of Remy International, Inc. **[Docket No. 3770]**

**Status:**        This matter has been adjourned to November 6, 2009 at 9:45 a.m.

16.     Motion by The Schaefer Group for Relief from Automatic Stay or, in the Alternative, Compelling Production of Documents Pursuant to Rule 2004 **[Docket No. 3880]**

Response Deadline:        September 9, 2009 at 4:00 p.m.

Response Filed:           None to date.

Reply Filed:              None to date.

Additional Document(s):   None to date.

**Status:**        This matter has been adjourned to November 6, 2009 at 9:45 a.m.


**V.     WITHDRAWN MATTERS:**

17.     Johnson Controls, Inc's. Motion to Compel Arbitration Pursuant to Cure Dispute Resolution Process **[Docket No. 3923 and 3948]**

Response Deadline:        September 29, 2009 at 4:00 p.m.

Responses Filed:          None to date.

Replies Filed:            None to date.

Additional Document(s):   None to date.

**Status**:        This matter has been withdrawn.

Dated:  October 5, 2009
        New York, New York

                                        /s/ Stephen Karotkin
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                              :
In re                                         :         **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :         **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.* :
                                              :
                        **Debtors.**          :         **(Jointly Administered)**
                                              :
-------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 6, 2009 at 9:45 a.m.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

## I.    ADVERSARY PROCEEDING:

1.    Pre-Trial Conference re: the Official Committee of Unsecured Creditors of Motors Liquidation Company (f/k/a General Motors Corporation) Complaint for (1) Avoidance of Unperfected Lien, (2) Avoidance and Recovery of Postpetition Transfers, (3) Avoidance and Recovery or Preferential Payments, and (4) Disallowance of Claims by Defendants [Adv. Case No. 09-00504(REG)] [Official Committee of Unsecured Creditors of General Motors v. JPMorgan Chase Bank, N.A. et al.]

    Response Deadline:        N/A

    Response Filed:           N/A

    Reply Filed:              N/A

    Additional Document(s):   None to date.

    **Status:**        This matter is going forward.

## II.    CONTESTED:

2.    Motion to Extend Automatic Stay filed by N. Kathleen Strickland on behalf of Remy International, Inc. **[Docket No. 4086]**

    Response Deadline:        October 1, 2009 at 4:00 p.m.

Responses Filed:

    A.    Objection to Motion of Remy International for an Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. Sec. 362(a) to Include Certain Litigation Against Remy International filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4149]**

    B.    Joint Opposition and Joinder to Objection of Ad Hoc Committee of Asbestos Personal Injury Claimants to Motion by Remy International filed by Robert W. Phillips on behalf of SimmonsCooper Cancer Claimants **[Docket No. 4155]**

    C.    Response to Motion to Strike the Objection of the Ad Hoc Committee of Asbestos Personal Injury Claimants to the Motion of Remy International for an Order Extending and Enforcing the Stay to Certain Litigation and Request for Leave to File the Objection Late filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4162]**

Additional Document(s):

    D.    Memorandum of Points and Authorities in Support of the Motion to Strike the Objection of AD [sic] Committee of Asbestos Personal Injury Claimants to the Motion of Remy International for an Order Extending and Enforcing the Stay to Certain Litigation **[Docket No. 4153]**

**Status:**    This matter is going forward.

3.    Motion Of Detroit Diesel Corporation For An Order Extending And Enforcing The Stay Imposed Under 11 U.S.C. § 362(a) To Cover Certain Litigation Relating To Detroit Diesel Corporation, Or Alternatively, Enjoining Such Litigation Pursuant To 11 U.S.C. § 105 **[Docket No. 3960]**

Response Deadline:    October 1, 2009 at 4:00 p.m.

Response Filed:

    A.    Motion to Dismiss Party Detroit Diesel Corporation filed by Gerolyn P. Roussel on behalf of Jeanette Garnett Pichon **[Docket No. 4141]**

    B.    Opposition To Detroit Diesel Corporation Motion Requesting Extension of Stay to Cover Detroit Diesel filed by Gerolyn P. Roussel on behalf of Jeanette Garnett Pichon **[Docket No. 4143]**

C.     Objection to Motion of Ad Hoc Committee of Asbestos Personal Injury Claimants' Objection to Motion of Detroit Diesel Corporation for Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. 362(a) to Cover Certain Litigation Relating to Detroit Diesel Corporation, or Alternatively, Enjoining Such Litigation Pursuant to 11 U.S.C. 105 filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4144]**

D.     Objection to Motion of Detroit Diesel Corporation for Order Extending and Enforcing the Stay Imposed Under 11 USC section 362(a) to Cover Certain Litigation Relating to Detroit Diesel Corporation or Alternatively Enjoining such Litigation Pursuant to 11 USC section 105 filed by Mesothelioma Plaintiff **[Docket No. 4148]**

Reply Filed:                   None to date.

Additional Document(s):        None to date.

**Status:**        This matter is going forward.

## III.    UNCONTESTED:

4.     Motion of Debtors for entry of Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 and 9019(b) Authorizing the Debtors to (I) File Omnibus Claims Objections and (II) Establish Procedures for Settling Certain Claims **[Docket No. 4108]**

Response Deadline:             October 1, 2009 at 4:00 p.m.

Response Filed:                None to date.

Reply Filed:                   None to date.

Additional Document(s):        None to date.

**Status:**        This matter is going forward.

5.     Debtors' Third Omnibus Motion Purusant to 11 U.S.C. § 365 to Reject Certain Unexpired Leases of Nonresidential Real Property **[Docket No. 4105]**

Response Deadline:             October 1, 2009 at 4:00 p.m.

Response Filed:                None to date.

Reply Filed:                   None to date.

Additional Document(s):     None to date.

**Status:**     This matter is going forward.

6.     Debtors' Seventh Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts **[Docket No. 4106]**

Response Deadline:     October 1, 2009 at 4:00 p.m.

Response Filed:     None to date.

Reply Filed:     None to date.

Additional Document(s):     None to date.

**Status:**     This matter is going forward.

## IV.   ADJOURNED MATTERS:

7.     Motion for Relief from Stay of Volba Taxi Inc., Sangria Taxi LLC, Lacoste Taxi Inc., Kroshka Taxi INc., Two Hump Taxi LLC, Praga Taxi Inc., Black Label Taxi LLC, Torpedo Taxi Inc., Hublot Taxi Inc., Student Taxi Inc., Prada Taxi Inc., Kormilitsa Taxi Inc., Piguet Taxi Inc., Pumo Taxi Inc., Bratishka Taxi Inc., Persik Taxi Inc., Yagodka Taxi Inc., Malinka Taxi Inc., Murzik Taxi Inc., Jack Daniels Taxi LLC, Tequila Taxi LLC, Calvados Taxi LLC, Cognac Taxi LLC, Grappa Taxi LLC, Patron Taxi LLC, Bazar Taxi Inc., Downtown Taxi Management, LLC, Tunnel Taxi Management, LLC, Victory Taxi Garage Inc., Mamed Dzhaniyev, Vladimir Basin, Evgeny A. Friedman (Evgeny Friedman and the plaintiffs in the action entitled, Friedman v. General Motors Corp., 08 Civ.2458 (SAS) **[Docket Nos. 2759]**

Response Deadline:     October 30, 2009 at 4:00 p.m.

Response Filed:     None to date.

Reply Filed:     None to date.

Additional Document(s):     None to date.

**Status:**     This matter has been adjourned to November 6, 2009 at 9:45 a.m.

8.     Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rue 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation **[Docket No. 3023]**

Response Deadline:     July 10, 2009

Response Filed:

    A.    Debtors' Opposition to the Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying The Automatic Stay to Allow Continuation of Pre-Petition Litigation filed by Joseph H. Smolinsky on behalf of Motors Liquidation Company **[Docket No. 3485]**

Reply Filed:    None to date.

Additional Document(s):    N/A

**Status:**    This matter has been adjourned to November 6, 2009 at 9:45 a.m.

9.    Debtors' Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors (for the 2001 A-6 Agreement ONLY) **[Docket No. 3212]**

Response Deadline:    July 29, 2009 at 4:00 p.m.

Response Filed:

    A.    Objection Of Wells Fargo Bank Northwest, N.A., To Motion By Debtors For Entry Of Order Authorizing Rejection Of Certain Personal Property Agreements And/Or Abandonment Of Collateral To Secured Creditors (related document(s) 3212) filed by Tyson Lomazow on behalf of Wells Fargo Bank Northwest, N.A. **[Docket No. 3534]**

    B.    Reply to Objection of Wells Fargo Bank Northwest, N.A., to Motion by Debtors for Entry of Order Authorizing Rejection of Certain Person Property Agreements and/or Abandonment of Collateral to Secured Creditors filed by Donald F. Baty Jr. on behalf of Motors Liquidation Company **[Docket No. 3585]**

Reply Filed:    None to date.

Additional Document(s):

    C.    Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3619]**

    D.    Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3805]**

E.      Stipulation to Adjourn Motion for Entry of Order Authorizing
Rejection of Certain Personal Property Agreements and/or
Abandonment of Collateral to Secured Creditors (related
document(s) 3212) filed by Donald F. Baty Jr. on behalf of Motors
Liquidation Company **[Docket No. 4031]**

**Status:**      This matter has been adjourned to November 6, 2009 at 9:45 a.m.

10.     Request of Federal Republic of Germany, Office of Defense Administration
USA/Canada Pursuant to Rule 2004 of the Federal Rules of Bankruptcy
Procedure Compelling the Production of Documents by, and a Deposition of, the
Debtors **[Docket No. 3519]**

Response Deadline:          August 7, 2009 at 5:00 p.m.

Response Filed:             None to date.

Reply Filed:                None to date.

Additional Document(s):

A.      Application for FRBP 2004 Examination Application of Federal
Republic of Germany for an Order Pursuant to Rule 2004 of the
Federal Rules of Bankruptcy Procedure Authorizing and Directing
(A) the Production of Documents and (B) the Oral Examination of
Individuals Designated by the Debtors and Believed to have
knowledge of the Relevant Matters (related document(s) 3519)
filed by Samir Gebrael on behalf of Federal Republic of Germany,
Office of Defense Administration USA/Canada **[Docket No. 3520]**

**Status:**      This matter has been adjourned to November 6, 2009 at 9:45 a.m.

11.     Notice of Presentment of Order Pursuant to Rule 2004 of the Federal Rules of
Bankruptcy Procedure Compelling the Production of Documents by, and a
Deposition of, the Debtors filed by Julie and David Brittingham **[Docket No.
3664]**

Response Deadline:          August 13, 2009 at 5:00 p.m.

Response Filed:             None to date.

Reply Filed:                None to date.

Additional Document(s):

A.      Application for FRBP 2004 Examination Application for an Order
Pursuant to Rule 2004 of the Federal Rules of Bankruptcy

Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters filed by Samir Gebrael on behalf of The Brittinghams **[Docket No. 3665]**

12.  Motion for Order Authorizing Rejection of Agreement for Engine Maintenance Services for Gulfstream V Aircraft  **[Docket No. 3690]**

Response Deadline:          October 23, 2009 at 4:00 p.m.

Responses Filed:           None to date.

Replies Filed:            None to date.

Additional Document(s):       None to date.

**Status**:      This matter has been adjourned to November 6, 2009 at 9:45 a.m.

13.  Motion for Order Approving Assumption of Agreement for Engine Maintenance Services for Gulfstream 350 Aircraft **[Docket No. 3702]**

Response Deadline:          October 23, 2009 at 4:00 p.m.

Responses Filed:           None to date.

Replies Filed:            None to date.

Additional Document(s):       None to date.

**Status**:      This matter has been adjourned to November 6, 2009 at 9:45 a.m.

14.  Motion of Bank of New York Mellon Trust Company, N.A., as Resigning Indenture Trustee, for Entry of an Order Appointing Manufacturers and Traders Trust Company as Successor Indenture Trustee **[Docket No. 3759]**

Response Deadline:          August 21, 2009 at 11:00 a.m.

Responses Filed:           None to date.

Replies Filed:            None to date.

Additional Document(s):       None to date.

**Status**:      This matter has been adjourned to November 6, 2009 at 9:45 a.m.

15.  Remy International Inc's Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated

by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket No. 3769]**

| | |
|---|---|
| <u>Response Deadline</u>: | August 20, 2009 at 5:00 p.m. |
| <u>Response Filed</u>: | None to date. |
| <u>Reply Filed</u>: | None to date. |
| <u>Additional Document(s)</u>: | |

    A.    Application for FRBP 2004 Examination Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters filed by N. Kathleen Strickland on behalf of Remy International, Inc. **[Docket No. 3770]**

    **<u>Status</u>:**    This matter has been adjourned to November 6, 2009 at 9:45 a.m.

16.    Motion by The Schaefer Group for Relief from Automatic Stay or, in the Alternative, Compelling Production of Documents Pursuant to Rule 2004 **[Docket No. 3880]**

| | |
|---|---|
| <u>Response Deadline</u>: | September 9, 2009 at 4:00 p.m. |
| <u>Response Filed</u>: | None to date. |
| <u>Reply Filed</u>: | None to date. |
| <u>Additional Document(s)</u>: | None to date. |

    **<u>Status</u>:**    This matter has been adjourned to November 6, 2009 at 9:45 a.m.

## V.    WITHDRAWN MATTERS:

17.    Johnson Controls, Inc's. Motion to Compel Arbitration Pursuant to Cure Dispute Resolution Process **[Docket No. 3923 and 3948]**

| | |
|---|---|
| <u>Response Deadline</u>: | September 29, 2009 at 4:00 p.m. |
| <u>Responses Filed</u>: | None to date. |
| <u>Replies Filed</u>: | None to date. |
| <u>Additional Document(s)</u>: | None to date. |

**Status**:          This matter has been withdrawn.

Dated: October 5, 2009
New York, New York

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                              :
In re                                         :          **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.,*     :          **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.* :
                                              :
                **Debtors.**                  :          **(Jointly Administered)**
                                              :
------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON OCTOBER 6, 2009 at 9:45 a.m.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
                       Alexander Hamilton U.S. Custom House, before the Honorable Robert E.
                       Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling
                       Green, New York, NY 10004-1408

## I.     ADVERSARY PROCEEDING:

1.     Pre-Trial Conference re: the Official Committee of Unsecured Creditors of
       Motors Liquidation Company (f/k/a General Motors Corporation) Complaint for
       (1) Avoidance of Unperfected Lien, (2) Avoidance and Recovery of Postpetition
       Transfers, (3) Avoidance and Recovery or Preferential Payments, and (4)
       Disallowance of Claims by Defendants [Adv. Case No. 09-00504(REG)] [Official
       Committee of Unsecured Creditors of General Motors v. JPMorgan Chase Bank,
       N.A. et al.]

       Response Deadline:          N/A

       Response Filed:             N/A

       Reply Filed:                N/A

       Additional Document(s):     None to date.

       **Status:**      This matter is going forward.

## II.    CONTESTED:

2.     Motion to Extend Automatic Stay filed by N. Kathleen Strickland on behalf of
       Remy International, Inc. **[Docket No. 4086]**

       Response Deadline:          October 1, 2009 at 4:00 p.m.

Responses Filed:

    A.    Objection to Motion of Remy International for an Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. Sec. 362(a) to Include Certain Litigation Against Remy International filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4149]**

    B.    Joint Opposition and Joinder to Objection of Ad Hoc Committee of Asbestos Personal Injury Claimants to Motion by Remy International filed by Robert W. Phillips on behalf of SimmonsCooper Cancer Claimants **[Docket No. 4155]**

    C.    Response to Motion to Strike the Objection of the Ad Hoc Committee of Asbestos Personal Injury Claimants to the Motion of Remy International for an Order Extending and Enforcing the Stay to Certain Litigation and Request for Leave to File the Objection Late filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4162]**

Additional Document(s):

    D.    Memorandum of Points and Authorities in Support of the Motion to Strike the Objection of AD [sic] Committee of Asbestos Personal Injury Claimants to the Motion of Remy International for an Order Extending and Enforcing the Stay to Certain Litigation **[Docket No. 4153]**

**Status:**    This matter is going forward.

3.    Motion Of Detroit Diesel Corporation For An Order Extending And Enforcing The Stay Imposed Under 11 U.S.C. § 362(a) To Cover Certain Litigation Relating To Detroit Diesel Corporation, Or Alternatively, Enjoining Such Litigation Pursuant To 11 U.S.C. § 105 **[Docket No. 3960]**

Response Deadline:    October 1, 2009 at 4:00 p.m.

Response Filed:

    A.    Motion to Dismiss Party Detroit Diesel Corporation filed by Gerolyn P. Roussel on behalf of Jeanette Garnett Pichon **[Docket No. 4141]**

    B.    Opposition To Detroit Diesel Corporation Motion Requesting Extension of Stay to Cover Detroit Diesel filed by Gerolyn P. Roussel on behalf of Jeanette Garnett Pichon **[Docket No. 4143]**

C.    Objection to Motion of Ad Hoc Committee of Asbestos Personal Injury Claimants' Objection to Motion of Detroit Diesel Corporation for Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. 362(a) to Cover Certain Litigation Relating to Detroit Diesel Corporation, or Alternatively, Enjoining Such Litigation Pursuant to 11 U.S.C. 105 filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4144]**

D.    Objection to Motion of Detroit Diesel Corporation for Order Extending and Enforcing the Stay Imposed Under 11 USC section 362(a) to Cover Certain Litigation Relating to Detroit Diesel Corporation or Alternatively Enjoining such Litigation Pursuant to 11 USC section 105 filed by Mesothelioma Plaintiff **[Docket No. 4148]**

Reply Filed:          None to date.

Additional Document(s):          None to date.

**Status:**          This matter is going forward.

## III.    UNCONTESTED:

4.    Motion of Debtors for entry of Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 and 9019(b) Authorizing the Debtors to (I) File Omnibus Claims Objections and (II) Establish Procedures for Settling Certain Claims **[Docket No. 4108]**

Response Deadline:          October 1, 2009 at 4:00 p.m.

Response Filed:          None to date.

Reply Filed:          None to date.

Additional Document(s):          None to date.

**Status:**          This matter is going forward.

5.    Debtors' Third Omnibus Motion Purusant to 11 U.S.C. § 365 to Reject Certain Unexpired Leases of Nonresidential Real Property **[Docket No. 4105]**

Response Deadline:          October 1, 2009 at 4:00 p.m.

Response Filed:          None to date.

Reply Filed:          None to date.

Additional Document(s):        None to date.

**Status:**        This matter is going forward.

6.        Debtors' Seventh Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain
         Executory Contracts **[Docket No. 4106]**

Response Deadline:        October 1, 2009 at 4:00 p.m.

Response Filed:        None to date.

Reply Filed:        None to date.

Additional Document(s):        None to date.

**Status:**        This matter is going forward.


IV.    **ADJOURNED MATTERS:**

7.        Motion for Relief from Stay of Volba Taxi Inc., Sangria Taxi LLC, Lacoste Taxi
         Inc., Kroshka Taxi INc., Two Hump Taxi LLC, Praga Taxi Inc., Black Label Taxi
         LLC, Torpedo Taxi Inc., Hublot Taxi Inc., Student Taxi Inc., Prada Taxi Inc.,
         Kormilitsa Taxi Inc., Piguet Taxi Inc., Pumo Taxi Inc., Bratishka Taxi Inc., Persik
         Taxi Inc., Yagodka Taxi Inc., Malinka Taxi Inc., Murzik Taxi Inc., Jack Daniels
         Taxi LLC, Tequila Taxi LLC, Calvados Taxi LLC, Cognac Taxi LLC, Grappa
         Taxi LLC, Patron Taxi LLC, Bazar Taxi Inc., Downtown Taxi Management,
         LLC, Tunnel Taxi Management, LLC, Victory Taxi Garage Inc., Mamed
         Dzhaniyev, Vladimir Basin, Evgeny A. Friedman (Evgeny Friedman and the
         plaintiffs in the action entitled, Friedman v. General Motors Corp., 08 Civ.2458
         (SAS) **[Docket Nos. 2759]**

Response Deadline:        October 30, 2009 at 4:00 p.m.

Response Filed:        None to date.

Reply Filed:        None to date.

Additional Document(s):        None to date.

**Status:**        This matter has been adjourned to November 6, 2009 at 9:45 a.m.

8.        Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d)
         of the Bankruptcy Code, Bankruptcy Rue 4001 and Local Bankruptcy Rule 4001-
         1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation
         **[Docket No. 3023]**

Response Deadline:        July 10, 2009

Response Filed:

    A.    Debtors' Opposition to the Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying The Automatic Stay to Allow Continuation of Pre-Petition Litigation filed by Joseph H. Smolinsky on behalf of Motors Liquidation Company **[Docket No. 3485]**

Reply Filed:    None to date.

Additional Document(s):    N/A

**Status:**    This matter has been adjourned to November 6, 2009 at 9:45 a.m.

9.    Debtors' Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors (for the 2001 A-6 Agreement ONLY) **[Docket No. 3212]**

Response Deadline:    July 29, 2009 at 4:00 p.m.

Response Filed:

    A.    Objection Of Wells Fargo Bank Northwest, N.A., To Motion By Debtors For Entry Of Order Authorizing Rejection Of Certain Personal Property Agreements And/Or Abandonment Of Collateral To Secured Creditors (related document(s) 3212) filed by Tyson Lomazow on behalf of Wells Fargo Bank Northwest, N.A. **[Docket No. 3534]**

    B.    Reply to Objection of Wells Fargo Bank Northwest, N.A., to Motion by Debtors for Entry of Order Authorizing Rejection of Certain Person Property Agreements and/or Abandonment of Collateral to Secured Creditors filed by Donald F. Baty Jr. on behalf of Motors Liquidation Company **[Docket No. 3585]**

Reply Filed:    None to date.

Additional Document(s):

    C.    Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3619]**

    D.    Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3805]**

E.  Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors (related document(s) 3212) filed by Donald F. Baty Jr. on behalf of Motors Liquidation Company **[Docket No. 4031]**

**Status:**  This matter has been adjourned to November 6, 2009 at 9:45 a.m.

10.  Request of Federal Republic of Germany, Office of Defense Administration USA/Canada Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Compelling the Production of Documents by, and a Deposition of, the Debtors **[Docket No. 3519]**

Response Deadline:  August 7, 2009 at 5:00 p.m.

Response Filed:  None to date.

Reply Filed:  None to date.

Additional Document(s):

A.  Application for FRBP 2004 Examination Application of Federal Republic of Germany for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to have knowledge of the Relevant Matters (related document(s) 3519) filed by Samir Gebrael on behalf of Federal Republic of Germany, Office of Defense Administration USA/Canada **[Docket No. 3520]**

**Status:**  This matter has been adjourned to November 6, 2009 at 9:45 a.m.

11.  Notice of Presentment of Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Compelling the Production of Documents by, and a Deposition of, the Debtors filed by Julie and David Brittingham **[Docket No. 3664]**

Response Deadline:  August 13, 2009 at 5:00 p.m.

Response Filed:  None to date.

Reply Filed:  None to date.

Additional Document(s):

A.  Application for FRBP 2004 Examination Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy

Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters filed by Samir Gebrael on behalf of The Brittinghams **[Docket No. 3665]**

12.    Motion for Order Authorizing Rejection of Agreement for Engine Maintenance Services for Gulfstream V Aircraft  **[Docket No. 3690]**

Response Deadline:          October 23, 2009 at 4:00 p.m.

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Document(s):     None to date.

**Status**:     This matter has been adjourned to November 6, 2009 at 9:45 a.m.

13.    Motion for Order Approving Assumption of Agreement for Engine Maintenance Services for Gulfstream 350 Aircraft **[Docket No. 3702]**

Response Deadline:          October 23, 2009 at 4:00 p.m.

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Document(s):     None to date.

**Status**:     This matter has been adjourned to November 6, 2009 at 9:45 a.m.

14.    Motion of Bank of New York Mellon Trust Company, N.A., as Resigning Indenture Trustee, for Entry of an Order Appointing Manufacturers and Traders Trust Company as Successor Indenture Trustee **[Docket No. 3759]**

Response Deadline:          August 21, 2009 at 11:00 a.m.

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Document(s):     None to date.

**Status**:     This matter has been adjourned to November 6, 2009 at 9:45 a.m.

15.    Remy International Inc's Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated

by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket No. 3769]**

Response Deadline:                    August 20, 2009 at 5:00 p.m.

Response Filed:                         None to date.

Reply Filed:                              None to date.

Additional Document(s):

        A.     Application for FRBP 2004 Examination Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters filed by N. Kathleen Strickland on behalf of Remy International, Inc. **[Docket No. 3770]**

**Status:**                               This matter has been adjourned to November 6, 2009 at 9:45 a.m.

16.     Motion by The Schaefer Group for Relief from Automatic Stay or, in the Alternative, Compelling Production of Documents Pursuant to Rule 2004 **[Docket No. 3880]**

Response Deadline:                    September 9, 2009 at 4:00 p.m.

Response Filed:                         None to date.

Reply Filed:                              None to date.

Additional Document(s):            None to date.

**Status:**                               This matter has been adjourned to November 6, 2009 at 9:45 a.m.

## V.    WITHDRAWN MATTERS:

17.     Johnson Controls, Inc's. Motion to Compel Arbitration Pursuant to Cure Dispute Resolution Process **[Docket No. 3923 and 3948]**

Response Deadline:                    September 29, 2009 at 4:00 p.m.

Responses Filed:                       None to date.

Replies Filed:                           None to date.

Additional Document(s):            None to date.

**Status**:            This matter has been withdrawn.

Dated: October 5, 2009
       New York, New York

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
:
In re                                                          :          Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :          **09-50026 (REG)**
**f/k/a General Motors Corp.,** *et al.*               :
:
**Debtors.**                             :          **(Jointly Administered)**
:
----------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 6, 2009 at 9:45 a.m.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable Robert E.
Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling
Green, New York, NY 10004-1408

## I.    ADVERSARY PROCEEDING:

1.     Pre-Trial Conference re: the Official Committee of Unsecured Creditors of
Motors Liquidation Company (f/k/a General Motors Corporation) Complaint for
(1) Avoidance of Unperfected Lien, (2) Avoidance and Recovery of Postpetition
Transfers, (3) Avoidance and Recovery or Preferential Payments, and (4)
Disallowance of Claims by Defendants [Adv. Case No. 09-00504(REG)] [Official
Committee of Unsecured Creditors of General Motors v. JPMorgan Chase Bank,
N.A. et al.]

Response Deadline:          N/A

Response Filed:              N/A

Reply Filed:                 N/A

Additional Document(s):     None to date.

**Status:**       This matter is going forward.

## II.    CONTESTED:

2.     Motion to Extend Automatic Stay filed by N. Kathleen Strickland on behalf of
Remy International, Inc. **[Docket No. 4086]**

Response Deadline:          October 1, 2009 at 4:00 p.m.

Responses Filed:

    A.    Objection to Motion of Remy International for an Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. Sec. 362(a) to Include Certain Litigation Against Remy International filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4149]**

    B.    Joint Opposition and Joinder to Objection of Ad Hoc Committee of Asbestos Personal Injury Claimants to Motion by Remy International filed by Robert W. Phillips on behalf of SimmonsCooper Cancer Claimants **[Docket No. 4155]**

    C.    Response to Motion to Strike the Objection of the Ad Hoc Committee of Asbestos Personal Injury Claimants to the Motion of Remy International for an Order Extending and Enforcing the Stay to Certain Litigation and Request for Leave to File the Objection Late filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4162]**

Additional Document(s):

    D.    Memorandum of Points and Authorities in Support of the Motion to Strike the Objection of AD [sic] Committee of Asbestos Personal Injury Claimants to the Motion of Remy International for an Order Extending and Enforcing the Stay to Certain Litigation **[Docket No. 4153]**

**Status:**    This matter is going forward.

3.    Motion Of Detroit Diesel Corporation For An Order Extending And Enforcing The Stay Imposed Under 11 U.S.C. § 362(a) To Cover Certain Litigation Relating To Detroit Diesel Corporation, Or Alternatively, Enjoining Such Litigation Pursuant To 11 U.S.C. § 105 **[Docket No. 3960]**

Response Deadline:    October 1, 2009 at 4:00 p.m.

Response Filed:

    A.    Motion to Dismiss Party Detroit Diesel Corporation filed by Gerolyn P. Roussel on behalf of Jeanette Garnett Pichon **[Docket No. 4141]**

    B.    Opposition To Detroit Diesel Corporation Motion Requesting Extension of Stay to Cover Detroit Diesel filed by Gerolyn P. Roussel on behalf of Jeanette Garnett Pichon **[Docket No. 4143]**

C.    Objection to Motion of Ad Hoc Committee of Asbestos Personal
Injury Claimants' Objection to Motion of Detroit Diesel
Corporation for Order Extending and Enforcing the Stay Imposed
Under 11 U.S.C. 362(a) to Cover Certain Litigation Relating to
Detroit Diesel Corporation, or Alternatively, Enjoining Such
Litigation Pursuant to 11 U.S.C. 105 filed by Peter D'Apice on
behalf of Ad Hoc Committee of Asbestos Personal Injury
Claimants **[Docket No. 4144]**

D.    Objection to Motion of Detroit Diesel Corporation for Order
Extending and Enforcing the Stay Imposed Under 11 USC section
362(a) to Cover Certain Litigation Relating to Detroit Diesel
Corporation or Alternatively Enjoining such Litigation Pursuant to
11 USC section 105 filed by Mesothelioma Plaintiff **[Docket No.
4148]**

Reply Filed:                        None to date.

Additional Document(s):            None to date.

**Status:**        This matter is going forward.

## III.    UNCONTESTED:

4.    Motion of Debtors for entry of Order Pursuant to 11 U.S.C. § 105(a) and Fed. R.
Bankr. P. 3007 and 9019(b) Authorizing the Debtors to (I) File Omnibus Claims
Objections and (II) Establish Procedures for Settling Certain Claims **[Docket No.
4108]**

Response Deadline:              October 1, 2009 at 4:00 p.m.

Response Filed:                 None to date.

Reply Filed:                    None to date.

Additional Document(s):         None to date.

**Status:**        This matter is going forward.

5.    Debtors' Third Omnibus Motion Purusant to 11 U.S.C. § 365 to Reject Certain
Unexpired Leases of Nonresidential Real Property **[Docket No. 4105]**

Response Deadline:              October 1, 2009 at 4:00 p.m.

Response Filed:                 None to date.

Reply Filed:                    None to date.

Additional Document(s):        None to date.

**Status:**        This matter is going forward.

6.        Debtors' Seventh Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain
         Executory Contracts **[Docket No. 4106]**

Response Deadline:        October 1, 2009 at 4:00 p.m.

Response Filed:        None to date.

Reply Filed:        None to date.

Additional Document(s):        None to date.

**Status:**        This matter is going forward.


IV.    **ADJOURNED MATTERS:**

7.        Motion for Relief from Stay of Volba Taxi Inc., Sangria Taxi LLC, Lacoste Taxi
         Inc., Kroshka Taxi INc., Two Hump Taxi LLC, Praga Taxi Inc., Black Label Taxi
         LLC, Torpedo Taxi Inc., Hublot Taxi Inc., Student Taxi Inc., Prada Taxi Inc.,
         Kormilitsa Taxi Inc., Piguet Taxi Inc., Pumo Taxi Inc., Bratishka Taxi Inc., Persik
         Taxi Inc., Yagodka Taxi Inc., Malinka Taxi Inc., Murzik Taxi Inc., Jack Daniels
         Taxi LLC, Tequila Taxi LLC, Calvados Taxi LLC, Cognac Taxi LLC, Grappa
         Taxi LLC, Patron Taxi LLC, Bazar Taxi Inc., Downtown Taxi Management,
         LLC, Tunnel Taxi Management, LLC, Victory Taxi Garage Inc., Mamed
         Dzhaniyev, Vladimir Basin, Evgeny A. Friedman (Evgeny Friedman and the
         plaintiffs in the action entitled, Friedman v. General Motors Corp., 08 Civ.2458
         (SAS) **[Docket Nos. 2759]**

Response Deadline:        October 30, 2009 at 4:00 p.m.

Response Filed:        None to date.

Reply Filed:        None to date.

Additional Document(s):        None to date.

**Status:**        This matter has been adjourned to November 6, 2009 at 9:45 a.m.

8.        Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d)
         of the Bankruptcy Code, Bankruptcy Rue 4001 and Local Bankruptcy Rule 4001-
         1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation
         **[Docket No. 3023]**

Response Deadline:        July 10, 2009

Response Filed:

> A.   Debtors' Opposition to the Motion of Sang Chul Lee and Dukson
>      Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code,
>      Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1
>      Modifying The Automatic Stay to Allow Continuation of Pre-
>      Petition Litigation filed by Joseph H. Smolinsky on behalf of
>      Motors Liquidation Company **[Docket No. 3485]**

Reply Filed:                    None to date.

Additional Document(s):    N/A

**Status:**        This matter has been adjourned to November 6, 2009 at 9:45 a.m.

9.   Debtors' Motion for Entry of Order Authorizing Rejection of Certain Personal
     Property Agreements and/or Abandonment of Collateral to Secured Creditors (for
     the 2001 A-6 Agreement ONLY) **[Docket No. 3212]**

Response Deadline:            July 29, 2009 at 4:00 p.m.

Response Filed:

> A.   Objection Of Wells Fargo Bank Northwest, N.A., To Motion By
>      Debtors For Entry Of Order Authorizing Rejection Of Certain
>      Personal Property Agreements And/Or Abandonment Of Collateral
>      To Secured Creditors (related document(s) 3212) filed by Tyson
>      Lomazow on behalf of Wells Fargo Bank Northwest, N.A.
>      **[Docket No. 3534]**

> B.   Reply to Objection of Wells Fargo Bank Northwest, N.A., to
>      Motion by Debtors for Entry of Order Authorizing Rejection of
>      Certain Person Property Agreements and/or Abandonment of
>      Collateral to Secured Creditors filed by Donald F. Baty Jr. on
>      behalf of Motors Liquidation Company **[Docket No. 3585]**

Reply Filed:                    None to date.

Additional Document(s):

> C.   Order Authorizing Rejection of Certain Personal Property
>      Agreements and/or Abandonment of Collateral to Secured
>      Creditors **[Docket No.  3619]**

> D.   Stipulation to Adjourn Motion for Entry of Order Authorizing
>      Rejection of Certain Personal Property Agreements and/or
>      Abandonment of Collateral to Secured Creditors **[Docket No.
>      3805]**

E.      Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors (related document(s) 3212) filed by Donald F. Baty Jr. on behalf of Motors Liquidation Company **[Docket No. 4031]**

**Status:**      This matter has been adjourned to November 6, 2009 at 9:45 a.m.

10.    Request of Federal Republic of Germany, Office of Defense Administration USA/Canada Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Compelling the Production of Documents by, and a Deposition of, the Debtors **[Docket No. 3519]**

Response Deadline:      August 7, 2009 at 5:00 p.m.

Response Filed:      None to date.

Reply Filed:      None to date.

Additional Document(s):

A.      Application for FRBP 2004 Examination Application of Federal Republic of Germany for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to have knowledge of the Relevant Matters (related document(s) 3519) filed by Samir Gebrael on behalf of Federal Republic of Germany, Office of Defense Administration USA/Canada **[Docket No. 3520]**

**Status:**      This matter has been adjourned to November 6, 2009 at 9:45 a.m.

11.    Notice of Presentment of Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Compelling the Production of Documents by, and a Deposition of, the Debtors filed by Julie and David Brittingham **[Docket No. 3664]**

Response Deadline:      August 13, 2009 at 5:00 p.m.

Response Filed:      None to date.

Reply Filed:      None to date.

Additional Document(s):

A.      Application for FRBP 2004 Examination Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy

Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters filed by Samir Gebrael on behalf of The Brittinghams **[Docket No. 3665]**

12.    Motion for Order Authorizing Rejection of Agreement for Engine Maintenance Services for Gulfstream V Aircraft  **[Docket No. 3690]**

Response Deadline:          October 23, 2009 at 4:00 p.m.

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Document(s):     None to date.

**Status**:          This matter has been adjourned to November 6, 2009 at 9:45 a.m.

13.    Motion for Order Approving Assumption of Agreement for Engine Maintenance Services for Gulfstream 350 Aircraft **[Docket No. 3702]**

Response Deadline:          October 23, 2009 at 4:00 p.m.

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Document(s):     None to date.

**Status**:          This matter has been adjourned to November 6, 2009 at 9:45 a.m.

14.    Motion of Bank of New York Mellon Trust Company, N.A., as Resigning Indenture Trustee, for Entry of an Order Appointing Manufacturers and Traders Trust Company as Successor Indenture Trustee **[Docket No. 3759]**

Response Deadline:          August 21, 2009 at 11:00 a.m.

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Document(s):     None to date.

**Status**:          This matter has been adjourned to November 6, 2009 at 9:45 a.m.

15.    Remy International Inc's Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated

by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket No. 3769]**

Response Deadline:            August 20, 2009 at 5:00 p.m.

Response Filed:               None to date.

Reply Filed:                 None to date.

Additional Document(s):

        A.     Application for FRBP 2004 Examination Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters filed by N. Kathleen Strickland on behalf of Remy International, Inc. **[Docket No. 3770]**

**Status:**            This matter has been adjourned to November 6, 2009 at 9:45 a.m.

16.     Motion by The Schaefer Group for Relief from Automatic Stay or, in the Alternative, Compelling Production of Documents Pursuant to Rule 2004 **[Docket No. 3880]**

Response Deadline:            September 9, 2009 at 4:00 p.m.

Response Filed:               None to date.

Reply Filed:                 None to date.

Additional Document(s):       None to date.

**Status:**            This matter has been adjourned to November 6, 2009 at 9:45 a.m.

## V.    WITHDRAWN MATTERS:

17.     Johnson Controls, Inc's. Motion to Compel Arbitration Pursuant to Cure Dispute Resolution Process **[Docket No. 3923 and 3948]**

Response Deadline:            September 29, 2009 at 4:00 p.m.

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Document(s):       None to date.

**Status**:          This matter has been withdrawn.

Dated:  October 5, 2009
         New York, New York

                                    /s/ Stephen Karotkin
                                    Harvey R. Miller
                                    Stephen Karotkin
                                    Joseph H. Smolinsky

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :
In re                                               :            **Chapter 11 Case No.**
                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.,*           :            **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*        :
                                                    :
           **Debtors.**                   :            **(Jointly Administered)**
                                                    :
-----------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON OCTOBER 6, 2009 at 9:45 a.m.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
                Alexander Hamilton U.S. Custom House, before the Honorable Robert E.
                Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling
                Green, New York, NY 10004-1408

## I.     ADVERSARY PROCEEDING:

1.     Pre-Trial Conference re: the Official Committee of Unsecured Creditors of
Motors Liquidation Company (f/k/a General Motors Corporation) Complaint for
(1) Avoidance of Unperfected Lien, (2) Avoidance and Recovery of Postpetition
Transfers, (3) Avoidance and Recovery or Preferential Payments, and (4)
Disallowance of Claims by Defendants [Adv. Case No. 09-00504(REG)] [Official
Committee of Unsecured Creditors of General Motors v. JPMorgan Chase Bank,
N.A. et al.]

    Response Deadline:            N/A

    Response Filed:               N/A

    Reply Filed:                  N/A

    Additional Document(s):       None to date.

    **Status:**          This matter is going forward.

## II.     CONTESTED:

2.     Motion to Extend Automatic Stay filed by N. Kathleen Strickland on behalf of
Remy International, Inc. **[Docket No. 4086]**

    Response Deadline:            October 1, 2009 at 4:00 p.m.

Responses Filed:

    A.    Objection to Motion of Remy International for an Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. Sec. 362(a) to Include Certain Litigation Against Remy International filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4149]**

    B.    Joint Opposition and Joinder to Objection of Ad Hoc Committee of Asbestos Personal Injury Claimants to Motion by Remy International filed by Robert W. Phillips on behalf of SimmonsCooper Cancer Claimants **[Docket No. 4155]**

    C.    Response to Motion to Strike the Objection of the Ad Hoc Committee of Asbestos Personal Injury Claimants to the Motion of Remy International for an Order Extending and Enforcing the Stay to Certain Litigation and Request for Leave to File the Objection Late filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4162]**

Additional Document(s):

    D.    Memorandum of Points and Authorities in Support of the Motion to Strike the Objection of AD [sic] Committee of Asbestos Personal Injury Claimants to the Motion of Remy International for an Order Extending and Enforcing the Stay to Certain Litigation **[Docket No. 4153]**

    **Status:**    This matter is going forward.

3.    Motion Of Detroit Diesel Corporation For An Order Extending And Enforcing The Stay Imposed Under 11 U.S.C. § 362(a) To Cover Certain Litigation Relating To Detroit Diesel Corporation, Or Alternatively, Enjoining Such Litigation Pursuant To 11 U.S.C. § 105 **[Docket No. 3960]**

Response Deadline:    October 1, 2009 at 4:00 p.m.

Response Filed:

    A.    Motion to Dismiss Party Detroit Diesel Corporation filed by Gerolyn P. Roussel on behalf of Jeanette Garnett Pichon **[Docket No. 4141]**

    B.    Opposition To Detroit Diesel Corporation Motion Requesting Extension of Stay to Cover Detroit Diesel filed by Gerolyn P. Roussel on behalf of Jeanette Garnett Pichon **[Docket No. 4143]**

       C.       Objection to Motion of Ad Hoc Committee of Asbestos Personal Injury Claimants' Objection to Motion of Detroit Diesel Corporation for Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. 362(a) to Cover Certain Litigation Relating to Detroit Diesel Corporation, or Alternatively, Enjoining Such Litigation Pursuant to 11 U.S.C. 105 filed by Peter D'Apice on behalf of Ad Hoc Committee of Asbestos Personal Injury Claimants **[Docket No. 4144]**

       D.       Objection to Motion of Detroit Diesel Corporation for Order Extending and Enforcing the Stay Imposed Under 11 USC section 362(a) to Cover Certain Litigation Relating to Detroit Diesel Corporation or Alternatively Enjoining such Litigation Pursuant to 11 USC section 105 filed by Mesothelioma Plaintiff **[Docket No. 4148]**

Reply Filed:           None to date.

Additional Document(s):     None to date.

**Status:**       This matter is going forward.

## III.   UNCONTESTED:

4.      Motion of Debtors for entry of Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 and 9019(b) Authorizing the Debtors to (I) File Omnibus Claims Objections and (II) Establish Procedures for Settling Certain Claims **[Docket No. 4108]**

Response Deadline:     October 1, 2009 at 4:00 p.m.

Response Filed:      None to date.

Reply Filed:          None to date.

Additional Document(s):     None to date.

**Status:**       This matter is going forward.

5.      Debtors' Third Omnibus Motion Purusant to 11 U.S.C. § 365 to Reject Certain Unexpired Leases of Nonresidential Real Property **[Docket No. 4105]**

Response Deadline:     October 1, 2009 at 4:00 p.m.

Response Filed:      None to date.

Reply Filed:          None to date.

Additional Document(s):     None to date.

**Status:**     This matter is going forward.

6.     Debtors' Seventh Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts **[Docket No. 4106]**

Response Deadline:     October 1, 2009 at 4:00 p.m.

Response Filed:     None to date.

Reply Filed:     None to date.

Additional Document(s):     None to date.

**Status:**     This matter is going forward.

## IV.   ADJOURNED MATTERS:

7.     Motion for Relief from Stay of Volba Taxi Inc., Sangria Taxi LLC, Lacoste Taxi Inc., Kroshka Taxi INc., Two Hump Taxi LLC, Praga Taxi Inc., Black Label Taxi LLC, Torpedo Taxi Inc., Hublot Taxi Inc., Student Taxi Inc., Prada Taxi Inc., Kormilitsa Taxi Inc., Piguet Taxi Inc., Pumo Taxi Inc., Bratishka Taxi Inc., Persik Taxi Inc., Yagodka Taxi Inc., Malinka Taxi Inc., Murzik Taxi Inc., Jack Daniels Taxi LLC, Tequila Taxi LLC, Calvados Taxi LLC, Cognac Taxi LLC, Grappa Taxi LLC, Patron Taxi LLC, Bazar Taxi Inc., Downtown Taxi Management, LLC, Tunnel Taxi Management, LLC, Victory Taxi Garage Inc., Mamed Dzhaniyev, Vladimir Basin, Evgeny A. Friedman (Evgeny Friedman and the plaintiffs in the action entitled, Friedman v. General Motors Corp., 08 Civ.2458 (SAS) **[Docket Nos. 2759]**

Response Deadline:     October 30, 2009 at 4:00 p.m.

Response Filed:     None to date.

Reply Filed:     None to date.

Additional Document(s):     None to date.

**Status:**     This matter has been adjourned to November 6, 2009 at 9:45 a.m.

8.     Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rue 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation **[Docket No. 3023]**

Response Deadline:     July 10, 2009

Response Filed:

A.  Debtors' Opposition to the Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying The Automatic Stay to Allow Continuation of Pre-Petition Litigation filed by Joseph H. Smolinsky on behalf of Motors Liquidation Company **[Docket No. 3485]**

Reply Filed:                    None to date.

Additional Document(s):       N/A

**Status:**        This matter has been adjourned to November 6, 2009 at 9:45 a.m.

9.   Debtors' Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors (for the 2001 A-6 Agreement ONLY) **[Docket No. 3212]**

Response Deadline:            July 29, 2009 at 4:00 p.m.

Response Filed:

A.  Objection Of Wells Fargo Bank Northwest, N.A., To Motion By Debtors For Entry Of Order Authorizing Rejection Of Certain Personal Property Agreements And/Or Abandonment Of Collateral To Secured Creditors (related document(s) 3212) filed by Tyson Lomazow on behalf of Wells Fargo Bank Northwest, N.A. **[Docket No. 3534]**

B.  Reply to Objection of Wells Fargo Bank Northwest, N.A., to Motion by Debtors for Entry of Order Authorizing Rejection of Certain Person Property Agreements and/or Abandonment of Collateral to Secured Creditors filed by Donald F. Baty Jr. on behalf of Motors Liquidation Company **[Docket No. 3585]**

Reply Filed:                    None to date.

Additional Document(s):

C.  Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3619]**

D.  Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3805]**

E.      Stipulation to Adjourn Motion for Entry of Order Authorizing
Rejection of Certain Personal Property Agreements and/or
Abandonment of Collateral to Secured Creditors (related
document(s) 3212) filed by Donald F. Baty Jr. on behalf of Motors
Liquidation Company **[Docket No. 4031]**

**Status:**      This matter has been adjourned to November 6, 2009 at 9:45 a.m.

10.     Request of Federal Republic of Germany, Office of Defense Administration
USA/Canada Pursuant to Rule 2004 of the Federal Rules of Bankruptcy
Procedure Compelling the Production of Documents by, and a Deposition of, the
Debtors **[Docket No. 3519]**

Response Deadline:              August 7, 2009 at 5:00 p.m.

Response Filed:                 None to date.

Reply Filed:                    None to date.

Additional Document(s):

A.      Application for FRBP 2004 Examination Application of Federal
Republic of Germany for an Order Pursuant to Rule 2004 of the
Federal Rules of Bankruptcy Procedure Authorizing and Directing
(A) the Production of Documents and (B) the Oral Examination of
Individuals Designated by the Debtors and Believed to have
knowledge of the Relevant Matters (related document(s) 3519)
filed by Samir Gebrael on behalf of Federal Republic of Germany,
Office of Defense Administration USA/Canada **[Docket No. 3520]**

**Status:**      This matter has been adjourned to November 6, 2009 at 9:45 a.m.

11.     Notice of Presentment of Order Pursuant to Rule 2004 of the Federal Rules of
Bankruptcy Procedure Compelling the Production of Documents by, and a
Deposition of, the Debtors filed by Julie and David Brittingham **[Docket No.
3664]**

Response Deadline:              August 13, 2009 at 5:00 p.m.

Response Filed:                 None to date.

Reply Filed:                    None to date.

Additional Document(s):

A.      Application for FRBP 2004 Examination Application for an Order
Pursuant to Rule 2004 of the Federal Rules of Bankruptcy

Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters filed by Samir Gebrael on behalf of The Brittinghams **[Docket No. 3665]**

12.     Motion for Order Authorizing Rejection of Agreement for Engine Maintenance Services for Gulfstream V Aircraft  **[Docket No. 3690]**

Response Deadline:          October 23, 2009 at 4:00 p.m.

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Document(s):     None to date.

**Status**:        This matter has been adjourned to November 6, 2009 at 9:45 a.m.

13.     Motion for Order Approving Assumption of Agreement for Engine Maintenance Services for Gulfstream 350 Aircraft **[Docket No. 3702]**

Response Deadline:          October 23, 2009 at 4:00 p.m.

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Document(s):     None to date.

**Status**:        This matter has been adjourned to November 6, 2009 at 9:45 a.m.

14.     Motion of Bank of New York Mellon Trust Company, N.A., as Resigning Indenture Trustee, for Entry of an Order Appointing Manufacturers and Traders Trust Company as Successor Indenture Trustee **[Docket No. 3759]**

Response Deadline:          August 21, 2009 at 11:00 a.m.

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Document(s):     None to date.

**Status**:        This matter has been adjourned to November 6, 2009 at 9:45 a.m.

15.     Remy International Inc's Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated

by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket No. 3769]**

| | |
|---|---|
| Response Deadline: | August 20, 2009 at 5:00 p.m. |
| Response Filed: | None to date. |
| Reply Filed: | None to date. |

Additional Document(s):

    A.    Application for FRBP 2004 Examination Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters filed by N. Kathleen Strickland on behalf of Remy International, Inc. **[Docket No. 3770]**

**Status:**    This matter has been adjourned to November 6, 2009 at 9:45 a.m.

16.    Motion by The Schaefer Group for Relief from Automatic Stay or, in the Alternative, Compelling Production of Documents Pursuant to Rule 2004 **[Docket No. 3880]**

| | |
|---|---|
| Response Deadline: | September 9, 2009 at 4:00 p.m. |
| Response Filed: | None to date. |
| Reply Filed: | None to date. |
| Additional Document(s): | None to date. |

**Status:**    This matter has been adjourned to November 6, 2009 at 9:45 a.m.

## V.    WITHDRAWN MATTERS:

17.    Johnson Controls, Inc's. Motion to Compel Arbitration Pursuant to Cure Dispute Resolution Process **[Docket No. 3923 and 3948]**

| | |
|---|---|
| Response Deadline: | September 29, 2009 at 4:00 p.m. |
| Responses Filed: | None to date. |
| Replies Filed: | None to date. |
| Additional Document(s): | None to date. |

**Status**:            This matter has been withdrawn.

Dated: October 5, 2009
       New York, New York

                                    /s/ Stephen Karotkin
                                    Harvey R. Miller
                                    Stephen Karotkin
                                    Joseph H. Smolinsky

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession