Sander L. Esserman (Admitted *Pro Hac Vice*)
Peter D'Apice
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          )
In re MOTORS LIQUIDATION COMPANY, *et al.*  )    Chapter 11
                                                          )
                                                          )    Case No. 09-50026 (REG)
                                                          )
                              Debtors.              )    Jointly Administered
-----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 1, 2009, he caused true and correct copies of the *Objection of the Ad Hoc Committee of Asbestos Personal Injury Claimants to Motion of Detroit Diesel Corporation for Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. § 362(a) to Cover Certain Litigation Relating to Detroit Diesel Corporation, or Alternatively, Enjoining Such Litigation Pursuant to 11 U.S.C. § 105* [Doc. No. 4144] to be served on the parties below by the method indicated and by electronic mail on all parties receiving notice via the Court's ECF System.

**By Electronic Mail**
Harvey R. Miller
harvey.miller@weil.com
Stephen Karotkin
stephen.karotkin@weil.com
Joseph H. Smolinsky
Joseph.smolinsky@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
767 Fifth Avenue
New York, NY 10153
**Counsel for the Debtors**

**By Electronic Mail**
Lawrence Buonomo
lawrence.buonomo@gm.com
General Motors Company
300 Renaissance Center
Detroit, Michigan 48265

**By Electronic Mail**
Kenneth H. Eckstein
keckstein@kramerlevin.com
Thomas Moers Mayer
tmayer@kramerlevin.com
Adam C. Rogoff
arogoff@kramerlevin.com
Gordon L. Novod
gnovod@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Counsel for Official Committee of Unsecured Creditors**

**By Electronic Mail**
John J. Rapisardi
john.rapisardi@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**Counsel for Vehicle Acquisition Holdings LLC**

**By Electronic Mail**
James L. Bromley
jbromley@cgsh.com
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
**Counsel for UAW**

**By Electronic Mail**
Ted Stenger
tstenger@alixpartners.com
Debtors c/o Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan 48265

**By Electronic Mail**
Michael J. Edelman
mjedelman@vedderprice.com
Michael L. Schein
mschein@vedderprice.com
Vedder Price, PC
1633 Broadway, 47th Floor
New York, NY 10019
**Counsel for Export Development Canada**

**By Electronic Mail**
David S. Jones
david.jones6@usdoj.gov
Matthew L. Schwartz
matthew.schwartz@usdoj.gov
United States Attorney's Office
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007

-2-

-3-

| | |
|---|---|
| **By Electronic Mail** | **By Facsimile** |
| Michael T. Conway | Diana G. Adams |
| michael.conway@leclairryan.com | Office of the United States Trustee for the Southern District of New York |
| LeClair Ryan, A Professional Corporation | 33 Whitehall Street, 21st Floor |
| 830 Third Avenue, Fifth Floor | New York, NY 10004 |
| New York, NY 10022 | Facsimile: (212) 668-2255 |
| **Counsel for Detroit Diesel Corporation** | |

  */s/ Peter C. D'Apice*

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900