Sander L. Esserman (Admitted *Pro Hac Vice*)
Peter D'Apice
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                    )
In re MOTORS LIQUIDATION COMPANY, *et al.*    )    Chapter 11
                                                                                    )
                                                                                    )    Case No. 09-50026 (REG)
                                                                                    )
                                            Debtors.             )    Jointly Administered
-----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 5, 2009, he caused true and correct copies of the *Ad Hoc Committee of Asbestos Personal Injury Claimants' Response to the Motion to Strike the Objection to the Ad Hoc Committee of Asbestos Personal Injury Claimants' to the Motion of Remy International for an Order Extending and Enforcing the Stay to Certain Litigation and Request for Leave to File the Objection Late Under Federal Rule of Bankruptcy Procedure 9006(b)(1)* [Doc. No. 4162] to be served on the parties below by the method indicated and by electronic mail on all parties on the Master Service List and on all parties receiving notice via the Court's ECF System.

-2-

**By Electronic Mail**
Harvey R. Miller
harvey.miller@weil.com
Stephen Karotkin
stephen.karotkin@weil.com
Joseph H. Smolinsky
Joseph.smolinsky@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
767 Fifth Avenue
New York, NY 10153
**Counsel for the Debtors**

**By Electronic Mail**
Lawrence Buonomo
lawrence.buonomo@gm.com
General Motors Company
300 Renaissance Center
Detroit, Michigan 48265

**By Electronic Mail**
Kenneth H. Eckstein
keckstein@kramerlevin.com
Thomas Moers Mayer
tmayer@kramerlevin.com
Adam C. Rogoff
arogoff@kramerlevin.com
Gordon L. Novod
gnovod@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Counsel for Official Committee of
Unsecured Creditors**

**By Electronic Mail**
John J. Rapisardi
john.rapisardi@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**Counsel for
Vehicle Acquisition Holdings LLC**

**By Electronic Mail**
James L. Bromley
jbromley@cgsh.com
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
**Counsel for UAW**

**By Electronic Mail**
Ted Stenger
tstenger@alixpartners.com
Debtors c/o Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan 48265

**By Electronic Mail**
Michael J. Edelman
mjedelman@vedderprice.com
Michael L. Schein
mschein@vedderprice.com
Vedder Price, PC
1633 Broadway, 47th Floor
New York, NY 10019
**Counsel for Export Development Canada**

**By Electronic Mail**
David S. Jones
david.jones6@usdoj.gov
Matthew L. Schwartz
matthew.schwartz@usdoj.gov
United States Attorney's Office
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007

-2-

-3-

| By Electronic Mail | By Facsimile |
|---|---|
| N. Kathleen Strickland | Diana G. Adams |
| kstrickland@rmkb.com | Office of the United States Trustee for the |
| Ropers, Majeski, Kohn & Bentley | Southern District of New York |
| 201 Spear Street, Suite 1000 | 33 Whitehall Street, 21st Floor |
| San Francisco, CA 94105 | New York, NY 10004 |
| **Counsel for Remy International, Inc.** | Facsimile: (212) 668-2255 |

 */s/ Peter C. D'Apice*

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900