| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 1 | First American Capital | Republic Financial<br>Attn: Michelle Young<br>3300 South Parker Road<br>Aurora, CO 80014 | Mobile Equipment Lease No. 1053 | 06/01/1999 | 09/30/2009 |
| 2 | JW Marriott Starr Pass Resort & Spa | JW Marriott Starr Pass Resort & Spa<br>Attn: Marcia Kleiman<br>3800 W. Starr Pass Blvd.<br>Tucson, AZ 85745 | Contract to Host Promotional Event | 01/30/2008 | 10/06/2009 |
| 3 | Verizon Airfone, Inc. | LiveTV Airfone<br>Attn: Dave Francisco<br>700 S. Babcock Street<br>Melbourne, FL 32901 | Contract for Cellular Telephone Service for Corporate Aircraft | 08/11/2005 | 10/06/2009 |
| 4 | WFI Stadium, Inc. (FedEx Stadium) | Washington Redskins<br>FedEx Field<br>Attn: Jason Friedman, VP Sales<br>1600 FedEx Way<br>Landover, MD 20785 | Washington Redskins Seating Contract | 02/01/2008 | 10/06/2009 |
| 5 | The Galleria General Joint Venture | Wilson, Cribbs & Goren<br>Attn: Abe S. Goren<br>440 Louisiana Street, Suite 2200<br>Houston, TX 77002-1644 | Indeminfication Agreement | 12/07/1994 | 10/06/2009 |
| 6 | Union Pacific Railroad Company<br>Montbello Tri-Continental Property Company NV | Union Pacific<br>Attn: Legal Department<br>P.O. Box 5523 T.A.S.<br>Denver, CO 80217<br><br>Union Pacific Contract & Real Estate Dept.<br>Attn: Legal Department<br>1416 Dodge Street, Room 1100<br>Omaha, NE 68179<br><br>Montbello Tri-Continental Property Company NV<br>c/o Multi National Management Group, Inc.<br>Attn: Legal Department<br>208 South LaSalle Street<br>Chicago, IL 60604 | Industry Track Contract for Rail to GM Facility | 03/15/1972 | 10/06/2009 |