UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11 Case No.
                                                           :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                  :     09-50026 (REG)
    f/k/a General Motors Corp., *et al.*         :
                                                           :
            Debtors.                 :     (Jointly Administered)
                                                           :
-----------------------------------------------------------------x

**AMENDED THIRD OMNIBUS ORDER PURSUANT TO 11 U.S.C. § 365 TO REJECT
CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

Upon the motion, dated September 23, 2009 (the "**Motion**")[1], of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 365(a) of title 11, United States Code (the "**Bankruptcy Code**"), for entry of an order authorizing the Debtors to reject certain unexpired leases of nonresidential real property, all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that each of the Leases listed on **Annex I** attached hereto is an unexpired lease of nonresidential real property capable of being rejected under section 365 of the Bankruptcy Code; and it is further

ORDERED that the rejection of the Leases, as set forth herein, (1) constitutes an exercise of sound business judgment by the Debtors, made in good faith and for legitimate commercial reasons; (2) is appropriate and necessary under the circumstances described in the Motion; and (3) is warranted and permissible under sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006; and it is further

ORDERED that pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014, the rejection of the Leases listed on **Annex I** attached hereto and all related amendments and supplements thereto is hereby authorized and approved, effective as of the rejection dates (the "**Rejection Dates**") set forth on **Annex I**; and it is further

ORDERED that the Motion has been adjourned with respect to the rejection of that certain warehouse lease of property located at 4002 James Cole Blvd. Flint, MI on consent of the parties to November 6, 2009 at 9:45 a.m. (Eastern Time) and **Annex I** to this Order has been amended to reflect the removal of such lease; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: ***October 6, 2009***
New York, New York

*s/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE

# Annex I

## Unexpired Leases of Nonresidential Real Property