| | Contract Counterparty | Counterparty Address | Property Location | Contract Description | Termination Date | Rejection Date |
|---|---|---|---|---|---|---|
| 1 | Metropolitan Life Insurance Company | Metropolitan Life Insurance Company c/o Taylor & Mathis, Inc. Attn: Legal Department 2901 S.W. 149th Avenue Suite 120 Miramar, FL  33207<br><br>Metropolitan Life Insurance Company Attn: Legal Department 2400 Lakeview Parkway  Suite 400 Alpharetta, GA  30004-1976 | 2901 SW 149th Avenue Miramar, FL | Lease Agreement | 12/31/2010 | 11/30/2009 |
| 2 | Milex Properties, III, LLC | Milex Properties, III, LLC Attn.:  John Hynansky 911 Tatanall Street Wilmington, DE 19801 | 525 Baltimore Pike Clifton Heights, PA | Ground Lease Sublease (Sandwich Lease) | 05/31/2014 | 09/30/2009 |
| 3 | SN&JN, LP | SN&JN, LP Attn: Legal Department 18 Clover Lane New Town Square, PA 19073 | 525 Baltimore Pike Clifton Heights, PA | Ground Lease Agreement (Sandwich Lease) | 05/31/2014 | 09/30/2009 |
| 4 | Willow Run Business Center I, LLC | Willow Run Business Center I, LLC Attn: Legal Department 1603 W. 16th Street Oak Brook, IL  60523<br><br>Insite Real Estate Development, LLC Attn: Legal Department 1603 W. 16th Street Oak Brook, IL 60523 | 2625 Tyler Road Ypsilanti, MI | Lease Agreement | 08/31/2010 | 09/30/2009 |