VINSON & ELKINS L.L.P.
Ronald L. Oran
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel: 212-237-0000
Fax: 212-237-0100
Email: roran@velaw.com

*Attorney for AM General LLC,*
*General Engine Products LLC, &*
*General Transmission Products LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                  :          Chapter 11
                                                        :
GENERAL MOTORS CORP., et al.,                           :          Case No. 09-50026 (REG)
                                                        :
                              Debtors.                  :          (Jointly Administered)
-----------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND AMENDED LIMITED
OBJECTION OF AM GENERAL LLC AND GENERAL ENGINE PRODUCTS LLC TO
NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE
AMOUNTS RELATED THERETO**

_____

        AM General LLC, formerly AM General Corporation, General Transmission Products LLC,

and General Engine Products LLC (collectively, "AM General"), by and through their undersigned

counsel, hereby withdraw their June 24, 2009 Limited Objection of AM General LLC and General

Engine Products LLC to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory

Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real

Property and (II) Cure Amounts Related Thereto (the "Objection", Docket No. 2452) and their July

13, 2009 Amended Limited Objection of AM General LLC and General Engine Products LLC to

**Page 1 of 3**

US 100638v.2

Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases

of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts

Related Thereto (the "Amended Objection", Docket No. 3134).

AM General reserves its right to object to the assumption or assignment of any contracts

noticed for assumption in the future or for which it has not yet received notice of Debtors' intent to

assume or assign.

Dated: October 6, 2009

Respectfully submitted,

By:     __/s/ Ronald L. Oran_____
Ronald L. Oran
**VINSON & ELKINS L.L.P.**
666 Fifth Avenue, 26th Floor
New York, New York 10103-0040
Tel: 212-237-0000
Fax:  212-237-0100
Email: roran@velaw.com

*Attorney for AM General LLC,*
*General Engine Products LLC, &*
*General Transmission Products LLC*

**Page 2 of 3**

US 100638v.2

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2009, a copy of the foregoing was filed electronically through the CM/ECF system and served electronically on all parties accepting Notice of Electronic Filing; copies of the foregoing were also served on the following parties via Federal Express overnight delivery:

| | |
|---|---|
| The Debtors<br>c/o General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center, Mail code<br>480-206-114 | Weil, Gotshal & Manges LLP<br>Attorneys for the Debtors<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. |
| The U.S. Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC  20220<br>Attn:  Matthew Feldman, Esq. | Cadwalader, Wickersham & Taft LLP<br>Attorneys for the Purchaser<br>One World Financial Center<br>New York, New York  10281<br>Attn: John J. Rapisardi, Esq. |
| Vedder Price, P.C.<br>Attorneys for Export Development Canada<br>1633 Broadway<br>47th Floor<br>New York, New York  10019<br>Attn: Michael J. Edelman, Esq.<br>Michel L. Schein, Esq. | The Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, New York  10004<br>Attn: Diana G. Adams, Esq. |
| Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of The Americas<br>New York, NY 10036 | Thomas Moers Mayer<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

__/s/ Ronald L. Oran_____
Ronald L. Oran

US 100638v.2