**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY, et al.,** | : | |
| f/k/a General Motors Corp., et al. | : | 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )
                             ) ss
COUNTY OF KING        )

I, Laurie M. Thornton, being duly sworn, depose and state:

1.    I am a Senior Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.    On October 6, 2009 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (contract counterparties affected by the motion):

- Amended Third Omnibus Order Pursuant to 11 U.S.C. § 365 to Reject Certain Unexpired Leases of Non-Residential Real Property [Docket No. 4182].

Signed at Seattle, Washington this 6th day of
October, 2009.

                                        _Laurie M. Thornton_
                                        LAURIE M. THORNTON

Sworn to before me in Seattle, Washington this 6th day of October, 2009.

_Brook Lyn Bower_
BROOK LYN BOWER
Notary Public in and for the
State of Washington
Residing in Puyallup
My Commission Expires July 26, 2012
No. 99205

```
Notary Public
State of Washington
BROOK LYN BOWER
MY COMMISSION EXPIRES
July 26, 2012
```

# EXHIBIT A

METROPOLITAN LIFE INSURANCE COMPANY
2400 LAKEVIEW PARKWAY, SUITE 400
ATTN: LEGAL DEPT
ALPHARETTA, GA 30004-1976

METROPOLITIAN LIFE INSURANCE COMPANY
C/O TAYLOR & MATHIS, INC.
2901 S.W. 149TH AVE., SUITE 120
MIRIMAR, FL 33027

MILEX PROPERTIES, III, LLC, A DELAWARE LIMITED
ATT: JOHN HYNANSKY
911 TATANALL STREET
WILMINGTON, DE 19801

SN & JN LP
ATTN JACK NIGGEMAN
18 CLOVER LN
NEWTOWN SQUARE, PA 19073-4103

WILLOW RUN BUSINESS CENTER I, LLC
ATTN: LEGAL DEPARTMENT
1603 W. 16TH STREET
OAK BROOK, IL 60523

WILLOW RUN BUSINESS PARK CENTER I, LLC
C/O INSITE REAL ESTATE, LLC
ATT: LARISSA A. ADDISON, ESQ. - MANAGING
DIRECTOR/GEN COUNSEL
1400 16TH STREET, SUITE 300
OAK BROOK, IL 60523-8854