UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                    :
                                                         :  Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                    :
    f/k/a General Motors Corp., *et al.*                 :  09-50026 (REG)
                                                         :
        Debtors.                                       :  (Jointly Administered)
                                                         :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )
                            ) ss
COUNTY OF KING       )

I, Laurie M. Thornton, being duly sworn, depose and state:

1. I am a Senior Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On October 6, 2009 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (contract counterparties affected by the motion):

- Seventh Omnibus Order Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts [Docket No. 4181].

Signed at Seattle, Washington this 6th day of
October, 2009.

                                                    LAURIE M. THORNTON

Sworn to before me in Seattle, Washington this 6th day of October, 2009.

_____
BROOK LYN BOWER
Notary Public in and for the
State of Washington
Residing in Puyallup
My Commission Expires July 26, 2012
No. 99205

> Notary Public
> State of Washington
> BROOK LYN BOWER
> MY COMMISSION EXPIRES
> July 26, 2012

# EXHIBIT A

| | |
|---|---|
| JW MARRIOTT STARR PASS RESORT & SPA<br>ATT: MARCIA KLEIMAN<br>3800 WEST STARR PASS BLVD.<br>TUCSON, AZ 85745 | RBS ASSET FINANCE<br>ATTN: MIKE O'GRADY<br>71 SOUTH WHACKER DRIVE<br>28TH FLOOR, MAIL STOP IH2800<br>CHICAGO, IL 60680 |
| THE GALLERIA GENERAL JOINT VENTURE<br>WILSON CRIBBS & GOREN<br>ABE S. GOREN<br>440 LOUISIANA ST STE 2200<br>440 LOUISIANA<br>HOUSTON, TX 77002-1644 | UNION PACIFIC RAILROAD COMPANY<br>MONTBELLO TRI-CONTINENTAL PROPERTY COMPANY NV<br>C/O JASON ASSOCIATES - UNION PACIFIC<br>PO BOX 5523 T.A.S.<br>DENVER, CO 80217 |
| UNION PACIFIC RAILROAD COMPANY<br>MONTBELLO TRI-CONTINENTAL PROPERTY COMPANY NV<br>C/O UNION PACIFIC - CONTRACT AND REAL ESTATE DEPT<br>1416 DODGE STREET, ROOM 1100<br>OMAHA, NE 68179 | UNION PACIFIC RAILROAD COMPANY<br>MONTBELLO TRI-CONTINENTAL PROPERTY COMPANY NV<br>C/O MULTI NATIONAL MANAGEMENT GROUP, INC<br>ATT: LEGAL DEPARTMENT<br>208 SOUTH LASALLE STREET<br>CHICAGO, IL 60604 |
| VERIZON AIRFONE INC<br>C/O LIVE TV AIRFONE<br>ATT: DAVE FRANCISCO<br>700 S. BABCOCK ST<br>MELBOURNE, FL 32901 | WFI STADIUM / FEDEX<br>JASON FRIEDMAN, VP SALES<br>FED EX FIELD<br>1600 FEDEX WAY<br>LANDOVER, MD 20785-4534 |