**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
:
In re                                          :            **Chapter 11 Case No.**
:
**GENERAL MOTORS CORP.,** *et al.,*            :            **09-50026 (REG)**
:
                              Debtors.         :            **(Jointly Administered)**
:
----------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF KENT B. HANSON,

## ON BEHALF OF HANSON MAREK BOLKCOM & GREENE, LTD.

STATE OF MINNESOTA    )
                      ) ss:
COUNTY OF HENNEPIN    )

   Kent B. Hanson, hereby declares, pursuant to section 1746 of title 28 of the

United States Code:

   1.  I am President and CEO of Hanson Marek Bolkcom & Greene, Ltd.,

located at 527 Marquette Avenue, Suite 2300, Minneapolis, Minnesota 55402 (the "**Firm**").

   2.  General Motors Corporation and certain of its subsidiaries, as debtors and

debtors in possession in the above-captioned chapter 11 cases ( collectively, the "**Debtors**"),

have requested that the Firm provide legal services to the Debtors, and the Firm has consented

to provide such services.

   3.  The Firm may have performed services in the past and may perform

services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties

in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is

retained in cases, proceedings, and transactions involving many different parties, some of whom

may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which my Firm is to be employed.

4.      Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.      Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters on which my Firm is to be employed.

6.      The Debtors owe the Firm $49,289.59 for prepetition services.

7.      The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_October 7, 2009_ .

                                                By: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                        :
In re                                   :          Chapter 11 Case No.
                                        :
GENERAL MOTORS CORP., *et al.*,         :          09-50026 (REG)
                                        :
                        Debtors.        :          (Jointly Administered)
                                        :
---------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY GENERAL MOTORS
CORPORATION OR ANY OF ITS DEBTOR SUBSIDIARIES (collectively, the "**Debtors**")


DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

     Weil, Gotshal & Manges LLP
     767 Fifth Avenue
     New York, New York 10153
     Attn:   Russell B. Brooks

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

    1.    Name and address of firm:

       Hanson Marek Bolkcom & Greene, Ltd.

       527 Marquette Avenue, Suite 2300

       Minneapolils, MN 55402


    2.    Date of retention:   January 1, 1996

3.    Brief description of services to be provided:

Legal services in evaluation and defense of product liability claims.

4.    Arrangements for compensation (hourly, contingent, etc.):

Hourly

(a)    Average hourly rate (if applicable):

The range is $50.00 for litigation support to $285.00 for attorneys.

(b)    Estimated average monthly compensation based on prepetition
retention (if firm was employed prepetition):

Under $150,000.00 per month (average fees for last 12 months prepetition
was $183,119.84).

5.    Prepetition claims against the Debtors held by the firm:

Amount of claim:      $ 49,289.59

Date claim arose:      Unpaid Invoices from July 2008 to May 2009.

Source of Claim:      Legal services rendered.

6.    Prepetition claims against the Debtors held individually by any member,
associate, or professional employee of the firm:

Name:   None known.

Status:

Amount of Claim:   $

Date claim arose:

Source of claim:

7.    Stock of the Debtors currently held by the firm:

Class of shares:  None.

No. of shares:

8.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  None known.

Status:

Class of shares:

No. of shares:

9.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None known.

11.   Name of individual completing this form:

Kent B. Hanson