UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: Motors Liquidation Company, et al.,
f/k/a General Motors Corp., et al
(Re: Non-Debtor filing of Detroit Diesel
"DD")                           Debtor

------------------------------------------------------------x

Case No.: 09-50026

Chapter 11

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gerolyn P. Roussel, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Jeanette Garnett Pichon, et al., a plaintiff of the non-debtor DD in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Louisiana and, if applicable, the bar of the U.S. District Court for the Eastern District of Louisiana.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 09/30/09
New York, New York

*[signature]*

Mailing Address:
1714 Cannes Drive
LaPlace, Louisiana 70068

E-mail address: rousselp@bellsouth.net
Telephone number: (985) 651-6591