UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re: Motors Liquidation Company, et al., f/k/a
General Motors Corp., et al (Re:
Non-Debtor filing by Detroit Diesel
                                    Debtor
------------------------------------------------------------x

Case No.: 09-50026

Chapter 11

                        Plaintiff

                v.

                        Defendant
------------------------------------------------------------x

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Perry J. Roussel, Jr., LB #20351, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Jeanette Garnett Pichon, et al., a plaintiff of the non-debtor DD in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Louisiana and, if applicable, the bar of the U.S. District Court for the Eastern District of Louisiana.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 10/02/09
New York, New York

Mailing Address:

1714 Cannes Drive
LaPlace, Louisiana 70068

E-mail address: rousselp@bellsouth.net
Telephone number: (985) 651-6591