UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY, et al.

             Debtor

------------------------------------------------------------x

             Plaintiff

     v.

             Defendant

------------------------------------------------------------x

Case No.: 09-50026

Chapter ___

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John Deaton, Esq._____, request admission, *pro hac vice*, before the Honorable Robert E. Gerber_____, to represent 4 asbestos plaintiffs whose claims___, a are now before this Court_____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Rhode Island_____ and, if applicable, the bar of the U.S. District Court for the _____ District of Rhode Island_____.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 10.01.09_____

Providence, RI_____, New York

_____/John Deaton, Esq.

*Mailing Address:*

The Deaton Law Firm_____

1 Richmond Square, Suite 163W_____

Providence, RI 02906_____

*E-mail address:* jdeaton@deatonlawfirm.com

*Telephone number:* (401) 351-6400_____