Angela Z. Miller, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York  10022
Tel. 212-759-4888
Fax. 212-308-9079

-and-

3400 HSBC Center
Buffalo, New York 14203
Tel. 716-847-8400
Fax. 716-852-6100
Attorneys for National Fuel Resources, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., et al. | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

_____

### WITHDRAWAL OF LIMITED OBJECTION
### OF NATIONAL FUEL RESOURCES, INC.
### TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND
### ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES
### OF PERSONAL PROPERTY AND UNEXPIRED LEASES
### OF NONRESIDENTIAL REAL PROPERTY AND
### (II) CURE AMOUNTS RELATED THERETO

National Fuel Resources, Inc. ("NFR"), by its undersigned counsel, hereby withdraws the Limited Objection of National Fuel Resources, Inc. to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto dated June 18, 2009 (Docket No. 1827).

Dated: October 8, 2009
      Buffalo, New York

                      PHILLIPS LYTLE LLP

                By   /s/ Angela Z. Miller
                     Angela Z. Miller
                     Allan L. Hill
Suite 3400
One HSBC Center
Buffalo, New York 14203-2887
Telephone No. (716) 847-8400
  and
437 Madison Avenue, 34th Floor
New York, New York 10022
Tel. 212-759-4888

Doc # 01-2309810.1

- 2 -