

**GM Benefits & Services Center**
gmbenefits.com
1-800-489-4646
**International Access**
Dial AT&T Direct® Service Access Code, then 877-833-9900
**TDD Service for the Hearing Impaired**
1-877-347-5225

WALTER J LAWRENCE                                                       May 14, 2007
#162, 3101 SW 34TH AVE. #905
OCALA, FL 34474-0000

**Re: Recalculation of Pension Benefits**

Dear WALTER J LAWRENCE:

This is a revised statement of your Pension Benefits from General Motors. The revision and reason for the Pension Benefit Recalculation is:

- Benefits were not adjusted by the Tax Levy Amount of $1,099.50
- Pension Overpayment

|  | Current Benefit Amount | New Benefit Amount as of 07/01/2007 |
|---|---|---|
| Benefit to Participant: | $1,045.50 | $0.00 |

Our records indicate you have received an overpayment of retirement benefits from 01/01/2005 through 06/01/2007, a total of 30 month(s). The total amount of the overpayment is $32,985.00. Because the Plan is an ERISA qualified Plan, we are required to collect overpayments and return them to the Plan's Trust Fund.

Please make your check or money order payable to General Motors Corporation and send it to the Benefit Service Center in the self addressed envelope enclosed for your convenience. On the check or money order, indicate that this is to repay an overpayment, clearly print your full name and include your Social Security number.



**Additional Information**

If you have any questions. please call the GM Benefits & Services Center toll-free at 1-800-489-4646, Monday through Friday, between 7:30 a.m. and 6:00 p.m.. Eastern Time zone, to speak with a Customer Service Associate. From outside the U.S., dial your country's toll-free AT&T Direct® access number then enter 877-833-9900. In the U.S., call 1-800-331-1140 to obtain AT&T Direct access numbers. From anywhere in the world. access numbers are available online at www.att.com/traveler or from your local operator.

To ensure you receive future mailings. please contact the GM Benefits & Services Center any time your mailing address changes.

Sincerely,

**GM Benefits & Services Center**