UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                                                            CHAPTER 11
                                                                                     CASE NO. 09-50026(REG)
        MOTORS LIQUIDATION COMPANY, *et al.*,     (Jointly Administered)
        f/k/a General Motors Corp., *et al.*

                                    Debtors.

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY.

Upon the motion of Movant, Walter J. Lawrence, in the action entitled *WALTER J. LAWRENCE V. GENERAL MOTORS HOURLY RATE EMPLOYEE PENSION, AND GENERAL MOTORS CORPORATION*, 5:O7-CV-408 OC, United States District Court, Middle District of Florida for entry of an order granting relief from the automatic stay pursuant to 11 U.S.C.. § 362(d)(1) of Chapter 11 of title 11, United States Code (the "Bankruptcy Code"), so as to permit the United States District Court, Middle District of Florida case number 5:O7-CV-408 OC, to proceed in the above referred to action and for Movant to file with the United States Court Appeals for the Eleventh Circuit a Wirt of Mandamus should the United States District Court, Middle District of Florida case number 5:O7-CV-408 OC find and hold that Movant has no available adequate remedy.

IT IS HEREBY ODRDERED AND ADJUDGED that the automatic of § 362 of the Bankruptcy Code is modified and lifted so as to permit permit the United States District Court, Middle District of Florida case number 5:O7-CV-408 OC, to proceed in the above referred to action and for Movant to file with the United States Court Appeals for the Eleventh Circuit a Wirt of Mandamus should the United States District Court, Middle District of Florida case number 5:O7-

CV-408 OC refuse to grant to Movant the opportunity to proceed with the "adequate remedy" that the Eleventh Circuit held is available to Movant in the United States District Court, Middle District of Florida case number 5:O7-CV-408 OC., and to otherwise pursue the Movants' rights against the Debtor.

    IT IS SO ORDERED.

Dated: New York, New York

_____, 2009          _____

                                                UNITED STATES BANKRUPTCY JUDGE