1. Payment History

Print this Page

Listed below are the details for all your pension payments.

All payments, whether Direct Deposit or Check, are sent in order to be received by the scheduled Payment Date. Please confirm fund availability with your financial institution. Learn more about Payment History

Select Period:

GM HOURLY PENSION PLAN (DB038404-003)

| Payment Date | Gross Amount | Net Amount | Payment Status | Payment Method | Action |
|---|---|---|---|---|---|
| 12/01/2006 | $1,121.70 | $1,100.70 | Deposited | Direct Deposit | View Details |
| 11/01/2006 | $1,121.70 | $1,100.70 | Deposited | Direct Deposit | View Details |
| 10/01/2006 | $1,121.70 | $1,100.70 | Deposited | Direct Deposit | View Details |
| 09/01/2006 | $1,121.70 | $1,100.70 | Deposited | Direct Deposit | View Details |

| Date | | | | | |
|---|---|---|---|---|---|
| 08/01/2006 | $1,121.70 | $1,100.70 | Deposited | Direct Deposit | View Details |
| 07/01/2006 | $1,121.70 | $1,100.70 | Deposited | Direct Deposit | View Details |
| 06/01/2006 | $1,121.70 | $1,100.70 | Deposited | Direct Deposit | View Details |
| 05/01/2006 | $1,121.70 | $1,121.70 | Deposited | Direct Deposit | View Details |
| 04/01/2006 | $1,121.70 | $1,121.70 | Deposited | Direct Deposit | View Details |
| 03/01/2006 | $1,121.70 | $1,121.70 | Deposited | Direct Deposit | View Details |
| 02/01/2006 | $1,121.70 | $1,121.70 | Deposited | Direct Deposit | View Details |
| 01/01/2006 | $1,121.70 | $1,121.70 | Deposited | Direct Deposit | View Details |

GM HOURLY PENSION PLAN (DB038404-501)