GM HOURLY PENSION PLAN (DB038404-003)

| Payment Date | Gross Amount | Net Amount | Payment Status | Payment Method | Action |
|---|---|---|---|---|---|
| 10/01/2009 | $447.92 | $436.92 | Outstanding | Check | View Details |
| 09/01/2009 | $447.92 | $436.92 | Cleared | Check | View Details |
| 08/01/2009 | $447.92 | $425.92 | Cleared | Check | View Details |
| 07/17/2009 | $494.95 | $494.95 | Cleared | Check | View Details |
| 07/01/2009 | $524.12 | $513.12 | Cleared | Check | View Details |
| 06/01/2009 | $524.12 | $513.12 | Cleared | Check | View Details |
| 05/01/2009 | $524.12 | $513.12 | Cleared | Check | View Details |
| 04/01/2009 | $524.12 | $513.12 | Cleared | Check | View Details |
| 03/01/2009 | $494.95 | $483.95 | Cleared | Check | View Details |
| 01/01/2009 | $494.95 | $486.89 | Cleared | Check | View Details |
| 12/15/2008 | $350.00 | $350.00 | Cleared | Check | View Details |
| 12/01/2008 | $494.95 | $494.95 | Cleared | Check | View Details |
| 11/01/2008 | $494.95 | $472.95 | Cleared | Check | View Details |

GM HOURLY PENSION PLAN (DB038404-501)