# CHARAPP & WEISS, LLP

ATTORNEYS AT LAW

8300 GREENSBORO DRIVE

SUITE 200

McLEAN, VIRGINIA 22102

TELEPHONE (703) 564-0220
FACSIMILE (703) 564-0221
WWW.CWATTORNEYS.COM

September 29, 2009

RECEIVED
OCT - 5
U.S. BANKRUPTCY COURT, SDNY

Mr. Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

  Re: Motors Liquidation Company f/k/a General Motors Corporation
    Chapter 11 Case No.: 09-50025 (REG)
    Lindsay Cadillac Company

Dear Mr. Genna:

  Please note that your office has been sending bankruptcy documents to my office for a former franchisee of the bankrupt debtor named Lindsay Cadillac Company. That is not the correct address. My office represents Lindsay Cadillac Company occasionally in matters in the Commonwealth of Virginia. This firm does not represent the company in matters relating to this bankruptcy.

  I am not sure how our firm's address was obtained so that this dealership is served with documents under the proceeding through me. It may have been picked up in some prior administrative action in Virginia between Lindsay Cadillac Company and the former General Motors corporation.

  Nevertheless, I would appreciate it if you would change your record to reflect the correct address of Lindsay Cadillac Company, c/o Mr. Charles Lindsay, 1525 Kenwood Avenue, Alexandria, Virginia 22302-2319.

Sincerely,

Michael G. Charapp

MGC/jdr

ADDITIONAL OFFICES IN:
BETHESDA, MARYLAND · RICHMOND, VIRGINIA · WASHINGTON, DC