Joshua I. Divack
Huria N. Patwardhan
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
*Attorneys for Bonnie J. Reynolds, and Garland Reynolds, Jr.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
In re

MOTORS LIQUIDATION COMPANY, et al.,
   f/k/a General Motors Corp., et al.,

         Debtors.

---------------------------------------------------------

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of Hahn & Hessen LLP hereby appears as counsel in these cases on behalf of Bonnie J. Reynolds, and Garland Reynolds, Jr., and that pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and 11 U.S.C. §§ 102(1), 342 and 1109(b), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served as set forth below:

    Joshua I. Divack, Esq.
    Huria N. Patwardhan, Esq.
    HAHN & HESSEN LLP
    488 Madison Avenue, 15th Floor
    New York, New York 10022
    Telephone: (212) 478-7200
    Facsimile: (212) 478-7400
    Email: Jdivack@hahnhessen.com
    Email: hpatwardhan@hahnhessen.com

**PLEASE TAKE FURTHER NOTICE**, that, if applicable, pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices of papers referred to in the Bankruptcy Rules and Code provisions specified above, but also includes,

without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise, which affect or seek to affect in any way the Debtors or property or proceeds in which the Debtors may claim an interest.

Dated: New York, New York
       October 8, 2009

**HAHN & HESSEN LLP**

By:   /s/ Joshua I. Divak
      Joshua I. Divak
      A Member of the Firm

      *Counsel for Bonnie J. Reynolds, and
      Garland Reynolds, Jr.*