Joshua I. Divack
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
jdivack@hahnhessen.com

-and-

James C. Morton
Georgia Bar No. 526025
Suite 1350, Two Midtown Plaza
1349 West Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 966-5133
jcm-law@comcast.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
In re

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.,

Debtors.

---------------------------------------------------------

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

## **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, James C. Morton, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Bonnie J. Reynolds, and Garland Reynolds, Jr., creditors in the above-referenced case.

I certify that I am a member in good standing of the State Bar of Georgia and the bar of the U.S. District Court for the Northern District of Georgia.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: October 8, 2009
New York, New York

/s/ James C. Morton
James C. Morton
Georgia Bar No. 526025
Suite 1350, Two Midtown Plaza
1349 West Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 966-5133
jcm-law@comcast.net