UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

In re

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.,

Debtors.

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of James C. Morton to be admitted *pro hac vice* to represent Bonnie J. Reynolds and Garland Reynolds, Jr., creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the State Bar of Georgia and the bar of the U.S. District Court for the Northern District of Georgia, it is hereby

**ORDERED,** that James C. Morton, Esq. is admitted to practice *pro hac vice* in the above referenced case to represent Bonnie J. Reynolds and Garland Reynolds, Jr. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:    October ___, 2009

_____
UNITED STAES BANKRUPTCY JUDGE