**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                              :    Chapter 11
:
Motors Liquidation Company, et al.,   :    Case No. 09-50026 (REG)
:
    Debtors.                              :    (Jointly Administered)
:
---------------------------------------------------------------------x

**ORDER GRANTING MOTION FOR RELIEF FROM**
**THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362**

Upon the Motion of Bonnie J. Reynolds and Garland Reynolds, Jr. (the "Movants") for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362, dated October 7, 2009 (the "Motion") and the exhibit annexed thereto; and it appearing that notice of the Motion was proper and sufficient under the particular circumstances and that no other or further notice need be given; and the Court having considered the Motion and any objections or responses thereto; and this Court having determined that causes exists to grant relief from the automatic stay pursuant to 11 U.S.C. § 362(d); and after due deliberation thereon; and good and sufficient cause appearing therefore,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    1.    The relief sought in the Motion is GRANTED as set forth herein.

    2.    The automatic stay imposed by 11 U.S.C § 362(a) is hereby modified pursuant to 11 U.S.C. §362(d) to the extent necessary (i) to allow the United States Court of Appeals for the Eleventh Circuit (the "Eleventh Circuit") to rule on the fully briefed appeal by the Debtors in <u>Reynolds v. General Motors Corp</u>., Docket No. 08-16182-CC, pending before that

Court; and to the extent that the Eleventh Circuit affirms the Judgment[1] appealed from, (ii) to permit the Movants to enforce that Judgment against Travelers as surety on the $4.5 million supersedeas bond the Debtors filed in the United States District Court for the Northern District of Georgia, with that Court to have jurisdiction over any issues between Movants and Travelers in connection with enforcement against the bond.

3. All rights granted by this Order shall survive and shall not be modified, impaired or discharged by (i) the entry of an order converting these bankruptcy cases to a case under chapter 7 of the Bankruptcy Code dismissing any of the bankruptcy cases or (ii) entry of an order confirming a plan of liquidation or reorganization.

4. The ten-day stay period under Fed. R. Bankr. P. 4001(a)(3) is hereby waived and this Order is immediately effective upon entry.

5. Except as expressly set forth herein, this Court shall retain jurisdiction over all matters arising from the Motion or the implementation and/or interpretation of this Order.

Dated: _____, 2009

_____
Honorable Robert E. Gerber
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.