**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                              :
                                                     : **Chapter 11 Case No.**

**MOTORS LIQUIDATION COMPANY**, *et al.*,   :
    f/k/a General Motors Corp., *et al.*   : **09-50026 (REG)**
                                                   :
              Debtors.      : **(Jointly Administered)**
                                                   :
-------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                                   ) ss
COUNTY OF SUFFOLK  )

I, Kimberly Gargan, being duly sworn, depose and state:

    1.    I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, NY 11747.

    2.    On October 5, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A (parties affected by the amendment) annexed hereto:

- **Notice of Filing of Amendment to Motors Liquidation Company's Schedules of Assets and Liabilities [Docket No. 4161].**

Dated: October 7, 2009
       Melville, New York

                                                   /s/Kimberly Gargan
                                                   KIMBERLY GARGAN

Sworn to before me this 7th day
of October, 2009

/s/Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012

# EXHIBIT A

| | |
|---|---|
| 100 & 200 FOXBOROUGH BLVD. REALTY TRUST<br>C/O FOXOROUGH BLVD. MANAGEMENT, INC.<br>100 FOXBOROUGH BLVD.<br>SUITE 100<br>FOXBORO MA 02035 | 100/200 FOXBOROUGH BLVD. REALTY TRUST<br>C/O FOXBOROUGH BLVD. MANAGEMENT, INC.<br>117 EASTMAN ST<br>SOUTH EASTON MA 02375-1212 |
| 100/200 FOXBOROUGH BLVD. REALTY TRUST<br>C/O CB RICHARD ELLIS-N E PARTNERS<br>380 WESTMINISTER ST.<br>PROVIDENCE RI 02903 | 21ST DISTRICT AGRICULTURAL ASSOCIATION - THE BIG FRESNO FAIR<br>DAVID NALCHAJIAN<br>1121 S CHANCE AVE<br>FRESNO CA 93702-3707 |
| 600 FESTIVAL ASSOCIATION<br>MR. JAY HOWARD<br>6427 SADDLE CREEK CT., HARRISBURGH<br>HARRISBURG NC 28075 | AC PROPULSION INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>441 BORREGO CT<br>SAN DIMAS CA 91773-2971 |
| ACS GM LEASE ADMINISTRATION<br>1100 COBB PKWY N STE A MAIL STOP GMLA<br>MARIETTA GA 30062-9224 | ACS GM LEASE ADMINISTRATION<br>MIKE MEJIA<br>1190 KENNESTONE CIR STE 100<br>MARIETTA GA 30066-6019 |
| AEGIS GROUP, PLC<br>43-45 PORTMAN SQUARE<br>ATTN: HEAD OF LEGAL AFFAIRS<br>LONDON WIH 6LY | AIG - AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY<br>SPECIALTY POLICIES<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>175 WATER ST, 27TH FLOOR<br>NEW YORK NY 10038 |
| ALLEN SHORES PARTNERS, LP<br>ANTHONY R. GIANNONI<br>2300 RIVER PLAZA DR<br>SACRAMENTO CA 95833-3293 | ALLEN SHORES PARTNERS, LP C/O ORCHARD PROPERTIES<br>2290 N 1ST ST STE 300<br>SAN JOSE CA 95131-2017 |
| ALPINE SIERRA VENTURES AND HOMEWOOD VILLAGE RESORTS, LLC<br>MS. DEANNA GESCHEIDER<br>11025 PIONEER TRL UNIT 101B<br>TRUCKEE CA 96161-0250 | AMERA REALTY SERVICES, INC.<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>2900 N UNIVERSITY DR<br>CORAL SPRINGS FL 33065-5083 |
| AMERICAN STEEL INVESTMENT CORP<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>1717 W 10TH ST<br>INDIANAPOLIS IN 46222-3801 | AP-KNIGHT, LP<br>NEW YORK NY |
| ARGONAUT HOLDINGS, INC.<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>485 W MILWAUKEE ST<br>9TH FLOOR<br>BUILDING A<br>DETROIT MI 48202-3220 | ASPARITY DECISION SOLUTIONS IN<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>115 MARKET ST<br>PO BOX 3634<br>DURHAM NC 27701 |
| ASSURED MANAGEMENT CO.<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>1901 W. 14TH PL.<br>MISSION KS 66205 | ATLAS ELECTRIC DEVICES CO<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>17301 W OKEECHOBEE RD<br>HIALEAH FL 33018-6414 |

| | |
|---|---|
| ATP AUTOMOTIVE TESTING PAPENBU<br>JOHANN-BUNTE-STR 176<br>PAPENBURG NS 26871 | AUTOMOTIVE TESTING OPERATIONS<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>25650 W 11 MILE RD STE 100<br>SOUTHFIELD MI 48034-2253 |
| AVN AIR, LLC<br>ATTN: SENIOR RISK MANAGER<br>230 SCHILLING CIRCLE<br>HUNT VALLEY MD 21001-0640 | B & J MOTORS, INC.<br>CRAIG COX<br>9440 N 143RD ST<br>WAVERLY NE 68462-1623 |
| BALTIMORE OFFICE OF PROMOTION & THE ARTS<br>BOB SICARD<br>7 E REDWOOD ST STE 500<br>BALTIMORE MD 21202-1124 | BANK OF NEW YORK<br>101 BARCLAY ST STE 8W<br>NEW YORK NY 10286-0001 |
| BASF COATINGS AG<br>GLASURITSTR 1<br>MUENSTER NS 48165 | BAY AREA REDEVELOPMENT LP C/O KEEGAN FINANCIAL SERVICES, INC.<br>GM WORLDWIDE REAL ESTATE<br>GENERAL DIRECTOR<br>485 W MILWAUKEE ST<br>MC 482-309-939<br>DETROIT MI 48202-3220 |
| BOARD OF COUNTY ROAD COMMISSIONERS OF THE COUNTY OF WAYNE, MI<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>415 CLIFFORD ST<br>DETROIT MI 48226-1515 | BOEING CLASSIC<br>CHUCK NELSON<br>1325 6TH AVE<br>SEATTLE WA 98101-2304 |
| BOWYER DIRT MOTORSPORTS<br>CLINT BOWYER RACING INC.<br>CHIP WILLIAMS<br>PO BOX 1479<br>WELCOME NC 27374-1479 | BOYLE COOL SPRINGS JOINT VENTURE<br>BOYLE INVESTMENT COMPANY<br>ATTN: KENT SMITH - PROPERTY MANAGER<br>5110 MARYLAND WAY STE 330<br>BRENTWOOD TN 37027-7592 |
| BP 270 II, LLC<br>C/O WACHOVIA BANK<br>PO BOX 75040<br>BALTIMORE MD 21275-5040 | BP 270 II, LLC<br>20251 CENTURY BLVD STE 100<br>GERMANTOWN MD 20874-1195 |
| BP 270, LLC C/O MATAN REALTY, LLP<br>MICHAEL JEZIENICKI<br>20251 CENTURY BLVD STE 100<br>GERMANTOWN MD 20874-1195 | BP/CGCENTER I LLC<br>C/O BOSTON PROPERTIES LIMITED PARTNERSHIP<br>599 LEXINGTON AVE FL 1800<br>NEW YORK NY 10022-7661 |
| BP/CGCENTER I, LLC C/O BOSTON PROPERTIES LIMITED PARTNERSHIP<br>ROBERT E. SELSAM, SENIOR VICE PRESIDENT<br>599 LEXINGTON AVE FL 1800<br>NEW YORK NY 10022-7661 | BP/CGCENTER LLC<br>BOSTON PROPERTIES LIMITED PARTNERSHIP<br>MATTHEW W. MAYER<br>599 LEXINGTON AVE FL 1800<br>NEW YORK NY 10022-7661 |
| BRCP STANFORD PLACE, LLC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>8055 E TUFTS AVE STE 1310<br>DENVER CO 80237-2837 | BRCP STANFORD PLACE, LLC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>PO BOX 515082<br>LOS ANGELES CA 90051-5082 |

| | |
|---|---|
| BRISTOL MOTOR SPEEDWAY D/B/A BRISTOL DRAGWAY<br>MR. JERRY CALDWELL<br>151 SPEEDWAY BLVD<br>BRISTOL TN 37620-8932 | BROADWAY IN CHICAGO<br>EILEEN LACARIO<br>151 W RANDOLPH ST<br>CHICAGO IL 60601-3108 |
| BROOKFIELD CORPORATE JOINT VENTURE LIMITED PARTNERSHIP<br>C/O HAMMES COMPANY<br>18000 WEST SARAH LANE<br>SUITE 305<br>BROOKFIELD WI 53045 | BRUCE CHEVROLET, INC.<br>D. BRUCE PATCHETT<br>1084 SW OAK ST<br>HILLSBORO OR 97123-3852 |
| BRYSON CONSULTING ASSOC INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>12843 WESTLEDGE LN<br>SAINT LOUIS MO 63131-2237 | BUCKMASTERS<br>MR. JACKIE BUSHMAN<br>10350 HWY 80 EAST, MONTGOMERY<br>MONTGOMERY AL 36117 |
| BUDCO<br>ALICIA ROBERTS<br>13700 OAKLAND ST<br>HIGHLAND PARK MI 48203-3173 | C. THOMPSON AUTOMOTIVE, INC.<br>A.CLAUDE THOMPSON<br>1706 MONTAGUE AVENUE EXT<br>GREENWOOD SC 29649-9013 |
| C/O TA ASSOCIATES REALTY<br>ATTENTION: ASSET MANAGER-TAMPA<br>28 STATE ST FL 10<br>BOSTON MA 02109-5718 | C/O TA ASSOCIATES REALTY<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>28 STATE ST FL 10<br>BOSTON MA 02109-5718 |
| C/O TA REALTY ASSOCIATES<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>28 STATE ST FL 10<br>BOSTON MA 02109-5718 | CAGNAZZI RACING<br>VICTOR CAGNAZZI<br>312 ROLLING HILL ROAD, MOORESVILLE<br>MOORESVILLE NC 28117 |
| CALIFORNIA SPEEDWAY CORPORATION<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>9300 CHERRY AVE<br>FONTANA CA 92335-2562 | CAMKAY SOLUTIONS INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>3307 ISLESWORTH TRCE<br>DULUTH GA 30097-4327 |
| CA-PLAZA AT SAN RAMON LIMITED PARTNERSHIP<br>C/O EQUITY OFFICE MANAGEMENT, LLC<br>ATTN: SAN FRANCISCO (PENINSULA, EAST BAY & SACRAMENTO) COUNSEL<br>ONE MARKET, SPEAR ST. TOWER<br>SUITE 600<br>SAN FRANCISCO CA 94105 | CARAT INTERACTIVE, INC<br>SKS BRANNAN ASSOCIATES, LLC<br>MR. PAUL STEIN<br>500 TREAT AVE STE 200<br>C/O SKS INVESTMENTS<br>SAN FRANCISCO CA 94110-2068 |
| CARAT INTERACTIVE, INC.<br>STEVE ANDREWS<br>360 NEWBURY STREET<br>BOSTON MA 02115 | CARDENAS AUTOPLEX INC.<br>RENATO CARDENAS<br>111 S LOOP 499<br>HARLINGEN TX 78550-2513 |
| CARMARK, LLC<br>GREGG CARTER<br>621 N WASHINGTON ST<br>SEYMOUR TX 76380-1753 | CASSEL GMC TRUCK SALES CORP.<br>JAMES CASSEL<br>PO BOX 190<br>PATCHOGUE NY 11772-0190 |

| | |
|---|---|
| CASTASUS, MANUAL A DR<br>12635 CONWAY DOWNS DR<br>SAINT LOUIS MO 63141-8106 | CASTLE CREEK INVESTMENT GROUP, LLC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>5975 CASTLE CREEK PKWY.<br>INDIANAPOLIS IN 46250 |
| CASTLE HILL INC.<br>REBECCA KNAPP<br>366 THAMES ST<br>NEWPORT RI 02840-6626 | CB/MADISON<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>6133 N RIVER RD STE 500<br>ROSEMONT IL 60018-5172 |
| CC&F FOXBOROUGH II TRUST C/O COABOT, CABOT & FORBES<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>60 STATE ST.<br>BOSTON MA 02109 | CENTER XXXIII, LLC C/O HIGHWOODS PROPERTIES, INC.<br>CENTER XXXIII, LLC<br>HALL F. BARNETT<br>1775 GRAHAM AVE STE 201<br>HENDERSON NC 27536-2997 |
| CHARLES SCHWAB<br>LEON GILMORE (LEONGILMORE@PGATOURHQ.COM)<br>17700 ARNOLD DR<br>SONOMA CA 95476-4018 | CHARLOTTE MOTOR SPEEDWAY, LLC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>PO BOX 600<br>CONCORD NC 28026-0600 |
| CHILDRESS HOWARD MOTORSPORTS<br>MAX CRAWFORD<br>3495 DENVER DRIVE, DENVER<br>DENVER NC 28037 | CHINMUSIC RECORDS, INC.<br>DANIELLE LEE MARTIN<br>1609 INVERNESS DR., SPRING HILL<br>SPRING HILL TN 37174 |
| CIPOLLE, CHRISTINA L<br>3031 EWING AVE S APT 260<br>MINNEAPOLIS MN 55416-4292 | CITY OF LANSING<br>JOHN M. ROBERTS, JR. - CITY ATTORNEY<br>CITY OF LANSING CITY HALL 5TH FLOOR LANSING<br>LANSING MI 48933 |
| CITY OF ROCHESTER<br>MARY HAYWORD<br>30 CHURCH ST, ROCHESTER<br>ROCHESTER NY 14614 | CLEAR CHANNEL COMMUNICATIONS INC.<br>MS. ANDREA ROST<br>4695 SOUTH MONACO, DENVER<br>DENVER CO 80237 |
| CLEAR CHANNEL ENTERTAINMENT<br>MS. LINDA WEMMELL<br>95 SOUTH TURNPIKE RD<br>WALLINGFORD CT 06492 | CLUB MANAGERS ASSOCIATION OF AMERICA<br>JAMES SINGERLING<br>1733 KING STREET, ALEXANDRIA<br>ALEXANDRIA VA 22314 |
| CLYDE CHEVROLET-BUICK, INC.<br>BRIEN MEEHAN<br>5 CAROLYN CIR<br>ELLINGTON CT 06029-3883 | COLONIAL CHEVROLET CO., INC.<br>ERNEST RAY SMITH*<br>2380 US HIGHWAY 61 SOUTH<br>WOODVILLE MS 39669 |
| COLORADO COPPER CYCLIST<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>1855 S PEARL ST STE 100<br>DENVER CO 80210-3159 | COMCAST<br>STEVE BURKE<br>1500 MARKET STREET<br>PHILADELPHIA PA 19102 |

| | |
|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC.<br>PLATINUM TECHNOLOGY INTERNATIONAL, INC.<br>1 CA PLZ<br>ISLANDIA NY 11749-7000 | CONCEPT DESIGN & MANUFACTURING<br>INTERIORS HOUSE DOYLE DR LONGF<br>COVENTRY WEST MIDLANDS CV6 6NW GREAT BRITAIN |
| CORE REALTY HOLDINGS MANAGEMENT, INC.<br>FBO BROOKFIELD LAKES TENANTS IN COMMON<br>1600 DOVE ST STE 450<br>NEWPORT BEACH CA 92660-2447 | CORVID TECHNOLOGIES INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>145 OVERHILL DR<br>MOORESVILLE NC 28117-8006 |
| CREATIVE THERMAL SOLUTIONS<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>2209 N WILLOW RD<br>URBANA IL 61802-7338 | CRYSTAL POINTE, LTD<br>MICHAEL J. PETERMAN, EXECUTIVE VICE PRESIDENT<br>5915 LANDERBROOK DR STE 120<br>MAYFIELD HEIGHTS OH 44124-4034 |
| DANIEL MEADOW BROOK 600 PARTNERSHIP<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>1200 CORPORATE DR STE 400<br>BIRMINGHAM AL 35242-5424 | DAVID LEADBETTER ENTERPRISES<br>DAVID LEADBETTER/DAVID PITT<br>1410 MASTERS BLVD., CHMPIONS GATE<br>CHAMPIONS GATE FL 33896 |
| DAVID S OWENS MD<br>4545 HARRIS TRL NW<br>ATLANTA GA 30327-3823 | DAYTONA INTERNATIONAL SPEEDWAY, LLC<br>SHERRILEE STOUDI<br>1801 W INTERNATIONAL SPEEDWAY BLVD<br>DAYTONA BEACH FL 32114-1215 |
| DEAN NEWTON CADILLAC-GMC, INC.<br>DUANE SPARKS<br>519 W BROADWAY ST<br>LEWISTOWN MT 59457-2626 | DEER VALLEY RESORT COMPANY<br>MR. BOB WHEATON<br>2250 DEER VALLEY DRIVE SOUTH, PARK CITY<br>PARK CITY UT 84060 |
| DELUXE TECHNOLOGIES LLC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>34537 BENNETT<br>FRASER MI 48026-1691 | DISCOVER MEDIAWORKS<br>MR. MARK ROSE<br>5236 HIGHWAY 70 WEST, EAGLE RIVER<br>EAGLE RIVER WI 54521 |
| DOLBY LABORATORIES<br>100 POTRERO AVENUE<br>SAN FRANCISCO CA 94103-4813 | DOLBY LABORATORIES<br>STEPHEN KELLY<br>100 POTRERO AVE<br>SAN FRANCISCO CA 94103-4813 |
| DOVER INTERNATIONAL SPEEDWAY, INC.<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>2131 NORTH DUPOINT HIGHWAY<br>DOVER DE 19901 | DPL ENERGY RESOURCES<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>1065 WOODMAN DR<br>DAYTON OH 45432-1423 |
| DTE MORAINE LLC<br>ATTN. GENERAL COUNSEL<br>414 S MAIN ST STE 600<br>ANN ARBOR MI 48104-2398 | EASTMAN DILLON, UNION SECURITIES & CO.<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>15 BROAD STREET<br>NEW YORK NY 10005 |

| | |
|---|---|
| EDAG INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>275 REX BLVD<br>AUBURN HILLS MI 48326-2954 | EDSCHA ROOF SYSTEMS MEXICO SA DE CV<br>CALLE ERNESTO MONROY MZ 4 LOTE 5<br>TOLUCA, EM 50200 |
| EICHER ENGINEERING SOLUTIONS I<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>23399 COMMERCE DR STE B10<br>FARMINGTON HILLS MI 48335-2763 | ELAINE PROPERTIES OF DELAWARE, INC. |
| ELECTRONIC DATA SYSTEMS CORPORATION<br>ATTN: GENERAL COUNSEL<br>5400 LEGACY DR<br>MAIL STOP: H3-3D-05<br>PLANO TX 75024-3105 | EQUITY OFICE<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>1255 TREAT BLVD STE 150<br>WALNUT CREEK CA 94597-7974 |
| EVERETT CHEVROLET-GEO, INC.<br>JOHN REGGANS<br>7300 EVERGREEN WAY<br>EVERETT WA 98203-5662 | FELD TRUCK LEASING<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>12115 LACKLAND, SUITE 300<br>P.O. BOX 28480<br>SAINT LOUIS MO 63146 |
| FIRST UNITED INC.<br>ROQUE DE LA FUENTE<br>1385 E MAIN ST<br>EL CAJON CA 92021-6540 | FLAGSHIP ENTERPRISE CENTER, INC.<br>EXECUTIVE DIRECTOR<br>2701 ENTERPRISE DRIVE<br>SUITE 100<br>ANDERSON IN 46013 |
| FORREST CHEVROLET-CADILLAC, INC.<br>CHARLES FORREST<br>2400 N MAIN ST<br>CLEBURNE TX 76033-5016 | FORREST PONTIAC-BUICK-GMC TRUCK, INC.<br>CHARLES FORREST<br>2408 N MAIN ST<br>CLEBURNE TX 76033-5016 |
| FOX OFFICE PARTNERS II, L.P. A/K/A FOX REALTY COMPANY<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>955 CHESTERBROOK BLVD.<br>SUITE 120<br>CHESTERBROOK PA 19087 | FREBCO INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>3400 KETTERING BLVD<br>MORAINE OH 45439-2013 |
| FV OFFICE PARTNERS II, L.P.<br>CHESTERBROOK CORPORATE CENTER<br>851 DUPRTAIL ROAD<br>CHESTERBROOK PA 19087 | FV OFFICE PARTNERS II, L.P.<br>C/O LEND LEASE REAL ESTATE INVESTMENTS, INC.<br>MELLON BANK CENTER<br>1735 MARKET STREET, SUITE 4200<br>PHILADELPHIA PA 19103 |
| FV OFFICE PARTNERS II, L.P. A/K/A FOX REALTY COMPANY<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>955 CHESTERBROOK BLVD STE 125<br>CHESTERBROOK PA 19087-5635 | GLTC, LLC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>19550 HARPER AVE<br>HARPER WOODS MI 48225-2037 |
| GMAC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>200 RENAISSANCE CTR<br>MC: 482-B12-D11<br>DETROIT MI 48265-0001 | GMAC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>3933 ORCHARD VISTA DRIVE SOUTHEAST<br>GRAND RAPIDS MI 49504 |

GMAC US, LLC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
501 CORPORATE DRIVE
SUITE 150
FRANKLIN TN 37067

GMAC, LLC
20251 CENTURY BLVD STE 350
GERMANTOWN MD 20874-1143

GMAC, LLC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
900 SQUIRREL ROAD
AUBURN HILLS MI 48326

GMAC, LLC
ATTN: JIM AVENIUS
200 RENAISSANCE CTR., 7TH FLOOR
MC: 482-B07-A48
DETROIT MI 48243

GMAC, LLC
TWO CORPORATE CENTRE
501 CORPORATE DRIVE, SUITE 150
FRANKLIN TN 37067

GMAC, LLC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
2010 CROW CANYON PL STE 230
SAN RAMON CA 94583-1344

GOLDENBERG, MILLER, HELLER, ANTOGNOLI, ROWLAND, SHORT & GORI, P.C.
ATTN: RANDY L. GORI
701 MARKET ST STE 1375
GATEWAY ONE BUILDING
SAINT LOUIS MO 63101-1848

GRAND AM ROAD RACING, LLC.
MR. OLLIE DEAN
1801 W INTERNATIONAL SPEEDWAY BLVD
DAYTONA BEACH FL 32114-1215

GRANDE MARKET 5601
JAMES R. LONG
5735 W SPENCER ST
APPLETON WI 54914-9115

GRAVES PONTIAC-CHEVROLET-BUICK, INC.
RONALD GRAVES
4040 N 1ST ST
MILAN TN 38358-1723

GREATER TULSA AUTOMOBILE AND TRUCK SHOW
MR. CHARLES TABER
3333 S HARVARD AVE STE B
TULSA OK 74135-1802

GREENWAY OFFICE CENTER, LLC C/O T. WALL PROPERTIES, LLC
GENERAL COUNSEL
PO BOX 7700
MADISON WI 53707-7700

GULF COAST TRUCK AND EQUIPMENT COMPANY, INC.
JOHN CROSS JR
2260 HALLS MILL RD
MOBILE AL 36606-4617

GULF COAST TRUCK AND EQUIPMENT COMPANY,INC.
CHAD CROSS
3440 BIRMINGHAM HWY
MONTGOMERY AL 36108-1406

HAARTZ CORP, THE
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
40950 WOODWARD AVE STE 150
BLOOMFIELD HILLS MI 48304-5125

HALL BUILDING, LLC C/O BCP WEST, LLC -TR FOR SUCH ENTITY
HALL BUILDING, LLC
C/O THE BISSELL COMPANIES, INC.
13860 BALLANTYNE CORPORATE PL STE 300
CHARLOTTE NC 28277-3167

HAMMES COMPANY
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
18000 W SARAH LN STE 250
BROOKFIELD WI 53045-5842

HANNAH TECHNOLOGY & RESEARCH CENTER
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
PO BOX 4218
EAST LANSING MI 48826-4218

HARBORTOWN AUTO, INC.
JAMES BROGAN
311 SPAR ST
ONTONAGON MI 49953-1135

HARTFORD JAYCEES COMMUNITY FOUNDATION
MR. NATHAN GRUBE
90 STATE HOUSE SQ
HARTFORD CT 06103-3701

| | |
|---|---|
| HD SUPPLY<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>501 WEST CHURCH STREET<br>ORLANDO FL 32805 | HERSHEY RESORTS<br>JILL FLEURY CECALA<br>PO BOX 446<br>HERSHEY PA 17033-0446 |
| HIGHWOODS PROPERTIES<br>TISH TURNER<br>3100 SMOKETREE CT STE 600<br>RALEIGH NC 27604-1050 | HIGHWOODS REALTY LIMITED PARTNERSHIP<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>3100 SMOKETREE CT STE 600<br>RALEIGH NC 27604-1050 |
| HIGHWOODS REALTY LIMITED PARTNERSHIP C/O HIGHWOODS PROPERTIES, INC.<br>ATTN: MANAGER, LEASE ADMINISTRATION<br>3100 SMOKETREE CT STE 600<br>RALEIGH NC 27604-1050 | HOME BUILDERS ASSOCIATION OF GREATER TOLEDO, INC.<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>1911 INDIAN WOOD CIR STE A<br>MAUMEE OH 43537-4063 |
| HT/DCR ENGINEERING INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>2830 PARKWAY ST<br>LAKELAND FL 33811-1390 | HTRC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>PO BOX 4218<br>EAST LANSING MI 48826-4218 |
| HUB PROPERTIES TRUST<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>400 CENTRE ST STE 3<br>NEWTON MA 02458-2076 | HUB PROPERTIES TRUST C/O REIT MANAGEMENT & RESEARCH, LLC<br>400 CENTRE ST STE 3<br>NEWTON MA 02458-2076 |
| HUB PROPERTIES TRUST C/O REIT MANAGEMENT & RESEARCH, LLC<br>REIT MANAGEMENT & RESEARCH, LLC<br>ATTN: JENNIFER B. CLARK<br>400 CENTRE STREET<br>NEWTON MA 02458 | HUGHES, DAVID MD<br>9560 THE MAPLES<br>CLARENCE NY 14031-1561 |
| HUNTLEY CHEVROLET, INC.<br>ALAN WULBERT<br>13980 AUTOMALL DR<br>HUNTLEY IL 60142-8024 | IMG WORLDWIDE, INC.<br>MR. ERIC BALDWIN<br>1360 E 9TH ST STE 100<br>CLEVELAND OH 44114-1783 |
| IMPEL INDUSTRIES INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>44494 PHOENIX DR<br>STERLING HEIGHTS MI 48314-1467 | INDEPENDENT TEST SERVICES<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>7704 RONDA DR<br>CANTON MI 48187-2447 |
| INNOVATION PLUS INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>3630 HORIZON DR<br>KING OF PRUSSIA PA 19406-4701 | INNOVATIVE BUSINESS SERVICES L<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>2505 AVONHURST DR<br>TROY MI 48084-1001 |
| INSIGNIA GROUP, LLC<br>DAVID STRINGER - EXECUTIVE DIRECTOR<br>220 WESTINGHOUSE BLVD STE 408<br>CHARLOTTE NC 28273-6240 | INSURANCE RECOVERY GROUP INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>220 N MAIN ST<br>NATICK MA 01760 |

INTERNATIONAL SPORT PROPERTIES, INC.
AMERICAN HOLE N'ONE INC
MR. GRANT ADAMS
55 SCOTT STREET, BUFORD
BUFORD GA 30518

ITT AUTOMOTIVE ELECTRICAL SYSTEMS, INC.
ATTN: GENERAL COUNSEL
3000 UNIVERSITY DR
AUBURN HILLS MI 48326-2356

ITT AUTOMOTIVE ELECTRICAL SYSTEMS, INC.
ATTN: SECRETARY
C/O ITT CORPORATION
1330 AVENUE OF THE AMERICAS
NEW YORK NY 10019

J.T.E. EPPS MOTORS, INC.
EMERSON EPPERSON
1935 US 25 E
MIDDLESBORO KY 40965

JACKSONHOLE MOUNTAIN RESORT COMPANY
MR. BILL LEWKOWITZ
3395 CODY DRIVE, TETON VILLAGE
TETON VILLAGE WY 83025

JETT SETT MANAGEMENT SERVICES
38945 SANTA BARBARA ST
CLINTON TOWNSHIP MI 48036-4027

JOSEPH J. PRISCHAK AND ISABELLE J. PRISCHAK
2425 W 23RD ST
ERIE PA 16506-2920

JOSEPH J. PRISCHAK AND ISABELLE J. PRISCHAK
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
100 STATE STREET
ERIE PA 16507

JR MOTORSPORTS
ATTN: KELLEY ELLEDGE
349 CAYUGA DRIVE
MOORESVILLE NC 28117

KARCO ENGINEERING LLC
9270 HOLLY RD
ADELANTO CA 92301-3954

KARMANN MANUFACTURING LLC
14988 PILOT DR
PLYMOUTH MI 48170-3672

KB RACING
KEN BLACK
8085 PLANTING FIELDS, LAS VEGAS
LAS VEGAS NV 89117

KENIMAN BELCHER AND BARBARA BELCHER
203 CEDAR DR
SCOTT DEPOT WV 25560-9437

KENIMAN BELCHER RENTAL ACCOUNTS
203 CEDAR DR
SCOTT DEPOT WV 25560-9437

KEYSTONE AUTOMOTIVE, INC.
KEVIN SERRA
40941 US HIGHWAY 280
SYLACAUGA AL 35150-6812

KNICKERBOCKER PROPERTIES, INC. XXI C/O CW ASSOCIATES, LLC
ATTN: GENERAL MANAGER
9401 INDIAN CREEK PKWY STE 800
OVERLAND PARK KS 66210-2128

KNICKERBOCKER PROPERTIES, INC. XXI C/O CW ASSOCIATES, LLC
ATTN: GENERAL MANAGER
8717 W 110TH ST STE 240
OVERLAND PARK KS 66210-2103

KOGER EQUITY, INC.
8880 FREEDOM CROSING TRAIL
JACKSONVILLE FL 32256

KURT RACING
KURT JOHNSON
700 NORTH PRICE ROAD, SUGAR HILL
BUFORD GA 30518

LARRY MENKE INC.
JACQUELYN MENKE
6 HEITZINGER PLZ
SEASIDE CA 93955-3613

| | |
|---|---|
| LEGACY III SR CROW CANYON LLC<br>2010 CROW CANYON PL #212<br>SAN RAMON CA 94583 | LEIGHTON REESE<br>LEIGHTON REESE<br>14301 W 62ND ST<br>EDEN PRAIRIE MN 55346-1708 |
| LEVERT FINANCIAL SERVICES | LEWIS LAND, LTD.<br>8031 EAST MARKET ST.<br>WARREN OH 44484 |
| LGR GROUP INC<br>80 HIGH STREET<br>MOUNT HOLLY NJ 08060 | LIFETIME LEARNING SYSTEMS INC<br>PO BOX 120023<br>200 1ST STAMFORD PL<br>STAMFORD CT 06912-0023 |
| LITENS AUTOMOTIVE PARTNERSHIP<br>730 ROWNTREE DAIRY RD<br>WOODBRIDGE , ON  L4L 5T7 CANADA | LIVE NATION MARKETING, INC.<br>MR. JEFF WALLACE<br>95 SOUTH TURNPIKE RD, WALLINGFORD<br>WALLINGFORD CT 06492 |
| LOMITA PARTNERS II, LLC<br>433 N CAMDEN DR STE 820<br>BEVERLY HILLS CA 90210-4412 | LOWE ENTERPRISES<br>ATTN: LYNDA COOK<br>145 S. STATE COLLEGE BLVD., #145<br>BREA CA 92821 |
| LOWE ENTERPRISES INVESTMENT MANAGEMENT, INC.<br>11777 SAN VICENTE BLVD SUITE 900<br>LOS ANGELES CA 90049 | LOWE, FELL & SKOGG, LLC<br>370 17TH ST.<br>DENVER CO 80202 |
| LUXE HOTEL SUNSET BOULEVARD<br>MARGIT HAUT<br>11461 SUNSET BOULEVARD, LOS ANGELES<br>LOS ANGELES CA 90049 | MACK-CALI REALTY CORPORATION<br>DIANE CHAYES, VICE PRESIDENT LEASING<br>343 THORNALL STREET<br>EDISON NJ 08837 |
| MAGNA CAR TOP SYSTEMS<br>2110 AUSTIN AVE<br>ROCHESTER HILLS MI 48309-3667 | MAHLE POWERTRAIN LLC<br>41000 VINCENTI CT<br>NOVI MI 48375-1921 |
| MAPLE 6 CAMPUS, LLC C/O MACK-CALI REALTY CORPORATION<br>EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL<br>PO BOX 7817<br>EDISON NJ 08818-7817 | MAPLE 6 CAMPUS, LLC C/O MACK-CALI REALTY CORPORATION<br>MICHAEL A. GROSSMAN, EXECUTIVE VICE PRESIDENT<br>343 THORNALL STREET<br>EDISON NJ 08837 |
| MASSHAW REALTY COMPANY, INC.<br>75 STATE<br>SUITE 245<br>BOSTON MA 02109 | MATAN PROPERTY MANAGEMENT, INC.<br>PRISCILLA M. FORD<br>20251 CENTURY BLVD STE 100<br>GERMANTOWN MD 20874-1195 |

| | |
|---|---|
| MATAN PROPERTY MANAGEMENT, INC.<br>4600 WEDGEWOOD BLVD STE A<br>FREDERICK MD 21703-7167 | MATAN PROPERTY MANGEMENT<br>4600 WEDGEWOOD BLVD STE A<br>FREDERICK MD 21703-7167 |
| MATHWORKS INC THE<br>39555 ORCHARD HILL PL STE 280<br>NOVI MI 48375-5538 | MATT GAY CHEVROLET OLDSMOBILE, INC.<br>DAVID GAY<br>325 MIMS RD<br>SYLVANIA GA 30467-1992 |
| MAVIC, INC.<br>JOHN BERLINGER<br>17 PARKRIDGE ROAD<br>HAVERHILL MA 01835 | MC REAL ESTATE SERVICES, INC.<br>ATTN: GENERAL MANAGER<br>9225 INDIAN CREEK PARKWAY<br>SUITE 160<br>OVERLAND PARK KS 66210 |
| MC REAL ESTATE SERVICES, INC.<br>J. ROBERT CATTANACH<br>9225 INDIAN CREEK PARKWAY<br>SUITE 160<br>OVERLAND PARK KS 66210 | MC REAL ESTATE SERVICES, INC.<br>ATTN: GENERAL MANAGER<br>9225 INDIAN CREEK PARKWAY<br>OVERLAND PARK KS 66210 |
| METRO FLIGHT SERVICES INC<br>9100 S DADELAND BLVD<br>ONE DATRAN CENTER STE 1001<br>MIAMI FL 33156 | MICHIGAN METROLOGY<br>17199 N LAUREL PARK DR STE 51<br>LIVONIA MI 48152-2679 |
| MICHIGAN METROLOGY<br>17199 N LAUREL PARK DR STE 51<br>LIVONIA MI 48152-2679 | MILLER CONSULTING GROUP INC<br>5293 LAKEVIEW PARKWAY SOUTH DR<br>INDIANAPOLIS IN 46268-4111 |
| MINI STORAGE, LLC<br>ATTN: IRWING GITLIN<br>55 S MAIN ST<br>LIBERTY NY 12754-1830 | MONTBELLO, INC. C/O BARACK, FERRAZZANO, KIRSCHBAUM & PERLMAN<br>PETER J. BARACK<br>333 W WACKER DR STE 2700<br>CHICAGO IL 60606-2872 |
| MOUNT KISCO CHEVROLET CADILLAC HUMMER, INC.<br>ADRIAN QUINN*<br>175 N BEDFORD RD<br>MOUNT KISCO NY 10549-1513 | MSB STANFORD PLACE LLC<br>C/O MAIER SIEBEL BABER<br>ATTN: PRESIDENT AND CEO<br>1 EMBARCADERO CTR STE 2050<br>SAN FRANCISCO CA 94111-3709 |
| MSB STANFORD PLANCE, LLC<br>8055 E TUFTS AVE STE 101<br>DENVER CO 80237-2842 | MULLINS MOTORS, INC.<br>DAVID SMALL<br>3369 HWY 76 EAST<br>MULLINS SC 29574 |
| NATIONAL CAR RENTAL SYSTEM, INC. AND NCR ACQUISTION CORP.<br>ATTENTION: WILLIAM E. LOBECK, JR.<br>1132 SOUTH LEWIS<br>TULSA OK 74104 | NATIONAL FFA ORGANIZATION<br>MR. GLENN SIMS<br>6060 FFA DRIVE, INDIANAPOLIS<br>INDIANAPOLIS IN 46278 |

| | |
|---|---|
| NATIONAL HOT ROD ASSOCIATION<br>2035 E FINANCIAL WAY<br>GLENDORA CA 91741-4602 | NATIONAL HOT ROD ASSOCIATION<br>ATTN: LEGAL DEPARTMENT<br>2035 E FINANCIAL WAY<br>GLENDORA CA 91741-4602 |
| NATIONAL HOT ROD ASSOCIATION<br>MR. GARY DARCY<br>2035 E FINANCIAL WAY<br>GLENDORA CA 91741-4602 | NATIONAL TECHNICAL SYSTEMS<br>12601 SOUTHFIELD RD<br>DETROIT MI 48223 |
| NATIONAL WATERWORKS, INC.<br>200 W STATE HIGHWAY 6<br>AMERICAN PLAZA, SUITE 620<br>WACO TX 76712-3969 | NATIONAL WATERWORKS, INC.<br>200 W STATE HIGHWAY 6<br>SUITE 620<br>WACO TX 76714 |
| NCR ACQUISITION CORP.<br>NCR ACQUISITION CORP. ATTN: WILLIAM E. LOBECK, JR.<br>1132 SOUTH LEWIS<br>TULSA OK 74104 | NEW BOSTON MOAT LIMITED PARTNERSHIP<br>RAPPAPORT, ASERKOFF & GELLES<br>60 STATE STREET<br>SUITE 1525<br>BOSTON MA 02109 |
| NEW STEVENS LLC<br>MR. JOHN GIFFORD<br>SUMMITT US HIGHWAY 2, SKYKOMISH<br>SKYKOMISH WA 98288 | NEWMARK KNIGHT FRANK GLOBAL MANAGEMENT SERVICES<br>ROLLA EISNER, STARWOOD HOTELS PORTFOLIO ADMINISTRATOR<br>125 PARK AVENUE<br>NEW YORK NY 10017 |
| NORDLING MOTORS, INC.<br>THOMAS NORDLING<br>428 MARKET ST<br>OSAGE CITY KS 66523-1156 | NORMAN-BLACKMON MOTOR COMPANY, INC.<br>STEPHEN NORMAN<br>801 E COMMERCE ST<br>GREENVILLE AL 36037-2319 |
| NORTHSTATE MOTORS, INC.<br>BENJAMIN JANUARY<br>PO BOX 912<br>ORLAND CA 95963-0912 | NOTRE DAME<br>NOTRE DAME IN 46556 |
| OKD FOUR, LTD.<br>55 TRI-COUNTY PKWY.<br>CINCINNATI OH 45246 | OKD FOUR, LTD.<br>110 BOGGS LN STE 244<br>CINCINNATI OH 45246-3156 |
| OKD FOUR, LTD.<br>TARGET MANAGEMENT & LEASING, INC.<br>PO BOX 1250<br>WEST CHESTER OH 45071-1250 | ORCHARD VISTA PROPERTIES LLC<br>C/O WALTERS REALTY & DEVELOPMENT<br>161 OTTAWA AVE NW STE 104<br>GRAND RAPIDS MI 49503-2713 |
| ORCHARD VISTA PROPERTIES, LLC<br>161 OTTAWA AVE NW STE 104<br>GRAND RAPIDS MI 49503-2713 | ORIX REAL ESTATE EQUITIES, INC.<br>C/O JIM PURINTON<br>100 N RIVERSIDE PLZ STE 1400<br>CHICAGO IL 60606-1508 |

OTS SIGNS L.P.
745 5TH AVE STE 1707
NEW YORK NY 10151-1700

OXFORD PROPERTIES FLORIDA INC
2701 N ROCKY POINT DR STE 1000
TAMPA FL 33607-5925

OZRE GREENVILLE LLC
NAI EARLE FURMAN, LLC
101 E WASHINGTON ST STE 400
GREENVILLE SC 29601-4815

PATNI COMPUTER SYSTEMS LTD
B-43 PHASE II
ELECTRONICS CITY HOSUR RD
BANGALORE IN 560100 INDIA

PATNI COMPUTER SYSTEMS LTD
B-43 PHASE II
ELECTRONICS CITY HOSUR RD
BANGALORE,  560100 INDIA

PEDREGON RACING
TONY PEDREGON
462 SOUTHPOINTE CIRCLE
BROWNSBURG IN 46112

PEPSI CO.
MR. FRANK TANSEY
127 PEPSI RD., MANCHESTER
MANCHESTER NH 03109

PHILADELPHIA TRIATHLON, LLC,
AND ON BEHALF OF TRIUMPH APPAREL CORPORATION
RICHARD ADLER
203 E. LANCASTER AVENUE, WAYNE
WAYNE PA 19087

PLASMA SYSTEMS INC
5452 BUSINESS DR
HUNTINGTON BEACH CA 92649-1226

PLASMA SYSTEMS INC
5452 BUSINESS DR
HUNTINGTON BEACH CA 92649-1226

PLATINUM TECHNOLOGY INTERNATIONAL, INC.
DOLBY LABORATORIES
1815 SOUTH MEYERS ROAD
OAKBROOK TERRACE IL 60181

PLATINUM TECHNOLOGY, INC.
SENIOR VICE PRESIDENT - REAL ESTATE
1 CA PLZ
C.O ISLAND ASSET MANAGEMENT
ISLANDIA NY 11749-7000

PLETCHER MOTOR COMPANY, INC.
RODNEY PLETCHER
1001 W PIKE STREET
GOSHEN IN 46526

PLETCHER MOTOR COMPANY, INC.
RODNEY PLETCHER
1001 W PIKE ST
GOSHEN IN 46526-2035

PLUMBING-HEATING-COOLING CONTRACTORS ASSOCAITIOIN
180 S. WASHINGTON
FALLS CHURCH VA 22046

PROCAT TESTING LLC
30844 CENTURY DR
WIXOM MI 48393-2064

PROMEDIA PUBLISHING
3518 W LAKE CENTER DR STE D
SANTA ANA CA 92704-6979

PRO-MOTOR ENGINEERING INC
102 S IREDELL INDUSTRIAL PARK RD
MOORESVILLE NC 28115-7128

QUAIL UNLIMITED, INC.
MR. ROCKY EVANS
31 QUAIL RUN, EDGEFIELD
EDGEFIELD SC 29824

QUALITY DEAR MANAGEMENT ASSOCIATION
MR. RANDY BOWDEN
170 WHITETAIL WAY
BOGART GA 30622-6833

QUINLAN'S EQUIPMENT, INC.  
JOHN QUINLAN  
1030 S SUPERIOR ST  
ANTIGO WI 54409-2828  

R&E AUTOMATED SYSTEMS  
44440 PHOENIX DR  
STERLING HEIGHTS MI 48314-1467  

RAETECH CORP  
4750 VENTURE DR STE 100  
ANN ARBOR MI 48108  

RAMSEY LEWIS  
RAMSEY LEWIS  
200 E DELAWARE PL APT 6A  
CHICAGO IL 60611-5782  

RAPP CHEVROLET, INC.  
GLEN RAPP  
700 S BROADWAY AVE  
MARION SD 57043-2168  

RAPPAPORT, ASERKOFF & GELLES  
60 STATE STREET  
SUITE 1525  
BOSTON MA 02109  

RCR TEAM #31 LLC - JEFF BURTON  
425 INDUSTRIAL DRIVE  
WELCOME NC 27374  

REALTY ASSOCIATES IOWA CORPORATION  
3030 NORTH ROCKY POINT DRIVE, WEST  
TAMPA FL 33607  

REDWOOD SHORES OFFICE PAVILLION, LLC C/O CORNISH & CAREY  
ROD SCHERBA  
245 LYTTON AVE STE 150  
PALO ALTO CA 94301-1472  

REED EXHIBITIONS  
MR. ED SEVERAL  
383 MAIN AVE, NORWAL  
NORWALK CT 06851  

REFRIGERATION SERVICE ENGINEERS SOCIETY  
166 RAND RD.  
DES PLAINES IL 60016  

RICARDO INC  
40000 RICARDO DR  
DETROIT TECHNICAL CAMPUS  
BELLEVILLE MI 48111-1641  

RICHMOND INTERNATIONAL RACEWAY, INC.  
BRIAN HAGERMAN  
600 E LABURNUM AVE  
RICHMOND VA 23222-2207  

RIVERPORT VILLAGE LLC  
31785 S RIVER RD  
HARRISON TWP MI 48045-1892  

RL NORTON, LLC  
PO BOX 232  
HONEOYE FALLS NY 14472-0232  

RL NORTON, LLC  
RYAN STONER  
213 NORTON STREET  
HONEOYE FALLS NY 14472  

ROBERTS JOHN  
1107 LANTERN LN  
NILES OH 44446-3524  

ROCK RACING, INC.  
MICHAEL BALL  
3525 EASTHAM DRIVE, SUITE A  
CULVER CITY CA 90232  

RREEF AMERICA REIT II CORP. TT  
ACS GM LEASE ADMINISTRATION  
1100 COBB PKWY N STE A  
MAIL STOP GM LA  
MARIETTA GA 30062-9224  

RWI RACING LLC  
RUSTY WALLACE INC  
RUSTY WALLACE  
149 KNOB HILL RD  
MOORESVILLE NC 28117-6847

| | |
|---|---|
| RYAN NEWMAN MOTORSPORTS, INC<br>MARY GRAMS<br>165 JENNINGS ROAD, STATESVILLE<br>STATESVILLE NC 28625 | SALEEN SPECIALTY VEHICLES INC<br>1225 E MAPLE RD<br>TROY MI 48083-2818 |
| SAN ANTONIO LIVESTOCK EXPOSITION, INC.<br>MS. PAM REW<br>3201 EAST HOUSTON<br>SAN ANTONIO TX 78219 | SATURN OF BERLIN, INC.<br>ANTHONY MARCH<br>34 FRONTAGE RD<br>BERLIN CT 06037-2355 |
| SEPULVEDA, DANIEL<br>1131 HAMLINE AVE N APT 19<br>SAINT PAUL MN 55108-2617 | SHERWOOD EQUITIES<br>BRIAN TURNER<br>745 5TH AVE STE 1707<br>NEW YORK NY 10151-1700 |
| SIMMONSCOOPER, LLC<br>707 BERKSHIRE BLVD<br>EAST ALTON IL 62024-1326 | SKS BRANNAN ASSOCIATES, LLC<br>PAUL STEIN<br>500 TREAT AVE STE 200<br>C/O SKS INVESTMENTS<br>SAN FRANCISCO CA 94110-2068 |
| SKS BRANNAN ASSOCIATES, LLC<br>PLATINUM TECHNOLOGY INTERNATIONAL, INC.<br>1815 SOUTH MEYERS ROAD<br>OAKBROOK TERRACE IL 60181 | SKS BRANNAN ASSOCIATES, LLC<br>475 BRANNAN ST<br>SAN FRANCISCO CA 94107 |
| SKS BRANNAN ASSOCIATES, LLC<br>PLATINUM TECHNOLOGY, INC.<br>1815 SOUTH MEYERS ROAD<br>OAKBROOK TERRACE IL 60181 | SKS INVESTMENTS<br>PAUL STEIN<br>601 CALIFORNIA ST STE 1310<br>SAN FRANCISCO CA 94108-2818 |
| SONNY CANNON AUTO PLAZA, INC.<br>WILLIAM CANNON<br>220 W DOOLIN AVE<br>BLACKWELL OK 74631-1651 | SOUTH UNIVERSITY AREA ASSOCIATION<br>MAGGIE LADD<br>605 CHURCH ST., SUITE 605<br>ANN ARBOR MI 48104 |
| SPAGNUOLO ALFRED J MD<br>1718 WELLINGTON RD<br>LANSING MI 48910-1162 | SPORTSMAN'S ADVENTURES<br>MR. RICK MURPHY<br>6000 SW 80TH STREET, SOUTH MIAMI<br>MIAMI FL 33143 |
| STALLINGS CAPITAL GROUP, INC. DBA BOB STALLINGS RACING LLC<br>ROBERT W. STALLINGS<br>4 WINDSOR RDG<br>FRISCO TX 75034-6858 | STANDEX INTERNATIONAL CORP<br>34497 KELLY RD<br>FRASER MI 48026-3404 |
| STANFORD PLACE<br>8055 E TUFTS AVE STE 101<br>DENVER CO 80237-2842 | STANFORD PLACE<br>8055 E TUFTS AVE STE 1310<br>DENVER CO 80237-2837 |

| | |
|---|---|
| STANFORD PLACE I<br>8055 E TUFTS AVE STE 1310<br>DENVER CO 80237-2837 | STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NA<br>225 ASYLUM ST<br>HARTFORD CT 06103 |
| STIHL INCORPORATED<br>TOM TREBI<br>536 VIKING DR<br>VIRGINIA BEACH VA 23452-7316 | STILLWATER MINING CO<br>1321 DISCOVERY DR<br>BILLINGS MT 59102-7343 |
| STILLWATER MINING COMPANY<br>JAMES BINANDO/JOHN STARK<br>1321 DISCOVERY DR<br>BILLINGS MT 59102-7343 | STUBBS, H B CO<br>27027 MOUND RD<br>WARREN MI 48092-2615 |
| SUMMIT I PARTNERS LTD<br>C/O CORPORATE REALTY SERVICES<br>PO BOX 436149<br>LOUISVILLE KY 40253-6149 | SUNTRUST LEASING CORPORATION<br>ATTN: PRESIDENT<br>29 SUSQUEHANNA AVENUE<br>TOWSON MD 21204 |
| SWIG, WEILER & ARNOW MANAGEMENT CO., INC.<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | SWIG, WEILER & ARNOW MANAGEMENT CO., INC.<br>1460 BROADWAY<br>NEW YORK NY 10036 |
| SWIG, WEILER & ARNOW MANAGEMENT COMPANY INC.<br>1460 BROADWAY<br>NEW YORK NY 10036 | T.B.H.C. D/B/A THE ARNOLD PALMER INVITATIONAL<br>MR. SCOTT WELLINGTON<br>9000 BAY HILL BLVD<br>ORLANDO FL 32819-4880 |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA<br>C/O UNITED PROPERTIES LLC<br>ATTN: DIRECTOR OF REAL ESTATE, MIDWEST REGION<br>730 3RD AVE.<br>NEW YORK NY 10017 | TECH NATION<br>DENNIS WALLINGFORD<br>33 WEST SECOND STREET<br>MAYSVILLE KY 41056 |
| TECHNICAL EMPLOYMENT SERVICES<br>510 SAVAGE RD<br>BELLEVILLE MI 48111-2937 | TERRY GAGE CHEVROLET-OLDSMOBILE, INC.<br>TERRY GAGE<br>HWY 65 NORTH<br>MARSHALL AR 72650 |
| TEXAS AND SOUTHWESTERN CATTLE<br>RAISERS ASSOCIATION<br>1301 W 7TH ST<br>FORT WORTH TX 76102-2604 | THE CHANLER AT CLIFF WALK<br>MR. TIM THUELL<br>117 MEMORIAL BLVD<br>NEWPORT RI 02840-3659 |
| THE MANUFACTURERS LIFE INSURANCE COMPANY<br>200 BLOOR ST E<br>TORONTO, CANON M4W 1E5 CANADA | THE OAKLAND RAIDERS<br>MR. ROBERT KINNARD<br>1220 OAKLAND HARBOR BAY PKWY, ALAMEDA<br>ALAMEDA CA 94502 |

| | |
|---|---|
| THE PRISCHACK FAMILY PARTENERSHIP<br>100 STATE ST STE B100<br>ERIE PA 16507-1462 | THE RAMEY GARAGE, INC.<br>ROBERT MCCULLY<br>669 BEULAH ST<br>RAMEY PA 16671 |
| TIS INDUSTRIES LLC<br>16815 E JOHNSON DR<br>CITY OF INDUSTRY CA 91745-2417 | TOM SPARKS BUICK, INC.<br>THOMAS SPARKS<br>216 S 1ST ST<br>DEKALB IL 60115-3618 |
| TOWNER, RUSS<br>204 S CREEDMOOR WAY<br>ANDERSON IN 46011-9018 | TPC II, LLC<br>MR. KRISTEN E. PIGMAN, PRESIDENT<br>2481 SUNRISE BLVD STE 200<br>GOLD RIVER CA 95670-4344 |
| TPC II, LLC<br>MR. KRISTEN E. PIGMAN<br>2481 SUNRISE BLVD STE 200<br>GOLD RIVER CA 95670-4344 | TRAKON SHOW AND DISPLAY INC.<br>42250 YEAREGO DR<br>STERLING HEIGHTS MI 48314-3260 |
| TRANSWESTERN<br>8310 S VALLEY HWY STE 125<br>ENGLEWOOD CO 80112-5815 | TRANSWESTERN<br>8055 E TUFTS AVE STE 1310<br>DENVER CO 80237-2837 |
| TRANSWESTERN<br>1900 WEST LOOP<br>SUITE 1300<br>HOUSTON TX 77027 | TYGART VALLEY MOTOR CO. INC.<br>RICK WYATT<br>RTE 250 S ELKINS SHPG PLAZA<br>ELKINS WV 26241 |
| U.S. FILTER DISTRIBUTION GROUP, INC.<br>200 W STATE HIGHWAY 6<br>AMERICAN PLAZA, SUITE 620<br>WACO TX 76712-3969 | U.S. FILTER DISTRIBUTION GROUP, INC.<br>40004 COOK ST<br>PALM DESERT CA 92211-3299 |
| UNIVERSITY CENTRE WEST III, LTD.<br>GEORGE RAHAEL<br>2900 N UNIVERSITY DR<br>CORAL SPRINGS FL 33065-5083 | URGENT PLASTIC SERVICES INC<br>2777 PRODUCT DR<br>ROCHESTER HILLS MI 48309-3810 |
| USC ATHLETICS<br>MR. JOSE ESKANAZI<br>3501 WATTS WAY # 203A<br>LOS ANGELES CA 90089-0055 | VDMA-GESELLSCHAFT FUER FORSCHU<br>LYONER STR 18<br>FRANKFURT,   HE 60528 GERMANY |
| VEHATIRE<br>MIKE RICCHUITI-GENERAL MANAGER<br>186 N DUPONT HWY STE 33<br>NEW CASTLE DE 19720-3139 | W J H CONSULTING SERVICES<br>293 ALBERT ST<br>PO BOX 244<br>CLINTON , ON  N0M 1L0 CANADA |

WALTERS CHEVROLET-PONTIAC, INC.
JOHN WALTERS
308 MAIN ST
GROTON NY 13073-1328

WARREN JOHNSON
WARREN JOHNSON
700 NORTH PRICE ROAD, SUGAR HILL
BUFORD GA 30518

WATER PRODUCTS COMPANY
15801 W 78TH ST
EDEN PRAIRIE MN 55344-5703

WATERPRO SUPPLIES CORPORATION
7887 FULLER RD
EDEN PRAIRIE MN 55344

WATKINS TRUCKS, INC.
ROBERT WATKINS
4031 NEW CASTLE AVE
NEW CASTLE DE 19720-1414

WESTCHESTER FIRE INSURANCE COMPANY
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
436 WALNUT ST
WA10G
PHILADELPHIA PA 19106-3703

WILLIAM G. MCKNIGHT C/O CLEVELAND TRUST
CORPORATE TRUST DEPARTMENT
PO BOX 6477
CLEVELAND OH 44101-1477

WILLIAM GWATNEY; LITTLE ROCK AUTO GROUP, INC.
DIANN FORD (COMPTROLLER)
12601 W MARKHAM ST
LITTLE ROCK AR 72211-3311

WORKHORSE CUSTOM CHASSIS, LLC
ATTN: KEITH H. BERK, ESQ.
180 N LA SALLE ST STE 3700
C/O HORWOOD MARCUS & BERK CHARTERED
CHICAGO IL 60601-2809