

**Cecil & Geiser** LLP

FORMERLY THE PLYMALE PARTNERSHIP

September 30, 2009



United States Bankruptcy Court, SDNY
One Bowling Green
Room 534
New York, NY 10004

      RE:    Motors Liquidation Company
                  f/k/a General Motors Corporation, et al.
                  Chapter 11 Case No. 09 50026 (REG)

Dear Sir/Madam:

My office keeps receiving mail for Jason Burke regarding the above referenced matter. I know longer represent Mr. Burke and have not had any contact with him for many years. The last known address I have for Mr. Burke is:

                    Jason Burke
                    3150 Hogan Way
                    Columbus, Ohio 43231

Please forward any additional mail to the above address.

                    Very truly yours,

                    **CECIL & GEISER** LLP

                    Andrew W. Cecil

spw

495 SOUTH HIGH STREET, SUITE 400 COLUMBUS OHIO 43215
PHONE (614) 222-4444    (877) 706-6446    FAX (614) 221-6633    WWW.PROTECTINGOHIO.COM

ATTORNEYS AT LAW: ANDREW W. CECIL*†    MICHAEL K. GEISER†    SYDNEY S. MCLAFFERTY    MATTHEW E. ICE
*Board Certified - Civil Trial Advocate-National Board of Trial Advocacy    †Million Dollar Advocates Forum