United States Bankruptcy Court for the Southern District of New York

RECEIVED OCT -5
U.S. BANKRUPTCY COURT, SDNY

    I am an employee of General Motors. I have been an employee of General Motors since October 5, 1966. General Motors has been promoting itself to the employees as the "car company of the twenty first century." The implimentation of teams and team concept has fueled vigorous hype in the promotion of General Motors as "the car company of the twenty first century."

    I was a team leader from July, 2007, to July, 2008. I believed the hype I started putting my life savings into General Motors stock beginning October 19, 2007, until my entire savings of over $600,000 was invested. I lost $575,000 because General Motors lied to us. I have written President Obama, Senator Richard Lugar and Senator Evan Bayh. General Motors lied to us, the employees, about their financial health and their position as the car company of the twenty first century. General Motors owes me my life's savings of $575,000. General Motors took my life's savings by false and misleading statements.

317-272-3240

Melvin Pete Johnson
1716 Belleflower Ct.
Avon, In. 46123