Joshua I. Divack
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
jdivack@hahnhessen.com

*Attorneys for Bonnie J. Reynolds and Garland Reynolds, Jr.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Motors Liquidation Company, et al., | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    :
                     : ss.:
COUNTY OF NEW YORK   :

I, JASON W. SMITH, being sworn, say:

    1.    I am not a party of the action, am over 18 years of age and am employed by Hahn & Hessen LLP, counsel for the Official Committee of Unsecured Creditors herein, at whose direction service was made.

    2.    On October 9, 2009, I served true copies (i) *Notice of Appearance and request for Service of Papers* (Doc. 4205), (ii) *Application for Pro Hac Vice Admission of James C. Morton* (Doc. 4206), (iii) *Motion for Relief from Stay Pursuant to 11 U.S.C. §362* (Doc. 4215) and (iv) *Notice of Motion to Set Hearing* (Doc. 4216), to be served electronically through the Court's PACER System on parties requesting electronic service in the above-captioned chapter 11 cases and on the parties listed on the attached service list by First Class Mail.

By First Class Mail:

**Harvey R. Miller, Esq.**
**Stephen Karotkin, Esq.**
**Joseph H. Smolinsky, Esq.**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Lawrence S. Buonomo, Esq.**
General Motors Company
300 Renaissance Center
Detroit, MI 48265

**Matthew Feldman, Esq.**
United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

**Ted Stenger**
Motors Liquidation Company
300 Renaissance Center
Detroit, MI 48265

**David S. Jones, Esq.**
**Matthew L. Schwartz, Esq.**
The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007

**Kenneth H. Eckstein, Esq.**
**Thomas Moers Mayer, Esq.**
**Adam C. Rogoff, Esq.**
**Gordon Z. Novod, Esq.**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**John J. Rapisardi, Esq.**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Michael J. Edelman, Esq.**
**Michael L. Schein**
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**Diana G. Adams, Esq.**
The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street 21st Floor
New York, NY 10004

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct

_____
Jason W. Smith

Sworn to before me on this
9th day of October, 2009

_____
Notary Public

ANNE S MELDON
Notary Public, State of New York
No. 01ME6047317
Qualified in New York County
Commission Expires July 31, 20__