FOLEY & LARDNER LLP
Ann Marie Uetz
Daljit Doogal
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Detroit Technologies, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.,* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |

-------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
## FOR DETROIT TECHNOLOGIES, INC.

PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP, as counsel for

Detroit Technologies, Inc., hereby withdraws its appearance in the above-captioned matter.

This notice is in respect to Foley & Lardner LLP only, and is not intended to affect

service independently requested by Detroit Technologies, Inc. or counsel therefor, or their

continued listing in the mailing matrix and service list for this case.

Dated:  October 12, 2009                    FOLEY & LARDNER LLP
        New York, New York

                                            /s/ Ann Marie Uetz
                                            Ann Marie Uetz
                                            Daljit Doogal
                                            500 Woodward Avenue, Suite 2700
                                            Detroit, MI 48226-3489
                                            Telephone: (313) 234-7100
                                            Facsimile: (313) 234-2800

                                            *Attorneys for Detroit Technologies, Inc.*

DETR_1323967.1