```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------  )
                                                               )    Chapter 11
In re                                                          )
                                                               )    Case No. 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, et al.                             )
f/k/a General Motors Corp., et al.                             )    (Jointly Administered)
                                                               )
                                Debtors.                       )
                                                               )
-------------------------------------------------------------  )
```

**ORDER DENYING (I) MOTION OF DETROIT DIESEL CORPORATION FOR AN ORDER EXTENDING AND ENFORCING THE STAY, (II) MOTION OF REMY INTERNATIONAL TO STRIKE THE OBJECTION OF AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE MOTION OF REMY INTERNATIONAL FOR AN ORDER EXTENDING AND ENFORCING THE STAY AND (III) MOTION OF REMY INTERNATIONAL FOR AN ORDER EXTENDING AND ENFORCING THE STAY**

The Court considered (i) the *Motion of Detroit Diesel Corporation for an Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. § 362(a) to Cover Certain Litigation Relating to Detroit Diesel Corporation, or Alternatively, Enjoining Such Litigation Pursuant to 11 U.S.C. § 105*, filed on September 3, 2009 (the "**DD Stay Motion**") [Dkt No. 3960]; (ii) *Remy International's Motion to Strike the Objection of Ad Hoc Committee of Asbestos Personal Injury Claimants to the Motion of Remy International for an Order Extending and Enforcing the Stay to Certain Litigation*, filed on October 1, 2009 (the "**Motion to Strike**") [Dkt. No. 4153]; and (iii) the *Motion of Remy International for an Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. § 362(a) to Include Certain Litigation Against Remy International, or Alternatively, Enjoining Such Litigation Pursuant to 11 U.S.C. § 105*, filed on September 16, 2009 (the "**Remy Stay Motion**") [Dkt. No. 4086], as well as all objections, responses, and other briefing relating to the DD Stay Motion, the Motion to Strike, and the Remy Stay Motion, respectively. The Court held a hearing on October 6, 2009 (the "**Hearing**"), at which the Court heard argument with

1

respect to the DD Stay Motion, the Motion to Strike, and the Remy Stay Motion and all objections and responses filed with the Court in response thereto.

After Considering the relief requested in the DD Stay Motion, the Motion to Strike, and the Remy Stay Motion, and the objections filed in response to such motions; and having heard the argument of the movants and the arguments of the objecting parties; and after due deliberation; and having determined that the relief requested in the DD Stay Motion, the Motion to Strike, and the Remy Stay Motion is not appropriate for the reasons stated on the record by the Court at the Hearing, it is:

**ORDERED** that the *Motion of Detroit Diesel Corporation for an Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. § 362(a) to Cover Certain Litigation Relating to Detroit Diesel Corporation, or Alternatively, Enjoining Such Litigation Pursuant to 11 U.S.C. § 105* [Dkt No. 3960] filed by Detroit Diesel Corporation is DENIED; and it is further

**ORDERED** that *Remy International's Motion to Strike the Objection of Ad Hoc Committee of Asbestos Personal Injury Claimants to the Motion of Remy International for an Order Extending and Enforcing the Stay to Certain Litigation* [Dkt. No. 4153] filed by Remy International is DENIED; and it is further

**ORDERED** that the *Motion of Remy International for an Order Extending and Enforcing the Stay Imposed Under 11 U.S.C. § 362(a) to Include Certain Litigation Against Remy International, or Alternatively, Enjoining Such Litigation Pursuant to 11 U.S.C. § 105* [Dkt. No. 4086] filed by Remy International is DENIED.

Dated:  New York, New York
      October _13_, 2009                  *s/ Robert E. Gerber*
                                                   United States Bankruptcy Judge