UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :
                                                                 :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                            :
    f/k/a General Motors Corp., *et al.*                         :   09-50026 (REG)
                                                                 :
                    Debtors.                                     :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )
                    ) ss
COUNTY OF KING      )

I, Laurie M. Thornton, being duly sworn, depose and state:

1. I am a Senior Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On October 12, 2009 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following documents to be served by email on Gerald Hillyard, gerald.hillyard@pritchard.co.uk, and by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (additional bondholders):

- Notice of Deadlines for Filing Proofs of Claim (including Claims under Section 503(B)(9) of the Bankruptcy Code); and

- Proof of Claim Form.

///

///

Signed at Seattle, Washington this 13th day of
October, 2009.

                                                        LAURIE M. THORNTON

Sworn to before me in Seattle, Washington this 13th day of October, 2009.

BROOK LYN BOWER
Notary Public in and for the
State of Washington
Residing in Puyallup
My Commission Expires July 26, 2012
No. 99205

[Notary Seal: Notary Public State of Washington BROOK LYN BOWER MY COMMISSION EXPIRES July 26, 2012]

# EXHIBIT A

CONSTANTINE M. DAKOLIA
DRAWBRIDGE DSO SECURITIES LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK NY 10105

DAN GROPPER
AURELIUS INVESTMENT, LLC
535 MADISON AVE, 22ND FLOOR
NEW YORK NY 10022

DIDRIC CEDERHOLM
C/O ELLIOTT MANAGMENT CORPORATION
712 FIFTH AVE
NEW YORK NY 10019

JAMES E. BOLIN
C/O APPALOOSE MANAGEMENT LP
51 JFK PARKWAY, 2ND FLOOR
SHORT HILLS NJ 07078