SULLIVAN WARD ASHER
 & PATTON, P.C.
25800 Northwestern Highway
Suite 1000
Southfield, MI 48075
Telephone: (248) 746-0700
Facsimile: (248) 746-2760

*Attorneys for Convention & Show Services, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------/   Chapter 11
In re:
                                                                Case No. 09-50026(REG)
GENERAL MOTORS CORP., *et al.*,
                                                                Jointly Administered
                                        Debtors
-----------------------------------------------------------/

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
## FOR CONVENTION & SHOW SERVICES, INC.

PLEASE TAKE NOTICE that Debra Beth Pevos of the law firm of Sullivan, Ward, Asher & Patton, P.C. as counsel for Convention & Show Services, Inc., hereby withdraws her appearance in the above captioned matter.

This notice is in respect to Debra Beth Pevos and is not intended to affect service independently requested by Convention & Show Services, Inc. or other counsel therefore, or their continued listing in the mailing matrix and service list for this case.

                                        SULLIVAN, WARD,
                                         ASHER & PATTON, P.C.

                                        By: _____
                                        DEBRA BETH PEVOS (P36196)
                                        1000 Maccabees Center
                                        25800 Northwestern Highway
                                        Southfield, MI 48075-1000
                                        (248) 746-0700
                                        dpevos@swappc.com
Dated: October 12, 2009                 *Attorneys for Convention & Show Services, Inc.*
W0803529