VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:    (703) 760-1647
Facsimile:    (703) 821-8949
Lawrence A. Katz (*Pro Hac Vice*)

        - and -

VENABLE LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 307-5500
Facsimile:    (212) 307-5598
Edward A. Smith

*Attorneys for Simpson Automotive Group, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------- X
                                                          :

In re                                          :    Chapter 11
                                                     :
GENERAL MOTORS CORP., *et al.*    :    Case No. 09-50026 (REG)
                                                     :
                                                     :    (Jointly Administered)
                          Debtors.    :
                                                     :
---------------------------------------------------- X

**WITHDRAWAL OF PROTECTIVE OBJECTION OF SIMPSON AUTOMOTIVE
GROUP, INC. TO DEBTORS' PROPOSED CURE AMOUNTS**

      Simpson Automotive Group, Inc., by counsel, hereby withdraws its Protective

MC1/287636

Objection to Debtors' Proposed Cure Amounts filed on June 19, 2009 [Docket No. 1982].

Dated: October 13, 2009

                              Respectfully submitted,

                              VENABLE LLP

By: */s/ Lawrence A. Katz*
     Lawrence A. Katz *(Pro Hac Vice)*
     8010 Towers Crescent Drive, Suite 300
     Vienna, Virginia 22182-2707
     Telephone:   (703) 760-1600
     Facsimile:    (703) 821-8949
     Email: lakatz@venable.com

                    - and -

     Rockefeller Center, 25th Floor
     1270 Avenue of the Americas
     New York, New York 10020
     Telephone:   (212) 307-5500
     Facsimile:    (212) 307-5598
     Edward A. Smith

     *Counsel to Simpson Automotive Group, Inc.*

## CERTIFICATE OF SERVICE

        I hereby certify that I caused a copy of the foregoing Withdrawal of Protective Objection of Simpson Automotive Group, Inc. to Debtors' Proposed Cure Amounts to be served on the 13th day of October, 2009, via first class mail, postage prepaid, upon the following:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
Attn: Warren Command Center,
  Mailcode 408-206-114

Weil, Gotshal &Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Harvey R. Miller, Esq.
      Stephen Karotkin, Esq.
      Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220
Attn:  Matthew Feldman, Esq.

Cadwalader, Wickersham, & Taft LLP
One World Financial Center
New York, NY  10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
     Michael L. Schein, Esq.

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:   Diana G. Adams, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Gordon Z. Novod, Esq.

                  */s/ Lawrence A. Katz*
                  Lawrence A. Katz