VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:    (703) 760-1647
Facsimile:     (703) 821-8949
Lawrence A. Katz (*Pro Hac Vice*)

- and -

VENABLE LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 307-5500
Facsimile:     (212) 307-5598
Edward A. Smith

*Attorneys for RK Chevrolet/RK Auto Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X
                                                       :
In re                                                  :   Chapter 11
                                                       :
GENERAL MOTORS CORP., *et al.*                         :   Case No. 09-50026 (REG)
                                                       :
                                                       :   (Jointly Administered)
                            Debtors.                   :
                                                       :
------------------------------------------------------ X

**WITHDRAWAL OF PROTECTIVE OBJECTION OF RK CHEVROLET/
RK AUTO GROUP TO DEBTORS' PROPOSED CURE AMOUNTS**

RK Chevrolet/RK Auto Group, by counsel, hereby withdraws its Protective

MC1/288982

Objection to Debtors' Proposed Cure Amounts filed on June 15, 2009 [Docket No. 1462].

Dated: October 13, 2009

        Respectfully submitted,

        VENABLE LLP

By:    */s/ Lawrence A. Katz*
       Lawrence A. Katz *(Pro Hac Vice)*
       8010 Towers Crescent Drive, Suite 300
       Vienna, Virginia 22182-2707
       Telephone:   (703) 760-1600
       Facsimile:   (703) 821-8949
       Email: lakatz@venable.com

       - and -

       Rockefeller Center, 25th Floor
       1270 Avenue of the Americas
       New York, New York 10020
       Telephone:   (212) 307-5500
       Facsimile:   (212) 307-5598
       Edward A. Smith

       *Counsel to RK Chevrolet/RK Auto Group*

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of the foregoing Withdrawal of Protective Objection of RK Chevrolet/RK Auto Group to Debtors' Proposed Cure Amounts to be served on the 13th day of October, 2009, via first class mail, postage prepaid, upon the following:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
Attn: Warren Command Center,
  Mailcode 408-206-114

Weil, Gotshal &Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn: Harvey R. Miller, Esq.
     Stephen Karotkin, Esq.
     Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220
Attn:  Matthew Feldman, Esq.

Cadwalader, Wickersham, & Taft LLP
One World Financial Center
New York, NY  10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
     Michael L. Schein, Esq.

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:  Diana G. Adams, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:  Gordon Z. Novod, Esq.

                                          */s/ Lawrence A. Katz*
                                          Lawrence A. Katz