Jeffrey S. Davis
Attorney at Law
1422 Berry Drive
Cleburne, Texas 76033
817/602-7999
FAX # 817/423-7348
jsdesqtx@yahoo.com

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: General Motors Corporation, *et al* | § § | Chapter 11<br>Case No. 1-09-50026 (REG) |
| Debtors. | § | (Jointly Administered) |

### EXHIBITS TO SECOND SUPPLEMENTAL RESPONSE TO LIMITED OBJECTION OF FORREST CHEVROLET-CADILLAC, INC., AND FORREST PONTIAC-BUICK-GMC TRUCK, INC., TO OMNIBUS MOTION OF DEBTORS FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 365 AUTHORIZING (A) THE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES WITH CERTAIN DOMESTIC DEALERS AND (B) GRANTING CERTAIN RELATED RELIEF

Attached hereto are Exhibits A, B, C, D, E, F, G, and H to FORREST CHEVROLET-CADILLAC, INC., and FORREST PONTIAC-BUICK-GMC TRUCK, INC.'s, Second Supplement to Limited Objection to Omnibus Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105 and 365 Authorizing (A) the Rejection of Executory Contracts and Unexpired Leases with Certain Domestic Dealers and (B) Granting Certain Related Relief.

Respectfully submitted,

JEFFREY S. DAVIS
Attorney at Law
1422 Berry Drive
Cleburne, Texas 76033
817/602-7999          FAX # 817/423-7348

JEFFREY S. DAVIS
Texas Bar No. 00787334
Attorney for Forrest Chevrolet-Cadillac, Inc., and
Forrest Pontiac-Buick-GMC Truck, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the ___th day of October, 2009, a true and correct copy of the foregoing was served on all those parties receiving notice via the Court's Electronic Case Filing System (through ECF) and the parties below via U. S. Mail First Class, postage prepaid on the following parties:

Harvey Miller
Stephen Karotkin
Joseph H. Smolinsky
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Debtors
c/o General Motors Corporation
Attn: Lawrence S. Buonomo
300 Renaissance Center
Detroit, Michigan 48265

James L. Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Michael J. Edelman
Michael L. Schein
Vedder Price, P.C.
1633 Broadway 47th FL
New York, NY 10019

John J. Rapisardi
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Babette Ceccotti
Cohen Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036

Diana G. Adams
Office of U. S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

David S. Jones
Matthew L. Schwartz
U. S. Attorney's Office
86 Chambers Street, 3rd Fl.
New York, NY 10007

Matthew Feldman
United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

Kenneth H. Eckstein
Thomas Moers Mayer
Adam C. Rogoff
Gordon Z. Novod
Kramer, Levin, Naftalis & Frankel, L.L.P.
1177 Avenue of the Americas
New York, NY 10036

Daniel W. Sherrick
UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

/s/ JEFFREY S. DAVIS