Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11 Case No.
                                                           :
MOTORS LIQUIDATION COMPANY, et al.,                        :     09-50026 (REG)
      f/k/a General Motors Corp., et al.                   :
                                                           :
                  Debtors.                                 :     (Jointly Administered)
                                                           :
-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11 Case No.
                                                           :
REMEDIATION AND LIABILITY                                  :     09-50029 (__)
MANAGEMENT COMPANY, INC.,                                  :
                                                           :
                  Debtors.                                 :
                                                           :
-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11 Case No.
                                                           :
ENVIRONMENTAL CORPORATE                                    :     09-50030 (__)
REMEDIATION COMPANY, INC.,                                 :
                                                           :
                  Debtors.                                 :
                                                           :
-----------------------------------------------------------x
```

## NOTICE OF COMMENCEMENT OF
## CHAPTER 11 CASES AND FIRST DAY HEARING

**PLEASE TAKE NOTICE** that on June 1, 2009 Motors Liquidation Company (f/k/a General Motors Corporation) and certain of its affiliated debtors (collectively, the "**First Filed Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on October 9, 2009, Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., both affiliates of the First Filed Debtors, (collectively, the "**New Debtors**," and together with the First Filed Debtors, the "**Debtors**"), each filed with the Bankruptcy Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that a **hearing has been scheduled for October 15, 2009 at 2:00 p.m. (Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 623, New York, New York 10004** (the "**Hearing**") and may be adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will request the following relief at the Hearing:

    1.    Order Pursuant to 11 U.S.C. § 105(a) Directing That Certain Orders in the Chapter 11 Cases of Motors Liquidation Company, e*t al.*, f/k/a General Motors Corp., e*t al.*, Be Made Applicable to Subsequent Debtors.

**PLEASE TAKE FURTHER NOTICE** that the pleading referenced above may be obtained by: (i) accessing (a) the website of the Bankruptcy Court at http://www.nysb.uscourts.gov, or (b) the website of the First Filed Debtors' claims and noticing agent, The Garden City Group, Inc., at http://www.motorsliquidationdocket.com, or (ii) visiting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

Dated: New York, New York
      October 9, 2009

    /s/ Stephen Karotkin
    Harvey R. Miller
    Stephen Karotkin
    Joseph H. Smolinsky

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession