UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
MOTORS LIQUIDATION COMPANY, *et al.*, : 09-50026 (REG)
 f/k/a General Motors Corp., *et al.* : 
: 
 Debtors. : (Jointly Administered)
: 
------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
REMEDIATION AND LIABILITY : 09-50029 (REG)
MANAGEMENT COMPANY, INC., : 
: 
 Debtors. : 
: 
------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
ENVIRONMENTAL CORPORATE : 09-50030 (REG)
REMEDIATION COMPANY, INC., : 
: 
 Debtors. : 
: 
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 15, 2009 at 2:00 p.m.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.  UNCONTESTED MATTERS:**

1. Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C § 105(a) Directing that Certain Orders in the Chapter 11 Cases of Motors Liquidation Company, e*t al.*, f/k/a General Motors Corp., e*t al.* Be Made Applicable to Subsequent Debtors

**[Case No. 09-50026, Docket No. 4223; Case No. 09-50029, Docket No. 2; Case No. 09-50030, Docket No. 2]**

Response Deadline:    N/A

Response Filed:    N/A

Reply Filed:    N/A

Additional Document(s):

    A.    Chapter 11 Petition of Remediation and Liability Management Company, Inc. **[Case No. 09-50029] [Docket No. 1]**

    B.    Chapter 11 Petition of Environmental Corporate Remediation Company, Inc. **[Case No. 09-50030] [Docket No. 1]**

**Status:**    This matter is going forward.

Dated: October 14, 2009
       New York, New York

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession