**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                               :         **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY**, *et al.*,           :         **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*            :
:
        Debtors.                                    :         **(Jointly Administered)**
:
------------------------------------------------------------x
:
In re                                               :         **Chapter 11 Case No.**
:
**REMEDIATION AND LIABILITY**                       :         **09-50029 (REG)**
**MANAGEMENT COMPANY, INC.**,                       :
:
        Debtors.                                    :
:
------------------------------------------------------------x
:
In re                                               :         **Chapter 11 Case No.**
:
**ENVIRONMENTAL CORPORATE**                         :         **09-50030 (REG)**
**REMEDIATION COMPANY, INC.**,                      :
:
        Debtors.                                    :
:
------------------------------------------------------------x

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 15, 2009 at 2:00 p.m.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.     CONTESTED MATTERS:**

   1.     Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C § 105(a) Directing that Certain Orders in the Chapter 11 Cases of Motors Liquidation Company, e*t al.*, f/k/a General Motors Corp., e*t al.* Be Made Applicable to Subsequent Debtors

**[Case No. 09-50026, Docket No. 4223; Case No. 09-50029, Docket No. 2; Case No. 09-50030, Docket No. 2]**

Response Deadline:          N/A

Response Filed:

    **A.**    **United States of America's Limited Objection to Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. § 105(a) Directing that Certain Orders in the Chapter 11 Cases of Motors Liquidation Company, e*t al.*, f/k/a General Motors Corp., e*t al.* Be Made Applicable to Subsequent Debtors [Docket No. 4242]**

Reply Filed:          N/A

Additional Document(s):

    B.    Chapter 11 Petition of Remediation and Liability Management Company, Inc. **[Case No. 09-50029] [Docket No. 1]**

    C.    Chapter 11 Petition of Environmental Corporate Remediation Company, Inc. **[Case No. 09-50030] [Docket No. 1]**

**Status:**          This matter is going forward.

Dated: October 14, 2009
      New York, New York

                          /s/ Joseph H. Smolinsky
                          Harvey R. Miller
                          Stephen Karotkin
                          Joseph H. Smolinsky

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Debtors
                          and Debtors in Possession