**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : |  |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

-----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **REMEDIATION AND LIABILITY** | : | **09- 50029 (REG)** |
| **MANAGEMENT COMPANY, INC.,** | : |  |
|  | : |  |
| Debtor. | : | **(Joint Administration** |
|  | : | **Requested)** |

-----------------------------------------------------------------x

# SCHEDULES OF ASSETS AND LIABILITIES FOR

**Remediation And Liability Management Company, Inc.**

**Case No.: 09-50029**

**ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC. AND REMEDIATION
AND LIABILITY MANAGEMENT COMPANY, INC.**

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENTS OF FINANCIAL AFFAIRS**
October 15, 2009

On October 9, 2009 (the "***Commencement Date***"), Environmental Corporate Remediation Company, Inc.
("***ENCORE***") and Remediation And Liability Management Company, Inc. ("***REALM***" and together with
ENCORE, the "***Debtors***") commenced cases under chapter 11 of title 11 of the United States Code (the
"***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of New York (the
"***Bankruptcy Court***").

**BACKGROUND FACTS**

On June 1, 2009, Motors Liquidation Company, formerly known as General Motors Corporation ("***MLC***"), and
certain of its subsidiaries (together with MLC, the "***First Filed Debtors***") filed voluntary petitions for relief under
chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The chapter 11 cases of the First Filed Debtors are
being jointly administered for procedural purposes only under case number 09-50026 (REG) pursuant to Rule
1015(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and the First Filed Debtors are
operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and
1108 of the Bankruptcy Code.

On July 10, 2009 (the "***Closing Date***"), the First Filed Debtors completed the sale of substantially all of their
assets  (the "***GM Asset Sale***") to a company now known as General Motors Company ("***New GM***").  The First
Filed Debtors are now conducting an orderly liquidation and wind-down of their remaining assets and operations.
This process involves analyzing the assets and obligations of MLC's numerous subsidiaries to determine the most
appropriate means of liquidation of each subsidiary.  To this end, on October 9, 2009, the Debtors, which are both
direct subsidiaries of MLC, each commenced a voluntary case under chapter 11 of the Bankruptcy Code (together
with the First Filed Debtors, the "***Affiliated Debtors***") and are seeking to have their cases jointly administered
with the First Filed Debtors' chapter 11 cases, as well as to have various orders and motions entered and filed in
the First Filed Debtors' chapter 11 cases apply to their chapter 11 cases (the "***Applicable Orders Motion***").  As set
forth more fully on Exhibit A to the Applicable Orders Motion, these orders include the order directing joint
administration of the First Filed Debtors' chapter 11 case and the final orders authorizing (but not directing)
payment of, among other things, certain prepetition claims of employees, taxing authorities, lienholders, and
essential suppliers.

REALM, a Michigan corporation formed in 1984, and ENCORE, a Delaware corporation formed in 1989, were
both created to manage environmental remediation liabilities, including assessing, investigating, and discharging
environmental liabilities associated with domestic and international properties affiliated with MLC.  They also
own several parcels of property formerly owned by MLC.  MLC's objective is to work with local communities,
developers and other stakeholders to resolve environmental remediation obligations at the properties that are
under MLC's control in a manner that protects public health and the environment while being consistent with the
interests of creditors in MLC's bankruptcy proceedings.  To this end, the First Filed Debtors determined that the
chapter 11 process is the most appropriate forum for addressing a number of long-term and short-term obligations
associated with REALM and ENCORE.  Moreover, in light of the interdependency between REALM, ENCORE
and the First Filed Debtors, the First Filed Debtors believe joint administration of REALM and ENCORE's
chapter 11 cases with the First Filed Debtors' chapter 11 cases allows for a concurrent, court-supervised wind-

down of assets and operations, and provides the most efficient and value-maximizing liquidation process for all parties involved.

## OVERVIEW OF GLOBAL NOTES

Each of the Debtors has herewith filed separate Schedules of Assets and Liabilities ("*Schedules*") and Statements of Financial Affairs ("*Statements*"). These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements ("*Global Notes*") relate to the each of the Debtors' Schedules and Statements and set forth the basis upon which the Schedules and Statements are presented. **These Global Notes comprise an integral part of the Statements and Schedules and should be referred to and considered in connection with any review of the Statements and Schedules**. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Information in these Global Notes is presented on an individual Debtor-by-Debtor basis unless otherwise noted. Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, or continuation sheet.

**The Schedules and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

The Schedules and Statements have been prepared pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007 by the Debtors' management with the assistance of their advisors. Financial information is presented on an unaudited basis. While management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist. Moreover, the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment. Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights with respect to the chapter 11 cases, including with respect to any issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

In evaluating the Schedules and the assets available for distribution to creditors, it should be noted that in connection with the closing of the GM Asset Sale, on the Closing Date, MLC, as borrower, and the First Filed Debtors and the Debtors, as guarantors, entered into an amended and restated debtor-in-possession financing facility (as restructured, amended and restated, the "**Wind Down Facility**") with the United States Treasury and Export Development Canada, a branch of the government of Canada. The Wind Down Facility, which was approved by an order of the Bankruptcy Court, dated July 5, 2009 (Docket Number 2969), provides for loans in a principal amount of $1,175,000,000 (with interest paid in kind), all of which was drawn by MLC the day before the Closing Date. The Wind Down Facility is non-recourse to the First Filed Debtors and the Debtors, and the obligations thereunder are secured by substantially all assets of the First Filed Debtors' and Debtors' assets (other than the First Filed Debtors' equity interests in New GM and certain other assets that were excluded from the assets constituting collateral).

In general, the descriptions of the Debtors' assets in the Schedules do not reflect the contingent secured claim of the lenders under the Wind Down Facility against REALM and ENCORE's assets. Moreover, none of the claim values reflect interest accrued on the Wind Down Facility. Such accrued interest as of October 15, 2009 is approximately $16,046,909.72.

## NOTES PERTAINING TO ALL DEBTORS

1. **Basis of Presentation:** For financial reporting purposes, prior to the Commencement Date, the Debtors' parent company, MLC, along with certain non-Debtor affiliates, prepared consolidated financial statements that were audited annually. Unlike such consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' and their affiliates' books and records and historical financial statements. Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with United States Generally Accepted Accounting Principles, nor are they intended to fully reconcile to the financial statements prepared by the Debtors or their affiliates.

2. **Amendment:** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements. Despite these efforts, inadvertent errors or omissions may exist. The Debtors reserve all rights to, but are not required to, amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

3. **Causes of Action:** Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

4. **Recharacterization:** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, due to the complexity of the Debtors' businesses and operations, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

5. **Claim Description:** Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated, or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated, or "disputed." Moreover, the Debtors reserve all of their rights to, but are not required to, amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

6. **Unliquidated Claim Amounts:** Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated".

7. **Undetermined Amounts:** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

8.  **Bankruptcy Court Orders:** By the Applicable Orders Motion, the Affiliated Debtors are seeking a determination that certain orders and pleadings entered in the First Filed Debtors' chapter 11 cases be made applicable to the Debtors' chapter 11 cases, including orders authorizing (but not directing) payment of, among other things, certain prepetition claims of employees, taxing authorities, lienholders, and essential suppliers. It is, therefore, possible that some of the amounts listed herein will be paid by the Debtors under such orders. Nothing herein shall be deemed to alter the rights of any party in interest to contest a payment made pursuant to a Bankruptcy Court order that preserves such rights to contest.

9.  **Valuation:** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of June 30, 2009. Exceptions to this include operating cash and certain other assets. Operating cash is presented at bank balances as of September 30, 2009. Certain other assets are listed at undetermined amounts, as the net book values may differ materially from fair market values or the amounts ultimately realized. The Debtors do not intend to amend these Schedules to reflect actual values.

10. **Liabilities:** The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to, but are not required to, amend the Schedules and Statements as they deem appropriate in this regard.

11. **Guarantees and Other Secondary Liability Claims:** The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "*Guarantees*") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. The Debtors did not identify any such Guarantees; however, they believe that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to, but are not required to, amend the Schedules to the extent that Guarantees are identified.

12. **Intellectual Property Rights:** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been sold, abandoned, or terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

13. **Currency:** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

14. **Property and Equipment:** Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

15. **Claims of Third-Party Related Entities:** While the Debtors have made every effort to classify properly each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and

contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to same.

16. **Insiders:**  In connection with statement questions 3c and 21, the Debtors have listed the members of their respective boards of directors and all employees that held any of the following titles: President, Chairman, Executive Vice President, General Counsel, Vice President, Treasurer, Chief Tax Officer, Comptroller, Assistant Comptroller, Assistant Treasurer and Assistant Secretary.  Persons have been included in the Statements for informational purposes only, and the listing of an individual as an "insider," however, is not intended to be, and should not be construed as, a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Further, the Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual, or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

Information about payments and prior relationships with AP Services LLC is disclosed in the affidavits and supplements thereto that accompany the Debtors' Motion Pursuant to 11 U.S.C. § 363 for an Order Authorizing the Debtors to Employ and Retain AP Services, LLC as Crisis Managers and to Designate Albert A. Koch as Chief Restructuring Officer, *Nunc Pro Tunc* to the Petition Date (related Docket Numbers 952, 2949, 3133, 3591, 3686, 3831, and 3964).

17. **Confidentiality:**  Addresses of current and former employees of the Debtors are generally not included in the Schedules and Statements.  The Debtors will mail any required notice or other documents to the address in their books and records for such individuals.

18. **Payments:** The financial affairs and business of the Debtors and their affiliates were complex.  Prior to the Commencement Date, the Debtors and certain of their affiliates participated in a consolidated cash management system through which certain payments were made by one entity on behalf of another. As a result, certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system.  A description of the prepetition cash management system is set forth in the First Filed Debtors' motion for authorization, among other things, to continue using their cash management system, as modified, dated June 1, 2009 (Docket Number 30).

19. **Intercompany Transactions:** Prior to the Commencement Date, the Debtors engaged in intercompany transactions resulting in intercompany accounts payable and receivable.  The respective intercompany accounts payable and receivable as of the Commencement Date have not been fully reconciled.  Accordingly, intercompany account balances are generally not listed in the Schedules.

20. **Totals:** All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined".  To the extent that there are unknown or undetermined amounts, the actual total may be materially different than the listed total.

21. **Schedules:**

   a. **Schedule D – Creditors Holding Secured Claims:**  Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien

purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated herein, certain parties that may hold security deposits, have not been listed on Schedule D.

b.  **Schedule E – Creditors Holding Priority Claims:**  Listing a claim on Schedule E as "priority" does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

c.  **Schedule F – Creditors Holding Unsecured Nonpriority Claims:**  Schedule F does not include certain deferred charges, deferred liabilities or general reserves, as such accruals do not represent specific claims as of the Commencement Date. The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While reasonable efforts have been made to list the date that each claim arose, determination of each date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.

The claims of individual creditors are listed at the amounts recorded on the Debtor's books and records and may not reflect credits or allowances due from such creditor. The Debtors reserve all of their rights with respect to such credits or allowances.

d.  **Schedule G – Executory Contracts:**  The historical business relationships of the Debtors were complex. While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred. The Debtors reserve all of their rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G and to amend or supplement Schedule G as necessary.

Nothing herein shall be construed as a concession or evidence that any of the contracts, agreements, and leases identified on Schedule G: (i) constitute an "executory contract" within the meaning of section 365 of the Bankruptcy Code and other applicable law; or (ii) have not expired or been terminated or otherwise currently are in full force and effect. Rather, the Debtors expressly reserve all of their rights with respect thereto, including their right to seek a later determination of these issues and their right to dispute the validity, status, characterization or enforceability of any contracts leases or set forth therein. Certain of these contracts or leases may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed herein, but are nonetheless incorporated herein by this reference. Moreover, omission of a contract or lease from Schedule G does not constitute an admission that such contract or lease is not an executory contract or unexpired lease.

In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider.

Certain of the contracts and leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations may not be set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may also not be set forth on Schedule G.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including, without limitation, any intercompany agreement) related to a creditor's claim. Certain of the contracts and leases listed on Schedule G may have been entered into by more than one of the Debtors. Finally, certain of the contracts and leases listed on Schedule G may not have been memorialized and could be subject to dispute.

e.  **Schedule H – Co-Debtors:** In the ordinary course of their business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because of the volume of such claims, because all are contingent, disputed or unliquidated, and because such claims are listed elsewhere in the Schedules and Statements, such claims have not been set forth individually on Schedule H.

22. **Statements**

a.  **Statements – Question 3b - 90 Day Payments:** The dates set forth in the "Date of Payment" column relate to one of the following: (a) the date of a wire transfer; (b) the date of an "ACH" payment; or (c) the clearance date for a check or money order. In addition to the payments disclosed in response to this Question, the Debtors engaged in numerous transactions, including payments and other transfers, with their Debtor and non-debtor affiliates on a daily basis under a consolidated cash management system. Given the significant volume and ordinary course nature of such transactions, the Debtors may not have listed all such intercompany transfers and transactions.

b.  **Statements – Question 17 - Environmental:** The Debtors historically maintained property and environmental remediation operations in many locations, on behalf of their parent company. At some of these locations, the Debtors no longer have any operations, and, as of the Commencement Date, may no longer have had relevant records, or the records may no longer be complete or reasonably accessible and reviewable. Some individuals who once possessed responsive information are no longer employed by the Debtors. For all of these reasons, it may not be reasonably possible to identify and supply the requested information for every "site" and "proceeding" literally responsive to Question 17. Nonetheless, the Debtors have devoted substantial internal and external resources to identifying and providing the requested information for as many responsive sites and proceedings as reasonably possible. The Debtors prioritized identifying all active or open matters. The Debtors reserve all of their rights to, but are not

required to, supplement or amend this response in the future if additional information becomes available.

Due to the number of potentially responsive matters for the Debtors, the practical burdens of compiling information on inactive matters, and the presumably lower relevance of information on matters that have been inactive for a longer period of time, the Debtors generally have attempted to compile information on inactive matters only where there has been some activity within the last few years.

Where a site is the subject of a proceeding, settlement, or order listed in the response to Question 17(c), the site and notices related to it are not also listed in the responses to Questions 17(a) or 17(b).   Similarly, sites that are listed in the response to Question 17(a) (sites for which the Debtors have received notice from a governmental unit) are not repeated in the response to Question 17(b) (sites at which the Debtors have provided notice to a governmental unit).

Where a site identified in Attachment 17(a) or 17(b) is the subject of multiple notices, or notices that preceded and were related to proceedings listed in the response to Question 17(c), all such notices may not be listed.

The response to Question 17(b) (concerning notices by the Debtors of releases) does not list routine reports and submissions, to the extent they exist, concerning discharges resulting from normal operations where such reports and submissions were made in compliance with regulatory requirements, such as discharge monitoring reports, toxic release inventory submissions, and submissions concerning air emissions.

c.  **Statements – Questions 19a and 19c – Books and Records:**   Through July 9, 2009, the Debtors' parent company historically employed hundreds of individuals with various bookkeeping responsibilities.   Ultimately, all of these individuals reported to Nicholas Cyprus, MLC's prepetition Chief Accounting Officer as the primary individual who directly kept or was in possession of the Debtors' books and records.   Due to the voluminous nature of this detail, only Mr. Cyprus is listed in the responses to these Questions for the period through July 9, 2009.   After July 9, 2009, James Selzer, Chief Financial Officer of MLC became the primary individual who directly kept or was in possession of the Debtors' books and records.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: <u>Remediation And Liability Management</u>
   <u>Company, Inc.</u>

Case No. _____09-50029_____

Chapter _____11_____

## SUBJECT TO GLOBAL NOTES AND SPECIFIC NOTES TO THESE SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED YES / NO | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - REAL PROPERTY | YES | 2 | $8,564,308 | | |
| B - PERSONAL PROPERTY | YES | 6 | $364,236 | | |
| C - PROPERTY CLAIMED AS EXEMPT | NO | 0 | | | |
| D - CREDITORS HOLDING SECURED CLAIMS | YES | 2 | | $1,175,000,000 | |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS (Total of claims on Schedule E) | YES | 9 | | $51,591 | |
| F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS | YES | 5 | | $663,113 | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | YES | 19 | | | |
| H - CODEBTORS | YES | 1 | | | |
| I -CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| Total number of sheets of all Schedules | | 44 | | | |

Total Assets > $8,928,544

Total Liabilities > $1,175,714,704

In re: **Remediation And Liability Management Company, Inc.**          Case No.          09-50029

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

☐   Check this box if debtor has no real property to report on this Schedule A.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|
| See Attached Exhibit A-1 | | $8,564,308 | $0 |

**Specific Notes**

Refer to Global Notes section regarding asset values.

**Remediation And Liability Management Company, Inc.**

**Case No. 09-50029**

**Exhibit A-1**

**Real Property**

| LOCATION DESCRIPTION & ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | LAND | BUILDING (NBV) | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|---|
| BAY CITY- CROTTY STREET; 1001 WOODSIDE AVENUE; BAY CITY, MICHIGAN 48708 | OWNED | $350,000 | $0 | $350,000 | $0 |
| LINDEN ROAD; 1200 SOUTH LINDEN ROAD; FLINT TOWNSHIP, MICHIGAN, 48532 | OWNED | $3,200 | $1,666 | $4,866 | $0 |
| PEREGRINE - COLDWATER RD. (PLANT); 1245 EAST COLDWATER ROAD (G-1245 E COLDWATER ROAD); FLINT, MICHIGAN 48505 | OWNED | $355,169 | $63,957 | $419,126 | $0 |
| FORMER DELCO CHASSIS PLANT; 12950 ECKLES ROAD; LIVONIA, MICHIGAN 48150 | OWNED | $0 | $0 | $0 | $0 |
| ELYRIA LANDFILL (LORAINE); 1400 LOWELL STREET; ELYRIA, OHIO 44035 | OWNED | $44,884 | $0 | $44,884 | $0 |
| GMPT - TOLEDO REALM PARCEL; 1455 WEST ALEXIS ROAD; TOLEDO, OHIO 43612 | OWNED | $59,918 | $0 | $59,918 | $0 |
| SOUTH LAGOON (MORAINE COMPLEX); 3801 DRYDEN; MORAINE, OHIO, 45439 | OWNED | $0 | $0 | $0 | $0 |
| 6560 CASS AVENUE (NEW CENTER COMPLEX); 6560 CASS AVENUE; DETROIT, MICHIGAN 48202 | OWNED | $317,662 | $2,909 | $320,571 | $0 |
| GREENPOINT LANDFILL; 77, 79 WEST CENTER STREET AND 3305, 3307 GABRIEL; SAGINAW, MICHIGAN 48602 | OWNED | $991,777 | $0 | $991,777 | $0 |
| DELPHI SAGINAW PLT 2 - LANDFILL; 79 WEST CENTER STREET; SAGINAW, MICHIGAN 48605 | OWNED | $0 | $0 | $0 | $0 |
| TEXTILE ROAD LAND; BUNTON & TEXTILE ROADS; YPSILANTI, MICHIGAN 48197 | OWNED | $8,511 | $5,801,441 | $5,809,952 | $0 |
| LEY CREEK SITE (SALINA); FACTORY AVENUE AND/OR MALLOY ROAD EAST; SALINA, NY 13209 | OWNED | $0 | $0 | $0 | $0 |
| DANVILLE CENTRAL FOUNDRY LANDFILL; I-74 @ G STREET; DANVILLE, ILLINOIS 61832 | OWNED | $15,295 | $0 | $15,295 | $0 |
| SUMMERFIELD (LAND ALONG STANLY ROAD) ; STANLEY ROAD; MT. MORRIS, MICHIGAN 48458 | OWNED | $547,919 | $0 | $547,919 | $0 |
| DELPHI I - COLDWATER RD. (LANDFILL & WWTP CLOSURE) ; WWTP AT 6220 HORTON STREET, LANDFILL AT 1245 EAST ; FLINT, MICHIGAN 48505 | OWNED | $0 | $0 | $0 | $0 |
| **TOTALS:** | | **$2,694,336** | **$5,869,973** | **$8,564,308** | |

**Specific Notes**

Refer to Global Notes section regarding asset values. This Schedule does not reflect the contingent secured claim of the lenders under the postpetition debtor-in-possession credit agreement of Motors Liquidation Company (under which all of Motors Liquidation Company's debtor affiliates are guarantors).

In re:  **Remediation And Liability Management Company, Inc**            Case Number: **09-50029**

          Debtor                                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1.  Cash on hand. | X | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Attached Exhibit B-2 | $364,236 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | |
| 5.  Books; pictures and other art objects; antiques; stamps, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6.  Wearing apparel. | X | | |
| 7.  Furs and jewelry. | X | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9.  Interests in insurance policies. Name insurance company of policy and itemize surrender or refund value of each. | | See Attached Exhibit B-9 | Undetermined |
| 10.  Annuities.  Itemize and name each issuer. | X | | |

In re:  **Remediation And Liability Management Company, Inc**          Case Number:  **09-50029**

Debtor                                                                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. | X | | |
| 13.  Stock and interests in incorporated and unincorporated business. Itemize. | X | | |
| 14.  Interests in partnerships or joint ventures.  Itemize. | X | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16.  Accounts receivable. | X | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |

In re:  **Remediation And Liability Management Company, Inc**                    Case Number:  **09-50029**

Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26.  Boats, motors, and accessories. | X | | |
| 27.  Aircraft and accessories. | X | | |
| 28.  Office equipment, furnishings, and supplies. | X | | |
| 29.  Machinery, fixtures, equipments, and supplies used in business. | X | | |
| 30.  Inventory | X | | |

In re:  **Remediation And Liability Management Company, Inc**          Case Number:  **09-50029**

Debtor                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 31.  Animals | X | | |
| 32.  Crops - growing or harvested. Give particulars | X | | |
| 33.  Farming equipment and implements. | X | | |
| 34.  Farm supplies, chemicals, and feed. | X | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | |

**Remediation And Liability Management Company, Inc.**

**Case Number:  09-50029**

**Exhibit  B-2**

**Checking, savings, or other financial accounts, CDs, etc.**

| Bank Name | Account / Bond Description | Address | City, State and Zip Code | 9/30/2009 Bank Balance |
|---|---|---|---|---|
| **CASH ACCOUNTS** | | | | |
| CITIBANK, N.A. | CASH ACCOUNTS | 1 PENN'S WAY | NEW CASTLE, DE 19720 | $317,773 |
| JPMORGAN CHASE | CASH ACCOUNTS | 270 PARK AVE. #12 | NEW YORK, NY 10017-7924 | $34,517 |
| JPMORGAN CHASE | CASH ACCOUNTS | 270 PARK AVE. #12 | NEW YORK, NY 10017-7924 | $10,916 |
| JPMORGAN CHASE | CASH ACCOUNTS | 270 PARK AVE. #12 | NEW YORK, NY 10017-7924 | $1,030 |
| | | | **CASH ACCOUNTS SUBTOTAL** | **$364,236** |
| | | | **TOTAL** | **$364,236** |

**Remediation And Liability Management Company, Inc.**

**Case Number:  09-50029**

**Exhibit  B-9**

**Interests in Insurance Policies**

| Coverage | Insurer | Annual Renewal Date | Broker | Limit | Deductible | Premium |
|---|---|---|---|---|---|---|
| ENVIRONMENTAL<br>•POLLUTION<br>•UST/AST<br>•IL CLOSURE<br>•MI CORRECTIVE ACTION<br>•NJ CLOSURE<br>•OH CLOSURE/POST CLOSURE (4 LOCATIONS) | AIG | 4/1 | AON | $8,000,000<br>$4,000,000<br>$604,945<br>$3,794,191<br>$293,500<br>$15,505,923 | NONE | $206,396 |
| DOMESTIC GL (EXCESS) | AIG | 7/10 | AON | $25,000,000 | PRIMARY | $550,000 |
| DIRECTORS AND OFFICERS<br>•COVERAGE A- INDIVIDUALS<br>•COVERAGE B – CORPORATE | AIG LEAD/<br>VARIOUS INSURERS | 7/11 | AON | $50,000,000<br>TWO YEAR LIMIT | NONE FOR INDIVIDUAL /<br>$5 MILLION FOR CORPORATE | $4,700,000 |
| DOMESTIC GL | AIU | 7/10 | AON | $4,000,000<br>$2,000,000 PER OCCURRENCE | NONE | $807,955 |
| SURETY | TRAVELLERS,<br>LIBERTY/SAFECO,<br>GMAC RE:, CNA, ACE,<br>CHUBB, ZURICH | | AON | DEPENDS ON TYPE OF SURETY REQUIRED | $0 | |
| DOMESTIC PROPERTY<br>•INCL. BOILER & MACHINERY<br>•INCL. ELECTRONIC DATA PROCESSING<br>•INC. THEFT (TANGIBLE PROPERTY) | VARIOUS | 3/1 | MARSH | $3,000,000,000 COMBINED PROPERTY DAMAGE AND BUSINESS INTERRUPTION | $75 MILLION /<br>$150 MILLION AGGREGATE | $22,911,306 |

**Remediation And Liability Management Company, Inc.**

**Case Number:  09-50029**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)  Report the total of all claims listed on the schedules in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C | U | D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY | NOTES |
|---|---|---|---|---|---|---|---|---|
| See Attached Exhibit D-1 | | DIP Financing; Date: Various | ☑ | ☐ | ☐ | $1,175,000,000 | Undetermined | |
| | | | ☐ | ☐ | ☐ | | | |
| | | | ☐ | ☐ | ☐ | | | |
| | | | ☐ | ☐ | ☐ | | | |
| | | | ☐ | ☐ | ☐ | | | |
| | | | ☐ | ☐ | ☐ | | | |

<u>1</u>          continuation sheets attached

**Remediation And Liability Management Company, Inc.**

**Case Number:  09-50029**

**Exhibit  D-1**

**DIP Financing**

| Name | Address | City, State & Zip | C | U | D | Collateral Value | Claim Amount |
|------|---------|-------------------|---|---|---|------------------|--------------|
| U.S. TREASURY AND | 1500 PENNSYLVANIA AVENUE, NW | WASHINGTON, D.C., 20220 | ☑ | ☐ | ☐ | UNDETERMINED | $1,175,000,000 |
| EXPORT DEVELOPMENT CANADA | 151 O'CONNOR STREET | OTTAWA, ON, K1A 1K3 CANADA | | | | | |

$1,175,000,000

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, or wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)**

☐    Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. Section 507(a)(2).

☐    Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. Section 507(a)(3).

☐    Contribution to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Section 507(a)(4).

☐    Certain farmers and fisherman

Claims of certain farmers and fisherman, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Section 507(a)(5).

☐    Deposits by individuals

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. Section 507(a)(6).

☐    Alimony, Maintenance, or Support

Claims of a spouse, former spouse, or child of the debtor for alimony,  maintenance, or support, to the extent provided in 11 U.S.C. Section 507(a)(7).

☑    Taxes and Certain Other Debts Owed to Government Units

Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Section 507(a)(8).

☐    Commitments to Maintain the capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. Section 507(a)(9).

☐    Administrative Expense Claims

Claims for the value of any goods received by the debtor within 20 days before the Petition Date in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

Refer to Exhibit E-1 for listing of Taxing Authorities.

<u>8</u>  continuation sheets attached

**Remediation And Liability Management Company, Inc.**
**Case Number: 09-50029**
**Exhibit E-1**
**Taxing Authorities**

| Name | Address | City, State & Zip | C | U | D | Total Claim |
|------|---------|-------------------|---|---|---|------------|
| BIRCH RUN TOWNSHIP,TREASURER | PO BOX 152<br><br>8425 MAIN STREET | BIRCH RUN, MI 48415-0152 | ☑ | ☑ | ☐ | $0 |
| BOLLINGER NEW YORK DIVISION | 100 WALL STREET | NEW YORK, NY 10005- | ☑ | ☑ | ☐ | $0 |
| CANTON TOWNSHIP TREASURER | PO BOX 87010 | CANTON, MI 48187-0010 | ☑ | ☑ | ☐ | $0 |
| CHARTER TOWNSHIP OF FLINT | ATTEN: SANDRA S WRIGHT<br>1490 S. DYE ROAD | FLINT,MI,48532 | ☐ | ☐ | ☐ | $5,477 |
| CHARTER TOWNSHIP OF YPSILANTI | LARRY J. DOE, TREASURER<br><br>7200 S. HURON RIVER DR. | YPSILANTI,MI,48197 | ☐ | ☐ | ☐ | $14,461 |
| CHARTER TWP. OF GENESEE | DONALD E. BECKER, TREAS.<br>P.O. BOX 215 | GENESEE,MI,48437 | ☐ | ☐ | ☐ | $23,468 |
| CHICAGO DEPT OF REVENUE | 22615 NETWORK PL | CHICAGO, IL 60673-1226 | ☑ | ☑ | ☐ | $0 |
| CITY OF ANN ARBOR TREASURER | DEPT 77602<br>P.O. BOX 77000 | DETROIT, MI 48277-0602 | ☑ | ☑ | ☐ | $0 |
| CITY OF CALUMET CITY | PO BOX 1519<br>OFFICE OF THE CITY CLERK | CALUMET CITY, IL 60409-7519 | ☑ | ☑ | ☐ | $0 |
| CITY OF CHICAGO DEPT OF REVENUE | 22149 NETWORK PL | CHICAGO, IL 60673-1221 | ☑ | ☑ | ☐ | $0 |
| CITY OF FAIRVIEW HEIGHTS | 10025 BUNKUM RD | FAIRVIEW HEIGHTS, IL 62208-1703 | ☑ | ☑ | ☐ | $0 |
| CITY OF KENTWOOD | PO BOX 8848<br>TREASURER | KENTWOOD, MI 49518-8848 | ☑ | ☑ | ☐ | $0 |
| CITY OF LIVONIA | 33000 CIVIC CENTER DR<br>TREASURER | LIVONIA, MI 48154-3060 | ☑ | ☑ | ☐ | $0 |
| CITY OF MT. MORRIS | ROBIN STEWART, TREASURER<br>11649 N. SAGINAW STREET | MT. MORRIS,MI,48458 | ☐ | ☐ | ☐ | $525 |

**Remediation And Liability Management Company, Inc.**
**Case Number: 09-50029**
**Exhibit  E-1**
**Taxing Authorities**

| Name | Address | City, State & Zip | C | U | D | Total Claim |
|------|---------|-------------------|---|---|---|-------------|
| CITY OF NOVI | 45175 W 10 MILE RD | NOVI, MI 48375-3006 | ☑ | ☑ | ☐ | $0 |
| CITY OF NOVI TAX COLLECTION PROCESSING | PO BOX 3050 P.O. BOX 79001 | DETROIT, MI 48279-0001 | ☑ | ☑ | ☐ | $0 |
| CITY OF ROCHESTER HILLS | PO BOX 7783 P.O. BOX 79001 | DETROIT, MI 48279-0001 | ☑ | ☑ | ☐ | $0 |
| CITY OF ROYAL OAK | PO BOX 64 TREASURER'S OFFICE | ROYAL OAK, MI 48068-0064 | ☑ | ☑ | ☐ | $0 |
| CITY OF SAGINAW, TREASURER | 1315 S. WASHINGTON AVE. | SAGINAW,MI,48601 | ☐ | ☐ | ☐ | $734 |
| CITY OF TROY | PO BOX 101 P.O. BOX 33321 | DETROIT, MI 48231-0101 | ☑ | ☑ | ☐ | $0 |
| CITY OF YONKERS BUREAU OF | HOUSINGS & BUILDING'S 87 NEPPERHAN AVE | YONKERS, NY 10701- | ☑ | ☑ | ☐ | $0 |
| COMMISSIONER OF TAXATION & FINANCE | NYS ASSESSMENT RECEIVABLES PO BOX 2974 | NEW YORK, NY 10087-6823 | ☑ | ☑ | ☐ | $0 |
| COUNTRY GLEN LLC | 143 OLD COUNTRY RD | CARLE PLACE, NY 11514-1805 | ☑ | ☑ | ☐ | $0 |
| DELAWARE COUNTY TREASURER | 140 N SANDUSKY ST | DELAWARE, OH 43015-1733 | ☑ | ☑ | ☐ | $0 |
| DELTA CHARTER TOWNSHIP | 7710 W SAGINAW HWY TREASURER | LANSING, MI 48917-8974 | ☑ | ☑ | ☐ | $0 |
| DEPARTMENT OF EMPLOYMENT SECURITY | 33 SOUTH STATE STREET | CHICAGO, IL 60603- | ☑ | ☑ | ☐ | $0 |
| DEPARTMENT OF JOB AND FAMILY SERVICES | 30 E BROAD ST FL 32 | COLUMBUS, OH 43266-0001 | ☑ | ☑ | ☐ | $0 |
| DEPARTMENT OF LABOR | COMPASS OFC 500 | ALBANY, NY 12240-0001 | ☑ | ☑ | ☐ | $0 |
| DEPARTMENT OF REVENUE | PO BOX 19030 | SPRINGFIELD, IL 62794-9030 | ☑ | ☑ | ☐ | $0 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit E-1**

**Taxing Authorities**

| Name | Address | City, State & Zip | C | U | D | Total Claim |
|------|---------|-------------------|---|---|---|-------------|
| DEPARTMENT OF TAXATION | 830 FREEWAY DR N | COLUMBUS, OH 43266-0001 | ☑ | ☑ | ☐ | $0 |
| DEPARTMENT OF TAXATION AND FINANCE | 8 ROOM 501 DEPT BLDG<br><br>TAXPAYER ASSISTANCE BUREAU/ W.A. HARRIMAN CAMPUS | ALBANY, NY 12227-0001 | ☑ | ☑ | ☐ | $0 |
| DEPARTMENT OF TREASURY | 430 W ALLEGAN ST TREASURY BUILDING | LANSING, MI 48922-0001 | ☑ | ☑ | ☐ | $0 |
| EMPLOYMENT SECURITY DIVISION | 3024 W GRAND BLVD | DETROIT, MI 48202-6024 | ☑ | ☑ | ☐ | $0 |
| FAYETTE COUNTY TREASURER | 133 S MAIN ST RM 304 | WASHINGTON COURT HOUSE, OH 43160-2200 | ☑ | ☑ | ☐ | $0 |
| FRANKLIN COUNTY TREASURER | 373 S HIGH ST FL 17 | COLUMBUS, OH 43215-4591 | ☑ | ☑ | ☐ | $0 |
| HAMILTON COUNTY OHIO | PO BOX 5320<br>ROBERT GOERING, TREASURER | CINCINNATI, OH 45201-5320 | ☑ | ☑ | ☐ | $0 |
| HOWELL TOWNSHIP TREASURER | 3525 BYRON RD | HOWELL, MI 48855-7751 | ☑ | ☑ | ☐ | $0 |
| IL DEPT REVENUE | RETAILERS' OCCUPATION TAX | SPRINGFIELD, IL 62796-0001 | ☑ | ☑ | ☐ | $0 |
| ILLINOIS DEPARTMENT OF REVENUE | PO BOX 6994 | CHICAGO, IL 60680-6994 | ☑ | ☑ | ☐ | $0 |
| ILLINOIS DEPARTMENT OF REVENUE | PO BOX 19008 | SPRINGFIELD, IL 62794-9008 | ☑ | ☑ | ☐ | $0 |
| ILLINOIS DEPT OF REVENUE | RETAILER S OCCUPATION TAX | SPRINGFIELD, IL 62796-0001 | ☑ | ☑ | ☐ | $0 |
| ILLINOIS DEPT OF REVENUE | PO BOX 19045 ESTIMATED INCOME TAX | SPRINGFIELD, IL 62794-9045 | ☑ | ☑ | ☐ | $0 |
| ILLINOIS SECRETARY OF STATE | DEPARTMENT OF BUSINESS SERVICES 501 S 2ND STREET | SPRINGFIELD, IL 62756-5510 | ☑ | ☑ | ☐ | $0 |

**Remediation And Liability Management Company, Inc.**
**Case Number: 09-50029**
**Exhibit E-1**
**Taxing Authorities**

| Name | Address | City, State & Zip | C | U | D | Total Claim |
|------|---------|-------------------|---|---|---|-------------|
| LAKE COUNTY TREASURER | PO BOX 490 ADMINISTRATION BLDG. | PAINESVILLE, OH 44077-0490 | ☑ | ☑ | ☐ | $0 |
| LUCAS COUNTY TREASURERS | 1 GOVERNMENT CTR STE 500 | TOLEDO, OH 43604-2253 | ☑ | ☑ | ☐ | $0 |
| MAHONING COUNTY TREASURER | 120 MARKET STREET | YOUNGSTOWN, OH 44503- | ☑ | ☑ | ☐ | $0 |
| MICHIGAN DEPARTMENT OF LABOR & ECONOMICS | PO BOX 30702 | LANSING, MI 48909-8202 | ☑ | ☑ | ☐ | $0 |
| MICHIGAN DEPARTMENT OF REVENUE | TREASURY BUILDING | LANSING, MI 48922-0001 | ☑ | ☑ | ☐ | $0 |
| MICHIGAN DEPARTMENT OF TREASURER | PO BOX 30199 | LANSING, MI 48909-7699 | ☑ | ☑ | ☐ | $0 |
| MICHIGAN DEPARTMENT OF TREASURY | COLLECTION DIVISION PO BOX 3375 | LANSING, MI 48909- | ☑ | ☑ | ☐ | $0 |
| MICHIGAN DEPARTMENT OF TREASURY | MICHIGAN DEPARTMENT OF TREASURY | LANSING, MI 48922- | ☑ | ☑ | ☐ | $0 |
| MICHIGAN DEPT OF TREASURY | DEPT 77437 P.O. BOX 77000 | DETROIT, MI 48277-0437 | ☑ | ☑ | ☐ | $0 |
| MICHIGAN DEPT OF TREASURY | SBT QUARTERLY TAX DEPT 77889 | DETROIT, MI 48277-0889 | ☑ | ☑ | ☐ | $0 |
| MICHIGAN DEPT. OF TREASURY | PO BOX 35009 | LANSING, MI 48909- | ☑ | ☑ | ☐ | $0 |
| MLW SERVICES, INC | 101 WALL ST, FL 8 | NEW YORK, NY 10005- | ☑ | ☑ | ☐ | $0 |
| MONTGOMERY COUNTY AUDITOR | PO BOX 972 KARL L. KEITH | DAYTON, OH 45401-0972 | ☑ | ☑ | ☐ | $0 |
| MONTGOMERY COUNTY, OHIO | 451 W 3RD ST HUGH QUILL TREASURER | DAYTON, OH 45422-0001 | ☑ | ☑ | ☐ | $0 |
| NEW YORK CITY DEPT OF FINANCE | PO BOX 5070 | KINGSTON, NY 12402-5070 | ☑ | ☑ | ☐ | $0 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit E-1**

**Taxing Authorities**

| Name | Address | City, State & Zip | C | U | D | Total Claim |
|------|---------|-------------------|---|---|---|-------------|
| NEW YORK DEPARTMENT OF STATE | DIVISION OF CORPORATIONS<br><br>41 STATE STREET | ALBANY, NY 12231-0002 | ☑ | ☑ | ☐ | $0 |
| NEW YORK STATE CORPORATION TAX | PO BOX 4136 | BINGHAMTON, NY 13902-4136 | ☑ | ☑ | ☐ | $0 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | BANKRUPTCY SECTION<br><br>PO BOX 5300 | ALBANY, NY 12205-0300 | ☑ | ☑ | ☐ | $0 |
| NEW YORK STATE DEPT OF | TAX & FINANCE<br>STATE BLDG 8 | ALBANY, NY 12227-0001 | ☑ | ☑ | ☐ | $0 |
| NEW YORK STATE INCOME TAX | PO BOX 1970<br>PROCESSING UNIT | ALBANY, NY 12201-1970 | ☑ | ☑ | ☐ | $0 |
| NYS PROMPTAX - SALES TAX | PO BOX 4130 | BINGHAMTON, NY 13902-4130 | ☑ | ☑ | ☐ | $0 |
| NYS SALES TAX PROCESSING | JAF BUILDING<br>P.O. BOX 1208 | NEW YORK, NY 10116- | ☑ | ☑ | ☐ | $0 |
| OFFICE OF THE SECRETARY OF STATE | VEHICLE SERVICES DEPARTMENT<br>501 SOUTH SECOND STREET | SPRINGFIELD, IL 62756-7000 | ☑ | ☑ | ☐ | $0 |
| OFFICE OF THE TREASURER | 364 W LANE AVE<br>RIVERWATCH TOWER, SUITE B | COLUMBUS, OH 43201-4350 | ☑ | ☑ | ☐ | $0 |
| OHIO BUREAU OF MOTOR VEHICLES | DEALER AND SALESPERSON LICENSING UNIT<br>P.O. BOX 16520 | COLUMBUS, OH 43216-6520 | ☑ | ☑ | ☐ | $0 |
| OHIO DEPARTMENT OF TAXATION | 4485 NORTHLAND RIDGE BLVD | COLUMBUS, OH 43229-5404 | ☑ | ☑ | ☐ | $0 |
| OHIO DEPARTMENT OF TAXATION | PO BOX 16561 | COLUMBUS, OH 43216-6561 | ☑ | ☑ | ☐ | $0 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit E-1**

**Taxing Authorities**

| Name | Address | City, State & Zip | C | U | D | Total Claim |
|------|---------|-------------------|---|---|---|-------------|
| OHIO DEPARTMENT OF TAXATION | C/O LUCAS C. WARD OFFICE OF THE OHIO ATTORNEY GENERAL 150 EAST GAY STREET, 21ST FLOOR | COLUMBUS, OH 43215- | ☑ | ☑ | ☐ | $0 |
| OHIO DEPARTMENT OF TAXATION | PO BOX 27 | COLUMBUS, OH 43216-0027 | ☑ | ☑ | ☐ | $0 |
| OHIO DEPT OF TAXATION | PO BOX 182101 COMMERCIAL ACTIVITY TAX REGISTRATION | COLUMBUS, OH 43218-2101 | ☑ | ☑ | ☐ | $0 |
| OHIO DEPT. OF TAXATION | COMMERCIAL ACTIVITY TAX P.O. BOX 16158 | COLUMBUS, OH 43216- | ☑ | ☑ | ☐ | $0 |
| OHIO EXCISE TAX AND ASSESSMENT UNIT | PO BOX 530 | COLUMBUS, OH 43216-0530 | ☑ | ☑ | ☐ | $0 |
| STARK COUNTY TREASURER | 110 CENTRAL PLZ S STE 250 | CANTON, OH 44702-1410 | ☑ | ☑ | ☐ | $0 |
| STATE OF OHIO | TREASURER PO BOX 16561 | COLUMBUS, OH 43266-0001 | ☑ | ☑ | ☐ | $0 |
| STATE OF OHIO | PO BOX 2678 DEPARTMENT OF TAXATIOIN | COLUMBUS, OH 43216-2678 | ☑ | ☑ | ☐ | $0 |
| SUFFOLK COUNTY | PO BOX 6100 OFFICE OF CONSUMER AFFAIRS | HAUPPAUGE, NY 11788-0099 | ☑ | ☑ | ☐ | $0 |
| SUMMIT COUNTY TREASURER | 175 S MAIN ST RM 211 | AKRON, OH 44308-1308 | ☑ | ☑ | ☐ | $0 |
| TAX ASSESSOR COLLECTOR | 1250 S INDIANA #102 | CHICAGO, IL 60605- | ☑ | ☑ | ☐ | $0 |
| TAX ASSESSOR COLLECTOR | 10754 KINGSTON AVE | HUNTINGTON WOODS, MI 48070-1116 | ☑ | ☑ | ☐ | $0 |
| TAX ASSESSOR COLLECTOR | 12848 SHENANDOAH TRAIL | PLAINFIELD, IL 60585-4700 | ☑ | ☑ | ☐ | $0 |
| TAX ASSESSOR COLLECTOR | 7629 E PARKSIDE DR | YOUNGSTOWN, OH 44512-5309 | ☑ | ☑ | ☐ | $0 |

**Remediation And Liability Management Company, Inc.**
**Case Number: 09-50029**
**Exhibit  E-1**
**Taxing Authorities**

| Name | Address | City, State & Zip | C | U | D | Total Claim |
|------|---------|-------------------|---|---|---|-------------|
| TAX ASSESSOR COLLECTOR | 1690 SLEEPY HOLLOW DR | COSHOCTON, OH 43812-3137 | ☑ | ☑ | ☐ | $0 |
| TAX ASSESSOR COLLECTOR | 201 BRIDGEWATER LN | CHARDON, OH 44024-4000 | ☑ | ☑ | ☐ | $0 |
| TAX ASSESSOR COLLECTOR | 2723 CYCLORAMA DR | CINCINNATI, OH 45211-8316 | ☑ | ☑ | ☐ | $0 |
| THE CITY OF NEW YORK | PO BOX 5150 DEPT OF FINANCE | KINGSTON, NY 12402-5150 | ☑ | ☑ | ☐ | $0 |
| TOWN OF FRAMINGHAM | TAX COLLECTOR'S OFFICE 150 CONCORD ST | FRAMINGHAM,MA,01702 | ☐ | ☐ | ☐ | $2,403 |
| TREASURER OF THE STATE OF ILLINOIS | PO BOX 19496 | SPRINGFIELD, IL 62794-9496 | ☑ | ☑ | ☐ | $0 |
| TREASURER, STATE OF OHIO | 6606 TUSSING RD DIVISION OF INDUSTRIAL COMPLIANCE, FISCAL BEDDING P.O. BOX 4009 | REYNOLDSBURG, OH 43068-4004 | ☑ | ☑ | ☐ | $0 |
| VILLAGE OF ARLINGTON HEIGHTS | PO BOX 1370 | ARLINGTON HEIGHTS, IL 60006-1370 | ☑ | ☑ | ☐ | $0 |
| VILLAGE OF BIRCH RUN | PO BOX 371 | BIRCH RUN, MI 48415-0371 | ☑ | ☑ | ☐ | $0 |
| VILLAGE OF BIRCH RUN | PO BOX 371 TREASURER | BIRCH RUN, MI 48415-0371 | ☑ | ☑ | ☐ | $0 |
| VILLAGE OF BLOOMINGDALE | 201 S BLOMMINGADALE RD | BLOOMINGDALE, IL 60108- | ☑ | ☑ | ☐ | $0 |
| VILLAGE OF DEER PARK | 23680 W CUBA RD | DEER PARK, IL 60010-2490 | ☑ | ☑ | ☐ | $0 |
| VILLAGE OF SCHAUMBURG | 101 SCHAUMBURG CT ATTN: COLLECTONS/BUSINESS LICENSE | SCHAUMBURG, IL 60193-1881 | ☑ | ☑ | ☐ | $0 |
| VILLAGE OF WILMETTE | 1200 WILMETTE AVE BUSINESS LICENSE | WILMETTE, IL 60091-2721 | ☑ | ☑ | ☐ | $0 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit  E-1**

**Taxing Authorities**

| Name | Address | City, State & Zip | C | U | D | Total Claim |
|------|---------|-------------------|---|---|---|-------------|
| WARREN COUNTY TREASURER | ADMINISTRATION BUILDING 406 JUSTICE DRIVE | LEBANON, OH 45036- | ☑ | ☑ | ☐ | $0 |
| WASHTENAW COUNTY TREASURER | P.O. BOX 8645  200 N. MAIN ST, STE 200 | ANN ARBOR,MI,48107-8645 | ☐ | ☐ | ☐ | $4,523 |

**$51,591**

**Remediation And Liability Management Company, Inc.**

**Case Number:  09-50029**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the filing of the petition.  Do not include claims listed in Schedule D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

 If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

 If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on the schedules in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C | U | D | TOTAL AMOUNT OF CLAIMS |
|---|---|---|---|---|---|---|
| See Attached Exhibit F-1 | | Trade Payables; Date: Various | ☐ | ☐ | ☐ | $663,113 |
| See Attached Schedule F-2 | | Environmental Liabilities; Date: Various | ☑ | ☑ | ☐ | Undetermined |
| See Attached Schedule F-3 | | Other Unsecured Liabilities; Date: Various | ☑ | ☑ | ☑ | Undetermined |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |

<u>4</u>    total continuation sheets attached          **Total**          **$663,113**

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit F-1**

**Trade Payables**

| Creditor Name | Invoice Date | Address | City, State & Zip | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| ARCADIS BBL | VARIOUS | BBL ENVIRONMENTAL SERVICES, INC P. O. BOX 66 | SYRACUSE, NY, 13214 | ☐ | ☐ | ☐ | $150,135 |
| ARCADIS GERAGHTY & MILLER, INC. | VARIOUS | DEPT. 547 | DENVER, CO, 80291-0547 | ☐ | ☐ | ☐ | $3,931 |
| BANK OF NEW YORK, THE | 7/7/2009 | FINANCIAL CONTROL BILLING DEPARTMENT P.O. BOX 19445 | NEWARK, NJ, 07195-0445 | ☐ | ☐ | ☐ | $1,750 |
| BT2, INC. | VARIOUS | 2830 DAIRY DRIVE | MADISON, WI, 53718-6751 | ☐ | ☐ | ☐ | $17,623 |
| CLEAN HARBORS ENVIRONMENTAL SERVICES | VARIOUS | P.O. BOX 3442 | BOSTON, MA, 02241-3442 | ☐ | ☐ | ☐ | $2,443 |
| CONESTOGA-ROVERS & ASSOC. | VARIOUS | P.O. BOX 8000 DEPARTMENT 406 | BUFFALO, NY, 14267 | ☐ | ☐ | ☐ | $380,998 |
| CSX TRANSPORTATION | 7/10/2009 | C/O PROPERTY SERVICES 500 WATER STREET J-180 | JACKSONVILLE, FL, 32202-4423 | ☐ | ☐ | ☐ | $250 |
| ENVIRON INTERNATIONAL CORPORATION | VARIOUS | P.O. BOX 8500-1980 | PHILADELPHIA, PA, 19178-1980 | ☐ | ☐ | ☐ | $6,204 |
| GLOBAL ENVIRONMENTAL ENGINEERING INC. | VARIOUS | P.O. BOX 352 | ELK RAPIDS, MI, 49629 | ☐ | ☐ | ☐ | $4,992 |
| GROUNDWATER & ENVIRONMENTAL SERVICES, INC | VARIOUS | ACCOUNTING DEPT., 410 440 CREAMERY WAY STE 500 | EXTON, PA, 19341-2577 | ☐ | ☐ | ☐ | $14,639 |
| HALEY & ALDRICH DESIGN AND CONTRUCTION | VARIOUS | 56 ROLAND STREET | BOSTON, MA, 02129-1400 | ☐ | ☐ | ☐ | $16,462 |
| NOVA CONSULTANTS, INC | 8/4/2009 | 21580 NOVI ROAD, #300 | NOVI, MI, 48375 | ☐ | ☐ | ☐ | $5,641 |
| O'BRIEN & GERE ENGINEERS, INC. | VARIOUS | DEPT. NO. 956, P.O. BOX 8000 | BUFFALO, NY, 14267 | ☐ | ☐ | ☐ | $44,203 |
| ROYAL ENVIRONMENTAL, INC. | VARIOUS | 720 LEXINGTON AVENUE P.O. BOX 15719 | ROCHESTER, NY, 14615 | ☐ | ☐ | ☐ | $10,772 |
| WASTE MANAGEMENT, INC. | 8/4/2009 | P.O. BOX 930580 | ATLANTA, GA, 31193 | ☐ | ☐ | ☐ | $645 |
| YOUNG'S ENVIRONMENTAL CLEANUP, INC | 6/30/2009 | G-5305 NORTH DORT HIGHWAY | FLINT, MI, 48505 | ☐ | ☐ | ☐ | $2,425 |
|  |  |  |  |  |  |  | $663,113 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit F-2**

**Environmental Liabilities**

| Creditor Name | Address | City, State & Zip | C | U | D | Total Claim Amount |
|---|---|---|---|---|---|---|
| **NON-SUPERFUND** | | | | | | |
| CHIPPEWA INDIAN TRIBE OF MICHIGAN, MICHAEL G. PHELAN, LEGAL DEPARTMENT | 7070 EAST BROADWAY | MT. PLEASANT, MI 48858 | ☑ | ☑ | ☐ | UNDETERMINED |
| CITY OF TOLEDO, DEPARTMENT OF ENVIRONMENTAL SERVICES | 348 SOUTH ERIE STREET | TOLEDO, OH 43604 | ☑ | ☑ | ☐ | UNDETERMINED |
| DEPARTMENT OF THE INTERIOR | 1849 C STREET, N.W. | WASHINGTON DC 20240 | ☑ | ☑ | ☐ | UNDETERMINED |
| DETROIT WATER & SEWAGE, DEPARTMENT INDUSTRIAL WASTE CONTROL DIVISION | 303 SOUTH LIVERNOIS AVENUE | DETROIT, MI 48209-3070 | ☑ | ☑ | ☐ | UNDETERMINED |
| ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | 1021 NORTH GRAND AVENUE EAST | SPRINGFIELD, IL 62794-9276 | ☑ | ☑ | ☐ | UNDETERMINED |
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY, WASTE AND HAZARDOUS MATERIALS DIVISION | 525 WEST ALLEGAN STREET, P.O. BOX 30473 | LANSING, MI 48909-7973 | ☑ | ☑ | ☐ | UNDETERMINED |
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY, WASTE AND HAZARDOUS MATERIALS DIVISION | 525 WEST ALLEGAN STREET, P.O. BOX 30473 | LANSING, MI 48909-7973 | ☑ | ☑ | ☐ | UNDETERMINED |
| MIRTHA CAPIRO, U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION 5, LAND AND CHEMICAL DIVISION | 77 WEST JACKSON BOULEVARD | CHICAGO, IL 60604 | ☑ | ☑ | ☐ | UNDETERMINED |
| NRD, MICHIGAN DEPARTMENT OF ATTORNEY GENERAL, G. MENNEN WILLIAMS BUILDING 7TH FLOOR | 525 WEST OTTAWA STREET, P.O. BOX 30212 | LANSING, MI 48909 | ☑ | ☑ | ☐ | UNDETERMINED |
| OHIO ENVIRONMENTAL PROTECTION AGENCY | P.O. BOX 1049 | COLUMBUS, OHIO 43216-1049 | ☑ | ☑ | ☐ | UNDETERMINED |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION 5 | 77 WEST JACKSON BOULEVARD | CHICAGO, IL 60604 | ☑ | ☑ | ☐ | UNDETERMINED |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION 5 | 77 WEST JACKSON BOULEVARD | CHICAGO, IL 60604-3590 | ☑ | ☑ | ☐ | UNDETERMINED |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit F-2**

**Environmental Liabilities**

| Creditor Name | Address | City, State & Zip | C | U | D | Total Claim Amount |
|---|---|---|---|---|---|---|
| **SUPERFUND** | | | | | | |
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY | STATE OFFICE BUILDING, 301 E. LOUIS B. GLICK HIGHWAY | JACKSON, MI 49201-1556 | ☑ | ☑ | ☐ | UNDETERMINED |
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY, WASTE AND HAZARDOUS MATERIALS DIVISION | 525 WEST ALLEGAN STREET, P.O. BOX 30473 | LANSING, MI 48909-7973 | ☑ | ☑ | ☐ | UNDETERMINED |
| NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, REGION 7 | 615 ERIE BOULEVARD | WEST SYRACUSE, NY 13204 | ☑ | ☑ | ☐ | UNDETERMINED |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION 5 | 77 WEST JACKSON BOULEVARD | CHICAGO, IL 60604-3590 | ☑ | ☑ | ☐ | UNDETERMINED |
| | | | | | **Total** | UNDETERMINED |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit F-3**

**Other Unsecured Liabilities**

| Name | Address | City, State & Zip | C | U | D | Claim Amount |
|------|---------|-------------------|---|---|---|--------------|
| Conestoga-Rovers & Assoc. | P.O. Box 8000 | Buffalo, NY  14267 | ☑ | ☑ | ☑ | UNDETERMINED |
| | | | | | | UNDETERMINED |

In re: **Remediation And Liability Management Company, Inc.**          **Case No.**          **09-50029**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.d., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts and/or unexpired leases to report on this Schedule G.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Worldwide Facilities Group | See Attached Exhibit G-1 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

<u>18</u>    total continuation sheets attached

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| ADRIAN ENVIRONMENTAL MANAGEMENT, INC. | 2003 PROJECT COORDINATION AND TECHNICAL SERVICES<br>GM CONTRACT ID: R00021_1<br>START DATE: 1/3/2003 | 3022976 | 7533 WILLOW CREEK DRIVE<br>CANTON, MI 48187 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#006_3<br>START DATE: 4/1/2001 | 3022994 | 10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON , MI 48116 |
| ARCADIS | CONSOLIDATED SUPPLIER PROJECT DELIVERY SYSTEM AGREEMENT<br>GM CONTRACT ID: R00002<br>START DATE: 8/19/2003 | 3023017 | 6723 TOWPATH ROAD<br>BOX 66<br>SYRACUSE, NY 13214 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#049<br>START DATE: 6/1/2002 | 3023002 | 10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON , MI 48116 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#042<br>START DATE: 1/1/2002 | 3023001 | 10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON , MI 48116 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#040<br>START DATE: 1/1/2002 | 3023000 | 10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON , MI 48116 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#029<br>START DATE: 11/4/2001 | 3022999 | 10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON , MI 48116 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#024_4<br>START DATE: 4/1/2002 | 3022998 | 10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON , MI 48116 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#024_3<br>START DATE: 4/1/2002 | 3022997 | 10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON , MI 48116 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#024_1<br>START DATE: 4/1/2002 | 3022995 | 10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON , MI 48116 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#006_2<br>START DATE: 4/1/2001 | 3022993 | 10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON , MI 48116 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#006_1<br>START DATE: 4/1/2001 | 3022992 | 10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON , MI  48116 |
| ARCADIS | CONSOLIDATED SUPPLIER PROJECT DELIVERY<br>SYSTEM AGREEMENT<br>GM CONTRACT ID: R00010<br>START DATE: 12/31/2001 | 3022991 | 6723 TOWPATH ROAD<br>BOX 66<br>SYRACUSE, NY  13214 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#088_3<br>START DATE: 7/15/2001 | 3022989 | 6723 TOWPATH ROAD<br>PO BOX 66<br>SYRACUSE, NY  13214-0066 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#088_2<br>START DATE: 7/15/2001 | 3022988 | 6723 TOWPATH ROAD<br>PO BOX 66<br>SYRACUSE, NY  13214-0066 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#088_1<br>START DATE: 7/15/2001 | 3022987 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#318_2<br>START DATE: 4/10/2008 | 3022986 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#318_1<br>START DATE: 4/1/2008 | 3022985 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#313<br>START DATE: 4/18/2007 | 3022984 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#311_3<br>START DATE: 3/30/2007 | 3022983 | 251 EAST OHIO ST. SUITE 800<br>INDIANAPOLIS, IN  46204 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#311_1<br>START DATE: 3/30/2007 | 3022982 | 251 EAST OHIO ST. SUITE 800<br>INDIANAPOLIS, IN  46204 |
| ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#024_2<br>START DATE: 4/1/2002 | 3022996 | 10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON , MI  48116 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| ARCADIS AND CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#308_3<br>START DATE: 4/19/2002 | 3023018 | 251 EAST OHIO ST. SUITE 800<br>INDIANAPOLIS, IN  46204 |
| ARCADIS AND GLOBAL ENVIRONMENTAL ENGINEERING INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#319_2<br>START DATE: 5/8/2008 | 3023021 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| ARCADIS AND GLOBAL ENVIRONMENTAL ENGINEERING INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#300_4<br>START DATE: 4/10/2007 | 3023019 | 251 EAST OHIO ST. SUITE 800<br>INDIANAPOLIS, IN  46204 |
| ARCADIS AND GLOBAL ENVIRONMENTAL ENGINEERING INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#319_1<br>START DATE: 5/1/2008 | 3023020 | 6723 TOWPATH ROAD<br>PO BOX 66<br>SYRACUSE, NY  01321-0066 |
| ARCADIS AND GROUND/WATER TREATMENT & TECHNOLOGY, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#314<br>START DATE: 4/3/2007 | 3023022 | 1200 MACARTHUR BOULEVARD<br>MAHWAH, NJ  07430 |
| ARCADIS AND NOVA | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#311_2<br>START DATE: 3/30/2007 | 3023023 | 251 EAST OHIO ST. SUITE 800<br>INDIANAPOLIS, IN  46204 |
| ARCADIS US, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#096_1<br>START DATE: 3/25/2002 | 3023025 | 251 EAST OHIO ST. SUITE 800<br>INDIANAPOLIS, IN  46204 |
| ARCADIS US, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#100_1<br>START DATE: 4/10/2004 | 3023026 | 251 EAST OHIO ST. SUITE 800<br>INDIANAPOLIS, IN  46204 |
| ARCADIS US, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#100_2<br>START DATE: 4/10/2004 | 3023027 | 251 EAST OHIO ST. SUITE 800<br>INDIANAPOLIS, IN  46204 |
| ARCADIS US, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#307<br>START DATE: 4/17/2007 | 3023028 | 251 EAST OHIO ST. SUITE 800<br>INDIANAPOLIS, IN  46204 |
| ARCADIS US, INC. AND ENVIRON INT'L CORP. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#096_2<br>START DATE: 3/25/2002 | 3023029 | 251 EAST OHIO ST. SUITE 800<br>INDIANAPOLIS, IN  46204 |

**Remediation And Liability Management Company, Inc.**

**Case Number:  09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| BLASLAND, BOUCK & LEE, INC. | AMENDED AND RESTATED SUPPLIER PROJECT DELIVERY SYSTEM AGREEMENT<br>GM CONTRACT ID: R00006<br>START DATE: 8/15/2003 | 3023033 | 6723 TOWPATH ROAD<br>SYRACUSE, NY  13214 |
| BLASLAND, BOUCK & LEE, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#023<br>START DATE: 4/1/2002 | 3023034 | 6723 TOWPATH ROAD<br>SYRACUSE, NY  13214 |
| BOW ENVIRONMENTAL SOLUTIONS, INC. | 2003 PROJECT COORDINATION AND TECHNICAL SERVICES<br>GM CONTRACT ID: R00021_2<br>START DATE: 1/3/2003 | 3023037 | 320 PARK DRIVE<br>DAYTON, OH  45410 |
| BT2, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#303_1<br>START DATE: 3/31/2007 | 3023040 | 2830 DAIRY DRIVE<br>MADISON, WI  53718 |
| BT2, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#303_2<br>START DATE: 3/31/2007 | 3023041 | 2830 DAIRY DRIVE<br>MADISON, WI  53718 |
| BT2, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM:BT2_2<br>START DATE: 10/18/2002 | 3023039 | 2830 DAIRY DRIVE<br>MADISON, WI  53718 |
| BT2, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM:BT2_1<br>START DATE: 10/18/2002 | 3023038 | 2830 DAIRY DRIVE<br>MADISON, WI  53718 |
| CLEAN HARBORS ENVIRONMENTAL SERVICES | PROPOSAL<br>GM CONTRACT ID: R-0109001<br>START DATE: 1/16/2009 | 3023042 | 2930 INDEPENDENCE ROAD<br>CLEVELAND, OH  44115 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#065_3<br>START DATE: 6/20/2002 | 3023061 | 7704 MILAN ROAD<br>SANDUSKY, OH  44870 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#054<br>START DATE: 1/1/2004 | 3023056 | 7704 MILAN ROAD<br>SANDUSKY, OH  44870 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#054<br>START DATE: 1/1/2004 | 3023057 | 7704 MILAN ROAD<br>SANDUSKY, OH  44870 |

**Remediation And Liability Management Company, Inc.**

**Case Number:  09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM GM CONTRACT ID: PM#054 START DATE: 1/1/2004 | 3023058 | 7704 MILAN ROAD SANDUSKY, OH  44870 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM GM CONTRACT ID: PM#065_1 START DATE: 6/20/2002 | 3023059 | 7704 MILAN ROAD SANDUSKY, OH  44870 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM GM CONTRACT ID: PM#065_2 START DATE: 6/20/2002 | 3023060 | 7704 MILAN ROAD SANDUSKY, OH  44870 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM GM CONTRACT ID: PM#015_1 START DATE: 3/12/2002 | 3023048 | 7704 MILAN ROAD SANDUSKY, OH  44870 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM GM CONTRACT ID: PM#037_3 START DATE: 3/27/2009 | 3023055 | 7704 MILAN ROAD SANDUSKY, OH  44870 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM GM CONTRACT ID: PM#037_2 START DATE: 3/27/2009 | 3023054 | 7704 MILAN ROAD SANDUSKY, OH  44870 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM GM CONTRACT ID: PM#037_1 START DATE: 3/27/2002 | 3023053 | 7704 MILAN ROAD SANDUSKY, OH  44870 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM GM CONTRACT ID: PM#036_2 START DATE: 3/27/2002 | 3023052 | 7704 MILAN ROAD SANDUSKY, OH  44870 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM GM CONTRACT ID: PM#036_1 START DATE: 3/27/2002 | 3023051 | 7704 MILAN ROAD SANDUSKY, OH  44870 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM GM CONTRACT ID: PM#015_2 START DATE: 3/12/2002 | 3023049 | 7704 MILAN ROAD SANDUSKY, OH  44870 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM GM CONTRACT ID: PM#015_3 START DATE: 3/12/2002 | 3023050 | 7704 MILAN ROAD SANDUSKY, OH  44870 |

**Remediation And Liability Management Company, Inc.**

**Case Number:  09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#057<br>START DATE: 3/27/2002 | 3023047 | 51 COLBY DR.<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA ROVERS AND ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#058<br>START DATE: 3/21/2002 | 3023045 | 51 COLBY DR.<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA ROVERS AND ASSOCIATES AND CRA SERVICES | PROFESSIONAL AND CONSTRUCTION SERVICES AGREEMENT<br>GM CONTRACT ID: R00001<br>START DATE: 8/19/2003 | 3023091 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#116<br>START DATE: 5/14/2004 | 3023106 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#067<br>START DATE: 4/19/2002 | 3023132 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#098_7<br>START DATE: 5/14/2004 | 3023095 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#117_2<br>START DATE: 5/21/2008 | 3023107 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#117_3<br>START DATE: 5/21/2008 | 3023108 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#316_1<br>START DATE: 7/1/1999 | 3023126 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#315_2<br>START DATE: 4/1/2007 | 3023125 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#315_1<br>START DATE: 4/1/2007 | 3023124 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#312_2<br>START DATE: 4/19/2007 | 3023123 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#312_1<br>START DATE: 4/19/2007 | 3023122 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#098_4<br>START DATE: 5/14/2004 | 3023092 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#117_4<br>START DATE: 5/21/2008 | 3023109 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#304_2<br>START DATE: 7/2/2009 | 3023117 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#106_1<br>START DATE: 9/21/2004 | 3023099 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#106_2<br>START DATE: 9/21/2004 | 3023100 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#106_3<br>START DATE: 9/21/2004 | 3023101 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#113_2<br>START DATE: 4/19/2006 | 3023102 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#114<br>START DATE: 10/23/2006 | 3023103 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#115_1<br>START DATE: 1/1/2007 | 3023104 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#098_5<br>START DATE: 5/14/2004 | 3023093 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#304_1<br>START DATE: 4/16/2007 | 3023116 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#098_6<br>START DATE: 5/14/2004 | 3023094 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#306_1<br>START DATE: 3/26/2007 | 3023118 | 14496 N SHELDON RD. SUITE 200<br>PLYMOUTH, MI  48170 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#103_1<br>START DATE: 7/15/2004 | 3023097 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#306_2<br>START DATE: 3/26/2007 | 3023119 | 14496 N SHELDON RD. SUITE 200<br>PLYMOUTH, MI  48170 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#310_1<br>START DATE: 4/17/2007 | 3023120 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#310_2<br>START DATE: 4/17/2007 | 3023121 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#101<br>START DATE: 10/1/2001 | 3023096 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#103_2<br>START DATE: 7/15/2004 | 3023098 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#115_2<br>START DATE: 1/1/2007 | 3023105 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|---|---|---|---|
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#316_3<br>START DATE: 7/1/1999 | 3023128 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| CONESTOGA-ROVERS & ASSOCIATES | AMENDMENT TO #2 TO PREFERRED STOCK<br>RIGHT OF FIRST REFUSAL AGREEMENT<br>GM CONTRACT ID: R00014<br>START DATE: 7/1/2001 | 3023142 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | AMENDMENT TO #1 TO PREFERRED STOCK<br>RIGHT OF FIRST REFUSAL AGREEMENT<br>GM CONTRACT ID: R00013<br>START DATE: 7/1/2001 | 3023141 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | STOCK SUBSCRIPTION AGREEMENT<br>GM CONTRACT ID: R00012<br>START DATE: 12/16/1998 | 3023140 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | REALM II CAPITALIZATION SCENARIO<br>GM CONTRACT ID: R00005<br>START DATE: 1/19/2000 | 3023139 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | AMENDMENTS TO PREFERRED STOCK<br>AGREEMENTS<br>GM CONTRACT ID: R00004<br>START DATE: 7/24/2001 | 3023138 | 2055 NIAGRA FALLS BLVD.<br>SUITE #3<br>NIAGARA FALLS, NY  14304 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#083<br>START DATE: 4/1/2002 | 3023137 | 620 SOUTH CAPITOL AVENUE, SUITE #100<br>LANSING, MI  48933 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#078_4<br>START DATE: 11/20/2002 | 3023136 | 202 VAL DERVIN PARKWAY, SUITE 400<br>STOCKTON, CA  95206 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#078_3<br>START DATE: 11/20/2002 | 3023135 | 202 VAL DERVIN PARKWAY, SUITE 400<br>STOCKTON, CA  95206 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#078_2<br>START DATE: 11/20/2002 | 3023134 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#078_1<br>START DATE: 11/20/2002 | 3023133 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#320_2<br>START DATE: 9/11/2008 | 3023130 | 1412 OAKBROOK DR., SUITE 180<br>NORCROSS, GA  30093 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#320_1<br>START DATE: 9/11/2008 | 3023129 | 1412 OAKBROOK DR., SUITE 180<br>NORCROSS, GA  30093 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#300_1<br>START DATE: 4/10/2007 | 3023110 | 651 COLBY DRIVE<br>WATERLOO, ON N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#316_2<br>START DATE: 7/1/1999 | 3023127 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#301_2<br>START DATE: 3/30/2007 | 3023115 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#300_2<br>START DATE: 4/10/2007 | 3023111 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#300_3<br>START DATE: 4/10/2007 | 3023112 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#300_5<br>START DATE: 5/21/2008 | 3023113 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#066<br>START DATE: 6/25/2002 | 3023131 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| CONESTOGA-ROVERS & ASSOCIATES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#301_1<br>START DATE: 3/30/2007 | 3023114 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES AND ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#308_2<br>START DATE: 4/19/2002 | 3023145 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| CONESTOGA-ROVERS & ASSOCIATES AND ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#110<br>START DATE: 9/14/2005 | 3023143 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES AND ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#308_1<br>START DATE: 4/19/2002 | 3023144 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| CONESTOGA-ROVERS & ASSOCIATES AND CLEANHARBORS ENVIRONMENTAL SERVICES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#098_3<br>START DATE: 5/14/2004 | 3023148 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES AND CLEANHARBORS ENVIRONMENTAL SERVICES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#098_2<br>START DATE: 5/14/2004 | 3023147 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES AND CLEANHARBORS ENVIRONMENTAL SERVICES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#098_1<br>START DATE: 5/14/2004 | 3023146 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES AND ENVIRON | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#113_6<br>START DATE: 4/19/2006 | 3023156 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES AND ENVIRON | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#113_5<br>START DATE: 4/19/2006 | 3023155 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES AND ENVIRONMENTAL MANAGEMENT SPECIALISTS, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#117_1<br>START DATE: 5/21/2008 | 3023157 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES AND HALEY & ALDRICH | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#317_4<br>START DATE: 4/1/2008 | 3023161 | 9033 MERIDIAN WAY<br>WEST CHESTER, OH  45069 |
| CONESTOGA-ROVERS & ASSOCIATES AND HALEY & ALDRICH | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#113_3<br>START DATE: 4/19/2006 | 3023159 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES AND HALEY & ALDRICH | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#113_1<br>START DATE: 4/19/2006 | 3023158 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| CONESTOGA-ROVERS & ASSOCIATES AND HALEY & ALDRICH | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#113_4<br>START DATE: 4/19/2006 | 3023160 | 6520 CORPORATE DRIVE<br>INDIANAPOLIS, IN  48278 |
| CONESTOGA-ROVERS & ASSOCIATES AND JOHN HANCOCK & ASSOCIATES, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#305_4<br>START DATE: 4/1/2007 | 3023162 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES, ENVIRON INTERNATIONAL CORPORATION, GROUNDWATER AND ENVIRONMENTAL SERVICES, INC. AND DEPARTMENT OF NATURAL RESOURCES MANAGEMENT AND ENGINEERING | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#085_2<br>START DATE: 3/27/2003 | 3023164 | 340 GRANITE STREET, 3RD FLOOR<br>MANCHESTER, NH  03102 |
| CONESTOGA-ROVERS & ASSOCIATES, GUARDIAN ENVRIONMENTAL, INC., CLEANHARBORS ENVIRONMENTAL SERVICES, AND WHITTGUARD SECURITY SERVICES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#305_1<br>START DATE: 4/1/2007 | 3023165 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES, GUARDIAN ENVRIONMENTAL, INC., CLEANHARBORS ENVIRONMENTAL SERVICES, WHITTGUARD SECURITY SERVICES, AND OFANDISKI FENSE INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#305_3<br>START DATE: 4/1/2007 | 3023166 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES, INC. AND CRA SERVICES | PROJECT MEMORANDUM<br>GM CONTRACT ID: R00023<br>START DATE: 4/20/2002 | 3023170 | 651 COLBY DRIVE<br>WATERLOO, ON |
| CONESTOGA-ROVERS & ASSOCIATES, INC. AND CRA SERVICES | PROFESSIONAL AND CONSTRUCTION SERVICES AGREEMENT<br>GM CONTRACT ID: R00017<br>START DATE: 5/11/1998 | 3023168 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES, INC. AND CRA SERVICES | PROJECT MEMORANDUM<br>GM CONTRACT ID: R00018<br>START DATE: 4/22/2002 | 3023169 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CONESTOGA-ROVERS & ASSOCIATES, TTL ASSOCIATES, INC., AND ECOTREE SERVICES | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#305_2<br>START DATE: 4/1/2007 | 3023174 | 651 COLBY DRIVE<br>WATERLOO, ON  N2V 1C2 |
| CRA | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#030_2<br>START DATE: 7/1/1999 | 3023181 | 7704 MILAN ROAD<br>SANDUSKY, OH  44870 |
| CRA | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#030_1<br>START DATE: 7/1/1999 | 3023180 | 7704 MILAN ROAD<br>SANDUSKY, OH  44870 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| CRA | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#027_2<br>START DATE: 10/13/2002 | 3023179 | 7704 MILAN ROAD<br>SANDUSKY, OH  44870 |
| CRA | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#027_1<br>START DATE: 10/13/2002 | 3023178 | 7704 MILAN ROAD<br>SANDUSKY, OH  44870 |
| CRA | PROJECT MEMORANDUM CHANGE ORDER<br>GM CONTRACT ID: PM# 80<br>START DATE: 6/14/2003 | 3023177 | 7704 MILAN ROAD<br>SANDUSKY, OH  44870 |
| CRA | PROJECT MEMORANDUM CHANGE ORDER<br>GM CONTRACT ID: PM# 115<br>START DATE: 1/1/2007 | 3023176 | 7704 MILAN ROAD<br>SANDUSKY, OH  44870 |
| DE MAXIMIS, INC. | REVIEW OF ENGINEERING AND CONSTRUCTION COST ESTIMATES<br>GM CONTRACT ID: R00007<br>START DATE: 12/5/2001 | 3023182 | 450 MONTBROOK LANE<br>KNOXVILLE , TN  37919 |
| DE MAXIMIS, INC. | REVIEW OF ENGINEERING AND CONSTRUCTION COST ESTIMATES<br>GM CONTRACT ID: R00008<br>START DATE: 12/6/2001 | 3023183 | 450 MONTBROOK LANE<br>KNOXVILLE , TN  37919 |
| DETROIT DIESEL CORPORATION | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#033<br>START DATE: 11/1/2000 | 3023185 | TWO NORTH LASALLE STREET<br>SUITE 2200<br>CHICAGO, IL  60602 |
| ENCORE ENVIRONMETAL CONSORTIUM (LLC) | PROFESSIONAL AND CONSTRUCTION SERVICES AGREEMENT<br>GM CONTRACT ID: R00011<br>START DATE: 1/2/2007 | 3023211 | 6723 TOWPATH ROAD<br>P.O. BOX 66<br>SYRACUSE, NY  13214 |
| ENGINEERING MANAGEMENT, INC. | REVIEW OF ENGINEERING AND CONSTRUCTION COST ESTIMATES<br>GM CONTRACT ID: R00009<br>START DATE: 12/5/2001 | 3023253 | 1500 ARDMORE BLVD.<br>SUITE 502<br>PITTSBURGH, PA  15221 |
| ENVIRON INTERNATIONAL CORPORATION | CONSOLIDATED SUPPLIER PROJECT DELIVERY SYSTEM AGREEMENT<br>GM CONTRACT ID: R00003<br>START DATE: 12/31/2001 | 3023260 | 214 CARNEGIE CENTER<br>PRINCETON, NJ  08540-6284 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| ENVIRON INTERNATIONAL CORPORATION | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#075_1<br>START DATE: 10/14/2002 | 3023257 | 214 CARNEGIE CENTER<br>PRINCETON, NJ 08540-6284 |
| ENVIRON INTERNATIONAL CORPORATION | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#085_1<br>START DATE: 3/27/2003 | 3023259 | 214 CARNEGIE CENTER<br>PRINCETON, NJ 08540-6284 |
| ENVIRON INTERNATIONAL CORPORATION | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#075_2<br>START DATE: 10/14/2002 | 3023258 | 214 CARNEGIE CENTER<br>PRINCETON, NJ 08540-6284 |
| FAVERO GEOSCIENCES | 2006 PROJECT COORDINATION AND TECHNICAL SERVICES<br>GM CONTRACT ID: R00021_3<br>START DATE: 2/14/2006 | 3023263 | 1210 SOUTH 5TH STREET<br>SUITE 2<br>SPRINGFIELD, IL 62703 |
| GENOA ENVIRONMENTAL, INC. | 2003 PROJECT COORDINATION AND TECHNICAL SERVICES<br>GM CONTRACT ID: R00021_4<br>START DATE: 1/3/2003 | 3023264 | 729 CURRAN STREET<br>SANDUSKY, OH 44870 |
| GROUNDWATER AND ENVIRONMENTAL SERVICES, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#309_1<br>START DATE: 3/17/2007 | 3023266 | 6160 FAIRMOUNT AVENUE<br>SAN DIEGO, CA 92120 |
| GROUNDWATER AND ENVIRONMENTAL SERVICES, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#309_2<br>START DATE: 3/17/2007 | 3023267 | 6160 FAIRMOUNT AVENUE<br>SAN DIEGO, CA 92120 |
| GROUNDWATER AND ENVIRONMENTAL SERVICES, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#079_2<br>START DATE: 2/9/2009 | 3023268 | 6160 FAIRMOUNT AVENUE<br>SAN DIEGO, CA 92120 |
| GROUNDWATER AND ENVIRONMENTAL SERVICES, INC. AND ENVIRON INTERNATIONAL CORPORATION | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#079_1<br>START DATE: 6/17/2008 | 3023269 | 6160 FAIRMOUNT AVENUE<br>SAN DIEGO, CA 92120 |
| HALEY & ALDRICH | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#061_1<br>START DATE: 6/25/2002 | 3023270 | 5755 GRANGER RD., SUITE 320<br>CLEVELAND, OH 44131 |
| HALEY & ALDRICH | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#317_3<br>START DATE: 3/19/2008 | 3023277 | 5755 GRANGER RD., SUITE 320<br>CLEVELAND, OH 44131 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| HALEY & ALDRICH | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#111_1<br>START DATE: 2/15/2006 | 3023274 | 5755 GRANGER RD., SUITE 320<br>CLEVELAND, OH  44131 |
| HALEY & ALDRICH | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#317_2<br>START DATE: 3/19/2008 | 3023276 | 5755 GRANGER RD., SUITE 320<br>CLEVELAND, OH  44131 |
| HALEY & ALDRICH | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#061_3<br>START DATE: 6/25/2002 | 3023278 | 5755 GRANGER RD., SUITE 320<br>CLEVELAND, OH  44131 |
| HALEY & ALDRICH | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#061_2<br>START DATE: 6/25/2002 | 3023271 | 5755 GRANGER RD., SUITE 320<br>CLEVELAND, OH  44131 |
| HALEY & ALDRICH | PROJECT MEMORANDUM<br>GM CONTRACT ID: R00019<br>START DATE: 3/27/2003 | 3023273 | 5755 GRANGER RD., SUITE 320<br>CLEVELAND, OH  44131 |
| HALEY & ALDRICH | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#317_1<br>START DATE: 3/19/2008 | 3023275 | 5755 GRANGER RD., SUITE 320<br>CLEVELAND, OH  44131 |
| HALEY & ALDRICH AND ARCADIS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#111_2<br>START DATE: 2/15/2006 | 3023282 | 5755 GRANGER RD., SUITE 320<br>CLEVELAND, OH  44131 |
| HALEY & ALDRICH, INC. | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#321 | 3023291 | 5755 GRANGER RD., SUITE 320<br>CLEVELAND, OH  44131 |
| MASSENA CENTRAL FOUNDRY | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#035_1<br>START DATE: 1/1/2002 | 3023297 | 48 COURT STREET<br>CANTON, NY  13617 |
| MASSENA CENTRAL FOUNDRY | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#035_2<br>START DATE: 1/1/2002 | 3023298 | 48 COURT STREET<br>CANTON, NY  13617 |
| O'BRIEN & GERE | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#097<br>START DATE: 2/12/2004 | 3023301 | 37000 GRAND RIVER AVENUE, SUITE 260<br>FARMINGTON HILLS, MI  48335 |
| O'BRIEN & GERE | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#076_3<br>START DATE: 1/1/2003 | 3023304 | 37000 GRAND RIVER AVENUE, SUITE 260<br>FARMINGTON HILLS, MI  48335 |

**Remediation And Liability Management Company, Inc.**

**Case Number:  09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| O'BRIEN & GERE | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#076_1<br>START DATE: 1/1/2003 | 3023302 | 37000 GRAND RIVER AVENUE, SUITE 260<br>FARMINGTON HILLS, MI  48335 |
| O'BRIEN & GERE | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#076_2<br>START DATE: 1/1/2003 | 3023303 | 37000 GRAND RIVER AVENUE, SUITE 260<br>FARMINGTON HILLS, MI  48335 |
| O'BRIEN & GERE ENGINEERS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#020<br>START DATE: 1/1/2002 | 3023306 | 37000 GRAND RIVER AVENUE<br>FARMINGTON HILLS, MI  48335 |
| O'BRIEN & GERE ENGINEERS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#021<br>START DATE: 1/1/2002 | 3023308 | 37000 GRAND RIVER AVENUE<br>FARMINGTON HILLS, MI  48335 |
| O'BRIEN & GERE ENGINEERS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#022_1<br>START DATE: 1/1/2002 | 3023309 | 37000 GRAND RIVER AVENUE<br>FARMINGTON HILLS, MI  48335 |
| O'BRIEN & GERE ENGINEERS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#021<br>START DATE: 1/1/2002 | 3023307 | 37000 GRAND RIVER AVENUE<br>FARMINGTON HILLS, MI  48335 |
| O'BRIEN & GERE ENGINEERS | PROJECT MEMORANDUM<br>GM CONTRACT ID: R00020<br>START DATE: 2/3/2009 | 3023318 | 37000 GRAND RIVER AVENUE<br>FARMINGTON HILLS, MI  48335 |
| O'BRIEN & GERE ENGINEERS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#060<br>START DATE: 1/1/2003 | 3023315 | 37000 GRAND RIVER AVENUE<br>FARMINGTON HILLS, MI  48335 |
| O'BRIEN & GERE ENGINEERS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#045<br>START DATE: 8/1/2008 | 3023314 | 37000 GRAND RIVER AVENUE<br>FARMINGTON HILLS, MI  48335 |
| O'BRIEN & GERE ENGINEERS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#041_2<br>START DATE: 1/1/2002 | 3023313 | 37000 GRAND RIVER AVENUE<br>FARMINGTON HILLS, MI  48335 |
| O'BRIEN & GERE ENGINEERS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#041_1<br>START DATE: 1/1/2002 | 3023312 | 37000 GRAND RIVER AVENUE<br>FARMINGTON HILLS, MI  48335 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| O'BRIEN & GERE ENGINEERS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#022_3<br>START DATE: 1/1/2002 | 3023311 | 37000 GRAND RIVER AVENUE<br>FARMINGTON HILLS, MI  48335 |
| O'BRIEN & GERE ENGINEERS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#022_2<br>START DATE: 1/1/2002 | 3023310 | 37000 GRAND RIVER AVENUE<br>FARMINGTON HILLS, MI  48335 |
| O'BRIEN & GERE ENGINEERS | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#017<br>START DATE: 1/1/2002 | 3023305 | 37000 GRAND RIVER AVENUE<br>FARMINGTON HILLS, MI  48335 |
| ROYAL ENVIRONMENTAL | PROJECT MEMORANDUM<br>GM CONTRACT ID: R00022_2<br>START DATE: 1/1/2002 | 3023324 | 720 LEXINGTON AVENUE<br>ROCHESTER, NY  14613 |
| ROYAL ENVIRONMENTAL | PROJECT MEMORANDUM<br>GM CONTRACT ID: R00022_1<br>START DATE: 1/1/2002 | 3023323 | 720 LEXINGTON AVENUE<br>ROCHESTER, NY  14613 |
| U.S. INDUSTRIAL TECHNOLOGIES | LETTER AGREEMENT<br>GM CONTRACT ID: R-1208002 | 3023334 | 13075 NEWBURGH ROAD<br>LIVONIA, MI  48150 |
| URS CORPORATION | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#099_1<br>START DATE: 6/4/2004 | 3023343 | 77 GOODELL STREET<br>BUFFALO, NY  14203 |
| URS CORPORATION | PROPOSAL FOR THE REVIEW OF ENGINEERING<br>AND CONSTRUCTION COST ESTIMATES<br>GM CONTRACT ID: R00016<br>START DATE: 11/1/2001 | 3023348 | 282 DELAWARE AVENUE<br>BUFFALO, NY  14202 |
| URS CORPORATION | REVIEW OF ENGINEERING AND CONSTRUCTION<br>COST ESTIMATES<br>GM CONTRACT ID: R00015<br>START DATE: 12/5/2001 | 3023347 | 282 DELAWARE AVENUE<br>BUFFALO, NY  14202 |
| URS CORPORATION | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#302_2<br>START DATE: 11/4/2008 | 3023346 | 77 GOODELL STREET<br>BUFFALO, NY  14203 |
| URS CORPORATION | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#099_2<br>START DATE: 6/4/2004 | 3023344 | 77 GOODELL STREET<br>BUFFALO, NY  14203 |

**Remediation And Liability Management Company, Inc.**

**Case Number: 09-50029**

**Exhibit  G-1**

**Worldwide Facilities Group**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| URS CORPORATION | PROJECT MEMORANDUM<br>GM CONTRACT ID: PM#302_1<br>START DATE: 11/4/2008 | 3023345 | 77 GOODELL STREET<br>BUFFALO, NY  14203 |
| VEOLIA ES TECHNICAL SOLUTIONS, LLC | PROPOSAL<br>GM CONTRACT ID: R-0509001 | 3023349 | 4301 INFIRMARY ROAD<br>WEST CARROLLTON, OH  45449 |
| WASTE MANAGEMENT | PROPOSAL<br>GM CONTRACT ID: R-0509002 | 3023355 | 12200 E. 13 MILE ROAD<br>WARREN, MI  48093 |
| WASTE MANAGEMENT | PROPOSAL<br>GM CONTRACT ID: R-0609001 | 3023354 | 12200 E. 13 MILE ROAD<br>WARREN, MI  48093 |
| WASTE MANAGEMENT | PROPOSAL<br>GM CONTRACT ID: R-0209002 | 3023353 | 12200 E. 13 MILE ROAD<br>WARREN, MI  48093 |
| WASTE MANAGEMENT | PROPOSAL<br>GM CONTRACT ID: R-0209001 | 3023352 | 12200 E. 13 MILE ROAD<br>WARREN, MI  48093 |
| YOUNG'S ENVIRONMENTAL CLEANUP, INC. | PROPOSAL<br>GM CONTRACT ID: R-0609002 | 3023358 | G-5305 NORTH DORT HIGHWAY<br>FLINT, MI  48505 |

**TOTAL NUMBER OF CONTRACTS:  194**

In re: __Remediation And Liability Management Company, Inc.__     Case No.      __09-50029__

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is in community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑   Check this box if debtor has no codebtor

## __NAME AND ADDRESS OF CODEBTOR__          __DESCRIPTION__

**Remediation And Liability Management Company, Inc.**                    **Case Number:  09-50029**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Signatory of Remediation And Liability Management Company, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information and belief.

**Date:**       **October 15, 2009**              **Signature:  /s/ David F. Head**

David F. Head, Vice President and Assistant Treasurer
**Name and Title**

*Penalty for making a false statement: Fine of up to $500,000, or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571.*