Anne M. Aaronson (AA1679)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

Anne Marie P. Kelley
Scott J. Freedman
DILWORTH PAXSON LLP
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1952
Facsimile: (856) 675-1852

*Attorneys for The Dow Chemical Company,
Dow Chemical Canada ULC and Essex Specialty Products LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST**

PLEASE TAKE NOTICE that Anne Marie P. Kelley, Scott J. Freedman and Matthew Azoulay of Dilworth Paxson LLP, and Lee H. Sjoberg of The Dow Chemical Company, each as counsel to The Dow Chemical Company, Dow Chemical Canada ULC and Essex Specialty Products LLC (collectively, "**Dow**"), hereby withdraw their appearance and request to be removed from the Court's mailing matrix and service list for this case.

This Notice is not intended to effect service independently requested by Dow, other attorneys of Dilworth Paxson LLP or their continued listing in the mailing matrix and service list for this case.

197783_1

                              Respectfully submitted,

Dated: October 15, 2009            DILWORTH PAXSON LLP

                              By: /s/ Anne M. Aaronson
                                 Anne M. Aaronson (AA1679)
                                 1500 Market Street, Suite 3500E
                                 Philadelphia, Pennsylvania 19102-2101
                                 Telephone: (215) 575-7000
                                 Facsimile: (215) 575-7200

                                      and

                                /s/ Scott J. Freedman
                                Anne Marie P. Kelley
                                Scott J. Freedman
                                LibertyView – Suite 700
                                457 Haddonfield Road
                                Cherry Hill, New Jersey 08002
                                Telephone: (856) 675-1952
                                Facsimile: (856) 675-1852

                              *Attorneys for The Dow Chemical Company,*
                              *Dow Chemical Canada ULC and Essex Specialty*
                              *Products LLC*

# CERTIFICATE OF SERVICE

I hereby certify that the *Notice Of Withdrawal Of Appearance And Request For Removal From Court Matrix And Service List* was served upon its filing on October 15, 2009 to the parties receiving notice *via* the Court's ECF system.

Dated:  October 15, 2009               /s/ Scott J. Freedman
                                       Scott J. Freedman