LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
By:  DAVID S. JONES
      JEFFREY S. OESTERICHER
      MATTHEW L. SCHWARTZ
      JOSEPH N. CORDARO
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone:  212-637-2800
Facsimile:  212-637-2750

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION CORP, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a GENERAL MOTORS CORP., *et al.,* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| REMEDIATION AND LIABILITY | : | |
| MANAGEMENT COMPANY, INC., | : | Case No. 09-50029 (REG) |
| | : | |
| Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| ENVIRONMENTAL CORPORATE | : | |
| REMEDIATION COMPANY, INC., | : | Case No. 09-50030 (REG) |
| | : | |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, Joseph N. Cordaro, an Assistant United States Attorney for the Southern

District of New York, hereby certify that on October 15, 2009, I caused a true and

correct copy of the following document, filed on October 14, 2009, via the Court's

CM/ECF system, to be served on the parties set forth in Exhibit A attached hereto:

- **United States of America's Limited Objection to Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. § 105(a) Directing That Certain Orders in the Chapter 11 Cases of Motors Liquidation Company, et al., f/k/a General Motors Corp., et al. Be Made Applicable to Subsequent Debtors**

Dated:      New York, New York
            October 15, 2009

            ___s/ Joseph N. Cordaro_____
            JOSEPH N. CORDARO
            Assistant United States Attorney

EXHIBIT A


<u>By Electronic Mail</u>
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph Smolinksy, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.smolinsky@weil.com
*Counsel for Debtors*


<u>By Electronic Mail</u>
Kenneth H. Eckstein
Thomas Moers Mayer
Adam G. Rogoff
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
keckstein@kramerlevin.com
tmayer@kramerlevin.com
arogoff@kramerlevin.com
*Counsel for the Official Committee*
*of Unsecured Creditors*


<u>By Federal Express</u>
Diana G. Adams, Esq.
United States Trustee for the
Southern District of New York
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004