WHITE AND WILLIAMS, LLP
One Penn Plaza, Suite 4110
New York, NY  10119
Telephone:  (212) 631-4421
Karel S. Karpe, Esq.

And

BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq., (Calif. Bar No.  130720)
Kenneth T. Law, Esq., (Calif. Bar No.  111779)

*Attorneys for Flextronics International Ltd., et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> **MOTORS LIQUIDATION COMPANY** *et al., f/k/a* **General Motors Corp.,** *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No.   09-50026(REG) <br><br> (Jointly Administered) |

**CREDITORS FLEXTRONICS MANUFACTURING (SHANGHAI) COMPANY, LTD AND
FLEXTRONICS INTERNATIONAL, LTD. RESPONSE TO DEBTORS'
<u>OBJECTION TO RECLAMATION CLAIM</u>**

Creditors Flextronics Manufacturing (Shanghai) Company, Ltd., and Flextronics International, Ltd. (hereinafter collectively "Flextronics") filed a Reclamation Demand in the amount of $33,472.22 on June 11, 2009.  The Debtor acknowledges receipt of the Reclamation Demand and object to the Reclamation Claim on the basis that: 1) the shipments subject to the Reclamation Claim have been "assumed, assigned or satisfied" by the Debtor; and, 2) the Debtor further claims that the Reclamation Claim is subject to a senior security interest in the same goods

1

5716578v.1

which nullifies the effect of the Reclamation Claim.

Flextronics hereby responds that it has **not been paid** for any of the items subject to the Reclamation Claim and puts the Debtor to its burden of proof with respect to the other issues raised in its Objection.

Dated:   New York, New York
         October 15, 2009                     WHITE AND WILLIAMS, LLP

                                              By: /s/ Karel S. Karpe
                                              One Penn Plaza, Suite 4110
                                              New York, NY  10119
                                              Telephone:  (212) 631-4421

                                              And

                                              BIALSON, BERGEN & SCHWAB
                                              Kenneth T. Law (*admitted in California*)
                                              2600 El Camino Real, Suite 300
                                              Palo Alto, California 94306
                                              Telephone:  (650) 857-9500

                                              *Attorneys for Flextronics International Ltd.*

5716578v.1