WHITE AND WILLIAMS, LLP
One Penn Plaza, Suite 4110
New York, NY  10119
Telephone:  (212) 631-4421
Karel S. Karpe, Esq.
And
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq., (Calif. Bar No.  130720)
Kenneth T. Law, Esq., (Calif. Bar No.  111779)

*Attorneys for Flextronics International Ltd., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br>**MOTORS LIQUIDATION COMPANY** *et al., f/k/a* **General Motors Corp.,** *et al.*, <br><br>Debtors. | Chapter 11 <br><br> Case No.   09-50026(REG) <br><br> (Jointly Administered) |

**CERTIFICATE OF SERVICE OF**
**CREDITORS FLEXTRONICS MANUFACTURING (SHANGHAI) COMPANY, LTD AND FLEXTRONICS INTERNATIONAL, LTD. RESPONSE TO DEBTORS' OBJECTION TO RECLAMATION CLAIM**

I, Karel S. Karpe, hereby certify that on this 19th day of October, 2009, I caused the

Response of Creditors Flextronics Manufacturing (Shanghai) Company, Ltd., and Flextronics

International, Ltd. (hereinafter collectively "Flextronics") to the Debtors' Objection to

Reclamation Claim to be served on the following parties, via ECF and by regular mail:

**By ECF and Regular Mail**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Nathan Pierce, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas

1

5719410v.1

New York, NY 10036
Attn: Kenneth H. Eckstein, Esq. and Thomas Moers Mayer, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Dated: New York, New York
October 19, 2009

By:     /s/Karel S. Karpe
      Karel S. Karpe

5719410v.1