Jennifer L. Saffer (JS8015)
**J.L. SAFFER, P.C.**
*Local Counsel for TMI Custom Air Systems, Inc.*
20 Vesey Street, 7th Floor
New York, New York 10007
Tel.: 212-608-6968
Fax: 212-608-1878
  -AND-
Robert A. Novak (Not Admitted in NY)
**ROBERT A. NOVAK, PLLC**
*Attorneys for TMI Custom Air Systems, Inc.*
30850 Telegraph Road
Suite 250
Bingham Farms, MI  48025
Tel.: 248-593-0377
Fax:  248-593-0385

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :       Chapter 11
In re                                                          :
                                                               :       Case No: 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al.*,                          :       (Jointly Administered)
                                                               :
     Debtors.                                                  :
                                                               :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF TMI CUSTOM AIR SYSTEMS, INC., TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO**

TMI Custom Air Systems, Inc. and certain of its affiliates and subsidiaries

(collectively referred to as "TMI"), through their undersigned counsel, hereby withdraw

their "Limited Objection of TMI Custom Air Systems, Inc., To Notice Of (i) Debtors'

Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (ii) Cure Costs Related Thereto" dated June 15, 2009.

Dated: New York, New York
October 19, 2009

**J.L. SAFFER, P.C.**
By: s/*Jennifer L .Saffer*
Jennifer L. Saffer (JS-8015)
20 Vesey Street, 7th Floor
New York, New York 10007
Tel.: 212-608-6968
Fax: 212-608-1878
*Local Counsel for TMI Custom Air Systems, Inc.*

-AND-

**ROBERT A. NOVAK, PLLC**
By: Robert A. Novak
(Not Admitted in NY)
30850 Telegraph Road
Suite 250
Bingham Farms, MI  48025
Tel.: 248-593-0377
Fax:  248-593-0385
*Attorneys for TMI Custom Air Systems, Inc.*

2