VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Telephone:   (703) 760-1647
Facsimile:    (703) 821-8949
Lawrence A. Katz (*Pro Hac Vice*)

- and -

VENABLE LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 307-5500
Facsimile:    (212) 307-5598
Edward A. Smith

*Attorneys for UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC and UAG Southbay, LLC d/b/a Penske Cadillac Hummer South Bay*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X
                                                                              :
In re                                                                     :    Chapter 11
                                                                              :
GENERAL MOTORS CORP., *et al.*       :    Case No. 09-50026 (REG)
                                                                              :
                                                                              :    (Jointly Administered)
                                              Debtors.       :
                                                                              :
------------------------------------------------------ X

**WITHDRAWAL OF PROTECTIVE OBJECTION OF UAG CERRITOS, LLC D/B/A CERRITOS BUICK PONTIAC GMC AND UAG SOUTHBAY, LLC D/B/A PENSKE CADILLAC HUMMER SOUTH BAY TO DEBTORS' PROPOSED CURE AMOUNTS**

UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC and UAG Southbay, LLC

d/b/a Penske Cadillac Hummer South Bay, by counsel, hereby withdraws the Protective

MC1/289442

Objection to Debtors' Proposed Cure Amounts filed on June 30, 2009 [Docket No. 2836].

Dated: October 19, 2009

    Respectfully submitted,

    VENABLE LLP

By:    */s/ Lawrence A. Katz*
    Lawrence A. Katz *(Pro Hac Vice)*
    8010 Towers Crescent Drive, Suite 300
    Vienna, Virginia 22182-2707
    Telephone:   (703) 760-1600
    Facsimile:   (703) 821-8949
    Email: lakatz@venable.com

    - and -

    Rockefeller Center, 25th Floor
    1270 Avenue of the Americas
    New York, New York 10020
    Telephone:   (212) 307-5500
    Facsimile:   (212) 307-5598
    Edward A. Smith

    *Counsel to UAG Cerritos, LLC d/b/a Cerritos Buick*
    *Pontiac GMC and UAG Southbay, LLC d/b/a*
    *Penske Cadillac Hummer South Bay*

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of the foregoing Withdrawal of Protective Objection of UAG Cerritos, LLC d/b/a Cerritos Buick Pontiac GMC and UAG Southbay, LLC d/b/a Penske Cadillac Hummer South Bay to Debtors' Proposed Cure Amounts to be served on the 19th day of October, 2009, via first class mail, postage prepaid, upon the following:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
Attn: Warren Command Center,
  Mailcode 408-206-114

Weil, Gotshal &Manges LLP
767 Fifth Avenue
New York, NY   10153
Attn:  Harvey R. Miller, Esq.
      Stephen Karotkin, Esq.
      Joseph H. Smolinsky, Esq.

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220
Attn:  Matthew Feldman, Esq.

Cadwalader, Wickersham, & Taft LLP
One World Financial Center
New York, NY   10281
Attn: John J. Rapisardi, Esq.

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
    Michael L. Schein, Esq.

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:   Diana G. Adams, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Gordon Z. Novod, Esq.

                            */s/ Lawrence A. Katz*
                            Lawrence A. Katz