UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――x
                                                       :
In re                                                  :       Chapter 11 Case No.
                                                       :
GENERAL MOTORS CORP., *et al.*,                        :       09-50026 (REG)
                                                       :
                          Debtors.                     :       (Jointly Administered)
                                                       :
――――――――――――――――――――――x

## WITHDRAWAL OF LIMITED OBJECTION TO THE MOTION BY GM TO ASSUME CERTAIN REINSURANCE CONTRACTS ISSUED BY ASPEN INSURANCE UK LIMITED TO GENERAL INTERNATIONAL LIMITED AT MOOT

Nixon Peabody LLP represents Aspen Insurance UK Limited ("Aspen") and files this withdrawal of its limited objection to the motion of General Motors Corporation ("GM") to assume certain reinsurance contracts issued by Aspen to General International Limited ("GIL"), a Bermuda based non-debtor affiliate of GM.

The Debtor having removed the contracts listed in Exhibit A to the Limited Objection from the list of agreements being assumed, Aspen Insurance UK Limited hereby withdraws its objection to assumption as moot.

Dated:   October 19, 2009

                                        NIXON PEABODY LLP

                                By:    /s/ Dennis Drebsky
                                        Dennis Drebsky
                                        Attorneys for Aspen
                                        437 Madison Avenue
                                        New York NY 10022
                                        Tel.: (212) 940-3091

12747735.1