UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                            :
                                                                 :  Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,         :
       f/k/a General Motors Corp., *et al.*                 :   09-50026 (REG)
                                                                 :
               Debtors.                                   :  (Jointly Administered)
                                                                 :
------------------------------------------------------------------x
In re                                                            :
                                                                 :  Chapter 11 Case No.
REMEDIATION AND LIABILITY              :
MANAGEMENT COMPANY, INC.,           :   09-50029 (____)
                                                                 :
               Debtors.                                   :
                                                                 :
------------------------------------------------------------------x
In re                                                            :
                                                                 :  Chapter 11 Case No.
ENVIRONMENTAL CORPORATE            :
REMEDIATION COMPANY, INC.,           :   09-50030 (____)
                                                                 :
               Debtors.                                   :
                                                                 :
------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                            ) ss
COUNTY OF SUFFOLK    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

   1.   I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

   2.   On October 16, 2009 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (all parties listed in

the Schedules of Assets and Liabilities of (i) Remediation and Liability Management Company, Inc. and (ii) Environmental Corporate Remediation Company, Inc.):

- Notice of Commencement of Chapter 11 Cases and First Day Hearing

/s/  Barbara Kelley Keane

Sworn to before me this
19th day of October, 2009.

/s/  Eamon Mason
Notary Public – State of New York
No 01MA6187254
My Commission Expires May 19, 2012

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                    :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
|     f/k/a **General Motors Corp.**, *et al.* | : | |
| | : | |
|                         Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **REMEDIATION AND LIABILITY** | : | **09-50029 (__)** |
| **MANAGEMENT COMPANY, INC.,** | : | |
| | : | |
|                         Debtors. | : | |
| | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **ENVIRONMENTAL CORPORATE** | : | **09-50030 (__)** |
| **REMEDIATION COMPANY, INC.,** | : | |
| | : | |
|                         Debtors. | : | |
| | : | |

------------------------------------------------------------x

# NOTICE OF COMMENCEMENT OF
# CHAPTER 11 CASES AND FIRST DAY HEARING

**PLEASE TAKE NOTICE** that on June 1, 2009 Motors Liquidation Company (f/k/a General Motors Corporation) and certain of its affiliated debtors (collectively, the "**First Filed Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on October 9, 2009, Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., both affiliates of the First Filed Debtors, (collectively, the "**New Debtors**," and together with the First Filed Debtors, the "**Debtors**"), each filed with the Bankruptcy Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that a **hearing has been scheduled for October 15, 2009 at 2:00 p.m. (Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 623, New York, New York 10004** (the "**Hearing**") and may be adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will request the following relief at the Hearing:

1. Order Pursuant to 11 U.S.C. § 105(a) Directing That Certain Orders in the Chapter 11 Cases of Motors Liquidation Company, e*t al.*, f/k/a General Motors Corp., e*t al.*, Be Made Applicable to Subsequent Debtors.

**PLEASE TAKE FURTHER NOTICE** that the pleading referenced above may be obtained by: (i) accessing (a) the website of the Bankruptcy Court at http://www.nysb.uscourts.gov, or (b) the website of the First Filed Debtors' claims and noticing agent, The Garden City Group, Inc., at http://www.motorsliquidationdocket.com, or (ii) visiting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

Dated: New York, New York
       October 9, 2009

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

# EXHIBIT A

| | | |
|---|---|---|
| ADRIAN ENVIRONMENTAL MANAGEMENT, INC.<br>C/O KENNETH RICHARDS<br>7533 WILLOW CREEK DRIVE<br>CANTON MI 48187 | AIMS/DYKEMA GOSSETT PLLC<br>10 SOUTH WACKER DRIVE<br>CHICAGO IL 60606 | AIMS/LATHROP & GAGE LC<br>2345 GRAND BLVD.<br>KANSAS CITY MO 64108 |
| AIMS/STEPHENS & STEPHENS<br>410 MAIN STREET<br>BUFFALO NY 14202 | AIMS/SULLIVAN & WORCESTER LLP<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104 | ARCADIS BBL<br>P. O. BOX 66<br>6723 TOWPATH ROAD<br>SYRACUSE NY 13214 |
| ARCADIS BBL<br>BBL ENVIRONMENTAL SERVICES, INC<br>P. O. BOX 66<br>SYRACUSE NY 13214 | ARCADIS BBL<br>BBL ENVIRONMENTAL SERVICES, INC<br>P. O. BOX 66<br>SYRACUSE NY 13214 | ARCADIS GERAGHTY & MILLER, INC.<br>DEPT. 547<br>DENVER CO 80291-0547 |
| BANK OF NEW YORK, THE<br>FINANCIAL CONTROL BILLING DEPARTMENT<br>P.O. BOX 19445<br>NEWARK NJ 07195-0445 | BIRCH RUN TOWNSHIP,TREASURER<br>PO BOX 152<br>8425 MAIN STREET<br>BIRCH RUN MI 48415-0152 | BIRCH RUN TOWNSHIP,TREASURER<br>PO BOX 152<br>8425 MAIN STREET<br>BIRCH RUN MI 48415-0152 |
| BOLLINGER NEW YORK DIVISION<br>100 WALL STREET<br>NEW YORK NY 10005 | BOLLINGER NEW YORK DIVISION<br>100 WALL STREET<br>NEW YORK NY 10005 | BT2, INC.<br>2830 DAIRY DRIVE<br>MADISON WI 53718-6751 |
| CAMDEN COUNTY MISSOURI<br>COLLECTOR OF REVENUE<br>1 COURT CIR. SUITE 4<br>CAMDENTON MO 65020 | CANTON TOWNSHIP TREASURER<br>PO BOX 87010<br>CANTON MI 48187-0010 | CANTON TOWNSHIP TREASURER<br>PO BOX 87010<br>CANTON MI 48187-0010 |
| CHARTER TOWNSHIP OF FLINT<br>ATTEN: SANDRA S WRIGHT<br>1490 S. DYE ROAD<br>FLINT MI 48532 | CHARTER TOWNSHIP OF YPSILANTI<br>LARRY J. DOE, TREASURER<br>7200 S. HURON RIVER DR.<br>YPSILANTI MI 48197 | CHARTER TWP. OF GENESEE<br>DONALD E. BECKER, TREAS.<br>P.O. BOX 215<br>GENESEE MI 48437 |
| CHESTERFIELD, CITY OF<br>690 CHESTERFIELD PKWY W<br>FINANCE AND ADMINISTRATION<br>CHESTERFIELD MO 63017-0760 | CHICAGO DEPT OF REVENUE<br>22615 NETWORK PL<br>CHICAGO IL 60673-1226 | CHIPPEWA INDIAN TRIBE OF MICHIGAN, MICHAEL G. PHELAN, LEGAL DEPARTMENT<br>7070 EAST BROADWAY<br>MT. PLEASANT MI 48858 |
| CITY OF ANN ARBOR TREASURER<br>DEPT 77602<br>P.O. BOX 77000<br>DETROIT MI 48277-0602 | CITY OF ANN ARBOR TREASURER<br>DEPT 77602<br>P.O. BOX 77000<br>DETROIT MI 48277-0602 | CITY OF BRANSON<br>110 W MADDUX ST STE 200<br>BUSINESS LICENSE OFFICE<br>BRANSON MO 65616-2859 |
| CITY OF CALUMET CITY<br>PO BOX 1519<br>OFFICE OF THE CITY CLERK<br>CALUMET CITY IL 60409-7519 | CITY OF CHICAGO DEPT OF REVENUE<br>22149 NETWORK PL<br>CHICAGO IL 60673-1221 | CITY OF FAIRVIEW HEIGHTS<br>10025 BUNKUM RD<br>FAIRVIEW HEIGHTS IL 62208-1703 |

| | | |
|---|---|---|
| CITY OF KANSAS CITY MISSOURI<br>PO BOX 15623<br>REVENUE DIVISION<br>KANSAS CITY MO 64106-0623 | CITY OF KENTWOOD<br>PO BOX 8848<br>TREASURER<br>KENTWOOD MI 49518-8848 | CITY OF KENTWOOD<br>PO BOX 8848<br>TREASURER<br>KENTWOOD MI 49518-8848 |
| CITY OF LIVONIA<br>33000 CIVIC CENTER DR<br>TREASURER<br>LIVONIA MI 48154-3060 | CITY OF LIVONIA<br>33000 CIVIC CENTER DR<br>TREASURER<br>LIVONIA MI 48154-3060 | CITY OF MT. MORRIS<br>ROBIN STEWART, TREASURER<br>11649 N. SAGINAW STREET<br>MT. MORRIS MI 48458 |
| CITY OF NOVI<br>45175 W 10 MILE RD<br>NOVI MI 48375-3006 | CITY OF NOVI<br>45175 W 10 MILE RD<br>NOVI MI 48375-3006 | CITY OF NOVI TAX COLLECTION PROCESSING<br>PO BOX 3050<br>P.O. BOX 79001<br>DETROIT MI 48279-0001 |
| CITY OF NOVI TAX COLLECTION PROCESSING<br>PO BOX 3050<br>P.O. BOX 79001<br>DETROIT MI 48279-0001 | CITY OF RICHMOND HEIGHTS<br>1330 S BIG BEND BLVD<br>RICHMOND HEIGHTS MO 63117-2202 | CITY OF RICHMOND HEIGHTS<br>1330 S BIG BEND BLVD<br>COLLECTOR OF FRANCIS PLACE TDD<br>RICHMOND HEIGHTS MO 63117-2202 |
| CITY OF ROCHESTER HILLS<br>PO BOX 7783<br>P.O. BOX 79001<br>DETROIT MI 48279-0001 | CITY OF ROCHESTER HILLS<br>PO BOX 7783<br>P.O. BOX 79001<br>DETROIT MI 48279-0001 | CITY OF ROYAL OAK<br>PO BOX 64<br>TREASURER'S OFFICE<br>ROYAL OAK MI 48068-0064 |
| CITY OF ROYAL OAK<br>PO BOX 64<br>TREASURER'S OFFICE<br>ROYAL OAK MI 48068-0064 | CITY OF SAGINAW, TREASURER<br>1315 S. WASHINGTON AVE.<br>SAGINAW MI 48601 | CITY OF SIOUX CITY<br>CITY TREASURER<br>P.O. BOX 447<br>SIOUX CITY IA 51102 |
| CITY OF TOLEDO, DEPARTMENT OF ENVIRONMENTAL SERVICES<br>348 SOUTH ERIE STREET<br>TOLEDO OH 43604 | CITY OF TROY<br>PO BOX 101<br>P.O. BOX 33321<br>DETROIT MI 48231-0101 | CITY OF TROY<br>PO BOX 101<br>P.O. BOX 33321<br>DETROIT MI 48231-0101 |
| CITY OF YONKERS BUREAU OF HOUSINGS & BUILDING'S<br>87 NEPPERHAN AVE<br>YONKERS NY 10701 | CITY OF YONKERS BUREAU OF HOUSINGS & BUILDING'S<br>87 NEPPERHAN AVE<br>YONKERS NY 10701 | CLEAN HARBORS ENVIRONMENTAL SERVICES<br>P.O. BOX 3442<br>BOSTON MA 02241-3442 |
| COLLECTOR OF REVENUE<br>ST LOUIS COUNTY GOVERNMENT CENTER<br>P.O. BOX 11491<br>SAINT LOUIS MO 63105 | COMMISSIONER OF TAXATION & FINANCE<br>NYS ASSESSMENT RECEIVABLES<br>PO BOX 2974<br>NEW YORK NY 10087-6823 | COMMISSIONER OF TAXATION & FINANCE<br>NYS ASSESSMENT RECEIVABLES<br>PO BOX 2974<br>NEW YORK NY 10087-6823 |
| CONESTOGA-ROVERS & ASSOC.<br>P.O. BOX 8000<br>DEPARTMENT 406<br>BUFFALO NY 14267 | CONESTOGA-ROVERS & ASSOC.<br>P.O. BOX 8000<br>DEPARTMENT 406<br>BUFFALO NY 14267 | CONESTOGA-ROVERS & ASSOC.<br>P.O. BOX 8000<br>BUFFALO NY 14267 |

| | | |
|---|---|---|
| CONESTOGA-ROVERS & ASSOCIATES<br>DEPARTMENT 406<br>P.O. BOX 8000<br>BUFFALO NY 14267 | COUNTRY GLEN LLC<br>143 OLD COUNTRY RD<br>CARLE PLACE NY 11514-1805 | COUNTRY GLEN LLC<br>143 OLD COUNTRY RD<br>CARLE PLACE NY 11514-1805 |
| CSX TRANSPORTATION<br>C/O PROPERTY SERVICES<br>500 WATER STREET J-180<br>JACKSONVILLE FL 32202-4423 | CUSTOMER SERVICES DIVISION<br>PO BOX 3365<br>JEFFERSON CITY MO 65105-3365 | DELAWARE COUNTY TREASURER<br>140 N SANDUSKY ST<br>DELAWARE OH 43015-1733 |
| DELTA CHARTER TOWNSHIP<br>7710 W SAGINAW HWY<br>TREASURER<br>LANSING MI 48917-8974 | DELTA CHARTER TOWNSHIP<br>7710 W SAGINAW HWY<br>TREASURER<br>LANSING MI 48917-8974 | DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO IL 60603 |
| DEPARTMENT OF JOB AND FAMILY SERVICES<br>30 E BROAD ST FL 32<br>COLUMBUS OH 43266-0001 | DEPARTMENT OF LABOR<br>COMPASS OFC 500<br>ALBANY NY 12240-0001 | DEPARTMENT OF LABOR<br>COMPASS OFC 500<br>ALBANY NY 12240-0001 |
| DEPARTMENT OF REVENUE<br>301 W HIGH ST<br>HARRY S TRUMAN STATE OFFICE BUILDING<br>JEFFERSON CITY MO 65101-1517 | DEPARTMENT OF REVENUE<br>PO BOX 19030<br>SPRINGFIELD IL 62794-9030 | DEPARTMENT OF TAXATION<br>830 FREEWAY DR N<br>COLUMBUS OH 43266-0001 |
| DEPARTMENT OF TAXATION AND FINANCE<br>8 ROOM 501 DEPT BLDG<br>TAXPAYER ASSISTANCE BUREAU/ W.A. HARRIMAN CAMPUS<br>ALBANY NY 12227-0001 | DEPARTMENT OF TAXATION AND FINANCE<br>8 ROOM 501 DEPT BLDG<br>TAXPAYER ASSISTANCE BUREAU/ W.A. HARRIMAN CAMPUS<br>ALBANY NY 12227-0001 | DEPARTMENT OF THE INTERIOR<br>1849 C STREET, N.W.<br>WASHINGTON DC 20240 |
| DEPARTMENT OF TREASURY<br>430 W ALLEGAN ST<br>TREASURY BUILDING<br>LANSING MI 48922-0001 | DEPARTMENT OF TREASURY<br>430 W ALLEGAN ST<br>TREASURY BUILDING<br>LANSING MI 48922-0001 | DETROIT WATER & SEWAGE, DEPARTMENT INDUSTRIAL WASTE CONTROL DIVISION<br>303 SOUTH LIVERNOIS AVENUE<br>DETROIT MI 48209-3070 |
| DIRECTOR OF REVENUE<br>PO BOX 1366<br>SECRETARY OF STATE<br>JEFFERSON CITY MO 65102-1366 | DIVISION OF EMPLOYMENT SECURITY<br>421 E DUNKLIN ST<br>JEFFERSON CITY MO 65104-0001 | EMPLOYMENT SECURITY DIVISION<br>3024 W GRAND BLVD<br>DETROIT MI 48202-6024 |
| EMPLOYMENT SECURITY DIVISION<br>3024 W GRAND BLVD<br>DETROIT MI 48202-6024 | ENCORE ENVIRONMENTAL CONSORTIUM<br>P.O. BOX 66<br>6723 TOWPATH ROAD<br>SYRACUSE NY 13214-0066 | ENCORE ENVIRONMENTAL CONSORTIUM<br>P.O. BOX 66<br>6723 TOWPATH ROAD<br>SYRACUSE NY 13214-0066 |
| ENCORE ENVIRONMENTAL CONSORTIUM<br>P.O. BOX 66<br>6723 TOWPATH ROAD<br>SYRACUSE NY 13214-0066 | ENVIRON INTERNATIONAL CORPORATION<br>P.O. BOX 8500-1980<br>PHILADELPHIA PA 19178-1980 | ENVIRON INTERNATIONAL CORPORATION<br>P.O. BOX 8500-1980<br>PHILADELPHIA PA 19178-1980 |

| | | |
|---|---|---|
| ENVIRON INTERNATIONAL CORPORATION<br>P.O. BOX 8500-1980<br>PHILADELPHIA PA 19178-1980 | EXPORT DEVELOPMENT CANADA<br>151 O'CONNOR STREET<br>OTTAWA ON K1A 1K3 CANADA | EXPORT DEVELOPMENT CANADA<br>151 O'CONNOR STREET<br>OTTAWA ON K1A 1K3 CANADA |
| FAVERO GEOSCIENCES<br>1210 SOUTH 5TH STREET, SUITE 2<br>SPRINGFIELD IL 62703 | FAYETTE COUNTY TREASURER<br>133 S MAIN ST RM 304<br>WASHINGTON COURT HOUSE OH 43160-2200 | FRANKLIN COUNTY TREASURER<br>373 S HIGH ST FL 17<br>COLUMBUS OH 43215-4591 |
| GENERAL OIL COMPANY, INC.<br>5218 RELIABLE PARKWAY<br>CHICAGO IL 60686-0052 | GENOA ENVIRONMENTAL, INC.<br>DOUG WAGNER<br>3902 HULL ROAD<br>HURON OH 44839 | GLOBAL ENVIRONMENTAL ENGINEERING INC.<br>P.O. BOX 352<br>ELK RAPIDS MI 49629 |
| GLOBAL ENVIRONMENTAL ENGINEERING INC.<br>P.O. BOX 352<br>ELK RAPIDS MI 49629 | GLOBAL ENVIRONMENTAL ENGINEERING, INC.<br>P. O. BOX 352<br>ELK RAPIDS MI 49629 | GREENE COUNTY<br>940 N BOONVILLE AVE<br>COLLECTOR OF REVENUE<br>SPRINGFIELD MO 65802-3802 |
| GROUNDWATER & ENVIRONMENTAL SERVICES, INC<br>ACCOUNTING DEPT., 410<br>440 CREAMERY WAY STE 500<br>EXTON PA 19341-2577 | HALEY & ALDRICH DESIGN AND CONTRUCTION<br>56 ROLAND STREET<br>BOSTON MA 02129-1400 | HALEY & ALDRICH OF NEW YORK<br>200 TOWN CENTRE DRIVE, STE 2<br>ROCHESTER NY 14623-4264 |
| HAMILTON COUNTY OHIO<br>PO BOX 5320<br>ROBERT GOERING, TREASURER<br>CINCINNATI OH 45201-5320 | HDR ENGINEERING<br>8404 INDIAN HILLS DRIVE<br>OMAHA NE 68114 | HOWELL TOWNSHIP TREASURER<br>3525 BYRON RD<br>HOWELL MI 48855-7751 |
| HOWELL TOWNSHIP TREASURER<br>3525 BYRON RD<br>HOWELL MI 48855-7751 | IL DEPT REVENUE<br>RETAILERS' OCCUPATION TAX<br>SPRINGFIELD IL 62796-0001 | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 6994<br>CHICAGO IL 60680-6994 |
| ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19008<br>SPRINGFIELD IL 62794-9008 | ILLINOIS DEPT OF REVENUE<br>PO BOX 19045<br>ESTIMATED INCOME TAX<br>SPRINGFIELD IL 62794-9045 | ILLINOIS DEPT OF REVENUE<br>RETAILER S OCCUPATION TAX<br>SPRINGFIELD IL 62796-0001 |
| ILLINOIS ENVIRONMENTAL PROTECTION AGENCY<br>1021 NORTH GRAND AVENUE EAST<br>SPRINGFIELD IL 62794-9276 | ILLINOIS SECRETARY OF STATE<br>DEPARTMENT OF BUSINESS SERVICES<br>501 S 2ND STREET<br>SPRINGFIELD IL 62756-5510 | IOWA DEPT OF NATIONAL RESOURCES<br>HAZARDOUS WASTE REMEDIAL FUND<br>502 E. 9TH STREET<br>DES MOINES IA 50319-0034 |
| J.A. LOMBARDO & ASSOCIATES<br>445 S. LIVERNOIS - SUITE 202<br>ROCHESTER MI 48307 | LAKE COUNTY TREASURER<br>PO BOX 490<br>ADMINISTRATION BLDG.<br>PAINESVILLE OH 44077-0490 | LUCAS COUNTY TREASURERS<br>1 GOVERNMENT CTR STE 500<br>TOLEDO OH 43604-2253 |

| | | |
|---|---|---|
| MAHONING COUNTY TREASURER<br>120 MARKET STREET<br>YOUNGSTOWN OH 44503 | MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY<br>STATE OFFICE BUILDING, 301 E. LOUIS B. GLICK HIGHWAY<br>JACKSON MI 49201-1556 | MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY<br>WASTE AND HAZARDOUS MATERIALS DIVISION<br>525 WEST ALLEGAN STREET, P.O. BOX 30473<br>LANSING MI 48909-7973 |
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY<br>WASTE AND HAZARDOUS MATERIALS DIVISION<br>525 WEST ALLEGAN STREET, P.O. BOX 30473<br>LANSING MI 48909-7973 | MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY<br>WASTE AND HAZARDOUS MATERIALS DIVISION<br>525 WEST ALLEGAN STREET, P.O. BOX 30473<br>LANSING MI 48909-7973 | MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY<br>WASTE AND HAZARDOUS MATERIALS DIVISION<br>525 WEST ALLEGAN STREET, P.O. BOX 30473<br>LANSING MI 48909-7973 |
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY<br>WASTE AND HAZARDOUS MATERIALS DIVISION<br>525 WEST ALLEGAN STREET, P.O. BOX 30473<br>LANSING MI 48909-7973 | MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY<br>WASTE AND HAZARDOUS MATERIALS DIVISION<br>525 WEST ALLEGAN STREET, P.O. BOX 30473<br>LANSING MI 48909-7973 | MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY<br>WASTE AND HAZARDOUS MATERIALS DIVISION<br>525 WEST ALLEGAN STREET, P.O. BOX 30473<br>LANSING MI 48909-7973 |
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY<br>WASTE AND HAZARDOUS MATERIALS DIVISION<br>525 WEST ALLEGAN STREET, P.O. BOX 30473<br>LANSING MI 48909-7973 | MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY<br>WASTE AND HAZARDOUS MATERIALS DIVISION<br>525 WEST ALLEGAN STREET, P.O. BOX 30473<br>LANSING MI 48909-7973 | MICHIGAN DEPARTMENT OF LABOR & ECONOMICS<br>PO BOX 30702<br>LANSING MI 48909-8202 |
| MICHIGAN DEPARTMENT OF LABOR & ECONOMICS<br>PO BOX 30702<br>LANSING MI 48909-8202 | MICHIGAN DEPARTMENT OF REVENUE<br>TREASURY BUILDING<br>LANSING MI 48922-0001 | MICHIGAN DEPARTMENT OF REVENUE<br>TREASURY BUILDING<br>LANSING MI 48922-0001 |
| MICHIGAN DEPARTMENT OF TREASURER<br>PO BOX 30199<br>LANSING MI 48909-7699 | MICHIGAN DEPARTMENT OF TREASURER<br>PO BOX 30199<br>LANSING MI 48909-7699 | MICHIGAN DEPARTMENT OF TREASURY<br>COLLECTION DIVISION<br>PO BOX 3375<br>LANSING MI 48909 |
| MICHIGAN DEPARTMENT OF TREASURY<br>MICHIGAN DEPARTMENT OF TREASURY<br>LANSING MI 48922 | MICHIGAN DEPARTMENT OF TREASURY<br>COLLECTION DIVISION<br>PO BOX 3375<br>LANSING MI 48909 | MICHIGAN DEPARTMENT OF TREASURY<br>MICHIGAN DEPARTMENT OF TREASURY<br>LANSING MI 48922 |
| MICHIGAN DEPT OF TREASURY<br>DEPT 77437<br>P.O. BOX 77000<br>DETROIT MI 48277-0437 | MICHIGAN DEPT OF TREASURY<br>SBT QUARTERLY TAX DEPT 77889<br>DETROIT MI 48277-0889 | MICHIGAN DEPT OF TREASURY<br>DEPT 77437<br>P.O. BOX 77000<br>DETROIT MI 48277-0437 |
| MICHIGAN DEPT OF TREASURY<br>SBT QUARTERLY TAX DEPT 77889<br>DETROIT MI 48277-0889 | MICHIGAN DEPT. OF TREASURY<br>PO BOX 35009<br>LANSING MI 48909 | MICHIGAN DEPT. OF TREASURY<br>PO BOX 35009<br>LANSING MI 48909 |
| MIRTHA CAPIRO, U.S. ENVIRONMENTAL PROTECTION AGENCY<br>REGION 5, LAND AND CHEMICAL DIVISION<br>77 WEST JACKSON BOULEVARD<br>CHICAGO IL 60604 | MISSOURI DEPARTMENT OF NATURAL RESOURCES<br>P.O. BOX 176<br>JEFFERSON CITY MO 65102 | MISSOURI DEPARTMENT OF REVENUE<br>CUSTOMER SERVICES DIVISION<br>301 WEST HIGH ST., ROOM 330<br>JEFFERSON CITY MO 65101 |

| | | |
|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE<br>EMPLOYER WITHHOLDING TAX<br>PO BOX 47464<br>JEFFERSON CITY MO 65105-0001 | MISSOURI DEPARTMENT OF REVENUE<br>MOTOR VEHICLE BUREAU-DEALER LICENSING SECTION<br>DEALER LICENSING SECTIOIN<br>P.O. BOX 43<br>JEFFERSON CITY MO 65105-0043 | MISSOURI DEPARTMENT OF REVENUE<br>RICHARD M. MASELES, SPECIAL ASSISTANT ATTORNEY GENERAL<br>PO BOX 475<br>301 W. HIGH STREET, ROOM 670<br>JEFFERSON CITY MO 65105-0475 |
| MISSOURI DEPARTMENT OF REVENUE<br>CORPORATION INCOME TAX<br>PO BOX 840<br>JEFFERSON CITY MO 65105-0700 | MISSOURI DEPARTMENT OF REVENUE<br>SALES/USE TAX<br>PO BOX 94788<br>JEFFERSON CITY MO 65105-0840 | MISSOURI DEPARTMENT OF REVENUE<br>TAXATION BUREAU<br>PO BOX 3020<br>JEFFERSON CITY MO 65105-3020 |
| MISSOURI DEPT OF REVENUE<br>BUSINESS TAX BUREAU<br>P.O. BOX 840<br>JEFFERSON CITY MO 65105-0840 | MISSOURI DEPT OF REVENUE<br>TAX ADMINISTRATION BUREAU<br>PO BOX 840<br>JEFFERSON CITY MO 65105-0840 | MLW SERVICES, INC<br>101 WALL ST, FL 8<br>NEW YORK NY 10005 |
| MLW SERVICES, INC<br>101 WALL ST, FL 8<br>NEW YORK NY 10005 | MONTGOMERY COUNTY AUDITOR<br>PO BOX 972<br>KARL L. KEITH<br>DAYTON OH 45401-0972 | MONTGOMERY COUNTY, OHIO<br>451 W 3RD ST<br>HUGH QUILL TREASURER<br>DAYTON OH 45422-0001 |
| NEW YORK CITY DEPT OF FINANCE<br>PO BOX 5070<br>KINGSTON NY 12402-5070 | NEW YORK CITY DEPT OF FINANCE<br>PO BOX 5070<br>KINGSTON NY 12402-5070 | NEW YORK DEPARTMENT OF STATE<br>DIVISION OF CORPORATIONS<br>41 STATE STREET<br>ALBANY NY 12231-0002 |
| NEW YORK DEPARTMENT OF STATE<br>DIVISION OF CORPORATIONS<br>41 STATE STREET<br>ALBANY NY 12231-0002 | NEW YORK STATE CORPORATION TAX<br>PO BOX 4136<br>BINGHAMTON NY 13902-4136 | NEW YORK STATE CORPORATION TAX<br>PO BOX 4136<br>BINGHAMTON NY 13902-4136 |
| NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION<br>625 BROADWAY<br>ALBANY NY 12233 | NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, REGION 7<br>615 ERIE BOULEVARD<br>WEST SYRACUSE NY 13204 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | NEW YORK STATE DEPT OF<br>TAX & FINANCE<br>STATE BLDG 8<br>ALBANY NY 12227-0001 | NEW YORK STATE DEPT OF<br>TAX & FINANCE<br>STATE BLDG 8<br>ALBANY NY 12227-0001 |
| NEW YORK STATE INCOME TAX<br>PO BOX 1970<br>PROCESSING UNIT<br>ALBANY NY 12201-1970 | NEW YORK STATE INCOME TAX<br>PO BOX 1970<br>PROCESSING UNIT<br>ALBANY NY 12201-1970 | NOVA CONSULTANTS, INC<br>21580 NOVI ROAD, #300<br>NOVI MI 48375 |
| NRD, MICHIGAN DEPARTMENT OF ATTORNEY GENERAL<br>G. MENNEN WILLIAMS BUILDING 7TH FLOOR<br>525 WEST OTTAWA STREET, P.O. BOX 30212<br>LANSING MI 48909 | NYS PROMPTAX - SALES TAX<br>PO BOX 4130<br>BINGHAMTON NY 13902-4130 | NYS PROMPTAX - SALES TAX<br>PO BOX 4130<br>BINGHAMTON NY 13902-4130 |

| | | |
|---|---|---|
| NYS SALES TAX PROCESSING<br>JAF BUILDING<br>P.O. BOX 1208<br>NEW YORK NY 10116 | NYS SALES TAX PROCESSING<br>JAF BUILDING<br>P.O. BOX 1208<br>NEW YORK NY 10116 | O'BRIEN & GERE ENGINEERS, INC.<br>DEPT. NO. 956, P.O. BOX 8000<br>BUFFALO NY 14267 |
| O'BRIEN & GERE ENGINEERS, INC.<br>DEPT. NO. 956, P.O. BOX 8000<br>BUFFALO NY 14267 | OFFICE OF THE SECRETARY OF STATE<br>VEHICLE SERVICES DEPARTMENT<br>501 SOUTH SECOND STREET<br>SPRINGFIELD IL 62756-7000 | OFFICE OF THE TREASURER<br>364 W LANE AVE<br>RIVERWATCH TOWER, SUITE B<br>COLUMBUS OH 43201-4350 |
| OHIO BUREAU OF MOTOR VEHICLES<br>DEALER AND SALESPERSON LICENSING UNIT<br>P.O. BOX 16520<br>COLUMBUS OH 43216-6520 | OHIO DEPARTMENT OF TAXATION<br>C/O LUCAS C. WARD<br>OFFICE OF THE OHIO ATTORNEY GENERAL<br>150 EAST GAY STREET, 21ST FLOOR<br>COLUMBUS OH 43215 | OHIO DEPARTMENT OF TAXATION<br>PO BOX 27<br>COLUMBUS OH 43216-0027 |
| OHIO DEPARTMENT OF TAXATION<br>PO BOX 16561<br>COLUMBUS OH 43216-6561 | OHIO DEPARTMENT OF TAXATION<br>4485 NORTHLAND RIDGE BLVD<br>COLUMBUS OH 43229-5404 | OHIO DEPT OF TAXATION<br>PO BOX 182101<br>COMMERCIAL ACTIVITY TAX REGISTRATION<br>COLUMBUS OH 43218-2101 |
| OHIO DEPT. OF TAXATION<br>COMMERCIAL ACTIVITY TAX<br>P.O. BOX 16158<br>COLUMBUS OH 43216 | OHIO ENVIRONMENTAL PROTECTION AGENCY<br>P.O. BOX 1049<br>COLUMBUS OH 43216-1049 | OHIO ENVIRONMENTAL PROTECTION AGENCY<br>P.O. BOX 1049<br>COLUMBUS OH 43216-1049 |
| OHIO EXCISE TAX AND ASSESSMENT UNIT<br>PO BOX 530<br>COLUMBUS OH 43216-0530 | PLATTE COUNTY COLLECTOR<br>ADMINISTRATION BUILDING<br>415 THIRD ST.<br>SUITE 40<br>PLATTE CITY MO 64079 | ROYAL ENVIRONMENTAL, INC.<br>720 LEXINGTON AVENUE<br>P.O. BOX 15719<br>ROCHESTER NY 14615 |
| SEVENSON ENVIRONMENTAL SERVICES, INC.<br>2749 LOCKPORT ROAD<br>NIAGARA FALLS NY 14302 | SPRINGFIELD, CITY OF<br>PO BOX 8368<br>DEPT OF FINANCE<br>SPRINGFIELD MO 65801-8368 | ST LOUIS COUNTY, MISSOURI<br>DEPT OF REVENUE-DIVISION OF ASSESSMENTS<br>41 SOUTH CENTRAL AVENUE<br>CLAYTON MO 63105 |
| STARK COUNTY TREASURER<br>110 CENTRAL PLZ S STE 250<br>CANTON OH 44702-1410 | STATE OF OHIO<br>PO BOX 2678<br>DEPARTMENT OF TAXATIOIN<br>COLUMBUS OH 43216-2678 | STATE OF OHIO<br>TREASURER<br>PO BOX 16561<br>COLUMBUS OH 43266-0001 |
| STATE TREASURER SARAH STEELMAN<br>PO BOX 210<br>JEFFERSON CITY MO 65102-0210 | SUFFOLK COUNTY<br>PO BOX 6100<br>OFFICE OF CONSUMER AFFAIRS<br>HAUPPAUGE NY 11788-0099 | SUFFOLK COUNTY<br>PO BOX 6100<br>OFFICE OF CONSUMER AFFAIRS<br>HAUPPAUGE NY 11788-0099 |
| SUMMIT COUNTY TREASURER<br>175 S MAIN ST RM 211<br>AKRON OH 44308-1308 | TAX ASSESSOR COLLECTOR<br>10754 KINGSTON AVE<br>HUNTINGTON WOODS MI 48070-1116 | TAX ASSESSOR COLLECTOR<br>1250 S INDIANA<br>#102<br>CHICAGO IL 60605 |

| | | |
|---|---|---|
| TAX ASSESSOR COLLECTOR<br>12848 SHENANDOAH TRAIL<br>PLAINFIELD IL 60585-4700 | TAX ASSESSOR COLLECTOR<br>201 BRIDGEWATER LN<br>CHARDON OH 44024-4000 | TAX ASSESSOR COLLECTOR<br>2723 CYCLORAMA DR<br>CINCINNATI OH 45211-8316 |
| TAX ASSESSOR COLLECTOR<br>1690 SLEEPY HOLLOW DR<br>COSHOCTON OH 43812-3137 | TAX ASSESSOR COLLECTOR<br>7629 E PARKSIDE DR<br>YOUNGSTOWN OH 44512-5309 | TAX ASSESSOR COLLECTOR<br>10754 KINGSTON AVE<br>HUNTINGTON WOODS MI 48070-1116 |
| THE BARTECH GROUP<br>6408 RELIABLE PARKWAY<br>CHICAGO IL 60686 | THE CITY OF NEW YORK<br>PO BOX 5150<br>DEPT OF FINANCE<br>KINGSTON NY 12402-5150 | THE CITY OF NEW YORK<br>PO BOX 5150<br>DEPT OF FINANCE<br>KINGSTON NY 12402-5150 |
| TOWN OF FRAMINGHAM<br>TAX COLLECTOR'S OFFICE<br>150 CONCORD ST<br>FRAMINGHAM MA 01702 | TREASURER OF THE STATE OF ILLINOIS<br>PO BOX 19496<br>SPRINGFIELD IL 62794-9496 | TREASURER, STATE OF OHIO<br>6606 TUSSING RD<br>DIVISION OF INDUSTRIAL COMPLIANCE, FISCAL BEDDING<br>P.O. BOX 4009<br>REYNOLDSBURG OH 43068-4004 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION 5<br>77 WEST JACKSON BOULEVARD<br>CHICAGO IL 60604-3590 | U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION 5<br>77 WEST JACKSON BOULEVARD<br>CHICAGO IL 60604-3590 | U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION 5<br>77 WEST JACKSON BOULEVARD<br>CHICAGO IL 60604 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION 5<br>77 WEST JACKSON BOULEVARD<br>CHICAGO IL 60604-3590 | U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION 5<br>77 WEST JACKSON BOULEVARD<br>CHICAGO IL 60604-3590 | U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION 7<br>901 N. 5TH STREET<br>KANSAS CITY KS 66101 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION II<br>290 BROADWAY<br>NEW YORK NY 10007 | VILLAGE OF ARLINGTON HEIGHTS<br>PO BOX 1370<br>ARLINGTON HEIGHTS IL 60006-1370 | VILLAGE OF BIRCH RUN<br>PO BOX 371<br>BIRCH RUN MI 48415-0371 |
| VILLAGE OF BIRCH RUN<br>PO BOX 371<br>TREASURER<br>BIRCH RUN MI 48415-0371 | VILLAGE OF BIRCH RUN<br>PO BOX 371<br>BIRCH RUN MI 48415-0371 | VILLAGE OF BIRCH RUN<br>PO BOX 371<br>TREASURER<br>BIRCH RUN MI 48415-0371 |
| VILLAGE OF BLOOMINGDALE<br>201 S BLOMMINGADALE RD<br>BLOOMINGDALE IL 60108 | VILLAGE OF DEER PARK<br>23680 W CUBA RD<br>DEER PARK IL 60010-2490 | VILLAGE OF SCHAUMBURG<br>101 SCHAUMBURG CT<br>ATTN: COLLECTONS/BUSINESS LICENSE<br>SCHAUMBURG IL 60193-1881 |
| VILLAGE OF WILMETTE<br>1200 WILMETTE AVE<br>BUSINESS LICENSE<br>WILMETTE IL 60091-2721 | WARREN COUNTY TREASURER<br>ADMINISTRATION BUILDING<br>406 JUSTICE DRIVE<br>LEBANON OH 45036 | WASHTENAW COUNTY TREASURER<br>P.O. BOX 8645<br>200 N. MAIN ST, STE 200<br>ANN ARBOR MI 48107-8645 |

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE KY 40290-1054

WASTE MANAGEMENT, INC.
P.O. BOX 930580
ATLANTA GA 31193

WDC EXPLORATION & WELLS
500 MAIN STREET
WOODLAND CA 95695

YOUNG'S ENVIRONMENTAL CLEANUP, INC
G-5305 NORTH DORT HIGHWAY
FLINT MI 48505