**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF TEXAS**

RECEIVED
OCT - 9
U.S. BANKRUPTCY COURT, SDNY

-------------------------------------------------------------X

In re                                                      :        Chapter 11 Case No.
                                                           :
MOTORS LIQUIDATION COMPANY               :        09-50026 (REG)
f/k/a GENERAL MOTORS CORPORATION,   :
et al,                                                        :
                                                           :        (Jointly Administered)
                  Debtors                          :

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, William A. Whittle, request admission, *pro hac vice*, before United States Bankruptcy

Court, Southern District of Texas, to represent Nhilze L. Campos, Campos Fetus Twin A,

Campos Fetus Twin B, Rogeria Campos, Rogelio Campos, and Nhilze T. Campos, Creditors in

the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Texas and, if

applicable, the bar of the United States District Court for the Southern District of Texas.

I have submitted the filing fee of $25.00 with this Motion for *pro hac vice* admission.

Dated: ___10/6/09___

                                                Respectfully submitted,

                                                /S/ William A. Whittle
                                                William A. Whittle
                                                State Bar No. 21407000
                                                Federal Admissions No. 9285
                                                THE WHITTLE LAW FIRM, P.L.L.C.
                                                5151 Flynn Pkwy., Suite 308
                                                Corpus Christi, Texas 78411
                                                Telephone: (361) 887-6993
                                                Telecopier: (361) 887-6999
                                                Email: ecf@whittlelawfirm.com
                                                ATTORNEY FOR NHILZE L. CAMPOS

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF TEXAS**

-------------------------------------------------------------X

In re : Chapter 11 Case No.

:

MOTORS LIQUIDATION COMPANY : 09-50026 (REG)
f/k/a GENERAL MOTORS CORPORATION, :
et al, :

: (Jointly Administered)

Debtors :

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of William A. Whittle, to be admitted, *pro hac vice*, before United

States Bankruptcy Court, Southern District of Texas, to represent Nhilze L. Campos, Campos

Fetus Twin A, Campos Fetus Twin B, Rogeria Campos, Rogelio Campos, and Nhilze T. Campos

(the "Client"), Creditors in the above-referenced case, and upon the movant's certification that

the Movant is a member in good standing of the bar in the State of Texas and the United States

District Court, Southern District of Texas, it is hereby

**ORDERED** that William A. Whittle, Esq., is admitted to practice, *pro hac vice*, in the

above-referenced case to represent the Client, in the United States Bankruptcy Court for the

Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York            /S/_____
                                            UNITED STATES BANKRUPTCY JUDGE