UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 Case No. 09-50026 (REG) |
| GENERAL MOTORS CORP., et al. | JUDGE ROBERT E. GERBER |
| Debtors | **MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE* |

I, Nancy Grim, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Richard Turk and Jeanette Turk, Creditors in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Ohio and the bar of the U.S. District Court for the Northern District of Ohio.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Respectfully submitted,

*s/ Nancy Grim*
NANCY GRIM (Ohio Bar #0014376)
237 East Main Street
Kent, OH 44240-2526
330-678-6595 / Fax 330-678-6517
nancy.grim@nancygrimlaw.net
Counsel for Creditors Richard and Jeanette Turk