UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                                         :      Chapter 11

In re                                                                :
                                                                :      Case No: 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al.*,    :      (Jointly Administered)
                                                                :

        Debtors.                                                         :
                                                                :
-----------------------------------------------------------------x

                                                                             AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                                    ) ss.:
COUNTY OF NEW YORK   )

        MITCHELL Z. MARKOWITZ, being duly sworn, deposes and says:

       I am not a party to the action. I am over the age of eighteen years and reside in Brooklyn, New York.

    On <u>October 20, 2009</u>, I served copies of the "Notice of Withdrawal of Limited Objection of TMI Custom Air Systems, Inc., to Notice of (i) Debtor's Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Costs Related Thereto", on the parties on the attached service list by depositing copies of the same, enclosed in properly addressed envelopes, stamped with first class postage, by depositing the same in a mail box for the U.S. Postal Service, and by the Court's ECF system.

                                                    /s/ *Mitchell Z. Markowitz*
                                                    MITCHELL Z. MARKOWITZ

Sworn to before me this
20th day of October, 2009
/s/ *Rochelle S. Seales*
Rochelle S. Seales
Notary Public, State of New York
No. 01SE6141509
Qualified in Kings County
Commission Expires February 27, 2010

**Harvey R. Miller, Esq.**
**Stephen Karotkin, Esq.**
**Joseph H. Smolinsky, Esq.**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Diana G. Adams, Esq.**
The Office of the United States Trusteee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

**Lawrence S. Buonomo, Esq.**
General Motors Company
300 Renaissanc Center
Detroit, MI 48265

**Matthew Feldman, Esq.**
United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

**Ted Stenger**
Motors Liquidation Company
300 Renaissance Center
Detroit, MI 48265

**David S. Jones, Esq.**
**Matthew L. Schwartz, Esq.**
The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007

**Kenneth H. Eckstein, Esq.**
**Thomas Moers Mayer, Esq.**
**Adam C. Rogoff, Esq.**
**Gordon Z. Novod, Esq.**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**John J. Rapisardi, Esq.**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Michael J. Edelman, Esq.**
**Michael L. Schein, Esq.**
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019