**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under |
| | ) | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY** | ) | |
| **f/k/a GENERAL MOTORS** | ) | |
| **CORPORATION, ET AL.** | ) | |
| | ) | Case No. 09-50026 (REG) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF FILING OF VERIFIED STATEMENT**

**PURSUANT TO FED. R.BANKR.P. 2019**

Pursuant to the above-titled Court's order, please TAKE NOTICE that THE SUTTER LAW FIRM, PLLC has filed its Fed.R.Bankr.P.2019 statement with the Court identifying claimants represented by this office.

DATED:_____                        /s/ *John E. Sutter*
                                       John E. Sutter, Esq.
                                       THE SUTTER LAW FIRM, PLLC
                                       1598 Kanawha Blvd. East
                                       Charleston, WV 25311
                                       (304) 343-1514