# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) | In Proceedings for a Reorganization under |
| ) | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY** ) | |
| **f/k/a GENERAL MOTORS** ) | |
| **CORPORATION, etal.** ) | |
| ) | Case No. 09-50026 (REG) |
| Debtors. ) | |
| _____ ) | |

### VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
### OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

John E. Sutter, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with The Sutter Law Firm located at 1598 Kanawha Blvd. East, Charleston, WV 25311.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure Pursuant to Fed.R.Bankr.P. 2019.

3. The Sutter Law Firm has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors' names and addresses is contained in Exhibit "A" (CDs) which has not been scanned, but which is available upon motion and order of the Court.

4. The verification of this Statement certifies that each creditor named on the attached list has executed a Power of Attorney authorizing The Sutter Law Firm to represent the creditor in bankruptcy proceedings. Exemplars of these documents are Exhibit "B1" (Contract) and Exhibit "B2" (Settlement Authorization), which are included on the enclosed CD.

5. The address of each Creditor for purposes hereof is c/o The Sutter Law Firm, 1598 Kanawha Blvd. East, Charleston, WV 25311.

6. The Creditors hold unliquidated damage claims due to personal injuries arising from

asbestos exposure. Pursuant to the Order, all of the relevant information identifying the Creditors and the nature of their claim is contained in Exhibit "A" which is included on the enclosed CD.

7. The Sutter Law Firm does not hold any claims against or interest in the Debtor.

8. The Sutter Law Firm will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

 /s/ *John E. Sutter*
John E. Sutter, Esq.

Sworn to before me this 8th day of October, 2009.


Notary Public


# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 and the exhibits thereto have been served, pursuant to the Revised Order, on the Debtor's Counsel and the U.S. Bankruptcy Trustee via United States First Class Mail, postage prepaid, this_____ **day of _____, 2009.**

By:    */s/ John E. Sutter*
       John E. Sutter, Esq.