SAMPLE

# THE SUTTER LAW FIRM, PLLC

John E. Sutter (MD, WV, KY)  
Robert H. Miller II (NC, WV)  
Roger A. Decanio (WV)

ATTORNEYS AT LAW  
1598 Kanawha Boulevard, East  
Charleston, West Virginia 25311

Telephone: (304) 343-1514  
Fax: (304) 343-1519

Mailing Address:  
Post Office Box 11720  
Charleston, West Virginia 25339-1720

## SETTLEMENT AUTHORIZATION

I hereby give authority to my attorneys, The Sutter Law Firm, PLLC, to do the following in connection with my asbestos case.

1. Accept settlements on my behalf that are, in the opinion of my attorneys, fair and reasonable or to reject settlements that are, in the opinion of my attorneys, inadequate.

2. To dismiss those companies whom I have named in my lawsuit as defendants to which I have no exposure to asbestos-containing products or to which I have minimal exposure to the extent that there is no viable case against the defendants.

3. To elect not to bring a suit against certain defendants to which I may have exposure when, in the opinion of my attorneys, the chance of recovery is minimal.

4. I understand that my attorneys have entered into an agreement with certain defendants to administratively resolve cases against those defendants without a lawsuit. Some of these agreements provide for accepting what is known as a "green card" allows me to bring a claim against a defendant at a later date if I become disabled or develop asbestos-related cancer as a result of my asbestos exposure without being barred by the statute of limitations. Other agreements provide for prompt payment even if I am not impaired or disabled.

With the above understanding, I give my attorneys the authority to accept such settlements or green cards that are, in their opinion, fair and reasonable.

PLEASE READ THIS DOCUMENT CAREFULLY BEFORE SIGNING. IT INVOLVES IMPORTANT DECISIONS IN YOUR CASE.

_____  
DATE

_____  
CLIENT'S SIGNATURE

_____  
CLIENT'S NAME (PRINTED)

_____  
SPOUSE'S SIGNATURE