| First Name and M | Last Name | Street Address | City | State | Zip Code | Reserved | Form of Agreement | Amount of Claim | uisition of Cred | Disease | Pertinent Facts |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Emogene | Adkins | 14 Owens Branch Rd. | Huntington | WV | 25701- | | contract; 2/22/2000 | undetermined | 3/14/2000 | Asbestosis | |
| James (dec'd) | Barnhart | 4995 Addison Lane | Hickory | NC | 28601- | | contract;12/11/2000 | undetermined | 3/30/2001 | Mesothelioma | |
| Jack (decd) | Brewster | P.O. Box 366 | Holden | WV | 25625- | | contract;12/20/2006 | undetermined | 12/7/2007 | Mesothelioma | |
| James (decd) | Bryant | | | | 41105-0756 | | contract; | undetermined | 12/10/2004 | Mesothelioma | |
| Daniel | Burke | P.O. Box 756 | Ashland | KY | | | contract;5/16/1995 | undetermined | 6/26/1995 | Asbestosis | |
| Jack | Carter | 308 Battery Blvd. | Greenville | SC | 29615- | | contract;10/19/1995 | undetermined | 3/25/1996 | Asbestosis | |
| Robert | Cordial | 5422 Whites Creek | Catlettsburg | KY | 41129- | | contract;1/24/1996 | undetermined | 3/25/1996 | Asbestosis | |
| Danny | Cornette | 2018 Center Street | Catlettsburg | WV | 41129- | | contract;9/17/1996 | undetermined | 2/23/1998 | Asbestosis | |
| Roger | Dingess | 6026 U.S. Rt. 60 East Apt. 302 | Barboursville | WV | 25504- | | contract;3/11/1999 | undetermined | 3/14/2000 | Asbestosis | |
| Alfred | Dorsey | PO Box 542 | Mt. Nebo | WV | 26670- | | contract;10/4/2001 | undetermined | 11/19/2001 | Asbestosis | |
| Drew (decd) | Evans | 614 Chinn St. | Raceland | KY | 41169- | | contract;10/26/2001 | undetermined | 11/19/2001 | Lung Cancer | |
| Donald | Frazee | 1924 South 6th Street | Ironton | OH | 45638- | | contract;4/24/1997 | undetermined | 10/14/1997 | Asbestosis | |
| Wendell (decd) | Fugitt | 3020 Bath Avenue | Ashland | KY | 41101- | | contract; 8/3/1998 | undetermined | 8/7/1998 | Asbestosis | |
| Charles | Garnes | 5234 Linda Vista Dr. | Cross Lanes | WV | 25313- | | contract;4/10/2003 | undetermined | 11/4/2003 | Asbestosis | |
| James | Gates | 1895 Township Rd 97 | Willow Wood | OH | 45696- | | contract;5/15/1995 | undetermined | 6/26/1995 | Asbestosis | |
| Charles (decd) | Gillespie | 1720 Henry Avenue | Middletown | OH | 45042- | | contract;5/19/1995 | undetermined | 6/26/1995 | Asbestosis | |
| William | Gillespie | 417 3rd Avenue | Worthington | KY | 41183- | | contract;2/11/1995 | undetermined | 6/27/1995 | Asbestosis | |
| Eddie (Dec'd) | Griffith | 11119 Poppy Lane | Catlettsburg | KY | 41129- | | contract;2/11/1995 | undetermined | 6/26/1995 | Asbestosis | |
| Charles | Hannah | P.O. Box 172 | Worthington | KY | 41183- | | contract;2/11/1995 | undetermined | 6/26/1995 | Asbestosis | |
| Ronald (dec'd) | Hazlett | 4423 Grand View Dr. | Ashland | KY | 41101- | | contract;10/19/1995 | undetermined | 3/25/1996 | Asbestosis | |
| John | Highley | 1024 Aberdeen Place | Russell | KY | 41169- | | contract;10/19/1995 | undetermined | 3/25/1996 | Asbestosis | |
| Walter | Hilburn | 82-1 South Grey Street | Franklin Furnace | OH | 45629- | | contract;2/11/1995 | undetermined | 6/26/1995 | Asbestosis | |
| William | Hood | 127 Township Road 112 | Kitts Hill | OH | 45645- | | contract;5/18/1995 | undetermined | 6/26/1995 | Asbestosis | |
| Walter(decd) | James | 227 Garrison Ave. | Charleston | WV | 25301- | | contract;11/29/2005 | undetermined | 12/1/2005 | Asbestosis | |
| George C. | Jenkins | 45 County Road 7 C | Ironton | OH | 45638- | | contract;11/17/1994 | undetermined | 6/26/1995 | Asbestosis | |
| George E. | Jenkins | 2030 Duval Court | The Villages | FL | 32162- | | contract;2/11/1995 | undetermined | 6/26/1995 | Colon Cancer | |
| Tommy | Kelly | 340 Township Road 102 | Ironton | OH | 45638- | | contract;6/29/1994 | undetermined | 6/26/1995 | Asbestosis | |
| Ralph | Lemaster | 1455 Queen Anne Blvd | Palm Harbour | FL | 34684- | | contract;2/11/1995 | undetermined | 6/26/1995 | Asbestosis | |
| Harold | Litteral | 321 Township Rd 75 South | Scottown | OH | 45678- | | contract;5/18/1995 | undetermined | 6/26/1995 | Asbestosis | |
| Afton (decd) | Marshall | 201 Kelly Branch Rd. | Salyersville | KY | 41465- | | contract;7/15/1999 | undetermined | 12/2/1999 | Mesothelioma | |
| William | McCoy | 306 McCoy St. PO Box 6901 | Raceland | KY | 41169- | | contract;5/12/1995 | undetermined | 6/19/1995 | Asbestosis | |
| Lawrence | McKenzie | 2588 St. Rt. 207 | Flatwoods | KY | 41139- | | contract;5/16/1995 | undetermined | 6/26/1995 | Asbestosis | |
| Douglas | Milem | PO Box 359 | South Point | OH | 45680- | | contract;5/22/1995 | undetermined | 6/26/1995 | Asbestosis | |
| Robert (decd) | Murrey | Rt. 1, Box 305 | Vincent | OH | 45784- | | contract;11/27/2001 | undetermined | 2/26/2002 | Asbestosis | |
| Gary | Myers | 5203 State Rt. 243 | Ironton | OH | 45638- | | contract;4/16/2003 | undetermined | 11/4/2003 | Lung Cancer | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Charles | Null | 1117 Green Acres Dr | Raceland | KY | 41169- | | contract;5/18/1995 | undetermined | 6/26/1995 | Asbestosis | |
| Hershel | Pennington | 313 Walnut Hill Drive | LaGrange | KY | 40031- | | contract;5/15/1995 | undetermined | 6/27/1995 | Asbestosis | |
| Robert | Roach | 2902 County Road 181 | Ironton | OH | 45638- | | contract;5/15/1995 | undetermined | 6/26/1995 | Asbestosis | |
| Roland (decd) | Samons | 204 Alma Ave. | South Point | OH | 45680- | | contract;3/25/1997 | undetermined | 10/14/1997 | Asbestosis | |
| Hubert | Sharp | 405 Russell St.*chg fee-see legal notes* | Charleston | WV | 25302- | | contract;6/12/2001 | undetermined | 11/19/2001 | Asbestosis | |
| William | Sparks | 2926 Madge St | Ashland | KY | 41102-4448 | | contract;2/11/1995 | undetermined | 6/26/1995 | Asbestosis | |
| Bob | Stevens | 4805 Daniels Fork | Ashland | KY | 41102- | | contract;9/17/1996 | undetermined | 2/23/1998 | Asbestosis | |
| Floyd (dec'd) | Taylor | PO Box 225 | Flatwoods | KY | 41139- | | contract;9/1/1999 | undetermined | 9/24/1999 | Lung Cancer | |
| Clinton | Toler | HC 67 Box 64 | Simon | WV | 24882- | | contract;3/7/2002 | undetermined | 3/15/2002 | Asbestosis | |
| William | Waggoner | P.O. Box 1821 | Ashland | KY | 41105- | | contract;8/1/1996 | undetermined | 8/14/1996 | Asbestosis | |
| Earnest (decd) | Williams | 8616 Hall St. | Murfreesboro | TN | 41175- | | contract;7/31/1995 | undetermined | 1/31/1996 | Lung Cancer | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |