BODMAN LLP
Colin T. Darke (P68294)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
313-393-7585

ATTORNEYS FOR PRODUCTION
MODELING CORPORATION

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------ x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION BY PRODUCTION
MODELING CORPORATION TO DEBTORS' PROPOSED CURE AMOUNT**

The limited objection of Production Modeling Corporation filed on June 9, 2009 at Docket #521 to Debtors' assignment notice filed in connection with Debtors' sale motion is withdrawn.

BODMAN LLP

By:   / s /   Colin T. Darke
Colin T. Darke (P68294)
Counsel for Production Modeling Corporation
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7585
*cdarke@bodmanllp.com*

October 21, 2009

Detroit_961592_1