**BROWN & CONNERY LLP**
Kenneth J. Schweiker, Jr., Esquire (KS1889)
6 North Broad Street
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 (facsimile)
kschweiker@brownconnery.com

*Attorneys for SAP America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, f/k/a General Motors Corp., *et al.* | **09-50026 (REG)** |
| Debtors. | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF OBJECTION AND
SUPPLEMENTAL OBJECTION OF SAP AMERICA, INC. TO THE
DEBTORS' ASSUMPTION AND ASSIGNMENT OF ITS EXECUTORY
CONTRACT(S) AND THE PROPOSED CURE AMOUNT**

PLEASE TAKE NOTICE that SAP America, Inc. by and through its undersigned counsel, hereby withdraws its June 3, 2009 Objection of SAP America, Inc. to the Debtors' Assumption and Assignment of its Executory Contract(s) and the Proposed Cure Amount [Docket No. 2333] and its July 10, 2009 Supplemental Objection of SAP America, Inc. to the Debtors' Assumption and Assignment of its Executory Contract(s) and the Proposed Cure Amount [Docket No. 3081].

Respectfully submitted,

**BROWN & CONNERY, LLP**

*/s/ Kenneth J. Schweiker, Jr.*
Kenneth J. Schweiker, Jr. (KS1889)
6 North Broad St., Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 (facsimile)
kschweiker@brownconnery.com

*Attorneys for SAP America, Inc.*

Dated: October 21, 2009

# CERTIFICATE OF SERVICE

       I hereby certify that on October 21, 2009, I caused a copy of the foregoing to be sent by first-class mail to the parties listed below and by automatic ECF notice to those parties receiving ECF in the above-captioned case:

*/s/ **Kenneth J. Schweiker, Jr.***
Kenneth J. Schweiker, Jr.

General Motors Corporation
Cadillac Building
Attention: Warren Command Center
Mail Code 480-206-1114
30009 Van Dyke Avenue
Warren, MI 48098-9025

U.S. Treasury Department
Attention: Matthew Feldman, Esquire
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220

Kramer, Levin, Naftalis & Frankel, LLP
Attention: Gordon Z. Novod, Esquire
1177 Avenue of the Americas
New York, NY   10036

Vedder Price, P.C.
Attention: Michael J. Edelman, Esquire
Michael L. Schein, Esquire
1633 Broadway, 47th Floor
New York, NY   10019

Office of the U.S. Trustee for the Southern
District of New York
Attention: Diana G. Adams, Esquire
33 Whitehall Street, 21st Floor
New York, NY   10004

Weil, Gotshal & Manges, LLP
Attention: Harvey R. Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolisky, Esquire
767 Fifth Avenue
New York, NY 10153

Cadwalader, Wickersham & Taft, LLP
Attention: John J. Rapisardi, Esquire
One World Financial Center
New York, NY 10281