EMMET, MARVIN & MARTIN, LLP
120 Broadway
New York, New York 10271
Telephone (212) 238-3021
Edward P. Zujkowski, Esq. (EZ-3095)
Facsimile (212) 238-3100

Attorneys for The Bank of New York Mellon

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                    :
**In re**                                           :    **Chapter 11 Case No.**
                                                    :
**GENERAL MOTORS CORP.,** *et al.,*                 :    **09-50026 (REG)**
                                                    :
**Debtors.**                                        :    **(Jointly Administered)**
                                                    :
------------------------------------------------------------x

**WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION**
**OF RIGHTS OF THE BANK OF NEW YORK MELLON TO NOTICE OF**
**(I) DEBTORS' INTENT TO ASSUME AND ASSIGN**
**CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF**
**PERSONAL PROPERTY, AND UNEXPIRED LEASES OF**
**NONRESIDENTIAL REAL PROPERTY AND**
**(II) CURE AMOUNTS RELATED THERETO**

Emmet, Marvin & Martin, LLP represents The Bank of New York Mellon ("BNYM" or the "Trustee") (i) as successor to JPMorgan Chase Bank, N.A., as indenture trustee under the Trust Indenture, dated as of March 1, 2002, between the Unified Government of Wyandotte County/Kansas City, Kansas and JPMorgan Chase Bank, as Trustee, (ii) as successor to First American National Bank of Nashville, as indenture trustee under the Master Trust Indenture, dated as of January 1, 1986, between the Industrial Development Board of Maury County, Tennessee (the "Tennessee Issuer") and First American National Bank of Nashville, as Trustee (as amended by a First Amendatory Trust Indenture, a Second Amendatory Trust Indenture, a Third Amendatory Trust Indenture and a Fourth Amendatory Trust Indenture, and (iii) as

992382_1

successor to NationsBank of Tennessee, National Association, as indenture trustee under the Trust Indenture, dated as of September 1, 1994, between the Tennessee Issuer and NationsBank of Tennessee, National Association, as Trustee and hereby files this withdrawal of its Limited Objection and Reservation of Rights to the Notice of (i) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (ii) Cure Costs Related Thereto (Docket # 2070), as per the letter agreement dated as of September 22, 2009 between the Debtor and BNYM.

Dated: October 21, 2009

Respectfully submitted,

EMMET, MARVIN & MARTIN, LLP

By: /s/ *Edward P. Zujkowski, Esq.*
Edward P. Zujkowski, Esq.
Counsel for The Bank of New York Mellon
120 Broadway
New York, NY  10271
Tel: (212) 238-3000
Fax: (212) 238-3100
Ezujkowski@emmetmarvin.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
GENERAL MOTORS CORP., *et al.*,                                  :    09-50026 (REG)
                                                                 :
Debtors.                                                         :    (Jointly Administered)
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I do hereby certify that I caused to be served a true copy of the *Withdrawal of Limited Objection and Reservation of Rights of The Bank of New York Mellon to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* to be served electronically on those parties requesting electronic service via the Court's ECF system and on the parties listed below via U.S. messenger or federal express:

General Motors Corporation
Cadillac Bldg
30009 Van Dyke Ave.
Warren, MI 48090
    Attn:  Warren Comman Center,
          Mailcode 480-206-114)

Stephen Karotkin
Harvey R. Miller
Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

U.S. Treasury
1500 Pennsylvania Ave NW
Room 2312
Washington DC 20220
Attn: Matthew Feldman, Esq.

Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John Rapisardi, Esq.

Vedder Price PC
1633 Broadway 47th Fl
New York, NY 10019
Michael J. Edelman
Michael Schein

United States Trustee
33 Whitehall St., 21st Floor
New York, NY 10004
Attn: Diana Adams, Esq.

David N. Adams
Honigman, Miller, Schwartz & Cohn LLP
660 Woodward Ave.
2290 First National Building
Detroit, MI 48226-3506

Dated:  October 21, 2009                    Respectfully submitted,


                                      EMMET, MARVIN & MARTIN, LLP

                                      By: */s/ Edward P. Zujkowski, Esq.*
                                      Edward P. Zujkowski, Esq.
                                      Counsel for The Bank of New York Mellon
                                      120 Broadway
                                      New York, NY  10271
                                      Tel:  (212) 238-3000
                                      Fax:  (212) 238-3100
                                      Ezujkowski@emmetmarvin.com