Thomas K. Lindahl, Esq.
Kotz, Sangster, Wysocki and Berg, P.C.
400 Renaissance Center, Suite 3400
Detroit, Michigan 48243
Phone: (313) 259-8300
Fax (313) 259-1451
Email: tlindahl@kotzsangster.com

**Counsel to Comau, Inc.**

United States Bankruptcy Court
Southern District of New York
_____

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al*., | Case No. 09-50026 (REG) |
| | (Jointly Administered) |

_____

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF THE ASSUMABLE EXECUTORY CONTRACTS OF COMAU, INC.

Comau, Inc. ("Comau") by and through its undersigned counsel hereby withdraws its limited objection to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and (II) Cure Costs Related Thereto (the "Notice of Intent"), (the "Objection") filed on June 11, 2009, Docket No. 653.

Dated: October 21, 2009

Respectfully Submitted

Kotz, Sangster, Wysocki and Berg, P.C.

By:_____/s/ Thomas K. Lindahl_____
        Thomas K. Lindahl (P30741)
        400 Renaissance Center, Suite 3400
        Detroit, Michigan 48243
        Phone: (313) 259-8300
        Fax: (313) 259-1451
        E-mail: tlindahl@kotzsangster.com

21201.101 Doc# 53