Hearing Date and Time: November 6, 2009 at 9:45 a.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                            :
**In re**                                   :    **Chapter 11 Case No.**
                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*   :
                                            :
        Debtors.   :    **(Jointly Administered)**
                                            :
-------------------------------------------------------------x

## NOTICE OF HEARING ON LIMITED CONTRACT OBJECTIONS

      PLEASE TAKE NOTICE THAT an adjourned hearing (the "**Limited Contract Objection Hearing**") to consider certain continuing objections to the *Order (i) Authorizing the Sale of Assets Pursuant to the Amended and Restated Master Sale and Purchase Agreement (the "Sale") with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser (the "Purchaser"); (ii) Authorizing Assumption and Assignment of Certain Executory Contracts (the "Assumable Executory Contracts") and Unexpired Leases in Connection with the Sale; and (iii) Granting Related Relief* (the "**Sale Order**") [Docket No. 2968], relating to the assumption and assignment of the Assumable Executory Contracts (the "**Limited Contract Objections**") will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **November 6**, **2009 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard. Absent further notification by the Debtors or the Court, the Limited Contract Objection Hearing will not be an evidentiary hearing.

      PLEASE TAKE FURTHER NOTICE THAT pursuant to the Sale Order, the Limited Contract Objection Hearing is limited to (a) the contestation of a particular Cure Amount(s), (b) the determination as to whether a particular Assumable Executory Contract is an executory contract that may be assumed and/or assigned under section 365 of the Bankruptcy Code, and/or (c) challenges relating to whether, with respect to a particular Assumable Executory Contract, the Debtors have assumed, or are attempting to assume, such contract in its

entirety or whether the Debtors are seeking to assume only part of such contract.

    PLEASE TAKE FURTHER NOTICE THAT to the extent that a counterparty to an Assumable Executory Contract has not filed its notice of withdrawal with respect to a Limited Contract Objection that has been resolved, the counterparty should do so immediately. A list of outstanding Limited Contract Objections is annexed hereto as Exhibit "A".

            WEIL, GOTSHAL & MANGES LLP
            Harvey R. Miller
            Stephen Karotkin
            Joseph H. Smolinsky
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Debtors
             and Debtors in Possession

# Exhibit A

## Limited Contract Objections

| Docket No. | Counterparty |
|---|---|
| 3135 | ACE American Insurance Company |
| 3641 | ADT Security Services, Inc. |
| 3208 | Affiliated Computer Services |
| 1270 | Affiliated Computer Systems of Spain SL, et. al |
| 2452 | AM General LLC, formerly AM General Corporation, and General Engine Products LLC |
| 4209 | Aspen Insurance UK Limited |
| 777 | ATS Automation Tooling Systems, Inc. |
| 2335 | Ford, Comverca, and ACH |
| 1412 | Gates Corporation |
| 1143 | GE Capital Corporation |
| 2431 | GETRAG Getriebe-Und Zahnradfabrik Hermann Hagenmeyer GmbH & Cie KG, GETRAG SpA and GETRAG Corporation |
| 1156 | Hitachi Automotive Products (USA) |
| 2156 | Infineon Technologies North America Corp. |
| 3518 | Johann Hay GmbH & Co. KG |
| 2903 | Karmann U.S.A., Inc. |
| 1348 | Macquarie Equipment Finance, LLC |
| 731 | Magneti Marelli Powertrain USA, LLC, Magnetti Marelli North America, Automotive Lightning LLC, et. al |
| 866 | National Fuel Gas Distribution Corporation |
| 3491 | Park National Bank, Pacific Rim Capital, PRC HF, Technology Investment Partners, or Sun Microsystems |
| 831 | Remy International, Inc., Remy Inc., and Remy Power Products, LLC |
| 1462 | RK Chevrolet/RK Auto Group |
| 1982 | Simpson Automotive Group, Inc. |
| 3025 | Suzuki Motor Corporation |
| 699 | Swagelok Company |
| 2070 | The Bank of New York Mellon |
| 3989 | The McClatchy Company on behalf of the Charlotte Observer, the Dallas Star Telegram, the Fort Worth |
| 710 | The Regents of University of Michigan |
| 1014 | Union Pacific Railroad Company |
| 3683 | Westfalia-Automotive GMBH |