Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
phone:  (202) 662-6000
fax:  (202) 662-6291

- and -

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
phone:  (212) 841-1000
fax:  (212) 841-1010

*Counsel to Union Pacific Railroad Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a GENERAL MOTORS CORP., *et al.*, | : | |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTIONS OF UNION PACIFIC RAILROAD COMPANY TO DEBTORS' ASSUMPTION NOTICES

Union Pacific Railroad Company ("Union Pacific") hereby withdraws its objections regarding Assumption Notices provided by the Debtors with respect to executory contracts between Union Pacific and certain of the Debtors (Docket Nos. 1014 and 4043). Union Pacific has now reached agreement with the Debtors regarding the Assumption Notices. Accordingly, Union Pacific is withdrawing its objections.

Dated: New York, New York
October 22, 2009

                                  Respectfully submitted,

Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
phone:  (202) 662-6000
fax:  (202) 662-6291
email:  mbaxter@cov.com

- and -

*/s/ Susan Power Johnston*
Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
phone:  (212) 841-1000
fax:  (212) 841-1010
email:  sjohnston@cov.com

*Counsel to Union Pacific Railroad Company*

- 2 -