Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
phone: (202) 662-6000
fax: (202) 662-6291

- and -

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
phone: (212) 841-1000
fax: (212) 841-1010

*Counsel to Union Pacific Railroad Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a GENERAL MOTORS CORP., et al., | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Craig Stalzer, do hereby certify, that on October 22, 2009, I caused true and correct copies of the *Notice of Withdrawal of Objections of Union Pacific Railroad Company to Debtors' Assumption Notices* [Docket No. 4281], to be served (i) electronically through the Court's PACER System on parties requesting electronic service in the above-captioned chapter 11 cases and (ii) on the parties listed on the attached service list by the means indicated thereon.

- 2 -

Dated: New York, New York
      October 22, 2009

By: _____
      Craig Stalzer