UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :
                                                               :  Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
    f/k/a General Motors Corp., *et al.*                  :  09-50026 (REG)
                                                               :
                Debtors.                               :  (Jointly Administered)
                                                               :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Laurie M. Thornton, being duly sworn, depose and state:

    1.    I am a Senior Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

    2.    On October 21, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by email on the parties identified on Exhibit A annexed hereto (counsel for the unsecured creditors committee) and by facsimile on the Office of the United States Trustee, Attn: Diana G. Adams, (212)668-2255:

- Declaration and Disclosure Statement of Joel Feinberg, on behalf of Sidley Austin LLP [Docket No. 4276].

///

///

///

Signed at Seattle, Washington this 23rd day of October, 2009

*Laurie Thornton*
LAURIE M. THORNTON

Sworn to before me in Seattle, Washington this 23rd day of October, 2009.

BROOK LYN BOWER
Notary Public, State of Washington
License No. 99205
Residing in Puyallup.
Commission Expires: July 26, 2012

Notary Public
State of Washington
BROOK LYN BOWER
MY COMMISSION EXPIRES
July 26, 2012

# EXHIBIT A

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036
email: acaton@kramerlevin.com, gplotko@kramerlevin.com, tmayer@kramerlevin.com,
arogoff@kramerlevin.com, rschmidt@kramerlevin.com, acaton@kramerlevin.com,
gplotko@kramerlevin.com, lmacksoud@kramerlevin.com, jsharret@kramerlevin.com