Angela Z. Miller, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York   10022
Tel. 212-759-4888
Fax. 212-308-9079

-and-

3400 HSBC Center
Buffalo, New York 14203
Tel. 716-847-8400
Fax. 716-852-6100
Attorneys for National Fuel Gas Distribution Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., et al. | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

_____

### WITHDRAWAL OF OBJECTION OF
### NATIONAL FUEL GAS DISTRIBUTION CORPORATION
### TO THE NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND
### ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES
### OF PERSONAL PROPERTY AND UNEXPIRED LEASES
### OF NONRESIDENTIAL REAL PROPERTY AND
### (II) CURE AMOUNTS RELATED THERETO

National Fuel Gas Distribution Corporation ("NFDG"), by its undersigned counsel, hereby withdraws the Objection of National Fuel Gas Distribution Corporation to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto dated June 12, 2009 (Docket No. 866).

Dated: October 23, 2009
      Buffalo, New York

                    PHILLIPS LYTLE LLP

                By     /s/ Angela Z. Miller
                    Angela Z. Miller
                    Allan L. Hill
Suite 3400
One HSBC Center
Buffalo, New York 14203-2887
Telephone No. (716) 847-8400
  and
437 Madison Avenue, 34th Floor
New York, New York 10022
Tel. 212-759-4888

Doc # 01-2309788.1