Angela Z. Miller, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York 10022
Tel. 212-759-4888
Fax. 212-308-9079

-and-

3400 HSBC Center
Buffalo, New York 14203
Tel. 716-847-8400
Fax. 716-852-6100
Attorneys for National Fuel Gas Distribution Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| General Motors Corp., et al., | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

      I, Jayne A. Hahn, being at all times over 18 years of age, hereby certify that a true and correct copy of the Withdrawal of Objection of National Fuel Gas Distribution Corporation to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto was caused to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and by e-mail to the Debtors' counsel, Laura Romeo.

Dated: October 23, 2009
      Buffalo, New York

                                                                              /s/ Jayne A. Hahn
                                                                               Jayne A. Hahn

Doc # 01-2309792.1