UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                    :
In re                                               :         Chapter 11 Case No.
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :         09-50026 (REG)
    f/k/a General Motors Corp., *et al.*            :
                                                    :
                            Debtors.                :         (Jointly Administered)
                                                    :
-----------------------------------------------------------------x

### AMENDED NOTICE OF AGENDA OF MATTER
### SCHEDULED FOR HEARING ON OCTOBER 28, 2009 at 9:45 a.m.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTER:**

1.  Application for Order Authorizing Employment of Evercore Group LLC as Investment Banker and Financial Advisor for the Debtors *Nunc Pro Tunc* to Petition Date **[Docket No. 954]**

    Response Deadline:          June 19, 2009 at 4:00 p.m.

    Response Filed:

    A.  Objection of Ad Hoc Committee of Consumer Victims of General Motors to the Application for an Order Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors **[Docket No. 1892]**

    B.  Objection of the Ad Hoc Committee of Personal Injury Asbestos Claimants to Debtors' Application for an Order Pursuant to §327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors Nunc Pro Tunc to the Petition Date **[Docket No. 1968]**

    C.    The United States Trustee's Objection to the Debtors' Application for an Order Pursuant to Sections 327(a) and 327(b) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date **[Docket No. 2189]**

    D.    **Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 2232]**

    E.    Errata to Objection of the United States Trustee's Objection to the Debtors' Application for an Order Pursuant to Sections 327(a) and 327(b) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date **[Docket No. 2442]**

Reply Filed:

    F.    Response Of Debtors To (I) Objection Of Ad Hoc Committee Of Consumer Victims Of General Motors, (II) Objection Of The Ad Hoc Committee Of Personal Injury Asbestos Claimants, (III) Objection Of The United States Trustee, And (IV) Limited Objection Of The Official Committee Of Unsecured Creditors To The Debtors' Application For An Order Authorizing The Employment And Retention Of Evercore Group L.L.C. As Investment Banker And Financial Advisor For The Debtors *Nunc Pro Tunc* To The Petition Date **[Docket No. 2441]**

Additional Document(s):

    G.    First Supplemental Declaration of William C. Repko in Support of the Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date **[Docket No. 2435]**

    H.    Second Supplemental Declaration of William C. Repko In Support of the Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group

|   |   |
|---|---|
|   | L.L.C. as Investment Banker and Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date **[Docket No. 3756]** |
| I. | Declaration In Support of the Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors Nunc Pro Tunc to the Petition Date **[Docket No. 3773]** |
| J. | Notice of Withdrawal of Objection of the Ad Hoc Committee of Consumer Victims of General Motors to the Application for an Order Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor for the Debtors **[Docket No. 4173]** |
| **Status:** | The objections have been resolved.  This matter is going forward. |

Dated: October 26, 2009
New York, New York

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession