**FOLEY & LARDNER LLP**
Ann Marie Uetz *(Admitted Pro Hac Vice)*
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Keith Owens *(Admitted Pro Hac Vice)*
555 South Flower Street, 35th Floor
Los Angeles, CA 90071-2411

*Attorneys for CalsonicKansei North America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |

---------------------------------------------------------------X

**WITHDRAWAL OF OBJECTION OF CALSONICKANSEI NORTH AMERICA, INC. TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO, AND RESERVATION OF RIGHTS**

CalsonicKansei North America, Inc. hereby withdraws its Objection of CalsonicKansei North America, Inc. to Assumption and Assignment of Certain Executory Contracts and Cure Amounts Related Thereto, and Reservation of Rights (Docket Nos. 2436 and 3350).

LACA_2374077.1

| | |
|---|---|
| Dated: October 26, 2009<br>New York, New York | FOLEY & LARDNER LLP<br><br>/s/ Ann Marie Uetz<br><br>Ann Marie Uetz *(Admitted Pro Hac Vice)*<br>One Detroit Center<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI 48226-3489<br>Telephone: (313) 234-7100<br>Facsimile: (313) 234-2800<br><br>Keith Owens *(Admitted Pro Hac Vice)*<br>555 South Flower Street, 35th Floor<br>Los Angeles, CA 90071-2411<br><br>*Attorneys for CalsonicKansei North America, Inc.* |

2