**FOLEY & LARDNER LLP**
Ann Marie Uetz *(Admitted Pro Hac Vice)*
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Keith Owens *(Admitted Pro Hac Vice)*
555 South Flower Street, 35th Floor
Los Angeles, CA 90071-2411

*Attorneys for CalsonicKansei North America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |

---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
## FOR CALSONICKANSEI NORTH AMERICA, INC

PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP as counsel for CalsonicKansei North America, Inc. hereby withdraws its appearance in the above-captioned matter.

This notice is in respect to Foley & Lardner LLP only and is not intended to affect service independently requested by CalsonicKansei North America, Inc. or counsel therefore or their continued listing in the mailing matrix and service list for this case.

DETR_1338184.1

| | |
|---|---|
| Dated: October 26, 2009<br>New York, New York | FOLEY & LARDNER LLP<br><br>/s/ Ann Marie Uetz<br><br>Ann Marie Uetz *(Admitted Pro Hac Vice)*<br>One Detroit Center<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI 48226-3489<br>Telephone: (313) 234-7100<br>Facsimile: (313) 234-2800<br><br>Keith Owens *(Admitted Pro Hac Vice)*<br>555 South Flower Street, 35th Floor<br>Los Angeles, CA 90071-2411<br><br>*Attorneys for CalsonicKansei North America, Inc.* |

2