FILED
COURT OF COMMON PLEAS
SEP 21 2009
LINDA K. FANKHAUSER, CLERK,
PORTAGE COUNTY, OHIO

IN THE COURT OF COMMON PLEAS
PORTAGE COUNTY, OHIO

| | |
|---|---|
| **RICHARD TURK, et al.,** | CASE NO. 2007 CV 1356 |
| Plaintiffs, | |
| v. | JUDGE JOHN A. ENLOW |
| **SERPENTINI CHEVROLET, INC.,** et al., | **ORDER AND JOURNAL ENTRY** |
| Defendants. | |

***

This matter is before the Court upon motion of Plaintiffs to return this case to the active docket.

This Court has not been notified that the bankruptcy court has lifted its stay.

Upon review and consideration of the motions and pleadings filed herein, the Court concludes that Plaintiffs' motion is not well taken.

IT IS THEREFORE ORDERED that the motion of Plaintiffs to return this case to the active docket be and hereby is denied.

SO ORDERED.

_____
JOHN A. ENLOW
JUDGE, COURT OF COMMON PLEAS

cc: Laura McDowall, Attorney for Plaintiffs
    Nancy E. Grim, Attorney for Plaintiffs
    Harry A. Tipping, Attorney for Serpentini
    Shana O. See, Attorney for GM
    Colleen M. O'Donnell, Attorney for GM
    Richard Cordray, Ohio Att'y General

2007 CV
01356
00078973259
J_C