**DORSEY & WHITNEY LLP**
250 Park Avenue
New York, NY 10177
Telephone: (212) 415-9368
Facsimile: (212) 953-7201
Eric Lopez Schnabel (ES 5553)

**PERKINS COIE LLP**
150 Federal Street
Boston, MA 02110
Telephone: (617) 951-8000
Facsimile: (617) 951-8736
Alan D. Smith (admitted *pro hac vice*)

Counsel to Isuzu Motors Limited,
Isuzu Motors America LLC,
and other Isuzu entities as described

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **GENERAL MOTORS CORP.,** *et al.*, | Case No. 09-50026 (REG) |
| **Debtors.** | Jointly Administered |

## NOTICE OF WITHDRAWAL OF OBJECTION

PLEASE TAKE NOTICE THAT Isuzu Motors Limited, Isuzu System Service, Ltd., LCV Platform Engineering Corporation, Isuzu Motors America LLC, Isuzu Commercial Truck of America, Inc., Isuzu Manufacturing Services of America, Inc., and DMAX, Ltd. hereby withdraw their Limited Objection of Isuzu Entities to Assumption and Assignment of Executory Contracts and to Cure Costs Related Thereto (filed June 15, 2009 at Docket No. 1463).

4829-7660-8517\2

-2-

Dated: October 27, 2009
       New York, New York

Respectfully Submitted,

**DORSEY & WHITNEY LLP**

By: /s/ Eric Lopez Schnabel
Eric Lopez Schnabel (ES 5553)
250 Park Avenue
New York, NY  10177
Telephone: (212) 415-9368
Facsimile: (212) 953-7201

-and-

**PERKINS COIE LLP**
Alan D. Smith (admitted *pro hac vice*)
150 Federal Street
Boston, MA  02110
Telephone:  (617) 951-8000
Facsimile:  (617) 951-8736

Counsel for Isuzu Motors Limited, Isuzu Motors America LLC, and other Isuzu entities as described