**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **GENERAL MOTORS CORP.,** *et al.*, | Case No. 09-50026 (REG) |
| **Debtors.** | Jointly Administered |

## CERTIFICATE OF SERVICE

      I hereby certify that I am not a party to the action, that I am over eighteen years of age, and that on October 27, 2009, I caused to be filed by electronic filing with the United States Bankruptcy Court for the Southern District of New York the Notice of Withdrawal of Objection, using the ECF system which will send notification of such filing to register users in the case; and to be served via E-Mail and U.S. Mail on the following at the addresses set forth below:

| | |
|---|---|
| General Motors Corp., et al<br>c/o General Motors Corporation<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, MI 48090-9025 | Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| Michael J. Eldman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | Diana G. Adams, Esq.<br>Office of the U.S. Trustee for the Southern<br>  District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| U.S. Treasury<br>Attn: Matthew Feldman, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 | |

-2-

Dated: October 27, 2009

                                                                By: /s/ Betsy D. Sanders
                                                                      Betsy D. Sanders

4823-2452-6341\1