Shawn R Fox
MCGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY 10105-0106
Phone: (212) 548-2100

and

Sally E. Edison
MCGUIREWOODS LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
Phone: (412) 667-6000

Counsel to SimplexGrinnell LP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) ) ) | Case No. 09-50026-REG |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF SIMPLEXGRINNELL LP TO THE ASSUMPTION AND ASSIGNMENT OF CONTRACT(S) PURSUANT TO 11 U.S.C. § 365

SimplexGrinnell LP hereby withdraws its Limited Objection to the Debtors' Assumption and Assignment of Contract(s) Pursuant to 11 U.S.C. § 365, which was filed on August 3, 2009 at Docket No. 3643.

(Signature Page to Follow)

Dated: October 27, 2009          Respectfully submitted,

         */s/ Shawn R. Fox*
Shawn R. Fox
McGuireWoods LLP
1345 Avenue of the Americas, 7th Fl.
New York, NY  10105-0106
Phone: (212) 548-2100
sfox@mcguirewoods.com

and

Sally E. Edison
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222
Phone:  (412) 667-6000
sedison@mcguirewoods.com

*Attorneys for SimplexGrinnell LP*

//10098869