DAWDA, MANN, MULCAHY & SADLER, PLC
William L. Rosin
Kenneth A. Flaska (*pro hac vice*)
39533 Woodward Avenue, Suite 200
Bloomfield Hills, Michigan  48304
Telephone:  (248) 642-3700
Facsimile:  (248) 642-7791

*Attorneys for Magneti Marelli Powertrain USA, LLC*
*Magneti Marelli North America, Inc., Automotive Lighting LLC,*
*Automotive Lighting Rear Lamps Mexico S de RL CV*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | Case No 09-50026-reg |
| MOTORS LIQUIDATION COMPANY, *et* | : | Hon. Robert E. Gerber |
| *al.*, f/k/a General Motors Corp., *et al.* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

-------------------------------------------------------------x

**WITHDRAWAL OF THE**
**LIMITED OBJECTION OF MAGNETI TO NOTICE**
**OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN**
**CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF**
**PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NON-RESIDENTIAL**
**REAL PROPERTY AND (II) CURE COSTS RELATED THERETO**

NOTICE IS HEREBY GIVEN that Magneti Marelli Powertrain USA, LLC, Magneti Marelli North America, Inc., Automotive Lighting LLC, Automotive Lighting Rear Lamps Mexico S de RL CV and certain of its affiliates and subsidiaries (collectively, "Magneti"), having reached agreement with the Debtors on the appropriate cure amount, withdraw their Limited Objection (Docket No. 731) to the to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto.

                DAWDA, MANN, MULCAHY & SADLER, PLC

                By:_____/s/ Kenneth A. Flaska_____

                Kenneth A. Flaska (P28605) (*pro hac vice*)
                William L. Rosin (P40529)
                39533 Woodward Avenue, Suite 200
                Bloomfield Hills, Michigan 48304
                (248) 642-3700
Dated: October 28, 2009      gm@dmms.com