**FOLEY & LARDNER LLP**
Thomas B. Spillane, Jr. (*admitted pro hac vice*)
Ann Marie Uetz  (*admitted pro hac vice*)
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Email: tspillane@foley.com
           auetz@foley.com
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for ABC Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
|  | : |  |
| Debtors | : | Jointly Administered |
|  | : |  |

---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
## FOR ABC GROUP, INC.

PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP as counsel for ABC Group, Inc. hereby withdraws its appearance in the above-captioned matter.

This notice is in respect to Foley & Lardner LLP only and is not intended to affect service independently requested by ABC Group, Inc. or counsel therefore or their continued listing in the mailing matrix and service list for this case.

Dated: October 28, 2009

                                      FOLEY & LARDNER LLP

                                      /s/ Ann Marie Uetz
                                      Ann Marie Uetz *(Pro Hac Vice Pending)*
                                      Thomas B. Spillane, Jr. *(Pro Hac Vice Pending)*
                                      FOLEY & LARDNER LLP

One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
*Attorneys for ABC Group Inc.*

2