Sharon Butler, as Guardian ad Litem for
Brooke Alexis Love, a minor, In Propria Persona
%5990 Sepulveda Boulevard, Suite #330
Van Nuys, California 91411-2523
(818)779-1720 phone
(818)779-1730 Fax

Creditor Brooke Alexis Love, a minor, by and through her Guardian ad Litem, Sharon Butler, In Propria Persona

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION, et al., | (Jointly Administered) |
| | NOTICE OF MOTION BY CREDITOR, BROOKE ALEXIS LOVE, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, SHARON BUTLER, FOR RELIEF FROM AUTOMATIC STAY TO ALLOW THE CONTINUED PURSUIT OF AN INSURED PERSONAL INJURY ACTION AND REQUEST FOR RULE 9011 SANCTIONS, [CERTIFICATE OF CONFERENCE FILED CONCURRENTLY HEREWITH] |
| Debtors. | |

**NOTICE OF MOTION BY CREDITOR, BROOKE ALEXIS LOVE, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, SHARON BUTLER, FOR RELIEF FROM AUTOMATIC STAY TO ALLOW THE CONTINUED PURSUIT OF AN INSURED PERSONAL INJURY ACTION AND REQUEST FOR RULE 9011 SANCTIONS**

PLEASE TAKE NOTICE that upon the Motion of Creditor, **Brooke Alexis Love, a minor, by and through her Guardian ad Litem, Sharon Butler**, ("Movant") for relief from the automatic stay pursuant to 11 U.S.C. Sec. 362(d)(1), a hearing will be held before the **Honorable Robert E. Gerber, United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 621, New York, New York 10004**, on November 12, 2009 2 p.m. EST ("Hearing Date") or as soon thereafter as counsel can be heard, upon Movant's

1

request for entry of an Order granting the following:

(i)   relief from the automatic stay concerning **Motors Liquidation Company f/k/s General Motors Corporation** ("Debtors") and Debtors' bankruptcy estates, as it relates to Movant;

(ii)   permission to proceed under applicable non-bankruptcy law to prosecute Movant's personal injury claim against Debtors to its conclusion, but to enforce any award rendered only against Debtors' available insurance proceeds;

(iii)   that the Order be binding and effective despite any conversion in this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code.

(iv) for an Order, pursuant to Rule 9011(c)(1)(b) of sanctions against Debtor and Debtors' counsel.

**PLEASE TAKE FURTHER NOTICE,** that responses or objections, if any, to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically, and in accordance with General Order M-242 by registered users of the Bankruptcy Court's case filing system, with a hard copy delivered directly to Chambers, and shall be served upon: (a) **Sharon Butler, Guardian ad Litem for Brooke Alexis Love, a minor, In Propria Persona for Movant, at 5990 Sepulveda Boulevard, Suite #330, Van Nuys, California 91411-2523,** and the **Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004,** so as to be actually received no later than three (3) days prior to the Hearing Date.

**PLEASE TAKE FURTHER NOTICE,** that unless objections are timely filed and received by the Court, the Court may grant the relief requested herein.

**PLEASE TAKE FURTHER NOTICE,** that the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open court or by posting of such adjourned date on the Court's calendar on the aforementioned date.

DATED: October 23, 2009

*Sharon Butler*
Sharon Butler, Guardian ad Litem for
Brooke Alexis Love, a minor
In Propria Persona

2

NOT. OF MTN. BY MARIA NAGY FOR RELIEF FROM AUTOMATIC STAY TO ALLOW THE CONTINUED PURSUIT OF AN INSURED PERSONAL INJURY ACTION

## PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            )
COUNTY OF LOS ANGELES       )

  I am employed in Los Angeles County. My business address is 5990 Sepulveda Boulevard, Suite #330, Van Nuys, California 91411-2523. I am over the age of 18 years and am not a party to this cause.

  On October 23, 2009, I served the following documents:

**NOTICE OF MOTION BY CREDITOR, BROOKE ALEXIS LOVE, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, SHARON BUTLER, FOR RELIEF FROM AUTOMATIC STAY TO ALLOW THE CONTINUED PURSUIT OF AN INSURED PERSONAL INJURY ACTION AND REQUEST FOR RULE 9011 SANCTIONS, [CERTIFICATE OF CONFERENCE FILED CONCURRENTLY HEREWITH]**

on:

| | |
|---|---|
| Brianna N. Benfield Esq. | Monica J. Frascona, Esq. |
| Joseph H. Smolinsky, Esq. | Dykema Gossett LLP |
| Weil, Gotshal & Manges, LLP | 333 South Grand Avenue, Suite 2100 |
| 767 Fifth Avenue | Los Angeles, California 90071 |
| New York, New York 10153 | |

[X] **BY MAIL**-I placed such envelope/s for collection and mailing on this date following ordinary business practices at Van Nuys, California. The envelope was mailed with postage thereon fully prepaid.

[ ] **BY PERSONAL SERVICE**-I delivered such envelope by hand to said party at,_____ _____ at _____ m. o'clock.

[ ] **BY OVERNITE EXPRESS MAIL**-I placed such envelope/s for collection and Overnite Express mail on this date following ordinary business practices directed to the addresses above.

[ ] **BY FACSIMILE TRANSMISSION**-I caused to be served by facsimile transmission at the number(s) listed above:

[ ] STATE I declare under penalty of perjury that the foregoing is true and correct.

[X] FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 23, 2009, at Van Nuys, California

_____
Chris Meyer