Sharon Butler, as Guardian ad Litem for
Brooke Alexis Love, a minor
in Propria Persona
%5990 Sepulveda Boulevard, Suite #330
Van Nuys, California 91411-2523
(818)779-1720 phone
(818)779-1730 Fax

Creditor Brooke Alexis Love, a minor, by and through her Guardian ad Litem, Sharon Butler in Propria Persona

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION, et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No.: 09-50026 (REG)<br>(Jointly Administered)<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SEC. 362** |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SEC. 362**

Upon the Motion of Sharon Butler, as Guardian ad Litem for Brooke Alexis Love, a minor (the "Movant") for Relief from the Automatic Stay Pursuant to 11 U.S.C. Sec. 362, dated October 22, 2009 (the "Motion") and the exhibits annexed thereto; and it appearing that notice of the Motion was proper and sufficient under the particular circumstances and that no other or further notice need be given; and the Court having considered the Motion and any objections or responses thereto; and this Court having determined that cause exists to grant relief from the automatic stay pursuant to 11 U.S.C. Sec. 362(d); and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The relief sought in the Motion is GRANTED as set forth herein;

1

CERTIFICATE OF CONFERENCE

2. All rights granted by this Order shall survive and shall not be modified, impaired or discharged by (i) the entry of an order converting these bankruptcy cases to a case under chapter 7 of the Bankruptcy Code dismissing any of the bankruptcy cases or (ii) entry of an order confirming a plan of liquidation or reorganization.

3. The ten-day stay period under Fed. R. Bankr. P. 4001(a)(3) is hereby waived and this Order is immediately effective upon entry.

4. Except as expressly set forth herein, this Court shall retain jurisdiction over all matters arising from the Motion or the implementation and/or interpretation of this Order.

5. Sanctions in the amount of $1,650.00 are awarded pursuant to the Court's powers as stated in Rule 9011(c)(1)(b).

Dated:_____,2009

_____
Honorable Robert E. Gerber
United States Bankruptcy Judge

CERTIFICATE OF CONFERENCE

## PROOF OF SERVICE

STATE OF CALIFORNIA            )
                               )
COUNTY OF LOS ANGELES          )

I am employed in Los Angeles County. My business address is 5990 Sepulveda Boulevard, Suite #330, Van Nuys, California 91411-2523. I am over the age of 18 years and am not a party to this cause.

On October 23, 2009, I served the following documents:

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SEC. 362**

on:

| | |
|---|---|
| Brianna N. Benfield Esq. | Monica J. Frascona, Esq. |
| Joseph H. Smolinsky, Esq. | Dykema Gossett LLP |
| Weil, Gotshal & Manges, LLP | 333 South Grand Avenue, Suite 2100 |
| 767 Fifth Avenue | Los Angeles, California 90071 |
| New York, New York 10153 | |

[ X ]   **BY MAIL**-I placed such envelope/s for collection and mailing on this date following ordinary business practices at Van Nuys, California. The envelope was mailed with postage thereon fully prepaid.

[   ]   **BY PERSONAL SERVICE**-I delivered such envelope by hand to said party at,_____ _____ at _____ m. o'clock.

[   ]   **BY OVERNITE EXPRESS MAIL**-I placed such envelope/s for collection and Overnite Express mail on this date following ordinary business practices directed to the addresses above.

[   ]   **BY FACSIMILE TRANSMISSION**-I caused to be served by facsimile transmission at the number(s) listed above:

[   ]   STATE I declare under penalty of perjury that the foregoing is true and correct.

[ X ]   FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 23, 2009, at Van Nuys, California.

_____
Chris Meyer