09-50026-mg    Doc 4307    Filed 10/28/09    Entered 10/28/09 19:37:19    Main Document
Pg 1 of 2

**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Andrew Brozman, Esq.
Sarah Campbell, Esq.

*Attorneys for The Royal Bank of Scotland plc,*
*ABN AMRO Bank N.V. and RBS Citizens N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| Motors Liquidation Company, *et al.*, f/k/a/ General Motors Corp., *et al*., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF THE**
**LIMITED OBJECTION AND RESERVATION OF RIGHTS TO DEBTORS' MOTION,**
*INTER ALIA*, **TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS**

NOTICE IS HEREBY GIVEN that The Royal Bank of Scotland plc, ABN AMRO Bank N.V. and RBS Citizens N.A. (collectively, "RBS"), having reached an agreement with the Debtors on the appropriate cure amount, withdraw their Limited Objection (Docket No. 1302) to the Debtors' Motion, *Inter Alia*, to Assume and Assign Certain Executory Contracts.

Dated: New York, NY
October 28, 2009

**CLIFFORD CHANCE US LLP**

By: /s/ Andrew Brozman
Andrew Brozman, Esq.
Sarah Campbell, Esq.
31 W. 52nd Street
New York, New York 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
E-Mail:
andrew.brozman@cliffordchance.com
sarah.campbell@cliffordchance.com

*Attorneys for The Royal Bank of Scotland plc, ABN AMRO Bank N.V. and RBS Citizens N.A.*