UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

In re:  **MOTORS LIQUIDATION COMPANY**         Case No.: **09-50026-reg**

                                                Chapter 11
                      Debtor.

---------------------------------------------------------

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, German Yusufov, a member in good standing of the bar in the State of Arizona and the bar of the U.S. District Court for the District of Arizona, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber to represent Pima County, Arizona, a creditor in the above referenced case.

Mailing address:  Pima County Attorney's Office, Civil Division, 32 N. Stone Ave., Ste. 2100, Tucson, AZ  85701;

E-mail address: pcaocvbk@pcao.pima.gov ; telephone number (520)740-5750.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  10/14/09

German Yusufov
Deputy County Attorney

## CERTIFICATE OF SERVICE

I hereby certify under penalty that on the 14th day of October, 2009, I served by first class, postage prepaid mail, a true and correct copy of the foregoing Motion and Order for *Pro Hac Vice* upon the following parties:

Donald F. Baty, Jr.
Joseph R. Sgroi
HONIGMAN MILLER
SCHWARTZ AND COHN LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226

Harvey R. Miller
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Andrew D. Velez-Rivera
Brian Shoichi Masumoto
OFFICE OF THE U.S. TRUSTEE
33 Whitehall St., 21st Floor
New York, NY 11747

Hon. Robert E. Gerber
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green, Rm. 621
New York, NY 10004-1408

By: Gina Inman