OCTOBER 16, 2009

UNITED BANKRUPTCY COURT  
SOUTHER DISTRICT OF NEW YORK

CHAPTER 11  
CASE NO. 09-50026 (REG)

TO: THE HONORABLE ROBERT E. GERBER,

YOUR HONOR PLEASE ALLOW ME TO INTRODUCE MYSELF AND TELL YOU WHY I'M APPEALLING TO YOU IN THIS MANNER.

MY NAME IS IGNASIO (IGGY) P. SPINA AND I'M 77 YEARS OLD AND MY SPOUSE MARIE IS 75 YEARS OLD.

I'M A RETIRED GM EMPLOYEE WHO FAITHFULLY WORKED FOR GENERAL MOTORS CORPORATION FOR 32 ½ YEARS IN A MANAGEMENT CAPACITY. UPON RETIREMENT I WAS GIVEN A PACKAGE AND ADVISED THAT MY INSURANCE BENEFITS WOULD CONTINUE FOR MYSELF AND MY SPOUSE UNTIL OUR DEMISE. AS YOU ARE AWARE GENERAL MOTORS HAS NOW RENEGED AND HAS DISCONTINUED ALL OF OUR MEDICAL COVERAGE, PRESCRIPTION COVERAGE, DENTAL AND EYE GLASS COVERAGE COMPLETELY. NOW THAT WE ARE OLD WE HAVE BEEN FORCED WITH A VERY LIMITED FIXED INCOME TO GO OUT AND PURCHASE PRIVATE INSURANCE COVERAGE AT VERY EXPENSIVE RATES FOR VERY LIMITED COVERAGE. TO ADD SALT TO THE WOUND THEY DROPPED MY LIFE INSURANCE AS WELL. TRYING TO PURCHASE NEW LIFE INSURANCE AT 77 YEARS OF AGE IS PROHIBATIVE.

DURING MY 32 ½ YEARS OF EMPLOYMENT GENERAL MOTORS ENCOURAGED US TO INVEST IN THE COMPANY UNDER PROGRAMS LIKE 401K, IRA'S, AND STOCK REINVESTMENT PROGRAMS. FOR THIS REASON I FEEL THAT I'M A "CREDITOR" AND NOT ONLY A "SHAREHOLDER". THESE PROGRAMS WERE PROMOTED AGRESSIVELY OVER THE MANY YEARS OF MY EMPLOYMENT IN NUMEROUS FUND OFFERINGS. THE FOLLOWING ARE THE FUNDS I WAS INVOLVED IN.

1. 401K WHICH WAS ADMINISTERED BY FIDELITY FOR GENERAL MOTORS. ON MAY 29, 2009 FIDELITY APPARENTLY HAD INSIDE INFORMATION THAT GENERAL MOTORS WAS HEADED FOR BANKRUPTCY SO THEY DIVESTED ALL THE GM STOCK HELD IN THEIR ACCOUNTS. HOWEVER AT THIS POINT IT WAS ALLREADY TO LATE. IN MY CASE 464.7 GM SHARES HELD IN THE FUND ONLY RETURNED A MERE AMOUNT OF $2035. THIS WAS A MAJOR BLOW TO MY 401K ACCOUNT SINCE GM SHARES WERE THE LARGEST PART OF MY 401K WHEN IT'S WORTH WAS CONSIDERABLY MORE. THIS CONSTITUTED A TREMENDOUS LOSS TO OUR RETIREMENT.

2. THE DIVIDEND REINVESTMENT PROGRAM WAS ALSO HIGH PROMOTED BY GENERAL MOTORS WHERIN EMPLOYEES WERE ASKED TO INVEST IN THE PROGRAM TO HELP THE COMPANY GROW AND GO FORWARD. I DID THIS FAITHFULLY FOR MY ENTIRE PERIOD OF EMPLOYMENT. I ALSO LOOKED AT THIS PLAN AS ONE THAT WOULD ENHANCE OUR 401K AND ONE THAT WE COULD FALL BACK ON TO ENRICH OUR "GOLDEN YEARS" OF RETIREMENT. OUR "GOLDEN YEARS" HAVE NOW DIMMED SINCE WE HAVED SUFFERED A MAJOR BLOW IN THAT I HAD ACCUMULATED 1131.9 SHARES AND THE FUND IS ALSO WORTHLESS WITH THE BANKRUPTCY PROCEEDING. I HONESTLY FEEL THAT I TOO AM A "CREDITOR" OF GENERAL MOTORS. MY PERSONAL SITUATION IS AS GREAT IF NOT GREATER THAN OTHER CREDITORS. PERHAPS NOT FROM A DOLLAR PERSPECTIVE IN THAT MINE IS NOT MILLIONS OF DOLLARS BUT THE DOLLARS LOST BY US IS ACTUALLY

GREATER AND MORE DAMAGING TO US THEN OTHER CREDITORS. MOST OF THEM CONTINUE TO STILL ENJOY THEIR MANY ASSETS AND TAX WRITE OFF AVENUES AVAILABLE TO THEM UNDER BANKRUPTCY SITUATIONS UNDER THE LAW .

   3. ALSO AQUIRED DURING EMPLOYMENT I HELD 256 SHARES PURCHASED DIRECTLY FROM GM NOW ALSO WORTHLESS.

   WE TRULY ARE MORTALLY WOUNDED "CREDITOR SHAREHOLDERS". FOR THIS REASON I PLEAD WITH YOUR HONOR TO LISTEN TO OUR REQUEST AND TO SHOW US THE SAME COURTESY BEING SHOWN TO ALL OTHER CREDITORS. IN THIS REGARD OTHER CREDITORS HAVE NOT PUT IN 32 ½ YEARS OF FAITHFUL SERVICE, 32 ½ YEARS OF INVESTING AND BUILDING A COMPANY BUT NOW WANT A PIECE OF IT. CREDITORS FOR THE MOST PART HAVE CONTRIBUTED LITTLE OR NOTHING TO THE MAKING OF GENERAL MOTORS CORPORATION. FOR THE MOST PART THEY HAVE SOLD A PRODUCT TO GENERAL MOTORS FOR WHICH THEY ALLEGE THEY HAVE NOT BEEN PAID FOR.

   THINK ABOUT THE THOUSANDS OF SHAREHOLDERS AS WELL AS THE THOUSANDS OF GM EMPLOYEES AND GM RETIREES WHO HAVE GREATLY CONTRIBUTED TO THE MAKING OF GENERAL MOTORS CORPORATION. WITHOUT ALL OF THESE GREAT SOLDIERS OF INDUSTRY THE LARGEST CORPORATION IN THE WORLD WOULD NEVER HAVE EXISTED. CREDITORS HAVE NEVER PLAYED A PART IN BUILDING THE GM PHENOMONON.

   HOPEFULLY YOUR HONOR I HAVE PRESENTED MY FEELINGS AND POSITION TO THE BEST OF MY ABILITY. IN THIS REGARD WE ASK FOR YOUR DEEPEST CONSIDERATION IN THIS DIRE CIRCUMSTANCE WHEREIN TWO SENIORS AS WELL AS THOUSANDS OF OTHERS HAVE LOST A LIFETIME OF THEIR SAVINGS.

   IN THIS BANKRUPTCY PROCEEDING IT'S MY UNDERSTANDING THERE MAY NOT BE ENOUGH FUNDS TO SATISFY ALL THE CREDITORS AND NO FUNDS FOR SHAREHOLDERS. I'M REQUESTING YOUR HONOR CONSIDER DISTRIBUTING ALL AVAILABLE FUNDS EQUALLY AMONG SHAREHOLDERS AND CREDITORS. WITHOUT THE SHAREHOLDERS THE GENERAL MOTORS CORPORATION WOULD NEVER HAVE EXISTED. MANY OF THE CREDITORS HAVE ENJOYED REPEATED YEARS OF FRUITFUL BUSINESS BECAUSE OF THEIR ASSOCIATION WITH GM. THE CREDITORS HAVE BECOME LARGE CORPORATIONS IN THEMSELVES BECAUSE OF THEIR FRUITFUL ASSOCIATION WITH GM IN BETTER TIMES. THEIR VERY EXISTENCE MAY ALSO BE TRACED INDIRECTLY BACK TO THE CONTRIBUTIONS OF GM SHAREHOLDERS.

   EVEN DISTRIBUTION OF ALL AVAILABLE FUNDS TO SHAREHOLDERS AS WELL AS CREDITORS WOULD BE THE BEST AND MOST FAIR WAY TO PROCESS THE BANKRUPTCY. A LITTLE FOR ALL IS FAR MORE DESIREABLE AND DIGESTABLE THEN ALL TO A VERY SELECT FEW, THIS HAS A TRULY FAIR OUTCOME RING TO IT. AGAIN YOUR HONOR I PLEAD TO YOUR BETTER JUDGEMENT TO GIVE THIS YOUR UTMOST CONSIDERATION POSSIBLE UNDER YOUR JURISDICTION AND TO TREAT ALL SHAREHOLDERS AS FAIRLY AS CREDITORS IN THE BANKRUPTCY PROCEEDINGS.

                                    RESPECTFULLY YOURS,

                                    *[signature]*
                                  IGNASIO (IGGY)P. SPINA
                                  59 ADAMS STREET
                             EDISON, NEW JERSEY 08820

                                    HOME   732-548-1823
                                    CELL    732-824-1175