

In re
GENERAL MOTORS CORP., et al.
Debtors
Chapter 11 Case No.
09-50026 (REG)
Jointly Administered

RECEIVED
OCT 26 2009
U.S. BANKRUPTCY COURT, SDNY

15. 10. 2009
CORREOS
08-RUB

## TO THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

By means of this statement we acknowledge receipt of the notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines, addressed to CARFEL INDUSTRIES AUTOMOTIVE, S.L. (hereinafter, CARFEL), informing, *inter alia*, that GENERAL MOTORS CORP. (hereinafter, GENERAL MOTORS) filed for bankruptcy on June 1, 2009.

I represent the company FINDLAY INDUSTRIES ESPAÑA, S.L. (hereinafter, FINDLAY) and the purpose of this writing is to inform the Bankruptcy Court that CARFEL is not a creditor of GENERAL MOTORS, but FINDLAY is.

To such extent, it seems that there is an error: CARFEL has been in the past a shareholder of FINDLAY but never a creditor of GENERAL MOTORS. In fact, taking into account the information related to the Assumable Executory Contracts available on the website http://www.contractnotices.com, it seems clear that the only creditor is FINDLAY, who also figures as a party in such contracts.

Taking into account all the above, I seek the Court to address and send all notices or notifications related to the present case directly to FINDLAY INDUSTRIES ESPAÑA, S.L., at the following address: Carretera de Capellades a Martorell, km 17,3, 08783 Masquefa (Barcelona), Spain.

And pursuant thereto,

**I SEEK THE COURT** to deem the aforesaid statement made and, where applicable, to agree to accept it.

Barcelona, September 28th, 2009.

Apoderado

Mr. Raventós Soler
On behalf of FINDLAY INDUSTRIES ESPAÑA, S.L.

findlay
industries españa s.l.
Ctra. de Capellades a
Martorell, Km. 17,3
08783 - MASQUEFA
(Barcelona)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re
GENERAL MOTORS CORP., et al.,

Debtors.
-----------------------------------------------------------x

Chapter 11 Case No.
09-50026 (REG)
(Jointly Administered)

CARFEL INDUSTRIES AUTOMOTIVE SL
CTRA CAPELLADES A MARTORELL KM17300
MASQUEFA BARCELONA ES 08783 SPAIN

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call 1-888-409-2328 (in the United States) or 1-586-947-3000 (outside the United States).

User ID: 5PtNRuH4
Password: TyZKAbewT88Y

Vendor ID #: 462860573