Richard E. Kruger *(pro hac vice)*
JAFFE RAITT HEUER & WEISS, P.C.
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Telephone: (248) 351-3000
Fax: (248) 351-3082
*Counsel to BMW Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Motors Liquidation Company., *et. al.* | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**OBJECTION OF BMW GROUP TO DEBTORS' EIGHTH OMNIBUS MOTION PURSUANT TO 11 U.S.C. § 365 TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

BMW Hybrid Technology Corp. ("BMW Group"), by its undersigned counsel, hereby files its objection to the Debtors' Eighth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property [Doc. No. 4291] (the "Rejection Motion").

1. The Debtors seek to reject a "Sublease Agreement (Troy Technology Park)" with the BMW Group as identified as line item 4A in the Leases section of Exhibit A to the Rejection Motion.

2. The BMW Group is not a party to a "Sublease Agreement" with any of the Debtors.

1818848.02

3.  The BMW Group objects to the Rejection Motion as the Debtors are attempting to reject a contract that does not exist.

## Conclusion

WHEREFORE, the BMW Group respectfully requests that the Court enter an Order: (i) denying the rejection of the "Sublease Agreement (Troy Technology Park)" with the BMW Group; and (ii) granting BMW Group such other and further relief as is appropriate.

Respectfully submitted by:

**JAFFE RAITT HEUER & WEISS, P.C.**

By: /s/ Richard E. Kruger
Richard E. Kruger (P57142) *(pro hac vice)*
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
Fax: (248) 351-3082
rkruger@jaffelaw.com

Dated: October 30, 2009.

1818848.02