**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-50026-11 |
| GENERAL MOTORS CORPORATION, | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |

**NOTICE OF WITHDRAWAL OF**
**PROOF OF CLAIM FILED BY KENEDY COUNTY**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, **Kenedy County,** by and through its undersigned attorney, and shows the Court as follows:

1. On or about July 31, 2009, Kenedy County filed a Proof of Claim for ad valorem property taxes in the amount of $ 763.78.

2. Kenedy County hereby withdraws that Proof of Claim.

                                                 Respectfully Submitted,

                                                 LINEBARGER GOGGAN
                                                 BLAIR & SAMPSON, LLP
                                                 2700 Via Fortuna Drive, Ste. 400 (78746)
                                                 P.O. Box 17428
                                                 Austin, Texas 78760
                                                 (512) 447-6675 (Telephone)
                                                 (512) 443-5114 (Facsimile)

                                           By:*/s/ Diane W. Sanders*
                                              DIANE W. SANDERS
                                              State Bar No. 16415500

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Claim has been served on the parties listed below on this 30th day of October, 2009.

General Motors Corporation
300 Renaissance Center
Detroit, Michigan  45265
**DEBTOR**

Stephen Karotkin
Weil Gotshal & Manges LLP
767 Fifth Aveune
New York, NY 10153
**ATTORNEY FOR DEBTOR**

Office of the U.S. Trustee
33 Whitehall St.
21st Floor
New York, NY 10004
**TRUSTEE**

General Motors/Motors Liquidation Co.
C/O The Garden City Group, Inc.
P O Box 9386
Dublin, Oh 43017
**CLAIMS AGENT**

*/s/ Diane W. Sanders*
DIANE W. SANDERS

2