## **EXHIBIT A**

| Lease Number | Agreements Rejected |
|---|---|
| GM 2000A-2 | Participation Agreement<br>Lease (together with Lease Supplement)<br>Tax Indemnity Agreement |
| GM 2000A-3 | Participation Agreement<br>Lease (together with Lease Supplement)<br>Tax Indemnity Agreement |