**New Hearing Time: November 24, 2009 at 10:30 a.m.**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              :
In re                                         :        Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, et al.,           :        09-50026 (REG)
      f/k/a General Motors Corp., et al.      :
                                              :
                          Debtors.            :        (Jointly Administered)
                                              :
-------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE THAT

The hearing on the Motion of Sang Chul Lee and Dukson Lee for Order Pursuant

to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule

4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation [Docket

No. 3023], originally scheduled for November 6, 2009 at 9:45 a.m. (Eastern Time) has been

adjourned on consent to **November 24, 2009 at 10:30 a.m. (Eastern Time)** (the "**Hearing**")

before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green,

Room 621, New York, New York 10004, and such Hearing may be further adjourned from time

to time without further notice other than an announcement at the Hearing.


Dated: November 2, 2009
      New York, New York

                           /s/ David R. Berz
                           Harvey R. Miller
                           Stephen Karotkin
                           Joseph H. Smolinsky
                           David R. Berz

                           WEIL, GOTSHAL & MANGES LLP
                           767 Fifth Avenue
                           New York, New York 10153
                           Telephone: (212) 310-8000
                           Facsimile: (212) 310-8007

                           Attorneys for Debtors
                           and Debtors in Possession