SCHWARTZ, LICHTENBERG LLP
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 389-7818
Barry E. Lichtenberg (BL 9750)
Attorneys for Ferrous Processing and Trading Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re:                                                          :
                                                                :
GENERAL MOTORS CORPORATION, et al.,                             :
                                                                :
                                      Debtors.                  :
----------------------------------------------------------------x

Chapter 11
Case No. 09-50026 (REG)

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL**

    **PLEASE TAKE NOTICE** that the law firm of Schwartz, Lichtenberg LLP, as counsel for Ferrous Processing and Trading Company hereby withdraws its appearance in the above-captioned matter.

    This notice is in respect to Schwartz, Lichtenberg LLP only is not intended to affect service independently requested by Ferrous Processing and Trading Company or counsel therefore or their continued listing in the mailing matrix and service list for this case.

Dated: November 2, 2009
       New York, New York

                                      SCHWARTZ, LICHTENBERG LLP

                                      By: /s/Barry E. Lichtenberg
                                          Barry E. Lichtenberg (BL 9750)
                                      420 Lexington Avenue, Suite 2400
                                      New York, New York 10170
                                      Telephone No.: (212) 389-7818
                                      Facsimile No.: (212) 682-6511

                                         Attorneys for Ferrous Processing
                                            and Trading Company

0115701-008

## SERVICE LIST

<u>COUNSEL FOR THE DEBTORS:</u>

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Stephen Karotkin, Esq.

<u>UNITED STATES TRUSTEE:</u>

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
New York, New York 10004

0115701-006