SCHWARTZ, LICHTENBERG LLP
405 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 389-7818
Barry E. Lichtenberg (BL 9750)
Attorneys for Albar Industries, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re:                                                             :    Chapter 11
                                                                   :    Case No. 09-50026 (REG)
                                                                   :
GENERAL MOTORS CORPORATION, et al.,                                :    **NOTICE OF WITHDRAWAL**
                                                                   :    **OF APPEARANCE AS**
              Debtors.                                             :    **COUNSEL**
-------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the law firm of Schwartz, Lichtenberg LLP, as counsel for Albar Industries, Inc. hereby withdraws its appearance in the above-captioned matter.

This notice is in respect to Schwartz, Lichtenberg LLP only is not intended to affect service independently requested by Albar Industries, Inc. or counsel therefore or their continued listing in the mailing matrix and service list for this case.

Dated:  November 2, 2009
        New York, New York

                                        SCHWARTZ, LICHTENBERG LLP

                                        By:  /s/Barry E. Lichtenberg
                                             Barry E. Lichtenberg (BL 9750)
                                        420 Lexington Avenue, Suite 2400
                                        New York, New York 10170
                                        Telephone No.:  (212) 389-7818
                                        Facsimile No.:  (212) 682-6511

                                        Attorneys for Albar Industries, Inc.

0115601-009

## SERVICE LIST

COUNSEL FOR THE DEBTORS:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Stephen Karotkin, Esq.

UNITED STATES TRUSTEE:

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
New York, New York 10004

0115601-009