New Hearing Date & Time: **December 16, 2009 at 2:00 p.m. (ET)**
New Objection Deadline: **December 9, 2009 at 4:00 p.m. (ET)**

KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 972-3000

- and -

WKWILBURN P.C.
William Karl Wilburn, Esq.
4800 Montgomery Lane, Suite 700
Bethesda, Maryland 20814

*Co-Counsel for Federal Republic of Germany,*
*Office of Defense Administration USA/Canada*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                              :
**In re**                                                     :    **Chapter 11 Case No.**
                                                              :
**GENERAL MOTORS CORP.,** *et al.***,**                       :    **09-50026 (REG)**
                                                              :
            Debtors.                                          :    **(Jointly Administered)**
                                                              :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**

PLEASE TAKE NOTICE THAT The hearing date For the Application of the Federal Republic of Germany for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [Docket No. 3520], originally scheduled for November 6, 2009 at 9:45 a.m. (Eastern Time) has been adjourned to December 16, 2009 at 2:00 p.m. (Eastern Time) (the "Hearing Date") before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One

Bowling Green, Room 621, New York, New York 10004, and such Hearing Date may be further adjourned from time to time without further notice other than an announcement at the Hearing. Any objections shall be due by December 9, 2009 at 4:00 p.m. (Eastern Time).

Dated: New York, New York
November 2, 2009

KLESTADT & WINTERS, LLP

By: _/s/ Samir P. Gebrael_____
Tracy L. Klestadt
Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000

- and -

WKWILBURN P.C.
William Karl Wilburn, Esq.
4800 Montgomery Lane, Suite 700
Bethesda, Maryland 20814
(301) 664-6300

*Co-Counsel for Federal Republic of Germany, Office of Defense Administration USA/Canada*