CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for Valeo, Inc. and certain of its affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
:
In re                                                                    :    Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al.*,                                    :    Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*                                     :
:    (Jointly Administered)
Debtors.                                              :
------------------------------------------------------------------------ X

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF VALEO, INC.
AND CERTAIN OF ITS AFFILIATES TO DEBTORS' PROPOSED CURE COSTS**

Valeo, Inc., on behalf of itself and certain of its affiliates (collectively, "Valeo"), by and through its undersigned counsel, hereby withdraws, without prejudice, the Limited Objection Of Valeo, Inc. And Its Affiliates To Debtors' Proposed Cure Costs, filed on June 15, 2009 (Docket No. 1262), in reliance upon, *inter alia*, Valeo's entry into an agreement with General Motors Company, dated October 28, 2009, setting forth agreed upon cure amounts due to Valeo pursuant to Section 365 of the Bankruptcy Code and the payment of such cure amounts as set forth in such agreement. Valeo reserves all rights in the event the agreed-upon cure amounts are not promptly paid when due.

Dated: New York, New York
November 2, 2009

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/ Sean A. O'Neal
      Sean A. O'Neal
      Member of the Firm
      One Liberty Plaza
      New York, New York 10006
      Telephone: (212) 225-2000
      Facsimile: (212) 225-3999

*Attorneys for Valeo, Inc. and certain of its affiliates*