B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## Southern District of New York

In re Motors Liquidation Company, et. al.,          Case No. 09-50026

            Debtors          Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF MOTORS LIQUIDATION COMPANY**

**HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of August 31, 2009 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3.  The estate of Motors Liquidation Company holds a substantial or controlling interest in the following entities.  The other three jointly administered Debtors, who are themselves subsidiaries of Motors Liquidation Company do not hold substantial or controlling interests in any entity.

| Name of Entity | Interest of the Estate | Tab # |
| --- | --- | --- |
| See Exhibit 1 | | |
| | | |
| | | |

This periodic report (the "***Periodic Report***") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits.  Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report.  It also contains a description of the valuation method used.  Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes.  Exhibit C contains a description of the entity's business operations.

Please note with respect to Exhibit A, it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of the non-debtors in which the Debtors hold a direct interest of 20% or more; therefore, the net book value of the assets of these entities is reflected in Exhibit B on the respective balance sheet for each non-debtor entity.

With respect to Exhibit B, the balance sheet and statement of income have been included when available for each non-debtor entity.  Statements of cash flows and statements of changes in shareholders' equity are not prepared for each entity but rather only at the consolidated level.  System and resource constraints preclude the Debtors from preparing

these statements at the entity level; therefore, these statements have been excluded from this report.

Please note that with respect to Exhibit C, the business operations descriptive information is contained in Exhibit 1 for each entity.

The financial information in this Form 26 filing is based upon the Debtor's books and records.  The financial information is unaudited and does not purport to show the financial statements of any of the non-debtors in accordance with accounting principles generally accepted in the United States of America ("**GAAP**"), and therefore may exclude items required by GAAP, such as certain reclassifications, eliminations, accruals, valuations, and disclosure items.  Although management has made reasonable efforts to ensure that the financial information is accurate and complete based on information that was available to them at the time of the preparation, subsequent information or discovery may result in material changes to the information and inadvertent errors or omissions may exist.  Certain information presented in this Form 26 pertains to entities whose financial information is not controlled by the Debtors.  Moreover, because the financial information included in this filing is unaudited information that is subject to further review and potential adjustment, there can be no assurance that the information is accurate and complete.  Nothing contained in this filing shall constitute a waiver of any rights of the Debtors, specifically including the Debtors' right to amend the information.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of Motors Liquidation Company holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: November 2, 2009

/s/ James Selzer
Signature of Authorized Individual

James Selzer
Name of Authorized Individual

Vice President and Treasurer
Title of Authorized Individual

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 1 | Alan Reuber MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 2 | Albany Auto Group, LLC | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 3 | Alhambra Pontiac GMC Buick, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 4 | Alternative Energy Services LLC | Other | 100.0% | Inactive entity created and never used relating to cogeneration facility in New Jersey. | - | [3] |
| 5 | Amherst MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 6 | Auburn MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 7 | Autocity MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 8 | Beacon MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 9 | Beil Acquisition Corporation | Other | 100.0% | Inactive entity created purchase AC Delco Distributor in New York. Assets were sold a few months after the legal entity was created. | - | [3] |
| 10 | Bennett MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 11 | Bensonhurst Chevrolet, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 12 | Buick GMC of Milford, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 13 | Cadillac of Lynbrook, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 14 | Carnahan MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 15 | Champion MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 16 | Cobb Parkway MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 17 | Colchester Chevrolet, Inc. | Dealership | 65.0% | Inactive or already liquidated dealership | - | **[1]** |
| 18 | Commerce MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 19 | Commonwealth On The Lynnway, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 20 | Dadeland MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 21 | DDH Investments of South Texas, Inc. | Dealership | 85.6% | Inactive or already liquidated dealership | - | **[1]** |
| 22 | Decatur Buick Pontiac GMC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 23 | Douglaston Chevrolet, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 24 | DP Compressors L.L.C. | Historical Operating Entity | 50.0% | Inactive operating entity created for possible transaction. | - | **[3]** |
| 25 | Elk Grove Buick Pontiac GMC, Inc. | Dealership | 68.0% | Inactive or already liquidated dealership | - | **[1]** |
| 26 | Elk Grove MLST Auto, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 27 | El-Mo Holding I Corporation | Historical Operating Entity | 100.0% | Inactive holding company | - | **[3]** |
| 28 | El-Mo Holding II Corporation | Historical Operating Entity | 100.0% | Inactive holding company | - | **[3]** |
| 29 | El-Mo Leasing II Corporation | Historical Operating Entity | 100.0% | Engaged in leasing locomotives in the United States and Mexico. | 5 | |
| 30 | El-Mo Leasing III Corporation | Historical Operating Entity | 100.0% | Engaged in leasing locomotives in the United States and Mexico. | 8 | |
| 31 | El-Mo-Mex, Inc. | Historical Operating Entity | 100.0% | Engaged in leasing locomotives in the United States and Mexico. | 11 | |
| 32 | Environmental Corporate Remediation Company, Inc. | Historical Operating Entity | 100.0% | Engaged in management of environmental remediation liabilities. | - | **[2]** |

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 33 | Ernie Patti Pontiac GMC, Inc. | Dealership | 69.0% | Inactive or already liquidated dealership | - | [1] |
| 34 | Exeter MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 35 | Fairway Automotive Group, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 36 | Falls MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 37 | Family MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 38 | Fernandez MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 39 | Florence MLC, Inc. | Dealership | 77.0% | Inactive or already liquidated dealership | - | [1] |
| 40 | Freeborough Automotive, Inc. | Dealership | 69.5% | Active dealership | - | [1] |
| 41 | Freehold MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 42 | Frontier MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 43 | GEM Motors, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 44 | General Motors Foreign Sales Corporation | Foreign | 100.0% | Inactive operating entity created to minimize tax obligations. | - | [3] |
| 45 | General Motors Nova Scotia Finance Company | Foreign | 100.0% | Finance company created to issue GBP bonds. | 14 | [4] |
| 46 | General Motors Strasbourg | Foreign | 100.0% | Active operating entity that produces rear wheel drive transmissions for New GM and BMW. | 17 | |
| 47 | General Motors Trade Receivables LLC | Historical Operating Entity | 100.0% | Inactive operating entity created to purchase and sell receivables. | - | [3] |
| 48 | Gilroy MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | | [1] |

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 49 | GM Facilities Trust No. 1999-1 | Other | 100.0% | Trust relating to synthetic lease of spo properties. | - | **[3]** |
| 50 | Hawaii Automotive Retailing Group, Inc. | Dealership | 72.1% | Active dealership | - | **[1]** |
| 51 | Hope Automotive, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 52 | Integrity Saturn of Chattanooga, Inc. | Dealership | 78.8% | Active dealership | - | **[1]** |
| 53 | Jennings Motors, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 54 | John H. Powell, Jr. Chevrolet Oldsmobile, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 55 | Joseph Motors, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 56 | Kaufman Automotive Group, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 57 | Kings Mountain MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 58 | LBK, LLC | Historical Investment Entity | 100.0% | Inactive entity created for the UAW VEBA trust.  Liability was assumed by New GM as part of the 363 sale. | 20 | |
| 59 | Leo Stec MLST, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 60 | Lexington Motors, Inc. | Dealership | 72.0% | Inactive or already liquidated dealership | - | **[1]** |
| 61 | Lou Sobh Cerritos Saturn, Inc. | Dealership | 82.2% | Active dealership | - | **[1]** |
| 62 | Lou Sobh Saturn of Elmhurst, Inc. | Dealership | 100.0% | Active dealership | - | **[1]** |
| 63 | Lou Sobh Saturn, Inc. | Dealership | 85.2% | Active dealership | - | **[1]** |
| 64 | Lowell MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |

|    | Company Name | Category | Owner % | Description | Pg # |
|----|--------------|----------|---------|-------------|------|
| 65 | Manual Transmissions of Muncie, LLC | Historical Operating Entity | 100.0% | Inactive operating entity relating to New Venture Gear. Owns vacant property. | - **[3]** |
| 66 | Martino MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - **[1]** |
| 67 | MDIP-Norcal, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - **[1]** |
| 68 | Merry MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - **[1]** |
| 69 | Metro MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - **[1]** |
| 70 | Metropolitan Auto Center, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - **[1]** |
| 71 | Miami Lakes MLP, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - **[1]** |
| 72 | Millington Chevrolet, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - **[1]** |
| 73 | Miracle Mile MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - **[1]** |
| 74 | MLC Auto Receivables Co. | Historical Operating Entity | 100.0% | Inactive operating entity established to sell accounts receivable. | - **[1]** |
| 75 | MLC Cars Holdings Overseas Corp. | Historical Operating Entity | 100.0% | Inactive operating entity | - **[1]** |
| 76 | MLC Commercial Corporation | Historical Operating Entity | 100.0% | Inactive operating entity | 23 |
| 77 | MLC DriverSite Incorporated | Other | 100.0% | Inactive entity created under pilot program in Texas to purchase and sell used cars. Pilot program was closed. | - **[3]** |
| 78 | MLC Export Corporation | Historical Operating Entity | 100.0% | Inactive operating entity | 26 |
| 79 | MLC Indonesia, Inc. | Historical Operating Entity | 100.0% | Inactive operating entity | 29 |
| 80 | MLC International Operations, Inc. | Historical Operating Entity | 100.0% | Inactive operating entity | - **[3]** |

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 81 | MLC National Car International, Ltd. | Historical Operating Entity | 100.0% | Inactive operating entity | - | **[3]** |
| 82 | MLC of Chicopee, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 83 | MLC Receivables Corporation | Historical Operating Entity | 100.0% | Inactive operating entity established to purchase accounts receivable. | - | **[3]** |
| 84 | MLCETR Finance Company Receivables LLC | Historical Operating Entity | 100.0% | Inactive operating entity established to sell accounts receivable. | - | **[3]** |
| 85 | MLCETR Service Parts Receivables LLC | Historical Operating Entity | 100.0% | Inactive operating entity established to sell accounts receivable. | - | **[3]** |
| 86 | MLCLG Ltd. | Historical Operating Entity | 100.0% | Inactive operating entity relating Lotus Cars. | - | **[3]** |
| 87 | MLCRH Kansas City, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 88 | MLCRH Philadelphia, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 89 | MLCRH Pittsburgh, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 90 | MLCRH Seattle, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 91 | MLCRH St. Louis, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 92 | MLCRHLA, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 93 | MLCT of Clarks Summit, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | **[1]** |
| 94 | MLS USA, Inc. | Historical Operating Entity | 100.0% | Inactive operating entity relating to Lotus Cars. | - | **[3]** |
| 95 | Motor Enterprises, Inc. | Historical Operating Entity | 100.0% | Inactive operating entity relating to small business development. | 32 | |
| 96 | Motors Trading Corporation | Historical Operating Entity | 100.0% | Inactive operating entity | - | **[3]** |

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 97 | Multiple Dealerships Holdings of Albany, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 98 | New Castle Automotive, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 99 | New Rochelle MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 100 | New United Motor Manufacturing, Inc. | Historical Investment Entity | 50.0% | Joint venture with Toyota.  MLC does not have control over operations. | - | [5] |
| 101 | New-Cen Commercial Corporation | Historical Operating Entity | 100.0% | Inactive operating entity relating to land development in the City of Detroit. | - | [3] |
| 102 | North Bay Auto Group, LLC | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 103 | North Bay Multi-Site, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 104 | North Orange County MLST, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 105 | Northpoint MLC Truck, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 106 | Oakland Automotive Center, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 107 | Pacific Dealership Group, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 108 | Park Plaines MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 109 | Peninsula MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 110 | Pontiac Buick GMC Of Abilene, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 111 | Pontiac GMC of Latham, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 112 | Port Arthur Chevrolet, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 113 | Premier Investment Group, Inc. | Dealership | 100.0% | Inactive entity created to hold dealership real estate. | 35 | |
| 114 | Prestige Saturn of Jacksonville, Inc. | Dealership | 65.1% | Active dealership | - | [1] |
| 115 | Puente Hills Pontiac GMC Buick, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 116 | Rancho Mirada MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 117 | Remediation And Liability Management Company, Inc. | Historical Operating Entity | 100.0% | Engaged in management of environmental remediation liabilities. | - | [2] |
| 118 | San Francisco Multiple Dealer Holdings, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 119 | Saturn of Central Florida, Inc. | Dealership | 87.4% | Active dealership | - | [1] |
| 120 | Saturn of Charlotte Market Area, Inc. | Dealership | 56.8% | Active dealership | - | [1] |
| 121 | Saturn of New York City, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 122 | Saturn of Ontario, Inc. | Dealership | 57.8% | Inactive or already liquidated dealership | - | [1] |
| 123 | Saturn of Raleigh Market Area, Inc. | Dealership | 69.1% | Active dealership | - | [1] |
| 124 | Saturn of Wilkes Barre, Inc. | Dealership | 78.0% | Active dealership | - | [1] |
| 125 | Saturn Retail of South Carolina, LLC | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 126 | Sherwood Pontiac Buick GMC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 127 | Simpsonville MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 128 | South Bay Multi-Site, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 129 | Sw Houston Motors, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 130 | Tampa Bay MLB, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 131 | Torrance Buick GMC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 132 | Tracy MLP MLCC, Inc. | Dealership | 42.0% | Inactive or already liquidated dealership | - | [1] |
| 133 | Trenton MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 134 | Valley Stream Automotive, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 135 | Valley Stream Motors, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 136 | Vector SCM, LLC | Historical Operating Entity | 100.0% | Inactive operating entity relating to outsourced logistical management operations. | 38 | |
| 137 | W. Babylon MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 138 | Walsh MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 139 | Washington MLCT, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |
| 140 | Westminster MLC, Inc. | Dealership | 100.0% | Inactive or already liquidated dealership | - | [1] |

**Footnotes:**

[1]    Financial statement information for all active and inactive dealers is included in the consolidated Motors Holding financial statements.

[2]    Entities filed for bankruptcy in October 2009.  Information relating to these entities can be found in their respective Schedules of Assets and Liabilities and Statements of Financial Affairs.

[3]    Financial statements are not available for these inactive historical operating entities.

[4]    Nova Scotia Supreme Court approved an insolvency order with respect to the entity on October 9, 2009.  A trustee has been appointed.

[5]    MLC owns 50% of the entity but does not maintain control of its operations.  Historically, General Motors Company accounted for the joint venture as an equity investment.

**Exhibit B**

**Exhibit B**
**Financial Statements for Motors Holding**

**Exibit B-1**    **Balance Sheet as of August 31, 2009**
**Exibit B-2**    **Income Statement for the eight months ended August 31, 2009**

**Motors Holding**
**Balance Sheet**
**As of August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|                                                        | **Motors Holding** |
| ------------------------------------------------------ | -----------------: |
| Cash and Cash Equivalents                              | $        23,219    |
| Accounts Receivable and Receivables from Affiliates    | 16,820             |
| Inventory                                              | 84,591             |
| Other current assets                                   | 1,883              |
| Total current assets                                   | 126,513            |
| Investment in Subsidiaries                             | -                  |
| Property, plant and equipment, net                     | 106                |
| Intangible assets                                      | -                  |
| Deferred taxes - non-current                           | -                  |
| Other Non-current assets                               | 8,747              |
| Total Non-current assets                               | 8,853              |
| Total Assets                                           | $       135,366    |
| Accounts Payable                                       | $        12,880    |
| Notes Payable                                          | 74,703             |
| Accrued Expenses                                       | 477                |
| Accrued Taxes                                          | 122                |
| Total Current liabilities                              | 88,182             |
| Other non-current liabilities                          | 43,851             |
| Total Liabilities                                      | 132,033            |
| Equity                                                 | 3,333              |
| Total Liabilities and Equity                           | $       135,366    |

Note:  Motors Holding includes financial statement information for all active
and inactive dealers.

3

**Motors Holding**
**Income Statement**
**For the eight months ended August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|                                           | Motors Holding |
| ----------------------------------------- | -------------: |
| Net Sales                                 | $    236,663   |
| Cost of sales                             | 290,358        |
| Operating Income / (loss)                 | (53,695)       |
| Interest expense                          | 3,067          |
| Reorganization expense                    | -              |
| Other non-operating expense / (income)    | -              |
| Income / (loss) before taxes             | (56,762)       |
| Income tax expense / (benefit)            | (455)          |
| Income / (loss) before minority interests | (56,307)       |
| Minority Interest                         | -              |
| Net Income / (loss)                       | $    (56,307)  |

Note:  Motors Holding includes financial statement information for all active
and inactive dealers.

4

**Exhibit B**
**Financial Statements for El-Mo Leasing II Corporation**

**Exibit B-1**     **Balance Sheet as of August 31, 2009**
**Exibit B-2**     **Income Statement for the eight months ended August 31, 2009**

**EL-MO Leasing II Corp.**
**Balance Sheet**
**As of August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | EL-MO Leasing II Corp. | |
| --- | --- | --- |
| Cash and Cash Equivalents | $ | 173 |
| Accounts Receivable and Receivables from Affiliates |  | - |
| Inventory |  | - |
| Other current assets |  | - |
| Total current assets |  | 173 |
| Investment in Subsidiaries |  | - |
| Property, plant and equipment, net |  | - |
| Intangible assets |  | - |
| Deferred taxes - non-current |  | - |
| Other Non-current assets |  | - |
| Total Non-current assets |  | - |
| Total Assets | $ | 173 |
| Accounts Payable | $ | - |
| Notes Payable |  | - |
| Accrued Expenses |  | - |
| Accrued Taxes |  | - |
| Total Current liabilities |  | - |
| Other non-current liabilities |  | - |
| Total Liabilities |  | - |
| Equity |  | 173 |
| Total Liabilities and Equity | $ | 173 |

**EL-MO Leasing II Corp.**
**Income Statement**
**For the eight months ended August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | EL-MO Leasing II Corp. |
|---|---|
| Net Sales | $ 43,349 |
| Cost of sales | 46,056 |
| Operating Income / (loss) | (2,707) |
| Interest expense | - |
| Reorganization expense | - |
| Other non-operating expense / (income) | (81,816) |
| Income / (loss) before taxes | 79,109 |
| Income tax expense / (benefit) | - |
| Income / (loss) before minority interests | 79,109 |
| Minority Interest | - |
| Net Income / (loss) | $ 79,109 |

**Exhibit B**
**Financial Statements for El-Mo Leasing III Corporation**

**Exibit B-1**      **Balance Sheet as of August 31, 2009**
**Exibit B-2**      **Income Statement for the eight months ended August 31, 2009**

**EL-MO Leasing III Corp.**
**Balance Sheet**
**As of August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  |  | EL-MO Leasing III Corp. |
|---|---|---|
| Cash and Cash Equivalents | $ | 1,167 |
|  |  |  |
| Accounts Receivable and Receivables from Affiliates |  | - |
| Inventory |  | - |
| Other current assets |  | - |
| Total current assets |  | 1,167 |
|  |  |  |
| Investment in Subsidiaries |  | - |
| Property, plant and equipment, net |  | - |
| Intangible assets |  | - |
| Deferred taxes - non-current |  | (0) |
| Other Non-current assets |  | - |
| Total Non-current assets |  | (0) |
| Total Assets | $ | 1,167 |
|  |  |  |
| Accounts Payable | $ | - |
| Notes Payable |  | - |
| Accrued Expenses |  | 7,331 |
| Accrued Taxes |  | - |
| Total Current liabilities |  | 7,331 |
| Other non-current liabilities |  | 41,890 |
| Total Liabilities |  | 49,221 |
| Equity |  | (48,054) |
| Total Liabilities and Equity | $ | 1,167 |

**EL-MO Leasing III Corp.**
**Income Statement**
**For the eight months ended August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | EL-MO Leasing III Corp. |
|---|---|
| Net Sales | $ 1 |
| Cost of sales | 4,202 |
| Operating Income / (loss) | (4,201) |
| Interest expense | - |
| Reorganization expense | - |
| Other non-operating expense / (income) | - |
| Income / (loss) before taxes | (4,201) |
| Income tax expense / (benefit) | - |
| Income / (loss) before minority interests | (4,201) |
| Minority Interest | - |
| Net Income / (loss) | $ (4,201) |

10

**Exhibit B**
**Financial Statements for El-Mo-Mex, Inc.**

**Exibit B-1**    **Balance Sheet as of August 31, 2009**
**Exibit B-2**    **Income Statement for the eight months ended August 31, 2009**

**EL-MO-MEX Inc.**
**Balance Sheet**
**As of August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|                                        | EL-MO-MEX Inc. |        |
| -------------------------------------- | :------------: | -----: |
| Cash and Cash Equivalents              | $              | 1      |
| Receivable from MLC                     |                | 80,805 |
| Inventory                              |                | -      |
| Other current assets                   |                | -      |
| Total current assets                   |                | 80,806 |
| Investment in Subsidiaries             |                | -      |
| Property, plant and equipment, net     |                | -      |
| Intangible assets                      |                | -      |
| Deferred taxes - non-current           |                | -      |
| Other Non-current assets               |                | -      |
| Total Non-current assets               |                | -      |
| Total Assets                           | $              | 80,806 |
| Accounts Payable                       | $              | -      |
| Notes Payable                          |                | -      |
| Accrued Expenses                       |                | -      |
| Accrued Taxes                          |                | -      |
| Total Current liabilities              |                | -      |
| Other non-current liabilities          |                | -      |
| Total Liabilities                      |                | -      |
| Equity                                 |                | 80,806 |
| Total Liabilities and Equity           | $              | 80,806 |

12

**EL-MO-MEX Inc.**
**Income Statement**
**For the eight months ended August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

| | EL-MO-MEX Inc. |
|---|---|
| Net Sales | $ - |
| Cost of sales | - |
| Operating Income / (loss) | - |
| Interest expense | - |
| Reorganization expense | - |
| Other non-operating expense / (income) | - |
| Income / (loss) before taxes | - |
| Income tax expense / (benefit) | - |
| Income / (loss) before minority interests | - |
| Minority Interest | - |
| Net Income / (loss) | $ - |

13

**Exhibit B**

**<u>Financial Statements for General Motors Nova Scotia Finance Company</u>**

**Exibit B-1**    **Balance Sheet as of August 31, 2009**

**Exibit B-2**    **Income Statement for the eight months ended August 31, 2009**

**General Motors Nova Scotia Finance Company**
**Balance Sheet**
**As of August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | General Motors Nova Scotia Finance Company |
|---|---|
| Cash and Cash Equivalents | $ - |
| Accounts Receivable and Receivables from Affiliates | 5 |
| Inventory | - |
| Other current assets | 0 |
| Total current assets | 5 |
| Investment in Subsidiaries | - |
| Property, plant and equipment, net | - |
| Intangible assets | - |
| Deferred taxes - non-current | (584) |
| Other Non-current assets | 3,676 |
| Total Non-current assets | 3,092 |
| Total Assets | $ 3,097 |
| Accounts Payable | $ 0 |
| Notes Payable | - |
| Accrued Expenses | 76,187 |
| Accrued Taxes | (327) |
| Total Current liabilities | 75,860 |
| Other non-current liabilities | 1,507,092 |
| Total Liabilities | 1,582,952 |
| Equity | (1,579,855) |
| Total Liabilities and Equity | $ 3,097 |

15

**General Motors Nova Scotia Finance Company**
**Income Statement**
**For the eight months ended August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | **General Motors Nova Scotia Finance Company** |
|---|---:|
| Net Sales | $            0 |
| Cost of sales | - |
| Operating Income / (loss) | 0 |
| Interest expense | 107,379 |
| Reorganization expense | 358,634 |
| Other non-operating expense / (income) | (823,501) |
| Income / (loss) before taxes | 357,488 |
| Income tax expense / (benefit) | (449) |
| Income / (loss) before minority interests | 357,937 |
| Minority Interest | - |
| Net Income / (loss) | $     357,937 |

16

**Exhibit B**
**Financial Statements for General Motors Strasbourg S.A.S.**

**Exibit B-1**    **Balance Sheet as of August 31, 2009**
**Exibit B-2**    **Income Statement for the eight months ended August 31, 2009**

**General Motors Strasbourg S.A.S.**
**Balance Sheet**
**As of August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | General Motors Strasbourg S.A.S. |
|---|---|
| Cash and Cash Equivalents | $ 28,302 |
| | |
| Accounts Receivable and Receivables from Affiliates | 55,443 |
| Inventory | 70,793 |
| Other current assets | 14,775 |
| Total current assets | 169,313 |
| | |
| Investment in Subsidiaries | - |
| Property, plant and equipment, net | 224,922 |
| Intangible assets | - |
| Deferred taxes - non-current | - |
| Other Non-current assets | 7,879 |
| Total Non-current assets | 232,801 |
| Total Assets | $ 402,114 |
| | |
| Accounts Payable | $ 58,842 |
| Notes Payable | 69,750 |
| Accrued Expenses | 32,660 |
| Accrued Taxes | 12,122 |
| Total Current liabilities | 173,374 |
| Other non-current liabilities | 51,496 |
| Total Liabilities | 224,870 |
| Equity | 177,244 |
| Total Liabilities and Equity | $ 402,114 |

**General Motors Strasbourg S.A.S.**
**Income Statement**
**For the eight months ended August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | General Motors Strasbourg S.A.S. |
|---|---|
| Net Sales | $ 227,066 |
| Cost of sales | 222,241 |
| Operating Income / (loss) | 4,825 |
| Interest expense | 211 |
| Reorganization expense | - |
| Other non-operating expense / (income) | - |
| Income / (loss) before taxes | 4,614 |
| Income tax expense / (benefit) | 5,303 |
| Income / (loss) before minority interests | (689) |
| Minority Interest | - |
| Net Income / (loss) | $ (689) |

19

**Exhibit B**
**Financial Statements for LBK LLC.**

**Exibit B-1**     **Balance Sheet as of August 31, 2009**
**Exibit B-2**     **Income Statement for the eight months ended August 31, 2009**

**LBK LLC**
**Balance Sheet**
**As of August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | **LBK LLC** |
| --- | --- |
| Cash and Cash Equivalents | $ - |
|  |  |
| Receivable from MLC | - |
| Inventory | - |
| Other current assets | - |
| Total current assets | - |
|  |  |
| Investment in MLC | - |
| Property, plant and equipment, net | - |
| Intangible assets | - |
| Deferred taxes - non-current | - |
| Other Non-current assets | - |
| Total Non-current assets | - |
| Total Assets | $ - |
|  |  |
| Accounts Payable | $ - |
| Notes Payable | - |
| Accrued Expenses | - |
| Accrued Taxes | - |
| Total Current liabilities | - |
| Other non-current liabilities | - |
| Total Liabilities | - |
| Equity | - |
| Total Liabilities and Equity | $ - |

**LBK LLC**
**Income Statement**
**For the eight months ended August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | LBK LLC |
|---|---:|
| Net Sales | $              - |
| Cost of sales | - |
| Operating Income / (loss) | - |
| Interest expense | - |
| Reorganization expense | 9,077,310 |
| Other non-operating expense / (income) | 328,255 |
| Income / (loss) before taxes | (9,405,565) |
| Income tax expense / (benefit) | - |
| Income / (loss) before minority interests | (9,405,565) |
| Minority Interest | - |
| Net Income / (loss) | $    (9,405,565) |

22

**Exhibit B**
**Financial Statements for MLC Commercial Corporation**

**Exibit B-1      Balance Sheet as of August 31, 2009**
**Exibit B-2      Income Statement for the eight months ended August 31, 2009**

**MLC Commercial Corp.**
**Balance Sheet**
**As of August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | MLC Commercial Corp. |
|---|---|
| Cash and Cash Equivalents | $ 119 |
| Accounts Receivable and Receivables from Affiliates | 6,100 |
| Inventory | - |
| Other current assets | - |
| Total current assets | 6,219 |
| Investment in Subsidiaries | - |
| Property, plant and equipment, net | - |
| Intangible assets | - |
| Deferred taxes - non-current | - |
| Other Non-current assets | - |
| Total Non-current assets | - |
| Total Assets | $ 6,219 |
| Accounts Payable | $ - |
| Notes Payable | - |
| Accrued Expenses | - |
| Accrued Taxes | - |
| Total Current liabilities | - |
| Other non-current liabilities | - |
| Total Liabilities | - |
| Equity | 6,219 |
| Total Liabilities and Equity | $ 6,219 |

24

**MLC Commercial Corp.**
**Income Statement**
**For the eight months ended August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | MLC Commercial Corp. |
|---|---|
| Net Sales | $          - |
| Cost of sales | - |
| Operating Income / (loss) | - |
| Interest expense | - |
| Reorganization expense | - |
| Other non-operating expense / (income) | 24 |
| Income / (loss) before taxes | (24) |
| Income tax expense / (benefit) | - |
| Income / (loss) before minority interests | (24) |
| Minority Interest | - |
| Net Income / (loss) | $          (24) |

25

**Exhibit B**
**<u>Financial Statements for MLC Export Corporation</u>**

**Exibit B-1**    **Balance Sheet as of August 31, 2009**
**Exibit B-2**    **Income Statement for the eight months ended August 31, 2009**

**MLC Export Corporation**
**Balance Sheet**
**As of August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | MLC Export Corporation |
|---|---:|
| Cash and Cash Equivalents | $              150 |
| Accounts Receivable and Receivables from Affiliates | 16,665 |
| Inventory | - |
| Other current assets | - |
| Total current assets | 16,815 |
| Investment in Subsidiaries | - |
| Property, plant and equipment, net | - |
| Intangible assets | - |
| Deferred taxes - non-current | - |
| Other Non-current assets | - |
| Total Non-current assets | - |
| Total Assets | $           16,815 |
| Accounts Payable | $                 - |
| Notes Payable | - |
| Accrued Expenses | - |
| Accrued Taxes | - |
| Total Current liabilities | - |
| Other non-current liabilities | - |
| Total Liabilities | - |
| Equity | 16,815 |
| Total Liabilities and Equity | $           16,815 |

27

**MLC Export Corporation**
**Income Statement**
**For the eight months ended August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | MLC Export Corporation |
|---|---|
| Net Sales | $ - |
| Cost of sales | - |
| Operating Income / (loss) | - |
| Interest expense | - |
| Reorganization expense | - |
| Other non-operating expense / (income) | 66 |
| Income / (loss) before taxes | (66) |
| Income tax expense / (benefit) | - |
| Income / (loss) before minority interests | (66) |
| Minority Interest | - |
| Net Income / (loss) | $ (66) |

28

**Exhibit B**
**Financial Statements for MLC Indonesia, Inc.**

**Exibit B-1**    **Balance Sheet as of August 31, 2009**
**Exibit B-2**    **Income Statement for the eight months ended August 31, 2009**

**MLC Indonesia, Inc.**
**Balance Sheet**
**As of August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | MLC Indonesia, Inc. |
|---|---|
| Cash and Cash Equivalents | $ 252 |
| Accounts Receivable and Receivables from Affiliates | - |
| Inventory | - |
| Other current assets | - |
| Total current assets | 252 |
| Investment in Subsidiaries | - |
| Property, plant and equipment, net | - |
| Intangible assets | - |
| Deferred taxes - non-current | - |
| Other Non-current assets | - |
| Total Non-current assets | - |
| Total Assets | $ 252 |
| Accounts Payable | $ - |
| Notes Payable | - |
| Accrued Expenses | - |
| Accrued Taxes | - |
| Total Current liabilities | - |
| Other non-current liabilities | - |
| Total Liabilities | - |
| Equity | 252 |
| Total Liabilities and Equity | $ 252 |

**MLC Indonesia, Inc.**
**Income Statement**
**For the eight months ended August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | MLC Indonesia, Inc. |
|---|---|
| Net Sales | $ - |
| Cost of sales | - |
| Operating Income / (loss) | - |
| Interest expense | - |
| Reorganization expense | - |
| Other non-operating expense / (income) | - |
| Income / (loss) before taxes | - |
| Income tax expense (benefit) | (33) |
| Income / (loss) before minority interests | 33 |
| Minority Interest | - |
| Net Income / (loss) | $ 33 |

31

**Exhibit B**
**Financial Statements for Motor Enterprises, Inc.**

**Exibit B-1**    **Balance Sheet as of August 31, 2009**
**Exibit B-2**    **Income Statement for the eight months ended August 31, 2009**

**Motor Enterprises Inc.**
**Balance Sheet**
**As of August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | Motor Enterprises Inc. |
| --- | --- |
| Cash and Cash Equivalents | $ 1,346 |
| | |
| Accounts Receivable and Receivables from Affiliates | - |
| Inventory | - |
| Other current assets | - |
| Total current assets | 1,346 |
| | |
| Investment in Subsidiaries | - |
| Property, plant and equipment, net | - |
| Intangible assets | - |
| Deferred taxes - non-current | - |
| Other Non-current assets | 710 |
| Total Non-current assets | 710 |
| Total Assets | $ 2,056 |
| | |
| Accounts Payable | $ - |
| Notes Payable | - |
| Accrued Expenses | - |
| Accrued Taxes | - |
| Total Current liabilities | - |
| Other non-current liabilities | - |
| Total Liabilities | - |
| Equity | 2,056 |
| Total Liabilities and Equity | $ 2,056 |

33

**Motor Enterprises Inc.**
**Income Statement**
**For the eight months ended August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | Motor Enterprises Inc. |
| --- | --- |
| Net Sales | $              211 |
| Cost of sales | 108 |
| Operating Income / (loss) | 103 |
| Interest expense | - |
| Reorganization expense | - |
| Other non-operating expense / (income) | - |
| Income / (loss) before taxes | 103 |
| Income tax expense / (benefit) | - |
| Income / (loss) before minority interests | 103 |
| Minority Interest | - |
| Net Income / (loss) | $              103 |

34

**Exhibit B**
**Financial Statements for Premier Investment Group**

**Exibit B-1**      **Balance Sheet as of August 31, 2009**
**Exibit B-2**      **Income Statement for the eight months ended August 31, 2009**

**Premier Investment Group**
**Balance Sheet**
**As of August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | Premier Investment Group |
|---|---|
| Cash and Cash Equivalents | $        96 |
|  |  |
| Accounts Receivable and Receivables from Affiliates | - |
| Inventory | - |
| Other current assets | - |
| Total current assets | 96 |
|  |  |
| Investment in Subsidiaries | - |
| Property, plant and equipment, net | - |
| Intangible assets | - |
| Deferred taxes - non-current | - |
| Other Non-current assets | - |
| Total Non-current assets | - |
| Total Assets | $        96 |
|  |  |
| Accounts Payable | $        - |
| Notes Payable | - |
| Accrued Expenses | - |
| Accrued Taxes | - |
| Total Current liabilities | - |
| Other non-current liabilities | - |
| Total Liabilities | - |
| Equity | 96 |
| Total Liabilities and Equity | $        96 |

**Premier Investment Group**
**Income Statement**
**For the eight months ended August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|                                              | Premier Investment Group |
| -------------------------------------------- | ------------------------ |
| Net Sales                                    | $                      - |
| Cost of sales                                |                        - |
| Operating Income / (loss)                    |                        - |
| Interest expense                             |                        - |
| Reorganization expense                       |                        - |
| Other non-operating expense / (income)       |                      (4) |
| Income / (loss) before taxes                 |                        4 |
| Income tax expense / (benefit)               |                        - |
| Income / (loss) before minority interests    |                        4 |
| Minority Interest                            |                        - |
| Net Income / (loss)                          | $                      4 |

37

**Exhibit B**
**Financial Statements for Vector SCM, LLC**

**Exibit B-1**    **Balance Sheet as of August 31, 2009**
**Exibit B-2**    **Income Statement for the eight months ended August 31, 2009**

**Vector SCM LLC**
**Balance Sheet**
**As of August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

| | Vector SCM LLC | |
|---|---|---|
| Cash and Cash Equivalents | $ | 1,462 |
| | | |
| Accounts Receivable and Receivables from Affiliates | | 1,152 |
| Inventory | | 14 |
| Other current assets | | 24 |
| Total current assets | | 2,652 |
| | | |
| Investment in Subsidiaries | | - |
| Property, plant and equipment, net | | - |
| Intangible assets | | - |
| Deferred taxes - non-current | | - |
| Other Non-current assets | | - |
| Total Non-current assets | | - |
| Total Assets | $ | 2,652 |
| | | |
| Accounts Payable | $ | 40 |
| Notes Payable | | - |
| Accrued Expenses | | - |
| Accrued Taxes | | - |
| Total Current liabilities | | 40 |
| Other non-current liabilities | | - |
| Total Liabilities | | 40 |
| Equity | | 2,612 |
| Total Liabilities and Equity | $ | 2,652 |

**Vector SCM LLC**
**Income Statement**
**For the eight months ended August 31, 2009**
**(Unaudited - amounts in thousands of U.S. dollars)**

|                                             | Vector SCM LLC |
| ------------------------------------------- | -------------: |
| Net Sales                                   |         $    - |
| Cost of sales                               |            205 |
| Operating Income / (loss)                   |          (205) |
| Interest expense                            |              - |
| Reorganization expense                      |              - |
| Other non-operating expense / (income)      |              - |
| Income / (loss) before taxes                |          (205) |
| Income tax expense / (benefit)              |              - |
| Income / (loss) before minority interests   |          (205) |
| Minority Interest                           |              - |
| Net Income / (loss)                         |      $   (205) |

40