UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., *et al.*

Debtors.

CASE NO. 09-50026 (REG)
(Jointly Administered)

CHAPTER 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned law firm hereby appears in the above-captioned case under Chapter 11 of Title 11 of the United States Code for Niagara Mohawk Power Corporation d/b/a National Grid and requests, pursuant to Bankruptcy Rules 2002 and 9010(b) that any and all Notices given or required to be given in the above-captioned Chapter 11 case and any proceedings therein, and all papers served or required to be served in the Chapter 11 case and any proceedings therein, be given to and served upon the undersigned law firm at the Post Office address and telephone number set forth below and that the following firm be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> Susan R. Katzoff, Esq.
> **HISCOCK & BARCLAY, LLP**
> Attorneys for National Grid
> Office & Post Office Address
> One Park Place
> 300 South State Street
> Syracuse, New York 13202
> Telephone: (315) 425-2880
> Facsimile: (315) 425-8597
> Email: skatzoff@hblaw.com

. **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the Notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, Orders and Notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or

SYLIB01\719306\1

informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, telegraph, telex, or otherwise.

DATED:   Syracuse, New York
November 2, 2009

                                        Yours, etc.

                                        By:  Susan R. Katzoff, Esq.
                                        HISCOCK & BARCLAY, LLP
                                        Attorneys for National Grid
                                        One Park Place
                                        300 South State Street
                                        Syracuse, New York 13202
                                        Telephone: (315)425-2880
                                        Facsimile: (315) 425-8597
                                        Email: skatzoff@hblaw.com