CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal

*Attorneys for Valeo, Inc. and certain of it affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In re

MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corporation, *et al.*,

Debtors.

------------------------------------------------------------ X

Chapter 11

Case No. 09-50026 (REG)
(Jointly Administered)

CERTIFICATE OF SERVICE

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 2nd day of November 2009, the Notice of Withdrawal of Limited Objection of Valeo, Inc. and Certain of its Affiliates to Proposed Cure Costs was served by e-mail upon:

> Harvey.miller@weil.com
> Stephen.karotkin@weil.com
> Joseph.smolinsky@weil.com
> John.rapisardi@cwt.com
> keckstein@kramerlevin.com
> tmayer@kramerlevin.com
> gnovod@kramerlevin.com
> mjedelman@vedderprice.com
> mschein@vedderprice.com

Dated: New York, New York
       November 3, 2009

Richard V. Conza