**New Hearing Date & Time:  November 5, 2009 at 9:45 a.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
MOTORS LIQUIDATION COMPANY, et al.,         :    09-50026 (REG)
    f/k/a General Motors Corp., et al.      :
                                            :
                Debtors.                    :    (Jointly Administered)
                                            :
------------------------------------------------------------x
```

## NOTICE OF CHANGE OF HEARING DATE

PLEASE TAKE NOTICE THAT

The hearings in the above-captioned case originally scheduled for **Friday, November 6, 2009 at 9:45 a.m. (Eastern Time)** has been moved and is now scheduled for **Thursday, November 5, 2009 at 9:45 a.m. (Eastern Time)** before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004.  The matters to be heard and their status are listed in the Notice of Agenda of Matters

Scheduled for Hearing on November 5, 2009 at 9:45 a.m. (Previously Scheduled for November 6, 2009 at 9:45 a.m.) [Docket No. 4351].

Dated: November 3, 2009
New York, New York

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession