Debra S. Turetsky (DT-7189)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, NY 10022
Telephone: 212-521-5400
Facsimile:  212-521-5450
dturetsky@reedsmith.com

and

Stephen T. Bobo (IL No. 6182054)
Ann E. Pille (IL No. 6283759)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312) 207-1000 (telephone)
(312) 207-6400 (facsimile)
aterras@reedsmith.com
apille@reedsmith.com

*Counsel to Infineon Technologies AG and Infineon
Technologies North America Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 Case No. 09-50026 (REG) |
| | ) (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY, *et al.,* | ) |
| f/k/a General Motors Corp., *et. al.* | ) |
| | ) |
| Debtors. | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF JOINT
LIMITED OBJECTION OF INFINEON TECHNOLOGIES
NORTH AMERICA CORP. AND INFINEON TECHNOLOGIES AG**

Infineon Technologies North America Corp. ("NAC") and Infineon Technologies AG

("AG" and, together with NAC, "Infineon"), by their undersigned counsel Reed Smith LLP,

and in reliance on representations made by the Debtors in recent communications with

Infineon, hereby withdraw the Joint Limited Objection of Infineon Technologies North

America, Corp. and Infineon Technologies AG to the Notice of (i) Debtors' Intent to Assume

and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and

Unexpired Leases of Nonresidential Real Property, and (ii) to Cure Amounts Related Thereto,

previously filed on June 22, 2009 [Docket No.2156].

November 3, 2009.

<div style="margin-left:50%">

*/s/ Debra S. Turetsky*

Debra S. Turetsky (DT-7189)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, NY 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450
Email: dturetsky@reedsmith.com

-and-

Stephen T. Bobo
Ann E. Pille
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400
Email: sbobo@reedsmith.com
         apille@reedsmith.com

*Counsel to Infineon Technologies AG and*
*Infineon Technologies North America Corp.*

</div>

## CERTIFICATE OF SERVICE

      I, Debra S. Turetsky, hereby certify that on November 3, 2009, I caused a copy of the Notice of Withdrawal of the Joint Limited Objection of Infineon Technologies North America Corp. and Infineon Technologies AG (the "Withdrawal") to be filed in the above-captioned proceeding. Notice of this filing was sent automatically, via the Court's CM/ECF system to all parties that have filed an electronic appearance in these proceedings. In addition, on November 3, 2009, I caused a copy of the Withdrawal to be served on the following parties via facsimile:

Debtors, c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center, Mailcode 480-206-114
Facsimile: (248) 312-7919

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Harvey Miller
        Stephen Karotkin
        Joseph Smolinsky
Facsimile: (212) 310-8007

U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington DC 20220
Attn: Matthew Feldman
Facsimile: (202) 622-6415

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi
Facsimile: (212) 504-6666

Vedder Price, P.C.
1633 Broadway
New York, NY 10019
Attn:  Michael J. Edelman
        Michael L. Schein
Facsimile: (212) 407-7799

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Diana G. Adams
        Andrew D. Velez-Rivera
        Brian Shoichi Masumoto
Facsimile: (212) 668-2256

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Gordon Z. Novod
Facsimile: (212) 715-8182

                                          /s/ Debra S. Turetsky