**New Hearing Date and Time: November 12, 2009 at 2:00 p.m. (Eastern Time)**

Robert B. Weiss
Donald F. Baty, Jr.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7314
Facsimile: (313) 465-7315

*Special Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In Re**                                                    :      Chapter 11
                                                             :
**MOTORS LIQUIDATION COMPANY** (f/k/a                        :      Case No. 09-50026 (REG)
General Motors Corp.), et al.,                               :      (Jointly Administered)
                                                             :
         Debtors.                                            :      Hon. Robert E. Gerber
                                                             :
-------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION**
**FOR ENTRY OF ORDER AUTHORIZING REJECTION OF**
**CERTAIN PERSONAL PROPERTY AGREEMENTS AND/OR**
**ABANDONMENT OF COLLATERAL TO SECURED CREDITORS**

**PLEASE TAKE NOTICE THAT:**

The hearing on the *Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors* (the "**Motion**") filed on July 17, 2009 (Docket No. 3212), originally scheduled for August 3, 2009 at 9:00 a.m. (Eastern Time) was adjourned by Order of this Court with respect to the 2001 A-6 Agreement, *Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors* entered on August 3, 2009 (Docket No. 3619), to August 18, 2009 at 9:45 a.m. (Eastern Time), and subsequently adjourned with respect to the 2001 A-6

Agreement on consent, *Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors* filed on August 14, 2009 (Docket No. 3805) and *Notice of Adjournment of Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors* filed on August 14, 2009 (Docket No. 3806), to September 14, 2009 at 9:45 a.m. (Eastern Time), and subsequently adjourned with respect to the 2001 A-6 Agreement on consent, *Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors* filed on September 11, 2009 (Docket No. 4031) and *Notice of Adjournment of Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors* filed on September 11, 2009 (Docket No. 4032), to October 6, 2009 at 9:00 a.m. (Eastern Time), and subsequently adjourned with respect to the 2001 A-6 Agreement on consent, *Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors* filed on October 5, 2009 (Docket No. 4171) and *Notice of Adjournment of Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors* filed on October 5, 2009 (Docket No. 4172), to November 6, 2009 at 9:45 a.m. (Eastern Time), and has been further adjourned with respect to the 2001 A-6 Agreement on consent, *Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors* filed on November 4, 2009 (Docket No. 4356), to **November 12, 2009 at 2:00 p.m. (Eastern Time)** (the **"Hearing"**) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Room 621 of the United States Bankruptcy

Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

A copy of the Motion may be obtained by (a) contacting the attorneys for the Debtors, Honigman Miller Schwartz and Cohn LLP, 660 Woodward Avenue, 2290 First National Building, Detroit, Michigan 48226 (Attn. Robert B. Weiss, Esq. and Donald F. Baty, Jr., Esq.), Telephone: (313) 465-7000; (b) accessing the Court's website at http://www.nysb.uscourts.gov (please note that a PACER password is needed to access documents on the Court's website); (c) viewing the docket of these cases at the Clerk of the Court, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004; or (d) accessing the public website maintained by the Debtors' court-appointed claims and noticing agent in these cases at: **www.motorsliquidationdocket.com**

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing. Failure to appear at the Hearing may result in relief being granted or denied upon default.

|  |  |
|---|---|
|  | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>Special Counsel to the Debtors and Debtors in Possession |
| Dated: November 4, 2009 | By:   /s/ Donald F. Baty, Jr.<br>   Robert B. Weiss (Michigan Bar No. P28249)<br>   Donald F. Baty, Jr. (Michigan Bar No. P38087)<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Telephone: (313) 465-7314<br>Facsimile: (313) 465-7315<br>Email: dbaty@honigman.com |

DETROIT.3928886.1

3