**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------

In re:

| | |
|---|---|
| General Motors Corporation, | Chapter 11 |
| | Case No. 09-50026-reg |
| Debtor. | Hon. Robert E. Gerber |

-------------------------------------------------------

## REQUEST FOR NO FUTURE ELECTRONIC NOTICES

The undersigned appeared in this proceeding on behalf of Canadian Pacific Railway Company. and now requests that they no longer receive notices or any papers served or filed in this case, and that the undersigned be deleted from the mailing matrix.

Dated: November 4, 2009
Minneapolis, Minnesota

        s/ Matthew A. Swanson
        Matthew A. Swanson (MN #0389613)
        Jacob B. Sellers (MN #348879)
        **LEONARD, STREET AND DEINARD**
        *Professional Association*
        150 South Fifth Street, Suite 2300
        Minneapolis, MN 55402
        Telephone: (612) 335-1500
        Facsimile: (612) 335-1657
        E-mail: matthew.swanson@leonard.com
        E-mail: jacob.sellers@leonard.com

        **ATTORNEYS FOR CANADIAN**
        **PACIFIC RAILWAY COMPANY**

6425408v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

In re:

General Motors Corporation,                     Chapter 11
                                                Case No. 09-50026-reg
                    Debtor.                     Hon. Robert E. Gerber
-------------------------------------------------------

## CERTIFICATE OF SERVICE

I, Callie M. Bird, declare under penalty of perjury that on the 4th day of November, 2009, I certify that I caused a **Request For No Future Electronic Notices (Matthew A. Swanson and Jacob B. Sellers on behalf of Canadian Pacific Railway Company)** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Anna Conlon Aguilar;** aaguilar@conlonaguilar.com
**Adam Craig Harris;** adam.harris@srz.com
**Ashleigh A. Danker;** adanker@kayescholer.com
**Adam D. Bruski;** adbruski@lambertleser.com
**Amish R. Doshi;** adoshi@daypitney.com
**Alyssa Englund;** aenglund@orrick.com
**Amy Evans;** aevans@crosslaw.com
**Alyson M. Fiedler;** afiedler@schiffhardin.com
**Andrea Fischer;** afischer@olshanlaw.com
**Marvin E. Clements, Jr.;** agbanknewyork@ag.tn.gov
**Andrew C. Gold;** agold@herrick.com
**Alan D. Halperin;** ahalperin@halperinlaw.net
**Allan Hill;** ahill@phillipslytle.com
**Adam H. Isenberg;** aisenberg@saul.com
**Andrew A. Jones;** ajones@whdlaw.com
**Anthony J. Kochis;** akochis@wolfsonbolton.com
**Alan W. Kornberg;** akornberg@paulweiss.com
**J. Alex Kress;** akress@riker.com
**Anthony L. Leffert;** aleffert@rwolaw.com
**Andrew K. Lipetz;** alipetz@wgrlaw.com
**Austin L. McMullen;** amcmullen@babc.com

2

6425408v1

**Angela Z. Miller;** amiller@phillipslytle.com
**Andrew P. Brozman;** andrew.brozman@cliffordchance.com
**Andrew Goldman;** andrew.goldman@wilmerhale.com
**Andrew C. Kassner;** andrew.kassner@dbr.com
**Arthur C. Neiwirth;** aneiwirthcourt@rra-law.com
**Angel Hagmaier;** angel@angelhagmaier.com
**Anna Boelitz;** anna.boelitz@bingham.com
**Elizabeth Banda;** arlbank@pbfcm.com
**Adam C. Rogoff;** arogoff@kramerlevin.com
**Adina H. Rosenbaum;** arosenbaum@citizen.org
**Andrew Neil Rosenberg;** arosenberg@paulweiss.com
**Ashley Davis;** ashley.davis@myfloridalegal.com
**Arthur J. Spector;** aspector@bergersingerman.com
**Ann Marie Uetz;** auetz@foley.com
**Diane W. Sanders;** austin.bankruptcy@publicans.com
**Karin F. Avery;** avery@silvermanmorris.com
**Annie Wells;** awells@morganlewis.com
**Timothy W. Walsh;** Bankrupt@llgm.com
**Christina C. Skubic;** bankruptcy@braytonlaw.com
**Joseph Thomas Moldovan;** bankruptcy@morrisoncohen.com
**Theresa V. Brown-Edwards;** bankruptcy@potteranderson.com
**Barry E. Lichtenberg;** barryster@att.net
**Robert N. Bassel;** bbassel@gmail.com
**Babette A. Ceccotti;** bceccotti@cwsny.com
**Brian Crowley;** bcrowley@klehr.com
**Benjamin P. Deutsch;** bdeutsch@schnader.com
**Belkys Escobar;** belkys.escobar@loudoun.gov
**Benjamin D. Feder;** ben.feder@thompsonhine.com
**Brian M. Graham;** bgraham@salawus.com
**J. William Boone;** bill.boone@alston.com
**Kimberly A. Walsh;** bk-kwalsh@oag.state.tx.us
**Mark Edwin Browning;** bk-mbrowning@oag.state.tx.us
**Darryl S. Laddin;** bkrfilings@agg.com
**Barbara Lee Caldwell;** blc@ashrlaw.com
**Robert E. McCarthy;** BMcCarthylaw@hotmail.com
**Barbara S Mehlsack;** bmehlsack@gkllaw.com
**Brian H. Meldrum;** bmeldrum@stites.com
**Wanda Borges;** borgeslawfirm@aol.com
**Brett D. Goodman;** brett.goodman@troutmansanders.com
**David J. Selwocki;** brogers@swappc.com
**Brian L. Shaw;** bshaw100@shawgussis.com
**Blanka K. Wolfe;** bwolfe@sheppardmullin.com
**James C. Carignan;** carignanj@pepperlaw.com
**J. Casey Roy;** casey.roy@oag.state.tx.us
**Linda J. Casey;** caseyl@pepperlaw.com
**Christopher Robert Belmonte;** cbelmonte@ssbb.com

3

**Charlotte P. Bodell;** cbodell@eapdlaw.com
**Charles D. Bullock;** cbullock@sbplclaw.com
**Christopher M. Cahill;** ccahill@clarkhill.com
**James Christopher Caldwell;** ccaldwell@starkreagan.com
**Carollynn H.G. Callari;** ccallari@venable.com
**Christopher Combest;** ccombest@quarles.com
**Colin Thomas Darke;** cdarke@bodmanllp.com
**Charles E. Dorkey, III;** cdorkey@mckennalong.com
**Carol A. Felicetta;** cfelicetta@reidandreige.com
**Christopher F. Graham;** cgraham@mckennalong.com
**Christopher M. Hemrick;** chemrick@connellfoley.com
**Clifford A. Katz;** ckatz@platzerlaw.com
**Carl N. Kunz, III;** ckunz@morrisjames.com
**Christopher A. Merritt;** cmerritt@rjlps.com
**G. Christopher Meyer;** cmeyer@ssd.com
**Christian M. Oelke;** cmo@smoklaw.com
**Carol E. Momjian;** cmomjian@attorneygeneral.gov
**H. Christopher Mott;** cmott@gordonmottpc.com
**Charles N. Panzer;** cpanzer@sillscummis.com
**Christine A.M. Pierpont;** cpierpont@ssd.com
**Courtney Rogers;** crogers@orrick.com
**Chester B. Salomon;** csalomon@beckerglynn.com
**Carey D. Schreiber;** cschreiber@winston.com
**Colleen M. Sweeney;** csweeney@dickinsonwright.com
**Cheryl Tama Oblander;** ctama@butlerrubin.com
**Julius O. Curling;** curlingj@michigan.gov
**Cynthia Woodruff-Neer;** cwoodruff-neer@alpine-usa.com
**Cynthia Jordan Lowery;** cynthialowery@mvalaw.com
**Elizabeth Weller;** dallas.bankruptcy@publicans.com
**Peter D'Apice;** dapice@sbep-law.com
**W. David Arnold;** darnold@rcolaw.com
**David B. Aaronson;** david.aaronson@dbr.com
**David S. Lefere;** davidl@bolhouselaw.com
**David B. Wheeler;** davidwheeler@mvalaw.com
**David J. Baldwin;** dbaldwin@potteranderson.com
**Donald F. Baty, Jr.;** dbaty@honigman.com
**Daniel J. Bernard;** dbernard@vmclaw.com
**Dennis J. Connolly;** dconnolly@alston.com
**Dawn R. Copley;** dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
**David N. Crapo;** dcrapo@gibbonslaw.com
**Thomas M. Wilson;** ddipenti@kelley-ferraro.com
**Dennis J. Drebsky;** ddrebsky@nixonpeabody.com
**David G. Ebert;** debert@ingramllp.com
**David M. Eisenberg;** deisenberg@ermanteicher.com
**Dan Elias;** delias@eliasgroup.com
**Demetra Liggins;** demetra.liggins@tklaw.com

4

**Melissa Detrick;** detrick@marshall-melhorn.com
**Deborah L. Fish;** dfish@allardfishpc.com
**Daniel J. Flanigan;** dflanigan@polsinelli.com
**David Henry Hartheimer;** dharthei@bellatlantic.net
**Debra A. Kowich;** dkowich@umich.edu
**David A. Lerner;** dlerner@plunkettcooney.com
**David T. Lin;** dlin@seyburn.com
**David L. Neale;** dln@lnbrb.com
**David M. Blau;** dmb@kompc.com
**Daniel R. Murray;** dmurray@jenner.com
**Michael Dockterman;** dockterman@wildman.com
**Donn Rosenblum;** donn.rosenblum@ohioattorneygeneral.gov
**Douglas Bacon;** douglas.bacon@lw.com
**D. Douglas McGaw;** dougmcgaw@aol.com
**Mary Joanne Dowd;** dowd.mary@arentfox.com
**Debra Beth Pevos;** dpevos@swappc.com
**Deborah J. Piazza;** dpiazza@hodgsonruss.com
**David A. Rosenzweig;** DRosenzweig@Fulbright.com
**Douglas B. Rosner;** drosner@goulstonstorrs.com
**Dianne Ruhlandt;** druhlandt@ermanteicher.com
**Debra S. Turetsky;** dturetsky@reedsmith.com
**David H. Wander;** dwander@wanderlaw.com
**Don W. Blevins;** dwblevins@mcalpinelawfirm.com
**Dwight Yellen;** dyellen@ballonstoll.com
**Doron Yitzchaki;** dyitzchaki@dickinsonwright.com
**Lawrence P. Eagel;** eagel@bragarwexler.com
**Edward Smith;** easmith@venable.com
**Elihu Inselbuch;** eb@capdale.com
**Leonora K. Baughman;** ecf@kaalaw.com
**Richardo I. Kilpatrick;** ecf@kaalaw.com
**David D. Ritter;** ecf@krcl.com
**Ilissa Churgin Hook;** ecfmail@yablaw.com
**Thomas P. Sarb;** ecfsarbt@millerjohnson.com
**Terry L. Zabel;** ecf-tlz@rhoadesmckee.com
**Robert D. Wolford;** ecfwolfordr@millerjohnson.com
**J Eric Charlton;** echarlton@hiscockbarclay.com
**Erica L. Edman;** eedman@pillsburywinthrop.com
**Earle I. Erman;** eerman@ermanteicher.com
**Elizabeth K. Flaagan;** eflaagan@faegre.com
**Eugene Leff;** eleff@oag.state.ny.us
**Erin L. Eliasen;** eleliasen@stoel.com
**Bruce N. Elliott;** elliott@cmplaw.com
**Edward J. LoBello;** elobello@msek.com
**Emily L. Matthews;** ematthews@deltadentalmi.com
**Eric T. Ray;** eray@balch.com
**Eric T. Moser;** eric.moser@klgates.com

5

**Eric A Schaffer;** eschaffer@reedsmith.com
**Eugene J. Chikowski;** eugene.chikowski@flastergreenberg.com
**Eric G. Waxman, III;** ewaxman@westermanllp.com
**Edward P. Zujkowski;** ezujkowski@emmetmarvin.com
**William L. Farris;** farrisw@sullcrom.com
**Frederick A. Berg;** fberg@kotzsangster.com
**Frank W. DiCastri;** fdicastri@foley.com
**Richard L. Ferrell;** Ferrell@taftlaw.com
**Frank McGinn;** ffm@bostonbusinesslaw.com
**Adam L. Rosen;** filings@spallp.com
**Eric Fisher;** fishere@butzel.com
**Forrest B. Lammiman;** flammiman@mpslaw.com
**Steven B. Flancher;** flanchers@michigan.gov
**Michael Foreman;** foreman.michael@dorsey.com
**Frederick Perillo;** fp@previant.com
**Fredric Sosnick;** fsosnick@shearman.com
**Fred Stevens;** fstevens@foxrothschild.com
**Timothy A. Fusco;** fusco@millercanfield.com
**Gabriel Del Virginia, Esq.;** gabriel.delvirginia@verizon.net
**Gary A. Hansz;** gah@wwrplaw.com
**Gary L. Antoniewicz;** gantoni@boardmanlawfirm.com
**Gerard DiConza;** gdiconza@dlawpc.com
**George B. Cauthen;** george.cauthen@nelsonmullins.com
**George V. Royle;** george.royle@lw.com
**George Franklin Sanderson, III;** george.sanderson@elliswinters.com
**Gerald L. Mills;** gerald.mills@bex.net
**Garry M. Graber;** ggraber@hodgsonruss.com
**Geoffrey W. Heineman;** gheineman@rmkb.com
**Christopher J. Giaimo, Jr.;** giaimoc@arentfox.com
**Celeste R. Gill;** gillcr@michigan.gov
**Gregory O. Kaden;** gkaden@goulstonstorrs.com
**Glen Rosenberg;** Glen.R@marxrealty.com
**Gloria M. Chon;** gloria.chon@kkue.com
**Kenneth A. Flaska;** gm@dmms.com
**Gordon Z. Novod;** gnovod@kramerlevin.com
**Gregory G. Plotko;** gplotko@kramerlevin.com
**Greg T. Kupniewski;** greg.kupniewski@flastergreenberg.com
**Gordon J. Toering;** gtoering@wnj.com
**G. Alan Wallace;** gwall@fraserlawfirm.com
**Paula A. Hall;** hall@bwst-law.com
**Harvey R. Miller;** harvey.miller@weil.com
**Harvey A. Strickon;** harveystrickon@paulhastings.com
**Howard S. Beltzer;** hbeltzer@morganlewis.com
**John P. Dillman;** houston_bankruptcy@publicans.com
**Donald J. Hutchinson;** hutchinson@millercanfield.com
**Roland Hwang;** hwangr@michigan.gov

6

**Ira M. Levee;** ilevee@lowenstein.com
**Elizabeth A. Haas;** info@thehaaslawfirm.com
**Ingrid S. Palermo;** ipalermo@bsk.com
**Jacob B. Sellers;** jacob.sellers@leonard.com
**James O. Moore;** james.moore@dechert.com
**James D. Newbold;** James.Newbold@illinois.gov
**James Addison Wright, III;** james.wright@ropesgray.com
**Janice M. Woolley;** janwoolley@mgwl.com
**Joel D. Applebaum;** japplebaum@clarkhill.com
**John J. Jolley, Jr.;** jay.jolley@fnf.com
**John A. Bicks;** jbicks@sonnenschein.com
**Jean Winborne Boyles;** jboyles@jhvgmlaw.com
**Judy B. Calton;** jcalton@honigman.com
**John F. Carberry;** jcarberry@cl-law.com
**James S. Carr;** jcarr@kelleydrye.com
**Joseph M. Cerra;** jcerra@formanlaw.com
**Jeffrey Chang;** jchang@wildman.com
**Jennifer Anne Christian;** jchristian@kelleydrye.com
**Joseph Corneau;** jcorneau@klestadt.com
**John C. Phillips, Jr.;** jcp@pgslaw.com
**Jeffrey C. Wisler;** jcw@cblhlaw.com
**Joshua Ian Divack;** jdivack@hahnhessen.com
**James E. DeLine;** jed@krwlaw.com
**Jeff Klusmeier;** jeff.klusmeier@ago.mo.gov
**Jeffrey S. Sabin;** jeffrey.sabin@bingham.com
**Jeffrey T. Wegner;** jeffrey.wegner@kutakrock.com
**Jennifer L. Nassiri;** jennifer.nassiri@dlapiper.com
**Jonathan L. Flaxer;** jflaxer@golenbock.com
**James H. Freeman;** jfreeman@gsblaw.com
**Jeanette M. Gilbert;** jgilbert@motleyrice.com
**John T. Gregg;** jgregg@btlaw.com
**Jonathan S. Groat;** jgroat@deltadentalmi.com
**John E. Jureller, Jr.;** jjureller@klestadt.com
**Jennifer B. Kimble;** jkimble@burr.com
**James N. Lawlor;** jlawlor@wmd-law.com
**James Michael Lawniczak;** jlawniczak@calfee.com
**Jennifer Lauren Saffer;** jlsaffer@jlsaffer.com
**Jil Mazer-Marino;** jmazermarino@msek.com
**James P. Moloy;** jmoloy@dannpecar.com
**Jill L. Murch;** jmurch@foley.com
**John R. Burns, III;** john.burns@bakerd.com
**Jonathan Bradley Alter;** jonathan.alter@bingham.com
**Jonathan Hook;** jonathan.hook@haynesboone.com
**Joseph N. Cordaro;** joseph.cordaro@usdoj.gov
**Joseph H. Smolinsky;** Joseph.Smolinsky@weil.com
**James A. Plemmons;** jplemmons2@dickinsonwright.com

7

**Jasmine Powers;** jpowers@debevoise.com
**Jessica E. Price;** jprice@brouse.com
**Jonathan I. Rabinowitz;** jrabinowitz@rltlawfirm.com
**John J. Hunter, Jr.;** jrhunter@hunterschank.com
**Joshua D. Rievman;** jrievman@hnrlaw.com
**John A. Ruemenapp;** jruemenapp@wysr-law.com
**Jayson B. Ruff;** jruff@mcdonaldhopkins.com
**Jeffrey S. Davis;** jsdesqtx@yahoo.com
**Joseph R. Sgroi;** jsgroi@honigman.com
**Joseph E. Shickich, Jr.;** jshickich@riddellwilliams.com
**John A. Simon;** jsimon@foley.com
**John S. Mairo;** jsmairo@pbnlaw.com
**Jason V. Stitt;** jstitt@kmklaw.com
**Samuel Jason Teele;** jteele@lowenstein.com
**Jason M. Torf;** jtorf@schiffhardin.com
**Judith Elkin;** judith.elkin@haynesboone.com
**James W. Ehrman;** jwe@kjk.com
**Kimberly A. Brennan;** kab@mccarthylebit.com
**Allen G. Kadish;** kadisha@gtlaw.com
**Karon Y. Wright;** karon.wright@co.travis.tx.us
**Karel S. Karpe;** karpek@whiteandwilliams.com
**Kellie M. Blair;** kblair@mattablair.com
**Kathryn E. Driscoll;** kdriscoll@pmppc.com
**Jeffrey S. Stein;** Kenneth_Freda@gardencitygroup.com
**Kerry M Ewald;** kewald@dickinsonwright.com
**Kathleen H. Klaus;** khk@maddinhauser.com
**Kim Martin Lewis;** kim.lewis@dinslaw.com
**Christopher K. Kiplok;** kiplok@hugheshubbard.com
**Ken Kansa;** kkansa@sidley.com
**Kenneth M. Lewis;** klewis@tblawllp.com
**Kim R. Lynch;** klynch@formanlaw.com
**Kayalyn A. Marafioti;** kmarafio@skadden.com
**Kenneth A. Nathan;** knathan@nathanzousmer.com
**Deborah Kovsky-Apap;** kovskyd@pepperlaw.com
**Kimberly Salomon;** ksalomon@formanlaw.com
**Kenneth J. Schweiker, Jr.;** kschweiker@brownconnery.com
**N. Kathleen Strickland;** kstrickland@rmkb.com
**Kenneth Ziman;** kziman@stblaw.com
**Letitia Accarrino;** laccarrino@wilentz.com
**Jacob F. Lamme;** lamme@mltw.com
**Lauren M. McEvoy;** Lauren.McEvoy@thompsonhine.com
**Lauren Nachinson;** Lauren.Nachinson@quarles.com
**Leslie S. Barr;** lbarr@windelsmarx.com
**Lynn M. Brimer;** lbrimer@stroblpc.com
**Louis A. Curcio;** lcurcio@sonnenschein.com
**Leslie C. Levy;** leslie.levy@nebraska.gov

8

**Larry A. Levick;** levick@singerlevick.com
**Larry E. Parres;** lparres@lewisrice.com
**Leslie Stein;** lstein@seyburn.com
**Lucas Ward;** lucas.ward@ohioattorneygeneral.gov
**Max Anderson Moseley;** mam@jbpp.com
**Deborah M. Buell;** maofiling@cgsh.com
**James L. Bromley;** maofiling@cgsh.com
**Marc S. Cohen;** marccohen@kayescholer.com
**Michael A. Maricco;** maricco.michael@pbgc.gov
**Mark J. Friedman;** mark.friedman@dlapiper.com
**Mark G. Ledwin;** mark.ledwin@wilsonelser.com
**Mark L. Brown;** markb@lakinchapman.com
**Mark D. Hofstee;** markh@bolhouselaw.com
**Marshall Scott Huebner;** marshall.huebner@dpw.com
**Marshall C. Turner;** marshall.turner@husch.com
**Martin Alaniz;** martin.alaniz@gmail.com
**Mary P. Miras;** marymiras@paulhastings.com
**Matthew F. Fitzsimmons;** matthew.fitzsimmons@po.state.ct.us
**Matthew E. Russell;** matthew.russell@haynesboone.com
**Matthew L. Schwartz;** matthew.schwartz@usdoj.gov
**Maureen F. Leary;** maureen.leary@oag.state.ny.us
**Marc M. Bakst;** mbakst@bodmanllp.com
**Matthew K. Beatman;** mbeatman@zeislaw.com
**Michael C. Hammer;** mchammer3@dickinsonwright.com
**Michael C. Lambert;** mclambert@lawpost-nyc.com
**Michael G. Cruse;** mcruse@wnj.com
**Michael S. Davi;** mdavi@velaw.com
**Matthew D. Novello;** mdnovello@mcalpinelawfirm.com
**Martin Eisenberg;** me@martineisenberglaw.com
**Merritt A. Pardini;** merritt.pardini@kattenlaw.com
**Michael S. Etkin;** metkin@lowenstein.com
**Robert Michael Farquhar;** mfarquhar@winstead.com
**Mark S. Frankel;** mfrankel@couzens.com
**Michael Friedman;** mfriedman@rkollp.com
**Michael G. Gallacher;** mgallacher@comcast.net
**Matthew J. Gold;** mgold@kkwc.com
**Marianne Goldstein Robbins;** MGR@PREVIANT.COM
**Matthew A. Hamermesh;** mhamermesh@hangley.com
**Mark C. Haut;** mhaut@fulbright.com
**Michael T. Conway;** michael.conway@leclairryan.com
**Michael E. Hastings;** michael.hastings@leclairryan.com
**Michelle Goldis;** michelle.goldis@wilmerhale.com
**Mitchell A. Seider;** mitchell.seider@lw.com
**Michael James Edelman;** mjedelman@vedderprice.com
**Melissa-Jean Rotini;** mjr1@westchestergov.com
**Mary W. Koks;** mkoks@munsch.com

**Mary Kay Shaver;** mkshaver@varnumlaw.com
**Mark L. McAlpine;** mlmcalpine@mcalpinelawfirm.com
**Marc B. Merklin;** mmerklin@brouse.com
**Michael A. Nedelman;** mnedelman@nglegal.com
**Melissa Z. Neier;** mneier@ibolaw.com
**Michael E. Norton;** mnorton@nortonlawassociates.com
**Michael B. O'Neal;** moneal@wnj.com
**Mark Russell Owens;** mowens@btlaw.com
**Michael P. Shuster;** mpshuster@hahnlaw.com
**Marie T. Racine;** mracine@racinelaw.us
**Mark L. Radtke;** mradtke@shawgussis.com
**Marc E. Richards;** mrichards@blankrome.com
**Michael P. Richman;** mrichman@pattonboggs.com
**Matthew J. Shier;** mshier@pinnaclelawgroup.com
**Michael S. Leib;** msl@maddinhauser.com
**Richard M. Meth;** msteen@daypitney.com
**Michelle T. Sutter;** msutter@ag.state.oh.us
**Michael R. Wernette;** mwernette@schaferandweiner.com
**Nancy Grim;** nancy.grim@nancygrimlaw.net
**Neal S. Mann;** neal.mann@oag.state.ny.us
**Neysa Ann Fligor;** neysa.fligor@cco.sccgov.org
**Neil Andrew Goteiner;** ngoteiner@fbm.com
**Nan E. Joesten;** njoesten@fbm.com
**Norman D. Orr;** norman.orr@kkue.com
**Norman W. Bernstein;** nwbernstein@nwbllc.com
**Michael Reed;** nycourts@mvbalaw.com
**Richard W. Paige**aige@bsplaw.com
**Paul R. Hage**hage@jaffelaw.com
**Philip D. Anker**hilip.anker@wilmerhale.com
**Phillip W. Bohl**hillip.bohl@gpmlaw.com
**Peter F. Jazayeri**jazayeri@ecjlaw.com
**Patrick J. Kukla**kukla@carsonfischer.com
**David L. Pollack**ollack@ballardspahr.com
**Peter S. Partee**partee@hunton.com
**Paul J. Pascuzzi**pascuzzi@ffwplaw.com
**Ronald S. Pretekin**retekin@coollaw.com
**Paul J. Ricotta**ricotta@mintz.com
**John J. Privitera**rivitera@mltw.com
**Paul Rubin**rubin@herrick.com
**Susan Przekop-Shaw**rzekopshaws@michigan.gov
**Paul H. Silverman**Silverman@mclaughlinstern.com
**Patrick J. Trostle**trostle@jenner.com
**P. Warren Hunt**wh@krwlaw.com
**Peter Alan Zisser**zisser@ssd.com
**Dennis Jay Raterink;** raterinkd@michigan.gov
**Robert L. Barrows;** rbarrows@wdblaw.com

10

**Richard J. Bernard;** rbernard@bakerlaw.com
**Robert H. Brownlee;** rbrownlee@thompsoncoburn.com
**Robert N. H. Christmas;** rchristmas@nixonpeabody.com
**Robert C. Pottinger;** rcpottinger@bslbv.com
**Randall D. Crocker;** rcrocker@vonbriesen.com
**Jeffrey L. Coxon;** rellis@warrenyoung.com
**Renee M. Dailey;** renee.dailey@bgllp.com
**Richard F. Hahn;** rfhahn@debevoise.com
**Robert J. Figa;** rfiga@comlawone.com
**Robert H. Garretson, III;** rgarretson@hmklawyers.com
**Roland Gary Jones;** rgj592005@gmail.com
**Robert D. Gordon;** rgordon@clarkhill.com
**Ryan D. Heilman;** rheilman@schaferandweiner.com
**Richard L. Epling;** richard.epling@pillsburylaw.com
**Richard W. Martinez;** Richardnotice@rwmaplc.com
**Robert M. Isackson;** risackson@orrick.com
**Rein F. Krammer;** rkrammer@masudafunai.com
**Richard E. Kruger;** rkruger@jaffelaw.com
**Robert L. LeHane;** rlehane@kelleydrye.com
**Ralph E. McDowell;** rmcdowell@bodmanllp.com
**Robert N. Michaelson;** rmichaelson@klgates.com
**Robert J. Lemons;** robert.lemons@weil.com
**Robert J. Rosenberg;** robert.rosenberg@lw.com
**Ronald Oran, Jr.;** roran@velaw.com
**Gerolyn P. Roussel;** rousselp@bellsouth.net
**Rakhee V. Patel;** rpatel@pronskepatel.com
**Sanford Philip Rosen;** rpc@rosenpc.com
**Robert W. Phillips;** rphillips@simmonscooper.com
**Robert R. Kracht;** rrk@mccarthylebit.com
**Robert R. Ross;** rrross@fedex.com
**Robert T. Schmidt;** rschmidt@kramerlevin.com
**Rebecca H. Simoni;** rsimoni@vonbriesen.com
**Robert T. Smith;** rsmith@cniinc.cc
**Richard G. Smolev;** rsmolev@kayescholer.com
**Raymond J. Urbanik;** rurbanik@munsch.com
**Robert B. Weiss;** rweiss@honigman.com
**Scott A. Golden;** sagolden@hhlaw.com
**Salvatore A. Barbatano;** sbarbatano@foley.com
**Steven Harris Blatt;** sblatt@dealerlaw.com
**Sarah M. Chen;** schen@lockelord.com
**Eric Lopez Schnabel;** schnabel.eric@dorsey.com
**Shawn M. Christianson;** schristianson@buchalter.com
**Jonathan R. Schulz;** schulz@bsplaw.com
**Sam Della Fera, Jr.;** sdellafera@trenklawfirm.com
**Steven A. Ginther;** sdnyecf@dor.mo.gov
**Stephen Vincent Falanga;** sfalanga@connellfoley.com

11

**Stephen B. Foley;** sfoley@sbfpc.com
**Shawn Randall Fox;** sfox@mcguirewoods.com
**Scott J. Freedman;** sfreedman@dilworthlaw.com
**Samir Gebrael;** sgebrael@klestadt.com
**Sonya N. Goll;** sgoll@sbplclaw.com
**Stephen H. Gross;** sgross@hodgsonruss.com
**Stephen M. Gross;** sgross@mcdonaldhopkins.com
**Stephen B. Grow;** sgrow@wnj.com
**Mark H. Shapiro;** shapiro@steinbergshapiro.com
**Mark H. Shapiro;** shapiro@steinbergshapiro.com
**Andrea Sheehan;** sheehan@txschoollaw.com
**Suzanne Hepner;** shepner@lrbpc.com
**Shmuel Vasser;** shmuel.vasser@dechert.com
**Robert Sidorsky;** sidorsky@butzel.com
**Steve Jakubowski;** sjakubowski@colemanlawfirm.com
**Susan Jennik;** sjennik@kjmlabor.com
**Sara J. Geenen;** sjg@previant.com
**Susan Power-Johnston;** sjohnston@cov.com
**Susan R. Katzoff;** skatzoff@hiscockbarclay.com
**Stuart Komrower;** skomrower@coleschotz.com
**Stuart A. Krause;** skrause@zeklaw.com
**Stuart A. Laven, Jr.;** slaven@beneschlaw.com
**Steven A. Matta;** smatta@mattablair.com
**Susan M. Cook;** smcook@lambertleser.com
**Steven R. Montgomery;** smontgomery@rawle.com
**Kenneth M. Schneider;** smpcecf@gmail.com
**Sean A. O'Neal;** soneal@cgsh.com
**Nathan R. Soucy;** soucy@cwg11.com
**Scott K. Rutsky;** srutsky@proskauer.com
**Steven Schwartz;** sschwart@winston.com
**Stephen B. Selbst;** sselbst@herrick.com
**Stephen J. Shimshak;** sshimshak@paulweiss.com
**Scott Michael Singer;** ssinger@dglaw.com
**Scott A. Steinberg;** ssteinberg@rattetlaw.com
**Sharon L. Stolte;** sstolte@stinsonmoheck.com
**Stephanie Wickouski;** stephanie.wickouski@dbr.com
**Stephen Karotkin;** stephen.karotkin@weil.com
**James M. Sullivan;** sullivan.james@arentfox.com
**Sean M. Walsh;** swalsh@gmhlaw.com
**Marc N. Swanson;** swansonm@millercanfield.com
**Scott A. Wolfson;** swolfson@wolfsonbolton.com
**Terrance A. Hiller;** tah@kompc.com
**Stanley B. Tarr;** tarr@blankrome.com
**Thomas V. Askounis;** taskounis@askounisdarcy.com
**Tonya A. Trumm;** tatrumm@michaelbest.com
**Teresa H. Chan;** tchan@sidley.com

12

**Trent P. Cornell;** tcornell@stahlcowen.com
**Thomas H. Curran;** tcurran@haslaw.com
**Teresa K.D. Currier;** tcurrier@saul.com
**Timothy J. Dance;** tdance@swlaw.com
**Timothy D. Moratzka;** tdm@mcmlaw.com
**J. Ted Donovan;** TDonovan@Finkgold.com
**Thomas R. Fawkes;** tfawkes@freebornpeters.com
**Thomas M. Kennedy;** tkennedy@kjmlabor.com
**Troy King;** tking@ago.state.al.us
**Thomas F. Koegel;** tkoegel@flk.com
**Thomas K. Lindahl;** tlindahl@kotzsangster.com
**Tristan Manthey;** tmanthey@hellerdraper.com
**Timothy Brian Martin;** tmartin@torys.com
**Timothy S. McFadden;** tmcfadden@lockelord.com
**Timothy M. Reardon;** tmreardon@nnblaw.com
**Todd Murray Bailey;** todd.bailey@ftb.ca.gov
**Thomas L. Kent;** tomkent@paulhastings.com
**Thomas J. Schank;** tomschank@hunterschank.com
**Thomas W. Schouten;** tschouten@dunnsslaw.com
**Tiffany Strelow Cobb;** tscobb@vorys.com
**Tricia A. Sherick;** tsherick@honigman.com
**William T. Green, III;** uncbill@msn.com
**Vincent D'Agostino;** vdagostino@lowenstein.com
**Victoria D. Garry;** vgarry@ag.state.oh.us
**Victor J. Mastromarco, Jr.;** vmastromar@aol.com
**William M. Barron;** wbarron@sgrlaw.com
**Walter Benzija;** wbenzija@halperinlaw.net
**William J. Brown;** wbrown@phillipslytle.com
**Wm. David Coffey, III;** wdcoffeylaw@yahoo.com
**Martin James Weis;** weismj@dilworthlaw.com
**Wendy J. Gibson;** wgibson@bakerlaw.com
**William F. Gray;** wgray@torys.com
**Wendy B. Green;** wgreen@formanlaw.com
**Matthew E. Wilkins;** wilkins@bwst-law.com
**Wendy G. Marcari;** wmarcari@ebglaw.com
**William R. Fried;** wrfried@herrick.com
**Wendy S. Walker;** wwalker@morganlewis.com
**Jonathan W. Young;** young@wildman.com

6425408v1

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be served by First Class Mail on the following parties:

**Andrew D. Velez-Rivera**
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**Brian Shoichi Masumoto**
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**David A. Salim**
Hicks Schmidlin & Salm, P.C.
5302 Gateway Centre
Flint, MI 48507

**Don V. Ploeger**
P.O. Box 96
Austin, TX 78767-0096

**Garland S. Cassada**
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246

**Gary Greenberg**
666 Fifth Avenue, 27th Floor
New York, NY 10103

**Gene T. Moore**
Law Office of Gene T. Moore, P.C.
1802 Fifteenth Street
Tuscaloosa, AL 35401

**Jack M. Wilhelm**
Jack M. Wilhelm Attorney at Law
1201 Rio Grande, Suite 100
Austin, TX 78701

**James B. Holden**
1525 Sherman Street, 7th Floor
Denver, CO 80203

**Jerry Patterson**
P.O. Box 629
Marshall, AR 72650

**Jerry W. Gerde**
Johnston Harris Gerde & Komarek, P.A.
239 East 4th Street
Panama City, FL 32401

**John G. Cronin**
722 Chestnut Street
Manchester, NH 03104

**Joseph O'Neil, Jr.**
Smith Reed LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

**Kenitta Franklin1 Toole**
Mississippi State Tax Commission
P.O. Box 1033
Jackson, MS 39215

**Kenneth G. McIntyre**
Sinas Dramis Brake Boughton & McIntyre, P.C.
3380 Pine Tree Road
Lansing, MI 48911

**Mary M. MaloneyHuss**
W.L. Gore & Associates, Inc.
551 Paper Mill Road
P.O. Box 9206
Newark, DE 19714

**Michael S. Holmes**
8100 Washington Avenue, Suite 120
Houston, TX 77007

14

| | |
|---|---|
| **Michael S. Kimm**<br>Kimm Law Firm<br>41 B Bancker Street<br>Englewood, NJ 07631 | **Thomas M. Spera**<br>The MathWorks, Inc.<br>3 Apple Hill Drive<br>Natick, MA 01760 |
| **Nicholaus J. Dilly**<br>Angelina Fraccaro & Herrick, P.C.<br>1626 W. Colonial Parkway<br>Inverness, IL 60067 | **Thomas Moers Mayer**<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| **P. Richard Hartley**<br>Hartley & Hicman<br>Post Office Box 583<br>Greenville, AL 36037 | **Todd A. Burgess**<br>Greenberg Traurig LLP<br>2375 East Camelback Road, Suite 700<br>Phoenix, AZ 85016 |
| **Paul Traub**<br>Epstein Becker & Green, P.C.<br>250 Park Avenue, 11th Floor<br>New York, NY 10177-1211 | **Trent B. Collier**<br>Dickinson Wright PLLC<br>301 E. Liberty Street, Suite 500<br>Ann Arbor, MI 48104 |
| **Robert E. Greenberg**<br>Friedlander Misler, PLLC<br>1101 Seventeenth Street NW, Suite 700<br>Washington,, DC 20026-4704 | **Tristram T. Buckley**<br>Law Offices of Tristram Buckley<br>426 S. Rexford Drive, Suite 12<br>Beverly Hills, CA 90212 |
| **Stephen C. Tingey**<br>Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | **Yoshihiro Saito**<br>2000 M Street NW 7th Floor<br>Washington, DC 20036 |
| **Terrence E. McCartney**<br>Rheingold Valet Rheingold<br>Shkolnik & McCartney LLP<br>113 East 37th Street<br>New York, NY 10016 | |

by enclosing in an envelope, postage prepaid, and by depositing the same in the United States

mail in Minneapolis, Minnesota, such an address being the last known address of said party.

Dated:  November 4, 2009                              /e/Callie M. Bird
                                                                        Callie M. Bird

6425408v1