JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
Patrick J. Trostle
Heather D. McArn

353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484
Joseph P. Gromacki
Daniel R. Murray

Special Counsel to Debtors and Debtors-In-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                                        :          **Chapter 11**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :          **Case No. 09-50026 (REG)**
**f/k/a General Motors Corp.,** *et al.*,                   :
:
                                                      Debtors.        :          **(Jointly Administered)**
:
------------------------------------------------------------x

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Joseph P. Gromacki, Daniel R. Murray, Michael S. Terrien and the Chicago office of the law firm of Jenner & Block LLP have the following new address, effective November 1, 2009:

> Jenner & Block LLP
> 353 N. Clark St.
> Chicago, IL  60654-3456

All service of papers and correspondence should be directed to the new address.  All existing telephone and facsimile numbers, as well as e-mail addresses will remain the same.

Please note that this address change applies only to Jenner & Block LLP's Chicago office.

Dated: November 4, 2009
Chicago, Illinois

          JENNER & BLOCK LLP

        By: */s/ Patrick J. Trostle*
          919 Third Avenue, 37th Floor
          New York, New York 10022-3908
          Telephone: (212) 891-1600
          Facsimile: (212) 891-1699
          Patrick J. Trostle
          Heather D. McArn

          353 North Clark Street
          Chicago, Illinois 60654-3456
          Telephone: (312) 222-9350
          Facsimile: (312) 527-0484
          Joseph P. Gromacki
          Daniel R. Murray

          Special Counsel for Debtors
          and Debtors in Possession

1801827.1