GREENBERG TRAURIG, LLP
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
diconzam@gtlaw.com

Counsel for Remy International, Inc., Remy Inc., and
Remy Power Products, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
: Chapter 11
In re :
: Case No. 09-50026(REG)
MOTORS LIQUIDATION COMPANY, et al., :
: (Jointly Administered)
Debtors. :
:
------------------------------------- x

**NOTICE OF WITHDRAWAL OF OBJECTION OF REMY INTERNATIONAL,**
**INC., REMY INC., AND REMY POWER PRODUCTS, LLC TO DEBTORS'**
**ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**
**AND CURE COSTS RELATED THERETO**

PLEASE TAKE NOTICE that the undersigned hereby withdraws the Objection of Remy International, Inc., Remy Inc., and Remy Power Products, LLC ("Remy") to Notice of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts And (II) Cure Costs Related Thereto (the "Objection") (Docket No. 831), filed in the above-captioned case on June 12, 2009.  Remy is withdrawing the Objection pursuant to the Agreement to Resolve Objection to Cure Notice, dated October 29, 2009, between Remy and General Motors Company (the "Cure Settlement Agreement"), which resolves the dispute regarding the Cure Amount due to Remy in connection with the assumption and assignment of the agreement between Remy, on the one hand and the above-captioned Debtors, on the other hand, as asserted by the Debtors in the *Notice of (I) Debtors Intent to Assumption And Assignment Of Executory Contracts And Cure*

PHX 329,051,973v1 11-4-09

*Costs Related Thereto*, dated June 2, 2009 (the "Notice"), and any other objections raised by Remy to the Cure Amounts in the Objection.

This Withdrawal is without prejudice to Remy's rights to: (a) object to additional and further designations of any agreements for assumption and assignment, and other than those included in the Notice; (b) renew its Objection in the event that the terms of the Cure Settlement Agreement are breached by the Debtors or the Purchaser; and (c) file any additional papers or applications with respect to the agreed upon Cure Amounts in the event they are not timely paid.

Dated:  November 4, 2009
       New York, New York

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:  */s/ Maria J. DiConza*
     Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
diconzam@gtlaw.com

Counsel for Remy International, Inc., Remy Inc., and Remy Power Products, LLC