Stephen M. Gross, Esq.
McDonald Hopkins PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI  48304
Phone:  248.220.1342
Fax:  248.646.5075
E-mail:  sgross@mcdonaldhopkins.com

**Counsel for Swagelok Company**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re                                                       :    Chapter 11
                                                            :
GENERAL MOTORS CORPORATION, *et al*.,                       :    Case No. 09-50026 (REG)
                                                            :
                 Debtors.                                   :    (Jointly Administered)
------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF SWAGELOK COMPANY TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS,  UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE COSTS RELATED THERETO

Swagelok Company ("Swagelok"), through its undersigned counsel, hereby withdraws its limited objection filed previously on June 12, 2009 [Docket No. 699] (the "Objection")  to the *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto* (the "Assignment Notice"), served upon Swagelok by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to this Court's Bidding Procedures Order [Docket No. 274].

{1928790:}

Respectfully submitted,

MCDONALD HOPKINS PLC


/s/ Stephen M. Gross
Stephen M. Gross (MI Bar Id. P35410)
39533 Woodward Ave., Ste. 318
Bloomfield Hills, Michigan 48304
Telephone: 248.646.5070
Facsimile: 248.646.5075
E-mail: sgross@mcdonaldhopkins.com
*Counsel for Swagelok Company*

Dated: November 4, 2009

{1928790:}