SCHIFF HARDIN LLP
900 Third Avenue
23rd Floor
New York, NY 10022
(212) 753-5000 (phone)
(212) 753-5044 (fax)
Louis T. DeLucia

-and-

233 S. Wacker Dr., Suite 6600
Chicago, IL 60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (fax)
Eugene J. Geekie, Jr.
Jason M. Torf
*Attorneys for Columbia Gas Transmission Corp., Columbia Gas of Ohio, Inc.*
*and Columbia Gas of Virginia, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JASON M. TORF AND**
**SCHIFF HARDIN LLP AND REQUEST TO BE REMOVED**
**FROM SERVICE LIST**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Jason M. Torf and Schiff Hardin LLP ("Counsel") file this Notice of Withdrawal of Appearance and Request to be Removed from Service List in the above-captioned proceeding, and in connection therewith state as follows:

1.  Counsel has been acting as counsel for Columbia Gas Transmission Corp., Columbia Gas of Ohio, Inc. and Columbia Gas of Virginia, Inc. (the "Represented Parties") relating to the above-referenced bankruptcy proceeding.

2. Counsel is no longer counsel to the Represented Parties in the above-referenced bankruptcy proceeding and therefore it is no longer necessary for Counsel to receive copies of notices in this bankruptcy proceeding.

3. Therefore, Counsel withdraws his appearance and requests that he be removed from all present and future service lists in this case.

Dated: November 4, 2009             SCHIFF HARDIN LLP

By: /s/ Jason M. Torf
Eugene J. Geekie, Jr.
Jason M. Torf
233 South Wacker Drive
Suite 6600
Chicago, Illinois 60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (facsimile)
jtorf@schiffhardin.com
pfokuo@schiffhardin.com

-and-

Louis T. DeLucia
900 Third Avenue
23rd Floor
New York, NY 10022
(212) 753-5000 (phone)
(212) 753-5044 (fax)
ldelucia@schiffhardin.com

*Attorneys for Columbia Gas Transmission Corp., Columbia Gas of Ohio, Inc. and Columbia Gas of Virginia, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing has been served on this 4th day of November, 2009 to all parties receiving CM/ECF notice in this case.

/s/ Jason M. Torf
Jason M. Torf

CH2\8039664.1