CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone:  (212) 225-2000
Facsimile:   (212) 225-3999
Sean A. O'Neal

*Attorneys for Valeo, Inc. and certain of it affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

In re                                                                                       :

MOTORS LIQUIDATION COMPANY, *et al.,*
f/k/a General Motors Corporation, *et al*.,            :

                            Debtors.            :

------------------------------------------------------------------------- X

Chapter 11

Case No. 09-50026 (REG)
(Jointly Administered)

SUPPLEMENTAL
CERTIFICATE OF SERVICE

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 2nd day of November 2009, the Notice of Withdrawal of Limited Objection of Valeo, Inc. and Certain of its Affiliates to Proposed Cure Costs was served by fax, hand and by Federal Express, as indicated, upon:

**BY FAX:**

| | | | |
|---|---|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. | Weil, Gotshal & Manges LLP | 212-310-8007 | 212-310-8000 |
| John J. Rapisardi, Esq. | Cadwalader, Wickersham & Taft LLP | 212-504-6666 | 212-504-6000 |
| Kenneth H. Eckstein, Esq.<br>Thomas Moers Mayer, Esq.<br>Gordon Novod, Esq. | Kramer Levin Naftalis & Frankel LLP | 212-715-8000 | 212-715-9100 |

| | | | |
|---|---|---|---|
| Michael J. Edelman, Esq.<br>Michael L. Schein, Esq. | Vedder Price, P.C. | 212-407-7799 | 212-407-7700 |
| Diana G. Adams, Esq.<br>Brian Masumoto, Esq.<br>Andrew D. Velez-Rivera, Esq. | Office of the U.S. Trustee for the Southern District of New York | 212-668-2255 | 212-510-0500 |
| Matthew Feldman, Esq. | U.S. Treasury | 202-622-0073 | 202-622-2000 |

**BY HAND:**

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.
Brian Masumoto, Esq.
Andrew D. Velez-Rivera, Esq.

**BY FEDERAL EXPRESS**

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Gordon Novod, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
Attn: Stephen Karotkin, Esq.
Attn: Joseph H. Smolinsky, Esq.

The U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Matthew Feldman, Esq.

        General Motors Corporation
        300 Renaissance Center
        Detroit, Michigan 48265
        Attn: Lawrence S. Buonomo, Esq.

        General Motors Corporation
        30009 Van Dyke Avenue
        Warren, Michigan 48090-9025
        Attn: Warren Command Center
        Mailcode 480-206-114

        Vedder Price, P.C.
        1633 Broadway, 47th Floor
        New York, New York 10019
        Attn: Michael J. Edelman, Esq.
        Attn: Michael L. Schein, Esq.

Dated:  New York, New York
       November 4, 2009

                                        /s/Richard V. Conza
                                           Richard V. Conza