** <u>NOTE NEW HEARING DATE AND TIME</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                    :

In re                        :        **Chapter 11 Case No.**
                                      :

**MOTORS LIQUIDATION COMPANY,** *et al.*,  :        **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*  :
                                      :

                  **Debtors.**        :        **(Jointly Administered)**
                                      :

-------------------------------------------------------------x

**AMENDED NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON NOVEMBER 5, 2009 at 9:45 a.m.**
<u>**(Previously Scheduled for November 6, 2009 at 9:45 a.m.)**</u>

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.**    **CONTESTED MATTERS:**

1.    Hearing to Consider Certain Continuing Objections to the Order (i) Authorizing the Sale of Assets Pursuant to the Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser (the "**Purchaser**"); (ii) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (iii) Granting Related Relief [**Docket No. 2968**]

      <u>Response Deadline</u>:      Varies depending on date of receipt of notice of assumption and assignment of executory contract.

      <u>**Status:**</u>      Debtors will provide a status update to the Court. Limited Contract Objections still outstanding will be adjourned to a future hearing.

2.    Motion of Movant in the Action Entitled Walter J. Lawrence v. General Motors Hourly Rate Employee Pension, and General Motors Corporation, 5:07-CV-408 OC, United States District Court, Middle District of Florida for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) [**Docket No. 4202**]

Response Deadline:       October 30, 2009 at 4:00 p.m.

Response Filed:

     A.    Debtors Opposition to the Motion of Walter J. Lawrence for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) **[Docket No. 4327]**

Reply Filed:

     **B.**    **Movant's Sur-Reply to Debtor's Opposition to Motion of Movant in the Action Entitled Walter J. Lawerence v. General Motors Hourly Rate Employee Pension, and General Motors Corporation, 5:07-CV-408 OC, United States District Court, Middle District of Florida for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) [Docket No.  4364]**

Additional Document(s):    None to date.

**Status:**    This matter is going forward.

## II.   UNCONTESTED MATTERS:

   3.   Motion for Entry of Order Authorizing Rejection of Agreement for Engine Maintenance Services for Gulfstream V Aircraft **[Docket No. 3690]**

     Response Deadline:      August 13, 2009 at 4:00 p.m.

     Response Filed:     None to date.

     Reply Filed:     None to date.

     Additional Document(s):    None to date.

     **Status:**    This matter is going forward.  Stipulation resolving items 3 and 4 will be handed up to the Court.

   4.   Motion of Entry of Order Approving Assumption of Agreement for Engine Maintenance Services for Gulfstream 350 Aircraft **[Docket No. 3702]**

     Response Deadline:      August 13, 2009 at 4:00 p.m.

     Response Filed:     None to date.

     Reply Filed:     None to date.

Additional Document(s):          None to date.

**Status:**          This matter is going forward.  Stipulation resolving items 3 and 4 will be handed up to the Court.

5.          Motion of Bonnie J. Reynolds and Garland Reynolds, Jr. for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 **[Docket No. 4207, 4215]**

Response Deadline:          November 3, 2009 at 4:00 p.m.

Response Filed:          None to date.

Reply Filed:          None to date.

Additional Document(s):          None to date.

**Status:**          This matter is going forward. Debtors will present a Stipulation to the Court.

6.          Debtors' Eighth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property **[Docket No. 4291]**

Response Deadline:          November 2, 2009 at 4:00 p.m.

Response Filed:

A.          Objection of BMW Group to Debtors' Eighth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property **[Docket No. 4323]**

B.          Limited Objection of Linden Development, LLC to Debtors' Eighth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property **[Docket No. 4337]**

C.          Objection of Knowledge Learning Corporation to Debtors' Eighth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property **[Docket No. 4338]**

Reply Filed:          None to date.

Additional Document(s):          None to date.

**Status:**       This matter is going forward on an uncontested basis as all objections filed will be resolved by the parties or adjourned to a future hearing date.

## III.    ADJOURNED MATTERS:

7.     Motion of Plaintiffs in the Action Entitled Friedman v. General Motors Corp., 08 CIV 2458 (SAS) for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) **[Docket No. 2759]**

Response Deadline:       July 15, 2009 at 4:00 p.m.;
Extended to December 9, 2009 at 4:00 p.m.

Response Filed:       None to date.

Reply Filed:       None to date.

Additional Document(s):

A.       Notice of Hearing filed by William R. Fried on behalf of Evgeny A. Friedman, Vladimir Basin, Bazar Taxi Inc., Black Label Taxi LLC, Bratishka Taxi Inc., Calvados Taxi LLC, Cognac Taxi LLC, Downtown Taxi Management, LLC, Mamed Dzhaniyev, Grappa Taxi LLC, Hublot Taxi Inc., Jack Daniels Taxi LLC, Kormilitsa Taxi Inc., Kroshka Taxi Inc., Lacoste Taxi Inc., Malinka Taxi Inc., Murzik Taxi Inc., Patron Taxi LLC, Persik Taxi Inc., Piguet Taxi Inc., Prada Taxi Inc., Praga Taxi Inc., Pumo Taxi Inc., Sangria Taxi LLC, Student Taxi Inc., Tequila Taxi LLC, Torpedo Taxi Inc., Tunnel Taxi Management, LLC, Two Hump Taxi LLC, Victory Taxi Garage Inc., Volba Taxi Inc., Yagodka Taxi Inc. **[Docket No. 2983]**

**Status:**       This matter has been adjourned to December 16, 2009 at 4:00 p.m.

8.     Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation **[Docket No. 3023]**

Response Deadline:       N/A

Response Filed:

A.       Debtors Opposition to the Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1

Modifying The Automatic Stay to Allow Continuation of Pre-Petition Litigation **[Docket No. 3485]**

Reply Filed:               None to date.

Additional Document(s):     None to date.

**Status:**             This matter has been adjourned to November 24, 2009 at 10:30 a.m.

9.     Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3212]**

Response Deadline:       July 29, 2009 at 4:00 p.m.

Response Filed:

    A.    Objection of Wells Fargo Bank Northwest, N.A., to Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3534]**

Reply Filed:

    B.    Reply to Objection of Wells Fargo Bank Northwest, N.A., to Motion by Debtors for Entry of Order Authorizing Rejection of Certain Person Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3585]**

Additional Document(s):

    C.    Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3619]**

    D.    Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3805]**

    E.    Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 4031]**

    F.    Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or

Abandonment of Collateral to Secured Creditors **[Docket No. 4171]**

**Status:**     This matter has been adjourned to November 12, 2009 at 2:00 p.m.

10.     Status Conference regarding Motion of ACE American Insurance Company and Affiliated Companies to Compel Debtors to Assume or Reject Insurance Policies and Related Agreements **[Docket No. 3272]**

Response Deadline:          N/A

Response Filed:          None to date.

Reply Filed:          None to date.

Additional Document(s):

A.     Notice of Withdrawal of Motion by ACE American Insurance Company and Affiliated Companies for an Order Requiring the Debtors to Assume or Reject Insurance Policies and Related Agreements **[Docket No. 4004]**

**Status:**     This matter is being adjourned.

11.     Application of Federal Republic of Germany for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to have Knowledge of the Relevant Matters **[Docket No. 3520]**

Response Deadline:          August 11, 2009 at 12:00 p.m.

Response Filed:          None to date.

Reply Filed:

A.     Debtors' Opposition to the Application of Federal Republic of Germany for an Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket No. 4325]**

Additional Document(s):

B.     Notice of Presentment of Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Compelling the Production

of Documents by, and a Deposition of, the Debtors **[Docket No. 3519]**

**Status:**       This matter has been adjourned to December 16, 2009 at 2:00 p.m.

12.      Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to have Knowledge of the Relevant Matters filed by Samir Gebrael on behalf of The Brittinghams **[Docket No. 3665]**

Response Deadline:       August 13, 2009 at 5:00 p.m.

Response Filed:       None to date.

Reply Filed:       None to date.

Additional Document(s):

     A.      Notice of Presentment of Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Compelling the Production of Documents by, and a Deposition of, the Debtors filed by Samir Gebrael on behalf of The Brittinghams **[Docket No. 3664]**

**Status:**       This matter has been adjourned to November 12, 2009 at 2:00 p.m.

13.      Notice of Presentment of Order with Respect to Motion of The Bank Of New York Mellon Trust Company, N.A., as Resigning Indenture Trustee, for Entry of an Order Appointing Manufacturers and Traders Trust Company as Successor Indenture Trustee **[Docket No. 3759]**

Response Deadline:       August 21, 2009 at 11:00 a.m.

Response Filed:       None to date.

Reply Filed:       None to date.

Additional Document(s):

     A.      Verified Statement of Manufactures and Traders Trust Company Pursuant to Bankruptcy Rule 2019 **[Docket No. 3844]**

     B.      Verified Statement of Milbank, Tweed, Hadley & McCloy LLP Pursuant to Federal Rule  of Bankruptcy Procedure 2019**[Docket No. 3847]**

**Status:**       This matter is being adjourned.

14.    Application for an Order Pursuant to Rule 2004 of the Federal Rules of
Bankruptcy Procedure Authorizing and Directing (A) the Production of
Documents and (B) the Oral Examination of Individuals Designated by the
Debtors and Believed to have Knowledge of the Relevant Matters filed by N.
Kathleen Strickland on behalf of Remy International, Inc. **[Docket No. 3770]**

Response Deadline:        August 20 2009 at 5:00 p.m.;
                          Extended to November 17, 2009 at 4:00 p.m.

Response Filed:           None to date.

Reply Filed:              None to date.

Additional Document(s):

A.    Notice of Presentment of Order Pursuant to Rule 2004 of the
Federal Rules of Bankruptcy Procedure Compelling Production of
Documents by, and Oral Examination of, the Debtors by N.
Kathleen Strickland on behalf of Remy International, Inc. **[Docket
No. 3769]**

**Status:**    This matter has been adjourned to November 24, 2009 at 10:30
a.m.

15.    Motion for Relief from the Automatic Stay, or in the Alternative, for an Order
Pursuant to Federal Rules of Bankruptcy Procedure 2004 Compelling an
Examination and Production of Documents  filed by Susan R. Katzoff on behalf
of The Schaefer Group, Inc. **[Docket No. 3880]**

Response Deadline:        September 9, 2009 at 4:00 p.m.;
                          Extended to January 13, 2010 at 4:00 p.m.

Response Filed:           None to date.

Reply Filed:              None to date.

Additional Document(s):   None to date.

**Status:**    This matter has been adjourned to January 20, 2010 at 9:45 a.m.

16.    Application of the Ad Hoc Committee of Personal Injury Asbestos Claimants
Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing
and Directing (A) the Production of Documents and (B) the Oral Examination of

Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket No. 4189]**

| | |
|---|---|
| Response Deadline: | November 3, 2009 at 4:00 p.m.; Extended to December 9, 2009 at 4:00 p.m. |
| <u>Response Filed</u>: | None to date. |
| <u>Reply Filed</u>: | None to date. |
| <u>Additional Document(s)</u>: | None to date. |

A.   Notice of Presentment of Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Compelling the Production of documents by, and a Deposition of, the Debtors **[Docket No. 4190]**

**<u>Status:</u>**   This matter has been adjourned to December 16, 2009 at 2:00 p.m.

17.   Debtors' Third Omnibus Motion Pursuant to 11 U.S.C. §365 to Reject Certain Unexpired Leases for Nonresidential Real Property- Tricon Verizon Leasing **[Docket No. 3044 & 4105]**

| | |
|---|---|
| Response Deadline: | N/A |
| <u>Response Filed</u>: | None to date. |
| <u>Reply Filed</u>: | None to date. |
| <u>Additional Document(s)</u>: | None to date. |

***[Intentionally Left Blank]***

**Status:**      This matter has been adjourned to November 24th, 2009 at 10:30 a.m.

Dated: November 3, 2009
      New York, New York

           /s/ Stephen Karotkin
           Harvey R. Miller
           Stephen Karotkin
           Joseph H. Smolinsky

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession