CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, | ) | (Jointly Administered) |
| et al., f/k/a GENERAL MOTORS CORP, | ) | |
| *et al.*, | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF ATS AUTOMATION TOOLING SYSTEMS, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

The Debtors and ATS Automation Tooling Systems, Inc. ("ATS Automation") having resolved the Cure Amount dispute raised in the *Limited Objection of ATS Automation Tooling Systems, Inc. to Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Objection") [Docket No. 777], and the Debtors having removed and re-assigned those certain contracts previously appearing at the Debtors' cure

5954558.2 25743/130024

website for ATS Automation or its affiliates that are in fact not contracts with ATS Automation or its affiliates currently, ATS Automation withdraws the Objection.

| | |
|---|---|
| Dated: November 5, 2009 | Respectfully submitted, |
| | CLARK HILL PLC |
| | /s/ Robert D. Gordon |
| | Robert D. Gordon (Mich. Bar No. P48627) |
| | 151 S. Old Woodward Avenue, Suite 200 |
| | Birmingham, Michigan 48009 |
| | (313) 965-8572 |
| | rgordon@clarkhill.com |
| | Counsel to ATS Automation Tooling Systems, Inc. |

5954558.2 25743/130024