CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, ) | (Jointly Administered) |
| et al., f/k/a GENERAL MOTORS CORP, ) | |
| *et al.*, ) | |
| ) | |
| Debtors. ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF ATS OHIO, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

The Debtors and ATS Ohio, Inc. ("ATS Ohio") having resolved the Cure Amount dispute raised in the *Limited Objection of ATS Ohio, Inc. to Notice of (I) Debtor's Intent to Assume and Assign Certain Executory Contracts Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto* (the "Objection") [Docket No. 709] pursuant to that certain letter agreement between the parties dated July 20, 2009 (the "Letter Agreement"), and the Debtors having removed and re-assigned those

certain contracts previously appearing at the Debtors' cure website for ATS Ohio or its affiliates that are in fact not contracts with ATS Ohio or its affiliates currently, ATS Ohio withdraws the Objection.

Dated: November 5, 2009

Respectfully submitted,

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (Mich. Bar No. P48627)
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(313) 965-8572
rgordon@clarkhill.com

Counsel to ATS Ohio, Inc.

5954553.3 25743/130024