UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :    Chapter 11
In re                                 :
                                      :    Case No. 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, et al.,   :
                                      :    (Jointly Administered)
                       Debtors.       :
                                      :
------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

Doreen Cusumano, being duly sworn, deposes and says:

1) I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

2) On November 4, 2009, I caused to be served a true and accurate copy of the *Notice Of Withdrawal Of Objection Of Remy International, Inc., Remy Inc., And Remy Power Products, LLC To Debtors Assumption And Assignment Of Certain Executory Contracts And Cure Costs Related Thereto* **[Docket No. 4361]** via regular mail on the parties listed on the attached Exhibit A.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Doreen Cusumano*
　　　　　　　　　　　　　　　　　　　　　　　　Doreen Cusumano

Sworn to before me this
4th day of November, 2009

*/s/ Allen G Kadish*

Allen G Kadish
Notary Public, State of New York
No. 02KA4946891
Qualified in New York County
Commission expires April 4, 2011

*PHX 329,052,266v1*

**Exhibit A**

Motors Liquidation Company
Attn: Ted Stenger
300 Renaissance Center
Detroit, MI 48265

General Motors Corporation
c/o Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotchal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

General Motors Company
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI 48265

U.S. Attorney's Office, S.D.N.Y.
Attn: David S. Jones, Esq.
      Matthew L. Schwartz, Esq.
86 Chambers Street, Third Floor
New York, New York 10007

The Debtors,
c/o Motors Liquidation Company
Attn: Warren Command Center
Mailcode 480-206-114
Cadillac Building
30009 Van Dyke Avenue
Warren MI 48090-9025

U.S. Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Export Development Canada
Vedder Price, P.C.

Attn:  Michael J. Edelman, Esq.
       Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

Office of the U.S. Trustee of the SDNY
Attn:  Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Office Committee of Unsecured Creditors
Attn:  Thomas Moers Mayer
       Amy Caton
       Adam C. Rogoff,
       Gregory G. Plotki, Esq.
       Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*PHX 329,052,266v1*