MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Wendy S. Walker
Telephone:    212-309-6000
Facsimile:    212-309-6001

*Attorneys for Toyota Motor Sales, U.S.A., Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MOTORS LIQUIDATION COMPANY, et al., ) | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., et al., ) | |
| ) | |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

    I hereby certify that on November 5, 2009, a true and correct copy of the foregoing *Response of Toyota Motor Sales, U.S.A., Inc. to Debtors' Objection to Certain 503(b)(9) Claims Under the Order Pursuant to 11 U.S.C. §§ 105(a) and 503(b)(9) Establishing Procedures for the Assertion, Resolution and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. §503(b)(9)* was served electronically through the Court's ECF System on all parties requesting electronic service and by Federal Express to the following persons at the following addresses:

Motors Liquidation Company
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Nathan M. Pierce, Esq.

Dated: New York, New York                   /s/ Kim Raulsome
        November 5, 2009                     Kim Raulsome

DB1/63910323.1