| | | EXECUTORY CONTRACTS | | | | |
|---|---|---|---|---|---|---|
| | **Contract Counterparty** | **Counterparty Address** | **Property Address** | **Contract Description** | **Contract Date** | **Rejection Date** |
| 1 | CIT Leasing | Atel Equipment Corp<br>Attn: Russell H. Wilder, CLP<br>600 California Street<br>6th Floor<br>San Francisco, CA  94108 | N/A | Mobile Equipment Lease, No. 416 | 11/01/2001 | 10/31/2009 |
| 2 | CIT Leasing | Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI  48302 | N/A | Mobile Equipment Lease, No. 487 | 01/01/2002 | 10/31/2009 |
| 3 | CIT Leasing | Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI  48303 | N/A | Mobile Equipment Lease, No. 2 | 07/01/2000 | 10/31/2009 |
| 4 | CIT Leasing | Somerset Capital Group<br>c/o Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI  48302 | N/A | Mobile Equipment Lease, No. 737 | 10/01/2003 | 10/31/2009 |
| 5 | CIT Leasing | Somerset Capital Group<br>c/o Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI  48303 | N/A | Mobile Equipment Lease, No. 298 | 05/01/2001 | 10/31/2009 |
| 6 | CIT Leasing | Somerset Capital Group<br>c/o Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI  48304 | N/A | Mobile Equipment Lease, No. 348 | 07/01/2001 | 10/31/2009 |
| 7 | CIT Leasing | Somerset Capital Group<br>c/o Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI  48305 | N/A | Mobile Equipment Lease, No. 343 | 07/01/2001 | 10/31/2009 |
| 8 | CIT Leasing | Somerset Capital Group<br>c/o Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI  48306 | N/A | Mobile Equipment Lease, No. 270 | 03/01/2001 | 10/31/2009 |
| 9 | CIT Leasing | Somerset Capital Group<br>c/o Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI  48307 | N/A | Mobile Equipment Lease, No. 708 | 01/01/2002 | 10/31/2009 |

| | Contract Counterparty | Counterparty Address | Property Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|---|
| 10 | CIT Leasing | Somerset Capital Group<br>c/o Macquarie Equipment Finance, LLC<br>Attn: Renee Molnar<br>2285 Franklin Road<br>Bloomfield Hills, MI  48308 | N/A | Mobile Equipment Lease, No. 296 | 04/01/2001 | 10/31/2009 |
| 11 | Connell Equipment Leasing Company | Connell Equipment Leasing,<br>Attn: Linda Sorkin<br>200 Connell Dr.<br>4th Floor<br>Berkely Heights, NJ  07922 | N/A | Mobile Equipment Lease, No. 52 | 02/01/2005 | 10/31/2009 |
| 12 | Connell Equipment Leasing Company | Connell Equipment Leasing,<br>Attn: Linda Sorkin<br>200 Connell Dr.<br>4th Floor<br>Berkely Heights, NJ  07923 | N/A | Mobile Equipment Lease, No. 13 | 12/01/1999 | 10/31/2009 |
| 13 | Detroit Diesel Corporation | Detroit Diesel Corporation<br>Attn: Chairman of the Board<br>13400 West Outer Drive,<br>Detroit, MI 48239-4001 | N/A | Indemnification Agreement | 12/13/1998 | 10/31/2009 |
| 14 | Detroit Diesel Corporation | Detroit Diesel Corporation<br>Attn: Chairman of the Board<br>13400 West Outer Drive,<br>Detroit, MI 48239-4001 | N/A | Sales Agreement | 10/31/1988 | 10/31/2009 |
| 15 | Detroit Diesel Corporation | Detroit Diesel Corporation<br>Attn: Chairman of the Board<br>13400 West Outer Drive,<br>Detroit, MI 48239-4001 | N/A | Indemnification Agreement | 10/31/1988 | 10/31/2009 |
| 16 | First American Capital | Mishawaka Leasing Company Inc.<br>Capital Preferred Yield Fund III, IV<br>Attn: Denise Jones<br>7901 Southpark Plaza, Suite 204<br>Littleton,  CO  80120 | N/A | Mobile Equipment Lease, No. 1232 | 06/01/1999 | 10/31/2009 |
| 17 | First American Capital | Mishawaka Leasing Company Inc.<br>Capital Preferred Yield Fund III, IV<br>Attn: Denise Jones<br>7901 Southpark Plaza, Suite 204<br>Littleton,  CO  80121 | N/A | Mobile Equipment Lease, No. 1158 | 07/01/2008 | 10/31/2009 |
| 18 | First American Capital | RBS Asset Finance<br>Attn: Mike O'Grady<br>71 South Whacker Drive<br>28th Floor,  Mail Stop IH2800<br>Chicago, IL  60680 | N/A | Mobile Equipment Lease, No. 1193 | 08/01/1999 | 10/31/2009 |

| | Contract Counterparty | Counterparty Address | Property Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|---|
| 19 | First American Capital | Republic Financial<br>c/o C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI 48381 | N/A | Mobile Equipment Lease, No. 1540 | 02/01/2006 | 10/31/2009 |
| 20 | First American Capital | Republic Financial<br>c/o C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI 48382 | N/A | Mobile Equipment Lease, No. 1492 | 02/01/2000 | 10/31/2009 |
| 21 | First American Capital | Republic Financial<br>c/o C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI 48383 | N/A | Mobile Equipment Lease, No. 842 | 08/01/1998 | 10/31/2009 |
| 22 | First American Capital | Summit Funding Group<br>Attn: Carl Zwilling<br>One Northlake Place<br>11500 Northlake Dr., Suite 300<br>Cincinnati, OH 45249 | N/A | Mobile Equipment Lease, No. SPO 199 | 12/01/1999 | 10/31/2009 |
| 23 | First American Capital | Summit Funding Group<br>Attn: Carl Zwilling<br>One Northlake Place<br>11500 Northlake Dr., Suite 300<br>Cincinnati, OH 45250 | N/A | Mobile Equipment Lease, No. 1445 | 11/01/1999 | 10/31/2009 |
| 24 | First American Capital | Wells Fargo Equipment Finance Inc.<br>c/o C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI 48381 | N/A | Mobile Equipment Lease, No. 1367 | 09/01/1999 | 10/31/2009 |
| 25 | First American Capital | Wells Fargo Equipment Finance Inc.<br>c/o C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI 48382 | N/A | Mobile Equipment Lease, No. 1613 | 04/01/2000 | 10/31/2009 |
| 26 | First American Capital | Wells Fargo Equipment Finance Inc.<br>c/o C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI 48383 | N/A | Mobile Equipment Lease, No. 1412 | 04/01/2000 | 10/31/2009 |
| 27 | Pacific Rim Capital, INC | Pacific Rim Capital Inc.<br>Attn: Marc Mills<br>15 Enterprise, Suite 400<br>Aliso Viejo, CA 92656 | N/A | Mobile Equipment Lease, No. 143 | 04/01/2004 | 10/31/2009 |

| | Contract Counterparty | Counterparty Address | Property Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|---|
| 28 | Pacific Rim Capital, INC | Relational Technology Solutions<br>Attn: Renee Rogers<br>3701 Algonquin Road, Suite 600<br>Rollling Meadows, IL 60008 | N/A | Mobile Equipment Lease, No. 89 | 11/01/2003 | 10/31/2009 |
| 29 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06901 | N/A | Mobile Equipment Lease, No. 571 | 08/01/2002 | 10/31/2009 |
| 30 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06902 | N/A | Mobile Equipment Lease, No. 661 | 11/01/2002 | 10/31/2009 |
| 31 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06903 | N/A | Mobile Equipment Lease, No. 554 | 06/01/2002 | 10/31/2009 |
| 32 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06904 | N/A | Mobile Equipment Lease, No. 620 | 10/01/2002 | 10/31/2009 |
| 33 | SCG Capital | SCG Capital Leasing, LLC<br>Attn: Linda Gargano<br>74 West Park Place<br>Stamford, CT 06905 | N/A | Mobile Equipment Lease, No. 411 | 06/01/2002 | 10/31/2009 |

**LEASES**

| | Contract Counterparty | Counterparty Address | Property Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|---|
| 1 | Berkeley Business Park Associates II, L.C. | Berkeley Business Park Associates II, L.C.<br>Attn: Legal Department<br>1057 Martinsburg Pike<br>P.O. Box 2530<br>Winchester, VA 22603-5409 | 891 Autoparts Place<br>Martinsburg, West Virginia | Restated Memorandum of Lease | 11/15/2005 | 10/31/2009 |
| 2 | Berkeley Business Park Associates II, L.C. | Berkeley Business Park Associates II, L.C.<br>Attn: Legal Department<br>1057 Martinsburg Pike<br>P.O. Box 2530<br>Winchester, VA 22603-5410 | 891 Autoparts Place<br>Martinsburg, West Virginia | Master Lease Agreement | 11/15/2005 | 10/31/2009 |

| | Contract Counterparty | Counterparty Address | Property Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|---|
| 3 | Troy Technology Park<br>South Troy Tech, LLC<br>TTP South, L.L.C. | Troy Technology Park<br>Attn: Legal Department<br>745 Barclay Cir., Suite 310<br>Rochester Hills, MI 48307-4586<br><br>South Troy Tech, LLC<br>Attn: Legal Department<br>5700 Crooks Road<br>Fourth Floor<br>Troy, MI 48098<br><br>TTP South, L.L.C.<br>Attn: Legal Department<br>74 E. Long Lake Road<br>First Floor<br>Bloomfield Hills, MI 48305 | 1870, 1900, 1932, 1994 Technology Drive<br>Troy, Michigan | Master Property Lease Agreement (Troy Technology Park) | 12/15/1995 | 10/31/2009 |
| 3A | DaimlerChrysler Corporation | Mercedes-Benz Hybrid, LLC<br>Board Member<br>Building 1, Room 808<br>Epplestrasse 225<br>DE<br><br>Mercedes-Benz Hybrid LLC<br>Attn: Executive Director, Hybrid Powertrain Programs<br>1870 Technology Dr., Cims 526-00-00<br>Troy, MI 48083-4232 | 1870, 1900, 1932 Technology Drive<br>Troy, Michigan | Sublease Agreement (Troy Technology Park) | 08/22/2005 | 10/31/2009 |
| 3B | LaSalle Bank National Association | Lasalle Bank National Association<br>c/o Centerline Servicing Inc.<br>Attn: Legal Department<br>5221 N. O'Connor Blvd., Suite 600<br>Irving, TX 75039 | 1870, 1900, 1932 Technology Drive<br>Troy, Michigan | Sublease Agreement (Troy Technology Park) | 07/25/2007 | 10/31/2009 |
| 3C | Marc Pomeroy | Marc Pomeroy<br>c/o Troy Technology Park, North<br>Attn: Legal Department<br>74 E. Long Lake Rd.<br>Bloomfield Hills, MI 48304 | 1994 Technology Drive<br>Troy, Michigan | Sublease Agreement (Troy Technology Park) | 04/26/2002 | 10/31/2009 |
| 3D | Skytel | Skytel<br>Attn: Brenda Bowlin<br>515 E. Amite Street<br>Jackson, MS 39201-2709 | 1994 Technology Drive<br>Troy, Michigan | Sublease Agreement (Troy Technology Park) | 05/13/2002 | 10/31/2009 |
| 3E | Skytel | Skytel<br>Attn: Brenda Bowlin<br>515 E. Amite Street<br>Jackson, MS 39201-2710 | 1994 Technology Drive<br>Troy, Michigan | Sublease Agreement (Troy Technology Park) | 05/07/2002 | 10/31/2009 |
| 3F | Skytel | Skytel<br>Attn: Brenda Bowlin<br>515 E. Amite Street<br>Jackson, MS 39201-2711 | 1994 Technology Drive<br>Troy, Michigan | Sublease Agreement (Troy Technology Park) | 04/23/2002 | 10/31/2009 |