## Schedule A

Production Contracts

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

| Contract # | Supplier Name | Contract Type |
|---|---|---|
| 1F5T002K | KARMANN MANUFACTURING LLC | Production |
| 1F5T002L | KARMANN MANUFACTURING LLC | Production |
| 1F5T0031 | KARMANN MANUFACTURING LLC | Production |
| 1F5T0061 | KARMANN MANUFACTURING LLC | Production |
| 1F5T0062 | KARMANN MANUFACTURING LLC | Production |
| 1F5T0071 | KARMANN MANUFACTURING LLC | Production |
| 1F5T0072 | KARMANN MANUFACTURING LLC | Production |
| 1F5T0074 | KARMANN MANUFACTURING LLC | Production |
| 1F5T0075 | KARMANN MANUFACTURING LLC | Production |
| 1F5T008X | KARMANN MANUFACTURING LLC | Production |
| 1F5T009L | KARMANN MANUFACTURING LLC | Production |
| 1F5T00B3 | KARMANN MANUFACTURING LLC | Production |
| 1F5T00BC | KARMANN MANUFACTURING LLC | Production |
| 1F5T00BD | KARMANN MANUFACTURING LLC | Production |
| 1F5T00BW | KARMANN MANUFACTURING LLC | Production |
| 1F5T00BX | KARMANN MANUFACTURING LLC | Production |
| 1F5T00C0 | KARMANN MANUFACTURING LLC | Production |
| 1F5T00C1 | KARMANN MANUFACTURING LLC | Production |
| 1F5T00C2 | KARMANN MANUFACTURING LLC | Production |

| | | |
|---|---|---|
| 1F5T00C3 | KARMANN MANUFACTURING LLC | Production |
| 1F5T00C4 | KARMANN MANUFACTURING LLC | Production |
| 1F5T00C5 | KARMANN MANUFACTURING LLC | Production |
| 1F5T0001 | WILHELM KARMANN GMBH | Production |
| 1F5T0002 | WILHELM KARMANN GMBH | Production |
| 1F5T0006 | WILHELM KARMANN GMBH | Production |
| 1F5T0007 | WILHELM KARMANN GMBH | Production |
| 1F5T0008 | WILHELM KARMANN GMBH | Production |
| 1F5T0009 | WILHELM KARMANN GMBH | Production |
| 1F5T000B | WILHELM KARMANN GMBH | Production |
| 1F5T000C | WILHELM KARMANN GMBH | Production |
| 1F5T000D | WILHELM KARMANN GMBH | Production |
| 1F5T000F | WILHELM KARMANN GMBH | Production |
| 1F5T000G | WILHELM KARMANN GMBH | Production |
| 1F5T000H | WILHELM KARMANN GMBH | Production |
| 1F5T000J | WILHELM KARMANN GMBH | Production |
| 1F5T000K | WILHELM KARMANN GMBH | Production |
| 1F5T000L | WILHELM KARMANN GMBH | Production |
| 1F5T000M | WILHELM KARMANN GMBH | Production |
| 1F5T000N | WILHELM KARMANN GMBH | Production |

| | | |
|---|---|---|
| 1F5T000P | WILHELM KARMANN GMBH | Production |
| 1F5T000R | WILHELM KARMANN GMBH | Production |
| 1F5T000T | WILHELM KARMANN GMBH | Production |
| 1F5T000V | WILHELM KARMANN GMBH | Production |
| 1F5T000W | WILHELM KARMANN GMBH | Production |
| 1F5T000X | WILHELM KARMANN GMBH | Production |
| 1F5T000Z | WILHELM KARMANN GMBH | Production |
| 1F5T0010 | WILHELM KARMANN GMBH | Production |
| 1F5T0011 | WILHELM KARMANN GMBH | Production |
| 1F5T0012 | WILHELM KARMANN GMBH | Production |
| 1F5T0013 | WILHELM KARMANN GMBH | Production |
| 1F5T0014 | WILHELM KARMANN GMBH | Production |
| 1F5T0015 | WILHELM KARMANN GMBH | Production |
| 1F5T0016 | WILHELM KARMANN GMBH | Production |
| 1F5T0017 | WILHELM KARMANN GMBH | Production |
| 1F5T0018 | WILHELM KARMANN GMBH | Production |
| 1F5T0019 | WILHELM KARMANN GMBH | Production |
| 1F5T001B | WILHELM KARMANN GMBH | Production |
| 1F5T001C | WILHELM KARMANN GMBH | Production |
| 1F5T001F | WILHELM KARMANN GMBH | Production |

| | | |
|---|---|---|
| 1F5T001G | WILHELM KARMANN GMBH | Production |
| 1F5T001H | WILHELM KARMANN GMBH | Production |
| 1F5T001K | WILHELM KARMANN GMBH | Production |
| 1F5T001L | WILHELM KARMANN GMBH | Production |
| 1F5T001M | WILHELM KARMANN GMBH | Production |
| 1F5T001N | WILHELM KARMANN GMBH | Production |
| 1F5T001P | WILHELM KARMANN GMBH | Production |
| 1F5T001R | WILHELM KARMANN GMBH | Production |
| 1F5T001T | WILHELM KARMANN GMBH | Production |
| 1F5T001V | WILHELM KARMANN GMBH | Production |
| 1F5T001W | WILHELM KARMANN GMBH | Production |
| 1F5T001X | WILHELM KARMANN GMBH | Production |
| 1F5T001Z | WILHELM KARMANN GMBH | Production |
| 1F5T0020 | WILHELM KARMANN GMBH | Production |
| 1F5T0029 | WILHELM KARMANN GMBH | Production |
| 1F5T002B | WILHELM KARMANN GMBH | Production |
| 1F5T002C | WILHELM KARMANN GMBH | Production |
| 1F5T002D | WILHELM KARMANN GMBH | Production |
| 1F5T002H | WILHELM KARMANN GMBH | Production |
| 1F5T002J | WILHELM KARMANN GMBH | Production |

| | | |
|---|---|---|
| 1F5T002N | WILHELM KARMANN GMBH | Production |
| 1F5T002P | WILHELM KARMANN GMBH | Production |
| 1F5T002R | WILHELM KARMANN GMBH | Production |
| 1F5T002T | WILHELM KARMANN GMBH | Production |
| 1F5T002V | WILHELM KARMANN GMBH | Production |
| 1F5T002W | WILHELM KARMANN GMBH | Production |
| 1F5T002X | WILHELM KARMANN GMBH | Production |
| 1F5T0030 | WILHELM KARMANN GMBH | Production |
| 1F5T0032 | WILHELM KARMANN GMBH | Production |
| 1F5T003D | WILHELM KARMANN GMBH | Production |
| 1F5T003F | WILHELM KARMANN GMBH | Production |
| 1F5T003K | WILHELM KARMANN GMBH | Production |
| 1F5T003L | WILHELM KARMANN GMBH | Production |
| 1F5T003M | WILHELM KARMANN GMBH | Production |
| 1F5T003R | WILHELM KARMANN GMBH | Production |
| 1F5T0040 | WILHELM KARMANN GMBH | Production |
| 1F5T0041 | WILHELM KARMANN GMBH | Production |
| 1F5T0042 | WILHELM KARMANN GMBH | Production |
| 1F5T0043 | WILHELM KARMANN GMBH | Production |
| 1F5T0044 | WILHELM KARMANN GMBH | Production |

| 1F5T0045 | WILHELM KARMANN GMBH | Production |
|----------|----------------------|------------|
| 1F5T0046 | WILHELM KARMANN GMBH | Production |
| 1F5T0047 | WILHELM KARMANN GMBH | Production |
| 1F5T0048 | WILHELM KARMANN GMBH | Production |
| 1F5T0049 | WILHELM KARMANN GMBH | Production |
| 1F5T004B | WILHELM KARMANN GMBH | Production |
| 1F5T004C | WILHELM KARMANN GMBH | Production |
| 1F5T004D | WILHELM KARMANN GMBH | Production |
| 1F5T004F | WILHELM KARMANN GMBH | Production |
| 1F5T004G | WILHELM KARMANN GMBH | Production |
| 1F5T004H | WILHELM KARMANN GMBH | Production |
| 1F5T004J | WILHELM KARMANN GMBH | Production |
| 1F5T004K | WILHELM KARMANN GMBH | Production |
| 1F5T004L | WILHELM KARMANN GMBH | Production |
| 1F5T004N | WILHELM KARMANN GMBH | Production |
| 1F5T004R | WILHELM KARMANN GMBH | Production |
| 1F5T004T | WILHELM KARMANN GMBH | Production |
| 1F5T004V | WILHELM KARMANN GMBH | Production |
| 1F5T004W | WILHELM KARMANN GMBH | Production |
| 1F5T004X | WILHELM KARMANN GMBH | Production |

| | | |
|---|---|---|
| 1F5T004Z | WILHELM KARMANN GMBH | Production |
| 1F5T0050 | WILHELM KARMANN GMBH | Production |
| 1F5T0051 | WILHELM KARMANN GMBH | Production |
| 1F5T0052 | WILHELM KARMANN GMBH | Production |
| 1F5T0053 | WILHELM KARMANN GMBH | Production |
| 1F5T0054 | WILHELM KARMANN GMBH | Production |
| 1F5T0056 | WILHELM KARMANN GMBH | Production |
| 1F5T0057 | WILHELM KARMANN GMBH | Production |
| 1F5T0058 | WILHELM KARMANN GMBH | Production |
| 1F5T0059 | WILHELM KARMANN GMBH | Production |
| 1F5T005B | WILHELM KARMANN GMBH | Production |
| 1F5T005C | WILHELM KARMANN GMBH | Production |
| 1F5T005D | WILHELM KARMANN GMBH | Production |
| 1F5T005F | WILHELM KARMANN GMBH | Production |
| 1F5T005G | WILHELM KARMANN GMBH | Production |
| 1F5T005H | WILHELM KARMANN GMBH | Production |
| 1F5T005J | WILHELM KARMANN GMBH | Production |
| 1F5T005K | WILHELM KARMANN GMBH | Production |
| 1F5T005L | WILHELM KARMANN GMBH | Production |
| 1F5T005M | WILHELM KARMANN GMBH | Production |

| | | |
|---|---|---|
| 1F5T005N | WILHELM KARMANN GMBH | Production |
| 1F5T005P | WILHELM KARMANN GMBH | Production |
| 1F5T005R | WILHELM KARMANN GMBH | Production |
| 1F5T005T | WILHELM KARMANN GMBH | Production |
| 1F5T005V | WILHELM KARMANN GMBH | Production |
| 1F5T005W | WILHELM KARMANN GMBH | Production |
| 1F5T005X | WILHELM KARMANN GMBH | Production |
| 1F5T0068 | WILHELM KARMANN GMBH | Production |
| 1F5T0069 | WILHELM KARMANN GMBH | Production |
| 1F5T006B | WILHELM KARMANN GMBH | Production |
| 1F5T006C | WILHELM KARMANN GMBH | Production |
| 1F5T006D | WILHELM KARMANN GMBH | Production |
| 1F5T006F | WILHELM KARMANN GMBH | Production |
| 1F5T006G | WILHELM KARMANN GMBH | Production |
| 1F5T006H | WILHELM KARMANN GMBH | Production |
| 1F5T006J | WILHELM KARMANN GMBH | Production |
| 1F5T006K | WILHELM KARMANN GMBH | Production |
| 1F5T006L | WILHELM KARMANN GMBH | Production |
| 1F5T006M | WILHELM KARMANN GMBH | Production |
| 1F5T006N | WILHELM KARMANN GMBH | Production |

| | | |
|---|---|---|
| 1F5T006R | WILHELM KARMANN GMBH | Production |
| 1F5T006T | WILHELM KARMANN GMBH | Production |
| 1F5T006V | WILHELM KARMANN GMBH | Production |
| 1F5T006W | WILHELM KARMANN GMBH | Production |
| 1F5T006Z | WILHELM KARMANN GMBH | Production |
| 1F5T0078 | WILHELM KARMANN GMBH | Production |
| 1F5T007B | WILHELM KARMANN GMBH | Production |
| 1F5T007C | WILHELM KARMANN GMBH | Production |
| 1F5T007D | WILHELM KARMANN GMBH | Production |
| 1F5T007F | WILHELM KARMANN GMBH | Production |
| 1F5T007G | WILHELM KARMANN GMBH | Production |
| 1F5T007H | WILHELM KARMANN GMBH | Production |
| 1F5T007J | WILHELM KARMANN GMBH | Production |
| 1F5T007K | WILHELM KARMANN GMBH | Production |
| 1F5T007L | WILHELM KARMANN GMBH | Production |
| 1F5T007M | WILHELM KARMANN GMBH | Production |
| 1F5T007N | WILHELM KARMANN GMBH | Production |
| 1F5T007P | WILHELM KARMANN GMBH | Production |
| 1F5T008W | WILHELM KARMANN GMBH | Production |
| 1F5T0092 | WILHELM KARMANN GMBH | Production |

| | | |
|---|---|---|
| 1F5T0093 | WILHELM KARMANN GMBH | Production |
| 1F5T0094 | WILHELM KARMANN GMBH | Production |
| 1F5T0095 | WILHELM KARMANN GMBH | Production |
| 1F5T0096 | WILHELM KARMANN GMBH | Production |
| 1F5T0097 | WILHELM KARMANN GMBH | Production |
| 1F5T0098 | WILHELM KARMANN GMBH | Production |
| 1F5T0099 | WILHELM KARMANN GMBH | Production |
| 1F5T009B | WILHELM KARMANN GMBH | Production |
| 1F5T009C | WILHELM KARMANN GMBH | Production |
| 1F5T009D | WILHELM KARMANN GMBH | Production |
| 1F5T009F | WILHELM KARMANN GMBH | Production |
| 1F5T009N | WILHELM KARMANN GMBH | Production |
| 1F5T009P | WILHELM KARMANN GMBH | Production |
| 1F5T009R | WILHELM KARMANN GMBH | Production |
| 1F5T009T | WILHELM KARMANN GMBH | Production |
| 1F5T009V | WILHELM KARMANN GMBH | Production |
| 1F5T009W | WILHELM KARMANN GMBH | Production |
| 1F5T009X | WILHELM KARMANN GMBH | Production |
| 1F5T009Z | WILHELM KARMANN GMBH | Production |
| 1F5T00B1 | WILHELM KARMANN GMBH | Production |

| | | |
|---|---|---|
| 1F5T00B2 | WILHELM KARMANN GMBH | Production |
| 1F5T00B4 | WILHELM KARMANN GMBH | Production |
| 1F5T00BK | WILHELM KARMANN GMBH | Production |
| 1F5T00BL | WILHELM KARMANN GMBH | Production |
| 1F5T00BM | WILHELM KARMANN GMBH | Production |
| 1F5T00BN | WILHELM KARMANN GMBH | Production |
| 1F5T00BP | WILHELM KARMANN GMBH | Production |
| 1F5T00BR | WILHELM KARMANN GMBH | Production |
| 1F5T00BT | WILHELM KARMANN GMBH | Production |
| 1F5T00BV | WILHELM KARMANN GMBH | Production |
| 1F5T00BZ | WILHELM KARMANN GMBH | Production |
| 1F5T00C6 | WILHELM KARMANN GMBH | Production |
| 1F5T002K | WILHELM KARMANN GMBH | Production |
| 1F5T002L | WILHELM KARMANN GMBH | Production |
| 1F5T0031 | WILHELM KARMANN GMBH | Production |
| 1F5T0061 | WILHELM KARMANN GMBH | Production |
| 1F5T0062 | WILHELM KARMANN GMBH | Production |
| 1F5T0071 | WILHELM KARMANN GMBH | Production |
| 1F5T0072 | WILHELM KARMANN GMBH | Production |
| 1F5T0074 | WILHELM KARMANN GMBH | Production |

| | | |
|---|---|---|
| 1F5T0075 | WILHELM KARMANN GMBH | Production |
| 1F5T008X | WILHELM KARMANN GMBH | Production |
| 1F5T009L | WILHELM KARMANN GMBH | Production |
| 1F5T00BC | WILHELM KARMANN GMBH | Production |
| 1F5T00BD | WILHELM KARMANN GMBH | Production |
| 1F5T00BK | WILHELM KARMANN GMBH | Production |
| 1F5T00BL | WILHELM KARMANN GMBH | Production |
| 1F5T00BM | WILHELM KARMANN GMBH | Production |
| 1F5T00BN | WILHELM KARMANN GMBH | Production |
| 1F5T00BP | WILHELM KARMANN GMBH | Production |
| 1F5T00BR | WILHELM KARMANN GMBH | Production |

## **Schedule B**

Tooling Contracts

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

| GM ID | Counter Party Name | Contract Type |
|---|---|---|
| 1F5T0070 | WILHELM KARMANN GMBH | Tooling |
| 1F5T0073 | WILHELM KARMANN GMBH | Tooling |
| 1F5T0079 | WILHELM KARMANN GMBH | Tooling |
| 1F5T009G | WILHELM KARMANN GMBH | Tooling |
| 1F5T009H | WILHELM KARMANN GMBH | Tooling |
| 1F5T009J | WILHELM KARMANN GMBH | Tooling |
| 1F5T009K | WILHELM KARMANN GMBH | Tooling |
| 1F5T00B0 | WILHELM KARMANN GMBH | Tooling |
| 1F5T00B8 | WILHELM KARMANN GMBH | Tooling |
| 1F5T00BB | WILHELM KARMANN GMBH | Tooling |
| 1F5T00BF | WILHELM KARMANN GMBH | Tooling |
| 1F5T00BG | WILHELM KARMANN GMBH | Tooling |

## **Schedule C**

Service Contracts

| Contract # | Supplier Name | Contract Type |
|---|---|---|
| GM45768 | KARMANN MANUFACTURING, LLC | Service |
| GM53139 | KARMANN MANUFACTURING, LLC | Service |
| GM53143 | KARMANN MANUFACTURING, LLC | Service |
| GM53145 | KARMANN MANUFACTURING, LLC | Service |
| GM53146 | KARMANN MANUFACTURING, LLC | Service |
| GM53150 | KARMANN MANUFACTURING, LLC | Service |
| GM53154 | KARMANN MANUFACTURING, LLC | Service |
| GM53159 | KARMANN MANUFACTURING, LLC | Service |
| GM53161 | KARMANN MANUFACTURING, LLC | Service |
| GM53163 | KARMANN MANUFACTURING, LLC | Service |
| GM53165 | KARMANN MANUFACTURING, LLC | Service |
| GM53167 | KARMANN MANUFACTURING, LLC | Service |
| GM53168 | KARMANN MANUFACTURING, LLC | Service |
| GM53170 | KARMANN MANUFACTURING, LLC | Service |
| GM53172 | KARMANN MANUFACTURING, LLC | Service |
| GM53173 | KARMANN MANUFACTURING, LLC | Service |