# Exhibit 1

# SECTION 3 - LIMITS, PROGRAM & COVERAGE

COMMERCIAL AUTOMOBILE LIABILITY
AOS DEDUCTIBLE

POLICY NUMBER:   CA 1606897
ISSUING COMPANY:   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Policy Term: Effective at 12:01 AM    09/01/2007    to    09/01/2008

| | |
|---|---|
| Combined Single Limit – Coverage Symbol(s) 01 | $300,000 |
| Personal Injury Protection – (Per Insured's Selection) - Coverage Symbol(s) 05 | REJECT-BASIC LIMITS WHERE REQUIRED |
| Uninsured Motorists/Underinsured Motorists – (Per Insured's Selection)* - Coverage Symbol(s) 02  *Not Available in Indiana, Ohio or Michigan | Options: (check applicable option): <br> ☐ 1.) Rejection where possible/minimum limits elsewhere <br> ☐ 2.) Policy limits where possible/maximum limits elsewhere <br> ☒ 3.) Minimum Statutory Single Limits |

| | Retained/Deductible/ Self Insured Retention | Applicable To |
|---|---|---|
| Automobile Liability, Including UM/UIM/PIP, If Any | $300,000 | Each Accident |

*Note: For Insured States, the limit of coverage as shown in this document include(s) the Deductible/Retention Limit layer amount(s) <u>retained by the Insured</u>.*

23

# SECTION 3 - LIMITS, PROGRAM & COVERAGE

EXCESS AUTOMOBILE LIABILITY

POLICY NUMBER: CA 1606900
ISSUING COMPANY: NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Policy Term: Effective at 12:01 AM   09/01/2007   to   09/01/2008

| | |
|---|---|
| Combined Single Limit – Coverage Symbol(s) | $9,700,000 |
| Schedule of Underlying Insurance | $300,000 EACH OCCURRENCE |
| UM/UIM and Personal Injury Protection | EXCLUDED |

| | Retained/Deductible/ Self Insured Retention | Applicable To |
|---|---|---|
| Automobile Liability, Including UM/UIM/PIP, If Any | $9,700,000 | Each Accident |

*Note: For Insured States, the limit of coverage as shown in this document include(s) the Deductible/Retention Limit layer amount(s) retained by the Insured.*

| Coverage Extensions and Exclusions | | |
|---|---|---|
| Form # | Edition Date | Name |
| | Non-NCCI | |
| 60226 | | Excess Liability Dec Page |
| 60225 | | Excess Liability Coverage Form |
| 61074 | | MI Amendatory Form |
| 53820 | | Large Risk Rating Plan Endorsement (Short Form) |
| 89644 | | COVERAGE TERRITORY ENDORSEMENT |
| VARIOUS | | ALL MANDATORY STATE ENDORSEMENTS |
| | | |
| Approved | Manuscript | Endorsement Number 1-Named of Employer |
| Approved | Manuscript | Endorsement Number 2-Excess UM Exclusion /VT Excess Coverage |
| Approved | Manuscript | Endorsement Number 3-Deductible Coverage Endorsement Form A |

\* EXCLUDED ENTITIES:    HUGHES ELECTRONIC CORPORATION – ALL EMPLOYEES
EDS – ALL COVERAGES