**MORGAN, LEWIS & BOCKIUS LLP**
Howard S. Beltzer, Esq.
101 Park Ave.
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Attorneys for FMR LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                     :

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY, et al.,:** | | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp., et al.** | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

---------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION
### AND RESERVATION OF RIGHTS OF FMR LLC
### <u>WITH RESPECT TO CURE AMOUNTS</u>

      PLEASE TAKE NOTICE that FMR LLC and its affiliates ("Fidelity"), by and through

its undersigned counsel, hereby withdraws its Limited Objection and Reservation of Rights of

FMR LLC with Respect to Cure Amounts filed in the above-captioned case on July 10, 2009

[Docket No. 3114].

Dated:  New York, New York          Respectfully submitted,
        November 5, 2009

                                **MORGAN, LEWIS & BOCKIUS LLP**

                                By: <u>/s/ Howard S. Beltzer</u>
                                  Howard S. Beltzer
                                  101 Park Ave.
                                  New York, NY 10178
                                  Telephone: 212-309-6000
                                  Facsimile: 212-309-6001

                              *Attorneys for FMR LLC*