UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :
                                                                   :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                              :
    f/k/a General Motors Corp., *et al.*                       :   09-50026 (REG)
                                                                   :
               Debtors.                                 :   (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.    I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On October 30, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following documents to be served by first class mail on the parties identified on Exhibit A annexed hereto (20 largest creditors of Remediation and Liability Management Company, Inc. and the 20 largest creditors of Environmental Corporate Remediation Company, Inc.):

- Amended Notice of Agenda of Matter Scheduled for Hearing on October 28, 2009 at 9:45 a.m. [Docket No. 4294];

- Debtors' Objection to Certain 503(b)(9) Claims Under the Order Pursuant to 11 U.S.C. §§ 105(a) and 503(b)(9) Establishing Procedures for the Assertion, Resolution, and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 4312];

- Notice of Adjournment [Docket No. 4316];

- Notice of Adjournment of Remy International, Inc. [Docket No. 4317];

- Notice of Adjournment of the Ad Hoc Committee of Asbestos Personal Injury Claimants [Docket No. 4318];

- Notice of Adjournment of The Schaefer Group, Inc. [Docket No. 4319]; and

- Notice of Adjournment [Docket No. 4321].

Dated: November 5, 2009
      Melville, New York

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 5th day of November, 2009

/s/Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ADRIAN ENVIRONMENTAL MANAGEMENT, INC.<br>C/O KENNETH RICHARDS<br>7533 WILLOW CREEK DRIVE<br>CANTON, MI 48187 | AIMS/DYKEMA GOSSETT PLLC<br>10 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |
| AIMS/LATHROP & GAGE LC<br>2345 GRAND BLVD.<br>KANSAS CITY, MO 64108 | AIMS/STEPHENS & STEPHENS<br>410 MAIN STREET<br>BUFFALO, NY 14202 |
| ARCADIS BBL<br>10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON, MI 48118 | ARCADIS BBL<br>ATTN: CHRIS PETERS<br>10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON, MI 48118 |
| ARCADIS GERAGHTY & MILLER, INC.<br>ATTN: CHRIS PETERS<br>10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON, MI 48118 | BT2, INC.<br>ATTN: MARK HUBER<br>2830 DAIRY DRIVE<br>MADISON, WI 53718-6751 |
| CHARTER TOWNSHIP OF FLINT<br>ATTN: SANDRA S WRIGHT<br>1490 S. DYE ROAD<br>FLINT, MI 48532 | CHARTER TOWNSHIP OF YPSILANTI<br>LARRY J. DOE, TREASURER<br>7200 S. HURON RIVER DR.<br>YPSILANTI, MI 48197 |
| CHARTER TWP. OF GENESEE<br>ATTN: TOM MANNOR, TREASURER<br>7244 N. GENESSE ROAD<br>P.O. BOX 215<br>GENESEE, MI 48437 | CITY OF SAGINAW, TREASURER<br>1315 S. WASHINGTON AVE.<br>SAGINAW, MI 48601 |
| CITY OF SIOUX CITY<br>CITY TREASURER<br>P.O. BOX 447<br>SIOUX CITY, IA 51102 | CLEAN HARBORS ENVIRONMENTAL SERVICES<br>P.O. BOX 3442<br>BOSTON, MA 02241-3442 |
| CONESTOGA-ROVERS & ASSOC.<br>ATTN: BETH LANDALE<br>22055 NIAGARA FALLS BLVD.<br>SUITE #3<br>NIAGARA FALLS, NY 14304 | CONESTOGA-ROVERS & ASSOCIATES<br>22055 NIAGARA FALLS BLVD<br>SUTIE #3<br>NIAGARA FALLS, NY 14304 |
| ENCORE ENVIRONMENTAL CONSORTIUM<br>ATTN: MARK QUILTER<br>P.O. BOX 66<br>6723 TOWPATH ROAD<br>SYRACUSE, NY 13214-0066 | ENVIRON INTERNATIONAL CORPORATION<br>214 CARNEGIE STREET<br>PRINCETON, NJ 08540 |
| ENVIRON INTERNATIONAL CORPORATION<br>214 CARNEGIE STREET<br>PRINCETON, NJ 08540-1980 | FAVERO GEOSCIENCES<br>ATTN: DAVE FAVERO<br>1210 SOUTH 5TH STREET, SUITE 2<br>SPRINGFIELD, IL 62703 |

| | |
|---|---|
| GENERAL OIL COMPANY, INC.<br>35796 VERONICA ST.<br>LIVONIA, MI 48150 | GLOBAL ENVIRONMENTAL ENGINEERING INC.<br>6140 HILL 23 DRIVE<br>SUITE 1<br>FLINT, MI 48507 |
| GLOBAL ENVIRONMENTAL ENGINEERING, INC.<br>6140 HILL 23 DRIVE<br>STE 1<br>FLINT, MI 48507 | GROUNDWATER & ENVIRONMENTAL SERVICES, INC<br>440 CREAMERY WAY<br>SUITE 500<br>EXTON, PA 19341-2577 |
| HALEY & ALDRICH DESIGN AND CONTRUCTION<br>56 ROLAND STREET<br>BOSTON, MA 02129-1400 | HALEY & ALDRICH OF NEW YORK<br>200 TOWN CENTRE DRIVE, STE 2<br>ROCHESTER, NY 14623-4264 |
| HDR ENGINEERING<br>ATTN: DICK BELL<br>8404 INDIAN HILLS DRIVE<br>OMAHA, NE 68114 | IOWA DEPT OF NATIONAL RESOURCES<br>HAZARDOUS WASTE REMEDIAL FUND<br>502 E. 9TH STREET<br>DES MOINES, IA 50319-0034 |
| J.A. LOMBARDO & ASSOCIATES<br>ATTN: JOSEPH A. LOMBARDO<br>445 S. LIVERNOIS - SUITE 202<br>ROCHESTER, MI 48307 | NOVA CONSULTANTS, INC<br>21580 NOVI ROAD<br>#300<br>NOVI, MI 48375 |
| O'BRIEN & GERE ENGINEERS, INC.<br>ATTN: TERRY L. BROWN<br>5000 BRITTONFIELD PKWY<br>SYRACUSE, NY 13057-9226 | ROYAL ENVIRONMENTAL, INC.<br>720 LEXINGTON AVENUE<br>P.O. BOX 15719<br>ROCHESTER, NY 14615 |
| SEVENSON ENVIRONMENTAL SERVICES, INC.<br>2749 LOCKPORT ROAD<br>NIAGARA FALLS, NY 14302 | THE BANK OF NEW YORK<br>FINANCIAL CONTROL BILLING DEPARTMENT<br>P.O. BOX 19445<br>NEWARK, NJ 07195-0445 |
| THE BARTECH GROUP<br>17199 NORTH LAUREL PARK DR.<br>SUITE224<br>LIVONIA, MI 48152 | TOWN OF FRAMINGHAM<br>TAX COLLECTOR'S OFFICE<br>150 CONCORD ST<br>FRAMINGHAM, MA 01702 |
| WASHTENAW COUNTY TREASURER<br>P.O. BOX 8645<br>200 N. MAIN ST<br>STE 200<br>ANN ARBOR, MI 48107-8645 | WASTE MANAGEMENT<br>P.O. BOX 9001054<br>LOUISVILLE, KY 40290-1054 |
| WDC EXPLORATION & WELLS<br>500 MAIN STREET<br>WOODLAND, CA 95695 | YOUNG'S ENVIRONMENTAL CLEANUP, INC<br>G-5305 NORTH DORT HIGHWAY<br>FLINT, MI 48505 |