KENNEDY, JENNIK & MURRAY, P.C.
113 University Place, 7th Floor
New York, New York 10003
Tel: (212) 358-1500
Attorneys for IUE-CWA

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
In re:                                                              : Chapter 11
                                                                    :
MOTORS LIQUIDIDATION COMPANY, *et al.*                              : Case No. 09-50026 (REG)
        f/k/a General Motors Corp.et al
                                                                    :
                Debtors.
                                                                    : (Jointly Administered)
---------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

Alexandra Miller, being duly sworn, deposes and says:
I am not a party to the action, am over 18 years of age and reside in Kings County, New York.

On November 6, 2009, I caused a copy of the Statement of the IUE-CWA in Support of the Debtors' Motion Pursuant to Sections 363(b) and 105 of the Bankruptcy Code and Bankruptcy Rule 9010(a) for Approval of Settlement Agreement with Certain Labor Unions, to be served by email and first class mail, upon the following:

>   Weil, Gotshal & Manges LLP
>   Attorneys for the Debtors
>   767 Fifth Avenue
>   New York, NY 10153
>   Att'n:  Harvey R. Miller, Esq.
>           Stephen Karotkin, Esq.
>           Joseph H. Smolinsky, Esq.
>
>   The Debtors
>   c/o Motors Liquidation Company
>   300 Renaissance Center
>   Detroit, MI 48265
>   Att'n: Ted Stenger

The General Motors Corporation
Debtor
300 Renaissance Center
Detroit, MI 48265
Att'n: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
Attorneys for U.S Department of the Treasury
One World Financial Center
New York, NY 10281
Att'n: John J. Rapisardi, Esq.

The United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220
Att'n: Joseph Samarias, Esq.

Vedder Price, PC
Attorneys for EDC
1633 Broadway, 47th Floor
New York, NY 10019
Att'n: Michael J. Edelman, Esq.
       Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, NY 10036
Att'n: Thomas Moers Mayer, Esq.
       Amy Caton. Esq.
       Adam C. Rogoff, Esq.
       Gregory G. Plotko, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Att'n: Diana G. Adams, Esq.

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
Att'n: David S. Jones, Esq.
       Matthew L. Schwartz, Esq.

The United Steelworkers
c/o David R. Jury, Esq., Associate General Counsel
Five Gateway Center, Room 807
Pittsburgh, PA 15222

_____
Alexandra Miller

Sworn to me this
6th day of November, 2009

_____
Notary Public

**THOMAS M. MURRAY**
NOTARY PUBLIC, STATE OF NEW YORK
No. 02MU6058040
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 30, 2011