LATHAM & WATKINS LLP
George Royle
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.royle@lw.com

and

Douglas Bacon
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: douglas.bacon@lw.com

Attorneys for GE Capital Corporation and its affiliates

EDWARDS ANGELL PALMER & DODGE LLP
Richard Hiersteiner
Jeanne P. Darcey
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 239-0100
Facsimile: (617) 227-4420

Attorneys for U.S. Bank National Association and U.S. Bank Trust National Association, as Owner Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **GENERAL MOTORS CORP., et al.** ) | **Case No. 09-50026 (REG)** |
| ) | |
| **Debtors.** ) | **Jointly Administered** |
| ) | |
| ) | |

### AFFIDAVIT OF SERVICE

STATE OF ILLINOIS      )
                                       )   ss.:
COUNTY OF COOK    )

Elizabeth Arnold, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of LATHAM & WATKINS LLP, 233 South Wacker Dr., Ste. 5800, Chicago, IL 60606.

CH\1113268.1

2. On November 6, 2009, I caused true and correct copies of the Limited Objection of GE Capital Corporation and U.S. Bank, as Owner Trustee on its Behalf, to Debtors' Motion to Assume and Assign Certain Unexpired Leases of Equipment and Related Executory Contracts [Docket No. 4386] to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

3. Additionally, on November 5, 2009, I caused true and correct copies of the above-referenced Objection to be served electronically on notice parties via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

/s/ *Elizabeth Arnold*
Elizabeth Arnold

Sworn to before me this 6th
Day of November 2009.

/s/ *Krystyna Godzinski*
Notary Public

My commission expires: 07/24/2011

CH\1113268.1

**Exhibit A**

**VIA FED-EX**

Honorable Robert E. Gerber
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY  10004

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

**VIA FIRST CLASS MAIL**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq.
and Joseph H. Smolinsky, Esq.)

Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan  48265
(Attn: Ted Stenger)

General Motors Company
300 Renaissance Center
Detroit, Michigan 48265
(Attn: Lawrence S. Buonomo, Esq.)

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)

United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
(Attn: Joseph Samarias, Esq.)

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq. and
Michael L. Schein, Esq.)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(Attn: Adam C. Rogoff, Esq., Robert T. Schmidt, Esq.
and Amy Caton, Esq.)

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
(Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.)

CH\1113268.1