UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
     f/k/a General Motors Corp., *et al.*                      :    09-50026 (REG)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
                                                               :
----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Laurie M. Thornton, being duly sworn, depose and state:

1. I am a Senior Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On November 5, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (parties affected by the order):

- Stipulated Order Resolving (A) Motion for Entry of Order Authorizing Rejection of Agreement for Engine Maintenance Services for Gulfstream V Aircraft, and (B) Motion for Entry of Order Approving Assumption of Agreement for Engine Maintenance Services for Gulfstream 350 Aircraft [Docket No. 4378].

3. On November 5, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on James C. Morton, Esq., 1349

West Peachtree St., Suite 1350, Two Midtown Plaza, Atlanta, GA 30309 (Counsel for the Reynolds'):

- Stipulation and Agreed Order Resolving Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 364 Filed by Bonnie J. Reynolds Garland Reynolds, Jr. [Docket No. 4379].

4. On November 5, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit B annexed hereto (parties affected by the order):

- Eighth Omnibus Order Pursuant to 11 U.S.C. § 365 of the Bankruptcy Code to Reject Certain Executory Contracts and Unexpired Leases of Non-Residential Property [Docket No. 4380].

Signed at Seattle, Washington this 6th day of November, 2009.

/s/ Laurie M. Thornton_____
LAURIE M. THORNTON

Sworn to before me in Seattle, Washington this 6th day of November, 2009.

/s/ Greg L. Gottainer_____
Greg L. Gottainer
Notary Public, State of Washington
License No. 138976
Residing in Seattle
Commission Expires:  October 19, 2012

# EXHIBIT A

| | |
|---|---|
| JET SUPPORT SERVICES, INC<br>ATTN: JOHN F. HASKINS AND SUSAN K. MARR<br>180 N. STETSON, 29TH FLOOR<br>CHICAGO, IL 60601 | LOWENSTEIN SANDLER<br>ATTY FOR JET SUPPORT SERVICES, INC<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| NOVACK AND MACEY LLP<br>ATTORNEYS FOR JET SUPPORT SERVICES, INC<br>ATTN: MONTE L. MANN ESQ<br>100 NORTH RIVERSIDE PLAZA<br>CHICAGO, IL 60606-1501 | STEPHEN A. MARCUS<br>REGISTERED AGENT FOR JET SUPPORT SERVICES<br>6600 SEARS TOWER<br>CHICAGO, IL 60606 |

# EXHIBIT B

| | |
|---|---|
| ATEL EQUIPMENT CORP<br>ATT: RUSSELL H WILDER CLP<br>600 CALIFORNIA STREET 6TH FLOOR<br>SAN FRANCISCO, CA 94108 | BERKELEY BUSINESS PARK ASSOCIATES II, L.C.<br>ATTN: LEGAL DEPARTMENT<br>1057 MARTINSBURG PIKE<br>PO BOX 2530<br>WINCHESTER, VA 22603-5409 |
| BMW HYBRID TECHNOLOGY CORP.<br>ATTENTION: GENERAL COUNSEL, NORTH AMERICA<br>300 CHESTNUT RIDGE RD<br>WOODCLIFF LAKE, NJ 07677-7739 | BRADLEY ARANT BOULT CUMMINGS LLP<br>ATTORNEYS FOR KNOWLEDGE LEARNING CORPORATION<br>AUSTIN L. MCMULLEN<br>1600 DIVISION STREET, SUITE 700<br>P. O. BOX 340025<br>NASHVILLE, TN 37207 |
| CONNELL EQUIPMENT LEASING CO<br>ATT: LINDA SORKIN<br>200 CONNELL DRIVE 4TH FLOOR<br>BERKELEY HEIGHTS, NJ 07922 | DETROIT DIESEL CORPORATION<br>ATTN: CHAIRMAN OF THE BOARD<br>13400 WEST OUTER DRIVE<br>DETROIT, MI 48239-4001 |
| JAFFE RAITT HEUER & WEISS, PC<br>ATTN: RICHARD E. KRUGER<br>ATTORNEYS FOR BMW HYBRID TECHNOLOGY CORP.<br>27777 FRANKLIN RD, SUITE 2500<br>SOUTHFIELD, MI 48034 | KINDERCARE LEARNING CENTERS, INC.<br>REAL ESTATE ASSETS<br>ATTN: LEGAL DEPARTMENT<br>650 NE HOLLADAT, SUITE 1400<br>PORTLAND, OR 97232 |
| LASALLE BANK NATIONAL ASSOCIATION<br>C/O CENTERLINE SERVICING INC.<br>ATTN: LEGAL DEPT.<br>5221 N. O'CONNOR BLVD, SUITE 600<br>IRVING, TX 75039 | LINDEN DEVELOPMENT LLC,<br>ATTN: LEGAL DEPARTMENT<br>5600 BLAZER PARKWAY, SUITE 100<br>DUBLIN, OH 43017 |
| MACQUARIE EQUIPMENT FINANCE LLC<br>ATT: RENEE MOLNAR<br>2285 FRANKLIN ROAD<br>BLOOMFIELD HILLS, MI 48302 | MARC POMEROY C/O TROY TECHNOLOGY PARK, NORTH<br>74 E. LONG LAKE RD.<br>ATTN: LEGAL DEPARTMENT<br>BLOOMFIELD HILLS, MI 48304 |
| MERCEDES-BENZ HYBRID LLC<br>ATTN: EXECUTIVE DIRECTOR, HYBRID POWERTRAIN PROGRAMS<br>1870 TECHNOLOGY DR<br>CIMS 526-00-00<br>TROY, MI 48083-4232 | MERCEDES-BENZ HYBRID, LLC<br>BOARD MEMBER<br>BUILDING 1, ROOM 808<br>EPPLESTRASSE 225<br>STUTTGART 70567 GERMANY |
| MISHAWAKA LEASING COMPANY, INC.<br>ATTN: DENISE JONES<br>7901 SOUTHPARK PLAZA<br>SUITE 204<br>LITTLETON, CO 80120 | PACIFIC RIM CAPITAL, INC<br>RELATIONAL TECHNOLOGY SOLUTIONS<br>ATT: RENEE ROGERS<br>3701 ALGONQUIN ROAD, SUITE 600<br>ROLLING MEADOWS, IL 60008 |
| PACIFIC RIM CAPITAL, INC.<br>ATTN: MARC MILLS<br>15 ENTERPRISE<br>SUITE 400<br>ALISO VIEJO, CA 92656 | RBS ASSET FINANCE<br>ATTN: MIKE O'GRADY<br>71 SOUTH WHACKER DRIVE<br>28TH FLOOR, MAIL STOP IH2800<br>CHICAGO, IL 60680 |
| REPUBLIC FINANCIAL<br>C/O C4 CAPITAL<br>ATT: PATRICK M CURRAN<br>2557 OUR LAND ACRES<br>MILFORD, MI 48381 | SCG CAPITAL LEASING LLC<br>ATTN LINDA GARGANO<br>74 WEST PARK PLACE<br>STAMFORD, CT 06902 |

| | |
|---|---|
| SKYTEL<br>BRENDA BOWLIN<br>515 E AMITE ST<br>JACKSON, MS 39201-2709 | SOMERSET CAPITAL GROUP<br>C/O MACQUARIE EQUIPMENT FINANCE LLC<br>ATT: RENEE MOLNAR<br>2285 FRANKLIN ROAD<br>BLOOMFIELD HILLS, MI 48302 |
| SOUTH TROY TECH, LLC<br>ATTN: LEGAL DEPARTMENT<br>5700 CROOKS ROAD, FOURTH FLOOR<br>TROY, MI 48098 | SUMMIT FUNDING GROUP, INC<br>ATT: CARL ZWILLING<br>ONE NORTHLAKE PLACE<br>11500 NORTHLAKE DRIVE STE 300<br>CINCINNATI, OH 45249 |
| THOMPSON HINE LLP<br>3LOUIS F. SOLIMINE, ESQ.<br>312 WALNUT STREET, SUITE 1400<br>CINCINNATI, OH 45202 | THOMPSON HINE LLP<br>ATTN: LAUREN M. MCEVOY, ESQ.<br>335 MADISON AVE, 12TH FLOOR<br>NEW YORK, NY 10017 |
| TROY TECHNOLOGY PARK<br>ATTN: LEGAL DEPARTMENT<br>745 BARCLAY CIR, SUITE 310<br>ROCHESTER HILLS, MI 48307-4586 | TTP SOUTH, L.L.C.<br>ATTN: LEGAL DEPARTMENT<br>74 E. LONG LAKE ROAD, FIRST FLOOR<br>BLOOMFIELD HILLS, MI 48304 |
| WELLS FARGO EQUIPMENT FINANCE INC<br>C/O C4 CAPITAL<br>ATT: PATRICK M CURRAN<br>2557 OUR LAND ACRES<br>MILFORD, MI 48381 | |