UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                          :
                                                                                    :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,            :
    f/k/a General Motors Corp., *et al.*                :    09-50026 (REG)
                                                                                    :
             Debtors.                                   :    (Jointly Administered)
                                                                                    :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON   )
                                              ) ss
COUNTY OF KING           )

I, Laurie M. Thornton, being duly sworn, depose and state:

1. I am a Senior Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On November 5, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Robert Weisberg and Patrick Kukla, Carson Fischer, P.L.C., 4111 Andover Road, West-2nd Floor, Bloomfield Hills, MI 48302 (counsel for Karmann U.S.A., Inc.):

- Stipulation and Agreed Order Regarding Assumption and Rejection of Certain Executory Contracts with Karmann U.S.A., Inc. [Docket No. 4383].

Signed at Seattle, Washington this 6th day of November, 2009.

/s/ Laurie M. Thornton_____
LAURIE M. THORNTON

Sworn to before me in Seattle, Washington
this 6th day of November, 2009.

/s/ Greg L. Gottainer_____
Greg L. Gottainer
Notary Public, State of Washington
License No. 138976
Residing in Seattle
Commission Expires:  October 19, 2012