OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.
230 Park Avenue
New York, New York 10169
Tel:   (212) 661-9100
Fax:   (212) 682-6104
Jonathan N. Helfat, Esq. [JH-9484]
Steven B. Soll, Esq. [SS-1436]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | : | |
|---|---|---|
| **In re** | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | 09-50026 (REG) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Hon. Robert E. Gerber |
| | : | |

------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2009, I caused copies of the Limited Objection of Wachovia Financial Services, Inc. to Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Equipment to be served upon (i) the Electronic Case Filing System for the United Stated Bankruptcy Court for the Southern District of New York and (ii) the parties listed on **Exhibit A** hereto by U.S. mail.

Dated: New York, New York
November 6, 2009

OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.

Attorneys for Wachovia
Financial Services, Inc.


By:   /s/ Steven B. Soll
      Steven B. Soll, Esq. [SS-1436]
      A Member of the Firm
      230 Park Avenue
      New York, New York 10169
      (212) 661-9100

**Exhibit A**

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

United States Attorney's Office
Preet Bharara
One St. Andrews Plaza
New York, NY 10007

United States Attorney's Office
Channing D. Phillips
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

Kramer, Levin, Naftalis & Frankel LLP
Attorney for the Official Committee of Unsecured Creditors
Adam C. Rogoff
1177 Avenue of the Americas
New York, NY 10036-2714

Drinker, Biddle & Reath LLP
Stephanie Wickouski
140 Broadway, 39th Floor
New York, NY 10015

Jenner & Block LLP
Daniel R. Murray
353 N. Clark St.
Chicago, Illinois 60654

Milbank, Tweed, Hadley & McCloy, LLP
Matthew S. Barr
1 Chase Manhattan Plaza
New York, NY 10005

State Street Bank & Trust Co. of CT
225 Asylum Street
23rd Floor
Hartford, CT 06103

Wilmington Trust Company
Tira L. Johnson, CCTS
1100 North Market Street
Rodney Square North
Wilmington, DE 19890