Michael E. Hastings
LeClairRyan, a Professional Corporation
830 Third Avenue, 5th Floor
New York, New York 10022
Telephone: (212) 446-5075
Facsimile: (212) 430-8079

*Counsel for Honeywell International Inc. and certain of its affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **GENERAL MOTORS CORP., et al.,** | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

### WITHDRAWAL OF LIMITED OBJECTION OF HONEYWELL INTERNATIONAL INC. TO DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS

Honeywell International Inc. and certain of its affiliates (collectively, "Honeywell"), by and through its undersigned counsel hereby withdraws its *Limited Objection of Honeywell International Inc. to Debtors' Proposed Assumption and Assignment of Certain Contracts* filed on June 15, 2009 (Docket No. 1087), based upon, *inter alia*, an agreement between General Motors Company and Honeywell regarding the correct cure amount due to Honeywell pursuant to section 365 of the Bankruptcy Code and the payment of such cure amount.

Dated: November 9, 2009
       New York, New York

LECLAIRRYAN, A Professional Corporation

By: /s/ Michael E. Hastings
Michael E. Hastings
830 Third Avenue, 5th Floor
New York, New York 10022
Telephone: (212) 446-5075
Facsimile: (212) 430-8079

*Counsel for Honeywell International Inc. and certain of its affiliates*

## CERTIFICATE OF SERVICE

 I further certify that the original of the foregoing Withdrawal of Limited Objection was filed with the Court via the Clerk's CM/ECF electronic filing system on November 9, 2009.

Dated: November 9, 2009
   New York, New York

               /s/ Michael E. Hastings