09-50026-mg    Doc 4409    Filed 11/09/09    Entered 11/09/09 15:25:16    Main Document
Case: 1:09-cv-90111   As of: 11/09/2009 02:56 PM EST   1 of 4
Pg 1 of 4

CLOSED, ECF

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:09−cv−09011−SAS
### *Internal Use Only*

| | |
|---|---|
| Castillo et al v. General Motors Company | Date Filed: 10/27/2009 |
| Assigned to: Judge Shira A. Scheindlin | Date Terminated: 11/05/2009 |
| Case in other court:  USBC−DDE, 09−00113 (PJW) | Jury Demand: None |
| Cause: 28:1331 Fed. Question | Nature of Suit: 423 Bankruptcy Withdrawl |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Kelly Castillo**  represented by  **Ian Connor Bifferato**
Bifferato L.L.C.
800 N. King Street
First Floor
Wilmington , DE 19801
(302) 225−7600
Fax: (302) 254−5383
Email: cbifferato@bifferato.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael John Tiffany**
Leader &Berkon LLP
630 Third Avenue, 17th Floor
New York , NY 10017
(212)−505−7590
Fax: (212)−486−3099
Email: mtiffany@leaderberkon.com
*ATTORNEY TO BE NOTICED*

**S. Alyssa Young**
Leader &Berkon LLP
630 Third Avenue, 17th Floor
New York , NY 10017
212−486−2400
Fax: 212−486−3099
Email: ayoung@leaderberkon.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nichole Brown**  represented by  **Ian Connor Bifferato**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael John Tiffany**
(See above for address)
*ATTORNEY TO BE NOTICED*

**S. Alyssa Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda Alexis Digiandomenico**  represented by  **Ian Connor Bifferato**
(See above for address)

                                                                   *LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael John Tiffany**
(See above for address)
*ATTORNEY TO BE NOTICED*

**S. Alyssa Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valerie Evans**     represented by    **Ian Connor Bifferato**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael John Tiffany**
(See above for address)
*ATTORNEY TO BE NOTICED*

**S. Alyssa Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Allen**     represented by    **Ian Connor Bifferato**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael John Tiffany**
(See above for address)
*ATTORNEY TO BE NOTICED*

**S. Alyssa Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stanley Ozarowski**     represented by    **Ian Connor Bifferato**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael John Tiffany**
(See above for address)
*ATTORNEY TO BE NOTICED*

**S. Alyssa Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Santi**     represented by    **Ian Connor Bifferato**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Michael John Tiffany**
(See above for address)
*ATTORNEY TO BE NOTICED*

**S. Alyssa Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **General Motors Company**<br>*formerly known as*<br>New General Motors Company, Inc. | represented by | **Cory Kandestin**<br>Richards, Layton &Finger, P.A.<br>One Rodney Square, 920 North King Street<br>Wilmington , DE 19801<br>302 651 7700<br>Fax: 302 651 7701 `<br>Email: kandestin@rlf.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2009 | 1 | CASE TRANSFERRED IN from the United States Bankruptcy Court – District of Delaware; Case Number: 09–cv113(PJW). Original file with documents numbered 1–10 (Excluding Doc.#4), certified copy of transfer order and docket entries received.Document filed by General Motors Company.(rdz) Modified on 11/2/2009 (rdz). (Entered: 10/27/2009) |
| 10/27/2009 | | Magistrate Judge Frank Maas is so designated. (rdz) (Entered: 10/27/2009) |
| 10/27/2009 | | Case Designated ECF. (rdz) (Entered: 10/27/2009) |
| 10/27/2009 | | Mailed letter to the United States Bankruptcy Court – District of Delaware acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (rdz) Modified on 11/2/2009 (rdz). (Entered: 10/27/2009) |
| 10/27/2009 | | Mailed notice with REVISED Rules and ECF Registration Package to the attorney(s) of record. (rdz) Modified on 11/2/2009 (rdz). (Entered: 10/27/2009) |
| 11/05/2009 | 2 | RESPONSE *of Plaintiff's in Opposition to New GM's Motion under Fed. R. Civ 12(b)(6) to Dismiss Plaintiff's Complaint for Failure to State a Claim upon Which Relief can be Granted.* Document filed by Kelly Castillo, Nichole Brown, Brenda Alexis Digiandomenico, Valerie Evans, Barbara Allen, Stanley Ozarowski, Donna Santi. (Young, S. Alyssa) (Entered: 11/05/2009) |
| 11/05/2009 | 3 | DECLARATION of Robert W. Schmeider II re: 2 Response, *of Plaintiff's in Opposition to New GM's Motion under Fed. R. Civ. 12(b)(6) to Dismiss Plaintiffs' Complaint for Failure to State a Claim Upon Which Relief can be Granted.* Document filed by Kelly Castillo, Nichole Brown, Brenda Alexis Digiandomenico, Valerie Evans, Barbara Allen, Stanley Ozarowski, Donna Santi. (Attachments: # 1 Exhibit T, # 2 Exhibit U, # 3 Exhibit V)(Young, S. Alyssa) (Entered: 11/05/2009) |
| 11/05/2009 | 4 | NOTICE OF APPEARANCE by S. Alyssa Young on behalf of Kelly Castillo, Nichole Brown, Brenda Alexis Digiandomenico, Valerie Evans, Barbara Allen, Stanley Ozarowski, Donna Santi (Young, S. Alyssa) (Entered: 11/05/2009) |

| 11/05/2009 | 5 | NOTICE OF APPEARANCE by Michael John Tiffany on behalf of Kelly Castillo, Nichole Brown, Brenda Alexis Digiandomenico, Valerie Evans, Barbara Allen, Stanley Ozarowski, Donna Santi (Tiffany, Michael) (Entered: 11/05/2009) |
|---|---|---|
| 11/05/2009 | 6 | ORDER that because this is a core proceeding, this case is hereby transferred to the United States Bankruptcy Court for the Southern District of New York. The Clerk of the Court is directed to transfer this case to the Bankruptcy Court forthwith. (Signed by Judge Shira A. Scheindlin on 11/5/09) (dle) (Entered: 11/05/2009) |
| 11/05/2009 | | (Court only) ***Civil Case Terminated.*** (laq) (Entered: 11/09/2009) |