UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

KELLY CASTILLO, NICHOLE BROWN,
BRENDA ALEXIS DIGIANDOMENICO,
VALERIE EVANS, BARBARA ALLEN,
STANLEY OZAROWSKI, and DONNA
SANTI,

              Plaintiffs,

- against -

GENERAL MOTORS COMPANY, f/k/a
NEW GENERAL MOTORS COMPANY,
INC.,

              Defendant.

------------------------------------------------------- X

ORDER

09 Civ. 9011 (SAS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 11/5/09

SHIRA A. SCHEINDLIN, U.S.D.J.:

       Pursuant to section 157(a) of the Bankruptcy Amendments and the Federal Judgeship Act of 1984, any or all cases under Title 11 of the Bankruptcy Code and any or all proceedings arising under Title 11 or arising in or related to a case under Title 11 are referred to the bankruptcy judges for this district. *See* 28 U.S.C. § 157(a). Because this is a core proceeding, the above-captioned case is hereby referred to the United States Bankruptcy Court for the Southern District of New York. The Clerk of the Court is directed to transfer this case to the Bankruptcy Court forthwith.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
November 5, 2009

## - Appearances -

**For Plaintiffs:**

S. Alyssa Young, Esq.
Michael J. Tiffany, Esq.
Leader & Berkon LLP
630 Third Avenue
New York, NY 10017
(212) 486-2400

**For Defendant:**

Cory Kandestin, Esq.
Lisa A. Schmidt, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700