UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY CASTILLO, NICHOLE BROWN, BRENDA ALEXIS DIGIANDOMENICO, VALERIE EVANS, BARBARA ALLEN, STANLEY OZAROWSKI, and DONNA SANTI,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS COMPANY, f/k/a NEW GENERAL MOTORS COMPANY, INC.,<br><br>Defendant. | Case No. 09-cv-09011(SAS)<br><br>ECF Filing |

### Declaration of Attorney Robert W. Schmieder II

I, Robert W. Schmieder II, hereby state:

1. I am over eighteen years of age and have personal knowledge of the facts stated herein.

2. I am an attorney employed by LakinChapman, LLC ("LC"), which was appointed class counsel in *Castillo, et. al. v. General Motors Corporation*, U.S. Dist. Ct. E.D. of Cal., Case No. 2:07-CV-02142.

3. ~~Attached as Exhibit 1 is a true and correct copy of the affidavit of~~ Matthew Cheatham, a paralegal employed by LC, which affidavit has as attachments multiple Service Invoices that LC received from class members in connection with the Saturn VTi class action settlement.

1

4.    Attached as Exhibit U is a true and correct copy of the affidavit of Dan Richardson.

5.    Attached as Exhibit V is a true and correct copy of Special Policy 04020.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2009.

_____