# Exhibit T

09-50026-mg   Doc 4409-4   Filed 11/09/09   Entered 11/09/09 15:25:16   part 2 of
Case 1:09-cv-09041-SAS   Document 3-2   Filed 11/05/2009   Page 2 of 17
doc 3   Pg 2 of 17

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

KELLY CASTILLO, NICHOLE BROWN,
BRENDA ALEXIS DIGIANDOMENICO,
VALERIE EVAN, BARBARA ALLEN,
STANLEY OZAROWSKI, and DONNA
SANTI,

Plaintiffs,

v.

GENERAL MOTORS COMPANY, f/k/a NEW
GENERAL MOTORS COMPANY, INC.,

Defendant.

Case No. 4840-VCP

## AFFIDAVIT

I, Matthew R. Cheatham, hereby state:

1. I am over eighteen years of age and have personal knowledge of the facts stated herein.

2. I am a paralegal employed by LakinChapman, LLC ("LC"). During my employment with LC, I have worked on the case styled *Castillo, et. al. v. General Motors Corporation*, U.S. Dist. Ct. E.D. of Cal., Case No. 2:07-CV-02142 since its inception.

3. After notice of preliminary approval of the Saturn VTi settlement was mailed to class members, my responsibilities included implementing and supervising a team of LC employees who would receive and respond to class member inquiries about the settlement. Also, I was responsible for receiving and responding to some class member inquiries.

4. When communicating with class members about the Saturn VTi settlement, some class members provided us with copies of their Service Invoices for repairs to their Saturn vehicles pursuant to the terms of the Saturn VTi settlement.

5. Attached as Exhibits T1 through T14 are true and correct copies of Service Invoices that LC received from class members in connection with the Saturn VTi class action settlement.

Executed on this __13__ of October, 2009.

_____

Sworn to and subscribed before me
this __13__ day of October, 2009.

_____
Notary Public

Commission Expires: __3/7/12__

OFFICIAL SEAL
PAULA STECKEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/07/12

09-50026-mg    Doc 4409-4    Filed 11/09/09    Entered 11/09/09 15:25:16    part 2 of
Case 1:09-cv-09011-SAS    Document 3-2    Filed 11/05/2009    Page 4 of 17
                                         doc 3    Pg 4 of 17

FROM : CAVANAUGHinc          PHONE NO. : 818 907 5217          Jul. 28 2009 12:59PM P1

# SATURN

BAR# ARD-156418
EPA# CAM00033555

SATURN OF THE VALLEY    15421 Roscoe Blvd
North Hills, CA 91648
(818) 895-3800

TINTC531D

SERVICE
INVOICE

Co.# 0

| Sold To: | Service Order Number | Service Advisor | VIN |
|---|---|---|---|
| | 1425602 | JOE GARCIA | 1G8AW12F94Z158083 |

| Color | Year | Make/Model | License | Engine | Stk # |
|---|---|---|---|---|---|
| BLACK | 2004 | SATURN ION 3 OPE | 5HBU928 | L61 2.2LL4 | 240483 |

| Mileage In/Out | Tag | Delivery Date | Rate | Doc. Count | Plan |
|---|---|---|---|---|---|
| 36978 / 36986 | 546 | 4/28/2004 | | 2 | |

| Tax Exempt | Date/Time In | Date/Time Out |
|---|---|---|
| | 7/06/2009 12:39 | 7/10/2009 8:32 |

```
LINE   1        CUSTOMER STATES VEHICLE WILL NOT GO INTO REVERSE
TECH COMM:      FOLLOWED DOC#1837052 OR BULL#04-07-30-024E.R&R TRA
                NS TO REPLACE CASE COVER FILTER&INSP.FOUND REVERSE
                CLUTCH WHEEL CAME APART BREAKING SNAPRING SECURING
                TABS.FOUND REVERSE CLUTCH HUB DAMAGED.RT AXLE SEAL
                LEAKS.REPLACED CASE,REV HUB ASSM&RT AXLE SEAL.FLUS
                HED LINES,REINST.ALIGNED&ROAD TEST.GOOD NOW

REPAIR   1      COVER ASSEMBLY, VARIABLE DRIVE AND DRIVEN PULLEY A
OPCODE: K7104                              SALE TYPE: WARRANTY SP.      WTY

WARR PARTS:  12

PARTS
SN              24220201    GASKET C/         1       WARRANTY SPECIA    WTY
SN              15231847    ADDITIVE-         1       WARRANTY SPECIA    WTY
SN              15297659    COVER ASM         1       WARRANTY SPECIA    WTY
SN              24221233    SEAL-TRAN         2       WARRANTY SPECIA    WTY
SN              15863186    SEALER-TR         1       WARRANTY SPECIA    WTY
SN              15250985    FLUID-A/T         1       WARRANTY SPECIA    WTY
SN              15234609    FLUID-A/T         1       WARRANTY SPECIA    WTY
SN              24214078    HUB ASM-R         1       WARRANTY SPECIA    WTY
SN              24230641    CASE ASM-         1       WARRANTY SPECIA    WTY
SN              24211013    SEAL ASM-         1       WARRANTY SPECIA    WTY

REPAIR   2      TRANSMISSION CASE REPLACEMENT
OPCODE: K7800                              SALE TYPE: WARRANTY SP       WTY
HRS:  7.50
PRIMARY TECH: 190

REPAIR   3      FRONT WHEEL DRIVE SHAFT SEAL REPLACEMENT - RIGHT S
OPCODE: K6900                              SALE TYPE: WARRANTY SP       WTY
HRS:   .20

REPAIR   4      WHEEL ALIGNMENT - CHECK AND/OR ADJUST
OPCODE: E2020                              SALE TYPE: WARRANTY SP       WTY
HRS:   .90

NET ITEM: F     OVN SHIPPING CHARGES              SALE TYPE
                                                  WARRANTY SPECIA       WTY
```

| 1st Addition to Estimate | $ | Total 1st Revised Estimate | $ | 2nd Addition to Estimate | $ | Total 2nd Revised Estimate | $ |
|---|---|---|---|---|---|---|---|
| Date Contacted | | Time Contacted | | Type of Repair | | Date Contacted | | Time Contacted | | Type of Repair | |
| Contacted Via ☐ Phone ☐ In Person | Price OK'd By | | Phone # | | Contacted Via ☐ Phone ☐ In Person | Price OK'd By | | Phone # | |

By law customer may choose another smog check station to perform needed repairs, installations, adjustments, or subsequent tests.

**DISCLAIMER OF WARRANTIES**
The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

X _____
I acknowledge notice and oral approval of an increase in the original estimated price.

X _____
I acknowledge receipt of the parts and labor listed above.

T1

```
07/13/2009  12:53    3138347036              USHER OIL                          PAGE  03
```



SATURN OF SOUTHGATE
16600 Fort Street
Southgate, MI 48195
(734) 246-3300
A Member of The Suburban Collection

SERVICE
INVOICE
CUSTOMER COPY
STATE REGISTRATION NO. P143503

```
SO# 4188534  DATE/TIME IN:  7/07/2009 10:51    DATE/TIME OUT:  7/10/2009 10:47
TAG# 6627    SA:  DENISE BENSON                DOC COUNT:   1      PAGE:  1

                            5GZCZ33D63S916773
                            2003  SATURN     VUE FWD    SILVER NICKEL
                            ENGINE: L61 2.2LL4
                            STK#:     3S3905
                            MILES IN/OUT   42579 /   42585
                                                        DEL DATE: 8/29/2003
                            SALESPERSON: MCBRIDE, JUDY A
```

---

LINE  1        CUSTOMER STATES NOISE WHEN DRIVING, SOUNDS LIKE LI
               GHT TAPPING OR KNOCKING, UNDER VEHICLE, CAN HEAR
               AT LOWER SPEEDS, GOES AWAY OR IS MUTED WHEN DRIVIN
               G FASTER
CAUSE:         EXTERIOR - FOREIGN MATL
TECH COMM:     ROAD TEST VERFIED CONCERN,USED STETHSCOPE TO ISOLA
               TE NOISE COMING FROM INSIDE TRANS.PERFROMED LINE P
               RESSURE TEST AND FOUND FLUID PRESSURE NORMAL.INSPE
               CTED FLUID AND FOUND TO BE HEAVILY BURNED & CONTAI
               MAINTED WITH METAL SHAVINGS.REMOVED TRANS & DISAMB
               LE.INSPECTED & FOUND INPUT SHAFT TO HAVE EXCESSIVE
               PLAY CAUSING SHAFT TO GRIND INTO TRANS CASE.METAL
               SHAVINGS FOUND THROUGHOUT TRANS.FOUND SEVERAL BE
               RINGS RACES SCORED FROM METAL.CLUTCH PISTONS & OTH
               ER SEALS HAVE CUTS FROM METAL.NEC TO REPLACE TRANS
               ASSY DUE TO SEVERE FLUID CONTAMINATION FROM INTER
               NAL DAMAGE.RESET FRT CAMBER AND TOE ON BOTH SIDES.
               ROAD TEST VERFIED REPAIRS

REPAIR   1     TRANSMISSION ASSEMBLY - REPLACE
OPCODE: K7000                                   SALE TYPE: WARRANTY          WTY
HRS:  6.80       OTH HRS:  .50
PRIMARY TECH: RONALD BOJANOWSKI JR M235421
WARR PARTS:   5

PARTS               DESC       FP QTY     PRICE   SALE TYPE
SN       15297663   TRANSMISS Y    1              WARRANTY                  WTY
SN       22681964   CORE-TRAN N    1-             WARRANTY                  WTY
SN       15234609   FLUID-A/T N    1              WARRANTY                  WTY
SN       15250985   FLUID-A/T N    2              WARRANTY                  WTY
SN       15231847   ADDITIVE- N    1              WARRANTY                  WTY

REPAIR  2      WHEEL ALIGNMENT - CHECK AND/OR ADJUST
OPCODE: E2020                                   SALE TYPE: WARRANTY          WTY
HRS:  1.00

LINE  2        Complimentary 27pt Inspection
```

---

Certification
All repairs & parts listed were furnished in
compliance with Michigan Auto Repair Act (P.A.300). X _____

Disclaimer of Warranties
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

T2

```
07/13/2009  12:53      3138347036              USHER OIL                    PAGE  04
```

**SATURN**

SATURN OF SOUTHGATE
16600 Fort Street
Southgate, MI 48195
(734) 246-3300
A Member of The Suburban Collection

SERVICE
INVOICE
CUSTOMER COPY
STATE REGISTRATION NO. F143003

```
SO# 4188534 DATE/TIME IN:  7/07/2009 10:51    DATE/TIME OUT:  7/10/2009 10:47
TAG# 6627   SA:  DENISE BENSON                DOC COUNT:    1      PAGE:    2

                          03    5GZCZ33D63S916773

REPAIR   1    SAFETY INSPECTION
OPCODE: M5200                                 SALE TYPE:  INTERNAL SE        INT

PRIMARY TECH: RONALD BOJANOWSKI JR M235421
```

COMPLETE YOUR CSI SURVEY FOR A CHANCE TO WIN $100 GAS CARD

CUSTOMER SIGNATURE _____    CUSTOMER TOTAL ......    $.00

**Certification**
All repairs & parts listed were furnished in
compliance with Michigan Auto Repair Act (P.A.300). X _____

**Disclaimer of Warranties**
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

T3

# SATURN

**SATURN OF FLINT**
2430 Dutcher Road
Flint, MI 48532
(810) 720-8800

State Registry No: P152391

**SERVICE INVOICE**

| Sold To: | Service Order Number | Service Advisor | VIN |
|---|---|---|---|
| | 168001 | NICHOLAS MARTIN | 5GZCZ93D84S806919 |

| Color | Year | Make/Model | License | Engine | Stk # |
|---|---|---|---|---|---|
| | 2004 | SATURN VUE FWD | | L61 2.2L L4 | |

| Mileage In/Out | Tag | Delivery Date | | Doc Count | Plan |
|---|---|---|---|---|---|
| 111943 / 11954 | 8001 | | | 1 | |

| Tax Exempt | Date/Time In | Date/Time Out |
|---|---|---|
| | 7/13/2009 7:13 | 7/17/2009 16:00 |

LINE 1    CS SES LIGHT IS ON AND TRANS FEELS LIKE IT IS SLIPING NOW. ADVISE.    AUTH: E

CAUSE:    MODL/COMPNT - DAMAGE/CRAK
TECH COMM:    C/S SES LIGHT IS ON AND TRANS FEELS LIKE IT IS SLIPPING. C/ CODE P1882 RATIO SLIP. TRANS IS SLIPPING NEEDS TO COME OUT FOR INSPECTION. REMOVED TRANS AND FOUND SHEAVE DAMAGE AND CASE DAMAGE DUE TO CLUTCH HOUSING BREAKING. C/ REPLACED TRANS ASM AND COMPLETED ALIGNMENT, SET BOTH TOE REASSEMBLED CORE CUST TO PAY 25% OF TOTAL

REPAIR 1    TRANSMISSION ASSEMBLY - REPLACE    SALE TYPE: WARRANTY -    $492.94
OPCODE: K7000                                                      CASH - GM       164.31
HRS:    6.80    OTH HRS:    .80
PRIMARY TECH: ROGER COMBS JR. M160886
WARR PARTS: 13 AMT: 3235.32

| PARTS | | DESC | FP | QTY | PRICE | SALE TYPE | |
|---|---|---|---|---|---|---|---|
| | 11609618 | NUT | N | 2 | 5.796 | WARRANTY - GM | $8.69 |
| SN | | | | | | CASH - GM | 2.90 |
| | 09180138 | BOLT/SCRE | N | 3 | 1.484 | WARRANTY - GM | $3.34 |
| SN | | | | | | CASH - GM | 1.11 |
| | 11076671 | SPLIT PIN | N | 2 | 3.500 | WARRANTY - GM | $5.25 |
| SN | | | | | | CASH - GM | 1.75 |
| | 15842512 | PIPE ASM- | N | 1 | 32.970 | WARRANTY - GM | $24.72 |
| SN | | | | | | CASH - GM | 8.24 |
| | 15297663 | TRANSMISS | Y | 1 | 4170.740 | WARRANTY - GM | $3128.05 |
| SN | | | | | | CASH - GM | 1042.6 |
| | 22681964 | CORE-TRAN | N | 1- | 980.000 | WARRANTY - GM | $735.0 |
| SN | | | | | | CASH - GM | 245.0 |
| | 15250985 | FLUID-A/T | N | 2 | 33.600 | WARRANTY - GM | $50.4 |
| SN | | | | | | CASH - GM | 16.8 |
| | 15234609 | FLUID-A/T | N | 1 | 9.394 | WARRANTY - GM | $7.0 |
| SN | | | | | | CASH - GM | 2.3 |
| | 15231847 | ADDITIVE- | N | 1 | 10.416 | WARRANTY - GM | $7.8 |
| SN | | | | | | CASH - GM | 2.6 |

**Disclaimer of Warranties**
The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. All Service Labor repairs are warranted for 90 days or 4000 miles, whichever occurs first. All Saturn replacement [parts are warranted] for 12 months or 12,000 miles, whichever occurs first. Except for abuse.

Service Repairs Checked and Approved By:    X
_____
Authorized Representative

X
_____
Customer Signature

T4

# SATURN

**SATURN OF FLINT**

2430 Dutcher Road
Flint, MI 48532
(810) 720-8800

**SERVICE INVOICE**

State Registry No: P152391

| Sold To: | Service Order Number | Service Advisor | VIN |
|---|---|---|---|
| | 168001 | NICHOLAS MARTIN | 5GZCZ83D84S806918 |
| | Tag | Doc count | Date/Time In | Date/Time Out |
| | 8001 | 1 | 7/13/2009 7:18 | 7/17/2009 16:00 |

```
                                LINE TOTAL         $3991.01
                                                EST.:       $.00

LINE   2*      CUST PAYS 25% OF LINE 1
TECH COMM:     CUST TO PAY 25% OF TOTAL
               DW

REPAIR    1    INFORMATION LINE           SALE TYPE: CASH - GM      $.00
OPCODE: M5300
PRIMARY TECH: ROGER COMBS JR. M160886
```

"*" Following the line number denotes added operation.

"COMPLETELY SATISFIED"?    SERVICE MGR D.BARNES @810/720-8800

```
                                    LABOR . . . . . . . . . . . . .   $164.31
                                    PARTS . . . . . . . . . . . . .   $833.44
                                    TAX (Michigan State )             $14.70
                                    CUSTOMER TOTAL . . . . . .        $983.05
                                    PAYMENT (Cash (225) )             $983.05
```

CUSTOMER SIGNATURE  _____

---

**Disclaimer of Warranties**
The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. All Service Labor repairs are warranted for 90 days or 4000 miles, whichever occurs first. All Saturn replacement parts are warranted for 12 months or 12,000 miles, whichever occurs first. Except for abuse.

Service Repairs Checked and Approved By: X _____ Authorized Representative

X _____ Customer Signature

T5

```
            SATURN OF FLINT
            2430 DUTCHER RD
            FLINT, MI 48532
              810-720-8800
            SATURN OF FLINT1
          0075420008014094042000

     Date: 07/17/2009     05:47:58 PM

              CREDIT CARD SALE


     TRAN AMOUNT: $983.05


     CLERK ID:    cashier
     INVOICE #:   168001

          Thank you for your business

                Customer Copy
```

T6

09-50026-mg Doc 4409-4 Filed 11/09/09 Entered 11/09/09 15:25:16 part 2 of
Case 1:09-cv-09011-SAS Document 3-2 Filed 11/09/2009 Page 10 of 17
doc 3 Pg 10 of 17



**SATURN**

SATURN OF GREEN BROOK LLC
270 Route 22 West
Green Brook, NJ 08812
(732) 752-8383
www.saturnofgreenbrook.com

SERVICE INVOICE

```
SO#   113867  DATE/TIME IN:  7/15/2009  9:00      DATE/TIME OUT:  7/20/2009 16:41
TAG#  770     SA:  CARLOS MORA                    DOC COUNT:   1      PAGE:   1

                                       5GZCZ33D63S813708
                                       2003  SATURN     VUE FWD    WHITE
                                       ENGINE: L61 2.2LL4

                                       MILES IN/OUT   68373  /  68375
                                                              DEL DATE:  7/15/2009
----------------------------------------------------------------------------------
LINE  1          CUST STATES SES LIGHT IS ON                       EST.:     $.00
TECH COMM:       TECH CONFIRMED WAS NECC. TO REPLACE FUEL CAP AND
                 CLEAR CODES TO CURE CONCERN.

REPAIR    1      FUEL TANK FILLER CAP REPLACEMENT
OPCODE: L1020                                      SALE TYPE: CASH          $21.00
HRS:    .20
PRIMARY TECH: RICHARD PETRUCCELLI

PARTS                      DESC       FP QTY     PRICE   SALE TYPE
SN             10372865    CAP ASM-F  N   1     24.700   CASH              $24.70

                                                 LINE TOTAL                $45.70
----------------------------------------------------------------------------------
LINE  2   395    CUST STATES CAR SHAKES @ 20-30 MPH
CAUSE:           ROTATE PART - WORN/STRIP
TECH COMM:       TECH CONFIRMED CODE PRESENT P1752 NO DRIVE.
                 PERFORM DIAGNOSIS TO DETERMINE TRANSMISSION
                 REPLACEMENT. FOUND SEVERE METAL CONTAMINATION IN
                 FLUID AND CAR DOES NOT ACCELERATE ABOVE 20 - 25
                 MILES PER HOUR. REPLACED TRANSMISSION COMPLETE
                 REPLACED COOLER LINES AND PERFORM COMPLETE FRONT
                 END ALIGNMENT TO CURE CONCERN. CUSTOMER TO PAY 25%
                 OF REPAIR SECOND OWNER UNDER 100.000 MILES.

REPAIR    1      TRANSMISSION ASSEMBLY - REPLACE
OPCODE: K7000                                      SALE TYPE: WARRANTY PO      WTY
HRS:    7.90                                                   CASH         194.91
PRIMARY TECH: RICHARD PETRUCCELLI
WARR PARTS:   7

PARTS                      DESC       FP QTY     PRICE  SALE TYPE
SN             15297663    TRANSMISS  Y   1             WARRANTY POLICY        WTY
                                                        CASH                1042.69
SN             22681964    CORE-TRAN  N   1-            WARRANTY POLICY        WTY
                                                        CASH                 245.00
SN             15250985    FLUID-A/T  N   1             WARRANTY POLICY        WTY
                                                        CASH                   8.40
SN             15234609    FLUID-A/T  N   2             WARRANTY POLICY        WTY
                                                        CASH                   4.70
```

Any warranties on the products sold hereby are those made by the manufacturer.
The seller hereby expressly disclaims all warranties, either express or implied,
including any implied warranty of merchantability or fitness for a particular
purpose, and the seller neither assumes nor authorizes any other person to
assume for it any liability in connection with the sale of said products.

T7

# SATURN

**SATURN OF GREEN BROOK LLC**
270 Route 22 West
Green Brook, NJ 08812
(732) 752-8383
www.saturnofgreenbrook.com

**SERVICE INVOICE**

```
SO#  113867  DATE/TIME IN:  7/15/2009  9:00      DATE/TIME OUT:  7/20/2009 16:41
TAG#   770  SA:  CARLOS MORA-                    DOC COUNT:   1      PAGE:   2
                          04    5GZCZ33D63S813708
```

| PARTS | | DESC | FP | QTY | PRICE | SALE TYPE | | |
|---|---|---|---|---|---|---|---|---|
| SN | 15231847 | ADDITIVE- | N | 1 | | WARRANTY POLICY | WTY | |
| | | | | | | CASH | | 2.60 |
| SN | 15842512 | PIPE ASM- | N | 1 | | WARRANTY POLICY | WTY | |
| | | | | | | CASH | | 8.24 |
| SN | 09180138 | BOLT/SCRE | N | 1 | | WARRANTY POLICY | WTY | |
| | | | | | | CASH | | .17 |

```
                                                LINE TOTAL                    $1016.91

LINE  3       CUST STATES CAR HAS NO PICK UP                     EST.:        $.00
TECH COMM:    REPAIR RELATED TO LINE TWO (2)

REPAIR   1    REPAIR RELATED TO LINE 2
OPCODE:  M5300                                    SALE TYPE:  CASH            $.00
PRIMARY TECH:  RICHARD PETRUCCELLI
```

***ANY QUESTIONS OR CONCERNS PLEASE CONTACT ANTHONY RUSSO***

```
                                          LABOR ............       $215.91
                                          PARTS ............       $846.70
                                          MISC MATERIALS ...         $.50
                                          HAZD MATERIALS ...         $.50
                                          TAX (NEW JERSEY SALE)     $74.46
                                          CUSTOMER TOTAL ...      $1138.07
CUSTOMER SIGNATURE _____         PAYMENT (PAYMENT DUE)   $1138.07
```

> Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

T8

FROM : NORTHEAST UTILITIES          FAX NO. : 860 665-2058          Jul. 24 2009 02:09PM P1

**SATURN**   SATURN OF WATERTOWN
715 Straits Turnpike
Watertown, CT 06795
(860) 945-4755

☐ CASH       $_____
☐ CHECK      #_____
☐ CREDIT CARD : VISA   DISCOVER   M/C   AMEX

Co.# 03    TO: JULIE
                  1 of 2

| GUEST | Service Order Number | Service Consultant | VIN |
|---|---|---|---|
|  | 268060 | MICHAEL LIPINSKI | 5GZCZ43D33S821917 |

| Color | Year | Make/Model | License | Engine | Stk # |
|---|---|---|---|---|---|
|  | 2003 |  |  |  |  |

| Mileage In/Out | Tag | Delivery Date | Rate | Doc Count | Plan |
|---|---|---|---|---|---|
| 99975 / | 806 | 7/10/2009 |  | 1 |  |

| Tax Exempt | Date/Time In | Date/Time Out |
|---|---|---|
|  | 7/10/2009 8:51 | 7/22/2009 16:02 |

LINE  1        CUSTOMER STATES TRANSMISSION IS GOING
                                                                    AUTH: A
TECH COMM:    TECHNICIAN VERIFIED THE CUSTOMERS CONCERN.
              PERFORMED PRESSURE TEST FAILED, DISSESAMBLE AND         WARRANTY
              FOUND METAL THROUGHOUT UNIT, GEAR TEETH CHEWED.         12 mos
              REMOVED AND REPLACED THE FAULTY CASE COVER,             12 K
              FILTER, VALVE BODY, TORQUE CONVERTER AND FLUSHED
              COOLER LINES AND COOLER. REASSEMBLED AND RETEST
              CUSTOMERS CONCERN CORRECTED.

REPAIR   1    COVER ASSEMBLY, VARIABLE DRIVE AND DRIVEN PULLEY A
OPCODE: K7104                                      SALE TYPE: WARRANTY -    WTY
HRS:    8.40       OTH HRS:
PRIMARY TECH: JOSEPH TUPAY
WARR PARTS: 10

PARTS               DESC    FP QTY   PRICE   SALE TYPE
SN      15297659    COVER ASM  N  1           WARRANTY - GM           WTY
SN      22737082    CORE-COV   N  1           WARRANTY - GM           WTY
SN      24226576    FILTER AS  N  1           WARRANTY - GM           WTY
SN      24226386    PLATE ASM  N  1           WARRANTY - GM           WTY
SN      15297657    BODY ASM   N  1           WARRANTY - GM           WTY
SN      22720281    CORE-BODY  N  1           WARRANTY - GM           WTY
SN      24220201    GASKET-CA  N  1           WARRANTY - GM           WTY
SN      15250985    FLUID-A/T  N  2           WARRANTY - GM           WTY
SN      15231847    ADDITIVE-  N  1           WARRANTY - GM           WTY
SN      15863186    SEALER-TR  N  1           WARRANTY - GM           WTY
SN      15297655    CONVERTER  N  1           WARRANTY - GM           WTY
SN      22681965    CORE-CONV  N  1-          WARRANTY - GM           WTY

LINE  2        CUSTOMER STATES NOISE IN REAR END WHEN IN REVERSE
TECH COMM:     TECHNICIAN REPAIRED CONCERN THROUGH LINE 1.

REPAIR   1    DIAGNOSIS
OPCODE: M6000                                      SALE TYPE: INTERNAL SE      INT

PRIMARY TECH: JOSEPH TUPAY

PARTS               DESC    FP QTY   PRICE   SALE TYPE
SN      21170863    KEY ASM-D  N  1           INTERNAL SERVIC                INT

---
Disclaimer of Warranties
The seller, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a
particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

Page 1

T9

FROM : NORTHEAST UTILITIES          FAX NO. : 860 665-2058          Jul. 24 2009 02:10PM  P2

**SATURN**  SATURN OF WATERTOWN   715 Straits Turnpike   **GUEST**
                                  Watertown, CT 06795   **INVOICE**
                                  (860) 945-4755

TO : JULIE                                                           Co.# 03

| GUEST: 2 of 2 | Service Order Number | Service Consultant | VIN |
|---|---|---|---|
|  | 258060 | MICHAEL LIPINSKI | 5GZCZ46D36S821917 |
|  | Tag | Doc Count | Date/Time In | Date/Time Out |
|  | 606 | 1 | 7/10/2009 8:51 | 7/22/2009 16:02 |

---

SERVICE APPOINTMENTS AVAILABLE ONLINE AT INGERSOLLAUTO.COM

CUSTOMER SIGNATURE _____    CUSTOMER TOTAL ...... $.00

**Disclaimer of Warranties**
The seller, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

Page 2    T10

09-50026-mg   Doc 4409-4   Filed 11/09/09   Entered 11/09/09 15:25:16   part 2 of
Case 1:09-cv-09011-SAS   Document 3-2   Filed 11/05/2009   Page 14 of 17
doc 3   Pg 14 of 17

FROM :                          FAX NO. :                          Jun. 18 1998 09:06PM P5

 **SATURN**   SATURN OF MONTGOMERY, INC.   8000 Eastern Bypass
Montgomery, AL 36116
(334) 260-2064                          **SERVICE
INVOICE**

Co.# 0

| Sold To: | Service Order Number | Service Advisor | VIN |
|---|---|---|---|
| | 99591 | ROBERT COMBS | 5GZCZ33D53S916900 |

| Color | Year | Make/Model | License | Engine | Stk # |
|---|---|---|---|---|---|
| SILVER W/ | 2003 | | | | |

| Mileage In/Out | Tag | Delivery Date | Rate | Doc Count | Plan |
|---|---|---|---|---|---|
| 111196 / | | 6/18/2003 | | 1 | |

| Tax Exempt | Date/Time In | Date/Time Out |
|---|---|---|
| | 7/09/2009 13:53 | 7/23/2009 14:11 |

```
LINE    1           TOW IN. CUSTOMER STATES CAR ACTED LIKE THE TRANS W
                    AS SLIPPING. AFTER A WHILE IT STOPPED PULLING.
                    LET IT SIT AND COOL AND IT PULLED OFF AGAIN AND
                    EASED BY TO THE HOUSE. ADVISE.
CAUSE:              MODL/COMPNT - WORN/STRIPD
TECH COMM:          P1789. REPLACED CASE COVER, TORQUE CONVERTER, INT
                    FILTER, FLUSHED COOLER, UPDATED PCM, ALIGNED
                    70% CUSTOMER PAY = $2274.38

REPAIR   1          COVER ASSEMBLY, VARIABLE DRIVE AND DRIVEN PULLEY A
OPCODE: K7104                                    SALE TYPE: WARRANTY PO      WTY
HRS:    7.60        OTH HRS:    1.80
PRIMARY TECH: 771                                            Ref Req # 11074
WARR PARTS:  11              PAID JUL 23 2009                         $ 2274.38

PARTS               DESC              WP QTY       PRICE    SALE TYPE
SN      24220201    GASKET-C/  N       1                    WARRANTY POLICY    WTY
SN      24220892    PLUG-TRAN  N       1                    WARRANTY POLICY    WTY
SN      15297659    COVER ASM  Y       1                    WARRANTY POLICY    WTY
SN      22737082    CORE-COVE  N       1                    WARRANTY POLICY    WTY
SN      15297655    CONVERTER  N       1                    WARRANTY POLICY    WTY
SN      22681965    CORE-CONV  N       1                    WARRANTY POLICY    WTY
SN      24226576    FILTER AS  N       1                    WARRANTY POLICY    WTY
SN      15231847    ADDITIVE   N       1                    WARRANTY POLICY    WTY
SN      15863186    SEALER-TR  N       1                    WARRANTY POLICY    WTY
SN      15250985    FLUID-A/T  N       2                    WARRANTY POLICY    WTY
SN      24211020    SEAL-A/TR  N       2                    WARRANTY POLICY    WTY
```

COMMENTS:        CUSTOMER TO PAY 70% OF $3249.11 = $2274.38 SATURN
                 TO PAY REMAINDER.

CUSTOMER SIGNATURE _____   CUSTOMER TOTAL ......    $.00

*12/12 Parts & Labor Warranty on Work Done on This R.O. 99591*

JUL 2 3 2009

Disclaimer of Warranties
The seller, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a
particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

Page 1
T11

FROM :               FAX NO. :               Jun. 18 1998 09:07PM P6

# SATURN

SATURN OF MONTGOMERY, INC.    3000 Eastern Bypass
Montgomery, AL 36116
(334) 260-2084

**SERVICE INVOICE**

Co.# 0

| Sold To: | Service Order Number | Service Advisor | VIN |
|---|---|---|---|
| | 99753 | ROBERT COMBS | 5GZCZ33D53S915900 |

| Color | Year | Make/Model | License | Engine | Stk.# |
|---|---|---|---|---|---|
| SILVER W/ | 2003 | | | | |

| Mileage In/Out | Tag | Delivery Date | Rate | Doc. Count | Plan |
|---|---|---|---|---|---|
| 111243 / 111255 | | 8/18/2003 | | 1 | |

| Tax Exempt | Date/Time In | Date/Time Out |
|---|---|---|
| | 7/24/2009 8:13 | 8/05/2009 8:23 |

```
LINE    1           TOW IN. CUSTOMER STATES CAR WILL NOT PULL OFF AND
                    IS LEAKING FLUID. ADVISE.
                                                                    AUTH: AP
CAUSE:              MODL/COMPNT - NO/BAD COMM
TECH COMM:          VALVE BODY INTERNAL FAULT. REPLACE VALVE BODY.
                    ALSO REOLACE LEFT AXLE SHAFT OIL SEAL
                    VTI GOODWILL POLICY

REPAIR   1          CONTROL VALVE BODY REPLACEMENT
OPCODE: K6560                                           SALE TYPE: WARRANTY PO      WTY
HRS:    2.20
PRIMARY TECH:  771
WARR PARTS:     4

PARTS                       DESC        FP QTY   PRICE  SALE TYPE
SN          24235475        SEAL ASM N   1               WARRANTY POLICY            WTY
SN          15250985        FLUID A/T N  1               WARRANTY POLICY            WTY
SN          15297657        BODY ASM N   1               WARRANTY POLICY            WTY
SN          22720281        CORE-BODY N  1               WARRANTY POLICY            WTY
SN          24226386        PLATE ASM N  1               WARRANTY POLICY            WTY

NET ITEM: T     TOWING                                  SALE TYPE
PO#:    31578                                           WARRANTY POLICY             WTY
------------------------------------------------------------------------------------------

CUSTOMER SIGNATURE _____        CUSTOMER TOTAL ......       $.00
```

**Disclaimer of Warranties**
The seller, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

  

Page 1
T12

FROM : FAX NO. : Jun. 18 1998 09:08PM P7

  **SATURN**  SATURN OF MONTGOMERY, INC. 3000 Eastern Bypass
Montgomery, AL 36116
(334) 260-2064

SERVICE INVOICE

| Sold To: | | | Co.# 0 |
|---|---|---|---|
| | Service Order Number | Service Advisor | VIN |
| | 95107 | ROBERT COMBS | 5GZCZ33D53S918900 |
| | Color | Year | Make/Model | License | Engine | Stk.# |
| | SILVER W/ | 2003 | | | | |
| | Mileage In/Out | Tag | Delivery Date | Rate | Doc. Count | Plan |
| | 102841 / | | 8/18/2003 | | 1 | |
| | Tax Exempt | | Date/Time In | | Date/Time Out | |
| | | | 7/01/2008 13:23 | | 7/01/2008 14:26 | |

```
LINE   1        VUE VP7 AUTOMATIC

REPAIR  1       SERVICE AUTOMATIC TRANSAXLE, CHANGE FLUID
OPCODE: M5035                         SALE TYPE: CUSTOMER PA    $80.00
HRS:    1.00
PRIMARY TECH: .026

PARTS           DESC         FR QTY   PRICE    SALE TYPE
SN      15234609                      10.650   CUSTOMER PAY       $10.65
SN      15250985                      10.000   CUSTOMER PAY       $40.00
SN      15231847                      12.390   CUSTOMER PAY       $12.39
SN      24220892                       8.600   CUSTOMER PAY        $8.60

REPAIR  2       COURTESY CAR WASH
OPCODE: M5088                         SALE TYPE: CUSTOMER PA      $.00

                                      LINE TOTAL                 $151.64
```



```
                                      LABOR ............       $80.00
                                      PARTS ............       $71.64
                                      MISC MATERIALS ...        $8.00
                                      HARD MATERIALS ...         $.50
                                      TAX (COUNTY TAX    )      $1.79
                                      TAX (CITY TAX      )      $2.51
                                      TAX (ALABAMA STATE T)     $2.87
                                      CUSTOMER TOTAL ...       $167.31
CUSTOMER SIGNATURE                    PAYMENT (MAST. CARD )    $167.31
```

Disclaimer of Warranties

The seller, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

T13

09-50026-mg    Doc 4409-4    Filed 11/09/09    Entered 11/09/09 15:25:16    part 2 of
Case 1:09-cv-09011-SAS    Document 3-2    Filed 11/09/2009    Page 17 of 17
doc 3    Pg 17 of 17

# ✶ SATURN

SATURN OF GREEN BAY

2800 Ramada Way
Green Bay, WI 54304-5750
(920) 497-6900

8/17/09

**SERVICE INVOICE**

Co.# 02

EMAIL: saturngreenbay@bergstromauto.com
WEB ADDRESS: www.bergstromauto.com

Sold To:

| Service Order Number | Service Advisor | VIN |
|---|---|---|
| 241690 | KENT (GMIN) TREML | 5GZCZ33D73S905930 |

| Color | Year | Make/Model | License | Engine | Stk.# |
|---|---|---|---|---|---|
| BLUE *2.2L* | 2003 | SATURN VUE FWD | 952FVW | L61 2.2LL4 | 23961 |

| Mileage In/Out | Tag | Delivery Date | Rate | Doc Count | Plan |
|---|---|---|---|---|---|
| 86377 / | | 7/29/2008 | | 1 | |

| Tax Exempt | Date/Time In | Date/Time Out |
|---|---|---|

---------email:---------

LINE  1     CUSTOMER STATES IT SEEMS LIKE TRANS WILL NOT LET
            YOU ACCELERATE AT TIMES.
                                                    AUTH: AE
CAUSE:      ROTATE PART-NOISE OPERATI
TECH COMM:  CUSTOMER STATES IT SEEMS LIKE THE TRANS WILL NOT
            LET YOU ACCELERATE. TECH FOUND TRANSMISSION GROWLI
            NG AND SLIPPING. TECH REPLACED THE TRANSMISSION
            ASSEMBLY AND ALIGNED PER SPECS. RETEST DROVE. ALL
            OK NOW.

REPAIR    1    TRANSMISSION ASSEMBLY - REPLACE
OPCODE: K7000                                  SALE TYPE: WARRANTY PO    $701.84
HRS:   6.80       OTH HRS:  1.00
PRIMARY TECH: 011
WARR PARTS:  4    AMT:   4224.15

PARTS              DESC             FP QTY      PRICE      SALE TYPE
SN    15297663     TRANSMISS V       1    4170.740    WARRANTY POLICY    $4170.74
SN    22681964     CORE-TRAN N       1     980.000    WARRANTY POLICY     $980.00
SN    15234609     FLUID-A/T N       1       9.394    WARRANTY POLICY       $9.39
SN    15250985     FLUID-A/T N       1      33.600    WARRANTY POLICY      $33.60
SN    15231847     ADDITIVE- N       1      10.416    WARRANTY POLICY      $10.42

                                                           LINE TOTAL    $3945.95



---

OUR #1 GOALS "COMPLETELY SATISFIED" & "DEFINITELY RECOMMEND"

CUSTOMER SIGNATURE _____         CUSTOMER TOTAL ......    $.00

"Motor vehicle repair practices are regulated by
chapter ATCP 132, Wis. Adm. Code, administered
by the Bureau of Consumer Protection, Wisconsin
Dept. of Agriculture, Trade and Consumer
Protection, P.O.Box 8911
Madison, Wisconsin 53708-8911"

Disclaimer of Warranties
The Seller, hereby expressly disclaims all warranties, either expressed or implied,
including any implied warranty of merchantability or fitness for a particular purpose,
and neither assumes nor authorizes any other person to assume for it any liability
in connection with the sale of said products.

Page  1
T14