09-50026-mg Doc 4409-5 Filed 11/09/09 Entered 11/09/09 15:25:16 doc 8 part 3
Case 1:09-cv-09011-SAS Document 3-5 Filed 11/09/2009 Page 1 of 2
Pg 1 of 2

# Exhibit U

09-50026-mg Doc 4409-5 Filed 11/09/09 Entered 11/09/09 15:25:16 doc 8 part 3
Case 1:09-cv-09011-SAS Document 3-5 Filed 11/09/2009 Page 2 of 2
Pg 2 of 2

I, Dan Richardson, hereby state:

1. I am over eighteen years of age and have personal knowledge of the facts stated herein.

2. I purchased my 2002 Saturn Vue new from Saturn of Fairfield, in Fairfield, CT.

3. I first started having problems with the VTi transmission in my 2002 Saturn Vue in 2008. I took my 2002 Saturn Vue to Ace Automotive in Norwalk, Connecticut. Ace Automotive diagnosed transmission problems and serviced the VTi transmission fluid and sensor switch.

4. On August 11, 2009, when my 2002 Saturn Vue reached approximately 122,000 miles, the VTi transmission failed, and I contacted LakinChapman, LLC about the class notice I received in the mail and how I could receive the benefits of the Saturn settlement. The person I talked to at LakinChapman, LLC, suggested that I contact GM Customer Assistance Center. On August 11, 2009, I contacted the GM Customer Assistance Center and I spoke with a GM representative named Alex. Alex asked me some questions about my vehicle. I provided Alex my 2002 Saturn Vue's VIN, mileage, and other requested information. I then asked about the benefits available under the Saturn VTi settlement. I was then told by Alex at the GM Customer Assistance Center that I needed to have my vehicle towed into a Saturn dealership so that they could diagnosis the VTi transmission failure. She explained that if the Saturn dealership diagnosed my 2002 Saturn Vue with VTi transmission problems or failure, then the dealership would fix it under the settlement terms. After I talked to Alex I called Saturn of Fairfield and received an appointment for August 25, 2009 to bring my vehicle in for diagnosis.

5. On August 24, 2009, I had my 2002 Saturn Vue towed to Saturn of Fairfield. I paid approximately $50 for the tow. On August 27, 2009 I called Saturn of Fairfield to follow up on the diagnosis and was told that my vehicle was diagnosed with a transmission failure, and I was quoted $5,500 to replace the transmission. I then told the person at Saturn of Fairfield that Alex at the GM Customer Assistance Center told me that I was to receive the benefits of the Saturn VTi settlement, and under the settlement GM was going to pay 75% of the VTi transmission replacement. The person at Saturn of Fairfield responded that GM is no longer honoring the settlement, and I was responsible for the entire amount of $5,500. After I got off the phone with Saturn of Fairfield I again contacted the GM Customer Assistance Center. Alex was unavailable, but I spoke with a lady about my case. The lady I spoke with reviewed my claim file, and told me that she was not sure why the dealership would tell me that GM is no longer honoring the settlement. She concluded the conversation by telling me that she would inquire as to the dealership's position, and someone would get back in touch with me.

6. On August 27, 2009, I received a telephone call from Alex at the GM Customer Assistance Center and she told me that they contacted GM corporate, and GM was no longer honoring the terms of the settlement and GM was reverting back to the 5 year/75,000 mile warranty. I was told by Alex to contact LakinChapman, LLC for further assistance as they had already received a lump sum payment for the VTi Transmission class action settlement.

7. Currently, my vehicle is at Saturn of Fairfield and it has not been repaired.

Dated: September 11, 2009

Sworn to and subscribed before me this 11th day of September, 2009.

Notary Public

Commission Expires: November 30, 2011