AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 09-cv-09011(SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

KELLY CASTILLO, NICHOLE BROWN,
BRENDA ALEXIS DIGIANDOEMENICO,
VALERIE EVANS, BARBARA ALLEN, STANLEY OZAROWSKI
and DONNA SANTI ,

PLAINTIFFS

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/5/2009 | *signature* |
| Date | Signature |
| | S. ALYSSA YOUNG — SY6105 |
| | Print Name — Bar Number |
| | 630 THIRD AVENUE |
| | Address |
| | NEW YORK — NY — 10017 |
| | City — State — Zip Code |
| | (212) 486-2400 — (212) 486-3099 |
| | Phone Number — Fax Number |