AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

## APPEARANCE

Case Number: 09-cv-09011(SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

KELLY CASTILLO, NICHOLE BROWN,
BRENDA ALEXIS DIGIANDOEMENICO,
VALERIE EVANS, BARBARA ALLEN, STANLEY OZAROWSKI
and DONNA SANTI ,

PLAINTIFFS

I certify that I am admitted to practice in this court.

| 11/5/2009 | *signature* |
|---|---|
| Date | Signature |

MICHAEL J. TIFFANY                           MT9367
Print Name                                    Bar Number

630 THIRD AVENUE
Address

NEW YORK          NY           10017
City              State        Zip Code

(212) 486-2400              (212) 486-3099
Phone Number                Fax Number