UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                       :
                                                            :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                       :
    f/k/a General Motors Corp., *et al.*                 :    09-50026 (REG)
                                                            :
        Debtors.                                     :    (Jointly Administered)
                                                            :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On November 9, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served a true and correct copy of:

- Declaration and Disclosure Statement of Thomas A. Casey, Jr. on Behalf of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P. [Docket No. 4407]

by e-mail on the party identified on the annexed service list (Counsel for the Unsecured Creditors Committee) and by facsimile on the Office of the United States Trustee, Attn: Diana G. Adams, (212) 668-2255.

Dated: November 10, 2009
      Melville, New York

                                    /s/ Barbara Kelley Keane
                                    Barbara Kelley Keane

Sworn to before me this
10th day of November, 2009

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, AMY CATON, ADAM ROGOFF & GREGORY
PLOTKO
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036
Email: acaton@kramerlevin.com, gplotko@kramerlevin.com, tmayer@kramerlevin.com,
arogoff@kramerlevin.com, rschmidt@kramerlevin.com, lmacksoud@kramerlevin.com,
jsharret@kramerlevin.com