Kevin Blaney
KEVIN BLANEY, P.C.
2601 City Place
204 N. Robinson Avenue
P.O. Box 657
Oklahoma City, OK 73101-0657
(405) 235-8445
(405) 236-3410 (fax)
kblaney@kevinblaney.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 09-50026 (REG)** |
| **MOTORS LIQUIDATION COMPANY** | ) | |
| **f/k/a GENERAL MOTORS CORPORATION,** | ) | **(Jointly Administered)** |
| *et al.,* | ) | |
| **Debtors.** | ) | **Chapter 11** |
| | ) | |

<u>**APPLICATION FOR ADMISSION *PRO HAC VICE***</u>

I, Kevin Blaney, a member in good standing of the bar of the State of Oklahoma and the bars of the United States District Court for the Western District of Oklahoma, the United States District Court for the Eastern District of Oklahoma, the United States District Court for the Northern District of Oklahoma, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court, requests admission ***pro hac vice*** before the Honorable Robert E. Gerber, to present the Workers' Compensation Court of Oklahoma, a creditor and party-in-interest in the above captioned bankruptcy cases.

My address is 204 N. Robinson Avenue, 2601 City Place, Oklahoma City, Oklahoma 73102. My e-mail address is kblaney@kevinblaney.com. My telephone number is (405) 235-8445 and my fax number is (405) 236-3410.

The filing fee of $25.00 has been submitted with this Application for Admission *Pro Hac Vice*.

Dated this 2nd day of November, 2009.

Kevin Blaney, OBA #860
Elizabeth A. Morehead, OBA #17673
KEVIN BLANEY, P.C.
2601 City Place
204 North Robinson Avenue
Post Office Box 657
Oklahoma City, OK 73101-0657
Telephone:  (405) 235-8445
Facsimile:  (405) 236-3410
e-mail:  kblaney@kevinblaney.com
e-mail:  bmorehead@kevinblaney.com

ATTORNEYS FOR THE WORKERS' COMPENSATION COURT OF OKLAHOMA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | |
| | ) | **Case No. 09-50026 (REG)** |
| **MOTORS LIQUIDATION COMPANY** | ) | |
| **f/k/a GENERAL MOTORS CORPORATION,** | ) | **(Jointly Administered)** |
| ***et al.,*** | ) | |
| Debtors. | ) | **Chapter 11** |
| | ) | |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Kevin Blaney is a member in good standing of the bar of the State of Oklahoma and the bars of the United States District Court for the Western District of Oklahoma, the United States District Court for the Eastern District of Oklahoma, the United States District Court for the Northern District of Oklahoma, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court. Kevin Blaney has requested admission ***pro hac vice***, to represent the Workers' Compensation Court of Oklahoma, a creditor and party-in-interest in the above captioned bankruptcy cases, and has paid the required filing fee.

IT IS THEREFORE ORDERED that Kevin Blaney is admitted to practice ***pro hac vice***, in the above captioned bankruptcy cases, in the United States Bankruptcy Court for the Southern District of New York.

Dated this _____ day of November, 2009.

_____
Honorable Robert E. Gerber
UNITED STATES BANKRUPTCY JUDGE