

*OFFICE OF THE GENERAL COUNSEL*
## OKLAHOMA BAR ASSOCIATION
*1901 North Lincoln Boulevard*
*P. O. Box 53036*
*Oklahoma City, OK 73152-3036*
*(405) 416-7007   Fax: (405) 416-7003*

**Gina L. Hendryx**
General Counsel

**Loraine D. Farabow**
First Assistant
General Counsel

**Ted D. Rossier**
Assistant General Counsel

**Debbie Maddox**
Assistant General Counsel

**Katherine M. Ogden**
Staff Attorney

**Sharon Orth**
Investigator

**Dorothy Walos**
Investigator

**Krystal Willis**
Investigator

**Tommy Butler**
Investigator

**J. Manni Arzola**
Out-of-State Attorney
Registration

C E R T I F I C A T E

STATE OF OKLAHOMA    )
                     )
COUNTY OF OKLAHOMA )

Loraine Dillinder Farabow, being duly sworn, deposes and says:

That she is the First Assistant General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That JOHN KEVIN BLANEY, OBA #860, was admitted to the practice of law by the Supreme Court of Oklahoma on April 22, 1977, and is an active member in good standing of the Oklahoma Bar Association.

_____
Loraine Dillinder Farabow
First Assistant General Counsel

Subscribed and sworn to before me this 30th day of October, 2009.

_____
NOTARY PUBLIC

My Commission Expires:
**January 08, 2011**

Commission Number:
**07000304**



**Website:**
*www.okbar.org*