To: United States Bankruptcy Court

    Southern District New York

RE: Motors Liquidation Company, et al.,f/k/a General Motors Corp,. et al

Debtors

Chapter 11 Case No. 09-50026 (Reg)

United States Bankruptcy Judge;

Please accept my objection to the Motors Liquidation settlement for the following reasons:

    The class of employees totally and permanently disabled as a result of their employment at GM and with whom GM contracted to provide health care and pension benefits for life and committed to this agreement through respective state Workmans Compensation Bureaus are not covered in the settlement agreement.

    In 1985 I suffered a debilitating injury while at work in the employ of Gerneral Morors at the Harrison Radiator Div plant in Moraine City,

Ohio. Between 1985 and 1992 my family and I suffered financial, moral and emotional difficulties as our income trickled to nothing in the face of mounting medical bills. I was my family;\'s chief bread winner and I was unable to provide because of my injuries. In 1992 I settled all of the legal disputes with GM through Workers Compensation in exchange for a lump sum plus a guarantee of lifetime health benefits.

The proposed General Motors settlement is unacceptable in its current form because it unjustly enriches GM by releasing them from court settlements. Therefore, in light of the above, I ask the court for equitable estoppel in this action so that my settlement claims to healthcare rights continue to be honored in the future.


This class of employee has already sacrificed their health in the performance of their job descriptions. Please do not allow GM to continue making this class accept cruel and unusual punishment as their reward for working to make GM a great company.


Thank you,

James Kurtz

Workers Comp claim # 874608-SI

268-xxxx-2514

Dob: 9-25-1947

11-04-2009

Retired with total disability through Ohio Workers compensation 1992 and retirement backdated to 1991.