Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green
New York, NY   10004-1408


US Bankruptcy Court
Southern District of New York


Bankruptcy petition #09-50026-reg


TO THE JUDGE, HONORABLE ROBERT E. GERBER

I understand you are busy and I do not want to take up your time with a long letter, but I decided it
was important for you to know how I feel as a retired GM employee. I suspect there are thousands
who feel the same way, but the legal business is a difficult thing to understand and to respond to in
just the correct way required. I cannot afford an attorney and I am not a registered user of the Court
system. So here is my "hard copy".

I started work in 1962 for Delco Appliance in Rochester, New York, and remained a faithful
employee of General Motors for 32 years, until they sold the factory. For 8 years beyond that, I
remained in the same department continuing to build parts for GM after the company changed
hands twice.

Twice during my career with General Motors I was offered jobs with other companies but chose to
remain mostly because of the company contract of health insurance for the rest of my life.
Now, as you are aware, General Motors is reneging on their contract with their employees, and I
feel it is a dirty rotten shame.

As a senior citizen with a small fixed income, it is impossible to pay the high cost of insurance
without taking away other essential items. Even the monthly Medicare premiums are a difficult
expenditure. Prescription coverage and dental coverage are particularly difficult to obtain. I feel I
have worked for and earned my right to have health insurance from the company that I trusted and
loved working for.

There are many in my situation. Individuals whose lives are devastated by the loss of insurance -
health and life, whose small voices are being drowned out by huge companies and confused by the
impenetrable legal process.

My request is that the court finds a way for General Motors or what's left of General Motors to pay
for my health insurance. It was a contract, and I fulfilled my part of the contract.

Thank you for your time.

*Thomas A. Chapman*

Thomas A. Chapman
5393 Franklin Rd
Marion, New York   14505

RECEIVED
NOV - 9 2009
U.S. BANKRUPTCY COURT, SDNY
REG