Sharon Butler, as Guardian ad Litem for
Brooke Alexis Love, a minor
in Propria Persona
%5990 Sepulveda Boulevard, Suite #330
Van Nuys, California 91411-2523
(818)779-1720 phone
(818)779-1730 Fax

Return Date: November 12, 2009

Creditor Brooke Alexis Love, a minor, by and through her Guardian ad Litem, Sharon Butler in
Propria Persona

RECEIVED
NOV - 9 2009
U.S. BANKRUPTCY COURT. SDNY

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION, et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No.: 09-50026 (REG)<br>(Jointly Administered)<br><br>**DECLARATION OF SUZANNE E. RAND-LEWIS REGARDING STATUS OF INSURANCE COVERAGE FOR GENERAL MOTORS CORPORATION** |

## DECLARATION OF SUZANNE E. RAND-LEWIS REGARDING STATUS OF INSURANCE COVERAGE FOR GENERAL MOTORS CORPORATION

I, SUZANNE E. RAND-LEWIS, declare:

1. I am an attorney, duly licensed to practice in all Courts of the State of California and am an associate with the law offices of Gary Rand & Suzanne E. Rand-Lewis, PLCS, counsel for Brooke Alexis Love, a minor, by and through her Guardian ad Litem, Sharon Butler in her civil lawsuit filed in the Los Angeles County Superior Court, under case No.: YC059488 entitled *"Brooke Alexis Love, a minor, by and through her Guardian ad Litem, Sharon Butler v. Olga Edgar Purington, General Motors Corporation, et al."*.

2. I contacted the California Department of Motor Vehicles-Financial Responsibility Division to inquire about the status of General Motors Corporation's insurance coverage and/or

1  self-insured status. **I was advised by the Manager  that at no time has General Motors**

2  **Corporation or Motors Liquidation Company ever been permissibly self-insured in the**

3  **State of California.**

4      3. I sent a Declaration to that effect to the Department of Motor Vehicles, Financial

5  Responsibility Division asking that it be signed; however, I was informed  they could not sign

6  such a Declaration absent a court order to do so.

7      4. Therefore, I am requesting this Court order Motors Liquidation Company f/k/a

8  General Motors Corporation to provide a complete and full copy of insurance policy and proof

9  that said entities are permissibly self insured in the State of California which would cover the

10  date of Brooke Alexis Love's injury of  January 16, 2008.

11      5. General Motors Corporation produced a Declaration page showing it has insurance

12  coverage with National Union Fire Insurance Company of Pittsburgh, with a policy limit of

13  $300,000 for which General Motors Corporation paid National Union Fire Insurance Company

14  of Pittsburgh a premium of $75,036.  However, now  General Motors Corporation is claiming it

15  is in fact not covered by this insurance policy with National Union Fire Insurance Company of

16  Pittsburgh but is self-insured up to $300,000 .  However, to date, counsel for General Motors

17  Corporation has never produced proof of self-insurance status from the State of California as

18  required by law.  In fact, no evidence is attached to General Motors Corporation's Opposition to

19  establish same.

20      6. At no time during communications with Sharon Brown, Claims Administrator for

21  ESIS/GM Claims did she indicate there was no insurance coverage and that in fact General

22  Motors Corporation was self-insured.  In fact, on October 15, 2008, Ms. Brown directed a letter

23  to my office stating in pertinent part:

24      *"Please note that General Motors Corporation has adequate*

25      *coverage through insurance and self-insurance to satisfy this loss."*

26  Attached hereto and incorporated herein by this reference is a copy of said letter marked **Exhibit**

27  **"A"**.

28

2

DEC'L OF SUZANNE E. RAND-LEWIS REGARDING STATUS OF INSURANCE
COVERAGE FOR GENERAL MOTORS CORPORATION

7.  Absent competent evidence that said entities are permissibly self-insured, this Court must grant the instant motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of November, 2009 at Van Nuys, California.

_____
Suzanne E. Rand-Lewis, Esq.

DEC'L OF SUZANNE E. RAND-LEWIS REGARDING STATUS OF INSURANCE
COVERAGE FOR GENERAL MOTORS CORPORATION

 **esis**

ESIS
ESIS/GM Claims
PO Box 300
MC 482 C19 B61
Detroit, MI 48265

313-665-3404 *tel*
313-665-0911 *fax*

www.esis.com

**Sharon Brown**
*Claims Administrator*

October 15, 2008

Gary Rand
Attorney at law
5990 Sepulveda Blvd. Suite 330
Van Nuys, CA 91411

RE:    File Number:        8215-642783
       Date of Event:      01/16/2008
       Claimant:           Brooke A. Love
       Client/Account:     General Motors Corporation

Dear Mr. Rand:

This letter is to acknowledge your letter dated August 8, 2008 and to thank you for providing medical documentation. The information provided covered the day of the accident through February 2008. I am requesting any and all additional medical records and bills and the current medical status of Ms. Love.

I am also responding to your request regarding the policy limits. I am enclosing a copy of the Business Auto Declaration page for the policy period of 9/1/2007 to 9/1/2008. Please note that General Motors Corporation has adequate coverage through insurance and self insurance to satisfy this loss.

Please contact me if you have any questions. I can be reached at 1-800-888-0164.

Sincerely,

*Sharon Brown*
Sharon Brown

Enclosure:
Auto Declaration page


RECEIVED
NOV - 9 2009
U.S. BANKRUPTCY COURT, SDNY

*A Risk Management Services Company- One of the ACE Group of Companies*


EXHIBIT "A"

# AIG AMERICAN INTERNATIONAL COMPANIES ®

70 Pine Street, New York, NY 10270
(212) 770-7000

Coverage is provided by

## NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

(a capital stock company)

# BUSINESS AUTO DECLARATIONS

:M ONE    Named Insured & Mailing Address
GENERAL MOTORS CORPORATION

300 RENAISSANCE CENTER
DETROIT, MI 48265-3000

Producer's Name & Mailing Address
AON RISK SERVICES, INC. OF MI
3000 TOWN CENTER #3000
P O BOX 5156
SOUTHFIELD, MI 48086-5156

RM OF BUSINESS:

CORPORATION ☐ PARTNERSHIP ☐ LIMITED LIABILITY COMPANY ☐ INDIVIDUAL ☐ OTHER

ICY PERIOD: From 09/01/2007 to 09/01/2008 at 12:01 A.M. Standard Time at your mailing address.

ETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE
INSURANCE AS STATED IN THIS POLICY.

ICY PREMIUM:            $       75,036

ium for Terrorism Coverage:
$1,306 Included In Policy Premium

EDULE OF STATE TAXES, FEES AND SURCHARGES, IF APPLICABLE:*

| | |
|---|---|
| entucky | $99.50 |
| ichigan | $1.00 |
| ew Jersey | $7.00 |
| ew York | $2,720.00 |
| exas | $553.00 |

Taxes, Fees and Surcharges shown are in addition to the above referenced Policy Premium.

RSEMENTS ATTACHED TO THIS POLICY:

00 17 - Common Policy Conditions (IL 01 46 in Washington)

00 21 - Broad Form Nuclear Exclusion (Not Applicable in New York)

TTACHED FORMS SCHEDULE

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY
ONDITIONS, COVERAGE FORMS, AND FORMS AND ENDORSEMENTS IF ANY ISSUED TO FORM A PART THEREOF COMPLETE THE
ABOVE NUMBERED POLICY

Date Issued: 10/26/2007

EM TWO    SCHEDULE OF COVERAGE... ..D COVERED AUTOS

s policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those
tos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the
ered Autos Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS | LIMIT | PREMIUM |
|---|---|---|---|
| BILITY | 1 | $ 300,000 | $ 75,036 |
| RSONAL INJURY PROTECTION (equivalent No-fault Coverage) | 5 | SEPARATELY STATED IN EACH PERSONAL INJURY PROTECTION EN-DORSEMENT MINUS         DEDUCTIBLE FOR EACH ACCIDENT | $ INCLUDED |
| DED PERSONAL INJURY TECTION (or equivalent added fault Coverage) | | | $ |
| PERTY PROTECTION RANCE (Michigan only) | | SEPARATELY STATED IN THE PROPERTY PROTECTION INSURANCE EN-DORSEMENT MINUS $         DEDUCTIBLE FOR EACH ACCIDENT. | $ |
| O MEDICAL PAYMENTS | | $ | $ |
| ICAL EXPENSE AND INCOME BENEFITS (Virginia only) | | SEPARATELY STATED IN EACH MEDICAL EXPENSE AND INCOME LOSS BENEFITS ENDORSEMENT. | $ |
| SURED MOTORISTS | 2 | SEPARATELY STATED IN EACH UNINSURED MOTORISTS ENDORSEMENT | $ INCLUDED |
| ERINSURED MOTORISTS n not included in Uninsured rists Coverage) | 2 | SEPARATELY STATED IN EACH UNDERINSURED MOTORISTS ENDORSEMENT | $ INCLUDED |
| SICAL DAMAGE PREHENSIVE COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS | $         DEDUCTIBLE FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See ITEM FOUR For Hired Or Borrowed "Autos". | $ |
| SICAL DAMAGE IFIED CAUSES OF LOSS ERAGE | | $25    DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See ITEM FOUR For Hired Or Borrowed "Autos". | $ |
| SICAL DAMAGE ISION COVERAGE | | $         DEDUCTIBLE FOR EACH COVERED AUTO. See ITEM FOUR For Hired Or Borrowed "Autos". | $ |
| ICAL DAMAGE TOWING LABOR | | $         For Each Disablement Of A Private Passenger "Auto". | $ |
| | | PREMIUM FOR ENDORSEMENTS | $ INCLUDED |
| | | *ESTIMATED TOTAL PREMIUM | $ 75,036 |

*This policy may be subject to final audit.

**/ THREE    SCHEDULE OF COVERED AUTOS YOU OWN**

| | DESCRIPTION | PURCHASED | | TERRITORY |
|---|---|---|---|---|
| ed lo. | Year, Model, Trade Name, Body Type Serial Number (s) Vehicle Identification Number (VIN) | Original Cost New | Actual Cost & NEW (N) USED (U) | Town & State Where The Covered Auto Will Be Principally Garaged |
| | PER SCHEDULE ON FILE WITH COMPANY | | | |
| | | | | |
| | | | | |

| | | | CLASSIFICATION | | | | |
|---|---|---|---|---|---|---|---|
| d o. | Radius Of Operation | Business Use S = service R = retail C = commercial | Size GVW, GCW Or Vehicle Seating Capacity | Age Group | Primary Rating Factor Liab. / Phy. Dam. | Secondary Rating Factor | Code | EXCEPT For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below As Interests May Appear At The Time Of The Loss. |
| | PER SCHEDULE ON FILE WITH COMPANY | | | | | | |
| | | | | | | | |
| | | | | | | | |

306
3 03 06    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    ©ISO Properties, Inc., 2005    Page 2 of 5

INSURED'S COPY

1  **PROOF OF SERVICE**

2  **STATE OF CALIFORNIA**          )
                                            )
3  **COUNTY OF LOS ANGELES**      )

4       I am employed in Los Angeles County.  My business address is 5990 Sepulveda

5  Boulevard, Suite #330, Van Nuys, California 91411-2523.  I am over the age of 18 years and am

6  not a party to this cause.

7       On November 6,  2009, I served the following documents:

8  **DECLARATION OF SUZANNE E. RAND-LEWIS REGARDING STATUS OF
   INSURANCE COVERAGE FOR GENERAL MOTORS CORPORATION**

9       on:

10  Harvey R. Miller                              Monica J. Frascona, Esq.
    Stephen Karotkin                            Dykema Gossett LLP

11  Joseph H. Smolinsky, Esq.              333 South Grand Avenue, Suite 2100
    David R. Berz                                  Los Angeles, California  90071

12  Weil, Gotshal & Manges, LLP         FAX No.: (213)457-1850
    767 Fifth Avenue

13  New York, New York 10153
    FAX No.: (212)310-8007

14  The Garden City Group, Inc.
    FAX No.: (631)940-6554 (FAXED ONLY)

15

16  [ X ]  **BY MAIL**-I placed such envelope/s for collection and mailing on this date following
            ordinary business practices at Van Nuys, California .  The envelope was mailed with

17          postage thereon fully prepaid.

18  [  ]   **BY PERSONAL SERVICE**-I delivered such envelope by hand to said party at,_____
            _____ at _____ m. o'clock.

19  [  ]   **BY OVERNITE EXPRESS MAIL**-I placed such envelope/s for collection and Overnite
            Express  mail on this date following ordinary business practices directed to the addresses

20          above.

21  [ X ]  **BY FACSIMILE TRANSMISSION**-I caused to be served by facsimile transmission at
            the number(s) listed above:

22

23  [  ]   STATE I declare under penalty of perjury that the foregoing is true and correct.

24  [ X ]  FEDERAL: I declare that I am employed in the office of a member of the bar of this
            court at whose direction the service was made.

25       Executed on November 6 , 2009, at Van Nuys, California.

26                                          Chris Meyer

27

28
                                            4
─────────────────────────────────────────────
         DEC'L OF SUZANNE E. RAND-LEWIS REGARDING STATUS OF INSURANCE
                COVERAGE FOR GENERAL MOTORS CORPORATION