RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
J. Alex Kress, Esq. (N.J. Fed. Bar I.D. No. JK-7189)
Kevin J. Larner, Esq. (KL-8627)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

-and-

500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

*Attorneys for KONE, Inc. and KONE Elevators*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORP., et al.,<br><br>                                              Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br>Jointly administered |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF KONE, INC. AND KONE ELEVATORS TO NOTICE OF DEBTORS' INTENT (I) TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO [DOCKET NO. 742]

PLEASE TAKE NOTICE that KONE, INC. and KONE ELEVATORS (collectively, "KONE") hereby withdraws its Objection to Notice of Debtors' Intent (I) To Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of

Nonresidential Real Property and (II) Cure Amounts Related Thereto [Docket No. 742]. KONE reserves all its other rights and remedies with respect to these proceedings.

Dated: October 29, 2009  RIKER DANZIG SCHERER HYLAND
Morristown, New Jersey  & PERRETTI LLP

By: __/s/ J. Alex Kress_____

J. Alex Kress, Esq.(N.J. Fed. Bar I.D. No. JK-7189)
(akress@riker.com)
Kevin J. Larner, Esq. (KL-8627)
(klarner@riker.com)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800
-and-
500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

*Attorneys for KONE, Inc., and KONE Elevators*

3990464.2