DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVER TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
HERBERT K. RYDER, ESQ. (HR-5137)
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800
ATTORNEYS FOR BANK OF VALLETTA p.l.c.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a GENERAL MOTORS CORP., *et al.* | Case No. 09-50026 (REG) (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Bank of Valletta p.l.c. ("Bank of Valletta") appears herein through its undersigned attorneys, pursuant to 11 U.S.C. Section 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure and requests that all notices (including those required by Bankruptcy Rule 2002) in these cases or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned cases or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

Herbert K. Ryder, Esq.
Day Pitney LLP
(Mail To) P.O. Box 1945, Morristown, NJ 07962-1945
(Deliver To) 200 Campus Drive, Florham Park, NJ 07932-0950
Phone: 973-966-6300
Fax: 973-966-1015
hryder@daypitney.com

PLEASE TAKE FURTHER NOTICE that Bank of Valletta does not intend for this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to these cases; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Fed. R. Civ. P. 4, or  Fed. R. Bankr. P. 7004, nor shall it result in undersigned counsel being deemed to be the agent of Bank of Valletta for such purpose.

Dated: November 11, 2009
    Florham Park, NJ

DAY PITNEY LLP

By: /s/ Herbert K. Ryder
    HERBERT K. RYDER (HR-5137)
    (Mail to)  P.O. Box 1945, Morristown, NJ 07962-1945
    (Deliver to) 200 Campus Dr., Florham Pk., NJ  07932-0950
    (973) 966-6300
     - and -
     7 Times Square
    New York, NY 10036-7311
    (212) 297-5800
    ATTORNEYS FOR BANK OF VALLETTA p.l.c.