<u>EXHIBIT C</u>

<u>FRANK LORINCZ CERTIFICATION</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                  :         Chapter 11
                                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,                   :         Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,           :
                                                        :         (Jointly Administered)
                                Debtors.                :
------------------------------------------------------------------------x

CERTIFICATION OF FRANK LORINCZ IN SUPPORT OF APPLICATION
OF LFR INC. FOR INTERIM ALLOWANCE AND PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF COSTS AND EXPENSES
<u>INCURRED DURING THE PERIOD JUNE 1, 2009 TO SEPTEMBER 30, 2009</u>

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

       Frank Lorincz, the Chief Executive Officer of LFR Inc. ("Applicant"), hereby certifies with respect to the Interim Fee Application of LFR Inc. For Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in these cases, for the period June 1, 2009 through September 30, 2009 (the "Application"), as follows:

A.    <u>Certification</u>

       1.    I am the "Certifying Professional" as defined in the Guidelines. I have read the Application, and certify that to the best of my knowledge, information and belief, formed after reasonable inquiry, except as specifically indicated to the contrary, (a) the Application complies with the Guidelines, (b) the fees and disbursements sought by Applicant for this compensation period fall within the Guidelines, and (c) the fees and disbursements sought by Applicant, except to the extent prohibited by the Guidelines, are billed at rates, and in accordance with practices, customarily employed by Applicant and generally accepted by Applicant's clients.

      2.      Applicant provided the Debtors and the United States Trustee with a copy of the Application.

      3.      No agreement or understanding exists between Applicant and any other person for a division of compensation herein, and no agreement prohibited by section 504 of the Bankruptcy Code (11 U.S.C. § 504) and Rule 2016 of the Bankruptcy Rules has been made.

B.      <u>Compliance with Specific Guidelines Regarding Time Records</u>

      4.      To the best of my knowledge, information and belief, formed after reasonable inquiry, Applicant complies with all of the Guidelines as to the recording of time by Applicant's professionals.

C.      <u>Description of Services Rendered</u>

      5.      I certify that the Application sets forth at the outset, in the accompanying summary schedules, as well as in the text of the Application: (a) the amount of fees and disbursements sought, (b) the time period covered by the Application, (c) the total professional hours expended; and, further, that the schedules and the exhibits to the Application show (d) the name of each professional, with his or her position at Applicant, (e) the year that each professional was licensed to practice, where applicable, and (f) the hours worked by each professional.

D.      <u>Reimbursement for Expenses and Services</u>

      6.      In connection with Applicant's request for reimbursement of out-of-pocket expenses, I certify to the best of my knowledge, information and belief, formed after a reasonable inquiry that: (a) Applicant has not included in the amounts billed a profit in providing those services for which reimbursement is sought in the Application, (b) Applicant has not included in the amounts billed for such services any amounts for amortization of the cost of

2

any investment, equipment or capital outlay, and (c) amounts billed for purchases or services from outside third-party vendors are billed in amounts paid by Applicant to such vendors.

   7. I also certify to the best of my knowledge, information and belief, formed after reasonable inquiry, the amounts requested in the Application for reimbursement of expenses fully comply with the Guidelines.

Dated: November 12, 2009              /s/ Frank Lorincz
                          Frank Lorincz
                         Chief Executive Officer
                         LFR Inc.