**Exhibit D**
**LFR, Inc. Case No.: 09-50026 (REG)**
**Summary of Fees by Professional**
**For the period of June 15, 2009 - September 30, 2009**

| Name of Proffessional Individual | Hourly Billing Rate During Fee Period | Total Hours Billed During Fee Period | Total Compensation Requested During Fee Period |
|---|---|---|---|
| Batchelder, Budd P. | $ 137.00 | 23.00 | $ 3,151.00 |
| Bell, Caitlin H. | $ 115.00 | 84.90 | $ 9,763.50 |
| Bow, William | $ 200.00 | 3.50 | $ 700.00 |
| Brunt, Lawrence G. | $ 200.00 | 45.00 | $ 9,000.00 |
| Chapman, Marcie | $ 54.00 | 11.50 | $ 621.00 |
| Cherbonneau, Cynthia | $ 94.00 | 6.80 | $ 639.20 |
| Coffey, Lisa | $ 200.00 | 4.20 | $ 840.00 |
| Cross, Bradley | $ 200.00 | 30.70 | $ 6,140.00 |
| Dittmar, Charles | $ 152.00 | 1.00 | $ 152.00 |
| Donovan, Gregory M. | $ 137.00 | 2.00 | $ 274.00 |
| Drain, Sean D. | $ 102.00 | 20.90 | $ 2,131.80 |
| Duffy, Thomas W. | $ 89.00 | 42.50 | $ 3,782.50 |
| Ebihara, Tatsuji | $ 168.00 | 13.50 | $ 2,268.00 |
| Evans, Joseph | $ 54.00 | 0.50 | $ 27.00 |
| Fisher, Sarah | $ 152.00 | 107.50 | $ 16,340.00 |
| Fisherkeller, Mark | $ 152.00 | 5.00 | $ 760.00 |
| Forsberg, Robert | $ 168.00 | 6.00 | $ 1,008.00 |
| Gaito, Steven T. | $ 137.00 | 307.90 | $ 42,182.30 |
| Gillotti, Nancy | $ 168.00 | 87.70 | $ 14,733.60 |
| Goloubow, Ronald | $ 184.00 | 36.10 | $ 6,642.40 |
| Gonzales, James | $ 115.00 | 0.50 | $ 57.50 |
| Haines, Cheryl L. | $ 168.00 | 37.50 | $ 6,300.00 |
| Hamann, Martin E. | $ 200.00 | 3.50 | $ 700.00 |
| Henke, Chrystal D. | $ 152.00 | 29.50 | $ 4,484.00 |
| Hoeksema, Amy | $ 168.00 | 95.40 | $ 16,027.20 |
| Holm, John W. | $ 168.00 | 5.30 | $ 890.40 |
| Jeffers, Cindy | $ 54.00 | 7.50 | $ 405.00 |
| Johnston, David K. | $ 184.00 | 3.00 | $ 552.00 |
| Kaiding, Derek | $ 168.00 | 112.50 | $ 18,900.00 |
| Kapp, Raymond | $ 168.00 | 109.00 | $ 18,312.00 |
| Kenter, Richard J. | $ 200.00 | 7.70 | $ 1,540.00 |
| Kowalski, Richard G. | $ 184.00 | 319.60 | $ 58,806.40 |
| Kuhnel, Vit | $ 184.00 | 28.80 | $ 5,299.20 |
| Limbers, Timothy L. | $ 200.00 | 53.90 | $ 10,780.00 |

| Name of Proffessional Individual | Hourly Billing Rate During Fee Period | Total Hours Billed During Fee Period | Total Compensation Requested During Fee Period |
|---|---|---|---|
| Lindsay, Douglas M. | $ 168.00 | 23.00 | $ 3,864.00 |
| Lorincz, Frank | $ 335.00 | 67.70 | $ 22,679.50 |
| Ma, Hei Yiu Brenda | $ 152.00 | 24.50 | $ 3,724.00 |
| Maier, Matthew J. | $ 168.00 | 33.80 | $ 5,678.40 |
| Mall, Richard R. | $ 168.00 | 72.90 | $ 12,247.20 |
| Manzo, David | $ 152.00 | 7.90 | $ 1,200.80 |
| McBurney, Lowell | $ 200.00 | 345.30 | $ 69,060.00 |
| McKenna, John | $ 168.00 | 115.90 | $ 19,471.20 |
| Messinger, John | $ 168.00 | 90.10 | $ 15,136.80 |
| Monteith, Michael D. | $ 184.00 | 73.00 | $ 13,432.00 |
| Morrow, Janel C. | $ 94.00 | 2.00 | $ 188.00 |
| Mullen, Thomas F. | $ 168.00 | 40.90 | $ 6,871.20 |
| Nesky, Michael Paul | $ 168.00 | 7.60 | $ 1,276.80 |
| Noreen, Shane S. | $ 152.00 | 15.00 | $ 2,280.00 |
| Overs, Edwin | $ 200.00 | 10.00 | $ 2,000.00 |
| Pedersen, Brian S. | $ 168.00 | 78.70 | $ 13,221.60 |
| Postma, Frank B. | $ 168.00 | 29.00 | $ 4,872.00 |
| Powers, Amy | $ 54.00 | 18.10 | $ 977.40 |
| Rao, Harish | $ 184.00 | 41.50 | $ 7,636.00 |
| Rogoff, Eric | $ 200.00 | 1.50 | $ 300.00 |
| Rothchild, Alexander | $ 200.00 | 391.00 | $ 78,200.00 |
| Ruddiman, William | $ 184.00 | 25.00 | $ 4,600.00 |
| Sager, Eric D. | $ 168.00 | 53.50 | $ 8,988.00 |
| Saunders, Bradley | $ 168.00 | 84.30 | $ 14,162.40 |
| Schafer, Lesley A. | $ 115.00 | 12.00 | $ 1,380.00 |
| Selger, David L. | $ 168.00 | 31.00 | $ 5,208.00 |
| Snyder, Cody | $ 54.00 | 4.30 | $ 232.20 |
| Stromberg, Rick | $ 200.00 | 114.80 | $ 22,960.00 |
| Sullivan, Richard W. | $ 184.00 | 30.50 | $ 5,612.00 |
| Thompson, David L. | $ 168.00 | 73.00 | $ 12,264.00 |
| Tobia, Richard J. | $ 168.00 | 51.00 | $ 8,568.00 |
| Treat, Rebecca | $ 137.00 | 4.90 | $ 671.30 |
| Uhland, G. Samuel | $ 200.00 | 2.10 | $ 420.00 |
| Weinberg, Nadine | $ 200.00 | 0.90 | $ 180.00 |
| **Grand Total** | | **3630.60** | **$ 633,772.80** |