Exhibit E
LFR, Inc. Case No.: 09-50026 (REG)
Summary of Expenses by Category by Month
For the period of June 15, 2009 - September 30, 2009

| Expense Category | June 15, 2009 - July 5, 2009 | July 6, 2009 - July 26, 2009 | July 27, 2009 - Aug 23, 2009 | Aug 24, 2009 - Sept 27, 2009 | Sept 28, 2009 - Sept 30, 2009 |
|---|---|---|---|---|---|
| Commincation Fee | $ 3,947.25 | $ 770.82 | $ 2,747.19 | $ 7,038.55 | $ 1,368.55 |
| Materials/Supplies | | | | $ 3,910.00 | $ 90.30 |
| Telephone/Telcom | | $ 189.84 | $ 296.37 | $ 358.23 | |
| Postage/Delivery | | | $ 92.19 | $ 94.63 | |
| Equipment Rental | $ 57.40 | | $ 146.00 | $ 118.00 | |
| Permits/Fees | | | | $ 19.55 | |
| Air Fare | | $ 980.03 | | $ 6,623.99 | |
| Car Rental | | | | $ 392.78 | |
| Tolls Parking/Rental Car | | $ 182.28 | | $ 272.04 | |
| Lodging | | $ 896.87 | | $ 2,682.50 | |
| Meals | | | | $ 177.32 | |
| Employee Mileage | | | | $ 217.25 | |
| Subcontractors | | | | | $ 9,778.05 |
| Totals | $ 4,004.65 | $ 3,019.84 | $ 3,281.75 | $ 21,904.84 | $ 11,236.90 |

Total $ 43,447.98