**Exhibit F**
**LFR, Inc. Case No.: 09-50026 (REG)**
**Summary of Hours and Fees by Month**
**For the period of June 15, 2009 - September 30, 2009**

| Category | Category Description | June 15, 2009 - July 7, 2009 Hours | Fees | July 6, 2009 - July 26, 2009 Hours | Fees | July 27, 2009 - Aug 23, 2009 Hours | Fees |
|---|---|---|---|---|---|---|---|
| 10 | Document Preparation | 173.5 | $ 30,701.20 | 63.7 | $ 10,004.50 | 322 | $ 51,075.20 |
| 20 | Document Review | 169.2 | $ 32,469.00 | 10.8 | $ 2,037.30 | 150.3 | $ 26,931.00 |
| 30 | Costing | 221.1 | $ 38,835.10 | 10.6 | $ 1,551.80 | 22 | $ 3,229.00 |
| 40 | Data Management | 319.9 | $ 62,405.90 | 75.3 | $ 16,275.00 | 176 | $ 32,630.00 |
| | **Totals** | **883.7** | **$ 164,411.20** | **160.4** | **$ 29,868.60** | **670.3** | **$ 113,865.20** |

| Category | Category Description | Aug 24, 2009 - Sept 27, 2009 Hours | Fees | Sept 28, 2009 - Sept 30, 2009 Hours | Fees | Totals by Category Hours | Fees |
|---|---|---|---|---|---|---|---|
| 10 | Document Preparation | 413.6 | $ 63,204.50 | 75.8 | $ 11,871.90 | 1,048.6 | $ 166,857.30 |
| 20 | Document Review | 343.7 | $ 61,238.60 | 47.6 | $ 8,659.30 | 721.6 | $ 131,335.20 |
| 30 | Costing | 388.6 | $ 67,317.90 | 95.2 | $ 16,908.80 | 737.5 | $ 127,842.60 |
| 40 | Data Management | 483.5 | $ 84,623.40 | 67.9 | $ 11,803.40 | 1,122.6 | $ 207,737.70 |
| | **Totals** | **1629.4** | **$ 276,384.40** | **286.5** | **$ 49,243.40** | **3,630.3** | **$ 633,772.80** |