# EXHIBIT B

**ATTORNEY TIME SUMMARY**

For professional services rendered June 1, 2009 through September 30, 2009:

| Name of Professional | Title | Department | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL:** | | | | | | |
| Abel, Jason R. | Partner | Litigation | 2001 | $300.00 | 14.80 | $4,440.00 |
| Ankers, Norman | Partner | Litigation | 1979 | 530.00 | 0.40 | 212.00 |
| Appledorn, Thomas J. | Partner | Corporate | 2004 | 260.00 | 25.90 | 6,734.00 |
| Baty Jr., Donald F. | Partner | Commercial Law, Bankruptcy, and Reorganization | 1985 | 475.00 | 248.10 | 117,847.50 |
| Beitner, Norman | Partner | Corporate | 1979 | 465.00 | 125.50 | 58,357.50 |
| Binkow, Maurice S | Partner | Real Estate | 1958 | 455.00 | 27.90 | 12,694.50 |
| Calton, Judy | Partner | Commercial Law, Bankruptcy, and Reorganization | 1986 | 475.00 | 115.10 | 54,672.50 |
| Coppola, Joseph Sr. | Partner | Corporate | 1988 | 390.00 | 2.30 | 897.00 |
| Crotty, Sean F. | Partner | Labor | 2002 | 290.00 | 35.00 | 10,150.00 |
| Forster II, Thomas William | Partner | Real Estate | 2000 | 320.00 | 3.30 | 1,056.00 |
| Friedman, Michael J. | Partner | Corporate | 1991 | 375.00 | 5.20 | 1,950.00 |
| Gold, Kenneth C. | Partner | Environmental | 1987 | 360.00 | 1.80 | 648.00 |
| Gorman, Frank L. | Partner | Commercial Law, Bankruptcy, and Reorganization | 1998 | 370.00 | 265.50 | 98,235.00 |
| Greene, Margaret E. | Partner | Real Estate | 1980 | 370.00 | 6.70 | 2,479.00 |
| Haas, June Summers | Partner | Tax Appeals | 1986 | 455.00 | 35.10 | 15,970.50 |
| Hochkammer, Karl A. | Partner | Corporate | 1992 | 435.00 | 168.80 | 73,428.00 |
| Jackson, Robert M. | Partner | Litigation | 1984 | 455.00 | 30.90 | 14,059.50 |
| Johnson, S. Lee | Partner | Environmental | 1993 | 330.00 | 17.40 | 5,742.00 |
| Kanan, John P. | Partner | Corporate | 1993 | 375.00 | 123.20 | 46,200.00 |
| Kaye, Barbara A. | Partner | Corporate | 1985 | 440.00 | 22.80 | 10,032.00 |
| Krueger, Robert J. | Partner | Corporate | 1983 | 465.00 | 0.50 | 232.50 |

| Name of Professional | Title | Department | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Krugel, Joel M. | Partner | Real Estate | 1992 | $355.00 | 44.70 | $15,868.50 |
| Kuras, Jeffrey H. | Partner | Corporate | 2003 | 255.00 | 22.60 | 5,763.00 |
| Langridge, Melissa A. | Partner | Corporate | 2004 | 250.00 | 32.80 | 8,200.00 |
| Lisi, Michael A. | Partner | Corporate | 1986 | 390.00 | 13.60 | 5,304.00 |
| Mali, H. Roger | Partner | Real Estate | 2002 | 285.00 | 130.30 | 37,135.50 |
| Mandell, Stewart L. | Partner | Tax Appeals | 1981 | 465.00 | 15.10 | 7,021.50 |
| Maxwell, A'Jene' M. | Partner | Real Estate | 2004 | 250.00 | 128.90 | 32,225.00 |
| McLaughlin, Lawrence | Partner | Real Estate | 1977 | 515.00 | 29.30 | 15,089.50 |
| Meadows, H. Kirk | Partner | Environmental | 2001 | 280.00 | 107.80 | 30,184.00 |
| Meisner, Mitchell | Partner | Real Estate | 1984 | 375.00 | 94.80 | 35,550.00 |
| Moscow, Cyril | Partner | Corporate | 1957 | 540.00 | 0.50 | 270.00 |
| Murphy, Lawrence | Partner | Litigation | 1992 | 370.00 | 20.60 | 7,622.00 |
| Negele, Brian J. | Partner | Environmental | 1985 | 325.00 | 54.30 | 17,647.50 |
| Nida, Charles | Partner | Trusts and Estates | 1969 | 520.00 | 0.30 | 156.00 |
| Opperer, Joshua F. | Partner | Corporate | 1995 | 400.00 | 0.40 | 160.00 |
| Parsigian, David N. | Partner | Corporate | 1985 | 465.00 | 29.10 | 13,531.50 |
| Phillip, Lara Fetsco | Partner | Litigation | 1995 | 370.00 | 1.70 | 629.00 |
| Pirich, John D. | Partner | Litigation | 1973 | 490.00 | 23.90 | 11,711.00 |
| Pitts, Stanley | Partner | Labor | 1981 | 320.00 | 27.30 | 8,736.00 |
| Polito, Joseph | Partner | Environmental | 1975 | 495.00 | 17.30 | 8,563.50 |
| Przybylski, Thomas E. | Partner | Corporate | 2002 | 280.00 | 134.40 | 37,632.00 |
| Rozof, Phyllis G. | Partner | Real Estate | 1977 | 385.00 | 58.30 | 22,445.50 |
| Salle, Alan J. | Partner | Real Estate | 1987 | 405.00 | 25.70 | 10,408.50 |
| Schermerhorn, Gregory R. | Partner | Corporate | 1990 | 340.00 | 15.20 | 5,168.00 |
| Sherick, Tricia A. | Partner | Commercial Law, Bankruptcy, and Reorganization | 1997 | 370.00 | 432.10 | 159,877.00 |
| Silver, Aaron M. | Partner | Commercial Law, Bankruptcy, and Reorganization | 2002 | 285.00 | 279.80 | 79,743.00 |

| Name of Professional | Title | Department | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Soble, Richard S. | Partner | Tax | 1980 | $520.00 | 0.30 | $156.00 |
| Stanley, Daniel L. | Partner | Tax Appeals | 1997 | 340.00 | 0.50 | 170.00 |
| Stern, Mark A. | Partner | Litigation | 1984 | 455.00 | 3.30 | 1,501.50 |
| Taigman, Michelle | Partner | Commercial Law, Bankruptcy, and Reorganization | 1993 | 370.00 | 225.70 | 83,509.00 |
| Valade, Alan M. | Partner | Tax | 1977 | 440.00 | 135.80 | 59,752.00 |
| Weiss, Robert B. | Partner | Commercial Law, Bankruptcy, and Reorganization | 1975 | 565.00 | 309.00 | 174,585.00 |
| Wessel, Kenneth J. | Partner | Real Estate | 2004 | 250.00 | 90.90 | 22,725.00 |
| Boyce, Marcia Bennett | Of Counsel | Commercial Law, Bankruptcy, and Reorganization | 2000 | 310.00 | 31.40 | 9,734.00 |
| Frank, Frederick J. | Of Counsel | Real Estate | 1980 | 365.00 | 32.40 | 11,826.00 |
| **ASSOCIATES:** | | | | | | |
| Adams, Daniel N. | Associate | Commercial Law, Bankruptcy, and Reorganization | 2007 | $195.00 | 290.50 | $56,647.50 |
| Anderson-Williams, Shanta S. | Associate | Labor | 2007 | 195.00 | 44.00 | 8,580.00 |
| Bednarz, Kenton M. | Associate | Corporate | 2008 | 195.00 | 1.00 | 195.00 |
| Bradley-Lipsey, Andrea J. | Associate | Litigation | 2006 | 210.00 | 1.00 | 210.00 |
| Dixit, Naeha | Associate | Environmental | 2007 | 205.00 | 184.70 | 37,863.50 |
| Douglas, Stephanie A. | Associate | Labor | 2006 | 225.00 | 39.90 | 8,977.50 |
| Drucker, Seth A. | Associate | Commercial Law, Bankruptcy, and Reorganization | 2004 | 240.00 | 364.60 | 87,504.00 |
| Grimm, David E. | Associate | Commercial Law, Bankruptcy, and Reorganization | 2007 | 195.00 | 277.20 | 54,054.00 |
| Holmes, Karissa M.W. | Associate | Corporate | 2008 | 195.00 | 60.50 | 11,797.50 |
| Keith, Adam K. | Associate | Commercial Law, Bankruptcy, and Reorganization | 2007 | 210.00 | 195.70 | 41,097.00 |

3

| Name of Professional | Title | Department | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Keuten, Matthew | Associate | Health Care | 2006 | $220.00 | 59.50 | $13,090.00 |
| Kochenderfer, Adam L. | Associate | Litigation | 2004 | 265.00 | 122.00 | 32,330.00 |
| Kuriakuz, John P. | Associate | Commercial Law, Bankruptcy, and Reorganization | 2006 | 210.00 | 143.50 | 30,135.00 |
| Leibhan, Evan J. | Associate | Corporate | 2007 | 210.00 | 42.00 | 8,820.00 |
| Linna Jr., Daniel W. | Associate | Commercial Law, Bankruptcy, and Reorganization | 2004 | 265.00 | 157.10 | 41,631.50 |
| Michalsky, Abby | Associate | Real Estate | 2007 | 210.00 | 100.30 | 21,063.00 |
| Quinn, Brian T. | Associate | Litigation | 2003 | 250.00 | 5.30 | 1,325.00 |
| Sgroi, Joseph R. | Associate | Commercial Law, Bankruptcy, and Reorganization | 2005 | 240.00 | 428.80 | 102,912.00 |
| Spencer, Khalilah V. | Associate | Litigation | 2001 | 250.00 | 1.30 | 325.00 |
| Stoll, Nosson C. | Associate | Tax | 2008 | 195.00 | 37.00 | 7,215.00 |
| Tayter, Sarah Slosberg | Associate | Health Care | 2006 | 225.00 | 25.30 | 5,692.50 |
| Thomas, Ryan J. | Associate | Real Estate | 2008 | 195.00 | 95.00 | 18,525.00 |
| Tobias, Erika L. | Associate | Corporate | 2002 | 210.00 | 221.00 | 46,410.00 |
| Walker, Wendy E. | Associate | Real Estate | 2005 | 230.00 | 135.40 | 31,142.00 |
| Yourchock, Kimberly A. | Associate | Commercial Law, Bankruptcy, and Reorganization | 2008 | 195.00 | 329.00 | 64,155.00 |
| Zaidi, Ali | Associate | Corporate | 2004 | 210.00 | 169.50 | 35,595.00 |
| **OTHER PROFESSIONALS:** | | | | | | |
| Barringer, Ron | Paralegal | Real Estate | | $215.00 | 36.80 | $7,912.00 |
| Giddings, M. Lucile | Paralegal | Real Estate | | 170.00 | 1.80 | 306.00 |
| Hammers, Katherine L. | Paralegal | Environmental | | 175.00 | 1.50 | 262.50 |
| Laforgia, Kathleen | Paralegal | Litigation/Corporate | | 170.00 | 5.80 | 986.00 |
| Lundberg, Brenda E. | Paralegal | Commercial Law, Bankruptcy, and Reorganization | | 170.00 | 175.20 | 29,784.00 |

| Name of Professional | Title | Department | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Provenzano, Lee Ann | Paralegal | Commercial Law, Bankruptcy, and Reorganization | | $170.00 | 4.70 | $799.00 |
| Underwood, Janice S. | Paralegal | Litigation | | 180.00 | 1.50 | 270.00 |
| Zacny, Marie | Paralegal | Corporate | | 180.00 | 1.50 | 270.00 |
| Gable, Kineret A. | Librarian | Library | | 185.00 | 2.50 | 462.50 |
| Webster, Patricia | Librarian | Library | | 185.00 | 5.50 | 1,017.50 |
| Fales, Aaron M. | Specialist | Tax Appeals | | 300.00 | 1.00 | 300.00 |
| Hilpert, Mark A. | Tax Consultant | Tax Appeals | | 365.00 | 1.00 | 365.00 |
| Marchant, Melanie K. | Clerk | Corporate | | 115.00 | .60 | 69.00 |
| Keller, Robert H. | Summer Associate | | | 165.00 | 6.30 | 1,039.50 |
| Seymour, Clara L. | Summer Associate | | | 165.00 | 12.90 | 2,128.50 |
| Van Antwerp, Melanie | Summer Associate | | | 170.00 | 42.70 | 7,259.00 |
| | | | | | | |
| **Total Hours and Fees** | | | | | **7,678.70** | **$2,297,160.00** |

DETROIT.3866821.1