# EXHIBIT C

**DISBURSEMENT SUMMARY**

June 1, 2009 through September 30, 2009:

| Description | Amount |
|---|---:|
| Court and Other Fees | $2,337.50 |
| Handheld Wireless Device Reimbursement | 425.00 |
| UCC Search Fees | 794.00 |
| Courier | 738.44 |
| Computer Research | 636.60 |
| Meals and Related Expenses | 749.19 |
| Photocopying and Document Production | 4,431.17 |
| Telephone | 490.75 |
| Travel Related Expenses | 6,196.81 |
| **Total Disbursements** | **$16,799.46** |

DETROIT.3876584.1