UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: Motors Liquidation Company              Case No.: 09-50026
                                                Chapter 11

                           Debtor
-----------------------------------------------------------x
                                                Adversary Proceeding No.: _____

                           Plaintiff
                            v.

                           Defendant
-----------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of Eric Zajac, to be admitted, ***pro hac vice***, to represent Sara Gilvary, (the "Client") a creditor in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania, it is hereby

      **ORDERED**, that Eric Zajac, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York           /s/ _____
                               UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: Motors Liquidation Company                    Case No.: 09-50026

                                     Chapter 11

                  Debtor

------------------------------------------------------------x

                                   Adversary Proceeding No.: _____

                  Plaintiff

              v.

                  Defendant

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Eric Zajac, request admission, *pro hac vice*, before the Honorable Judge Robert W. Sweet, to represent Sarah Gilvary, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 11/16/09
New York, New York

Eric Zajac
*Mailing Address:*
Zajac & Arias
1818 Market Street, 30th Floor
Philadelphia, PA 19103
*E-mail address:* Eric@teamlawyers.com
*Telephone number:* (215) 575-7615