# EXHIBIT D

## EXHIBIT D

### SUMMARY OF FIRST INTERIM FEE APPLICATION
### OF BUTZEL LONG FOR SERVICES RENDERED FOR
### THE PERIOD JUNE 10, 2009 THROUGH SEPTEMBER 30, 2009

| NAME OF PROFESSIONAL SHAREHOLDERS AND OF COUNSEL | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Eric Fisher | LIT, BK | 1996 | $525.00 | 116.4 | $61,110.00 |
| Thomas B. Radom | BK | 1974 | $475.00 | 3.1 | $1,472.50 |
| Barry N. Seidel | BK | 1978 | $725.00 | 101.1 | $73,297.50 |
| E. Dale Wilson | RE | 1999 | $285.00 | 6.6 | $1,881.00 |
| Robert Sidorsky | LIT, BK | 1983 | $535.00 | 5.0 | $2,675.00 |
| **Total Shareholders and Of Counsel:** | | | | **232.2** | **$140,436.00** |

| NAME OF PROFESSIONAL SENIOR ATTORNEYS AND ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| William J. Kohler | CORP | 1986 | $410.00 | 7.9 | $3,239.00 |
| Katie L. Cooperman | CORP | 2006 | $385.00 | 44.8 | $17,248.00 |
| Katie L. Cooperman | CORP | 2006 | $350.00[2] | 138.2 | $48,370.00 |
| Orlee Goldfeld | LIT | 1999 | $360.00 | 37.2 | $13,392.00 |
| Andre Garron | SA | * | $175.00 | 5.3 | $927.50 |
| Max Heuer | SA | * | $175.00 | 1.0 | $175.00 |
| **Total Senior Attorney and Associates:** | | | | **234.4** | **$83,351.50** |

---

[1] BK – Bankruptcy, CORP – Corporate, LIT – Litigation, RE – Real Estate, SA – Summer Associate, * Not yet admitted to the bar.

[2] BL mistakenly billed various professionals at reduced rates for the period covered by the First Monthly Statement (whereby BL provided an unintended benefit of $7,139 to the Debtors' estates). As of the September Monthly Statement, BL has corrected this mistake and billed such professionals at the rates approved in connection with the Retention Application.

| NAME OF PROFESSIONAL PARALEGALS | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Frederick Capria | LIT | $235.00 | 52.4 | $12,314.00 |
| Deanna Mejia | LIT | $140.00 | 6.2 | $868.00 |
| Michelle Ann Pleban | LIT | $155.00 | 5.2 | $806.00 |
| **Total Paralegals:** | | | **63.8** | **$13,988.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Shareholders and Of Counsel | $604.81 | 232.2 | $140,436.00 |
| Senior Attorneys and Associates | $350.89 | 234.4 | $82,249.00 |
| Paralegals | $219.25 | 63.8 | $13,988.00 |
| **Total Fees Incurred** | | **530.4** | **$237,775.50** |
| **Blended Attorney Rate** | **$477.25** | | |
| | | | |
| **Total Fees Requested** | | **530.4** | **$237,775.50** |