# EXHIBIT E

## **EXHIBIT E**

### **EXPENSE SUMMARY BY BUTZEL LONG FOR THE FIRST INTERIM PERIOD OF JUNE 10, 2009 THROUGH SEPTEMBER 30, 2009**

| **EXPENSES** | **AMOUNT** |
|---|---|
| Copies | $464.22[1] |
| Travel | $284.00 |
| Overtime | $84.23[2] |
| EPIQ | $11,659.79[3] |
| Messenger | $12.50 |
| Lien Search | $109.00 |
| Meals | $122.87 |
| Computer Research | $8,279.26 |
| Filing Fees | $250.00 |
| **Total Expenses Requested** | **$21,265.87** |

---

[1] These charges reflect a fee of $0.18 per copy.
[2] These charges reflect 1.5 hours of overtime expenses paid for necessary secretarial services after normal closing hours.
[3] These charges reflect EPIQ's fees for service of retention papers.