# EXHIBIT F

# EXHIBIT F

## COMPENSATION BY PROJECT CODE FOR SERVICES RENDERED BY BUTZEL LONG FOR FIRST INTERIM PERIOD OF JUNE 10, 2009 THROUGH SEPTEMBER 30, 2009

| PROJECT CODE | PROJECT DESCRIPTION | HOURS | AMOUNT (FEES + EXPENSES) |
|---|---|---|---|
| 0001 | General Advice | 6.9 | $5,032.92 |
| 0002 | Retention of Butzel Long | 83.0 | $52,040.53 |
| 0003 | Supplier Issues | 53.0 | $35,300.64 |
| 0004 | Conflict Issues | 0.2 | $145.00 |
| 0005 | Butzel Long Fee Applications | 43.7 | $15,650.10 |
| 0006 | JPMorgan Avoidance Complaint | 343.6 | $150,872.18 |
| **TOTAL** | | **530.4** | **$259,041.37** |