# EXHIBIT G

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

Account Number: 000141216-0001

September 25, 2009

Invoice No. 8442030

## (Privileged and Confidential Information)

Matter Description: GENERAL ADVICE

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 6.80 | hours at | $725.00 | $4,930.00 |
| Total For Shareholder | 6.80 | | | $4,930.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $25.38 |
| **Total Disbursements** | **$25.38** |

| | |
|---|---|
| Current Fees | 4,930.00 |
| Current Disbursements | 25.38 |
| Total Current Invoice | 4,955.38 |
| Total Balance Due | $4,955.38 |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.

*Alliance Offices*   Beijing   Shanghai   Mexico City   Monterrey   *Member Lex Mundi*   www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442030

Account Number: 000141216-0001

## (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through August 31, 2009

### RE: GENERAL ADVICE

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/29/09 | BNS | Participate on FTI call regarding GM business plan. | 0.60 |
| 07/06/09 | BNS | Participate on board interview conference calls. | 1.00 |
| 07/07/09 | BNS | Telephone conference with R. Schmidt regarding Old GM director candidates (0.2); telephone conference with L. Singleton regarding same (0.6); telephone conference with A. Jacobs regarding board seat (0.4). | 1.20 |
| 07/08/09 | BNS | Review BJ Gerber decision on stay. | 0.80 |
| 07/08/09 | BNS | Participate on committee conference call regarding selection of board member for Old GM (2.5); resumed at 3:30-4:00 (0.5). | 3.00 |
| 08/13/09 | BNS | Review committee e-mail regarding status of wind down. | 0.20 |

**TOTAL HOURS**   **6.80**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No .

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442031

Account Number: 000141216-0002

## (Privileged and Confidential Information)

Matter Description: RETENTION OF BUTZEL LONG

### Professional Services

| Timekeeper | | | | Total |
|---|---|---|---|---|
| **Shareholder** | | | | |
| Eric Fisher | 34.90 | hours at | $525.00 | $18,322.50 |
| Barry N. Seidel | 13.80 | hours at | $725.00 | $10,005.00 |
| Total For Shareholder | 48.70 | | | $28,327.50 |
| **Associate** | | | | |
| Orlee Goldfeld | 30.60 | hours at | $360.00 | $11,016.00 |
| Total For Associate | 30.60 | | | $11,016.00 |
| **Of Counsel** | | | | |
| Robert Sidorsky | 0.10 | hours at | $535.00 | $53.50 |
| Total For Of Counsel | 0.10 | | | $53.50 |

### Disbursements

| Description | Total |
|---|---|
| Secretarial Services | $84.23 |
| Service Fees | $12.50 |
| EPIQ Invoice | $11,299.69 |
| Travel Expenses | $94.50 |
| Meal Expenses | $6.61 |
| **Total Disbursements** | **$11,497.53** |

| | |
|---|---|
| Current Fees: | 39,397.00 |
| Current Disbursements: | 11,497.53 |
| Total Current Invoice: | 50,894.53 |
| **Total Balance Due:** | **$50,894.53** |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.

Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   *Member Lex Mundi*   www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442031

Account Number: 000141216-0002

### (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through August 31, 2009

### RE: RETENTION OF BUTZEL LONG

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/12/09 | BNS | Discuss with O. Goldfeld (0.1) and R. Sidorsky (0.1). | 0.20 |
| 06/12/09 | OG | Conference with Barry Seidel concerning drafting retention application for employment as Special Counsel to the Creditors' Committee (0.1); online legal research in connection therewith (0.3); obtaining copy of bid procedures order for Mr. Seidel and Rob Sidorsky (0.1). | 0.50 |
| 06/12/09 | RS | Discuss with B. Seidel and O. Goldfeld (0.1). | 0.10 |
| 06/15/09 | E.F. | Meet with Goldfeld regarding retention application. | 0.40 |
| 06/15/09 | E.F. | Draft retention application. | 3.10 |
| 06/15/09 | BNS | Attention to preparation of retention application and conflict issues. | 1.80 |
| 06/15/09 | OG | Meet with E. Fisher re retention application (0.4). | 0.40 |
| 06/16/09 | E.F. | Confer with Goldfeld regarding application for retention, declaration, and proposed order. | 0.50 |
| 06/16/09 | E.F. | Draft declaration and retention application. | 2.50 |
| 06/16/09 | E.F. | Draft and revise application for retention, declaration and proposed order (1.6); | 1.90 |

Ann Arbor  Bloomfield Hills  Boca Raton  Detroit  Lansing  New York  Palm Beach  Washington D.C.
*Alliance Offices*  Beijing  Shanghai  Mexico City  Monterrey  *Member Lex Mundi*  www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. ?

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442031

Account Number 000141216-0002

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | conference with B. Seidel re: same (0.3). | |
| 06/16/09 | BNS | Attention to preparation of Butzel Long retention application (1.1); review KL application (0.2) and telephone conference with J. Sharret (0.1); conference with E. Fisher regarding same (0.3); telephone conference with G. Novod regarding same (0.2). | 1.90 |
| 06/16/09 | BNS | Review draft of Butzel Long retention application and related papers. | 1.30 |
| 06/16/09 | OG | Assistance with drafting retention application (1.0); review of e-mail messages concerning conflict checking procedures for Checklist Parties (0.1); preparation of revisions to draft notice, application, declaration, and proposed order (4.9); conferences with Eric Fisher in connection therewith (0.5). | 6.50 |
| 06/17/09 | E.F. | Meet with Goldfeld regarding Master Retention Checklist and conflict check. | 0.50 |
| 06/17/09 | E.F. | Draft Seidel declaration and application for retention. | 10.80 |
| 06/17/09 | E.F. | Teleconferences with Wynne regarding Master Retention Checklist and conflict checks. | 0.40 |
| 06/17/09 | E.F. | Meet with Seidel and Goldfeld regarding Master Retention Checklist and conflict check. | 0.50 |
| 06/17/09 | BNS | Review KL retention application and revise Butzel Long retention application (0.3); meet with E. Fisher and O. Goldfeld (0.5). | 0.80 |
| 06/17/09 | BNS | Attention to process for obtaining committee approval for application and service. | 0.70 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. i

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442031

Account Number 000141216-0002

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/17/09 | OG | Drafting revisions to notice and proposed order (0.3); conferences with Barry Seidel and Eric Fisher in connection therewith (0.5); preparation of extensive revisions to schedule of current clients represented in the GM bankruptcy (3.2); conferences with the members of the accounting department to identify clients that may have attributed to 1% or more of the firm's revenues for 2008 (0.5); preparation of e-mail message to Jennifer Sharret at Kramer Levin concerning its notice of hearing (0.1); review of the GM docket and filings contained therein (0.3); several conferences with Eric Fisher concerning revisions to draft retention application and schedules of checklist parties and supplier clients represented in the GM case (0.5); preparation of further revisions to draft notice application, and proposed order (3.0). | 8.40 |
| 06/18/09 | E.F. | Review and revise retention application. | 5.50 |
| 06/18/09 | E.F. | Meetings with Seidel regarding retention application. | 0.50 |
| 06/18/09 | E.F. | Due diligence work in connection with conflict check and disclosure schedules. | 2.10 |
| 06/18/09 | BNS | Review revised draft of Butzel Long retention papers and conflict report (2.2); discuss with E. Fisher (0.5). | 2.70 |
| 06/18/09 | OG | Review of comments by Barry Seidel and Eric Fisher on draft retention application (0.2); preparation of revisions to draft Schedule 2 of clients represented in GM case (1.5); preparation of additional revisions to Schedule 3 of Checklist | 5.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. ;

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442031

Account Number 000141216-0002

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | Parties (0.8); preparation of revisions to retention application, including notice, application, declaration, and order (1.4); review of e-mail message to Epiq Systems regarding procedure for service of retention application (0.1); preparation of further revisions to draft schedules (1.0). | |
| 06/19/09 | E.F. | Revisions to Seidel declaration and schedules. | 1.10 |
| 06/19/09 | BNS | Further attention to Butzel Long retention papers (0.5) and solicit for comments regarding same (0.2); make revisions (0.3). | 1.00 |
| 06/19/09 | OG | Obtaining copies of fee guidelines published by the US Trustee's Office, as well as by the Southern District of New York (0.2); transmission of same to Eric Fisher (0.1); review of comments on draft retention application by Matt Williams of Gibson Dunn (0.1); preparation of revisions to draft retention application to incorporate Mr. Williams' comments (0.2); e-mail communications to Mr. Fisher concerning timing of filing and whether the Trustee's comments have been received (0.1); e-mail correspondence to Barry Seidel in connection therewith (0.1); preparation of further modifications to schedules of supplier clients represented in GM case (0.4). | 1.20 |
| 06/22/09 | OG | Preparation of minor revisions to draft application and draft schedule 2. | 0.10 |
| 06/24/09 | E.F. | Revisions to retention application. | 0.30 |
| 06/24/09 | BNS | Follow-up with US Trustee's Office (0.1); telephone conference with UST (Andy Velez) regarding Butzel Long retention application (0.3) | 0.50 |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.
Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442031

Account Number 000141216-0002

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | and memo to E. Fisher regarding same (0.1). | |
| 06/24/09 | OG | Review of e-mail message from Barry Seidel concerning the comments of the US Trustee (0.1); review of e-mail message from Eric Fisher concerning incorporating same and additional materials into retention application; preparation of e-mail message to Mr. Fisher (0.1). | 0.20 |
| 06/25/09 | E.F. | Draft and revise documents for retention application (1.2); conference with O. Goldfeld re: retention application (0.2). | 1.40 |
| 06/25/09 | OG | Conference with Eric Fisher concerning revisions to draft retention application (0.2); preparation of minor revisions to retention application (0.2); obtaining copy of Smart World decision by the Second Circuit (0.1); analysis thereof and conference with Mr. Fisher in connection therewith (0.4); telephone call with Elise Frejka of Kramer Levin concerning project categories for fee application (0.1). | 1.00 |
| 06/28/09 | BNS | Review revised BL retention paper. | 0.30 |
| 06/29/09 | E.F. | Revise retention application. | 1.80 |
| 06/29/09 | E.F. | Conference with Seidel regarding revisions to retention application. | 0.40 |
| 06/29/09 | BNS | Attention to finalizing BL retention papers (0.5); conference with E. Fisher regarding same (0.4). | 0.90 |
| 06/29/09 | OG | Telephone call with Elise Frejka of Kramer Levin concerning project categories. | 0.20 |
| 06/30/09 | E.F. | Teleconferences with Goldfeld regarding retention application. | 0.30 |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.

Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   *Member Lex Mundi*   www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442031

Account Number 000141216-0002

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/30/09 | E.F. | E-mails with Committee counsel and Wilmington Trust regarding retention application. | 0.20 |
| 06/30/09 | E.F. | Revise and finalize retention application. | 0.70 |
| 06/30/09 | BNS | Review final draft (0.2); discuss with Wilmington Trust and M. Williams (Gibson Dunn) (0.2). | 0.40 |
| 06/30/09 | OG | Attention to revised draft retention application including confirming that all revisions are included therein and proofread same for accuracy including schedules (2.5); arranging for red-lined versions thereof (0.2); review of same for accuracy (0.5); transmission of same to Eric Fisher (0.1); e-mail correspondence to Mr. Fisher and Barry Seidel in connection therewith (0.2); e-mail correspondence with Epiq concerning service (0.2); several conferences with Mr. Fisher (0.3); several telephone calls with Epiq concerning service tonight (0.2); preparation of revisions to retention application (1.7); arranging for preparation of pdf versions thereof for service and filing (0.1); transmission of same to Epiq (0.1); filing application and Notice of Hearing with the Court (0.2). | 6.30 |
| 07/01/09 | OG | Review of e-mail message from Eric Fisher to Epiq Systems concerning service of retention application; preparation of e-mail message to Mr. Fisher in connection therewith. | 0.10 |
| 07/02/09 | BNS | Telephone conference with A. Velez regarding comments to BL retention. | 0.20 |
| 07/02/09 | OG | Review of e-mail message from Sidney Garabato concerning affidavit of service of retention application; preparation of e-mail message to | 0.20 |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.

Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442031

Account Number 000141216-0002

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | Mr. Garabato concerning filing same with the Court; preparation of e-mail message to Barry Seidel and Eric Fisher in connection therewith (0.1); arranging for ECF filing with the Bankruptcy Court of Mr. Garabato's Affidavit of Service (0.1). | |
| 07/08/09 | OG | Telephone call with Helene Blum concerning transmission of courtesy copy of application materials to Judge Gerber (0.1); drafting letter enclosing same (0.3); conference with Eric Fisher concerning parties to be copied on letter to Judge Gerber (0.1). | 0.50 |
| 07/10/09 | BNS | Telephone conference with G. Novod regarding application to retain Butzel Long and hearing on 7/14. | 0.10 |
| 07/13/09 | BNS | Prepare for and attend hearing on BL retention. | 1.00 |

**TOTAL HOURS**          **79.40**

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.

Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

Account Number: 000141216-0003

September 25, 2009

Invoice No. 8442033

## (Privileged and Confidential Information)

Matter Description: SUPPLIER ISSUES

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Thomas B. Radom | 3.10 | hours at | $475.00 | $1,472.50 |
| Barry N. Seidel | 42.00 | hours at | $725.00 | $30,450.00 |
| Total For Shareholder | 45.10 | | | $31,922.50 |
| Sr. Attorney | | | | |
| William J. Kohler | 7.90 | hours at | $410.00 | $3,239.00 |
| Total For Sr. Attorney | 7.90 | | | $3,239.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $139.14 |
| **Total Disbursements** | **$139.14** |

| | |
|---|---|
| Current Fees | 35,161.50 |
| Current Disbursements | 139.14 |
| Total Current Invoice | 35,300.64 |
| **Total Balance Due:** | **$35,300.64** |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.

Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442033

Account Number 000141216-0003

## PROFESSIONAL SERVICES posted through August 31, 2009

### RE: SUPPLIER ISSUES

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/12/09 | BNS | Conference with W. Kohler regarding supplier issues and preparation for call with K. Levin (Schmidt) (0.3); telephone conference with Schmidt and Novod (11:30-12:30) (1.0); follow-up with W. Kohler (0.3). | 1.60 |
| 06/12/09 | WJK | Reviewed trade agreement, order pertaining to assumption of contracts and cure amounts, and cure dispute resolution description (0.3); conferences with B. Seidel re: supplier issues (0.6); prepared detailed memo to Barry Seidel re supplier issues relating to assumption of contracts and cure amounts and potential for addressing additional supplier issues (1.0). | 1.90 |
| 06/15/09 | BNS | Review bid procedures in preparation for 9 am call with K. Levin (1.1); telephone conference with B. Kohler regarding preparation for 9 am call (0.3); telephone conference with R. Schmidt, G. Novod, B. Kohler regarding supplier issues regarding assumption/assignment (0.8). | 2.20 |
| 06/15/09 | WJK | Prep for and conf call with Gordon Novod and Bob Schmidt re supplier issues relating to assumption of contracts and cure amounts (0.8); conference with B. Seidel re: same (0.3). | 1.10 |
| 06/16/09 | BNS | Draft e-mail to Smolinsky regarding supplier issues (0.6) and consider A. Rogoff response (0.1). | 0.70 |
| 06/16/09 | WJK | Conf call with Gordon Novod re supplier issues | 0.90 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442033

Account Number 000141216-0003

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | relating to assumption of contracts and cure amounts | |
| 06/17/09 | BNS | Participate on committee call (11-2). | 3.00 |
| 06/17/09 | BNS | Arrange meeting with supplier subcommittee. | 0.30 |
| 06/17/09 | WJK | Participation in conf call of counsel to creditors' committee | 3.00 |
| 06/18/09 | TBR | Prepare for supplier sub-committee conference call regarding supplier issues (.50); conference call with supplier sub-committee regarding supplier issues (1.0). | 1.50 |
| 06/18/09 | BNS | Preparation for conference call with subcommittee of suppliers (2-3). | 1.00 |
| 06/18/09 | WJK | Participated in conf call re supplier issues pertaining to assumption of contracts and cure amounts | 1.00 |
| 06/19/09 | TBR | Conference call with supplier sub-committee, FTI, AlixPartners, GM representative and counsel regarding supplier issues. | 1.00 |
| 06/19/09 | BNS | Participate on conference call with GM regarding website and cure amounts and issues regarding suppliers (4-4:45) (0.8); follow-up with T. Radom (0.2). | 1.00 |
| 06/22/09 | BNS | Respond to R. Schmidt email regarding suppliers and assumption assignment process and GM discussions (0.3); compare Chrysler protocol (0.4). | 0.70 |
| 06/25/09 | BNS | Attention to review of pleadings regarding supplier issues. | 1.40 |

Ann Arbor    Bloomfield Hills    Boca Raton    Detroit    Lansing    New York    Palm Beach    Washington D.C.

Alliance Offices    Beijing    Shanghai    Mexico City    Monterrey    Member Lex Mundi    www.butzel.com

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442033

Account Number 000141216-0003

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/26/09 | TBR | E-mails to B. Seidel regarding assignment of supplier contracts (.40); review Seidel e-mail to R. Weiss regarding supplier contracts (.20). | 0.60 |
| 06/26/09 | BNS | Participate on committee conference call regarding issues including 363 sale and supplier issues (0.5). | 0.50 |
| 06/26/09 | BNS | Telephone conference with S. O'Neil regarding assumption and assignment issues (0.4); conference call with Denso and R. Shapiro (0.4); telephone conference with A. Rogoff (0.5); draft email to B. Weiss regarding assumption of all supplier agreements (0.3); follow-up discussion with L. Lis (0.2); telephone conference with J. Smolinsky regarding same (0.5); further consideration of supplier issues and sale order (1.0). | 3.30 |
| 06/27/09 | BNS | Review sale order and synthesize comments from committee (1.3); telephone conference with J. Smolinsky regarding proposed revisions (0.6); draft language to add to proposal sale order (1.6). | 3.50 |
| 06/28/09 | BNS | Further attention to sale order (0.7); extended telephone conference with J. Smolinsky regarding revisions to order regarding assumption/assignment of contracts (1.1). | 1.80 |
| 06/29/09 | BNS | Further attention to reiew of revised sale order and objections to 363 sale (2.1); participate on committee 5 pm conference call regarding status of sale (1.1). | 3.20 |
| 06/30/09 | BNS | Attend GM 363 sale hearing (10-8) (4.0); conference with J. Smolinsky regarding sale | 5.10 |

Ann Arbor  Bloomfield Hills  Boca Raton  Detroit  Lansing  New York  Palm Beach  Washington D.C.

Alliance Offices  Beijing  Shanghai  Mexico City  Monterrey  Member Lex Mundi  www.butzel.com

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442033

Account Number 000141216-0003

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | order; review sale order (0.7) and discuss with G. Novod (0.4). | |
| 07/01/09 | BNS | Attention to revised sale order regarding contract assumption/assignment issues. | 0.50 |
| 07/01/09 | BNS | Attend continued hearing regarding §363 sale (9:30-6:30). | 3.50 |
| 07/02/09 | BNS | Follow-up with J. Smolinsky regarding status of sale order (0.2); prepare for call with J. Smolinsky regarding open issues (0.6); telephone conference with J. Smolinsky regarding sale order changes (0.6). | 1.40 |
| 07/03/09 | BNS | Review revised draft sale order and provide comments to Kramer Levin (1.4); telephone conference with G. Novod regarding S. Zarowny e-mail regarding sale order (0.3); draft further language to address withdrawal of objections (0.4); further discussion with J. Smolinsky regarding issues in sale order and agreement on contract issues for assumption process (1.0). | 3.10 |
| 07/06/09 | BNS | Review B.J. Gerber decision and sale order to make sure supplier revisions and assumption process were addressed. | 1.00 |
| 07/07/09 | BNS | Telephone conference with S. Zarowny regarding contracts regarding Hummer (0.2); telephone conference with J. Smolinsky regarding same (0.3); telephone conference with Matt Michael regarding same (0.2); e-mail to Zarowny and Lis regarding same (0.2); conference call with Zarowny and Lis regarding same (0.6). | 1.50 |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.
*Alliance Offices*   Beijing   Shanghai   Mexico City   Monterrey   *Member Lex Mundi*   www.butzel.com

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. i

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442033

Account Number 000141216-0003

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/08/09 | BNS | Telephone conference with Anna Phillips regarding assumption of contracts regarding discontinued brands. | 0.20 |
| 07/21/09 | BNS | Conference call with FTI (Tully, FTI, Rogoff) regarding supplier issues and assumption of contracts [0.7]; review FTI report regarding claims [0.4]. | 1.10 |
| 07/22/09 | BNS | Telephone conference with J. Smolinsky regarding status of assumption and assignment. | 0.40 |

**TOTAL HOURS**      **53.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. ;

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number: 0001 41216-0006

## (Privileged and Confidential Information)

Matter Description: JP MORGAN AVOIDANCE COMPLAINT

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| E. Dale Wilson | 6.60 | hours at | $285.00 | $1,881.00 |
| Eric Fisher | 67.40 | hours at | $525.00 | $35,385.00 |
| Barry N. Seidel | 35.00 | hours at | $725.00 | $25,375.00 |
| Total For Shareholder | 109.00 | | | $62,641.00 |
| Associate | | | | |
| Katie L. Cooperman | 138.20 | hours at | $350.00 | $48,370.00 |
| Orlee Goldfeld | 6.60 | hours at | $360.00 | $2,376.00 |
| Total For Associate | 144.80 | | | $50,746.00 |
| Of Counsel | | | | |
| Robert Sidorsky | 4.90 | hours at | $535.00 | $2,621.50 |
| Total For Of Counsel | 4.90 | | | $2,621.50 |
| Summer Assoc. | | | | |
| Andre Garron | 5.30 | hours at | $175.00 | $927.50 |
| Max Heuer | 1.00 | hours at | $175.00 | $175.00 |
| Total For Summer Assoc. | 6.30 | | | $1,102.50 |
| Paralegal II | | | | |
| Deanna Mejia | 6.20 | hours at | $140.00 | $868.00 |
| Total For Paralegal II | 6.20 | | | $868.00 |
| Paralegal III | | | | |
| Michelle Ann Pleban | 5.20 | hours at | $155.00 | $806.00 |
| Total For Paralegal III | 5.20 | | | $806.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number: 000141216-0006

## (Privileged and Confidential Information)

Paralegal II
Frederick Capria              34.40    hours at    $235.00    $8,084.00
Total For Paralegal II        34.40                            $8,084.00

| Disbursements | |
| --- | ---: |
| Description | Total |
| Copies | $268.92 |
| Computer Research | $7,940.81 |
| Filing Fees | $250.00 |
| Service Fees | $109.00 |
| Travel Expenses | $189.50 |
| Meal Expenses | $168.60 |
| Total Disbursements | $8,926.83 |

| | |
| --- | ---: |
| Current Fees: | 126,869.00 |
| Current Disbursements: | 8,926.83 |
| Total Current Invoice: | 135,795.83 |
| Total Balance Due: | $135,795.83 |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.

Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number: 000141216-0006

## (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through August 31, 2009

### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/16/09 | EDW | Receipt and review of correspondence from Barry Seidel (.5); receipt and review of correspondence from counsel (.6); review termination and UCC filings (.8); preparation of correspondence (.4). | 2.30 |
| 07/16/09 | E.F. | Call with Kramer Levin, Wilson and Seidel regarding prepetition liens. | 0.50 |
| 07/16/09 | E.F. | Meet with Seidel regarding work plan with regard to prepetition lien issue. | 0.30 |
| 07/16/09 | E.F. | Meet with Cooperman regarding legal research concerning lien issue. | 0.50 |
| 07/16/09 | E.F. | Review results of legal research regarding lien issue. | 0.20 |
| 07/16/09 | BNS | Review materials regarding UCC-3 termination statement in preparation for 10 am call (0.4); conference call with A. Katz regarding UCC-3 (0.5); subsequent telephone conference with A. Caton regarding lien issues (0.3); meet with E. Fisher re: lien issues (0.3). | 1.50 |
| 07/16/09 | KLC | Meeting with E. Fisher re: legal research concerning lien issue (0.5); review e-mails from Kramer Levin re: same (0.4); legal research re: UCC and lien issue (3); correspondence to E. | 4.10 |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.

Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
**ATTORNEYS AND COUNSELORS**

*a professional corporation*

Tax I.D.

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | Fisher re: summary research (0.2) | |
| 07/17/09 | E.F. | Review term loan documents (0.2). | 0.20 |
| 07/17/09 | E.F. | Draft and send action plan to Seidel regarding potential claims against lenders. | 0.80 |
| 07/17/09 | KLC | Research UCC perfection re: DE and NY (3.3); review final DIP order and exhibits (0.5); review Gordon affidavit and exhibits (0.6) | 4.40 |
| 07/19/09 | KLC | Prepare summary of research re: perfection issue (3.6); review Kramer Levin collateral memos (0.3) | 3.90 |
| 07/20/09 | E.F. | Meet with Seidel regarding term loan issue. | 0.30 |
| 07/20/09 | E.F. | Meet with Cooperman regarding legal research concerning UCC termination research. | 0.30 |
| 07/20/09 | E.F. | Review results of legal research. | 0.30 |
| 07/20/09 | BNS | Attention to work plan for lien analysis (1.2); review memos from Kramer Levin and E. Fisher (0.4); e-mail to R. Toder regarding extension of Challenge Period (0.3); telephone conference with J. Sharett regarding committee meeting and lien investigation (0.1); meet with E. Fisher re: term loan issue (0.3). | 2.30 |
| 07/20/09 | KLC | Draft memorandum including black letter and case law re: perfection issue (7.6); meeting with E. Fisher re: memo (0.3) | 7.90 |
| 07/20/09 | MH | Formatted cases and statutes into proper BlueBook long and short form and sent results to K. Cooperman. | 1.00 |
| 07/21/09 | E.F. | Draft memorandum to Committee regarding termination statement. | 3.90 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/21/09 | E.F. | Review results of research regarding termination. | 0.50 |
| 07/21/09 | E.F. | Meet with Cooperman regarding termination statement research and adversary complaint. | 0.50 |
| 07/21/09 | E.F. | Meet with Seidel regarding adversary proceeding and extension of challenge deadline. | 0.50 |
| 07/21/09 | E.F. | E-mails with Kramer Levin regarding Mayer Brown affidavit. | 0.20 |
| 07/21/09 | BNS | Consider strategy regarding lien investigation (0.8); telephone conference with T. Mayer regarding timing (0.1); conference with E. Fisher (0.3); telephone conference with A. Gottfried and R. Toder regarding extension of time (0.2); follow-up e-mails and discussions regarding plan of action (1.3). | 2.70 |
| 07/21/09 | KLC | Revise memo (1.8); meeting with E. Fisher re: adversary complaint (0.5); research burden issue (2.4); research adversary complaint (2) | 6.70 |
| 07/22/09 | E.F. | Meet with Cooperman regarding legal research concerning voiding of prepetition lender's security interest. | 0.60 |
| 07/22/09 | E.F. | Review results of legal research regarding voiding of prepetition lender's security interest. | 1.50 |
| 07/22/09 | E.F. | Draft and revise legal research memorandum to committee regarding unperfected security interest on term loan. | 2.20 |
| 07/22/09 | BNS | Further consideration to strategy regarding UCC-3 (0.8). | 0.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. 1

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/22/09 | KLC | Meeting with E. Fisher re: research concerning voiding of prepetition lenders' security interest (0.6); revise memo re: same (6); research NY state cases re: termination statement(1.3); draft adversary complaint (6.7) | 14.60 |
| 07/23/09 | E.F. | Meet with Seidel and Sidorsky to review legal research regarding memorandum concerning unperfected security interest. | 0.60 |
| 07/23/09 | E.F. | E-mails with Kramer Levin regarding Wood affidavit and term loan. | 0.20 |
| 07/23/09 | E.F. | Review results of legal research on agency issues and trustee lien issue. | 1.20 |
| 07/23/09 | E.F. | Revise adversary complaint concerning unperfected security interest. | 2.30 |
| 07/23/09 | E.F. | Revise memorandum to committee. | 0.90 |
| 07/23/09 | BNS | Review draft memos (0.5); and attention to UCC-3 termination statement issues (1.7) and conference with E. Fisher and R. Sidorsky regarding same (0.6); additional analysis of UCC-3 legal issues and strategy (0.9). | 3.50 |
| 07/23/09 | KLC | Revise adversary complaint (3.2); agency research concerning principal liability for agent acts outside scope of authority (4); research concerning defendants to name in adversary complaint (3.3) | 10.50 |
| 07/23/09 | RS | Office conference with B. Seidel and E. Fisher regarding claim against lenders (.6); review memo and draft complaint (.9). | 1.50 |
| 07/24/09 | EDW | Receipt and review of correspondence from | 4.30 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. 1

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | counsel (.4); receipt and review of UCC filing termination and other information (.6); conduct legal research regarding effect of unauthorized UCC termination filing (2.7); preparation of memorandum; several teleconferences with Katie Cooperman (.4); preparation of correspondence (.2). | |
| 07/24/09 | E.F. | Review and revise memorandum to Committee regarding unperfected security interest. | 0.90 |
| 07/24/09 | E.F. | Meet with Seidel and Cooperman regarding memorandum to Committee regarding unperfected security interest. | 0.40 |
| 07/24/09 | E.F. | Review memorandum from Wilson regarding UCC issues. | 0.30 |
| 07/24/09 | E.F. | Review results of legal research regarding 544(a). | 0.40 |
| 07/24/09 | E.F. | Conference with Sidorsky regarding draft adversary complaint. | 0.30 |
| 07/24/09 | E.F. | Conference with Cooperman regarding parties to be named as defendants in adversary complaint. | 0.20 |
| 07/24/09 | BNS | Additional thought and attention to memo of committee regarding UCC-3 (1.6); review cases (0.7); revisions to memo (0.5); e-mail to Morgan Lewis regarding extension (0.1); conference with K. Cooperman and E. Fisher regarding analysis (0.4); conference with R. Sidorsky regarding analysis (0.3). | 3.60 |
| 07/24/09 | BNS | Review and finalize memo to UCC regarding termination statement. | 2.60 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|---|---|---|---|
| 07/24/09 | KLC | Revise introduction and memorandum from Butzel to Creditors' Committee (3.1); meeting with Seidel and Fisher re: same (0.4); telephone calls with D. Wilson re: same (0.4); revise adversary complaint to include all potential defendants (2.2); meeting with Fisher re: same (0.2); review term loan agreement re: potential defendants (0.5). | 6.80 |
| 07/24/09 | RS | Office conference with B. Seidel (.4); telephone conference with K. Cooperman and D. Wilson regarding UCC perfection issues (.4); office conference with E. Fisher (.3); review memo from D. Wilson (.2). | 1.30 |
| 07/24/09 | AG | Researching issue of principal's liability when an agent acts outside the scope of authority | 5.30 |
| 07/26/09 | KLC | Review agency cases from A. Garron | 1.00 |
| 07/27/09 | E.F. | Review and revise draft adversary complaint. | 1.90 |
| 07/27/09 | E.F. | Review results of legal research regarding causes of action for adversary proceeding. | 0.90 |
| 07/27/09 | E.F. | Teleconference with J. Sharret at Kramer Levin regarding advice to Committee on prepetition loan. | 0.20 |
| 07/27/09 | E.F. | Meet with Cooperman regarding memorandum to Committee regarding term loan. | 0.60 |
| 07/27/09 | E.F. | Review and revise term loan memorandum. | 1.20 |
| 07/27/09 | E.F. | Meet with Seidel regarding term loan issues. | 0.50 |
| 07/27/09 | E.F. | Review results of legal research regarding ability to amend complaint to add proper parties. | 1.60 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/27/09 | E.F. | Draft e-mail memorandum regarding amendment of complaint to add parties. | 0.50 |
| 07/27/09 | BNS | Consider Cooperman e-mail regarding identifying potential defendants (0.3); draft e-mails requesting list of GM term lenders to WG&M and Morgan Lewis (0.4); conference with E. Fisher regarding defendants and strategy (0.5). | 1.20 |
| 07/27/09 | OG | Relation back under F.R.C.P. 15(c) online legal research (1.9); conference with Rob Sidorsky concerning amendment of pleading (0.4); analysis of legal authorities (2.5); drafting memorandum concerning Rule 15(c) and authorities from the Southern District of New York (1.7); preparation of e-mail messages to Mr. Fisher in connection therewith (0.1). | 6.60 |
| 07/27/09 | KLC | Office conference with E. Fisher re: term loan memo (0.6); research pleading avoidance in adversary complaint (2.7); review collateral review memo re: undisputed debt (0.7); correspondence to E. Fisher re: FTI valuation (0.3); revise memo per Kramer Levin comments (0.6); revise complaint regarding defendants (3); research defendant entity information (5) | 12.90 |
| 07/27/09 | RS | Office conference with O. Goldfeld regarding relation back issues (.4); email from E. Fisher (.3). | 0.70 |
| 07/28/09 | E.F. | Revise draft adversary complaint. | 2.20 |
| 07/28/09 | E.F. | Review results of legal research regarding claims. | 0.90 |
| 07/28/09 | E.F. | Meet with Cooperman and Sidorsky regarding claims. | 0.50 |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.
Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/28/09 | E.F. | Meet with Seidel regarding claims. | 0.50 |
| 07/28/09 | E.F. | E-mails with Kramer Levin regarding adversary complaint. | 0.20 |
| 07/28/09 | E.F. | Teleconference with Morgan Lewis regarding identity of term loan lenders. | 0.20 |
| 07/28/09 | E.F. | Review results of legal research regarding discovery schedule and possibility of pursuing Rule 2004. | 1.90 |
| 07/28/09 | BNS | Further consideration to issues arising in connection with complaint against term lenders (2.2); meet with E. Fisher re: claims (0.5). | 2.70 |
| 07/28/09 | KLC | Office conference with E. Fisher and R. Sidorsky re: claims (0.7); revise complaint re: additional claims for relief (7.5); research regarding recovery of proceeds from DIP facility (3.5) | 11.70 |
| 07/28/09 | RS | Office conference with E. Fisher and K. Cooperman regarding draft complaint. | 0.50 |
| 07/29/09 | E.F. | Legal research in connection with pleading issues for adversary complaint. | 3.40 |
| 07/29/09 | E.F. | Teleconference with FTI and Seidel regarding value of collateral. | 1.00 |
| 07/29/09 | E.F. | Meet with Cooperman regarding revisions to complaint. | 1.40 |
| 07/29/09 | E.F. | Meet with Seidel regarding revisions to complaint. | 1.20 |
| 07/29/09 | E.F. | Teleconference with Caton and Sharret regarding status of complaint. | 0.30 |

Ann Arbor  Bloomfield Hills  Boca Raton  Detroit  Lansing  New York  Palm Beach  Washington D.C.
Alliance Offices  Beijing  Shanghai  Mexico City  Monterrey  *Member Lex Mundi*  www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/29/09 | E.F. | Review schedules provided by Weil Gotshal. | 0.30 |
| 07/29/09 | E.F. | Review case management order regarding adversary proceedings. | 0.20 |
| 07/29/09 | E.F. | Meet with Capria regarding commencement of action. | 0.30 |
| 07/29/09 | E.F. | Draft and revise complaint. | 1.70 |
| 07/29/09 | E.F. | Meet with Sidorsky regarding complaint. | 0.30 |
| 07/29/09 | BNS | Conference with E. Fisher regarding draft of UCC-3 complaint (1.2); telephone conference with J. Smolinsky regarding information regarding transfers for complaint (0.3); e-mail to R. Berkovich regarding same (0.2); review revised complaint (0.5); conference with Fisher and Cooperman regarding revisions to complaint (1.4); conference call with FTI regarding collateral valuation (0.7). | 4.30 |
| 07/29/09 | KLC | Office conference with B. Seidel and E. Fisher re: complaint revisions (1.4); revise complaint (11.1); draft rule 7.1 disclosure (1) | 13.50 |
| 07/29/09 | RS | Review draft complaint (.4); office conference with E. Fisher (.3). | 0.70 |
| 07/29/09 | FJC | Research re forms and rules in connection with e-filing bankruptcy adversary actions (1.1); telephone calls with court clerks re same (0.6); e-mails with case team re findings (0.2); begin collecting addresses of agents of service for defendants (3.4). | 5.30 |
| 07/30/09 | E.F. | Conference with Seidel re: additional comments (0.5). | 0.50 |

Ann Arbor  Bloomfield Hills  Boca Raton  Detroit  Lansing  New York  Palm Beach  Washington D.C.

*Alliance Offices*  Beijing  Shanghai  Mexico City  Monterrey  *Member Lex Mundi*  www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. .

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/30/09 | E.F. | Conference with Seidel re: Complaint (0.4). | 0.40 |
| 07/30/09 | E.F. | Meet with Cooperman regarding draft complaint. | 0.50 |
| 07/30/09 | E.F. | E-mails with Kramer Levin regarding revisions to complaint. | 0.20 |
| 07/30/09 | E.F. | Teleconference with Cooperman regarding updating UCC search. | 0.20 |
| 07/30/09 | E.F. | Draft and revise complaint. | 1.30 |
| 07/30/09 | BNS | Review revised complaint and further revise (1.4); investigate various factual allegations to confirm (0.6); conference with E. Fisher regarding additional comments (0.5); telephone conference with A. Gottfried regarding status (0.1); further attention to finalizing complaint (1.3) and conference with E. Fisher regarding same (0.4). | 4.30 |
| 07/30/09 | KLC | Revise complaint and caption concerning 415 defendant entities (15.2); correspondence to A. Katz re: exhibits (0.1); telephone call from A. Katz re: same (0.1); correspondence to F. Capria re: exhibits and complaint (0.1); meet with E. Fisher re: complaint (0.5); call with E. Fisher re: UCC Search (0.2). | 16.20 |
| 07/30/09 | RS | Review draft complaint. | 0.20 |
| 07/30/09 | MAP | Format Excel spreadsheet for comparison of draft complaint caption against newly circulated list of parties (4.0); review and compare party lists and remove any duplication (1.0); format for use in body of complaint (0.2). | 5.20 |

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/30/09 | FJC | Review complaint (0.8); prepare cover page images for exhibits thereto (0.3); prepare images of exhibits (1.0); telephone calls with court re procedure (0.2); continue research re service of process of defendants (1.5). | 3.80 |
| 07/30/09 | DM | Attention to analysis of members of defendant list prepare updated members group list for completion of complaint. | 6.20 |
| 07/31/09 | E.F. | Meet with Cooperman regarding UCC search. | 0.40 |
| 07/31/09 | E.F. | Call with Gottfried regarding complaint. | 0.20 |
| 07/31/09 | E.F. | E-mails with Weil regarding prepetition payments. | 0.20 |
| 07/31/09 | E.F. | E-mails with Kramer Levin regarding complaint. | 0.20 |
| 07/31/09 | E.F. | Review and revise 7.1 statement. | 0.20 |
| 07/31/09 | E.F. | Review, revise and finalize complaint. | 4.40 |
| 07/31/09 | E.F. | Teleconference with Seidel regarding revisions to complaint. | 0.20 |
| 07/31/09 | E.F. | Teleconference with Wynne regarding conflict check for complaint. | 0.20 |
| 07/31/09 | E.F. | Meet with Cooperman to review parties named in complaint. | 1.10 |
| 07/31/09 | BNS | Attention to resolution of issues and strategy regarding filing and finalization of complain vs. JPM et al (1.6); teleconference with E. Fisher re: revisions to complaint (0.2). | 1.80 |
| 07/31/09 | KLC | Telephone call to CSC re: UCC searches through petition date (0.3); correspondence from CSC re: search results (0.4); office conference with E. | 6.00 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 0001412i6-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | Fisher re: defendants (0.4); revise complaint (3.2); meet with E. Fisher re: party names (1.1); revise 7.1 statement (0.6). | |
| 07/31/09 | FJC | Continue research re service of process on defendants (2.0); prep images of adversary complaint and corporate disclosure statement for electronic filing (0.5); electronically file same (0.6). | 3.10 |
| 08/03/09 | E.F. | Review FTI report regarding status of case. | 0.60 |
| 08/03/09 | E.F. | Conference with Seidel regarding discovery issues and depositions. | 0.40 |
| 08/03/09 | BNS | Telephone conference with Elizabeth McCusker regarding service of complaint on behalf of Deutsche Bank. | 0.10 |
| 08/03/09 | BNS | Conference with E. Fisher regarding discovery issues, depositions and inquiries from news sources. | 0.40 |
| 08/03/09 | KLC | Review list of defendants provided to clerk (0.3). | 0.30 |
| 08/03/09 | FJC | Telephone calls with court clerk re issuance of summons (0.2); put together list of all defendants and e-mail to court clerk per her instructions (0.6); repair errors and e-mail errata report to court clerk (1.0); continue research re location of agents of service for defendants (2.4). | 4.20 |
| 08/04/09 | E.F. | Meet with Cooperman regarding legal research concerning ratification issue. | 0.20 |
| 08/04/09 | E.F. | Participate in conference call with Committee. | 1.50 |
| 08/04/09 | KLC | Research ratification of past acts in connection with knowledge of termination statement (5.5); | 5.70 |

Ann Arbor  Bloomfield Hills  Boca Raton  Detroit  Lansing  New York  Palm Beach  Washington D.C.
Alliance Offices  Beijing  Shanghai  Mexico City  Monterrey  Member Lex Mundi  www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.[1]

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | meet with E. Fisher re: same (0.2). | |
| 08/04/09 | FJC | Continue research re defendants and agents of service for them | 0.80 |
| 08/05/09 | E.F. | Review results of legal research regarding ratification by JPM. | 0.40 |
| 08/05/09 | E.F. | Draft letter to JPM counsel regarding litigation. | 0.60 |
| 08/05/09 | BNS | Review draft letter to Gottfried and provide comments. | 0.20 |
| 08/05/09 | KLC | Research ratification of past acts in NY and DE (3.2); draft memorandum regarding ratification (1.5); review letter from E. Fisher to A. Gottfried (0.2) | 4.90 |
| 08/05/09 | FJC | Research re status of issuance of summons (2.0); conference call to court clerk re same (0.2); research re defendants and where to serve them (0.5). | 2.70 |
| 08/06/09 | E.F. | Teleconference with JPM counsel. | 0.20 |
| 08/06/09 | E.F. | E-mails to Seidel regarding discovery plan. | 0.20 |
| 08/06/09 | E.F. | Meet with Cooperman regarding discovery plan. | 0.20 |
| 08/06/09 | KLC | Meet with E. Fisher re: discovery plan (0.2). | 0.20 |
| 08/06/09 | FJC | Continue research re defendants and where to serve them | 4.70 |
| 08/07/09 | E.F. | Prepare for meeting regarding discovery issues. | 0.20 |
| 08/07/09 | FJC | Check docket re progress of listing of defendants (0.1); telephone call to court clerk re same (0.1); continue research re defendants and where to serve them (4.1). | 4.30 |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.
Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 08/10/09 | E.F. | E-mail correspondence regarding meeting with JPM counsel. | 0.20 |
| 08/10/09 | E.F. | Analyze need for discovery from JPM. | 0.30 |
| 08/10/09 | KLC | Prepare list of documents we want from JPMorgan in discovery (0.6); correspondence to E. Fisher re: same (0.1) | 0.70 |
| 08/10/09 | FJC | Research re case status (0.2); e-mail to E. Fisher re same (0.1); continue research re defendants and where to serve them (2.3). | 2.60 |
| 08/11/09 | E.F. | Meet with Cooperman regarding potential discovery issues. | 0.30 |
| 08/11/09 | E.F. | Meet with Seidel to prepare for meeting with JPM's counsel. | 0.40 |
| 08/11/09 | E.F. | Meet with Seidel and JPM's counsel regarding service and discovery issues. | 0.80 |
| 08/11/09 | BNS | Prepare with E. Fisher for meeting (.4); attend conference with KD&W, JPM and ML&B with E. Fisher to discuss adversary proceedings (.8). | 1.20 |
| 08/11/09 | KLC | Meet with E. Fisher re: JPMorgan discovery | 0.30 |
| 08/11/09 | FJC | Research re order in GM Bankruptcy pertaining to compensation of professionals (0.2); download same, print out and forward hard copy to B. Seidel (0.2); research re status of summons in Adversary action (0.2); e-mail to E. Fisher re same (0.2). | 0.80 |
| 08/12/09 | E.F. | Conference with Cooperman regarding Mayer Brown letter. | 0.20 |
| 08/12/09 | E.F. | Meet with Seidel regarding JPM discovery issues. | 0.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 08/12/09 | BNS | Conference with E. Fisher to discuss meeting 8/11 with KD&W (0.2); telephone conference with J. Smolinsky (0.1). | 0.30 |
| 08/12/09 | KLC | Conference with E. Fisher re: Mayer Brown letter (0.2). | 0.20 |
| 08/12/09 | FJC | Telephone call with court clerk re status of issuance of summons (0.1); e-mail to case team re same (0.1). | 0.20 |
| 08/13/09 | E.F. | Finalize and send letter to Mayer Brown. | 0.30 |
| 08/13/09 | E.F. | Conference with Seidel regarding strategy. | 0.20 |
| 08/13/09 | BNS | Conference with E. Fisher regarding strategy (0.2); review letter to Mayer Brown regarding paralegal (0.1). | 0.30 |
| 08/13/09 | KLC | Draft letter to R. Gordon (Mayer Brown) re: discovery (0.7); review clerk's list of defendants (1.8) | 2.50 |
| 08/13/09 | FJC | Telephone call with court clerk re issuance of summons (0.1); e-mail to case team re same (0.1); e-mails with case team re review of defendants listed on summons (0.1); pull, print out docket and forward copy to K. Cooperman for review (0.1). | 0.40 |
| 08/14/09 | E.F. | Check docket and confer with Capria regarding summons. | 0.20 |
| 08/14/09 | KLC | Review clerk's list of defendants | 0.80 |
| 08/14/09 | FJC | Scan list of corrections to listing of defendants in adversary action; (0.3) forward same to court via e-mail (0.1); telephone call with clerk re same | 0.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
|      |      | (0.1). |  |
| 08/19/09 | FJC | Telephone calls and e-mails with court clerk re corrections to listing of defendants in adversary complaint (0.3); e-mails with case team re status of same (0.1). | 0.40 |
| 08/21/09 | KLC | Review revised defendant list from clerk (0.7); correspondence to F. Capria and E. Fisher re: same (0.1). | 0.80 |
| 08/21/09 | FJC | E-mails with court clerk re completion of docket (0.1); print out docket and forward to K. Cooperman (0.1); e-mails with case team re completion of docket (0.1). | 0.30 |
| 08/24/09 | E.F. | Prepare discovery plan. | 0.40 |
| 08/24/09 | E.F. | Meet with Seidel regarding call with JPM. | 0.20 |
| 08/24/09 | E.F. | Meet with Cooperman regarding summons. | 0.10 |
| 08/24/09 | E.F. | Call with Callogy regarding JPM discovery. | 0.20 |
| 08/24/09 | BNS | Conferences with E. Fisher regarding discovery plan and telephone call with J. Callagy. | 0.20 |
| 08/24/09 | KLC | Meet with E. Fisher re: summons (0.1). | 0.10 |
| 08/25/09 | E.F. | Meet with Seidel regarding status of litigation. | 0.30 |
| 08/25/09 | E.F. | Draft status update. | 0.40 |
| 08/25/09 | BNS | Meet with Fisher re: status of litigation (0.3). | 0.30 |
| 08/25/09 | FJC | Download summons and print out hard copies of same and distribute to case team (0.1); e-mails with case team re summons and service of summons and complaint (0.2). | 0.30 |
| 08/26/09 | E.F. | Teleconference with Sandell Management | 0.40 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 25, 2009

Invoice No. 8442036

Account Number 000141216-0006

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | regarding status of litigation. | |
| 08/26/09 | E.F. | Draft status update for Committee. | 0.40 |
| 08/26/09 | E.F. | Draft discovery requests. | 0.50 |
| 08/26/09 | BNS | Review e-mails drafted by E. Fisher regarding lawsuit vs. JPM. | 0.30 |
| 08/27/09 | E.F. | E-mail with Callagy regarding discovery issues. | 0.20 |
| 08/27/09 | E.F. | Research regarding timing of third-party discovery. | 0.30 |
| 08/27/09 | E.F. | Conference with Seidel regarding discovery plan and strategy. | 0.20 |
| 08/27/09 | BNS | Conference with E. Fisher regarding discovery plan and strategy (.2); review e-mails regarding same (.1). | 0.30 |
| 08/28/09 | E.F. | Conference with B. Seidel re: creditor request (0.1). | 0.10 |
| 08/28/09 | E.F. | Meet with Cooperman regarding discovery to JPM and Mayer Brown. | 0.80 |
| 08/28/09 | BNS | Conference with E. Fisher regarding creditor request to file amicus brief (.1). | 0.10 |
| 08/28/09 | KLC | Office conference with E. Fisher re: Mayer Brown discovery | 0.80 |
| 08/31/09 | E.F. | E-mails regarding update to Committee concerning litigation status. | 0.20 |
| 08/31/09 | KLC | Draft Mayer Brown discovery request | 0.70 |

**TOTAL HOURS**   **310.80**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443647

Account Number 000141216-0001

## (Privileged and Confidential Information)

**PROFESSIONAL SERVICES posted through September 30, 2009**

### RE: GENERAL ADVICE

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 0.10 | hours at | $725.00 | $72.50 |
| Total For Shareholder | 0.10 | | | $72.50 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $5.04 |
| **Total Disbursements** | **$5.04** |

| Current Fees: | **72.50** |
|---|---|
| Current Disbursements: | **5.04** |
| Total Current Invoice: | **77.54** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443647

Account Number: 000141216-0001

## (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: GENERAL ADVICE

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/29/09 | BNS | Telephone conference with Ron Francisente regarding wife's pension claims. | 0.10 |

**TOTAL HOURS**      **0.10**



# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443649

Account Number 000141216-0002

## (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: RETENTION OF BUTZEL LONG

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Associate | | | | |
| Katie L. Cooperman | 2.00 | hours at | $385.00 | $770.00 |
| Total For Associate | 2.00 | | | $770.00 |
| Paralegal II | | | | |
| Frederick Capria | 1.60 | hours at | $235.00 | $376.00 |
| Total For Paralegal II | 1.60 | | | $376.00 |

| Current Fees: | 1,146.00 |
|---|---|
| Current Disbursements | 0.00 |
| Total Current Invoice: | 1,146.00 |

Ann Arbor  Bloomfield Hills  Boca Raton  Detroit  Lansing  New York  Palm Beach  Washington D.C.
Alliance Offices  Beijing  Shanghai  Mexico City  Monterrey  Member Lex Mundi  www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443649

Account Number: 000141216-0002

## (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: RETENTION OF BUTZEL LONG

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/29/09 | FJC | Courtlink research re GM Bankruptcy docket (.4) | 0.40 |
| 09/30/09 | KLC | Draft supplement to Seidel Declaration re: Deutsche Bank (1.5); review Butzel retention affidavit re: same (0.2); review Seidel original declaration (0.3). | 2.00 |
| 09/30/09 | FJC | Continue research re supplemental affirmations concerning retention of professionals (.8); download selected examples of same (.3); e-mail images to K. Cooperman (.1). | 1.20 |

**TOTAL HOURS**          **3.60**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443652

Account Number 000141216-0004

## (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: CONFLICT ISSUES

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 0.20 | hours at | $725.00 | $145.00 |
| Total For Shareholder | 0.20 | | | $145.00 |

| | |
|---|---|
| **Current Fees:** | 145.00 |
| **Current Disbursements** | 0.00 |
| **Total Current Invoice** | 145.00 |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.
*Alliance Offices*   Beijing   Shanghai   Mexico City   Monterrey   *Member Lex Mundi*   www.butzel.com

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No   . . . .

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443652

Account Number: 000141216-0004

## (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: CONFLICT ISSUES

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/11/09 | BNS | Attention to representing Committee with regard to motion regarding settlement with Ace Insurance. | 0.20 |

**TOTAL HOURS**   **0.20**

Ann Arbor  Bloomfield Hills  Boca Raton  Detroit  Lansing  New York  Palm Beach  Washington D.C.
Alliance Offices  Beijing  Shanghai  Mexico City  Monterrey  Member Lex Mundi  www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443653

Account Number 000141216-0005

## (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: BUTZEL LONG FEE APPLICATIONS

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 2.00 | hours at | $525.00 | $1,050.00 |
| Barry N. Seidel | 2.10 | hours at | $725.00 | $1,522.50 |
| Total For Shareholder | 4.10 | | | $2,572.50 |
| Associate | | | | |
| Katie L. Cooperman | 25.00 | hours at | $385.00 | $9,625.00 |
| Total For Associate | 25.00 | | | $9,625.00 |
| Paralegal II | | | | |
| Frederick Capria | 14.60 | hours at | $235.00 | $3,431.00 |
| Total For Paralegal II | 14.60 | | | $3,431.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $21.60 |
| **Total Disbursements** | **$21.60** |

| | |
|---|---|
| Current Fees: | 15,628.50 |
| Current Disbursements: | 21.60 |
| Total Current Invoice: | 15,650.10 |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.
Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443653

Account Number: 000141216-0005

### (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: BUTZEL LONG FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| 09/03/09 | E.F. | Review order entered by court concerning fees. | 0.20 |
| 09/10/09 | E.F. | Conference with Seidel regarding monthly fee statements. | 0.10 |
| 09/10/09 | BNS | Conference with E. Fisher (.1) and F. Capria (.2) regarding monthly statements and process. | 0.30 |
| 09/10/09 | FJC | Meeting with E. Fisher re fee requests (.1]; meeting with B. Seidel re same (.2). | 0.30 |
| 09/11/09 | E.F. | Conference with Seidel regarding monthly fee statements. | 0.10 |
| 09/11/09 | BNS | Conference with E. Fisher regarding monthly statements (.1); follow-up e-mail to F. Capria (.1). | 0.20 |
| 09/11/09 | KLC | Review fee order (.1); calendar dates (.2); telephone call with F. Capria re: same (.1). | 0.40 |
| 09/11/09 | FJC | Print out order re compensation and review same (.4); telephone call with K. Cooperman re submission of fee request (.1); research on court's website re forms for fee requests (.2); download images of same (.1). | 0.80 |
| 09/14/09 | FJC | Begin drafting of fee application. | 1.40 |
| 09/15/09 | KLC | Revise proformas re: fee statement preparation. | 2.10 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443653

Account Number 000141216-0005

**(Privileged and Confidential Information)**

**PROFESSIONAL SERVICES posted through September 30, 2009**

### RE: BUTZEL LONG FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/16/09 | KLC | Revise proforma (1); office conference with Capria re: same (0.1); correspondences to E. Fisher re: same (0.3); correspondence to K. Herrick re: fee revisions (0.1); telephone calls with K. Herrick re: same (0.2); correspondence to R. Sidorsky re: fee revision (0.1); correspondence to B. Seidel re: same (0.1); correspondence to E. Fisher re: same (0.1). | 2.00 |
| 09/16/09 | FJC | Meeting with K. Cooperman re billing (.1); go over time charges and edit where necessary (.7). | 0.80 |
| 09/17/09 | KLC | Correspondences to and from K. Herrick re: proforma revisions (0.2); discuss same with K. Herrick (0.2); review revised proforma (0.8). | 1.20 |
| 09/21/09 | KLC | Correspondence to F. Capria re: monthly statement. | 0.10 |
| 09/21/09 | FJC | Continue draft of monthly statement re interim compensation(1.1); draft of application for interim compensation (.7). | 1.80 |
| 09/22/09 | E.F. | Conference with Capria and Cooperman regarding fee application. | 0.20 |
| 09/22/09 | KLC | Conference with Capria and Fisher regarding fee application. | 0.20 |
| 09/22/09 | KLC | Review draft monthly statement (0.5); review | 2.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443653

Account Number 000141216-0005

### (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: BUTZEL LONG FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | order re: interim compensation (0.3); revise monthly statement (1.5); discuss same with F. Capria (0.1); correspondence to E. Fisher re: same (0.1). | |
| 09/22/09 | FJC | Conference with Cooperman and Fisher regarding fee application. | 0.20 |
| 09/22/09 | FJC | Continue to draft application for compensation (1.7); discuss with K. Cooperman re revisions to draft monthly statement (.1); revise draft monthly statement (1.7). | 3.50 |
| 09/23/09 | E.F. | Review draft fee statement and conference with Cooperman regarding revisions. | 0.40 |
| 09/23/09 | KLC | Office conference with E. Fisher re: monthly statement(.4); telephone calls to accounting re: same (.2); review back up documentation for overtime expenses (0.1); review US trustee guidelines for fee statements (1). | 1.70 |
| 09/24/09 | E.F. | Review fee statement (.2); conference with Cooperman regarding same (.1). | 0.30 |
| 09/24/09 | KLC | Revise monthly statement (1); conference with E. Fisher re: same (.1); review Exhibit A to trustee guidelines (.3); telephone calls to K. Herrick (Accounting) re: same (.3). | 1.70 |

Ann Arbor  Bloomfield Hills  Boca Raton  Detroit  Lansing  New York  Palm Beach  Washington D.C.
Alliance Offices  Beijing  Shanghai  Mexico City  Monterrey  Member Lex Mundi  www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional carporation*

Tax I.D. No·

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443653

Account Number 000141216-0005

### (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: BUTZEL LONG FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/24/09 | FJC | Continue drafting application for payment of fees and reimbursement of expenses.(1.7). | 1.70 |
| 09/25/09 | E.F. | Review and revise monthly fee statement (.2); conference with Cooperman and Seidel regarding same (.5). | 0.70 |
| 09/25/09 | BNS | Review draft fee statement (.7); conference with E. Fisher and K. Cooperman regarding fee statement (.5). | 1.20 |
| 09/25/09 | KLC | Correspondence from E. Fisher re: monthly statement (.1); correspondence from B. Seidel re: same (.1); office conference with E. Fisher and B. Seidel re: same (.9); telephone calls to accounting re: same (.6); review form monthly statement (1.4); revise monthly statement cover letter (1); revise monthly statement enclosures (4); review and reconcile back up documentation re: expenses (.3); correspondences from accounting re: same (.3); telephone call with F. Capria re: monthly statement (.4); meeting with F. Capria re: same (.5). | 8.80 |
| 09/25/09 | FJC | Telephone call with K. Cooperman re revisions to monthly statement (.4); meeting with Cooperman re same (.5); revise monthly statement and forward revisions to case team | 2.10 |

Ann Arbor  Bloomfield Hills  Boca Raton  Detroit  Lansing  New York  Palm Beach  Washington D.C.
Alliance Offices  Beijing  Shanghai  Mexico City  Monterrey  Member Lex Mundi  www.butzel.com

# B.UTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

.

Tax I.D. No :

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443653

Account Number 000141216-0005

## (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: BUTZEL LONG FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | (1.2). | |
| 09/27/09 | KLC | Revise monthly statement enclosures (2.4); correspondence to E. Fisher and B. Seidel re: same (.2). | 2.60 |
| 09/28/09 | KLC | Correspondences to F. Capria re: monthly statement (.2); correspondences from F. Capria re: same (.1). | 0.30 |
| 09/28/09 | FJC | E-mails with K. Cooperman re updates to monthly statement (.1); telephone calls to W. Kohler re additional information needed for statement (.1); edit statement (.3); download, revise, and save fee documents to system (.4). | 0.90 |
| 09/29/09 | BNS | Review of finalized monthly fee statement (.3) and discuss with K. Cooperman (.1). | 0.40 |
| 09/29/09 | KLC | Telephone call with F. Capria re: monthly statement (.1); coordinate monthly statement distribution (.1); correspondence from E. Fisher re: same (.1); revise monthly statement (.9); correspondence to B. Seidel re: same (.1); correspondence to Accounting re: same (.1). | 1.40 |
| 09/29/09 | FJC | Check arithmetic on all entries of Monthly Statement (1.); telephone call with K. Cooperman re same (.1). | 1.10 |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.
Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
**ATTORNEYS AND COUNSELORS**

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443653

Account Number 000141216-0005

## (Privileged and Confidential Information)

**PROFESSIONAL SERVICES posted through September 30, 2009**

### RE: BUTZEL LONG FEE APPLICATIONS

**TOTAL HOURS**          **43.70**

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.
Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443656

Account Number 000141216-0006

### (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: JP MORGAN AVOIDANCE COMPLAINT

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 12.10 | hours at | $525.00 | $6,352.50 |
| Barry N. Seidel | 1.10 | hours at | $725.00 | $797.50 |
| Total For Shareholder | 13.20 | | | $7,150.00 |
| Associate | | | | |
| Katie L. Cooperman | 17.80 | hours at | $385.00 | $6,853.00 |
| Total For Associate | 17.80 | | | $6,853.00 |
| Paralegal II | | | | |
| Frederick Capria | 1.80 | hours at | $235.00 | $423.00 |
| Total For Paralegal II | 1.80 | | | $423.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $4.14 |
| Computer Research | $338.45 |
| EPIQ  Charges | $360.10 |
| **Total Disbursements** | **$702.69** |

| Current Fees: | 14,426.00 |
|---|---|
| Current Disbursements: | 702.69 |
| Total Current Invoice: | 15,128.69 |

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.
Alliance Offices   Beijing   Shanghai   Mexico City   Monterrey   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443656

Account Number: 000141216-0006

## (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/01/09 | E.F. | E-mails with Seidel and Kramer Levin regarding status of litigation. | 0.20 |
| 09/01/09 | KLC | Draft discovery request for Mayer Brown (1.5); review term loan agreement as amended in connection with discovery request (1.6). | 3.10 |
| 09/02/09 | E.F. | Prepare for call with committee, including review of Evercore and FTI report and information regarding status of litigation. | 0.70 |
| 09/02/09 | E.F. | Participate in GM Committee call, including update to Committee regarding litigation.(2.6). | 2.60 |
| 09/02/09 | E.F. | Meet with Seidel concerning update to Committee. | 0.20 |
| 09/02/09 | BNS | Meeting with Fisher concerning Committee call (.2); participate in Committee call (.4). | 0.60 |
| 09/02/09 | KLC | Revise document requests for mayer brown. | 0.60 |
| 09/03/09 | E.F. | Meet with Cooperman regarding discovery from JPM and related issues. | 0.40 |
| 09/03/09 | E.F. | Teleconference with JPM counsel/Callagy regarding service of complaint and discovery. | 0.30 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443656

Account Number 000141216-0006

## (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/03/09 | KLC | Correspondence to E. Fisher re: fee order (.1); office conference with E. Fisher re: Mayer Brown discovery (.4). | 0.50 |
| 09/04/09 | E.F. | Draft letter to court. | 0.90 |
| 09/04/09 | KLC | Correspondence from E. Fisher re: Kelly Drye letter; review letter. | 0.10 |
| 09/08/09 | E.F. | Finalize letter to Court. | 0.20 |
| 09/08/09 | E.F. | Memorandum to Committee regarding approval of letter to Court. | 0.20 |
| 09/08/09 | BNS | Review E. Fisher e-mail to BJ Gerber regarding amicus briefs. | 0.10 |
| 09/10/09 | E.F. | E-mails to Williams and Sharrett regarding clearing potential conflict issue. | 0.30 |
| 09/10/09 | FJC | Assist P. Phonetheva with filing of papers. | 0.20 |
| 09/11/09 | E.F. | Revise Callagy letter. | 0.20 |
| 09/11/09 | E.F. | Review rules regarding deadline for service. | 0.10 |
| 09/14/09 | E.F. | Legal research regarding motion to extend time to serve summons and complaint. | 0.80 |
| 09/14/09 | BNS | Review E. Fisher draft of letter to Callagy regarding service, etc. and suggest comments. | 0.20 |
| 09/14/09 | KLC | Review email from E. Fisher re: committee and Callagy letter. | 0.20 |

Ann Arbor  Bloomfield Hills  Boca Raton  Detroit  Lansing  New York  Palm Beach  Washington D.C.
*Alliance Offices*  Beijing  Shanghai  Mexico City  Monterrey  *Member Lex Mundi*  www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443656

Account Number 000141216-0006

### (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through September 30, 2009

### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/15/09 | E.F. | Meet with Cooperman regarding Rule 4(m) motion. | 0.40 |
| 09/15/09 | KLC | Meet with Fisher regarding Rule 4(m) motion. | 0.40 |
| 09/16/09 | E.F. | Teleconference with Mason Capital regarding summons and complaint. | 0.30 |
| 09/16/09 | E.F. | Teleconference with DB regarding summons and complaint. | 0.30 |
| 09/16/09 | E.F. | Letter and memorandum to Committee regarding discovery issues. | 1.80 |
| 09/16/09 | E.F. | E-mail with Seidel regarding adversary proceeding. | 0.10 |
| 09/16/09 | BNS | Consider e-mail message from V&E regarding adversary proceeding and e-mail with E. Fisher regarding same. | 0.10 |
| 09/17/09 | E.F. | E-mails with defendants regarding service of summons. | 0.20 |
| 09/17/09 | E.F. | E-mails with Committee members regarding discovery strategy. | 0.20 |
| 09/17/09 | E.F. | Finalize and send letter to Callagy. | 0.10 |
| 09/17/09 | KLC | Research courts extension of time to serve (.8); review local rules re: notice of motion (.2). | 1.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443656

Account Number 0001 41216-0006

### (Privileged and Confidential Information)

**PROFESSIONAL SERVICES posted through September 30, 2009**

### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/17/09 | FJC | E-mails with K. Cooperman re assignment (.1); Courtlink and Pacer research re motions for extension of time for service of process (.7); download images of court filings and forward same to Cooperman via e-mail (.1). | 0.90 |
| 09/18/09 | KLC | Review correspondences from J. Hoffman (creditors committee) re: motion to extend time to serve. | 0.20 |
| 09/18/09 | KLC | Review letter from E. Fisher to J. Callagy. | 0.10 |
| 09/18/09 | KLC | Research motion to extend time for service under Rule 6b (1); review form motion to extend time to serve (.5); review local bankruptcy rules for SDNY re: order on presentment (1). | 2.50 |
| 09/20/09 | KLC | Draft motion to extend time to serve (1.1); correspondence to E. Fisher re: Rule 4m (.1). | 1.20 |
| 09/21/09 | E.F. | Review draft motion regarding service of summons and complaint (.6); meet with Cooperman regarding initial disclosures and motion regarding service (.3). | 0.90 |
| 09/21/09 | KLC | Continue drafting motion to extend time to serve (5.6); correspondences to E. Fisher re: same (.1); draft notice for same motion (.8); draft order for same motion (1); office conference with E. Fisher re: motion and disclosures (.3); correspondences to F. Capria re: cases for motion (.1). | 7.90 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No _

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 15, 2009

Invoice No. 8443656

Account Number 000141216-0006

## (Privileged and Confidential Information)

**PROFESSIONAL SERVICES posted through September 30, 2009**

### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/21/09 | FJC | Westlaw and Pacer research: pull cases and orders re extension of time for service of process. | 0.70 |
| 09/23/09 | E.F. | E-mail correspondence concerning discovery schedule. | 0.20 |
| 09/24/09 | E.F. | Review proposed scheduling order. | 0.20 |
| 09/24/09 | E.F. | E-mail with Seidel regarding scheduling discovery. | 0.10 |
| 09/24/09 | BNS | Consider E. Fisher e-mail regarding scheduling discovery. | 0.10 |
| 09/30/09 | E.F. | E-mail correspondence with JPM counsel regarding discovery issues. | 0.20 |

**TOTAL HOURS**          **32.80**