## **EXHIBIT B**

Schedule of Attorneys and Paraprofessionals

Exhibit B

Schedule of Attorneys and Paraprofessionals

Summary of Time Recorded in Connection With Rendering
Services to the Debtors for June 1, 2009 - September 30, 2009

## ATTORNEYS

| Position | Name | Admitted to Practice | Rate | Time | Amount |
|---|---|---|---|---|---|
| Partner | Catherine Abbott | 2003 | 450 | 139.3 | 62,685.00 |
| Partner | Donald E. Batterson | 1994 | 575 | 143.0 | 82,225.00 |
| Partner | Brain R. Boch | 1995 | 548 | 274.1 | 150,206.80 |
| Partner | John F. Cox | 1995 | 500 | 144.3 | 72,150.00 |
| Partner | Geoffrey M. Davis | 1992 | 520 | 140.2 | 72,904.00 |
| Partner | W. Jay DeVecchio | 1978 | 602 | 0.8 | 481.60 |
| Partner | Christopher Dickinson | 1988 | 600 | 1.0 | 600.00 |
| Partner | Larry P. Ellsworth | 1973 | 560 | 5.6 | 3,136.00 |
| Partner | Bill S. Forcade | 1976 | 493 | 18.7 | 9,219.10 |
| Partner | Peter M. Gaines | 1975 | 675 | 30.8 | 20,790.00 |
| Partner | Robert L. Graham | 1972 | 675 | 180.7 | 121,972.50 |
| Partner | E. Lynn Grayson | 1986 | 580 | 164.4 | 95,352.00 |
| Partner | David M. Greenwald | 1986 | 540 | 4.9 | 2,646.00 |
| Partner | Joseph P. Gromacki | 1992 | 712 | 578.3 | 411,749.60 |
| Partner | David A. Handzo | 1981 | 625 | 14.5 | 9,062.50 |
| Partner | Philip L. Harris | 1983 | 438 | 77.5 | 33,945.00 |
| Partner | Donald S. Horvath | 1984 | 500 | 227.1 | 113,550.00 |
| Partner | Keri Holleb Hotaling | 2000 | 465 | 1.6 | 744.00 |
| Partner | Edward Jackson | 1988 | 493 | 4.5 | 2,218.50 |
| Partner | Paul F. Jock | 1970 | 763 | 1.0 | 763.00 |
| Partner | Christian E. Kimball | 1983 | 723 | 30.0 | 21,690.00 |
| Partner | Vincent E. Lazar | 1990 | 550 | 0.5 | 275.00 |
| Partner | S. Tony Ling | 1996 | 548 | 157.3 | 86,200.40 |
| Partner | Michael K. Lowman | 1993 | 520 | 0.8 | 416.00 |
| Partner | John H. Mathias, Jr | 1972 | 700 | 0.8 | 560.00 |
| Partner | Heather D. McArn | 1992 | 525 | 28.3 | 14,857.50 |
| Partner | Steven R. Meier | 1998 | 520 | 3.1 | 1,612.00 |
| Partner | Thomas A. Monson | 1985 | 550 | 31.5 | 17,325.00 |
| Partner | Gail H. Morse | 1982 | 550 | 1.2 | 660.00 |
| Partner | Daniel R. Murray | 1970 | 767 | 267.0 | 204,789.00 |
| Partner | Thomas C. Newkirk | 1966 | 728 | 16.5 | 12,012.00 |
| Partner | Farhad K. Patel | 1997 | 520 | 27.0 | 14,040.00 |
| Partner | Adam Petravicius | 1995 | 520 | 53.3 | 27,716.00 |

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Rate | Time | Amount |
|---|---|---|---|---|---|
| Partner | Edward G. Quinlisk | 2000 | 465 | 379.2 | 176,328.00 |
| Partner | Matthew J. Renaud | 1992 | 575 | 143.7 | 82,627.50 |
| Partner | Donald I. Resnick | 1975 | 675 | 222.5 | 150,187.50 |
| Partner | William L. Scogland | 1975 | 767 | 21.6 | 16,567.20 |
| Partner | Raymond D. Sinnapan | 1997 | 465 | 23.6 | 10,974.00 |
| Partner | Robert R. Stauffer | 1986 | 575 | 42.8 | 24,610.00 |
| Partner | Joanne H. Sweeney | 1999 | 425 | 29.0 | 12,325.00 |
| Partner | Michael S. Terrien | 1992 | 575 | 228.6 | 131,445.00 |
| Partner | William L. Tolbert | 1989 | 712 | 436.1 | 310,503.20 |
| Partner | Patrick J. Trostle | 1992 | 700 | 39.7 | 27,790.00 |
| Partner | Anton R. Valukas | 1968 | 813 | 13.0 | 10,569.00 |
| Partner | Michael T. Wolf | 1998 | 520 | 291.2 | 151,424.00 |
| Partner | Elaine Wolff | 1979 | 625 | 168.7 | 105,437.50 |
| | **Partner Total** | | | **4,809.3** | **2,879,341.40** |
| Associate | David K. Anna | 2007 | 274 | 446.6 | 122,368.40 |
| Associate | Kristen M. Boike | 2006 | 274 | 35.8 | 9,809.20 |
| Associate | Patricia L. Boye-Williams | 2003 | 383 | 128.8 | 49,330.40 |
| Associate | Herbert C. Brown, Jr. | 2008 | 274 | 20.3 | 5,562.20 |
| Associate | Christine L. Childers | 2002 | 411 | 38.4 | 15,782.40 |
| Associate | Robert H. Clarke | 2003 | 383 | 46.1 | 17,656.30 |
| Associate | Jonathan D. Conley | 2008 | 274 | 15.9 | 4,356.60 |
| Associate | Erik R. Daly | 2007 | 274 | 100.2 | 27,454.80 |
| Associate | Michael L. DeMarino | 2009 | 274 | 257.0 | 70,418.00 |
| Associate | Jennifer L. Dlugosz | 2006 | 274 | 16.8 | 4,603.20 |
| Associate | Brandon J. Dodgen | 2008 | 274 | 138.0 | 37,812.00 |
| Associate | Alexandra E. Dowling | 2006 | 274 | 23.9 | 6,548.60 |
| Associate | Elizabeth A. Edmondson | 2009 | 274 | 5.5 | 1,507.00 |
| Associate | Frank J. Eichenlaub, IV | 2002 | 411 | 344.3 | 141,507.30 |
| Associate | Thomas R. Failor | 2002 | 411 | 53.1 | 21,824.10 |
| Associate | Melissa C. Fogerty | 2005 | 285 | 38.7 | 11,029.50 |
| Associate | Ilya Fradkin | 2006 | 274 | 66.0 | 18,084.00 |
| Associate | Casey T. Grabenstein | 2006 | 274 | 19.3 | 5,288.20 |
| Associate | L. Taylor Hall | 2007 | 274 | 105.4 | 28,879.60 |
| Associate | Ryan K. Harding | 2001 | 383 | 13.9 | 5,323.70 |
| Associate | Marc E. Harrison | 2006 | 274 | 132.5 | 36,305.00 |
| Associate | Matthew Hersh | 1999 | 438 | 38.6 | 16,906.80 |
| Associate | Derek A. Higginbotham | 2008 | 274 | 252.0 | 69,048.00 |

Exhibit B

Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Rate | Time | Amount |
|---|---|---|---|---|---|
| Associate | Carletta F. Higginson | 2004 | 383 | 1.2 | 459.60 |
| Associate | Mercedes M. Hill | 2005 | 285 | 302.3 | 86,155.50 |
| Associate | Melissa M. Hinds | 2003 | 383 | 18.4 | 7,047.20 |
| Associate | Nancy C. Jacobson | 2007 | 274 | 0.8 | 219.20 |
| Associate | Erik M. Jarmusz | 2008 | 274 | 204.5 | 56,033.00 |
| Associate | Michael J. Kelly | 2006 | 274 | 3.0 | 822.00 |
| Associate | Joseph D. Kline | 2008 | 274 | 55.1 | 15,097.40 |
| Associate | Gregory S. Knudsen | 2008 | 274 | 376.3 | 103,106.20 |
| Associate | Matthew R. Kopp | 2008 | 274 | 174.0 | 47,676.00 |
| Associate | Jeffrey D. Larson | 2006 | 274 | 21.8 | 5,973.20 |
| Associate | Anna W. Margasinska | 2008 | 274 | 13.7 | 3,753.80 |
| Associate | Kara E. Martin | 2008 | 274 | 18.5 | 5,069.00 |
| Associate | Galen R. Mason | 2002 | 411 | 2.7 | 1,109.70 |
| Associate | Sarah R. McNally | 2008 | 274 | 61.7 | 16,905.80 |
| Associate | Andrew F. Merrick | 2006 | 274 | 3.5 | 959.00 |
| Associate | Brian L. Mikulencak | 2007 | 274 | 4.1 | 1,123.40 |
| Associate | Deanne B. Millison | 2008 | 274 | 125.8 | 34,469.20 |
| Associate | Thalia Myrianthopoulos | 2001 | 438 | 23.6 | 10,336.80 |
| Associate | Andrew S. Nicoll | 2004 | 339 | 8.5 | 2,881.50 |
| Associate | Andrew J. Olejnik | 2004 | 339 | 27.1 | 9,186.90 |
| Associate | Andrea C. Otto-Classon | 2008 | 274 | 175.8 | 48,169.20 |
| Associate | Vito M. Pacione | 2003 | 383 | 282.0 | 108,006.00 |
| Associate | Melissa A. Resslar | 2003 | 383 | 364.3 | 139,526.90 |
| Associate | Peter H. Rosenbaum | 2005 | 285 | 284.2 | 80,997.00 |
| Associate | Trevor F. Schrage | 2008 | 274 | 60.9 | 16,686.60 |
| Associate | Jeffrey R. Shuman | 2003 | 383 | 243.3 | 93,183.90 |
| Associate | Valery K. Slosman | 2008 | 274 | 173.3 | 47,484.20 |
| Associate | Michael R. Strong | 2007 | 274 | 27.1 | 7,425.40 |
| Associate | Daniel B. Tehrani | 2006 | 285 | 3.4 | 969.00 |
| Associate | Allison A. Torrence | 2006 | 274 | 97.8 | 26,797.20 |
| Associate | Richard M. Wallace | 2008 | 274 | 238.1 | 65,239.40 |
| Associate | Julie A. Wenell | 2008 | 274 | 103.1 | 28,249.40 |
| Associate | Benjamin P. Wieck | 2006 | 274 | 16.9 | 4,630.60 |
| **Associate Total** | | | | **5,853.9** | **1,803,154.50** |
| **Total Attorney Time** | | | | **10,663.20** | **4,682,495.90** |

3

Exhibit B

Schedule of Attorneys and Paraprofessionals

## PARAPROFESSIONALS

| Position | Name | Rate | Time | Amount |
|---|---|---:|---:|---:|
| Senior Paralegal | Debra E. Abelson | 260 | 3.8 | 988.00 |
| Senior Paralegal | Neil H. Berger | 260 | 341.6 | 88,816.00 |
| Senior Paralegal | Kevin M. Doolan | 260 | 22.8 | 5,928.00 |
| Senior Paralegal | Toi D. Hooker | 260 | 0.3 | 78.00 |
| Senior Paralegal | Michael H. Matlock | 260 | 40.8 | 10,608.00 |
| Senior Paralegal | Michael L. Whitchurch | 260 | 112.4 | 29,224.00 |
| Senior Paralegal | Lowell T. Yap | 260 | 0.9 | 234.00 |
| Paralegal | Daniel R. Gross | 245 | 107.8 | 26,411.00 |
| Paralegal | Micah B. Horan | 260 | 53.2 | 13,832.00 |
| Paralegal | Mary F. Patston | 260 | 2.0 | 520.00 |
| Paralegal | Eileen J. Robertson | 220 | 22.8 | 5,016.00 |
| Paralegal | Mark R. Scholl | 260 | 0.6 | 156.00 |
| Paralegal | Julie H. Shaw | 245 | 18.1 | 4,434.50 |
| Paralegal | Cassandra D. Smith | 260 | 2.0 | 520.00 |
| Reference Librarian | Tricia J. Peavler | 260 | 0.3 | 78.00 |
| Research Librarian | Paul S. Ramonas | 260 | 0.5 | 130.00 |
| Research Librarian | Mary E. Ruddy | 260 | 0.8 | 208.00 |
| Law Clerk | Ian N. Bushner | 150 | 6.1 | 915.00 |
| Law Clerk | Jeremy A. Casper | 150 | 57.1 | 8,565.00 |
| Law Clerk | Levicy Crawford | 150 | 21.0 | 3,150.00 |
| Law Clerk | Roxana A. Davis | 150 | 18.3 | 2,745.00 |
| Law Clerk | Adam M. Huffine | 150 | 54.0 | 8,100.00 |
| Law Clerk | Charles F. Kinzer | 150 | 14.1 | 2,115.00 |
| Law Clerk | Lauren H. Sylvester | 150 | 25.8 | 3,870.00 |
| Project Assistant | Carolyn T. Baynes | 145 | 30.2 | 4,379.00 |
| Project Assistant | Catherine L. Chu | 150 | 36.0 | 5,400.00 |
| Project Assistant | Cynthia K. Clark | 160 | 11.0 | 1,760.00 |
| Project Assistant | Daniel O. Garcia | 150 | 332.9 | 49,935.00 |
| Project Assistant | Robert T. Gianneschi | 160 | 82.7 | 13,232.00 |
| Project Assistant | Johathan Hollis | 150 | 9.5 | 1,425.00 |
| Project Assistant | Lauren R. Prather | 150 | 2.3 | 345.00 |
| Project Assistant | Zachary L. Sorman | 150 | 134.7 | 20,205.00 |
| Project Assistant | Jonathan W. Striegel | 125 | 69.2 | 8,650.00 |
| Project Assistant | Adrienne P. Thacher | 150 | 14.5 | 2,175.00 |
| **Total Paraprofessional Time** | | | **1,650.1** | **324,147.50** |

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

SUMMARY

| Description | Amount |
|---|---|
| **Total Amount for Services Rendered (Attorneys and Paraprofessionals)** | **$5,006,643.40** |
| **Less 50% Non-Working Travel Time** | **($56,320.45)** |
| **Total Amount of Fees Requested for Services Rendered (June 1, 2009 - September 30, 2009)** | **$4,950,322.95** |

5