# **EXHIBIT C**

Summary of Project Matters

Exhibit C
Summary of Project Matters

Schedules of Fees by Project Matter

MATTER NUMBER 10010   363 Sale

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Catherine Abbott | 450 | 124.4 | 55,980.00 |
| Partner | Donald E. Batterson | 575 | 143.0 | 82,225.00 |
| Partner | Brian R. Boch | 548 | 248.1 | 135,958.80 |
| Partner | John F. Cox | 500 | 70.0 | 35,000.00 |
| Partner | Geoffrey M. Davis | 520 | 129.4 | 67,288.00 |
| Partner | W. Jay DeVecchio | 602 | 0.8 | 481.60 |
| Partner | Christopher Dickinson | 600 | 1.0 | 600.00 |
| Partner | Bill S. Forcade | 493 | 18.7 | 9,219.10 |
| Partner | Peter M. Gaines | 675 | 1.1 | 742.50 |
| Partner | Robert L. Graham | 675 | 180.7 | 121,972.50 |
| Partner | E. Lynn Grayson | 580 | 164.4 | 95,352.00 |
| Partner | David M. Greenwald | 540 | 4.9 | 2,646.00 |
| Partner | Joseph P. Gromacki | 712 | 402.4 | 286,508.80 |
| Partner | Philip L. Harris | 438 | 18.0 | 7,884.00 |
| Partner | Donald S. Horvath | 500 | 227.1 | 113,550.00 |
| Partner | Keri Holleb Hotaling | 465 | 1.6 | 744.00 |
| Partner | Edward Jackson | 493 | 4.5 | 2,218.50 |
| Partner | Paul F. Jock | 763 | 1.0 | 763.00 |
| Partner | Christian E. Kimball | 723 | 30.0 | 21,690.00 |
| Partner | Vincent E. Lazar | 550 | 0.5 | 275.00 |
| Partner | S. Tony Ling | 548 | 157.3 | 86,200.40 |
| Partner | John H. Mathias, Jr. | 700 | 0.8 | 560.00 |
| Partner | Heather D. McArn | 525 | 21.0 | 11,025.00 |
| Partner | Steven R. Meier | 520 | 3.1 | 1,612.00 |
| Partner | Thomas A. Monson | 550 | 31.5 | 17,325.00 |
| Partner | Gail H. Morse | 559 | 1.2 | 660.00 |
| Partner | Daniel R. Murray | 767 | 121.7 | 93,343.90 |
| Partner | Farhad K. Patel | 520 | 2.0 | 1,040.00 |
| Partner | Adam Petravicius | 520 | 50.5 | 26,260.00 |
| Partner | Edward G. Quinlisk | 465 | 371.9 | 172,933.50 |
| Partner | Matthew J. Renaud | 575 | 143.7 | 82,627.50 |
| Partner | Donald I. Resnick | 675 | 222.5 | 150,187.50 |
| Partner | William L. Scogland | 767 | 21.6 | 16,567.20 |
| Partner | Raymond D. Sinnapan | 465 | 23.6 | 10,974.00 |
| Partner | Michael S. Terrien | 575 | 35.3 | 20,297.50 |
| Partner | Patrick J. Trostle | 700 | 7.6 | 5,320.00 |
| Partner | Anton R. Valukas | 813 | 13.0 | 10,569.00 |
| Partner | Michael T. Wolf | 520 | 260.4 | 135,408.00 |

<u>Exhibit C</u>
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Elaine Wolff | 625 | 1.0 | 625.00 |
| Associate | David K. Anna | 274 | 414.8 | 113,655.20 |
| Associate | Kristen M. Boike | 274 | 35.8 | 9,809.20 |
| Associate | Patricia Boye-Williams | 383 | 128.8 | 49,330.40 |
| Associate | Herbert C. Brown, Jr. | 274 | 20.3 | 5,562.20 |
| Associate | Robert H. Clarke | 383 | 18.0 | 6,894.00 |
| Associate | Jonathan D. Conley | 274 | 15.9 | 4,356.60 |
| Associate | Erik R. Daly | 274 | 92.2 | 25,262.80 |
| Associate | Michael L. DeMarino | 274 | 198.8 | 54,471.20 |
| Associate | Brandon J. Dodgen | 274 | 138.0 | 37,812.00 |
| Associate | Alexandra E. Dowling | 274 | 2.0 | 548.00 |
| Associate | Frank J. Eichenlaub | 411 | 335.3 | 137,808.30 |
| Associate | Thomas R. Failor | 411 | 47.6 | 19,563.60 |
| Associate | Melissa C. Fogerty | 285 | 11.8 | 3,363.00 |
| Associate | Ilya Fradkin | 274 | 64.9 | 17,782.60 |
| Associate | L. Taylor Hall | 274 | 58.4 | 16,001.60 |
| Associate | Marc E. Harrison | 274 | 132.5 | 36,305.00 |
| Associate | Derek A. Higginbotham | 274 | 237.3 | 65,020.20 |
| Associate | Mercedes M. Hill | 285 | 283.3 | 80,740.50 |
| Associate | Melissa M. Hinds | 383 | 2.9 | 1,110.70 |
| Associate | Erik M. Jarmusz | 274 | 193.0 | 52,882.00 |
| Associate | Michael J. Kelly | 274 | 3.0 | 822.00 |
| Associate | Gregory S. Knudsen | 274 | 129.2 | 35,400.80 |
| Associate | Matthew R. Kopp | 274 | 174.0 | 47,676.00 |
| Associate | Jeffery D. Larson | 274 | 17.3 | 4,740.20 |
| Associate | Anna W. Margasinska | 274 | 13.7 | 3,753.80 |
| Associate | Kara E. Martin | 274 | 18.5 | 5,069.00 |
| Associate | Galen R. Mason | 411 | 2.7 | 1,109.70 |
| Associate | Sarah R. McNally | 274 | 61.1 | 16,741.40 |
| Associate | Brian L. Mikulencak | 274 | 4.1 | 1,123.40 |
| Associate | Deanne B. Millison | 274 | 113.0 | 30,962.00 |
| Associate | Thalia Myrianthopoulos | 438 | 0.7 | 306.60 |
| Associate | Andrew S. Nicoll | 339 | 7.3 | 2,474.70 |
| Associate | Andrea Otto-Classon | 274 | 163.0 | 44,662.00 |
| Associate | Vito M. Pacione | 383 | 282.0 | 108,006.00 |
| Associate | Melissa A. Resslar | 383 | 339.4 | 129,990.20 |
| Associate | Peter H. Rosenbaum | 285 | 186.7 | 53,209.50 |
| Associate | Trevor F. Schrage | 274 | 60.9 | 16,686.60 |
| Associate | Jeffrey R. Shuman | 383 | 45.7 | 17,503.10 |
| Associate | Valery K. Slosman | 274 | 172.5 | 47,265.00 |
| Associate | Michael R. Strong | 274 | 27.1 | 7,425.40 |
| Associate | Allison A. Torrance | 274 | 97.8 | 26,797.20 |

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Associate | Richard M. Wallace | 274 | 227.6 | 62,362.40 |
| Associate | Julie A. Wenell | 274 | 103.1 | 28,249.40 |
| Associate | Benjamin P. Wieck | 274 | 16.9 | 4,630.60 |
| Senior Paralegal | Debra E. Abelson | 260 | 3.8 | 988.00 |
| Senior Paralegal | Neil H. Berger | 260 | 341.6 | 88,816.00 |
| Senior Paralegal | Toi D. Hooker | 260 | 0.3 | 78.00 |
| Senior Paralegal | Michael H. Matlock | 260 | 22.2 | 5,772.00 |
| Senior Paralegal | Michael L. Whitchurch | 260 | 112.4 | 29,224.00 |
| Paralegal | Daniel R. Gross | 245 | 22.0 | 5,390.00 |
| Paralegal | Micah B. Horan | 260 | 31.7 | 8,242.00 |
| Project Assistant | Carolyn T. Baynes | 145 | 4.0 | 580.00 |
| Project Assistant | Cynthia K. Clark | 160 | 11.0 | 1,760.00 |
| Project Assistant | Daniel O. Garcia | 150 | 310.6 | 46,590.00 |
| Project Assistant | Zachary L. Sorman | 150 | 134.7 | 20,205.00 |
| Law Clerk | Ian N. Bushner | 150 | 3.6 | 540.00 |
| Law Clerk | Jeremy A. Casper | 150 | 55.8 | 8,370.00 |
| Law Clerk | Roxana A. Davis | 150 | 18.3 | 2,745.00 |
| Law Clerk | Charles F. Kinzer | 150 | 14.1 | 2,115.00 |
| Law Clerk | Lauren H. Sylvester | 150 | 25.8 | 3,870.00 |
| **TOTAL** | | | 9,072.1 | 3,545,165.40 |

MATTER NUMBER 10029   CORPORATE/SECURITIES

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Catherine Abbott | 450 | 14.9 | 6,705.00 |
| Partner | Brian R. Boch | 548 | 18.0 | 9,864.00 |
| Partner | Geoffrey M. Davis | 520 | 0.7 | 364.00 |
| Partner | Thomas R. Failor | 411 | 5.5 | 2,260.50 |
| Partner | Joseph P. Gromacki | 712 | 13.3 | 9,469.60 |
| Partner | Michael K. Lowman | 520 | 0.8 | 416.00 |
| Partner | Thomas C. Newkirk | 728 | 5.5 | 4,004.00 |
| Partner | Adam Petravicius | 520 | 2.8 | 1,456.00 |
| Partner | Edward G. Quinlisk | 465 | 3.5 | 1,627.50 |
| Partner | William L. Tolbert | 712 | 436.1 | 310,503.20 |
| Partner | Elaine Wolff | 625 | 167.7 | 104,812.50 |
| Associate | David K. Anna | 274 | 1.5 | 411.00 |
| Associate | Melissa T. Fogerty | 285 | 26.9 | 7,666.50 |
| Associate | Derek A. Higginbotham | 274 | 0.3 | 82.20 |
| Associate | Joseph D. Kline | 274 | 0.5 | 137.00 |
| Associate | Jeffery D. Larson | 274 | 4.5 | 1,233.00 |
| Associate | Deanne B. Millison | 274 | 12.8 | 3,507.20 |
| Associate | Andrew J. Olejnik | 339 | 1.0 | 339.00 |

3

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Associate | Andrea Otto-Classon | 274 | 12.8 | 3,507.20 |
| Associate | Melissa R. Resslar | 383 | 4.9 | 1,876.70 |
| Associate | Peter H. Rosenbaum | 285 | 8.1 | 2,308.50 |
| Associate | Jeffrey R. Shuman | 383 | 197.6 | 75,680.80 |
| Associate | Valery K. Slosman | 274 | 0.8 | 219.20 |
| Research Librarian | Paul S. Ramonas | 260 | 0.5 | 130.00 |
| Research Librarian | Mary E. Ruddy | 260 | 0.8 | 208.00 |
| Law Clerk | Jeremy A. Casper | 150 | 1.3 | 195.00 |
| | **TOTAL** | | 943.10 | 548,983.60 |

MATTER NUMBER 10037   SEC MATTERS/DELPHI

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Larry P. Ellsworth | 560 | 2.0 | 1,120.00 |
| Partner | Thomas C. Newkirk | 728 | 10.7 | 7,789.60 |
| Partner | Robert R. Stauffer | 575 | 42.8 | 24,610.00 |
| Senior Paralegal | Kevin M. Doolan | 260 | 22.8 | 5,928.00 |
| Project Assistant | Robert T. Gianneschi | 160 | 2.7 | 432.00 |
| | **TOTAL** | | 81.00 | 39,879.60 |

MATTER NUMBER 10045   SEC MATTERS/PENSION OPEB

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Larry P. Ellsworth | 560 | 2.3 | 1,288.00 |
| | **TOTAL** | | 2.3 | 1,288.00 |

MATTER NUMBER 10053   SEC Matters/Foreign Exchange

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Larry P. Ellsworth | 560 | 1.3 | 728.00 |
| Partner | Thomas C. Newkirk | 728 | 0.3 | 218.40 |
| | **TOTAL** | | 1.60 | 946.40 |

MATTER NUMBER 10061   Equipment Leasing Disputes

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | John F. Cox | 500 | 64.0 | 32,000.00 |
| Partner | Geoffrey M. Davis | 520 | 10.1 | 5,252.00 |
| Partner | Peter M. Gaines | 675 | 29.7 | 20,047.50 |
| Partner | Joseph P. Gromacki | 712 | 2.1 | 1,495.20 |
| Partner | David A. Handzo | 625 | 14.5 | 9,062.50 |
| Partner | Daniel R. Murray | 767 | 3.3 | 2,531.10 |

4

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Farhad K. Patel | 520 | 25.0 | 13,000.00 |
| Partner | Michael S. Terrien | 575 | 115.2 | 66,240.00 |
| Partner | Patrick J. Trostle | 700 | 1.1 | 770.00 |
| Associate | Christine L. Childers | 411 | 27.6 | 11,343.60 |
| Associate | Robert H. Clarke | 383 | 28.1 | 10,762.30 |
| Associate | Michael L. DeMarino | 274 | 51.0 | 13,974.00 |
| Associate | Alexandra E. Dowling | 274 | 21.9 | 6,000.60 |
| Associate | Ilya Fradkin | 274 | 1.1 | 301.40 |
| Associate | L. Taylor Hall | 274 | 47.0 | 12,878.00 |
| Associate | Matthew Hersh | 438 | 38.6 | 16,906.80 |
| Associate | Joseph D. Kline | 274 | 54.6 | 14,960.40 |
| Associate | Gregory S. Knudsen | 274 | 34.6 | 9,480.40 |
| Associate | Peter H. Rosenbaum | 285 | 82.4 | 23,484.00 |
| Research Librarian | Tricia J. Peavler | 160 | 0.3 | 78.00 |
| Law Clerk | Ian N. Bushner | 150 | 2.5 | 375.00 |
| Law Clerk | Levicy Crawford | 150 | 21.0 | 3,150.00 |
| Law Clerk | Adam M. Huffine | 150 | 54.0 | 8,100.00 |
| | **TOTAL** | | 729.70 | 282,192.80 |

MATTER NUMBER 10070  PRODUCTS LIABLITY LITIGATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Philip L. Harris | 438 | 54.5 | 23,871.00 |
| Partner | Daniel R. Murray | 767 | 3.0 | 2,301.00 |
| Partner | Joanne H. Sweeney | 425 | 29.0 | 12,325.00 |
| Partner | Michael S. Terrien | 575 | 0.2 | 115.00 |
| Associate | Jennifer L. Duglosz | 274 | 16.8 | 4,603.20 |
| Associate | Casey T. Grabenstein | 274 | 19.3 | 5,288.20 |
| Associate | Ryan K. Harding | 383 | 13.9 | 5,323.70 |
| Associate | Carletta F. Higginson | 383 | 1.2 | 459.60 |
| Associate | Nancy C. Jacobson | 274 | 0.8 | 219.20 |
| Associate | Andrew F. Merrick | 274 | 3.5 | 959.00 |
| Associate | Thalia Myrianthopoulos | 438 | 22.9 | 10,030.20 |
| | **TOTAL** | | 165.10 | 65,495.10 |

MATTER NUMBER 10088  COURT HEARINGS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Joseph P. Gromacki | 712 | 25.5 | 18,156.00 |
| Partner | Daniel R. Murray | 767 | 34.7 | 26,614.90 |
| Partner | Michael S. Terrien | 575 | 28.9 | 16,617.50 |
| Partner | Patrick J. Trostle | 700 | 18.1 | 12,670.00 |

<u>Exhibit C</u>
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Michael T. Wolf | 520 | 29.0 | 15,080.00 |
| Associate | David K. Anna | 274 | 7.5 | 2,055.00 |
| Associate | Elizabeth A. Edmondson | 274 | 5.5 | 1,507.00 |
| Associate | Mercedes M. Hill | 285 | 7.5 | 2,137.50 |
| Associate | Melissa A. Resslar | 383 | 7.5 | 2,872.50 |
| Associate | Daniel B. Tehrani | 285 | 3.4 | 969.00 |
| Senior Paralegal | Mark R. Scholl | 260 | 0.6 | 156.00 |
| | **TOTAL** | | 168.20 | 98,835.40 |

MATTER NUMBER 10096   NON-WORKING TRAVEL TIME

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Brian R. Boch | 548 | 8.0 | 4,384.00 |
| Partner | John F. Cox | 500 | 9.5 | 4,750.00 |
| Partner | Joseph P. Gromacki | 712 | 39.90 | 28,408.80 |
| Partner | Daniel R. Murray | 767 | 11.00 | 8,437.00 |
| Partner | Edward G. Quinlisk | 465 | 3.8 | 1,767.00 |
| Partner | Michael S. Terrien | 575 | 36.70 | 21,102.50 |
| Associate | David K. Anna | 274 | 22.8 | 6,247.20 |
| Associate | Christine L. Childers | 411 | 10.8 | 4,438.80 |
| Associate | Erik R. Daly | 274 | 8.0 | 2,192.00 |
| Associate | Michael L. DeMarino | 274 | 7.20 | 1,972.80 |
| Associate | Frank J. Eichenlaub | 411 | 9.0 | 3,699.00 |
| Associate | Derek A. Higginbotham | 274 | 14.4 | 3,945.60 |
| Associate | Mercedes M. Hill | 285 | 11.5 | 3,277.50 |
| Associate | Erik M. Jarmusz | 274 | 11.5 | 3,151.00 |
| Associate | Gregory S. Knudsen | 274 | 6.8 | 1,863.20 |
| Associate | Melissa A. Resslar | 383 | 12.5 | 4,787.50 |
| Associate | Peter H. Rosenbaum | 285 | 7.0 | 1,995.00 |
| Associate | Richard M. Wallace | 274 | 10.5 | 2,877.00 |
| Project Assistant | Daniel O. Garcia | 150 | 22.30 | 3,345.00 |
| | **TOTAL** | | 263.20 | 112,640.90 |
| | **Less 50% Reduction** | | | -56,320.45 |
| | **TOTAL REDUCED FEE** | | | 56,320.45 |

MATTER NUMBER 10100   RETENTION/BILLING/FEE APPLICATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | John F. Cox | 500 | 0.8 | 400.00 |
| Partner | Joseph P. Gromacki | 712 | 76.7 | 54,610.40 |
| Partner | Philip L. Harris | 438 | 5.0 | 2,190.00 |
| Partner | Heather D. McArn | 525 | 3.7 | 1,942.50 |

6

Exhibit C
Summary of Project Matters

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Daniel R. Murray | 767 | 79.4 | 60,899.80 |
| Partner | Michael S. Terrien | 575 | 4.8 | 2,760.00 |
| Partner | Patrick J. Trostle | 700 | 8.8 | 6,160.00 |
| Partner | Michael T. Wolf | 520 | 1.8 | 936.00 |
| Associate | Melissa M. Hinds | 383 | 15.1 | 5,783.30 |
| Associate | Gregory S. Knudsen | 274 | 203.5 | 55,759.00 |
| Associate | Andrew S. Nicoll | 339 | 1.2 | 406.80 |
| Associate | Andrew J. Olejnik | 339 | 22.6 | 7,661.40 |
| Senior Paralegal | Michael H. Matlock | 260 | 1.4 | 364.00 |
| Paralegal | Daniel R. Gross | 245 | 85.8 | 21,021.00 |
| Paralegal | Micah B. Horan | 260 | 21.5 | 5,590.00 |
| Paralegal | Mary Frances Patston | 260 | 2.0 | 520.00 |
| Paralegal | Eileen J. Robertson | 220 | 22.8 | 5,016.00 |
| Paralegal | Julie H. Shaw | 245 | 18.1 | 4,434.50 |
| Paralegal | Cassandra D. Smith | 260 | 2.0 | 520.00 |
| Project Assistant | Carolyn T. Baynes | 145 | 26.2 | 3,799.00 |
| Project Assistant | Catherine L. Chu | 150 | 36.0 | 5,400.00 |
| Project Assistant | Robert T. Gianneschi | 160 | 80.00 | 12,800.00 |
| Project Assistant | Jonathan Hollis | 150 | 7.5 | 1,125.00 |
| Project Assistant | Jonathan W. Striegel | 125 | 69.2 | 8,650.00 |
| Project Assistant | Adrienne P. Thacher | 150 | 14.5 | 2,175.00 |
| | TOTAL | | 810.40 | 270,923.70 |

MATTER NUMBER 10126  CASE ADMINISTRATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Joseph P. Gromacki | 712 | 18.4 | 13,100.80 |
| Partner | Heather D. McArn | 525 | 3.6 | 1,890.00 |
| Partner | Daniel R. Murray | 767 | 13.9 | 10,661.30 |
| Partner | Michael S. Terrien | 575 | 7.5 | 4,312.50 |
| Partner | Patrick J. Trostle | 700 | 4.1 | 2,870.00 |
| Associate | Melissa M. Hinds | 383 | 0.4 | 153.20 |
| Associate | Gregory S. Knudsen | 274 | 2.2 | 602.80 |
| Associate | Sarah R. McNally | 274 | 0.6 | 164.40 |
| Associate | Andrew J. Olejnik | 339 | 3.5 | 1,186.50 |
| Senior Paralegal | Michael H. Matlock | 260 | 17.2 | 4,472.00 |
| Senior Paralegal | Lowell T. Yap | 260 | 0.9 | 234.00 |
| Project Assistant | Jonathan Hollis | 150 | 2.0 | 300.00 |
| Project Assistant | Lauren R. Prather | 150 | 2.3 | 345.00 |
| | TOTAL | | 76.6 | 40,292.50 |

7