# **EXHIBIT D**

Schedule of Expense Categories

Exhibit D
Schedule of Expense Categories

## SUMMARY OF EXPENSES

Categories of Expenses for which Jenner & Block Seeks Reimbursement

| Description | Amount |
|---|---:|
| Business Meals | 7,152.96 |
| Corporate Filing/Retrieval Fees | 56,824.44 |
| Court Hearing Telephonic Service | 296.00 |
| In-City Transportation | 3,502.30 |
| Lexis Research | 5,529.64 |
| License Fees | 101,879.00 |
| Network Printing | 15,174.84 |
| Out-of-Town Travel | 57,123.41 |
| Overnight Courier/UPS, Federal Express | 5,332.72 |
| Pacer Charges | 1,003.76 |
| Photocopy Expense | 13,488.10 |
| Real Estate Expense | 175.00 |
| Soundpath Teleconferencing | 540.25 |
| Special Database Research | 59.70 |
| Special Messenger Service | 167.14 |
| Westlaw Research | 2,190.00 |
| **TOTAL EXPENSES** | 270,439.26 |