# **EXHIBIT F-4**

Detailed Time Records - September

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

363 SALE                                                                                          MATTER NUMBER -    10010

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 9/01/09 | MEH | .50 | Reviewed proposed letter agreement re purchasing contracts and transition services in anticipation of call next day. | 137.00 |
| 9/01/09 | DKA | .20 | Corresponded with D. Higginbotham re Motors Liquidation Company's stock certificate. | 54.80 |
| 9/01/09 | MZR | .50 | Conferred with D. Higginbotham re liquor license transfer issues (.3); e-mailed re executory contract designation deadline (.2). | 191.50 |
| 9/01/09 | DWH | .80 | E-mailed and conferred with B. Lister-Tait re side letters and liquor licenses (.5); conferred with J. Forlenza re Colmotores and Sirius (.3). | 219.20 |
| 9/02/09 | MEH | 1.00 | Telephone conference re ongoing Transition Services Agreement matters (.8); conferred with J. Kimbel (.2). | 274.00 |
| 9/02/09 | DKA | .20 | Conferred with D. Millison and V. Slosman re dealer licensing and Schedule 1.1A. | 54.80 |
| 9/02/09 | MZR | .90 | E-mailed Alix Partners re executory contract designation deadline (.5); drafted letter agreement re same (.4). | 344.70 |
| 9/03/09 | DKA | .70 | Conferred and corresponded with D. Edington and M. Harrison re excluded entity schedule (.5); conferred and corresponded with D. Higginbotham re updated schedules and public filing of same for liquor license filings (.2). | 191.80 |
| 9/03/09 | DWH | 1.00 | E-mailed F. Eichenlaub re liquor licenses. | 274.00 |
| 9/04/09 | MEH | 1.00 | Reviewed and commented on first amendment to Transition Services Agreement. | 274.00 |
| 9/04/09 | DWH | .10 | Sent Quantum stock power to E. Shaffer. | 27.40 |
| 9/08/09 | FJE | .10 | Telephone conference with T. Conder re Ft. Gratiot lease. | 41.10 |
| 9/08/09 | JPG | 1.00 | Analyzed and responded to questions re Section 363 sale transaction. | 712.00 |
| 9/08/09 | VMP | .30 | Corresponded with F. Zehnder re removal of equipment at rejected lease site in West Sacramento, CA. | 114.90 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 9/09/09 | DWH | .10 | E-mailed H. Pais re side letters. | 27.40 |
| 9/10/09 | DKA | 1.30 | Conferred and corresponded with M. Whitchurch re closing books and indexes (.6); corresponded with R. Berkovich re publicly filed schedules (.2); conferred with J. Nassiri from DLA Piper re amended schedules (.5). | 356.20 |
| 9/10/09 | MZR | .30 | E-mailed Weil Gotshal re request for disclosure schedules (.2); conferred with D. Anna re closing books (.1). | 114.90 |
| 9/10/09 | DWH | .10 | Conferred with M. Whitchurch re closing binders. | 27.40 |
| 9/11/09 | MEH | 1.00 | Reviewed revised version of first amendment to Transition Services Agreement and comments to F. Eichenlaub (.5); conferred with J&B team and internal audit team re obligations under deal documents (.5). | 274.00 |
| 9/11/09 | DKA | .70 | Conferred with J. Nassiri from DLA Piper re amended schedules and corresponded with A. Segovia re same. | 191.80 |
| 9/14/09 | MEH | .70 | Reviewed portion of response to internal audit group re Transitions Services Agreement (.5); prepared comments to D. Anna (.2). | 191.80 |
| 9/14/09 | DWH | 2.20 | Reviewed list of all post-closing covenants. | 602.80 |
| 9/15/09 | DKA | .60 | Conferred and corresponded with E. Daly re finance, warrant and stock documentation for Section 363 sale. | 164.40 |
| 9/15/09 | DWH | 7.30 | Reviewed and revised list of all post-closing covenants. | 2,000.20 |
| 9/16/09 | DKA | .60 | Conferred with E. Daly re resolutions for Section 363 sale (.2); corresponded with P. Gaines and J. Kline re resolutions for Section 363 sale (.3); corresponded with M. DeMarino re final Section 363 sale documents (.1). | 164.40 |
| 9/17/09 | DKA | .70 | Conferred and corresponded with J. Kline re excluded entities and disclosure schedules (.4); corresponded with A. Segovia re disclosure schedule request from DLA Piper and corresponded with DLA Piper re same (.3). | 191.80 |
| 9/22/09 | DKA | .20 | Conferred with D. Higginbotham re domestic entity transfers (.1); corresponded with J. Delaney re closing sets (.1). | 54.80 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654
(312) 222-9350

Page 3

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 9/23/09 | RLG | .50 | Reviewed e-mail re restructuring checklist and impact of restructuring on real estate. | 337.50 |
| 9/24/09 | JPG | 1.50 | Reviewed Master Purchase and Sale Agreement re issues raised by T. Stenger (1.3); followed up with T. Stenger re same (.2). | 1,068.00 |
| 9/25/09 | DKA | .20 | Corresponded with D. Horvath re Schedule 2.2(b)(xvi). | 54.80 |
| 9/29/09 | DKA | .20 | Corresponded with L. Buonomo re bill of sale and purchased assets under Master Purchase and Sale Agreement. | 54.80 |
| 9/30/09 | ELG | .40 | Reviewed request for environmental indemnity chart re real estate contracts from Alix Partners (.3); responded to E. Jarmusz re same (.1). | 232.00 |
|  |  | 26.90 | PROFESSIONAL SERVICES | 9,020.20 |

MATTER TOTAL                                                                $ 9,020.20

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET  
CHICAGO, ILLINOIS  60654  
(312) 222-9350

| CORPORATE/SECURITIES | | | | MATTER NUMBER - | 10029 |
|---|---|---|---|---|---|
| 9/15/09 | WLT | .50 | Conferred with R. Geitz and H. Pais whether all submissions to bankruptcy court must be filed with SEC. | | 356.00 |
| | | 0.50 | PROFESSIONAL SERVICES | | 356.00 |

MATTER TOTAL                                                       $ 356.00

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

JENNER RETENTION/BILLING/FEE APPLICATION                    MATTER NUMBER -    10100

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 9/03/09 | GSK | .10 | Reviewed Motors Liquidation Company invoice for preparation of August bill. | 27.40 |
| 9/04/09 | DRM | .30 | Telephone conference with G. Knudsen re preparation of August billing statement (.1); memoranda to and from J. Gromacki re supplemental disclosure statement status (.3). | 230.10 |
| 9/04/09 | GSK | 3.10 | Reviewed drafts of August invoice for preparation of bill. | 849.40 |
| 9/08/09 | DRM | .40 | Conferred with G. Knudsen re August fee statement and reviewed excerpts of same. | 306.80 |
| 9/08/09 | GSK | 3.10 | Reviewed August invoice of Motors Liquidation Company for compliance with bankruptcy court guidelines. | 849.40 |
| 9/09/09 | GSK | 3.10 | Reviewed Motors Liquidation Company August invoice for preparation of bill. | 849.40 |
| 9/10/09 | DRM | .50 | Memoranda to and from G. Knudsen re August fee statement and reviewed and revised G. Knudsen draft edits. | 383.50 |
| 9/10/09 | GSK | .50 | Reviewed Motors Liquidation Company invoice for preparation of August bill. | 137.00 |
| 9/11/09 | JPG | .80 | Conferred with T. Stenger re billing (.2); followed up re billing questions (.6). | 569.60 |
| 9/11/09 | GSK | 2.20 | Assembled invoices for Motors Liquidation Company per J. Gromacki (.9); reviewed drafts of August invoice for compliance with bankruptcy court guidelines (1.3). | 602.80 |
| 9/14/09 | DRM | .50 | Met with G. Knudsen and reviewed disbursements and August bill. | 383.50 |
| 9/14/09 | GSK | 1.90 | Edited August invoice based on timekeeper responses for compliance with bankruptcy court guidelines (1.4); conferred with D. Murray re same (.5). | 520.60 |
| 9/15/09 | DRM | .20 | Reviewed memorandum from J. Gromacki re conversation with T. Stenger (.1); reviewed memorandum from M. Wolf re same (.1). | 153.40 |

LAW OFFICES                                                                                          Page 2

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 9/15/09 | GSK | 1.30 | Reviewed August invoice for compliance with bankruptcy guidelines. | 356.20 |
| 9/16/09 | DRM | .40 | Met with G. Knudsen re bill. | 306.80 |
| 9/16/09 | JPG | .80 | Worked on Alix Partners' questions re billing and followed up re same. | 569.60 |
| 9/16/09 | GSK | 1.40 | Reviewed Motors Liquidation Company August invoice for preparation of bill (.9); conferred with D. Murray re same (.5). | 383.60 |
| 9/17/09 | JPG | 1.00 | Worked on matters re GM billing (.5); corresponded re questions raised by Alix Partners re billing and estimate for August time (.5). | 712.00 |
| 9/17/09 | GSK | .60 | Reviewed and submitted necessary compliance edits to M. Churilla. | 164.40 |
| 9/18/09 | GSK | .50 | Reviewed substantially complete drafts of August invoice (.3); drafted e-mail to J. Gromacki and D. Murray re same (.2). | 137.00 |
| 9/21/09 | GSK | .80 | Reviewed most recent draft of August invoice for necessary compliance edits (.6); conferred with M. Churilla re same (.2). | 219.20 |
| 9/22/09 | GSK | 1.00 | Reviewed status of July invoice (.4); conferred with D. Murray re same (.6). | 274.00 |
| 9/23/09 | JPG | .50 | Reviewed and commented on Motors Liquidation Company bills (.3); followed up with D. Murray and G. Knudsen (.2). | 356.00 |
| 9/23/09 | GSK | .80 | Reviewed Motors Liquidation Company August invoice for preparation of bill (.5); conferred with J. Gromacki re same and followed up re same (.3). | 219.20 |
| 9/25/09 | DRM | .90 | Conferred with J. Gromacki and G. Knudsen re finalizing August statement and reviewed materials re same (.7); attended follow-up meeting with G. Knudsen and reviewed revised drafts (.2). | 690.30 |
| 9/25/09 | JPG | 1.00 | Reviewed Motors Liquidation Company bills (.5); met with D. Murray and G. Knudsen re same (.5). | 712.00 |
| 9/25/09 | AJO | .30 | Met with D. Murray and G. Knudsen re preparation of monthly invoices. | 101.70 |

LAW OFFICES                                    Page 3

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 9/25/09 | GSK | 2.50 | Reviewed newly-revised substantially complete drafts of August invoice (2.); conferred with D. Murray re same (.5). | 685.00 |
| 9/29/09 | DRM | .50 | Memoranda to and from G. Knudsen re preparation of August fee statement (.1); reviewed final text of bill with G. Knudsen and finalized same (.4). | 383.50 |
| 9/29/09 | GSK | 2.20 | Reviewed draft of bill for preparation of August invoice (1.7); conferred with D. Murray re same (.5). | 602.80 |
| 9/30/09 | DRM | .50 | Reviewed August fee statement with G. Knudsen and finalized same. | 383.50 |
| 9/30/09 | JPG | 1.00 | Reviewed and commented on Motors Liquidation Company bills (.8); followed up re finalization and submission of invoices (.2). | 712.00 |
| 9/30/09 | GSK | 1.30 | Reviewed final drafts of August invoice and prepared same for delivery. | 356.20 |
| | | 36.00 | PROFESSIONAL SERVICES | 14,187.90 |

MATTER TOTAL                                $ 14,187.90

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

CASE ADMINISTRATION                                      MATTER NUMBER -    10126

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 9/08/09 | DRM | .50 | Memoranda to J. Gromacki and M. Terrien re motion to extend exclusive period and to establish bar date (.2); reviewed same (.3). | 383.50 |
| 9/11/09 | DRM | .50 | Conferred with R. Weiss and memoranda to and from J. Gromacki re status of filing of supplemental declaration. | 383.50 |
| 9/15/09 | DRM | .30 | Reviewed memorandum from J. Gromacki to S. Karotkin re status of discussions with U.S. Trustee re supplemental declaration (.1); memoranda to and from J. Gromacki re status (.1); conferred with J. Gromacki re same (.1). | 230.10 |
| 9/17/09 | DRM | .10 | Reviewed revised case management order. | 76.70 |
| 9/22/09 | DRM | .80 | Reviewed and sent affidavit of disinterestedness to J. Gromacki (.2); reviewed memorandum from S. Karotkin re affidavits (.1); reviewed August bill and conferred with G. Knudsen re same (.5). | 613.60 |
| 9/22/09 | GSK | .40 | Researched and corresponded with J. Gromacki and D. Murray re possible disclosure issue. | 109.60 |
| 9/29/09 | DRM | .10 | Conferred with M. Terrien re filing of supplemental disclosure statement. | 76.70 |
| 9/30/09 | DRM | .20 | Memoranda to and from J. Gromacki re discussions with S. Karotkin re supplemental disclosure statement. | 153.40 |
| 9/30/09 | GSK | 1.20 | Began drafting third supplemental affidavit re new disclosures re bankruptcy. | 328.80 |
| | | 4.10 | PROFESSIONAL SERVICES | 2,355.90 |

MATTER TOTAL                                              $ 2,355.90

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654
(312) 222-9350

PRODUCTS LIABILITY LITIGATION                                    MATTER NUMBER -    10070

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 9/01/09 | CTG | .70 | Conferred with opposing counsel in Jorden matter re stay (.3); conferred with local counsel re same (.2); faxed order staying litigation to opposing counsel (.2). | 191.80 |
| 9/08/09 | DRM | .50 | Conferred with J. Sweeney re forthcoming hearing in Circuit Court of Cook County on remand of successful appeal and followed up with M. Terrien. | 383.50 |
| 9/08/09 | JHS | 1.30 | Analyzed status of Kozlowski case re ruling from Appellate Court (.4); conferred with D. Murray and J. Cleary, counsel for co-defendant, re same (.2); reviewed law re same (.5); conferred with P. Long re court appearance (.2). | 552.50 |
| 9/16/09 | JLD | .20 | Conferred with R. Harding re correspondence from plaintiffs' attorney re automatic stay. | 54.80 |
| 9/18/09 | AFM | .10 | E-mailed local counsel re directing inquiries to Weil Gotshal. | 27.40 |
| 9/28/09 | JLD | .10 | Responded to correspondence from S. Francoline, co-defendant's attorney, re Sedlak matter. | 27.40 |
| | | 2.90 | PROFESSIONAL SERVICES | 1,237.40 |

MATTER TOTAL                                          $ 1,237.40