# EXHIBIT B

## SUMMARY OF PROFESSIONALS & PARAPROFESSIONALS RENDERING SERVICES

## ATTORNEY INFORMATION

| Biller | Title | Office | Yrs | Adm. | Area of Exptertise |
|---|---|---|---|---|---|
| Achramowicz, Weronika | Associate | Warsaw | 2 | 2007 | Mergers & Acquisitions |
| Adame-Alvarez, Gerardo | Associate | Mexico City | 1 | 2005 | Mergers & Acquisitions |
| Alonso, Manuel | Associate | Madrid | 4 | 2005 | Tax |
| Amaral, Renata C. | Associate | Porto Alegre | 6 | 2003 | Environmental |
| Austin, Jenny | Associate | Chicago | 5 | 2003 | Tax |
| Baiguera, Mara T. | Paralegal | Milan | 5 | N/A | Mergers & Acquisitions |
| Bassman, Nicole | Prof. Supp. Lwyr. | Frankfurt | 3 | N/A | Corporate Commercial |
| Beatty, Andrew | Partner | Sydney | 4 | 1985 | Environmental |
| Bell, Mitchell | Associate | London | 5 | 1997 | Employment |
| Binns, Bryony | Associate | Melbourne | 7 | 2003 | Employment & Comp. |
| Bolster, Thomas | Trainee Solicitor | London | 4 | N/A | Tax |
| Brandman, Scott | Partner | New York | 9 | 1994 | Tax |
| Broderson, Christian | Partner | Frankfurt | - | 1975 | Real Estate |
| Broughton, Jonathon | Associate | London | 2 | 2006 | Corporate Commercial |
| Burke, Frederick | Partner | Ho Chi Minh City | 12 | 1988 | Corporate Commercial |
| Cary, Sylvia | Paralegal | Melbourne | 2 | N/A | Corporate & Securities |
| Celescuekci, Hercules | Partner | Sao Paulo | 13 | 1984 | Employment |
| Chadwick, Alexander F. | Partner | London | 8 | 1992 | Tax |
| Chauhan, Deepti | Associate | Melbourne | 1 | 2009 | Banking & Finance |
| Chertok, Seth | Associate | Chicago | 2 | 2005 | Coporate & Securities |
| Chia, Brian H. G. | Partner | Kuala Lumpur | 7 | 1990 | Coporate Commercial |
| Coetsee, Emma | Associate | Melbourne | 1 | - | Corporate & Securities |
| Cogan, Erin | Associate | London | 2 | 2006 | Corporate Commercial |
| Commons, Martin G. | Associate | Shanghai | 8 | 2002 | Competition Law |
| Crabbe, Lorren | Trainee Solicitor | London | 2 | N/A | Employment |
| Crozier, Jannan | Associate | London | 3 | 2005 | Corporate Commercial |
| Cruz, Alessandro F. | Law Clerk | Porto Alegre | 2 | N/A | Environmental |
| Cruz, Felix A. | Paralegal | Manila | 9 | N/A | Corporate Commercial |
| Cummings, Charles B. | Partner | New York | 9 | 1974 | Litigation |
| De Martinis, Lorenzo | Partner | Milan | 8 | 1992 | Intellectual Property |
| Deng, Joseph W. | Of Counsel | Shanghai | 1 | 1995 | Employment |
| Dickson, John | Summer Assoc. | Chicago | 1 | N/A | Tax |
| Dimagiba, Dennis G. | Partner | Manila | 11 | 1995 | Tax |
| Ding, Yi | Associate | Shanghai | 4 | 2000 | Corporate Commercial |
| Ding, Yi-Jun | Jr. Proj. Assoc. | Melbourne | 3 | N/A | Litigation |
| Dominguez, Leo G. | Partner | Manila | 19 | 1981 | Corporate Commercial |
| Dookhun, Romaana | Associate | London | 3 | 2007 | Employment |
| Du, Xiaohong | Paralegal | - | N/A | N/A | - |
| Dunahoo, Carol A. | Partner | Washington, D.C. | 6 | 1986 | Tax |
| Ellers, Holger | Associate | Berlin | 4 | 2006 | Corporate Commercial |
| Feroni, Constantino | Associate | Rome | 6 | 2003 | Mergers & Acquisitions |
| Fikry, Dede | Associate | Jakarta | 2 | - | Corporate Commercial |
| Friel, Arne | Partner | Berlin | 3 | 2001 | Corporate Commercial |
| Garcia-Garza, Juan B. | Partner | Monterrey | 7 | 1997 | Real Estate |
| Ge, Xiangyang | Partner | Shanghai | 6 | 1991 | M&A, Antitrust |
| Gebler, Olaf | Partner | Frankfurt | 5 | 1994 | Banking & Finance |
| Gernoth, Jan | Partner | Frankfurt | 6 | 2003 | Corporate Commercial |
| Gimeno, Santiago Martinez | Associate | Madrid | 7 | 2003 | Labor & Employment |
| Glatt, Carmen | Associate | London | 3 | 2007 | Intellectual Property |

| Biller | Title | Office | Yrs | Adm. | Area of Exptertise |
|---|---|---|---|---|---|
| Gnutova, Maria M. | Associate | Moscow | 3 | 2004 | Labor & Employment |
| Gon, Michelle Y.L. | Partner | Shanghai | 15 | 1986 | Mergers & Acquisitions |
| Gonzalez-Elizondo, Jose | Partner | Monterrey | 7 | 1991 | Mergers & Acquisitions |
| Grange, Joanne | Paralegal | Sydney | 16 | N/A | Corporate |
| Gregory, Sarah C. | Partner | London | 8 | 1992 | Employment |
| Gu, Victor | Associate | Shanghai | 5 | 2003 | Mergers & Acquisitions |
| Guch, Karen Anne | Partner | London | 3 | 1996 | Corporate Commercial |
| Gurevich, Leonid | Lit. Supp. Spec. | Chicago | 4 | N/A | Tax |
| Heckelmann, Guenther | Partner | Frankfurt | 19 | 1985 | Labor & Employment |
| Heroy, David | Partner | Chicago | 3 | 1976 | Financial Restructuring |
| Hinderer, Hermann Ali | Associate | Berlin | 5 | 2004 | Corporate Commercial |
| Ho, Grace | Associate | Sydney | 5 | 2005 | Tax |
| Holmes, Steve | Partner | London | 3 | 1998 | Information Technology |
| Houghton, Kendall | Partner | Washington, D.C. | 1 | 1998 | Tax |
| Huang, Xin | Associate | Beijing | 2 | - | Corporate Commercial |
| Jacinto, Maria Ana Camlia | Associate | Manila | 2 | 2006 | Tax |
| Johnson, Demetrio | Paralegal | Chicago | 5 | N/A | Tax |
| Jouniaux, Sophie | Partner | Paris | 2 | 2001 | Tax |
| Jungling, Roman C. | Associate | - | - | - | - |
| Kellock, Ian | Partner | Melbourne | 8 | 1994 | Tax |
| Kim, Hannah | Paralegal | Sydney | 2 | N/A | Corporate Commercial |
| Koch, Caroline | Associate | Berlin | 2 | 2008 | Labor & Employment |
| Komatsuzaki, Tomoko | Paralegal | Tokyo | 2 | 1900 | Corporate Commercial |
| Koutsis, Constantin | Partner | Sydney | 3 | 2001 | Tax |
| Krailadsiri, Saravut | Associate | Bangkok | 3 | - | Tax |
| Kurata, Nobuhiko | Associate | Tokyo | 4 | 2004 | Corporate Commercial |
| Lai, Nancy | Associate | Shanghai | 3 | 2004 | Tax |
| Lattanzio, Antonio | Associate | Rome | 4 | 2004 | Mergers & Acquisitions |
| Lee, Kiat Seng | Partner | Singapore | 2 | 1995 | Dispute Resolution |
| Lekfuangfu, Nam-Ake | Lawyer | Bangkok | 2 | - | Corporate Commercial |
| Lim, Selwyn | Int'l Clerk | Singapore | 1 | - | Corporate Commercial |
| Lim, Jo Yan | Associate | Kuala Lumpur | 3 | 2005 | Corporate Commercial |
| Linguanti, Thomas | Partner | Chicago | 8 | 1991 | Tax |
| Liu, Yolanda | Legal Assistant | Shanghai | 3 | - | Finance |
| Liu, Ping | Associate | Beijing | 5 | 2005 | Mergers & Acquisitions |
| Liu, Jinghua | Translator | Beijing | 4 | 2002 | Corporate Commercial |
| Mahalingam, Dakshayani | Paralegal | Singapore | 1 | - | Corporate Commercial |
| Maitland, Joanne | Trainee Solicitor | London | 1 | - | Banking & Finance |
| Mance, Victoria | Associate | London | 6 | 2004 | Pensions |
| Marlange, Sophie H. | Partner | Paris | 3 | 1997 | Labor & Employment |
| Martin, Concepcion | Partner | Madrid | 7 | 1991 | Labor & Employment |
| Martin, Andrew D. | Partner | Singapore | 3 | 1991 | Corporate Commercial |
| Maruyama, Shin | Paralegal | Tokyo | 2 | - | Corporate Commercial |
| Marx, Jean-Denis | Partner | Tokyo | 8 | 1992 | Corporate Commercial |
| Massara, Cinzia | Associate | Milan | 4 | 2006 | Mergers & Acquisitions |
| McDade, Kellie-Ann | Associate | Melbourne | 1 | 2006 | Employment & Comp. |
| McDermott, Andrew P.R. | Associate | Chicago | 2 | 2003 | Financial Restructuring |
| McGrath, Sharon | Associate | Melbourne | 2 | 1998 | Corporate & Securities |
| Munoz-Garcia, Elias | Law Clerk | Monterrey | 2 | - | Real Estate |
| Ngai, Clement | Special Counsel | Shanghai | 3 | 1997 | Intellectual Property |
| Nguyen, Thanh Vinh | Associate | Ho Chi Minh City | 3 | 2007 | Tax |
| Nguyen, Tuanh | Associate | Melbourne | 3 | 2007 | Corporate & Securities |

| Biller | Title | Office | Yrs | Adm. | Area of Exptertise |
|---|---|---|---|---|---|
| Nguyen, Oanh H.K. | Partner | Ho Chi Minh City | 3 | 1999 | Mergers & Acquisitions |
| O'Neill, Michael | Associate | Melbourne | 4 | 2004 | Corporate & Securities |
| O'Connor, Matthew | Associate | Chicago | 2 | 2008 | Corporate & Securities |
| Ostermeyer, Christoph | Law Clerk | Berlin | 1 | - | Corporate Commercial |
| Otaola, Isabel De | Partner | Madrid | 10 | 1986 | Tax |
| Pacheco, Mauricio M. | Associate | Sao Paulo | 4 | 2004 | Mergers & Acquisitions |
| Papin, Sandrine | Paralegal | Paris | 4 | - | Finance |
| Partogi, Ponti | Associate | Jakarta | 7 | - | Tax |
| Parungao, Maritess | Paralegal | Manila | 12 | - | Corporate Commercial |
| Pascual, Cecilia | Paralegal | Manila | 4 | - | Mergers & Acquisitions |
| Pasquel Villegas, Salvador | Partner | Mexico City | 8 | 1996 | Labor & Employment |
| Payne, Yvonne | Associate | London | 2 | 2008 | Employment |
| Percivalle, Uberto | Partner | Milan | 2 | 1990 | Employment |
| Perera, Sajeeva | Associate | Melbourne | 1 | 2009 | Banking & Finance |
| Poa, Kelvin T.W. | Partner | Singapore | 3 | 1999 | Corporate Commercial |
| Poke, Ashley | Partner | Melbourne | 5 | 1989 | Corporate & Securities |
| Postigo Uribe, Jose | Partner | Mexico City | 7 | 1997 | Mergers & Acquisitions |
| Poulton, Edward | Associate | London | 8 | 2002 | Dispute Resolution |
| Rawski, Piotr | Partner | Warsaw | 6 | 2001 | Employment & Comp. |
| Reid, Ira A. | Partner | New York | 6 | 1988 | Financial Restructuring |
| Reksodiputro, Harun Admana | Partner | Jakarta | 3 | - | Corporate Commercial |
| Respess III, Thomas | Partner | N/A | 4 | 1991 | Tax |
| Rietvelt, Laura E. | Associate | Amsterdam | 6 | 2004 | Corporate Commercial |
| Rodriguez, Patricia Ma | Associate | Madrid | 10 | 2000 | Tax |
| Salce, Valerio | Partner | Rome | 8 | 1995 | Mergers & Acquisitions |
| Samet, Joseph | Partner | New York | 19 | 1975 | Financial Restructuring |
| Sanchez de la Espada, Hugo | Associate | San Fransisco | 4 | 2001 | Finance |
| Sandiford, Matthew J. | Associate | New York | 4 | 2007 | Banking & Finance |
| Sauty De Chalon, Alain | Partner | Paris | 6 | 1997 | Mergers & Acquisitions |
| Saw, Jeremy | Jr. Proj. Assoc. | Melbourne | 1 | - | Real Estate |
| Schechter, Erika | Partner | Chicago | 3 | 1997 | Tax |
| Schenkel, Simon | Associate | Melbourne | 1 | 2009 | Corporate & Securities |
| Seidel, Thorsten | Partner | Berlin | 3 | 1998 | Corporate Commercial |
| Sharma, Shamil | Special Counsel | Melbourne | 3 | 2000 | Banking & Finance |
| Shen, Kathy | Associate | Shanghai | 2 | 2004 | Corporate Commercial |
| Shen, Jolie | Associate | Shanghai | 4 | 2001 | Mergers & Acquisitions |
| Silva, Rodrigo T. | Associate | Porto Alegre | 3 | 2007 | Mergers & Acquisitions |
| Smith, James H. | Associate | London | 9 | 2001 | Tax |
| Surasathian, Jidapa | Associate | Bangkok | 2 | 2005 | Real Estate |
| Tan, Allen | Associate | Singapore | 5 | 2004 | Tax |
| Tan, Kim F. | Associate | Amsterdam | 1 | 1999 | Corporate Commercial |
| Taylor, Bruce | Partner | Melbourne | 2 | 1992 | Banking & Finance |
| Tomasoni, Giovani B. | Associate | Sao Paulo | 1 | 2006 | Environmental |
| Tomboc, Gmeleen Faye | Associate | Manila | 2 | 2007 | Corporate Commercial |
| Tong, Angela W.M. | Paralegal | Singapore | 3 | - | Corporate Commercial |
| Tran, Chi Anh | Paralegal | Ho Chi Minh City | 2 | - | Corporate Commercial |
| Trevino-Martinez, Fernando | Partner | Monterrey | 5 | 1990 | Litigation |
| Truong, Kieu | Associate | Melbourne | 3 | 2007 | Banking & Finance |
| Tungsuwan, Suriyong | Partner | Bangkok | 17 | 1982 | M&A, Real Estate |
| Turner, Stephen | Partner | London | 10 | 1982 | Real Estate |
| Urban, Catlin A. | Lit. Supp. Spec. | Chicago | 15 | - | Tax |
| Van Es, Fleur E. | Associate | Amsterdam | 5 | 2008 | Corporate Commercial |

| Biller | Title | Office | Yrs | Adm. | Area of Expertise |
|---|---|---|---|---|---|
| Van Lier, Wouter | Associate | Amsterdam | 4 | 2006 | Corporate Commercial |
| Varandas, Fabrice | Associate | Paris | 1 | 2008 | Real Estate |
| Vasile, Mila | Associate | Milan | 4 | 2008 | Employment |
| Vazquez-Silveyra, Juan | Associate | Monterrey | 10 | 2000 | Real Estate |
| Vonckx, Lawrence | Associate | Chicago | 3 | 2006 | Financial Restructuring |
| Wang, Karen | Associate | Shanghai | 1 | - | Intellectual Property |
| Warsaw M&A Paralegal | Paralegal | Warsaw | - | N/A | Mergers & Acquisitions |
| Webber, Duane | Partner | Washington, D.C. | 18 | 1985 | Tax |
| Wessels, Peter | Partner | Berlin | 10 | 1992 | Corporate Commercial |
| West, Robert J. | Partner | London | 25 | 1978 | Pensions |
| Whitefoord, Charles A.A. | Partner | London | 10 | 1991 | Corporate Commercial |
| Wilson, Oliver T. | Associate | London | 1 | 2009 | Real Estate |
| Wilson, Jeffrey P. | Associate | Shanghai | 8 | 2001 | Employment |
| Winge, Jessica | Law Clerk | Sao Paulo | 1 | - | Mergers & Acquisitions |
| Wolff, Alex | Partner | Melbourne | 5 | 1994 | Litigation |
| Wong, Edric | Associate | Singapore | 2 | 2002 | Corporate Commercial |
| Woodhall, Jennifer | Paralegal | Melbourne | 2 | - | Banking & Finance |
| Wu, Vivian W. | Associate | Beijing | 3 | 1999 | Corporate Commercial |
| Yik, Elaine | Associate | Sydney | 2 | 2008 | Tax |
| Yu, Hanqian | Associate | Beijing | 2 | 2007 | Labor & Employment |
| Zhang, Tracy | Associate | Shanghai | 2 | 2004 | Mergers & Acquisitions |
| Zhao, Julie H.D. | Paralegal | Shanghai | 2 | - | Mergers & Acquisitions |
| Zimmerman, Rebecca C.J. | Associate | Amsterdam | 2 | 2008 | Corporate Commercial |

**BILLING SUMMARY**

| Biller | Category | Billing Rate* | Total Hours | Total Compensation |
|---|---|---|---|---|
| Achramowicz, Weronika | Professional | 373.14 | 4.6 | 1,716.44 |
| Adame-Alvarez, Gerardo | Professional | 153.45 | 40.9 | 6,276.11 |
| Alonso, Manuel | Professional | 343.85 | 3.7 | 1,272.25 |
| Amaral, Renata C. | Professional | 320.00 | 7.6 | 2,432.00 |
| Austin, Jenny | Professional | 460.00 | 1.5 | 690.00 |
| Baiguera, Mara T. | Paraprofessional | 113.00 | 1.9 | 214.70 |
| Baiguera, Mara T. | Paraprofessional | 113.35 | 2.4 | 272.04 |
| Bassman, Nicole | Paraprofessional | 225.42 | 5.9 | 1,329.98 |
| Beatty, Andrew | Professional | 611.52 | 0.1 | 61.15 |
| Bell, Mitchell | Professional | 544.28 | 1.1 | 598.71 |
| Binns, Bryony | Professional | 419.17 | 14.3 | 5,994.13 |
| Bolster, Thomas | Paraprofessional | 275.47 | 29.7 | 8,181.46 |
| Bolster, Thomas | Paraprofessional | 279.92 | 34.2 | 9,573.26 |
| Brandman, Scott | Professional | 695.00 | 5.1 | 3,544.50 |
| Broderson, Christian | Professional | 695.47 | 0.9 | 625.93 |
| Broughton, Jonathon | Professional | 607.66 | 34.6 | 21,025.04 |
| Broughton, Jonathon | Professional | *666.86* | 14.4 | 9,602.78 |
| Burke, Frederick | Professional | 915.98 | 0.3 | 274.79 |
| Cary, Sylvia | Paraprofessional | 559.60 | 0.2 | 111.92 |
| Celescuekci, Hercules | Professional | 420.00 | 6.9 | 2,898.00 |
| Chadwick, Alexander F. | Professional | 816.43 | 8.4 | 6,857.98 |
| Chauhan, Deepti | Professional | 250.00 | 1.1 | 275.00 |
| Chauhan, Deepti | Professional | 256.89 | 16.8 | 4,315.68 |

| Biller | Category | Billing Rate* | Total Hours | Total Compensation |
|---|---|---|---|---|
| Chauhan, Deepti | Professional | 281.46 | 113.4 | 31,917.10 |
| Chertok, Seth | Professional | 370.00 | 45.5 | 16,835.00 |
| Chia, Brian H. G. | Professional | 540.20 | 1.1 | 594.22 |
| Coetsee, Emma | Professional | 217.70 | 2.7 | 587.79 |
| Cogan, Erin | Professional | 544.28 | 166.6 | 90,677.71 |
| Commons, Martin G. | Professional | 728.09 | 1.7 | 1,237.74 |
| Crabbe, Lorren | Paraprofessional | 287.26 | 3.6 | 1,034.14 |
| Crozier, Jannan | Professional | 656.27 | 94.4 | 61,951.89 |
| Crozier, Jannan | Professional | *687.44* | 24.0 | 16,498.56 |
| Cruz, Alessandro F. | Paraprofessional | 100.00 | 0.7 | 70.00 |
| Cruz, Felix A. | Paraprofessional | 64.39 | 4.0 | 257.56 |
| Cummings, Charles B. | Professional | 560.00 | 4.2 | 2,352.00 |
| De Martinis, Lorenzo | Professional | 679.00 | 0.6 | 407.40 |
| Deng, Joseph W. | Professional | 850.00 | 3.1 | 2,635.00 |
| Deng, Joseph W. | Professional | *940.00* | 0.3 | 282.00 |
| Dickson, John | Paraprofessional | 150.00 | 16.3 | 2,445.00 |
| Dimagiba, Dennis G. | Professional | 407.65 | 3.1 | 1,263.71 |
| Ding, Yi | Professional | 460.00 | 5.2 | 2,392.00 |
| Ding, Yi-Jun | Paraprofessional | 225.79 | 5.4 | 1,219.28 |
| Dominguez, Leo G. | Professional | 506.11 | 0.5 | 253.05 |
| Dominguez, Leo G. | Professional | 495.34 | 2.3 | 1,139.27 |
| Dominguez, Leo G. | Professional | 582.36 | 1.6 | 931.77 |
| Dookhun, Romaana | Professional | 478.03 | 9.3 | 4,445.68 |
| Du, Xiaohong | Paraprofessional | 280.60 | 0.1 | 28.06 |
| Dunahoo, Carol A. | Professional | 810.00 | 3.0 | 2,430.00 |
| Ellers, Holger | Professional | 408.21 | 3.8 | 1,551.21 |
| Feroni, Constantino | Professional | 394.24 | 18.6 | 7,332.86 |
| Fikry, Dede | Professional | 191.69 | 9.0 | 1,725.21 |
| Fikry, Dede | Professional | 196.29 | 4.3 | 844.03 |
| Fikry, Dede | Professional | 187.43 | 0.6 | 112.46 |
| Fikry, Dede | Professional | 221.29 | 11.3 | 2,500.63 |
| Friel, Arne | Professional | 544.28 | 22.4 | 12,191.96 |
| Garcia-Garza, Juan B. | Professional | 250.00 | 3.0 | 750.00 |
| Ge, Xiangyang | Professional | 940.00 | 1.0 | 940.00 |
| Gebler, Olaf | Professional | 695.47 | 7.4 | 5,146.51 |
| Gernoth, Jan | Professional | 577.00 | 3.4 | 1,961.80 |
| Gimeno, Santiago Martinez | Professional | 394.38 | 3.1 | 1,222.58 |
| Glatt, Carmen | Professional | 544.28 | 0.7 | 381.00 |
| Gnutova, Maria M. | Professional | 325.00 | 0.2 | 65.00 |
| Gon, Michelle Y.L. | Professional | 1162.59 | 2.9 | 3,371.52 |
| Gonzalez-Elizondo, Jose | Professional | 275.00 | 0.4 | 110.00 |
| Grange, Joanne | Paraprofessional | 264.00 | 0.1 | 26.40 |
| Gregory, Sarah C. | Professional | 891.23 | 0.3 | 267.37 |
| Gu, Victor | Professional | 692.86 | 20.8 | 14,411.52 |
| Guch, Karen Anne | Professional | 980.36 | 14.1 | 13,823.08 |
| Guch, Karen Anne | Professional | *996.18* | 1.1 | 1,095.80 |
| Gurevich, Leonid | Paraprofessional | 280.00 | 21.5 | 6,020.00 |
| Heckelmann, Guenther | Professional | 784.62 | 1.8 | 1,412.32 |
| Heckelmann, Guenther | Professional | 773.74 | 1.7 | 1,315.36 |
| Heckelmann, Guenther | Professional | 695.47 | 3.8 | 2,642.80 |
| Heroy, David | Professional | 795.00 | 41.0 | 32,595.00 |

| Biller | Category | Billing Rate* | Total Hours | Total Compensation |
|---|---|---|---|---|
| Heroy, David | Professional | *850.00* | 1.7 | 1,445.00 |
| Hinderer, Hermann Ali | Professional | 408.21 | 181.3 | 74,009.02 |
| Hinderer, Hermann Ali | Professional | *482.91* | 16.5 | 7,968.02 |
| Ho, Grace | Professional | 343.08 | 11.9 | 4,082.65 |
| Holmes, Steve | Professional | 740.83 | 3.8 | 2,815.16 |
| Houghton, Kendall | Professional | 650.00 | 37.0 | 24,050.00 |
| Huang, Xin | Professional | 360.00 | 7.2 | 2,592.00 |
| Jacinto, Maria Ana Camlia | Professional | 209.65 | 8.1 | 1,698.15 |
| Jacinto, Maria Ana Camlia | Professional | *256.24* | 0.2 | 51.25 |
| Johnson, Demetrio | Paraprofessional | 280.00 | 6.0 | 1,680.00 |
| Jouniaux, Sophie | Professional | 626.67 | 1.0 | 626.67 |
| Jungling, Roman C. | Professional | 379.69 | 1.9 | 721.41 |
| Kellock, Ian | Professional | 640.00 | 0.2 | 128.00 |
| Kim, Hannah | Paraprofessional | 84.67 | 0.5 | 42.34 |
| Komatsuzaki, Tomoko | Paraprofessional | 140.00 | 6.2 | 868.00 |
| Komatsuzaki, Tomoko | Paraprofessional | 163.06 | 2.1 | 342.42 |
| Koutsis, Constantin | Professional | 663.83 | 2.6 | 1,725.96 |
| Krailadsiri, Saravut | Professional | 293.59 | 1.5 | 440.38 |
| Kurata, Nobuhiko | Professional | 407.37 | 2.8 | 1,140.64 |
| Lai, Nancy | Professional | 551.94 | 0.9 | 496.75 |
| Lattanzio, Antonio | Professional | 380.96 | 32.5 | 12,381.20 |
| Lee, Kiat Seng | Professional | 686.98 | 1.1 | 755.68 |
| Lekfuangfu, Nam-Ake | Professional | 187.90 | 2.4 | 450.95 |
| Lim, Selwyn | Paraprofessional | 234.87 | 2.0 | 469.74 |
| Lim, Jo Yan | Professional | 287.72 | 2.9 | 834.37 |
| Linguanti, Thomas | Professional | 750.00 | 17.7 | 13,275.00 |
| Liu, Yolanda | Paraprofessional | 352.30 | 1.3 | 457.99 |
| Liu, Ping | Professional | 520.00 | 22.0 | 11,440.00 |
| Liu, Jinghua | Paraprofessional | 763.32 | 0.4 | 305.33 |
| Mahalingam, Dakshayani | Paraprofessional | 284.00 | 2.4 | 681.60 |
| Maitland, Joanne | Paraprofessional | 275.47 | 3.1 | 853.96 |
| Maitland, Joanne | Paraprofessional | 279.92 | 4.5 | 1,259.64 |
| Mance, Victoria | Professional | 544.28 | 1.1 | 598.71 |
| Marlange, Sophie H. | Professional | 634.22 | 10.8 | 6,849.58 |
| Martin, Concepcion | Professional | 665.00 | 0.7 | 465.50 |
| Martin, Andrew D. | Professional | 702.50 | 0.4 | 281.00 |
| Martin, Andrew D. | Professional | 780.35 | 1.8 | 1,404.62 |
| Martin, Andrew D. | Professional | 786.17 | 1.1 | 864.79 |
| Martin, Andrew D. | Professional | 786.80 | 3.7 | 2,911.16 |
| Maruyama, Shin | Paraprofessional | 294.41 | 1.9 | 559.38 |
| Marx, Jean-Denis | Professional | 683.51 | 29.1 | 19,890.14 |
| Marx, Jean-Denis | Professional | 683.57 | 0.2 | 136.71 |
| Marx, Jean-Denis | Professional | 791.99 | 10.5 | 8,315.93 |
| Marx, Jean-Denis | Professional | 803.64 | 1.6 | 1,285.83 |
| Marx, Jean-Denis | Professional | 810.29 | 3.5 | 2,836.02 |
| Massara, Cinzia | Professional | 309.41 | 20.4 | 6,311.96 |
| McDade, Kellie-Ann | Professional | 321.09 | 9.6 | 3,082.46 |
| McDade, Kellie-Ann | Professional | 335.00 | 1.6 | 536.00 |
| McDermott, Andrew | Professional | 425.00 | 77.1 | 32,767.50 |
| McGrath, Sharon | Professional | 407.43 | 30.4 | 12,385.87 |
| Munoz-Garcia, Elias | Paraprofessional | 60.00 | 30.2 | 1,812.00 |

| Biller | Category | Billing Rate* | Total Hours | Total Compensation |
|---|---|---|---|---|
| Ngai, Clement | Professional | 974.70 | 0.8 | 779.76 |
| Nguyen, Thanh Vinh | Professional | 293.59 | 0.7 | 205.51 |
| Nguyen, Tuanh | Professional | 329.28 | 4.5 | 1,481.76 |
| Nguyen, Oanh H.K. | Professional | 504.96 | 1.2 | 605.96 |
| O'Neill, Michael | Professional | 463.58 | 13.1 | 6,072.90 |
| O'Connor, Matthew | Professional | 295.00 | 3.3 | 973.50 |
| Ostermeyer, Christoph | Paraprofessional | 151.19 | 1.0 | 151.19 |
| Otaola, Isabel De | Professional | 690.00 | 2.5 | 1,725.00 |
| Pacheco, Mauricio M. | Professional | 265.00 | 26.0 | 6,890.00 |
| Papin, Sandrine | Paraprofessional | 215.00 | 6.1 | 1,311.50 |
| Partogi, Ponti | Professional | 349.41 | 1.0 | 349.41 |
| Parungao, Maritess | Paraprofessional | 75.71 | 2.0 | 151.41 |
| Pascual, Cecilia | Paraprofessional | 64.39 | 1.0 | 64.39 |
| Pascual, Cecilia | Paraprofessional | 75.71 | 0.3 | 22.71 |
| Pasquel Villegas, Salvador | Professional | 250.00 | 4.3 | 1,075.00 |
| Payne, Yvonne | Professional | 469.92 | 9.7 | 4,558.22 |
| Payne, Yvonne | Professional | 493.97 | 8.7 | 4,297.54 |
| Percivalle, Uberto | Professional | 594.13 | 2.3 | 1,366.50 |
| Perera, Sajeeva | Professional | 258.72 | 5.0 | 1,293.60 |
| Perera, Sajeeva | Professional | 277.54 | 2.2 | 610.58 |
| Poa, Kelvin T.W. | Professional | 582.20 | 3.2 | 1,863.04 |
| Poke, Ashley | Professional | 570.00 | 0.8 | 456.00 |
| Poke, Ashley | Professional | 628.78 | 31.7 | 19,932.32 |
| Postigo Uribe, Jose | Professional | 290.00 | 33.5 | 9,715.00 |
| Poulton, Edward | Professional | 544.28 | 0.4 | 217.71 |
| Rawski, Piotr | Professional | 551.04 | 4.3 | 2,369.47 |
| Reid, Ira A. | Professional | 560.00 | 34.4 | 19,264.00 |
| Reid, Ira A. | Professional | 625.00 | 1.7 | 1,062.50 |
| Reksodiputro, Harun Admana | Professional | 457.99 | 2.0 | 915.98 |
| Reksodiputro, Harun Admana | Professional | 406.92 | 4.5 | 1,831.16 |
| Respess III, Thomas | Professional | 600.00 | 0.1 | 60.00 |
| Rietvelt, Laura E. | Professional | 467.00 | 1.6 | 747.20 |
| Rodriguez, Patricia Ma | Professional | 549.00 | 0.2 | 109.80 |
| Salce, Valerio | Professional | 549.65 | 3.4 | 1,868.81 |
| Salce, Valerio | Professional | 549.67 | 0.6 | 329.80 |
| Samet, Joseph | Professional | 711.00 | 1.0 | 711.00 |
| Sanchez de la Espada, Hugo | Professional | 565.62 | 22.3 | 12,613.33 |
| Sandiford, Matthew J. | Professional | 360.00 | 2.5 | 900.00 |
| Sauty De Chalon, Alain | Professional | 657.08 | 5.2 | 3,416.82 |
| Saw, Jeremy | Paraprofessional | 225.79 | 14.4 | 3,251.40 |
| Schechter, Erika | Professional | 595.00 | 14.0 | 8,330.00 |
| Schenkel, Simon | Professional | 233.43 | 49.3 | 11,508.10 |
| Schenkel, Simon | Professional | 250.00 | 3.5 | 875.00 |
| Schenkel, Simon | Professional | 258.72 | 7.9 | 2,043.89 |
| Schenkel, Simon | Professional | 256.89 | 2.4 | 616.53 |
| Seidel, Thorsten | Professional | 695.47 | 7.7 | 5,355.15 |
| Sharma, Shamil | Professional | 460.00 | 11.4 | 5,244.00 |
| Sharma, Shamil | Professional | 465.00 | 1.0 | 465.00 |
| Sharma, Shamil | Professional | 508.03 | 90.7 | 46,078.50 |
| Sharma, Shamil | Professional | 512.24 | 41.5 | 21,258.16 |
| Shen, Kathy | Professional | 422.76 | 10.5 | 4,438.96 |

| Biller | Category | Billing Rate* | Total Hours | Total Compensation |
|---|---|---|---|---|
| Shen, Jolie | Professional | 540.20 | 13.8 | 7,454.73 |
| Silva, Rodrigo T. | Professional | 210.00 | 0.2 | 42.00 |
| Smith, James H. | Professional | 544.28 | 6.9 | 3,755.56 |
| Surasathian, Jidapa | Professional | 299.46 | 2.8 | 838.48 |
| Tan, Allen | Professional | 454.24 | 0.5 | 227.12 |
| Tan, Allen | Professional | 483.35 | 1.0 | 483.35 |
| Tan, Kim F. | Professional | 566.00 | 0.3 | 169.80 |
| Taylor, Bruce | Professional | 556.02 | 10.4 | 5,782.63 |
| Tomasoni, Giovani B. | Professional | 220.00 | 1.2 | 264.00 |
| Tomboc, Gmeleen Faye | Professional | 171.19 | 0.4 | 68.47 |
| Tomboc, Gmeleen Faye | Professional | 171.93 | 3.3 | 567.37 |
| Tomboc, Gmeleen Faye | Professional | 198.00 | 6.2 | 1,227.60 |
| Tomboc, Gmeleen Faye | Professional | 203.82 | 3.9 | 794.91 |
| Tomboc, Gmeleen Faye | Professional | 205.51 | 6.5 | 1,335.80 |
| Tong, Angela W.M. | Paraprofessional | 244.59 | 1.0 | 244.59 |
| Tong, Angela W.M. | Paraprofessional | 216.95 | 0.6 | 130.17 |
| Tran, Chi Anh | Paraprofessional | 234.87 | 1.6 | 375.79 |
| Tran, Chi Anh | Paraprofessional | 258.35 | 3.3 | 852.57 |
| Trevino-Martinez, Fernando | Professional | 200.00 | 2.5 | 500.00 |
| Truong, Kieu | Professional | 330.00 | 3.9 | 1,287.00 |
| Truong, Kieu | Professional | 335.00 | 2.8 | 938.00 |
| Truong, Kieu | Professional | 352.80 | 2.3 | 811.44 |
| Truong, Kieu | Professional | 343.97 | 5.4 | 1,857.42 |
| Tungsuwan, Suriyong | Professional | 557.81 | 2.0 | 1,115.62 |
| Turner, Stephen | Professional | 816.43 | 2.7 | 2,204.35 |
| Urban, Catlin A. | Paraprofessional | 410.00 | 8.0 | 3,280.00 |
| Van Es, Fleur E. | Professional | 373.53 | 4.7 | 1,755.59 |
| Van Lier, Wouter | Professional | 499.00 | 2.8 | 1,397.20 |
| Varandas, Fabrice | Professional | 275.45 | 0.4 | 110.18 |
| Vasile, Mila | Professional | 232.51 | 15.9 | 3,696.91 |
| Vazquez-Silveyra, Juan | Professional | 200.00 | 30.1 | 6,020.00 |
| Vonckx, Lawrence | Professional | 335.00 | 4.8 | 1,608.00 |
| Wang, Karen | Professional | 422.76 | 2.4 | 1,014.62 |
| Warsaw M&A Paralegal | Paraprofessional | 110.00 | 1.7 | 187.00 |
| Webber, Duane | Professional | 820.00 | 14.1 | 11,562.00 |
| Wessels, Peter | Professional | 695.47 | 177.0 | 123,098.90 |
| West, Robert J. | Professional | 816.43 | 0.6 | 489.86 |
| Whitefoord, Charles A.A. | Professional | 816.43 | 117.1 | 95,603.48 |
| Wilson, Oliver T. | Professional | 544.28 | 7.9 | 4,299.84 |
| Wilson, Jeffrey P. | Professional | 630.00 | 0.2 | 126.00 |
| Winge, Jessica | Paraprofessional | 100.00 | 11.7 | 1,170.00 |
| Wolff, Alex | Professional | 573.89 | 1.0 | 573.89 |
| Wolff, Alex | Professional | 652.40 | 12.4 | 8,089.76 |
| Wong, Edric | Professional | 495.00 | 4.9 | 2,425.51 |
| Wong, Edric | Professional | 499.09 | 11.3 | 5,639.77 |
| Wong, Edric | Professional | 470.06 | 3.2 | 1,504.19 |
| Wong, Edric | Professional | 524.12 | 9.5 | 4,979.14 |
| Woodhall, Jennifer | Paraprofessional | 150.53 | 2.7 | 406.43 |
| Wu, Vivian W. | Professional | 500.00 | 4.5 | 2,250.00 |
| Yik, Elaine | Professional | 267.00 | 3.5 | 934.50 |
| Yu, Hanqian | Professional | 360.00 | 0.1 | 36.00 |

| Biller | Category | Billing Rate* | Total Hours | Total Compensation |
|---|---|---|---|---|
| Zhang, Tracy | Professional | 422.76 | 8.2 | 3,466.61 |
| Zhao, Julie H.D. | Paraprofessional | 317.07 | 2.0 | 634.14 |
| Zimmerman, Rebecca C.J. | Professional | 254.47 | 8.0 | 2,035.76 |
| Total: | | $480.40 | 2,628.6 | $1,262,789.76 |

\*   (1) The existence of multiple billing rates for certain Billers reflects the conversion of that Biller's general billing rate in foreign currency for aggregation on a monthly basis to US Dollars, Australian Dollars and Euros, as applicable and as stated in the Invoices attached as Exhibit C. These fluctuations may be more significant for Billers whose fees originate in currencies with a high degree of fluctuation.

(2) The amount stated is the Billing Rate that is stated in Baker's monthly invoices, converted to US Dollars for inclusion in this summary, calculated using the Spot Rate on the following dates: (a) Project Beam [Euros to USD as of October 20, 2009, which rate was applied by the Debtors in connection with payment of Baker's Monthly Statements]; (b) Project Two, June 1 – July 9 [Australian Dollars to USD as of October 20, 2009, as applied by the Debtors in connection with payment of Baker's Monthly Statements]; (c) Project Two, June 10 - July 31 [Australian Dollars to USD as of August 1, 2009]; (d) Project Two, August [Australian Dollars to USD as of September 1, 2009]; (e) Project Two (September) [Australian Dollars to USD as of October 1, 2009].

(3) Where the Billing Rate is italicized, that Billing Rate was increased for the relevant Biller in connection with traditional increases of the Biller's general rate not related to the Debtors or the Chapter 11 Cases.

## BLENDED RATES

| Category | Blended Rate | Total Hours | Total Compensation |
|---|---|---|---|
| Professionals | $507.61 | 2,384.6 | $1,210,440.27 |
| Paraprofessionals | $214.55 | 244.0 | $ 52,349.49 |
| Total: | $480.40 | 2,628.6 | $1,262,789.76 |

## FEES BY PROJECT MATTER

| Matter | Blended Rate | Total Hours | Total Compensation |
|---|---|---|---|
| Project Beam | $598.05 | 726.2 | $434,306.88 |
| Delphi Steering Acquisition | $415.24 | 917.3 | $380,897.40 |
| Project Two | $416.68 | 595.7 | $248,217.16 |
| U.S. Tax Liability | $506.83 | 147.3 | $74,656.00 |
| Retention & Fee Applications | $511.39 | 239.0 | $122,222.32 |
| Technology Company | $803.23 | 3.1 | $2,490.00 |
| Total: | $480.40 | 2,628.6 | $1,262,789.76 |