# EXHIBIT C-4

ITEMIZED INVOICES

U.S. TAX LIABILTIY
(JUNE 1 THROUGH JULY 9. 2009)

CHIDMS1/2743138.9



Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# STATEMENT

July 24, 2009

Daniel M. Houlf, Esq.
Director, U.S. Tax Counsel
General Motors Corporation
300 Renaissance Center
MC 482-C16-B16
Detroit, MI  48265

- to -

BAKER & McKENZIE
Client Number: 95229493
Matter Number:     000001
Invoice Number: 94072942
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JUNE 30, 2009, AS FOLLOWS:

Re:  Chapter 11 Special Tax Counsel

TOTAL FEES..................................................................................................$   55,027.00

TOTAL EXPENSES........................................................................................$        29.35

TOTAL AMOUNT DUE..................................................................................$   55,056.35

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP
Citibank, F.S.B.
1101 Pennsylvania Ave., NW
13th Floor
Washington, DC 20006
Attn: Private Banking, Fran Niles
Account No. 3740-0355
Routing No. 2540-7011-6

RE: Invoice #: 94072942

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein



Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

July 24, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

BAKER & McKENZIE
Client Number: 95229493
Matter Number:    000001
Invoice Number: 94072942
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JUNE 30, 2009, AS FOLLOWS:

RE: Chapter 11 Special Tax Counsel

Chicago Office

Austin, Jenny A.

| Date | Description | Hours |
|---|---|---|
| 06/06/09 | Review extranet and concordance mock-ups. | .5 |
| 06/07/09 | Read background materials on bankruptcy tax claims. | 1.0 |

General Motors Corporation
Client Number: 95229493
Invoice Number: 94072942

July 24, 2009
Matter Number: 000001
Page 2

### Gurevich, Leonid

| Date | Description | Hours |
|---|---|---|
| 05/21/09 | Meeting with T. Linguanti and C. Urban re GM tax claims extranet database. | 1.0 |
| 05/29/09 | Meeting with T. Linguanti and C. Urban re GM tax claims extranet database; prepared request to created extranet site. | 1.3 |
| 06/04/09 | Work re creating tax claims extranet database and document structure per C. Urban request; meeting with C. Urban re database. | 4.1 |
| 06/05/09 | Updated tax claims extranet database and document structure for the General Motors Extranet Database. | 1.3 |
| 06/26/09 | Input information to the General Motor Database on the extranet. | 3.2 |
| 06/29/09 | Updated GM tax claims extranet database with claim information; meeting with T. Linguanti re input data into the database; organized documents and uploaded documents to the database. | 3.2 |
| 06/30/09 | Entered information re new claim numbers to the General Motors tax claims extranet database; uploaded documents to the documents section of the database; obtained user ID and temporary passwords for the additional users of the database. | 2.2 |

### Johnson, Demetrio D.

| Date | Description | Hours |
|---|---|---|
| 06/29/09 | Review and download register claims from docket via PACER (1.5); review claims to identify tax claims and transfer data onto a spreadsheet for attorney review (1.0); review bankruptcy petition (1.0). | 3.5 |



| General Motors Corporation | July 24, 2009 |
|---|---|
| Client Number: 95229493 | Matter Number: 000001 |
| Invoice Number: 94072942 | Page 3 |

### Linguanti, Thomas V.

| Date | Description | Hours |
|---|---|---|
| 06/06/09 | Comments to draft action items memorandum, including strategy list, for tax claims analysis and upcoming tax department meeting. | .4 |
| 06/11/09 | Comments and revisions to draft action items memorandum, including strategy list and meeting agenda for tax claim analysis and upcoming tax department meeting; telephone conference with Kendall Houghton regarding same (10-11). | 3.2 |
| 06/15/09 | Analysis and finalization of Webber comments to draft action items memorandum, strategy list, and meeting agenda and transmittal to client and team. | 1.1 |
| 06/16/09 | Analysis of objection to claim filed by the City of Detroit and Delta Township. | .2 |
| 06/23/09 | Prepare for and attend strategy meeting to discuss tax claims process and defense with client and team (2.3); correspondence with team regarding extranet site (0.5); correspondence with team regarding call with GM tax group and status of bankruptcy case (0.3). | 3.1 |
| 06/24/09 | Analysis of bankruptcy court filings (objections to sale, proof of tax claims). | .3 |
| 06/25/09 | Telephone conference with Catlin A. Urban and correspondence with Demetrio Johnson regarding claims processing, procedures, etc. | .9 |
| 06/28/09 | Analysis of tax claims entered into system and correspondence with team regarding claims processing (1.1); analysis of master purchase agreement and effect on 505 issue (1.5). | 2.6 |
| 06/29/09 | Analysis of tax claims entered into system and correspondence with team regarding claims processing and conferences with paralegals regarding same (1.8); conference with Leo Gurevich regarding claims structure and entry into database (0.6); correspondence with paralegals regarding claims processing and analysis of the claims register (0.3). | 2.7 |
| 06/30/09 | Correspondence with team regarding tax claims processing. | .2 |

<"></"><"><"></"></">



| General Motors Corporation | July 24, 2009 |
|---|---|
| Client Number: 95229493 | Matter Number: 000001 |
| Invoice Number: 94072942 | Page 4 |

### Urban, Catlin A.

| Date | Description | Hours |
|---|---|---|
| 05/21/09 | Meeting with T. Linguanti and L. Gurevich to discuss database and extranet site for organizing claims and allowing client access to data and documents. | 1.2 |
| 05/29/09 | Meeting with T. Linguanti and L. Gurevich to discuss Extranet site and database for handling tax claims; telephone call with T. Linguanti and A. Webber to discuss organization of claims. | 1.6 |
| 06/02/09 | Review and comment on draft database folder structure prepared by T. Linguanti. | .3 |
| 06/03/09 | Prepare email re draft structure to T. Linguanti. | .2 |
| 06/04/09 | Follow up with L. Gurevich re changes to database and folders. | .7 |
| 06/05/09 | Meet with T. Linguanti to discuss structure of database and folders; follow up with L. Gurevich re changes to database and folders. | 2.1 |
| 06/07/09 | Draft response to questions on database and Extranet for GM Tax Claims. | .5 |

### New York Office

### Brandman, Scott L.

| Date | Description | Hours |
|---|---|---|
| 06/02/09 | Review case management order issued by Judge Gerber (0.8); prepare for and attend meeting with Ira Reid, Charlie Cummings and Kendall Houghton on BR procedural requirements for special tax counsel (0.7). | 1.5 |
| 06/03/09 | Call with Dan Houlf regarding State tax issues and discuss with Kendall Houghton; exchange of e-mails, regarding same. | .3 |
| 06/09/09 | Review tax memorandum addressing issues to consider for tax claims. | .8 |
| 06/19/09 | Call with Kendall Houghton to discuss update of various issues for handling the State tax claims in the bankruptcy proceedings. | .3 |



General Motors Corporation  
Client Number: 95229493  
Invoice Number: 94072942  

July 24, 2009  
Matter Number: 000001  
Page 5

| Date | Description | Hours |
|------|-------------|-------|
| 06/23/09 | Kick-off conference call with GM team to discuss strategy for handling tax claims (1.3); follow up call with Baker team regarding action items (0.4). | 1.7 |

**Cummings, Charles B.**

| Date | Description | Hours |
|------|-------------|-------|
| 06/02/09 | Meeting with S.L. Brandman, I.A. Reid, K. Houghton regarding bankruptcy filing, next steps, preparing for the coming case load; exchange e-mails regarding same. | 1.0 |
| 06/04/09 | Review materials from T. Linguanti regarding tax claims. | .8 |
| 06/09/09 | Research issues arising with tax claims in bankruptcy. | 1.2 |
| 06/24/09 | Review e-mail regarding conversation with the client; conference with I.A. Reid regarding same. | .3 |
| 06/30/09 | Conference with I.A. Reid regarding work to be done, objections to tax claims. | .4 |

**Reid, Ira A.**

| Date | Description | Hours |
|------|-------------|-------|
| 06/01/09 | Reviewed court docket and filings including chapter 11 petition. | 1.0 |
| 06/01/09 | Reviewed Case Management Order; e-mails to Baker Tax Team regarding same. | .5 |
| 06/02/09 | Reviewed court docket and filings; analyzed pre-petition tax motion and order. | 1.1 |
| 06/02/09 | Reviewed correspondence and website concerning claims agent. | .2 |
| 06/02/09 | Reviewed priority claim/dischargeability issues and strategy including statutory provisions in connection with same; considered strategy for analysis of tax claims and preparation of objections to same. | .4 |
| 06/04/09 | Reviewed court docket and filings. | .2 |



| | | |
|---|---|---|
| General Motors Corporation | | July 24, 2009 |
| Client Number: 95229493 | | Matter Number: 000001 |
| Invoice Number: 94072942 | | Page 6 |

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/04/09 | Reviewed correspondence from T. Linguanti regarding tax claim and responded to same. | .2 |
| 06/05/09 | Reviewed treatises and analyzed tax priority issues, revisions to Bankruptcy Code tax provisions and memorandum in connection with bankruptcy/tax issues; considered claim objection organizational issues. | 2.1 |
| 06/05/09 | Reviewed court docket and filings. | .3 |
| 06/05/09 | Reviewed correspondence from E. Schechter regarding NOL tax issues. | .2 |
| 06/05/09 | Reviewed correspondence and attachments from T. Linguanti regarding proof of claim document management system. | .4 |
| 06/06/09 | Reviewed IRS treatise/guidelines in connection with tax claim issues/litigation. | .6 |
| 06/08/09 | Reviewed correspondence from T. Linguanti and considered claim document management issues. | .3 |
| 06/08/09 | Reviewed court docket and filings. | .2 |
| 06/09/09 | Reviewed correspondence concerning IPRO/Concordance, disputed claims and Extranet issues. | .1 |
| 06/09/09 | Conference with C. Cummings regarding status. | .1 |
| 06/09/09 | Reviewed court docket and filings. | .2 |
| 06/10/09 | Reviewed court docket and filings. | .4 |
| 06/12/09 | Reviewed correspondence from A. McDermott concerning time entry requirements. | .1 |
| 06/12/09 | Reviewed court docket and filings. | .2 |
| 06/15/09 | Reviewed court docket and filings. | .2 |
| 06/16/09 | Reviewed court docket and filings and objections by taxing authorities to DIP financing/cash collateral orders, and memorandum to Baker tax team regarding same. | 1.3 |
| 06/19/09 | Reviewed court docket, claims docket and tax filings/claims and issues. | 1.2 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072942

July 24, 2009
Matter Number: 000001
Page 7

| Date | Description | Hours |
|---|---|---|
| 06/19/09 | Memorandum to tax group regarding tax claims and procedural issues. | .7 |
| 06/20/09 | Reviewed/considered correspondence from T. Linguanti regarding procedural issues. | .1 |
| 06/22/09 | Reviewed tax issue developments and e-mail to tax team. | .2 |
| 06/24/09 | Reviewed memorandum from L. Linguanti regarding tax issues and strategy, and considered same. | .3 |
| 06/24/09 | Reviewed Colliers and case law regarding open section 505 issues and drafted memo to T. Linguanti regarding same. | .9 |
| 06/25/09 | Reviewed correspondence from T. Linguanti regarding section 505 issues and strategy. | .1 |
| 06/26/09 | Considered tax/505/setoff issues. | .4 |
| 06/28/09 | Reviewed correspondence and issues concerning section 505 jurisdiction. | .3 |
| 06/29/09 | Reviewed GM reply to tax objections to sale. | .3 |
| 06/30/09 | Conference with C. Cummings regarding section 505 issues. | .1 |
| 06/30/09 | Reviewed correspondence concerning tax claims and e-mails to and from T. Linguanti regarding same. | .2 |

### Sandiford, Matthew J.

| Date | Description | Hours |
|---|---|---|
| 06/03/09 | Review filings made in GM bankruptcy case; attend organizational meeting of unsecured creditors and prepare email summary for same. | 2.5 |



| General Motors Corporation | July 24, 2009 |
| --- | --- |
| Client Number: 95229493 | Matter Number: 000001 |
| Invoice Number: 94072942 | Page 8 |

## Washington, D.C. Office

### Houghton, Kendall L.

| Date | Description | Hours |
| --- | --- | --- |
| 05/25/09 | Review Bankruptcy Court materials, Chrysler pre-petition tax motions. | 2.0 |
| 06/02/09 | Meeting with S. Brandman, I. Reid and C. Cummings on BR procedural requirements for special tax counsel (1.0); draft list of GM tax data needed to assess tax proofs of claim (1.0). | 2.0 |
| 06/03/09 | Meeting with D. Webber on procedures relating to the Baker special counsel applications (0.4); call with D. Houlf (GM) with S. Brandman to obtain guidance on application (0.4); meeting with S. Brandman re: same (0.3); e-mail Baker team re: GM guidance on application (0.3). | 1.4 |
| 06/04/09 | E-mail outline of data requirements for tax claims management to Special Tax Counsel and Baker team leadership with commentary on same (1.0). | 1.0 |
| 06/05/09 | Revise tax information data list (0.5); e-mail revised version to Baker team leaders (0.3) | .8 |
| 06/06/09 | Consider tax claims-related documentation requirements raised by T. Linguanti. | 1.0 |
| 06/09/09 | Revise tax data request (2.5); e-mail with T. Linguanti re: same (0.5). | 3.0 |
| 06/10/09 | Revise spreadsheet and consider additional data requests. | .4 |
| 06/11/09 | Conference call with T. Linguanti to further develop tax tasks list and GM meeting agenda (1.0); review tax claims inventory provided by S. Brandman (0.4); review T. Linguanti edited list/agenda (0.6). | 2.0 |
| 06/16/09 | Review bankruptcy docket to ascertain status of claims registered and related motions. | 1.0 |
| 06/17/09 | Review documents provided by D. Houlf, Director, US Tax Counsel (GM) in connection with proceeding. | 2.0 |



| General Motors Corporation | July 24, 2009 |
|---|---|
| Client Number: 95229493 | Matter Number: 000001 |
| Invoice Number: 94072942 | Page 9 |

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/18/09 | E-mail with D. Houlf and Baker team concerning conference call (.4); review GM bankruptcy web site for tax claims and tax-related material (.5); status call with D. Houlf (.8 hr). | 1.7 |
| 06/19/09 | Call with S. Brandman to review status of Chapter 11 tax claims (.5). | .3 |
| 06/22/09 | Review taxing authorities' objections to GM 363 sale (.7); review tax proofs of claim filed with Court (1.1). | 1.8 |
| 06/23/09 | Review Master Purchase Agreement provisions and tax provisions in preparation for call with GM tax staff (1.2); review meeting agenda (.3); call with GM tax staff and Baker tax team (1.3); de-brief call with T. Linguanti and S. Brandman (.5); draft summary and action items for Baker team (1.0). | 4.3 |
| 06/24/09 | Review Baker team e-mail on tax claims work (.3); review MPA and related tax provisions (.5). | .8 |
| 06/25/09 | Review GM website for tax claims (0.4). | .4 |
| 06/28/09 | Review T. Linguanti analysis of BR jurisdiction over old company-related tax claims, tax claim processing (1.0). | 1.0 |

**Webber, A. Duane**

| **Date** | **Description** | **Hours** |
|---|---|---|
| 05/22/09 | Analyze strategy for bankruptcy tax issues and management of same. | .4 |
| 05/29/09 | Analyze database approach for managing tax claims in bankruptcy case; telephone conference re same. | .3 |
| 06/02/09 | Prepare memoranda re setting up database for managing tax claims in bankruptcy case; review memoranda re same; telephone conference re same. | 1.0 |
| 06/14/09 | Review memoranda re scope of tax projects and related matters, and schedule of steps re same (0.5); prepare memorandum re same (0.3). | .8 |
| 06/16/09 | Review memoranda re tax issues and related matters, and prepare memorandum re same (0.5). | .5 |



General Motors Corporation  
Client Number: 95229493  
Invoice Number: 94072942  

July 24, 2009  
Matter Number: 000001  
Page 10  

| Date | Description | Hours |
|---|---|---|
| 06/20/09 | Review memoranda re tax issues and related matters (0.3). | .3 |
| 06/24/09 | Review memoranda re kick off conference call re tax issues and related matters, and prepare memorandum re same (0.3). | .3 |

**Total Fees:** $ 55,027.00

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jenny A. Austin | 1.5 | 460.00 | $ 690.00 |
| Leonid Gurevich | 16.3 | 280.00 | 4,564.00 |
| Demetrio D. Johnson | 3.5 | 280.00 | 980.00 |
| Thomas V. Linguanti | 14.7 | 750.00 | 11,025.00 |
| Catlin A. Urban | 6.6 | 410.00 | 2,706.00 |
| | | | $ 19,965.00 |

### New York Office

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Scott L. Brandman | 4.6 | 695.00 | $ 3,197.00 |
| Charles B. Cummings | 3.7 | 560.00 | 2,072.00 |
| Ira A. Reid | 15.1 | 560.00 | 8,456.00 |
| Matthew J. Sandiford | 2.5 | 360.00 | 900.00 |
| | | | $ 14,625.00 |



General Motors Corporation  
Client Number: 95229493  
Invoice Number: 94072942  

July 24, 2009  
Matter Number: 000001  
Page 11  

### Washington, D.C. Office

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Kendall L. Houghton | 26.9 | 650.00 | $ 17,485.00 |
| A. Duane Webber | 3.6 | 820.00 | 2,952.00 |
| | | | $ 20,437.00 |
| | | Total: | $ 55,027.00 |

### SUMMARY OF EXPENSES:

| Description | Amount |
|---|---|
| Outside Information Services | $ 29.35 |

|  |  |
|---|---|
| Total Expenses: | $ 29.35 |
| Total Fees and Expenses for Chapter 11 Special Tax Counsel: | $ 55,056.35 |
| TOTAL FEES: | $ 55,027.00 |
| TOTAL EXPENSES: | $ 29.35 |
| TOTAL AMOUNT DUE: | $ 55,056.35 |

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# STATEMENT

August 31, 2009

Daniel M. Houlf, Esq.
Director, U.S. Tax Counsel
General Motors Corporation
300 Renaissance Center
MC 482-C16-B16
Detroit, MI 48265

- to -

BAKER & McKENZIE
Client Number: 95229493
Matter Number: 000001
Invoice Number: 94073622
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JULY 31, 2009, AS FOLLOWS:

Re: Chapter 11 Special Tax Counsel

| | |
|---|---:|
| TOTAL FEES .............$ | 19,629.00 |
| TOTAL EXPENSES.............$ | 140.05 |
| TOTAL STATEMENT .............$ | 19,769.05 |
| PREVIOUS BALANCE .............$ | 55,056.35 |
| TOTAL AMOUNT DUE.............$ | **74,825.40** |

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP
Citibank, F.S.B.
1101 Pennsylvania Ave., NW
13th Floor
Washington, DC 20006
Attn: Private Banking, Fran Niles
Account No. 3740-0355
Routing No. 2540-7011-6

RE: Invoice #: 94073622

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

August 31, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000001**
**Invoice Number:  94073622**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JULY 31, 2009, AS FOLLOWS:

### RE: Chapter 11 Special Tax Counsel

### Chicago Office

### Dickson, John

| Date | Description | Hours |
|---|---|---|
| 06/11/09 | Conference with E. Schechter to receive assignment. | .4 |
| 06/15/09 | Prepare memorandum re treatment of tax issues in the Chrysler bankruptcy. | 1.5 |
| 06/16/09 | Prepare memorandum re treatment of tax issues in Chrysler bankruptcy. | 5.1 |
| 06/19/09 | Prepare memorandum re treatment of tax claims in Chrysler bankruptcy. | 4.8 |
| 06/22/09 | Prepare memorandum re tax issues in Chrysler bankruptcy. | 4.5 |

### Gurevich, Leonid

| Date | Description | Hours |
|---|---|---|
| 07/01/09 | Entered claim information for various new claims (0.8); uploaded documents to the document section of the database (0.7); resolving login information for the database users (0.7). | 2.2 |
| 07/06/09 | Conference call with GM team re: extranet database. | .4 |
| 07/07/09 | Prepared for the webinar to overview database created on the Baker & McKenzie extranet with Bodhi Global (0.4); presented General Motor's database to Arihaut Patni, partner with Bodhi Global (0.8); prepared sample claims for the test project for Bodhi Global support team (0.6). | 1.8 |
| 07/09/09 | Entered new record information into General Motors database (0.5); uploaded documents to the document section of the General Motors Database (0.3). | .8 |

### Johnson, Demetrio D.

| Date | Description | Hours |
|---|---|---|
| 07/07/09 | Review tax claims downloaded from pacer and transfer data from claims onto Tax claim Excel spreadsheet. | 2.5 |

### Linguanti, Thomas V.

| Date | Description | Hours |
|---|---|---|
| 07/01/09 | Correspondence with team regarding tax claims processing and review of claims (0.8). | .8 |
| 07/02/09 | Telephone conference with Kendall Houghton regarding overall claims processing and litigation strategy (0.8). | .8 |
| 07/06/09 | Correspondence with Ira Reid regarding time entry rules for individual matters under NY and US rules (0.3); telephone conference with paralegals, C. Cummings, and outside service providers regarding claims processing protocols and conference with paralegals regarding same (0.5). | .8 |
| 07/09/09 | Prepare for and telephone conference with Kendall Houghton and A. Duane Webber regarding claims processing procedures, current claims dispute potential and general claims strategy (0.6). | .6 |

### Schechter, Erika S.

| Date | Description | Hours |
|---|---|---|
| 06/22/09 | Conference with J. Dickson re status of Chrysler claims; review and analyze Chrysler filings. | .5 |
| 06/23/09 | Review and analyze materials re handling of Chrysler bankruptcy. | 1.6 |
| 07/07/09 | Review and analyze pleadings; compile same for extranet. | 6.1 |
| 07/08/09 | Review and analyze pleadings; compile same for extranet. | 5.1 |
| 07/31/09 | Review and analyze court documents for database. | .7 |

### Urban, Catlin A.

| Date | Description | Hours |
|---|---|---|
| 07/06/09 | Telephone conferences with T. Linguanti, L. Gurevich and Bodhi Global to discuss assistance with entering and organizing Proofs of Claim relating to tax claims with Bodhi Global. | .8 |
| 07/07/09 | Follow up call with L. Gurevich and Bodhi Global to discuss specifics of project. | .6 |

### New York Office

### Cummings, Charles B.

| Date | Description | Hours |
|---|---|---|
| 07/06/09 | Conference call with Bodhi Global re: claims processing. | .5 |

### Reid, Ira A.

| Date | Description | Hours |
|---|---|---|
| 07/01/09 | Reviewed tax claims and considered organizational issues in dealing with same. | .4 |
| 07/02/09 | Reviewed tax claims. | .2 |
| 07/05/09 | E-mails to and from T. Linguanti regarding time records and fee issues. | .6 |
| 07/06/09 | E-mails to and from T. Linguanti regarding fee issues. | .2 |

### Washington, D.C. Office

### Houghton, Kendall L.

| Date | Description | Hours |
|---|---|---|
| 07/01/09 | Review Baker Extranet tax claims entries (1.0). | 1.0 |
| 07/02/09 | Call with T. Linguanti to discuss extranet content/functionality, and case management (0.8). | .8 |
| 07/03/09 | E-mail D. Houlf (GM) regarding tax aspects of Chapter 11 proceeding (0.2). | .2 |
| 07/07/09 | Review tax claims filed (0.5). | .5 |
| 07/09/09 | Call with D. Webber and T. Linguanti on extranet and tax claim intake form (0.5); review new tax claims (0.3). | .8 |

### Webber, A. Duane

| Date | Description | Hours |
|---|---|---|
| 07/09/09 | Analyze memoranda re processing of tax claims and related matters, and prepare memorandum re same (0.7). | .7 |

**Total Fees:**   $   30,492.50

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John Dickson | 16.3 | 150.00 | $ 2,445.00 |
| Leonid Gurevich | 5.2 | 280.00 | 1,456.00 |
| Demetrio D. Johnson | 2.5 | 280.00 | 700.00 |
| Thomas V. Linguanti | 3.0 | 750.00 | 2,250.00 |
| Erika S. Schechter | 14.0 | 595.00 | 8,330.00 |
| Catlin A. Urban | 1.4 | 410.00 | 574.00 |
| | | | $ 15,755.00 |

### New York Office

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| Charles B. Cummings | .5 | 560.00 | $ | 280.00 |
| Ira A. Reid | 1.4 | 625.00 | | 875.00 |
| | | | $ | **1,155.00** |

### Washington, D.C. Office

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| Kendall L. Houghton | 3.3 | 650.00 | $ | 2,145.00 |
| A. Duane Webber | .7 | 820.00 | | 574.00 |
| | | | $ | **2,719.00** |

| | Total: | $ | 19,629.00 |
|---|---|---|---|

### SUMMARY OF EXPENSES:

| Description | | Amount |
|---|---|---|
| Telephone | $ | 18.29 |
| Searches | | 121.76 |

| | Total Expenses: | $ | 140.05 |
|---|---|---|---|
| Total Fees and Expenses for Chapter 11 Special Tax Counsel : | | $ | 19,769.05 |
| | TOTAL FEES: | $ | 19,629.00 |
| | TOTAL EXPENSES: | $ | 140.05 |
| | TOTAL STATEMENT: | $ | 19,769.05 |
| | PREVIOUS BALANCE: | $ | 55,056.35 |
| | TOTAL AMOUNT DUE: | $ | 74,825.40 |