# EXHIBIT C-5

## ITEMIZED INVOICES

## RETENTION & FEE APPLICATIONS
### (JUNE 1 THROUGH SEPTEMBER 30. 2009)



Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

July 24, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94072943**
**IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING JUNE 30, 2009, AS FOLLOWS:

## Re:  Retention and Fee Applications

**TOTAL FEES**......................................................................$    66,658.61

**TOTAL AMOUNT DUE**....................................................$___66,658.61

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP
Citibank, F.S.B.
1101 Pennsylvania Ave., NW
13th Floor
Washington, DC 20006
Attn: Private Banking, Fran Niles
Account No. 3740-0355
Routing No. 2540-7011-6

RE: Invoice #:  94072943

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

July 24, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI 48265**

- to -

**BAKER & McKENZIE**
**Client Number: 95229493**
**Matter Number:      000002**
**Invoice Number: 94072943**
**IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING JUNE 30,
2009, AS FOLLOWS:

### RE: Retention and Fee Applications

### Chicago Office

### Heroy, David

| Date | Description | Hours |
|------|-------------|-------|
| 05/07/09 | Telephone D. Webber et al. re bankruptcy requirements for representation (.5); review statute (.2) and parallel issues (.2). | .9 |
| 06/03/09 | Review emails x12 with C. Whitefoord, G. Heckelmann, J. Samet, D. Webber, etc. re application (1.4); conference with D. Webber (.5); phone I. Reid (.4), all re same; phone J. Samet (.5) re same and email all re procedures (1.0); phone Weiss (.3); conference with P. Suse (.1) and emails re details of retention (.4). | 4.6 |
| 06/04/09 | Emails re AU (.4); phone Weiss (Honigman) (.3), all re retention; emails with Weiss (.2) x12, all re same (1.0); conference with A. McDermott and L. Vonckx x4 re same, process (.9); emails with J. Samet re form, timing (.3). | 2.9 |



General Motors Corporation                                                     July 24, 2009
Client Number: 95229493                                          Matter Number: 000002
Invoice Number: 94072943                                                           Page 2

| Date | Description | Hours |
|---|---|---|
| 06/05/09 | Emails with G. Heckelmann (.2), group (.3); conference with A. McDermott (.3) and review notice to group re procedures and status (.4). | 1.2 |
| 06/08/09 | Emails with J. Samet, A. McDermott and G. Heckelmann regarding retention. | .4 |
| 06/09/09 | Review data from C. Landon regarding Delphi (Whiteford) (.5); x2 for G. Heckelmann regarding Opel (.6); review draft with A. McDermott and review conflict search results (2.2); e-mails regarding timing, status (.6). | 3.9 |
| 06/10/09 | E-mail A. McDermott G. Heckelmann, C. Whiteford, A. Webber, K. Houghton et al., regarding all details x6 (.9); review/revise latest draft (2.1); and comment to A. McDermott (.2). | 3.2 |
| 06/11/09 | Emails with WJL, A. McDermott, G. Heckelmann, D. Webber, C. Whiteford, et al., all regarding requirements, conflicts and retention (1.4); send comments (.2); phone A. McDermott and review (.5); conference with J. Samet re local procedures (.3); review rest of emails from G. Heckelmann and C. Whiteford re conflicts (.4). | 2.8 |
| 06/12/09 | Review latest draft (.7); phone A. McDermott (.2); email to team re staffing going forward (.5); work on conflicts - review list once more and conference with A. McDermott re same (.6); email D. Webber re affidavit (.2). | 2.2 |
| 06/13/09 | Emails with A. McDermott x2 regarding new draft, timing (.4). | .4 |
| 06/14/09 | Email A. McDermott re various - 327(3), conflicts, timing - issues (.5); review preliminary drafts on BB and review issues (.6). | 1.1 |
| 06/15/09 | Review of draft (1.0); conference with A. McDermott x3 re issues (.4); emails re same (.3); conference with A. McDermott re new directions; review language re Magna (.5); emails re status (.3). | 2.5 |
| 06/16/09 | Administration and organization for time -- open new matter; email P. Suse et al, (.8); review WGM, J&B, H paper (1.1); emails with A. McDermott and conference re process (.3); follow up re Affidavit with Duane Webber (.2). | 2.4 |
| 06/17/09 | Review emails (.3); conference with A. McDermott re status (.1). | .4 |

General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 3

| Date | Description | Hours |
|------|-------------|-------|
| 06/18/09 | Conference with A. McDermott re WGM, US Trustee review and email. | .3 |
| 06/19/09 | Emails with WGM re status, US Trustee and phone A. McDermott (.3); forward data to group (.1). | .4 |
| 06/22/09 | Phone and email A. McDermott re new GM, US Trustee meeting, etc. and consider Hangman, Jenner issues (.6). | .6 |
| 06/23/09 | Retention emails re 327(a)(e) with A. McDermott, J. Samet (.4); phone A. McDermott re same, strategy (.3). | .7 |
| 06/24/09 | US Trustee call and emails with A. McDermott (.3). | .3 |
| 06/25/09 | Conference with A. McDermott re filing, follow-up letter (.2); conference with G. Heckelmann (.3). | .5 |
| 06/29/09 | Review email re new GM coordination and return to A. McDermott (.8); conference with A. McDermott re status (.3). | 1.1 |
| 06/30/09 | Email A. McDermott re New GM (.1); conference with A. McDermott re status and emails to four group (.3); draft email (.2) re same. | .6 |

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 06/03/09 | Correspond with D. Heroy, numerous others re retention of special counsel. | .3 |
| 06/04/09 | Correspond and conference with D. Heroy, L. Vonckx, others re retention of special counsel. | 1.5 |
| 06/04/09 | Telephone conference and correspond with J. Smolinsky at Weil, J. Samet re retention of Baker, corresponding materials. | .3 |
| 06/04/09 | Review form application. | .3 |
| 06/05/09 | Telephone conference with R. Brooks re retention issues. | .2 |
| 06/05/09 | Correspond and conferences with D. Heroy re retention. | .3 |
| 06/05/09 | Correspond with responsible partners re retention issues. | .3 |
| 06/05/09 | Telephone conference with J. Samet re retention. | .1 |



General Motors Corporation                                    July 24, 2009
Client Number: 95229493                                 Matter Number: 000002
Invoice Number: 94072943                                            Page 4

| Date | Description | Hours |
|------|-------------|-------|
| 06/08/09 | Correspond with responsible partners re retention issues; conference with L. Vonckx and review preliminary conflicts information. | .6 |
| 06/09/09 | Review client intake system and preliminary conflicts information. | .8 |
| 06/09/09 | Correspond and conferences with D. Heroy re retention issues. | .3 |
| 06/09/09 | Correspond and telephone conferences with J. Samet re status. | .3 |
| 06/09/09 | Draft memorandum re billing protocol, retention procedures; correspond with responsible partners re same. | 2.1 |
| 06/09/09 | Correspond with A. Poke, G. Heckelman re scope of retention. | .8 |
| 06/10/09 | Correspond and conferences with D. Heroy, G. Heckelman re retention issues. | .5 |
| 06/10/09 | Correspond and conferences with G. Phillips re outstanding GM invoices. | .3 |
| 06/10/09 | Revise form application to employ Baker; draft affidavit in support; correspond and conferences with D. Heroy re same. | 4.7 |
| 06/10/09 | Telephone conferences with R. Brooks, J. Smolinski re retention of Baker. | .4 |
| 06/10/09 | Correspond and conferences with L. Vonckx re conflicts issues, preparation of schedule to affidavit in support of application; review and revise schedule. | 1.1 |
| 06/11/09 | Numerous correspondence with responsible partners re billing matters, retention application, engagement letters. | 1.4 |
| 06/11/09 | Correspond with I. Reid re US Trustee guidelines. | .2 |
| 06/11/09 | Telephone conferences with D. Heroy re revisions to retention application, affidavit. | .5 |
| 06/11/09 | Correspondence to J. Smolinski re status of retention; attempted telephone conferences with J. Smolinski, R. Brooks. | .6 |
| 06/11/09 | Revise form application to employ Baker; draft affidavit in support based on updated conflicts information, comments received. | 2.6 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 5

| Date | Description | Hours |
|------|-------------|-------|
| 06/11/09 | Review conflicts information, research client intake and conflicts system re potential adversities, connections with parties in interest; draft Schedule 1 to affidavit in support of application. | 2.3 |
| 06/12/09 | Revise form application to employ Baker; draft affidavit in support based on updated conflicts information, comments received; draft correspondence to worldwide partners re same, retention process. | 1.8 |
| 06/12/09 | Conferences and correspond with D. Heroy, D. Linklater, J. Samet, I. Reid re Baker retention, comments to application and affidavit in support; review and revise re comments. | 1.4 |
| 06/12/09 | Numerous correspondence with responsible partners worldwide re retention procedures, conflicts and disclosure issues, internal billing protocols consistent with trustee guidelines. | 1.6 |
| 06/13/09 | Correspond with J. Samet, J. Linklater re retention issues. | .1 |
| 06/14/09 | Draft correspondence to D. Webber re affidavit in support of retention application; correspond with D. Webber, D. Heroy re same. | .6 |
| 06/14/09 | Revise application to employ Baker and affidavit in support based on comments received (2.1); review conflicts waiver, engagement letter (.2); correspond with D. Heroy re same (.3). | 2.6 |
| 06/14/09 | Correspond with R. Brooks at Weil re retention process | .1 |
| 06/14/09 | Draft correspondence to C. Whiteford re affidavit in support of retention application, certain disclosures and engagement documentation; correspond with C. Whiteford, D. Heroy re same. | .9 |
| 06/15/09 | Numerous correspondence with responsible partners worldwide re retention procedures, conflicts and disclosure issues, ordinary course professionals. | 1.2 |
| 06/15/09 | Conferences and correspond with D. Heroy re retention issues, creditors committee, billing. | .7 |
| 06/16/09 | Prepare for conference with US Trustee re retention application. | .5 |
| 06/16/09 | Conference with L. Vonckx re billing guidelines (.1); conference and correspond with D. Heroy re matter billing, conflicts issues, status (.7); telephone conference with B. Segal re retention issues (.2). | .7 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 6

| Date | Description | Hours |
|------|-------------|-------|
| 06/16/09 | Numerous correspondence with responsible partners worldwide re retention procedures, conflicts and disclosure issues, ordinary course professionals. | 1.6 |
| 06/17/09 | Prepare for and telephone conference with Weil, US Trustee re retention application, affidavit in support, scope of services to be provided and disclosures. | .8 |
| 06/17/09 | Correspond with D. Heroy, J. Samet, I. Reid, G. Heckelman re various retention issues. | .8 |
| 06/18/09 | Correspond with D. Heroy re retention status. | .1 |
| 06/18/09 | Review Weil comments to application to retain Baker, related affidavit (.3); correspond with D. Meshkov re same (.2); correspond with global partners re same (.2). | .7 |
| 06/19/09 | Correspond with Weil, US Trustee, D. Webber re comments to application and affidavit. | .3 |
| 06/20/09 | Correspond with D. Heroy re retention. | .2 |
| 06/22/09 | Correspond and telephone conference with Weil re conference with US Trustee, ordinary course professionals. | .5 |
| 06/22/09 | Correspond and telephone conference with I. Reid re German engagement (.4); correspond with D. Heroy, I. Reid, J. Samet, G. Heckelman re same, status of engagement (.7); correspond and conference with L. Vonckx re engagement terms are related research (.3). | 1.4 |
| 06/23/09 | Correspond with US Trustee, Weil re retention issues (.3); conference with I. Reid re same (.2); correspond with I. Reid, J. Samet, D. Heroy re same (.3). | .6 |
| 06/24/09 | Correspond with A. Poke, C. Whitefoord, K. Guch, T. Ryan at GM re retention of ordinary course professionals. | .4 |
| 06/24/09 | Prepare for (.6) and telephone conference with Weil, US Trustee re Baker retention as special counsel (.5); correspond with D. Heroy, I. Reid, J. Samet re same (.3). | 1.4 |
| 06/25/09 | Correspond with J. Crozier, K. Guch re retention of ordinary course professionals (.2); correspond with Weil re US Trustee comments re application (.1). | .3 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 7

| Date | Description | Hours |
|------|-------------|-------|
| 06/26/09 | Telephone conference with R. Brooks re status of retention application (.2); correspond with E. Lederman, R. Brooks at Weil, K. Guch re retention of ordinary course professionals working with Baker globally (.6); draft correspondence re retention going forward and submit for D. Heroy review (.6). | 1.4 |
| 06/29/09 | Correspond with responsible partners re status; telephone conference with C. Agnew re status. | .3 |
| 06/30/09 | Correspond with K. Guch re retention of ordinary course counsel on pending matters. | .2 |

**Vonckx, Lawrence**

| Date | Description | Hours |
|------|-------------|-------|
| 06/04/09 | Review master retention checklist (.2); teleconference with C. Williams re conflicts search (.6). | .8 |
| 06/08/09 | Review results of conflicts check (2.0); correspond with A. McDermott re same (0.1). | 2.1 |
| 06/10/09 | Review schedule of clients and former clients; meet with A. McDermott re same. | .9 |
| 06/22/09 | Research re: limitation of liability in foreign attorney engagement letter & enforceability in bankruptcy (0.8); correspond with A. McDermott re: same (0.2). | 1.0 |



General Motors Corporation                                    July 24, 2009
Client Number: 95229493                               Matter Number: 000002
Invoice Number: 94072943                                           Page 8

## Frankfurt Office

### Heckelmann, Guenther H.

| Date | Description | Hours |
|------|-------------|-------|
| 06/12/09 | Review of application to New York bankruptcy court for the Baker retention in GMC's Chapter 11 proceedings (0.5 hours); mark-up in the conflicts section and correspondence with Andrew McDermott (Baker & McKenzie, Chicago) regarding same (0.9 hours); additional correspondence with Andrew McDermott regarding further details related to the application (0.2 hours) and telephone conversation with Joe Samet and Ira Reid (both Baker & McKenzie, New York) regarding same (0.2 hours). | 1.8 |

## New York Office

### Brandman, Scott L.

| Date | Description | Hours |
|------|-------------|-------|
| 06/04/09 | Review e-mails regarding B&M retention issues. | .3 |
| 06/08/09 | Review e-mail regarding Baker retention. | .2 |

### Reid, Ira A.

| Date | Description | Hours |
|------|-------------|-------|
| 06/01/09 | Reviewed retention letter and considered special counsel retention issues. | .5 |
| 06/02/09 | Conference with H. Houghton, S. Brandman and C. Cummings regarding retention and planning issues. | .7 |
| 06/02/09 | Analyzed special counsel retention issues in connection with retention affidavit; reviewed forms of affidavit. | 1.4 |
| 06/02/09 | Reviewed and responded to memoranda from D. Weber regarding retention open issues. | .7 |
| 06/03/09 | Conferences with D. Heroy, J. Samet and S. Brandman regarding retention issues and reviewed correspondence and retention letters concerning same; reviewed court website. | 1.5 |

CHIDMS1/2725797.1

General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 9

| Date | Description | Hours |
|------|-------------|-------|
| 06/04/09 | Reviewed and responded to correspondence from D. Heroy and Baker team regarding retention issues. | .2 |
| 06/05/09 | Conference with J. Samet regarding retention issues. | .5 |
| 06/05/09 | Reviewed memorandum from A. McDermott regarding retention issues and e-mails to and from T. Linguanti regarding same. | .4 |
| 06/06/09 | Reviewed court website and orders in connection with fee standards and e-mails to and from J. Samet. | .3 |
| 06/08/09 | Reviewed correspondence in connection with retention issues. | .2 |
| 06/10/09 | Conference with and e-mails to and from J. Samet regarding retention status, and commented on retention memorandum. | .5 |
| 06/10/09 | Reviewed retention disclosure issues. | .3 |
| 06/10/09 | Reviewed court fee orders and US Trustee Fee Guidelines and e-mail to Baker tax team regarding same. | .3 |
| 06/10/09 | E-mails to and from S. Brandman regarding retention status and open issues. | .2 |
| 06/11/09 | Conferences with J. Samet regarding retention issues; reviewed and commented on correspondence/memorandum regarding same and reviewed correspondence concerning open issues. | .8 |
| 06/12/09 | E-mails to and from retention team and C. Whitefoord regarding disclosure issues and draft retention pleadings. | .4 |
| 06/12/09 | Reviewed draft retention pleadings, analyzed disclosure issues and legal requirements for adequacy of disclosure, and revised and commented on. | 2.3 |
| 06/12/09 | Conferences with J. Samet regarding disclosure affidavit comments and disclosure issues. | .8 |
| 06/12/09 | Reviewed correspondence from J. Linklater regarding retention issues and e-mail to J. Samet regarding same. | .1 |
| 06/12/09 | E-mails to and from G. Heckelmann regarding retention issues. | .2 |
| 06/12/09 | Conference with J. Samet and G. Heckelmann regarding retention issues in connection with GM Europe. | .2 |
| 06/12/09 | Reviewed comments to retention papers from D. Webber. | .1 |



General Motors Corporation                                          July 24, 2009
Client Number: 95229493                                    Matter Number: 000002
Invoice Number: 94072943                                             Page 10

| Date | Description | Hours |
|------|-------------|-------|
| 06/15/09 | Conference with A. McDermott and J. Samet regarding Magma waiver/retention issues. | .1 |
| 06/16/09 | Reviewed retention applications by Weil Gotshal, Honigman Miller and Jenner & Block and notice of retention hearing, and drafted e-mail to Baker team regarding same. | .7 |
| 06/16/09 | E-mails to and from G. Heckelmann regarding retention issues. | .2 |
| 06/16/09 | E-mail to S. Brandman regarding retention issues. | .1 |
| 06/16/09 | Conference with J. Samet regarding retention status. | .1 |
| 06/17/09 | Conference with J. Samet and e-mails to and from A. McDermott regarding status of retention papers. | .3 |
| 06/17/09 | Reviewed revised draft special counsel retention papers and e-mail to J. Samet regarding same. | .5 |
| 06/18/09 | Conferences with J. Samet regarding retention issues. | .1 |
| 06/19/09 | Conferences with J. Samet regarding retention status. | .2 |
| 06/22/09 | E-mails to and from A. McDermott and J. Samet regarding retention status and issues. | .5 |
| 06/22/09 | Reviewed and responded to P. Wessels and Guenther Heckelmann regarding retention issues. | .4 |
| 06/22/09 | Reviewed draft retention papers and memo to J. Samet regarding open issues. | .8 |
| 06/22/09 | Conference with A. McDermott concerning open retention issues. | .2 |
| 06/22/09 | E-mails to and from J. Samet regarding retention issues with US Trustee. | .4 |
| 06/23/09 | E-mails to and from J. Samet regarding retention issues. | .3 |
| 06/24/09 | Reviewed and responded to correspondence in connection with retention issues. | .1 |
| 06/25/09 | Conference with J. Samet regarding retention status. | .1 |
| 06/26/09 | Conference with J. Samet regarding retention status; reviewed court docket and e-mail to A. McDermott. | .3 |



General Motors Corporation                                                      July 24, 2009
Client Number: 95229493                                              Matter Number: 000002
Invoice Number: 94072943                                                            Page 11

| Date | Description | Hours |
|------|-------------|-------|
| 06/28/09 | Conference with J. Samet and e-mails to and from T. Linguanti and J. Samet regarding retention status. | .2 |
| 06/29/09 | Reviewed court docket and filings in connection with retention issues. | .2 |
| 06/30/09 | Reviewed court docket; conference with J. Samet regarding status of retention. | .2 |

**Samet, Joseph**

| Date | Description | Hours |
|------|-------------|-------|
| 06/17/09 | Review disclosure and retention status; review memo from I. Reid; review case developments; memo from D. Heroy re: retention; conference with I. Reid; correspondence from I. Reid re: retention. | .6 |
| 06/23/09 | Retention correspondence and conference with I. Reid re: retention. | .2 |

**Washington, D.C. Office**

**Houghton, Kendall L.**

| Date | Description | Hours |
|------|-------------|-------|
| 06/12/09 | Review draft affidavit and draft retention motion, as well as D. Webber comments on tax special counsel portions (1.1). | 1.1 |
| 06/16/09 | GM retention matter: E-mail with D. Webber and I. Reid re: conflicts portion of retention application; review material from I. Reid and e-mail Baker team relating to retention application for special tax counsel role. | 1.0 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 12

## Webber, A. Duane

| Date | Description | Hours |
|------|-------------|-------|
| 06/03/09 | Review steps for filing motion for special tax counsel designation (0.5); conference with D. Heroy re same (0.4); review memoranda re same (0.4); telephone conferences re same (0.2); conference with T. Linguanti re same and related matters (0.2). | 1.7 |
| 06/04/09 | Review memoranda re motion for special tax counsel designation and prepare responses (0.5). | .5 |
| 06/05/09 | Review memorandum re motion for special tax counsel designation and prepare response (0.2). | .2 |
| 06/08/09 | Review memorandum re motion for special tax counsel designation (0.2). | .2 |
| 06/11/09 | Review memoranda re engagement and motion for special tax counsel designation (0.4). | .4 |
| 06/12/09 | Review memoranda re engagement and motion for special tax counsel designation, and prepare responses to same (1.5); analyze scope of engagements for bankruptcy motion (0.6); analyze terms and provisions for motion for special counsel designation. | 2.6 |
| 06/18/09 | Review memoranda re arrangements for payment of fees in bankruptcy case and preparation of request to be appointed special counsel (0.3). | .3 |

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| David Heroy | 33.4 | 795.00 | $ | 26,553.00 |
| Andrew McDermott | 46.0 | 425.00 | | 19,550.00 |
| Lawrence Vonckx | 4.8 | 335.00 | | 1,608.00 |
| | | | $ | 47,711.00 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 13

## Frankfurt Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Guenther H. Heckelmann | 1.8 | 784.62 | $ | 1,412.31 |
| | | | $ | 1,412.31 |

## New York Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Scott L. Brandman | .5 | 695.00 | $ | 347.50 |
| Ira A. Reid | 18.6 | 560.00 | | 10,416.00 |
| Joseph Samet | .8 | 711.00 | | 568.80 |
| | | | $ | 11,332.30 |

## Washington, D.C. Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Kendall L. Houghton | 2.1 | 650.00 | $ | 1,365.00 |
| A. Duane Webber | 5.9 | 820.00 | | 4,838.00 |
| | | | $ | 6,203.00 |

| | | Total: | $ | 66,658.61 |
|---|---|---|---|---|

**TOTAL AMOUNT DUE:**    $    66,658.61

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

August 20, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94073639**
**IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING JULY 31, 2009, AS FOLLOWS:

<u>Re:  Retention and Fee Applications</u>

**TOTAL FEES**.....................................................................................$    14,114.20

**TOTAL EXPENSES**..........................................................................$         61.59

**TOTAL AMOUNT DUE** ...................................................................$    14,175.79

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP
Citibank, F.S.B.
1101 Pennsylvania Ave., NW
13th Floor
Washington, DC 20006
Attn: Private Banking, Fran Niles
Account No. 3740-0355
Routing No. 2540-7011-6

RE: Invoice #:  94073639

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

August 20, 2009


**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94073639**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING JULY 31, 2009, AS FOLLOWS:


**RE: Retention and Fee Applications**

**Chicago Office**

**Heroy, David**

| Date | Description | Hours |
|---|---|---|
| 07/01/09 | Emails re accounting for retention time separately (.3) Dembaugh, McDermott. | .3 |
| 07/02/09 | Conference with A. McDermott re status (.2); review emails and respond to four inquiries from AU, Germany (.5). | .7 |
| 07/06/09 | Email A. McDermott (.1); revise drafts, all re New GM issue (.3). | .4 |
| 07/07/09 | Review emails; review GM issue and approval (.8); conference with A. McDermott re status, timing, hearing staffing (.3). | 1.1 |
| 07/16/09 | Final revisions re application/order and modifications (.5); conference with A. McDermott (.1). | .6 |
| 07/23/09 | Emails with G. Heckelmann, D. Webber, et al.; phone A. McDermott, all re billing procedures. | .3 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94073639

August 20, 2009
Matter Number: 000002
Page 2

| Date | Description | Hours |
|------|-------------|-------|
| 07/27/09 | Go over emails re directors (.2); conference with A. McDermott re same (.2); phone K. Houghton re same (.1). | .5 |
| 07/28/09 | Teleconference with D. Webber and K. Houghton re details of tax (.5); email I. Reid. | .8 |

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 07/02/09 | Correspond with K. Guch, C. Whitefoord, T. Ryan at GM re ordinary course retentions. | .4 |
| 07/06/09 | Conference and correspond with D. Heroy re status, ordinary course issues (.2); telephone conference with K. Guch re same (.2); correspond with global partners re sale approval, retention issues (.5). | .9 |
| 07/07/09 | Correspond with M. Daar at Gm re retention of various ordinary course professionals; correspond with K. Guch, J. Crozier re same; correspond with E. Lederman re same. | .9 |
| 07/08/09 | Correspond with Trilegal, J. Crozier re ordinary course retention. | .2 |
| 07/10/09 | Correspond with D. Heroy, G. Heckelman re GM retention. | .2 |
| 07/12/09 | Correspond with billing partners re GM sale, status of retention. | .3 |
| 07/13/09 | Correspond with M. Watkins re GM billing, sale. | .1 |
| 07/14/09 | Correspond with R. Brooks re updated application to employ (.1); review revised application and affidavit (.2); draft correspondence to affiant, D. Heroy summarizing changes, path forward (.3). | .6 |
| 07/16/09 | Correspond with G. Heckelmann re bankruptcy billing. | .1 |
| 07/17/09 | Review June invoice re bankruptcy guidelines and correspond with M. Watkins re same (.2); review revised application, affidavit in support re Baker's retention as ordinary counsel (.6); correspond with D. Webber re same (.2); correspond with R. Brooks, E. Lederman at Weil re same (.3) | 1.3 |
| 07/20/09 | Correspond with D. Heroy, I. Reid re status of retention; correspond with J. Woodhall re bankruptcy billing guidelines. | .3 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94073639

August 20, 2009
Matter Number: 000002
Page 3

| Date | Description | Hours |
|------|-------------|-------|
| 07/21/09 | Correspond with C. Whitefoord re ordinary course counsel notice and review same (.2); correspond with R. Brooks at Weil re revised declaration and filing of application (.2). | .4 |
| 07/22/09 | Correspond with C. Whitefoord, G. Heckelmann, others re filing of application to employ Baker, path forward. | .5 |
| 07/24/09 | Correspond with R. Brooks at Weil re further comments of US Trustee to application to retain Baker and review same (.3); correspond with billing partners re revising declaration in support, invoices (.2). | .5 |
| 07/27/09 | Draft amended and supplemented declaration in support of Baker's retention application (.8); correspond with billing departments re pre-petition payments (.3); correspond with worldwide partners re supplemented disclosures (1.3). | 2.4 |
| 07/28/09 | Draft amended and supplemented declaration in support of Baker's retention application (.4); correspond with billing departments re pre-petition payments (.3); correspond with worldwide partners re supplemented disclosures (.5). | 1.2 |
| 07/29/09 | Correspond with billing partners re supplemental information requests of US Trustee (.3); revise declaration in support of application to employ Baker and correspond with R. Brooks at Weil re same (.4); prepare spreadsheet of pre-petition payments for US Trustee (.3). | 1.0 |
| 07/30/09 | Correspond with R. Brooks at K&E, global partners re US Trustee information requests (.7); draft amended and supplemented declaration (.3); prepare information for submission to US Trustee (1.1). | 2.1 |
| 07/31/09 | Correspond with billing partner re pre-petition payments (.1); correspond with R. Brooks at Weil re US Trustee, hearing on application to employ Baker (.3). | .4 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94073639

August 20, 2009
Matter Number: 000002
Page 4

## New York Office

### Reid, Ira A.

| Date | Description | Hours |
|---|---|---|
| 07/10/09 | Reviewed correspondence and e-mail to D. Heroy regarding retention. | .1 |
| 07/20/09 | E-mail to and from K. Haughton and D. Webber and to A. McDermott regarding retention status. | .2 |
| 07/24/09 | E-mails to and from K. Haughton regarding fee issues. | .2 |
| 07/27/09 | Reviewed correspondence and draft declaration from A. McDermott regarding retention issues and responded to same. | .3 |
| 07/28/09 | Reviewed correspondence from D. Webber regarding retention issues. | .1 |
| 07/29/09 | Reviewed correspondence from A. McDermott and conference with J. Samet regarding open retention issues. | .1 |

### Samet, Joseph

| Date | Description | Hours |
|---|---|---|
| 07/28/09 | Review memos and retention status. | .2 |

## Washington, D.C. Office

### Houghton, Kendall L.

| Date | Description | Hours |
|---|---|---|
| 07/24/09 | Review and approve invoices for June services on Retention matter and on Special Tax Counsel matter (1.0); e-mail processing questions to I. Reid (0.3); e-mail A. McDermott the invoices and process-related questions (0.3); review I. Reid response to questions (0.2). | 1.8 |
| 07/27/09 | Submit two invoices to A. McDermott for processing (0.2); e-mail re: retention issues with D. Webber and D. Heroy (0.2). | .4 |
| 07/28/09 | E-mail D. Heroy re: invoice review (0.1). | .1 |

General Motors Corporation
Client Number: 95229493
Invoice Number: 94073639

August 20, 2009
Matter Number: 000002
Page 5

### Webber, A. Duane

| Date | Description | Hours |
|------|-------------|-------|
| 07/01/09 | Review draft Application for Appointment as Special counsel and related memoranda (0.4). | .4 |
| 07/09/09 | Review draft Application for Appointment as Special counsel and related memoranda (0.3). | .3 |
| 07/10/09 | Review draft Application for Appointment as Special counsel and related memoranda (0.2). | .2 |
| 07/17/09 | Review materials to be filed with bankruptcy court re engagement (0.4). | .2 |
| 07/24/09 | Review memorandum re issues raised re Application for Appointment as Special counsel and related memoranda, and analyze proposed changes (0.4). | .4 |
| 07/27/09 | Review responses to memorandum re issues raised re Application for Appointment as Special counsel and related memoranda, and prepare memorandum re same (0.5). | .5 |
| 07/28/09 | Review responses to memorandum re issues raised re Application for Appointment as Special counsel and related memoranda, and prepare memorandum re same (0.5). | .5 |
| 07/30/09 | Review memoranda re retention application and approval of same, and prepare memorandum re same (0.3). | .3 |

**Total Fees:**    $    **14,114.20**



General Motors Corporation
Client Number: 95229493
Invoice Number: 94073639

August 20, 2009
Matter Number: 000002
Page 6

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| David Heroy | 4.7 | 795.00 | $ | 3,736.50 |
| Andrew McDermott | 13.8 | 425.00 | | 5,865.00 |
| | | | $ | **9,601.50** |

### New York Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Ira A. Reid | .7 | 560.00 | $ | 392.00 |
| Ira A. Reid | .3 | 625.00 | | 187.50 |
| Joseph Samet | .2 | 711.00 | | 142.20 |
| | | | $ | **721.70** |

### Washington, D.C. Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Kendall L. Houghton | 2.3 | 650.00 | $ | 1,495.00 |
| A. Duane Webber | 2.8 | 820.00 | | 2,296.00 |
| | | | $ | **3,791.00** |

| | | Total: | $ | **14,114.20** |
|---|---|---|---|---|

## SUMMARY OF EXPENSES:

| Description | | Amount |
|-------------|---|--------|
| Telephone | $ | 4.82 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94073639

August 20, 2009
Matter Number: 000002
Page 7

| | | |
|---|---|---|
| Transportation - Local | 28.00 | |
| Outside Information Services | 28.77 | |

| | | |
|---|---|---|
| **Total Expenses:** | **$** | **61.59** |
| **Total Fees and Expenses for Retention and Fee Applications :** | $ | 14,175.79 |
| **TOTAL FEES:** | **$** | **14,114.20** |
| **TOTAL EXPENSES:** | **$** | **61.59** |
| **TOTAL AMOUNT DUE:** | **$** | **14,175.79** |



Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

September 16, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number: 95229493**
**Matter Number:    000002**
**Invoice Number:  94074360**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING AUGUST 31,
2009, AS FOLLOWS:

<u>Re:  Retention and Fee Applications</u>

**TOTAL FEES** .................................................................................$    **32,060.00**

**TOTAL AMOUNT DUE**.................................................................$    **32,060.00**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP**
**Citibank, F.S.B.**
**1101 Pennsylvania Ave., NW**
**13th Floor**
**Washington, DC 20006**
**Attn: Private Banking, Fran Niles**
**Account No. 3740-0355**
**Routing No. 2540-7011-6**

**RE:  Invoice #:  94074360**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

CHIDMS1/2734167.1



Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

September 16, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI 48265**

- to -

**BAKER & McKENZIE**
**Client Number: 95229493**
**Matter Number:    000002**
**Invoice Number: 94074360**
**IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING AUGUST 31, 2009, AS FOLLOWS:

## RE: Retention and Fee Applications

### Chicago Office

### Chertok, Seth

| Date | Description | Hours |
|------|-------------|-------|
| 08/05/09 | Discuss retention project with A. McDermott. | .8 |
| 08/07/09 | Review bankruptcy attorney invoices. | 2.8 |
| 08/16/09 | Revise invoices; e-mail billing attorneys regarding invoices. | 3.6 |
| 08/17/09 | Revise Project Beam invoices. | .7 |
| 08/18/09 | Revise Project Beam invoices; e-mail C. Whitefoord regarding Project Delphi invoices. | .7 |
| 08/19/09 | Revise Delphi invoices. | 2.6 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074360

September 16, 2009
Matter Number: 000002
Page 2

| Date | Description | Hours |
|------|-------------|-------|
| 08/20/09 | Teleconference with C. Whitefood and A. McDermott; revise invoices. | 2.4 |
| 08/23/09 | Revise invoices. | 1.0 |
| 08/25/09 | Revise invoices; prepare monthly statement for bankruptcy order. | 3.6 |
| 08/26/09 | Follow up with D. White re Delphi invoices; analyze currency conversion methodology. | .3 |
| 08/28/09 | Prepare monthly statement for bankruptcy order. | 6.4 |
| 08/30/09 | Prepare monthly statement for bankruptcy order. | 4.8 |
| 08/31/09 | Prepare monthly statement for bankruptcy order. | 11.2 |

**Heroy, David**

| Date | Description | Hours |
|------|-------------|-------|
| 08/01/09 | Emails re hearing on application (I. Reid, A. McDermott, D. Webber) and coverage. | .4 |
| 08/03/09 | Emails re retention order -- A. McDermott, etc. | .3 |
| 08/04/09 | Work on monthly statement. | .3 |
| 08/17/09 | Go over statements (.5); emails (.2). | .7 |
| 08/19/09 | Go over invoices, strategy for same and review four (4) emails re same. | .5 |
| 08/20/09 | Review time (.5); conference with A. McDermott re allocation, procedures (.2). | .7 |

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 08/01/09 | Correspond with D. Heroy, I. Reid re hearing on application. | .2 |
| 08/02/09 | Prepare for hearing re retention of Baker; correspond with R. Baker at Weil Gotshal re same; correspond with London office re pre-petition payment; correspond with D. Heroy, I. Reid re hearing coverage. | .8 |



**General Motors Corporation**
Client Number: 95229493
Invoice Number: 94074360

September 16, 2009
Matter Number: 000002
Page 3

| <u>Date</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|
| 08/03/09 | Prepare for hearing re Baker's retention application (.2); attend hearing re same (.7); correspond with R. Brooks at Weil, A. Poke re retention going forward (.1); correspond with global partners re status, path forward (.2); conference with D. Heroy re same (.1). | 1.3 |
| 08/05/09 | Conference with S. Chertok re preparation of monthly statement for June (.3); review correspondence to billing partners re same (.1); correspond with R. Brooks re declaration (.1); correspond with S. Chertok re invoices (.2). | .7 |
| 08/07/09 | Review correspondence from S. Chertok re GM monthly statement. | .2 |
| 08/11/09 | Correspond with S. Chertok re invoices for monthly statement (.4); correspond with G. Heckelman re retention status (.3); telephone conference and correspond with R. Brooks re timing of submission of June monthly statement (.2). | .9 |
| 08/12/09 | Correspond and telephone conference with S. Chertok re monthly statement for June, July. | .5 |
| 08/13/09 | Correspond with S. Chertok, billing partners re monthly statements for June, July. | .5 |
| 08/14/09 | Correspond with G. Heckelman re billing issue. | .1 |
| 08/17/09 | Correspond with S. Chertok re monthly statements. | .4 |
| 08/18/09 | Correspond with S. Chertok, G. Heckelman re monthly statements (.3); conference and correspond with S. Chertok re same (.3). | .6 |
| 08/19/09 | Correspond with S. Chertok, billing partners re invoices for monthly statements (.4); conference with D. Heroy re same (.2). | .6 |
| 08/20/09 | Review comments to invoice re bankruptcy guidelines (.2); telephone conference with S. Chertok, K. Guch, C. Whitefoord re same (.3); telephone conference with S. Chertok re same (.2); conference with D. Heroy re same (.1). | .8 |
| 08/24/09 | Correspond with S. Chertok re billing matters (.3); conference with D. Heroy re same (.1). | .4 |
| 08/25/09 | Correspond and telephone conference with S. Chertok re monthly statements; review and comment to monthly statement. | .6 |
| 08/26/09 | Correspond with S. Chertok re monthly statements. | .3 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074360

September 16, 2009
Matter Number: 000002
Page 4

---

| Date | Description | Hours |
|------|-------------|-------|
| 08/31/09 | Review and revise monthly statement (.4); telephone conference with D. Webber, K. Houghton re monthly statement, bankruptcy payment process (.6); review cover letter to monthly statement (.2); correspond with S. Chertok re same, schedules and invoices (.2). | 1.4 |

### Melbourne Office

### Chauhan, Deepti

| Date | Description | Hours |
|------|-------------|-------|
| 08/31/09 | Review Project Two bills to ensure no Project Three time has been inadvertently included. | .4 |

### McDade, Kellie-Ann

| Date | Description | Hours |
|------|-------------|-------|
| 08/23/09 | Break down time entries for US bankruptcy court billing requirements (1.6 hrs). | 1.6 |

### Schenkel, Simon

| Date | Description | Hours |
|------|-------------|-------|
| 08/21/09 | Preparing mark-up for GM-Delphi's invoice as per email from D. White (to include breakdown and expand narratives). | 3.5 |

### Sharma, Shamil

| Date | Description | Hours |
|------|-------------|-------|
| 08/06/09 | Amending Project Two bills and advising overseas lawyers of amendments needed as well as dealing with agents' queries. | 4.2 |
| 08/12/09 | Reworking GM Project Two billing entries. | 4.8 |
| 08/13/09 | Amending Project Two bill. | 1.2 |
| 08/31/09 | Reworking bill for GM Project Two matter. | 1.2 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074360

September 16, 2009
Matter Number: 000002
Page 5

---

### Truong, Kieu

| Date | Description | Hours |
|------|-------------|-------|
| 08/14/09 | Review Asia Pacific bill and amend as required (1.1); detailed and numerous discussion with E. Olver and J. Woodhall in relation to finalization of Project 2 invoice, including amendments to reflect bankruptcy rules (1.5). | 2.5 |
| 08/20/09 | Discussions with A. Poke and B. Taylor regarding bill (0.2); detailed and numerous discussion with E. Olver and J. Woodhall in relation to closing outstanding time on Project 2 invoice, including amendments to reflect bankruptcy rules (1.0). | 1.2 |
| 08/31/09 | Correspondence with S. Schenkel in relation to billing requirements. | .2 |

### Washington, D.C. Office

### Houghton, Kendall L.

| Date | Description | Hours |
|------|-------------|-------|
| 08/11/09 | Review and edit GM Chapter 11 tax matter and GM retention matter invoices (1.1). | 1.1 |
| 08/13/09 | Coordinate edits to retention invoice (0.4). | .4 |
| 08/20/09 | E-mail S. Chertok re: status of revisions to tax and retention invoices (0.2). | .2 |
| 08/31/09 | Conference call with A. McDermott and D. Webber re: bankruptcy protocol for debtor invoices (0.3). | .3 |

### Webber, A. Duane

| Date | Description | Hours |
|------|-------------|-------|
| 08/01/09 | Review memoranda re retention motion and related matters (0.3). | .3 |
| 08/02/09 | Review memoranda re retention motion and related matters (0.3). | .3 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074360

September 16, 2009
Matter Number: 000002
Page 6

| Date | Description | Hours |
|------|-------------|-------|
| 08/31/09 | Review memoranda re fees and fee requests; telephone conference re same. | .5 |

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Seth Chertok | 40.9 | 370.00 | $ | 15,133.00 |
| David Heroy | 2.9 | 795.00 | | 2,305.50 |
| Andrew McDermott | 10.3 | 425.00 | | 4,377.50 |
| | | | $ | **21,816.00** |

### Melbourne Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Deepti Chauhan | .4 | 250.00 | $ | 100.00 |
| Kellie-Ann McDade | 1.6 | 335.00 | | 536.00 |
| Simon Schenkel | 3.5 | 250.00 | | 875.00 |
| Shamil Sharma | 11.4 | 460.00 | | 5,244.00 |
| Kieu Truong | 3.9 | 330.00 | | 1,287.00 |
| | | | $ | **8,042.00** |

### Washington, D.C. Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Kendall L. Houghton | 2.0 | 650.00 | $ | 1,300.00 |
| A. Duane Webber | 1.1 | 820.00 | | 902.00 |
| | | | $ | **2,202.00** |

| | | Total: | $ | **32,060.00** |
|---|---|--------|---|-----------|



Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# STATEMENT

October 6, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94074893**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

## Re:  Retention and Fee Applications

TOTAL FEES ..................................................................................................$     9,389.50

TOTAL EXPENSES..........................................................................................$        108.09

TOTAL AMOUNT DUE.....................................................................................$     9,497.59

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP**
**Citibank, F.S.B.**
**1101 Pennsylvania Ave., NW**
**13th Floor**
**Washington, DC 20006**
**Attn: Private Banking, Fran Niles**
**Account No. 3740-0355**
**Routing No. 2540-7011-6**

**RE:  Invoice #:  94074893**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

October 6, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI 48265**

- to -

**BAKER & McKENZIE**
**Client Number: 95229493**
**Matter Number: 000002**
**Invoice Number: 94074893**
**IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Chertok, Seth**

| Date | Description | Hours |
|------|-------------|-------|
| 09/01/09 | Coordinate mailing monthly statement pursuant to interim compensation order. | .2 |
| 09/01/09 | Coordinate mailing monthly statement pursuant to interim compensation order. | .2 |
| 09/01/09 | Coordinate mailing monthly statement pursuant to interim compensation order. | .2 |
| 09/01/09 | Coordinate mailing out monthly statement pursuant to interim compensation order. | .2 |
| 09/09/09 | E-mail billing attorneys re status of invoices. | .3 |
| 09/15/09 | Evaluate status of retention issues posed by GM; e-mail A. McDermott re same. | .2 |

General Motors Corporation
Client Number: 95229493
Invoice Number: 94074893

October 6, 2009
Matter Number: 000002
Page 2

| Date | Description | Hours |
|------|-------------|-------|
| 09/16/09 | E-mail D. Heroy re invoice issues; e-mail A. Poke re status of Asia Pacific; respond to C. Basler re retention issues; follow up with Baker billing attorneys regarding August monthly invoices. | 1.8 |
| 09/17/09 | Follow up with C. Basler re status of Asia Pacific; e-mail A. McDermott contact information for C. Basler | .3 |
| 09/18/09 | Follow up with Baker attorneys regarding status of August invoices. | .4 |
| 09/28/09 | Prepare monthly statement. | .8 |

**Heroy, David**

| Date | Description | Hours |
|------|-------------|-------|
| 09/08/09 | Conference with A. McDermott re status, reconciliation of new GM. | .2 |
| 09/17/09 | Review comments, bill per S. Chertok. | .3 |
| 09/22/09 | Review bill. | .3 |
| 09/23/09 | Email S. Chertok (.2). | .2 |
| 09/28/09 | Review recent statement and conference with A. McDermott (.3); go over script for Alix Partners with A. McDermott (.1). | .4 |
| 09/29/09 | Review monthly statement; email A. McDermott (.2) and S. Chertok (.1). | .3 |

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 09/01/09 | Correspond and telephone conference with S. Chertok re monthly statement, new invoices, exchange rate. | .5 |
| 09/02/09 | Correspond with S. Chertok, L. Vonckx re monthly statement, new invoices. | .2 |
| 09/04/09 | Telephone conferences with Alix Partners re monthly statements (.4); correspond and conference with S. Chertok re same (.2). | .6 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074893

October 6, 2009
Matter Number: 000002
Page 3

| Date | Description | Hours |
|------|-------------|-------|
| 09/08/09 | Correspond with S. Chertok re August monthly invoices. | .1 |
| 09/09/09 | Telephone conference and correspond with R. Brooks at Weil re June, July monthly statement (.3); correspond with S. Chertok re invoices, time requirements (.2). | .5 |
| 09/14/09 | Correspond with S. Chertok re August monthly statement. | .1 |
| 09/17/09 | Correspond with G. Heckelman, S. Chertok re August monthly statement. | .3 |
| 09/21/09 | Correspond with S. Chertok re monthly statement; review correspondence from global partners re same. | .2 |
| 09/28/09 | Correspond and conference with D. Heroy re GM retention procedures (.3); correspond with AlixPartners re June, July invoice (.1); review monthly statement from S. Chertok (.2). | .6 |
| 09/29/09 | Review interim compensation order re compliance (.2); review invoices for August and prepare summary schedules for monthly statement (2.8); draft cover letters (.3); prepare for conference with AlixPartners re June and July monthly statements (.3); conference and correspond with D. Heroy re response to AlixPartners, monthly statement (.3). | 3.9 |

### O'Connor, Matthew J.

| Date | Description | Hours |
|------|-------------|-------|
| 09/16/09 | Review invoices from B&M personnel for compliance with bankruptcy guidelines for fee applications. | 1.2 |
| 09/17/09 | Review invoices from B&M personnel for compliance with bankruptcy guidelines for fee applications. | 1.9 |
| 09/18/09 | Review invoices from B&M personnel for compliance with bankruptcy guidelines for fee applications. | .2 |

General Motors Corporation
Client Number: 95229493
Invoice Number: 94074893

October 6, 2009
Matter Number: 000002
Page 4

### Melbourne Office

### Chauhan, Deepti

| Date | Description | Hours |
|------|-------------|-------|
| 09/16/09 | Review Project Three bill. | .7 |

### Poke, Ashley

| Date | Description | Hours |
|------|-------------|-------|
| 09/01/09 | Review of GMC invoices and narrations for Project Two (Australia / Asia Pacific implications); email draft invoices to Seth Chotek and Andrew McDermott. | .8 |

### Sharma, Shamil

| Date | Description | Hours |
|------|-------------|-------|
| 09/18/09 | Amending billing narrations for Project Two Bill. | .5 |
| 09/22/09 | Amending bills. | .5 |

### Truong, Kieu

| Date | Description | Hours |
|------|-------------|-------|
| 09/10/09 | Review Project 2 final invoice and extensively amend in order to comply with bankruptcy law requirements. | 1.4 |
| 09/11/09 | Liaise with E. Olver to amend and redirect incorrect time narratives in Project 2 bill; review amended Project 3 bill. | 1.1 |
| 09/22/09 | Respond to queries from J. Peterson in relation to task billing requirements. | .3 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074893

October 6, 2009
Matter Number: 000002
Page 5

## Washington, D.C. Office

### Houghton, Kendall L.

| Date | Description | Hours |
|------|-------------|-------|
| 09/14/09 | Review GM invoice for Chapter 11 matter (0.4). | .4 |

Total Fees:    $    9,389.50

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Seth Chertok | 4.6 | 370.00 | $ | 1,702.00 |
| David Heroy | 1.7 | 850.00 | | 1,445.00 |
| Andrew McDermott | 7.0 | 425.00 | | 2,975.00 |
| Matthew J. O'Connor | 3.3 | 295.00 | | 973.50 |
| | | | $ | 7,095.50 |

### Melbourne Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Deepti Chauhan | .7 | 250.00 | $ | 175.00 |
| Ashley Poke | .8 | 570.00 | | 456.00 |
| Shamil Sharma | 1.0 | 465.00 | | 465.00 |
| Kieu Truong | 2.8 | 335.00 | | 938.00 |
| | | | $ | 2,034.00 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074893

October 6, 2009
Matter Number: 000002
Page 6

## Washington, D.C. Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Kendall L. Houghton | .4 | 650.00 | $ | 260.00 |
| | | | $ | 260.00 |

Total:    $    9,389.50

## SUMMARY OF EXPENSES:

| Description | | Amount |
|-------------|---|--------|
| Photocopies | $ | 56.81 |
| Courier/Messenger Service | | 51.28 |

Total Expenses:    $    108.09

Total Fees and Expenses for Retention and Fee Applications :    $    9,497.59

TOTAL FEES:    $    9,389.50
TOTAL EXPENSES:    $    108.09

TOTAL AMOUNT DUE:    $    9,497.59