# EXHIBIT C-6

### ITEMIZED INVOICES

### TECHNOLOGY COMPANY
### (JUNE 1 THROUGH JULY 9. 2009)

**BAKER & McKENZIE**

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

July 9, 2009

Mr. Daniel J. Williams
Senior Tax Counsel
General Motors Corporation
300 GM Renaissance Center
Mail Code 482-C16-B16
P.O. Box 300
Detroit, MI 48265-3000

- to -

BAKER & McKENZIE
Client Number: 95003104
Matter Number:     000002
Invoice Number: 94072518
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING JUNE 30, 2009, AS FOLLOWS:

### RE: Technology Company

### Washington, D.C. Office

### Dunahoo, Carol A.

| Date | Description | Hours |
|---|---|---|
| 06/11/09 | Exchanges with D. Williams, N. Kim, and T. Respess re effect of GM bankruptcy proceeding on U.S.-Germany APA (.4). | .4 |
| 06/24/09 | Exchange with D. Williams re status of APA follow-up (.1). | .1 |

**BAKER & McKENZIE**

General Motors Corporation  July 9, 2009
Client Number: 95003104  Matter Number: 000002
Invoice Number: 94072518  Page 2

| Date | Description | Hours |
|---|---|---|
| 06/25/09 | Telephone conference with T. Nguyen (U.S. competent authority analyst) re APA status and proposed approach (.5); confer with T. Respess re same (6.1); note to GM team and follow-up exchanges re same (.4). | 1.0 |
| 06/26/09 | Telephone conference with T. Nguyen re GM APA issues and strategy (.5); note to GM team re same (.3); review APA procedures (.2); exchanges with D. Williams and F. Wenzel re potential issues and recommendations (.3). | 1.3 |

Total Fees for Dunahoo, Carol A.:    $    2,268.00

Total Fees for Washington, D.C. Office:    $    2,268.00

**SUMMARY OF FEES:**

**Washington, D.C. Office**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Carol A. Dunahoo | 2.8 | 810.00 | $ 2,268.00 |
|  |  |  | $ 2,268.00 |

Total:    $    2,268.00

TOTAL STATEMENT:    $    2,268.00

PREVIOUS BALANCE:    $    1,173.00

TOTAL AMOUNT DUE:    $    3,441.00

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

Carol A. Dunahoo
(202) 452-7049

# STATEMENT

August 26, 2009

Mr. Daniel J. Williams
Senior Tax Counsel
General Motors Corporation
300 GM Renaissance Center
Mail Code 482-C16-B16
P.O. Box 300
Detroit, MI 48265-3000

- to -

BAKER & McKENZIE
Client Number: 95003104
Matter Number:   000002
Invoice Number: 94073787
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JULY 31, 2009, AS FOLLOWS:

**Re: Technology Company**

| | |
|---|---:|
| **TOTAL FEES** ................................................................................$ | 162.00 |
| **TOTAL FEES FOR BAKER & McKENZIE CONSULTING LLC** .................$ | 60.00 |
| **TOTAL EXPENSES**.........................................................................$ | 1.34 |
| **TOTAL STATEMENT** $ | 223.34 |

CHIDMS1/2744668.1

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

August 26, 2009

Mr. Daniel J. Williams
Senior Tax Counsel
General Motors Corporation
300 GM Renaissance Center
Mail Code 482-C16-B16
P.O. Box 300
Detroit, MI 48265-3000

- to -

BAKER & McKENZIE
Client Number: 95003104
Matter Number:     000002
Invoice Number: 94073787
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JULY 31, 2009, AS FOLLOWS:

### RE: Technology Company

### Washington, D.C. Office

### Dunahoo, Carol A.

| Date | Description | Hours |
|---|---|---|
| 07/01/09 | Review F. Wenzel correspondence re APA status in Germany (.1); confer with T. Respess re same (.1). | .2 |

|  | Total Fees for Dunahoo, Carol A.: | $ | 162.00 |
|---|---|---|---|
|  | Total Fees for Washington, D.C. Office: | $ | 162.00 |

### Baker & McKenzie Consulting LLC

Baker & McKenzie Consulting LLC provides tax advisory and economic services and does not provide legal advice or services. Baker & McKenzie LLC is a subsidiary of Baker & McKenzie LLP, a member firm of Baker & McKenzie International, a Swiss Verein or member law firms around the world.

**Respess III, Thomas S.**

| Date | Description | Hours |
|---|---|---|
| 07/01/09 | Conference with C. Dunahoo re status of APA in Germany (.1). | .1 |

|  |  |  |
|---:|---:|---:|
| Total Fees for Respess III, Thomas S.: | $ | 60.00 |
| Total Fees for Baker & McKenzie Consulting LLC: | $ | 60.00 |
| Total Fees: | $ | 222.00 |

**SUMMARY OF FEES:**

**Washington, D.C. Office**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Carol A. Dunahoo | .2 | 810.00 | $ 162.00 |

**Baker & McKenzie Consulting LLC**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Thomas S. Respess III | .1 | 600.00 | $ 60.00 |
|  |  | Total: | $ 222.00 |

**SUMMARY OF EXPENSES:**

| Description | Amount |
|---|---|
| Telephone | $ 1.34 |

|  |  |  |
|---:|---:|---:|
| Total Expenses: | $ | 1.34 |
| TOTAL FEES: | $ | 162.00 |
| TOTAL FEES FOR BAKER & McKENZIE CONSULTING LLC: | $ | 60.00 |
| TOTAL EXPENSES: | $ | 1.34 |
| TOTAL STATEMENT: | $ | 223.34 |

CHIDMS1/2744668.1