# EXHIBIT D

## ITEMIZED EXPENSES

## SUMMARY OF EXPENSES

| | |
|---|---:|
| Business Meals | 0.00 |
| Commercial Register | 63.37 |
| Computer Assisted Legal Research | 367.70 |
| Corporate Document Services | 1,726.55 |
| Courier/Messenger Services | 268.04 |
| Court Reporting | 0.00 |
| Duty Stamps | 18.68 |
| Facsimile | 0.00 |
| Filing & Court Fees | 29.85 |
| In-House Reproduction | 0.00 |
| Local Travel | 0.00 |
| Long Distance Telephone | 0.00 |
| Notary | 501.18 |
| Office Supplies | 37.56 |
| Outside Information Services | 65.14 |
| Outside Reproduction | 0.00 |
| Outside Research | 0.00 |
| Photocopies | 1,548.51 |
| Postage | 7.02 |
| Staff Overtime | 0.00 |
| Taxes (Local, e.g., VAT) | 6,944.25 |
| Telephone (Long Distance) | 226.51 |
| Transportation (Local) | 637.88 |
| Travel (Out-of-Town) | 9,176.96 |
| **DISBURSEMENT TOTAL** | **$21,619.20** |

\* Amounts stated have been converted to US Dollars in the same manner as fees (See page 9 of Exhibit B, [\* (2)].