**CT Corporation**  1209 Orange Street    302 777 0220 tel
Wilmington, DE 19801    800 677 3394 toll free



November 12, 2009

The Garden City Group, Inc.
P.O. Box 9386,
Dublin, OH  43017-4286

Re:  In re: Motors Liquidation Company, etc., et al., Debtors // To: Tenneco Motor Operations Company, Inc.

Case No.  09-50026

Dear Sir/Madam:

We are herewith returning the Notice which we received regarding the above captioned matter.

Tenneco Motor Operations Company, Inc. is not listed on our records or on the records of the State of DE.

Very truly yours,


Amy Carmenucci
Process Specialist

Log# 515515627



cc:  New York Southern District US Bankruptcy Court
     Hamilton U.S. Custom House,
     1 Bowling Green,
     6th Floor,
     New York, NY  10004-1408