

ELECTRONICALLY FILED
11/10/2009 1:55 PM
CV-2009-900138.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
JAY DUKE, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | | |
|---|---|---|
| CLARK LEANNE E. <br> CLARK CHRISTOPHER D. <br> CLARK BRANDON <br> CLARK ABBY <br> CLARK HALEY <br>               Plaintiffs <br><br> V. <br><br> GENERAL MOTORS CORPORATION <br> TAKATA CORPORATION <br> TAKATA, INC. <br> TK HOLDINGS, INC. <br> TAKATA RESTRAINT SYSTEMS, IN <br> TAKATA SEAT BELTS, INC. ET AL <br>               Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.:** CV-2009-900138.00 |

RECEIVED
NOV 16 2009
U.S. BANKRUPTCY COURT, SDNY

### [ORDER]

Defendant, General Motors Corporation, having filed a Petition in Bankruptcy, it is the Order, JUDGMENT, and DECREE of the Court:

1. That all claims in this case against Defendant General Motors Corporation are DISMISSED without Prejudice to the right of any party to petition to reinstate this action to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

2. That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action;

3. That any petition for reinstatement must be filed by a party within sixty (60) days after the bankruptcy court has taken such action that entitles that party to seek reinstatement; and

4. The Clerk of the Court is DIRECTED to mail a copy of this order to the United States Bankruptcy Court for the Southern District of New York so that this order may be filed in General Motors Bankruptcy Case No.: 09-50026.

DONE this 10th day of November, 2009

/s D P SCURLOCK

CIRCUIT JUDGE



**AlaFile E-Notice**

16-CV-2009-900138.00

Judge: D P SCURLOCK

To: BOONE LABARRON NELSON
Labarron.Boone@beasleyallen.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LEANNE E. CLARK ET AL v. GENERAL MOTORS CORPORATION ET AL
16-CV-2009-900138.00

A court action was entered in the above case on 11/10/2009 1:55:18 PM

C004 CLARK ABBY
C003 CLARK BRANDON
C002 CLARK CHRISTOPHER D.
C005 CLARK HALEY
C001 CLARK LEANNE E.
PLAINTIFF'S MOTION TO DISMISS

[Attorney: BOONE LABARRON NELSON]

Disposition: GRANTED
Judge: DPS

Notice Date: 11/10/2009 1:55:18 PM

JAY DUKE
**CIRCUIT COURT CLERK**
CLARKE COUNTY, ALABAMA
117 COURT STREET
GROVE HILL, AL 36451

251-275-3363
jay.duke@alacourt.gov