UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                      :    Chapter 11 Case No.
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,                      :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                :
                                                           :
              Debtors.                          :    (Jointly Administered)
                                                           :
---------------------------------------------------------------x
:
:
**KELLY CASTILLO, NICHOLE BROWN,**                         :    Adv. Proc. No.  09-00509
**BRENDA ALEXIS DIGIANDOMENICO,**                          :
**VALERIE EVANS, BARBARA ALLEN,**                          :
**STANLEY OZAROWSKI, AND DONNA**                           :
**SANTI,** *Individually and on Behalf of all others*      :
*similarly situated,*                                      :
              **Plantiffs,**                    :
                *v.*                           :
                                                           :
**General Motors Company, f/k/a New General**              :
**Motors Company, Inc.,**                                  :
              **Defendants.**                   :
---------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON NOVEMBER 18, 2009 at 2:00 p.m.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

*[Intentionally Left Blank]*

US_ACTIVE:\43227771\02\72240.0639

**I.    ADVERSARY MATTERS:**

1.    Motion for Temporary Restraining Order filed by Plaintiffs **[Docket No. 2]**

<u>Response Deadline</u>:         N/A

<u>Response Filed</u>:

    A.    Debtors' Response to Plaintiffs Motion for Temporary Restraining Order **[Docket No. TBF]**

<u>Reply Filed</u>:         None to date.

<u>Additional Document(s)</u>:    None to date.

**<u>Status</u>:**    This matter is going forward.

Dated:  November 17, 2009
        New York, New York

                            /s/ Joseph H. Smolinsky
                            Harvey R. Miller
                            Stephen Karotkin
                            Joseph H. Smolinsky

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Debtors
                            and Debtors in Possession