KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Adam C. Rogoff
Amy D. Caton
1177 Avenue of the Americas
New York, New York 10036
(212) 715-3275

*Counsel for the Official Committee of Unsecured*
*Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | |
| MOTORS LIQUIDATION COMPANY., et al. ) | Chapter 11 |
| (f/k/a General Motors Corp., et al.) ) | |
| ) | Case No. 09-50026 (REG) |
| Debtors. ) | Jointly Administered |
| ) | |

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

## AFFIDAVIT OF SERVICE

I, Rebecca Blake Chaikin, being duly sworn say:

1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

2. On November 16, 2009, I caused a true and correct copy of the **Objection of The Official Committee of Unsecured Creditors to The Motion of Certain Noteholders For an Order to Provide That No Proofs of Claim Need Be Filed Related to Certain Guarantee Claims Against Motors Liquidation Company or, In The Alternative, Deeming The Motion a Proof of Claim as to Such a Claim**, dated November 16, 2009 [Docket No. 4452], in the above-captioned matter to be served by Federal Express upon the addresses set forth in the attached **Service List A**.

1

                                            /s/ Rebecca Chaikin  
                                            Rebecca Blake Chaikin

Sworn to before me this  
17th day of November, 2009

/s/ Michael Makinde                       Michael Makinde  
Michael Makinde                         Notary Public, State of New York  
Notary Public                               No. 1MA6192562  
                                                  Qualified in New York County  
                                                    Commission Expires September 2, 2012

**Service List A**

Diana G. Adams, Esq.
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, NY  10004
(212) 510-0500

Stephen Karotkin, Esq.
Joseph Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310 8350

Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
Allen G. Kadish, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200 (Tel)