**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
MOTORS LIQUIDATION COMPANY, et al.,                            :   09-50026 (REG)
      f/k/a General Motors Corp., et al.                       :
                                                               :
                        Debtors.                               :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x
                                                               :
                                                               :
KELLY CASTILLO, NICHOLE BROWN,                                 :   Adv. Proc. No.  09-00509
BRENDA ALEXIS DIGIANDOMENICO,                                  :
VALERIE EVANS, BARBARA ALLEN,                                  :
STANLEY OZAROWSKI, AND DONNA                                   :
SANTI, Individually and on Behalf of all others                :
similarly situated,                                            :
                        Plaintiffs,                            :
                        v.                                     :
                                                               :
General Motors Company, f/k/a New General                      :
Motors Company, Inc.,                                          :
                        Defendants.                            :
---------------------------------------------------------------x
```

**AMENDED NOTICE OF AGENDA OF MATTERS
<u>SCHEDULED FOR HEARING ON NOVEMBER 18, 2009 at 2:00 p.m.</u>**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

*[Intentionally Left Blank]*

US_ACTIVE:\43227771\03\72240.0639

**I.    ADVERSARY MATTERS:**

1.    Motion for Temporary Restraining Order filed by Plaintiffs **[Docket No. 2]**

   Response Deadline:    N/A

   Response Filed:

   A.    **Opposition of Defendant General Motors LLC to Plaintiffs Motion for Temporary Restraining Order [Docket No. 7]**

   Reply Filed:    None to date.

   Additional Document(s):    None to date.

   **Status:**    This matter is going forward.

Dated:  November 17, 2009
         New York, New York

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession