WHITE AND WILLIAMS, LLP
One Penn Plaza, Suite 4110
New York, NY 10119
Telephone: (212) 631-4421
Karel S. Karpe, Esq.
And
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq., (Calif. Bar No. 130720)
Kenneth T. Law, Esq., (Calif. Bar No. 111779)

*Attorneys for Flextronics International Ltd., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY** *et al., f/k/a* **General Motors Corp.,** *et al.,* | Case No. 09-50026(REG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE OF**
**RESPONSE OF FLEXTRONICS INTERNATIONAL, LTD. ET. AL. TO**
**DEBTORS' OBJECTION TO SECTION 509(B)(9) CLAIM**

I, Karel S. Karpe, hereby certify that on this 18th day of November, 2009, I caused the Response of Flextronics International, Ltd. et. al. to Debtors' Objection To Section 509(B)(9) Claim to be served on the following parties, via ECF and by regular mail:

**By ECF and Regular Mail**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph Smolinsky, Esq. and Nathan Pierce, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esq. and Thomas Moers Mayer, Esq.

1

5827685v.1

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Dated: New York, New York
November 18, 2009

                                                         By:    /s/Karel S. Karpe
                                                                 Karel S. Karpe

5827685v.1