**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** ) ) | **Chapter 11** |
| ) | **Case No. 09-50026 (REG)** |
| **GENERAL MOTORS CORP.,** *et al.,* ) ) | **Hon. Robert E. Gerber** |
| **Debtors.** ) ) | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE RE:**
**RESPONSE OF NIDEC MOTORS & ACTUATORS TO DEBTORS'**
**OBJECTION TO CERTAIN 503(b)(9) CLAIMS UNDER THE ORDER**
**PURSUANT TO 11 U.S.C. §§ 105(a) AND 503(b)(9) ESTABLISHING**
**PROCEDURES FOR THE ASSERTION, RESOLUTION AND**
**SATISFACTION OF CLAIMS ASSERTED PURSUANT TO 11 U.S.C. § 503(b)(9)**

  I hereby certify that on November 18, 2009, a copy of the Response of Nidec Motors & Actuators to Debtors' Objection to Certain 503(b)(9) Claims under the order pursuant to 11 U.S.C. §§ 105(a) and 503(b)(9) Establishing Procedures for the Assertion, Resolution and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York and to the following parties by first class mail:

Attn:  Ted Stenger
Motors Liquidation Company
f/k/a General Motors Corporation
300 Renaissance Center
Detroit, MI  48265

Attn:  Lawrence S. Buonomo, Esq.
General Motors Corporation
300 Renaissance Center
Detroit, MI  48265

Attn:  John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281

Attn:  Matthew Feldman, Esq.
U.S. Dept of Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220

Attn:  Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY  10019

Attn:  Kenneth H. Eckstein, Esq.
   Thomas Moers Mayer, Esq.
   Adam C. Rogoff, Esq.
Kramer Levin Naftalis & Frankel, LLP
11771 Avenue of the Americas
New York, NY  10036

Attn: Dianne G. Adams, Esq.  
Office of the U.S. Trustee  
33 Whitehall Street, 21st Floor  
New York, NY  10004

Attn: David S. Jones, Esq.  
      Matthew L. Schwartz, Esq.  
U.S. Attorney's Office, S.D.N.Y.  
86 Chambers Street, Third Floor  
New York, NY  10007

Respectfully submitted,

ERMAN, TEICHER, MILLER,  
 ZUCKER & FREEDMAN, P.C.  
Attorneys for Nidec Motors & Actuators

By:   /s/ David M. Eisenberg  
      David M. Eisenberg (P68678)  
      400 Galleria Officentre, Ste. 444  
      Southfield, MI  48034  
      Tel:    248/827-4100  
      Fax:   248/827-4106  
      deisenberg@ermantericher.com

DATED:     November 18, 2009

F:\CHAP11\GENERAL MOTORS\Nidec Motors\cert of service of resp to motion.doc