UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
MOTORS LIQUIDATION COMPANY, *et al.*, : 09-50026 (REG)
    f/k/a General Motors Corp., *et al.* :
: 
          Debtors. : (Jointly Administered)
: 
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTER
SCHEDULED FOR HEARING ON NOVEMBER 20, 2009 at 9:45 a.m.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.     CONTESTED MATTER:**

    1.    Motion of Certain Noteholders for an Order Modifying the Bar Date Order to Provide that No Proofs of Claim Need be Filed Related to Certain Guarantee Claims Against Motors Liquidation Company or, in the Alternative, Deeming this Motion a Proof of Claim as to Such Claims, and for Related Relief **[Docket No. 4412]**

        Response Deadline:           November 17, 2009 at 4:00 p.m.

        Response Filed:

           A.    Objection of the Official Committee of Unsecured Creditors to the Motion of Certain Noteholders for an Order to Provide that No Proofs of Claim Need be Filed Related to Certain Guarantee Claims Against Motors Liquidation Company or, in the Alternative, Deeming the Motion a Proof Claim as to Such Claim **[Docket No. 4452]**

           B.    Reply of Debtors to Motion of Certain Noteholders for an Order Modifying the Bar Date Order to Provide that No Proofs of Claim Need be Filed Related to Certain Guarantee Claims Against Motors Liquidation Company or, in the Alternative, Deeming this

        Motion a Proof of Claim as to Such Claims, and for Related Relief
**[Docket No. 4462]**

| | |
|---|---|
| <u>Reply Filed</u>: | None to date. |
| <u>Additional Document(s)</u>: | None to date. |
| **<u>Status:</u>** | This matter will be going forward. |

Dated: November 18, 2009
      New York, New York

                                                <u>/s/ Stephen Karotkin</u>
                                                Harvey R. Miller
                                                Stephen Karotkin
                                                Joseph H. Smolinsky

                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                Attorneys for Debtors
                                                and Debtors in Possession