# Exhibit B

## GM Invoices Not Paid

| Pre-Bankruptcy | | | Post-Bankruptcy | | |
|---|---|---|---|---|---|
| **Inv #** | **Date** | **Amount** | **Inv #** | **Date** | **Amount** |
| 1494360 | 5/14/2009 | $2,959.20 | 1502355 | 6/5/2009 | $268.18 |
| 1495287 | 5/18/2009 | $268.18 | 1510925 | 6/30/2009 | $536.36 |
| 1495424 | 5/18/2009 | $493.20 | 1511808 | 7/2/2009 | $536.36 |
| 1499912 | 5/29/2009 | $268.18 | 1513464 | 7/9/2009 | $268.18 |
| | | | 1534102 | 9/4/2009 | $246.60 |
| | | **$3,988.76** | 1534103 | 9/4/2009 | $268.18 |
| | | | 1535602 | 9/10/2009 | $246.60 |
| | | | 1535604 | 9/10/2009 | $536.36 |
| | | | 1538357 | 9/18/2009 | $268.18 |
| | | | 1538373 | 9/18/2009 | $246.60 |
| | | | 1538375 | 9/18/2009 | $804.53 |
| | | | 1541014 | 9/25/2009 | $804.53 |
| | | | 1541015 | 9/25/2009 | $246.60 |
| | | | | | **$5,277.26** |

**Invoices dated within the last 20 days prior to the filing (June 1, 2009) = $5,630.90**

| Inv # | Date | Amount | | |
|---|---|---|---|---|
| 1494360 | 5/14/2009 | $2,959.20 | | |
| 1495287 | 5/18/2009 | $268.18 | **Still unpaid** | Adjusted Admin claim |
| 1495424 | 5/18/2009 | $493.20 | | |
| 1499912 | 5/29/2009 | $268.18 | | |
| | | $3,988.76 | | |
| | | | | |
| 1495425 | 5/18/2009 | $162.54 | **Paid** | |
| 1499913 | 5/29/2009 | $1,479.60 | | |
| | | $1,642.14 | | |
| | | | | |
| | | **$5,630.90** | **Total Claim** | |