**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., ) | |
| f/k/a/ GENERAL MOTORS CORP., et al., ) | Case No. 09-50026 (REG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Re: Docket No. 4312 |
| ) | |

**CERTIFICATE OF SERVICE**

I, Theodore A. Kittila, certify that I caused one true and correct copy of the Response Of 3M Purification Inc. (F/K/A CUNO Incorporated) to Debtors' Objection to Certain 503(b)(9) Claims Under the Order Pursuant to 11 U.S.C. §§ 105(a) and 503(b)(9) Establishing Procedures for the Assertion, Resolution and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) to be sent on November 18, 2009 in the manner indicated below:

**Via Overnight Mail**

The Garden City Group, Inc.
GM Claims Agent
P.O. Box 9386
Dublin, OH 43017-4286
Attn: Craig Johnson

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attorney for Debtor

Dated: November 18, 2009        **ELLIOTT GREENLEAF**
Wilmington, Delaware
                                _T.A. Kittila TK-6715_
                                Theodore A. Kittila (TK-6715)
                                1105 North Market Street, Suite 1700
                                Wilmington, Delaware 19801
                                Telephone: (302) 384-9400
                                Facsimile: (302) 384-9399
                                Email: tak@elliottgreenleaf.com