UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                                      :
                                                                                :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,       :
    f/k/a General Motors Corp., *et al.*                :    09-50026 (REG)
                                                                                :
        Debtors.                              :    (Jointly Administered)
                                                                                :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                             ) ss
COUNTY OF SUFFOLK   )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On November 12, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (parties affected by the Order):

- Stipulation to Adjourn (I) Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors [Dkt. # 3212]; (II) Debtors' Motion to Assume and Assign Certain Unexpired Leases of Equipment and Related Executory Contracts [Dkt. # 4331]; (III) Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Equipment [Dkt. # 4328]; and (IV) Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors [Dkt. # 4324]. [**Docket No. 4431**].

3. On November 12, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on Nancy Grim, 437 East Main Street, Kent, OH 44240 (counsel for Richard and Jeanette Turk):

- Stipulation and Agreed Order Resolving Motion Pursuant to 11 U.S.C. § 362(d) to Modify the Automatic Stay Imposed by 11 U.S.C. § 362(a) Filed by Richard Turk and Jeanette Turk [Docket 4229] [**Docket No. 4432**].

Dated: November 18, 2009
       Melville, New York

          /s/Kimberly Gargan
          Kimberly Gargan

Sworn to before me this 18th day of November, 2009

/s/Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012

# EXHIBIT A

| | |
|---|---|
| BODMAN LLP<br>ATTN: ROBERT J. DIEHL, JR.<br>1901 ST. ANTOINE STREET<br>6TH FLOOR AT FORD FIELD<br>DETROIT, MI 48226 | COMERICA LEASING CORPORATION<br>29201 TELEGRAPH ROAD, 2ND FLOOR<br>SOUTHFIELD, MI 48034-1392 |
| DRINKER BIDDLE & REATH LLP<br>ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY<br>ATT: KRISTEN K. GOING, ESQ.<br>1500 K STREET, N.W.<br>WASHINGTON, DC 20005 | DRINKER BIDDLE & REATH LLP<br>STEPHANIE WICKOUSKI<br>KRISTIN K. GOING<br>140 BROADWAY, 39TH FLOOR<br>NEW YORK, NY 10005 |
| EDWARDS ANGELL PALMER & DODGE LLP<br>ATTY FOR U.S. BANK NAT'L ASSOC. AND U.S. BANK TRUST NAT'L ASSOC.<br>ATT: RICH HIERSTEINER, J. DARCEY, A. ZUCCARELLO, J. GROVES, C. BODELL & J. WHITLOCK<br>111 HUNTINGTON AVENUE<br>BOSTON, MA 02199-7613 | EMMET, MARVIN & MARTIN, LLP<br>ATTORNEY FOR THE BANK OF NEW YORK MELLON<br>ATTENTION: EDWARD P. ZUJKOWSKI, TYLER KANDEL<br>120 BROADWAY<br>NEW YORK, NY 10271 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>120 LONG RIDGE ROAD<br>3RD FLOOR<br>STAMFORD, CT 06927-4900 | GENERAL FOODS CREDIT CORPORATION<br>225 HIGH RIDGE ROAD, SUITE 400<br>STAMFORD, CT 06902 |
| GENERAL FOODS CREDIT INVESTORS NO. 2 CORPORATION<br>C/O PHILLIP MORRIS CAPITAL CORPORATION<br>225 HIGH RIDGE ROAD, SUITE 300 WEST<br>STAMFORD, CT 06905 | GENERAL FOODS CREDIT INVESTORS NO. 3 CORP.<br>C/O PHILIP MORRIS CAPITAL CORPORATION<br>225 HIGH RIDGE ROAD, SUTIE 300 WEST<br>STAMFORD, CT 06905 |
| HNB INVESTMENT CORP<br>C/O PHILIP MORRIS CAPITAL CORPORATION<br>225 HIGH RIDGE ROAD, SUITE 300 WEST<br>STAMFORD, CT 06905 | KAYE SCHOLER LLP<br>ATTN: STEWART B. HERMAN<br>425 PARK AVENUE<br>NEW YORK, NY 10022 |
| KAYE SCHOLER LLP<br>RICHARD G. SMOLEV<br>311 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | KAYE SCHOLER LLP<br>RICHARD G. SMOLEV<br>425 PARK AVENUE<br>NEW YORK, NY 10022-3598 |
| LATHAM & WATKINS LLP<br>DOUGLAS BACON<br>SEARS TOWER, SUITE 5800<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | LATHAM & WATKINS LLP<br>GENERAL ELECTRIC CAPITAL CORP, GELCO CORP, & AVN AIR, LLC<br>ATTN:  DOUGLAS BACON & ZACHARY A. JUDD<br>233 S. WACKER DR., SUITE 5800<br>CHICAGO, IL 60606 |
| LATHAM & WATKINS LLP<br>GEORGE ROYLE<br>885 THIRD AVENUE<br>NEW YORK, NY 10022 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATT: MATTHEW S. BARR, TYSON M. LOMAZOW & SAMUEL A. KHALIL, ESQ.<br>ATTY FOR: MANUFACTURERS AND TRADERS TRUST COMPANY<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>MATTHEW S. BARR, TYSON M. LOMAZOW, SAMUEL KHALIL<br>ONE CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | OTTERBOURG STEINDLER HOUSTON & ROSEN PC<br>ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL, ESQ.<br>230 PARK AVENUE<br>NEW YORK, NY 10169-0075 |

| | |
|---|---|
| STATE STREET BANK & TRUST COMPANY OF CONNECTICUT<br>AS OWNER TRUSTEE<br>225 ASYLUM STREET<br>23RD FLOOR<br>HARTFORD, CT 06103 | STATE STREET BANK AND TRUST COMPANY OF<br>CONNECTICUT, NATIONAL ASSOCIATION<br>225 ASYLUM STREET, 23RD FLOOR<br>HARTFORD, CT 06103 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.<br>ATTN: MARTIN N. FEIG, VICE PRESIDENT<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 | U.S. BANK TRUST NATIONAL ASSOCIATION<br>AS OWNER TRUSTEE OF THE GM 2000A-2 OWNER TRUST<br>225 ASYLUM STREET<br>23RD FLOOR<br>ATTN: DEBORAH IBRAHIM<br>HARTFORD, CT 06103 |
| U.S. BANK TRUST NATIONAL ASSOCIATION<br>ATTN: DEBORAH IBRAHIM<br>225 ASYLUM STREET, 23RD FLOOR<br>HARTFORD, CT 06103-2819 | WACHOVIA FINANCIAL SERVICES, INC.<br>ATTN: ROBERT N. CRUMRINE, JR., DIRECTOR<br>301 SOUTH COLLEGE STREET<br>CHARLOTTE, NC 28202 |
| WELLS FARGO BANK NORTHWEST NATIONAL ASSOCIATION<br>79 SOUTH MAIN STREET 3RD FLOOR<br>SALT LAKE CITY, UT 84111 | WELLS FARGO BANK NORTHWEST, N.A. AS INDENTURE TRUSTEE<br>ATTN: SCOTT ROSEVEAR<br>79 SOUTH MAIN STREET<br>3RD FLOOR<br>SALT LAKE CITY, UT 84111 |
| WILMINGTON TRUST COMPANY,<br>AS INDENTURE TRUSTEE (GM 2000A-1)<br>ATTN: TIRA L. JOHNSON, CCTS<br>1100 NORTH MARKET STREET<br>RODNEY SQUARE NORTH<br>WILMINGTON, DE 19890 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE (GM 2000A<br>ATTN: TIRA L. JOHNSON, CCTS<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-1605 |