UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                           :
                                                                                    :    **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :
    f/k/a General Motors Corp., *et al.*              :    **09-50026 (REG)**
                                                                                    :
                                        Debtors.                     :    (Jointly Administered)
                                                                                    :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                              ) ss
COUNTY OF SUFFOLK   )

I, Kimberly Gargan, being duly sworn, depose and state:

1.    I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On November 13, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Allen & Overy LLP, Attn: Daniel Guyder, 1221 Avenue of the Americas, New York, NY 10020 (counsel to Associazione Bancaria Italiana) :

- Stipulation and Order Between the Debtors and the Italian Banking Association in the Name and on Behalf of the Italian Banks Providing for Limited Modification to the Bar Date Order [Docket No. 4439].

3.    On November 13, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on White & Case LLP, Attn: Abraham Zylbeberg, 1155 Avenue of the Americas, New York, NY 10036 (counsel to Intesa SanPaolo S.P.A.):

- Stipulation and Order Between the Debtors and Intesa SanPaolo S.P.A. Providing for Limited Modification to the Bar Date Order [Docket No. 4440].

Dated: November 18, 2009
      Melville, New York

/s/Kimberly Gargan
Kimberly Gargan

Sworn to before me this 18th day of November, 2009

/s/Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012