Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                       :    Chapter 11 Case No.
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*    :
                                                            :
                     Debtors.               :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

**STIPULATION TO ADJOURN NINTH OMNIBUS**
**MOTION PURSUANT TO 11 U.S.C. §365 TO REJECT**
**CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF**
<u>**NONRESIDENTIAL REAL PROPERTY AS TO MTECH ASSOCIATES LLC ONLY**</u>

On November 12, 2009, Motors Liquidation Company (f/k/a General Motors Corporation) (the "**Debtors**") filed their "Ninth Omnibus Motion Pursuant to 11 U.S.C. §365 to Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property" [Docket 4437] (the "**Rejection Motion**"). The Rejection Motion seeks, among other things, to reject a nonresidential real property lease (the "**MTech Lease**") with MTech Associates LLC ("**MTech**"), effective as of October 31, 2009.

The Debtors and MTech Associates LLC, (together, the Debtors and MTech, the **"Parties"**), by their undersigned counsel, have agreed to adjourn the hearing to consider the

Rejection Motion with respect to the MTech Lease, subject to the terms and conditions set forth below:

1. The hearing to consider the Rejection Motion with respect to the MTech Lease shall be adjourned until a future date mutually agreed upon by the Parties.

2. MTech shall have until December 1, 2009 to file an Objection to the Rejection Motion.

3. The adjournment is without prejudice to the relief sought by the Debtors in the Rejection Motion, including their proposed rejection date of the MTech Lease. If the Court grants the Debtors' requested relief to reject the MTech Lease at a future hearing date, the adjournment agreed to in this Stipulation shall not be used to prejudice the Debtors' position that the effective rejection date shall be retroactive to the October 31, 2009 rejection date sought in the Rejection Motion.

*[Intentionally Left Blank]*

4.      The adjournment is without prejudice to any defenses MTech may have to the Rejection Motion.

Dated: November 19, 2009
       New York, New York

STIPULATED AND AGREED:

/s/ Joseph H. Smolinsky
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for the Debtors
and Debtors in Possession


/s/ Kathleen H. Klaus
Kathleen H. Klaus, Esq.
Harvey R. Heller, Esq.

MADDIN HAUSER WARTELL ROTH & HELLER P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI  48034
Telephone: (248) 359-7520
Facsimile: (248) 359-7560

Attorneys for Creditor MTech Associates LLC