**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                       :

**In re**                               :       **Chapter 11 Case No.**
                                         :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :      **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*  :
                                         :

                        **Debtors.**      :       **(Jointly Administered)**
                                         :
-------------------------------------------------------------x

## AMENDED NOTICE OF AGENDA OF MATTER
## SCHEDULED FOR HEARING ON NOVEMBER 20, 2009 at 9:45 a.m.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.**    **CONTESTED MATTER:**

    1.    Motion of Certain Noteholders for an Order Modifying the Bar Date Order to Provide that No Proofs of Claim Need be Filed Related to Certain Guarantee Claims Against Motors Liquidation Company or, in the Alternative, Deeming this Motion a Proof of Claim as to Such Claims, and for Related Relief **[Docket No. 4412]**

        Response Deadline:        November 17, 2009 at 4:00 p.m.

        Response Filed:

            A.    Objection of the Official Committee of Unsecured Creditors to the Motion of Certain Noteholders for an Order to Provide that No Proofs of Claim Need be Filed Related to Certain Guarantee Claims Against Motors Liquidation Company or, in the Alternative, Deeming the Motion a Proof Claim as to Such Claim **[Docket No. 4452]**

            B.    Reply of Debtors to Motion of Certain Noteholders for an Order Modifying the Bar Date Order to Provide that No Proofs of Claim Need be Filed Related to Certain Guarantee Claims Against Motors Liquidation Company or, in the Alternative, Deeming this

Motion a Proof of Claim as to Such Claims, and for Related Relief **[Docket No. 4462]**

Reply Filed:

**C.**    **Response of Certain Noteholders (i) to (a) Reply of Debtors, and (b) Objection of the Official Committee of Unsecured Creditors, and (ii) in Support of Motion of Certain Noteholders for an Order Modifying the Bar Date Order to Provide that no Proofs of Claim be filed Related to Certain Guarantee Claims Against Motors Liquidation Company or, in the Alternative, Deeming this Motion a Proof of Claim as to such Claims, and for Related Relief [Docket No. 4484]**

Additional Document(s):    None to date.

**Status:**    This matter will be going forward.

Dated: November 19, 2009
       New York, New York

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession