EXHIBIT E

TENANT EXCLUSIVE PARKING
(NON-EXCLUSIVE LOT SPACES SHOWN)



Exhibit F

## *Active Participants For Quarter Ending    9/30/2005*

*New participants were added on   7/1/2005*

| Merc Acct | Name |
|-----------|------|
| 6050000107 | National Football League Players Association Defined Benefit Plan |
| 6053000496 | Bricklayers and Trowel Trades International Pension Fund |
| 6053000502 | AFL-CIO Staff Retirement Plan |
| 6053000511 | Laborers International Union of North America Staff Pension Plan |
| 6053000520 | Bridge and Iron Workers Staff Retirement Plan |
| 6053000539 | Service Employees International Union Master Pension Trust |
| 6053000548 | I.B.E.W. District Ten N. E. C. A. Individual Equity Retirement Plan |
| 6053000557 | Plumbers and Pipefitters National Pension Fund |
| 6053000566 | Stationary Engineers Local No. 39 Pension Plan |
| 6053000575 | Eighth District Electrical Pension Fund |
| 6053000584 | Upper Peninsula Plumbers and Pipefitters Pension Fund |
| 6053000593 | National Roofing Industry Pension Fund |
| 6053000600 | IBEW Local 673 Pension Fund |
| 6053000619 | Bricklayers Local Union #19 of Indiana Retirement Plan |
| 6053000828 | Electrical Workers Union Local No. 591 Retirement Trust |
| 6053000637 | National Automatic Sprinkler Industry Pension Fund |
| 6053001832 | Iron Worker Local Number 498 Pension Plan |
| 6053001841 | Omaha Construction Industry Pension Plan |
| 6053001896 | Asbestos Workers Local No. 23 Pension Fund |
| 6053001903 | Will County Local 174 Carpenters Supplemental Pension Plan |
| 6053252311 | Bakery and Confectionery Union and Industry International Pension Fund |
| 6053252320 | UFCW International Union Pension Plan for Employees |
| 6053252339 | International Association Of Full-Time Salaried Officers and Employees of Outside Lo |
| 6053252348 | Central Pension Fund of the International Union of Operating Engineers and Participat |
| 6053252357 | Ohio Local No. 1 Operating Plasterers and Cement Masons Pension Fund and Plan |
| 6053252375 | Indiana State Council of Carpenters Pension Fund |
| 6053252384 | California Public Employees Retirement System |
| 6053330040 | Roofers Union Local 33 Pension Fund |

| Merc Acct | Name |
|---|---|
| 6053330059 | Sheet Metal Workers' Pension Fund of Local Union #19 |
| 6053330068 | Pension Hospitalization Benefit Plan of the Electrical Industry - Pension Trust Fund |
| 6053330166 | NECA-IBEW Local 176 Pension Fund |
| 6053330228 | NECA-IBEW Pension Trust Fund |
| 6053333234 | Carpenters Pension Fund of Illinois |
| 6053333314 | IBEW Local #380 Pension Plan |
| 6053333458 | Plumbers Local #8 Pension Plan |
| 6053333467 | Cascade Pension Trust Fund |
| 6053333573 | International Brotherhood of Painters and Allied Trades Union & Industry Pension Fun |
| 6053333699 | Local 68 Engineers Annuity Fund |
| 6053333715 | Electrical Workers Pension Fund, Local 103, IBEW |
| 6053333939 | Pacific Coast Roofers Pension Plan |
| 6053334377 | Carpenters Local #496 Pension Trust Fund |
| 6053334938 | Operating Engineers Construction Industry and Miscellaneous Pension Fund |
| 6053335018 | San Francisco Culinary, Bartenders & Service Employees Pension Fund |
| 6053335189 | Puget Sound Electrical Workers Pension Trust |
| 6053336071 | Painters & Allied Trades District Council #35 Pension Fund |
| 6053336160 | Tile, Terrazzo & Marble Industry Pension Trust Fund |
| 6053336231 | Rodman Local Union 201 Pension Fund |
| 6053336286 | Operating Engineers Pension Trust |
| 6053336295 | Minneapolis Painting Industry Pension Plan |
| 6053336482 | Cement Masons Locals 886 & 404 Pension Fund |
| 6053336491 | Carpenters' Pension Trust Fund of St. Louis |
| 6053337034 | Kansas Construction Trades Open End Pension Trust Fund |
| 6053337310 | Twin City Carpenters & Joiners Pension Fund |
| 6053337329 | Hawaii Laborers Pension Trust Fund |
| 6053337560 | CWA-ITU Negotiated Pension Plan |
| 6053338113 | HEREIU Pension Fund |
| 6053339292 | Southwest Ohio District Council of Carpenters - Dayton - Pension Plan |
| 6053339540 | San Diego Hotel and Restaurant Employees Pension Fund |

| Merc Acct | Name |
|---|---|
| 6053339559 | IBEW #481 Money Purchase Pension Plan & Trust |
| 6053339942 | Roofers' Pension Plan (United Union of Roofers, Waterproofers & Allied Workers  Loc |
| 6053339951 | IUE AFL-CIO Pension Fund |
| 6053340282 | Southern Nevada Culinary & Bartenders Pension Trust |
| 6053340271 | Plumbers' Pension Fund, Local 130, U.A. |
| 6053340299 | New York City District Council of Carpenters Pension Fund |
| 6053340306 | Local 705 IBT Pension Trust Fund |
| 6053340725 | Sheet Metal Workers' Local Union No.100 Washington DC Area Pension Fund |
| 6053340743 | Local 68 IUOE Pension Fund |
| 6053340752 | NECA-IBEW Local 364 Defined Contribution Pension Fund |
| 6053341029 | Bricklayers Local 21 Pension Fund |
| 6053341038 | Laborers' Pension Fund |
| 6053341047 | Pension Fund of Bricklayers and Allied Crafts, Local No. 74 of DuPage County, Illinois |
| 6053341074 | United Mine Workers of America, International Pension Trust |
| 6053341564 | IBEW Local Union No. 99 Retirement Plan |
| 6053341591 | IBEW Local Union No. 99 Annuity Plan |
| 6053341733 | Annuity Plan of the Electrical Industry |
| 6053341742 | Maryland Electrical Industry Pension Fund |
| 6053341902 | Milwaukee Drivers Pension Trust Fund |
| 6053342073 | Atlanta Plumbers and Steamfitters Pension Fund |
| 6053342091 | Carpenters Labor Management Pension Fund |
| 6053342652 | West Michigan Plumbers, Fitters and Service Trades Local Union No. 174 Pension Pl |
| 6053342974 | IBEW Local #141 Pension Fund |
| 6053342983 | Motion Picture Industry Individual Account Plan |
| 6053342992 | Twin City Pipe Trades Pension Trust |
| 6053343198 | Jacksonville Plumbers and Pipefitters Pension Fund |
| 6053343214 | IBEW Local 117 Pension Fund |
| 6053343429 | Electrical Workers Local No. 292 Annuity Plan |
| 6053343642 | Bricklayers Union Local No. 6 of Indiana Pension Fund |
| 6053343660 | IBEW Local 43 and Electrical Contractors Pension Fund |

| Merc Acct | Name |
|---|---|
| 6053343679 | Iron Workers' Mid-America Pension Fund |
| 6053343759 | Laborers' District Council, Pension and Disability Trust Fund No. 3 |
| 6053344035 | International Foundation of Employee Benefit Plans Pension Plan for Hourly Employe |
| 6053344044 | International Foundation of Employee Benefit Plans Pension Plan for Salaried Employ |
| 6053344339 | IBEW Local 131 Pension Plan |
| 6053344357 | Kalamazoo County Sheriff's Deputies Association Money Purchase Pension Plan |
| 6053344446 | Operating Engineers Local 57 Pension Fund |
| 6053344455 | UNITE Staff Retirement Plan |
| 6053344464 | Hotel and Restaurant Employees Local 25 and Hotel Association of Washington, D.C. |
| 6053344473 | Municipal Employees' Annuity & Benefit Fund of Chicago |
| 6053344561 | Laborers' District Council Construction Industry Pension Fund |
| 6053344570 | Fox Valley & Vicinity Laborers Pension Fund |
| 6053344589 | Worcester Plumbers and Pipefitters Local Union #4 |
| 6053344598 | Rhode Island Carpenters Pension Fund |
| 6053344712 | Ironworkers District Council of New England Pension Fund |
| 6053344847 | BAC Local No. 4 Pension Fund |
| 6053344856 | Electrical Workers Local No. 292 Pension Plan |
| 6053344874 | Construction Workers Pension Trust Fund - Lake County & Vicinity |
| 6053344883 | Twin City Bricklayers Pension Fund |
| 6053344892 | Chicago Painters & Decorators Pension Fund |
| 6053344909 | Massachusetts Service Employees Pension Fund |
| 6053344963 | Southern Electrical Retirement Fund |
| 6053345007 | Motion Picture Laboratory Technicians and Film Editors Local 780 IATSE Pension Fu |
| 6053345016 | Toledo Roofers Local No. 134 Pension Plan |
| 6053345025 | IBEW Local Union #226 Open End Pension Trust Fund |
| 6053345061 | Plumbers & Steamfitters Local 43 Pension Fund Trust |
| 6053345114 | Teamsters Local 469 Pension Fund |
| 6053345169 | Painters District Council #2 Pension Trust |
| 6053345187 | Plasterers' & Cement Masons' Local 40 Pension Fund |
| 6053345196 | IUOE Local 825 Pension Fund |

| Merc Acct | Name |
|---|---|
| 6053345203 | International Longshoremen's Association (AFL-CIO) Employers Pension Fund, SE FI |
| 6053345212 | Rockford Area Dairy Industry, Local 754 IBT Retirement Pension Plan |
| 6053345221 | Centennial State Carpenters' Pension Trust Fund |
| 6053345347 | Northern Illinois Pension Fund |
| 6053345374 | LIUNA Local Union and District Council Pension Fund |
| 6053345383 | LIUNA National (Industrial) Pension Fund |
| 6053345409 | Cement Masons Union Local No. 502 Pension Fund |
| 6053345436 | Bi-State Development Agency / Division 788 Amalgamated Transit Union Master Trus |
| 6053345445 | IBEW Local No. 38 Pension Fund |
| 6053345454 | Deferred Salary Plan of the Electrical Industry |
| 6053345481 | Tile, Terrazzo & Marble Defined Contribution Pension Plan |
| 6053345490 | IUPAT Industry Annuity Plan |
| 6053345917 | Carolinas Electrical Workers Retirement Fund |
| 6053345926 | CSX Hotels, Inc. Pension Plan for Union Employees |
| 6053345935 | Local 138 IUOE Annuity Fund |
| 6053345944 | Glaziers Local No. 27 Pension Fund |
| 6053346088 | SEIU Local No. 4 Pension Fund |
| 6053346097 | Truck Drivers & Helpers Local Union No. 355 Retirement Pension Plan |
| 6053346104 | IBEW Local 508/Eastern Division, Georgia Chapter NECA Pension Fund |
| 6053346113 | Sheet Metal Workers Local 36 Pension Fund |
| 6053346122 | International Brotherhood of Firemen and Oilers National Pension Fund |
| 6053346266 | Waterfront Employers - ILA Pension Fund |
| 6053346275 | Plumbers and Steamfitters Local 102 Pension Fund |
| 6053346284 | Automotive Machinists Pension Trust |
| 6053346293 | New Jersey Education Association Employees Retirement Plan |
| 6053346300 | UA Locals 63/353 Joint Pension Trust Fund |
| 6053346603 | Nursing Home and Healthcare Employees of Philadelphia and Vicinity Pension Plan |
| 6053346612 | Greenville Plumbers and Pipefitters Pension Fund |
| 6053346630 | IUPAT General Officers, Staff and Employees Retirement & Pension Trust Fund |
| 6053346649 | Detroit Free Press Inc. Newspaper Guild of Detroit Pension Plan |

| Merc Acct | Name |
|---|---|
| 6053346658 | Plumbers & Pipefitters Local No. 333 Pension Fund |
| 6053346667 | Carpenter's Pension Fund of Northern California |
| 6053346676 | Carpenter's Annuity Trust Fund of Northern California |
| 6053346685 | International Brotherhood of Firemen & Oilers, Local No. 7 Pension Trust Fund |
| 6053346694 | Central Laborers' Annuity Fund |
| 6053346701 | Alaska Hotel & Restaurant Employees Pension Trust |
| 6053346881 | Building Trades United Pension Trust Fund - Milwaukee & Vicinity |
| 6053346890 | Teamsters Local Union No. 727 Pension Fund |
| 6053346907 | Plumbers And Steamfitters Local #118 Kenosha Unit Pension Plan |
| 6053346916 | GCIU Benevolent Trust Fund |
| 6053346925 | IBEW Local Union 1579 Pension Plan |

*Total Number of Active Participants        159*

**SCHEDULE I**

**(Base Building Improvements)**

1.    Landlord shall place all electrical, mechanical, HVAC, lighting and plumbing systems in good working order.

2.    Landlord shall add an additional layer of drywall/insulation/sound batting around the production area of the adjacent tenant Pretium Packaging.  Landlord and Tenant will mutually agree upon the design specifications and method of construction to be used.

**SCHEDULE 2**

**(Tenant Improvements)**

**Schedule 2**
**General Motors Service & Parts Operations**
**General Facility Specifications**
**Fountain Lakes II Facility, St. Charles, MO**
Revision date:  September 8, 2005

**Division 1        General**

1. All construction must comply with all Federal, State and Local building code requirements, environmental laws, OSHA regulations, American with Disabilities Act (ADA) and all other affiliated codes.

2. Overall facility design for 20 employees (15 men, 5 women)

3. Provide single floor office in southeast corner of facility with layout as identified in drawing 9-7-05 of approximately 4,500 s.f.

4. Provide single floor restroom in warehouse with identified floorplan as identified on drawing 9-7-05.  Restroom shall have separate men's and women's facilities with ventilation.

5. Provide two drinking fountains (one ADA accessible) adjacent to restrooms in front office in NE corner of facility.

6. Provide two drinking fountains (one ADA accessible) adjacent to restrooms in warehouse located on drawing 9-7-05.

7. Add new painted metal guardrails at existing drive in ramps.

8. Install a canvas awning with aluminum frame at the main entry door.  Approximately 3' x 8' supported on concrete panels.

7. The G.C. shall provide complete final cleanup of all materials and surfaces at project completion as well as jobsite cleanup on a daily basis.

8. Final clean up from construction shall be completed prior to substantial completion

9. Warrantees and owners manuals shall be turned over in large three-ring binders at time of substantial completion.

10. G.C. shall review existing dock doors with the building owners and shall include updating and/or repairing as necessary *at owner's expense* to bring to usable condition.  Tenant will use all dock doors on east side of building.

11. Doors shall be solid core with plain sliced red oak veneer, shop finished with building standard stain – tenant selected color.  Comply with architectural woodwork quality standards of the architectural woodwork institute.

12. Remove one existing dock seal and bumper set for tenant supplied trash compactor.

13. Provide one-piece mirrors at all toilet room p. lam counters and/or Bobrick 24" x 36" metal-framed mirrors at all wall mounted sinks.

14. All millwork shall comply with Architectural Woodwork Quality Standards by A.W.I.  All cabinets and countertops shall be anchored to adjacent surfaces or partitions.  Countertops shall have 1 ½" thick square edges and shall be flush overlay construction.  Provide 4" chrome plated pulls, plastic laminate all exposed surfaces, (Comply with NEMA LD-3, GP-50) melamine interiors

**Schedule 2**
**General Motors Service & Parts Operations**
**General Facility Specifications**
**Fountain Lakes II Facility, St. Charles, MO** Revision date: September 8, 2005

and heavy duty glides and hinges as required. Cabinet hardware shall comply with BHMA A 156.9

15. Provide fire retardant blocking in walls for support of all casework, toilet accessories, wall mounted sinks, grab bars, doorstops, etc.

16. Existing warehouse demising wall will be modified as follows: Add one layer 5/8" type 'x' Gp. Bd. And fire seal at top of partition to deck.

17. Office/warehouse demising wall will be a 10'-0" high partition with a 1"x3" painted trim board at top for protection of the edge. Fully brace partition per code. Finish tape, sand and paint warehouse side of partition. G.C. shall install new interior pipe bollards and guardrails where specified by tenant. – To be coordinated.

18. Provide insulation where indicated.

   a. 3 ½" thermal batt insulation with vapor barrier in demising walls.

   b. 2 ½" sound attenuation batt insulation around toilet rooms and conference rooms.

   c. Provide 3 ½" thermal insulation with vapor barrier above entire office area ceiling due to office/warehouse demising wall not being full height.

19. Gypsum board (gyp. bd.) shall be installed per the gypsum association recommended practices and per ASTM C36. All partitions shall be plum and in true straight lines. Joint tape, corner bead, edge bead, and joint compound: Standard with manufacturer's 3-coat system as recommended by U.S.G and per ASTM C475.

20. Typical partitions shall be 5/8" gyp. bd. on 3 5/8" 22 ga. metal studs at 24" o.c. and as further defined below:

   a. Office area demising wall shall extend to 10'-0" a.f.f.

   b. Interior walls shall extend to 4" above the ceiling (Typical ceiling at 9'-8")

21. Provide tapeable metal corner casing beads at all gyp. bd. corners.

22. Paint gyp. bd. partitions 2 coats eggshell latex over tinted primer.

23. Install sound dampening material to existing next-door tenant bump-out in demising wall at owner's expense.

24. Provide moisture resistant gyp. bd. at all wet walls.

25. Provide gyp. bd. expansion joints at 30'-0" o/c max.

26. Remove striping from warehouse floor.

27. Install painted plywood over existing windows on the northwest corner glass. Paint exterior side black to hide from view.

28. Provide seismic bracing of walls, ceiling and other items as required by the currently adopted building code. Comply with ASTM E580 for ceiling.

**Schedule 2**
**General Motors Service & Parts Operations**
**General Facility Specifications**
**Fountain Lakes II Facility, St. Charles, MO** Revision date: September 8, 2005

### Division 2    Sitework

29. Identification for payment of all utilities including but not limited to gas, electric, water and sewer shall be provided in lease agreement.

30. Parking to accommodate minimum 25 employee parking spaces with ADA requirements met.

### Division 3    Concrete

31. Provide design and installation of extension of sidewalk from existing location at NE corner of facility to next existing man door located at C1 bay location.

### Division 4    Masonry

32. Not applicable

### Division 5    Metals

33. Not applicable

### Division 6    Wood & Plastics

34. Provide and install one 4' x 8' x ¾" thick plywood telephone board.

### Division 7    Thermal – Moisture Protection

35. Not applicable

### Division 8    Doors & Windows

36. Exterior aluminum doors are existing but the hardware must be upgraded as necessary to meet current codes. Deadlocks are not allowed without a panic or lever release.

37. Doorframes shall be 3070 hollow metal fully welded type, painted.

**Schedule 2**
**General Motors Service & Parts Operations**
**General Facility Specifications**
**Fountain Lakes II Facility, St. Charles, MO** Revision date: September 8, 2005

<u>**Division 9    Finishes**</u>

38. Paint all interior walls, columns, structural steel and interior roof deck.

39. Provide floor material transition strips where required by change in flooring materials and heights. Provide the appropriate vinyl strip as recommended by 'Johnsonite.' Provide all necessary parts, i.e. track, base, adapters, strips, edge guards, fillers, etc.

40. Horizontal blinds shall comply with AWCMA document 1029 & NFPA 701 with pass rating and shall be installed on all windows, interior and exterior.

41. Carpet (cpt): Provide and install carpet where indicated on drawings. – 26 oz. level loop. Direct glue-down – type 6.6 by Shaw, hard drive or approved equal. Use $21.00/s.y. for bidding. Carpet surface burning characteristics test method: DOC FF 1-70 - Rating: pass.

42. Vinyl composition tile (vct): Provide Armstrong standard Excelon complying with ASTM F 1066, FS SS-T0312 type IV 12" x 12" x 1/8" asbestos free where indicated on drawings.

43. Vinyl base (vb): Provide coved .080 gauge 4" vinyl base complying with FS SS-W-40, type II on all walls and warehouse side of demising wall.

44. Paint (pnt): Provide primer and two finish coats as recommended by the manufacturer for each type of material, surface, and location being painted or stained. Provide separate price for painting warehouse side of office demising walls.

45. Toilet Accessories: Provide accessories as follows and are compliant with the ADA – Bobrick only.

    a. Paper towel dispenser/disposal – large and small units

    b. Toilet paper dispenser - (B-2888)

    c. Soap dispenser – Liquid

    d. Grab bars

    e. Sanitary napkin disposal

    f. Coat hook – on back of each stall door and one in each private toilet room.

46. Toilet compartments/urinal screens shall be steel color coated finish, wall and/or floor mounted as manufactured by Global Steel Products or approved equal.

47. Toilet room floors shall be epoxy type – actual type to be coordinated between g.c. and tenant.

48. Acoustical ceiling shall be 2' x 4' acoustical lay-in ceiling panels in white 15/16" metal grid. Armstrong Cortega Second Look II - #2767

49. Do not cut main 'tees' in ceiling grid. Do not screw metal track to grid – use metal clips.

50. Provide metal paintable access panels where required for access to mechanical, plumbing, electrical, and/or any other concealed items. G.C. shall coordinate size, quantity, and location.

51. *GM shall supply all appliances and installation at tenant expense.*

**Schedule 2**
**General Motors Service & Parts Operations**
**General Facility Specifications**
**Fountain Lakes II Facility, St. Charles, MO** Revision date:  September 8, 2005

52. Label all interior piping per attached G.M. provided specifications.  See attached NAO Piping Systems Identification Standards.

53. Install grid identifications on all columns.

54. Break room cabinets shall include 12"d. wall and 24"d. base cabinets.

55. Hardware shall be commercial grade one.  Provide passage sets with lever handles except at offices where lever locks shall be provided.  Provide push/pull hardware on multi-fixture toilet rooms.  Provide closers at demising wall doors and multi-fixture toilet rooms or as otherwise noted.  Demising wall doors shall receive weather-stripping.  All hardware shall meet building code requirements.

56. Borrowlites shall be hollow metal and shall include horizontal blinds.

57. In restrooms in front office - Provide minimum 6 lockers in women's restroom with adjacent bench seating and minimum 12 lockers in men's restroom with adjacent bench seating.  All lockers can be stacked two high.

## Division 10    Specialties

58. Not applicable

## Division 11    Equipment

59. Not applicable

## Division 12    Furnishings

58. Not applicable

## Division 13    Special Construction

59. Not applicable

## Division 14    Conveying Systems

60. Not applicable

## Division 15    Mechanical

61. HVAC equipment sizing shall be based on load calculations to satisfy the 1997 ASHRAE Fundamentals chapter 26, Table 1A, Heating and Wind Design Conditions - United States for 99.6% Heating DB and 1997 ASHRAE Fundamentals chapter 26, Table 1B, Cooling and Dehumidification Design Conditions - United States for 1% Cooling DB/MWB.

62. Indoor design temperatures in the warehouse shall be 70F for heating in winter.

**Schedule 2**
**General Motors Service & Parts Operations**
**General Facility Specifications**
**Fountain Lakes II Facility, St. Charles, MO** Revision date:  September 8, 2005

63. Indoor design temperatures in the office shall be 70 F for heating in winter and 72F for cooling in summer.  Five zones are requested by tenant.

64. Warehouse HVAC units shall be *direct* fired gas heating with outside air ventilation capabilities.

65. Office HVAC unit(s) shall be separate from the Warehouse units.  Office HVAC unit(s) shall have indirect fired gas heating, direct expansion cooling with a modulating 0 - 100% outside air economizer.

66. Infrared heat shall be installed at the eight (8) truck dock doors as not yet identified on drawing 9-7-05.

67. Ventilation for restrooms shall be 15 air changes per hour.

68. Air conditioning for Computer room shall be two Liebert units minimum 1-1/2 tons each ground mounted and located at or near opposite ends of room.

69. Warehouse ventilation requirements: 132,000 CFM existing capability per owner, GM requires 300,000 CFM.

70. Remove existing duct through demising wall that separates space from adjacent tenant.

71. Break room shall include water supply and drainage for coffee vending machine, ice machine, general vending machines and for refrigerator.  Refer to drawing 9-7-05 for layout.

72. Provide plumbing fixtures indicated, ADA compliant where required.  (Flush valve type)

73. Insulate plumbing pipes per ADA w/ LavGuard or equal.

74. Provide floor drains in each toilet room, in the break room, computer room and elsewhere as required by local building codes.  GM will dictate exact locations for break room and computer room and/or other locations.

75. Provide Hi-Low type electrical water coolers where indicated on drawing 9-7-05.

### Division 15-2  Fire Protection

77. Office:  Coverage density shall be 0.1 GPM/3000 s.f. (or better to meet code)

78. Computer Room:  Coverage density shall be 0.12 GPM/3000 s.f. (or better to meet code)

79. Modify the existing proper fire protection system as required by the tenant and building owners.  Fully coordinate with the tenants' storage heights and products being stored.

80. Fire extinguishers shall be installed by the tenant within a 75' travel distance of any point in the tenant space (verify with local fire marshal).  The G.C. shall assist the tenant in coordination with the fire marshal for quantity, type, and locations.  The tenant requires hose racks installed throughout the warehouse -- coordinate locations and quantities with tenant.

**Schedule 2**
**General Motors Service & Parts Operations**
**General Facility Specifications**
**Fountain Lakes II Facility, St. Charles, MO** Revision date:  September 8, 2005

81. Provide an anti-freeze fire protection coverage inside the trash compactor.

82. Computer Room sprinklers shall have a separate control valve located in the Computer Room and system will be 'wet'.

83. Walls around computer room shall be 1-hour rated with a 1-hour rated ceiling constructed of a 1-hour partition installed horizontally.

84. Computer room floor will not be raised or recessed per tenant.

85. Tenant to coordinate fire hose drops with architect for warehouse and per drawing .  Provide 15 drops, each drop shall include 100' hose, pressure regulated valve, spray nozzle and hose wrench.

86. Add sprinkler heads at overhead doors per tenant specifications to be provided.

### Division 16     Electrical

76. Warehouse lighting:

   a. Lighting layout shall be designed based on the GM provided 'Phase Liner' drawing 9-7-05. Contact Tom Ryan for more information.  (989-753-2274)

   b. GM provided 'Phase Liner' drawing 9-7-05 shall be based on racking layout drawing 9-7-05 *for* best coverage

   c. Lighting levels in warehouse shall be 25 foot-candles maintained 30 inches above finished floor per design provided by GM.

77. Office lighting:

   a. Light fixtures shall be standard 2' x 4' fluorescent fixtures with prismatic lenses.

   b. Lighting levels in office shall be 50 foot-candles maintained 30 inches above finished floor.

78. GM shall have a separate fire alarm panel with horns and strobes tied to main building panel.

79. G.C. shall install new interior pipe bollards and guardrails where specified by tenant. – to be coordinated.

80. Electrical panels shall be clearly marked on the exterior of the panel.  The panel schedule shall be typed.

81. Provide four (4) 60 amp fusible disconnects for mobile equipment charging systems to be located at interior wall at *column H bay 8-9.  This wall separates space from adjacent tenant.*

82. Provide one (1) 60 amp fusible disconnect for trash compactor to be located at existing dock space between L-K columns.

**Schedule 2**
**General Motors Service & Parts Operations**
**General Facility Specifications**
**Fountain Lakes II Facility, St. Charles, MO** Revision date:  September 8, 2005

83. Exit and emergency light type and quantities shall be code compliant and match building standard.  Actual locations must be approved by governing authorities and coordinated by the G.C.

84. Install pipe bollards or other steel protection at electrical equipment sprinkler risers etc. and paint safety yellow.

85. The network cabinet requires a single phase 30 amp service.  The remainder of all the data drops require 120 volt receptacles.

86. Include wiring of UPS system in computer room.

87. Include wiring of EIC (employee information center) station in the break room.

88. Furnish and install two new 400 amp, three phase, 42 circuit panels.

89. G.C. shall install security system in compliance with G.M. requirements.

90. Provide electrical outlets, telephone and data lines per drawing 9-7-05 and meet all applicable code requirements as well.

Preliminary Bid Instructions:

**This list is not intended to be an all-inclusive specification; the selected general contractor (G.C.) will be responsible for providing all necessary items and services included in the standard practice of 'design/build' construction of a tenant finish-out that may be required to complete the project.**  This list and the associated preliminary drawing are intended to be used to obtain pricing for this project only and do not constitute 'construction drawings' and therefore do not include every item necessary for completion of the project.

This document and the attached information is the basis for the bid.  The final contract for construction, however, will be based upon a 'For Construction' set of drawings issued after permits have been applied for and comments, if any, have been incorporated into the final drawings issued for construction.

Any value engineering that you wish to include should be added or deducted as alternates and/or clarifications.



GENERAL MOTORS
FOUNTAIN LAKES II

DAVID W. DIAL ARCHITECTS, P.C.
425 SOUTH WOODSMILL ROAD
SUITE 290
CHESTERFIELD, MISSOURI 63017
PHONE (314) 439-9353
FAX (314) 439-9373

**PROJECT OUTLINE FOR OWNER AND BIDDERS**           **Revised August 30, 2005**
General Motors – Fountain Lakes II
St. Charles, Missouri

This document is a brief summary of the requirements for construction.  It includes minimum quality standards for materials, information supplied by General Motors as well as bid instructions to general contractors.  *Some of the information from General Motors, specifically the mechanical, electrical and sprinkler sections of this outline, are included as provided without review or modification.*

Attachments include:
- Preliminary Overall Floor Plan with tenant supplied racking and lighting layout shown.
- Preliminary Enlarged Office Plan with preliminary warehouse toilet plan.
- NAO Piping Systems Identification Standards (provided by G.M.)

Preliminary Bid Instructions:

This list is not intended to be an all-inclusive specification, the selected general contractor (G.C.) will be responsible for providing all necessary items and services included in the standard practice of 'design/build' construction of a tenant finish-out that may be required to complete the project.  This list and the associated preliminary drawing are intended to be used to obtain pricing for this project only and do not constitute 'construction drawings' and therefore do not include every item necessary for completion of the project.

This document and the attached information is the basis for the bid.  The final contract for construction, however, will be based upon a 'For Construction' set of drawings issued after permits have been applied for and comments, if any, have been incorporated into the final drawings issued for construction.

Any value engineering that you wish to include should be added or deducted as alternates and/or clarifications.

All work shall be performed in accordance with all applicable local codes and the Americans with Disabilities Act (ADA).

All materials shall be new.  All work shall be performed in a professional workmanlike manner in accordance with generally accepted practices.

The G.C. shall include all design required for completion of the project including design/build mechanical, electrical, plumbing and fire protection or other engineering services that may be required.  The architect (and structural engineer if needed) has been retained by the building owner and will be excluded from the general contractor's scope of work.

DAVID W. DIAL ARCHITECTS, P.C.
Project Outline – 8/16/05
Page 2 of 8
This document, the included preliminary drawings and other information that may be provided and
all applicable codes, ordinances and standards shall be the basis for the bid.

**Project Outline:**

1.  The G.C. shall provide complete final cleanup of all materials and surfaces at project
    completion as well as jobsite cleanup on a daily basis.

2.  Provide seismic bracing of walls, ceiling, and other items as required by the currently
    adopted building code.  Comply with ASTM E580 for ceilings.

3.  Provide fire retardant blocking in walls for support of all casework, toilet accessories, wall
    mounted sinks, grab bars, doorstops, etc.

4.  All millwork shall comply with Architectural Woodwork Quality Standards by A.W.I.  All
    cabinets and countertops shall be anchored to adjacent surfaces or partitions.  Countertops
    shall have 1 ½" thick square edges and shall be flush overlay construction.  Provide 4"
    chrome plated pulls, plastic laminate all exposed surfaces, (Comply with NEMA LD-3, GP-
    50) melamine interiors and heavy duty glides and hinges as required.  Cabinet hardware
    shall comply with BHMA A 156.9

5.  Break room cabinets shall include 12"d. wall and 24"d. base cabinets.

6.  Provide and install one 4' x 8' x ¾" thick plywood telephone board.

7.  Office/warehouse demising wall will be a 10'-0" high partition with a 1"x3" painted trim
    board at top for protection of the edge.  Fully brace partition per code.  Finish tape, sand
    and paint warehouse side of partition.  G.C. shall install new interior pipe bollards and
    guardrails where specified by tenant. – To be coordinated.

8.  Existing warehouse demising wall will be modified as follows:  Add one layer 5/8" type 'x'
    gyp. Bd. And fire seal at top of partition to deck.

9.  Provide insulation where indicated.

    - 3 ½" thermal batt insulation with vapor barrier in demising walls.
    - 2 ½" sound attenuation batt insulation around toilet rooms and conference rooms.
    - Provide 3 ½" thermal insulation with vapor barrier above entire office area ceiling due
      to office/warehouse demising wall not being full height.

10. Doorframes shall be 3070 hollow metal fully welded type, painted.

11. Doors shall be solid core with plain sliced red oak veneer, shop finished with building
    standard stain – tenant selected color.  Comply with architectural woodwork quality
    standards of the architectural woodwork institute.

2

DAVID W. DIAL ARCHITECTS, P.C.
Project Outline – 8/16/05
Page 3 of 8

12. Hardware shall be commercial grade one. Provide passage sets with lever handles except at offices where lever locks shall be provided. Provide push/pull hardware on multi-fixture toilet rooms. Provide closers at demising wall doors and multi-fixture toilet rooms or as otherwise noted. Demising wall doors shall receive weather-stripping. All hardware shall meet building code requirements.

13. Exterior aluminum doors are existing but the hardware must be upgraded as necessary to meet current codes. Deadlocks are not allowed without a panic or lever release.

14. Gypsum board (gyp. bd.) shall be installed per the gypsum association recommended practices and per ASTM C36. All partitions shall be plum and in true straight lines. Joint tape, corner bead, edge bead, and joint compound: Standard with manufacturer's 3-coat system as recommended by U.S.G and per ASTM C475.

15. Typical partitions shall be 5/8" gyp. bd. on 3 5/8" 22 ga. metal studs at 24" o.c. and as further defined below:

   • Office area demising wall shall extend to 10'-0" a.f.f.
   • Interior walls shall extend to 4" above the ceiling (Typical ceiling at 9'-6")

16. Provide tapeable metal corner casing beads at all gyp. bd. corners.

17. Paint gyp. bd. partitions 1 coats eggshell latex over tinted primer.

18. Paint all existing walls, deck, and structure. Newly installed items after painting has occurred are not required to be painted.

19. Remove striping from warehouse floor.

20. Provide moisture resistant gyp. bd. at all wet walls.

21. Provide gyp. bd. expansion joints at 30'-0" o/c max.

22. Provide metal paintable access panels where required for access to mechanical, plumbing, electrical, and/or any other concealed items. G.C. shall coordinate size, quantity, and location.

23. Acoustical ceiling shall be 2' x 4' acoustical lay-in ceiling panels in white 15/16" metal grid. Armstrong Cortega Second Look II - #2767

24. Do not cut main 'tees' in ceiling grid. Do not screw metal track to grid – use metal clips.

25. Exit and emergency light type and quantities shall be code compliant and match building standard. Actual locations must be approved by governing authorities and coordinated by the G.C.

26. All appliances shall be supplied and installed by the G.C.

3

DAVID W. DIAL ARCHITECTS, P.C.
Project Outline – 8/16/05
Page 4 of 8

27. Fire extinguishers shall be installed by the tenant within a 75' travel distance of any point in
the tenant space (verify with local fire marshal).  The G.C. shall assist the tenant in
coordination with the fire marshal for quantity, type, and locations.  The tenant requires
hose racks installed throughout the warehouse – coordinate locations and quantities with
tenant.

28. Install pipe bollards or other steel protection at electrical equipment sprinkler risers etc. and
paint safety yellow.

29. Install painted plywood over existing windows on the northwest corner glass.  Paint exterior
side black to hide from view.

30. <u>Finishes:</u>

a.  Provide floor material transition strips where required by change in flooring materials
and heights,  Provide the appropriate vinyl strip as recommended by 'Johnsonite.'
Provide all necessary parts, i.e. track, base, adapters, strips, edge guards, fillers, etc.

b.  Horizontal blinds shall comply with AWCMA document 1029 & NFPA 701 with pass
rating and shall be installed on all windows, interior and exterior.

c.  Carpet (cpt):
Provide and install carpet where indicated on drawings. – 26 oz. Level loop. Direct
gluedown – type 6.6 by Shaw, hard drive or approved equal.  Use $21.00/s.y. for
bidding.  Carpet surface burning characteristics test method: DOC FF 1-70 - Rating:
pass.

d.  Vinyl composition tile (vct):
Provide Armstrong standard Excelon complying with ASTM F 1066, FS SS-T0312 type
IV 12" x 12" x 1/8" asbestos free where indicated on drawings.

e.  Vinyl base (vb):
Provide coved .080 gauge 4" vinyl base complying with FS SS-W-40, type II on all
walls and warehouse side of demising wall.

f.  Paint (pnt):
Provide primer and two finish coats as recommended by the manufacturer for each
type of material, surface, and location being painted or stained.  Provide separate price
for painting warehouse side of office demising walls.

g.  Toilet Accessories: Provide accessories as follows and are compliant with the ADA –
Bobrick only.

1.  Paper towel dispenser/disposal – large and small units
2.  Toilet paper dispenser - (B-2888)
3.  Soap dispenser – Liquid
4.  Grab bars
5.  Sanitary napkin disposal
6.  Coat hook – on back of each stall door and one in each private toilet room.

4

DAVID W. DIAL ARCHITECTS, P.C.
Project Outline – 8/16/05
Page 5 of 8

h.   Toilet compartments/urinal screens shall be steel color coated finish, wall and/or floor mounted as manufactured by Global Steel Products or approved equal.

i.   Toilet room floors shall be epoxy type -- actual type to be coordinated between g.c. and tenant.

j.   Break room shall include water supply and drainage for coffee vending machine, ice machine, general vending machines and for refrigerator.

31.  Provide one-piece mirrors at all toilet room p. lam counters and/or Bobrick 24" x 36" metal-framed mirrors at all wall mounted sinks.

32.  All roof work shall be in compliance with the existing roof warranty.

33.  Signage is excluded and is by the tenant.

34.  Warehouse racking is excluded.

35.  Final clean up from construction shall be completed prior to substantial completion.

36.  Warrantees and owners manuals shall be turned over in large three-ring binders at time of substantial completion.

37.  Borrowlites shall be hollow metal and shall include horizontal blinds.

38.  Install a canvas awning with aluminum frame at the main entry.  Approximately 3' x 8' supported on concrete panels.

39.  G.C. shall review existing dock doors with the building owners and shall include updating and/or repairing as necessary to bring to usable condition.  Tenant will use all dock doors on east side of building.

40.  Computer Room Requirements:
     Install a separate sprinkler control valve for computer room.
     Walls around computer room shall be 1-hour rated with a 1-hour rated ceiling constructed of a 1-hour partition installed horizontally.
     Floor will not be raised or recessed per GM.

41.  Label all interior piping per attached G.M. provided specifications.  See attached NAO Piping Systems Identification Standards.  Install column grid identifications as well.

42.  Paint all interior columns, roof deck, structural steel, etc.

43.  Remove one dock seal and bumper set for tenant supplied trash compactor.

44.  Install sound dampening material to existing next-door tenant bump-out in demising wall.

45.  Tenant to verify additional requirements to existing tenant demising wall.

5

DAVID W. DIAL ARCHITECTS, P.C.
Project Outline – 8/16/05
Page 6 of 8

46. G.C. to install security system for tenant. G.C. shall coordinate with tenant.

47. Add new painted metal guardrails at existing drive in ramps.

6

DAVID W. DIAL ARCHITECTS, P.C.
Project Outline – 8/16/05
Page 7 of 8

48. <u>Mechanical</u>: (Information provided by G.M.)

    a.   The following is the design criteria for the HVAC equipment to be added
        to the Fountain Lake facility:

    b.   HVAC equipment sizing shall be based on load calculations to satisfy the 1997
        ASHRAE Fundamentals chapter 26, Table 1A, Heating and Wind Design Conditions -
        United States for 99.6% Heating DB and 1997 ASHRAE Fundamentals chapter 26,
        Table 1B, Cooling and Dehumidification Design Conditions - United States for 1%
        Cooling DB/MWB.

    c.   Indoor design temperatures in the warehouse shall be 70F for heating.

    d.   The office design temperatures shall be 70 F for heating in winter and 72F for cooling
        in summer.  Five zones are requested by tenant.

    e.   Warehouse HVAC units shall have direct fired gas heating with outside air ventilation
        capabilities.

    f.   Office HVAC unit shall be separate from the Warehouse units.  Office HVAC unit shall
        have indirect fired gas heating, direct expansion cooling with a modulating 0 - 100%
        outside air economizer.

    g.   Infrared heat shall be installed at the five (5) truck dock doors.

    h.   Warehouse shall be heated to maintain 55° at 0° outside air temp.
        Office shall be heated to maintain 75° at 0° outside air temp and cooled to maintain 75°
        at 95° outside air temp.

    i.   Provide plumbing fixtures indicated, ADA compliant where required.  (Flush valve type)

    j.   Coordinate fire hose drops with tenant for warehouse.

    k.   Ventilation for restrooms shall be 15 air changes per hour General Motors Progress
        Notes (GMPN) item #65

    l.   Ventilation for Warehouse area shall be as identified in GMPN item #53 stated as
        300,000 CFM (current capability is 132,000 CFM)

    m.   Air conditioning for Computer room shall be two Liebert units minimum 1-1/2 tons each
        ground mounted.  (GMPN item #10)

    n.   Warehouse ventilation requirements:  132,000 CFM existing capability per owner, GM
        requires 300,000 CFM.

DAVID W. DIAL ARCHITECTS, P.C.
Project Outline – 8/16/05
Page 8 of 8

49. Electrical:

a. Warehouse lighting shall be designed based on the GM provided 'Phase Liner' drawings. Call Tom Ryan for more information. (989-753-2274)

b. Tenant will provide warehouse lighting layout to coordinate with their racking layout. (Provided to g.c.)

c. Add sprinkler heads at overhead doors per tenant.

d. Remove existing duct through demising wall.

e. Office light fixtures shall be standard 2' x 4' fluorescent fixtures with prismatic lenses.

f. G.M shall have a separate fire alarm panel with horns and strobes tied to main building panel.

g. G.C. shall install new interior pipe bollards and guardrails where specified by tenant. – to be coordinated.

h. Electrical panels shall be clearly marked on the exterior of the panel. The panel schedule shall be typed.

i. Provide four (4) 60 amp fusible disconnects for mobile equipment charging systems to be located at interior wall at column H bay 8-9. This wall separates space from adjacent tenant.

j. Provide one (1) 60 amp fusible disconnect for trash compactor to be located at existing dock space between L-K columns.

50. Fire Protection

a. Office: Coverage density shall be 0.1 GPM/3000 s.f. (GMPN item #70) (or better to meet code)

b. Computer Room: Coverage density shall be 0.12 GPM/3000 s.f. (GMPN item #71) (or better to meet code)

c. Modify the existing proper fire protection system as required by the tenant and building owners. Fully coordinate with the tenants' storage heights and products being stored.

51. Security Equipment:

a. G.C. shall install security system in compliance with G.M. requirements.

END OF LIST

8