KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Adam C. Rogoff
Amy D. Caton
1177 Avenue of the Americas
New York, New York 10036
(212) 715-3275

*Counsel for the Official Committee of Unsecured*
*Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re: | ) |
| | ) |
| MOTORS LIQUIDATION COMPANY., et al. | ) Chapter 11 |
| (f/k/a General Motors Corp., et al.) | ) |
| | ) Case No. 09-50026 (REG) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

_____

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) SS.: |
| COUNTY OF NEW YORK | ) |

## AFFIDAVIT OF SERVICE

I, Rebecca Blake Chaikin, being duly sworn say:

1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

2. On November 17, 2009, I caused a true and correct copy of the

a. **First Interim Application of Kramer Levin Naftalis & Frankel LLP, as Counsel for The Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for The Period from June 3, 2009 Through September 30, 2009** (Docket No. 4459);

b. **Application of Butzel Long, a Professional Corporation, as Special Counsel to The Official Committee of Unsecured Creditors for Interim Allowance of Compensation**

1

**for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from June 10, 2009 Through September 30, 2009** (Docket No. 4450); and

       c. **First Interim Application of FTI Consulting, Inc. for Allowance of Compensation and Reimbursement of Expenses for Services Rendered in the Case for the Period June 3, 2009 Through September 30, 2009** (Docket No. 4455),

dated November 16, 2009 in the above-captioned matter to be served upon the addresses set forth in the attached **Service List A**.

                    /s/  Rebecca Chaikin
                    Rebecca Blake Chaikin

Sworn to before me this
19th day of November, 2009

 /s/ Michael Makinde               Michael Makinde
Michael Makinde                    Notary Public, State of New York
Notary Public                      No. 1MA6192562
                               Qualified in New York County
                               Commission Expires September 2, 2012

## Service List A

<u>Via Hand Delivery</u>:

The Honorable Robert E. Gerber, Chambers
United States Bankruptcy Court, SDNY
One Bowling Green
New York, NY 10004-1408

Diana G. Adams, Esq.
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, NY  10004

<u>Via Federal Express</u>:

Stephen Karotkin, Esq.
Joseph Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Motors Liquidation Company
Attn: Ted Stenger
300 Renaissance Center
Detroit, Michigan 48265