UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re:                                                    :   Chapter 11 Case No.:
:
MOTORS LIQUIDATION COMPANY, et al.   :
    f/k/a General Motors Corp., et al.,           :   09-50026 (REG)
:
                         Debtors.           :   (Jointly Administered)
:
------------------------------------------------------------x   Ref. Docket Nos. 4450, 4455, 4459

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                            ) ss.:
COUNTY OF NEW YORK   )

CHRISTOPHER SIMCO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 17, 2009, I caused to be served the following:

   a) "Summary Sheet Pursuant to United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330," to which is attached the "Application of Butzel Long, A Professional Corporation, as Special Counsel to the Official Committee of Unsecured Creditors of Motors Liquidation Company, f/k/a General Motors Corporation, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 10, 2009 Through September 30, 2009," dated November 16, 2009 [Docket No. 4450],

   b) "First Interim Application of FTI Consulting, Inc. for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in the Case for the Period June 3, 2009 Through September 30, 2009," dated November 16, 2009 [Docket No. 4455], and

   c) "First Interim Application of Kramer Levin Naftalis & Frankel LLP, as Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from June 3, 2009 Through September 30, 2009," dated November 16, 2009 [Docket No. 4459],

by causing true and correct copies enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit "A", and via electronic mail to those parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Christopher Simco

Sworn to before me this
19th day of November, 2009

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES

**EXHIBIT "A"**

GENERAL MOTORS CORPORATION
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADRIAN ENVIRONMENTAL MANAGEMENT, INC. | C/O KENNETH RICHARDS 7533 WILLOW CREEK DRIVE CANTON MI 48187 |
| AIMS/DYKEMA GOSSETT PLLC | 10 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| AIMS/LATHROP & GAGE LC | 2345 GRAND BLVD. KANSAS CITY MO 64108 |
| AIMS/STEPHENS & STEPHENS | 410 MAIN STREET BUFFALO NY 14202 |
| ARCADIS BBL | 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| ARCADIS BBL | ATTN: CHRIS PETERS 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| ARCADIS GERAGHTY & MILLER, INC. | ATTN: CHRIS PETERS 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| ASPLUNDH TREE EXPERT CO. | ATT: PHILIP E. TATOIAN, JR., ESQ. VICE PRESIDENT AND GENERAL COUNSEL 708 BLAIR MILL RD WILLOW GROVE PA 19090 |
| ATLAS OIL COMPANY | 124501 ECORSE ROAD TAYLOR MI 48180 |
| BNSF RAILWAY COMPANY | ATT: QUINCY CHUMLEY 3001 WESTERN CENTER BLVD FORT WORTH TX 76131 |
| BOB HASTINGS BUICK GMC, INC. | ATT: DAVID P. STOETZEL 800 PANORAMA TRAIL SOUTH ROCHESTER NY 14625 |
| BT2, INC. | ATTN: MARK HUBER 2830 DAIRY DRIVE MADISON WI 53718 |
| CHARLES CLARK CHEVROLET CO. | P.O. BOX 520 MCALLEN TX 78505 |
| CHARTER TOWNSHIP OF FLINT | ATTN: SANDRA S WRIGHT 1490 S. DYE ROAD FLINT MI 48532 |
| CHARTER TOWNSHIP OF YPSILANTI | LARRY J. DOE, TREASURER 7200 S. HURON RIVER DR. YPSILANTI MI 48197 |
| CHARTER TWP. OF GENESEE | ATTN: TOM MANNOR, TREASURER 7244 N. GENESSE ROAD P.O. BOX 215 GENESEE MI 48437 |
| CITY OF SAGINAW, TREASURER | 1315 S. WASHINGTON AVE. SAGINAW MI 48601 |
| CITY OF SIOUX CITY | CITY TREASURER P.O. BOX 447 SIOUX CITY IA 51102 |
| CLEAN HARBORS ENVIRONMENTAL SERVICES | P.O. BOX 3442 BOSTON MA 02241 |
| CONESTOGA-ROVERS & ASSOC. | ATTN: BETH LANDALE 22055 NIAGARA FALLS BLVD. SUITE #3 NIAGARA FALLS NY 14304 |
| CONESTOGA-ROVERS & ASSOCIATES | 22055 NIAGARA FALLS BLVD SUITE #3 NIAGARA FALLS NY 14304 |
| DANIEL W. SHERRICK, GENERAL COUNSEL | 8000 EAST JEFFERSON AVE DETROIT MI 48214 |
| DAVID V. COOKE, ASSISTANT CITY ATTORNEY | MUNICIPAL OPERATIONS 201 WEST COLFAX AVENUE, DEPT. 1207 DENVER CO 80202 |
| DEPARTMENT OF THE TREASURY | ATTN: OFFICE OF GENERAL COUNSEL 1500 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20220 |
| DORSEY & WHITNEY LLP | ATTN: MICHAEL FOREMAN, ESQ. ATTY FOR BALLARD MATERIAL PRODUCTS INC. 250 PARK AVENUE NEW YORK NY 10177 |
| EATON CORPORATION | 1111 SUPERIOR AVENUE CLEVELAND OH 44114 |
| EDWARD S. DONINI, ESQ. | P.O. BOX 605 NEW SMFRNA BEACH FL 32170 |
| EL PASO CORPORATION | ATT: MICHAEL J. MCGINNIS, SENIOR ATTORNEY 1001 LOUISIANA, SUITE E 1943 A HOUSTON TX 77002 |
| ELLIAS GROUP LLC | ATT: DAN ELLIAS 411 THEODORE FREMD AVENUE, SUITE 102 RYE NY 10580 |
| ENCORE ENVIRONMENTAL CONSORTIUM | ATTN: MARK QUILTER P.O. BOX 66 6723 TOWPATH ROAD SYRACUSE NY 13214 |
| ENVIRON INTERNATIONAL CORPORATION | 214 CARNEGIE STREET PRINCETON NJ 08540 |
| EQUITABLE GAS BANKRUPTCY DEPARTMENT | ATT: JUDY GAWLOWSKI 200 ALLEGHENY CENTER MALL PITTSBURGH PA 15212 |
| FACTORY MOTOR PARTS COMPANY | 1380 CORPORATE CENTER CURVE EAGAN MN 55121 |
| FAVERO GEOSCIENCES | ATTN: DAVE FAVERO 1210 SOUTH 5TH STREET, SUITE 2 SPRINGFIELD IL 62703 |
| GENERAL OIL COMPANY, INC. | 35796 VERONICA ST. LIVONIA MI 48150 |
| GHSP, INC. | ATTN: RON WALLISH 1250 SOUTH BEECHTREE STREET GRAND HAVEN MI 49417 |
| GLOBAL ENVIRONMENTAL ENGINEERING INC. | 6140 HILL 23 DRIVE SUITE 1 FLINT MI 48507 |
| GROUNDWATER & ENVIRONMENTAL SERVICES, INC | 440 CREAMERY WAY SUITE 500 EXTON PA 19341 |
| HALEY & ALDRICH DESIGN AND CONTRUCTION | 56 ROLAND STREET BOSTON MA 02129 |
| HALEY & ALDRICH OF NEW YORK | 200 TOWN CENTRE DRIVE, STE 2 ROCHESTER NY 14623 |
| HDR ENGINEERING | ATTN: DICK BELL 8404 INDIAN HILLS DRIVE OMAHA NE 68114 |
| HOWARD COUNTY OFFICE OF LAW | ATT: CAMELA J. SANDMANT ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| IMPERICAL COUNTY TREASURER-TAX COLLECTOR | KAREN VOGEL, TREASURER TAX COLLECTOR 940 WEST MAIN STREET, SUITE 106 EL CENTRO CA 92243 |

# GENERAL MOTORS CORPORATION
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | ATTN: INSOLVENCY SECTION 290 BROADWAY NEW YORK NY 10007 |
| INTERNAL REVENUE SERVICE | ATTN: INSOLVENCY SECTION P.O. BOX 21126 PHILADELPHIA PA 19114 |
| IOWA DEPT OF NATIONAL RESOURCES | HAZARDOUS WASTE REMEDIAL FUND 502 E. 9TH STREET DES MOINES IA 50319 |
| J.A. LOMBARDO & ASSOCIATES | ATTN: JOSEPH A. LOMBARDO 445 S. LIVERNOIS - SUITE 202 ROCHESTER MI 48307 |
| JIM BARNARD CHEVROLET, INC. | ATT: ALLYN BARNARD, PRESIDENT 7107 BUFFALO ROAD CHURCHVILLE NY 14428 |
| KNAPP CHEVROLET | 815 HOUSTON AVENUE HOUSTON TX 77007 |
| MADISON COUNTY, TAX COLLECTOR | ATT: LYNDA HALL MADISON COUNTY COURT HOUSE 100 NORTHSIDE SQUARE HUNTSVILLE AL 35801 |
| MELTZER, PURTILL & STELLE, LLC | ATT: FORREST B. LAMMIMAN ATTY FOR BROADWAY IN CHICAGO LLC 300 SOUTH WACKER DRIVE, SUITE 3500 CHICAGO IL 60606 |
| MICHAEL A. COX, ATTY GENERAL | KATHLLEN A. GARDINER, ASST. ATTY GENERAL JULIUS O. CURLING, ASST. ATTY GENERAL DETROIT MI 48202 |
| MICHIGAN WORKERS' COMPENSATION AGENCY | 7150 HARRIS DR. DIMONDALE MI 48821 |
| MIKE BARNARD CHEVROLET-CADILLAC-BUICK | PONTIAC-GMC, INC. ATT: MICHAEL E. BARNARD, PRESIDENT 616 THAYER ROAD FAIRPORT NY 14450 |
| NEW YORK CITY DEPT. OF FINANCE | ATTN: LEGAL AFFAIRS - DEVORA COHN 345 ADAMS ST- 3RD FLOOR BROOKLYN NY 11201 |
| NEW YORK STATE DEPT TAXATION & FINANCE | ATTN: BANKRUPTCY/SPECIAL PROC. SECT. PO BOX 5300 ALBANY NY 12205 |
| NORTH AMERICA TONNAGE LINDE, INC. | ATT: JEFFREY J. JOHNS, COMMERCIAL DIRECTOR 575 MOUNTAIN AVENUE MURRAY HILL NJ 07974 |
| NOVA CONSULTANTS, INC | 21580 NOVI ROAD #300 NOVI MI 48375 |
| O'BRIEN & GERE ENGINEERS, INC. | ATTN: TERRY L. BROWN 5000 BRITTONFIELD PKWY SYRACUSE NY 13057 |
| OFFICE OF THE UNITED STATES TRUSTEE | DIANA G ADAMS 33 WHITEHALL STREET NEW YORK NY 10004 |
| ORNELAS, CASTILLO & ORNELAS, PLLC | ATT: S. ORNELAS & M. CASTILLO JR. 401 EAST HILLSIDE RD., 2ND FLOOR LAREDO TX 78041 |
| P. RICHARD HARTLEY | 415 E. COMMERCE STREET, SUITE 101 POST OFFICE BOX 583 GREENVILLE AL 36037 |
| PADDOCK CHEVROLET, INC. | ATT: DUANE PADDOCK, PRESIDENT 3232 DELAWARE AVENUE KENMORE NY 14217 |
| PENSKE AUTO GROUP | 18600 SOUTH HAWTHORNE BOULEVARD TORRANCE CA 90504 |
| PYEONG HWA AUTOMOTIVE CO., LTD. | 1032 DAECHEON-DONG DALSEO-GU |
| R. ELPING, K. DINE & E. CARRIG | 1540 BROADWAY NEW YORK NY 11036 |
| ROYAL ENVIRONMENTAL, INC. | 720 LEXINGTON AVENUE P.O. BOX 15719 ROCHESTER NY 14615 |
| SATURN OF ROCHESTER, INC. | ATT: DAVID P. STOETZEL 770 PANORAMA TRAIL SOUTH P.O. BOX 25427 ROCHESTER NY 14625 |
| SCHOENL KEVIN M | SCHOENL, CONNIE 20 JADE CREEK DR HILTON NY 14468 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL 100 F STREET, ND WASHINGTON DC 20549 |
| SEVENSON ENVIRONMENTAL SERVICES, INC. | 2749 LOCKPORT ROAD NIAGARA FALLS NY 14302 |
| SHAPE CORP. | ATTN: BUDD BRINK 1900 HAYES STREET GRAND HAVEN MI 49417 |
| TEAM CHEVROLET, INC. | ATT: THOMAS STEIGERWALD, VICE PRESIDENT ROUTE 16 OLEAN NY 14760 |
| THE BANK OF NEW YORK | FINANCIAL CONTROL BILLING DEPARTMENT P.O. BOX 19445 NEWARK NJ 07195 |
| THE BARTECH GROUP | 17199 NORTH LAUREL PARK DR. SUITE224 LIVONIA MI 48152 |
| THE VALLEY CADILLAC CORPORATION | ATT: EDWARD T. MEAGHAR, JR., PRESIDENT 3100 WINTON ROAD SOUTH ROCHESTER NY 14623 |
| TORRES EDWARD ZUNIGA | BERMUDEZ, GENOVEVA C/O COHEN & ASSOCIATES SCOTTSDALE AZ 85255 |
| TOWN OF FRAMINGHAM | TAX COLLECTOR'S OFFICE 150 CONCORD ST FRAMINGHAM MA 01702 |
| TOYOTA BOSHOKU AMERICA, INC. | 28000 WEST PARK DRIVE NOVI MI 48377 |
| TOYOTA MOTOR SALES U.S.A, INC. | ATT: TOBIN LIPPERT 19001 SOUTH WESTERN AVE, HQ12 TORRANCE CA 90509 |
| UNITED STATES ATTORNEY'S OFFICE | ATTN: CLAIMS UNIT - ROOM 417 ONE ST. ANDREWS PLAZA NEW YORK NY 10007 |
| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK THE HONORABLE ROBERT E GERBER NEW YORK NY 10004 |
| WASHTENAW COUNTY TREASURER | P.O. BOX 8645 200 N. MAIN ST STE 200 ANN ARBOR MI 48107 |
| WASTE MANAGEMENT | P.O. BOX 9001054 LOUISVILLE KY 40290 |
| WDC EXPLORATION & WELLS | 500 MAIN STREET WOODLAND CA 95695 |

GENERAL MOTORS CORPORATION
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| YOUNG'S ENVIRONMENTAL CLEANUP, INC | G-5305 NORTH DORT HIGHWAY FLINT MI 48505 |

**Total Creditor Count 86**

DURA AUTOMOTIVE
ATTN: TIM LEULIETTE, CHAIRMAN
2791 RESEARCH DRIVE
ROCHESTER HILLS, MI  48309

**EXHIBIT "B"**

steve.keller@affiniagroup.com
blc@ashrlaw.com
david.boyle@airgas.com
dfish@allardfishpc.com
cwoodruff-neer@alpine-usa.com
Elizabeth.Spangler@arcadis-us.com
giaimo.christopher@arentfox.com
rothleder.jeffrey@arentfox.com
campbell.andrea@arentfox.com
sullivan.james@arentfox.com
dowd.mary@arentfox.com
dgoing@armstrongteasdale.com
dladdin@agg.com
frank.white@agg.com
jg5786@att.com
hwangr@michigan.gov
leslie.levy@nebraska.gov
bk-mbrowning@oag.state.tx.us
victoria.garry@ohioattorneygeneral.gov
raterinkd@michigan.gov
bk-kwalsh@oag.state.tx.us
przekopshaws@michigan.gov
neal.mann@oag.state.ny.us
jhutchinson@bakerlaw.com
egoodman@bakerlaw.com
rbernard@bakerlaw.com
wgibson@bakerlaw.com
summersm@ballardspahr.com
jgregg@btlaw.com
mark.owens@btlaw.com
rcpottinger@bslbv.com
ffm@bostonbusinesslaw.com
KURT.BOCK@BASF.COM
CSALOMON@BECKERGLYNN.COM
aspector@bergersingerman.com
patrick@bbslaw.com
tom@bbslaw.com
robert.dombroff@bingham.com
jeffrey.sabin@bingham.com
anna.boelitz@bingham.com
jonathan.alter@bingham.com
mrichards@blankrome.com
Kelbon@blankrome.com
JRumley@bcbsm.com
cdarke@bodmanllp.com
mbakst@bodmanllp.com
borgeslawfirm@aol.com

renee.dailey@bgllp.com
bankruptcy.asbpo.asbdom@braytonlaw.com
JMcDonald@Briggs.com
wilkins@bwst-law.com
hall@bwst-law.com
kschweiker@brownconnery.com
rbrown@brownwhalen.com
schristianson@buchalter.com
Peter.Lee@bnsf.com
ccarson@burr.com
jkimble@burr.com
paige@bsplaw.com
sidorsky@butzel.com
fishere@butzel.com
radom@butzel.com
newman@butzel.com
cbblac@acxiom.com
john.rapisardi@cwt.com
douglas.mintz@cwt.com
peter.friedman@cwt.com
zachary.smith@cwt.com
rfiga@comlawone.com
rweinstein@cusa.canon.com
ei@capdale.com
pvnl@capdale.com
rer@capdale.com
tws@capdale.com
brcy@carsonfischer.com
mweinczok@casselsbrock.com
alan@chapellassociates.com
LCRICHARDSON@CHEMICOSYSTEMS.COM
ccahill@clarkhill.com
rgordon@clarkhill.com
BSUSKO@CGSH.COM
dbuell@cgsh.com
jbromley@cgsh.com
soneal@cgsh.com
DGOTTLIEB@CGSH.COM
RLINCER@CGSH.COM
andrew.brozman@cliffordchance.com
sarah.campbell@cliffordchance.com
TSERVENTI@COBASYS.COM
bceccotti@cwsny.com
goldberg@cwg11.com
skomrower@coleschotz.com
sfalanga@connellfoley.com
chemrick@connellfoley.com

pretekin@coollaw.com
belkys.escobar@loudoun.gov
mbaxter@cov.com
sjohnston@cov.com
jcarberry@cl-law.com
lisa.wurster@dana.com
donald.bernstein@dpw.com,
gm@dmms.com
rmeth@daypitney.com
hryder@daypitney.com
msteen@daypitney.com
adoshi@daypitney.com
info@dealertire.com
jpowers@debevoise.com
rfhahn@debevoise.com
james.moore@dechert.com
juliet.sarkessian@dechert.com
shmuel.vasser@dechert.com
CONTACT-OCFO@DOL.GOV
dmertz@state.pa.us
csweeney@dickinsonwright.com
dcopley@dickinsonwright.com
dyitzchaki@dickinsonwright.com
jplemmons2@dickinsonwright.com
kewald@dickinsonwright.com
mchammer3@dickinsonwright.com
gdiconza@dlawpc.com
jennifer.nassiri@dlapiper.com
karol.denniston@dlapiper.com
PSYKES@DOW.COM
Kristin.Going@dbr.com
stephanie.wickouski@dbr.com
ELLEN.J.KULLMAN@USA.DUPONT.COM
TIM@LEULIETTEPARTNERS.COM
MPARTIPILO@DMIMAIL.COM
jdarcey@eapdlaw.com
jgroves@eapdlaw.com
cbodell@eapdlaw.com
jwhitlock@eapdlaw.com
ayala.hassell@hp.com
rhiersteiner@eapdlaw.com
george.sanderson@elliswinters.com
akatz@entergy.com
deisenberg@ermanteicher.com
druhlandt@ermanteicher.com
eerman@ermanteicher.com
mkogan@ecjlaw.com

pjazayeri@ecjlaw.com
ngoteiner@fbm.com
rrross@fedex.com
ppascuzzi@ffwplaw.com
mriopelle@foley.com
jlee@foley.com
maiello@foley.com
shilfinger@foley.com
jsimon@foley.com
kcatanese@foley.com
fdicastri@foley.com
rhuey@foley.com
vavilaplana@foley.com
auetz@foley.com
jmurch@foley.com
sbarbatano@foley.com
sseabolt@foley.com
tspillane@foley.com
klynch@formanlaw.com
fstevens@foxrothschild.com
gwallace@fraserlawfirm.com
ahammer@freebornpeters.com
tfawkes@freebornpeters.com
rgreenberg@dclawfirm.com
jrabin@fulbright.com
drosenzweig@fulbright.com
lboydston@fulbright.com
lstrubeck@fulbright.com,
mhaut@fulbright.com
mparker@fulbright.com
dcrapo@gibbonslaw.com
dfeldman@gibsondunn.com
mjwilliams@gibsondunn.com
avassallo@golenbock.com
dfurth@golenbock.com
Glenn.Reisman@ge.com
jflaxer@golenbock.com
bmehlsack@gkllaw.com
drosner@goulstonstorrs.com
gkaden@goulstonstorrs.com
kadisha@gtlaw.com
salazarl@gtlaw.com
hpatwardhan@hahnhessen.com
dademarco@hahnlaw.com
jdivack@hahnhessen.com
ldpowar@hahnlaw.com,
cbattaglia@halperinlaw.net

jdyas@halperinlaw.net
info@harmanbecker.de
ipalermo@hselaw.com
jaho@hselaw.com
jweider@hselaw.com
kafricano@hselaw.com
rfink@hselaw.com
wkreienberg@hselaw.com
brooks.hamilton@haynesboone.com
jonathan.hook@haynesboone.com
patrick.hughes@haynesboone.com
peter.ruggero@haynesboone.com
charles.beckham@haynesboone.com
judith.elkin@haynesboone.com
matthew.russell@haynesboone.com
bshort@hsblawfirm.com
prubin@herrick.com
sselbst@herrick.com
ecurrenti@hess.com
MIKE.NEFKENS@EDS.COM
Ramona.neal@hp.com
linda.damico@hp.com
tcurran@haslaw.com
skatzoff@hblaw.com
bjgrieco@hhlaw.com
sagolden@hhlaw.com
jsgroi@honigman.com
rweiss@honigman.com
tsherick@honigman.com
ELARSON@HSS-MMS.COM
jrhunter@hunterschank.com
tomschank@hunterschank.com
jrsmith@hunton.com
ppartee@hunton.com
rnorton@hunton.com
sbernstein@hunton.com
anne.boudreau@ic.gc.ca
rgriffin@iuoe.org
memberservices@iuawfcu.com,
nganatra@uaw.net
mneier@ibolaw.com
jlsaffer@jlsaffer.com
rkruger@jaffelaw.com
dmurray@jenner.com
ptrostle@jenner.com
jboyles@jhvgglaw.com
mam@johnstonbarton.com

TAKAYA_YAMADA@JTEKT.CO.JP
eric.moser@klgates.com
jeff.rich@klgates.com
rsmolev@kayescholer.com
jstitt@kmklaw.com
twilson@kelley-ferraro.com
KDWBankruptcyDepartment@kelleydrye.com
info@kemkrest.com
lmagarik@kjmlabor.com
sjennik@kjmlabor.com
tmurray@kjmlabor.com
pwh@krwlaw.com
jed@krwlaw.com
ecf@kaalaw.com
BCrowley@klehr.com
jwe@kjk.com
fberg@kotzsangster.com
jmacyda@kotzsangster.com
acaton@kramerlevin.com
arogoff@kramerlevin.com
gplotko@kramerlevin.com
jsharret@kramerlevin.com
lmacksoud@kramerlevin.com
rschmidt@kramerlevin.com
tmayer@kramerlevin.com
dmb@kompc.com
psm@kompc.com
mws@kompc.com
tah@kompc.com
abruski@lambertleser.com
scook@lambertleser.com
Adam.Goldberg@lw.com
Robert.Rosenberg@lw.com
gabriel.delvirginia@verizon.net
sheehan@txschoollaw.com
larrykraines@gmail.com
michael.conway@leclairryan.com
michael.hastings@leclairryan.com
rbarrows800@gmail.com
rbarbur@lrbpc.com
rstroup@lrbpc.com
shepner@lrbpc.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
austin.bankruptcy@publicans.com
kwalsh@lockelord.com
tmcfadden@lockelord.com

ilevee@lowenstein.com
metkin@lowenstein.com
steele@lowenstein.com
khk@maddinhauser.com
msl@maddinhauser.com
smatta@mattablair.com
dhartheimer@mazzeosong.com
kab@mccarthylebit.com
rrk@mccarthylebit.com
dgoff@mvbalaw.com
sveselka@mvbalaw.com,
mreed@mvbalaw.com
janwoolley@mgwl.com
cdorkey@mckennalong.com
cgraham@mckennalong.com
jmayes@mckennalong.com
lamme@mltw.com
privitera@mltw.com
elobello@msek.com
hkolko@msek.com
msholmes@cowgillholmes.com
gillcr@michigan.gov
funds@michigan.gov
wcacinfo@michigan.gov
mbarr@milbank.com
skhalil@milbank.com
tlomazow@milbank.com
ecfsarbt@millerjohnson.com
ecfwolfordr@millerjohnson.com
hutchinson@millercanfield.com
robbins@millercanfield.com
fusco@millercanfield.com
swansonm@millercanfield.com
pricotta@mintz.com
sdnyecf@dor.mo.gov
joneil@mmwr.com
nramsey@mmwr.com
cynthialowery@mvalaw.com
AGOTTFRIED@MORGANLEWIS.COM
eliu@morganlewis.com
RTODER@MORGANLEWIS.COM
hbeltzer@morganlewis.com
rmauceri@morganlewis.com
bankruptcy@morrisoncohen.com
jbaden@motleyrice.com
jgilbert@motleyrice.com
jrice@motleyrice.com

lawrence.s.buonomo@gm.com
TStenger@alixpartners.com
CMcManus@muchshelist.com
mkoks@munsch.com
rurbanik@munsch.com
rsox@dealerlawyer.com
nwbernstein@nwbllc.com
dbrody@borahgoldstein.com
Gkelly@narmco.com
cameron.currie@nelsonmullins.com
linda.barr@nelsonmullins.com
george.cauthen@nelsonmullins.com
peter.haley@nelsonmullins.com
Maureen.Leary@oag.state.ny.us
Susan.Taylor@oag.state.ny.us
cmomjian@attorneygeneral.gov
Info@AndrewCuomo.com
lucas.ward@ohioattorneygeneral.gov
MJR1@westchestergov.com
Michelle.sutter@ohioattorneygeneral.gov
aenglund@orrick.com
crogers@orrick.com
RWYRON@ORRICK.COM
RFRANKEL@ORRICK.COM
lmcgowen@orrick.com
jansbro@orrick.com
email@orumroth.com
tsandler@osler.com
DWALLEN@OSHR.COM,
JHELFAT@OSHR.COM,
OSHR-GM-bk@oshr.com
SSOLL@OSHR.COM
chipford@parkerpoe.com
miachan@pattonboggs.com
mrichman@pattonboggs.com
msalzberg@pattonboggs.com
AROSENBERG@PAULWEISS.COM
harveystrickon@paulhastings.com
akornberg@paulweiss.com
bhermann@paulweiss.com
ipohl@paulweiss.com
jkoevary@paulweiss.com
mphillips@paulweiss.com
pweintraub@paulweiss.com
rzubaty@paulweiss.com
sshimshak@paulweiss.com
maricco.michael@pbgc.gov

| | |
|---|---|
| TERRY.MILLER@PENSKE.COM | rpm@robinsonbrog.com |
| caseyl@pepperlaw.com | aleffert@rwolaw.com |
| carignanj@pepperlaw.com | kstrickland@rmkb.com |
| kovskyd@pepperlaw.com | cbelmonte@ssbb.com |
| toolee@pepperlaw.com | pbosswick@ssbb.com |
| jaffeh@pepperlaw.com | aisenberg@saul.com |
| kayesd@pepperlaw.com | jhampton@saul.com |
| ebanda@pbfcm.com | tcurrier@saul.com |
| joy.e.tanner@altria.com | glee@schaferandweiner.com |
| erica.carrig@pillsburylaw.com | rheilman@schaferandweiner.com |
| karen.dine@pillsburylaw.com | aadams@schnader.com |
| richard.epling@pillsburylaw.com | bbressler@schnader.com |
| tsadutto@platzerlaw.com | bdeutsch@schnader.com |
| dlerner@plunkettcooney.com | mbarrie@schnader.com |
| DBernstein@plunkettcooney.com | rbarkasy@schnader.com |
| MFleming@plunkettcooney.com | adam.harris@srz.com |
| jsmairo@pbnlaw.com | david.karp@srz.com, |
| rmschechter@pbnlaw.com | mschonfeld@gibsondunn.com |
| dbaldwin@potteranderson.com | dlin@seyburn.com |
| rmcneill@potteranderson.com | lstein@seyburn.com |
| tbrown-edwards@potteranderson.com | bshaw100@shawgussis.com |
| BUNCH@PPG.COM | fsosnick@shearman.com |
| sjg@previant.com | jfrizzley@shearman.com |
| fp@previant.com | bwolfe@sheppardmullin.com |
| aberkowitz@proskauer.com | etillinghast@sheppardmullin.com |
| rpatel@pronskepatel.com | mcademartori@sheppardmullin.com |
| srutsky@proskauer.com | achaykin@shinnfuamerica.com |
| Christopher.Combest@quarles.com | SCOTTS@SHIVELYBROS.COM |
| Faye.Feinstein@quarles.com | kkansa@sidley.com |
| jrabinowitz@rltlawfirm.com | avery@silvermanmorris.com |
| rrm_narumanchi@hotmail.com | ARosen@SilvermanAcampora.com |
| LINDA.GALIPEAU@US.RANDSTAD.COM | DMACK@STBLAW.COM |
| stingey@rqn.com | PPANTALEO@STBLAW.COM |
| Lee_Cooper@raytheon.com | levick@singerlevick.com |
| eschaffer@reedsmith.com | mshriro@singerlevick.com |
| kgwynne@reedsmith.com | kayalyn.marafioti@skadden.com |
| cfelicetta@reidandriege.com | jack.butler@skadden.com |
| tlzabel@rhoadesmckee.com | nboehler@cbmlaw.com |
| rmallenski@aol.com | cmeyer@ssd.com |
| richardnotice@rwmaplc.com | tcornell@stahlcowen.com |
| ksambur@rkollp.com | ccaldwell@starkreagan.com |
| mfriedman@rkollp.com | wpayne@stemberfeinstein.com |
| jshickich@riddellwilliams.com | EDOYLE@STEMBERFEINSTEIN.COM |
| akress@riker.com | JSTEMBER@STEMBERFEINSTEIN.COM |
| rkchevysales@rkautogroup.net | EFEINSTEIN@STEMBERFEINSTEIN.COM |
| judith.adler@us.bosch.com | shgross5@yahoo.com |
| rsmith@cniinc.cc | cbullock@sbplclaw.com |

sgoll@sbplclaw.com
nashvillebankruptcyfilings@stites.com
bmeldrum@stites.com
streusand@streusandlandon.com
lbrimer@stroblpc.com
esserman@sbep-law.com
d'apice@sbep-law.com
hartwick@sbep-law.com
newton@sbep-law.com
dselwocki@swappc.com
jteitelbaum@tblawllp.com
klewis@tblawllp.com
marvin.clements@ag.tn.gov
lischen@tcwtgn.com
KENNETH_FREDA@GARDENCITYGROUP.COM
casey.roy@oag.state.tx.us
dkowich@umich.edu
rbrownlee@thompsoncoburn.com
jesse@tipotexchevrolet.com
abauer@torys.com
tmartin@torys.com
sdellafera@trenklawfirm.com
BRETT.GOODMAN@TROUTMANSANDERS.COM
jeffrey.kelley@troutmansanders.com
paula.christ@trw.com
JOSEPH.SAMARIAS@DO.TREAS.GOV
mkilgore@up.com
david.jones6@usdoj.gov
antitrust.atr@usdoj.gov
askDOJ@usdoj.gov
jeffrey.oestericher@usdoj.gov
joseph.cordaro@usdoj.gov
matthew.schwartz@usdoj.gov
djury@usw.org
Andy.Smith@valeo.com,
francoise.colpron@valeo.com
Ezavalkoff-babej@vedderprice.com
MJEDELMAN@VEDDERPRICE.COM
MSchein@vedderprice.com
lakatz@venable.com
roran@velaw.com
HARRY.NIEMAN@VOITH.COM
tscobb@vorys.com
gtoering@wnj.com
crusemg@wnj.com
sgrow@wnj.com
rbarrows@wdblaw.com

HARVEY.MILLER@WEIL.COM
JOSEPH.SMOLINSKY@WEIL.COM
STEPHEN.KAROTKIN@WEIL.COM
karpek@whiteandwilliams.com
Friedman@wildman.com
Dockterman@wildman.com
Young@wildman.com
dpacheco@wilentz.com
laccarrino@wilentz.com
uncbill@msn.com
dennis.jenkins@wilmerhale.com
melanie.dritz@wilmerhale.com
philip.anker@wilmerhale.com
cschreiber@winston.com
djrichardson@winston.com
mbotica@winston.com
mcohn@winston.com
sschwartz@winston.com
wdcoffeylaw@yahoo.com
swolfson@wolfsonbolton.com
jwyly@wylyrommel.com
bleinbach@zeklaw.com
skrause@zeklaw.com
jverillo@zeislaw.com
mbeatman@zeislaw.com