IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) | Case No. 09-50026 (REG) |
| f/k/a GENERAL MOTORS CORP., *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Rafael X. Zahralddin-Aravena, request admission *pro hac vice* before the Honorable Robert E. Gerber to represent 3M Purification Inc. f/k/a CUNO Incorporated, a creditor in the above-captioned case.

I certify that I am a member in good standing of the bars of the State of Delaware, the State of Pennsylvania, the State of California, the Third Circuit Court of Appeals, and the U.S. District Court for the District of Delaware.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: November 20, 2009
New York, New York

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9401
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com

*Attorney for 3M Purification Inc.*
*f/k/a CUNO Incorporated*