# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Rafael X. Zahralddin-Aravena, to be admitted *pro hac vice* to represent 3M Purification Inc. f/k/a CUNO Incorporated (the "3M"), a creditor in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Delaware, the State of Pennsylvania, the State of California, the Third Circuit Court of Appeals, and the U.S. District Court for the District of Delaware, it is hereby

**ORDERED**, that Rafael X. Zahralddin-Aravena, Esq. is admitted to practice *pro hac vice* in the above-captioned case to represent 3M, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November _____, 2009

_____
Honorable Robert E. Gerber
United States Bankruptcy Judge