Robert B. Weiss
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226
Telephone: (313) 465-7596
Facsimile: (313) 465-7597

*Special Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                              :
**In Re**                                                     :    Chapter 11
                                                              :
**MOTORS LIQUIDATION COMPANY** (f/k/a                         :    Case No. 09-50026 (REG)
General Motors Corp.), et al.,                                :    (Jointly Administered)
                                                              :
         Debtors.                                             :    Hon. Robert E. Gerber
                                                              :
-------------------------------------------------------------x

### SUPPLEMENT TO FIRST APPLICATION OF HONIGMAN MILLER SCHWARTZ AND COHN LLP AS SPECIAL COUNSEL FOR THE DEBTORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Honigman Miller Schwartz and Cohn LLP (**"Honigman"**), special counsel for Motors Liquidation Corporation f/k/a General Motors Corp., et al. (**"MLC" or "Debtors"**), for its Supplement to First Application of Honigman Miller Schwartz and Cohn LLP as Special Counsel for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2009 through September 30, 2009 states:

On November 16, 2009, Honigman filed the First Application of Honigman Miller Schwartz and Cohn LLP as Special Counsel for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2009 through September 30, 2009 (the "Application") (Docket No. 4446)[1]. As stated in Paragraph 18 of the Application, while summaries of Honigman's time records were attached to the Application as Exhibit D, due to the size of the detailed records they were furnished only to the U.S. Trustee, but not attached to the Application, but would be available upon request.

The Office of the U.S. Trustee has requested that Honigman file the detailed records. Accordingly, in Supplement to the Application,

(a)    Annexed hereto as Exhibit E is the detailed time entries of Honigman during the Compensation Period. This detail is summarized in Exhibit D to the Application.

(b)    Annexed hereto as Exhibit F is the detail of the expenses for which Honigman is seeking reimbursement. This detail is summarized in Exhibit C to the Application.

Honigman requests that this Supplement be treated as part of and incorporated in the Application, and that the Application be granted.

          Respectfully submitted,

          HONIGMAN MILLER SCHWARTZ AND COHN LLP
          Special Counsel for Debtors

Dated: November 20, 2009    By:     /s/ Robert B. Weiss
          Robert B. Weiss (Michigan Bar No. P28249)
          2290 First National Building
          660 Woodward Avenue
          Detroit, MI 48226
          Telephone: (313) 465-7596
          Facsimile:  (313) 465-7597
          Email: rweiss@hongiman.com

DETROIT.3949969.1

---

[1] Capitalized terms not defined herein have the meaning as defined in the Application.