UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
:
In re                                    :        Chapter 11 Case No.
:
MOTORS LIQUIDATION COMPANY, *et al.*,    :        09-50026 (REG)
    f/k/a General Motors Corp., *et al.*     :
:
                Debtors.     :        (Jointly Administered)
:
----------------------------------------------------------x

<u>FIRST INTERIM APPLICATION OF THE CLARO GROUP, LLC FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD
JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009</u>

| | |
|---|---|
| Name of Applicant: | <u>The Claro Group, LLC</u> |
| Authorized to Provide Professional Services to: | <u>Motors Liquidation Company, f/k/a General Motors Corp., et al.</u> |
| Date of Order Authorizing Employment: | <u>August 3, 2009 (Effective June 1, 2009)</u> |
| Period for which compensation and Reimbursement are sought: | <u>June 1, 2009 through September 30, 2009</u> |
| Amount of compensation sought as actual, reasonable, and necessary: | <u>$189,563.00</u> |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | <u>$888.05</u> |
| Prior Fee Applications: | <u>None</u> |

**THE CLARO GROUP, LLC**
**777 S. Figueroa Street, Suite 4050**
**Los Angeles, CA 90017**
**(213) 784-0190 (Telephone)**
**(213) 452-6556 (Facsimile)**

*Environmental Management Consultants to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

<u>FIRST INTERIM APPLICATION OF THE CLARO GROUP, LLC AS</u>
<u>ENVIRONMENTAL MANAGEMENT CONSULTANTS TO THE DEBTORS</u>
<u>FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF</u>
<u>EXPENSES FOR THE PERIOD JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009</u>

The Claro Group, LLC ("Claro") respectfully files this First Interim Application for

Allowance of Compensation and Reimbursement of Expenses (the "Fee Application") of Claro

as Environmental Management Consultants to Motors Liquidation Company (f/k/a General

Motors Corporation) ("GM") and its affiliated debtors, as debtors in possession (collectively, the

"Debtors"), for the period from June 1, 2009 through September 30, 2009 (the "First Interim

Period"). This Fee Application is filed pursuant to §§ 328(a), 330(a) and 331 of Title 11 of the

United States Code (the "Bankruptcy Code"), Rule 2016(a) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") and the Local Rules and Orders of this Court. In support of

the Application, Claro states:

2

## JURISDICTION AND VENUE

1.      On or about August 7, 2009, the Court signed an Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Procedures Order") (Docket #3711). The Compensation Procedures Order states, *inter alia,*

> "Commencing with the period ending September 30, 2009, and at four month intervals thereafter (the "**Interim Fee Period**"), each of the retained professionals as set forth in paragraphs 3 and 4 herein (the "**Retained Professionals**") shall file with the Court an application (an "**Interim Fee Application**") for interim Court approval and allowance, pursuant to sections 330 and 331 of the Bankruptcy Code (as the case may be) of the compensation and reimbursement of expenses requested in the Monthly Statements served during such Interim Fee Period. Each Retained Professional shall file its Interim Fee Application no later than **45 days** after the end of the Interim Fee Period." [Emphasis in original.]

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of the Debtors' Chapter 11 cases and this Fee Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.      On June 1, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4.      On or about July 21, 2009, the Debtors filed an application (the "Retention Application") pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014 authorizing the retention and employment of Claro as an environmental management consulting services

3

provider in connection with these chapter 11 cases, to assist the Debtors in determining the costs

of actual and/or potential environmental liabilities arising from the Debtors' prepetition, historic

operations. The Debtors sought to employ and retain Claro pursuant to the terms of the

agreement between the Debtors and Claro dated and effective as of June 10, 2009 (the

"Engagement Letter"). More specifically, Claro has been retained by the Debtors for its

environmental management consulting expertise.

5.    On or about August 3, the Court entered an Order authorizing the Debtors to

retain and employ Claro *nunc pro tunc* to the Petition Date.

## COMPENSATION REQUESTED

6.    By this Fee Application and in accordance with §§ 328, 330 and 331 of the

Bankruptcy Code, Claro request allowance of fees in the amount of $189,563.00, and ordinary

and necessary expenses in the amount of $888.05, for a total amount $190,451.05.

7.    Pursuant to the Compensation Procedures Order, all professionals retained in

these cases are authorized to seek, on a monthly basis, compensation for professional services

rendered and reimbursement of expenses incurred. In the absence of any objection to the

monthly statement of fees and expenses incurred (the "Monthly Statements"), the Debtors can

pay 80% of the professional fees requested and 100% of the expenses incurred. A tabulation of

fees and expenses incurred, as well as payments received by Claro, for Monthly Statements to

date is as follows:

| Period Covered | Fees | Expenses | 80% of Fees | 80% of Fees Plus Expenses | Invoice Amount | Payments Received |
|---|---|---|---|---|---|---|
| 06/01/09 - 06/30/09 | $162,444.50 | $556.59 | $129,955.60 | $130,512.19 | $163,001.09 | $130,251.59 |
| 07/01/09 - 07/31/09 | $14,392.50 | $137.72 | $11,514.00 | $11,651.72 | $14,530.22 | $11,651.20 |
| 08/01/09 - 08/31/09 | $1,790.00 | $97.32 | $1,432.00 | $1,529.32 | $1,887.32 | $1,529.32 |
| 9/1/2009 - 09/30/09 | $10,936.00 | $96.42 | $8,748.80 | $8,845.22 | $11,032.42 | $0.00 |
| | | | | | | |
| Total | $189,563.00 | $888.05 | $151,650.40 | $152,538.45 | $190,451.05 | $143,432.11 |

4

8.    During the First Interim Period, Claro has sought $189,563 in professional fees and $888.05 for expenses, of which $142,640.48 in fees and $791.63 in expenses, respectively, has been paid to date by the Debtors in accordance with the Compensation Procedures Order. As of the date of this Fee Application, Claro is owed $46,922.52 for professional fees and $96.42 for expenses incurred, which amounts have not yet been paid by the Debtors.

9.    Claro has received no payment and no promises of payment from any other source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application.

10.    There is no agreement or understanding between Claro and any other person for the sharing of compensation to be received for services rendered in this case.

11.    Claro submits that this Fee Application complies with sections 330 and 503(b)(l)(A) of Chapter 11 of Title 11 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, the Amended Guidelines for Fees and Expenses for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines" collectively with the Local Guidelines, the "Guidelines").

## SUMMARY OF SERVICES PROVIDED

12.    Attached as **Exhibit A** is a list of the Claro professionals who worked on the case during the First Interim Period, along with the titles, and a summary of hours charged for the professionals whose services are being billed in connection with this case. Attached as **Exhibit B** is a summary of hours incurred for each category of work performed by Claro. Attached as **Exhibit C** is a summary of actual out-of-pocket expenses incurred during the First Interim

Period for each category of expenses. Attached as **Exhibit D** are the detailed time entries during the First Interim Period, for each category of work performed by Claro. Attached as **Exhibit E** is the certification of Douglas H. Deems with respect to the Fee Application pursuant to the Local Guidelines.

13.    In accordance with the Retention Application and the Engagement Letter, the following is a detailed description of the major tasks performed during the First Interim Period. These tasks, and the related hours incurred, are separated into the following matters:

**Site-level Cost Estimate Analysis (Task 1-331.45 hours)**

14.    During the First Interim Period, Claro provided assistance to the Debtors in estimating potential remediation costs associated with the Debtors' historic contaminated properties for the purposes of determining the amount of debtor-in-possession financing required to achieve Regulatory Closure and any Long Term Obligations for each of the 29 sites selected by Debtors for detailed review.

15.    Claro also reviewed site summary project descriptions and site specific environmental information provided by Debtors. Claro assisted in the assessment of the reasonableness of existing remediation scopes of work and cost estimates currently anticipated by Debtors, and any additional work or costs that may be necessary to achieve Regulatory Closure and completion of Long Term Obligations based on the potential for undiscovered contamination or other factors potentially affecting future site costs. Claro participated in detailed discussions with Debtors' environmental project managers and environmental engineering consultants to review the reasonable ranges of potential future remedial actions and associated cost estimates for each site.

16.    Claro participated in discussions with Debtors' environmental project managers and its environmental engineering consultants for the purpose of reviewing alternative remedy selections and the potential probabilities associated with each remedy. Claro also assisted in the preparation of detailed site write-ups and cost estimate spreadsheets for each of the 29 selected sites. Claro performed a discounted cash flow analysis for the projected future remedial cost estimates under a range of inflation and discount rate assumptions.

**Portfolio-level Cost Analysis (Task 2-167.60 hours)**

17.    During the First Interim Period, Claro provided assistance to the Debtors in performing an analysis of the portfolio of former GM remediation sites. Specifically, Claro assisted in the development of a spreadsheet analysis to aggregate and report all site-specific cost estimates, alternative remedial actions and probabilities associated with the various alternative remedial scenarios.

18.    Claro segregated the costs into various categories, including, remedial costs, real estate costs, site carrying costs, asset retirement costs, and clean demolition costs for each of the 29 sites. On a site by site and portfolio level basis, Claro assisted in calculating an expected value based on the high, baseline and low scenario probabilities for each cost category. Claro performed further portfolio analysis to address and account for the 34 sites not included in the detailed review (i.e., the 29 sites).

19.    Claro calculated the variance between the Debtors' site-specific reserves for the 29 sites and the base cost estimate developed by Debtors' environmental managers and the other environmental engineering professionals in this First Interim Period. Claro then performed a discounted cash flow analysis for the projected future remedial cost estimates under various inflation and discount rate assumptions to assess the impact on the entire portfolio of sites.

7

**Steering Committee Management (Task 3-94.1 hours)**

20.     During the First Interim Period, Claro provided assistance to the Debtors in providing strategic advice and direction to accomplish the 29 detailed site reviews. Claro assisted in developing a template for the purpose of describing and accounting for the closure costs associated with the Debtors' various contaminated properties. Claro participated in numerous Steering Committee sessions to review the final cost estimates, site write-ups, alternative remedy selections and probabilities associated with the alternative cost estimates.

**Fee Application and Other Job Administration (Task 4-1.5 hours)**

21.     During the First Interim Period, in connection with Claro's retention by the Debtors, Claro reviewed draft versions of the Application to retain Claro and supporting declarations, making changes to the declaration where appropriate. In addition, Claro reviewed the Interim Compensation guidelines as well as other US Trustee materials.

22.     The work performed by Claro was not duplicative of any other retained professional. The work of Claro in this bankruptcy estate is continuing and not complete.

23.     Claro submits that the foregoing services were necessary to the administration of this Chapter 11 case, were necessary and beneficial to the Debtors' estates at the time such services were rendered, and were performed without unnecessary duplication of effort or expense. Claro's request for compensation of the foregoing services is reflective of a reasonable and appropriate amount of time expended in performing such services commensurate with the complexity, importance and nature of the problem, issue and task involved.

## NOTICE

24.     Notice of this Fee Application will be provided by counsel for the Debtors

pursuant to the Compensation Procedures Order

WHEREFORE, Claro respectfully request that this Court enter an order: (i) allowing

Claro's request for compensation in the sum of $189,563.00 for actual, reasonable and necessary

professional services rendered as environmental consultants to the Debtors during the

Compensation Period; (ii) directing the Debtors to pay to Claro the full amount of such

compensation to the extent not already paid; and (iii) directing the Debtors to reimburse Claro in

the amount of $888.05 for actual, reasonable and necessary expenses incurred during the

Compensation Period, to the extent not already reimbursed.

Dated: Los Angeles, California
        November 19, 2009

                                            THE CLARO GROUP, LLC


                                            _____
                                            Douglas H. Deems, Managing Director
                                            777 S. Figueroa Street, Suite 4050
                                            Los Angeles, CA  90017

                                            *Environmental and Management*
                                            *Consultants to the Debtors*

MOTOR LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

SUMMARY OF PROFESSIONAL
TIME CHARGES AND FEES
FOR THE PERIOD
JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009

## EXHIBIT A

Claro's professional services listed below rendered during the 1st Interim period of 6/1/09 – 9/30/09 which consists of hours worked, rates and the calculated fees.

| NAME | TITLE | HOURS | RATE | AMOUNT |
|------|-------|-------|------|--------|
| Carl, Brian | Principal | 57.55 | $ 340.00 | $ 19,567.00 |
| Chambers, Marjorie | Admin | 7 | $ 110.00 | $ 770.00 |
| Deems, Douglas | Managing Director | 1.5 | $ 500.00 | $ 750.00 |
| Forrester, Andrew | Analyst | 104 | $ 165.00 | $ 17,160.00 |
| Gennity, Kelley | Analyst | 2 | $ 165.00 | $ 330.00 |
| Hansen, George | Managing Director | 74.9 | $ 500.00 | $ 37,450.00 |
| Harris, Mark | Exp. Manager | 74.5 | $ 255.00 | $ 18,997.50 |
| Killian, Karl | Managing Director | 59.4 | $ 450.00 | $ 26,730.00 |
| Marlowe, Rudd | Director | 4 | $ 390.00 | $ 1,560.00 |
| Menees, Rob | Director | 85.3 | $ 295.00 | $ 25,163.50 |
| Twellman, Brian | Principal | 124.5 | $ 330.00 | $ 41,085.00 |
| | | | | |
| TOTALS | | 594.65 | | $ 189,563.00 |

Total Fees:              $ 189,563.00

Total Expenses:        $      888.05

Total Fees & Expenses $  190,451.05

MOTOR LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

SUMMARY OF PROFESSIONAL
TIME CHARGES AND FEES
FOR THE PERIOD
JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009

## EXHIBIT B

Claro's summary of hours incurred by category / task code

| TASK CODE | HOURS | AMOUNT |
|---|---|---|
| Fee Application and Other Job Administration  Total | 1.5 $ | 750.00 |
| Portfolio-level Cost Analysis  Total | 167.6 $ | 42,544.50 |
| Site-level Cost Estimate Analysis  Total | 331.45 $ | 102,703.50 |
| Steering Committee Management  Total | 94.1 $ | 43,565.00 |
| Grand Total | 594.65 $ | 189,563.00 |

MOTOR LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

SUMMARY OF PROFESSIONAL
TIME CHARGES AND FEES
FOR THE PERIOD
JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009

### EXHIBIT C

Claro's summary of expenses incurred

| Expenses | | |
|---|---|---|
| 6/1/2009 | Travel - Taxi/Car Service | $ 106.00 |
| 6/1/2009 | Outside Photocopy Services | $ 450.59 |
| 07/01/2009 | July Soundpath Conferencing Invoice | $ 127.72 |
| 07/21/2009 | Notary charge for Deems Affidavit | $ 10.00 |
| 08/13/2009 | Express Messenger Services | $ 97.32 |
| 09/10/2009 | Express Messenger Services | $ 96.42 |
| | Total Expenses | $ 888.05 |

MOTOR LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

SUMMARY OF PROFESSIONAL
TIME CHARGES AND FEES
FOR THE PERIOD
JUNE 1, 2009 THROUGH SEPTEMBER 30, 2009

## **EXHIBIT D**

Claro's detailed time entries for each category worked
(continued on next page)

| TASK CODE | DATE | NAME | NARRATIVE | HOURS | | RATE | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Fee Application and Other Job Administration | | | | | | | | |
| | 07/21/2009 | Deems | Final Review of Application to retain Claro Group; | 1 | $ | 500.00 | $ | 500.00 |
| | 08/10/2009 | Deems | review Interim Compensation guidelines and US | 0.5 | $ | 500.00 | $ | 250.00 |
| Fee Application and Other Job Administration  Total | | | | 1.5 | | | $ | 750.00 |
| | | | | | | | | |
| **Portfolio-level Cost Analysis** | | | | | | | | |
| | 07/06/2009 | Forrester | Input new site costs into results model. | 6.5 | $ | 165.00 | $ | 1,072.50 |
| | 07/07/2009 | Forrester | Made comments about site cost values that | 2.5 | $ | 165.00 | $ | 412.50 |
| | 6/15/2009 | Forrester | Work on master site list | 4.00 | $ | 165.00 | $ | 660.00 |
| | 6/17/2009 | Forrester | Work on site summaries and site name reconciliation. | 4.00 | $ | 165.00 | $ | 660.00 |
| | 6/17/2009 | Forrester | Aggregate reserve account/spending data. | 4.00 | $ | 165.00 | $ | 660.00 |
| | 6/18/2009 | Forrester | Aggregate past cost data for each site on an annual basis from 2007-2009 YTD. | 8.00 | $ | 165.00 | $ | 1,320.00 |
| | 6/19/2009 | Forrester | Work on reserve/past cost data. | 2.00 | $ | 165.00 | $ | 330.00 |
| | 6/19/2009 | Forrester | Begin creation of summary model. | 6.00 | $ | 165.00 | $ | 990.00 |
| | 6/20/2009 | Forrester | Work on reserve/past cost data | 2.00 | $ | 165.00 | $ | 330.00 |
| | 6/20/2009 | Forrester | Work on summary model | 1.00 | $ | 165.00 | $ | 165.00 |
| | 6/20/2009 | Forrester | Enter results from 4 test sites into model. | 1.00 | $ | 165.00 | $ | 165.00 |
| | 6/21/2009 | Forrester | Work on reserve/past cost data. | 1.00 | $ | 165.00 | $ | 165.00 |
| | 6/21/2009 | Forrester | Work on summary model. | 2.00 | $ | 165.00 | $ | 330.00 |
| | 6/21/2009 | Forrester | Enter results from 4 test sites into model. | 1.00 | $ | 165.00 | $ | 165.00 |
| | 6/22/2009 | Forrester | Edit/Modify Results Model. | 5.00 | $ | 165.00 | $ | 825.00 |
| | 6/22/2009 | Forrester | Run preliminary site costs. | 9.00 | $ | 165.00 | $ | 1,485.00 |
| | 6/23/2009 | Forrester | Edit/Modify Results Model. | 6.50 | $ | 165.00 | $ | 1,072.50 |
| | 6/23/2009 | Forrester | Run preliminary site costs. | 3.00 | $ | 165.00 | $ | 495.00 |
| | 6/24/2009 | Forrester | Edit/Modify Results Model. | 5.00 | $ | 165.00 | $ | 825.00 |
| | 6/24/2009 | Forrester | Run final site costs and QC results. | 7.30 | $ | 165.00 | $ | 1,204.50 |
| | 6/26/2009 | Forrester | Run Phase II numbers through the model and harvest results. | 2.50 | $ | 165.00 | $ | 412.50 |
| | 09/22/2009 | Forrester | Put together site list for internal purposes. | 1.5 | $ | 165.00 | $ | 247.50 |
| | 6/18/2009 | Hansen | Review discount rate assumptions and communication | 1.00 | $ | 500.00 | $ | 500.00 |
| | 6/19/2009 | Hansen | Review progress and comment on summary probabilistic NPV/Cash flow model with A. Forre | 2.00 | $ | 500.00 | $ | 1,000.00 |
| | 6/29/2009 | Hansen | Review status of tasks with Killian, Twellman | 0.50 | $ | 500.00 | $ | 250.00 |
| | 6/30/2009 | Hansen | Review tasks/deliverable changes with Killian/Twellman | 0.50 | $ | 500.00 | $ | 250.00 |
| | 08/19/2009 | Hansen | phone call w/ Alex Rothchild re: documentation of | 0.1 | $ | 500.00 | $ | 50.00 |
| | 08/19/2009 | Hansen | email on same to B. Twellman, K. Killian and A. | 0.1 | $ | 500.00 | $ | 50.00 |
| | 6/15/2009 | Harris | Work on master site list | 0.50 | $ | 255.00 | $ | 127.50 |
| | 6/19/2009 | Killian | Reserves issue reconciliation | 1.00 | $ | 450.00 | $ | 450.00 |
| | 6/30/2009 | Killian | Follow-up on deliverables and site results | 0.50 | $ | 450.00 | $ | 225.00 |
| | 09/03/2009 | Killian | Responding to Alex Rothchild re: EV calculations | 0.8 | $ | 450.00 | $ | 360.00 |
| | 09/04/2009 | Killian | Responding to Alex Rothchild re: EV calculations | 1.2 | $ | 450.00 | $ | 540.00 |
| | 09/08/2009 | Killian | Responding to Alex Rothchild re: EV calculations | 0.6 | $ | 450.00 | $ | 270.00 |
| | 09/10/2009 | Killian | Correspondence with A. Rothchild re: estimation | 0.5 | $ | 450.00 | $ | 225.00 |
| | 07/01/2009 | Twellman | Aggregating sites analytics | 6 | $ | 330.00 | $ | 1,980.00 |
| | 07/02/2009 | Twellman | Aggregating sites analytics | 6 | $ | 330.00 | $ | 1,980.00 |
| | 07/06/2009 | Twellman | summary files for last weeks site review. | 3.5 | $ | 330.00 | $ | 1,155.00 |
| | 07/07/2009 | Twellman | call w Alex R. RE: npv schedules.  summary | 2.5 | $ | 330.00 | $ | 825.00 |
| | 6/23/2009 | Twellman | Aggregate all sites summary | 10.00 | $ | 330.00 | $ | 3,300.00 |
| | 6/24/2009 | Twellman | Aggregate all sites summary | 16.00 | $ | 330.00 | $ | 5,280.00 |
| | 6/25/2009 | Twellman | Aggregating sites analytics | 5.00 | $ | 330.00 | $ | 1,650.00 |
| | 6/26/2009 | Twellman | Aggregating sites analytics | 10.00 | $ | 330.00 | $ | 3,300.00 |
| | 6/27/2009 | Twellman | Aggregating sites analytics | 2.50 | $ | 330.00 | $ | 825.00 |
| | 6/28/2009 | Twellman | Updating site summary | 0.50 | $ | 330.00 | $ | 165.00 |
| | 6/29/2009 | Twellman | Sites analysis | 6.00 | $ | 330.00 | $ | 1,980.00 |
| | 6/30/2009 | Twellman | Sites analysis | 4.00 | $ | 330.00 | $ | 1,320.00 |
| | 08/18/2009 | Twellman | Call w Alex R. RE: supporting schedules.  Review | 1.5 | $ | 330.00 | $ | 495.00 |
| Portfolio-level Cost Analysis  Total | | | | 167.6 | | | $ | 42,544.50 |
| | | | | | | | | |
| **Site-level Cost Estimate Analysis** | | | | | | | | |
| | 07/01/2009 | Carl | prep for and call with team b re site review | 1.5 | $ | 340.00 | $ | 510.00 |
| | 6/15/2009 | Carl | Teleconference with Claro team re project kick-off. | 1.00 | $ | 340.00 | $ | 340.00 |
| | 6/16/2009 | Carl | Kick off conf. calls | 1.00 | $ | 340.00 | $ | 340.00 |
| | 6/16/2009 | Carl | Review data room and template docs | 1.00 | $ | 340.00 | $ | 340.00 |
| | 6/16/2009 | Carl | Review site chapters | 2.00 | $ | 340.00 | $ | 680.00 |
| | 6/16/2009 | Carl | Begin Moraine site summary. | 2.00 | $ | 340.00 | $ | 680.00 |
| | 6/17/2009 | Carl | Group c site write ups. | 2.00 | $ | 340.00 | $ | 680.00 |
| | 6/17/2009 | Carl | Conf call with team b and c | 2.00 | $ | 340.00 | $ | 680.00 |
| | 6/17/2009 | Carl | Phone discussions with brian twellman, karl and george. | 1.00 | $ | 340.00 | $ | 340.00 |
| | 6/17/2009 | Carl | Review data room | 2.50 | $ | 340.00 | $ | 850.00 |
| | 6/18/2009 | Carl | Team c site chapters.  review docs from data room | 4.00 | $ | 340.00 | $ | 1,360.00 |
| | 6/18/2009 | Carl | Prep for and call with Group B and Group C project managers. | 5.00 | $ | 340.00 | $ | 1,700.00 |
| | 6/19/2009 | Carl | Call with Ray Kapp re Tarrytown | 1.00 | $ | 340.00 | $ | 340.00 |
| | 6/19/2009 | Carl | Claro status call | 0.50 | $ | 340.00 | $ | 170.00 |
| | 6/19/2009 | Carl | Team c status call re tarry town. | 1.00 | $ | 340.00 | $ | 340.00 |
| | 6/19/2009 | Carl | Team b status call re indy stamp | 0.50 | $ | 340.00 | $ | 170.00 |
| | 6/19/2009 | Carl | Site profiles | 1.00 | $ | 340.00 | $ | 340.00 |
| | 6/19/2009 | Carl | Indy metal fab and tarrytown | 6.50 | $ | 340.00 | $ | 2,210.00 |
| | 6/21/2009 | Carl | Site group c narratives | 5.30 | $ | 340.00 | $ | 1,802.00 |
| | 6/22/2009 | Carl | Team B and C:  Review cost estimates | 1.00 | $ | 340.00 | $ | 340.00 |
| | 6/22/2009 | Carl | Finalize first draft site narratives | 2.00 | $ | 340.00 | $ | 680.00 |

| Date | Name | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 6/22/2009 | Carl | QC B narratives | 1.00 | $ | 340.00 | $ | 340.00 |
| 6/22/2009 | Carl | Team B and C: Review edits to narrative from George | 1.00 | $ | 340.00 | $ | 340.00 |
| 6/22/2009 | Carl | Conf calls re narratives | 1.00 | $ | 340.00 | $ | 340.00 |
| 6/22/2009 | Carl | Update site narratives | 1.00 | $ | 340.00 | $ | 340.00 |
| 6/22/2009 | Carl | Discussions with team B and C on ARO, NRD, RE. | 0.50 | $ | 340.00 | $ | 170.00 |
| 6/22/2009 | Carl | Contact Portal Administrator re folder access | 0.50 | $ | 340.00 | $ | 170.00 |
| 6/23/2009 | Carl | Team B and Team C site review. | 4.00 | $ | 340.00 | $ | 1,360.00 |
| 6/24/2009 | Carl | Team B and C final drafts. | 2.00 | $ | 340.00 | $ | 680.00 |
| 6/24/2009 | Carl | Upload sites and QC. | 1.50 | $ | 340.00 | $ | 510.00 |
| 6/24/2009 | Carl | Change AROs/Demo costs | 1.00 | $ | 340.00 | $ | 340.00 |
| 09/23/2009 | Carl | Call with Karl, Brian T, Andrew F. Review | 0.25 | $ | 340.00 | $ | 85.00 |
| 6/11/2009 | Chambers | GM site write up binders | 5.00 | $ | 110.00 | $ | 550.00 |
| 6/12/2009 | Chambers | Collaborated site summary binder | 2.00 | $ | 110.00 | $ | 220.00 |
| 6/12/2009 | Forrester | Organize new GM folder on network with relevant site write-ups. | 1.80 | $ | 165.00 | $ | 297.00 |
| 6/12/2009 | Forrester | Create a site write-up template. | 1.80 | $ | 165.00 | $ | 297.00 |
| 6/12/2009 | Forrester | Research findings in recent ASARCO Bankruptcy settlement ruling. | 1.80 | $ | 165.00 | $ | 297.00 |
| 6/12/2009 | Forrester | Spend time reading environmental site summaries. | 1.80 | $ | 165.00 | $ | 297.00 |
| 6/15/2009 | Forrester | Meet with Claro team members | 2.00 | $ | 165.00 | $ | 330.00 |
| 6/15/2009 | Forrester | Research site summaries | 2.00 | $ | 165.00 | $ | 330.00 |
| 6/16/2009 | Forrester | Work on site summaries based on work performed in 2004. | 7.00 | $ | 165.00 | $ | 1,155.00 |
| 6/16/2009 | Gennity | Site summaries | 2.00 | $ | 165.00 | $ | 330.00 |
| 6/12/2009 | Hansen | Review existing site write-ups and near-term tasks with Andrew Forrester | 1.50 | $ | 500.00 | $ | 750.00 |
| 6/13/2009 | Hansen | Review site summary binder | 3.50 | $ | 500.00 | $ | 1,750.00 |
| 6/15/2009 | Hansen | Organization of Claro and project team | 5.50 | $ | 500.00 | $ | 2,750.00 |
| 6/17/2009 | Hansen | Attend group A kick-off call (intermittent) | 1.00 | $ | 500.00 | $ | 500.00 |
| 6/17/2009 | Hansen | Review documents on IntraLink re: identification of past costs, annual expenditure history, re | 2.00 | $ | 500.00 | $ | 1,000.00 |
| 6/18/2009 | Hansen | Consultations with team members | 1.30 | $ | 500.00 | $ | 650.00 |
| 6/19/2009 | Hansen | Claro team meeting | 0.50 | $ | 500.00 | $ | 250.00 |
| 6/19/2009 | Hansen | Review past cost workproduct with Andrew Forrester | 0.50 | $ | 500.00 | $ | 250.00 |
| 6/30/2009 | Hansen | Group D review call | 0.80 | $ | 500.00 | $ | 400.00 |
| 09/24/2009 | Hansen | Review document / Call on environmental | 1 | $ | 500.00 | $ | 500.00 |
| 6/16/2009 | Harris | Kickoff call | 1.00 | $ | 255.00 | $ | 255.00 |
| 6/16/2009 | Harris | Group B sites data mining | 5.00 | $ | 255.00 | $ | 1,275.00 |
| 07/01/2009 | Harris | QC call with Team B and QC team to discuss the | 1.5 | $ | 255.00 | $ | 382.50 |
| 6/17/2009 | Harris | Call with Team B - Arcadis and Brownfield professionals to determine roles | 2.00 | $ | 255.00 | $ | 510.00 |
| 6/17/2009 | Harris | Team B sites data mining and site profile creations. | 7.50 | $ | 255.00 | $ | 1,912.50 |
| 6/18/2009 | Harris | Calls with Team B (Arcadis, Brownfield, and GM) for site information | 3.00 | $ | 255.00 | $ | 765.00 |
| 6/18/2009 | Harris | Intralink search for site information to complete project summary forms. | 6.00 | $ | 255.00 | $ | 1,530.00 |
| 6/19/2009 | Harris | Team B call to discuss Indy Metal Fab site issues | 0.50 | $ | 255.00 | $ | 127.50 |
| 6/19/2009 | Harris | Updates/edits/correspondence for first draft submission. | 7.50 | $ | 255.00 | $ | 1,912.50 |
| 6/20/2009 | Harris | Team B - Site narratives | 2.00 | $ | 255.00 | $ | 510.00 |
| 6/20/2009 | Harris | Compilation of excel and narrative edits for Danville, Wilmington, Livonia Groundwater, GMP | 5.00 | $ | 255.00 | $ | 1,275.00 |
| 6/21/2009 | Harris | Team B site narratives | 2.00 | $ | 255.00 | $ | 510.00 |
| 6/21/2009 | Harris | Compilation of narrative edits and remediation cost spreadsheets - Delphi Trenton, Hyatt Clark, Al | 3.00 | $ | 255.00 | $ | 765.00 |
| 6/22/2009 | Harris | Team B call to discuss progress and next course of action on 8 sites. | 2.00 | $ | 255.00 | $ | 510.00 |
| 6/22/2009 | Harris | Updates to both site narratives and remediation cost spreadsheets for Indy Metal Fab, Hyatt | 10.00 | $ | 255.00 | $ | 2,550.00 |
| 6/23/2009 | Harris | Team B call with QC Committee to discuss progress and next course of action on 8 sites. | 4.00 | $ | 255.00 | $ | 1,020.00 |
| 6/23/2009 | Harris | Updates, and edits to both site narratives and remediation cost spreadsheets for all 8 sites. | 6.00 | $ | 255.00 | $ | 1,530.00 |
| 6/24/2009 | Harris | Updates, and edits to both site narratives and remediation cost spreadsheets for all 8 sites fo | 6.00 | $ | 255.00 | $ | 1,530.00 |
| 07/03/2009 | Killian | Responding to data request regarding real estate | 1 | $ | 450.00 | $ | 450.00 |
| 07/06/2009 | Killian | Responding to data request regarding real estate | 1.3 | $ | 450.00 | $ | 585.00 |
| 07/07/2009 | Killian | Responding to data request regarding real estate | 1 | $ | 450.00 | $ | 450.00 |
| 07/08/2009 | Killian | Responding to data request regarding real estate | 0.7 | $ | 450.00 | $ | 315.00 |
| 6/12/2009 | Killian | Sites review and job set-up | 3.30 | $ | 450.00 | $ | 1,485.00 |
| 6/15/2009 | Killian | Team set-up | 1.00 | $ | 450.00 | $ | 450.00 |
| 6/15/2009 | Killian | Sites review | 3.00 | $ | 450.00 | $ | 1,350.00 |
| 6/16/2009 | Killian | Site review calls | 1.50 | $ | 450.00 | $ | 675.00 |
| 6/16/2009 | Killian | Preliminary analysis | 3.00 | $ | 450.00 | $ | 1,350.00 |
| 6/18/2009 | Killian | File review | 2.00 | $ | 450.00 | $ | 900.00 |
| 6/18/2009 | Killian | Site review execution | 4.00 | $ | 450.00 | $ | 1,800.00 |
| 6/19/2009 | Killian | Site analysis | 2.00 | $ | 450.00 | $ | 900.00 |
| 09/01/2009 | Killian | Discuss Group D sites report with R. Menees | 0.6 | $ | 450.00 | $ | 270.00 |
| 09/24/2009 | Killian | Review document and conf. call on environmental | 1.4 | $ | 450.00 | $ | 630.00 |
| 6/15/2009 | Menees | Organization of project team | 2.00 | $ | 295.00 | $ | 590.00 |
| 6/15/2009 | Menees | Document review | 2.00 | $ | 295.00 | $ | 590.00 |
| 6/15/2009 | Menees | Cost analysis | 2.00 | $ | 295.00 | $ | 590.00 |
| 6/16/2009 | Menees | Document review | 4.00 | $ | 295.00 | $ | 1,180.00 |
| 6/16/2009 | Menees | Cost analysis | 2.00 | $ | 295.00 | $ | 590.00 |
| 6/17/2009 | Menees | Document review | 3.00 | $ | 295.00 | $ | 885.00 |
| 6/17/2009 | Menees | Cost analysis | 3.00 | $ | 295.00 | $ | 885.00 |
| 6/18/2009 | Menees | Team calls | 2.00 | $ | 295.00 | $ | 590.00 |
| 6/18/2009 | Menees | Document review | 4.00 | $ | 295.00 | $ | 1,180.00 |
| 6/18/2009 | Menees | Cost analysis | 4.00 | $ | 295.00 | $ | 1,180.00 |
| 6/19/2009 | Menees | Team calls | 2.00 | $ | 295.00 | $ | 590.00 |
| 6/19/2009 | Menees | Document review | 4.00 | $ | 295.00 | $ | 1,180.00 |
| 6/19/2009 | Menees | Cost analysis | 4.00 | $ | 295.00 | $ | 1,180.00 |
| 6/20/2009 | Menees | Cost analysis | 5.00 | $ | 295.00 | $ | 1,475.00 |
| 6/20/2009 | Menees | Document review | 5.00 | $ | 295.00 | $ | 1,475.00 |
| 6/21/2009 | Menees | Cost analysis | 2.00 | $ | 295.00 | $ | 590.00 |

| Date | Name | Description | Hours | | Rate | | Amount |
|------|------|-------------|-------|---|------|---|--------|
| 6/21/2009 | Menees | Document review | 2.00 | $ | 295.00 | $ | 590.00 |
| 6/22/2009 | Menees | Document review | 4.00 | $ | 295.00 | $ | 1,180.00 |
| 6/22/2009 | Menees | Team calls | 3.00 | $ | 295.00 | $ | 885.00 |
| 6/22/2009 | Menees | Cost analysis | 3.00 | $ | 295.00 | $ | 885.00 |
| 6/23/2009 | Menees | Team calls | 3.00 | $ | 295.00 | $ | 885.00 |
| 6/23/2009 | Menees | Document review | 3.00 | $ | 295.00 | $ | 885.00 |
| 6/23/2009 | Menees | Cost analysis | 3.00 | $ | 295.00 | $ | 885.00 |
| 6/24/2009 | Menees | Document review | 2.00 | $ | 295.00 | $ | 590.00 |
| 6/24/2009 | Menees | Document review | 1.00 | $ | 295.00 | $ | 295.00 |
| 6/24/2009 | Menees | Team conference calls | 2.00 | $ | 295.00 | $ | 590.00 |
| 6/25/2009 | Menees | Update conf. call | 0.50 | $ | 295.00 | $ | 147.50 |
| 6/25/2009 | Menees | Document review | 0.50 | $ | 295.00 | $ | 147.50 |
| 6/29/2009 | Menees | Group conf. call | 0.50 | $ | 295.00 | $ | 147.50 |
| 6/30/2009 | Menees | Group conf. call | 1.00 | $ | 295.00 | $ | 295.00 |
| 6/30/2009 | Menees | Document review | 1.00 | $ | 295.00 | $ | 295.00 |
| 6/30/2009 | Menees | Document review | 0.50 | $ | 295.00 | $ | 147.50 |
| 09/01/2009 | Menees | Call from Arcadis staff re: SMI site | 1.5 | $ | 295.00 | $ | 442.50 |
| 09/23/2009 | Menees | Call from Arcadis staff re: SMI site | 0.8 | $ | 295.00 | $ | 236.00 |
| 09/23/2009 | Menees | Discussion with K. Killian re GM sites | 0.3 | $ | 295.00 | $ | 88.50 |
| 09/25/2009 | Menees | Call from Arcadis staff re: SMI site | 0.4 | $ | 295.00 | $ | 118.00 |
| 09/30/2009 | Menees | Review SMI site issue w/ Arcadis staff | 0.3 | $ | 295.00 | $ | 88.50 |
| 6/17/2009 | Twellman | Conf call w Group A. | 2.00 | $ | 330.00 | $ | 660.00 |
| 6/17/2009 | Twellman | Document review IntraLinks | 3.50 | $ | 330.00 | $ | 1,155.00 |
| 6/17/2009 | Twellman | Site history writeups. | 3.50 | $ | 330.00 | $ | 1,155.00 |
| 6/19/2009 | Twellman | Correspondence w Group A. | 1.00 | $ | 330.00 | $ | 330.00 |
| 6/19/2009 | Twellman | Document review and site historical writeups. | 6.00 | $ | 330.00 | $ | 1,980.00 |
| 6/19/2009 | Twellman | Review test site schedules. | 5.00 | $ | 330.00 | $ | 1,650.00 |
| 6/20/2009 | Twellman | Correspondence w Group A. | 1.00 | $ | 330.00 | $ | 330.00 |
| 6/20/2009 | Twellman | Review site cost schedules. | 2.50 | $ | 330.00 | $ | 825.00 |
| 6/21/2009 | Twellman | Group A site reviews | 3.00 | $ | 330.00 | $ | 990.00 |
| 6/22/2009 | Twellman | Group A site reviews | 6.50 | $ | 330.00 | $ | 2,145.00 |
| 6/22/2009 | Twellman | Aggregate all sites summary | 5.00 | $ | 330.00 | $ | 1,650.00 |
| 6/23/2009 | Twellman | Group A site reviews | 4.00 | $ | 330.00 | $ | 1,320.00 |
| 09/24/2009 | Twellman | review Massena documents | 1.5 | $ | 330.00 | $ | 495.00 |
| 09/25/2009 | Twellman | review GM Massena documents. | 1.5 | $ | 330.00 | $ | 495.00 |
| **Site-level Cost Estimate Analysis** | **Total** | | 331.45 | | | $ | 102,703.50 |

**Steering Committee Management**

| Date | Name | Description | Hours | | Rate | | Amount |
|------|------|-------------|-------|---|------|---|--------|
| 6/16/2009 | Forrester | Kickoff meeting with entire GM team. | 1.00 | $ | 165.00 | $ | 165.00 |
| 07/01/2009 | Hansen | Oversite group call | 1 | $ | 500.00 | $ | 500.00 |
| 07/02/2009 | Hansen | GAAP contrast phone call | 1 | $ | 500.00 | $ | 500.00 |
| 07/08/2009 | Hansen | Conf. call on GAAP/Alix analysis differences | 1.5 | $ | 500.00 | $ | 750.00 |
| 6/12/2009 | Hansen | Develop template for analysis | 1.50 | $ | 500.00 | $ | 750.00 |
| 6/15/2009 | Hansen | Prepare and participate in kick-off call with Alix, Weil, LFR, et al | 2.00 | $ | 500.00 | $ | 1,000.00 |
| 6/16/2009 | Hansen | Prepare and participate in call to discuss templates and timing/approach | 1.50 | $ | 500.00 | $ | 750.00 |
| 6/16/2009 | Hansen | Review templates and comment | 1.50 | $ | 500.00 | $ | 750.00 |
| 6/16/2009 | Hansen | Prepare and participate in GM Project Team Kickoff Call | 2.00 | $ | 500.00 | $ | 1,000.00 |
| 6/16/2009 | Hansen | Organization call with Claro team members | 0.80 | $ | 500.00 | $ | 400.00 |
| 6/16/2009 | Hansen | Oversight team call | 1.00 | $ | 500.00 | $ | 500.00 |
| 6/17/2009 | Hansen | Call with D. Berz, L. McBurney, KLK re: site population | 0.80 | $ | 500.00 | $ | 400.00 |
| 6/17/2009 | Hansen | Develop summary workproduct template and discuss with A. Forrester | 0.50 | $ | 500.00 | $ | 250.00 |
| 6/17/2009 | Hansen | Communication with oversight team re: specific questions re: inflation, contingencies, etc. | 0.50 | $ | 500.00 | $ | 250.00 |
| 6/17/2009 | Hansen | Oversight team call | 1.00 | $ | 500.00 | $ | 500.00 |
| 6/18/2009 | Hansen | Oversight team call | 1.00 | $ | 500.00 | $ | 500.00 |
| 6/18/2009 | Hansen | Review of template changes (contingency/agency oversight) | 1.50 | $ | 500.00 | $ | 750.00 |
| 6/18/2009 | Hansen | Monitor team C call | 1.50 | $ | 500.00 | $ | 750.00 |
| 6/19/2009 | Hansen | Memo contrasting reserves vs. BK analysis | 2.50 | $ | 500.00 | $ | 1,250.00 |
| 6/19/2009 | Hansen | Oversight team call | 1.00 | $ | 500.00 | $ | 500.00 |
| 6/20/2009 | Hansen | Review of 4 test sites and communicate to Killian/Claro team | 2.50 | $ | 500.00 | $ | 1,250.00 |
| 6/22/2009 | Hansen | Revise reserve memo | 0.80 | $ | 500.00 | $ | 400.00 |
| 6/22/2009 | Hansen | QC call with Oversight team re: use of probabilities | 1.00 | $ | 500.00 | $ | 500.00 |
| 6/22/2009 | Hansen | Call with Killian/Twellman/Forrester re: statistical modeling and summary | 0.50 | $ | 500.00 | $ | 250.00 |
| 6/23/2009 | Hansen | Review site write-ups preparing for review calls | 3.50 | $ | 500.00 | $ | 1,750.00 |
| 6/23/2009 | Hansen | Group A call | 2.00 | $ | 500.00 | $ | 1,000.00 |
| 6/23/2009 | Hansen | Group B call | 2.00 | $ | 500.00 | $ | 1,000.00 |
| 6/23/2009 | Hansen | Group C call | 2.00 | $ | 500.00 | $ | 1,000.00 |
| 6/23/2009 | Hansen | Group D call | 2.00 | $ | 500.00 | $ | 1,000.00 |
| 6/23/2009 | Hansen | Oversight calls | 1.50 | $ | 500.00 | $ | 750.00 |
| 6/23/2009 | Hansen | Review, communicate summary findings | 1.50 | $ | 500.00 | $ | 750.00 |
| 6/24/2009 | Hansen | Oversight calls | 0.80 | $ | 500.00 | $ | 400.00 |
| 6/26/2009 | Hansen | Oversight call and follow up | 1.00 | $ | 500.00 | $ | 500.00 |
| 6/26/2009 | Hansen | Review/comment Phase II workproduct | 1.50 | $ | 500.00 | $ | 750.00 |
| 6/27/2009 | Hansen | Group phone calls | 0.50 | $ | 500.00 | $ | 250.00 |
| 6/27/2009 | Hansen | Review of use and format of spreadsheet summarizing revised base case numbers | 1.00 | $ | 500.00 | $ | 500.00 |
| 6/28/2009 | Hansen | Phone call with Redwine, Berz, Lorincz, Killian re: potential changes in sites, demolition costs | 0.80 | $ | 500.00 | $ | 400.00 |
| 6/29/2009 | Hansen | Communicate re: Claro Group to Berz | 0.30 | $ | 500.00 | $ | 150.00 |
| 6/29/2009 | Hansen | Prepare (review open tasks) and participate in Oversight team phone call | 1.50 | $ | 500.00 | $ | 750.00 |
| 09/23/2009 | Hansen | Conference call on Probabilistic analysis and | 1.3 | $ | 500.00 | $ | 650.00 |
| 09/24/2009 | Hansen | Prepare briefing on decision tree process | 1 | $ | 500.00 | $ | 500.00 |

16

| Date | Name | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 07/01/2009 | Killian | Responding to counsel's request for explanation of | 2.2 | $ | 450.00 | $ | 990.00 |
| 07/02/2009 | Killian | Discussion with counsel | 0.5 | $ | 450.00 | $ | 225.00 |
| 07/09/2009 | Killian | Fielding admin tasks per counsel reagarding | 0.5 | $ | 450.00 | $ | 225.00 |
| 07/13/2009 | Killian | Fielding admin tasks per counsel reagarding | 0.5 | $ | 450.00 | $ | 225.00 |
| 07/15/2009 | Killian | Fielding admin tasks per counsel reagarding | 0.5 | $ | 450.00 | $ | 225.00 |
| 07/21/2009 | Killian | Fielding admin tasks per counsel reagarding | 0.3 | $ | 450.00 | $ | 135.00 |
| 6/10/2009 | Killian | Communicate with counsel, file review | 1.50 | $ | 450.00 | $ | 675.00 |
| 6/11/2009 | Killian | Communicate with counsel, file review | 2.50 | $ | 450.00 | $ | 1,125.00 |
| 6/15/2009 | Killian | Communicate with counsel | 1.50 | $ | 450.00 | $ | 675.00 |
| 6/17/2009 | Killian | Discussions with counsel | 1.50 | $ | 450.00 | $ | 675.00 |
| 6/17/2009 | Killian | Site team management preliminary analysis | 2.00 | $ | 450.00 | $ | 900.00 |
| 6/18/2009 | Killian | Communicate with counsel | 0.30 | $ | 450.00 | $ | 135.00 |
| 6/18/2009 | Killian | Team planning | 1.00 | $ | 450.00 | $ | 450.00 |
| 6/19/2009 | Killian | Communication with counsel | 1.00 | $ | 450.00 | $ | 450.00 |
| 6/27/2009 | Killian | Site results review | 3.00 | $ | 450.00 | $ | 1,350.00 |
| 6/27/2009 | Killian | Communicate with counsel and teams reporting results | 1.00 | $ | 450.00 | $ | 450.00 |
| 6/28/2009 | Killian | Communication with counsel | 0.50 | $ | 450.00 | $ | 225.00 |
| 6/28/2009 | Killian | Updating site analysis and results | 1.00 | $ | 450.00 | $ | 450.00 |
| 6/29/2009 | Killian | Team project management | 2.00 | $ | 450.00 | $ | 900.00 |
| 6/29/2009 | Killian | Review follow-up tasks | 0.30 | $ | 450.00 | $ | 135.00 |
| 08/10/2009 | Killian | Respond to counsel request for guidelines information | 0.5 | $ | 450.00 | $ | 225.00 |
| 08/13/2009 | Killian | Respond to counsel request for guidelines information | 0.5 | $ | 450.00 | $ | 225.00 |
| 08/18/2009 | Killian | Call w/ Alex R. re: supporting schedules | 0.4 | $ | 450.00 | $ | 180.00 |
| 08/24/2009 | Killian | Organzie files and document retention | 0.7 | $ | 450.00 | $ | 315.00 |
| 09/17/2009 | Killian | Scoping work for decision tree analysis with A. | 0.8 | $ | 450.00 | $ | 360.00 |
| 09/18/2009 | Killian | Decision tree discussion with R. Menees | 0.7 | $ | 450.00 | $ | 315.00 |
| 09/22/2009 | Killian | Review site summary and prepare for probabilistic | 0.7 | $ | 450.00 | $ | 315.00 |
| 09/23/2009 | Killian | Conference call on probabilistic analysis | 0.8 | $ | 450.00 | $ | 360.00 |
| 09/25/2009 | Killian | conference call w/ Jim Redwine | 0.3 | $ | 450.00 | $ | 135.00 |
| 09/24/2009 | Marlowe | Call w/ K. Killian to discuss and reviwe AON | 1 | $ | 390.00 | $ | 390.00 |
| 09/25/2009 | Marlowe | conf. call w/ Jim Redwine | 1 | $ | 390.00 | $ | 390.00 |
| 09/29/2009 | Marlowe | conf. calls to risk managers | 2 | $ | 390.00 | $ | 780.00 |
| 6/16/2009 | Menees | Organization and oversight team calls | 2.00 | $ | 295.00 | $ | 590.00 |
| 09/22/2009 | Twellman | create site list summary and probabilistic modeling | 2 | $ | 330.00 | $ | 660.00 |
| 09/23/2009 | Twellman | conf call w LFR and team to discuss probabilistic | 2.5 | $ | 330.00 | $ | 825.00 |
| 09/30/2009 | Twellman | prep for call / review GM top 10 sites and key | 0.5 | $ | 330.00 | $ | 165.00 |
| **Steering Committee Management Total** | | | 94.1 | | | $ | 43,565.00 |
| **Grand Total** | | | 594.65 | | | $ | 189,563.00 |

**EXHIBIT E**

**THE CLARO GROUP, LLC**
**Douglas H. Deems**
**777 S. Figueroa Street, Suite 4050**
**Los Angeles, CA 90017**
**(213) 784-0190 (Telephone)**
**(213) 452-6556 (Facsimile)**

*Environmental Management Consultants to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
-----------------------------------------------------------------x

CERTIFICATION OF DOUGLAS H. DEEMS

I, Douglas H. Deems certify as follows:

1.      I am a Managing Director of The Claro Group, LLC ("Claro").  I submit this

certification with respect to the first interim application (the "Fee Application") of Claro,

environmental management consultants to Motors Liquidation Company (f/k/a General Motors

Corporation) ("GM") and its affiliated debtors, as debtors in possession (collectively, the

"Debtors"), for allowance of compensation for professional services rendered and reimbursement

of actual and necessary expenses incurred for the period June 1, 2009 through September 30,

2009.

2.      I make this certification in accordance with General Order M-151, Amended

Guidelines for Fees and Disbursements for Professionals in the Southern District of New York

Bankruptcy Cases, adopted by the United States Bankruptcy Court for the Southern District of

New York on April 19, 1995 (the "Local Guidelines").  In connection therewith, I hereby certify

that:

a.      I have read the Fee Application;

b.      to the best of my knowledge, information, and belief formed after

reasonable inquiry, the fees and disbursements sought in the Fee Application fall within the

Local Guidelines and the UST Guidelines;

c.      the fees and disbursements sought are charged in accordance with

practices customarily employed by Claro and generally accepted by Claro's clients; and

d.      in providing a reimbursable service and other than in connection with two

independent contractors who have charged time on this matter,[1] Claro does not make a profit on

that service, whether the service is performed by Claro in-house or through a third party.

3.      As required by Section B. 2 of the Local Guidelines, I certify that all of Claro's

Monthly Statements were sent to (i) the Debtors; (ii) counsel for the Debtors; (iii) counsel to the

Creditors' Committee; and (iv) Office of the United States Trustee for the Southern District of

New York.

4.      As required by Section B. 3 of the Local Guidelines, I certify that (i) the Debtors;

(ii) counsel for the Debtors; (iii) counsel to the Creditors' Committee; and (iv) Office of the

United States Trustee for the Southern District of New York will each be provided with a copy

---

[1] In connection with a portion of the services described in this Fee Application and consistent with Claro's standard practices, Claro is charging a mark up on two independent contractors who have charged time on this engagement (only one of whom has a material, ongoing role).

of this Fee Application by counsel for the Debtors at least ten (10) days in advance of the hearing

to consider the Fee Application.

      5.      I certify the foregoing to be true and correct.

Dated: Los Angeles, California
       November 19, 2009

                                    Douglas H. Deems
                                    Managing Director
                                    The Claro Group, LLC