UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | CASE NO. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al., | CHAPTER 11 |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the New Jersey Self Insurers Guaranty Association ("NJSIGA"), a creditor in these proceedings, by and through its attorneys, McCarter & English, LLP, hereby enters its appearance in this proceeding pursuant to Federal Rules of Bankruptcy Procedure 9010 and 2002 and §1109(b) of the Bankruptcy Code. We respectfully request that all further notices given or required to be given in this proceeding and copies of all papers served in this proceeding be given to and served on the undersigned attorneys for NJSIGA at the offices, postal addresses, telephone numbers and facsimile numbers set forth below:

> Charles A. Stanziale, Jr.
> McCARTER & ENGLISH, LLP
> Four Gateway Center
> 100 Mulberry Street
> Newark, New Jersey 07102-4096
> (973) 622-4444 telephone
> (973) 624-7070 facsimile
> cstanziale@mccarter.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §1109(b) and Rule 2002, the foregoing request includes not only notices and papers referred to in the Rules and statute specified above, but additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal,

ME1 9333804v.1

whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) NJSIGA's right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) NJSIGA's right to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) NJSIGA's right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which NJSIGA is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 23, 2009

**McCARTER & ENGLISH, LLP**

By: */s/ Charles A. Stanziale, Jr.*
    Charles A. Stanziale, Jr.
    Four Gateway Center
    100 Mulberry Street
    Newark, NJ 07102
    Telephone: (973) 622-4444
    Facsimile:  (973) 624-7070

*Attorneys for New Jersey Self Insurers Guaranty Association*

ME1 9333804v.1