UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 Case No. |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, : | |
|      f/k/a General Motors Corp., *et al.* : | 09-50026 (REG) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON   )
                                          ) ss
COUNTY OF KING             )

I, Julia A. Bahner, being duly sworn, depose and state:

1. I am a Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On November 20, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail and facsimile on Brooke Alexis Love, by and through her Guardian *Ad Litem* Sharon Butler, 5990 Sepulveda Blvd. Ste. 330, Van Nuys, CA 91411-2523, (818) 779-1730:

- Stipulation and Agreed Order between Debtors and Brooke Alexis Love, a Minor, by and through her Guardian *Ad Litem* Sharon Butler, Providing for Limited Modification of the Automatic Stay [Docket No. 4505].

Signed at Seattle, Washington this 23rd day of
November, 2009.                                                                /s/ Julia A.Bahner_____
                                                                                        JULIA A. BAHNER

Sworn to before me in Seattle, Washington
this 23rd day of November, 2009.

/s/ Greg L. Gottainer_____
Greg L. Gottainer
Notary Public, State of Washington
License No. 138976
Residing in Seattle
Commission Expires:  October 19, 2012