**Previously Scheduled Hearing Date and Time: November 24, 2009 at 10:30 a.m.**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
|   :   |
| In re                                              :        **Chapter 11 Case No.** |
|   :   |
| **MOTORS LIQUIDATION COMPANY,** *et al.*,     :        **09-50026 (REG)** |
|     **f/k/a General Motors Corp.,** *et al.*        :    |
|   :   |
|                            **Debtors.**         :        **(Jointly Administered)** |
|   :   |
-----------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION[1]

Pursuant to section 1746 of title 28 and the Order Establishing Notice and Case

Management Procedures, dated August 3, 2009 [Docket No. 3629], the undersigned hereby

certifies that no objection or response has been received as of the objection deadline with respect

to the Motion of Debtors for Entry of Order Pursuant to Fed. R. Bankr. P. 9019 Approving

Settlement Agreement and Compromise (the "**9019 Motion**") [Docket No. 4355].  Accordingly,

the proposed order (the "**9019 Order**") annexed to the 9019 Motion as **Exhibit B** will be

submitted to the Court for immediate entry without a hearing being held to consider the relief set

forth therein.

---

[1] This Certificate of No Objection is filed with the support and consent of the Official Committee of Unsecured
Creditors appointed in these chapter 11 cases.

US_ACTIVE:\43232470\03\72240.0639

With respect to the Debtors' Ninth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property (the "**Ninth Omnibus Rejection Motion**") [Docket No. 4437], a formal objection was filed on behalf of Fountain Lakes I, LLC ("**Fountain Lakes**") [Docket No. 4495].  In addition, the Debtors were also contacted before the objection deadline by MTech Associates, LLC ("**MTech**") and Renover Shreveport, LLC ("**Renover**") regarding objections to the relief sought in the Ninth Omnibus Rejection Motion with respect to their contracts.

The Debtors are continuing to work on a resolution of these objections, and have revised the proposed order annexed as **Exhibit B** to the Ninth Omnibus Rejection Motion (as revised, the "**Revised Ninth Omnibus Rejection Order**") to remove the contracts of Fountain Lakes, MTech and Renover.  Accordingly, the relief set forth in the Revised Ninth Omnibus Rejection Order is uncontested.  The Revised Ninth Omnibus Rejection Order will therefore be submitted to the Court for immediate entry without a hearing being held to consider the relief set forth therein.  The hearing with respect to the rejection of the contracts of Fountain Lakes, MTech and Renover, and the remaining portion of the Ninth Omnibus Rejection Motion as it relates to those contracts, has been adjourned to December 16, 2009.

Based on the foregoing, it is hereby respectfully requested that the Court enter (a)

the 9019 Order, and (b) the Revised Ninth Omnibus Rejection Order.

Dated: New York, New York
      November 23, 2009

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession
