David T. Lin (P70764)
Counsel for Superior Acquisition, Inc.
 d/b/a Superior Electric Great Lakes Company
Seyburn, Kahn, Ginn, Bess and Serlin, P.C.
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620
(248) 353-3727 (Facsimile)
dlin@seyburn.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | |
| f/k/a General Motors Corp., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtor. | : | (Jointly Administered) |

-----------------------------------------------------------x

**SUBSTITUTION OF COUNSEL ON BEHALF OF SUPERIOR ACQUISITION, INC.**

     David T. Lin (P70764) of the law firm of Seyburn, Kahn, Ginn, Bess and Serlin, P.C., at 2000 Town Center Drive, Suite 1500, Southfield, Michigan 48075, hereby substitutes in place of Leslie Stein (P31922) as counsel of record for Superior Acquisition, Inc. d/b/a Superior Electric Great Lakes Company in this bankruptcy proceeding.  All future pleadings and other papers should be served to David T. Lin at the address below.

     Dated: November 23, 2009

|  | SEYBURN, KAHN, GINN, |
|---|---|
|  | BESS & SERLIN, P.C. |
|     /s/ Leslie Stein     | BY:    /s/ David T. Lin     |
| Leslie J. Stein (P31922) | David Lin (P70764) |
| 38505 Woodward Ave, Suite 2000 | 2000 Town Center, Suite 1500 |
| Bloomfield Hills, MI 48304 | Southfield, MI 48075-1195 |
| (248) 594-8220 | (248) 353-7620 |
| (248) 901-4040 (Facsimile) | (248) 353-3727 (Facsimile) |
| lstein@plunkettcooney.com | dlin@seyburn.com |
| *Withdrawing Counsel for Superior Acquisition, Inc.* | *Superseding Counsel for Superior Acquisition, Inc.* |
| *d/b/a Superior Electric Great Lakes Company* | *d/b/a Superior Electric Great Lakes Company* |

{00380510.DOC}