**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                             :
In re                                                                    :       **Chapter 11 Case No.**
                                                                             :       **09-50026 (REG)**
                                                                             :       **(Jointly Administered)**
**MOTORS LIQUIDATION COMPANY,** *et al.,*      :
    f/k/a General Motors Corp., *et al.*              :
                                                                             :
          **Debtors.**                          :
-----------------------------------------------------------------x

### ORDER DENYING MOTION OF WALTER J. LAWRENCE FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion, dated October 5, 2009 (the "**Motion**") of Walter J. Lawrence, requesting relief from the automatic stay, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the requested relief in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and Motors Liquidation Company and its affiliated debtors having filed their opposition to the Motion [Docket No. 4327] (the "**Opposition**"); and the Court having held a hearing to consider the requested relief on November 5, 2009 (the "**Hearing**"); and based upon the Motion, the Opposition, and the record of the Hearing, and all of the proceedings before the Court, it is

ORDERED that for the reasons set forth on the record of the Hearing, the Motion is DENIED; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: November **24**, 2009

New York, New York

                *s/ Robert E. Gerber*
                THE HONORABLE ROBERT E. GERBER
                UNITED STATES BANKRUPTCY JUDGE