**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Motors Liquidation Company | ) | Case No. 09-50026 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert E. Gerber |

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

**ORDERED,** that, Eric Zajac, Esq. is admitted to practice, ***pro hac vice***, in

the above referenced case, in the United States Bankruptcy Court, Southern District of

New York, provided that the filing fee has been paid.


Dated: ***November 24, 2009***
        New York, New York          ***S/ Robert E. Gerber***
                                     UNITED STATES BANKRUPTCY JUDGE