# EXHIBIT A

09-50026-mg    Doc 4527-1    Filed 11/24/09    Entered 11/24/09 12:24:01    Exhibit A to Motion    Pg 2 of 2

**SHREVEPORT RED RIVER UTILITIES, LLC**
1000 East Main Street
PLAINFIELD INDIANA, 46168
513-419-5479

| Account No: | 001-GMS | Invoice Date: | 5/31/2009 |
|---|---|---|---|
| Customer: | General Motors | Due Date: | 7/2/2009 |
| Address: | 7600 GM Boulevard | Invoice #: | 93 |
| | Shreveport, LA 71130 | Period: | May-09 |
| Service at: | GM Shreveport Truck Assembly - Central Utilities | | |

### *CHARGES FOR SERVICE*

| Description of Charge | | | Quantity | Base Rate | Billed Rate | Extension |
|---|---|---|---|---|---|---|
| System Capacity Fee | | May | | | $328,384.81 | **$328,384.81** |
| System Operating Fee | | May | | | $135,517.00 | **$135,517.00** |
| Seller Capacity Fee | | May | | | $192,611.77 | **$192,611.77** |
| **Variable Operating Fee** | | April | | | | |
| VCA | (MCF) | | 250,125 | $0.0070 | $0.0074 | $ 1,838.42 |
| VCW | (Ton-Hr) | | 686,581 | $0.0020 | $0.0021 | $ 1,441.82 |
| VST | (Mlb) | | 9,327 | $0.3250 | $0.3413 | $ 3,182.84 |
| VRO | (Mgal) | | 2,088 | $0.4300 | $0.4515 | $ 942.73 |
| VWW | (Mgal) | | 6,508 | $0.8000 | $0.8400 | $ 5,466.72 |
| **Total Variables** | | | | | $ | **12,872.53** |
| **Expense reimbursement** | | | | | | |
| Reimbursable Contractor Costs | | | | | | $1,578.52 |
| **Total reimbursements** | | | | | $ | **1,578.52** |
| | | | | BILLING AMOUNT | $ | **670,964.63** |
| **GM Adjustments** | | | | | | |
| Asset Purchase Installment Payment | | | | | $ | (69,654.44) |
| **Total GM Adjustments** | | | | | | (69,654.44) |
| **Additional Capacity Fee** | | | | | $ | 92,156.00 |
| | | | NET AMOUNT DUE CURRENT INVOICE | | $ | **693,466.19** |
| Past due amount: Deduction on RO Membrane payment | | | | | | 54,000.00 |
| **TOTAL CASH DUE** | | | | | | **$747,466.19** |

ALL PAST DUE ACCOUNTS ARE SUBJECT TO THE PAYMENT
TERMS OF THE TERMS AND CONDITIONS DOCUMENT
Please wire funds to: FIRST UNION, Philadelphia, PA
Bank Account #2000009576177 , ABA #031201467
Beneficiary: GMAC Commercial Mortgage
For Shreveport Red River Utilities, LLC

**SHREVEPORT RED RIVER UTILITIES, LLC**
513-419-5479

| Account No: | 001-GMS | Invoice Date: | 5/31/2009 |
|---|---|---|---|
| Customer: | General Motors | Due Date: | 7/2/2009 |
| Address: | 7600 GM Boulevard | Invoice #: | 93 |
| | Shreveport, LA 71130 | | |
| Billing Address: | General Motors Corporation c/o EnTech USB | | |
| | PO Box 319022 | | |
| | Chicago, IL 60631-9022 | | |