# EXHIBIT B

**SHREVEPORT RED RIVER UTILITIES, LLC**
1800 East Main Street
PLAINFIELD INDIANA, 46168
513-419-5479

| Account No: | 001-GMS | Invoice Date: | 6/30/2009 |
|---|---|---|---|
| Customer: | General Motors | Due Date: | 8/2/2009 |
| Address: | 7600 GM Boulevard | Invoice #: | 94 |
| | Shreveport, LA 71130 | Period: | June-09 |
| Service at: | GM Shreveport Truck Assembly - Central Utilities | | |

### *CHARGES FOR SERVICE*

| Description of Charge | | | Quantity | Base Rate | Billed Rate | | Extension |
|---|---|---|---|---|---|---|---|
| System Capacity Fee | June | | | | $328,384.81 | | **$328,384.81** |
| System Operating Fee | June | | | | $135,517.00 | | **$135,517.00** |
| Seller Capacity Fee | June | | | | $192,611.77 | | **$192,611.77** |
| Variable Operating Fee | | May | | | | | |
| VCA | (MCF) | | 307,812 | $0.0070 | $0.0074 | $ | 2,262.42 |
| VCW | (Ton-Hr) | | 1,304,073 | $0.0020 | $0.0021 | $ | 2,738.55 |
| VST | (Mlb) | | 12,151 | $0.3250 | $0.3413 | $ | 4,146.53 |
| VRO | (Mgal) | | 2,898 | $0.4300 | $0.4515 | $ | 1,308.45 |
| VWW | (Mgal) | | 7,307 | $0.8000 | $0.8400 | $ | 6,137.88 |
| **Total Variables** | | | | | | $ | **16,593.83** |
| **Expense reimbursement** | | | | | | | |
| Reimbursable Contractor Costs | | | | | | | $2,862.64 |
| **Total reimbursements** | | | | | | $ | **2,862.64** |
| | | | | BILLING AMOUNT | | $ | **675,970.05** |
| **GM Adjustments** | | | | | | | |
| Asset Purchase Installment Payment | | | | | | $ | (69,654.44) |
| **Total GM Adjustments** | | | | | | | **(69,654.44)** |
| **Additional Capacity Fee** | | | | | | $ | **92,156.00** |
| | | | NET AMOUNT DUE CURRENT INVOICE | | | $ | **698,471.61** |
| Past due amount: Deduction on RO Membrane payment | | | | | | | **54,000.00** |
| **TOTAL CASH DUE** | | | | | | | **$752,471.61** |

**ALL PAST DUE ACCOUNTS ARE SUBJECT TO THE PAYMENT
TERMS AND CONDITIONS DOCUMENT**
Please wire funds to: FIRST UNION, Philadelphia, PA
Bank Account #2000009576177 , ABA #031201467
Beneficiary: GMAC Commercial Mortgage
For Shreveport Red River Utilities, LLC

**SHREVEPORT RED RIVER UTILITIES, LLC**
**513-419-5479**

| Account No: | 001-GMS | Invoice Date: | 6/30/2009 |
|---|---|---|---|
| Customer: | General Motors | Due Date: | 8/2/2009 |
| Address: | 7600 GM Boulevard | Invoice #: | 94 |
| | Shreveport, LA 71130 | | |
| Billing Address: | General Motors Corporation c/o EnTech USB | | |
| | PO Box 319022 | | |
| | Chicago, IL 60631-9022 | | |