# EXHIBIT D

Subj:    **FW: LGR/LDT Contracts**
Date:    7/24/2009 2:18:42 P.M. Eastern Daylight Time
From:    Kevin.Hooker@duke-energy.com

fyi

**From:** rob.threlkeld@gm.com [mailto:rob.threlkeld@gm.com]
**Sent:** Wednesday, July 15, 2009 2:47 PM
**To:** Hooker, Kevin L
**Cc:** Ledonne, Dave; dean.roberts@gm.com
**Subject:** Re: LGR/LDT Contracts

Kevin - For all assumed contracts, you will be paid and heard this correctly, however, the judge has to approve
payments for all pre-petition amounts. This has not occurred and I am not sure when, maybe in 10 days or so.
Therefore payments will not follow typical timing. All post petition amounts will be paid as normal. This includes
Delta II and LGR.

LGR, Shreveport, Delta II, Delta I, are on the critical vendor list, all post-petition amounts will be paid as normal
while GM needs services.

Shreveport is reject later and Delta I is under review pending positive response by Duke to reduce Operating and
Maintenance cost reductions for equipment not used, compressors, etc. Please continue your discussions with
Dean, he has found several errors, then payments can be made.

Thanks,

Rob Threlkeld
WFG Energy & Utility Services
Manager: Supply Contracts & Green Initiatives
30200 Mound Road
Warren, MI. 48090
Cell: 248-915-8717

"Hooker, Kevin L" <Kevin.Hooker@duke-energy.com>

07/15/2009 02:33 PM

To "rob.threlkeld@gm.com" <rob.threlkeld@gm.com>

CC "Ledonne, Dave" <Dave.Ledonne@duke-energy.com>

Subject Re: LGR/LDT Contracts

Rob,

Thank you for yor response. I apologize for not responding to your request for information on a more timely basis.
I understood that these were more directly related to the assumption of the contracts and not the payment of
invoices as a critical vendor. We are working on those and I will get the completed forms to you today.

Your response leaves us with some remaining questions. I understood that Delta I, Delta II, Lansing, and
Shreveport projects are considered to have critical vendor status and understood that we would as such continue
to receive payment. Can you please confirm that via email or other written form that this is the case. We have
heard this verbally but request confirmation.

Also. We have been told that currently GM intends to assume the Delta I,Delta II and Lansing projects and that
the assets will be a part of the " New GM." Can you please confirm to us that these are true statements? Again

we would request some form of confirmation

I appreciate your response.

Thanks and Best Regards,
Kevin Hooker

---

**From:** rob.threlkeld@gm.com <rob.threlkeld@gm.com>
**To:** rob.threlkeld@gm.com <rob.threlkeld@gm.com>
**Cc:** Ledonne, Dave; Hooker, Kevin L
**Sent:** Wed Jul 15 12:09:07 2009
**Subject:** Re: LGR/LDT Contracts


Kevin - In regards to you voicemail, if Duke does not complete these spreadsheets in entirety, Duke will not be paid as part of the Objection Resolution process. All cure amounts need to be agreed by vendor/GM including the Objection Filed prior to payments being made. I sent these on 6/29/09 and got no response. Please complete immediately to begin resolution and payment processing. Once completed, please return and then give me a call to discuss that we both agree. If we do, I will be sending Duke a form letter with amounts agreed to for payment. If Debtors counsel is interested in adding their #'s, please get with them to complete the amounts in "all". Please validate that "debtors" have not been paid when completing if adding their amounts.

Rob Threlkeld
WFG Energy & Utility Services
Manager: Supply Contracts & Green Initiatives
30200 Mound Road
Warren, MI. 48090
Cell: 248-915-8717


**Rob Threlkeld/US/GM/GMC**

06/29/2009 01:37 PM

To "Hooker, Kevin L" <Kevin.Hooker@duke-energy.com>

cc Dave.Ledonne@cinergy.com

Subject LGR/LDT ContractsLink


Kevin - For LGR and LDT, I need you to complete the following spreadsheet for each objection (LGR, Delta 1, and Delta II). Please also contact your party at the Lansing Board of Water and Light in relation to the Debt / Capacity Payment and GE/Veolia for their amounts (capacity/equity partners).

Rob Threlkeld
WFG Energy & Utility Services
Manager: Supply Contracts & Green Initiatives
30200 Mound Road
Warren, MI. 48090
Cell: 248-915-8717