Hearing Date and Time: January 20, 2010 at 9:45 a.m. (Eastern Time)
Objection Deadline: January 15, 2010 at 4:00 p.m. (Eastern Time)

Thomas R. Slome, Esq. Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

and

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862

*Co-Counsel for Shreveport Red River Utilities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
: 
**In re:** : Chapter 11
 :
**MOTORS LIQUIDATION COMPANY,** *et al.*, : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*, :
 :
      Debtors. : (Jointly Administered)
 :
-------------------------------------------------------------x

**NOTICE OF MOTION OF SHREVEPORT RED RIVER UTILITIES, LLC FOR ALLOWANCE AND PAYMENT OF POST-PETITION CLAIM AND MOTION TO ENFORCE ADEQUATE ASSURANCE OF PAYMENT AGREEMENT PURSUANT TO 11 U.S.C. § 366(c)**

**PLEASE TAKE NOTICE** that on November 24, 2009, Shreveport Red River Utilites, LLC, by its counsel, filed the annexed *Motion of Shreveport Red River Utilities, LLC for Allowance and Payment of Post-Petition Claims and Motion to Enforce*

*Adequate Assurance of Payment Agreement Pursuant to 11 U.S.C. § 366(c)* (the "**Motion**").

    **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held in connection with entry of an order granting the relief requested in the Motion and any further relief on January 20, 2010, 9:45 a.m. (Eastern Time), or as soon thereafter as counsel may be heard, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

    **PLEASE TAKE FURTHER NOTICE** that objections and responses to the Motion must be in writing and must (a) conform to the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, Local Rules of the Bankruptcy Court for the Southern District of New York, and any case management orders in these chapter 11 cases, (b) be filed electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system or by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with hard copy delivered directly to chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), with a hard copy delivered to chambers and (c) be served in accordance with General Order M-242 on (i) the Law Firm Of Russell R. Johnson III, PLC, 2258 Wheatlands Drive, Manakin-Sabot, Virginia 23103, Attn.: Russell R. Johnson III, Esq., John M. Merritt, Esq. co-counsel for Shreveport Red River Utilities, LLC; and (ii) Meyer, Suozzi, English & Klein, P.C., 990 Stewart Avenue, Suite

300, P.O. Box 9194, Garden City, New York 11530-9194, Attn.: Thomas R. Slome, Esq., Jil Mazer-Marino, Esq. co-counsel for Shreveport Red River Utilities, LLC so as to be received no later than January 15, 2010 at 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the Motion may be granted without a hearing if no objection is timely filed and served.

Dated: Garden City, New York
November 24, 2009

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By:      /s/ Jil Mazer-Marino
Thomas R. Slome (TS-0957)
Jil Mazer-Marino (JM-6470)

990 Stewart Avenue
Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

And

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862

*Co-Counsel for Shreveport Red River Utilities, LLC*

742926