**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, f/k/a General Motors Corp., *et al.* | ) Case No. 09-50026 |
| Debtor. | ) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Jil Mazer-Marino, hereby certify that on November 24, 2009, I caused a true copy of the following document to be served by US postal mail upon the persons listed on the attached service list:

1. NOTICE OF MOTION OF SHREVEPORT RED RIVER UTILITIES, LLC FOR ALLOWANCE AND PAYMENT OF POST-PETITION CLAIM AND MOTION TO ENFORCE ADEQUATE ASSURANCE OF PAYMENT AGREEMENT PURSUANT TO 11 U.S.C. § 366(c); and

2. MOTION OF SHREVEPORT RED RIVER UTILITIES, LLC FOR ALLOWANCE AND PAYMENT OF POST-PETITION CLAIM AND MOTION TO ENFORCE ADEQUATE ASSURANCE OF PAYMENT AGREEMENT PURSUANT TO 11 U.S.C. § 366(c).

*/s/ Jil Mazer-Marino*
Jil Mazer-Marino

**SERVICE LIST**

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>Attn:  Harvey R. Miller, Esq.<br>         Stephen Karokin, Esq.<br>         Joseph H. Smolinsky, Esq. | Motors Liquidation Company<br>300 Renaissance Center<br>Detroit, Michigan  48265<br>Attn: Ted Stenger |
| General Motors Company<br>300 Renaissance Center<br>Detroit, Michigan  48265<br>Attn:  Lawrence S. Buonomo, Esq. | Cadwalader, Wichersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281<br>Attn:  John J. Rapisardi, Esq. |
| United States Department of the Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, D.C.  20220<br>Attn:  Matthew Feldman, Esq. | Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019<br>Attn:  Michael J. Edelman, Esq.<br>         Michael L. Schein, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn:  Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., Gordon Z. Novod, Esq. | Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, Y  10004<br>Attn: Diana G. Adams, Esq. |
| U.S. Attorney's Office<br>Southern District of New York<br>86 Chambers Street, Third Floor<br>New York, NY  10007<br>Attn:  David Jones, Esq. and Matthew Schwartz, Esq. | |

2

742543