# EXHIBIT 1

Steven B. Eichel
CROWELL & MORING LLP
590 Madison Avenue
New York, New York 10022
Telephone No.: (212) 803-4019
Fax No.: (212) 223-4134
*Attorneys for Winkelmann Sp. z.o.o.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF HELGE HIMMERÖDER IN SUPPORT OF WINKELMANN SP. Z.O.O.'S ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(9) AND IN OPPOSITION TO DEBTORS' OBJECTION TO WINKELMANN SP. Z.O.O.'S ADMINISTRATIVE EXPENSE CLAIM

I, Helge Himmeröder, do hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1. I am over the age of eighteen, am mentally competent, have personal knowledge of the facts in this matter and, if called upon to testify, would do so as set forth below.

2. I am a consultant of Winkelmann Sp. z.o.o. ("Winkelmann") for the North American market and am Winkelmann's contact person with respect to General Motors Corp.

3. I submit this declaration in support of Winkelmann's administrative expense claim pursuant to 11 U.S.C. §503(b)(9) and in opposition to the objection of the above-captioned

debtors and debtors-in-possession (collectively, the "Debtors") to Winkelmann's administrative expense claim.

4. Winkelmann has sold goods (the "Goods") to debtor General Motors Corp. in the ordinary course of Winkelmann's and General Motors Corp.'s businesses. Prior to the commencement of the Debtors' bankruptcy cases, Winkelmann sold Goods to the General Motors Corp., which Goods were received by General Motors Corp. within twenty days before the date of commencement of General Motors Corp's bankruptcy case.

5. The description of the Goods received by General Motors Corp. from Winkelmann within twenty days before the date of commencement of General Motors Corp.'s bankruptcy case is as follows: Plate ASM-A/TRNS FLEX (flex plates) Program: Gen 3/4 V8 Engine & 6 sp rwd transmission.

6. The purchase orders and invoices for the Goods received by General Motors Corp. within twenty days before the date of commencement of General Motors Corp's bankruptcy case are all electronic on General Motors Corp.'s computer system (see Exhibit A1).

7. The Goods were held by Excel, a warehouse company. General Motors Corp. took the Goods from the warehouse company, which recorded the transaction electronically and which created electronic billing. See reports attached as Exhibit A2 indicating, among other things, the date and time of receipt of the Goods by General Motors Corp. from the warehouse ("S date") and the quantity of Goods received from the warehouse ("S pieces").

8. The value of the Goods received by General Motors Corp. from Winkelmann within twenty days before the date of commencement of General Motors Corp's bankruptcy case

2

for which Claimant is entitled an administrative expense under 11 U.S.C.§ 503(b)(9) is $286,298.15[1] (see Exhibit A3). Winkelmann has not received payment for these Goods.

Dated this 20th day of November, 2009

_____
Helge Himmeröder

NYIWDMS: 11380424_2

---

[1] I am advised that $286,298.15 is €202,216.52 based on the exchange rate for June 1, 2009 (the date of commencement) as published in the Tuesday, June 2, 2009 edition of *The Wall Street Journal*.

3

# EXHIBIT A1



&lt;matrix@us.cevalogistics.com&gt;
13.04.2009 22:04

An "Guido Klingberg" &lt;guido.klingberg@winkelmannpowertrain.de&gt;
Kopie
Blindkopie
Thema  Released Forecast Orders for Winkelmann SP #CONTROL_NBR=15152660#

# Forecasted orders for Winkelmann SP
## Part number : 12606620

| Release Date | Indicated Quantity | (illegible) | (illegible) | (illegible) | Last (illegible) |
|---|---|---|---|---|---|
| 2009-04-12 | 25277 | 52920 | 39487 | 59472 | 2009-04-08 |
| 2009-04-19 | 0 | 52920 | 39487 | 59472 | 2009-04-08 |
| 2009-04-26 | 8064 | 52920 | 39487 | 59472 | 2009-04-08 |
| 2009-05-03 | 15120 | 52920 | 39487 | 59472 | 2009-04-08 |
| 2009-05-10 | 13356 | 52920 | 39487 | 59472 | 2009-04-08 |
| 2009-05-17 | 12600 | 52920 | 39487 | 59472 | 2009-04-08 |
| 2009-05-24 | 15624 | 52920 | 39487 | 59472 | 2009-04-08 |
| 2009-05-31 | 15372 | 52920 | 39487 | 59472 | 2009-04-08 |
| 2009-06-07 | 11003 | 52920 | 39487 | 59472 | 2009-04-08 |
| 2009-06-14 | 2918 | 52920 | 39487 | 59472 | 2009-04-08 |

This email was auto generated. Please do not reply.

EXHIBIT A1



&lt;matrix@us.cevalogistics.com&gt;  
20.04.2009 22:19

An "Guido Klingberg" &lt;guido.klingberg@winkelmannpowertrain.de&gt;  
Kopie  
Blindkopie  
Thema Released Forecast Orders for Winkelmann SP #CONTROL_NBR=15239742#

# Forecasted orders for Winkelmann SP
## Part number : 12606620

| Release Date | Forecast Quantity | PSI Inventory Level | Outer Inventory Level | In Transit Quantity | Last Shipment Completed |
|---|---|---|---|---|---|
| 2009-04-19 | 24269 | 54936 | 40999 | 47376 | 2009-04-08 |
| 2009-04-26 | 8316 | 54936 | 40999 | 47376 | 2009-04-08 |
| 2009-05-03 | 15624 | 54936 | 40999 | 47376 | 2009-04-08 |
| 2009-05-10 | 13860 | 54936 | 40999 | 47376 | 2009-04-08 |
| 2009-05-17 | 15372 | 54936 | 40999 | 47376 | 2009-04-08 |
| 2009-05-24 | 13356 | 54936 | 40999 | 47376 | 2009-04-08 |
| 2009-05-31 | 15624 | 54936 | 40999 | 47376 | 2009-04-08 |
| 2009-06-07 | 15372 | 54936 | 40999 | 47376 | 2009-04-08 |
| 2009-06-14 | 7322 | 54936 | 40999 | 47376 | 2009-04-08 |
| 2009-06-21 | 325 | 54936 | 40999 | 47376 | 2009-04-08 |

This email was auto generated. Please do not reply.



&lt;matrix@us.cevalogistics.com&gt;
28.04.2009 00:10

An  "Guido Klingberg" &lt;guido.klingberg@winkelmannpowertrain.de&gt;
Kopie
Blindkopie
Thema  Released Forecast Orders for Winkelmann SP #CONTROL_NBR=15335244#

## Forecasted orders for Winkelmann SP
## Part number : 12606620

| | | | | | |
|---|---|---|---|---|---|
| 2009-04-26 | 6629 | 31248 | 39991 | 41328 | 2009-04-08 |
| 2009-05-03 | 15372 | 31248 | 39991 | 41328 | 2009-04-08 |
| 2009-05-10 | 14616 | 31248 | 39991 | 41328 | 2009-04-08 |
| 2009-05-17 | 17262 | 31248 | 39991 | 41328 | 2009-04-08 |
| 2009-05-24 | 8820 | 31248 | 39991 | 41328 | 2009-04-08 |
| 2009-05-31 | 6804 | 31248 | 39991 | 41328 | 2009-04-08 |
| 2009-06-07 | 8316 | 31248 | 39991 | 41328 | 2009-04-08 |
| 2009-06-14 | 7172 | 31248 | 39991 | 41328 | 2009-04-08 |
| 2009-06-21 | 2772 | 31248 | 39991 | 41328 | 2009-04-08 |
| 2009-06-28 | 2734 | 31248 | 39991 | 41328 | 2009-04-08 |

This email was auto generated. Please do not reply.



&lt;matrix@us.cevalogistics.com&gt;
04.05.2009 22:30

An "Guido Klingberg" &lt;guido.klingberg@winkelmannpowertrain.de&gt;
Kopie
Blindkopie
Theme Released Forecast Orders for Winkelmann SP #CONTROL_NBR=15410561#

# Forecasted orders for Winkelmann SP
## Part number : 12606620

| Release Date | Forecast Quantity | Key Inventory Level | Critical Inventory Level | In Transit Quantity | Date Submitted |
|---|---|---|---|---|---|
| 2009-05-03 | 0 | 30744 | 34524 | 41328 | 2009-04-08 |
| 2009-05-10 | 5292 | 30744 | 34524 | 41328 | 2009-04-08 |
| 2009-05-17 | 10332 | 30744 | 34524 | 41328 | 2009-04-08 |
| 2009-05-24 | 10836 | 30744 | 34524 | 41328 | 2009-04-08 |
| 2009-05-31 | 13860 | 30744 | 34524 | 41328 | 2009-04-08 |
| 2009-06-07 | 11340 | 30744 | 34524 | 41328 | 2009-04-08 |
| 2009-06-14 | 11844 | 30744 | 34524 | 41328 | 2009-04-08 |
| 2009-06-21 | 8568 | 30744 | 34524 | 41328 | 2009-04-08 |
| 2009-06-28 | 2423 | 30744 | 34524 | 41328 | 2009-04-08 |
| 2009-07-05 | 293 | 30744 | 34524 | 41328 | 2009-04-08 |

Handwritten annotations: "10080", "74788"

This email was auto generated. Please do not reply.

GENERAL MOTORS POWERTRAIN DIVISION
DIVISION OF GENERAL MOTORS CORPORATION
PRE-PRODUCTION PURCHASING
777 JOSLYN AVENUE
PONTIAC, MI 48340-2925

PURCHASE ORDER
2009 MODEL YEAR

NUMBER MUST APPEAR ON INVOICES, PACKAGES, PACKING SLIPS, AND BILLS OF LADING.

| P.O. NO. | REV. NO. | ISSUE DATE | PAGE |
|---|---|---|---|
|  | 002 | 07/19/06 | 5 OF 8 |

PO CURRENCY CODE: EUR

| F.O.B. TERMS | CARRIER | Z NUMBER |
|---|---|---|
|  |  | BM9F |

MFG DUNS   366091606
SHIP DUNS  366091606

| PAYMENT TERMS | F.O.B. POINT |  |
|---|---|---|
| NET | LEGNICA | PL |
| 2ND DAY/2ND MO OR NONE/2ND DAY/2ND MO |  | COLLECT |

ENGINEERING PURCHASE ORDER

PO/REV CLAUSES:

* * * * * INFORMATION UPDATED JUNE, 2006 * * * * *

ALL SUPPLIERS, PLEASE NOTE:
YOU WILL NO LONGER RECEIVE A MAILED COPY OF PURCHASE ORDERS FROM
GM POWERTRAIN. PURCHASE ORDER INFORMATION IS COMMUNICATED BY THE
P.P.P.S. SYSTEM (PRE-PRODUCTION PART SCHEDULING) WITHIN
GMSUPPLYPOWER USING THE E.P.O. APPLICATION IN WWW.GMSUPPLYPOWER.COM.
THE SYSTEM IS UPDATED DAILY.
SUPPLIERS ARE EXPECTED TO CHECK FOR PURCHASE ORDERS DAILY IN THE PPPS
SYSTEM TO VIEW AND PRINT THE PO AS AUTHORIZATION TO BUILD AND TO
SHIP.

MISSED M.R.D. SHIPMENTS DUE TO IGNORING OR NOT
USING THE PPPS SYSTEM WILL RESULT IN A PR&R.

PLEASE NOTE: LOGIN ACCESS WILL BE REQUIRED
FOR GMSUPPLYPOWER. FOR ENROLLMENT INFORMATION PLEASE SEE "HOW TO
ENROLL" OR "REGISTER" ON THE GMSUPPLYPOWER HOME PAGE.

NOTE:   NEW WAREHOUSE LOCATION FOR ENGINE ONLY MATERIAL! SEE BELOW:
EFFECTIVE JULY 17, 2006, ALL ENGINE MATERIAL FOR GM POWERTRAIN ENGINE

TAX INFORMATION   INDUST. PROCESSING

CONFIRMED BY:
HELDGE HIMMEROD

BUYER:   XKG   TANZANIA ROBINSON

1. SUPPLIER AGREES TO SELL AND BUYER AGREES TO PURCHASE AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF.

# EXHIBIT A2

| part_no | obsolete | receipt_id | rcvd | received | pieces | rweight | rdate | shipment_id | srd | shipped | splieces | sweight | sdate | cpart | inventory | clabelmin | clabelmax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12605820 | N | TRN1610855 111217 | | 1512 | 6 | 4185.94 | 5/11/2009 20:08:04:32 | | | | | | | | | | |
| 12605820 | N | TRN1610857 111218 | | 1512 | 6 | 4185.84 | 5/11/2009 20:08:44:803 | | | | | | | | | | |
| 12605820 | N | TRN1610858 111219 | | 1512 | 6 | 4185.84 | 5/11/2009 20:08:33:590 | | | | | | | | | | |
| 12605820 | N | TRN1610869 111220 | | 1512 | 6 | 4185.84 | 5/11/2009 20:10:13:648 | | | | | | | | | | |
| 12605820 | N | TRN1612052 111227 | | 1512 | 6 | 4185.84 | 5/12/2009 08:32:38:348 | | | | | | | | | | |
| 12605820 | N | TRN1612053 111228 | | 1512 | 6 | 4191.24 | 5/12/2009 08:33:28:1.85 | | | | | | | | | | |
| 12605820 | N | TRN1612054 111229 | | 1512 | 6 | 4191.24 | 5/12/2009 08:34:16:64 | | | | | | | | | | |
| 12605820 | N | TRN1612055 111230 | | 1512 | 6 | 4191.24 | 5/12/2009 08:34:59:59 | | | | | | | | | | |
| 12605820 | N | TRN1615548 111286 | | 1512 | 6 | 3478.2 | 5/15/2009 20:58:00:11 | | | | | | | | | | |
| 12605820 | N | TRN1615547 111287 | | 1512 | 6 | 3478.2 | 5/15/2009 20:58:53:343 | | | | | | | | | | |
| 12605820 | N | TRN1615548 111288 | | 1512 | 6 | 3472.2 | 5/15/2009 21:00:20:34 | | | | | | | | | | |
| 12605820 | N | TRN1615549 111289 | | 1512 | 6 | 3472.2 | 5/15/2009 21:00:57:108 | | | | | | | | | | |
| 12605820 | N | TRN1615550 111292 | | 1512 | 6 | 4191.24 | 5/15/2009 08:24:26:5 | | | | | | | | | | |
| 12605820 | N | TRN1615931 111293 | | 1512 | 6 | 885.68 | 5/15/2009 08:25:01:27 | | | | | | | | | | |
| 12605820 | N | TRN1615932 111294 | | 1512 | 6 | 4191.24 | 5/15/2009 08:25:37:538 | | | | | | | | | | |
| 12605820 | N | TRN1615938 111295 | | 1512 | 6 | 885.68 | 5/15/2009 08:26:16:056 | | | | | | | | | | |
| 12505820 | N | TRN1615959 111306 | | 1280 | 5 | 3492.7 | 5/15/2009 08:18:32:735 | | | | | | | | | | |
| 12505820 | N | TRN1615960 111307 | | 1280 | 5 | 3492.7 | 5/15/2009 08:18:57:143 | B3090508ALE | | 504 | 2 | 1410.36 | 5/11/2009 08:55:57:07 | | | | |
| 12505820 | N | TRN1594287 110896 | | | | | | 1209D511AJL | | 1008 | 4 | 2820.72 | 5/12/2009 11:00:50:81 | | | | |
| 12505820 | N | TRN1594288 110897 | | | | | | SGM555225 | | 252 | 1 | 705.18 | 5/12/2009 11:00:08:98 | | | | |
| 12505820 | N | TRN1594869 110908 | | | | | | 83090511AJV | | 252 | 1 | 705.18 | 5/13/2009 06:32:30:04 | | | | |
| 12505820 | N | TRN1594889 110961 | | | | | | 83090512AGJ | | 252 | 1 | 572.71 | 5/13/2009 20:13:13:216 | | | | |
| 12506620 | N | TRN1597304 110921 | | | | | | 8L090513APZ | | 252 | 1 | 705.18 | 5/15/2009 00:58:17:175 | | | | |
| 12506620 | N | TRN1597305 110952 | | | | | | SGM555827 | | 252 | 1 | 705.18 | 5/15/2009 00:58:17:175 | | | | |
| 12506620 | N | TRN1599955 110635 | | | | | | 8L090513AAO | | 252 | 1 | 705.18 | 5/15/2009 00:58:17:178 | | | | |
| 12506620 | N | TRN1599988 110938 | | | | | | SGM555871 | | 252 | 1 | 705.18 | 5/15/2009 00:58:17:178 | | | | |
| 12605820 | N | TRN1599987 110937 | | | | | | 8L090513AAO | | 252 | 1 | 540.03 | 5/13/2009 20:13:38:506 | | | | |
| 12672584 | N | TRN1599778 110584 | | | 28712 | | | 2/20/2006 09: SGM555828 | | 3279 | | | | | | Exhibit A2 | |

| part_no | obsolete | receipt_id | ref | received | pieces | rweight | rdate | shipment_id | srid | shipped | splices | sweight | sdate | cpart |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12605620 | N | TRN1314903 | 111241 | | | | | | | | | | | |
| 12605620 | N | TRN1514664 | 111242 | | | | | | | | | | | |
| 12605620 | N | TRN1573304 | 110851 | | | | | | | | | | | |
| 12605620 | N | TRN1598372 | 110918 | 1260 | 5 | 3492.7 | 5/18/2009 10:28:08:333 | | | | | | | |
| 12605620 | N | TRN1599572 | 110918 | 1260 | 5 | 3492.7 | 5/18/2009 10:27:12:223 | | | | | | | |
| 12605620 | N | TRN1599572 | 110927 | | | | 4/7/2009 11:SGM557123 | 120905154AN | 252 | 1 | 705.18 | 5/18/2009 10:08:36:47 | |
| 12605620 | N | TRN1594893 | 110927 | | | | 4/15/2009 11:SGM557123 | 120905154AN | 252 | 2 | 1410.36 | 5/18/2009 10:08:19:033 | |
| 12605620 | N | TRN1594890 | 110989 | | | | 4/15/2009 11:SGM557128 | 630905154AN | 252 | 1 | 705.18 | 5/18/2009 10:08:19:033 | |
| 12605620 | N | TRN1594890 | 110939 | | | | 4/7/2009 21:SGM557812 | 120905154AN | 252 | 1 | 705.18 | 5/19/2009 08:54:18:94 | |
| 12605620 | N | TRN1594897 | 110937 | | | | 4/15/2009 10:SGM557812 | 120905154AN | 252 | 1 | 705.18 | 5/19/2009 08:54:18:84 | |
| 12605620 | N | TRN1594890 | 110869 | | | | 4/15/2009 10:SGM557814 | 630905154AN | 252 | 1 | 705.18 | 5/19/2009 08:54:52:565 | |
| 12605620 | N | TRN1594897 | 110957 | | | | 4/7/2009 21:SGM557814 | 630905154AN | 252 | 1 | 705.18 | 5/19/2009 08:54:52:585 | |
| 12605620 | N | TRN1594930 | 110954 | | | | 4/15/2009 10:SGM556180 | 120905154AO | 252 | 1 | 705.18 | 5/20/2009 10:28:07:57 | |
| 12605620 | N | TRN1599828 | 110936 | | | | 4/15/2009 10:SGM556180 | 120905154AO | 252 | 1 | 705.18 | 5/20/2009 10:28:07:57 | |
| 12605620 | N | TRN1599894 | 110934 | | | | 4/15/2009 10:SGM556182 | 630905154AO | 252 | 2 | 1410.36 | 5/20/2009 10:28:07:57 | |
| 12605620 | N | TRN1599897 | 110937 | | | | 4/15/2009 10:SGM556182 | 630905154AO | 252 | 1 | 705.18 | 5/20/2009 10:28:53:815 | |
| 12605620 | N | TRN1599987 | 110927 | | | | 4/15/2009 10:SGM5558368 | 120905154AB | 252 | 2 | 1410.36 | 5/20/2009 10:28:36:72 | |
| 12605620 | N | TRN1599987 | 110934 | | | | 4/15/2009 10:SGM5558368 | 120905154AB | 252 | 1 | 705.18 | 5/20/2009 10:28:36:72 | |
| 12605620 | N | TRN1599987 | 110937 | | | | 4/7/2009 20:SGM555741 | 630905204AJ | 504 | 2 | 705.18 | 5/21/2009 10:58:14:988 | |
| 12605620 | N | TRN1599371 | 110962 | | | | 4/15/2009 11:SGM555741 | 630905204AJ | 504 | 2 | 1410.36 | 5/21/2009 10:58:14:988 | |
| 12605620 | N | TRN1599371 | 110917 | | | | 4/15/2009 11:SGM555741 | 630905204AJ | 504 | 2 | 1410.36 | 5/21/2009 10:58:14:988 | |
| 12522564 | N | TRN1598372 | 110618 | | | | 4/15/2009 20:SGM557717 | 8J0905184AV | 5 | 1 | 12.7 | 5/19/2009 21:44:48:57 | |
| | | TRN1543944 | 103865 | | 2520 | | 2/10/2009 20:SGM557717 | 8J0905184AV | 5297 | | | | |

Inventory

Exhibit A2

| part_no | cbackmin | receipt_id | ref | received | rplaces | rweight | rdate | shipment_id | sref | shipped | splaces | sweight | sdate | cpart | inventory | cbackmin | cbackmax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12806520 | N | TRN1597305 | 110852 | | | | 4/7/2009 20:03 | SGM459923 | 120910522ALL | 252 | 1 | 705.18 | 5/25/2009 10:28:17.863 | | | | |
| 12806520 | N | TRN1593571 | 110917 | | | | 4/15/2009 11: | SGM459923 | 120910522ALL | 504 | 2 | 1410.36 | 5/29/2009 10:26:17.593 | | | | |
| 12806520 | N | TRN1593570 | 110916 | | | | 4/15/2009 11: | SGM459730 | 120900523ALV | 504 | 2 | 1410.36 | 5/27/2009 11:32:43.173 | | | | |
| 12806520 | N | TRN1593370 | 110916 | | | | 4/15/2009 11: | SGM459733 | 830900525ALZ | 755 | 3 | 2115.54 | 5/28/2009 11:18:21:203 | | | | |
| 12806520 | N | TRN1598059 | 110915 | | | | 4/15/2009 11: | SGM450182 | 120890527ACI | 252 | 1 | 705.18 | 5/28/2009 11:18:21:203 | | Exhibit A2 | | |
| 12806520 | N | TRN1603468 | 111074 | | | | 4/24/2009 02: | SGM450184 | 830900527ACI | 252 | 1 | 705.18 | 5/28/2009 11:18:45:17 | | | | |
| 12806520 | N | TRN1603469 | 111075 | | | | 4/24/2009 02: | SGM450193 | 830900527ACI | 755 | 3 | 2115.54 | 5/28/2009 08:30:58:853 | | | | |
| 12806520 | N | TRN1594999 | 110908 | | | | 4/15/2009 11: | SGM450568 | SGM45058 | 504 | 2 | 1410.36 | 5/29/2009 08:39:56:863 | | | | |
| 12806520 | N | TRN1599398 | 110915 | | | | 4/15/2009 11: | SGM450598 | SGM45058 | 252 | 1 | 579.71 | 5/29/2009 14:36:53:19 | | | | |
| 12806520 | N | TRN1597239 | 110999 | | | | 4/17/2009 17: | SGM450928 | 8L05209A | 252 | 1 | 579.71 | 5/29/2009 14:36:53:19 | | | | |
| 12806520 | N | TRN1597305 | 110952 | | | | 4/17/2009 20: | SGM450928 | 8L05209A | 1008 | 4 | 2318.84 | 5/29/2009 18:01:21:59 | | | | |
| 12806520 | N | TRN1594807 | 110890 | | | | 4/17/2009 21: | SGM451097 | 830520092xt | 252 | 1 | 579.71 | 5/29/2009 18:01:21:59 | | | | |
| 12806520 | N | TRN1594808 | 110897 | | | | 4/17/2009 21: | SGM451097 | 830520092xt | 252 | 1 | 579.71 | 5/29/2009 18:01:21:59 | | | | |
| 12806520 | N | TRN1594889 | 110898 | | | | 4/17/2009 21: | SGM451097 | 830520092xt | 252 | 1 | 579.71 | 5/29/2009 18:01:21:59 | | | | |
| 12806520 | N | TRN1594890 | 110899 | | | | 4/15/2009 11: | SGM451097 | 830520092xt | 755 | 3 | 2115.54 | 5/29/2009 18:01:21:59 | | | | |
| 12806520 | N | TRN1593389 | 110915 | | | | 4/15/2009 11: | SGM451097 | 830520092xt | 765 | 3 | 2115.54 | 5/29/2009 18:01:21:59 | | | | |
| 12806520 | N | TRN1595370 | 110917 | | | | 4/15/2009 11: | SGM451097 | 830520092xt | 252 | 1 | 705.18 | 5/29/2009 18:01:21:59 | | | | |
| 12806520 | N | TRN1598371 | 110919 | | | | 4/15/2009 11: | SGM451097 | 830520092xt | 252 | 1 | 705.18 | 5/29/2009 18:01:21:59 | | | | |
| 12806520 | N | TRN1595372 | 110919 | | | | 4/15/2009 10: | SGM451097 | 830520092xt | 252 | 1 | 705.18 | 5/29/2009 18:01:21:59 | | | | |
| 12806520 | N | TRN1598804 | 110934 | | | | 4/15/2009 10: | SGM451097 | 830520092xt | 252 | 1 | 698.54 | 5/29/2009 18:01:21:59 | | | | |
| 12806520 | N | TRN1598965 | 110935 | | | | 4/15/2009 10: | SGM451097 | 830520092xt | 755 | 3 | 2095.62 | 5/29/2009 18:01:21:59 | | | | |
| 12806520 | N | TRN1599398 | 110935 | | | | 4/24/2009 09: | SGM451097 | 830520092xt | 755 | 3 | 2095.62 | 5/29/2009 18:01:21:59 | | | | |
| 12806520 | N | TRN1603468 | 111074 | | | | 4/24/2009 09: | SGM451097 | 830520092xt | 1008 | 4 | 2630.72 | 5/29/2009 18:01:21:59 | | | | |
| 12806520 | N | TRN1603469 | 111075 | | | | 4/24/2009 09: | SGM451097 | 830520092xt | 252 | 1 | 705.18 | 5/29/2009 18:01:21:59 | | | | |
| 12622504 | N | TRN1819421 | 111327 | 504 | 2 | 1260.06 | 5/29/2009 16:14:11:188 | | | 11340 | | | | | | | |

| part_no | obsolete | receipt_id | rref | received | rpieces | rweight | rdate | shipment_id | sref | shipped | spieces | sweight | sdate | cpart |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12608620 | N | RGMC011428 | return | 383 | 1 | 880.9 | 5/5/2009 13:11:41:21 | | | | | | | |
| 12608620 | N | TRN1603469 | 111075 | | | | 4/24/2009 06: | SGM650945 | 8309032AG* | 758 | 3 | 2115.54 | 5/1/2009 11:02:12:503 | |
| 12622504 | N | TRN1619421 | 111327 | | | | 5/29/2009 18: | SGM591134 | 5L050110SA | 504 | 2 | 1280.03 | 6/1/2009 12:13:07:41 | |
| | | | | 383 | | | | | | 1250 | | | | |

Inventory
Exhibit A2

EXHIBIT A2

# EXHIBIT A3

Exhibit1

| Kunden Customer | Artikel Article-No. | Rechn. Invoice | Werk-5 Ent. Lieferschein SGM-No. | Kundenlagerabgänge (Stocktakings) Ent. Tag Day of stocktaking | Ent. Mon. Month of stocktaking | Ent. Jahr Year of stocktaking | E-Preis Price | ME Quantity unit | Off. Menge Open Quantity | Off. Betrag Open Amount | Ent. Fälligkeit Due Date | Summe Fälligkeit Sum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *sofort fällige gemäß neuer Vereinbarung (due immediately concerning new agreement)* | | | | | | | | |
| 570600 | 1856000 | 110087 | SGM555223 | 12 | 5 | 2,009 | 1,015.50 | 4 | 1008 | 10,236.24 | 5/12/2009 | 12,795.30 € |
| 570600 | 1856000 | 110898 | SGM555225 | 12 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110064 | SGM556238 | 13 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110951 | SGM555695 | 13 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110962 | SGM556327 | 13 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | 5/13/2009 | 7,677.18 € |
| 570600 | 1856000 | 110935 | SGM556671 | 15 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110936 | SGM556671 | 15 | 5 | 2,009 | 1,015.50 | 2 | 504 | 5,118.12 | 5/15/2009 | 7,677.18 € |
| 570600 | 1856000 | 110937 | SGM556871 | 15 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110918 | SGM557123 | 18 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110918 | SGM557126 | 18 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110851 | SGM557123 | 18 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | 5/18/2009 | 10,287.02 € |
| 570600 | 1856000 | 109885 | SGM557717 | 19 | 5 | 2,009 | 1,015.50 | 1 | 5 | 50.78 | | |
| 570600 | 1856000 | 110887 | SGM557612 | 19 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110899 | SGM557612 | 19 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110899 | SGM557614 | 19 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110937 | SGM557612 | 19 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | 5/19/2009 | 12,795.30 € |
| 570600 | 1856000 | 110937 | SGM557814 | 19 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110934 | SGM558180 | 20 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110934 | SGM558182 | 20 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110934 | SGM558182 | 20 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110934 | SGM558389 | 20 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110936 | SGM558180 | 20 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110937 | SGM558182 | 20 | 5 | 2,009 | 1,015.50 | 2 | 504 | 5,118.12 | 5/20/2009 | 17,913.42 € |
| 570600 | 1856000 | 110917 | SGM558369 | 20 | 5 | 2,009 | 1,015.50 | 2 | 504 | 5,118.12 | | |
| 570600 | 1856000 | 110917 | SGM558741 | 21 | 5 | 2,009 | 1,015.50 | 2 | 504 | 5,118.12 | | |
| 570600 | 1856000 | 110918 | SGM558741 | 21 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | 5/21/2009 | 12,795.30 € |
| 570600 | 1856000 | 110952 | SGM558741 | 21 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110917 | SGM559293 | 26 | 5 | 2,009 | 1,015.50 | 2 | 504 | 5,118.12 | 5/26/2009 | 7,677.18 € |
| 570600 | 1856000 | 110952 | SGM559293 | 26 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110918 | SGM559730 | 27 | 5 | 2,009 | 1,015.50 | 2 | 504 | 5,118.12 | 5/27/2009 | 7,677.18 € |
| 570600 | 1856000 | 110918 | SGM559733 | 27 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110915 | SGM560192 | 28 | 5 | 2,009 | 1,015.50 | 3 | 756 | 7,677.18 | | |
| 570600 | 1856000 | 111074 | SGM560194 | 28 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | 5/28/2009 | 12,795.30 € |
| 570600 | 1856000 | 111075 | SGM561097 | 29 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110896 | SGM561097 | 11 | 5 | 2,009 | 1,015.50 | 4 | 1008 | 10,236.24 | 5/11/2009 | |
| 570600 | 1856000 | 110896 | SGM554685 | 29 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110897 | SGM561097 | 29 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110898 | SGM560588 | 29 | 5 | 2,009 | 1,015.50 | 3 | 756 | 7,677.18 | | |
| 570600 | 1856000 | 110898 | SGM561097 | 29 | 5 | 2,009 | 1,015.50 | 2 | 504 | 5,118.12 | | |
| 570600 | 1856000 | 110899 | SGM560588 | 29 | 5 | 2,009 | 1,015.50 | 2 | 504 | 5,118.12 | | |
| 570600 | 1856000 | 110917 | SGM561097 | 29 | 5 | 2,009 | 1,015.50 | 2 | 504 | 5,118.12 | | |
| 570600 | 1856000 | 110918 | SGM561097 | 29 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110915 | SGM561097 | 29 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110934 | SGM561097 | 29 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110935 | SGM561097 | 29 | 5 | 2,009 | 1,015.50 | 3 | 756 | 7,677.18 | | |
| 570600 | 1856000 | 110936 | SGM561097 | 29 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110952 | SGM561097 | 29 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 110962 | SGM560828 | 29 | 5 | 2,009 | 1,015.50 | 2 | 504 | 5,118.12 | | |
| 570600 | 1856000 | 110959 | SGM561097 | 29 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 111074 | SGM561097 | 29 | 5 | 2,009 | 1,015.50 | 1 | 252 | 2,559.06 | | |
| 570600 | 1856000 | 111075 | SGM561097 | 29 | 5 | 2,009 | 1,015.50 | 4 | 1008 | 10,236.24 | 5/29/2009 | 82,126.18 € |
| | | | | | | | | | | | | |
| | | | | | | | | | SUMME | | | |
| | | | | | | | | | 19,913 | 202,216.52 € | | 202,216.52 € |

Entnahmen GM gemäß Lagerbewegungen CEVA ab 15. April 2009. (Stocktakings GM concerning CEVA from 15th April 2009.)
45 Kalendertage vor Anmeldung der Insolvenz. (45 calendar days before filing Chapter 11.)

EXHIBIT A3