# EXHIBIT 2

SeidelKD

insolvenzgm20tage

Seite 1

11/23/2009

| part_no | obsolete | receipt_id | rref | received | rpieces | rweight | rdate | shipment_id | sref | shipped | spieces | sweight | sdate | cpart | xnidel Preis Stück | Summe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12606620 | N | TRN1610866 | 111217 | 1512 | 6 | 4185.84 | 5/11/2009 20:08:44:432 | | 830905008AIE | 504 | 2 | 1410.36 | 5/11/2009 08:53:57:07 | | 10.155 | 5,118.12 € |
| 12606620 | N | TRN1610866 | 111218 | 1512 | 6 | 4185.84 | 5/11/2009 20:08:43:898 | | 1209051AN/ | 1008 | 4 | 2820.72 | 5/12/2009 11:00:50:81 | | 10.155 | 10,236.24 € |
| 12606620 | N | TRN1610869 | 111219 | 1512 | 6 | 4185.84 | 5/11/2009 20:03:13:896 | | 1209051AJV | 252 | 1 | 705.18 | 5/12/2009 11:00:08:98 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1610868 | 111220 | 1512 | 6 | 4185.84 | 5/11/2009 20:10:13:846 | | 830905515AO, | 252 | 1 | 705.18 | 5/13/2009 08:32:30:04 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1612062 | 111227 | 1512 | 6 | 4191.24 | 5/12/2009 06:32:38:346 | | 1209051ZAG| | 252 | 1 | 705.18 | 5/13/2009 20:13:13:216 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1612063 | 111228 | 1512 | 6 | 4191.24 | 5/12/2009 06:32:39:186 | | 1209051APJ | 579 | 1 | 705.18 | 5/13/2009 09:59:17:176 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1612064 | 111229 | 1512 | 6 | 4191.24 | 5/12/2009 06:34:16:64 | | 1209051AAC| | 252 | 1 | 705.18 | 5/15/2009 09:59:17:176 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1612065 | 111230 | 1512 | 6 | 4191.24 | 5/12/2009 06:34:59:99 | | 1209051AAC| | 252 | 1 | 705.18 | 5/15/2009 09:59:17:176 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1615546 | 111296 | 1512 | 6 | 3478.2 | 5/15/2009 20:59:90:11 | | 1209051ANO | 252 | 1 | 705.18 | 5/20/2009 10:29:07:67 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1615546 | 111296 | 1512 | 6 | 3478.2 | 5/15/2009 20:59:35:343 | | 1209051ANO | 252 | 1 | 705.18 | 5/20/2009 10:29:07:67 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1615547 | 111297 | 1512 | 6 | 3478.2 | 5/15/2009 21:00:20:34 | | 830905519AO | 252 | 1 | 705.18 | 5/20/2009 10:23:53:816 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1615548 | 111298 | 1512 | 6 | 4191.24 | 5/15/2009 06:24:26:6 | | 830905519AO | 252 | 1 | 705.18 | 5/20/2009 10:23:53:816 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1615631 | 111299 | 1512 | 6 | 685.86 | 5/15/2009 06:25:01:27 | | 1209051ABB | 252 | 1 | 705.18 | 5/20/2009 10:26:39:72 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1615633 | 111293 | 1512 | 6 | 3478.2 | 5/15/2009 06:25:27:358 | | 1209051ABB | 252 | 1 | 705.18 | 5/20/2009 10:26:39:72 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1615632 | 111292 | 1512 | 6 | 4191.24 | 5/15/2009 06:32:33:596 | | 1209051ABN | 252 | 1 | 705.18 | 5/20/2009 10:54:18:84 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1615629 | 111296 | 1512 | 6 | 685.86 | 5/15/2009 06:35:08:596 | | 1209051ABN | 252 | 1 | 705.18 | 5/20/2009 10:54:18:84 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1615959 | 111306 | 1260 | 5 | 4191.24 | 5/15/2009 08:19:32:726 | | 830905514AO | 252 | 1 | 705.18 | 5/19/2009 09:54:52:666 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1616960 | 111307 | 1260 | 5 | 3492.7 | 5/15/2009 08:18:57:143 | | 830905514AO | 252 | 1 | 705.18 | 5/19/2009 09:54:52:666 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1594987 | 110896 | | | | 4/7/2009 21:3:SGM554685 | | 1209051AN/ | 252 | 1 | 705.18 | 5/19/2009 09:54:18:84 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1594986 | 110897 | 2 | | | 4/7/2009 21:3:SGM555223 | | 1209051AN/ | 252 | 1 | 705.18 | 5/18/2009 10:08:39:47 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1594988 | 110898 | 2 | | | 4/7/2009 21:3:SGM555225 | | 830905515AO | 504 | 2 | 1410.36 | 5/18/2009 10:08:39:47 | | 10.155 | 5,118.12 € |
| 12606620 | N | TRN1594888 | 110898 | | | | 4/7/2009 20:0:SGM555095 | | 830905512AGI | 252 | 1 | 705.18 | 5/18/2009 08:30:19:033 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1597304 | 110951 | 4 | | | 4/7/2009 21:3:SGM557123 | | 830905512AGI | 252 | 1 | 705.18 | 5/18/2009 08:30:19:033 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1597304 | 110951 | 4 | | | 4/7/2009 21:3:SGM557123 | | 1209051ZAP | 252 | 1 | 705.18 | 5/18/2009 20:13:13:216 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1599372 | 110918 | 10 | | | 4/5/2009 11:3:SGM557726 | | 1209051ZAP | 252 | 1 | 705.18 | 5/18/2009 20:13:13:216 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1599372 | 110918 | 10 | | | 4/5/2009 11:3:SGM558182 | | 830905515AO | 252 | 1 | 705.18 | 5/13/2009 09:51:27:7 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1597305 | 110952 | 11 | | | 4/7/2009 21:3:SGM557612 | | 1209051AN/ | 252 | 1 | 705.18 | 5/19/2009 09:51:27:7 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1594888 | 110935 | 6 | | | 4/7/2009 21:3:SGM557612 | | 1209051AN/ | 252 | 1 | 705.18 | 5/19/2009 09:51:27:7 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1594890 | 110899 | 12 | | | 4/7/2009 21:3:SGM557612 | | 830905514AO | 252 | 1 | 705.18 | 5/15/2009 09:59:11:176 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1599987 | 110937 | 8 | | | 4/7/2009 21:3:SGM567511 | | 830905514AO | 252 | 1 | 705.18 | 5/15/2009 09:59:11:176 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1594890 | 110899 | 12 | | | 4/5/2009 10:SGM557612 | | 1209051 AAC | 252 | 1 | 705.18 | 5/21/2009 10:56:14:986 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1599987 | 110937 | 8 | | | 4/5/2009 10:SGM557614 | | 830905514AO | 252 | 1 | 705.18 | 5/20/2009 10:54:52:666 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1599981 | 110899 | 12 | | | 4/5/2009 10:SGM558180 | | 1209051ANO, | 252 | 1 | 705.18 | 5/20/2009 10:29:07:67 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1599987 | 110934 | 13 | | | 4/5/2009 10:SGM558180 | | 1209051ANO, | 252 | 1 | 705.18 | 5/20/2009 10:29:07:67 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1599987 | 110937 | 8 | | | 4/5/2009 10:SGM558182 | | 830905519AO | 252 | 1 | 705.18 | 5/20/2009 10:23:53:816 | | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1599988 | 110934 | 13 | | | 4/5/2009 10:SGM558389 | | 1209051ABB | 504 | 2 | 1410.36 | 5/20/2009 10:26:39:72 | | 10.155 | 5,118.12 € |
| 12606620 | N | TRN1599987 | 110937 | 8 | | | 4/5/2009 10:SGM558741 | | 1209051ABN | 504 | 2 | 1410.36 | 5/21/2009 10:56:14:986 | | 10.155 | 5,118.12 € |
| 12606620 | N | TRN1599371 | 110917 | 14 | | | 4/7/2009 20:0:SGM558741 | | 830905520AL/ | 504 | 2 | 1410.36 | 5/21/2009 10:56:14:986 | | 10.155 | 5,118.12 € |
| 12606620 | N | TRN1599305 | 110917 | | | | 4/15/2009 11:SGM558741 | | 830905520AL/ | 504 | 2 | 1410.36 | 5/21/2009 10:56:14:986 | | 10.155 | 5,118.12 € |
| 12606620 | N | TRN1599371 | 110917 | 14 | | | 4/15/2009 11:SGM558741 | | 830905520AL/ | 504 | 2 | 1410.36 | 5/21/2009 10:56:14:986 | | 10.155 | 5,118.12 € |
| 12606620 | N | TRN1599372 | 110918 | 10 | | | 4/15/2009 20:SGM557717 | | 1209051ABN | 504 | | | | | 10.155 | |
| 12606620 | N | TRN1569778 | 110064 | 9 | | | 2/20/2009 19:33:06 | | 6L090513AO. | | 1 | 640.08 | 5/13/2009 20:13:38:06 | | 10.155 | 2,559.06 € |
| 12622564 | N | TRN1564344 | 109885 | 20 | | | 2/10/2009 20:SGM557717 | | 6L090518BAI | 5 | 1 | 12.7 | 5/18/2009 21:44:46:57 | | 10.155 | 50.78 € |

SeidelKD

Insolvenzgm20tage

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12606620 | N | TRN1597305 110952 | 5 | | 4/17/2009 20:0 SGM550293 | 12090522ALL | 252 | 1 | 705.18 | 5/26/2009 10:25:17.893 | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1599371 110917 | 14 | | 4/15/2009 11 SGM550293 | 12090522ALL | 504 | 2 | 1410.36 | 5/26/2009 10:25:17.893 | 10.155 | 5,118.12 € |
| 12606620 | N | TRN1599370 110916 | 15 | | 4/15/2009 11 SGM559730 | 12090526ALL | 504 | 2 | 1410.36 | 5/27/2009 11:32:43.173 | 10.155 | 5,118.12 € |
| 12606620 | N | TRN1599370 110916 | 15 | | 4/15/2009 11 SGM559733 | 8309052BAL | 252 | 1 | 705.18 | 5/27/2009 11:32:16.033 | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1599389 110915 | 16 | | 4/15/2009 11 SGM560192 | 12090527AO | 756 | 3 | 2115.54 | 5/28/2009 11:19:21.203 | 10.155 | 7,677.18 € |
| 12606620 | N | TRN1603468 110074 | 17 | | 4/24/2009 09 SGM560194 | 8309052TAO | 252 | 1 | 705.18 | 5/28/2009 11:19:45.17 | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1603469 111075 | 19 | | 4/24/2009 09 SGM560194 | 8309052TAO | 252 | 1 | 705.18 | 5/28/2009 11:19:45.17 | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1594889 110898 | 3 | | 4/17/2009 2t3 SGM560588 | SGM560588 | 756 | 3 | 2115.54 | 5/29/2009 09:39:55.663 | 10.155 | 7,677.18 € |
| 12606620 | N | TRN1599369 110915 | 16 | | 4/15/2009 11 SGM560588 | SGM560588 | 252 | 1 | 705.18 | 5/29/2009 09:39:55.663 | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1597239 110959 | 18 | | 4/17/2009 17:5 SGM560828 | 6L052500A | 252 | 1 | 579.71 | 5/29/2009 14:36:53.19 | 10.155 | 5,118.12 € |
| 12606620 | N | TRN1597305 110952 | 5 | | 4/17/2009 20:0 SGM560828 | 6L052500A | 504 | 2 | 1159.42 | 5/29/2009 14:36:53.19 | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1594887 110896 | 1 | | 4/17/2009 2t3 SGM561097 | 83052500EX | 1008 | 4 | 2318.84 | 5/29/2009 19:01:21.69 | 10.155 | 10,236.24 € |
| 12606620 | N | TRN1594887 110897 | 2 | | 4/17/2009 2t3 SGM561097 | 83052500EX | 252 | 1 | 579.71 | 5/29/2009 19:01:21.69 | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1594889 110898 | 3 | | 4/17/2009 2t3 SGM561097 | 83052500EX | 504 | 2 | 1159.42 | 5/29/2009 19:01:21.69 | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1594889 110898 | 12 | | 4/17/2009 2t3 SGM561097 | 83052500EX | 756 | 3 | 2115.54 | 5/29/2009 19:01:21.69 | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1599370 110916 | 15 | | 4/15/2009 11 SGM561097 | 83052500EX | 252 | 3 | 705.18 | 5/29/2009 19:01:21.69 | 10.155 | 7,677.18 € |
| 12606620 | N | TRN1599371 110917 | 14 | | 4/15/2009 11 SGM561097 | 83052500EX | 756 | 3 | 2115.54 | 5/29/2009 19:01:21.69 | 10.155 | 7,677.18 € |
| 12606620 | N | TRN1599372 110918 | 10 | | 4/15/2009 11 SGM561097 | 83052500EX | 252 | 1 | 705.18 | 5/29/2009 19:01:21.69 | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1599372 110934 | 13 | | 4/15/2009 10 SGM561097 | 83052500EX | 252 | 1 | 698.54 | 5/29/2009 19:01:21.69 | 10.155 | 2,559.06 € |
| 12606620 | N | TRN1599985 110935 | 6 | | 4/15/2009 10 SGM561097 | 83052500EX | 756 | 3 | 2095.62 | 5/29/2009 19:01:21.69 | 10.155 | 7,677.18 € |
| 12606620 | N | TRN1599986 110936 | 7 | | 4/15/2009 10 SGM561097 | 83052500EX | 756 | 3 | 2095.62 | 5/29/2009 19:01:21.69 | 10.155 | 7,677.18 € |
| 12606620 | N | TRN1603468 111074 | 17 | | 4/24/2009 09 SGM561097 | 83052500EX | 1008 | 4 | 2820.72 | 5/29/2009 19:01:21.69 | 10.155 | 10,236.24 € |
| 12606620 | N | TRN1603469 111075 | 19 | | 4/24/2009 09 SGM561097 | 83052500EX | 252 | 1 | 705.18 | 5/29/2009 19:01:21.69 | 10.155 | 2,559.06 € |
| 12622564 | N | TRN1619421 111327 | 19 | 504 | 5/29/2009 18:14:11:186 | | 252 | 2 1280.06 | | 5/29/2009 19:01:21.69 | 10.155 | 2,559.06 € |
| | | | | | | | | | | | | 202,216.52 € |

# Winkelmann )

*Appendix 2*

*Nr. 1*

*1-21*

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    49105015751000002208746535
Nr konta PLN:            92105015751000002208746634
NIP: 691-19-94-668, Regon: 012765041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:   +48 76 / 850-88-00
Fax:       +48 76 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA MI 481 Belleville

VAT:              / PL 6911994669

INVOICE NO.:
FAKTURA VAT NR          110896

Nr potwierdzenia /   Data
zamówienia  / wystawienia
Auftragsnummer / Datum

100271      2009.03.02

Nr państwa zamówienia z dnia   Data sprzedaży
Ihre Bestellnummer vom

2009.03.02

Warunki dostawy
Lieferbedingungen

ex works Legnica

Forwarding agent

366091606
RATE   NBP :
KURS   NBP :   4,6578

Exel Warehouse
41873 Ecourse Rd, Suite 290
USA 48111 BELLEVILLE, MI

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWiU | CENA JEDN. BEZ PODATKU Zł. Einzelpreis | WARTOŚĆ BEZ PODATKU Zł. EUR | PODATEK STAWKA % | KWOTA Zł. EUR | WARTOŚĆ Z PODATKIEM Zł. PLN/EUR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 100ST | 1.015,50 | 15.354,36 | | | |
| | | | | 12606620 | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :       100271 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |
| | | | Customers rule packaging | | | | | | |

WARTOŚĆ TOWARU / VALUE OF GOODS          15.354,36          15.354,36

Słownie zł. / IN WORDS
EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*CT

RAZEM: gesamt          15.354,36   X   15.354,36

Płatność / PAYMENT OF COND.
sofort ./. 2 %
promptly ./. 2 %

Podpis odbiorcy:
SIGNATURE CUSTOMER

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

| Nr klienta CUSTOMER NO. | Nr zamówienia/faktury INVOICE NO. | Ogólna należność TOTAL |
|---|---|---|
| 670800 | 110896 | 15.354,36 |

Podpis wystawiającego:
SIGNATURE SUPPLIER

# Winkelmann )

*Nr. 2*

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    43105015751000002206746535
Nr konta PLN:    92105015751000002206746634
NIP: 691-19-94-869, Regon: 012765041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-88-00
Fax:    +48 76 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Belleville

VAT:        / PL 6911994669

| | |
|---|---|
| INVOICE NO. | |
| FAKTURA VAT NR    110697 | |

Nr potwierdzenia / Data
zamówienia / wystawienia
Auftragsnummer / Datum

100271    2009.03.02

Nr państwa zamówienia z dnia    Data sprzedaży
Ihre Bestellnummer vom

2009.03.02

Warunki dostawy
Liefersedingungen

ex works Legnica

Forwarding agent

Exel Warehouse
41873 Ecourse Rd, Suite 290
USA 48111 BELLEVILLE, MI

366091606
RATE  NBP :
KURS  NBP :  4,6578

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWIU | CENA JEDN. BEZ PODATKU Zł. Stüd Preis | WARTOŚĆ BEZ PODATKU Zł. EUR | PODATEK STA WKA % | KWOTA Zł. EUR | WARTOŚĆ Z PODATKIEM Zł. EUR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 1008T | 1.015,50 | 15.354,36 | | | |
| | | | 12606620 | | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :    100271 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |

Customers rule packaging

| | | |
|---|---|---|
| WARTOŚĆ TOWARU / VALUE OF GOODS | 15.354,36 | 15.354,36 |

Słownie zł. / IN WORDS
EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*CT

| | | | |
|---|---|---|---|
| | RAZEM gesamt | 15.354,36  X | 15.354,36 |

Płatność / PAYMENT OF COND.
sofort ./ . 2 %
promptly ./ . 2 %

Podpis odbiorcy:
SIGNATURE CUSTOMER

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben.

| | | |
|---|---|---|
| CUSTOMER NO. | INVOICE NO. | TOTAL |
| 370BQO | 110697 | 15.954,36 |

Podpis wystawcy:
SIGNATURE SUPPLIER

ppa. Frau Stephan, Kun

Oryginał

# Winkelmann )

*Nr. 3*

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego: 49105015751000002208746536
Nr konta PLN: 92105015751000002208746634
NIP: 691-19-94-869, Regon: 012785041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon: +48 76 / 850-58-00
Fax: +48 76 / 850-58-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Belleville

VAT:                    / PL 6911994669

| | | |
|---|---|---|
| INVOICE NO. / | | Nr potwierdzenia / Data |
| FAKTURA VAT NR    110828 | | zamówienia / wystawienia |
| | | Auftragsnummer / Datum |
| Nr państwa zamówienia z dnia   Data sprzedaży | | 100271    2009.03.02 |
| Ihre Bestallnummer vom | | |
| | | 2009.03.02 |
| Warunki dostawy | | |
| Lieferbedingungen | | |
| ex works Legnica | | |
| | | |
| Forwarding agent | | |

366091606
RATE  NBP :
KURS  NBP : 4,6578

Exel Warehouse
41873 Ecourse Rd, Suite 290
USA 48111 BELLEVILLE, MI

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWiU | CENA JEDN. BEZ PODATKU zł. SBM/Preis | WARTOŚĆ BEZ PODATKU zł. EUR | PODATEK STAWKA % | KWOTA zł. EUR | WARTOŚĆ Z PODATKIEM zł. PdMR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 100ST | 1.015,50 | 15.354,36 | | | |
| | | | | 12606620 | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :    100271 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |
| | | | Customers rule packaging | | | | | | |
| | | | WARTOŚĆ TOWARU / VALUE OF GOODS | | | 15.354,36 | | | 15.354,36 |
| | | | | | RAZEM: gesamt | 15.354,36 | X | | 15.354,36 |

Słownie zł. / IN WORDS
EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*
CT

Płatność / PAYMENT OF COND.
sofort ./. 2 %
promptly ./. 2 %

Podpis odbiorcy:
SIGNATURE CUSTOMER

W korespondencji lub przy płatnościach proszę powoływać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

| CUSTOMER NO. | INVOICE NO. | TOTAL |
|---|---|---|
| 5708000 | 110828 | 15.354,36 |

Podpis wystawiającego:
SIGNATURE SUPPLIER

ppa. Frau Stefan, Bani

# Winkelmann )

Nr. 4

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    49105015751000002208746535
Nr konta PLN:    92105015751000002208746834
NIP: 691-19-94-659, Regon: 012765041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-88-00
Fax:    +48 76 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Bellaville

VAT:                / PL 6911994669

| | | Nr potwierdzenia / Data |
| INVOICE NO.: | | zamówienia / wystawienia |
| FAKTURA VAT-NR : 110951 | | Auftragsnummer / Datum |
| | | 100271    2009.03.06 |

Nr państwa zamówienia z dnia    Data sprzedaży
Ihre Bestellnummer vom

2009.03.06

Warunki dostawy
Lieferbedingungen

ex works Legnica

Forwarding agent

Exel Warehouse
41873 Ecourse Rd, Suite 290
USA 48111 BELLEVILLE, MI

366091606
RATE  NBP :
KURS  NBP : 4,6955

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWiU | CENA JEDN. BEZ PODATKU ZŁ. Einh Preis | WARTOŚĆ BEZ PODATKU ZŁ. EUR | PODATEK STAWKA % | KWOTA ZŁ. EUR | WARTOŚĆ Z PODATKIEM PLN/R |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 100ST | 1.015,50 | 15.354,36 | | | |
| | | | | 12806620 | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :    100271 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |
| | | | Customers rule packaging | | | | | | |
| | | | WARTOŚĆ TOWARU / VALUE OF GOODS | | | 15.354,36 | | | 15.354,36 |

| Słownie zł. / IN WORDS | | RAZEM: gesamt | 15.354,36 | | 15.354,36 |
|---|---|---|---|---|---|

EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*
CT

Płatność / PAYMENT OF COND.
sofort ./. 2 %
promptly ./. 2 %

Podpis odbiorcy:
SIGNATURE CUSTOMER

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz oder Zahlung bitte angeben:

| Nr klienta CUSTOMER NO. | Nr faktury INVOICE NO. | Ogólna wartość TOTAL |
|---|---|---|
| 570500 | 110951 | 15.354,36 |

Podpis wystawcy:
SIGNATURE SUPPLIER

# Winkelmann )

*Nr. 5*

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:     49105015751000002208746635
Nr konta PLN:               92105015751000002208746834
NIP: 691-19-94-569, Regon: 012765041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:      +48 76 / 850-88-00
Fax:            +48 76 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA MI 481  Belleville

VAT:                / PL 6911994669

| | | |
|---|---|---|
| INVOICE NO. / | | Nr potwierdzenia / Data |
| FAKTURA VAT NR :   120952 | | zamówienia / wystawienia |
| | | Auftragsnummer / Datum |
| Nr państwa zamówienia z dnia    Data sprzedaży | | 100271     2009.03.06 |
| Ihre Bestellnummer vom | | 2009.03.06 |
| Warunki dostawy | | |
| Lieferbedingungen | | |
| ex works Legnica | | |

Forwarding agent

366091606                        Exel Warehouse
RATE  NBP :                      41873 Ecourse Rd, Suite 290
KURS  NBP :  4,6955             USA 48111 BELLEVILLE, MI

| POZ NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWiU | CENA JEDN. BEZ PODATKU Zł. SBW/Preis | WARTOŚĆ BEZ PODATKU Zł. EUR | PODATEK STAWKA % | KWOTA Zł. EUR | WARTOŚĆ Z PODATKIEM Zł. PMBWR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 100ST | 1.015,50 | 354,36 | | | |
| | | | | 12606620 | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :    100271 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |

Customers rule packaging

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WARTOŚĆ TOWARU / VALUE OF GOODS | | | | 15.354,36 | | | 15.354,36 |

Słownie zł. / IN WORDS

| | | | | |
|---|---|---|---|---|
| EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS* | RAZEM: gesamt | 15.354,36 | X | 15.354,36 |
| CT | | | | |

Płatność / PAYMENT OF COND.

sofort ./. 2 %
promptly ./. 2 %

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

Podpis odbiorcy
SIGNATURE CUSTOMER

| Nr klienta CUSTOMER NO. 870500 | Nr zamówienia faktury INVOICE NO. 120952 | Ogólna wartość TOTAL 15.354,36 |
|---|---|---|

Podpis wystawiającego
SIGNATURE SUPPLIER

Sołtysa Stefan  Ren.

[SPECIMEN watermark diagonally across document]

# Winkelmann )

Nr. 6

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    49105015751000002208746535
Nr konta PLN:            92105015751000002208746634
NIP: 691-19-94-869, Regon: 012785041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabryczne
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-88-00
Fax:        +48 76 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Belleville

VAT:                / PL 6911994669

INVOICE NO.:
FAKTURA VAT NR        110935

Nr potwierdzenia /    Data
zamówienia /wystawienia
Auftragsnummer / Datum
100271      2009.03.05

Nr państwa zamówienia z dnia    Data sprzedaży
Ihre Bestellnummer vom

2009.03.05

Warunki dostawy
Lieferbedingungen
ex works Legnica

Forwarding agent

Exel Warehouse
41873 Ecourse Rd, Suite 290
USA 48111 BELLEVILLE, MI

366091606
RATE  NBP :
KURS  NBP :  4,7432

| POZ.<br>NR<br>Pos.<br>Nr. | INDEKS<br>TOWARU<br>Art. Nr. | ILOŚĆ<br>SZT.<br>Stck. | NAZWA TOWARU<br>Art. Bezeichnung | PKWiU | CENA JEDN.<br>BEZ PODATKU<br>zł.<br>SRU Preis | WARTOŚĆ<br>BEZ PODATKU<br>zł.<br>EUR | PODATEK<br>STA<br>WKA<br>% | KWOTA<br>zł.<br>EUR | WARTOŚĆ<br>Z PODATKIEM<br>zł.<br>EUR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 1008T<br>12606620 | 1.015,50 | 15.354,36 | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :    100271 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |
| Customers rule packaging | | | | | | | | | |
| | | | WARTOŚĆ TOWARU / VALUE OF GOODS | | | 15.354,36 | | | 15.354,36 |

Słownie zł. / IN WORDS
EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*
CT

| | | | RAZEM:<br>gesamt | 15.354,36 | X | 15.354,36 |
|---|---|---|---|---|---|---|

Płatność / PAYMENT OF COND.
sofort ./. 2 %
promptly ./. 2 %

Podpis odbiorcy
SIGNATURE CUSTOMER

W korespondencji lub przy płatnościach proszę powoływać się na:
Bei Korrespondenz lu. Zahlung bitte angeben:

| Nr klienta Nr zamówienia klienta Nr faktury Kwota brutto<br>CUSTOMER NO.    INVOICE NO.    TOTAL |
|---|
| 370890          110935          15.354,36 |

Podpis wystawiającego
SIGNATURE SUPPLIER

# Winkelmann )

*An.7*

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    49106015751000002206746535
Nr konta PLN:    92106015751000002206746634
NIP: 691-16-94-669, Regon: 012766041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-86-00
Fax:    +48 76 / 850-86-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA MI 481 Belleville

VAT:    / PL 6911994669

INVOICE NO.:
FAKTURA VAT NR    110936

Nr potwierdzenia /    Data
zamówienia / wystawienia
Auftragsnummer / Datum
100271    2009.03.05

Nr państwa zamówienia z dnia    Data sprzedaży
Ihre Bestellnummer vom

Warunki dostawy
Lieferbedingungen
ex works Legnica

Forwarding agent

2009.03.05

366091606
RATE  NBP :
KURS  NBP :  4,7432

Exel Warehouse
41873 Ecourse Rd, Suite 290
USA 48111 Belleville, MI

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWiU | CENA JEDN. BEZ PODATKU Zł. Stk/Preis | WARTOŚĆ BEZ PODATKU Zł. EUR | PODATEK STAWKA % | KWOTA Zł. EUR | WARTOŚĆ Z PODATKIEM Zł. PREIS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 1008T | 1.015,50 | 15.354,36 | | | |
| | | | | 12606620 | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :    100271 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |
| | | | Customers rule packaging | | | | | | |
| | | | WARTOŚĆ TOWARU / VALUE OF GOODS | | | 15.354,36 | | | 15.354,36 |

Słownie zł / IN WORDS
EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*
CT

RAZEM:
gesamt    15.354,36    15.354,36

Pismo / PAYMENT OF COND.
sofort ./. 2 %
promptly ./. 2 %

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

Nr klienta    Nr zamówienia    Kwota płatności
CUSTOMER NO.    INVOICE NO.    TOTAL
570800    110936    15.354,36

Podpis odbiorcy:
SIGNATURE CUSTOMER

SIGNATURE SUPPLIER

# Winkelmann )

*Nr. 8*

ING Bank Śląski S.A. Katowice OI.Legnica
Nr konta dewizowego:    49105015751000002208746536
Nr konta PLN:    92105015751000002208746634
NIP: 691-19-94-669, Regon: 012765041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabryczna
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-88-00
Fax:    +48 76 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

| | |
|---|---|
| General Motors<br>LF 366091606<br><br>41873 Ecourse RD STE 290<br>USA  MI 481  Belleville<br><br>VAT:        / PL 6911994669 | INVOICE NO.:<br>FAKTURA VAT NR        110937<br><br>Nr państwa zamówienia z dnia    Data sprzedaży<br>Ihre Bestellnummer vom<br><br>Warunki dostawy<br>Lieferbedingungen<br><br>ex works Legnica<br><br>Forwarding agent<br><br>Exel Warehouse<br>41873 Ecourse Rd, Suite 290<br>USA 48111 BELLEVILLE, MI |

Nr potwierdzenia /    Data
zamówienia    / wystawienia
Auftragsnummer /    Datum
100271    2009.03.05

2009.03.05

366091606
RATE   NBP :
KURS   NBP :   4,7432

| POZ.<br>NR<br>Pos.<br>Nr. | INDEKS<br>TOWARU<br>Art. Nr. | ILOŚĆ<br>SZT.<br>Stck. | NAZWA TOWARU<br>Art. Bezeichnung | PKWiU | CENA JEDN.<br>BEZ PODATKU<br>zł.<br>Stüll Preis | WARTOŚĆ<br>BEZ PODATKU<br>zł.<br>EUR | PODATEK<br>STA<br>WKA<br>% | KWOTA<br>zł.<br>EUR | WARTOŚĆ<br>Z PODATKIEM<br>zł.<br>PMWR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F.<br>          12606620<br>Made in Poland<br>Flexplates for engine - steel<br>OUR ORDER NO. :    100271<br>Art. 41 Ust. 3 Ustawy o VAT | 1008T | 1.015,50 | 15.354,36 | | | |
| | | | Customers rule packaging | | | | | | |
| | | | WARTOŚĆ TOWARU / VALUE OF GOODS | | | 15.354,36 | | | 15.354,36 |
| | | | | RAZEM:<br>gesamt | 15.354,36 | X | | 15.354,36 | |

Słownie zł. / IN WORDS
EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*
CT

Płatność / PAYMENT OF COND.
sofort ./. 2 %
promptly ./. 2 %

Podpis odbiorcy:
SIGNATURE CUSTOMER

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

Nr klienta /    Nr zamówienia/faktury    Ogólna wartość
CUSTOMER NO.    INVOICE NO.    TOTAL
370000    110937    15.984,36

Podpis wystawcy:
SIGNATURE SUPPLIER

*Nr.9*

# Winkelmann )

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego    49105015751000002208746535
Nr konta PLN:    92105015751000002208746534
NIP: 691-19-84-899, Regon: 012785041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-88-00
Fax:    +48 76 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA MI 481 Belleville

VAT:    / PL 6911994669

| INVOICE NO. : | | |
|---|---|---|
| FAKTURA VAT NR | 110064 | |
| | Nr potwierdzenia / | Data |
| | zamówienia | /wysławienia |
| | Auftragsnummer / | Datum |
| | 100276 | 2008.12.30 |

Nr państwa zamówienia z dnia    Data sprzedaży
Ihre Bestellnummer vom
                                                   2008.12.30

Warunki dostawy
Lieferbedingungen
ex works Legnica

Forwarding agent

366091606                          Exel Warehouse
RATE NBP :                         41873 Ecourse Rd, Suite 290
KURS NBP : 4,1132                  USA 48111 BELLEVILLE, MI

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWiU | CENA JEDN. BEZ PODATKU zł. Stü Preis | WARTOŚĆ BEZ PODATKU zł. EUR | STA WKA % | PODATEK KWOTA zł. EUR | WARTOŚĆ Z PODATKIEM zł. EUR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856100 | 1008 | Plate ASM-A/TRNS F. | 100ST | 1.015,50 | 10.236,24 | | | |
| | | | 12622564 | | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. : 100276 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |
| Customers rule packaging | | | | | | | | | |
| | | | WARTOŚĆ TOWARU / VALUE OF GOODS | | | 10.236,24 | | | 10.236,24 |

Słownie zł. / IN WORDS
EINS*NULL*ZWEI*DREI*SECHS*EUR, ZWEI*VIER*CT

| | RAZEM: gesamt | 10.236,24 | X | | 10.236,24 |
|---|---|---|---|---|---|

Płatność    / PAYMENT OF COND.
60 days net

W korespondencji lub przy płatnościach proszę powoływać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

| Nr klienta CUSTOMER NO. | Nr zamówienia/faktury INVOICE NO. | Ogólna wartość TOTAL |
|---|---|---|
| 370500 | 110064 | 10.236,24 |

Podpis odbiorcy:
SIGNATURE CUSTOMER

Podpis dostawcy:
SIGNATURE SUPPLIER

Frau Dorota Renata

# Winkelmann )

Nr. 10

ING Bank Śląsk S.A. Katowice O/Legnica
Nr konta dewizowego:    49105015751000002208746635
Nr konta PLN:                   92105015751000002208745834
NIP: 691-19-94-669, Regon: 012765041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-88-00
Fax:          +48 76 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Belleville

VAT:                    / PL 6911994669

| | |
|---|---|
| INVOICE NO. / | Nr potwierdzenia / Data |
| FAKTURA VAT NR        110918 | zamówienia / wystawienia |
| | Auftragsnummer / Datum |
| | 100271      2009.03.03 |

Nr państwa zamówienia z dnia    Data sprzedaży
Ihre Bestellnummer vom                         2009.03.03

Warunki dostawy
Lieferbedingungen

ex works Legnica

Forwarding agent

Exel Warehouse
41873 Ecourse Rd, Suite 290
USA 48111 BELLEVILLE, MI

366091606
RATE  NBP :
KURS  NBP :  4,7403

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWiU | CENA JEDN. BEZ PODATKU ZŁ. EUR/Preis | WARTOŚĆ BEZ PODATKU ZŁ. EUR | PODATEK STAWKA % | PODATEK KWOTA ZŁ. EUR | WARTOŚĆ Z PODATKIEM ZŁ. EUR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 100ST | 1.015,50 | 15.354,36 | | | |
| | | | 12606620 | | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :      100271 | | | | | | |
| | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | | |

Customers rule packaging.

| | WARTOŚĆ TOWARU / VALUE OF GOODS | | 15.354,36 | | 15.354,36 |
|---|---|---|---|---|---|

Słownie / IN WORDS
EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*CT

| | RAZEM: gesamt | 15.354,36 | X | 15.354,36 |
|---|---|---|---|---|

Płatność / PAYMENT OF COND.
sofort ./. 2 %
promptly ./. 2 %

Podpis odbiorcy:
SIGNATURE CUSTOMER

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

| Nr klienta CUSTOMER NO. | Nr zamówienia/faktury INVOICE NO. | Ogólna wartość TOTAL |
|---|---|---|
| 570500 | 110918 | 15.354,36 |

Podpis wystawiającego:
SIGNATURE SUPPLIER

i.A. Frau Stephan  Roni

# Winkelmann )

*Nr. 11*

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    49105016751000002208746835
Nr konta PLN:    92105016751000002208746834
NIP: 691-19-94-659, Regon: 012765041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-88-00
Fax:    +48 76 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Belleville

VAT:                 / PL 6911994669

| | | |
|---|---|---|
| INVOICE NO. | | Nr potwierdzenia / Data zamówienia / wysłania |
| FAKTURA VAT NR | 110897 | Auftragsnummer / Datum |
| | | 100271    2009.03.02 |
| Nr państwa zamówienia z dnia   Data sprzedaży | | |
| Ihre Bestellnummer vom | | 2009.03.02 |
| Warunki dostawy Liefarbedingungen | ex works Legnica | |

Forwarding agent

Exel Warehouse
41873 Ecourse Rd, Suite 290
USA 48111 BELLEVILLE, MI

366091606
RATE  NBP :
KURS  NBP : 4,6578

Oryginał

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWIU | CENA JEDN. BEZ PODATKU zł. Stk/Preis | WARTOŚĆ BEZ PODATKU zł. EUR | PODATEK | | WARTOŚĆ Z PODATKIEM zł. P+MR |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | STAWKA % | KWOTA zł. EUR | |
| 1 | 856000 | 1512 | Plate ASM-A/TRNS F. | 100ST | 1.015,50 | 15.354,36 | | | |
| | | | | 12406620 | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine – steel | | | | | | |
| | | | OUR ORDER NO. : 100271 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |
| | | | Customers rule packaging | | | | | | |
| | | | WARTOŚĆ TOWARU / VALUE OF GOODS | | | 15.354,36 | | | 15.354,36 |
| | | | Słownie zł / IN WORDS EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS* CT | | RAZEM: gesamt | 15.354,36 | X | | 15.354,36 |

Płatność / PAYMENT OF COND.
sofort ./. 2 %
promptly ./. 2 %

Podpis odbiorcy:
SIGNATURE CUSTOMER

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

| Nr klienta CUSTOMER NO. | Nr zamówienia/faktury INVOICE NO. | Ogólna wartość TOTAL |
|---|---|---|
| 570060 | 110897 | 15.354,36 |

Podpis wystawiającego:
SIGNATURE SUPPLIER

ppa. Frau Stefan Kan

# Winkelmann )

*Nr. /Rbt*

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    49105015751000002206748535
Nr konta PLN:    92105015751000002206749634
NIP: 691-19-94-869, Regon: 012785041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-68-00
Fax:    +48 76 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Belleville

VAT:            / PL 6911994669

| | |
|---|---|
| **INVOICE NO.** | |
| **FAKTURA VAT NR** — 110699 | |

| Nr potwierdzenia / | Data |
| zamówienia / wystawienia | |
| Auftragsnummer / Datum | |
| 100271 | 2009.03.02 |

Nr państwa zamówienia z dnia   Data sprzedaży
Ihre Bestellnummer vom

2009.03.02

Warunki dostawy
Lieferbedingungen

ex works Legnica

Forwarding agent

366091606
RATE  NBP :
KURS  NBP : 4,6578

Exel Warehouse
41873 Ecourse Rd, Suite 290
USA 48111 BELLEVILLE, MI

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWIU | CENA JEDN. BEZ PODATKU ZŁ. Einzelpreis | WARTOŚĆ BEZ PODATKU ZŁ. EUR | STA WKA % | PODATEK KWOTA ZŁ. EUR | WARTOŚĆ Z PODATKIEM ZŁ. EUR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 1008T 12606620 | 1.015,50 | 15.354,36 | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :    100271 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |
| | | | Customers rule packaging | | | | | | |
| | | | WARTOŚĆ TOWARU / VALUE OF GOODS | | | 15.354,36 | | | 15.354,36 |

Słownie / IN WORDS
EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*CT

| | | | |
|---|---|---|---|
| | RAZEM: gesamt | 15.354,36 | 15.354,36 |

Płatność / PAYMENT OF COND.
sofort ./. 2 %
promptly ./. 2 %

Podpis odbiorcy:
SIGNATURE CUSTOMER

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

| Nr zamówienia klienta CUSTOMER NO. | Nr faktury INVOICE NO. | Ogólna wartość TOTAL |
|---|---|---|
| 870900 | 110699 | 15.354,36 |

Podpis wystawiającego:
SIGNATURE SUPPLIER
ppa. Krzyw / Grzywa  Kun

# Winkelmann )

*Nr. 13*

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    49105015751000002208748636
Nr konta PLN:    92105015751000002208748634
NIP: 691-19-94-869, Regon: 012785041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-88-00
Fax:    +48 76 / 850-88-34

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Belleville

VAT:                    / PL 6911994669

| INVOICE NO. | | Nr potwierdzenia / Data |
| FAKTURA VAT NR   110934 | | zamówienia / wystawienia Auftragsnummer / Datum |
| | | 100271      2009.03.05 |

Nr państwa zamówienia z dnia   Data sprzedaży
Ihre Bestellnummer vom

2009.03.05

Warunki dostawy
Lieferbedingungen

ex works Legnica

Forwarding agent

366091606
RATE  NBP :
KURS  NBP :  4,7432

Exel Warehouse
41873 Ecourse Rd, Suite 290
USA 48111 BELLEVILLE, MI

| POZ. NR. Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWIU | CENA JEDN. BEZ PODATKU ZŁ. Stückpreis | WARTOŚĆ BEZ PODATKU ZŁ. EUR | PODATEK STA WKA % | PODATEK KWOTA ZŁ. EUR | WARTOŚĆ Z PODATKIEM ZŁ. EUR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 100ST | 1.015,50 | 15.354,36 | | | |
| | | | 12606620 | | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :  100271 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |
| | | | Customers rule packaging | | | | | | |

| | WARTOŚĆ TOWARU / VALUE OF GOODS | | | | 15.354,36 | | | | 15.354,36 |

Słownie zł. / IN WORDS

EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*
CT

| | | RAZEM: gesamt | 15.354,36 | X | 15.354,36 |

Płatność / PAYMENT OF COND.

sofort ./. 2 %
promptly ./. 2 %

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

| Nr klienta CUSTOMER NO. | Nr zamówienia klienta INVOICE NO. | Ogólna wartość TOTAL |
| 370800 | 110934 | 15.354,36 |

Podpis odbiorcy
SIGNATURE CUSTOMER

Podpis wystawiającego
SIGNATURE SUPPLIER

i.A. ppa. Fru. Stepan / Reni

# Winkelmann )

*Nr.14*

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    49105015751000002208746835
Nr konta PLN:    92105015761000002208746834
NIP: 691-19-94-889, Regon: 012765041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-86-00
Fax:    +48 76 / 850-86-34

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Belleville

VAT:              / PL 6911994669

| INVOICE NO. | Nr potwierdzenia / Data |
| FAKTURA VAT NR :   110917 | zamówienia / wystawienia |
| | Auftragsnummer / Datum |
| | 100271    2009.03.03 |

Nr państwa zamówienia z dnia    Data sprzedaży
Ihre Bestellnummer vom                     2009.03.03

Warunki dostawy
Lieferbedingungen                   ex works Legnica

Forwarding agent

366091606                    Exel Warehouse
RATE  NBP :                  41873 Ecourse Rd, Suite 290
KURS  NBP :  4,7483          USA 48111 BELLEVILLE, MI

| POZ. NR Poz. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWiU | CENA JEDN. BEZ PODATKU ZŁ. EUR Wrota | WARTOŚĆ BEZ PODATKU ZŁ. EUR | PODATEK STAWKA % | KWOTA ZŁ. EUR | WARTOŚĆ Z PODATKIEM ZŁ. EUR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 1008T | 1.015,50 | 15.354,36 | | | |
| | | | 12606620 | | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :    100271 | | | | | | |
| | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | | |

Customers rule packaging

| WARTOŚĆ TOWARU / VALUE OF GOODS | 15.354,36 | 15.354,36 |

Słownie zł. / IN WORDS

EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*
CT

Płatność / PAYMENT OF COND.

sofort ./. 2 %
promptly ./. 2 %

Podpis odbiorcy:
SIGNATURE CUSTOMER

| RAZEM: gesamti | 15.354,36 | X | 15.354,36 |

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

| CUSTOMER NO. | INVOICE NO. | TOTAL |
| 870800 | 110917 | 15.354,36 |

SIGNATURE SUPPLIER

# Winkelmann )

Nr. 15

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    49105017610000022067485835
Nr konta PLN:    92105015761000002206748834
NIP: 691-19-94-669, Regon: 012765041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-88-00
Fax:    +48 76 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Belleville

VAT:                    / PL 6911994669

366091606
RATE   NBP :
KURS   NBP :  4,7483

| | | | INVOICE NO.: | | Nr potwierdzenia / Data | |
|---|---|---|---|---|---|---|
| | | | FAKTURA VAT NR : | 110916 | zamówienia / wystawienia Auftragsnummer / Datum | |
| | | Nr państwa zamówienia z dnia | Data sprzedaży | | 100271 | 2009.03.03 |
| | | Ihre Bestellnummer vom | | | | 2009.03.03 |
| | | Warunki dostawy Lieferbedingungen | | | | |
| | | ex works Legnica | | | | |
| | | Forwarding agent | | | | |
| | | Exel Warehouse | | | | |
| | | 41873 Ecourse Rd, Suite 290 | | | | |
| | | USA 48111 BELLEVILLE, MI | | | | |

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWiU | CENA JEDN. BEZ PODATKU ZŁ. SKU/Preis | WARTOŚĆ BEZ PODATKU ZŁ. EUR | PODATEK STA WKA % | KWOTA ZŁ. EUR | WARTOŚĆ Z PODATKIEM ZŁ. PLNR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 1008T | 1.015,50 | 15.354,36 | | | |
| | | | | 12606620 | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :    100271 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |
| | | | Customers rule packaging | | | | | | |
| | | | WARTOŚĆ TOWARU / VALUE OF GOODS | | | 15.354,36 | | | 15.354,36 |
| | | | | | RAZEM: gesamt | 15.354,36 | X | | 15.354,36 |

Słownie zł. / IN WORDS
EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*
CT

Płatność / PAYMENT OF COND.

sofort ./. 2 %

promptly ./. 2 %

Podpis odbiorcy
SIGNATURE CUSTOMER

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

| Nr klienta CUSTOMER NO. B70890 | Nr zamówienia/faktury INVOICE NO. 110916 | Ogólna kwota TOTAL 15.354,36 |
|---|---|---|

SIGNATURE SUPPLIER

# Winkelmann )

*Nr. 16*

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    49105015751000002206748535
Nr konta PLN:    92105015751000002206748634
NIP: 691-19-94-669, Regon: 012765041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabryczna
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-88-00
Fax:    +48 76 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Belleville

VAT:                        / PL 6911994669

| | | |
|---|---|---|
| INVOICE NO. | Nr potwierdzenia / Data | |
| FAKTURA VAT NR    110915 | zamówienia /wystawienia | |
| | Auftragsnummer / Datum | |
| Nr państwa zamówienia z dnia    Data sprzedaży | 100271    2009.03.03 | |
| Ihre Bestellnummer vom | | |
| | 2009.03.03 | |
| Warunki dostawy | ex works Legnica | |
| Lieferbedingungen | | |
| | Forwarding agent | |

366091606                    Exel Warehouse
RATE  NBP :                  41873 Ecourse Rd, Suite 290
KURS  NBP :  4,7483          USA 48111 BELLEVILLE, MI

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWiU | CENA JEDN. BEZ PODATKU zł. SBU Preis | WARTOŚĆ BEZ PODATKU zł. EUR | PODATEK STA WKA % | PODATEK KWOTA zł. EUR | WARTOŚĆ Z PODATKIEM zł. PLN R |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. 12606620 | 10087 | 1.015,50 | 15.354,36 | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :    100271 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |
| | | | Customers rule packaging | | | | | | |
| | | | WARTOŚĆ TOWARU / VALUE OF GOODS | | | 15.354,36 | | | 15.354,36 |
| | | | RAZEM: gesamt | | | 15.354,36 | X | | 15.354,36 |

Słownie zł. / IN WORDS
EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*
CT
Płatność    / PAYMENT OF COND.
sofort ./. 2 %
promptly ./. 2 %

Podpis odbiorcy:
SIGNATURE CUSTOMER

W korespondencji lub przy płatnościach proszę powoływać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

| Nr klienta CUSTOMER NO 570500 | Nr zamówienia faktury INVOICE NO. 110915 | Ogólna wartość TOTAL 15.354,36 |
|---|---|---|

Podpis dostawcy:
SIGNATURE SUPPLIER

# Winkelmann )

*Nr. 17*

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego: 49105015751000002206746535
Nr konta PLN: 92105015751000002206746834
NIP: 691-19-94-669, Regon: 012765041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon: +48 76 / 858-88-00
Fax: +48 76 / 858-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Belleville

VAT:              / PL 6911994669

| | |
|---|---|
| INVOICE NO. | Nr potwierdzenia / Data |
| FAKTURA VAT NR    114074 | zamówienia / wystawienia |
| | Auftragsnummer / Datum |
| | 100271    2009.03.19 |

Nr państwa zamówienia z dnia   Data sprzedaży
Ihre Bestellnummer vom
                                   2009.03.19

Warunki dostawy
Lieferbedingungen
ex works Legnica

Forwarding agent

Exel Warehouse
41873 Ecourse Rd, Suite 290
USA 48111 BELLEVILLE, MI

366091606
RATE  NBP :
KURS  NBP : 4,5313

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWiU | CENA JEDN. BEZ PODATKU Zł. Einzelpreis | WARTOŚĆ BEZ PODATKU Zł. EUR | PODATEK STA WKA % | KWOTA Zł. EUR | WARTOŚĆ Z PODATKIEM Zł. PLN/EUR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 1008T 12606620 | 1.015,50 | 15.354,36 | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine – steel | | | | | | |
| | | | OUR ORDER NO. :    100271 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |
| | | | Customers rule packaging | | | | | | |
| | | | WARTOŚĆ TOWARU / VALUE OF GOODS | | | 15.354,36 | | | 15.354,36 |
| | | | | | RAZEM: gesamt | 15.354,36 | X | | 15.354,36 |

Słownie/zł. / IN WORDS
EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*
CT
Płatność / PAYMENT OF COND.
sofort ./. 2 %
promptly ./. 2 %

Podpis odbiorcy:
SIGNATURE CUSTOMER

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

| Nr. pisma CUSTOMER | Nr. zamówienia/faktury INVOICE NO. | Ogólna wartość TOTAL |
|---|---|---|
| 570500 | 114074 | 15.354,36 |

Podpis sprzedawcy:
SIGNATURE SUPPLIER

# Winkelmann )

*Nr. 18*

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    49105015781000002206746535
Nr konta PLN:    92105015781000002206746634
NIP: 691-19-94-669, Regon: 012785041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-88-00
Fax:    +48 76 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Belleville

VAT:              / PL 6911994669

INVOICE NO.:
FAKTURA VAT NR :          110959

Nr państwa zamówienia z dnia    Data sprzedaży
Ihre Bestellnummer vom

Warunki dostawy
Lieferbedingungen

ex works Legnica

Forwarding agent

Exel Warehouse
41873 Ecourse Rd, Suite 290
USA 48111 BELLEVILLE, MI

| Nr potwierdzenia / Data |
| zamówienia / wysyłania |
| Auftragsnummer / Datum |
| 100271 | 2009.03.09 |
| 2009.03.09 |

366091606
RATE   NBP :
KURS   NBP :  4,7493

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWiU | CENA JEDN. BEZ PODATKU ZŁ. St.Preis | WARTOŚĆ BEZ PODATKU ZŁ. EUR | PODATEK | | WARTOŚĆ Z PODATKIEM ZŁ. EUR |
| | | | | | | | STAWKA % | KWOTA ZŁ. EUR | |
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 100ST | 1.015,50 | 15.354,36 | | | |
| | | | | 12606620 | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :    100271 | | | | | | |
| | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | | |

Customers rule packaging

| WARTOŚĆ TOWARU / VALUE OF GOODS | 15.354,36 | 15.354,36 |

Słownie / IN WORDS
EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*
CT

| RAZEM: gesamt | 15.354,36 | X | 15.354,36 |

Płatność / PAYMENT OF COND.

sofort ./. 2 %
promptly ./. 2 %

Podpis dostawcy:
SIGNATURE CUSTOMER

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

Nr zamówienia klienta    Nr zamówienia    wartość
CUSTOMER NO.              INVOICE NO.       TOTAL
170272                   110959           15.354,36

Podpis dostawcy:
SIGNATURE SUPPLIER

ppa Frau Stepan, Ren

# Winkelmann )

*Nr. 19*

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    49105015751000022067465534
Nr konta PLN:              92105015751000022067469534
NIP: 691-19-94-669, Regon: 012785041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 78 / 850-88-00
Fax:          +48 78 / 850-88-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA  MI 481  Belleville

VAT:              / PL 6911994669

366091606
RATE  NBP :
KURS  NBP :  4,5313

| | INVOICE NO.: | | | Nr potwierdzenia / | Data |
|---|---|---|---|---|---|
| | FAKTURA VAT NR : 111075 | | | zamówienia / wysłowienia | |
| | | | | Auftragsnummer / Datum | |
| | | | | 100271 | 2009.03.19 |
| Nr państwa zamówienia z dnia | Data sprzedaży | | | | |
| Ihre Bestellnummer vom | | | | 2009.03.19 | |
| | | | | | |
| Warunki dostawy | | | | | |
| Lieferbedingungen | | | | | |
| ex works Legnica | | | | | |
| | | | | | |
| Forwarding agent | | | | | |
| | | | | | |
| Exel Warehouse | | | | | |
| 41873 Ecourse Rd, Suite 290 | | | | | |
| USA 48111 BELLEVILLE, MI | | | | | |

| POZ. NR Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWIU | CENA JEDN. BEZ PODATKU ZŁ. Stückpreis | WARTOŚĆ BEZ PODATKU ZŁ. EUR | STAWKA % | KWOTA ZŁ. EUR | WARTOŚĆ Z PODATKIEM ZŁ. EUR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1856000 | 1512 | Plate ASM-A/TRNS F. | 100ST | 1.015,50 | 18.354,36 | | | |
| | | | | 12606620 | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :  100271 | | | | | | |
| | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | | |
| | | | | | | | | | |
| Customers rule packaging | | | | | | | | | |
| | | | WARTOŚĆ TOWARU / VALUE OF GOODS | | | 15.354,36 | | | 15.354,36 |

Słownie zł. / IN WORDS
EINS*FUENF*DREI*FUENF*VIER*EUR,DREI*SECHS*CT

Płatność / PAYMENT OF COND.
sofort ./. 2 %
promptly ./. 2 %

Podpis odbiorcy
SIGNATURE CUSTOMER

| | | | |
|---|---|---|---|
| RAZEM: gesamt | 15.354,36 | X | 15.354,36 |

W korespondencji lub przy płatnościach proszę się na:
Bei Korrespondenz u. Zahlung bitte angeben:

| Nr klienta / | Nr zamówienia klienta / | Ogólna wartość / |
|---|---|---|
| CUSTOMER NO. | INVOICE NO | TOTAL |
| 570800 | 111075 | 15.354,36 |

SIGNATURE SUPPLIER

# Winkelmann)

*Nr. 20*

ING Bank Śląski S.A. Katowice O/Legnica
Nr konta dewizowego:    49105015751000002208748635
Nr konta PLN:    92105015751000002208748634
NIP: 691-19-94-669, Regon: 012765041
Numer KRS 0000102032 Sąd Rejonowy dla Wrocławia Fabrycznej
we Wrocławiu
Zarząd: Heinrich Winkelmann
Telefon:    +48 76 / 850-88-00
Fax:    +48 76 / 850-89-34

WINKELMANN Sp. z o.o. ul. Jaworzyńska 277, PL-59-220 Legnica

General Motors
LF 366091606

41873 Ecourse RD STE 290
USA MI 481  Belleville

VAT:                  / PL 6911994669

| | |
|---|---|
| INVOICE NO. | |
| FAKTURA VAT NR        : 109685 | |

Nr potwierdzenia /  Data
zamówienia / wystawienia
Auftragsnummer /  Datum

100276       2008.12.12

Nr państwa zamówienia z dnia    Data sprzedaży
Ihre Bestellnummer von

2008.12.12

Warunki dostawy
Lieferbedingungen

ex works Legnica

Forwarding agent

Exel Warehouse
41873 Ecourse Rd, Suite 290
USA 48111 BELLEVILLE, MI

366091606
RATE  NBP :
KURS  NBP :  3,9703

| POZ. NR. Pos. Nr. | INDEKS TOWARU Art. Nr. | ILOŚĆ SZT. Stck. | NAZWA TOWARU Art. Bezeichnung | PKWiU | CENA JEDN. BEZ PODATKU ZŁ. Sttd.Preis | WARTOŚĆ BEZ PODATKU ZŁ. EUR | PODATEK STA WKA % | PODATEK KWOTA ZŁ. EUR | WARTOŚĆ Z PODATKIEM ZŁ. EUR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1956100 | 300 | Plate ASM-A/TRNS F. | 100ST | 1.015,50 | 3.046,50 | | | |
| | | | | 12622564 | | | | | |
| | | | Made in Poland | | | | | | |
| | | | Flexplates for engine - steel | | | | | | |
| | | | OUR ORDER NO. :     100276 | | | | | | |
| | | | Art. 41 Ust. 3 Ustawy o VAT | | | | | | |
| | | | Customers rule packaging | | | | | | |
| | | | WARTOŚĆ TOWARU / VALUE OF GOODS | | | 3.046,50 | | | 3.046,50 |

Słownie zł. / IN WORDS
DREI*NULL*VIER*SECHS*EUR,FUENF*NULL*CT

| | RAZEM gesamt | 3.046,50 | X | | 3.046,50 |
|---|---|---|---|---|---|

Płatność      / PAYMENT OF COND.
60 days net

W korespondencji lub przy płatnościach proszę powołać się na:
Bei Korrespondenz u. Zahlung bitte angeben:

| Nr klienta CUSTOMER NO. | Nr zamówienia/faktury INVOICE NO. | Ogólna wartość TOTAL |
|---|---|---|
| 570200 | 109685 | 3.046,50 |

Podpis odbiorcy:
SIGNATURE CUSTOMER

Podpis wystawiającego:
SIGNATURE SUPPLIER

Firał Stefan , Kanclet

Oryginał