Steven B. Eichel
Mark. S. Lichtenstein
CROWELL & MORING LLP
590 Madison Avenue
New York, New York 10022
Telephone No.: (212) 803-4019
Fax No.: (212) 223-4134
*Attorneys for Winkelmann Sp. z.o.o.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| Motors Liquidation Company | ) |
| f/k/a General Motors Corporation, *et al.* | ) Case No. 09-50026 (REG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2009 a true and correct copy of the foregoing RESPONSE OF WINKELMANN SP. Z.O.O. TO DEBTORS' OBJECTION TO CERTAIN 503(b)(9) CLAIMS UNDER THE ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 503(b)(9) ESTABLISHING PROCEDURES FOR THE ASSERTION, RESOLUTION AND SATISFACTION OF CLAIMS ASSERTED PURSUANT TO 11 U.S.C. § 503(b)(9) was served electronically through the Court's ECF System on all parties requesting electronic service and by Federal Express to the following persons at the following addresses:

Motors Liquidation Company
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center

The Garden City Group, Inc.
GM Claims Agent
PO Box 9386
Dublin, OH 43017-4286
Attn: Craig Johnson

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.
         Stephen Karotkin, Esq.

Office of the US Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004
Attn: Brian Masumoto, Esq.

Date: November 24, 2009

By: /s/ Steven B. Eichel
     Steven B. Eichel

NYIWDMS: 11386397_1