Zeisler & Zeisler P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234
James G. Verrillo, Esq. (jverrillo@zeislaw.com)
Matthew K. Beatman, Esq. (mbeatman@zeislaw.com)

*Attorneys for Westfalia-Automotive GMBH*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY | |
| (fka General Motors Corporation), et al. | |
| Debtors | Re: Doc. I.D. Nos. 92 and 3683 |

**NOTICE OF WITHDRAWAL OF OBJECTION TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**
<u>**AND (II) CURE AMOUNTS RELATED THERETO**</u>

Westfalia-Automotive GMBH (the "Respondent"), by and through its undersigned counsel, hereby states as follows upon information and belief:

On August 5, 2009, the Respondent filed an Objection to Notice Of (i) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (ii) Cure Amounts Related Thereto (the "Objection")[Docket No. 3683].

The Respondent hereby withdraws its Objection to the Notice Of (i) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (ii) Cure Amounts Related Thereto.

WHEREFORE, the Respondent respectfully requests that its Objection be withdrawn.

WESTFALIA-AUTOMOTIVE GMBH

By: _____
Matthew K. Beatman, Esq. (mb2705)
James G. Verrillo, Esq.
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, CT  06605-0186
(203) 368-4234
mbeatman@zeislaw.com
jverrillo@zeislaw.com
*Attorneys for Westfalia-Automotive GMBH*

Zeisler & Zeisler P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234
James G. Verrillo, Esq. (jverrillo@zeislaw.com)
Matthew K. Beatman, Esq. (mbeatman@zeislaw.com)
*Attorneys for Westfalia-Automotive GMBH*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY | |
| (fka General Motors Corporation), et al. | |
| **Debtors** | |

## CERTIFICATE OF SERVICE

This is to certify that on the 24TH day of November, 2009 a true copy of the foregoing Notice of Withdrawal of Objection to Notice Of (i) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (ii) Cure Amounts Related Thereto was filed electronically and served by mail on anyone unable to accept electronic filing listed on the Court's attorneys list. Notice of this filing has been sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. A copy was mailed, first class mail, postage prepaid to the parties listed on the Court's attorneys list that did not receive a copy by electronic means by the Court.

Dated this 24th day of November, 2009 at Bridgeport, Connecticut.

By: _____
Matthew K. Beatman, Esq. (mb2705)
James G. Verrillo, Esq.
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, CT 06605-0186
(203) 368-4234
mbeatman@zeislaw.com
jverrillo@zeislaw.com

3