Zeisler & Zeisler P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234
James G. Verrillo, Esq. (jverrillo@zeislaw.com)
Matthew K. Beatman, Esq. (mbeatman@zeislaw.com)
*Attorneys for Westfalia-Automotive GMBH*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 09-50026 (REG)** |
| | ) | **(Jointly Administered)** |
| **MOTORS LIQUIDATION COMPANY** | ) | |
| **(fka General Motors Corporation), et al.** | ) | |
| | ) | |
| **Debtors** | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
## FOR WESTFALIA-AUTOMOTIVE GMBH

PLEASE TAKE NOTICE that the law firm of Zeisler & Zeisler, P.C., as counsel for

Westfalia-Automotive GMBH, hereby withdraws its appearance in the above-captioned matter.

This notice is in respect to Zeisler & Zeisler, P.C. only, and is not intended to affect

service independently requested by Westfalia-Automotive GMBH, or counsel therefor, or their

continued listing in the mailing matrix and service list for this case.

ZEISLER & ZEISLER, P.C.,

By: _____
Matthew K. Beatman, Esq. (mb2705)
James G. Verrillo, Esq.
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, CT 06605-0186
(203) 368-4234
mbeatman@zeislaw.com
jverrillo@zeislaw.com

Zeisler & Zeisler P.C.
558 Clinton Avenue
Bridgeport, CT 06605
(203) 368-4234
James G. Verrillo, Esq. (jverrillo@zeislaw.com)
Matthew K. Beatman, Esq. (mbeatman@zeislaw.com)
*Attorneys for Westfalia-Automotive GMBH*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 09-50026 (REG) |
|  | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY | |
| (fka General Motors Corporation), et al. | |
| Debtors | |

## CERTIFICATE OF SERVICE

This is to certify that on the 24TH day of November, 2009 a true copy of the foregoing Notice of Withdrawal of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing listed on the Court's attorneys list. Notice of this filing has been sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. A copy was mailed, first class mail, postage prepaid to the parties listed on the Court's attorneys list that did not receive a copy by electronic means by the Court.

Dated this 24th day of November, 2009 at Bridgeport, Connecticut.

ZEISLER & ZEISLER, P.C.,

By:     _____
Matthew K. Beatman, Esq. (mb2705)
James G. Verrillo, Esq.
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, CT 06605-0186
(203) 368-4234
mbeatman@zeislaw.com
jverrillo@zeislaw.com

2