UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORPORATION, et al., <br><br>Debtors. | Chapter 11 Case No..: 09-50026(REG) <br><br> (Jointly Administered) |

## MOTION FOR ADMISSION OF COUNSEL
## *PRO HAC VICE*

I, Michael A. Sciortino, Esq., request admission, *pro hac vice* before the Hon. Robert E. Gerber, to represent **SALVATORE SCIORTINO**, who maintains an address of 461 Chambers Street, Spencerport, New York 14559, a claimant/creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of New York, and the bar of the United States District Court for the Western District of New York.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: November 16, 2009
Rochester, New York

Michael A. Sciortino, Esq.
CHAMBERLAIN, D'AMANDA,
OPPENHEIMER & GREENFIELD, LLP
*Attorneys for Salvatore Sciortino*
1600 Crossroads Building
Two State Street
Rochester, New York 14614
(585) 232-3730
mas@cdlawyers.com


RECEIVED NOV 20 2009 U.S. BANKRUPTCY COURT, SDNY