```
                       CLARKE COUNTY
                   COURT ACTION NOTICE
                                                    CV 2009 900138.00
                                                    D P SCURLOCK
------------------------------------------------------------------
            IN THE CIRCUIT  COURT OF   CLARKE      COUNTY

 LEANNE E. CLARK ET AL V. GENERAL MOTORS CORPORATION ET AL




 UNITES STATES BANKRUPTCY COURT
 SOUTHERN DISTRICT OF N Y

 NEW YORK       ,NY  10000-0000


 THIS IS TO NOTIFY YOU THAT THE ABOVE STYLED CASE

 HAD A COURT ACTION OF: DISM W/O PREJ      ON THIS DATE: 11/10/2009.

 THE COST IS TAXED TO:

 ( )  PLAINTIFF

 ( )  AS PAID

 ( )  EACH PARTY TO BEAR OWN COSTS
```

RECEIVED NOV 23 2009 U.S. BANKRUPTCY COURT, SDNY

```
 DATE ISSUED: 11/12/2009        CLERK: JAY DUKE               BY: /s/
                                       CIRCUIT CLERK
                                       GROVE HILL   AL   36451
                                       (251)275-3363
------------------------------------------------------------------
OPERATOR: DOB
PREPARED: 11/12/2009
```

ELECTRONICALLY FILED
11/10/2009 1:58 PM
CV-2009-900138.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
JAY DUKE, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | |
|---|---|
| CLARK LEANNE E. <br> CLARK CHRISTOPHER D. <br> CLARK BRANDON <br> CLARK ABBY <br> CLARK HALEY <br>         Plaintiffs <br><br> V. <br><br> GENERAL MOTORS CORPORATION <br> TAKATA CORPORATION <br> TAKATA, INC. <br> TK HOLDINGS, INC. <br> TAKATA RESTRAINT SYSTEMS, IN <br> TAKATA SEAT BELTS, INC. ET AL <br>         Defendant | **Case No.:** CV-2009-900138.00 |

RECEIVED NOV 23 2009 U.S. BANKRUPTCY COURT, SDNY

### [ORDER]

Defendant, General Motors Corporation, having filed a Petition in Bankruptcy, it is the Order, JUDGMENT, and DECREE of the Court:

1. That all claims in this case against Defendant General Motors Corporation are DISMISSED without Prejudice to the right of any party to petition to reinstate this action to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

2. That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action;

3. That any petition for reinstatement must be filed by a party within sixty (60) days after the bankruptcy court has taken such action that entitles that party to seek reinstatement; and

4. The Clerk of the Court is DIRECTED to mail a copy of this order to the United States Bankruptcy Court for the Southern District of New York so that this order may be filed in General Motors Bankruptcy Case No.: 09-50026.

DONE this 10th day of November, 2009

/s D P SCURLOCK

CIRCUIT JUDGE