

# www.TeamLawyers.com

# EXHIBIT C

ECKERT SEAMANS CHERIN & MELLOTT, LLC
BY:    Edward A. Gray, Esquire
        Michael P. Kinkopf, Esquire
Attorney I.D. Nos.: 28246/56344
egray@eckertseamans.com
mkinkopf@eckertseamans.com
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
(215) 851-8400
(215) 851-8383 [facsimile]
*Attorneys for Defendant, General Motors Corporation*

---

| | |
|---|---|
| SARAH GILVARY | COURT OF COMMON PLEAS |
| | OF PHILADELPHIA COUNTY |
| Plaintiff, | |
| v. | March Term, 2007, No. 3736 |
| GENERAL MOTORS CORPORATION and POMPEY DODGE, INC., | |
| Defendants. | |

---

### NOTICE OF BANKRUPTCY

PLEASE TAKE NOTICE that, on June 1, 2009, (the "Commencement Date"), General Motors Corporation and certain of its subsidiaries filed a voluntary petition seeking bankruptcy protection under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) ("Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"). The bankruptcy case has been assigned Case No. 09-50026 (REG). A copy of GM's chapter 11 petition is attached hereto as <u>Exhibit</u> A.

PLEASE BE ADVISED that, as of the Commencement Date, any new or further action against GM is stayed pursuant to section 362 of the Bankruptcy Code (the

"Automatic Stay"), which provides that the filing of the petition, among other things, "operates as a stay, applicable to all entities, of …the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title …." and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1) & 362(a)(3).

PLEASE BE FURTHER ADVISED that any action taken against GM without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void <u>ab initio</u> and may result in a finding of contempt against Plaintiffs. GM reserves and retains its statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

BY: _____
EDWARD A. GRAY, ESQUIRE
MICHAEL P. KINKOPF, ESQUIRE
*Attorneys for Defendant, General Motors Corporation*

Dated: June 8, 2009

2

M0738758