

# www.TeamLawyers.com

# EXHIBIT E

**FILED**
20 JUL 2009 03:58 pm
Civil Administration

| | |
|---|---|
| MISTY PETERSON, an Incapacitated Person, By her Guardian Paula Peterson : <br><br>v. : <br><br>CHRYSLER, LLC and KEVIN B. TRI STAR CONNELLSVILLE, INC. and TRW AUTOMOTIVE HOLDINGS CORP. and TRW AUTOMOTIVE, INC. and TRW VEHICLE SAFETY SYSTEMS, INC. : <br><br>NO.  3546 | COURT OF COMMON PLEAS PHILADELPHIA COUNTY <br><br>JUNE TERM, 2008 <br><br>**DOCKETED** <br>JUL 27 2009 <br>L. KELLY <br>DAY FORWARD |

**ORDER**

AND NOW, this  27  day of  July  , 2009, upon consideration of Plaintiff's Motion To Sever Claims Of Debtor Chrysler, and any responses thereto, it is hereby **ORDERED** and **DECREED** that ~~all claims against Chrysler LLC and Tri~~ DISMISSED, ~~Star Connellsville, Inc. are hereby severed~~ from this action in accordance with Pa. R.C.P. 213, ~~and that the stay of these proceedings under 11 U.S.C.A §362 is applicable to both Chrysler LLC (now "Old CarCo") and Tri Star Connellsville, Inc. without prejudice to the right to renew this request at a later date.~~ The Motion is properly addressed to the B.R. Court.

BY THE COURT:

/s/ dw. Abramson
_____ J.

COPIES SENT
PURSUANT TO Pa.R.C.P. 236(b)

JUL 27 2009

FIRST JUDICIAL DISTRICT OF PA
OER I.D.:

Peterson Vs Chrysler LI-ORDER

Case ID: 080603546
Control No.: 09063298

08060354600049

Case ID: 070303736
Control No.: 09091068