Paul Rachmuth (pr1566)
GERSTEN SAVAGE, LLP
600 Lexington Avenue
New York, NY 10022
Telephone:  (212) 752-9700
Facsimile:   (212) 980-5192
prachmuth@gerstensavage.com

      - and -

Daniel C. Girard
A. J. De Bartolomeo
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Class Counsel in General Motors Dex-Cool/Gasket Cases
and General Motors Cases, Anderson v. General Motors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*<br>    f/k/a General Moters Corp., *et al.*<br><br>                      Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

Please take notice that Daniel C. Girard and A. J. De Bartolomeo of the law firm of Girard Gibbs LLP and co-counsel Paul A. Rachmuth of the law firm of Gersten Savage, LLP (collectively, "Counsel") represent the Court Appointed Class in General Motors Dex-Cool/Gasket Cases and General Motors Cases, Anderson v. General Motors in the above-referenced matter.  Counsel hereby enter their appearance pursuant to Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rule 2002.  All such notices should be served upon the following:

| | |
|---|---|
| Paul Rachmuth | Daniel C. Girard |
| GERSTEN SAVAGE, LLP | A. J. De Bartolomeo |
| 600 Lexington Avenue | GIRARD GIBBS LLP |
| New York, NY 10022 | 601 California Street, Suite 1400 |
| | San Francisco, California 94108 |
| Telephone:  (212) 752-9700 | |
| Facsimile:   (212) 980-5192 | Telephone: (415) 981-4800 |
| | Facsimile: (415) 981-4846 |
| prachmuth@gerstensavage.com | |
| | dcg@girardgibbs.com |
| | ajd@girardgibbs.com |

This request includes all papers, reports, orders, notices, applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and transmitted or conveyed by mail, courier service, telephone, facsimile, electronically, or otherwise.

[Signature Page Follows]

November 25, 2009
New York, New York

                By:   /s/ Paul Rachmuth
                     Paul Rachmuth, Esq. (pr1566)
                     GERSTEN SAVAGE, LLP
                     600 Lexington Avenue
                     New York, NY 10022
                     Telephone: (212) 752-9700
                     Facsimile:  (212) 980-5192
                     prachmuth@gerstensavage.com

                          -and-

                     Daniel C. Girard
                     A. J. De Bartolomeo
                     GIRARD GIBBS LLP
                     601 California Street, Suite 1400
                     San Francisco, California 94108
                     Telephone: (415) 981-4800
                     Facsimile: (415) 981-4846

                     **CLASS COUNSEL IN GENERAL**
                     **MOTORS DEX-COOL/GASKET**
                     **CASES AND GENERAL**
                     **MOTORS CASES, ANDERSON**
                     **V. GENERAL MOTORS**