BUTZEL LONG, a professional corporation
Robert Sidorsky
Eric B. Fisher
380 Madison Avenue
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
sidorsky@butzel.com
fishere@butzel.com

Thomas B. Radom (admitted *pro hac vice*)
Max J. Newman (admitted *pro hac vice*)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
Telephone: (248) 258-1616
Facsimile: (248) 258-1439
radom@butzel.com
newman@butzel.com

*Attorneys for Gates Corporation, Schrader Electronics, Ltd., Schrader-Bridgeport International, Inc. d/b/a Schrader International, Inc., and Ideal Clamp Products, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>   Motors Liquidation Company, *et al.*,<br>      f/k/a General Motors Corp., *et al.*,<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF GATES
CORPORATION AND AFFILIATED ENTITIES TO DEBTORS' NOTICE OF
INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS,
UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED
<u>LEASES OF NONRESIDENTIAL PROPERTY</u>**

Gates Corporation and its affiliated entities, Schrader Electronics, Ltd., Schrader-Bridgeport International, Inc. d/b/a Schrader International, Inc., and Ideal Clamp Products, Inc., by and through its undersigned counsel, hereby withdraw their Limited Objection (Docket No.

1412) to the proposed Cure Amount scheduled on the Debtors' contractnotices.com website as the parties have reconciled their differences with respect to the correct and final cure amount.

Dated: New York New York
      November 25, 2009

          BUTZEL LONG, a professional corporation

          By:    /s/   Robert Sidorsky
             Robert Sidorsky, Esq.
             Eric B. Fisher, Eq.
          380 Madison Avenue
          22nd Floor
          New York, NY 10017
          Tel.: (212) 818-1110
          Fax: (212) 818-0494
          sidorsky@butzel.com
          fishere@butzel.com

          Thomas B. Radom (admitted *pro hac vice*)
          Max J. Newman (admitted *pro hac vice*)
          Stoneridge West
          41000 Woodward Avenue
          Bloomfield Hills, Michigan  48304
          Telephone:  (248) 258-1616
          Facsimile:  (248) 258-1439
          radom@butzel.com
          newman@butzel.com

          *Attorneys for Gates Corporation, Schrader Electronics, Ltd., Schrader-Bridgeport International, Inc. d/b/a Schrader International, Inc., and Ideal Clamp Products, Inc.*