ELLIOTT GREENLEAF
Rafael X. Zahralddin-Aravena
Theodore A. Kittila (TK-6715)
1105 North Market Street, 17th Floor
P.O. Box 2327
Wilmington, Delaware 19801
(302) 384-9400
*Attorneys for 3M Purification Inc.*
*f/k/a CUNO Incorporated*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that 3M Purification Inc. f/k/a CUNO Incorporated ("3M") appears herein through its undersigned attorneys, pursuant to 11 U.S.C. Section 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure and requests that all notices (including those required by Bankruptcy Rule 2002) in these cases or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned cases or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

Catherine Barnett Wilson
3M Company
Office of General Counsel
3M Center, Building 220-9E-02
St. Paul, MJ 55144-1000
Telephone: (651) 736-1791
Facsimile: (651) 736-9469
Email: cbwilson@mmm.com

Rafael X. Zahralddin-Aravena, Esq.
Theodore A. Kittila, Esq.
ELLIOTT GREENLEAF
1105 North Market Street, 17th Floor
P.O. Box 2327
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: tak@elliottgreenleaf.com

PLEASE TAKE FURTHER NOTICE that 3M does not intend for this Notice of Appearance and Request for Notices and Service of Papers (the "Notice"), nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to these cases; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

*(Remainder of page intentionally left blank.)*

PLEASE TAKE FURTHER NOTICE that this Notice does not constitute an agreement to accept service of initial process under Fed. R. Civ. P. 4, or Fed. R. Bankr. P. 7004, nor shall it result in undersigned counsel being deemed to be the agent of 3M for such purpose.

Dated: November 25, 2009
      Wilmington, Delaware

**ELLIOTT GREENLEAF**

/s/

Rafael X. Zahralddin-Aravena (*pro hac vice*)
Theodore A. Kittila (TK-6715)
1105 North Market Street, Suite 1700
P.O. Box 2327
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: tak@elliottgreenleaf.com

*Attorneys for 3M Purification Inc.*
*f/k/a CUNO Incorporated*