Michael S. Kogan (SBN 128500)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325


## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Case No. 09-50026 (REG) |
| | ) (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY (fka | ) |
| General Motors Corporation), *et al.*, | ) Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

## <u>MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE</u>

I, Michael S. Kogan, request admission, *pro hac vice*, before the Honorable Robert E.

Gerber, to represent Salas Automotive Group, Inc., its affiliates and subsidiaries, in the above-

referenced cases.

*I certify that I am a member in good standing* of the Bar in the State of California, and

admitted to the U.S. District Court for the Central, Northern, Eastern and Southern Districts of

California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

DATED: November 25, 2009                    Respectfully submitted,


/s/ Michael S. Kogan
Michael S. Kogan (CA Bar #128500)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325
mkogan@ecjlaw.com


Attorneys for Salas Automotive Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **Motion for Admission Pro Hac Vice** was served on this 25th day of November, 2009, via the Court's ECF system on those parties registered to receive notice.

/s/ Christina O'Meara
Christina O'Meara