UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                  :
                                                       :     Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                  :
    f/k/a General Motors Corp., *et al.*        :     09-50026 (REG)
                                                       :
    Debtors.                                   :     (Jointly Administered)
                                                       :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On November 23, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following documents to be served by first class mail on White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036 (counsel to Allianz Bank Financial Advisors and Banca Casa Di Risparmio Di Asti S.P.A):

- Stipulation and Order Between the Debtors and Allianz Bank Financial Advisors S.P.A. Providing for Limited Modification to the Bar Date Order [Docket No. 4509]; and

- Stipulation and Order Between the Debtors and Banca Casa Di Risparmio Di Asti S.P.A. Providing for Limited Modification to the Bar Date Order [Docket No. 4510].

Dated: November 25, 2009
      Melville, New York                    /s/  Alison Moodie____
                                                        Alison Moodie

Sworn to before me this 25th day of November, 2009
/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012