UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                              :
                                                                                      :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,              :
     f/k/a General Motors Corp., *et al.*                     :    09-50026 (REG)
                                                                                      :
          Debtors.                                             :    (Jointly Administered)
                                                                                      :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss
COUNTY OF SUFFOLK      )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On November 24, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Walter J. Lawrence, 2609 N. Forest Ridge Blvd. #103, Hernando, FL 34442:

- Order Denying Motion of Walter J. Lawrence for Relief from the Automatic Stay [Docket No. 4524].

Dated: November 25, 2009
      Melville, New York                    /s/  Alison Moodie____
                                                       Alison Moodie

Sworn to before me this 25th day of November, 2009

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012