UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
**General Motors Corp., et al.,**               :        Case No. 09-50026 (REG)
                                                :
                              Debtors.          :        (Jointly Administered)
------------------------------------------------------------x

### FIRST AMENDED APPOINTMENT OF
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

As of November 30, 2009, Diana G. Adams, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of General Motors Corporation, and affiliated debtors in possession.

1. Wilmington Trust Company
   Rodney Square North
   1100 North Market Street
   Wilmington, Delaware 19890
   Attention: James J. McGinley
   Telephone: (302) 636-6019
   Fax: (302) 636-4140

2. Law Debenture Trust Company of New York
   400 Madison Avenue, 4th Floor
   New York, NY 10017
   Attention: Robert Bice, Senior Vice President
   Telephone: (646) 747-1254
   Fax: (212) 750-1361

3. The Industrial Division of Communications Workers of America, AFL-CIO
   2701 Dayton Road
   Dayton, Ohio 45439
   Attention: James Clark, President, IUE-CWA
   Telephone: (937) 298-9984
   Fax: (937) 298-6338

4. International Union UAW
   8000 East Jefferson Avenue
   Detroit, Michigan 48214
   Attention: Niraj R. Ganatra, Associate General Counsel
   Telephone: (313) 926-5216
   Fax: (313) 926-6240

5. United Steelworkers
   Five Gateway Center, Room 807
   Pittsburgh, Pennsylvania 15222
   Attention: David R. Jury, Associate General Counsel
   Telephone: (412) 562-2545
   Fax: (412) 562-2429

6. Inteva Products, LLC
   1401 Crooks Road
   Troy, Michigan 48084
   Attention: Lance Lis, General Counsel
   Telephone: (248) 655-8900
   Fax: (866) 741-1744

7. Serra Chevrolet of Birmingham, Inc.
   Post Office Box 59120
   Birmingham, Alabama 35259
   Attention: Quentin Brown, Vice President/General Counsel
   Telephone: (205) 706-5359
   Fax: (205) 212-3901

8. Mark Buttita
   2429 South Alpine Rd.
   Rockford, Illinois 61108
   Telephone: (815) 509-1172

9. Genoveva Bermudez
   c/o Cohen & Associates
   8710 E. Vista Bonita Drive
   Scottsdale, Arizona 85255
   Attention: Larry E. Cohen, Esq.
   Telephone: (480) 515-4745

10.     Kevin Schoenl
         99 Maretta Road
         Rochester, New York 14624
         Telephone: (215) 751-2050

Dated: New York, New York
       November 30, 2009

                                            DIANA G. ADAMS
                                            UNITED STATES TRUSTEE

                              *By:*    ***/s/ Andrew D. Velez-Rivera***
                                            Trial Attorney
                                            33 Whitehall Street, 21st Floor
                                            New York, New York 10004
                                            Tel. No. (212) 510-0500