| | **EXECUTORY CONTRACTS** | | | | | |
|---|---|---|---|---|---|---|
| | **Contract Counterparty** | **Counterparty Address** | **Property Address** | **Contract Description** | **Contract Date** | **Rejection Date** |
| 1 | Toyota Motor Corporation | Toyota Motor Corporation<br>Attn: Mr. Katsumi Ikeda<br>General Manager, International Legal Affairs<br>1 Toyota-Cho, Toyota-Shu<br>Aichi 471-8571<br><br>Foley & Lardner LLP<br>Attn: Matthew Riopelle, Esq.<br>402 West Broadway, Suite 2100<br>San Diego, CA 92101-3542<br>Email: mriopelle@foley.com | N/A | Product Responsibility Agreement | 05/24/1994 | 11/30/2009 |
| 2 | Toyota Motor Corporation | Toyota Motor Corporation<br>Attn: Mr. Katsumi Ikeda<br>General Manager, International Legal Affairs<br>1 Toyota-Cho, Toyota-Shu<br>Aichi 471-8571<br><br>Foley & Lardner LLP<br>Attn: Matthew Riopelle, Esq.<br>402 West Broadway, Suite 2100<br>San Diego, CA 92101-3542 | N/A | Agreement on Manufacture of Toyota-Specific Vehicles | 04/24/1989 | 11/30/2009 |
| 3 | Toyota Motor Corporation | Toyota Motor Corporation<br>Attn: Mr. Katsumi Ikeda<br>General Manager, International Legal Affairs<br>1 Toyota-Cho, Toyota-Shu<br>Aichi 471-8571<br><br>Foley & Lardner LLP<br>Attn: Matthew Riopelle, Esq.<br>402 West Broadway, Suite 2100<br>San Diego, CA 92101-3542 | N/A | Agreement on Manufacture of Toyota-Specific Vehicles | 03/31/1986 | 11/30/2009 |
| 4 | Toyota Motor Corporation | Toyota Motor Corporation<br>Attn: Mr. Katsumi Ikeda<br>General Manager, International Legal Affairs<br>1 Toyota-Cho, Toyota-Shu<br>Aichi 471-8571<br><br>Foley & Lardner LLP<br>Attn: Matthew Riopelle, Esq.<br>402 West Broadway, Suite 2100<br>San Diego, CA 92101-3542<br>Email: mriopelle@foley.com | N/A | Product Responsibility Agreement for Toyota-Specific Vehicles | 03/31/1986 | 11/30/2009 |

| | Contract Counterparty | Counterparty Address | Property Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|---|
| 5 | Toyota Motor Corporation | Toyota Motor Corporation<br>Attn: Mr. Katsumi Ikeda<br>General Manager, International Legal Affairs<br>1 Toyota-Cho, Toyota-Shu<br>Aichi 471-8571<br><br>Foley & Lardner LLP<br>Attn: Matthew Riopelle, Esq.<br>402 West Broadway, Suite 2100<br>San Diego, CA 92101-3542<br>Email: mriopelle@foley.com | N/A | Agreement for Dispatch of Technical Service Instructor | 04/20/1993 | 11/30/2009 |
| 6 | Toyota Motor Corporation | Toyota Motor Corporation<br>Attn: Mr. Katsumi Ikeda<br>General Manager, International Legal Affairs<br>1 Toyota-Cho, Toyota-Shu<br>Aichi 471-8571<br><br>Foley & Lardner LLP<br>Attn: Matthew Riopelle, Esq.<br>402 West Broadway, Suite 2100<br>San Diego, CA 92101-3542<br>Email: mriopelle@foley.com | N/A | Memorandum of Understanding Regarding Pricing and Production | 03/22/2006 | 11/30/2009 |
| 7 | Toyota Motor Corporation & Toyota Motor Sales of USA, Inc. | Toyota Motor Corporation<br>Attn: Mr. Katsumi Ikeda<br>General Manager, International Legal Affairs<br>1 Toyota-Cho, Toyota-Shu<br>Aichi 471-8571<br><br>Foley & Lardner LLP<br>Attn: Matthew Riopelle, Esq.<br>402 West Broadway, Suite 2100<br>San Diego, CA 92101-3542<br>Email: mriopelle@foley.com | N/A | Agreement for Allocation of NUMMI Production between GM and Toyota Motor Corporation | 09/01/1986 | 11/30/2009 |