**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, et al.,           :    09-50026 (REG)
    f/k/a General Motors Corp., et al.        :
                                              :
                        Debtors.              :    (Jointly Administered)
                                              :
-------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTER**
**SCHEDULED FOR HEARING ON DECEMBER 1, 2009 at 9:30 a.m.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTER:**

1. REALM/ENCORE Debtors' Motion for Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3), Establishing the Deadline for Filing Proofs of Claims (Including Claims Under Section 503(b)(9) of the Bankruptcy Code) and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof **[Docket No. 4445]**

    Response Deadline:         November 24, 2009 at 4:00 p.m.

    Response Filed:            None to date.

    Reply Filed:               None to date.

    Additional Document(s):    None to date.

**Status:**     This matter will be going forward.

Dated: November 30, 2009
       New York, New York

                                          /s/ Stephen Karotkin
                                          Harvey R. Miller
                                          Stephen Karotkin
                                          Joseph H. Smolinsky

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          Attorneys for Debtors
                                          and Debtors in Possession