

LEXSEE 173 L.ED.2D 107

**General Motors Corporation, Petitioner v. Boyd Bryant, Individually and on Behalf of All Others Similarly Situated.**

No. 08-349.

SUPREME COURT OF THE UNITED STATES

*173 L. Ed. 2d 107*; *2009 U.S. LEXIS 498*; *77 U.S.L.W. 3396*

**January 12, 2009, Decided**

**PRIOR HISTORY:** *GMC v. Bryant, 374 Ark. 38, 2008 Ark. LEXIS 413 (Ark., 2008)*

**JUDGES:**   [*1] Roberts, Stevens, Scalia, Kennedy, Souter, Thomas, Ginsburg, Breyer, Alito.

**OPINION**

Petition for writ of certiorari to the Supreme Court of Arkansas denied.