

July 15, 2008

Mr Michael Forrest
Forrest Chevrolet Cadillac, Inc.          &          Forrest Pontiac Buick GMC Truck, Inc.
2400 N. Main Street                                        2408 N. Main Street
Cleburne TX                                                     Cleburne TX

Dear Mr. Forrest:

Attached please find conditional term sheets for the purchase of certain assets of the above named corporate
entities.  As noted these term sheets are meant to provide a basic understanding of key purchase provisions.

As we discussed, GM and Dealer understand and acknowledge that all discussions and negotiations are to be
considered preliminary and that no agreement between the parties shall be deemed to exist or bind either party
unless and until final written documents incorporating the full agreement of the parties have been prepared,
have received all the necessary management approvals, and have been executed by authorized representatives of
the parties.  In order to be binding and effective on GM, any agreement must be in writing and executed by the
DNPI Regional Director or the DND Regional Manager, and by the DNPI Finance Director.

Per your request, I have also provided copies of these documents to Mr. Eddie McGinnis as your agent.  Please
feel free or have Mr. McGinnis contact me should there be any questions.


Sincerely

W. J. Reineck
Business Development Manager


General Motors Corporation                                                   Dealer Network Planning and Investment

## BASIC TERM SHEET

IT IS UNDERSTOOD THAT THIS TERM SHEET OUTLINES THE BASIC TERMS UPON WHICH THE PARTIES ARE WILLING TO PROCEED WITH THE NEGOTIATION OF A FORMAL AND DEFINITIVE AGREEMENT TO ACQUIRE THE BUSINESS ASSETS [AND PROPERTY] OF FORREST CHEVROLET CADILLAC, INC. DOES NOT ADDRESS ALL OF THE MATERIAL MATTERS TO BE CONTAINED IN THE DEFINITIVE AGREEMENTS, DOES NOT CREATE LEGALLY BINDING OR ENFORCEABLE OBLIGATIONS OF EITHER PARTY, AND THAT, IF SELLER AND BUYER REACH AGREEMENT, ADDITIONAL MATTERS WILL BE REFLECTED IN THE FINAL AGREEMENTS. EITHER PARTY MAY TERMINATE NEGOTIATIONS AT ANY TIME IN ITS SOLE DISCRETION. THE FINAL AGREEMENTS, IF ANY, WILL CONTAIN REPRESENTATIONS, WARRANTIES, COVENANTS AND CONDITIONS NORMALLY ASSOCIATED WITH TRANSACTIONS OF THIS NATURE OR OTHERWISE AGREED TO BY THE PARTIES.

1.   **ASSETS:**

- Demonstrators – No more than (5) 2008 demonstrators at invoice (including freight, handling and dealer installed accessories at net replacement cost), less holdback, dealer advertising, floor plan reimbursement credits, factory rebates, year-end allowances or price reductions, and a $.25 mileage charge for each mile.
- New Vehicles – All 2008 & 2009 Chevrolet and Cadillac cars and trucks in stock upon closing date, at Seller's invoice (including freight, handling and dealer installed accessories at net replacement cost) less holdback, dealer advertising, floor plan reimbursement credits, factory rebates, year-end allowances or price reductions.
- Used Vehicles – Used vehicles, loaner vehicles, driver training vehicles, company used vehicles and rental vehicles at their actual wholesale value as agreed upon by Buyer and Seller.
- Parts and Accessories - Genuine GM Parts (i) in their original, undamaged packages, (ii) in stock, and (iii) not damaged, obsolete, superseded or discontinued at net replacement cost on GM's most recent Price Schedule, less 3.75%. Subject to an independent inventory whose cost shall be split equally between buyer and seller.
- Miscellaneous Inventories – Normal 30 days' inventory (other than those items described above) supply at net replacement cost. Inventoried by an independent parts inventory service.
- Fixed Assets – Machinery, shop equipment, parts and accessories equipment, furniture, fixtures, small tools, signs, service and cleaning supplies and office and shop supplies at an appraised value of "Fair Market Value" as determined by an independent appraiser whose cost will be split equally between buyer and seller.
- New Vehicle Deposits – All unfilled contracts for the sale of cars and/or trucks approved by Buyer will be assigned to Buyer.
- Goodwill – Goodwill and intangible assets at $ 1,250,000 (one million two hundred fifty thousand) Payment will be paid in full or partial by General Motors Corporation in consideration and execution of a "Termination and Release Agreement" similar in form to the attached draft copy.
- Assumed Contracts - Normal and reasonable contracts required for the course of business. Subject to approval of buyer.
- Business Records - All business records, names, telephone numbers, e-mail address, websites and assets of the business not specifically described above or excluded will be transferred to Buyer at no additional charge.

2.   **REAL PROPERTY (Lease):**

- **Address** – 2400 N. Main St. Cleburne TX
- **Acreage** – approximately 10 acres
- **Rent** – $ 32,000 per month triple net terms
- **Term** – (3) three years
- **Renewal Options** – (2) Two renewals of three years each
- **Purchase Option** – At current MAI appraised value at time of exercise
- **Landlords Put Option -** Landlord may terminate the lease upon 180 days written notice to tenant.
- **Conditions - Subject** to a satisfactory appraisal, environmental inspection,  and building mechanical inspections.

3.   **CLOSING:** At a time mutually agreeable to buyer and seller

READ AND ACKNOWLEDGED THIS 15th. DAY OF July, 2008:

DEALER:                                    GM:

Forrest Chevrolet Cadillac, Inc.

By: _____          By: _____
Title: President                          Title: Business Development Manager

December 15, 2008

Mrs. Martha Forrest
Mr. Michael Forrest
2400 North Main Street
Cleburne, Texas 76033

RE: LETTER OF INTENT TO PURCHASE
    FORREST CHEVROLET – CADILLAC – BUICK – PONTIAC – GMC TRUCKS

Dear Mrs. Forrest and Michael;

Please accept this as a formal offer to purchase the assets of Forrest Chevrolet - Cadillac, Inc. and Forrest Buick – Pontiac & GMC, Inc. under the following terms and conditions.

1)    All new vehicle inventory of 2008 and 2009 Chevrolet-Cadillac-Buick-Pontiac and GMC model cars and trucks shall be purchased at the dealer invoice cost of such vehicles less any holdback, less any advertising allowances, less any interest credits, less any incentives that are due and payable on said vehicles plus any additional equipment currently installed at dealer cost less any deductible items that have been removed from said vehicle.

Demonstrators of new 2008 and 2009 General Motors model cars and trucks with odometer reading of 6000 miles or less, shall be purchased as new vehicles at a price as determined above. Any vehicle that has more than 6000 miles but less than 7500 miles would have a penalty of thirty cents (.30) per mile for every mile above 6000. Any vehicle in excess of 7500 miles shall be purchased as a used vehicle.

2)    All new, returnable, non obsolete Genuine GM parts and accessories shall be purchased at the price listed in the most current price publication net of any discounts received or to be received by the Seller.

All new, returnable, non-obsolete Jobber parts and accessories shall be purchased at Seller's verifiable cost net of any discounts received or to be received by Seller.

Seller shall assign the "return rights" to Buyer.

Buyer is not obligated to purchase any obsolete, used, damaged or remanufactured inventory. Physical inventory verifications shall be ascertained as soon as practical during the "Management Agreement". Expenses associated with the performance of physical inventory verifications shall be borne equally between the Buyer and Seller.

3)    Used vehicles shall be purchased at a mutually agreed price by Buyer and Seller. If the value is not agreed upon, Seller shall retain the vehicles.

1

4)  Furniture and fixtures shall be purchased at an Appraised Valuation. The cost of the appraisal shall be borne equally by Buyer and Seller.

5)  Existing leases shall be assumed by Buyer on equipment necessary to operate the business.

6)  Buyer shall purchase from Seller the Real Property located at 2406 North Main Street in Cleburne, Texas for $3,600,000.

7)  This entire transaction is subject to Buyer being approved by the General Motors Divisions, General Motors Acceptance Corporation, approval of financing on said real property and obtaining a Dealer License in the state of Texas.

8)  Broker (Eddie McGinnis) shall be paid his fee at Closing pursuant to a separate agreement between Broker and Seller.

9)  Upon execution of this Letter Of Intent to Purchase, Buyer will originate a Buy-Sell agreement for execution and close on real estate as soon as possible following approval by General Motors.

10)  An Asset Purchase Agreement will be completed with thirty (30) days from the date this Intent to Purchase is signed by Buyer and Seller.

11)  Following the date of execution hereof, at specific times to be determined by Seller in its sole discretion, Seller shall afford to the Buyer and its authorized representatives, free and full access to the properties, books and records of the dealership during normal business hours in order to permit the buyer to make such investigation of the business, properties and operations of the dealership as the Buyer may deem necessary or desirable. Until consummation of the transaction contemplated hereby, the Buyer will hold in confidence all information obtained with respect to the dealership and, except as required by law, will reveal such information to any person other than those to whom it may be necessary in order to finance or consummate the transaction. In the event the transaction contemplated hereby is no consummated, any information furnished to, or obtained by or through any party hereto as a result of its investigations or otherwise in connection with the transaction contemplated hereby, shall be treated as confidential information to the extent it is not otherwise public or generally available to the public. In the event the transaction is not consummated, all such information and all copies thereof shall be returned upon request.

12)  Seller agrees that prior to the earlier of the termination of this letter agreement or March 1, 2009, neither Seller nor its Principals will enter into any arrangement or negotiate or otherwise deal with any person or entity for the purpose of any such sale or disposition other than the Buyer.

13)  Buyer shall purchase from Seller the plat of land located north of the "Pontiac" dealership, which consists of three (3) acres (more or less) for $2.25 per square foot. The

2

square footage will be determined from a survey, the cost of which will be borne by the seller.

14)    This Letter of Intent is contingent on approval from General Motors allowing the five franchises to be combined using the "Pontiac" facility.

**BUYER:**

_____          December      , 2008
            TOMMY MANUEL                              Date


**SELLER:**

_____          December      , 2008
        MRS. MARTHA FORREST                          Date


_____          December      , 2008
        MICHAEL FORREST                              Date


3

Mrs. Martha Forrest
Mr. Michael Forrest
2400 North Main Street
Cleburne, Texas 76033

RE: LETTER OF INTENT TO PURCHASE
FORREST CHEVROLET – CADILLAC – BUICK – PONTIAC – GMC TRUCKS

Dear Mrs. Forrest and Michael;

Please accept this as a formal offer to purchase the assets of Forrest Chevrolet - Cadillac, Inc. and Forrest Buick – Pontiac & GMC, Inc. under the following terms and conditions.

1)      All new vehicle inventory of 2008 and 2009 Chevrolet-Cadillac-Buick-Pontiac and GMC model cars and trucks shall be purchased at the dealer invoice cost of such vehicles less any holdback, less any advertising allowances, less any interest credits, less any incentives that are due and payable on said vehicles plus any additional equipment currently installed at dealer cost less any deductible items that have been removed from said vehicle.

Demonstrators of new 2008 and 2009 General Motors model cars and trucks with odometer reading of 6000 miles or less, shall be purchased as new vehicles at a price as determined above. Any vehicle that has more than 6000 miles but less than 7500 miles would have a penalty of thirty cents (.30) per mile for every mile above 6000. Any vehicle in excess of 7500 miles shall be purchased as a used vehicle.

2)      All new, returnable, non obsolete Genuine GM parts and accessories shall be purchased at the price listed in the most current price publication net of any discounts received or to be received by the Seller.

All new, returnable, non-obsolete Jobber parts and accessories shall be purchased at Seller's verifiable cost net of any discounts received or to be received by Seller.

Seller shall assign the "return rights" to Buyer.

Buyer is not obligated to purchase any obsolete, used, damaged or remanufactured inventory. Physical inventory verifications shall be ascertained as soon as practical during the "Management Agreement". Expenses associated with the performance of physical inventory verifications shall be borne equally between the Buyer and Seller.

3)      Used vehicles shall not be included in the Buy Sell Agreement.

4)      Furniture, fixtures and fixed assets shall be purchased at an Appraised Valuation. The cost of the appraisal shall be borne equally by Buyer and Seller.

1

5)    Existing leases shall be assumed by Buyer on equipment necessary to operate the business.

6)    Buyer shall purchase from Seller the Real Property located at 2406 North Main Street in Cleburne, Texas for $4,000,000

7)    Buyer shall pay seller $800,000 for the goodwill of the business.

8)    Buyer agrees to pay $206,625 for the Fixed Assets of the body shop subject to inspection.

9)    This entire transaction is subject to Buyer being approved by the General Motors Divisions, General Motors Acceptance Corporation, approval of financing on said real property and obtaining a Dealer License in the state of Texas.

10)    Broker (Eddie McGinnis) shall be paid his fee at Closing pursuant to a separate agreement between Broker and Seller.

11)    Upon execution of this Letter Of Intent to Purchase, Buyer will originate a Buy-Sell agreement for execution and close on real estate as soon as possible following approval by General Motors.

12)    An Asset Purchase Agreement will be completed with thirty (30) days from the date this Intent to Purchase is signed by Buyer and Seller.

13)    Following the date of execution hereof, at specific times to be determined by Seller in its sole discretion, Seller shall afford to the Buyer and its authorized representatives, free and full access to the properties, books and records of the dealership during normal business hours in order to permit the buyer to make such investigation of the business, properties and operations of the dealership as the Buyer may deem necessary or desirable. Until consummation of the transaction contemplated hereby, the Buyer will hold in confidence all information obtained with respect to the dealership and, except as required by law, will reveal such information to any person other than those to whom it may be necessary in order to finance or consummate the transaction. In the event the transaction contemplated hereby is no consummated, any information furnished to, or obtained by or through any party hereto as a result of its investigations or otherwise in connection with the transaction contemplated hereby, shall be treated as confidential information to the extent it is not otherwise public or generally available to the public. In the event the transaction is not consummated, all such information and all copies thereof shall be returned upon request.

14)    Seller agrees that prior to the earlier of the termination of this letter agreement or March 1, 2009, neither Seller nor its Principals will enter into any arrangement or negotiate or otherwise deal with any person or entity for the purpose of any such sale or disposition other than the Buyer.

2

15)    Buyer has the "Right of First Refusal" regarding the sell of the two plus acres located north of the Buick, Pontiac & GMC facility.

16)    Buyer reserves the right to retain the "Forrest" name to be used in sales, service and marketing purposes.

17)    This Letter of Intent is contingent on approval from General Motors allowing the five franchises to be combined using the "Pontiac" facility.

**BUYER:**

_____    January____, 2009
Matt Johnson                                          Date

**SELLER:**

_____    January____, 2009
MRS. MARTHA FORREST                        Date

_____    January____, 2009
MICHAEL FORREST                                Date

3

July 24,2008

Mrs. Martha Forrest

Mr. Micheal Forrest

Forrest Chevrolet Cadillac Buick Pontiac GMC Inc's.

2400 North Main

Cleburne, Texas 76033

RE: LETTER OF INTENT TO PURCHASE

Dear Mrs.Forrest & Micheal,

Please accept this as a formal offer to purchase assets of Forrest Chevrolet Cadillac Inc. & Forrest Buick Pontiac GMC Inc. under the following terms and conditions.

1) All new vehicle inventory of 2008 and 2009 Chevrolet Cadillac Buick Pontiac and GMC model cars and trucks shall be purchased at the dealer invoice cost of such vehicles less any holdback, less any advertising allowances, less any incentives that are due and payable on said vehicles plus any additional equipment currently installed at dealer cost less any deductible items that have been removed from said vehicle.

   (1) Demo inventory of new 2008 and 2009 General Motors model cars and trucks with odometer reading of 5000 miles or less, shall be purchased as new vehicles at a price as determined above. Any vehicle that has more than 5000 miles but less than 7500 miles would have a penalty of thirty cents (.30) per mile. Any vehicle in excess of 7500 miles shall be purchased as a used vehicle.

2) a).All new, returnable, non-obsolete OEM parts and accessories shall be purchased at the price listed in the most current price publication net of any discounts received or to be received by Seller.

   b) All new, returnable, non-obsolete Jobber parts and accessories shall be purchased at Seller's verifiable cost net of any discounts received or to be received by Seller.

   c) Seller's return rights shall be assigned to Buyer.

   Buyer is not obligated to purchase any obsolete, used, damaged or remanufactured inventory. Physical inventory verifications shall be ascertained as

soon as practical immediately prior to closing.  Expenses associated with the performance of physical inventory verifications shall be borne equally between Buyer and Seller.

3) Used vehicles shall be purchased at a mutually agreed price by Buyer and Seller. If value not agreed upon, Seller shall retain said vehicles.

4) Furniture and fixtures shall be purchased at an Appraised Valuation. The cost of such appraisal shall be borne equally by Buyer & Seller.

5) Existing leases shall be assumed by Buyer on equipment necessary to operate business.

6) There shall be a payment of $1,500,000. Goodwill/Blue Sky.

7) Buyer shall purchase from said Seller the Dealership Real Estate(2400 N.Main and 2406 N. Main Cleburne Tx.) for   $3,000,000( three million dollars).

8) This entire transaction is subject to Buyer and/or his assigns being approved by General Motors Divisions and being able to be licensed in the state of Texas

9) Brokers shall be paid their fees in cash at Closing pursuant to a separate agreement between Broker and Seller  It is further understood that Buyer or Seller will not close this transaction unless Eddie McGinnis Automotive Consulting and Paul D. Morris & Associates LP are paid their fees.

10) An Asset Purchase Agreement will be completed within a thirty (30) day period from the date this Intent to Purchase is signed by Buyer and Seller.

11) Following the date of execution hereof, at specific times to be determined by Seller in its sole discretion, Seller shall afford to the Buyer and its authorized representatives, free and full access to the properties, books and records of the dealership during normal business hours in order to permit the buyer to make such investigation of the business, properties and operations of the dealership as the Buyer may deem necessary or desirable.  Until consummation of the transaction contemplated hereby, the Buyer will hold in confidence all information obtained with respect to the dealership and, except as required by law, will not reveal such information to any person other than those to whom it may be necessary in order to finance or consummate the transaction.  In the event the transaction contemplated hereby is not consummated, any information furnished to, or obtained by or through any party hereto as a result of its investigations or otherwise in connection with the transaction contemplated hereby, shall be treated as confidential information to the extent it is not otherwise public or generally available to the public. In the event the transaction is not consummated, all such information and all copies thereof shall be returned upon request.

12) Seller agrees that prior to the earlier of the termination of this letter agreement or August 1,2008 neither Seller nor its Principals will enter into any arrangement or negotiate or otherwise deal with any person or entity for the purpose of any such sale or disposition other than the Buyer.

12).Buyer shall deposit $50,000.of Earnest Money in Escrow upon the execution of an Asset Purchase Agreement between Parties .

BUYER:

LONE STAR CLEBURNE AUTOPLEX INC.

<u>CHARLIE GILCHRIST</u>

Date  **7/4/08**

SELLER:

<u>MRS. MARTHA FORREST</u>

Date _____

SELLER:

<u>MICHEAL FORREST</u>

Date_____

8/4/2008

RE:    Intent to Purchase                    Michael Forrest

Forrest Auto Park, and Associated Entities

2408 North Main St.

Cleburne, Texas 76031

Mr. Michael Forrest:

Please accept this as a formal offer to purchase the assets of Forrest Auto Park and Associated Entities, under the following terms and conditions.

1. All new vehicle inventory untitled, undamaged consisting of only 2008 and 2009 Chevrolet-Cadillac-Pontiac-Buick-GMC model cars and trucks shall be purchased at the dealer invoice cost of such vehicles less any holdback, less any advertising allowances, less any incentives that are due and payable on said vehicles plus any additional equipment that has been installed at dealer cost less any deductible items that have been removed from said vehicles.

2. Demo inventory of all and 2008 and 2009 Chevrolet-Cadillac-Pontiac-Buick-GMC model cars and trucks with odometer readings of 6,000 miles or less, shall be purchased as new vehicles at a price as determined above. Any vehicle that has in excess of 500 miles but less than 6,000 miles would have a penalty of thirty cents (.30) per mile. Any vehicle in excess of 6,000 miles shall be purchased as a used vehicle.

3. (a) All new, non obsolete, returnable OEM parts and accessories shall be purchased at the price listed in the most current price publication net of any discounts received or to be received by seller.

   (b) All new, non-obsolete Jobber parts and accessories shall be purchased at seller's verifiable cost net of any discounts received or to be received by seller.

   (c) All miscellaneous inventories, including but not limited to, gas, oil, grease, fluids, solvents, paint and body shop materials in unopened containers shall be purchased at seller's verifiable cost net of any discounts received or to be received by seller.

   Buyer is not obligated to purchase any obsolete, non-returnable, used, damaged or remanufactured inventory. Physical inventory verifications shall be ascertained as soon as practical immediately prior to closing. Expenses associated with the performance of physical inventory verifications shall be borne equally between buyer and seller.

4. Used vehicles may be purchased at a mutually agreed price by buyer and seller. If value not agreed upon, seller shall retain said vehicles.

5. Furniture and fixtures and equipment shall be purchased at a mutually agreed price as determined by buyer and seller or appraised value. Certain leases shall be assumed by buyer on equipment as deemed necessary by buyer to properly operate the business.

CarGo, LLC
1045 Old Seven Road
Coolville, Ohio 45723

6. There shall be a payment of $750,000 goodwill.

7. Buyer and Seller shall enter into a separate Real Estate purchase agreement for the current dealership facilities known as, Forrest Pontiac-Buick-GMC, 2408 North Main St., Cleburne, Texas 76031. The purchase amount shall be $3,200,000 for the 6.4 acres.

8. Seller shall be responsible for all employee related costs prorated though the date of closing.

9. This entire transaction is subject to buyer and/or his assigns being approved by General Motors and related divisions. In addition, also subject to General Motors approval of combining Chevrolet-Cadillac-Pontiac-Buick-GMC under one facility, and being able to be licensed in the State of Texas.

10. Broker shall be paid its fee in cash at closing pursuant to a separate agreement between broker and Buyer. It is further understood that buyer or seller will not close this transaction unless Car Go, LLC, has been paid its fee.

11. An Asset Purchase Agreement will be completed within a fifteen-(15) day period from the date this Intent to Purchase is signed by buyer and seller.

12. Following the date of execution hereof, at specific times to be determined by seller in its sole discretion, seller shall afford to the buyer and its authorized representatives, free and full access to the properties, books and records of the dealership during normal business hours in order to permit the buyer to make such investigation of the business, properties and operations of the dealership as the buyer may deem necessary or desirable. Until consummation of the transaction contemplated hereby, the buyer will hold in confidence all information obtained with respect to the dealership and, except as required by law, will not reveal such information to any person other than those to whom it may be necessary in order to finance or consummate the transaction, In the event the transaction contemplated hereby is not consummated, any information furnished to, or obtained by or through any party hereto as a result of its investigations or otherwise in connection with the transaction contemplated hereby, shall be treated as confidential information to the extent it is not otherwise public or generally available to the public. In the event the transaction is not consummated, all such information and all copies thereof shall be returned upon request.

13. Seller represents and warrants that neither it nor its principals entered into any agreement with any other party with respect to the sale or other disposition of the capital stock or of the assets and liabilities of the dealership. Seller agrees that prior to the earlier of the termination of this letter agreement or August 15, 2008, neither seller nor its principals will enter into any arrangement or negotiate or otherwise deal with any person or entity for the purpose of any such sale or disposition other than the buyer.

14. There shall be an escrow deposit of $50,000 upon the signing of Asset Purchase Agreement, which will be held by Seller's attorney.

CarGo, LLC
045 Old Seven Road
Coolville, Ohio 45723

BUYER:

Gaines Stanley

3915 Lemmon Ave.

Dallas, Texas 75219

SELLER:

Michael Forrest, of Forrest Auto Park and

Associated Entities

2408 North Main ST.

Cleburne, Texas 76031

_____

Michael Forrest, Dealer

Gaines Stanley

Michael Forrest, Individual

_____        _____

CarGo, LLC
1045 Old Seven Road
Coolville, Ohio 45723

Forrest Cleburne Properties LP
Accounting Period 12/31/2008

| **Cash** | Date | |
|---|---|---|
| Beginning Balance | 1/1/2008 | 13,309.00 |
| Loss from operations | | (46,187.68) |
| Other income | | 112,821.73 |
| Loan disbursement | | 1,000,000.00 |
| Note payment | | (1,000,000.00) |
| Note payment | | (74,317.73) |
| Rounding | | (0.15) |
| Ending Balance | 12/31/2008 | 5,625.17 |

| **Investments** | | |
|---|---|---|
| Land | Beginning Balance | 645,000.00 |
| | | |
| Beginning Balance | Beginning Balance | 4,438,570.00 |
| Sale of Pontiac | | (2,938,570.00) |
| | Ending Balance | 1,500,000.00 |
| | | |
| Accumulated Depreciation | Beginning Balance | (669,503.34) |
| Sale of Pontiac | | 226,043.85 |
| | Ending Balance | (443,459.49) |
| | | |
| Investments Ending Balance | 12/31/2008 | 5,083,570.00 |

| **Receivables** | | |
|---|---|---|
| Rent Receivable - | | |
| Beginning Balance | 1/1/2008 | 703,000.00 |
| additions | | |
| Ending Balance | 12/31/2008 | 703,000.00 |
| | | |
| Loan deposit - | | |
| Beginning Balance | 1/1/2008 | 10,000.00 |
| Additions | | |
| Ending Balance | 12/31/2008 | 10,000.00 |

| | | |
|---|---|---|
| Loan Receivable - Forrest Chevrolet | | |
| Beginning Balance | 1/1/2008 | 791,883.00 |
| Additions | | |
| Ending Balance | 12/31/2008 | 791,883.00 |
| | | |
| **Rounding** | 12/31/2008 | 2.15 |
| Total assets | | 6,594,080.32 |
| | | |
| **Interest Payable** | | |
| Beginning Balance | 1/1/2008 | 539,435.00 |
| Additions | | - |
| Ending Balance | 12/31/2008 | 539,435.00 |
| | | |
| **Note Payable** | | |
| NP - Forrest Chev-Olds-Cadillac | 1/1/2008 | 1,832,590.36 |
| Principal payments | | 74,317.73 |
| Additional draws | | - |
| **Ending Balance** | 12/31/2008 | 1,758,272.63 |
| | | |
| NP - Forrest Chev-Olds-Cadillac | 1/1/2008 | 2,938,570.00 |
| Additional draws | | (2,000,000.00) |
| Ending Balance | 12/31/2008 | 938,570.00 |
| | | |
| Mortgage Payable - Forrest Chev Cadillac | 1/1/2008 | 1,000,000.00 |
| Prin payments | | (1,000,000.00) |
| additions | | |
| Ending Balance | 12/31/2008 | - |
| | | |
| Short term Loan McGinnis | 1/1/2008 | - |
| Addition | 7/15/2008 | 1,000,000.00 |
| Principal payments | | (1,000,000.00) |
| Ending Balance | | - |

| | | Total |
|---|---|---|
| **Partner Capital** | | |
| Beginning Balance | 1/1/2008 | (378,335.36) |
| Ptr contributions | | - |
| Ptr portion of net loss | | 241,286.17 |
| Ptr portion of other income | | 112,821.73 |
| Ending Balance | 12/31/2008 | (24,227.46) |

| Total liabilities and equity | 3,212,050.17 |

## REAL ESTATE LIEN NOTE

As used in this Real Estate Lien Note (this "Note"), the following terms shall have the following meanings:

**Date:**
October __5__, 2001

**Maker:**
Forrest Cleburne Properties, L.P., a Texas limited partnership

**Maker's Mailing Address (including county):**
2400 N. Main Street, Cleburne, Texas 76031 (Johnson County)

**Payee:**
Forrest Chevrolet-Oldsmobile-Cadillac, Inc., a Texas corporation

**Place for Payment (including county):**
2400 N. Main Street, Cleburne, Texas 76031 (Johnson County)

**Principal Amount:**
Two Million One Hundred Forty-Five Thousand and No/100 Dollars ($2,145,000.00)

**Annual Interest Rate on Unpaid Principal from Date:**
Seven percent (7%)

**Annual Interest Rate on Matured, Unpaid Amounts:**
Highest lawful rate

**Terms of Payment (principal and interest):**
Principal and interest are payable in monthly installments of Sixteen Thousand Six Hundred Thirty and 16/100 Dollars ($16,630.16) each, on the seventeenth ( __5__ ᵗʰ) day of every month, beginning _November 5_, 2001, and continuing regularly until the principal and interest have been paid. Interest will be calculated on the unpaid principal to the date of each installment paid. Payments will be credited first to the accrued interest and then to reduction of principal.

**Security for Payment:**
This Note is secured by a vendor's lien retained in a General Warranty Deed with Vendor's Lien (the "Deed") of even date from Payee to Maker and by a Deed of Trust (the "Deed of Trust") of even date from Maker to Jennifer Wilson Davis, Trustee for the benefit of Payee, covering certain property in Johnson County, Texas, and more particularly described in the Deed and the Deed of Trust. The Deed and the Deed of Trust shall be filed of record in the Land Records of Johnson County, Texas.

Maker promises to pay to the order of Payee at the Place for Payment and according to the Terms of Payment the Principal Amount plus interest at the rates stated above. All unpaid amounts shall be due by the final scheduled payment date.

REAL ESTATE LIEN NOTE - Page 1

If Maker defaults in the payment of this Note or in the performance of any obligation in any instrument securing or collateral to it, and the default continues after Payee gives Maker notice of the default and the time within which it must be cured, as may be required by law or by written agreement, then Payee may declare the unpaid principal balance and earned interest on this Note immediately due. Maker and each surety, endorser, and guarantor waive all demands for payment, presentations for payment, notices of intention to accelerate maturity, notices of acceleration of maturity, protests, and notices of protest, to the extent permitted by law.

If this Note or any instrument securing or collateral to it is given to an attorney for collection or enforcement, or if suit is brought for collection or enforcement, or if it is collected or enforced through probate, bankruptcy, or other judicial proceeding, then Maker shall pay Payee all costs of collection and enforcement, including reasonable attorneys' fees and court costs, in addition to other amounts due. Reasonable attorneys' fees shall be ten percent (10%) of all amounts due unless either party pleads otherwise.

Interest on the debt evidenced by this Note shall not exceed the maximum amount of nonusurious interest that may be contracted for, taken, reserved, charged, or received under law; any interest in excess of that maximum amount shall be credited on the principal of the debt or, if that has been paid, refunded. On any acceleration or required or permitted prepayment, any such excess shall be canceled automatically as of the acceleration or prepayment or, if already paid, credited on the principal of the debt or, if the principal of the debt has been paid, refunded. This provision overrides other provisions in this and all other instruments concerning the debt.

Maker may prepay this Note in any amount at any time before maturity without penalty.

When the context requires, singular nouns and pronouns include the plural.

FORREST CLEBURNE PROPERTIES, L.P.,
A Texas limited partnership

By:    Forrest Property Management, Inc.,
       A Texas corporation,
       General Partner

By:    _Martha J. Forrest_
       Martha J. Forrest, President

REAL ESTATE LIEN NOTE - Page 2

| | | | | |
|---|---|---|---|---|
| 284 | Aug | 19,550.38 | 12,492.56 | 7,057.82 | 1,197,419.53 |
| 285 | Sept | 19,550.38 | 12,565.43 | 6,984.95 | 1,184,854.10 |
| 286 | Oct | 19,550.38 | 12,638.73 | 6,911.65 | 1,172,215.37 |
| 287 | Nov | 19,550.38 | 12,712.46 | 6,837.92 | 1,159,502.91 |
| 288 | Dec | 19,550.38 | 12,786.61 | 6,763.77 | 1,146,716.30 |
| **Totals Paid in 2028** | | | **$148,638.45** | **$85,966.11** | |

| | | | | |
|---|---|---|---|---|
| 289 | Jan | 19,550.38 | 12,861.20 | 6,689.18 | 1,133,855.10 |
| 290 | Feb | 19,550.38 | 12,936.23 | 6,614.15 | 1,120,918.87 |
| 291 | Mar | 19,550.38 | 13,011.69 | 6,538.69 | 1,107,907.19 |
| 292 | Apr | 19,550.38 | 13,087.59 | 6,462.79 | 1,094,819.60 |
| 293 | May | 19,550.38 | 13,163.93 | 6,386.45 | 1,081,655.67 |
| 294 | June | 19,550.38 | 13,240.72 | 6,309.66 | 1,068,414.94 |
| 295 | July | 19,550.38 | 13,317.96 | 6,232.42 | 1,055,096.98 |
| 296 | Aug | 19,550.38 | 13,395.65 | 6,154.73 | 1,041,701.34 |
| 297 | Sept | 19,550.38 | 13,473.79 | 6,076.59 | 1,028,227.55 |
| 298 | Oct | 19,550.38 | 13,552.39 | 5,997.99 | 1,014,675.16 |
| 299 | Nov | 19,550.38 | 13,631.44 | 5,918.94 | 1,001,043.72 |
| 300 | Dec | 19,550.38 | 13,710.96 | 5,839.42 | 987,332.76 |
| **Totals Paid in 2029** | | | **$159,383.54** | **$75,221.02** | |

| | | | | |
|---|---|---|---|---|
| 301 | Jan | 19,550.38 | 13,790.94 | 5,759.44 | 973,541.82 |
| 302 | Feb | 19,550.38 | 13,871.39 | 5,678.99 | 959,670.44 |
| 303 | Mar | 19,550.38 | 13,952.30 | 5,598.08 | 945,718.13 |
| 304 | Apr | 19,550.38 | 14,033.69 | 5,516.69 | 931,684.44 |
| 305 | May | 19,550.38 | 14,115.55 | 5,434.83 | 917,568.89 |
| 306 | June | 19,550.38 | 14,197.89 | 5,352.49 | 903,370.99 |
| 307 | July | 19,550.38 | 14,280.72 | 5,269.66 | 889,090.28 |
| 308 | Aug | 19,550.38 | 14,364.02 | 5,186.36 | 874,726.26 |
| 309 | Sept | 19,550.38 | 14,447.81 | 5,102.57 | 860,278.45 |
| 310 | Oct | 19,550.38 | 14,532.09 | 5,018.29 | 845,746.36 |
| 311 | Nov | 19,550.38 | 14,616.86 | 4,933.52 | 831,129.50 |
| 312 | Dec | 19,550.38 | 14,702.12 | 4,848.26 | 816,427.38 |
| **Totals Paid in 2030** | | | **$170,905.39** | **$63,699.17** | |

| | | | | |
|---|---|---|---|---|
| 313 | Jan | 19,550.38 | 14,787.89 | 4,762.49 | 801,639.49 |
| 314 | Feb | 19,550.38 | 14,874.15 | 4,676.23 | 786,765.34 |
| 315 | Mar | 19,550.38 | 14,960.92 | 4,589.46 | 771,804.42 |
| 316 | Apr | 19,550.38 | 15,048.19 | 4,502.19 | 756,756.24 |
| 317 | May | 19,550.38 | 15,135.97 | 4,414.41 | 741,620.27 |
| 318 | June | 19,550.38 | 15,224.26 | 4,326.12 | 726,396.00 |
| 319 | July | 19,550.38 | 15,313.07 | 4,237.31 | 711,082.93 |
| 320 | Aug | 19,550.38 | 15,402.40 | 4,147.98 | 695,680.54 |
| 321 | Sept | 19,550.38 | 15,492.24 | 4,058.14 | 680,188.30 |
| 322 | Oct | 19,550.38 | 15,582.61 | 3,967.77 | 664,605.68 |
| 323 | Nov | 19,550.38 | 15,673.51 | 3,876.87 | 648,932.17 |
| 324 | Dec | 19,550.38 | 15,764.94 | 3,785.44 | 633,167.22 |
| **Totals Paid in 2031** | | | **$183,260.15** | **$51,344.41** | |

# *Amortization Schedule*

**$ 2,938,570.00 Loan** √
**7% Interest Rate**
**360 Months**

| Month | | Payment | Principal Paid | Interest Paid | Remaining Balance |
|---|---|---|---|---|---|
| 1 | Jan | 19,550.38 | 2,408.72 | 17,141.66 | 2,936,161.28 |
| 2 | Feb | 19,550.38 | 2,422.77 | 17,127.61 | 2,933,738.51 |
| 3 | Mar | 19,550.38 | 2,436.91 | 17,113.47 | 2,931,301.60 |
| 4 | Apr | 19,550.38 | 2,451.12 | 17,099.26 | 2,928,850.48 |
| 5 | May | 19,550.38 | 2,465.42 | 17,084.96 | 2,926,385.06 |
| 6 | June | 19,550.38 | 2,479.80 | 17,070.58 | 2,923,905.26 |
| 7 | July | 19,550.38 | 2,494.27 | 17,056.11 | 2,921,410.99 |
| 8 | Aug | 19,550.38 | 2,508.82 | 17,041.56 | 2,918,902.18 |
| 9 | Sept | 19,550.38 | 2,523.45 | 17,026.93 | 2,916,378.73 |
| 10 | Oct | 19,550.38 | 2,538.17 | 17,012.21 | 2,913,840.56 |
| 11 | Nov | 19,550.38 | 2,552.98 | 16,997.40 | 2,911,287.58 |
| 12 | Dec | 19,550.38 | 2,567.87 | 16,982.51 | 2,908,719.71 |
| **Totals Paid in 2005** | | | **$29,850.29** | **$204,754.27** | |
| 13 | Jan | 19,550.38 | 2,582.85 | 16,967.53 | 2,906,136.86 |
| 14 | Feb | 19,550.38 | 2,597.91 | 16,952.47 | 2,903,538.95 |
| 15 | Mar | 19,550.38 | 2,613.07 | 16,937.31 | 2,900,925.88 |
| 16 | Apr | 19,550.38 | 2,628.31 | 16,922.07 | 2,898,297.57 |
| 17 | May | 19,550.38 | 2,643.64 | 16,906.74 | 2,895,653.92 |
| 18 | June | 19,550.38 | 2,659.07 | 16,891.31 | 2,892,994.86 |
| 19 | July | 19,550.38 | 2,674.58 | 16,875.80 | 2,890,320.28 |
| 20 | Aug | 19,550.38 | 2,690.18 | 16,860.20 | 2,887,630.10 |
| 21 | Sept | 19,550.38 | 2,705.87 | 16,844.51 | 2,884,924.23 |
| 22 | Oct | 19,550.38 | 2,721.66 | 16,828.72 | 2,882,202.58 |
| 23 | Nov | 19,550.38 | 2,737.53 | 16,812.85 | 2,879,465.04 |
| 24 | Dec | 19,550.38 | 2,753.50 | 16,796.88 | 2,876,711.54 |
| **Totals Paid in 2006** | | | **$32,008.17** | **$202,596.39** | |
| 25 | Jan | 19,550.38 | 2,769.56 | 16,780.82 | 2,873,941.98 |
| 26 | Feb | 19,550.38 | 2,785.72 | 16,764.66 | 2,871,156.26 |
| 27 | Mar | 19,550.38 | 2,801.97 | 16,748.41 | 2,868,354.29 |
| 28 | Apr | 19,550.38 | 2,818.31 | 16,732.07 | 2,865,535.98 |
| 29 | May | 19,550.38 | 2,834.75 | 16,715.63 | 2,862,701.23 |
| 30 | June | 19,550.38 | 2,851.29 | 16,699.09 | 2,859,849.94 |
| 31 | July | 19,550.38 | 2,867.92 | 16,682.46 | 2,856,982.01 |
| 32 | Aug | 19,550.38 | 2,884.65 | 16,665.73 | 2,854,097.36 |
| 33 | Sept | 19,550.38 | 2,901.48 | 16,648.90 | 2,851,195.88 |
| 34 | Oct | 19,550.38 | 2,918.40 | 16,631.98 | 2,848,277.48 |
| 35 | Nov | 19,550.38 | 2,935.43 | 16,614.95 | 2,845,342.05 |
| 36 | Dec | 19,550.38 | 2,952.55 | 16,597.83 | 2,842,389.50 |
| **Totals Paid in 2007** | | | **$34,322.04** | **$200,282.52** | |

| | | | | | |
|---|---|---|---|---|---|
| 37 | Jan | 19,550.38 | 2,969.77 | 16,580.61 | 2,839,419.73 |
| 38 | Feb | 19,550.38 | 2,987.10 | 16,563.28 | 2,836,432.63 |
| 39 | Mar | 19,550.38 | 3,004.52 | 16,545.86 | 2,833,428.11 |
| 40 | Apr | 19,550.38 | 3,022.05 | 16,528.33 | 2,830,406.06 |
| 41 | May | 19,550.38 | 3,039.68 | 16,510.70 | 2,827,366.38 |
| 42 | June | 19,550.38 | 3,057.41 | 16,492.97 | 2,824,308.97 |
| 43 | July | 19,550.38 | 3,075.24 | 16,475.14 | 2,821,233.72 |
| 44 | Aug | 19,550.38 | 3,093.18 | 16,457.20 | 2,818,140.54 |
| 45 | Sept | 19,550.38 | 3,111.23 | 16,439.15 | 2,815,029.31 |
| 46 | Oct | 19,550.38 | 3,129.38 | 16,421.00 | 2,811,899.94 |
| 47 | Nov | 19,550.38 | 3,147.63 | 16,402.75 | 2,808,752.31 |
| 48 | Dec | 19,550.38 | 3,165.99 | 16,384.39 | 2,805,586.32 |
| **Totals Paid in 2008** | | | **$36,803.18** | **$197,801.38** | |
| 49 | Jan | 19,550.38 | 3,184.46 | 16,365.92 | 2,802,401.86 |
| 50 | Feb | 19,550.38 | 3,203.04 | 16,347.34 | 2,799,198.82 |
| 51 | Mar | 19,550.38 | 3,221.72 | 16,328.66 | 2,795,977.10 |
| 52 | Apr | 19,550.38 | 3,240.51 | 16,309.87 | 2,792,736.59 |
| 53 | May | 19,550.38 | 3,259.42 | 16,290.96 | 2,789,477.17 |
| 54 | June | 19,550.38 | 3,278.43 | 16,271.95 | 2,786,198.74 |
| 55 | July | 19,550.38 | 3,297.55 | 16,252.83 | 2,782,901.19 |
| 56 | Aug | 19,550.38 | 3,316.79 | 16,233.59 | 2,779,584.40 |
| 57 | Sept | 19,550.38 | 3,336.14 | 16,214.24 | 2,776,248.26 |
| 58 | Oct | 19,550.38 | 3,355.60 | 16,194.78 | 2,772,892.66 |
| 59 | Nov | 19,550.38 | 3,375.17 | 16,175.21 | 2,769,517.49 |
| 60 | Dec | 19,550.38 | 3,394.86 | 16,155.52 | 2,766,122.63 |
| **Totals Paid in 2009** | | | **$39,463.69** | **$195,140.87** | |
| 61 | Jan | 19,550.38 | 3,414.66 | 16,135.72 | 2,762,707.96 |
| 62 | Feb | 19,550.38 | 3,434.58 | 16,115.80 | 2,759,273.38 |
| 63 | Mar | 19,550.38 | 3,454.62 | 16,095.76 | 2,755,818.76 |
| 64 | Apr | 19,550.38 | 3,474.77 | 16,075.61 | 2,752,343.99 |
| 65 | May | 19,550.38 | 3,495.04 | 16,055.34 | 2,748,848.95 |
| 66 | June | 19,550.38 | 3,515.43 | 16,034.95 | 2,745,333.52 |
| 67 | July | 19,550.38 | 3,535.93 | 16,014.45 | 2,741,797.59 |
| 68 | Aug | 19,550.38 | 3,556.56 | 15,993.82 | 2,738,241.03 |
| 69 | Sept | 19,550.38 | 3,577.31 | 15,973.07 | 2,734,663.72 |
| 70 | Oct | 19,550.38 | 3,598.17 | 15,952.21 | 2,731,065.54 |
| 71 | Nov | 19,550.38 | 3,619.16 | 15,931.22 | 2,727,446.38 |
| 72 | Dec | 19,550.38 | 3,640.28 | 15,910.10 | 2,723,806.10 |
| **Totals Paid in 2010** | | | **$42,316.52** | **$192,288.04** | |
| 73 | Jan | 19,550.38 | 3,661.51 | 15,888.87 | 2,720,144.59 |
| 74 | Feb | 19,550.38 | 3,682.87 | 15,867.51 | 2,716,461.72 |
| 75 | Mar | 19,550.38 | 3,704.35 | 15,846.03 | 2,712,757.37 |
| 76 | Apr | 19,550.38 | 3,725.96 | 15,824.42 | 2,709,031.41 |
| 77 | May | 19,550.38 | 3,747.70 | 15,802.68 | 2,705,283.71 |

| 78 | June | 19,550.38 | 3,769.56 | 15,780.82 | 2,701,514.15 |
| 79 | July | 19,550.38 | 3,791.55 | 15,758.83 | 2,697,722.60 |
| 80 | Aug | 19,550.38 | 3,813.66 | 15,736.72 | 2,693,908.94 |
| 81 | Sept | 19,550.38 | 3,835.91 | 15,714.47 | 2,690,073.03 |
| 82 | Oct | 19,550.38 | 3,858.29 | 15,692.09 | 2,686,214.74 |
| 83 | Nov | 19,550.38 | 3,880.79 | 15,669.59 | 2,682,333.95 |
| 84 | Dec | 19,550.38 | 3,903.43 | 15,646.95 | 2,678,430.52 |
| **Totals Paid in 2011** | | | **$45,375.59** | **$189,228.97** | |
| 85 | Jan | 19,550.38 | 3,926.20 | 15,624.18 | 2,674,504.31 |
| 86 | Feb | 19,550.38 | 3,949.10 | 15,601.28 | 2,670,555.21 |
| 87 | Mar | 19,550.38 | 3,972.14 | 15,578.24 | 2,666,583.07 |
| 88 | Apr | 19,550.38 | 3,995.31 | 15,555.07 | 2,662,587.75 |
| 89 | May | 19,550.38 | 4,018.62 | 15,531.76 | 2,658,569.14 |
| 90 | June | 19,550.38 | 4,042.06 | 15,508.32 | 2,654,527.08 |
| 91 | July | 19,550.38 | 4,065.64 | 15,484.74 | 2,650,461.44 |
| 92 | Aug | 19,550.38 | 4,089.35 | 15,461.03 | 2,646,372.08 |
| 93 | Sept | 19,550.38 | 4,113.21 | 15,437.17 | 2,642,258.87 |
| 94 | Oct | 19,550.38 | 4,137.20 | 15,413.18 | 2,638,121.67 |
| 95 | Nov | 19,550.38 | 4,161.34 | 15,389.04 | 2,633,960.33 |
| 96 | Dec | 19,550.38 | 4,185.61 | 15,364.77 | 2,629,774.72 |
| **Totals Paid in 2012** | | | **$48,655.79** | **$185,948.77** | |
| 97 | Jan | 19,550.38 | 4,210.03 | 15,340.35 | 2,625,564.69 |
| 98 | Feb | 19,550.38 | 4,234.59 | 15,315.79 | 2,621,330.11 |
| 99 | Mar | 19,550.38 | 4,259.29 | 15,291.09 | 2,617,070.82 |
| 100 | Apr | 19,550.38 | 4,284.13 | 15,266.25 | 2,612,786.69 |
| 101 | May | 19,550.38 | 4,309.12 | 15,241.26 | 2,608,477.56 |
| 102 | June | 19,550.38 | 4,334.26 | 15,216.12 | 2,604,143.30 |
| 103 | July | 19,550.38 | 4,359.54 | 15,190.84 | 2,599,783.76 |
| 104 | Aug | 19,550.38 | 4,384.97 | 15,165.41 | 2,595,398.78 |
| 105 | Sept | 19,550.38 | 4,410.55 | 15,139.83 | 2,590,988.23 |
| 106 | Oct | 19,550.38 | 4,436.28 | 15,114.10 | 2,586,551.95 |
| 107 | Nov | 19,550.38 | 4,462.16 | 15,088.22 | 2,582,089.79 |
| 108 | Dec | 19,550.38 | 4,488.19 | 15,062.19 | 2,577,601.60 |
| **Totals Paid in 2013** | | | **$52,173.12** | **$182,431.44** | |
| 109 | Jan | 19,550.38 | 4,514.37 | 15,036.01 | 2,573,087.23 |
| 110 | Feb | 19,550.38 | 4,540.70 | 15,009.68 | 2,568,546.52 |
| 111 | Mar | 19,550.38 | 4,567.19 | 14,983.19 | 2,563,979.33 |
| 112 | Apr | 19,550.38 | 4,593.83 | 14,956.55 | 2,559,385.50 |
| 113 | May | 19,550.38 | 4,620.63 | 14,929.75 | 2,554,764.87 |
| 114 | June | 19,550.38 | 4,647.58 | 14,902.80 | 2,550,117.28 |
| 115 | July | 19,550.38 | 4,674.70 | 14,875.68 | 2,545,442.58 |
| 116 | Aug | 19,550.38 | 4,701.96 | 14,848.42 | 2,540,740.62 |
| 117 | Sept | 19,550.38 | 4,729.39 | 14,820.99 | 2,536,011.23 |
| 118 | Oct | 19,550.38 | 4,756.98 | 14,793.40 | 2,531,254.25 |
| 119 | Nov | 19,550.38 | 4,784.73 | 14,765.65 | 2,526,469.52 |

| | | | | | |
|---|---|---|---|---|---|
| 120 | Dec | 19,550.38 | 4,812.64 | 14,737.74 | 2,521,656.87 |
| **Totals Paid in 2014** | | | **$55,944.72** | **$178,659.84** | |
| 121 | Jan | 19,550.38 | 4,840.71 | 14,709.67 | 2,516,816.16 |
| 122 | Feb | 19,550.38 | 4,868.95 | 14,681.43 | 2,511,947.21 |
| 123 | Mar | 19,550.38 | 4,897.35 | 14,653.03 | 2,507,049.85 |
| 124 | Apr | 19,550.38 | 4,925.92 | 14,624.46 | 2,502,123.93 |
| 125 | May | 19,550.38 | 4,954.66 | 14,595.72 | 2,497,169.27 |
| 126 | June | 19,550.38 | 4,983.56 | 14,566.82 | 2,492,185.71 |
| 127 | July | 19,550.38 | 5,012.63 | 14,537.75 | 2,487,173.08 |
| 128 | Aug | 19,550.38 | 5,041.87 | 14,508.51 | 2,482,131.21 |
| 129 | Sept | 19,550.38 | 5,071.28 | 14,479.10 | 2,477,059.93 |
| 130 | Oct | 19,550.38 | 5,100.86 | 14,449.52 | 2,471,959.07 |
| 131 | Nov | 19,550.38 | 5,130.62 | 14,419.76 | 2,466,828.45 |
| 132 | Dec | 19,550.38 | 5,160.55 | 14,389.83 | 2,461,667.90 |
| **Totals Paid in 2015** | | | **$59,988.97** | **$174,615.59** | |
| 133 | Jan | 19,550.38 | 5,190.65 | 14,359.73 | 2,456,477.25 |
| 134 | Feb | 19,550.38 | 5,220.93 | 14,329.45 | 2,451,256.32 |
| 135 | Mar | 19,550.38 | 5,251.38 | 14,299.00 | 2,446,004.94 |
| 136 | Apr | 19,550.38 | 5,282.02 | 14,268.36 | 2,440,722.92 |
| 137 | May | 19,550.38 | 5,312.83 | 14,237.55 | 2,435,410.09 |
| 138 | June | 19,550.38 | 5,343.82 | 14,206.56 | 2,430,066.27 |
| 139 | July | 19,550.38 | 5,374.99 | 14,175.39 | 2,424,691.28 |
| 140 | Aug | 19,550.38 | 5,406.35 | 14,144.03 | 2,419,284.93 |
| 141 | Sept | 19,550.38 | 5,437.88 | 14,112.50 | 2,413,847.04 |
| 142 | Oct | 19,550.38 | 5,469.61 | 14,080.77 | 2,408,377.44 |
| 143 | Nov | 19,550.38 | 5,501.51 | 14,048.87 | 2,402,875.93 |
| 144 | Dec | 19,550.38 | 5,533.60 | 14,016.78 | 2,397,342.32 |
| **Totals Paid in 2016** | | | **$64,325.58** | **$170,278.98** | |
| 145 | Jan | 19,550.38 | 5,565.88 | 13,984.50 | 2,391,776.44 |
| 146 | Feb | 19,550.38 | 5,598.35 | 13,952.03 | 2,386,178.09 |
| 147 | Mar | 19,550.38 | 5,631.01 | 13,919.37 | 2,380,547.08 |
| 148 | Apr | 19,550.38 | 5,663.86 | 13,886.52 | 2,374,883.22 |
| 149 | May | 19,550.38 | 5,696.89 | 13,853.49 | 2,369,186.33 |
| 150 | June | 19,550.38 | 5,730.13 | 13,820.25 | 2,363,456.20 |
| 151 | July | 19,550.38 | 5,763.55 | 13,786.83 | 2,357,692.65 |
| 152 | Aug | 19,550.38 | 5,797.17 | 13,753.21 | 2,351,895.48 |
| 153 | Sept | 19,550.38 | 5,830.99 | 13,719.39 | 2,346,064.49 |
| 154 | Oct | 19,550.38 | 5,865.00 | 13,685.38 | 2,340,199.49 |
| 155 | Nov | 19,550.38 | 5,899.22 | 13,651.16 | 2,334,300.27 |
| 156 | Dec | 19,550.38 | 5,933.63 | 13,616.75 | 2,328,366.64 |
| **Totals Paid in 2017** | | | **$68,975.68** | **$165,628.88** | |
| 157 | Jan | 19,550.38 | 5,968.24 | 13,582.14 | 2,322,398.40 |
| 158 | Feb | 19,550.38 | 6,003.06 | 13,547.32 | 2,316,395.34 |
| 159 | Mar | 19,550.38 | 6,038.07 | 13,512.31 | 2,310,357.27 |

| | | | | | |
|---|---|---|---|---|---|
| 160 | Apr | 19,550.38 | 6,073.30 | 13,477.08 | 2,304,283.97 |
| 161 | May | 19,550.38 | 6,108.72 | 13,441.66 | 2,298,175.25 |
| 162 | June | 19,550.38 | 6,144.36 | 13,406.02 | 2,292,030.89 |
| 163 | July | 19,550.38 | 6,180.20 | 13,370.18 | 2,285,850.69 |
| 164 | Aug | 19,550.38 | 6,216.25 | 13,334.13 | 2,279,634.44 |
| 165 | Sept | 19,550.38 | 6,252.51 | 13,297.87 | 2,273,381.93 |
| 166 | Oct | 19,550.38 | 6,288.99 | 13,261.39 | 2,267,092.94 |
| 167 | Nov | 19,550.38 | 6,325.67 | 13,224.71 | 2,260,767.27 |
| 168 | Dec | 19,550.38 | 6,362.57 | 13,187.81 | 2,254,404.70 |
| **Totals Paid in 2018** | | | **$73,961.94** | **$160,642.62** | |
| 169 | Jan | 19,550.38 | 6,399.69 | 13,150.69 | 2,248,005.02 |
| 170 | Feb | 19,550.38 | 6,437.02 | 13,113.36 | 2,241,568.00 |
| 171 | Mar | 19,550.38 | 6,474.57 | 13,075.81 | 2,235,093.43 |
| 172 | Apr | 19,550.38 | 6,512.33 | 13,038.05 | 2,228,581.10 |
| 173 | May | 19,550.38 | 6,550.32 | 13,000.06 | 2,222,030.77 |
| 174 | June | 19,550.38 | 6,588.53 | 12,961.85 | 2,215,442.24 |
| 175 | July | 19,550.38 | 6,626.97 | 12,923.41 | 2,208,815.27 |
| 176 | Aug | 19,550.38 | 6,665.62 | 12,884.76 | 2,202,149.65 |
| 177 | Sept | 19,550.38 | 6,704.51 | 12,845.87 | 2,195,445.14 |
| 178 | Oct | 19,550.38 | 6,743.62 | 12,806.76 | 2,188,701.52 |
| 179 | Nov | 19,550.38 | 6,782.95 | 12,767.43 | 2,181,918.57 |
| 180 | Dec | 19,550.38 | 6,822.52 | 12,727.86 | 2,175,096.05 |
| **Totals Paid in 2019** | | | **$79,308.65** | **$155,295.91** | |
| 181 | Jan | 19,550.38 | 6,862.32 | 12,688.06 | 2,168,233.73 |
| 182 | Feb | 19,550.38 | 6,902.35 | 12,648.03 | 2,161,331.38 |
| 183 | Mar | 19,550.38 | 6,942.61 | 12,607.77 | 2,154,388.77 |
| 184 | Apr | 19,550.38 | 6,983.11 | 12,567.27 | 2,147,405.65 |
| 185 | May | 19,550.38 | 7,023.85 | 12,526.53 | 2,140,381.81 |
| 186 | June | 19,550.38 | 7,064.82 | 12,485.56 | 2,133,316.99 |
| 187 | July | 19,550.38 | 7,106.03 | 12,444.35 | 2,126,210.96 |
| 188 | Aug | 19,550.38 | 7,147.48 | 12,402.90 | 2,119,063.47 |
| 189 | Sept | 19,550.38 | 7,189.18 | 12,361.20 | 2,111,874.30 |
| 190 | Oct | 19,550.38 | 7,231.11 | 12,319.27 | 2,104,643.18 |
| 191 | Nov | 19,550.38 | 7,273.29 | 12,277.09 | 2,097,369.89 |
| 192 | Dec | 19,550.38 | 7,315.72 | 12,234.66 | 2,090,054.17 |
| **Totals Paid in 2020** | | | **$85,041.88** | **$149,562.68** | |
| 193 | Jan | 19,550.38 | 7,358.40 | 12,191.98 | 2,082,695.77 |
| 194 | Feb | 19,550.38 | 7,401.32 | 12,149.06 | 2,075,294.45 |
| 195 | Mar | 19,550.38 | 7,444.50 | 12,105.88 | 2,067,849.95 |
| 196 | Apr | 19,550.38 | 7,487.92 | 12,062.46 | 2,060,362.03 |
| 197 | May | 19,550.38 | 7,531.60 | 12,018.78 | 2,052,830.43 |
| 198 | June | 19,550.38 | 7,575.54 | 11,974.84 | 2,045,254.89 |
| 199 | July | 19,550.38 | 7,619.73 | 11,930.65 | 2,037,635.17 |
| 200 | Aug | 19,550.38 | 7,664.17 | 11,886.21 | 2,029,970.99 |
| 201 | Sept | 19,550.38 | 7,708.88 | 11,841.50 | 2,022,262.11 |

| | | | | |
|---|---|---|---|---|
| 202 | Oct | 19,550.38 | 7,753.85 | 11,796.53 | 2,014,508.26 |
| 203 | Nov | 19,550.38 | 7,799.08 | 11,751.30 | 2,006,709.18 |
| 204 | Dec | 19,550.38 | 7,844.58 | 11,705.80 | 1,998,864.60 |
| **Totals Paid in 2021** | | | **$91,189.57** | **$143,414.99** | |

| | | | | |
|---|---|---|---|---|
| 205 | Jan | 19,550.38 | 7,890.34 | 11,660.04 | 1,990,974.26 |
| 206 | Feb | 19,550.38 | 7,936.36 | 11,614.02 | 1,983,037.90 |
| 207 | Mar | 19,550.38 | 7,982.66 | 11,567.72 | 1,975,055.24 |
| 208 | Apr | 19,550.38 | 8,029.22 | 11,521.16 | 1,967,026.02 |
| 209 | May | 19,550.38 | 8,076.06 | 11,474.32 | 1,958,949.95 |
| 210 | June | 19,550.38 | 8,123.17 | 11,427.21 | 1,950,826.78 |
| 211 | July | 19,550.38 | 8,170.56 | 11,379.82 | 1,942,656.23 |
| 212 | Aug | 19,550.38 | 8,218.22 | 11,332.16 | 1,934,438.01 |
| 213 | Sept | 19,550.38 | 8,266.16 | 11,284.22 | 1,926,171.85 |
| 214 | Oct | 19,550.38 | 8,314.38 | 11,236.00 | 1,917,857.47 |
| 215 | Nov | 19,550.38 | 8,362.88 | 11,187.50 | 1,909,494.59 |
| 216 | Dec | 19,550.38 | 8,411.66 | 11,138.72 | 1,901,082.93 |
| **Totals Paid in 2022** | | | **$97,781.67** | **$136,822.89** | |

| | | | | |
|---|---|---|---|---|
| 217 | Jan | 19,550.38 | 8,460.73 | 11,089.65 | 1,892,622.20 |
| 218 | Feb | 19,550.38 | 8,510.08 | 11,040.30 | 1,884,112.12 |
| 219 | Mar | 19,550.38 | 8,559.73 | 10,990.65 | 1,875,552.39 |
| 220 | Apr | 19,550.38 | 8,609.66 | 10,940.72 | 1,866,942.73 |
| 221 | May | 19,550.38 | 8,659.88 | 10,890.50 | 1,858,282.85 |
| 222 | June | 19,550.38 | 8,710.40 | 10,839.98 | 1,849,572.46 |
| 223 | July | 19,550.38 | 8,761.21 | 10,789.17 | 1,840,811.25 |
| 224 | Aug | 19,550.38 | 8,812.31 | 10,738.07 | 1,831,998.93 |
| 225 | Sept | 19,550.38 | 8,863.72 | 10,686.66 | 1,823,135.22 |
| 226 | Oct | 19,550.38 | 8,915.42 | 10,634.96 | 1,814,219.79 |
| 227 | Nov | 19,550.38 | 8,967.43 | 10,582.95 | 1,805,252.36 |
| 228 | Dec | 19,550.38 | 9,019.74 | 10,530.64 | 1,796,232.62 |
| **Totals Paid in 2023** | | | **$104,850.31** | **$129,754.25** | |

| | | | | |
|---|---|---|---|---|
| 229 | Jan | 19,550.38 | 9,072.36 | 10,478.02 | 1,787,160.26 |
| 230 | Feb | 19,550.38 | 9,125.28 | 10,425.10 | 1,778,034.98 |
| 231 | Mar | 19,550.38 | 9,178.51 | 10,371.87 | 1,768,856.47 |
| 232 | Apr | 19,550.38 | 9,232.05 | 10,318.33 | 1,759,624.42 |
| 233 | May | 19,550.38 | 9,285.90 | 10,264.48 | 1,750,338.52 |
| 234 | June | 19,550.38 | 9,340.07 | 10,210.31 | 1,740,998.45 |
| 235 | July | 19,550.38 | 9,394.56 | 10,155.82 | 1,731,603.89 |
| 236 | Aug | 19,550.38 | 9,449.36 | 10,101.02 | 1,722,154.53 |
| 237 | Sept | 19,550.38 | 9,504.48 | 10,045.90 | 1,712,650.06 |
| 238 | Oct | 19,550.38 | 9,559.92 | 9,990.46 | 1,703,090.13 |
| 239 | Nov | 19,550.38 | 9,615.69 | 9,934.69 | 1,693,474.45 |
| 240 | Dec | 19,550.38 | 9,671.78 | 9,878.60 | 1,683,802.67 |
| **Totals Paid in 2024** | | | **$112,429.95** | **$122,174.61** | |

| | | | | |
|---|---|---|---|---|
| 241 | Jan | 19,550.38 | 9,728.20 | 9,822.18 | 1,674,074.47 |

| | | | | | |
|---|---|---|---|---|---|
| 242 | Feb | 19,550.38 | 9,784.95 | 9,765.43 | 1,664,289.52 |
| 243 | Mar | 19,550.38 | 9,842.02 | 9,708.36 | 1,654,447.50 |
| 244 | Apr | 19,550.38 | 9,899.44 | 9,650.94 | 1,644,548.06 |
| 245 | May | 19,550.38 | 9,957.18 | 9,593.20 | 1,634,590.88 |
| 246 | June | 19,550.38 | 10,015.27 | 9,535.11 | 1,624,575.61 |
| 247 | July | 19,550.38 | 10,073.69 | 9,476.69 | 1,614,501.93 |
| 248 | Aug | 19,550.38 | 10,132.45 | 9,417.93 | 1,604,369.47 |
| 249 | Sept | 19,550.38 | 10,191.56 | 9,358.82 | 1,594,177.92 |
| 250 | Oct | 19,550.38 | 10,251.01 | 9,299.37 | 1,583,926.91 |
| 251 | Nov | 19,550.38 | 10,310.81 | 9,239.57 | 1,573,616.10 |
| 252 | Dec | 19,550.38 | 10,370.95 | 9,179.43 | 1,563,245.15 |
| **Totals Paid in 2025** | | | **$120,557.52** | **$114,047.04** | |

| | | | | | |
|---|---|---|---|---|---|
| 253 | Jan | 19,550.38 | 10,431.45 | 9,118.93 | 1,552,813.70 |
| 254 | Feb | 19,550.38 | 10,492.30 | 9,058.08 | 1,542,321.40 |
| 255 | Mar | 19,550.38 | 10,553.51 | 8,996.87 | 1,531,767.89 |
| 256 | Apr | 19,550.38 | 10,615.07 | 8,935.31 | 1,521,152.82 |
| 257 | May | 19,550.38 | 10,676.99 | 8,873.39 | 1,510,475.84 |
| 258 | June | 19,550.38 | 10,739.27 | 8,811.11 | 1,499,736.57 |
| 259 | July | 19,550.38 | 10,801.92 | 8,748.46 | 1,488,934.65 |
| 260 | Aug | 19,550.38 | 10,864.93 | 8,685.45 | 1,478,069.72 |
| 261 | Sept | 19,550.38 | 10,928.31 | 8,622.07 | 1,467,141.41 |
| 262 | Oct | 19,550.38 | 10,992.06 | 8,558.32 | 1,456,149.36 |
| 263 | Nov | 19,550.38 | 11,056.18 | 8,494.20 | 1,445,093.18 |
| 264 | Dec | 19,550.38 | 11,120.67 | 8,429.71 | 1,433,972.51 |
| **Totals Paid in 2026** | | | **$129,272.63** | **$105,331.93** | |

| | | | | | |
|---|---|---|---|---|---|
| 265 | Jan | 19,550.38 | 11,185.54 | 8,364.84 | 1,422,786.97 |
| 266 | Feb | 19,550.38 | 11,250.79 | 8,299.59 | 1,411,536.18 |
| 267 | Mar | 19,550.38 | 11,316.42 | 8,233.96 | 1,400,219.77 |
| 268 | Apr | 19,550.38 | 11,382.43 | 8,167.95 | 1,388,837.33 |
| 269 | May | 19,550.38 | 11,448.83 | 8,101.55 | 1,377,388.50 |
| 270 | June | 19,550.38 | 11,515.61 | 8,034.77 | 1,365,872.89 |
| 271 | July | 19,550.38 | 11,582.79 | 7,967.59 | 1,354,290.10 |
| 272 | Aug | 19,550.38 | 11,650.35 | 7,900.03 | 1,342,639.75 |
| 273 | Sept | 19,550.38 | 11,718.31 | 7,832.07 | 1,330,921.43 |
| 274 | Oct | 19,550.38 | 11,786.67 | 7,763.71 | 1,319,134.76 |
| 275 | Nov | 19,550.38 | 11,855.43 | 7,694.95 | 1,307,279.33 |
| 276 | Dec | 19,550.38 | 11,924.58 | 7,625.80 | 1,295,354.75 |
| **Totals Paid in 2027** | | | **$138,617.76** | **$95,986.80** | |

| | | | | | |
|---|---|---|---|---|---|
| 277 | Jan | 19,550.38 | 11,994.14 | 7,556.24 | 1,283,360.61 |
| 278 | Feb | 19,550.38 | 12,064.11 | 7,486.27 | 1,271,296.50 |
| 279 | Mar | 19,550.38 | 12,134.48 | 7,415.90 | 1,259,162.01 |
| 280 | Apr | 19,550.38 | 12,205.27 | 7,345.11 | 1,246,956.75 |
| 281 | May | 19,550.38 | 12,276.47 | 7,273.91 | 1,234,680.28 |
| 282 | June | 19,550.38 | 12,348.08 | 7,202.30 | 1,222,332.20 |
| 283 | July | 19,550.38 | 12,420.11 | 7,130.27 | 1,209,912.09 |

| 325 | Jan | 19,550.38 | 15,856.90 | 3,693.48 | 617,310.32 |
| 326 | Feb | 19,550.38 | 15,949.40 | 3,600.98 | 601,360.92 |
| 327 | Mar | 19,550.38 | 16,042.44 | 3,507.94 | 585,318.48 |
| 328 | Apr | 19,550.38 | 16,136.02 | 3,414.36 | 569,182.45 |
| 329 | May | 19,550.38 | 16,230.15 | 3,320.23 | 552,952.30 |
| 330 | June | 19,550.38 | 16,324.82 | 3,225.56 | 536,627.48 |
| 331 | July | 19,550.38 | 16,420.05 | 3,130.33 | 520,207.43 |
| 332 | Aug | 19,550.38 | 16,515.84 | 3,034.54 | 503,691.59 |
| 333 | Sept | 19,550.38 | 16,612.18 | 2,938.20 | 487,079.41 |
| 334 | Oct | 19,550.38 | 16,709.08 | 2,841.30 | 470,370.33 |
| 335 | Nov | 19,550.38 | 16,806.55 | 2,743.83 | 453,563.77 |
| 336 | Dec | 19,550.38 | 16,904.59 | 2,645.79 | 436,659.18 |
| **Totals Paid in 2032** | | | **$196,508.04** | **$38,096.52** | |
| 337 | Jan | 19,550.38 | 17,003.20 | 2,547.18 | 419,655.98 |
| 338 | Feb | 19,550.38 | 17,102.39 | 2,447.99 | 402,553.59 |
| 339 | Mar | 19,550.38 | 17,202.15 | 2,348.23 | 385,351.44 |
| 340 | Apr | 19,550.38 | 17,302.50 | 2,247.88 | 368,048.95 |
| 341 | May | 19,550.38 | 17,403.43 | 2,146.95 | 350,645.52 |
| 342 | June | 19,550.38 | 17,504.95 | 2,045.43 | 333,140.57 |
| 343 | July | 19,550.38 | 17,607.06 | 1,943.32 | 315,533.51 |
| 344 | Aug | 19,550.38 | 17,709.77 | 1,840.61 | 297,823.74 |
| 345 | Sept | 19,550.38 | 17,813.07 | 1,737.31 | 280,010.67 |
| 346 | Oct | 19,550.38 | 17,916.98 | 1,633.40 | 262,093.68 |
| 347 | Nov | 19,550.38 | 18,021.50 | 1,528.88 | 244,072.18 |
| 348 | Dec | 19,550.38 | 18,126.63 | 1,423.75 | 225,945.56 |
| **Totals Paid in 2033** | | | **$210,713.62** | **$23,890.94** | |
| 349 | Jan | 19,550.38 | 18,232.36 | 1,318.02 | 207,713.19 |
| 350 | Feb | 19,550.38 | 18,338.72 | 1,211.66 | 189,374.47 |
| 351 | Mar | 19,550.38 | 18,445.70 | 1,104.68 | 170,928.78 |
| 352 | Apr | 19,550.38 | 18,553.30 | 997.08 | 152,375.48 |
| 353 | May | 19,550.38 | 18,661.52 | 888.86 | 133,713.96 |
| 354 | June | 19,550.38 | 18,770.38 | 780.00 | 114,943.58 |
| 355 | July | 19,550.38 | 18,879.88 | 670.50 | 96,063.70 |
| 356 | Aug | 19,550.38 | 18,990.01 | 560.37 | 77,073.69 |
| 357 | Sept | 19,550.38 | 19,100.78 | 449.60 | 57,972.91 |
| 358 | Oct | 19,550.38 | 19,212.20 | 338.18 | 38,760.71 |
| 359 | Nov | 19,550.38 | 19,324.28 | 226.10 | 19,436.43 |
| 360 | Dec | 19,549.81 | 19,436.43 | 113.38 | .0 |
| **Totals Paid in 2034** | | | **$225,945.56** | **$8,658.43** | |
| **Totals** | | **$7,038,136.23** | **$2,938,570.00** | **$4,099,566.23** | |

