**New Hearing Date & Time: January 20, 2010 at 9:45 a.m. (Eastern Time)**
**New Objection Deadline: January 15, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    Chapter 11 Case No.
                                                               :    09-50026 (REG)
                                                               :    (Jointly Administered)
**MOTORS LIQUIDATION COMPANY**, *et al.,*                      :
         f/k/a General Motors Corp., *et al.*                  :
                                                               :
         **Debtors.**                                          :
---------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE THAT

The hearing on the Application of the Ad Hoc Committee of Asbestos Personal Injury Claimants Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [Docket No. 4189] (the "**Motion**"), originally scheduled for hearing on December 16, 2009 at 2:00 p.m. (Eastern Time) has been adjourned on consent to **January 20, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**") before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green,

Room 621, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing. Any objections shall be due by **January 15, 2010 at 4:00 p.m. (Eastern Time)**.

Dated: November 30, 2009
       New York, New York

    /s/ David Berz
    Harvey R. Miller
    Stephen Karotkin
    Joseph H. Smolinsky
    David R. Berz

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession