Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                                                                :

**In re**                                                         :        Chapter 11 Case No.

**MOTORS LIQUIDATION COMPANY**, *et al.*,  :       **09-50026 (REG)**
  f/k/a **General Motors Corp.**, *et al.*            :
        Debtors.                               :        **(Jointly Administered)**
                                                          :
------------------------------------------------------------x

**STAFFING REPORT BY AP SERVICES, LLC
FOR THE PERIOD SEPTEMBER 1, 2009 THROUGH SEPTEMBER 30, 2009**

        In connection with this Court's *Amended Order Authorizing the Debtors to Employ and Retain AP Services, LLC as Crisis Managers and to Designate Albert A. Koch as Chief Restructuring Officer, Nunc Pro Tunc to the Petition Date*, dated July 2, 2009 and entered at Docket No. 2949, (the "**Retention Order**"), AP Services, LLC ("**APS**") hereby files its monthly staffing report for the period of September 1, 2009 through September 30, 2009 (the "**Staffing Period**"), and in support of such report respectfully represents:

        1.        Pursuant to the terms of the Retention Order, the Debtors' motion seeking entry of same (as filed with this Court on June 12, 2009 at Docket No. 952, the "**Retention Motion**"),

the "**Engagement Letter,**" (as such term is defined therein) and the First Amended Engagement Letter July 23, 2009[1], APS was retained by the above captioned debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**"), as crisis managers for the Debtors and Albert A. Koch was retained to serve as the Debtors' Chief Restructuring Officer with later appointment to the position of Chief Executive Officer. The functions filled by Mr. Koch and other APS personnel (collectively, the "**Temporary Staff**") encompass a wide range of activities related to the Chapter 11 Cases which include, without limitation, assisting with the structuring, negotiation and completion of a sale of the Debtors' assets and operations pursuant to section 363 of the Bankruptcy Code; identifying the assets and liabilities to be sold and transferred thereby; supporting the negotiation and implementation of various transitional contractual relationships in association therewith; and, subsequent to such sale, monetizing assets, settling claims and proposing, filing and implementing a plan of liquidation.

2.      As provided for within the Retention Motion, the Engagement Letter, and the Retention Order, effective as of July 10, 2009, certain members of the Temporary Staff were designated by the Debtor's Board of Directors to serve in accordance with the Debtor's bylaws in the following officer positions: Albert Koch, President and CEO; Ted Stenger, Executive Vice President; Kyle Braden, Vice President, Secretary and Chief Restructuring Officer; James Redwine, Vice President, Christian Cook, Vice President; James Selzer, Vice President and Treasurer. On August 20, 2009, additional members of the Temporary Staff were designated as

---

[1] Under the terms of the First Amended Engagement Letter, APS agreed to reduce its hourly fees from and after July 10, 2009, the effective date of the sale of Debtors' primary assets to General Motors Company, as follows: (i) for the first $60 million in fees, APS will discount each bill to 85% of standard hourly fees; and (ii) for fees exceeding $60 million, APS will discount each bill to 75% of standard hourly fees.

2

officers: Thomas A. Morrow, Vice President and David F. Head, Vice President. In addition, Messrs. Koch, Stenger, Selzer and Braden were appointed to fulfill similar officer roles in, and serve as directors of, certain of the numerous non-debtor subsidiaries of the Debtors. The Retention Order requires APS to file monthly staffing reports with the Court with copies to the United States Trustee and all official committees. The staffing report must include the names of the individuals assigned[2] to be members of the Temporary Staff and any updates to the then-current list of officer and director positions held by members of the Temporary Staff. All staffing is subject to review by the Court in the event an objection is filed.

3. The attached Exhibit A includes a list of the members of the Temporary Staff that provided services to the Debtors during this Staffing Period, along with their corresponding position titles within APS and their APS billing rates. Exhibit A also includes any updates to the list of members of the Temporary Staff that have been designated to officer or director positions, along with their corresponding position titles and their APS billing rates.

Dated: November 30, 2009

By: **/s/ Albert A. Koch**
Albert A. Koch
Authorized Representative
AP Services, LLC
2000 Town Center, Suite 2400
Southfield, MI 48075

---

[2] Based on the needs of the Debtors, members of the Temporary Staff may work less than full time on their assignments. Depending on workload, schedules or specific assignments during a monthly billing cycle, some members of the Temporary Staff may not require any billable hours for that period and, therefore, would be omitted from that period's **Exhibit A**.

3

**Exhibit A**

**AP Services, LLC**
Temporary Staff[3]
Motors Liquidation Company, et al., f/k/a/ General Motors Corp., et al.
Staffing Period: September 1, 2009 through September 30, 2009

| North America | | |
|---|---|---|
| Temporary Staff -- Officer and Director Positions - Debtor Entities | | |
| Name | Position Title | Discounted Hourly Rate** |
| Albert A Koch | President and CEO | $709.75 |
| Edward J Stenger | Executive Vice President | $709.75 |
| Kyle A. Braden | Vice President, Secretary and CRO | $471.75 |
| James M. Redwine | Vice President | $552.50 |
| Christian B. Cook | Vice President | $505.75 |
| James Selzer | Vice President and Treasurer | $471.75 |
| Thomas A. Morrow | Managing Director | $582.25 |
| David F. Head | Managing Director | $582.25 |
| Temporary Staff -- Officer and Director Positions - Non-Debtor Entities | | |
| Name | Position Title | Discounted Hourly Rate** |
| Albert A. Koch | President and CEO | $709.75 |
| Edward J. Stenger | Executive Vice President | $709.75 |
| Kyle A. Braden | Vice President, Secretary and CRO | $471.75 |
| James Selzer | Vice President and Treasurer | $471.75 |
| Temporary Staff | | |
| Name | APS Position Title | Discounted Hourly Rate** |
| Meade Monger | Managing Director | $709.75 |
| Bruce Myers | Managing Director | $671.50 |
| Paul Borrusch† | Director | $552.50 |
| Carrianne J M Basler | Director | $552.50 |
| Cliff W. Campbell | Director | $552.50 |
| Kurt J. Beckeman | Director | $505.75 |
| Jamie Lisac | Director | $505.75 |
| Michelle C Campbell | Director | $505.75 |
| Marc J. Brown | Director | $505.75 |
| Michael Hartley | Director | $505.75 |
| Timothy Yost | Director | $505.75 |
| Michael P. Deighan | Director | $505.75 |
| Daniel Goldwin | Director | $471.75 |
| Bryan Gaston | Director | $471.75 |
| Scott R. Hamilton | Director | $433.50 |

| Temporary Staff | | |
|---|---|---|
| Name | APS Position Title | Discounted Hourly Rate** |
| Susan G. Budd | Director | $433.50 |
| Afshin Azhari | Director | $433.50 |
| Drew Lockard | Director | $433.50 |
| Scott Haeger | Director | $433.50 |
| Richard W. Whitlock | Director | $433.50 |
| John Franks | Director | $433.50 |
| Bill Nowicke | Vice President | $425.00 |
| Patrick Healy | Vice President | $425.00 |
| Courtney E. Pozmantier | Vice President | $425.00 |
| Robert Losier | Vice President | $425.00 |
| Alan T. Neuhoff | Vice President | $425.00 |
| Vispi N. Jilla | Vice President | $382.50 |
| Evelyn Ni | Vice President | $382.50 |
| Kathi Askins | Vice President | $335.75 |
| Erick Berreondo | Vice President | $382.50 |
| J. Timothy Neis | Vice President | $382.50 |
| Alexander T. Deligtisch | Vice President | $382.50 |
| Ricardo Mier | Vice President | $382.50 |
| Michelle R. Smith | Vice President | $335.75 |
| Chad M. Tolleson | Vice President | $335.75 |
| Travis Phelan† | Vice President | $335.75 |
| Brian Huffman | Vice President | $335.75 |
| Shannon Outland† | Vice President | $335.75 |
| Tony Muzzin | Associate | $306.00 |
| Matthew Roling | Associate | $306.00 |
| Gabe Greenbaum | Associate | $306.00 |
| Brian Rosenthal | Associate | $306.00 |
| John Niesen | Associate | $276.25 |
| Amity Hartman | Associate | $250.75 |
| Christopher Rubel | Associate | $250.75 |
| Deven Patel | Associate | $225.25 |
| Patrick N. Clark | Analyst | $221.00 |
| Kimberly Cote | Analyst | $199.75 |
| Candice L. Wagner | Analyst | $199.75 |
| Jeff Ivester† | Analyst | $199.75 |
| Bobbie J. Phillips | Analyst | $199.75 |
| Dipes Patel | Analyst | $199.75 |
| Alexandra Griffin | Analyst | $199.75 |

| Temporary Staff | | |
|---|---|---|
| Name | APS Position Title | Discounted Hourly Rate** |
| Torrey Jordan | Analyst | $199.75 |
| Brittany M. Teal | Analyst | $199.75 |
| Ben Barr | Analyst | $199.75 |
| Tom M. Walz | Analyst | $199.75 |
| Chris Watts† | Analyst | $199.75 |
| Barbara Ferguson† | Analyst | $199.75 |
| Sam Parson† | Analyst | $199.75 |
| Steve Ray | Analyst | $191.25 |
| Nick Madurkar | Analyst | $191.25 |
| Julia Mysinger | Paraprofessional | $170.00 |
| Latonya Jones-Callaway† | Paraprofessional | $170.00 |
| Tony Williamson† | Paraprofessional | $153.00 |
| Mary Betik | Paraprofessional | $153.00 |
| Stephen Tucker | Paraprofessional | $153.00 |
| Natalie P. Meuche | Paraprofessional | $153.00 |
| Susanna E. Kim | Paraprofessional | $153.00 |
| Travis Haber | Paraprofessional | $153.00 |
| *Work performed by the Temporary Staff outside of North America will be charged at their local rates converted to U.S. dollars as of the final day of the billing period. | | |
| **The converted rates, in addition to local US rates, are then discounted 15%. However, the discounted rates for MD's shall not exceed the maximum billing rate range for that particular APS position title as specified in the Engagement Letter. | | |
| † New assignment to Tempporary Staff | | |

[3]APS may determine, from time to time, to augment its professional staff with independent contractors (each an "*Independent Contractor*") in these Chapter 11 Cases. APS' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by APS to such Independent Contractor. APS did not bill for Independent Contractors during this Staffing Period.