Harter Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, New York 14604
(585) 232-6500
Jeffrey A. Wadsworth, Esq.
John R. Weider, Esq.

Attorneys for Paddock Chevrolet, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY., *et al.*, f/k/a General Motors Corp., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF
NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

1.	On June 1, 2009, Paddock Chevrolet, Inc. by and through its counsel, Harter Secrest & Emery LLP, filed a "Notice of Appearance and Demand for Service of Papers" (Docket No.: 8) in the above-captioned case.

2.	Paddock Chevrolet, Inc., by and through its counsel, hereby withdraws the "Notice of Appearance and Demand for Service of Papers" in the above-captioned case.

[*Signature page follows*]

Dated: November 30, 2009

          Respectfully submitted,

          **HARTER SECREST & EMERY LLP**
          *Counsel to Paddock Chevrolet, Inc.*
          1600 Bausch & Lomb Place
          Rochester, New York  14604
          Tel:  (585) 232-6500
          Fax:  (585) 232-2152

By:    /s/ *Jeffrey A. Wadsworth*
          Jeffrey A. Wadsworth, Esq. (JW 1966)
          John R. Weider, Esq.

## CERTIFICATE OF SERVICE

  I, Jeffrey A. Wadsworth, do hereby certify, that on November 30, 2009, I caused a true and correct copy of the foregoing to be served (i) electronically through the Court's ECF System on all parties requesting electronic service and (ii) on the parties listed on the below service list via overnight mail:

*Office of the United States Trustee*
Office of the United States Trustee
(Attn: Diana G. Adams, Esq.)
33 Whitehall Street, 21st Floor
New York, New York 10004

*Counsel for Debtors*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York
(Attn: Harvey R. Miller, Esq.,
Stephen Karotkin, Esq. and
Joseph H. Smolinsky, Esq.)

The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, New York 10004-1408

Motors Liquidation Company
c/o General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center

By: /s/ *Jeffrey A. Wadsworth*
   Jeffrey A. Wadsworth, Esq.