Harter Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, New York 14604
(585) 232-6500
Jeffrey A. Wadsworth, Esq.
John R. Weider, Esq.

Attorneys for Saturn of Rochester, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY., *et al.*, f/k/a General Motors Corp., *et al.* | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF
NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

    1.    On June 2, 2009, Saturn of Rochester, Inc. by and through its counsel, Harter Secrest & Emery LLP, filed a "Notice of Appearance and Demand for Service of Papers" (Docket No.: 297) in the above-captioned case.

    2.    Saturn of Rochester, Inc., by and through its counsel, hereby withdraws the "Notice of Appearance and Demand for Service of Papers" in the above-captioned case.

[*Signature page follows*]

Dated: November 30, 2009

          Respectfully submitted,

          **HARTER SECREST & EMERY LLP**
          *Counsel to Saturn of Rochester, Inc.*
          1600 Bausch & Lomb Place
          Rochester, New York  14604
          Tel:  (585) 232-6500
          Fax:  (585) 232-2152

By:    /s/ *Jeffrey A. Wadsworth*
         Jeffrey A. Wadsworth, Esq. (JW 1966)
         John R. Weider, Esq.

# CERTIFICATE OF SERVICE

  I, Jeffrey A. Wadsworth, do hereby certify, that on November 30, 2009, I caused a true and correct copy of the foregoing to be served (i) electronically through the Court's ECF System on parties requesting electronic service and (ii) on the parties listed on the below service list via overnight mail:

| *Office of the United States Trustee* | *Counsel for Debtors* |
|---|---|
| Office of the United States Trustee<br>(Attn: Diana G. Adams, Esq.)<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York<br>(Attn: Harvey R. Miller, Esq.,<br>Stephen Karotkin, Esq. and<br>Joseph H. Smolinsky, Esq.) |
| The Honorable Robert E. Gerber<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 621<br>New York, New York 10004-1408 | Motors Liquidation Company<br>c/o General Motors Corporation<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren, Michigan 48090-9025<br>Attn: Warren Command Center |

                   By: /s/ *Jeffrey A. Wadsworth*
                     Jeffrey A. Wadsworth, Esq.