**Hearing Date and Time: December 16, 2009 at 2:00 p.m. (Eastern Time)**
**Objection Deadline: December 11, 2009 at 4:00 p.m. (Eastern Time)**

**Burke, Warren, MacKay & Serritella, P.C.**
330 North Wabash Avenue, Floor 22
Chicago, Illinois 60611
Telephone: (312) 840-7000
Facsimile: (312) 840-7900
Email: JKim@burkelaw.com; Gring@Burkelaw.com
Gerard D. Ring
June Y. Kim

And

**Teitelbaum & Baskin, LLP**
3 Barker Avenue
White Plains, New York 10601
Telephone: (914) 437-7670
Facsimile: (914) 437- 7672
Email: **jteitelbaum@tblawllp.com**
Jay Teitelbaum
**Attorneys for Napleton Investment Partnership, LP**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re:                                                                 Case No. 09-50026 (REG)
                                                                              Chapter 11 (Jointly Administered)

MOTORS LIQUIDATION COMPANY, *et al.*,

                Debtors.

------------------------------------------------------------------x

### NOTICE OF HEARING ON MOTION OF NAPLETON INVESTMENT PARTNERSHIP, LP FOR ALLOWANCE AND PAYMENT OF <u>ADMINISTRATIVE EXPENSE CLAIM</u>

PLEASE TAKE NOTICE that on December 16, 2009, at 2:00 p.m., Napleton Investment Partnership, LP, will bring its Motion (the "Motion"), before the Honorable Robert E. Gerber, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004-1408, for an Order granting allowance and payment of Napleton Investment Partnership, LP's administrative expense claim.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in writing; filed electronically with the Court on the docket of *In re Motors Liquidation Co.*, Ch. 11 Case No. 09-50026 (REG) in accordance with General Order M-242 (available at www.nysb.uscourts.gov/orders/orders2.html) by registered users of the Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format; and served upon: (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Ted Stenger); (iii) General Motors Company, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Matthew Feldman, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors (the "Committee"), 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.); (x) counsel for Detroit Diesel Corporation, LeClairRyan, a Professional Corporation, 830 Third Avenue, Fifth Floor, New York, New York 10022 (Attn: Michael T. Conway, Esq.); (xi) Attorneys for Napleton Investment Partnership: Burke, Warren,

MacKay & Serritella, P.C., 330 North Wabash Avenue, Floor 22 Chicago, Illinois 60611, Facsimile: (312) 840-7900; Email: JKim@burkelaw.com; Gring@Burkelaw.com: Attention: Gerard D. Ring and June Y. Kim and Teitelbaum & Baskin, LLP, 3 Barker Avenue White Plains, New York 10601, Facsimile: (914) 437- 7672, Email: jteitelbaum@tblawllp.com, Attention: Jay Teitelbaum; and (xii)  all entities that requested notice in these chapter 11 cases under Bankruptcy Rule 2002; with a copy to Judge Gerber's Chambers, so as to be received no later than 4:00 p.m. on December 10, 2009 (prevailing Eastern Time).

Dated: November 30, 2009

**Teitelbaum & Baskin, LLP**
By: /s/ Jay Teitelbaum
3 Barker Avenue
White Plains, New York 10601
Telephone: (914) 437-7670
Facsimile: (914) 437- 7672
Email: **jteitelbaum@tblawllp.com**

**and**

**Burke, Warren, MacKay & Serritella, P.C.**
330 North Wabash Avenue, Floor 22
Chicago, Illinois 60611
Telephone: (312) 840-7000
Facsimile: (312) 840-7900
Email: JKim@burkelaw.com; Gring@Burkelaw.com
Gerard D. Ring
June Y. Kim
Attorneys for Napleton Investment Partnership, LP