**Burke, Warren, MacKay & Serritella, P.C.**
330 North Wabash Avenue, Floor 22
Chicago, Illinois 60611
Telephone: (312) 840-7000
Facsimile: (312) 840-7900
Email: JKim@burkelaw.com; Gring@Burkelaw.com
Gerard D. Ring
June Y. Kim

And

**Teitelbaum & Baskin, LLP**
3 Barker Avenue
White Plains, New York 10601
Telephone: (914) 437-7670
Facsimile: (914) 437- 7672
Email: **jteitelbaum@tblawllp.com**
Jay Teitelbaum
**Attorneys for Napleton Investment Partnership, LP**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | **:** | |

-----------------------------------------------------------x

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to section 1109(b) of the Bankruptcy Code and Rule 9010 and 2002 of the Federal Rules of Bankruptcy Procedure, Teitelbaum & Baskin, LLP hereby appears as attorneys for Napleton Investment Partners ("**Napleton**"), a creditor and party in interest in the above-captioned cases, and hereby requests, pursuant to Rule 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and section 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases, or required to be given or filed in these cases, be given and served upon it at the following

addresses:

>Teitelbaum & Baskin, LLP
>3 Barker Avenue, Third Floor
>White Plains, NY 10601
>Attn.: Jay Teitelbaum
>Tel: 914.437.7670
>Fax: 914.437.7673
>jteitelbaum@tblawllp.com
>
>Burke, Warren, MacKay
>and Serritella, P.C.
>22nd Floor
>330 N. Wabush Ave.
>Chicago, Illinois 60611-3607
>Attn: June Y. Kim and Gerard D. Ring
>Tel: (312) 840-7000
>Fax: (312) 840-7900
>JKim@burkelaw.com; Gring@Burkelaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules specified above but also includes, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the referenced cases and the proceedings herein.

PLEASE TAKE FURTHER NOTICE that Teitelbaum & Baskin, LLP requests that it and Burke, Warren, MacKay and Serritella, P.C. be added to the general service list.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Napleton's (i) right to have final orders in non-core matters entered only after _de novo_ review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii)

right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:   White Plains, New York
             November 30, 2009

                TEITELBAUM & BASKIN, LLP
                Attorneys for Napleton Investment Partnership, LP

                By: /s/ Jay Teitelbaum
                    Jay Teitelbaum

                3 Barker Avenue, Third Floor
                White Plains, NY 10601
                914.437.7670
                jteitelbaum@tblawllp.com