**Teitelbaum & Baskin, LLP**
3 Barker Avenue
White Plains, New York 10601
Telephone: (914) 437-7670
Facsimile: (914) 437- 7672
Email: **jteitelbaum@tblawllp.com**
Jay Teitelbaum

-----------------------------------------------------------X
In re:

MOTORS LIQUIDATION COMPANY, *et al.*,
      f/k/a General Motors Corp., *et al.*

   Debtors.

-----------------------------------------------------------X

CHAPTER 11

Case No. 09-50026 (REG)

(Jointly Administered)

# VERIFIED STATEMENT OF TEITELBAUM & BASKIN, LLP
# PURUSANT TO BANKRUPTCY RULE 2019(a)

    Teitelbaum & Baskin, LLP ("Teitelbaum & Baskin") hereby submits this Verified Statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, respectfully stating as follows:

1. Teitelbaum & Baskin is a law firm that maintains an office at 3 Barker Avenue, 3rd Floor, White Plains, New York 10601.

2. Teitelbaum & Baskin appears in the above-captioned Chapter 11 case on behalf of the parties set forth below:

    Napleton Investment Parters
    North American Real Estate Management
    1 E Oak Hill Drive, Suite 100

Westmont Illinois 60559

Johann Hay GmbH & Co. KG
Haystrabe 7-13
55566 Bad Sobernheim
Deutchland

3. Teitelbaum & Baskin was retained on or about July 29, 2009 by Johann Hay GmbH & Co. KG, and on or about November 30, 2009 by Napleton Investment Partners, to represent both creditors' interests in the Chapter 11 case. Teitelbaum & Baskin, LLP does not hold any claims or interest in or adverse to the Debtor.

4. For its services, Teitelbaum & Baskin, LLP will be compensated by both Johann Hay GmbH & Co. KG and Napleton Investment Partners.

5. The undersigned hereby verifies that the foregoing is true and accurate, to the best of the undersigned's knowledge and belief. Teitelbaum & Baskin, LLP will revise and supplement this Verified Statement as necessary to reflect changed circumstances.

Dated: November 30, 2009

**TEITELBAUM & BASKIN, LLP**
Attorneys for Johann Hay GmbH & Co. KG
and Napleton Investment Partners

By: /s/ Jay Teitelbaum
Jay Teitelbaum, Esq. (JT-4619)
3 Barker Avenue
Third Floor
White Plains, New York 10601
(914) 437-7670
jteitelbaum@tblawllp.com