GREENBERG TRAURIG, LLP
Counsel for Aurelius Capital Management, LP, *et al.*
200 Park Avenue
New York, New York 10166
(212) 801-9200 (Tel)
(212) 801-6400 (Fax)
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
Allen G. Kadish, Esq.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK )

Doreen Cusumano, being duly sworn, deposes and says:

1) I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

2) On November 30, 2009, I caused to be served a true and accurate copy of the *Amended Verified Statement Of Greenberg Traurig, LLP Pursuant To Bankruptcy Rule 2019 [Docket No. 4569]* via regular mail upon the parties listed on the attached Exhibit A and by

NY 239,947,682v1

electronic mail upon the parties listed on the attached Exhibit B.

                /s/ Doreen Cusumano
                Doreen Cusumano

Sworn to before me this
30th day of November, 2009

/s/Allen G Kadish

Allen G Kadish
Notary Public, State of New York
No. 02KA4946891
Qualified in New York County
Commission expires April 4, 2011

NY 239,947,682v1

# Exhibit A

**CORE MASTER SERVICE LIST**

WEIL, GOTSHAL & MANGES LLP
ATTORNEYS FOR THE DEBTORS
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
(ATTN: HARVEY R. MILLER, ESQ.,
STEPHEN KAROTKIN, ESQ., AND JOSEPH H. SMOLINSKY, ESQ.)

MOTORS LIQUIDATION COMPANY
300 RENAISSANCE CENTER
DETROIT, MICHIGAN 8265
(ATTN: TED STENGER)

GENERAL MOTORS COMPANY
300 RENAISSANCE CENTER
DETROIT, MICHIGAN 48265
(ATTN: LAWRENCE S. BUONOMO, ESQ.)

CADWALADER, WICKERSHAM & TAFT LLP
ATTORNEYS FOR THE UNITED STATES
DEPARTMENT OF THE TREASURY
ONE WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
(ATTN: JOHN J. RAPISARDI, ESQ.)

UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE NW, ROOM 2312,
WASHINGTON, D.C. 20220
(ATTN: MATTHEW FELDMAN, ESQ.)

VEDDER PRICE, P.C.
ATTORNEYS FOR EXPORT DEVELOPMENT CANADA
1633 BROADWAY, 47TH FLOOR
NEW YORK, NEW YORK 10019
(ATTN: MICHAEL J. EDELMAN, ESQ. AND MICHAEL L. SCHEIN, ESQ.)

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTORNEYS FOR THE STATUTORY COMMITTEE
OF UNSECURED CREDITORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(ATTN: KENNETH H. ECKSTEIN, ESQ., THOMAS MOERS MAYER, ESQ.,
ADAM C. ROGOFF, ESQ., AND GORDON Z. NOVOD, ESQ.)

OFFICE OF THE UNITED STATES TRUSTEE FOR
THE SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NEW YORK 10004
(ATTN: DIANA G. ADAMS, ESQ.)

U.S. ATTORNEY'S OFFICE, S.D.N.Y.
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK, NEW YORK 10007
(ATTN: DAVID S. JONES, ESQ. AND MATTHEW L. SCHWARTZ, ESQ.)

**IN LIEU OF ELECTRONIC MAIL**

ATLAS OIL COMPANY
124501 ECORSE ROAD
TAYLOR, MI 48180

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY 14625

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX 78505

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI 48214

DAVID V. COOKE, ASSISTANT CITY ATTORNEY
MUNICIPAL OPERATIONS
201 WEST COLFAX AVENUE, DEPT. 1207
DENVER, CO 80202

DORSEY & WHITNEY LLP
ATTN: MICHAEL FOREMAN, ESQ.
ATTY FOR BALLARD MATERIAL PRODUCTS INC.
250 PARK AVENUE
NEW YORK, NY 10177

EATON CORPORATION
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114

EDWARD S. DONINI, ESQ.
P.O. BOX 605
NEW SMFRNA BEACH, FL 32170

EL PASO CORPORATION
ATT: MICHAEL J. MCGINNIS, SENIOR ATTORNEY
1001 LOUISIANA, SUITE E 1943 A
HOUSTON, TX 77002

ELLIAS GROUP LLC
ATT: DAN ELLIAS
411 THEODORE FREMD AVENUE, SUITE 102
RYE, NY 10580

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN 55121

GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI 49417

HOWARD COUNTY OFFICE OF LAW
ATT: CAMELA J. SANDMANT, ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

*NY 239,947,682v1*

IMPERICAL COUNTY TREASURER-TAX COLLECTOR
KAREN VOGEL, TREASURER TAX COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CA 92243

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY 10007

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA 19114

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY 14428

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX 77007

MADISON COUNTY, TAX COLLECTOR
ATT: LYNDA HALL
MADISON COUNTY COURT HOUSE
100 NORTHSIDE SQUARE
HUNTSVILLE, AL 35801

MELTZER, PURTILL & STELLE, LLC
ATT: FORREST B. LAMMIMAN
ATTY FOR BROADWAY IN CHICAGO LLC
300 SOUTH WACKER DRIVE, SUITE 3500
CHICAGO, IL 60606

MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-GMC, INC.
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT, NY 14450

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY 12205

P. RICHARD HARTLEY
415 E. COMMERCE STREET, SUITE 101
POST OFFICE BOX 583
GREENVILLE, AL 36037

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY 14217

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE, CA 90504

PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
DALSEO-GU, KR 704-801

*NY 239,947,682v1*

R. ELPING, K. DINE & E. CARRIG
1540 BROADWAY
NEW YORK, NY 11036

SATURN OF ROCHESTER, INC.
ATT: DAVID P. STOETZEL
770 PANORAMA TRAIL SOUTH
P.O. BOX 25427
ROCHESTER, NY 14625

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC 20549

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN, MI 49417

TEAM CHEVROLET, INC.
ATT: THOMAS STEIGERWALD, VICE PRESIDENT
ROUTE 16
OLEAN, NY 14760

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR., PRESIDENT
3100 WINTON ROAD SOUTH
ROCHESTER, NY 14623

TORRES EDWARD ZUNIGA
BERMUDEZ, GENOVEVA
C/O COHEN & ASSOCIATES
8710 E Vista Bonita Dr
SCOTTSDALE, AZ 85255

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI, MI 48377

TOYOTA MOTOR SALES U.S.A, INC.
ATT: TOBIN LIPPERT
19001 SOUTH WESTERN AVE, HQ12
TORRANCE, CA 90509

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05, 5400 LEGACY DRIVE
PLANO, TX 75024

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BOULEVARD
MAIL STOP 314
BOISE, ID 83714

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: LINDA D'AMICO
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07640

*NY 239,947,682v1*

## Exhibit B

steve.keller@affiniagroup.com; blc@ashrlaw.com; david.boyle@airgas.com; dfish@allardfishpc.com; cwoodruff-neer@alpine-usa.com; elizabeth.spangler@arcadis-us.com; giaimo.christopher@arentfox.com; rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com; sullivan.james@arentfox.com; dowd.mary@arentfox.com; dgoing@armstrongteasdale.com; dladdin@agg.com; frank.white@agg.com; jg5786@att.com; hwangr@michigan.gov; leslie.levy@nebraska.gov; bk-mbrowning@oag.state.tx.us; victoria.garry@ohioattorneygeneral.gov; raterinkd@michigan.gov; bk-kwalsh@oag.state.tx.us; przekopshaws@michigan.gov; neal.mann@oag.state.ny.us; jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com; rbernard@bakerlaw.com; wgibson@bakerlaw.com; summersm@ballardspahr.com; jgregg@btlaw.com; mark.owens@btlaw.com; rcpottinger@bslbv.com; ffm@bostonbusinesslaw.com; kurt.bock@basf.com; csalomon@beckerglynn.com; aspector@bergersingerman.com; patrick@bbslaw.com; tom@bbslaw.com; robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; anna.boelitz@bingham.com; jonathan.alter@bingham.com; mrichards@blankrome.com; kelbon@blankrome.com; jrumley@bcbsm.com; cdarke@bodmanllp.com; mbakst@bodmanllp.com; borgeslawfirm@aol.com; renee.dailey@bgllp.com; bankruptcy.asbpo.asbdom@braytonlaw.com; jmcdonald@briggs.com; wilkins@bwst-law.com; hall@bwst-law.com; kschweiker@brownconnery.com; rbrown@brownwhalen.com; schristianson@buchalter.com; peter.lee@bnsf.com; ccarson@burr.com; jkimble@burr.com; paige@bsplaw.com; sidorsky@butzel.com; fishere@butzel.com; sidorsky@butzel.com; fishere@butzel.com; radom@butzel.com; newman@butzel.com; cbblac@acxiom.com; john.rapisardi@cwt.com; douglas.mintz@cwt.com; peter.friedman@cwt.com; zachary.smith@cwt.com; rfiga@comlawone.com; rweinstein@cusa.canon.com; ei@capdale.com; pvnl@capdale.com; rer@capdale.com; tws@capdale.com; brcy@carsonfischer.com; brcy@carsonfischer.com; brcy@carsonfischer.com; mweinczok@casselsbrock.com; alan@chapellassociates.com; lcrichardson@chemicosystems.com; ccahill@clarkhill.com; rgordon@clarkhill.com; bsusko@cgsh.com; dbuell@cgsh.com; jbromley@cgsh.com; soneal@cgsh.com; dgottlieb@cgsh.com; rlincer@cgsh.com; andrew.brozman@cliffordchance.com; sarah.campbell@cliffordchance.com; tserventi@cobasys.com; bceccotti@cwsny.com; goldberg@cwg11.com; skomrower@coleschotz.com; sfalanga@connellfoley.com; chemrick@connellfoley.com; pretekin@coollaw.com; belkys.escobar@loudoun.gov; mbaxter@cov.com; sjohnston@cov.com; jcarberry@cl-law.com; lisa.wurster@dana.com; donald.bernstein@dpw.com; gm@dmms.com; rmeth@daypitney.com; msteen@daypitney.com; rmeth@daypitney.com; msteen@daypitney.com; adoshi@daypitney.com; info@dealertire.com; jpowers@debevoise.com; rfhahn@debevoise.com; james.moore@dechert.com; juliet.sarkessian@dechert.com; shmuel.vasser@dechert.com; contact-ocfo@dol.gov; dmertz@state.pa.us; csweeney@dickinsonwright.com; dcopley@dickinsonwright.com; dyitzchaki@dickinsonwright.com; jplemmons2@dickinsonwright.com; kewald@dickinsonwright.com; mchammer3@dickinsonwright.com; gdiconza@dlawpc.com; karol.denniston@dlapiper.com; jennifer.nassiri@dlapiper.com; psykes@dow.com; kristin.going@dbr.com; stephanie.wickouski@dbr.com; kristin.going@dbr.com; ellen.j.kullman@usa.dupont.com; tim@leuliettepartners.com; mpartipilo@dmimail.com; ayala.hassell@hp.com; rhiersteiner@eapdlaw.com; jdarcey@eapdlaw.com; azuccarello@eapdlaw.com; jgroves@eapdlaw.com; cbodell@eapdlaw.com; jwhitlock@eapdlaw.com; george.sanderson@elliswinters.com; george.sanderson@elliswinters.com; akatz@entergy.com; deisenberg@ermanteicher.com; druhlandt@ermanteicher.com; eerman@ermanteicher.com; mkogan@ecjlaw.com; pjazayeri@ecjlaw.com; ngoteiner@fbm.com; rrross@fedex.com; ppascuzzi@ffwplaw.com; rhuey@foley.com; vavilaplana@foley.com; mriopelle@foley.com; auetz@foley.com; fdicastri@foley.com; jmurch@foley.com; jlee@foley.com; sbarbatano@foley.com; maiello@foley.com; sbarbatano@foley.com; shilfinger@foley.com; sbarbatano@foley.com; jsimon@foley.com; kcatanese@foley.com; sseabolt@foley.com; shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com; shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com; tspillane@foley.com; jsimon@foley.com; kcatanese@foley.com; klynch@formanlaw.com; fstevens@foxrothschild.com; gwallace@fraserlawfirm.com; ahammer@freebornpeters.com; tfawkes@freebornpeters.com; rgreenberg@dclawfirm.com; drosenzweig@fulbright.com; mhaut@fulbright.com; lboydston@fulbright.com; lstrubeck@fulbright.com; lboydston@fulbright.com; mparker@fulbright.com; drosenzweig@fulbright.com; jrabin@fulbright.com; dcrapo@gibbonslaw.com; dfeldman@gibsondunn.com; mjwilliams@gibsondunn.com; glenn.reisman@ge.com; jflaxer@golenbock.com; dfurth@golenbock.com; avassallo@golenbock.com; bmehlsack@gkllaw.com; drosner@goulstonstorrs.com; gkaden@goulstonstorrs.com; Kadish, Allen G. (Shld-NY-Bky); Salazar, Luis (Shld-Mia-Bky/Priv); jdivack@hahnhessen.com; hpatwardhan@hahnhessen.com; ldpowar@hahnlaw.com; dademarco@hahnlaw.com; cbattaglia@halperinlaw.net; jdyas@halperinlaw.net; info@harmanbecker.de; jaho@hselaw.com; wkreienberg@hselaw.com; jweider@hselaw.com; ipalermo@hselaw.com; jweider@hselaw.com; ipalermo@hselaw.com; kafricano@hselaw.com; rfink@hselaw.com; rfink@hselaw.com; jonathan.hook@haynesboone.com; patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com; charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com; judith.elkin@haynesboone.com; matthew.russell@haynesboone.com; bshort@hsblawfirm.com; sselbst@herrick.com; prubin@herrick.com; ecurrenti@hess.com; mike.nefkens@eds.com; ramona.neal@hp.com; linda.damico@hp.com; tcurran@haslaw.com; skatzoff@hblaw.com; skatzoff@hblaw.com; sagolden@hhlaw.com; bjgrieco@hhlaw.com; jsgroi@honigman.com; rweiss@honigman.com; tsherick@honigman.com; elarson@hss-mms.com; jrhunter@hunterschank.com; tomschank@hunterschank.com; jrsmith@hunton.com; ppartee@hunton.com; rnorton@hunton.com; sbernstein@hunton.com; anne.boudreau@ic.gc.ca; rgriffin@iuoe.org; memberservices@iuawfcu.com; nganatra@uaw.net; mneier@ibolaw.com; jlsaffer@jlsaffer.com; rkruger@jaffelaw.com; dmurray@jenner.com; ptrostle@jenner.com; jboyles@jhvgglaw.com; mam@johnstonbarton.com; takaya_yamada@jtekt.co.jp; jeff.rich@klgates.com; eric.moser@klgates.com; rsmolev@kayescholer.com; jstitt@kmklaw.com; twilson@kelley-ferraro.com; kdwbankruptcydepartment@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; info@kemkrest.com; lmagarik@kjmlabor.com; sjennik@kjmlabor.com; tmurray@kjmlabor.com; pwh@krwlaw.com; jed@krwlaw.com; ecf@kaalaw.com; bcrowley@klehr.com; jwe@kjk.com; fberg@kotzsangster.com; jmacyda@kotzsangster.com; acaton@kramerlevin.com; gplotko@kramerlevin.com;

*NY 239,947,682v1*

tmayer@kramerlevin.com; arogoff@kramerlevin.com; rschmidt@kramerlevin.com; lmacksoud@kramerlevin.com; jsharret@kramerlevin.com; tah@kompc.com; dmb@kompc.com; psm@kompc.com; mws@kompc.com; abruski@lambertleser.com; scook@lambertleser.com; robert.rosenberg@lw.com; adam.goldberg@lw.com; gabriel.delvirginia@verizon.net; sheehan@txschoollaw.com; larrykraines@gmail.com; michael.hastings@leclairryan.com; michael.conway@leclairryan.com; shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; austin.bankruptcy@publicans.com; kwalsh@lockelord.com; tmcfadden@lockelord.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; khk@maddinhauser.com; msl@maddinhauser.com; smatta@mattablair.com; dhartheimer@mazzeosong.com; kab@mccarthylebit.com; rrk@mccarthylebit.com; sveselka@mvbalaw.com; mreed@mvbalaw.com; dgoff@mvbalaw.com; janwoolley@mgwl.com; cdorkey@mckennalong.com; cgraham@mckennalong.com; jmayes@mckennalong.com; lamme@mltw.com; privitera@mltw.com; elobello@msek.com; elobello@msek.com; hkolko@msek.com; msholmes@cowgillholmes.com; gillcr@michigan.gov; funds@michigan.gov; wcacinfo@michigan.gov; mbarr@milbank.com; tlomazow@milbank.com; skhalil@milbank.com; ecfsarbt@millerjohnson.com; ecfwolfordr@millerjohnson.com; hutchinson@millercanfield.com; robbins@millercanfield.com; fusco@millercanfield.com; swansonm@millercanfield.com; pricotta@mintz.com; sdnyecf@dor.mo.gov; nramsey@mmwr.com; joneil@mmwr.com; cynthialowery@mvalaw.com; agottfried@morganlewis.com; rtoder@morganlewis.com; hbeltzer@morganlewis.com; eliu@morganlewis.com; rmauceri@morganlewis.com; bankruptcy@morrisoncohen.com; jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com; lawrence.s.buonomo@gm.com; tstenger@alixpartners.com; cmcmanus@muchshelist.com; mkoks@munsch.com; rurbanik@munsch.com; rsox@dealerlawyer.com; nwbernstein@nwbllc.com; dbrody@borahgoldstein.com; gkelly@narmco.com; george.cauthen@nelsonmullins.com; linda.barr@nelsonmullins.com; cameron.currie@nelsonmullins.com; peter.haley@nelsonmullins.com; maureen.leary@oag.state.ny.us; susan.taylor@oag.state.ny.us; cmomjian@attorneygeneral.gov; info@andrewcuomo.com; lucas.ward@ohioattorneygeneral.gov; mjr1@westchestergov.com; michelle.sutter@ohioattorneygeneral.gov; rwyron@orrick.com; rfrankel@orrick.com; lmcgowen@orrick.com; aenglund@orrick.com; crogers@orrick.com; jansbro@orrick.com; crogers@orrick.com; email@orumroth.com; tsandler@osler.com; dwallen@oshr.com; jhelfat@oshr.com; ssoll@oshr.com; oshr-gm-bk@oshr.com; chipford@parkerpoe.com; mrichman@pattonboggs.com; msalzberg@pattonboggs.com; miachan@pattonboggs.com; arosenberg@paulweiss.com; harveystrickon@paulhastings.com; akornberg@paulweiss.com; jkoevary@paulweiss.com; akornberg@paulweiss.com; rzubaty@paulweiss.com; ipohl@paulweiss.com; arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com; sshimshak@paulweiss.com; pweintraub@paulweiss.com; maricco.michael@pbgc.gov; terry.miller@penske.com; toolee@pepperlaw.com; caseyl@pepperlaw.com; jaffeh@pepperlaw.com; carignanj@pepperlaw.com; kayesd@pepperlaw.com; kovskyd@pepperlaw.com; ebanda@pbfcm.com; joy.e.tanner@altria.com; richard.epling@pillsburylaw.com; erica.carrig@pillsburylaw.com; richard.epling@pillsburylaw.com; karen.dine@pillsburylaw.com; erica.carrig@pillsburylaw.com; tsadutto@platzerlaw.com; dlerner@plunkettcooney.com; dbernstein@plunkettcooney.com; mfleming@plunkettcooney.com; jsmairo@pbnlaw.com; rmschechter@pbnlaw.com; dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com; rmcneill@potteranderson.com; bunch@ppg.com; sjg@previant.com; fp@previant.com; rpatel@pronskepatel.com; srutsky@proskauer.com; aberkowitz@proskauer.com; faye.feinstein@quarles.com; christopher.combest@quarles.com; jrabinowitz@rltlawfirm.com; rrm_narumanchi@hotmail.com; linda.galipeau@us.randstad.com; stingey@rqn.com; lee_cooper@raytheon.com; eschaffer@reedsmith.com; kgwynne@reedsmith.com; cfelicetta@reidandriege.com; tlzabel@rhoadesmckee.com; rmallenski@aol.com; richardnotice@rwmaplc.com; mfriedman@rkollp.com; ksambur@rkollp.com; jshickich@riddellwilliams.com; akress@riker.com; akress@riker.com; rkchevysales@rkautogroup.net; judith.adler@us.bosch.com; rsmith@cniinc.cc; rpm@robinsonbrog.com; aleffert@rwolaw.com; kstrickland@rmkb.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; aisenberg@saul.com; jhampton@saul.com; tcurrier@saul.com; rheilman@schaferandweiner.com; glee@schaferandweiner.com; bbressler@schnader.com; aadams@schnader.com; rbarkasy@schnader.com; mbarrie@schnader.com; bdeutsch@schnader.com; david.karp@srz.com; adam.harris@srz.com; mschonfeld@gibsondunn.com; dlin@seyburn.com; lstein@seyburn.com; bshaw100@shawgussis.com; fsosnick@shearman.com; jfrizzley@shearman.com; etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com; bwolfe@sheppardmullin.com; achaykin@shinnfuamerica.com; scotts@shivelybros.com; kkansa@sidley.com; avery@silvermanmorris.com; arosen@silvermanacampora.com; dmack@stblaw.com; ppantaleo@stblaw.com; levick@singerlevick.com; mshriro@singerlevick.com; kayalyn.marafioti@skadden.com; jack.butler@skadden.com; nboehler@cbmlaw.com; cmeyer@ssd.com; tcornell@stahlcowen.com; ccaldwell@starkreagan.com; wpayne@stemberfeinstein.com; edoyle@stemberfeinstein.com; jstember@stemberfeinstein.com; efeinstein@stemberfeinstein.com; shgross5@yahoo.com; cbullock@sbplclaw.com; sgoll@sbplclaw.com; nashvillebankruptcyfilings@stites.com; bmeldrum@stites.com; streusand@streusandlandon.com; lbrimer@stroblpc.com; esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com; newton@sbep-law.com; klewis@tblawllp.com; jteitelbaum@tblawllp.com; marvin.clements@ag.tn.gov; lischen@tcwtgn.com; kenneth_freda@gardencitygroup.com; casey.roy@oag.state.tx.us; dkowich@umich.edu; rbrownlee@thompsoncoburn.com; jesse@tipotexchevrolet.com; abauer@torys.com; tmartin@torys.com; sdellafera@trenklawfirm.com; brett.goodman@troutmansanders.com; jeffrey.kelley@troutmansanders.com; paula.christ@trw.com; joseph.samarias@do.treas.gov; mkilgore@up.com; david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; matthew.schwartz@usdoj.gov; joseph.cordaro@usdoj.gov; antitrust.atr@usdoj.gov; askdoj@usdoj.gov; djury@usw.org; andy.smith@valeo.com; francoise.colpron@valeo.com; mjedelman@vedderprice.com; mjedelman@vedderprice.com; mschein@vedderprice.com; ezavalkoff-babej@vedderprice.com; lakatz@venable.com; roran@velaw.com; harry.nieman@voith.com; tscobb@vorys.com; gtoering@wnj.com; crusemg@wnj.com; sgrow@wnj.com; rbarrows@wdblaw.com; rbarrows800@gmail.com; harvey.miller@weil.com; joseph.smolinsky@weil.com; stephen.karotkin@weil.com; karpek@whiteandwilliams.com; dockterman@wildman.com; young@wildman.com; friedman@wildman.com; dpacheco@wilentz.com; laccarrino@wilentz.com; uncbill@msn.com;

NY 239,947,682v1

dennis.jenkins@wilmerhale.com; philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com; cschreiber@winston.com;
djrichardson@winston.com; mbotica@winston.com; mcohn@winston.com; sschwartz@winston.com;
wdcoffeylaw@yahoo.com; swolfson@wolfsonbolton.com; jwyly@wylyrommel.com; skrause@zeklaw.com;
bleinbach@zeklaw.com; mbeatman@zeislaw.com; jverillo@zeislaw.com

*NY 239,947,682v1*