BUTZEL LONG, a professional corporation
Barry N. Seidel
Eric B. Fisher
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
seidel@butzel.com
fishere@butzel.com

Special Counsel to the Official Committee of Unsecured
Creditors of Motors Liquidation Company f/k/a General
Motors Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Case No. 09-50026 (REG) |
| **MOTORS LIQUIDATION COMPANY, *et al.*,** <br> **f/k/a General Motors Corp., *et al.*** | Chapter 11 |
| **Debtors.** | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK     )
                                           )SS.:
COUNTY OF NEW YORK   )

SVETLANA LITVINKO, being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years, and resides in Richmond County, New York. That on this 30th day of November, 2009 she served a true copy of the Supplemental Declaration and Disclosure Statement of Barry N. Seidel Relating to the Employment of Butzel Long as Special Counsel to the Official Committee of Unsecured Creditors, via Regular Mail, upon:

Cadwalader Wickersham & Taft LLP
Attn: John Rapisardi, Esq.
Counsel for the US Dept. of Treasury
One World Financial Center
New York, NY 10281

Office of the United States Trustee
Attn: Diana Adams
33 Whitehall Street, 21st Floor
New York, NY 10004

Cohen Weiss and Simon LLP
Attn: Babette Ceccotti, Esq.
Counsel for the UAW
330 W 42nd Street
New York, NY 10036

Cleary Gottlieb Steen & Hamilton LLP
Attn: Richard Susko, Esq.
One Liberty Plaza
New York, NY 10016

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq.
Counsel for the Creditors' Committee
1177 Avenue of the Americas
New York, NY 10036

United States Attorney
Attn: Mathew L. Schwartz and David S. Jones, Esqs.
86 Chambers Street, 3rd Floor
New York, NY 10007

Vedder Price
Attn: Michael Edelman, Esq.
1633 Broadway, 47th floor
New York, NY 10019

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.
767 Fifth Avenue
New York, NY 10153

SVETLANA LITVINKO

Sworn to before me this
30th day of November, 2009

NOTARY PUBLIC

PHONE PHONETHEVA
Notary Public, State of New York
No. 01PH6194998
Qualified in New York County
Commission Expires October 14, 2012