Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                   :    **09-50026 (REG)**
    f/k/a **General Motors Corp.,** *et al.*                :
                                                            :
                    Debtors.                                :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**NOTICE OF CHANGE OF MAILING ADDRESS AND FACSIMILE NUMBER**

PLEASE TAKE NOTICE that the mailing address and facsimile number for Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors (the "**Debtors**"), has changed and is now as follows:

Motors Liquidation Company
500 Renaissance Center
Suite 1400
Detroit, Michigan 48243

Facsimile:  313-486-4258

Dated: New York, New York
December 1, 2009

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession