UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,         :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*    :
                                              :
               Debtors.         :    (Jointly Administered)
                                              :
-------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTER
### SCHEDULED FOR HEARING ON DECEMBER 3, 2009 at 9:45 a.m.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER:**

1. Debtors' Tenth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts **[Docket No. 4458]**

    Response Deadline:    November 25, 2009 at 4:00 p.m.

    Response Filed:

        A.    Response of the Dex-Cool and Anderson Class Claimants to Debtor's Tenth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts and Reservation of Rights to Amend Proofs of Claim for Post Rejection Damages **[Docket No. 4543]**

    Reply Filed:    None to date.

    Additional Document(s):    None to date.

**Status:**  This matter is going forward with the exception of the Class Action Settlement Agreement Regarding Saturn Vehicles Containing Variable Transmission Intelligence Transmissions and the Asset Purchase Agreement with DR International, Inc., which is being adjourned to December 16, 2009 at 2:00 p.m.

Dated: December 1, 2009
New York, New York

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession