Joshua I. Divack
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
jdivack@hahnhessen.com

*Attorneys for William Hardee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------

In re

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.,

Debtors.

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

-----------------------------------------------------------

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    :
                     : ss.:
COUNTY OF NEW YORK   :

I, JASON W. SMITH, being sworn, say:

1.  I am not a party of the action, am over 18 years of age and am employed by Hahn & Hessen LLP, counsel for the William Hardee herein, at whose direction service was made.

2.  On November 24 2009, I served true copies of *Notice of Appearance* (Doc. 4538) and *Request for Payment of Administrative Expenses* (Doc. 4539) and by Electronic Mail and Electronic Mail, upon the parties set forth on the attached Service Lists:

3.    I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct

/s/ Jason W. Smith

Sworn to before me on this
1st day of December, 2009

/s/ Mark S. Indelicato
Notary Public

MARK S. INDELICATO
NOTARY PUBLIC, State of New York
No. 4867556
Qualified in New York County
Commission Expires September 14, 2010

- 2 -

## Service List

**By First Class Mail:**

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Ted Stenger
Motors Liquidation Company
300 Renaissance Center
Detroit, MI 48265

Lawrence S. Buonomo, Esq.
General Motors Company
300 Renaissance Center
Detroit, MI 48265

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Matthew Feldman, Esq.
United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

Michael J. Edelman, Esq.
Michael L. Schein
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Adam C. Rogoff, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Diana G. Adams, Esq.
The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street 21st Floor
New York, NY 10004

David S. Jones, Esq.
Matthew L. Schwartz, Esq.
The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007

Atlas Oil Company
124501 Ecorse Road
Taylor, MI 48180

**David P. Stoetzel**
Bob Hastings Buic GMC, Inc.
800 Panorama trail South
Rochester, NY 14625

**Charles Clark Chevrolet Co.**
P.O. Box 520
McAllen, TX 78505

**Daniel W. Sherrick, General Counsel**
8000 East Jefferson Ave.
Detroit, MI 48214

**David V. Cooke Assistant Cit Attorney**
Municipal Operations
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202

**Michael Foreman, Esq.**
Attorney for Ballard Material Products Inc.
Dorsey & Whitney LLP
250 Park Ave.
New York, NY 10177

**Eaton Corporation**
1111 Superior Avenue
Cleveland, OH 44114

**Edward S. Donini, Esq.**
P.O. Box 605
New Smyrna Beach, FL 32170

**Michael J. McGinnis, Senior Attorney**
El Paso Corporation
1001 Louisiana Suite E 1943 A
Houston, TX 77002

**Dan Ellias**
Ellias Group LLC
411 Theodore Fremd Avenue, Suite 102
Rye, NY 10580

**Factory Motor Parts Company**
1380 Corporate Center Curve
Eagan, MN 55125

**Ron Wallish**
GHSP Inc.
1250 South Beechtree Street
Grand Haven, MI 49417

**Camela J. Sandmant**
Howard County Office of Law
3430 Courthouse Drive
Ellicott City, MD 21043

**Karen Vogel, Treasurer Tax Collector**
Imperical County Treasurer-tax Collector
940 West main Street, Suite 106
El Centro, CA 92243

**Internal Revenue Service**
Insolvency Section
290 Broadway
New York, NY 10007

**Internal Revenue Service**
Insolvency Section
P.O. Box 21126
Philadelphia, PA 19114

**Allyn Barnard**
Jim Barnard Chevrolet, Inc.
7107 Buffalo Road
Churchville, NY 14428

**Knapp Chevrolet**
815 Houston Avenue
Houston, TX 77007

**Lynda Hall**
Madison County Court House
100 Northside Square
Huntsville, AL 35801

**Forrest B. Lammiman**
Attorney for Broadway in Chicago LLC
Meltzer, Purtill & Stelle, LLC
300 South Wacker Drive, Suite 3500
Chicago, IL 60606

**Michael E. Barnard**
Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-GMC, Inc
616 Thayer Road
Fairport, NY 14450

**New York State Dept Taxation & Finance**
Bankruptcy/Special Proc. Sect.
P.O. Box 5300
Albany, NY 12205

**P. Richard Hartley**
415 E. Commerce Street, Suite 101
Post Office Box 583
Greenville, AL 36037

**Duane Paddock**
Paddock Chevrolet, Inc
3232 Delaware Avenue
Kenmore, NY 14217

**Penske Auto Group**
18600 South Hawthorne Boulevard
Torrance, CA 90504

**Pyeong Hwa Automotive Co., LTD**
1032 Daecheon-Dong
Dalseo-Gu, KR 704-801

**R. Elping, K. Dine & E. Carrig**
1540 Broadway
New York, NY 11036

**David P. Stoetzel**
Saturn of Rochester, Inc.
770 Panorama trail South
P.O. Box 25427
Rochester, NY 14625

**Andrew N. Vollmer**
Securities and Exchange Commission
100 F Street, ND
Washington, DC 20549

**Bud Brink**
Shape Corp.
1900 Hayes Street
Grand Haven, MI 49417

**Thomas Steigerwald**
Team Chevrolet, Inc.
Route 16
Olean, NY 14760

**Edward T. Meaghar, Jr.**
The Valley Cadillac Corporation
3100 Winton Road South
Rochesrter, NY 14623

**Toyota Boshoku America, Inc.**
28000 West Park Drive
Novi, MI 48377

**United States Attorney's Office**
Claims Unit – Room 417
One St. Andrews Plaza
New York, NY 10007

**Ramona Neal**
Hewlett-Packard Company LP
11311 Chinden Boulevard
Mail Stop 314
Boise, ID 83714

**Torres Edward Zuniga
Bermudez, Genoveva**
C/O Cohen & Associates
8710 E Vista Bonita Dr
Scottsdale, AZ 85255

**Tobin Lippert**
Toyota Motor Sales U.S.A. Inc.
19001 South Western Ave. HQ12
Torrance, CA 90509

**Ayala Hassell**
EDS An HP Company
H3-3A-05, 5400 Legacy Drive
Plano, TX 75024

**Linda D'Amico**
Hewlett-Packard Financial Services Company
420 Mountain Avenue
Murray Hill, NJ 07640

**By Electronic Mail:**

'blc@ashrlaw.com'; 'david.boyle@airgas.com'; 'dfish@allardfishpc.com'; 'cwoodruff-neer@alpine-usa.com'; 'Elizabeth.Spangler@arcadis-us.com'; 'giaimo.christopher@arentfox.com'; 'rothleder.jeffrey@arentfox.com'; 'campbell.andrea@arentfox.com'; 'sullivan.james@arentfox.com'; 'dowd.mary@arentfox.com'; 'dgoing@armstrongteasdale.com'; 'dladdin@agg.com'; 'frank.white@agg.com'; 'jg5786@att.com'; 'hwangr@michigan.gov'; 'leslie.levy@nebraska.gov'; 'bk-mbrowning@oag.state.tx.us'; 'victoria.garry@ohioattorneygeneral.gov'; 'raterinkd@michigan.gov'; 'bk-kwalsh@oag.state.tx.us'; 'przekopshaws@michigan.gov'; 'neal.mann@oag.state.ny.us'; 'jhutchinson@bakerlaw.com'; 'egoodman@bakerlaw.com'; 'wgibson@bakerlaw.com'; 'rbernard@bakerlaw.com'; 'wgibson@bakerlaw.com'; 'summersm@ballardspahr.com'; 'jgregg@btlaw.com'; 'mark.owens@btlaw.com'; 'rcpottinger@bslbv.com'; 'ffm@bostonbusinesslaw.com'; 'CSALOMON@BECKERGLYNN.COM'; 'aspector@bergersingerman.com'; 'patrick@bbslaw.com'; 'tom@bbslaw.com'; 'robert.dombroff@bingham.com'; 'jeffrey.sabin@bingham.com'; 'anna.boelitz@bingham.com'; 'jonathan.alter@bingham.com'; 'mrichards@blankrome.com'; 'Kelbon@blankrome.com'; 'JRumley@bcbsm.com'; 'cdarke@bodmanllp.com'; 'mbakst@bodmanllp.com'; 'borgeslawfirm@aol.com'; 'renee.dailey@bgllp.com'; 'bankruptcy.asbpo.asbdom@braytonlaw.com'; 'JMcDonald@Briggs.com'; 'wilkins@bwst-law.com'; 'hall@bwst-law.com'; 'kschweiker@brownconnery.com'; 'rbrown@brownwhalen.com'; 'schristianson@buchalter.com'; 'Peter.Lee@bnsf.com'; 'ccarson@burr.com'; 'jkimble@burr.com'; 'paige@bsplaw.com'; 'sidorsky@butzel.com'; 'fishere@butzel.com'; 'sidorsky@butzel.com'; 'fishere@butzel.com'; 'radom@butzel.com'; 'newman@butzel.com'; 'cbblac@acxiom.com'; 'john.rapisardi@cwt.com'; 'douglas.mintz@cwt.com'; 'peter.friedman@cwt.com'; 'zachary.smith@cwt.com'; 'rfiga@comlawone.com'; 'rweinstein@cusa.canon.com'; 'ei@capdale.com'; 'pvnl@capdale.com'; 'rer@capdale.com'; 'tws@capdale.com'; 'brcy@carsonfischer.com'; 'brcy@carsonfischer.com'; 'brcy@carsonfischer.com'; 'mweinczok@casselsbrock.com'; 'alan@chapellassociates.com'; 'ccahill@clarkhill.com'; 'rgordon@clarkhill.com'; 'BSUSKO@CGSH.COM'; 'dbuell@cgsh.com'; 'jbromley@cgsh.com'; 'soneal@cgsh.com'; 'DGOTTLIEB@CGSH.COM'; 'RLINCER@CGSH.COM'; 'andrew.brozman@cliffordchance.com'; 'sarah.campbell@cliffordchance.com'; 'bceccotti@cwsny.com'; 'goldberg@cwg11.com'; 'skomrower@coleschotz.com'; 'sfalanga@connellfoley.com'; 'chemrick@connellfoley.com'; 'pretekin@coollaw.com'; 'belkys.escobar@loudoun.gov'; 'mbaxter@cov.com'; 'sjohnston@cov.com'; 'jcarberry@cl-law.com'; 'lisa.wurster@dana.com'; 'donald.bernstein@dpw.com'; 'gm@dmms.com'; 'rmeth@daypitney.com'; 'msteen@daypitney.com'; 'hryder@daypitney.com'; 'hryder@daypitney.com'; 'rmeth@daypitney.com'; 'msteen@daypitney.com'; 'adoshi@daypitney.com'; 'info@dealertire.com'; 'jpowers@debevoise.com'; 'rfhahn@debevoise.com'; 'james.moore@dechert.com'; 'juliet.sarkessian@dechert.com'; 'shmuel.vasser@dechert.com'; 'CONTACT-OCFO@DOL.GOV'; 'dmertz@state.pa.us'; 'csweeney@dickinsonwright.com'; 'dcopley@dickinsonwright.com'; 'dyitzchaki@dickinsonwright.com'; 'jplemmons2@dickinsonwright.com'; 'kewald@dickinsonwright.com'; 'mchammer3@dickinsonwright.com'; 'gdiconza@dlawpc.com'; 'karol.denniston@dlapiper.com'; 'jennifer.nassiri@dlapiper.com'; 'kristin.going@dbr.com'; 'stephanie.wickouski@dbr.com'; 'Kristin.Going@dbr.com'; 'ayala.hassell@hp.com'; 'rhiersteiner@eapdlaw.com'; 'jdarcey@eapdlaw.com'; 'azuccarello@eapdlaw.com'; 'jgroves@eapdlaw.com'; 'cbodell@eapdlaw.com'; 'jwhitlock@eapdlaw.com'; 'george.sanderson@elliswinters.com'; 'george.sanderson@elliswinters.com'; 'akatz@entergy.com'; 'deisenberg@ermanteicher.com'; 'druhlandt@ermanteicher.com'; 'eerman@ermanteicher.com'; 'mkogan@ecjlaw.com'; 'pjazayeri@ecjlaw.com'; 'ngoteiner@fbm.com';

'rrross@fedex.com'; 'ppascuzzi@ffwplaw.com'; 'rhuey@foley.com'; 'vavilaplana@foley.com';
'mriopelle@foley.com'; 'auetz@foley.com'; 'fdicastri@foley.com'; 'jmurch@foley.com';
'jlee@foley.com'; 'sbarbatano@foley.com'; 'maiello@foley.com'; 'sbarbatano@foley.com';
'shilfinger@foley.com'; 'sbarbatano@foley.com'; 'jsimon@foley.com'; 'kcatanese@foley.com';
'sseabolt@foley.com'; 'shilfinger@foley.com'; 'fdicastri@foley.com'; 'jsimon@foley.com';
'shilfinger@foley.com'; 'jsimon@foley.com'; 'kcatanese@foley.com'; 'tspillane@foley.com';
'jsimon@foley.com'; 'kcatanese@foley.com'; 'klynch@formanlaw.com'; 'fstevens@foxrothschild.com';
'gwallace@fraserlawfirm.com'; 'ahammer@freebornpeters.com'; 'tfawkes@freebornpeters.com';
'rgreenberg@dclawfirm.com'; 'drosenzweig@fulbright.com'; 'mhaut@fulbright.com';
'lboydston@fulbright.com'; 'lstrubeck@fulbright.com'; 'lboydston@fulbright.com';
'mparker@fulbright.com'; 'drosenzweig@fulbright.com'; 'jrabin@fulbright.com';
'dcrapo@gibbonslaw.com'; 'dfeldman@gibsondunn.com'; 'mjwilliams@gibsondunn.com';
'Glenn.Reisman@ge.com'; 'jflaxer@golenbock.com'; 'dfurth@golenbock.com';
'avassallo@golenbock.com'; 'bmehlsack@gkllaw.com'; 'drosner@goulstonstorrs.com';
'gkaden@goulstonstorrs.com'; 'kadisha@gtlaw.com'; 'salazarl@gtlaw.com'; Joshua I. Divack; Huria N. Patwardhan; 'ldpowar@hahnlaw.com'; 'dademarco@hahnlaw.com'; 'cbattaglia@halperinlaw.net';
'jdyas@halperinlaw.net'; 'info@harmanbecker.de'; 'jaho@hselaw.com'; 'wkreienberg@hselaw.com';
'jweider@hselaw.com'; 'ipalermo@hselaw.com'; 'jweider@hselaw.com'; 'ipalermo@hselaw.com';
'kafricano@hselaw.com'; 'rfink@hselaw.com'; 'rfink@hselaw.com';
'jonathan.hook@haynesboone.com'; 'patrick.hughes@haynesboone.com';
'peter.ruggero@haynesboone.com'; 'charles.beckham@haynesboone.com';
'brooks.hamilton@haynesboone.com'; 'judith.elkin@haynesboone.com';
'matthew.russell@haynesboone.com'; 'bshort@hsblawfirm.com'; 'sselbst@herrick.com';
'prubin@herrick.com'; 'ecurrenti@hess.com'; 'Ramona.neal@hp.com'; 'amy.chipperson@hp.com';
'tcurran@haslaw.com'; 'skatzoff@hblaw.com'; 'skatzoff@hblaw.com'; 'sagolden@hhlaw.com';
'bjgrieco@hhlaw.com'; 'jsgroi@honigman.com'; 'rweiss@honigman.com'; 'tsherick@honigman.com';
'jrhunter@hunterschank.com'; 'tomschank@hunterschank.com'; 'jrsmith@hunton.com';
'ppartee@hunton.com'; 'rnorton@hunton.com'; 'sbernstein@hunton.com'; 'anne.boudreau@ic.gc.ca';
'rgriffin@iuoe.org'; 'memberservices@iuawfcu.com'; 'nganatra@uaw.net'; 'mneier@ibolaw.com';
'jlsaffer@jlsaffer.com'; 'rkruger@jaffelaw.com'; 'dmurray@jenner.com'; 'ptrostle@jenner.com';
'jboyles@jhvgglaw.com'; 'mam@johnstonbarton.com'; 'jeff.rich@klgates.com';
'eric.moser@klgates.com'; 'rsmolev@kayescholer.com'; 'jstitt@kmklaw.com'; 'twilson@kelley-ferraro.com'; 'KDWBankruptcyDepartment@kelleydrye.com';
'KDWBankruptcyDepartment@kelleydrye.com'; 'lmagarik@kjmlabor.com'; 'sjennik@kjmlabor.com';
'tmurray@kjmlabor.com'; 'pwh@krwlaw.com'; 'jed@krwlaw.com'; 'ecf@kaalaw.com';
'BCrowley@klehr.com'; 'jwe@kjk.com'; 'fberg@kotzsangster.com'; 'jmacyda@kotzsangster.com';
'acaton@kramerlevin.com'; 'gplotko@kramerlevin.com'; 'tmayer@kramerlevin.com';
'arogoff@kramerlevin.com'; 'rschmidt@kramerlevin.com'; 'lmacksoud@kramerlevin.com';
'jsharret@kramerlevin.com'; 'tah@kompc.com'; 'dmb@kompc.com'; 'psm@kompc.com';
'mws@kompc.com'; 'abruski@lambertleser.com'; 'scook@lambertleser.com';
'Robert.Rosenberg@lw.com'; 'Adam.Goldberg@lw.com'; 'gabriel.delvirginia@verizon.net';
'sheehan@txschoollaw.com'; 'larrykraines@gmail.com'; 'michael.hastings@leclairryan.com';
'michael.conway@leclairryan.com'; 'shepner@lrbpc.com'; 'rbarbur@lrbpc.com'; 'rstroup@lrbpc.com';
'dallas.bankruptcy@publicans.com'; 'houston_bankruptcy@publicans.com';
'austin.bankruptcy@publicans.com'; 'kwalsh@lockelord.com'; 'tmcfadden@lockelord.com';
'metkin@lowenstein.com'; 'steele@lowenstein.com'; 'ilevee@lowenstein.com';
'metkin@lowenstein.com'; 'steele@lowenstein.com'; 'ilevee@lowenstein.com';
'khk@maddinhauser.com'; 'msl@maddinhauser.com'; 'smatta@mattablair.com';
'dhartheimer@mazzeosong.com'; 'kab@mccarthylebit.com'; 'rrk@mccarthylebit.com';
'sveselka@mvbalaw.com'; 'mreed@mvbalaw.com'; 'dgoff@mvbalaw.com'; 'janwoolley@mgwl.com';
'cdorkey@mckennalong.com'; 'cgraham@mckennalong.com'; 'jmayes@mckennalong.com';

'lamme@mltw.com'; 'privitera@mltw.com'; 'elobello@msek.com'; 'elobello@msek.com';
'hkolko@msek.com'; 'msholmes@cowgillholmes.com'; 'gillcr@michigan.gov'; 'funds@michigan.gov';
'wcacinfo@michigan.gov'; 'mbarr@milbank.com'; 'tlomazow@milbank.com'; 'skhalil@milbank.com';
'ecfsarbt@millerjohnson.com'; 'ecfwolfordr@millerjohnson.com'; 'hutchinson@millercanfield.com';
'robbins@millercanfield.com'; 'fusco@millercanfield.com'; 'swansonm@millercanfield.com';
'pricotta@mintz.com'; 'sdnyecf@dor.mo.gov'; 'nramsey@mmwr.com'; 'joneil@mmwr.com';
'cynthialowery@mvalaw.com'; 'AGOTTFRIED@MORGANLEWIS.COM';
'RTODER@MORGANLEWIS.COM'; 'hbeltzer@morganlewis.com'; 'eliu@morganlewis.com';
'rmauceri@morganlewis.com'; 'bankruptcy@morrisoncohen.com'; 'jgilbert@motleyrice.com';
'jrice@motleyrice.com'; 'jbaden@motleyrice.com'; 'lawrence.s.buonomo@gm.com';
'TStenger@alixpartners.com'; 'CMcManus@muchshelist.com'; 'mkoks@munsch.com';
'rurbanik@munsch.com'; 'rsox@dealerlawyer.com'; 'nwbernstein@nwbllc.com';
'dbrody@borahgoldstein.com'; 'Gkelly@narmco.com'; 'george.cauthen@nelsonmullins.com';
'linda.barr@nelsonmullins.com'; 'cameron.currie@nelsonmullins.com';
'peter.haley@nelsonmullins.com'; 'Maureen.Leary@oag.state.ny.us'; 'Susan.Taylor@oag.state.ny.us';
'cmomjian@attorneygeneral.gov'; 'Info@AndrewCuomo.com'; 'lucas.ward@ohioattorneygeneral.gov';
'MJR1@westchestergov.com'; 'Michelle.sutter@ohioattorneygeneral.gov';
'RWYRON@ORRICK.COM'; 'RFRANKEL@ORRICK.COM'; 'lmcgowen@orrick.com';
'aenglund@orrick.com'; 'crogers@orrick.com'; 'jansbro@orrick.com'; 'crogers@orrick.com';
'email@orumroth.com'; 'tsandler@osler.com'; 'DWALLEN@OSHR.COM'; 'JHELFAT@OSHR.COM';
'SSOLL@OSHR.COM'; 'OSHR-GM-bk@oshr.com'; 'chipford@parkerpoe.com';
'mrichman@pattonboggs.com'; 'msalzberg@pattonboggs.com'; 'miachan@pattonboggs.com';
'AROSENBERG@PAULWEISS.COM'; 'harveystrickon@paulhastings.com';
'akornberg@paulweiss.com'; 'jkoevary@paulweiss.com'; 'akornberg@paulweiss.com';
'rzubaty@paulweiss.com'; 'ipohl@paulweiss.com'; 'arosenberg@paulweiss.com';
'bhermann@paulweiss.com'; 'mphillips@paulweiss.com'; 'sshimshak@paulweiss.com';
'pweintraub@paulweiss.com'; 'maricco.michael@pbgc.gov'; 'toolee@pepperlaw.com';
'caseyl@pepperlaw.com'; 'jaffeh@pepperlaw.com'; 'carignanj@pepperlaw.com';
'kayesd@pepperlaw.com'; 'kovskyd@pepperlaw.com'; 'ebanda@pbfcm.com'; 'joy.e.tanner@altria.com';
'richard.epling@pillsburylaw.com'; 'erica.carrig@pillsburylaw.com';
'richard.epling@pillsburylaw.com'; 'karen.dine@pillsburylaw.com'; 'erica.carrig@pillsburylaw.com';
'tsadutto@platzerlaw.com'; 'dlerner@plunkettcooney.com'; 'DBernstein@plunkettcooney.com';
'MFleming@plunkettcooney.com'; 'jsmairo@pbnlaw.com'; 'rmschechter@pbnlaw.com';
'dbaldwin@potteranderson.com'; 'tbrown-edwards@potteranderson.com';
'rmcneill@potteranderson.com'; 'sjg@previant.com'; 'fp@previant.com'; 'rpatel@pronskepatel.com';
'srutsky@proskauer.com'; 'aberkowitz@proskauer.com'; 'Faye.Feinstein@quarles.com';
'Christopher.Combest@quarles.com'; 'jrabinowitz@rltlawfirm.com'; 'rrm_narumanchi@hotmail.com';
'stingey@rqn.com'; 'Lee_Cooper@raytheon.com'; 'eschaffer@reedsmith.com';
'kgwynne@reedsmith.com'; 'cfelicetta@reidandriege.com'; 'tlzabel@rhoadesmckee.com';
'rmallenski@aol.com'; 'richardnotice@rwmaplc.com'; 'mfriedman@rkollp.com'; 'ksambur@rkollp.com';
'jshickich@riddellwilliams.com'; 'akress@riker.com'; 'akress@riker.com';
'rkchevysales@rkautogroup.net'; 'judith.adler@us.bosch.com'; 'rsmith@cniinc.cc';
'rpm@robinsonbrog.com'; 'aleffert@rwolaw.com'; 'kstrickland@rmkb.com'; 'cbelmonte@ssbb.com';
'pbosswick@ssbb.com'; 'aisenberg@saul.com'; 'jhampton@saul.com'; 'tcurrier@saul.com';
'rheilman@schaferandweiner.com'; 'glee@schaferandweiner.com'; 'bbressler@schnader.com';
'aadams@schnader.com'; 'rbarkasy@schnader.com'; 'mbarrie@schnader.com';
'bdeutsch@schnader.com'; 'david.karp@srz.com'; 'adam.harris@srz.com';
'mschonfeld@gibsondunn.com'; 'dlin@seyburn.com'; 'lstein@seyburn.com';
'bshaw100@shawgussis.com'; 'fsosnick@shearman.com'; 'jfrizzley@shearman.com';
'etillinghast@sheppardmullin.com'; 'mcademartori@sheppardmullin.com';
'bwolfe@sheppardmullin.com'; 'achaykin@shinnfuamerica.com'; 'kkansa@sidley.com';

'avery@silvermanmorris.com'; 'ARosen@SilvermanAcampora.com'; 'DMACK@STBLAW.COM'; 'PPANTALEO@STBLAW.COM'; 'levick@singerlevick.com'; 'mshriro@singerlevick.com'; 'kayalyn.marafioti@skadden.com'; 'jack.butler@skadden.com'; 'nboehler@cbmlaw.com'; 'cmeyer@ssd.com'; 'tcornell@stahlcowen.com'; 'ccaldwell@starkreagan.com'; 'wpayne@stemberfeinstein.com'; 'EDOYLE@STEMBERFEINSTEIN.COM'; 'JSTEMBER@STEMBERFEINSTEIN.COM'; 'EFEINSTEIN@STEMBERFEINSTEIN.COM'; 'shgross5@yahoo.com'; 'cbullock@sbplclaw.com'; 'sgoll@sbplclaw.com'; 'nashvillebankruptcyfilings@stites.com'; 'bmeldrum@stites.com'; 'streusand@streusandlandon.com'; 'lbrimer@stroblpc.com'; 'esserman@sbep-law.com'; 'hartwick@sbep-law.com'; 'd'apice@sbep-law.com'; 'newton@sbep-law.com'; 'dselwocki@swappc.com'; 'klewis@tblawllp.com'; 'jteitelbaum@tblawllp.com'; 'marvin.clements@ag.tn.gov'; 'lischen@tcwtgn.com'; 'KENNETH_FREDA@GARDENCITYGROUP.COM'; 'casey.roy@oag.state.tx.us'; 'dkowich@umich.edu'; 'rbrownlee@thompsoncoburn.com'; 'jesse@tipotexchevrolet.com'; 'abauer@torys.com'; 'tmartin@torys.com'; 'sdellafera@trenklawfirm.com'; 'BRETT.GOODMAN@TROUTMANSANDERS.COM'; 'jeffrey.kelley@troutmansanders.com'; 'paula.christ@trw.com'; 'JOSEPH.SAMARIAS@DO.TREAS.GOV'; 'mkilgore@up.com'; 'david.jones6@usdoj.gov'; 'jeffrey.oestericher@usdoj.gov'; 'matthew.schwartz@usdoj.gov'; 'joseph.cordaro@usdoj.gov'; 'antitrust.atr@usdoj.gov'; 'askDOJ@usdoj.gov'; 'djury@usw.org'; 'MJEDELMAN@VEDDERPRICE.COM'; 'MJEdelman@vedderprice.com'; 'MSchein@vedderprice.com'; 'Ezavalkoff-babej@vedderprice.com'; 'lakatz@venable.com'; 'roran@velaw.com'; 'tscobb@vorys.com'; 'gtoering@wnj.com'; 'crusemg@wnj.com'; 'sgrow@wnj.com'; 'rbarrows@wdblaw.com'; 'rbarrows800@gmail.com'; 'HARVEY.MILLER@WEIL.COM'; 'JOSEPH.SMOLINSKY@WEIL.COM'; 'STEPHEN.KAROTKIN@WEIL.COM'; 'karpek@whiteandwilliams.com'; 'Dockterman@wildman.com'; 'Young@wildman.com'; 'Friedman@wildman.com'; 'dpacheco@wilentz.com'; 'laccarrino@wilentz.com'; 'uncbill@msn.com'; 'dennis.jenkins@wilmerhale.com'; 'philip.anker@wilmerhale.com'; 'melanie.dritz@wilmerhale.com'; 'cschreiber@winston.com'; 'djrichardson@winston.com'; 'mbotica@winston.com'; 'mcohn@winston.com'; 'sschwartz@winston.com'; 'wdcoffeylaw@yahoo.com'; 'swolfson@wolfsonbolton.com'; 'jwyly@wylyrommel.com'; 'skrause@zeklaw.com'; 'bleinbach@zeklaw.com'; 'mbeatman@zeislaw.com'; 'jverillo@zeislaw.com'