UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                  :
                                                       :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                  :
    f/k/a General Motors Corp., *et al.*           :    09-50026 (REG)
                                                       :
    Debtors.                                         :    (Jointly Administered)
                                                       :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Laurie M. Thornton, being duly sworn, depose and state:

1. I am a Senior Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On November 30, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on White & Case LLP, Attn: Abraham Zylbeberg, 1155 Avenue of the Americas, New York, NY 10036 (counsel to Intesa SanPaolo S.P.A):

- Amended Stipulation and Order between the Debtors and Intesa SanPaolo S.P.A. Providing for Limited Modification to the Bar Date Order [Docket No. 4555]

3. On November 30, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (parties affected by the order):

- Ninth Omnibus Order Pursuant to 11 U.S.C.§ 365 of the Bankruptcy Code to Reject Certain Executory Contracts [Docket No. 4553]

4. On November 306, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit B annexed hereto (parties affected by the order):

- Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement Agreement and Compromise [Docket No. 4554] ; and

5. On November 30, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit C annexed hereto (parties affected by the order):

- So Ordered Stipulation to Adjourn (I) Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors [Dkt. #3212]; (II) Debtors' Motion to Assume and Assign Certain Unexpired Leases of Equipment and Related Executory Contracts [Dkt. #4331]; (III) Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Equipment [Dkt. #4328]; and (IV) Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors [Dkt. #4324] [Docket No. 4556].

Signed at Seattle, Washington this 1st day of December, 2009.

/s/ Laurie M. Thornton  
LAURIE M. THORNTON

Sworn to before me in Seattle, Washington this 1st day of December, 2009.

/s/ Greg L. Gottainer  
Greg L. Gottainer  
Notary Public, State of Washington  
License No. 138976  
Residing in Seattle  
Commission Expires: October 19, 2012

# EXHIBIT A

| | | |
|---|---|---|
| DEPT. OF PUBLIC WORKS, CITY OF SHREVEPORT<br>ATTN: MR. FRED WILLIAMS,<br>SUPERINTENDENT-SOLID WASTE<br>PO BOX 31109<br>SHREVEPORT, LA 71130-1109 | FOLEY & LARDNER LLP<br>ATTY FOR TOYOTA MOTOR CORPORATION<br>ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE<br>402 WEST BROADWAY, SUITE 2100<br>SAN DIEGO, CA 92101-3542 | FOUNTAIN LAKES I, LLC<br>BALKE BROWN ASSOCIATES, INC.<br>1001 HIGHLANDS PLAZA DR W STE 150<br>SAINT LOUIS, MO 63110-1341 |
| MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.<br>ATTY FOR M-TECH ASSOCIATES<br>ATTN: KATHLEEN H. KLAUS, ESQ.<br>28400 NORTHWESTERN HWY., 3RD FLOOR<br>SOUTHFIELD, MI 48034 | M-TECH ASSOCIATES<br>ATTN: LEGAL DEPARTMENT<br>28388 FRANKLIN RD<br>SOUTHFIELD, MI 48034-5503 | TOYOTA MOTOR CORPORATION<br>ATTN: MR. KATSUMI IKEDA, GEN. MGR. INT'L LEGAL AFFAIRS<br>1 TOYOTO-CHO, TOYOTA-SHU<br>AICHI 471-8571 JAPAN |

# EXHIBIT B

| | | |
|---|---|---|
| ADORNO & YOSS LLP<br>ATTORNEYS FOR GMAC, INC.<br>ATTN: CHARLES M. TATELBAUM<br>350 EAST LOS OLAS BLVD., SUITE 1700<br>FT. LAUDERDALE, FL 33301 | BURR & FORMAN LLP<br>ATTORNEYS FOR THE HEARD DEBTORS<br>ATTN:  DEREK F. MEEK<br>420 NORTH 20TH ST., SUITE 3400<br>BIRMINGHAM, AL 35203 | KILPATRICK STOCKTON LLP<br>ATTN:  JOHN W. MILLS, III AND MARK FINK<br>ATTORNEYS FOR THE LIQUIDATING TRUSTEE OF<br>BILL HEARD ENT., INC.<br>1100 PEACHTREE ST., SUITE 2800<br>ATLANTA, GA 30309 |

# EXHIBIT C

| | | |
|---|---|---|
| KAYE SCHOLER LLP<br>ATTY FOR PHILLIP MORRIS CAPITAL CORP<br>ATT: RICHARD G. SMOLEV & STEWART B. HERMAN<br>425 PARK AVENUE<br>NEW YORK, NY 10022-3598 | LATHAM & WATKINS LLP<br>DOUGLAS BACON<br>SEARS TOWER, SUITE 5800<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATT: MATTHEW S. BARR, TYSON M. LOMAZOW &<br>SAMUEL A. KHALIL, ESQ.<br>ATTY FOR: MANUFACTURERS AND TRADERS<br>TRUST COMPANY<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |

09-50026-mg    Doc 4584    Filed 12/01/09    Entered 12/01/09 23:20:30    Main Document
Pg 8 of 8
KAYE SCHOLER LLP                         LATHAM & WATKINS LLP                    MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTY FOR PHILLIP MORRIS CAPITAL CORP     DOUGLAS BACON                           ATT: MATTHEW S. BARR, TYSON M. LOMAZOW &
ATT: RICHARD G. SMOLEV & STEWART B. HERMAN  SEARS TOWER, SUITE 5800              SAMUEL A. KHALIL, ESQ.
425 PARK AVENUE                          233 SOUTH WACKER DRIVE                  ATTY FOR: MANUFACTURERS AND TRADERS
NEW YORK, NY 10022-3598                  CHICAGO, IL 60606                       TRUST COMPANY
                                                                                 1 CHASE MANHATTAN PLAZA
                                                                                 NEW YORK, NY 10005