New Hearing Time: January 20, 2010 at 9:45 a.m. EST
New Objection Deadline: January 15, 2010 at 4:00 p.m. EST

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                :
**In re**                                       :    **Chapter 11 Case No.**
                                                :    **09-50026 (REG)**
                                                :    **(Jointly Administered)**
**MOTORS LIQUIDATION COMPANY,** *et al.,*       :
    **f/k/a General Motors Corp.,** *et al.* :
                                                :
    **Debtors.**                        :
----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE THAT

    The hearing on the Motion of Plaintiffs in the Action entitled Friedman v. General Motors Corp., 08 civ 2458 (SAS) for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) [Docket No. 2759] (the "**Motion**"), originally scheduled for December 16, 2009 at 2:00 p.m. (Eastern Time) has been adjourned on consent to **January 20, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**") before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the

Hearing.  The new objection deadline shall be January 15, 2010 at 4:00 p.m. (Eastern Time).

Dated: December 2, 2009
       New York, New York

/s/ David Berz
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession