GREENBERG TAURIG, LLP
Attorneys for Appaloosa Management L.P.
200 Park Avenue
New York, New York 10166
(212) 801-9200 (Tel)
(212) 801-6400 (Fax)
Bruce R. Zirinsky, Esq.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| Debtor. | Jointly Administered |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this case as attorneys for Appaloosa Management L.P. ("Appaloosa") with respect to its managed-fund entities' claims based upon beneficial ownership of the £350,000,000 8.375% Guaranteed Notes due December 7, 2015 and the £250,000,000 8.875% Guaranteed Notes due July 10, 2023 issued by General Motors Nova Scotia Finance Company, which Notes are fully and unconditionally guaranteed by Motors Liquidation Company f/k/a General Motors Corporation, and requests as provided in 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) (the "Bankruptcy Rules") that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

GREENBERG TRAURIG, LLP
Attorneys for Appaloosa Management L.P.
200 Park Avenue
New York, New York 10166
(212) 801-9200 (Tel)
(212) 801-6400 (Fax)
Attn:  Bruce R. Zirinsky
         Nancy A. Mitchell
         Allen G. Kadish
Zirinskyb@gtlaw.com
Mitchelln@gtlaw.com
Kadisha@gtlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, email, Internet, or otherwise filed or made with regard to the above-captioned case, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in the referenced chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to be a waiver of any of the following by or on behalf of Appaloosa or any of its managed fund entities: (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or

in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
      December 3, 2009                       GREENBERG TRAURIG, LLP

                                          By:   */s/ Bruce R. Zirinsky*
                                                Bruce R. Zirinsky
                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 801-9200 (Tel)
                                        (212) 801-6400 (Fax)
                                        Zirinskyb@gtlaw.com

                                        Attorneys for Appaloosa Management L.P.

## CERTIFICATE OF SERVICE

The undersigned, an attorney admitted to practice before this Court, hereby certifies that a true and correct copy of the pre-fixed *Notice of Appearance and Request for Service of Papers* was served on December 3, 2009, by regular mail upon the parties listed on the attached Exhibit A, and by electronic mail upon the parties listed on the attached Exhibit B.

Dated:   New York, New York
         December 3, 2009

*/s/ Michele Angell*
Michele Angell

# **EXHIBIT A**

**CORE MASTER SERVICE LIST**

WEIL, GOTSHAL & MANGES LLP
ATTORNEYS FOR THE DEBTORS
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
(ATTN: HARVEY R. MILLER, ESQ.,
STEPHEN KAROTKIN, ESQ., AND JOSEPH H. SMOLINSKY, ESQ.)

MOTORS LIQUIDATION COMPANY
300 RENAISSANCE CENTER
DETROIT, MICHIGAN 8265
(ATTN: TED STENGER)

GENERAL MOTORS COMPANY
300 RENAISSANCE CENTER
DETROIT, MICHIGAN 48265
(ATTN: LAWRENCE S. BUONOMO, ESQ.)

CADWALADER, WICKERSHAM & TAFT LLP
ATTORNEYS FOR THE UNITED STATES
DEPARTMENT OF THE TREASURY
ONE WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
(ATTN: JOHN J. RAPISARDI, ESQ.)

UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE NW, ROOM 2312,
WASHINGTON, D.C. 20220
(ATTN: MATTHEW FELDMAN, ESQ.)

VEDDER PRICE, P.C.
ATTORNEYS FOR EXPORT DEVELOPMENT CANADA
1633 BROADWAY, 47TH FLOOR
NEW YORK, NEW YORK 10019
(ATTN: MICHAEL J. EDELMAN, ESQ. AND MICHAEL L. SCHEIN, ESQ.)

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTORNEYS FOR THE STATUTORY COMMITTEE
OF UNSECURED CREDITORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
(ATTN: KENNETH H. ECKSTEIN, ESQ., THOMAS MOERS MAYER, ESQ.,
ADAM C. ROGOFF, ESQ., AND GORDON Z. NOVOD, ESQ.)

OFFICE OF THE UNITED STATES TRUSTEE FOR
THE SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NEW YORK 10004
(ATTN: DIANA G. ADAMS, ESQ.)

U.S. ATTORNEY'S OFFICE, S.D.N.Y.
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK, NEW YORK 10007
(ATTN: DAVID S. JONES, ESQ. AND MATTHEW L. SCHWARTZ, ESQ.)

**IN LIEU OF ELECTRONIC MAIL**

ATLAS OIL COMPANY
124501 ECORSE ROAD
TAYLOR, MI 48180

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY 14625

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX 78505

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI 48214

DAVID V. COOKE, ASSISTANT CITY ATTORNEY
MUNICIPAL OPERATIONS
201 WEST COLFAX AVENUE, DEPT. 1207
DENVER, CO 80202

DORSEY & WHITNEY LLP
ATTN: MICHAEL FOREMAN, ESQ.
ATTY FOR BALLARD MATERIAL PRODUCTS INC.
250 PARK AVENUE
NEW YORK, NY 10177

EATON CORPORATION
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114

EDWARD S. DONINI, ESQ.
P.O. BOX 605
NEW SMFRNA BEACH, FL 32170

EL PASO CORPORATION
ATT: MICHAEL J. MCGINNIS, SENIOR ATTORNEY
1001 LOUISIANA, SUITE E 1943 A
HOUSTON, TX 77002

ELLIAS GROUP LLC
ATT: DAN ELLIAS
411 THEODORE FREMD AVENUE, SUITE 102
RYE, NY 10580

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN 55121

GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI 49417

HOWARD COUNTY OFFICE OF LAW
ATT: CAMELA J. SANDMANT, ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

IMPERICAL COUNTY TREASURER-TAX COLLECTOR
KAREN VOGEL, TREASURER TAX COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CA 92243

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY 10007

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA 19114

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY 14428

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX 77007

MADISON COUNTY, TAX COLLECTOR
ATT: LYNDA HALL
MADISON COUNTY COURT HOUSE
100 NORTHSIDE SQUARE
HUNTSVILLE, AL 35801

MELTZER, PURTILL & STELLE, LLC
ATT: FORREST B. LAMMIMAN
ATTY FOR BROADWAY IN CHICAGO LLC
300 SOUTH WACKER DRIVE, SUITE 3500
CHICAGO, IL 60606

MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-GMC, INC.
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT, NY 14450

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY 12205

P. RICHARD HARTLEY
415 E. COMMERCE STREET, SUITE 101
POST OFFICE BOX 583
GREENVILLE, AL 36037

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY 14217

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE, CA 90504

PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
DALSEO-GU, KR 704-801

R. ELPING, K. DINE & E. CARRIG
1540 BROADWAY
NEW YORK, NY 11036

SATURN OF ROCHESTER, INC.
ATT: DAVID P. STOETZEL
770 PANORAMA TRAIL SOUTH
P.O. BOX 25427
ROCHESTER, NY 14625

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC 20549

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN, MI 49417

TEAM CHEVROLET, INC.
ATT: THOMAS STEIGERWALD, VICE PRESIDENT
ROUTE 16
OLEAN, NY 14760

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR., PRESIDENT
3100 WINTON ROAD SOUTH
ROCHESTER, NY 14623

TORRES EDWARD ZUNIGA
BERMUDEZ, GENOVEVA
C/O COHEN & ASSOCIATES
8710 E Vista Bonita Dr
SCOTTSDALE, AZ 85255

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI,  MI 48377

TOYOTA MOTOR SALES U.S.A, INC.
ATT: TOBIN LIPPERT
19001 SOUTH WESTERN AVE, HQ12
TORRANCE, CA 90509

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05, 5400 LEGACY DRIVE
PLANO, TX 75024

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BOULEVARD
MAIL STOP 314
BOISE, ID 83714

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: LINDA D'AMICO
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07640

**Exhibit B**

steve.keller@affiniagroup.com; blc@ashrlaw.com; david.boyle@airgas.com; dfish@allardfishpc.com; cwoodruff-neer@alpine-usa.com; elizabeth.spangler@arcadis-us.com; giaimo.christopher@arentfox.com; rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com; sullivan.james@arentfox.com; dowd.mary@arentfox.com; dgoing@armstrongteasdale.com; dladdin@agg.com; frank.white@agg.com; jg5786@att.com; hwangr@michigan.gov; leslie.levy@nebraska.gov; bk-mbrowning@oag.state.tx.us; victoria.garry@ohioattorneygeneral.gov; raterinkd@michigan.gov; bk-kwalsh@oag.state.tx.us; przekopshaws@michigan.gov; neal.mann@oag.state.ny.us; jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com; rbernard@bakerlaw.com; wgibson@bakerlaw.com; summersm@ballardspahr.com; jgregg@btlaw.com; mark.owens@btlaw.com; rcpottinger@bslbv.com; ffm@bostonbusinesslaw.com; kurt.bock@basf.com; csalomon@beckerglynn.com; aspector@bergersingerman.com; patrick@bbslaw.com; tom@bbslaw.com; robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; anna.boelitz@bingham.com; jonathan.alter@bingham.com; mrichards@blankrome.com; kelbon@blankrome.com; jrumley@bcbsm.com; cdarke@bodmanllp.com; mbakst@bodmanllp.com; borgeslawfirm@aol.com; renee.dailey@bgllp.com; bankruptcy.asbpo.asbdom@braytonlaw.com; jmcdonald@briggs.com; wilkins@bwst-law.com; hall@bwst-law.com; kschweiker@brownconnery.com; rbrown@brownwhalen.com; schristianson@buchalter.com; peter.lee@bnsf.com; ccarson@burr.com; jkimble@burr.com; paige@bsplaw.com; sidorsky@butzel.com; fishere@butzel.com; sidorsky@butzel.com; fishere@butzel.com; radom@butzel.com; newman@butzel.com; cbblac@acxiom.com; john.rapisardi@cwt.com; douglas.mintz@cwt.com; peter.friedman@cwt.com; zachary.smith@cwt.com; rfiga@comlawone.com; rweinstein@cusa.canon.com; ei@capdale.com; pvnl@capdale.com; rer@capdale.com; tws@capdale.com; brcy@carsonfischer.com; brcy@carsonfischer.com; brcy@carsonfischer.com; mweinczok@casselsbrock.com; alan@chapellassociates.com; lcrichardson@chemicosystems.com; ccahill@clarkhill.com; rgordon@clarkhill.com; bsusko@cgsh.com; dbuell@cgsh.com; jbromley@cgsh.com; soneal@cgsh.com; dgottlieb@cgsh.com; rlincer@cgsh.com; andrew.brozman@cliffordchance.com; sarah.campbell@cliffordchance.com; tserventi@cobasys.com; bceccotti@cwsny.com; goldberg@cwg11.com; skomrower@coleschotz.com; sfalanga@connellfoley.com; chemrick@connellfoley.com; pretekin@coollaw.com; belkys.escobar@loudoun.gov; mbaxter@cov.com; sjohnston@cov.com; jcarberry@cl-law.com; lisa.wurster@dana.com; donald.bernstein@dpw.com; gm@dmms.com; rmeth@daypitney.com; msteen@daypitney.com; rmeth@daypitney.com; msteen@daypitney.com; adoshi@daypitney.com; info@dealertire.com; jpowers@debevoise.com; rfhahn@debevoise.com; james.moore@dechert.com; juliet.sarkessian@dechert.com; shmuel.vasser@dechert.com; contact-ocfo@dol.gov; dmertz@state.pa.us; csweeney@dickinsonwright.com; dcopley@dickinsonwright.com; dyitzchaki@dickinsonwright.com; jplemmons2@dickinsonwright.com; kewald@dickinsonwright.com; mchammer3@dickinsonwright.com; gdiconza@dlawpc.com; karol.denniston@dlapiper.com; jennifer.nassiri@dlapiper.com; psykes@dow.com; kristin.going@dbr.com; stephanie.wickouski@dbr.com; kristin.going@dbr.com; ellen.j.kullman@usa.dupont.com; tim@leuliettepartners.com; mpartipilo@dmimail.com; ayala.hassell@hp.com; rhiersteiner@eapdlaw.com; jdarcey@eapdlaw.com; azuccarello@eapdlaw.com; jgroves@eapdlaw.com; cbodell@eapdlaw.com; jwhitlock@eapdlaw.com; george.sanderson@elliswinters.com; george.sanderson@elliswinters.com; akatz@entergy.com; deisenberg@ermanteicher.com; druhlandt@ermanteicher.com; eerman@ermanteicher.com; mkogan@ecjlaw.com; pjazayeri@ecjlaw.com; ngoteiner@fbm.com; rrross@fedex.com; ppascuzzi@ffwplaw.com; rhuey@foley.com; vavilaplana@foley.com; mriopelle@foley.com; auetz@foley.com; fdicastri@foley.com; jmurch@foley.com; jlee@foley.com; sbarbatano@foley.com; maiello@foley.com; sbarbatano@foley.com; shilfinger@foley.com; sbarbatano@foley.com; jsimon@foley.com; kcatanese@foley.com; sseabolt@foley.com; shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com; shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com; tspillane@foley.com; jsimon@foley.com; kcatanese@foley.com; klynch@formanlaw.com; fstevens@foxrothschild.com; gwallace@fraserlawfirm.com; ahammer@freebornpeters.com; tfawkes@freebornpeters.com; rgreenberg@dclawfirm.com; drosenzweig@fulbright.com; mhaut@fulbright.com; lboydston@fulbright.com; lstrubeck@fulbright.com; lboydston@fulbright.com; mparker@fulbright.com; drosenzweig@fulbright.com; jrabin@fulbright.com; dcrapo@gibbonslaw.com; dfeldman@gibsondunn.com; mjwilliams@gibsondunn.com; glenn.reisman@ge.com; jflaxer@golenbock.com; dfurth@golenbock.com; avassallo@golenbock.com; bmehlsack@gkllaw.com; drosner@goulstonstorrs.com; gkaden@goulstonstorrs.com; Kadish, Allen G. (Shld-NY-Bky); Salazar, Luis (Shld-Mia-Bky/Priv); jdivack@hahnhessen.com; hpatwardhan@hahnhessen.com; ldpowar@hahnlaw.com; dademarco@hahnlaw.com; cbattaglia@halperinlaw.net; jdyas@halperinlaw.net; info@harmanbecker.de; jaho@hselaw.com; wkreienberg@hselaw.com; jweider@hselaw.com; ipalermo@hselaw.com; jweider@hselaw.com; ipalermo@hselaw.com; kafricano@hselaw.com; rfink@hselaw.com; rfink@hselaw.com; jonathan.hook@haynesboone.com; patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com; charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com; judith.elkin@haynesboone.com; matthew.russell@haynesboone.com; bshort@hsblawfirm.com; sselbst@herrick.com; prubin@herrick.com; ecurrenti@hess.com; mike.nefkens@eds.com; ramona.neal@hp.com; linda.damico@hp.com; tcurran@haslaw.com; skatzoff@hblaw.com; skatzoff@hblaw.com; sagolden@hhlaw.com; bjgrieco@hhlaw.com;

jsgroi@honigman.com; rweiss@honigman.com; tsherick@honigman.com; elarson@hss-mms.com; jrhunter@hunterschank.com; tomschank@hunterschank.com; jrsmith@hunton.com; ppartee@hunton.com; rnorton@hunton.com; sbernstein@hunton.com; anne.boudreau@ic.gc.ca; rgriffin@iuoe.org; memberservices@iuawfcu.com; nganatra@uaw.net; mneier@ibolaw.com; jlsaffer@jlsaffer.com; rkruger@jaffelaw.com; dmurray@jenner.com; ptrostle@jenner.com; jboyles@jhvgglaw.com; mam@johnstonbarton.com; takaya_yamada@jtekt.co.jp; jeff.rich@klgates.com; eric.moser@klgates.com; rsmolev@kayescholer.com; jstitt@kmklaw.com; twilson@kelley-ferraro.com; kdwbankruptcydepartment@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; info@kemkrest.com; lmagarik@kjmlabor.com; sjennik@kjmlabor.com; tmurray@kjmlabor.com; pwh@krwlaw.com; jed@krwlaw.com; ecf@kaalaw.com; bcrowley@klehr.com; jwe@kjk.com; fberg@kotzsangster.com; jmacyda@kotzsangster.com; acaton@kramerlevin.com; gplotko@kramerlevin.com; tmayer@kramerlevin.com; arogoff@kramerlevin.com; rschmidt@kramerlevin.com; lmacksoud@kramerlevin.com; jsharret@kramerlevin.com; tah@kompc.com; dmb@kompc.com; psm@kompc.com; mws@kompc.com; abruski@lambertleser.com; scook@lambertleser.com; robert.rosenberg@lw.com; adam.goldberg@lw.com; gabriel.delvirginia@verizon.net; sheehan@txschoollaw.com; larrykraines@gmail.com; michael.hastings@leclairryan.com; michael.conway@leclairryan.com; shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; austin.bankruptcy@publicans.com; kwalsh@lockelord.com; tmcfadden@lockelord.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; khk@maddinhauser.com; msl@maddinhauser.com; smatta@mattablair.com; dhartheimer@mazzeosong.com; kab@mccarthylebit.com; rrk@mccarthylebit.com; sveselka@mvbalaw.com; mreed@mvbalaw.com; dgoff@mvbalaw.com; janwoolley@mgwl.com; cdorkey@mckennalong.com; cgraham@mckennalong.com; jmayes@mckennalong.com; lamme@mltw.com; privitera@mltw.com; elobello@msek.com; elobello@msek.com; hkolko@msek.com; msholmes@cowgillholmes.com; gillcr@michigan.gov; funds@michigan.gov; wcacinfo@michigan.gov; mbarr@milbank.com; tlomazow@milbank.com; skhalil@milbank.com; ecfsarbt@millerjohnson.com; ecfwolfordr@millerjohnson.com; hutchinson@millercanfield.com; robbins@millercanfield.com; fusco@millercanfield.com; swansonm@millercanfield.com; pricotta@mintz.com; sdnyecf@dor.mo.gov; nramsey@mmwr.com; joneil@mmwr.com; cynthialowery@mvalaw.com; agottfried@morganlewis.com; rtoder@morganlewis.com; hbeltzer@morganlewis.com; eliu@morganlewis.com; rmauceri@morganlewis.com; bankruptcy@morrisoncohen.com; jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com; lawrence.s.buonomo@gm.com; tstenger@alixpartners.com; cmcmanus@muchshelist.com; mkoks@munsch.com; rurbanik@munsch.com; rsox@dealerlawyer.com; nwbernstein@nwbllc.com; dbrody@borahgoldstein.com; gkelly@narmco.com; george.cauthen@nelsonmullins.com; linda.barr@nelsonmullins.com; cameron.currie@nelsonmullins.com; peter.haley@nelsonmullins.com; maureen.leary@oag.state.ny.us; susan.taylor@oag.state.ny.us; cmomjian@attorneygeneral.gov; info@andrewcuomo.com; lucas.ward@ohioattorneygeneral.gov; mjr1@westchestergov.com; michelle.sutter@ohioattorneygeneral.gov; rwyron@orrick.com; rfrankel@orrick.com; lmcgowen@orrick.com; aenglund@orrick.com; crogers@orrick.com; jansbro@orrick.com; crogers@orrick.com; email@orumroth.com; tsandler@osler.com; dwallen@oshr.com; jhelfat@oshr.com; ssoll@oshr.com; oshr-gm-bk@oshr.com; chipford@parkerpoe.com; mrichman@pattonboggs.com; msalzberg@pattonboggs.com; miachan@pattonboggs.com; arosenberg@paulweiss.com; harveystrickon@paulhastings.com; akornberg@paulweiss.com; jkoevary@paulweiss.com; akornberg@paulweiss.com; rzubaty@paulweiss.com; ipohl@paulweiss.com; arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com; sshimshak@paulweiss.com; pweintraub@paulweiss.com; maricco.michael@pbgc.gov; terry.miller@penske.com; toolee@pepperlaw.com; caseyl@pepperlaw.com; jaffeh@pepperlaw.com; carignanj@pepperlaw.com; kayesd@pepperlaw.com; kovskyd@pepperlaw.com; ebanda@pbfcm.com; joy.e.tanner@altria.com; richard.epling@pillsburylaw.com; erica.carrig@pillsburylaw.com; richard.epling@pillsburylaw.com; karen.dine@pillsburylaw.com; erica.carrig@pillsburylaw.com; tsadutto@platzerlaw.com; dlerner@plunkettcooney.com; dbernstein@plunkettcooney.com; mfleming@plunkettcooney.com; jsmairo@pbnlaw.com; rmschechter@pbnlaw.com; dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com; rmcneill@potteranderson.com; bunch@ppg.com; sjg@previant.com; fp@previant.com; rpatel@pronskepatel.com; srutsky@proskauer.com; aberkowitz@proskauer.com; faye.feinstein@quarles.com; christopher.combest@quarles.com; jrabinowitz@rltlawfirm.com; rrm_narumanchi@hotmail.com; linda.galipeau@us.randstad.com; stingey@rqn.com; lee_cooper@raytheon.com; eschaffer@reedsmith.com; kgwynne@reedsmith.com; cfelicetta@reidandriege.com; tlzabel@rhoadesmckee.com; rmallenski@aol.com; richardnotice@rwmaplc.com; mfriedman@rkollp.com; ksambur@rkollp.com; jshickich@riddellwilliams.com; akress@riker.com; akress@riker.com; rkchevysales@rkautogroup.net; judith.adler@us.bosch.com; rsmith@cniinc.cc; rpm@robinsonbrog.com; aleffert@rwolaw.com; kstrickland@rmkb.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; aisenberg@saul.com; jhampton@saul.com; tcurrier@saul.com; rheilman@schaferandweiner.com; glee@schaferandweiner.com; bbressler@schnader.com; aadams@schnader.com; rbarkasy@schnader.com; mbarrie@schnader.com; bdeutsch@schnader.com; david.karp@srz.com; adam.harris@srz.com; mschonfeld@gibsondunn.com; dlin@seyburn.com; lstein@seyburn.com; bshaw100@shawgussis.com; fsosnick@shearman.com; jfrizzley@shearman.com; etillinghast@sheppardmullin.com;

mcademartori@sheppardmullin.com; bwolfe@sheppardmullin.com; achaykin@shinnfuamerica.com; scotts@shivelybros.com; kkansa@sidley.com; avery@silvermanmorris.com; arosen@silvermanacampora.com; dmack@stblaw.com; ppantaleo@stblaw.com; levick@singerlevick.com; mshriro@singerlevick.com; kayalyn.marafioti@skadden.com; jack.butler@skadden.com; nboehler@cbmlaw.com; cmeyer@ssd.com; tcornell@stahlcowen.com; ccaldwell@starkreagan.com; wpayne@stemberfeinstein.com; edoyle@stemberfeinstein.com; jstember@stemberfeinstein.com; efeinstein@stemberfeinstein.com; shgross5@yahoo.com; cbullock@sbplclaw.com; sgoll@sbplclaw.com; nashvillebankruptcyfilings@stites.com; bmeldrum@stites.com; streusand@streusandlandon.com; lbrimer@stroblpc.com; esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com; newton@sbep-law.com; klewis@tblawllp.com; jteitelbaum@tblawllp.com; marvin.clements@ag.tn.gov; lischen@tcwtgn.com; kenneth_freda@gardencitygroup.com; casey.roy@oag.state.tx.us; dkowich@umich.edu; rbrownlee@thompsoncoburn.com; jesse@tipotexchevrolet.com; abauer@torys.com; tmartin@torys.com; sdellafera@trenklawfirm.com; brett.goodman@troutmansanders.com; jeffrey.kelley@troutmansanders.com; paula.christ@trw.com; joseph.samarias@do.treas.gov; mkilgore@up.com; david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; matthew.schwartz@usdoj.gov; joseph.cordaro@usdoj.gov; antitrust.atr@usdoj.gov; askdoj@usdoj.gov; djury@usw.org; andy.smith@valeo.com; francoise.colpron@valeo.com; mjedelman@vedderprice.com; mjedelman@vedderprice.com; mschein@vedderprice.com; ezavalkoff-babej@vedderprice.com; lakatz@venable.com; roran@velaw.com; harry.nieman@voith.com; tscobb@vorys.com; gtoering@wnj.com; crusemg@wnj.com; sgrow@wnj.com; rbarrows@wdblaw.com; rbarrows800@gmail.com; harvey.miller@weil.com; joseph.smolinsky@weil.com; stephen.karotkin@weil.com; karpek@whiteandwilliams.com; dockterman@wildman.com; young@wildman.com; friedman@wildman.com; dpacheco@wilentz.com; laccarrino@wilentz.com; uncbill@msn.com; dennis.jenkins@wilmerhale.com; philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com; cschreiber@winston.com; djrichardson@winston.com; mbotica@winston.com; mcohn@winston.com; sschwartz@winston.com; wdcoffeylaw@yahoo.com; swolfson@wolfsonbolton.com; jwyly@wylyrommel.com; skrause@zeklaw.com; bleinbach@zeklaw.com; mbeatman@zeislaw.com; jverillo@zeislaw.com