# EXHIBIT A

| Client ID | First Name of Creditor | Last Name of Creditor | Address1 | Address2 | City | State | Zip Code | Reserved | Form of Agreement / Instrument Empowering Entity to Act on Behalf | Amount of Claim of Creditor if Liquidated | Date of Acquisition of Creditor's Claim if Acquired Within 1 Year of Petition Date | Type of Disease | Pertinent Facts and Circumstances Regarding Employment of Counsel | Type of Injury |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24607 | D | Allen | 476 TOWNSHIP ROAD #1239 | | Procterville | OH | 45669 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32076 | Thelma | Allen | 258 W Dennick | | YOUNGSTOWN | OH | 44504 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 26892 | Lawrence | Barnes | 7005 LOCKWOOD BLVD | | Youngstown | OH | 44512 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 35000 | David | Barrera | 205 EAST FIRST STREET | | San Juan | TX | 78589 | | B-2; Referral Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32096 | Jacqueline | Barrett | 459 ARBOR CIRCLE | | Youngstown | OH | 44505 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32099 | Gerald | Bartholomew | 1008 WABASH AVE | | Youngstown | OH | 44502 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32100 | Gerald | Basen | 465 CORTSVILLE RD | | Campbell | OH | 44405 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 35003 | James | Battye | 5838 FREEMANS FARM | | San Antonio | TX | 78233 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32104 | Emma | Bell | 465 ALAMEDA AVE | | Youngstown | OH | 44504 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |

| ID | First | Last | Address | City | State | Zip | Claim Type | Timing | Condition | Note | Injury |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32110 | Andrew | Benson | 4015 MONTICELLO BLVD # 207 | Youngstown | OH | 44505 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32111 | Glenn | Berch | 1209 CHARLOTTE | Youngstown | OH | 44506 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32129 | Frederick | Brooks | 336 Greenbriar Drive | RAVENNA | OH | 44266 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 32051 | Sandra | Conrad | 2353 MARK STREET | Croswell | MI | 48422 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | MESOTHELIOMA | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 25020 | William | Crouse | 6026 TETLIN FIELD DR | New Albany | OH | 43054 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | MESOTHELIOMA | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 37400 | Stan | Dooley | 37146 Superior Ave. | BURNEY | CA | 96013 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | LUNG CANCER | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 23206 | Frederick | Douglas | 4005 WELLACHER DR SW | Warren | OH | 44481 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 26889 | Ricky | Dudek | 3109 MEANDERWOOD DRIVE | Canfield | OH | 44406 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 36742 | Frank | Duffie | 11109 Brahms Lane | DAVISON | MI | 48423 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | MESOTHELIOMA | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 24554 | Steve | England | 3405 Gander Drive | JEFFERSONVILLE | IN | 47130 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32225 | Tommy | Evans | 16605 BRYCE AVE | Cleveland | OH | 44128 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |

| ID | First | Last | Address 1 | Address 2 | City | State | Zip | Claim Type | Timing | Condition | Description | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23212 | Donald | Ficke | 1790 Main Street EXT SW | | WARREN | OH | 44481 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32248 | Joseph | Gardi | 188 Portal Drive | | CORTLAND | OH | 44410 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 26927 | Roger | Gottschalk | 534 West Ash St. | | MASON | MI | 48854 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | LUNG CANCER | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 32275 | Renee | Grant | 711 LIBERTY RD | | Youngstown | OH | 44505 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32277 | Van | Gray | 222 RUTLEDGE | | Youngstown | OH | 44505 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 25660 | Joseph | Green | 3388 West 20th Avenue | | GARY | IN | 46404 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 35696 | Paul | Griffith | PO BOX 687 | 847 E 24TH STREET | Baxter Springs | KS | 66713 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 23224 | Jesse | Harris | 714 OXFORD AVE | | Youngstown | OH | 44510 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32735 | Anderson | Henry | 240 NORWOOD AVE | | Youngstown | OH | 44504 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 26201 | Walter | Hickman | 3340 NEWTON TOMLINSON | | Warren | OH | 44481 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32304 | Vernest | Hildreth | 30 Butterfly Way | | LOVINGTON | GA | 30016 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |

| ID | First | Last | Address | City | State | Zip | | Claim Type | | Timing | Disease | Reason | Injury Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32305 | Ludell | Hill | PO Box 384 | CAMPBELL | OH | 44405 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32314 | Laverne | Howard | 445 W RAVENWOOD | Youngstown | OH | 44511 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 41981 | Charles | Hutson | 1952 East I | BALLANTINE | MT | 59006 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 25707 | William | Johnson | 1106 DRAPER | Joliet | IL | 60432 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 51811 | David | King | 2256 N. Diamond Mill Road | BROOKVILLE | OH | 45309 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Lung Cancer | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32361 | Richard | Korhan | 1269 Victory Hill Ln | YOUNGSTOWN | OH | 44515 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32365 | Tony | Koulianos | 116 REGENT ST | Campbell | OH | 44405 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 41366 | Glen | Kruse | 1164 YARBOROUGH RD | Cassatt | SC | 29032 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | LUNG CANCER | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 32395 | Rahman | Long | 29 BROOKLINE AVE | Youngstown | OH | 44505 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 43638 | Miles | Mabe | 171 VI MAE DR | Lexington | NC | 27295 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | OTHER CANCER | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 32404 | Robert | Macovitz | 1830 COITSVILLE | Hubbard Road | OH | 44505 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |

| ID | First | Last | Address | City | State | Zip | | Claim Type | | Timing | Condition | Reason | Case Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25850 | John | Modisette | 2621 DEER CROSSING | El Dorado | AR | 71730 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 23281 | Martin | Novotny | 16482 LEFFINGWILL RD | Berlin Center | OH | 44401 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 25666 | Irma | Orr | 7226 Roosevelt Circle | MERRILLVILLE | IN | 46410 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 26214 | James | Paul | 1005 LESLIE LANE | Girard | OH | 44420 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 24564 | Thomas | Peak | 218 S OAK STREET | Clarksville | IN | 47129 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32536 | Bayard | Rader | 39 WEST QUARRY STREET, APT 8 | Newton Falls | OH | 44444 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 50299 | David | Rexroad | 3560 Woodbine Avenue | YOUNGSTOWN | OH | 44425 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32555 | William | Richards | 911 NANCY ST | Niles | OH | 44446 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32568 | Robert | Roof | 1705 DIFFORD DR | Niles | OH | 44446 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32573 | Charles | Rounsaville | 1381 SCIOTO ST | Youngstown | OH | 44505 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32577 | Jesse | Sanders | 2837 OAK ST EXT | Youngstown | OH | 44505 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |

| ID | First | Last | Address | City | State | Zip | | Claim Type | | Time | Disease | Claim Description | Injury Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23313 | Edward | Semeraro | 17837 COURTNEY RD | Beloit | OH | 44609 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 28503 | George | Sparr | 296 Cimarron Drive | HOWELL | MI | 48855 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | LUNG CANCER | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 32641 | Royal | Stargell | 2115 JEFFERSON ST SW | Warren | OH | 44485 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32617 | Edward | Svetlak | 1759 MATHEWS RD | Poland | OH | 44514 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32649 | Paul | Temelkoff | 11 RED FERN DR | Youngstown | OH | 44505 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32676 | Raul | Valentin | 1582 CRAIGLEE AVE | Youngstown | OH | 44506 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32700 | Lusandy | Watson | 247 4TH ST | Warren | OH | 44483 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32713 | Lee | Williams | 416 ARLINGTON | Youngstown | OH | 44502 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 20580 | Tommie | Williams | 1113 ROBINSON STREET | Port Gibson | MS | 39150 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |