## LIMITED POWER OF ATTORNEY AND PROXY

To:    Brent Coon
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701

    The undersigned claimant hereby authorizes Brent Coon & Associates, as attorney in fact for the undersigned and with full power of substitution to vote on any questions that may be lawfully submitted to creditors of any Defendant who is bankrupt or who may hereafter go bankrupt (hereinafter "Debtor"), in any bankruptcy proceeding involving debtor filed on behalf of the Debtor; to submit Official Unsecured Creditors' Committee Questionnaire; to serve on any committee; to vote, after review of the appropriate disclosure statements, for or against any Plan of Reorganization of the Debtor; and, in general, to perform any act for the undersigned in all matters arising in this case. Undersigned gives Attorney a power of attorney to execute all reasonable and necessary documents connected with the handling of their asbestos lawsuit including pleadings, contracts, checks or drafts, settlement agreements, verifications, dismissals and orders and any and all other documents that Client could properly execute. This is in addition to any other limited powers previously provided to counsel through previously signed documents.

Dated: _____

Signed: _____

Printed Name: _____

Street: _____

City: _____ State: _____

SS#: _____

Subscribed and sworn to before me this \_\_\_\_ day of _____, 200\_

_____
Notary Public