## GLOBAL PROXY

The undersigned Claimant hereby authorizes *Cletus P. Ernster III, P.C.*, Attorney At Law, or any associated attorneys, to act as attorney-in-fact for the undersigned, with full power of substitution, to vote on any question that may be lawfully submitted to creditors of any debtor in bankruptcy, or otherwise, to vote for a Trustee of the Estate of any bankrupt debtor and for a Committee of Creditors; and in general, to perform any act not constituting the practice of law for the undersigned in all matters arising, or related to Claimant's asbestos case, including, but not limited to, any matter relating to any debtor who has filed for Federal or State bankruptcy protection. Although you have a contract with these lawyers authorizing them to prosecute your claim to settlement or judgment, this Proxy will ensure that your attorneys are able to vote on your behalf on any matters arising from any bankruptcy proceedings which may affect your case.

A copy of this document serves as an original.

Signed: _____

Printed Name: _____

Social Security Number: _____