Elihu Inselbuch, Esq.
(ei@capdale.com)
CAPLIN & DRYSDALE CHARTERED
375 Park Avenue, 35th Floor
New York, NY  10152-3500

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
                                        :
**In re**                                 :
                                        :  **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY**            :
**f/k/a GENERAL MOTORS CORPORATION,**     :  **09-50026 (REG)**
*et al.*                                :
                        **Debtors.**      :  **(Jointly Administered)**
                                        :
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK  )

Eugenia Benetos, being duly sworn, deposes and says: I am not a party to within this action, am over 18 years of age and reside in Astoria, New York.

On the 3rd day of December, 2009, I caused to be served a Verified Statement of Brent Coon & Associates under Bankruptcy Rule 2019 with exhibits on the parties listed below by regular mail.

All other parties entitled to notice were served via E-mail through the Court's ECF System.

- 2 -

_Eugenia Benetos_

Sworn to before me this
3rd day of December, 2009.

_Barbara Holtz_
Notary Public
BARBARA HOLTZ
Notary Public, State of New York
No. 01HO4620736
Qualified in NEW YORK County
Commission Expires APRIL 30, 2011

**VIA REGULAR MAIL:**

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
WEIL, GOTSHAL & MANGES LLP
Counsel for Debtors
767 Fifth Avenue
New York, New York 10153

Court of the Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green—Room 627
New York, NY 10004-1408
Diana G. Adams, Esq.
Brian S. Masumoto, Esq.
United Stated Department Of Justice
Office of the United States Trustee
33 Whitehall Street—21st Floor
New York, New York 10004

- 3 -

David S. Jones, Esq.
Matthew L. Schwartz, Esq.
U.S. Attorney's Office-SDNY
86 Chambers Street—Third Floor
New York, New York 10007

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, Michigan 48090-9025
Attn: Warren Command Center
Mailcode: 480-206-114

U.S. Treasury
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue, NW—Room 2312
Washington, DC 20220