**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                      :
**In re**                                             :        **Chapter 11 Case No.**
                                                      :
**MOTORS LIQUIDATION COMPANY**, *et al.*,   :        **09-50026 (REG)**
     f/k/a General Motors Corp., *et al.*             :
                                                      :
                              **Debtors.**            :        **(Jointly Administered)**
                                                      :
-------------------------------------------------------------------x

## TENTH OMNIBUS ORDER PURSUANT TO 11 U.S.C. § 365 OF THE BANKRUPTCY CODE TO REJECT CERTAIN EXECUTORY CONTRACTS

Upon the motion, dated November 16, 2009 (the "**Motion**")[1], of Motors

Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in

possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to

section 365(a) of title 11, United States Code (the "**Bankruptcy Code**"), for entry of an order

authorizing the Debtors to reject certain executory contracts, all as more fully described in the

Motion; and due and proper notice of the Motion having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all

parties in interest and that the legal and factual bases set forth in the Motion establish just cause

for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it

is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that each of the Executory Contracts listed on **Annex I** attached

hereto is an executory contract capable of being rejected under section 365 of the Bankruptcy

Code; and it is further

ORDERED that the rejection of the Executory Contracts, as set forth herein, (1)

constitutes an exercise of sound business judgment by the Debtors, made in good faith and for

legitimate commercial reasons; (2) is appropriate and necessary under the circumstances

described in the Motion; and (3) is warranted and permissible under sections 105 and 365 of the

Bankruptcy Code and Bankruptcy Rule 6006; and it is further

ORDERED that pursuant to section 365 of the Bankruptcy Code and Bankruptcy

Rules 6006 and 9014, the rejection of the Executory Contracts listed on **Annex I** attached hereto

and all related agreements, amendments and supplements thereto is hereby authorized and

approved, effective as of rejection dates (the "**Rejection Dates**") set forth on **Annex I**; and it is

further

ORDERED that the Motion has been adjourned with respect to the rejection of

the following Executory Contracts:  (1) Class Action Settlement Agreement Regarding Saturn

Vehicles Containing Variable Transmission Intelligence ("**VTi**") Transmissions, dated as of

April 14, 2009, and (2) Asset Purchase Agreement with DRA, Inc. and DR International, Inc.,

dated as of July 13, 1994, to December 16, 2009 at 2:00 p.m. (Eastern Time).  **Annex I** to this

Order has been amended to reflect the removal of the above Executory Contracts; and it is

further

ORDERED that the parties to the Executory Contracts shall have until **5:00 p.m.**

**(Eastern Time)** on the date that is **thirty (30) days** after service of this Order to file a proof of

claim with respect to any claim for damages arising from the rejection of the Executory

Contracts; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation, interpretation and/or enforcement of this

Order.

Dated: **_December 3, 2009_**
New York, New York

**_s/ Robert E. Gerber_**
UNITED STATES BANKRUPTCY JUDGE

**<u>Annex I</u>**

**Executory Contracts**

US_ACTIVE:\43242849\01\72240.0639