| | **EXECUTORY CONTRACTS** | | | | |
|---|---|---|---|---|---|
| | **Contract Counterparty** | **Counterparty Address** | **Contract Description** | **Contract Date** | **Rejection Date** |
| 1 | Girard Gibbs LLP<br>Shughart Thomson & Kilroy, P.C.<br>C/O<br>Michael Gutzler et al v General Motors Corporation, Case No. 03CV208786 | Eric H. Gibbs<br>Girard Gibbs LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br><br>P. John Brady<br>Shughart Thomson & Kilroy, P.C.<br>Twelve Wyandotte Plaza<br>120 West 12 Street<br>Kansas City, MO 64105 | Class Action Settlement Agreement Regarding Intake Manifold Gasket Leaks and Similar Engine Coolant System Issues (Missouri only) | 03/26/2008 | 12/03/2009 |
| 2 | Girard Gibbs LLP<br>Shughart Thomson & Kilroy, P.C.<br>C/O<br>Sadowski et al v General Motors Corporation, Case No. HG03091369; Bertino et al v General Motors Corporation, Case No. CV025770 | Eric H. Gibbs<br>Girard Gibbs LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br><br>P. John Brady<br>Shughart Thomson & Kilroy, P.C.<br>Twelve Wyandotte Plaza<br>120 West 12 Street<br>Kansas City, MO 64105 | Master Class Action Settlement Agreement Regarding Intake Manifold Gasket Leaks and Similar Engine Coolant System Issues | 03/01/2008 | 12/03/2009 |
| 3 | Girard Gibbs LLP<br>C/O<br>Jason Anderson et al v General Motors Corporation, Case No. JCCP4396 | Elizabeth C. Pritzker<br>Girard Gibbs LLP<br>601 California St., 14th Floor<br>San Francisco, CA 94108 | Class Action Settlement Agreement Regarding 1999-2003 Model Year Chevrolet Silverados With Piston or Piston Pin Noise Issues. | 05/13/2009 | 12/03/2009 |