UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,                         :
    f/k/a General Motors Corp., *et al.*                :    09-50026 (REG)
                                                              :
          Debtors.                                :    (Jointly Administered)
                                                              :
---------------------------------------------------------------x

DECISION ON RADHA R.M. NARUMANCHI'S
RENEWED MOTION TO GIVE ACCESS TO CERTAIN
DOCUMENTS FILED UNDER SEAL AS WELL AS TO
OTHER DOCKETED DOCUMENTS

BEFORE:    ROBERT E. GERBER
           UNITED STATES BANKRUPTCY JUDGE

In these jointly administered chapter 11 cases of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), Radha R.M. Narumanchi ("**Narumanchi**") moves for an order giving him access to certain documents filed under seal as well as to other docketed documents (the "**Motion**"). The Motion will be granted if, and only if, Narumanchi executes and complies with the relevant protective orders that I have previously put in place in these proceedings (Docket Nos. 3399, 2434, and 2453) as a condition to obtaining access to sealed or other confidential materials. That is an eminently reasonable requirement, as no persuasive reason has been advanced for dispensing with it.

Nothing in this decision should be deemed to be authorization to include in any record on appeal anything not before me or considered by me when I issued my July 5, 2009, decision on

the sale of substantially all of the Debtors' assets or anything else from which Narumanchi appeals.[1]

Dated: New York, New York      _s/ **Robert E. Gerber**_
       December **3**, 2009           United States Bankruptcy Judge

---

[1] *See In re Ames Dept. Stores, Inc.*, 320 B.R. 518, 522 (Bankr. S.D.N.Y. 2005) ("[T]he touchstone for the designation of a matter as part of the record is whether the matter was before the lower court (or at least considered by that court) in entering the order or judgment appealed from.").