UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                :
                                                            :
                            Debtors.                 :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

### ORDER DENYING THE MOTIONS OF RADHA R.M. NARUMANCHI TO GIVE ACCESS TO CERTAIN DOCUMENTS FILED UNDER SEAL AS WELL AS OTHER DOCKETED DOCUMENTS

Upon the motion, dated July 23, 2009 (the "**Initial Motion**"), the supplemental motion, dated August 5, 2009 (the "**Supplemental Motion**"), and the "renewed motion," dated November 23, 2009 (the "**Renewed Motion**," and together with the Initial Motion and the Supplemental Motion, the "**Motions**") of Radha R.M. Narumanchi ("**Narumanchi**"), requesting access to certain documents filed under seal in connection with (i) Narumanchi's appeal of this Court's order authorizing and approving the sale of assets (the "**Sale**") to NGMCO, Inc., a U.S. Treasury-sponsored purchaser (the "**Appeal**"), and (ii) the adversary proceeding styled *Radha Raman Murty Narumanchi v. General Motors Corporation, et al.*, Adv. No. 09-00501 (the "**Adversary Proceeding**"); and upon the joint objection (the "**Objection**") of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), the United States of America, Frederick A. Henderson and Kent Kresa (individual defendants in the Adversary Proceeding), and the Affidavit of Irwin H. Warren in support of the Objection; and upon the joint response (the "**Joint Response**") of Motors Liquidation Company (f/k/a General Motors Corporation) and the United States of America to the Renewed Motion; and after due deliberation and sufficient cause appearing therefor, it is

US_ACTIVE:\43242766\01\72240.0639

ORDERED that the Motions are denied except to the limited extent otherwise provided herein; and it is further

~~ORDERED that the Objection and the Joint Response are granted as and to the extent provided herein; and it is further~~

ORDERED that Narumanchi shall only be allowed to access the Sealed Documents[1] if he executes and agrees to be bound by the Agreed Protective Order and the Government Confidentiality Orders; and it is further

~~ORDERED that Narumanchi shall not be permitted to utilize the Sealed Documents provided to him pursuant to this Order in order to respond to the Motions to Dismiss; and it is further~~

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       December **3**, 2009

                                            *s/ Robert E. Gerber*
                                            United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Objection and the Joint Response.