Paul J. Ricotta, Esq. (PR-6002)
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorney for:
    Hitachi, Ltd. Automotive Systems
    Hitachi Automotive Products (USA), Inc.
    Tokico (USA) Inc.
    Hitachi Cable Indiana, Inc.
    HC Queretaro SA de CV

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**In re:**                                                  :
                                      : **Chapter 11 Case No.**
**GENERAL MOTORS CORPORATION et al.,** :
                                      : **09-50026-REG**
        **Debtors.**                                    : **(Jointly Administered)**
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF HITACHI, LTD.
TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN
EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL
PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL
<u>PROPERTY AND (II) CURE AMOUNTS RELATED THERETO</u>**

**PLEASE TAKE NOTICE THAT:**

       Hitachi, Ltd. ("<u>Hitachi</u>"), by and through its undersigned counsel, hereby withdraws the Limited Objection of Hitachi, Ltd. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "<u>Limited Objection</u>") [Docket No. 1149].

DATED: December 3, 2009               Respectfully submitted,

*/s/ Paul J. Ricotta*_____
Paul J. Ricotta (PR-6002)
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000 (tel.)
(617) 542-2241 (fax)

Paul J. Ricotta, Esq. (PR-6002)
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Attorney for Hitachi Automotive Systems
       Hitachi Automotive Products (USA), Inc.,
       Tokico (USA), Inc.
       Hitachi Cable Indiana, Inc.
       HC Queretaro SA de CV

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11 Case No.** |
| **GENERAL MOTORS CORPORATION, et al.,** | : | |
| | : | **09-50026-REG** |
| Debtors. | : | **(Jointly Administered)** |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Paul J. Ricotta, do hereby certify that on the 3rd day of December, 2009, I caused a copy of the Notice of Withdrawal of Limited Objection of Hitachi, Ltd. to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto to be served by overnight mail upon all parties on the attached service list.

Dated: December 3, 2009                        /s/ *Paul J. Ricotta*
                                                    Paul J. Ricotta

**Office of the United States Trustee**
Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

**U.S. Treasury**
Attn: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

**Counsel to EDC**
Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**Chambers Copy**
Hon. Robert E. Gerber
United States Bankruptcy Court
One Bowling Green, Room 621
New York, NY 10004-1408

**Counsel to the Debtor**
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

**Counsel to the Purchaser**
John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Counsel to Creditors' Committee**
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

4676304v.1