Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com

**COUNSEL FOR BOYD BRYANT, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - §
                                                              §
**In re:**                                                    §
                                                              §   **Chapter 11**
**GENERAL MOTORS CORPORATION,**                               §
*et al*                                                       §
                                                              §   **CASE NO. 09-50026 (REG)**
                                                              §
            **Debtor.**                                       §   **Jointly Administered**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - §

## CERTIFICATE OF SERVICE

Rakhee V. Patel, being duly sworn, deposes and says:

     1.     I am over the age of 18, am not a party to this action, am a partner at the law firm of Pronske & Patel, P.C., 2200 Ross Avenue, Suite 5350, Dallas, Texas 75201.

     2.     I hereby certify that on the 30th day of November, 2009, pursuant to Rules 2004, 9014 and/or 7004 of the Federal Rules of Civil Procedure, I caused copies of the following document:

     a)     Motion for an Order Allowing Plaintiffs to File a Class Proof of Claim and Alternative Motion, Subject to Motion for an Order Allowing Plaintiffs to File a Class Proof of Claim, for the Application of Federal Rule of Bankruptcy Procedure 7023 Pursuant to Federal Rule of Bankruptcy Procedure 9014 (the "Motion")

to be served by email, and/or First Class U. S. Mail on the parties listed on the Service List

attached hereto.

**CERTIFICATE OF SERVICE – PAGE 1**

3.      I further certify that on December 1, 2009, additional service was effected upon

the parties listed below via email:

| | |
|---|---|
| BORGES & ASSOCIATES, LLC<br>Attn: Wanda Borges, Esq.<br>Atty for Raycom Media, Inc.<br>575 Underhill Blvd., Suite 118<br>Syosset, NY 11791<br>borgeslawfirm@aol.com | RICHARD M. ALLEN, ESQ<br>223 Egremont Plain RD, PMB 108<br>North Egremont, MA 01252<br>rmallenski@aol.com |
| HEWLETT-PACKARD COMPANY LP<br>11311 CHINDEN BOULEVARD<br>MAIL STOP 314<br>Boise, ID 83714<br>Linda.damico@hp.com | GOLENBOCK EISEMAN ASSOR BELL &<br>PESKOE LLP<br>ATT: Jonathan L. Flaxer, Douglas L. Furth,<br>Anthony M. Vassallo<br>Atty for Panasonic Auto Sys Co of America,<br>Div of Panasonic<br>Corp of N.A., formerly known as Matsushita<br>Elec Corp of America<br>437 Madison Avenue<br>New York, NY 10022<br>avassallo@golenbock.com |
| NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>1320 MAIN STREET, 17TH FLOOR<br>POST OFFICE BOX 11070<br>Columbia, SC 29201<br>Betsy.burn@nelsonmullins.com | VINSON & ELKINS L.L.P.<br>666 FIFTH AVENUE, 26TH FLOOR<br>NEW YORK, NY 10103<br>administrator@velaw.com |

4.      I further certify that service was effected upon the party listed below via U.S.

Regular Mail on December 3, 2009:

BECKER GLENN MELAMED & MUFFLY, LLC
Mr. Salomon
299 Park Avenue
New York, NY 10171

**CERTIFICATE OF SERVICE – PAGE 2**

Dated:  December 3, 2009                    Respectfully submitted,

                              By:      /s/ Rakhee V. Patel
                                       Gerrit M. Pronske
                                       State Bar No. 16351640
                                       Rakhee V. Patel
                                       Texas Bar No. 00797213
                                       PRONSKE & PATEL, P.C.
                                       2200 Ross Avenue, Suite 5350
                                       Dallas, Texas 75201
                                       Telephone: 214.658.6500
                                       Facsimile: 214.658.6509
                                       Email: gpronske@pronskepatel.com
                                       Email: rpatel@pronskepatel.com

                                       COUNSEL FOR BOYD BRYANT,
                                       ON BEHALF OF HIMSELF AND ALL
                                       OTHERS SIMILARLY SITUATED