# Motors Liquidation Inc.

## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | AIKEN SCHENK HAWKINS & RICCIARDI P.C. | ATT: BARBARA LEE CALDWELL | ATTY FOR MARICOPA COUNTY | 2390 EAST CAMELBACK ROAD, STREET, SUITE 200 | | PHOENIX | AZ | 85016 | US | 602-248-8840 | bic@ashlaw.com |
| NOA | AIRGAS, INC. | ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT | | 259 RADNOR-CHESTER ROAD | | RADNOR | PA | 19087 | US | 610-687-3107 | david.boyle@airgas.com |
| NOA | ALVARO & FISH, P.C. | ATT: DEBORAH L. FISH, ESQ. | COUNSEL FOR SEVERSTAL NORTH AMERICA, INC. | 2500 BUHL BLDG | 535 GRISWOLD | DETROIT | MI | 48226 | US | 313-961-8142 | dfish@allardfishpc.com |
| NOA | ALPINE ELECTRONICS OF AMERICA, INC. | ATT: CYNTHIA WOODRUFF-NEER, ESQ. | | 19145 GRAMERCY PLACE | | TORRANCE | CA | 90501 | US | 310-518-7043 | cwoodruff-neer@alpine-usa.com |
| NOA | ARCADIS U.S., INC. | ATT: LIESL SPANGLER, ASSOCIATE COUNSEL | | 630 PLAZA DRIVE, SUITE 100 | | HIGHLANDS RANCH | CO | 80129 | US | 720-344-3535 | Liesl.Spangler@arcadis-us.com |
| NOA | ARENT FOX LLP | ATT: CHRISTOPHER BECKER, JEFFREY ROTHLEDER, MARY JOANNE DOWD, ESQS. | ATTY FOR HARTMAN AVENUE | 1050 CONNECTICUT AVENUE, NW | | WASHINGTON, DC | DC | 20036 | US | 202-857-6395 | gianino.christopher@arentfox.com; rothleder.jeffrey@arentfox.com; dowd.maryjoanne@arentfox.com |
| NOA | ARENT FOX LLP | ATT: JAMES M. SULLIVAN, ESQ. | ATTY FOR TIMKEN COMPANY | 1675 BROADWAY | | NEW YORK | NY | 10019 | US | 212-484-3990 | sullivan.james@arentfox.com |
| NOA | ARMSTRONG TEASDALE, LLP | ATT: DAVID L. GOING, ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC. | | ONE METROPOLITAN SQUARE - SUITE 2600 | | ST. LOUIS | MO | 63102 | US | 314-612-2250 | dgoing@armstrongteasdale.com |
| NOA | ARNALL GOLDEN GREGORY LLP | ATT: DARRYL S. LADDIN & FRANK N. WHITE | ATTY FOR VERIZON COMMUNICATIONS INC. | 171 17TH STREET, NW, SUITE 2100 | | ATLANTA | GA | 30363 | US | 404-873-8121 | dladdin@agg.com; frank.white@agg.com |
| NOA | ASPLUNDH TREE EXPERT CO. | ATT: PHILIP E. TAYLOR, JR., ESQ. | VICE PRESIDENT AND GENERAL COUNSEL | 708 BLAIR MILL RD | | WILLOW GROVE | PA | 19090 | US | | |
| NOA | AT&T SERVICES INC. | ATTN: JAMES W. GRUDUS | LAW GROUP COUNSEL | ONE AT&T WAY, ROOM 3A218 | | BEDMINSTER | NJ | 07921 | US | | jg5786@att.com |
| NOA | AT&T AS OIL COMPANY | | | 12450 FOURTH ROAD | | TAYLOR | MI | 48180 | US | 313-791-0254 | |
| NOA | ATTORNEY GENERAL FOR THE STATE OF MICHIGAN | ATTN: ROLAND HWANG, ESQ. | ATTY FOR UNEMPLOYMENT TAX/UNEMPLOYMENT INSURANCE AGENCY | GROWTH, ENERGY, LABOR & ECONOMIC OFFICE, DEPT OF | 3030 W. GRAND BOULEVARD, SUITE 9-600 | DETROIT | MI | 48202 | US | 313-456-2201 | hwangr@michigan.gov |

# MASTER SERVICE LIST

**Motors Liquidation Inc.**
Reflecting database results as of 11/30/2009 9:32:06 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | ATTORNEY GENERAL FOR THE STATE OF NEBRASKA | ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL | ATTY FOR THE STATE OF NEBRASKA | 2115 STATE CAPITOL BUILDING | | LINCOLN | NE | 68509 | US | 402-471-4725 | leslie.levy@nebraska.gov |
| NOA | ATTORNEY GENERAL FOR THE STATE OF TEXAS | ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL | ATTY FOR BANKRUPTCY & COLLECTIONS DIVISION | P.O. BOX 12548 | | AUSTIN | TX | 78711 | US | 512-482-8341 | bk-mbrowning@oag.state.tx.us |
| NOA | ATTORNEY GENERAL OF OHIO | ATT: VICTORIA D GARRY, ASSISTANT ATTORNEY GENERAL | ATTY FOR COLLECTIONS & ENFORCEMENT | 441 VINE STREET | | CINCINNATI | OH | 45202 | US | 513-852-3484 | victoria.garry@ohioattorneygeneral.gov |
| NOA | ATTORNEY GENERAL OF STATE OF MICHIGAN | ATTN: MICHAEL A. COX & DENNIS J. RATERINK | ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION | LABOR DIVISION | P.O. BOX 30736 | LANSING | MI | 48909 | US | 517-335-4079 | raterinkd@michigan.gov |
| NOA | ATTORNEY GENERAL OF STATE OF TEXAS | ATT: KIMBERLY A WALSH, ASST. ATTORNEY GENERAL | ATTY FOR BANKRUPTCY & COLLECTIONS DIVISION | P.O. BOX 12548 | | AUSTIN | TX | 78711 | US | | bk-kwalsh@oag.state.tx.us |
| NOA | ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION | ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL | ATTY FOR MICHIGAN WORKERS COMPENSATION AGENCY | P.O. BOX 30736 | | LANSING | MI | 48909 | US | | przekopshaws@michigan.gov |
| NOA | BAKER & HOSTETLER LLP | ATT: JOSEPH F. HUTCHINSON, JR., ERIC GOODMAN | ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | 120 BROADWAY - 24TH FLOOR | | NEW YORK | NY | 10271 | US | | rheal.nusom@oag.state.ny.us |
| NOA | BAKER & HOSTETLER LLP | ATT: JOSEPH F. HUTCHINSON, JR. | ATTY FOR D&I CREDITORS | 3200 NATIONAL CITY CENTER | 1900 E. 9TH STREET | CLEVELAND | OH | 44114 | US | | jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com |
| NOA | BAKER & HOSTETLER LLP | ATT: RICHARD BERNARD, ESQ. | ATTY FOR B&H CREDITORS | 45 ROCKEFELLER PLAZA | | NEW YORK | NY | 10111 | US | 212 589-4201 | rbernard@bakerlaw.com |
| NOA | BAKER & HOSTETLER LLP | ATTN: WENDY J. GIBSON, ESQ. | ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK | 3200 NATIONAL CITY CENTER | 1900 EAST NINTH STREET | CLEVELAND | OH | 44114 | US | 216-696-0740 | wgibson@bakerlaw.com |
| NOA | BALLARD SPAHR ANDREWS & INGERSOLL, LLP | ATT: MATTHEW G. SUMMERS, ESQ. | ATTY FOR FOUNTAIN LAKES I, L.L.C. | 300 EAST LOMBARD STREET, 18TH FLOOR | | BALTIMORE | MD | 21202 | US | 410-361-8930 | summersm@ballardspahr.com |
| NOA | BARNES & THORNBURG LLP | ATT: JOHN T. GREGG, ESQ. | ATTY FOR CONTINENTAL | 171 MONROE AVENUE, NW, SUITE 1000 | | GRAND RAPIDS | MI | 49503 | US | 616-742-3999 | jgregg@btlaw.com |
| NOA | BARNES & THORNBURG LLP | ATTN: MARK R. OWENS, ESQ. | ATTY FOR HIRATA CORPORATION OF AMERICA | 11 SOUTH MERIDIAN STREET | | INDIANAPOLIS | IN | 46204 | US | 317-231-7433 | mark.owens@btlaw.com |

\* MSL = Master Service List
\*\* NOA = Notice of Appearance
\*\*\* Subject to continuous update and review

# Motors Liquidation Inc.

## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | HARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | ATTN: ROBERT C. POTTINGER, ESQ. | | 6833 STALTER DRIVE, FIRST FLOOR | | ROCKFORD | IL | 61108 | US | | rcpottinger@bslawllc.com |
| NOA | BARTLETT HACKETT FEINBERG P.C. | ATT: FRANK F. MCGINN, ESQ. | ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC. | 155 FEDERAL STREET, 9TH FLOOR | | BOSTON | MA | 02110 | US | 617-422-0383 | ffm@bostonbusinesslaw.com |
| NOA | BECKER, GLYNN, MELAMED & MUFFLY LLP | ATT: CHESTER B. SALOMON, ESQ. | ATTY FOR FACTORY MOTOR PARTS COMPANY | 299 PARK AVENUE, 16TH FLOOR | | NEW YORK | NY | 10171 | US | 212-888-0255 | CSALOMON@BECKERGLYN N.COM |
| NOA | BERGER SINGERMAN, P.A. | ATT: ARTHUR J. SPECTOR, ESQ. | ATTY FOR SCI LLC | 350 E LAS OLAS BOULEVARD | 10TH FLOOR | FORT LAUDERDALE | FL | 33301 | US | 954-523-2872 | aspector@bergersingerman.co m |
| NOA | BIALSON, BERGEN & SCHWAB | ATTN: PATRICK M. COSTELLO & THOMAS M. GAA | ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION | 2600 EL CAMINO REAL, SUITE 300 | | PALO ALTO | CA | 94306 | US | 650-494-2738 | pat.low@bbslaw.com; tom@bbslaw.com |
| NOA | BINGHAM MCCUTCHEN LLP | ATT: ROBERT M. DOMBROFF & JEFFREY S. SABIN, ESQ. | ATTY FOR DEUTSCHE BANK AG | 399 PARK AVENUE | | NEW YORK | NY | 10022 | US | 212-752-5378 | robert.dombroff@bingham.com; jeffrey.sabin@bingham.com |
| NOA | BINGHAM MCCUTCHEN LLP | ATTN: ANNA M. BOELITZ, ESQ. | ATTY FOR WELLS FARGO BANK NORTHWEST, NATL ASSOC., AS INDENTURE TRUSTEE | ONE STATE STREET | | HARTFORD | CT | 06103 | US | 860-240-2800 | anne.troemp@bingham.com |
| NOA | BINGHAM MCCUTCHEN LLP | ATTN: JONATHAN D. ALTER, ESQ. | ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | ONE STATE STREET | | HARTFORD | CT | 06103 | US | 860-240-2800 | jonathan.alter@bingham.com |
| NOA | BLANK ROME LLP | ATT: MARC E. RICHARDS, ESQ. | ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA | THE CHRYSLER BUILDING | 405 LEXINGTON AVENUE | NEW YORK | NY | 10174 | US | 212-885-5002 | mrichards@blankrome.com |
| NOA | BLANK ROME LLP | ATT: REGINA STANGO KELBON, ESQ. | ATTY FOR CELLCO PARTNERSHIP DB/A VERIZON WIRELESS | ONE LOGAN SQUARE | | PHILADELPHI A | PA | 19103 | US | 215-832-5507 | kelbon@blankrome.com |
| NOA | BLUE CROSS AND BLUE SHIELD OF MICHIGAN | ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL | | 600 LAFAYETTE EAST #1925 | | DETROIT | MI | 48226 | US | 313-883-2470 | JRumley@bcbsm.com |
| NOA | BNSF RAILWAY COMPANY | ATT: QUINCY CHUMLEY | | 3001 WESTERN CENTER BLVD | | FORT WORTH | TX | 76131 | US | | |
| NOA | BOB HASTINGS BUICK GMC, INC. | ATT: DAVID F. STOETZEL | | 890 PANORAMA TRAIL SOUTH | | ROCHESTER | NY | 14625 | US | 585-586-3492 | |

# Motors Liquidation Inc.

## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | BODMAN LLP | ATTN: COLIN T. DARKE, ESQ. | ATTY FOR PRODUCTION MODELING CORPORATION | 1901 ST. ANTOINE STREET | 6TH FLOOR AT FORD FIELD | DETROIT | MI | 48226 | US | 313-393-7579 | cdarke@bodmanllp.com |
| NOA | BODMAN LLP | ATTN: MARC M. BAKST, ESQ. | ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES | 1901 ST. ANTOINE STREET | 6TH FLOOR AT FORD FIELD | DETROIT | MI | 48226 | US | 313-393-7579 | mbakst@bodmanllp.com |
| NOA | BORGES & ASSOCIATES, LLC | ATTN: WANDA BORGES, ESQ. | ATTY FOR RAYCOM MEDIA, INC. | 575 UNDERHILL BLVD., SUITE 118 | | SYOSSET | NY | 11791 | US | 516-677-0808 | bogeslawfirm@aol.com |
| NOA | BRACEWELL & GIULIANI LLP | ATT: RENÉE DAILEY | ATTY FOR GROMG FISCHER AUTOMOTIVE AG | 225 ASYLUM STREET, 26TH FLOOR | | HARTFORD | CT | 06103 | US | 860-246-3201 | renee.dailey@bgllp.com |
| NOA | BRAYTON PURCELL LLP | ATT: ALAN R. BRAYTON, CHRISTINA C SKUBIC, MATTHEW B UFF, ESQS | ATTY FOR CERTAIN ASBESTOS CLAIMANTS | 222 RUSH LANDING ROAD | | NOVATO | CA | 94945 | US | 415-898-1247 | bankruptcy.ashpa.asbdom@ur aytonlaw.com |
| NOA | BRIGGS AND MORGAN P.A. | ATT: JOHN R. MCDONALD, ESQ. | ATTY FOR FACTORY MOTOR PARTS COMPANY | 2200 IDS CENTER | 80 SOUTH 8TH STREET | MINNEAPOLIS | MN | 55402 | US | 612-977-8650 | JMcDonald@Briggs.com |
| NOA | BROOKS WILKINS SHARKEY & TURCO, PLLC | ATT: MATTHEW E. WILKINS | ATTY FOR: HDBC STAMPING CO. & HENZ MACHINE CO. | 401 S. OLD WOODWARD AVENUE, SUITE 460 | | BIRMINGHAM | MI | 48009 | US | 248-971-1801 | wilkins@bwst-law.com |
| NOA | BROOKS WILKINS SHARKEY & TURCO, PLLC | ATTN: PAULA A. HALL, ESQ. | ATTY FOR WABASH TECHNOLOGIES, INC. | 401 S. OLD WOODWARD AVENUE, SUITE 460 | | BIRMINGHAM | MI | 48009 | US | 248-971-1801 | hall@bwst-law.com |
| NOA | BROWN & CONNERY, LLP | ATT: KENNETH J. SCHWEIKER, JR., ESQ. | ATTY FOR SAP AMERICA INC | 6 NORTH BROAD STREET, SUITE 100 | | WOODBURY | NJ | 08096 | US | 856-858-8953 | kschweiker@brownconnery.co m |
| NOA | BROWN & WHALEN, BROWN, ESQ. | ATT: RODNEY A. BROWN, ESQ. | ATTY FOR ORACLE USA, INC. AND ORACLE CREDIT CORPORATION | 700 THIRD AVENUE, 20TH FLOOR | | NEW YORK | NY | 10017 | US | 212-421-3160 | rbrown@brownwhalen.com |
| NOA | BUCHALTER NEMER, PC | ATT: SHAWN M. CHRISTIANSON, ESQ. | ATTY FOR ORACLE USA, INC. AND ORACLE CREDIT CORPORATION | 333 MARKET STREET, 25TH FLOOR | | SAN FRANCISCO | CA | 94105 | US | 415-227-0770 | schristianson@buchalter.com |
| NOA | BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY | ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY | | 2500 LEW MENK DRIVE | P.O. BOX 961039 | FT. WORTH | TX | 76161-2392 | US | 817-352-7854 | Peter.Lee@bnsf.com |
| NOA | BURR & FORMAN LLP | ATT: D. CHRISTOPHER CARSON & JENNIFER H. KIMBLE | ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO | 420 NORTH 20TH STREET, SUITE 3400 | | BIRMINGHAM | AL | 35203 | US | 205-458-6100 | ccarson@burr.com; jkimble@burr.com |
| NDA | BUSH SEYFERTH & PAIGE PLLC | ATTY: RICHARD W. PAIGE | ATTY FOR IEE SENSING, INC | 3001 W. BIG BEAVER RD., SUITE 600 | | TROY | MI | 48084 | US | 248-822- | paige@bsplaw.com |

* MSL = Master Service List
  NOA = Notice of Appearance
** Subject to continuous update and review

## Motors Liquidation Inc.

### MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | State | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | BUTZEL LONG, PC | ATT: ROBERT SIDORSKY & ERIC B. FISHER | ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA PETRI | 380 MADISON AVENUE | | NEW YORK | NY | 10017 | US | 212-818-0494 | sidorsky@butzel.com; fishere@butzel.com |
| NOA | BUTZEL LONG, PC | ATTN: ROBERT PROZNUTS | ATTY FOR INTEVA PRODUCTS, LLC | 380 MADISON AVENUE | | NEW YORK | NY | 10017 | US | 212-818-0494 | sidorsky@butzel.com; fishere@butzel.com |
| NOA | BUTZEL LONG, PC | ATTN: THOMAS B. RADOM & MAX J. NEWMAN | ATTY FOR INTEVA PRODUCTS, LLC | 41000 WOODWARD AVENUE | | BLOOMFIELD HILLS | MI | 48304 | US | 248-258-1439 | radom@butzel.com; newman@butzel.com |
| NDA | C.E. BLACKARD, III | | | CORPORATE COUNSEL | | CONWAY | AR | 72033 | US | 501-342-3723 | cblkr@gcc.com |
| NOA | CADWALADER, WICKERSHAM & TAFT LLP | ATT: JOHN J. RAPISARDI, ESQ. | ATTY FOR UNITED STATES OF AMERICA | ONE WORLD FINANCIAL CENTER | | NEW YORK | NY | 10281 | US | 212-504-6666 | john.rapisardi@cwt.com; douglas.mintz@cwt.com; peter.friedman@cwt.com; zachary.smith@cwt.com |
| NOA | CAMPBELL, O'BRIEN & MISTELE, P.C. | ATTN: ROBERT J. FIGA, ESQ. | ATTY FOR GEORGE P. JOHNSON COMPANY (GPJ) | 1111 W. BIG BEAVER ROAD, SUITE 305 | | TROY | MI | 48084 | US | | rfiga@comisuneme.com |
| NOA | CANON U.S.A., INC | ATTN: RUTH E. WEINSTEIN | | ONE CANON PLAZA | | LAKE SUCCESS | NY | 11042 | US | | rweinstein@cusa.canon.com |
| NOA | CAPLIN & DRYSDALE, CHARTERED | ATT: ELIHU INSELBUCH & RITA TOBIN | ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS | 375 PARK AVENUE, 35TH FLOOR | | NEW YORK | NY | 10152 | US | 212-644-6755 | ei@capdale.com |
| NOA | CAPLIN & DRYSDALE, CHARTERED | ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS | ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS | MARK RUTTITA | 1 THOMAS CIRCLE | WASHINGTON | DC | 20005 | US | 202-429-3301 | pvnl@capdale.com; rcr@capdale.com; tws@capdale.com |
| NOA | CARSON FISCHER, P.L.C. | ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA | | 4111 ANDOVER ROAD, WEST-2ND FLOOR | | BLOOMFIELD HILLS | MI | 48302 | US | 248-644-1832 | trcy@carsonfischer.com |
| NOA | CARSON FISCHER, P.L.C. | ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA | ATTY FOR NIMA MANUFACTURING COMPANY | 4111 ANDOVER ROAD, WEST-2ND FLOOR | | BLOOMFIELD HILLS | MI | 48302 | US | 248-644-1832 | trcy@carsonfischer.com; brcy@carsonfischer.com |
| NOA | CASSELS BROCK | ATTY: MICHAEL WEINCZOK | | 2100 SCOTIA PLAZA - 40 KING STREET WEST | TORONTO, ON M5H 3C2 | | | | CA | 416-640-3048 | mweincok@casselsbrock.com |
| MSL | CHAPELL & ASSOCIATES, LLC | ATT: ALAN CHAPELL | OPI | | 287 CHICAGO DOWNTOWN PRIVACY OMBUDSMAN | AVENUE, SUITE 3A | | | | 646-304-7147 | alan@chapellassociates.com |
| NDA | CHARLES CLARK CHEVROLET CO. | | | PO BOX 520 | | MCALLEN | TX | 78505 | US | 956-686-1523 | |

\* MSL = Master Service List
NOA = Notice of Appearance
\*\* Subject to continuous update and review

# Motors Liquidation Inc.

## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 8:32:05 AM **

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | CLARK HILL PLC | ATT: CHRISTOPHER M. CAHILL | | 151 SOUTH OLD WOODWARD AVENUE | SUITE 200 | BIRMINGHAM | MI | 48009 | US | | ccahill@clarkhill.com |
| NOA | CLARK HILL PLC | ATTN: ROBERT D. GORDON, ESQ. | ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC. | 151 SOUTH OLD WOODWARD AVENUE, SUITE 200 | | BIRMINGHAM | MI | 48009 | US | 313-309-6872 | rgordon@clarkhill.com |
| NOA | CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATT: DEBORAH M. BUELL, ESQ. | ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC., ATS OHIO, INC | 101 SOUTH ST. | | | | | | 212-225-3999 | dbuell@cgsh.com |
| NOA | CLEARY GOTTLIEB STEEN & HAMILTON LLP | | ATTY FOR GRUPO ANTOLIN, TRANSMISIONES Y EQUIPOS MECANICOS, PISTONES MORESA CORPORATION, | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | US | 212-225-3999 | |
| MSL | CLEARY GOTTLIEB STEEN & HAMILTON INC. | ATT: JAMES L. BROMLEY, ESQ. | ATTY FOR UAW | A RICHARD SUSKO, ESQ ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | US | 212-225-3999 | bromley@cgsh.com; BSUSKO@CGSH.COM |
| NOA | CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATT: SEAN A. O'NEAL, ESQ. | ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC. | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | US | 212-225-3999 | soneal@cgsh.com |
| MSL | CLEARY GOTTLIEB STEEN & HAMILTON LLP | DAVID I. GOTTLIEB, ESQ. | | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | US | 212-225-3999 | DGOTTLIEB@CGSH.COM |
| MSL | CLIFFORD CHANCE LLP | RICHARD S LINCER, | | | | NEW YORK | NY | 10006 | US | 212-878-8375 | RLINCER@CGSH.COM |
| NOA | CLIFFORD CHANCE US LLP | ATT: ANDREW BROZMAN & SARAH CAMPBELL, ESQ. | ATTY FOR THE ROYAL BANK OF SCOTLAND PLC, ABN AMRO BANK N.V. AND | 31 WEST 52ND STREET | RBS CITIZENS N.A. | NEW YORK | NY | 10019 | US | 212 878-8375 | andrew.brozman@cliffordchan ce.com; sarah.campbell@cliffordchanc e.com |
| NOA | COHEN, WEISS AND SIMON LLP | ATT: BABETTE A CECCOTTI, ESQ. | ATTY FOR INTERNATIONAL UNION, UAW | 330 WEST 42ND STREET | | NEW YORK | NY | 10036 | US | 646-473-8227 | bceccotti@cwsny.com |
| NOA | JOHN WHITFIELD & ATT: MICHAEL J. GOLDBERG LLP | GOLDBERG, ESQ | ATTY FOR CABOT INDUSTRIAL VALUE FUND II OPERATING PARTNERSHIP L.P. | 101 ARCH ST. SUITE 1606 | | BOSTON | MA | 02110 | US | 617-951-0679 | goldberg@cwg11.com |
| NOA | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | ATT: STUART KOMROWER, ESQ. | ATTY FOR KRUSE TECHNOLOGY PARTNERSHIP | COURT PLAZA NORTH | 25 MAIN STREET | HACKENSACK | NJ | 07601 | US | 201-489-1536 | skomrower@coleschotz.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

09-50026-mg    Doc 4610-1    Filed 12/03/09    Entered 12/03/09 18:09:13    Exhibit Service List 1 of 3    Pg 7 of 10

# Motors Liquidation Inc.

## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 8:32:08 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | CONNELL FOLEY LLP | ATTN: STEPHEN V. FALANGA & CHRISTOPHER M HEMRICK | ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA | 1836 SEVENTH AVENUE | | NEW YORK | NY | 10100 | US | 212-262-0050 | sfalanga@connellfoley.com; chemrick@connellfoley.com |
| NOA | GOODLIDGE WALL CO., L.P.A. | ATT: RONALD S. PRETEKIN, ESQ. | ATTY FOR HARCO MANUFACTURING GROUP LLC | 33 WEST FIRST STREET SUITE 600 | | DAYTON | OH | 45402 | US | 937-223-6705 | pretekin@coolaw.com |
| NOA | COUNTY ATTORNEY | ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY | ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA | ONE HARRISON STREET, S.E., 5TH FLOOR | | LEESBURG | VA | 20175 | US | 703-771-5025 | belkys.escobar@loudoun.gov |
| NOA | COVINGTON & BURLING LLP | ATTN: MICHAEL ST. PATRICK BAXTER, ESQ. | ATTY FOR UNION PACIFIC RAILROAD COMPANY | 1201 PENNSYLVANIA AVENUE NW | | WASHINGTON | DC | 20004 | US | 202-778-5184 | mbaxter@cov.com |
| NOA | COVINGTON & BURLING LLP | ATTN: SUSAN POWER JOHNSTON, ESQ. | ATTY FOR UNION PACIFIC RAILROAD COMPANY | THE NEW YORK TIMES BUILDING | 620 EIGHTH AVENUE | NEW YORK | NY | 10018 | US | 212-841-1010 | sjohnston@cov.com |
| NOA | CUMMINGS & LOCKWOOD LLC | ATT: JOHN F. CARBERRY, ESQ | ATTY FOR EMIGRANT BUSINESS CREDIT CORP | SIX LANDMARK SQUARE | | STAMFORD | CT | 06901 | US | 203-708-3933 | jcarberry@cl-law.com |
| NOA | DANA HOLDING COMPANY | ATT: LISA WURSTER | | PO BOX 1000 | | MAUMEE | OH | 43537 | US | 419-535-4790 | lisa.wurster@dana.com |
| MSL | DANIEL W. SHERRICK, GENERAL COUNSEL | | | 8000 EAST JEFFERSON AVE | | DETROIT | MI | 48214 | US | 313-823-6016 | |
| NOA | DAVID V. COOKE, ASSISTANT CITY ATTORNEY | | | MUNICIPAL OPERATIONS | 201 WEST COLFAX AVENUE, DEPT. 1207 | DENVER | CO | 80202 | US | | |
| NOA | DAVIS POLK & WARDWELL | ATT: DONALD S. BERNSTEIN & MARSHALL S HUEBNER | ATTY FOR FORD MOTOR COMPANY | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | US | 212-450-6444 | donald.bernstein@dpw.com |
| NOA | DAWDA, MANN, MULCAHY & SADLER, PLC | ATT: WILLIAM ROSIN & KENNETH FLASKA | ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING | 39533 WOODWARD AVENUE, SUITE 200 | | BLOOMFIELD HILLS | MI | 48304 | US | 248-642-7791 | gm@dmms.com |
| NOA | DAY PITNEY | ATT: RICHARD M. METH, ESQ. | ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC. | PO BOX 1945 | | MORRISTOWN | NJ | 07962 | US | 973-966-1015 | rmeth@daypitney.com; imsteen@daypitney.com |
| NOA | DAY PITNEY LLP | ATT: HERBERT K. RYDER | ATTY FOR BANK OF VALLETTA P.L.C. | PO BOX 1945 | | MORRISTOWN | NJ | 07962 | US | | hryder@daypitney.com |
| NOA | DAY PITNEY LLP | ATT: HERBERT RYDER, ESQ. | ATTY FOR BANK OF VALLETTA PLC | 7 TIMES SQUARE | | NEW YORK | NY | 10036 | US | | |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

# Motors Liquidation Inc.

## MASTER SERVICE LIST
Reflecting database rebuild as of 11/30/2009 9:32:05 AM

| Srv | Company | Contact | Party/Function | Address 1 | Address 2 | City | State | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | DAY PITNEY LLP | ATT: RICHARD M. METH, ESQ. | ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC. | 200 CAMPUS DRIVE | | FLORHAM PARK | NJ | 07932 | US | 973-966-1015 | rmeth@daypitney.com; makarem@daypitney.com |
| NOA | DAY PITNEY LLP | ATTN: AMISH R DOSHI, ESQ. | ATTY FOR ORACLE USA, INC. | 7 TIMES SQUARE | | NEW YORK | NY | 10036 | US | 212-916-2940 | adoshi@daypitney.com |
| NOA | DEALER TIRE, LLC | | | 3711 CHESTER AVENUE | | CLEVELAND | OH | 44114 | US | 216-861-7823 | info@dealertire.com |
| NOA | DEBEVOISE & PLIMPTON LLP | ATT: JASMINE POWERS, ESQ. | ATTY FOR MAG INDUSTRIAL AUTOMATION SYSTEMS, LLC | 919 THIRD AVENUE | | NEW YORK | NY | 10022 | US | 212-909-6836 | jpowers@debevoise.com |
| NOA | DEBEVOISE & PLIMPTON LLP | ATT: RICHARD F. HAHN, ESQ. | ATTY FOR THE HERTZ CORPORATION | 919 THIRD AVENUE | | NEW YORK | NY | 10022 | US | 212-909-6836 | rfhahn@debevoise.com |
| NOA | DECHERT LLP | ATTN: JUAN-SO MOORE, ESQ. | ATTY FOR CDI CORPORATION | 3085 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | US | 212-698-3599 | james.moore@dechert.com |
| NOA | DECHERT LLP | ATTN: JULIET SARKESSIAN, ESQ. | ATTY FOR CDI CORPORATION | 2929 ARCH STREET | CIRA CENTRE | PHILADELPHIA | PA | 19104 | US | 215-994-2222 | juliet.sarkessian@dechert.com |
| NOA | DECHERT LLP | ATTN: SHMUEL VASSER, ESQ. | ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES | 1095 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | US | 212-698-3599 | shmuel.vasser@dechert.com |
| MSL | DEPARTMENT OF LABOR | ATTN: DENISE A. HERTZ | | 200 CONSTITUTION AVENUE, NW | | WASHINGTON | DC | 20201 | US | 202-693-5538 | CONTACT-OCFO@DOL.GOV |
| MSL | DEPARTMENT OF LABOR & INDUSTRY | ATTN: DEPUTY SOLICITOR OF LABOR | | READING BANKRUPTCY & COMPLIANCE UNIT | 625 CHERRY STREET, ROOM 203 | READING | PA | 19602 | US | 610-378-4409 | dmartinez@state.pa.us |
| MSL | DEPARTMENT OF THE TREASURY | ATTN: OFFICE OF GENERAL COUNSEL | | 1500 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20220 | US | 202-622-0415 | |
| NOA | DICKINSON WRIGHT PLLC | ATT: COLLEEN M. SWEENEY, ESQ. | ATTY FOR JOHNSON CONTROLS, INC. | 424 CHURCH STREET, SUITE 1401 | | NASHVILLE | TN | 37219 | US | 615-256-8386 | csweeney@dickinsonwright.com |
| NOA | DICKINSON WRIGHT PLLC | ATT: DAWN R. COPLEY, ESQ. | ATTY FOR JOHNSON CONTROLS, INC. | 500 WOODWARD AVENUE, SUITE 4000 | | DETROIT | MI | 48226 | US | 313-223-3598 | dcopley@dickinsonwright.com |
| NOA | DICKINSON WRIGHT PLLC | ATT: DORON YITZCHAKI, ESQ. | ATTY FOR JOHNSON CONTROLS, INC. | 301 E. LIBERTY, SUITE 500 | | ANN ARBOR | MI | 48104 | US | 734-623-1625 | dyitzchaki@dickinsonwright.com |
| NOA | DICKINSON WRIGHT PLLC | ATT: JAMES A. PLEMMONS, ESQ. | ATTY FOR JOHNSON CONTROLS, INC. | 500 WOODWARD AVENUE, SUITE 4000 | | DETROIT | MI | 48226 | US | 313-223-3598 | jplemmons@dickinsonwright.com |
| NOA | DICKINSON WRIGHT PLLC | ATT: KERRY MASTERS EWALD, ESQ. | ATTY FOR JOHNSON CONTROLS, INC. | 424 CHURCH STREET, SUITE 1401 | | NASHVILLE | TN | 37219 | US | 615-256-8386 | kewald@dickinsonwright.com |
| NOA | DICKINSON WRIGHT PLLC | ATT: MICHAEL C. HAMMER, ESQ. | ATTY FOR JOHNSON CONTROLS, INC. | 301 E. LIBERTY, SUITE 500 | | ANN ARBOR | MI | 48104 | US | 734-623-1625 | mchammer@dickinsonwright.com |
| NOA | DICONZA LAW P.C. | ATT: GERARD DICONZA, ESQ. | ATTY FOR ARCADIS U.S., INC. | 630 THIRD AVENUE, 7TH FLOOR | | NEW YORK | NY | 10017 | US | 212-682-4942 | gdiconza@dlawpc.com |



* MSL = Master Service List
* NOA = Notice of Appearance
** Subject to continuous update and review

# Motors Liquidation Inc.
## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | St | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | DLA PIPER LLP | ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS | ATTY FOR HEWLETT PACKARD CO | 550 S. HOPE STREET, SUITE 2300 | | LOS ANGELES | CA | 90071 | US | 213-330-7701 | karol.denniston@dlapiper.com; jennifer.nassiri@dlapiper.com |
| NOA | DORSEY & WHITNEY LLP | ATTN: MICHAEL FOREMAN, ESQ | ATTY FOR BALLARD MATERIAL PRODUCTS INC. | 250 PARK AVENUE | | NEW YORK | NY | 10177 | US | 212-953-7201 | |
| NOA | DRINKER BIDDLE & REATH LLP | ATT: KRISTEN K. GOING, ESQ. | ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY | 1500 K STREET, N.W. | | WASHINGTON | DC | 20005 | US | 202-842-8465 | kristin.going@dbr.com |
| NOA | DRINKER BIDDLE & REATH LLP | ATT: STEPHANIE WICKOUSKI, ESQ. KIRSTIN K. GOING | ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY | 140 BROADWAY, 39TH FLOOR | | NEW YORK | NY | 10005 | US | 212-248-3140 | stephanie.wickouski@dbr.com; kristin.going@dbr.com |
| NOA | EATON CORPORATION | ATT: AYALA HASSELL | | 1111 SUPERIOR AVENUE | | CLEVELAND | OH | 44114 | US | 216-523-4787 | |
| NOA | EDS, AN HP COMPANY | | | BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY P.O. BOX 655 | H3-3A-05 | PLANO | TX | 75024 | US | 972-605-5616 | ayala.hassell@hp.com |
| NOA | EDWARD S. CIONNI, ESQ. | | | | | NEW SMYRNA BEACH | FL | 32170 | US | | |
| NOA | EDWARDS ANGELL PALMER & DODGE LLP | ATT: RICH HIERSTEINER, J. DARCEY, A. ZUCCARELLO, J. GROVES | ATTY FOR U.S. BANK NATL ASSOC. AND U.S. BANK TRUST NATL ASSOC | 111 HUNTINGTON AVENUE | | BOSTON | MA | 02199 | US | 617-227-4420 | rhiersteiner@eapdlaw.com; jdarcey@eapdlaw.com; azuccarello@eapdlaw.com; jgroves@eapdlaw.com |
| NOA | EL PASO CORPORATION | ATT: MICHAEL J. MCGINNIS, SENIOR ATTORNEY | | 1001 LOUISIANA, SUITE E | | HOUSTON | TX | 77002 | US | | claddell@eapdlaw.com; jwhitlock@eapdlaw.com |
| NOA | ELIAS GROUP LLC | ATT: DAN ELIAS | | 411 THEODORE FREMD AVENUE, SUITE 102 | | RYE | NY | 10580 | US | | |
| NOA | ELLIS & WINTERS LLP | ATT: GEORGE F. SANDERSON III | ATTY FOR CRYMES LANDFILL PRP GROUP | P.O. BOX 33550 | | RALEIGH | NC | 27636 | US | 919-865-7010 | george.sanderson@elliswinters.com |
| NOA | ELLIS & WINTERS LLP | ATT: GEORGE F. SANDERSON III ATTORNEY | ATTY FOR CRYMES LANDFILL PRP GROUP | P.O. BOX 33550 | | RALEIGH | NC | 27636 | US | 919-865-7010 | george.sanderson@ellswinters.com |
| NOA | ENTERGY SERVICES, INC. | ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL | | 639 LOYOLA AVENUE, 26TH FLOOR | | NEW ORLEANS | LA | 70113 | US | 504.207.5342 | akatz@entergy.com |
| NOA | EQUITABLE GAS BANKRUPTCY DEPARTMENT | ATT: JUDY GAWLOWSKI | | 200 ALLEGHENY CENTER MALL | | PITTSBURGH | PA | 15212 | US | | |

* MSL = Master Service List
* NOA = Notice of Appearance
** Subject to continuous update and review

# Motors Liquidation Inc.

## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:06 AM

| Src | Company | Contact | Party/Function | Address 1 | Address 2 | City | St | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C. | ATT: DAVID M. EISENBERG, ESQ. | ATTY FOR NIDEC MOTORS & ACTUATORS | 400 GALLERIA OFFICENTRE, STE. 444 | | SOUTHFIELD | MI | 48034 | US | 248-827-4106 | deisenberg@ermanteicher.com; dromand@ermanteicher.com |
| NOA | ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C. | ATT: DIANNE S. RUHLANDT, ESQ. | ATTY FOR ETKIN MANAGEMENT SERVICES | 400 GALLERIA OFFICENTRE, STE. 444 | | SOUTHFIELD | MI | 48034 | US | 248-827-4106 | druhlandt@ermanteicher.com; drormand@ermanteicher.com |
| NOA | ERVIN COHEN & JESSUP LLP | ATTN: MICHAEL S. KOGAN & PETER JAZAYERI | ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET | 9401 WILSHIRE BOULEVARD | | BEVERLY HILLS | CA | 90212 | US | 310-859-2325 | mkogan@ecjlaw.com; pjazayeri@ecjlaw.com |
| NOA | FACTORY MOTOR PARTS COMPANY | | | 1380 CORPORATE CENTER CURVE | | EAGAN | MN | 55121 | US | 651-454-4999 | |
| NOA | FARELLA BRAUN & MARTEL LLP | ATT: NEIL A. GOTEINER, ESQ. | ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION | 235 MONTGOMERY STREET, 17TH FLOOR | | SAN FRANCISCO | CA | 94104 | US | 415-954-4480 | ngoteiner@fbm.com |
| NOA | FEDERAL EXPRESS CORPORATION | ATTN: ROBERT R. ROSS | | 3620 HACKS CROSS ROAD | BUILDING B - 2ND FLOOR | MEMPHIS | TN | 38125 | US | 901-434-4523 | rrross@fedex.com |
| NOA | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | ATT: PAUL J. PASCUZZI, ESQ | ATTY FOR THE MCCLATCHY COMPANY | 400 CAPITAL MALL, SUITE 1450 | | SACRAMENTO | CA | 95814 | US | 916-329-7435 | ppascuzzi@ffwplaw.com |
| NOA | FOLEY & LARDNER LLP | ATT: ROBERT H. HUEY, ESQ. | ATTY FOR TOYOTA MOTOR CORPORATION | WASHINGTON HARBOUR | 3000 K STREET, N.W., SUITE 600 | WASHINGTON | DC | 20007 | US | 202-672-5399 | rhuey@foley.com |
| NOA | FOLEY & LARDNER LLP | ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE | ATTY FOR TOYOTA MOTOR CORPORATION | 402 WEST BROADWAY, SUITE 2100 | | SAN DIEGO | CA | 92101 | US | 619-234-3510 | vavilaplana@foley.com; mriopelle@foley.com |
| NOA | FOLEY & LARDNER LLP | ATTN: FRANK DICASTRI, ESQ. | ATTY FOR GETRAG TRANSMISSION CORPORATION | 777 EAST WISCONSIN AVENUE | | MILWAUKEE | WI | 53202 | US | 414-297-4900 | fdicastri@foley.com |
| NOA | FOLEY & LARDNER LLP | ATTN: JILL L. MURCH & JOANNE LEE | ATTY FOR CUMMINS INC. | 321 NORTH CLARK STREET, SUITE 2800 | | CHICAGO | IL | 60654 | US | 312-832-4700 | jmurch@foley.com; jlee@foley.com |
| NOA | FOLEY & LARDNER LLP | ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO | ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC | ONE DETROIT CENTER | 500 WOODWARD AVENUE, SUITE 2700 | DETROIT | MI | 48226 | US | 313-234-2800 | sbarbatano@foley.com; maiello@foley.com |
| NOA | FOLEY & LARDNER LLP | ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER | ATTY FOR PETERSON AMERICAN CORPORATION | ONE DETROIT CENTER | 500 WOODWARD AVENUE, SUITE 2700 | DETROIT | MI | 48226 | US | 313-234-2800 | sbarbatano@foley.com; shilfinger@foley.com |