**Motors Liquidation Inc.**

# MASTER SERVICE LIST

Reflecting database results as of 11/30/2009 9:32:06 AM **

| Sour* | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | FOLEY & LARDNER LLP | ATTN: SALVATORE A. BARBATANO, JOHN A. SIMON, KATHERINE R. CATANESE | ATTY FOR PIRELLI TIRE, LLC | ONE DETROIT CENTER | 500 WOODWARD AVENUE, SUITE 2700 | DETROIT | MI | 48226 | US | 313-234-2800 | sbarbatano@foley.com; jsimon@foley.com; kcatanese@foley.com |
| NOA | FOLEY & LARDNER LLP | ATTN: SCOTT T. SEABOLT, ESQ. | ATTY FOR TEXTRON INC. | 500 WOODWARD AVENUE, SUITE 2700 | | DETROIT | MI | 48226 | US | 313-234-2800 | sseabolt@foley.com |
| NOA | FOLEY & LARDNER LLP | ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI, JOHN A. SIMON | ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE ELECTR | 500 WOODWARD AVENUE, SUITE 2700 | | DETROIT | MI | 48226 | US | 313-234-2800 | shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com |
| NOA | FOLEY & LARDNER LLP | ATTN: STEVEN H HILFINGER, JOHN A. SIMON, KATHERINE R. CATANESE | ATTY FOR INTRA CORPORATION | 500 WOODWARD AVENUE, SUITE 2700 | | DETROIT | MI | 48226 | US | 313-234-2800 | shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com |
| NOA | FOLEY & LARDNER LLP | ATTN: THOMAS B. SPILLANE, JOHN A. SIMON, KATHERINE R. CATANESE | ATTY FOR TECHNOLOGY INVESTMENT PARTNERS, LLC | 500 WOODWARD AVENUE, SUITE 2700 | | DETROIT | MI | 48226 | US | 313-234-2800 | tspillane@foley.com; jsimon@foley.com; kcatanese@foley.com |
| NOA | FORMAN HOLT ELIADES & RAVIN, LLC | ATT: KIM R. LYNCH, ESQ. | ATTY FOR SIEMENS BUILDING TECHNOLOGIES, INC. | 80 ROUTE 4 EAST, SUITE 290 | | PARAMUS | NJ | 07652 | US | 201-845-9112 | klynch@formanlaw.com |
| NOA | FOX ROTHSCHILD LLP | ATTN: FRED STEVENS, ESQ. | ATTY FOR STARSOURCE MANAGEMENT SERVICES | 100 PARK AVENUE, SUITE 1500 | | NEW YORK | NY | 10017 | US | 212-692-0940 | fstevens@foxrothschild.com |
| NOA | FRASER TREBILCOCK DAVIS & DUNLAP, P.C. | ATTY G. ALAN WALLACE, ESQ | ATTY FOR CITY OF LANSING | 124 WEST ALLEGAN STREET, SUITE 1000 | | LANSING | MI | 48933 | US | 517-482-0887 | gwallace@fraserlawfirm.com |
| NOA | FREEBORN & PETERS LLP | ATT. AARON L. HAMMER & THOMAS R. FAWKES, ESQS | ATTY FOR PGW, LLC | 311 SOUTH WACKER DRIVE, SUITE 3000 | | CHICAGO | Il | 60606 | US | 312-360-6995 | ahammer@freebornpeters.com; tfawkes@freebornpeters.com |
| NOA | FRIEDLANDER MISLER, PLLC | ATTN: ROBERT E. GREENBERG, ESQ. | ATTY FOR REALTY ASSOCIATES IOWA CORPORATION | 1101 SEVENTEENTH STREET, N.W., SUITE 700 | | WASHINGTON | DC | 20036 | US | 202-857-8343 | rgreenberg@dclawfirm.com |
| NOA | FULBRIGHT & JAWORSKI L.L.P. | ATT: DAVID A. ROSENZWEIG & MARK C. HAUT | ATTY FOR SOUTHWEST RESEARCH INSTITUTE | 666 FIFTH AVENUE | | NEW YORK | NY | 10103 | US | 212-318-3400 | drosenzweig@fulbright.com; mhaut@fulbright.com |
| NOA | FULBRIGHT & JAWORSKI L.L.P. | ATT: LIZ BOYDSTON, ESQ | ATTY FOR BELL ATLANTIC TRICON LEASING CORP | 2200 ROSS AVENUE, SUITE 2800 | | DALLAS | TX | 75201 | US | 214-855-8200 | lboydston@fulbright.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

**Motors Liquidation Inc.**

# MASTER SERVICE LIST

Reflecting database results as of 11/30/2009 9:32:08 AM **

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | FULBRIGHT & JAWORSKI L.L.P. | ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ. | ATTY FOR VERIZON CAPITAL CORPORATION | 2200 ROSS AVENUE, SUITE 2800 | | DALLAS | TX | 75201 | US | 214-855-8200 | lstrubeck@fulbright.com; lboydston@fulbright.com |
| NOA | FULBRIGHT & JAWORSKI L.L.P. | ATT: MICHAEL M. PARKER, ESQ. | ATTY FOR SOUTHWEST RESEARCH INSTITUTE | 300 CONVENT STREET, SUITE 2200 | | SAN ANTONIO | TX | 78205 | US | 210-270-7205 | mparker@fulbright.com |
| NOA | FULBRIGHT & JAWORSKI L.L.P. | ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN | ATTY FOR AT&T CORP. | 666 FIFTH AVENUE | | NEW YORK | NY | 10103 | US | 212-318-3400 | drosenzweig@fulbright.com; jrabin@fulbright.com |
| NOA | GERSTEN SAVAGE, LLP | ATT: PAUL RACHMUTH | ATTY FOR COURT APPOINTED CLASS | 600 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | US | 212-980-5192 | prachmuth@gerstensavage.com |
| NOA | GHSP, INC | ATTY: RON WALLISH | | 1250 SOUTH BEECHTREE STREET | | GRAND HAVEN | MI | 49417 | US | 616-842-7230 | |
| NOA | GIBBONS P.C. | ATT: DAVID N. CRAPO, ESQ. | ATTY FOR J.D. POWER AND ASSOCIATES | ONE GATEWAY CENTER | | NEWARK | NJ | 07102 | US | 973-639-6244 | dcrapo@gibbonslaw.com |
| NOA | GIBSON, DUNN & CRUTCHER LLP | ATT: DAVID M. FELDMAN, ESQ. | ATTY FOR WILMINGTON TRUST COMPANY | 200 PARK AVENUE | | NEW YORK | NY | 10166 | US | 212-351-4035 | dfeldman@gibsondunn.com |
| NOA | GIBSON, DUNN & CRUTCHER LLP | ATT: MATTHEW J. WILLIAMS, ESQ. | ATTY FOR WILMINGTON TRUST COMPANY | 200 PARK AVENUE | | NEW YORK | NY | 10166 | US | 212-351-4035 | mjwilliams@gibsondunn.com |
| NOA | GIRARD GIBBS LLP | ATT: D. GIRARD & A.J. DE BARTOLOMEO | ATTY FOR COURT APPOINTED CLASS | 601 CALIFORNIA STREET, SUITE 1400 | | SAN FRANCISCO | CA | 94108 | US | 415-981-4846 | dcg@girardgibbs.com; ajd@girardgibbs.com |
| NOA | GLENN M. REISMAN, ESQ. | | ATTY FOR GE ENERGY, GE MOTORS AND GE WATER | TWO CORPORATE DRIVE, SUITE 234 | | SHELTON | CT | 06484 | US | 203-225-1244 | Glenn.Reisman@ge.com |
| NOA | GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO | ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA | | 437 MADISON AVENUE | NEW YORK | NY | 10022 | US | 212-754-0330 | jflaxer@golenbock.com; dfurth@golenbock.com; avassallo@golenbock.com |
| NOA | GORLICK, KRAVITZ & LISTHAUS, P.C. | ATT: BARBARA S. MEHLSACK, ESQ. | ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S | 17 STATE STREET, 4TH FLOOR | | NEW YORK | NY | 10004 | US | 212-269-2540 | bmehlsack@gkllaw.com |
| NOA | GOULSTON & STORRS, P.C. | ATT: DOUGLAS B. ROSNER, ESQ. | ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC | 400 ATLANTIC AVENUE | | BOSTON | MA | 02110 | US | 617-574-4112 | drosner@goulstonstorrs.com |
| NOA | GOULSTON & STORRS, P.C. | ATT: GREGORY O. KADEN, ESQ. | ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC | 400 ATLANTIC AVENUE | | BOSTON | MA | 02110 | US | 617-574-4112 | gkaden@goulstonstorrs.com |
| NOA | GREENBERG TRAURIG, P.A. | ATT: ALLEN G. KADISH, ESQ. | ATTY FOR: OXBOW CARBON & MINERALS, LLC | 200 PARK AVENUE | | NEW YORK | NY | 10166 | US | 212-801-6400 | kadisha@gtlaw.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

**Motors Liquidation Inc.**

# MASTER SERVICE LIST

Reflecting database results as of 11/30/2009 9:32:06 AM **

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | GREENBERG TRAURIG, P.A. | ATT: LUIS SALAZAR, ESQ. | ATTY FOR OXBOW CARBON & MINERALS, LLC | 1221 BRICKELL AVENUE | | MIAMI | FL | 33131 | US | 305-579-0717 | salazarl@gtlaw.com |
| NOA | HAHN & HESSEN LLP | ATT: J. DIVACK & H. PATWARDHAN, ESQ. | ATTY FOR H REYNOLDS & G REYNOLDS, JR | 488 MADISON AVENUE, 15TH FLOOR | | NEW YORK | NY | 10022 | US | 212-478-7400 | jdivack@hahnhessen.com; hpatwardhan@hahnhessen.com |
| NOA | HAHN & HESSEN LLP | ATT: J. DIVACK & H. PATWARDHAN, ESQ. | ATTY FOR WILLIAM HARDEE | 488 MADISON AVE. 15TH FLOOR | | NEW YORK | NY | 10022 | US | 212-478-7400 | jdivack@hahnhessen.com ; hpatwardhan@hahnhessen.com |
| NOA | HAHN LOESER & PARKS LLP | ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO | | 200 PUBLIC SQUARE, SUITE 2800 | | CLEVELAND | OH | 44114 | US | 216-274-2495 | ldpowar@hahnlaw.com, dademarco@hahnlaw.com |
| NOA | HALPERIN BATTAGLIA RAICHT, LLP | ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ. | ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC | 555 MADISON AVENUE, 9TH FLOOR | | NEW YORK | NY | 10022 | US | 212-765-0964 | cbattaglia@halperinlaw.net, jdyas@halperinlaw.net |
| NOA | HARMAN BECKER AUTOMOTIVE SYSTEMS, INC. | | | 39001 WEST 12 MILE ROAD | | FARMINGTON HILLS | MI | 48331 | US | | info@harmanbecker.de |
| NOA | HARTER SECREST & EMERY LLP | ATT: JOHN AHO, WILLIAM KREIENBERG, JOHN WEIDER, INGRID PALERMO | ATTY FOR SATURN OF ROCHESTER, INC | 1600 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 | US | 585-232-2152 | jaho@hselaw.com, wkreienberg@hselaw.com, jweider@hselaw.com; |
| NOA | HARTER SECREST & EMERY LLP | ATT: JOHN WEIDER & INGRID PALERMO, ESQS. | ATTY FOR PADDOCK CHEVROLET, INC. | 1600 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 | US | 585-232-2152 | jweider@hselaw.com |
| NOA | HARTER SECREST & EMERY LLP | ATT: KENNETH W AFRICANO & RAYMOND L. FINK, ESQS. | ATTY FOR PADDOCK CHEVROLET, INC. | TWELVE FOUNTAIN PLAZA, SUITE 400 | | BUFFALO | NY | 14202 | US | 716-853-1617 | kafricano@hselaw.com; rfink@hselaw.com |
| NOA | HARTER SECREST & EMERY LLP | ATT: RAYMOND L. FINK, ESQ | ATTY FOR SATURN OF ROCHESTER, INC. | TWELVE FOUNTAIN PLAZA, SUITE 400 | | BUFFALO | NY | 14202 | US | 716-853-1617 | rfink@hselaw.com |
| NOA | HAYNES AND BOONE LLP | ATT: JONATHAN HOOK, ESQ. | ATTY FOR AIRGAS, INC. | 1221 AVENUE OF THE AMERICAS 26TH FL | | NEW YORK | NY | 10020 | US | 212-884-8211 | jonathan.hook@haynesboone.com |
| NOA | HAYNES AND BOONE LLP | ATT: PATRICK L. HUGHES & PETER C RUGGERO | ATTY FOR AIRGAS, INC | 1221 MCKINNEY, SUITE 2100 | | HOUSTON | TX | 77010 | US | 713-547-2600 | patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com |
| NOA | HAYNES AND BOONE LLP | ATTN: CHARLES A. BECKHAM & BROOKS HAMILTON | ATTY FOR EXXON MOBIL CORPORATION | 1221 MCKINNEY, SUITE 2100 | | HOUSTON | TX | 77010 | US | 713-547-2600 | charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com |
| NOA | HAYNES AND BOONE, LLP | ATTN: JUDITH ELKIN | ATTY FOR CEVA LOGISTICS | 1221 AVENUE OF THE AMERICAS, 26TH FLOOR | | NEW YORK | NY | 10020 | US | 212-884-8226 | judith.elkin@haynesboone.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review



**Motors Liquidation Inc.**

# MASTER SERVICE LIST

Reflecting database results as of 11/30/2009 9:32:08 AM **

| Source | Company | Contact | Party/Function | Address 1 | Address 2 | City | State | Zip | Country | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | HAYNES AND BOONE, LLP | ATTN: MATTHEW E RUSSELL, ESQ. | ATTY OFR EXXON MOBIL CORPORATION | 1221 AVENUE OF THE AMERICAS, 26TH FL. | | NEW YORK | NY | 10020 | US | 212-884-8221 | matthew.russell@haynesboone.com |
| NOA | HAYNSWORTH SINKLER BOYD, P.A. | ATTN. WILLIAM H. SHORT, JR., ESQ. | ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION | POST OFFICE BOX 11889 | | COLUMBIA | SC | 29211 | US | 803-765-1243 | bshort@hsblawfirm.com |
| NOA | HERRICK, FEINSTEIN LLP | ATT: STEPHEN B SELBST & PAUL RUBIN | ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC | 2 PARK AVENUE | | NEW YORK | NY | 10016 | US | 212-592-1500 | sselbst@herrick.com, prubin@herrick.com |
| NOA | HESS CORPORATION | ATT. ELIZABETH ANNE CARINI CURRENTI, ESQ. | | 1 HESS PLAZA | | WOODBRIDGE | NJ | 07095 | US | 732 750-6020 | ecurrenti@hess.com |
| NOA | HEWLETT PACKARD COMPANY LP | ATT: RAMONA NEAL, SENIOR COUNSEL | | 11311 CHINDEN BOULEVARD | MAIL STOP 314 | BOISE | ID | 83714 | US | 208-396-3958 | Ramona.neal@hp.com |
| NOA | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | ATT: AMY S. CHIPPERSON, ESQ | | 420 MOUNTAIN AVENUE | | MURRAY HILL | NJ | 07640 | US | 908-898-4494 | amy.chipperson@hp.com |
| NOA | HINCKLEY, ALLEN & SNYDER LLP | ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V DORAN | ATTY FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-GMAC CO, LLC | 28 STATE STREET | | BOSTON | MA | 02109 | US | 617-345-9020 | tcurran@haslaw.com |
| NOA | HISCOCK & BARCLAY, LLP | ATT: SUSAN R KATZOFF, ESQ. | | ONE PARK PLACE | 300 SOUTH STATE STREET | SYRACUSE | NY | 13202 | US | 315-425-0517 | skatzoff@hblaw.com |
| NOA | HISCOCK & BARCLAY, LLP | ATTN: SUSAN R. KATZOFF, ESQ. | ATTY FOR THE SCHAEFER GROUP INC. | ONE PARK PLACE | 300 SOUTH STATE STREET | SYRACUSE | NY | 13202 | US | 315-425-2701 | skatzoff@hblaw.com |
| NOA | HOGAN & HARTSON LLP | ATT: SCOTT A. GOLDEN & BRIAN J GRIECO, ESQ. | ATTY FOR NEWS AMERICA INCORPORATED | 875 THIRD AVENUE | | NEW YORK | NY | 10022 | US | 212-918-3100 | sagolden@hhlaw.com ; bjgrieco@hhlaw.com |
| NOA | HONIGMAN MILLER SCHWARTZ AND COHN LLP | ATT: JOSEPH R. SGROI, ESQ. | ATTY FOR GENERAL MOTORS CORPORATION | 2290 FIRST NATIONAL BUILDING | 660 WOODWARD AVENUE | DETROIT | MI | 48226 | US | 313-465-7571 | jsgroi@honigman.com |
| NOA | HONIGMAN MILLER SCHWARTZ AND COHN LLP | ATT. ROBERT B. WEISS, ESQ. | ATTY FOR GENERAL MOTORS CORPORATION | 2290 FIRST NATIONAL BUILDING | 660 WOODWARD AVENUE | DETROIT | MI | 48226 | US | 313-465-7597 | rweiss@honigman.com |
| NOA | HONIGMAN MILLER SCHWARTZ AND COHN LLP | ATT: TRICIA A. SHERICK, ESQ. | ATTY FOR GENERAL MOTORS CORPORATION | 2290 FIRST NATIONAL BUILDING | 660 WOODWARD AVENUE | DETROIT | MI | 48226 | US | 313-465-7083 | tsherick@honigman.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

**Motors Liquidation Inc.**

# MASTER SERVICE LIST

Reflecting database results as of 11/30/2009 8:32:05 AM **

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | HOWARD COUNTY OFFICE OF LAW | ATT: CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR | | GEORGE HOWARD BUILDING | 3430 COURTHOUSE DRIVE | ELLICOTT CITY | MD | 21043 | US | | |
| NOA | HUNTER & SCHANK CO., LPA | ATT: JOHN J. HUNTER, JR., ESQ. | ATTY FOR ZF FRIEDRICHSHAFEN AG | ONE CANTON SQUARE | 1700 CANTON AVENUE | TOLEDO | OH | 43604 | US | 419-255-9121 | jrhunter@hunterschank.com |
| NOA | HUNTER & SCHANK CO., LPA | ATT: THOMAS J. SCHANK, ESQ. | ATTY FOR ZF FRIEDRICHSHAFEN AG | ONE CANTON SQUARE | 1700 CANTON AVENUE | TOLEDO | OH | 43604 | US | 419-255-9121 | tomschank@hunterschank.com |
| NOA | HUNTON & WILLIAMS LLP | ATT: J.R. SMITH | | ATT FOR: PHILIP MORRIS USA | RIVERFRONT PLAZA, EAST TOWER | RICHMOND | VA | 23219 | US | 804-788-8218 | jrsmith@hunton.com |
| NOA | HUNTON & WILLIAMS LLP | ATT. PETER PARTEE, RICHARD NORTON, SCOTT H. BERNSTEIN | ATTY FOR: PHILIP MORRIS USA | 200 PARK AVENUE | | NEW YORK | NY | 10166 | US | 212-309-1100 | ppartee@hunton.com; rnorton@hunton.com; sbernstein@hunton.com |
| NOA | IMPERICAL COUNTY TREASURER-TAX COLLECTOR | | | KAREN VOGEL, TREASURER TAX COLLECTOR | 940 WEST MAIN STREET, SUITE 106 | EL CENTRO | CA | 92243 | US | | |
| NOA | INDUSTRY CANADA, LEGAL SERVICES | ATT. ANNE BOUDREAU | | 235 QUEEN STREET | OTTAWA, ON K1A 0H5 | | | | CA | 613-954-5356 | anne.boudreau@ic.gc.ca |
| MSL | INTERNAL REVENUE SERVICE | ATTN: INSOLVENCY SECTION | | 290 BROADWAY | | NEW YORK | NY | 10007 | US | 212-436-1931 | |
| MSL | INTERNAL REVENUE SERVICE | ATTN: INSOLVENCY SECTION | | P.O. BOX 21126 | | PHILADELPHIA | PA | 19114 | US | 215-516-2555 | |
| NOA | INTERNATIONAL UNION OF OPERATING ENGINEERS | ATT. RICHARD GRIFFIN, GENERAL COUNSEL | | 1125 SEVENTEENTH STREET, NW | | WASHINGTON | DC | 20036 | US | 202-778-2616 | rgriffin@iuoe.org |
| NOA | INTERNATIONAL UNION, UAW | ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT. | ATTY FOR INTERNATIONAL UNION, UAW | 8000 EAST JEFFERSON AVENUE | | DETROIT | MI | 48214 | US | 313-926-5240 | memberservices@uaw.net, nganatra@uaw.net |
| NOA | IVEY, BARNUM AND O'MARA, LLC | ATTN: MELISSA ZELEN NEIER, ESQ. | ATTY FOR SONIC AUTOMOTIVE, INC. | 170 MASON STREET | | GREENWICH | CT | 06830 | US | 203-661-9462 | mneier@ibolaw.com |
| NOA | J.L. SAFFER, P.C. | ATTN: JENNIFER L. SAFFER, ESQ. | ATTY FOR TMI CUSTOM AIR SYSTEMS, INC. | 20 VESEY STREET, 7TH FLOOR | | NEW YORK | NY | 10007 | US | 212-608-1879 | jlsaffer@jlsaffer.com |
| NOA | JAFFE, RAITT, HEUER, & WEISS, P.C. | ATT: RICHARD E. KRUGER | ATTY FOR THE BMW GROUP | 27777 FRANKLIN RD SUITE 2500 | | SOUTHFIELD | MI | 48034 | US | 248-351-3082 | rkruger@jaffelaw.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

**Motors Liquidation Inc.**

# MASTER SERVICE LIST

Reflecting database results as of 11/30/2009 9:32:05 AM **

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | JENNER & BLOCK LLP | ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI | ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS | 353 N. CLARK ST. | | CHICAGO | IL | 60654 | US | 312-527-0484 | dmurray@jenner.com |
| NOA | JENNER & BLOCK LLP | ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN | ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS | 919 THIRD AVENUE, 37TH FLOOR | | NEW YORK | NY | 10022 | US | 212-891-1699 | ptrostle@jenner.com |
| NOA | JIM BARNARD CHEVROLET, INC. | ATT: ALLYN BARNARD, PRESIDENT | | 7107 BUFFALO ROAD | | CHURCHVILLE | NY | 14428 | US | 585-293-1006 | |
| NOA | JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC | ATT: JEAN WINBORNE BOYLES, ESQ. | ATTY FOR D & J AUTOMOTIVE, LLC | P.O. BOX 1776 | | RALEIGH | NC | 27602 | US | 919-743-2201 | jboyles@jhvgglaw.com |
| NOA | JOHNSTON BARTON PROCTOR & ROSE LLP | ATTN: MAX A. MOSELEY, ESQ | ATTY FOR SERRA CHEVROLET OF BIRMINGHAM, INC. | 569 BROOKWOOD VILLAGE | SUITE 901 | BIRMINGHAM | AL | 35209 | US | 205-458-9500 | mam@johnstonbarton.com |
| NOA | K&L GATES LLP | ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS. | ATTY FOR PPG INDUSTRIES, INC. | 599 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | US | 212-536-3901 | jeff.rich@klgates.com, eric.moser@klgates.com |
| NOA | KAYE SCHOLER LLP | ATT: RICHARD G. SMOLEV | ATTY FOR PHILLIP MORRIS CAPITAL CORP | 425 PARK AVENUE | | NEW YORK | NY | 10022 | US | 212-836-8583 | rsmolev@kayescholer.com; |
| NOA | KEATING MUETHING & KLEKAMP PLL | ATTN: JASON V. STITT, ESQ. | ATTY FOR CINTAS CORPORATION | ONE EAST FOURTH STREET, SUITE 1400 | | CINCINNATI | OH | 45202 | US | 513-579-6457 | jstitt@kmklaw.com |
| NOA | KELLEY & FERRARO, L.L.P. | ATT: THOMAS M. WILSON, ESQ | ATTY FOR ASBESTOS TORT CLAIMANTS | 2200 KEY TOWER | 127 PUBLIC SQUARE | CLEVELAND | OH | 44114 | US | 216-575-0799 | twilson@kelley-ferraro.com |
| NOA | KELLEY DRYE & WARREN LLP | ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN, ESQS | ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK | 101 PARK AVENUE | | NEW YORK | NY | 10178 | US | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com |
| NOA | KELLEY DRYE & WARREN, LLP | ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS | ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO. | 101 PARK AVENUE | | NEW YORK | NY | 10178 | US | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com |
| MSL | KENNEDY, JENNIK & MURRAY P.C. | ATTN: LARRY MAGARIK, ESQ. | | 113 UNIVERSITY PLACE | 7TH FL | NEW YORK | NY | 10003 | US | 212-358-0207 | lmagarik@kjmlabor.com |
| MSL | KENNEDY, JENNIK & MURRAY P.C. | ATTN: SUSAN JENNIK, ESQ. | | 113 UNIVERSITY PLACE | 7TH FL | NEW YORK | NY | 10003 | US | 212-358-0207 | sjennik@kjmlabor.com |
| MSL | KENNEDY, JENNIK & MURRAY P.C. | ATTN: THOMAS M KENNEDY, ESQ. | | 113 UNIVERSITY PLACE | 7TH FL | NEW YORK | NY | 10003 | US | 212-358-0207 | tmurray@kjmlabor.com |
| NOA | KERR, RUSSELL AND WEBER, PLC | ATT: P. WARREN HUNT, ESQ. & JAMES DELINE | ATTY FOR AVL AMERICAS, INC. | 500 WOODWARD AVENUE, SUITE 2500 | | DETROIT | MI | 48226 | US | 313-961-0388 | pwh@krwlaw.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

**Motors Liquidation Inc.**

# MASTER SERVICE LIST

Reflecting database results as of 11/30/2009 9:32:05 AM **

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | KERR, RUSSELL AND WEBER, PLC | ATTN: JAMES E. DELINE, ESQ. | ATTY FOR WINDSOR MOLD INC. | 500 WOODWARD AVENUE, SUITE 2500 | | DETROIT | MI | 48226 | US | 313-961-0388 | jed@krwlaw.com |
| NOA | KILPATRICK & ASSOCIATES, P.C. | ATT: RICHARDO I. KILPATRICK & LEONORA K BAUGHMAN | ATTY FOR OAKLAND COUNTY TREASURER | 903 N. OPDYKE ROAD, SUITE C | | AUBURN HILLS | MI | 48326 | US | 248-377-0800 | ecf@kaalaw.com |
| NOA | KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | ATT: MORTON R. BRANZBURG & BRIAN T. CROWLEY | ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY | 260 S. BROAD STREET | | PHILADELPHIA | PA | 19102 | US | 215-568-6603 | BCrowley@klehr.com |
| NOA | KNAPP CHEVROLET | | | 815 HOUSTON AVENUE | | HOUSTON | TX | 77007 | US | 713-331-3057 | |
| NOA | KOHRMAN JACKSON & KRANTZ, PLL | ATT: JAMES W. EHRMAN, ESQ | ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC | ONE CLEVELAND CENTER, 20TH FLOOR | 1375 EAST NINTH STREET | CLEVELAND | OH | 44114 | US | 216-621-6536 | jwe@kjk.com |
| NOA | KOTZ, SANGSTER WYSOCKI AND BERG, P.C. | ATTN. FREDERICK A. BERG & JAYSON M. MACYDA, ESQS | ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES | 400 RENAISSANCE CENTER, SUITE 3400 | | DETROIT | MI | 48243 | US | 313-259-1451 | fberg@kotzsangster.com; jmacyda@kotzsangster.com |
| MSL | KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER, AMY CATON, ADAM ROGOFF & GREGORY PLOTKO | ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | US | 212-715-8000 | acaton@kramerlevin.com, gplotko@kramerlevin.com, tmayer@kramerlevin.com, arogoff@kramerlevin.com, rschmidt@kramerlevin.com, lmacksoud@kramerlevin.com, jsharret@kramerlevin.com |
| NOA | KUPELIAN ORMOND & MAGY, P.C. | ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW SCHLEGEL | ATTY FOR LA PRODUCTIONS, LLC | 25800 NORTHWESTERN HIGHWAY, SUITE 950 | | SOUTHFIELD | MI | 48075 | US | 248-357-7488 | tah@kompc.com; dmb@kompc.com; psm@kompc.com; mws@kompc.com |
| NOA | LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C. | ATTN. ADAM D. BRUSKI, ESQ. | ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO. | 916 WASHINGTON AVENUE, SUITE 309 | | BAY CITY | MI | 48708 | US | 989-894-2232 | abruski@lambertleser.com |
| NOA | LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C. | ATTN: SUSAN M. COOK, ESQ | ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO. | 916 WASHINGTON AVENUE, SUITE 309 | | BAY CITY | MI | 48708 | US | 989-894-2232 | scook@lambertleser.com |
| NOA | LATHAM & WATKINS LLP | ATTN. ROBERT J. ROSENBERG & ADAM J. GOLDBERG | ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC | 885 THIRD AVENUE, SUITE 1000 | | NEW YORK | NY | 10022 | US | 212-751-4864 | Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com |
| NOA | LAW OFFICES OF GABRIEL DEL VIRGINIA | ATT: GABRIEL DEL VIRGINIA, ESQ. | ATTY FOR HESS CORPORATION | 488 MADISON AVE | | NEW YORK | NY | 10022 | US | 212-813-9800 | gabriel.delvirginia@verizon.net |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

**Motors Liquidation Inc.**

# MASTER SERVICE LIST

Reflecting database results as of 11/30/2009 8:32:06 AM **



| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | LAW OFFICES OF ROBERT E. LUNA, P.C. | ATT: ANDREA SHEEHAN, ESQ. | ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD | 4411 N. CENTRAL EXPRESSWAY | | DALLAS | TX | 75205 | US | 214-521-1738 | sheehan@txschoollaw.com |
| NOA | LAWRENCE JAY KRAINES, ESQ. | | | 14235 DICKENS STREET, SUITE 4 | | SHERMAN OAKS | CA | 91423 | US | 818-981-6433 | larrykraines@gmail.com |
| NOA | LECLAIRRYAN P.C | ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS | ATTY OF HONEYWELL INTERNATIONAL INC. | 830 THIRD AVENUE, 5TH FLOOR | | NEW YORK | NY | 10022 | US | 212-430-8062 | michael.hastings@leclairryan.com ; michael.conway@leclairryan.com |
| NOA | LEVY RATNER P.C. | ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP | ATTY FOR UNITED STEELWORKERS | 80 EIGHTH AVENUE, 8TH FLOOR | | NEW YORK | NY | 10011 | US | 212-627-8182 | shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com |
| NOA | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATT: ELIZABETH WELLER, ESQ. | ATTY FOR TARRANT COUNTY & DALLAS COUNTY | 2323 BRYAN STREET, SUITE 1600 | | DALLAS | TX | 75201 | US | 469-221-5002 | dallas.bankruptcy@publicans.com |
| NOA | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATT. JOHN P. DILLMAN, ESQ. | | STATE OF TEXAS TAXING AUTHORITIES | POST OFFICE BOX 3064 | HOUSTON | TX | 77253 | US | 713-844-3503 | houston_bankruptcy@publicans.com |
| NOA | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS, ESQ. | ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY, SAN | 2700 VIA FORTUNA DRIVE SUITE 400 | P.O. BOX 17428 | AUSTIN | TX | 78760 | US | 512-443-5114 | austin.bankruptcy@publicans.com |
| NOA | LOCKE LORD BISSELL & LIDDELL LLP | ATT: KEVIN J. WALSH, ESQ. | ATTY FOR METHODE ELECTRONICS, INC. | 3 WORLD FINANCIAL CTR FL 20 | | NEW YORK | NY | 10281 | US | 212-947-1202 | kwalsh@lockelord.com |
| NOA | LOCKE LORD BISSELL & LIDDELL LLP | ATT: TIMOTHY S. MCFADDEN, ESQ | ATTY FOR: METHODE ELECTRONICS, INC. | 111 SOUTH WACKER DRIVE | | CHICAGO | IL | 60606 | US | 312-443-0336 | tmcfadden@lockelord.com |
| NOA | LOWENSTEIN SANDLER PC | ATT. MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE | ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10022 | US | 973-597-2313 | metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com |
| NOA | LOWENSTEIN SANDLER PC | ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE | ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS | 65 LIVINGSTON AVENUE | | ROSELAND | NJ | 07068 | US | 973-597-2400 | metkin@lowenstein.com, steele@lowenstein.com; ilevee@lowenstein.com |
| NOA | MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C | ATTN: KATHLEEN H. KLAUS, ESQ. | ATTY FOR M-TECH ASSOCIATES | 28400 NORTHWESTERN HWY., 3RD FLOOR | | SOUTHFIELD | MI | 48034 | US | 248-359-7560 | khk@maddinhauser.com |
| NOA | MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C. | ATTN: MICHAEL S. LIEB, ESQ. | ATTY FOR SOUTH TROY TECH, LLC | 28400 NORTHWESTERN HWY., 3RD FLOOR | | SOUTHFIELD | MI | 48034 | US | 248-359-0174 | msl@maddinhauser.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

Motors Liquidation Inc.

# MASTER SERVICE LIST

Reflecting database results as of 11/30/2009 9:32:05 AM **

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | MADISON COUNTY, TAX COLLECTOR | ATT: LYNDA HALL | | MADISON COUNTY COURT HOUSE | 100 NORTHSIDE SQUARE | HUNTSVILLE | AL | 35801 | US | | |
| NOA | MATTA BLAIR, PLC | ATT. STEVEN A MATTA, ESQ. | ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN | 4145 DUBLIN DRIVE, SUITE 100 | | BLOOMFIELD HILLS | MI | 48302 | US | 248-593-6116 | smatta@mattablair.com |
| NOA | MAZZEO SONG & BRADHAM LLP | ATTN: DAVID H. HARTHEIMER, ESQ. | ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC. | 708 THIRD AVENUE, 19TH FLOOR | | NEW YORK | NY | 10017 | US | 212-599-0400 | dhartheimer@mazzeosong.com |
| NOA | MCCARTER & ENGLISH, LLP | ATT: CHARLES A. STANZIALE, JR | | FOUR GATEWAY CENTER | 100 MULBERRY STREET | NEWARK | NJ | 07102 | US | 973-624-7070 | cstanziale@mccarter.com |
| NOA | MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A. | ATTN. KIMBERLY A BRENNAN, ESQ. | ATTY FOR DEALER TIRE, LLC | 101 WEST PROSPECT AVENUE, SUITE 1800 | | CLEVELAND | OH | 44115 | US | 216-696-1210 | kab@mccarthylebit.com |
| NOA | MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A. | ATTN: ROBERT R. KRACHT, ESQ | ATTY FOR DEALER TIRE, LLC | 101 WEST PROSPECT AVENUE, SUITE 1800 | | CLEVELAND | OH | 44115 | US | 216-696-1210 | rrk@mccarthylebit.com |
| NOA | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATT: MICHAEL REED, ESQ | ATTY FOR LOCAL TEXAS TAXING AUTHORITIES | P.O. BOX 1269 | | ROUND ROCK | TX | 78680 | US | 512-323-3206 | sveselka@mvbalaw.com, mreed@mvbalaw.com, dgnit@mvbalaw.com |
| NOA | MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O. | ATTN: JANICE M WOOLLEY, ESQ. | ATTY FOR NS-2100 CABOT OF PA; NS 6000 CAPERTON WV; NS-1500 MARQUETTE MS; | NS-2200 WILLIS MILLER WI | 11404 W. DODGE ROAD, SUITE 500 | OMAHA | NE | 68154 | US | 402-492-9222 | janwoolley@mgwl.com |
| NOA | MCKENNA LONG & ALDRIDGE LLP | ATT. CHARLES E. DORKEY III | ATTY FOR EVGENY A FRIEDMAN | 230 PARK AVENUE, SUITE 1700 | | NEW YORK | NY | 10169 | US | 212-922-1819 | cdorkey@mckennalong.com |
| NOA | MCKENNA LONG & ALDRIDGE LLP | ATT: CHRISTOPHER F. GRAHAM, ESQ. | ATTY FOR INDUSTRY CANADA | 230 PARK AVENUE STE 1700 | | NEW YORK | NY | 10169 | US | 212-922-1819 | cgraham@mckennalong.com |
| NOA | MCKENNA LONG & ALDRIDGE LLP | ATT: JESSICA H. MAYES, ESQ. | ATTY FOR INDUSTRY CANADA | 230 PARK AVENUE, SUITE 1700 | | NEW YORK | NY | 10169 | US | 212-922-1819 | jmayes@mckennalong.com |
| NOA | MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C. | ATT. JACOB F. LAMME, ESQ. | ATTY FOR ST. REGIS MOHAWK TRIBE | 677 BROADWAY | | ALBANY | NY | 12207 | US | 518-426-4260 | lamme@mltw.com |
| NOA | MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C. | ATT: JOHN J PRIVITERA, ESQ. | ATTY FOR ST. REGIS MOHAWK TRIBE | 677 BROADWAY | | ALBANY | NY | 12207 | US | 518-426-4260 | privitera@mltw.com |
| NOA | MELTZER, PURTILL & STELLE, LLC | ATT: FORREST B. LAMMIMAN | ATTY FOR BROADWAY IN CHICAGO LLC | 300 SOUTH WACKER DRIVE, SUITE 3500 | | CHICAGO | IL | 60606 | US | | |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

**Motors Liquidation Inc.**

# MASTER SERVICE LIST

Reflecting database results as of 11/30/2009 9:32:08 AM **

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATT: EDWARD J. LOBELLO, ESQ. | ATTY FOR PITNEY BOWES, INC. PITNEY BOWES MGT SVS. INC, PITNEY BOWES SO | 1350 BROADWAY, SUITE 501 | P.O. BOX 822 | NEW YORK | NY | 10018 | US | 212-763-7031 | elobello@msek.com |
| NOA | MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATT: EDWARD LOBELLO, ALAN MARDER, JIL MAZER-MARINO, J. RANDO CRISTIANO | ATTY FOR INTL UNION UAW AND UAW ET AL | 990 STEWART AVENUE, SUITE 300 | | GARDEN CITY | NY | 11530 | US | 516-741-6706 | elobello@msek.com |
| NOA | MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATT: HANAN B. KOLKO, ESQ. | ATTY FOR INTL UNION UAW AND UAW ET AL | 1350 BROADWAY, SUITE 501 | P.O. BOX 822 | NEW YORK | NY | 10018 | US | 212-239-1311 | hkolko@msek.com |
| NOA | MICHAEL A. COX, ATTY GENERAL | | | KATHLEEN A. GARDINER, ASST. ATTY GENERAL | JULIUS O. CURLING, ASST. ATTY GENERAL | DETROIT | MI | 48202 | US | | |
| NOA | MICHAEL S HOLMES, P.C. | ATT. MICHAEL S. HOLMES, ESQ. | ATTY FOR OAKS L-M, INC. DBA WESTPOINT | 8100 WASHINGTON AVENUE, SUITE 120 | | HOUSTON | TX | 77007 | US | 713-956-6284 | msholmes@cowgillholmes.com |
| NOA | MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION | ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL | ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY | 525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING | P.O. BOX 30755 | LANSING | MI | 48909 | US | 517-373-1610 | gillcc@michigan.gov |
| NOA | MICHIGAN FUNDS ADMINISTRATION | | | 7201 W. SAGINAW HWY, STE 110 | | LANSING | MI | 48917 | US | 517-241-8821 | funds@michigan.gov |
| NOA | MICHIGAN WORKERS' COMPENSATION AGENCY | | | 7150 HARRIS DR. | | DIMONDALE | MI | 48821 | US | | |
| NOA | MICHIGAN WORKERS' COMPENSATION AGENCY | | | 7150 HARRIS DRIVE | PO BOX 30016 | LANSING | MI | 48909 | US | 313-456-2424 | wcacinfo@michigan.gov |
| NOA | MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-GMC, INC | ATT: MICHAEL E BARNARD, PRESIDENT | | 616 THAYER ROAD | | FAIRPORT | NY | 14450 | US | 315-331-8421 | |
| NOA | MILBANK, TWEED, HADLEY & MCCLOY LLP | ATT: MATTHEW S BARR, TYSON M. LOMAZOW & SAMUEL A. KHALIL, ESQ. | ATTY FOR: MANUFACTURERS AND TRADERS TRUST COMPANY | 1 CHASE MANHATTAN PLAZA | | NEW YORK | NY | 10005 | US | 212-530-5219 | mbarr@milbank.com ; tlomazow@milbank.com ; skhalil@milbank.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review