## Motors Liquidation Inc.

### MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:06 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Count | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | MILLER JOHNSON | ATT THOMAS P. SARB, ESQ | ATTY FOR BENTELER AUTOMOTIVE CORPORATION | 250 MONROE AVE., STE 800 | | GRAND RAPIDS | MI | 49501 | US | 616-831-1701 | sarbt@millerjohnson.com |
| NOA | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: ROBERT D. WOLFORD, ESQ | ATTY FOR MICO INDUSTRIES, INC. | 99 M. SUITE 800 | P O BOX 306 | GRAND RAPIDS | MI | 49501 | US | 616-831-1701 | wolford@millercanfield.com |
| NOA | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATT: DONALD J HUTCHINSON, ESQ | ATTY FOR LANSING BOARD OF WATER & LIGHT | 150 WEST JEFFERSON AVENUE, SUITE 2500 | | DETROIT | MI | 48226 | US | 313-496-8450 | hutchinson@millercanfield.com |
| NOA | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATT: SUSAN I. ROBBINS, ESQ | ATTY FOR LANSING BOARD OF WATER & LIGHT | 500 FIFTH AVENUE, SUITE 1815 | ATT: SUSAN I. ROBBINS, ESQ. | NEW YORK | NY | 10110 | US | 212-704-4410 | robbins@millercanfield.com |
| NOA | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATT: TIMOTHY A. FUSCO, ESQ. | ATTY FOR COUNTY OF WAYNE, MICHIGAN | 150 WEST JEFFERSON AVENUE, SUITE 2500 | | DETROIT | MI | 48226 | US | 313-496-8452 | fusco@millercanfield.com |
| NOA | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: MARC N SWANSON, ESQ | ATTY FOR KONGSBERG AUTOMOTIVE, INC. KONGSBERG DRIVELINE SYSTEMS | KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG HOLDING | | DETROIT | MI | 48226 | US | 313-496-8452 | swansonm@millercanfield.com |
| NOA | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C. | ATT: PAUL J. RICOTTA, ESQ. | ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC. | ONE HITACHI CABLE INDIANA, FINANCIAL CENTER | | BOSTON | MA | 02111 | US | 617-542-2241 | pricotta@mintz.com |
| NOA | MISSOURI DEPARTMENT OF REVENUE | ATT: STEVEN A. GINTHER, ESQ. | BANKRUPTCY UNIT | P.O. BOX 475 | | JEFFERSON CITY | MO | 65105 | US | 573-751-7232 | sdnyecf@dor.mo.gov |
| NOA | MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP | ATTY FOR STEVEN KAZAN, ESQ. | ATTY FOR STEVEN KAZAN, ESQ. | ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR. | 123 SOUTH BROAD STREET | PHILADELPHIA | PA | 19109 | US | 215-772-7620 | nramsey@mmwr.com; joneil@mmwr.com |
| NOA | MOORE & VAN ALLEN PLC | ATT: CYNTHIA JORDAN LOWERY, ESQ. | ATTY FOR HAGEMEYER N.A. | 40 CALHOUN STREET, SUITE 300 | POST OFFICE BOX 22828 | CHARLESTON | SC | 29413 | US | 843-579-8714 | cynthialowery@mvalaw.com |
| MSL | MORGAN, LEWIS & BOCKIUS LLP | ATTN: ANDREW D GOTTFRIED, ESQ. | | 101 PARK AVENUE | | NEW YORK | NY | 10178 | US | 212-309-6001 | RTOKER@MORGANLEWIS.COM |
| MSL | MORGAN, LEWIS & BOCKIUS LLP | ATTN: RICHARD S. TODER, ESQ. | | 101 PARK AVENUE | | NEW YORK | NY | 10178 | US | 212-309-6001 | AGOTTFRIED@MORGANLEWIS.COM |
| NOA | MORGAN, LEWIS & BOCKIUS LLP | ATTN: HOWARD S. BELTZER & EMMELINE S. LIU, ESQS | ATTY FOR FMR CORP | 101 PARK AVENUE | | NEW YORK | NY | 10178 | US | 212-309-6001 | hbeltzer@morganlewis.com; eliu@morganlewis.com |
| NOA | MORGAN LEWIS & BOCKIUS LLP | ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS | ATTY FOR ARAMARK HOLDINGS CORPORATION | 1701 MARKET STREET | | PHILADELPHIA | PA | 19103 | US | 215-963-5001 | mauceri@morganlewis.com |

* MSL = Master Service List
** NOA = Notice of Appearance
*** Subject to continuous update and review

# Motors Liquidation Inc.

## MASTER SERVICE LIST

Reflecting database results as of 11/30/2009 9:32:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | State | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NDA | MORRISON COHEN LLP | ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS | ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN | 909 THIRD AVENUE | | NEW YORK | NY | 10022 | US | 917-522-3103 | bankruptcy@morrisoncohen.co m |
| NDA | MOTLEY RICE LLC | ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS | ATTY FOR ASBESTOS 28 BRIDGESIDE BLVD TORT CLAIMANTS | | | MT. PLEASANT | SC | 29464 | US | 843-216-9450 | jgilbert@motleyrice.com, jrice@motleyrice.com, jbaden@motleyrice.com, lawrence.s.buonomo@gm.com |
| MSL | MOTORS LIQUIDATION COMPANY | ATTN: LAWRENCE S. BUONOMO, ESQ | | 300 RENAISSANCE CENTER | | DETROIT | MI | 48265 | US | | |
| MSL | MOTORS LIQUIDATION COMPANY | ATTN: TED STENGER | | 300 RENAISSANCE CENTER | | DETROIT | MI | 48265 | US | | TStenger@alixpartners.com |
| NOA | MUNCH SHELIST DENENBERG AMENT AND RUBENSTEIN | ATT: COLLEEN C. McMANUS, ESQ | ATTY FOR BRANDENBURG INDUSTRIAL SERVICE CO. | 191 NORTH WACKER DRIVE, SUITE 1800 | | CHICAGO | IL | 60606 | US | 312-521-2686 | CMcManus@munchshelist.com |
| NDA | MUNSCH HARDT KOPF & HARR, P.C. | ATT: MARY W. KOONS | ATTY FOR JJS PERFORMING PARTY GROUP | 700 LOUISIANA, SUITE 4600 | | HOUSTON | TX | 77002 | US | 713-222-1475 | mkoons@munsch.com |
| NDA | MUNSCH HARDT KOPF & HARR, P.C. | ATT: RAYMOND J. URBANIK, ESQ. | ATTY FOR COMPUTER SCIENCES CORPORATION | 3800 LINCOLN PLAZA | 500 N. AKARD STREET | DALLAS | TX | 75201 | US | 214-978-4374 | rurbanik@munsch.com |
| NDA | MYERS & FULLER, P.A. | ATT: RICHARD SOX, ESQ | ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS ASSOCIATION | 2822 REMINGTON GREEN CIRCLE | | TALLAHASSE E | FL | 32308 | US | 850-701-0707 | rsox@dealerlawyer.com |
| NDA | N.W. BERNSTEIN & ASSOCIATES, LLC | ATT: NORMAN W. BERNSTEIN, ESQ | ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL CORP SITE TRUST FUND | 800 WESTCHESTER AVENUE, SUITE 319 NORTH | | RYE BROOK | NY | 10573 | US | 914-701-0800 | nwbernstein@nwblic.com |
| NDA | NAHINS & GOIDEL, P.C. | ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS | | 377 BROADWAY | | NEW YORK | NY | 10013 | US | 212-334-0063 | chancyj@borahgoldstein.com |
| NDA | NARMCO GROUP | ATTN: GARY KELLY | | 2575 AIRPORT ROAD | WINDSOR, ONTARIO N8W 1Z4 | | | | CA | 519-969- | GKelly@narmco.com |

# Motors Liquidation Inc.

## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:05 AM **

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | NELSON MULLINS RILEY & SCARBOROUGH LLP | ATT: GEORGE CAUTHEN, LINDA BARR, CAMERON CURRIE, ESQS | ATTY FOR MICHELIN TIRE CORP | 1320 MAIN STREET, 17TH FLOOR | POST OFFICE BOX 11070 | COLUMBIA | SC | 29201 | US | 803-256-7500 | george.cauthen@nelsonmullins.com; linda.barr@nelsonmullins.com; cameron.currie@nelsonmullins.com |
| NOA | NELSON MULLINS RILEY & SCARBOROUGH LLP | ATT: PETER J HALEY, ESQ. | ATTY FOR MICHELIN TIRE CORP. | 200 CLARENDON ST FL 35 | | BOSTON | MA | 02116 | US | 617-573-3650 | peter.haley@nelsonmullins.com |
| MSL | NEW YORK CITY DEPT. OF FINANCE | ATTN: LEGAL AFFAIRS - DEVORA COHN | | 345 ADAMS ST- 3RD FLOOR | | BROOKLYN | NY | 11201 | US | 718-403-2534 | |
| NDA | NEW YORK STATE DEPARTMENT OF LAW | ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL | | THE CAPITOL | | ALBANY | NY | 12224 | US | 518-473-2534 | Maureen.Leary@oag.state.ny.us |
| NDA | NEW YORK STATE DEPARTMENT OF LAW | ATT: SUSAN L TAYLOR, ASSISTANT ATTORNEY GENERAL | | ENVIRONMENTAL PROTECTION BUREAU | THE CAPITOL | ALBANY | NY | 12224 | US | 518-473-2534 | Susan.Taylor@oag.state.ny.us |
| MSL | NEW YORK STATE DEPT TAXATION & FINANCE | ATTN: BANKRUPTCY/SPECIAL PROC. SECT. | | PO BOX 5300 | | ALBANY | NY | 12205 | US | 518-457-0817 | |
| NOA | NORTH AMERICA TONNAGE LINEC, INC. | ATT: JEFFREY J. JOHNS, COMMERCIAL DIRECTOR | | 575 MOUNTAIN AVENUE | | MURRAY HILL | NJ | 07974 | US | | |
| NDA | OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA | ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL | ATTY FOR COMMONWEALTH OF PA, DEPT OF REVENUE, BUREAU OF ACCTS SETTLEM | 21 S. 12TH STREET, 3RD FL | | PHILADELPHIA | PA | 19107 | US | 215-560-2202 | cmomjian@attorneygeneral.gov |
| MSL | OFFICE OF THE ATTORNEY GENERAL | ATT: LUCAS WARD, ESQ. | ATTY FOR STATE OF OHIO | ANDREW M. CUOMO | 120 BROADWAY | NEW YORK | NY | 10271 | US | 212-416-8369 | info@andrewcuomo.com |
| NOA | OFFICE OF THE OHIO ATTORNEY GENERAL | | | 150 EAST GAY STREET, 21ST FLOOR | | COLUMBUS | OH | 43215 | US | 212-416-8074 | lucas.ward@ohioattorneygeneral.gov |
| MSL | OFFICE OF THE UNITED STATES TRUSTEE | | | DIANA G ADAMS | 33 WHITEHALL STREET | NEW YORK | NY | 10004 | US | 212-668-2255 | |
| NOA | OFFICE OF WESTCHESTER COUNTY ATTY | ATT: MELISSA-JEAN ROTINI, ESQ. | | 148 MARTINE AVENUE, 6TH FLOOR | | WHITE PLAINS | NY | 10601 | US | 914-995-3132 | Melissa.Rotini@westchestergov.com |
| NOA | OHIO ATTORNEY GENERAL | ATT: MICHELLE T. SUTTER, PRINCIPAL ASST ATTORNEY GENERAL | ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY ("OEPA") | ENVIRONMENTAL ENFORCEMENT SECTION | 30 E. BROAD STREET, 25TH FLOOR | COLUMBUS | OH | 43215 | US | 866-483-1104 | michelle.sutter@ohioattorneyg eneral.gov |

* MSL = Master Service List
** NOA = Notice of Appearance
*** Subject to continuous update and review

## Motors Liquidation Inc.

### MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:05 AM **

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | State | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | ORNELAS, CASTILLO & ORNELAS, PLLC | ATT: S. ORNELAS & M. CASTILLO JR. | | 407 EAST HILLSIDE RD., 2ND FLOOR | | LAREDO | TX | 78041 | US | | |
| MSL | ORRICK HERRINGTON & SUTCLIFF LLP | ATTN: RICHARD H WYRON, ESQ | | COLUMBIA CENTER | 1152 15TH STREET, N.W. | WASHINGTON | DC | 20005 | US | 202-339-8500 | RWYRON@ORRICK.COM |
| MSL | ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: ROGER FRANKEL, ESQ | | COLUMBIA CENTER | 1152 15TH STREET, N.W. | WASHINGTON | DC | 20005 | US | 202-339-8500 | RFRANKEL@ORRICK.COM |
| NOA | ORRICK HERRINGTON & SUTCLIFFE LLP | ATT: LORRAINE McGOWEN, ALYSSA ENGLUND, COURTNEY ROGERS | ATTY FOR UNOFFICIAL GM DEALERS COMMITTEE | 666 FIFTH AVENUE | | NEW YORK | NY | 10103 | US | 212-506-5151 | lmcgowen@orrick.com; aenglund@orrick.com; crogers@orrick.com |
| NOA | ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: JOHN ANSBRO & COURTNEY M. ROGERS | ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA | 666 FIFTH AVENUE | | NEW YORK | NY | 10103 | US | 212-506-5151 | jansbro@orrick.com; crogers@orrick.com |
| NOA | DRUM & ROTH, LLC | ATTN: MARK D. ROTH, ESQ. | ATTY FOR NICOR GAS | 53 WEST JACKSON BOULEVARD | | CHICAGO | IL | 60604 | US | 312-922-7747 | email@drumroth.com |
| MSL | OSLER, HOSKIN & HARCOURT LLP | ATTN: TRACY C. SANDLER, ESQ. | | 100 KING STREET WEST | 1 FIRST CANADIAN PLACE, SUITE 6100 | | | | CA | 416-862-6666 | tsandler@osler.com |
| MSL | OTTERBOURG, STEINDLER, HOUSTON & ROSEN, PC | ATTN: JONATHAN N. HELFAT, ESQ. | | 230 PARK AVENUE | | NEW YORK | NY | 10169 | US | 212-682-6104 | JHELFAT@OSHR.COM; SSOLL@OSHR.COM |
| NOA | OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. | ATT: DANIEL WALLEN, MH IANIE L CYGANOWSKI, JONATHAN N. HELFAT & STEVEN B. SOLL, ESQS | ATTY FOR GMAC LLC AND ITS AFFILIATES | 230 PARK AVENUE | | NEW YORK | NY | 10169 | US | 212-682-6104 | DWALLEN@OSHR.COM; JHELFAT@OSHR.COM; SSOLL@OSHR.COM |
| NOA F. MICHAEL WARTLEY | | | | 416 E. COMMERCE STREET, SUITE 101 | POST OFFICE BOX 583 | GREENVILLE | AL | 36037 | US | | |
| NOA | PADDOCK CHEVROLET, INC. | ATT: DUANE PADDOCK, PRESIDENT | | 3232 DELAWARE AVENUE | | KENMORE | NY | 14217 | US | 716-876-4016 | |
| NOA | PARKER POE ADAMS & BERNSTEIN LLP | ATTN: KIAH T. FORD IV, ESQ | ATTY FOR SONIC AUTOMOTIVE, INC. | THREE WACHOVIA CENTER | 401 S. TRYON STREET, SUITE 3000 | CHARLOTTE | NC | 28202 | US | | chipford@parkerpoe.com |
| NOA | PATTON BOGGS LLP | ATTN: MICHAEL RICHMAN, MARK SALZBERG, MELISSA MCNIGHT | ATTY FOR UNOFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM BONDHOLDERS | 1185 AVENUE OF THE AMERICAS, 30TH FLOOR | | NEW YORK | NY | 10036 | US | 646-557-5101 | mrichman@pattonboggs.com; msalzberg@pattonboggs.com; mmcnight@pattonboggs.com |

# Motors Liquidation Inc.
## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:05 AM

| Squr | Company | Contact | Party/Function | Address 1 | Address 2 | City | State | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSL | PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ANDREW N ROSENBERG, ESQ. | | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | US | 212 492-0158 | AROSENBERG@PAULWEISS.COM |
| NDA | PAUL, HASTINGS, JANOFSKY & WALKER LLP | ATT: HARVEY A. STRICKON, ESQ. | ATTY FOR ROLLS-ROYCE | 75 EAST 55TH STREET | | NEW YORK | NY | 10022 | US | 212-230-7688 | harveystrickon@paulhastings.com |
| NDA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ. | ATTY FOR ENTERPRISE RENT-A-CAR COMPANY | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | US | 212-757-3990 | akornberg@paulweiss.com; jkoevary@paulweiss.com |
| NDA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATT: ALAN W. KORNBERG, ESQS. | ATTY FOR DAIMA HOLDING CORPORATION | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | US | 212-757-3990 | akornberg@paulweiss.com; szubaty@paulweiss.com; ipohl@paulweiss.com |
| NDA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS | ATTY FOR INFORMAL GROUP OF GM UNSECURED NOTES HOLDERS AMERICAS | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | US | 212-757-3990 | arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com |
| NDA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: STEPHEN J GOLDWIN / KAREN MORRIS, JOHN MENKE | ATTY FOR RYDER INTEGRATED LOGISTICS, INC | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | US | 212-757-3990 | sgoldwin@paulweiss.com; jmenke@paulweiss.com |
| MSL | PENSION BENEFIT GUARANTY CORPORATION | ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE | | OFFICE OF THE GENERAL COUNSEL | | WASHINGTON | DC | 20005 | US | 202-326-4112 | menke.michael@pbgc.gov |
| NDA | PENSKE AUTO GROUP | | | 1000 SOUTH HAWTHORNE BOULEVARD | | TORRANCE | CA | 90504 | US | 310-370-4230 | |
| NDA | PEPPER HAMILTON LLP | ATT: EDWARD C TOODLE & LINDA J. CASEY | ATTY FOR OSRAM SYLVANIA PRODUCTS, INC. | 3000 TWO LOGAN SQUARE | EIGHTEENTH AND ARCH STREETS | PHILADELPHIA | PA | 19103 | US | 215-981-4750 | toodlee@pepperlaw.com; caseyl@pepperlaw.com |
| NDA | PEPPER HAMILTON LLP | ATT: HENRY J. JAFFE & JAMES C. CARIGNAN | ATTY FOR SKF USA INC. | HERCULES PLAZA, SUITE 5100 | 1313 MARKET STREET, P.O. BOX 1709 | WILMINGTON | DE | 19899 | US | 302-421-8390 | jaffeh@pepperlaw.com; carignanj@pepperlaw.com |
| NDA | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATT: DEANNA BANDA | ATTY FOR ARLINGTON ISD | 100 RENAISSANCE CENTER, SUITE 3600 | | DETROIT | MI | 48243 | US | 817-860-7928 | dbanda@pbfcm.com |
| NDA | PHILIP MORRIS USA | ATT: JOY TANNER | | 615 MAURY STREET | | RICHMOND | VA | 23224 | US | 814-272-0219 | joye.tanner@altria.com |

* MSL = Master Service List
* NDA = Notice of Appearance
** Subject to continuous update and review

# Motors Liquidation Inc.

## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | State | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | PILLSBURY WINTHROP SHAW PITTMAN LLP | ATT: RICHARD L. EPLING & ERICA E. CARRIG | ATTY FOR FINANCIAL ENGINES ADVISORS LLC | 1540 BROADWAY | | NEW YORK | NY | 10036 | US | 212-858-1500 | richard.epling@pillsburylaw.co m; erica.carrig@pillsburylaw.com |
| NOA | PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: RICHARD L. EPLING, KAREN B. DINE, ERICA E CARRIG | ATTY FOR LMC PHASE II, L.L.C. | 1540 BROADWAY | | NEW YORK | NY | 10036 | US | 212-858-1500 | richard.epling@pillsburylaw.co m; karen.dine@pillsburylaw.com; erica.carrig@pillsburylaw.com |
| NDA | PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP | ATT: TERESA SADUTTO-CARLEY, ESQ | ATTY FOR CANON FINANCIAL SERVICES, INC. | 1065 AVENUE OF THE AMERICAS, 18TH FLOOR | | NEW YORK | NY | 10018 | US | 212-593-0353 | tsadutto@platzerlaw.com |
| NDA | PLUNKETT COONEY | ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING | ATTY FOR G TECH PROFESSIONAL STAFFING, INC. | 38505 WOODWARD AVENUE, SUITE 2000 | | BLOOMFIELD HILLS | MI | 48304 | US | 248-901-4040 | dbernstein@plunkettcooney.c om; MFleming@plunkettcooney.co m |
| NDA | PLUNKETT COONEY | ATT: DAVID A LERNER, ESQ | ATTY FOR DENSO INTERNATIONAL AMERICA & DENSO SALES CALIFORNIA | 38505 WOODWARD AVENUE, SUITE 2000 | | BLOOMFIELD HILLS | MI | 48304 | US | 248-901-4040 | dlerner@plunkettcooney.com |
| NDA | PORZIO BROMBERG & NEWMAN P.C. | ATT: JOHN MAIRO & ROBERT SCHECHTER | ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA | 100 SOUTHGATE PARKWAY | | MORRISTOWN | NJ | 07962 | US | 973-538-5146 | jsmailo@pbnlaw.com; rmschecter@pbnlaw.com |
| NDA | POTTER ANDERSON & CORROON LLP | ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS | ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN RAILWAY | 1313 NORTH MARKET STREET P.O. BOX 951 | | WILMINGTON | DE | 19801 | US | 302-658-1192 | dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com; rmcneill@potteranderson.com |
| NDA | PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C. | ATTN: SARA J. GEENEN, ESQ. | ATTY FOR BOYD | 1555 N. RIVERCENTER DRIVE, SUITE 202 | P.O. BOX 12993 | MILWAUKEE | WI | 53212 | US | | sjg@previant.com |
| NOA | PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C. | ATTN: FREDERICK PERILLO | | 1555 N. RIVERCENTER DRIVE, SUITE 202 | P.O. BOX 12993 | MILWAUKEE | WI | 53212 | US | | fp@previant.com |
| NDA | PRONSKE & PATEL, P.C. | ATT: RAKHEE V. PATEL, ESQ | | 2200 ROSS AVENUE, SUITE 5350 | | DALLAS | TX | 75201 | US | 214-658-6509 | rpatel@pronskepatel.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

# Motors Liquidation Inc.

## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | State | Zip | Count | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | PROSKAUER ROSE LLP | ATT: SCOTT K RUTSKY & ADAM T. BERKOWITZ | ATTY FOR STATE STREET BANK AND TRUST CO | 1585 BROADWAY | | NEW YORK | NY | 10036 | US | 212-969-2900 | srutsky@proskauer.com; aberkowitz@proskauer.com |
| NOA | PYEONG HWA AUTOMOTIVE CO., LTD. | | | 1032 DAECHEON-DONG | | DALSEO-GU | | | KR | 82-53-350-9108 | |
| NOA | QUARLES & BRADY LLP | ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST | ATTY FOR UNITED PARCEL SERVICE, INC.; UPS CAPITAL CORP. | 300 NORTH LASALLE STREET, SUITE 4000 | | CHICAGO | IL | 60654 | US | 312-715-5155 | Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com |
| NOA | R. ELPING, K. DINE & E. CARRIC | | | 1540 BROADWAY | | NEW YORK | NY | 11008 | US | | |
| NOA | RABINOWITZ, LUBETKIN & TULLY, L.L.C. | ATTN: JONATHAN I. RABINOWITZ, ESQ. | ATTY FOR THE RABINOWITZ FAMILY, LLC | 293 EISENHOWER PARKWAY, SUITE 100 | | LIVINGSTON | NJ | 07039 | US | 973-535-8119 | jrabinowitz@rltlawfirm.com |
| NOA | RADHA R. M NARUMANCHI | | | 667 MIDDLETON AVENUE | | | | | | | rm_narumanchi@hotmail.com |
| NOA | RAY QUINNEY & NEBEKER P.C. | ATT: STEPHEN C. TINGEY | | 36 SOUTH STATE STREET, SUITE 1400 | P.O. BOX 45385 | SALT LAKE CITY | UT | 84145 | US | 801-532-7543 | stingey@rqn.com |
| NOA | RAYTHEON PROFESSIONAL SERVICES LLC | | | 12100 SUNRISE VALLEY DRIVE | | RESTON | VA | 20191 | US | 703-295-2037 | Lee_Cooper@raytheon.com |
| NOA | REED SMITH LLP | ATT: ERIC A. SCHAFFER, ESQ | ATTY FOR UNITED STATES STEEL CORPORATION | 435 SIXTH AVE. | | PITTSBURGH | PA | 15219 | US | 412-288-3063 | eschaffer@reedsmith.com |
| NOA | REED SMITH LLP | ATT: KURT F. GWYNNE, ESQ. | ATTY FOR UNITED STATES STEEL CORPORATION | 1201 MARKET STREET, SUITE 1500 | | WILMINGTON | DE | 19801 | US | 302-778-7575 | kgwynne@reedsmith.com |
| NOA | REID AND REIGE, P.C. | ATT: CAROL A. FELICETTA, ESQ. | ATTY FOR BARNES GROUP INC. | 195 CHURCH STREET | | NEW HAVEN | CT | 06510 | US | 203-777-8304 | cfelicetta@rrlawpc.com |
| NOA | RHOADS & McKEE | ATTN: TERRY L. ZABEL, ESQ. | ATTY FOR BAY LOGISTICS, INC. | 161 OTTAWA AVENUE, NW, SUITE 600 | | GRAND RAPIDS | MI | 49503 | US | 616-459-5102 | tzabel@rhoadsmckee.com |
| NOA | RICHARD M. ALLEN ESQ | | ATTY FOR W.A. THOMAS CO. AND SPECIALTY ENGINE COMPONENTS, LLC | 223 EGRÉMONT PLAIN RD, PMB 108 | | NORTH EGREMONT | MA | 01252 | US | 413-528-9510 | rmallenski@aol.com |
| NOA | RICHARD W. MARTINEZ, APLC | ATT: RICHARD W. MARTINEZ, ESQ. | ATTY FOR AVERITT EXPRESS, INC. | 228 ST. CHARLES AVENUE, SUITE t310 | | NEW ORLEANS | LA | 70130 | US | 504-525-6701 | richardnoliva@rwmaplc.com |
| NOA | RICHARDS KIBBE & ORBE LLP | ATT: MICHAEL FRIEDMAN & KEITH SAMBUR | | ONE WORLD FINANCIAL CENTER | | NEW YORK | NY | 10281 | US | 212-530-1801 | mfriedman@rkollp.com; ksambur@rkollp.com |
| NOA | RIDDELL WILLIAMS P.S. | ATT: JOSEPH E. SHICKICH, ESQ | ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P. | 1001 4TH AVENUE, SUITE 4500 | | SEATTLE | WA | 98154 | US | 206-389-1708 | jshickich@riddellwilliams.com |

\* MSL = Master Service List
\*\* NOA = Notice of Appearance
\*\*\* Subject to continuous update and review

# Motors Liquidation Inc.

## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 8:32:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP | ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ | ATTY FOR NUECT STHOWES COMPANY | 500 FIFTH AVENUE, SUITE 4820 | | NEW YORK | NY | 10110 | US | | akress@riker.com |
| NOA | RIKER DANZIG, SCHERER, HYLAND & PERRETTI LLP | ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ. | ATTY FOR NJECT SERVICES COMPANY | HEADQUARTERS PLAZA | ONE SPEEDWELL AVENUE | MORRISTOW N | NJ | 07962 | US | 973-538-1984 | akress@riker.com |
| NOA | RK CHEVROLET/RK AUTO GROUP | | | 2661 VIRGINIA BEACH BOULEVARD | | VIRGINIA BEACH | VA | 23451 | US | 757-340-3547 | rkchevysales@rkautogroup.net |
| NOA | ROBERT BOSCH LLC | ATTN: JUDITH LOWITZ ADLER, ESQ. | | 38000 HILLS TECH DRIVE | | FARMINGTON HILLS | MI | 48331 | US | 248-696-9651 | judith.adler@us.bosch.com |
| NOA | ROBERT T. SMITH, ESQ. | | ATTY FOR CNI ENTERPRISES, INC | 1453 EAST LINCOLN AVENUE | | MADISON HEIGHTS | MI | 48071 | US | | rsmith@cninc.cc |
| NOA | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. | ATT: RUSSELL P. MCRORY, ESQ. | ATTY FOR SATURN OF HEMPSTEAD, INC. | 1345 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10105 | US | 212-858-2184 | rpm@robinsonbrog.com |
| NOA | ROBINSON WATERS & O'DORISIO, P.C. | ATTN: ANTHONY L. LEFFERT, ESQ. | ATTY FOR ENVIRONMENTAL TESTING CORPORATION | 1099 18TH STREET, SUITE 2600 | | DENVER | CO | 80202 | US | 303-297-2750 | aleffert@rwolaw.com |
| NOA | ROPERS MAJESKI KOHN & BENTLEY | ATT: N. KATHLEEN STRICKLAND | | 201 SPEAR STREET, SUITE 1000 | | SAN FRANCISCO | CA | 94105 | US | | kstrickland@rmkb.com |
| NOA | SATTERLEE STEPHENS BURKE & BURKE LLP | ATT: CHRISTOPHER R. MONTE & PAMELA BOSSWICK, ESQS | ATTY FOR MOODY'S INVESTORS SERVICE | 230 PARK AVENUE | | NEW YORK | NY | 10169 | US | 212-818-9606 | cbelmonte@ssbb.com; pbosswick@ssbb.com |
| NOA | SATURN OF ROCHESTER, INC. | ATT: DAVID P. STOETZEL | | 770 PANORAMA TRAIL SOUTH | | ROCHESTER | NY | 14625 | US | 507-289-3830 | |
| NOA | SAUL EWING LLP | ATT: ADAM H. ISENBERG, ESQ. | ATTY FOR JAC PRODUCTS, INC. | 1500 MARKET STREET, CENTRE SQUARE WEST, 38TH FLOOR | | PHILADELPHI A | PA | 19102 | US | 215-972-1853 | aisenberg@saul.com |
| NOA | SAUL EWING LLP | ATT: JEFFREY C. HAMPTON, ESQ. | ATTY FOR JAC PRODUCTS, INC. | CENTRE SQUARE WEST, 1500 MARKET STREET, 38TH FLOOR | | PHILADELPHI A | PA | 19102 | US | 215-972-1868 | jhampton@saul.com |
| NOA | SAUL EWING LLP | ATTN: TERESA K D CURRIER, ESQ. | ATTY FOR JOHNSON MATTHEY TESTING & DEV, JOHNSON MATTHEY INC | 222 DELAWARE AVENUE, P.O. BOX 1266, SUITE 1200 | | WILMINGTON | DE | 19899 | US | 302-421-5867 | tcurrier@saul.com |
| NOA | SCHAFER AND WEINER, PLLC | ATT: RYAN D HEILMAN, ESQ | ATTY FOR HIROTEC AMERICA | 40950 WOODWARD AVENUE, SUITE 100 | | BLOOMFIELD HILLS | MI | 48304 | US | 248-282-2157 | rheilman@schaferandweiner.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

## Motors Liquidation Inc.

### MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | Stat | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | SCHNADER HARRISON SEGAL & LEWIS LLP | ATT: HARRY E. GREENBERG, ESQ. | ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM | 1600 MARKET STREET, SUITE 3600 | | PHILADELPHIA | PA | 19103 | US | 215-751-2205 | hgreenberg@schnader.com; rbarkasy@schnader.com; mbarrie@schnader.com |
| NOA | SCHNADER HARRISON SEGAL & DEUTSCH, LLP | ATT: BENJAMIN P. DEUTSCH, ESQ. | ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM | 140 BROADWAY, SUITE 3100 | | NEW YORK | NY | 10005 | US | 215-751-0790 | bdeutsch@schnader.com |
| MSL | SCHOENL, KEVIN M. | | | | 20 JADE CREEK DR. | HILTON | NY | 14468 | US | | |
| NOA | SCHULTE ROTH & ZABEL LLP | ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS. | ATTY FOR PARNASSUS PARTNERS II, LP PLATINUM EQUITY CAPITAL | 919 THIRD AVENUE | | NEW YORK | NY | 10022 | US | 212-593-5955 | david.karp@srz.com; adam.harris@srz.com |
| MSL | SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL | | 100 F STREET, NE | | WASHINGTON | DC | 20548 | US | 202-772-9371 | |
| MSL | SECURITIES AND EXCHANGE COMMISSION | ATTN: MARK SCHONFELD, REGIONAL DIRECTOR | | 3 WORLD FINANCIAL CENTER | SUITE 400 | NEW YORK | NY | 10281 | US | 212-336-1322 | mschonfeld@gibsondunn.com |
| NOA | SEYBURN, KAHN, GINN, BESS & SERLIN, P.C. | ATT: DAVID T. LIN, ESQ. | ATTY FOR SUPERIOR GREAT LAKES COMPANY D/B/A SUPERIOR ELECTRIC | 2000 TOWN CENTER, SUITE 1500 | | SOUTHFIELD | MI | 48075 | US | 248-353-3727 | dlin@seyburn.com |
| NOA | SEYBURN, KAHN, GINN, BESS & SERLIN, P.C. | ATT: LESLIE STEIN, ESQ. | ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC | 2000 TOWN CENTER, SUITE 1500 | | SOUTHFIELD | MI | 48075 | US | 248-353-3727 | lstein@seyburn.com |
| NOA | SHAPE CORP | ATTN: BUDD GRINN | | 1900 HAYES STREET | | GRAND HAVEN | MI | 49417 | US | 616-840-3464 | |
| NOA | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | ATT: BRIAN L. SHAW, ESQ. | ATTY FOR ATC LOGISTICS & ELECTRONICS, INC. | 321 N. CLARK STREET, SUITE 800 | | CHICAGO | IL | 60654 | US | 312-980-3888 | bshaw100@shawgussis.com |
| NOA | SHEARMAN & STERLING LLP | ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS | ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC. AND ITS AFFILIATES | 599 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | US | 212-848-7179 | fsosnick@shearman.com; jfrizzley@shearman.com |
| NOA | SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI, BLANKA WOLFE | ATTY FOR SYNOPSYS, INC. | 30 ROCKEFELLER PLAZA, 24TH FLOOR | | NEW YORK | NY | 10112 | US | 212-332-3888 | etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com; bwolfe@sheppardmullin.com |

# Motors Liquidation Inc.

## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:08 AM **

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | State | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSL | ISHINN FU CORPORATION | C/O ARTHUR A. CHAYKIN, ESQ. | | 10839 N. POMONA AVE. | | KANSAS CITY | MO | 64153 | US | 816-891-4098 | achaykin@shinnfuamerica.com |
| NOA | SIDLEY AUSTIN LLP | ATTN: KENNETH P. KANSA, ESQ. | ATTY FOR THE LENDER GROUP | ONE SOUTH DEARBORN | | CHICAGO | IL | 60603 | US | 312-853-7036 | kkansa@sidley.com |
| NDA | SILVERMAN & MORRIS, P.L.L.C. | ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS. | ATTY FOR CASSENS TRANSPORT COMPANY | 7115 ORCHARD LAKE ROAD, SUITE 500 | | WEST BLOOMFIELD | MI | 48322 | US | 248-638-1355 | avery@silvermanmorris.com |
| NOA | SILVERMAN ACAMPORA LLP | ATT: ADAM L. ROSEN, ESQ. | ATTY FOR LEO BURNETT DETROIT, GROUPE OPERATING DIV, LLC, ET AL | 100 JERICHO QUADRANGLE, SUITE 300 | | JERICHO | NY | 11753 | US | 516-479-6301 | ARosen@SilvermanAcampora.com |
| MSL | SIMPSON THACHER & BARTLETT LLP | ATTN: DAVID J. MACK, ESQ. | | 425 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | US | 212-455-2502 | Dmack@STBLAW.COM |
| MSL | SIMPSON THACHER & BARTLETT LLP | ATTN: PETER V. PANTALEO, ESQ. | | 425 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | US | 212-455-2502 | PPANTALEO@STBLAW.COM |
| NDA | SINGER & LEVICK P.C. | ATT: LARRY A. LEVICK, ESQ.; MICHELLE E. SHIRRO | ATTY FOR AFFILIATED COMPUTER SERVICES, INC. | 16200 ADDISON ROAD, SUITE 140 | | ADDISON | TX | 75001 | US | 972-380-5748 | levick@singerlevick.com; mshirro@singerlevick.com |
| NDA | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ. | ATTY FOR DELPHI CORPORATION | FOUR TIMES SQUARE | | NEW YORK | NY | 10036 | US | 917-777-2350 | kayalyn.marafioti@skadden.co m |
| NOA | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATT: JOHN WM. BUTLER, JR., ESQ. | ATTY FOR DELPHI CORPORATION | 155 N. WACKER DRIVE - SUITE 2700 | | CHICAGO | IL | 60606 | US | 312-407-0411 | jack.butler@skadden.com |
| NDA | SMITH & PARTNERS | ATT: NICOLE B. BÖHLER | ATTY FOR JOHANN HAY GMBH & CO. KG | HINDENBERGER STRASSE 12 | 71032 BOEBLINGEN | | DE | | | 497-031-459-9802 | nboehler@rchmlaw.com |
| NOA | SQUIRE, SANDERS & DEMPSEY, L.L.P. | ATTN: G. CHRISTOPHER MEYER, ESQ. | ATTY FOR TRW AUTOMOTIVE U.S. LLC; TRW INTEGRATED CHASSIS SYSTEMS LLC | 4900 KEY TOWER | 127 PUBLIC SQUARE | CLEVELAND | OH | 44114 | US | | cmeyer@ssd.com |
| NDM | STAHL COWEN CROWLEY ADDIS LLC | ATT: TRENT P. CORNELL, ESQ. | ATTY FOR GM NATL RETIREE ASS. OVER THE HILL CAR PEOPLE, LLC | 55 WEST MONROE STREET, SUITE 1200 | | CHICAGO | IL | 60603 | US | 312-641-6959 | tcornell@stahlcowen.com |
| NOA | STARK REAGAN | ATTN: J. CHRISTOPHER CALDWELL, ESQ. | ATTY FOR SATTERLUND SUPPLY COMPANY | 1111 W. LONG LAKE ROAD, SUITE 202 | | TROY | MI | 48098 | US | 248-642-8221 | ccaldwell@starkreagan.com |



* MSL – Master Service List
NOA – Notice of Appearance
**Subject to continuous update and review

## Motors Liquidation Inc.

### MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | State | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSL | STEMBER FEINSTEIN DOYLE AND PAYNE, LLC | ATT: WILLIAM PAYNE, J STEMBER, E DOYLE, S PINCUS, P EWING, J HURT | ATTY FOR INT'L UNION UAW AND UAW ET AL | 429 FORBES AVENUE | ALLEGHENY BUILDING STE 1705 | PITTSBURGH | PA | 15219 | US | 412-281-1007 | wpayne@stemberfeinstein.com |
| MSL | STEMBER FEINSTEIN DOYLE AND PAYNE LLC | ELLEN M DOYLE, ESQ. | | 429 FORBES AVENUE | ALLEGHENY BUILDING STE 1705 | PITTSBURGH | PA | 15219 | US | 412-281-1007 | EDOYLE@STEMBERFEINSTEIN.COM |
| MSL | STEMBER FEINSTEIN DOYLE AND PAYNE LLC | JOHN STEMBER, ESQ. | | 429 FORBES AVENUE | ALLEGHENY BUILDING STE 1705 | PITTSBURGH | PA | 15219 | US | 412-281-1007 | JSTEMBER@STEMBERFEINSTEIN.COM |
| MSL | STEMBER FEINSTEIN DOYLE AND PAYNE LLC | STEPHEN M. PINCUS, ESQ. | | 429 FORBES AVENUE | ALLEGHENY BUILDING STE 1705 | PITTSBURGH | PA | 15219 | US | 412-281-1007 | EFEINSTEIN@STEMBERFEINSTEIN.COM |
| NOA | STEPHEN M. GROSS, ESQ. | | | 85 OLD SPORT HILL ROAD | | EASTON | CT | 06612 | US | 203-371-7376 | shgross45@yahoo.com |
| NOA | STEVENSON & BULLOCK PLC | ATTN: CHARLES D. BULLOCK, ESQ. | ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC | 29200 NORTHWESTERN ROAD, SUITE 210 | | SOUTHFIELD | MI | 48076 | US | 248-423-8301 | cbullock@sbplclaw.com |
| NOA | STEVENSON & BULLOCK PLC | ATTN: SONYA N. GOLL, ESQ. | ATTY FOR FATA AUTOMATION, INC. | 29200 NORTHWESTERN ROAD, SUITE 210 | | SOUTHFIELD | MI | 48076 | US | 248-423-8301 | sgoll@sbplclaw.com |
| NOA | STITES & HARBISON, PLLC | ATTN: ROBERT C. GOODRICH JR & MADISON L. MARTIN | ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC. | 401 CHURCH STREET, SUITE 800 | | NASHVILLE | TN | 37219 | US | 615-782-2371 | nashvillebankruptcyfilings@stites.com |
| NOA | STITES & HARBISON, PLLC | ATTN: BRIAN H. MELDRUM, ESQ | ATTY FOR AKEBONO CORP. | 400 W. MARKET STREET, SUITE 1800 | | LOUISVILLE | KY | 40202 | US | 502-779-8298 | bmeldrum@bellsw.com |
| NOA | STREUSAND & LANDON, LLP | ATTN: SABRINA L. STREUSAND, ESQ. | ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC | 816 CONGRESS STREET, STE 2623 | | AUSTIN | TX | 70701 | US | 512-236-9904 | streusand@streusandlandon.com |
| NOA | STROBL & SHARP, P.C. | ATTN: LYNN M. BRIMER & MEREDITH M. MCKINZIE | ATTY FOR PIONEER STEEL CORPORATION | 300 E. LONG LAKE ROAD, SUITE 200 | | BLOOMFIELD HILLS | MI | 48304 | US | 248-645-2690 | lbrimer@stroblpc.com |
| NOA | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C. | ATT: SANDER ESSERMAN, PETER D'APICE, JO HARTWICK, JACOB NEWTON | ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | 2323 BRYAN STREET, SUITE 2200 | | DALLAS | TX | 75201 | US | 214-969-4999 | esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com; newton@sbep-law.com |
| NOA | SULLIVAN, WARD, ASHER & PATTON, P.C. | ATTN: DAVID J. SELWOCKI, ESQ. | | 1000 MACCABEES CENTER 25800 NORTHWESTERN HIGHWAY | | SOUTHFIELD | MI | 48037 | US | | dselwocki@swappc.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

# Motors Liquidation Inc.
## MASTER SERVICE LIST
Reflecting database results as of 11/20/2009 9:52:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | State | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | TEAM CHEVROLET, INC. | ATT: THOMAS STEIGHWALD, VICE PRESIDENT | | ROUTE 16 | | OLEAN | NY | 14760 | US | 716-373-6377 | |
| NOA | FEITELBAUM & DASKIN, LLP | ATT: KENNETH M. LEWIS & JAY TEITELBAUM | ATTY FOR JOHANN HAY GMBH & CO. KG | 3 BARKER AVENUE, THIRD FLOOR | | WHITE PLAINS | NY | 10601 | US | 914-437-7673 | klewis@tdblawllp.com; jteitelbaum@tdblawllp.com |
| NOA | TENNESSEE ATTORNEY GENERAL'S OFFICE | ATT: ROBERT COOPER & MARVIN CLEMENTS | ATTY FOR TENNESSEE DEPARTMENT OF REVENUE | PO BOX 20207 | | NASHVILLE | TN | 37202 | US | 615-741-3334 | marvin.clements@ag.tn.gov |
| MSL | THE CHURCH OF THE GOOD NEWS | | | 1990 COLUMBUS AVENUE | | BOSTON | MA | 02119 | US | | |
| MSL | THE GARDEN CITY GROUP INC | ATT: KEN FREDA | | 105 MAXESS ROAD | | MELVILLE | NY | 11747 | US | 631 940-8554 | KENNETH_FREDA@GARDENCITYGROUP.COM |
| NOA | THE TEXAS ATTORNEY GENERAL'S OFFICE | ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL | ATTY FOR TEXAS BANKRUPTCY & COLLECTIONS DIVISION | P.O. BOX 12548, MC-008 | | AUSTIN | TX | 78711 | US | 512-482-8341 | casey.roy@oag.state.tx.us |
| NOA | THE UNIVERSITY OF MICHIGAN OFFICE OF THE VP AND GENERAL COUNSEL | ATT: DEBRA A. KOWICH, ESQ. | ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN | 503 THOMPSON STREET, ROOM 5044 | | ANN ARBOR | MI | 48109 | US | 734-615-6897 | dkowich@umich.edu |
| NOA | THE VALLEY CADILLAC CORPORATION | ATT: EDWARD T. MCASHAR, JR. PRESIDENT | | 3100 WINTON ROAD SOUTH | | ROCHESTER | NY | 14623 | US | 585-427-8430 | |
| NOA | THOMPSON COBURN LLP | ATTN: ROBERT H. BROWNLEE, ESQ. | ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC. | 1600 N. EXPRESSWAY SUITE 2800 | | ST. LOUIS | MO | 63340 | US | 314-552-7017 | rbrownlee@thompsoncoburn.com |
| NOA | TORYS LLP | ATT: ALISON D. BAUER & TIMOTHY H. MARTIN, ESQS | ATTY FOR HYDROGENICS CORPORATION AND JOSEPH CARGNELLI | 237 PARK AVENUE | | NEW YORK | NY | 10017 | US | 212-682-0200 | abauer@torys.com; tmartin@torys.com |
| NOA | TORYS LLP | ATT: ALISON D. BAUER & TIMOTHY H. MARTIN, ESQS | | 79 WELLINGTON STREET WEST, SUITE 3000 BOX 270, TD CENTRE | | TORONTO | ON | M5K 1N2 | CA | | |
| NOA | CHEVROLET, INC. MSL TORRES EDWARD ZUNIGA | | | BERMUDEZ, GENOVEVA DOHN & ASSOCIATES | | SCOTTSDALE | AZ | 85255 | US | 480-515-4744 | jesse@impalachevrolet.com |
| NOA | TOYOTA DOSHOKU AMERICA, INC. | | | 28000 WEST PARK DRIVE | | NOVI | MI | 48377 | US | 248-824-8507 | |
| NOA | TOYOTA MOTOR SALES U.S.A. INC. | ATT: TOBIN LIPPERT | | 19001 SOUTH WESTERN AVE, HD12 | | TORRANCE | CA | 90508 | US | 310 301-7688 | |
| NOA | TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C. | ATT: SAM DELLA FERA, JR, ESQ | ATTY FOR SIKA CORPORATION | 347 MT PLEASANT AVENUE, SUITE 300 | | WEST ORANGE | NJ | 07052 | US | 973-243-8677 | sdellafera@trenklawfirm.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

# Motors Liquidation Inc.

## MASTER SERVICE LIST
Reflecting database rebuilds as of 11/30/2009 9:32:05 AM **

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | St | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | TROUTMAN SANDERS LLP | ATTN: BRETT D. GOODMAN, ESQ. | ATTY FOR ALLIED SUPPORT LLC | CHRYSLER BUILDING AUTOMOTIVE GROUP, INC. ALLIED SYSTEMS, LTD (L.P.) | 405 LEXINGTON AVENUE | NEW YORK | NY | 10174 | US | 212-704-6288 | BRETT.GOODMAN@TROUTMANSANDERS.COM |
| NOA | TROUTMAN SANDERS LLP | ATT: JEFFREY W. KELLEY, ESQ. | ATTY FOR ALLIED AUTOMOTIVE GROUP, INC. ALLIED SYSTEMS, LTD (L.P.) | 600 PEACHTREE STREET, NE SUITE 5200 | | ATLANTA | GA | 30308 | US | 404-885-3900 | jeffrey.kelley@troutmansanders.com |
| NOA | TRW AUTOMOTIVE US LLC | | | 12001 TECH CENTER DRIVE | | LIVONIA | MI | 48150 | US | | paula.chisL@Iw.com |
| NOA | UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE, ESQ. | | 1400 DOUGLAS STREET, STOP 1580 | | OMAHA | NE | 68179 | US | 402-501-0127 | mkilgore@up.com |
| MSL | U.S. TREASURY | ATTN: JOSEPH SAMARIAS, ESQ. | | 1500 PENNSYLVANIA AVENUE, NW ROOM 2312 | | WASHINGTON | DC | 20220 | US | 202-622-6415 | JOSEPH.SAMARIAS@DO.TREAS.GOV |
| NOA | UNITED STATES ATTORNEY | ATTN: MATHEW L. SCHWARTZ AND DAVID S. JONES, ESQS. | | FOR THE SOUTHERN DISTRICT OF NEW YORK | 86 CHAMBERS STREET, 3RD FLOOR | NEW YORK | NY | 10007 | US | 212-637-2750 | david.jones6@usdoj.gov; matthew.schwartz@usdoj.gov; joseph.cordaro@usdoj.gov |
| MSL | UNITED STATES ATTORNEY'S OFFICE | ATTN: CLAIMS UNIT - ROOM 417 | | ONE ST. ANDREWS PLAZA | | NEW YORK | NY | 10007 | US | 212-637-2685 | |
| MSL | UNITED STATES BANKRUPTCY COURT | | | SOUTHERN DISTRICT OF NEW YORK | THE HONORABLE ROBERT E GERBER | NEW YORK | NY | 10004 | US | | |
| MSL | UNITED STATES DEPT. OF JUSTICE | ATTN: ANTI-TRUST DIVISION | | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530 | US | 202-616-2278 | antitrust.atr@usdoj.gov |
| NOA | UNITED STATES DEPT. OF JUSTICE | ATTN: ERIC H. HOLDER, JR. ATTORNEY GENERAL | | 950 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20530 | US | 202-616-2278 | askDOJ@usdoj.gov |
| NOA | UNITED STELWORKERS | ATT: DAVID R. JURY, ESQ. | | FIVE GATEWAY CENTER, SUITE 807 | | PITTSBURGH | PA | 15222 | US | 412-562-2574 | djury@usw.org |
| MSL | VEDDER PRICE | MICHAEL EDELMAN, ESQ. | | 1633 BROADWAY 47TH FLOOR | | NEW YORK | NY | 10019 | US | 212-407-7799 | MJEdelman@vedderprice.com |
| NOA | VEDDER PRICE P.C. | ATT: MICHAEL EDELMAN, MICHAEL SCHEIN, DRIN ZAVALKOFF, ESQ. | ATTY FOR EXPORT DEVELOPMENT CANADA | 1633 BROADWAY, 47TH FLOOR | | NEW YORK | NY | 10019 | US | 212-407-7799 | MJEdelman@vedderprice.com; MSchein@vedderprice.com; E-Zavalkoff-babej@vedderprice.com |
| NOA | VENABLE LLP | ATTN: LAWRENCE A. KATZ, ESQ. | ATTY FOR RK CHEVROLET/RK AUTO GROUP | 8010 TOWERS CRESCENT DRIVE, SUITE 300 | | VIENNA | VA | 22182 | US | 703-821-8949 | lakatz@venable.com |

* MSL = Master Service List
  NOA = Notice of Appearance
** Subject to continuous update and review

# MASTER SERVICE LIST

Motors Liquidation Inc.

Reflecting database results as of 11/30/2009 9:32:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | St/Pr | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | VINSON & ELKINS LLP | ATT: RONALD L. ORAN, ESQ. | | 666 FIFTH AVENUE, 26TH FLOOR | | NEW YORK | NY | 10103 | US | 212-237-0100 | roran@velaw.com |
| NOA | VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB, ESQ. | ATTY FOR AM GENERAL, GENERAL ENGINE PRODUCTS, GEN. TRANSMISSION PROD. | 52 EAST GAY STREET | | COLUMBUS | OH | 43215 | US | 614-719-4663 | tscobb@vorys.com |
| NOA | WARNER NORCROSS & JUDD LLP | ATT: GORDON J. TOERING, ESQ. | ATTY FOR ROBERT BOSCH GMBH | 900 FIFTH THIRD CENTER | 111 LYON STREET, NW | GRAND RAPIDS | MI | 49503 | US | 616-222-2160 | gtoering@wnj.com |
| NOA | WARNER NORCROSS & JUDD LLP | ATT: MICHAEL G. CRUSE | ATTY FOR LUXCONTROL SA | 2000 TOWN CENTER, SUITE 2700 | | SOUTHFIELD | MI | 48075 | US | 248-603-9731 | mcruse@wnj.com |
| NOA | WARNER NORCROSS & JUDD LLP | ATTN: STEPHEN B. GROW, ESQ. | ATTY FOR GHSP, INC. | 900 FIFTH THIRD CENTER | 111 LYON STREET, NW | GRAND RAPIDS | MI | 49503 | US | 248-603-9731 | |
| NOA | WARREN, DRUGAN & BARROW, P.C. | ATT: ROBERT L. BARROW, ESQ. | ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY | 800 BROADWAY | | SAN ANTONIO | TX | 78215 | US | 210-224-8446 | rbarrow@wdblaw.com; rbarrows800@hotmail.com |
| MSL | WEIL, GOTSHAL & MANGES LLP | ATTN: HARVEY R. MILLER, ESQ. | | 767 FIFTH AVE | | NEW YORK | NY | 10153 | US | 212-310-8007 | HARVEY.MILLER@WEIL.COM |
| MSL | WEIL, GOTSHAL & MANGES LLP | ATTN: JOSEPH H. SMOLINSKY, ESQ. | | 767 FIFTH AVE | | NEW YORK | NY | 10153 | US | 212-310-8007 | JOSEPH.SMOLINSKY@WEIL.COM |
| MSL | WEIL, GOTSHAL & MANGES LLP | ATTN: STEPHEN KAROTKIN, ESQ. | | 767 FIFTH AVE | | NEW YORK | NY | 10153 | US | 212-310-8007 | STEPHEN.KAROTKIN@WEIL.COM |
| NOA | WHITE AND WILLIAMS LLP | ATTN: KAREL S. KARPE, ESQ. | ATTY FOR CISCO SYSTEMS, INC. | ONE PENN PLAZA, SUITE 4110 | | NEW YORK | NY | 10119 | US | 212-631-4931 | karpek@whiteandwilliams.com |
| NOA | WILDMAN, HARROLD, ALLEN & DIXON | ATT: DEIRDRE DOUTERMAN JONATHAN YOUNG, RENE FRIEDMAN | ATTY FOR LEO BURNETT DETROIT, DIGITAS, INC, PUBLICIS GROUPE OPERATING DIV, LLC, STARCOM MEDIAVEST GROUP, INC. | 225 WEST WACKER DRIVE, SUITE 3000 | | CHICAGO | IL | 60606 | US | 312-416-4710 | douterman@wildman.com; Young@wildman.com; Friedman@wildman.com |
| NOA | WILENTZ, GOLDMAN & SPITZER, P.A. | ATT: LETITIA ACCARINO, ESQ. | ATTY FOR BOB MAGUIRE CHEVROLET, INC. | 90 WOODBRIDGE CENTER DRIVE | SUITE 900, BOX 10 | WOODBRIDGE | NJ | 07095 | US | 732-726-6620 | laccarino@wilentz.com |
| NOA | WILENTZ, GOLDMAN & SPITZER, P.A. | ATT: LETITIA ACCARINO, ESQ. | ATTY FOR BOB MAGUIRE CHEVROLET, INC. | 90 WOODBRIDGE CENTER DRIVE | SUITE 900, BOX 10 | WOODBRIDGE | NJ | 07095 | US | 732-726-6620 | laccarino@wilentz.com |
| NOA | WILLIAM T. GREEN, III, P.C. | ATT: WILLIAM T. GREEN III, ESQ. | ATTY FOR LAWRENCE MARSHALL CHEVROLET, LLC | 11 GREENWAY PLAZA, SUITE 2820 | | HOUSTON | TX | 77046 | US | 713-961-0693 | wmgiii@msn.com |
| NOA | WILMER CUTLER PICKERING HALE AND DORR LLP | ATT: DENNIS L. JENKINS, ESQ. | ATTY FOR PENSION BENEFIT GUARANTY CORPORATION | 60 STATE STREET | | BOSTON | MA | 02109 | US | 617-526-5000 | dennis.jenkins@wilmerhale.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review

# Motors Liquidation Inc.
## MASTER SERVICE LIST
Reflecting database results as of 11/30/2009 9:32:05 AM

| Sour | Company | Contact | Party/Function | Address 1 | Address 2 | City | State | Zip | Coun | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOA | WILMER CUTLER PICKERING HALE AND DORR LLP | ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS | ATTY FOR PENSION BENEFIT GUARANTY CORPORATION | 399 PARK AVENUE | | NEW YORK | NY | 10022 | US | 212-230-8888 | philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com |
| NOA | WINSTON & STRAWN LLP | ATTN: CAREY D. SCHREIBER, ESQ. | ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP NORTH AMERICA INC | 200 PARK AVENUE | | NEW YORK | NY | 10166 | US | 212-294-4700 | cschreiber@winston.com |
| NOA | WINSTON & STRAWN LLP | ATTN: DAVID J. RICHARDSON, ESQ | ATTY FOR LGE ELECTRONICS USA, INC. | 333 SOUTH GRAND AVENUE, 38TH FLOOR | | LOS ANGELES | CA | 90071 | US | 213-615-1750 | djrichardson@winston.com |
| NOA | WINSTON & STRAWN LLP | ATTN: MATTHEW J. BOTICA & MINDY D. COHN & CAREY D. SCHREIBER | ATTY FOR ASPEN MARKETING SERVICES, INC. | 35 WEST WACKER DRIVE | | CHICAGO | IL | 60601 | US | 212-558-5700 | mcohn@winston.com; mbotica@winston.com |
| NOA | WINSTON & STRAWN LLP | ATTN: STEVEN M. SCHWARTZ | ATTY FOR CAPGEMINI AMERICA, INC. | 200 PARK AVENUE | | NEW YORK | NY | 10166 | US | 212-294-4700 | sschwartz@winston.com |
| NOA | WM DAVID COFFEY & ASSOCIATES | ATT: WM. DAVID COFFEY, III & MARTIN ALANIZ | ATTY FOR AUTOPLEX, INC. CARDS-NAS | 13810 FM 1826 | | AUSTIN | TX | 78737 | US | 512-328-7829 | wdcoffeylaw@yahoo.com |
| NOA | WOLFSON BOLTON PLLC | ATT: SCOTT A. WOLFSON, ESQ | ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC. | 3150 LIVERNOIS RD., SUITE 275 | | TROY | MI | 48083 | US | 248-247-7099 | swolfson@wnlfsonbolton.com |
| NOA | WYLY-ROMMEL, PLLC | ATT: JIM WYLY BRYANT | ATTY FOR BOYD | 2301 MOORES LANE | | TEXARKANA | TX | 75503 | US | 903-334-8645 | jwyly@wylyrommel.com |
| NOA | ZEICHNER ELLMAN & KRAUSE LLP | ATT: STUART A KRAUSE & BRYAN D. LEINBACH, ESQS | ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO AMERICA, INC | 575 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | US | 212-753-0396 | skrause@zeklaw.com; bleinbach@zeklaw.com |

* MSL = Master Service List
NOA = Notice of Appearance
** Subject to continuous update and review