BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: Terri A. Roberts (012862)
German Yusufov (023554)
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Attorneys for Creditor Pima County

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | CHAPTER 11 |
| MOTORS LIQUIDATION COMPANY | Case No. 09-50026-reg |
| Debtor(s). | **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES** |

**COME NOW** Terri A. Roberts and German Yusufov, Attorneys for Pima County, and hereby enter their appearance as counsel of record for Pima County, Arizona, and further request that all notices, motions, briefs, pleadings, orders and other papers that may be filed in this case be served upon them at their business address: Pima County Attorney, Civil Division, 32 N. Stone Avenue, Suite 2100, Tucson, AZ 85701.

DATED this 4th day of December, 2009.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

By: __/s/ German Yusufov__
  Terri A. Roberts
  German Yusufov
  Deputy County Attorneys

-1-

-2-

Copy of the foregoing mailed
this 4th day of December, 2009 to:

Donald F. Baty, Jr.
Joseph R. Sgroi
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Harvey R. Miller
Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andrew D. Velez-Rivera
Office of U.S. Trustee
33 Whitehall St., 21st Floor
New York, NY 10004

By: ___/s/ Gina Inman___