**New Hearing Date & Time: January 20, 2010 at 9:45 a.m. (ET)**
**New Objection Deadline: January 15, 2010 at 4:00 p.m. (ET)**

KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 972-3000

- and -

MEYER & WILLIAMS,
ATTORNEYS AT LAW, P.C.
Robert N. Williams
Pamela T. Harvey
350 E. Broadway
P.O. Box 2608
(307) 733-8300

*Co-Counsel to the Brittinghams*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                        :        **Chapter 11 Case No.**
:
**GENERAL MOTORS CORP.,** *et al.***,**           :        **09-50026 (REG)**
:
      **Debtors.**                                :        **(Jointly Administered)**
:
-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE THAT Julie Brittingham and her husband, David (hereinafter, collectively, the "Brittinghams"), by their co-counsel, Klestadt & Winters, LLP, are adjourning the hearing date, currently scheduled for December 16, 2009 at 2:00 p.m. (Eastern Time), for their Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the

Relevant Matters [Docket No. 3665], to January 20, 2010 at 9:45 a.m. (Eastern Time) (the "Hearing Date") before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004; and such Hearing Date may be further adjourned from time to time without further notice other than an announcement at the Hearing. Any objections shall be due by January 15, 2010 at 4:00 p.m. (Eastern Time).

Dated: New York, New York
      December 7, 2009

KLESTADT & WINTERS, LLP

By: _/s/ Samir P. Gebrael_____
    Tracy L. Klestadt
    Samir P. Gebrael
292 Madison Avenue, 17th Floor
New York, New York 10017
T: (212) 972-3000

- and -

MEYER & WILLIAMS,
ATTORNEYS AT LAW, P.C.
    Robert N. Williams
    Pamela T. Harvey
350 E. Broadway
P.O. Box 2608
T: (307) 733-8300

*Co-Counsel to the Brittinghams*