<div style="border:1px solid black;">

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

</div>

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

## NOTICE OF DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS
### (Amended and Superseded Claims)

**PLEASE TAKE NOTICE** that on December 8, 2009, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), filed their first omnibus non-substantive objection to claims (the

"**Debtors' First Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to

consider the Debtors' First Omnibus Objection to Claims will be held before the Honorable

Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

York 10004, on **January 14, 2010 at 9:30 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE OF OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' First Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn:  Ted Stenger); (iii) General Motors, LLC, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn:  Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff,

Esq., and Gregory G. Plotko, Esq.); (xii) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana

G. Adams, Esq.); and (xiii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third

Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.),

so as to be received no later than **January 7, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response

Deadline**").

> **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' First Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Debtors' First Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.


Dated:  New York, New York
     December 8, 2009

        /s/ Joseph H. Smolinsky
        Harvey R. Miller
        Stephen Karotkin
        Joseph H. Smolinsky

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------x
                                      :
In re                                 :      Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :      09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                      :
                  Debtors.            :      (Jointly Administered)
                                      :
----------------------------------------------------------x
```

## DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS
### (Amended and Superseded Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ATTACHED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), file this first omnibus

non-substantive objection to claims (the "**Debtors' First Omnibus Objection to Claims**")

pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim filed

in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an

order disallowing and expunging the claims listed on **Exhibit A** attached hereto,[1] and

respectfully represent:

## **Relief Requested**

1.     The Debtors have examined the proofs of claim identified on Exhibit A,

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed

and Expunged*" (collectively, the "**Amended and Superseded Claims**") have been amended and

superseded by at least one subsequently filed corresponding claim identified under the heading

"*Surviving Claims*" (collectively, the "**Surviving Claims**").  The Surviving Claims are not

affected by the relief sought herein and will remain pending against at least one of the Debtors,

subject to future objection.  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule

3007, and the Procedures Order, the Debtors seek entry of an order disallowing and expunging

---

[1]     Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

from the claims register the Amended and Superseded Claims and preserving the Debtors' right to later object to any Surviving Claim on any other basis.

2.     The Debtors' First Omnibus Objection to Claims does not affect any of the Surviving Claims and does not constitute any admission or finding with respect to any of the Surviving Claims.  All of the Debtors' rights to object to any Surviving Claims on any basis are reserved.  Further, the Debtors reserve all their rights to object on any basis to any Amended and Superseded Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

3.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.     On June 1, 2009, four of the Debtors (the "**First Filed Debtors**") commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9, 2009, two additional Debtors (the "**Realm/Encore Debtors**") commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the First Filed Debtors under Case Number 09-50026 (REG).  On September 15, 2009, the First Filed Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of financial affairs.

5.     On September 16, 2009, this Court entered an order [Docket No. 4079] establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim in the First Filed Debtors' cases, including governmental units.  On December 2, 2009, this Court entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Real/Encore Debtors' cases (except governmental units, as defined in section 101(27) of the Bankruptcy Code for which the Court established June 1, 2010 as the deadline to file a proof of claim).

6.      Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the First Filed Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

7.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

8.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The Debtors have compared their books and records with the proofs of claim identified on Exhibit A and have determined that each Amended and Superseded Claim has been amended and superseded by the subsequently corresponding Surviving Claim.

9.      To avoid the possibility of multiple recoveries by the same creditor, the Debtors request that the Court disallow and expunge in their entirety the Amended and Superseded Claims. The Surviving Claims will remain on the claims register subject to further objections on any basis.

## Notice

10.     Notice of this Motion has been provided to each claimant asserting an

Amended and Superseded Claim and parties in interest in accordance with the Order Pursuant to

11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case

Management Procedures, dated August 3, 2009 [Docket No. 3629].  The Debtors submit that

such notice is sufficient and no other or further notice need be provided.

11.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  New York, New York
          December 8, 2009

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                            :
In re                                       :        **Chapter 11 Case No.**
                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*   :        **09-50026 (REG)**
         **f/k/a General Motors Corp.,** *et al.*   :
                                            :
                    **Debtors.**            :        **(Jointly Administered)**
                                            :
---------------------------------------------------------------x


<u>**ORDER GRANTING DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS**</u>
**(Amended and Superseded Claims)**

Upon the first omnibus objection to claims, dated December 8, 2009 (the

"**Debtors' First Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors (collectively, the "**Debtors**"),

pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim filed

in these chapter 11 cases (the "**Procedures Order**") (Docket No. 4180], seeking entry of an

order disallowing and expunging the Amended and Superseded Claims on the grounds that such

claims have been amended and superseded by the corresponding Surviving Claim, all as more

fully described in the Debtors' First Omnibus Objection to Claims; and due and proper notice of

the Debtors' First Omnibus Objection to Claims having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

relief sought in the Debtors' First Omnibus Objection to Claims is in the best interests of the

---
[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' First Omnibus Objection to Claims.

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Debtors' First Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' First Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A attached hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Amended and Superseded Claims**") are disallowed and expunged; and it is further

ORDERED that the claims listed on Exhibit A attached hereto under the heading "*Surviving Claims*" (collectively, the "**Surviving Claims**") will remain on the claims register, and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Amended and Superseded Claims does not constitute any admission or finding with respect to any of the Surviving Claims; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A to the Debtors' First Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit A to this Order and (ii) any Surviving Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010

_____
United States Bankruptcy Judge

**First Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ADT SECURITY SERVICES<br><br>C/O ADT SECURITY SERVICES INC 14200 E EXPOSITION AVENUE<br>AURORA, CO  80012<br><br>Official Claim Date:  7/6/2009 | 856 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$38,025.43  (U)<br>$38,025.43  (T) | Amended and Superseded Claims | Pgs. 1-4 | ADT SECURITY SERVICES<br><br>14200 E EXPOSITION AVENUE<br>AURORA, CO  80012<br><br>Official Claim Date:  8/27/2009 | 1400 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$38,025.43  (U)<br>$38,025.43  (T) |
| ADT SECURITY SERVICES<br><br>ADT SECURITY SERVICES INC 14200 E EXPOSITION AVENUE<br>AURORA, CO  80012<br><br>Official Claim Date:  7/6/2009 | 857 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$36,534.86  (U)<br>$36,534.86  (T) | Amended and Superseded Claims | Pgs. 1-4 | ADT SECURITY SERVICES<br><br>14200 E EXPOSITION AVENUE<br>AURORA, CO  80012<br><br>Official Claim Date:  8/27/2009 | 1401 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$44,275.87  (U)<br>$44,275.87  (T) |
| KADE, ALEX<br><br>1071 HOLLYWOOD AVE<br>GROSSE POINTE WOODS, MI  48236<br><br>Official Claim Date:  11/3/2009 | 19501 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$104,393.04  (U)<br>$104,393.04  (T) | Amended and Superseded Claims | Pgs. 1-4 | ALEX KADE<br><br>1071 HOLLYWOOD AVE<br>GROOSE POINTE WOODS, MI  48236<br><br>Official Claim Date:  11/5/2009 | 20106 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$127,344.00  (U)<br>$127,344.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Motors Liquidation Company, et al.**

**Exhibit A**

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ALLEN COUNTY TREASURER<br><br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT. PO BOX 2540 PERSONAL PROPERTY TAX<br>FORT WAYNE, IN  46801<br><br>Official Claim Date:  10/7/2009 | 5949 | Motors Liquidation Company | $1,905,878.03  (S)<br><br>$0.00  (A)<br><br>$2,750,576.15  (P)<br><br>$0.00  (U)<br><br>$4,656,454.18  (T) | Amended and Superseded Claims | Pgs. 1-4 | ALLEN COUNTY TREASURER<br><br>ATTN LEGAL OFFICER/BANKRUPTCY DEPT PO BOX 2540 PERSONAL PROPERTY TAX<br>FORT WAYNE, IN  46801<br><br>Official Claim Date:  11/16/2009 | 27109 | Motors Liquidation Company | $1,284,418.30  (S)<br><br>$0.00  (A)<br><br>$1,908,859.78  (P)<br><br>$0.00  (U)<br><br>$3,193,278.08  (T) |
| ANGELICA MARIA NINO ORTIZ, INDIVIDUALLY<br><br>ATTN:  JOSH W HOPKINS SICO, HOPKINS, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/19/2009 | 174 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$1,000,000.00  (U)<br><br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | ANGELICA MARIA NINO ORTIZ, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/24/2009 | 222 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$1,000,000.00  (U)<br><br>$1,000,000.00  (T) |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT<br><br>ATTN: ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 13430<br>ARLINGTON, TX  76094<br><br>Official Claim Date:  6/2/2009 | 254 | Motors Liquidation Company | $5,067,869.37  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$5,067,869.37  (T) | Amended and Superseded Claims | Pgs. 1-4 | ARLINGTON INDEPENDENT SCHOOL DISTRICT<br><br>ATTN: ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP PO BOX 13430<br>ARLINGTON, TX  76094<br><br>Official Claim Date:  10/19/2009 | 25488 | Motors Liquidation Company | $3,670,596.06  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$3,670,596.06  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BEXAR COUNTY<br><br>ATTN: DAVID G AELVOET LINEBARGER GOGGAN BLAIR & SAMPSON LLP 711 NAVARRO, SUITE 300 SAN ANTONIO, TX  78205<br><br>Official Claim Date:  6/16/2009 | 422 | Motors Liquidation Company | $64,899.74  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$64,899.74  (T) | Amended and Superseded Claims | Pgs. 1-4 | BEXAR COUNTY<br><br>ATTN DAVID G AELVOET LINEBARGER GOGGAN BLAIR & SAMPSON LLP 711 NAVARRO SUITE 300 SAN ANTONIO, TX  78205<br><br>Official Claim Date:  10/13/2009 | 9259 | Motors Liquidation Company | $31,175.07  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$31,175.07  (T) |
| BIGGART JOHN<br><br>BIGGART, PAMELA 310 GRANT ST STE 2201 PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/6/2009 | 20523 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$325,000.00  (U)<br>$325,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | BIGGART JOHN<br><br>BIGGART, JOHN 310 GRANT ST STE 2201 PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/6/2009 | 20524 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$325,000.00  (U)<br>$325,000.00  (T) |
| BIGGART JOHN<br><br>BIGGART, JOHN 310 GRANT ST STE 2201<br><br>PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/6/2009 | 20524 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$325,000.00  (U)<br>$325,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | BIGGART, JOHN<br><br>AINSMAN LEVINE & DREXLER 330 GRANT STREET - SUITE 2201 PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/6/2009 | 20525 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$325,000.00  (U)<br>$325,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BRIAN ALAN SCHINER AND JACQUELINE SCHINER<br><br>C/O ANDREW J STERN  ESQUIRE/KLINE & SPECTER 1525 LOCUST STREET 19TH FLOOR<br>PHILADELPHIA, PA  19102<br><br>Official Claim Date:  9/21/2009 | 6920 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | BRIAN ALAN SCHINER AND JACQUELINE SCHINER<br><br>ATTN: ANDREW J STERN, ESQUIRE/KLINE & SPECTER 1525 LOCUST STREET, 19TH FL<br>PHILADELPHIA, PA  19102<br><br>Official Claim Date:  10/29/2009 | 17610 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| BROOKE FLETCHER<br><br>ATTN:  NEIL CHANTER STRONG, GARNER, BAUER, P.C. 415 E. CHESTNUT EXPRESSWAY<br>SPRINGFIELD, MO  65802<br><br>Official Claim Date:  6/12/2009 | 47 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | BROOKE FLETCHER<br><br>ATTN NEIL CHANTER STRONG, GARNER, BAUER, PC 415 E CHESTNUT EXPRESSWAY<br>SPRINGFIELD, MO  65802<br><br>Official Claim Date:  9/30/2009 | 1768 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |
| CAMERON COUNTY<br><br>ATTN DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1025 | Motors Liquidation Company | $33,074.10  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$33,074.10  (T) | Amended and Superseded Claims | Pgs. 1-4 | CAMERON COUNTY<br><br>ATTN DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760 UNITED STATES OF AMERICA<br><br>Official Claim Date:  11/10/2009 | 22356 | Motors Liquidation Company | $29,878.92  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$29,878.92  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CHASITY LYNN MOORE<br><br>ATTN: NEIL CHANTER STRONG, GARNER, BAUER, P.C. 415 E. CHESTNUT EXPRESSWAY<br>SPRINGFIELD, MO  65802<br><br>Official Claim Date:  7/21/2009 | 761 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000,000.00   (U)<br>$10,000,000.00   (T) | Amended and Superseded Claims | Pgs. 1-4 | CHASITY LYNN MOORE<br><br>ATTN NEIL CHANTER STRONG, GARNER, BAUER, PC 415 E CHESTNUT EXPRESSWAY<br>SPRINGFIELD, MO  85802<br><br>Official Claim Date:  10/1/2009 | 2138 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000,000.00   (U)<br>$10,000,000.00   (T) |
| CHRISTOPHER LYNCH<br><br>ANDREW J STERN ESQUIRE KLINE AND SPECTER 457 HADDONFIELD RD  STE 540<br>CHERRY HILL, NJ  08002<br><br>Official Claim Date:  9/21/2009 | 6919 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,000,000.00   (U)<br>$2,000,000.00   (T) | Amended and Superseded Claims | Pgs. 1-4 | CHRISTOPHER LYNCH<br><br>ATTN: ANDREW J STERN, ESQUIRE/KLINE & SPECTER 457 HADDONFIELD RD, STE 540<br>CHERRY HILL, NJ  08002<br><br>Official Claim Date:  10/29/2009 | 17611 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,000,000.00   (U)<br>$2,000,000.00   (T) |
| CITY OF EDINBURG<br><br>DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR. STE 400 PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1011 | Motors Liquidation Company | $29.81   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$29.81   (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF EDINBURG<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22350 | Motors Liquidation Company | $483.74   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$483.74   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CITY OF HASLET<br><br>ATTN ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 13430 ARLINGTON, TX  76094<br><br>Official Claim Date:  9/14/2009 | 1323 | Motors Liquidation Company | $13,865.47  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$13,865.47  (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF HASLET<br><br>ATTN ELIZABETH BANDA C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 13430 ARLINGTON, TX  76094<br><br>Official Claim Date:  10/19/2009 | 25493 | Motors Liquidation Company | $3,394.83  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,394.83  (T) |
| CITY OF MCALLEN<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400, PO BOX 17428 AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1018 | Motors Liquidation Company | $31,738.39  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$31,738.39  (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF MCALLEN<br><br>DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA PORTUNA DR  STE 400<br><br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/20/2009 | 30940 | Motors Liquidation Company | $28,848.89  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$28,848.89  (T) |
| CITY OF MEMPHIS (TN)<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  6/26/2009 | 582 | Motors Liquidation Company | $48,986.92  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$48,986.92  (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF MEMPHIS (TN)<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  7/28/2009 | 927 | Motors Liquidation Company | $48,168.47  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$48,168.47  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CITY OF ROANOKE | 1031 | Motors Liquidation Company | $53,432.55  (S) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF ROANOKE | 7652 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| C/O SAWKO & BURROUGHS P C 1100 DALLAS DRIVE, SUITE 100 | | | $0.00  (P) | | | C/O SAWKO & BURROUGHS PC 1100 DALLAS DR STE 100 | | | $53,432.55  (P) |
| DENTON, TX  76205 | | | $0.00  (U) | | | DENTON, TX  76205 | | | $0.00  (U) |
| Official Claim Date:  7/13/2009 | | | $53,432.55  (T) | | | Official Claim Date:  10/2/2009 | | | $53,432.55  (T) |
| CITY OF SULPHUR SPRINGS | 576 | Motors Liquidation Company | $4.88  (S) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF SULPHUR SPRINGS | 17623 | Motors Liquidation Company | $88.18  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| ATTN:  ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 | | | $0.00  (P) | | | C/O ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET STE 1600 | | | $0.00  (P) |
| DALLAS, TX  75201 | | | $0.00  (U) | | | DALLAS, TX  75201 | | | $0.00  (U) |
| Official Claim Date:  6/26/2009 | | | $4.88  (T) | | | Official Claim Date:  10/29/2009 | | | $88.18  (T) |
| CRYSTAL RAVETTO A MINOR BY AND THROUGH | 633 | Motors Liquidation Company | $0.00  (S) | Amended and Superseded Claims | Pgs. 1-4 | CRYSTAL RAVETTO A MINOR BY AND THROUGH | 639 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| HER MOTHER & GUARDIAN CAMILLE RAVETTO C/O R LEWIS VAN BLOIS ESQ VAN BLOIS & ASSOCIATES 7677 OAKPORT | | | $0.00  (P) | | | HER MOTHER AND GUARDIAN CAMILLE RAVETTO C/O R LEWIS VAN BLOIS ESQ VAN BLOIS & ASSOCIATES 7677 OAKPORT | | | $0.00  (P) |
| ST SUITE 565 | | | $20,000,000.00  (U) | | | ST SUITE 565 | | | $20,000,000.00  (U) |
| OAKLAND, CA  94621 | | | $20,000,000.00  (T) | | | OAKLAND, CA  94621 | | | $20,000,000.00  (T) |
| Official Claim Date:  7/16/2009 | | | | | | Official Claim Date:  7/16/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CYPRESS-FAIRBANKS ISD<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  6/26/2009 | 345 | Motors Liquidation Company | $48,059.49  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$48,059.49  (T) | Amended and Superseded Claims | Pgs. 1-4 | CYPRESS- FAIRBANKS ISD<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  11/10/2009 | 25447 | Motors Liquidation Company | $47,252.64  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$47,252.64  (T) |
| DALLAS COUNTY<br><br>ATTN: ELIZABETH WELLER, LAURIE A SPINDLER, SHERREL K KNIGHTON, TODD W DEATHERAGE LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DALLAS, TX  75201<br><br>Official Claim Date:  6/15/2009 | 368 | Motors Liquidation Company | $92,085.05  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$92,085.05  (T) | Amended and Superseded Claims | Pgs. 1-4 | DALLAS COUNTY<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  10/13/2009 | 9574 | Motors Liquidation Company | $208,817.11  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$208,817.11  (T) |
| LARRY ALLEN<br><br>C/O LOWELL F SUTHERLAND ESQ 1443 W MAIN ST<br>EL CENTRO, CA  92243<br><br>Official Claim Date:  10/5/2009 | 4958 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,113,314.96  (U)<br>$3,113,314.96  (T) | Amended and Superseded Claims | Pgs. 1-4 | DEL NORTE CHEVROLET-OLDS CO<br><br>C/O LOWELL F SUTHERLAND ESQ 1443 W MAIN ST<br>EL CENTRO, CA  92243<br><br>Official Claim Date:  10/5/2009 | 4957 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,113,314.96  (U)<br>$3,113,314.96  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**First Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DELICIA CANTU, INDIVIDUALLY<br><br>ATTN:  JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900 CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/18/2009 | 144 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,450,000.00  (U)<br>$2,450,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | DELICIA CANTU INDIVIDUALLY<br><br>ATTN:  JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA SUITE 900 CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  7/17/2009 | 647 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,450,000.00  (U)<br>$2,450,000.00  (T) |
| DONALD L JONES<br><br>277 RIVER FALLS DR DUNCAN, SC  29334<br><br>Official Claim Date:  6/18/2009 | 450 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | DONALD L JONES<br><br>277 RIVER FALLS DR DUNCAN, SC  29334<br><br>Official Claim Date:  10/5/2009 | 3290 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000.00  (U)<br>$20,000.00  (T) |
| EFREN NINO ORTIZ, INDIVIDUALLY<br><br>ATTN:  JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900 CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/19/2009 | 168 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | EFREN NINO ORTIZ, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO,WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900 CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/24/2009 | 233 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ERIBERTO NINO ORTIZ, INDIVIDUALLY<br><br>ATTN:  JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH, LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/19/2009 | 167 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | ERIBERTO NINO ORTIZ, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/24/2009 | 232 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT<br><br>ATTN: ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP PO BOX 13430<br>ARLINGTON, TX  76094<br><br>Official Claim Date:  6/19/2009 | 491 | Motors Liquidation Company | $33,346.90  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$33,346.90  (T) | Amended and Superseded Claims | Pgs. 1-4 | FORT WORTH INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 13430<br>ARLINGTON, TX  76094<br><br>Official Claim Date:  9/14/2009 | 1324 | Motors Liquidation Company | $39,295.89  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$39,295.89  (T) |
| FRED LOYA INSURANCE<br><br>CLAIM # 596-94647 8603 INGRAM RD<br>SAN ANTONIO, TX  78245<br><br>Official Claim Date:  9/28/2009 | 1565 | Motors Liquidation Company | $7,074.07  (S)<br>$0.00  (A)<br>$7,074.07  (P)<br>$0.00  (U)<br>$14,148.14  (T) | Amended and Superseded Claims | Pgs. 1-4 | FRED LOYA INSURANCE<br><br>CLAIM # 596-94647 8603 INGRAM RD<br>SAN ANTONIO, TX  78245<br><br>Official Claim Date:  9/28/2009 | 1566 | Motors Liquidation Company | $7,074.07  (S)<br>$0.00  (A)<br>$7,074.07  (P)<br>$0.00  (U)<br>$14,148.14  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| FULTON COUNTY TAX COMMISSIONER<br><br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA  30303<br><br>Official Claim Date:  6/18/2009 | 451 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$96,756.08  (P)<br>$0.00  (U)<br>$96,756.08  (T) | Amended and Superseded Claims | Pgs. 1-4 | FULTON COUNTY TAX COMMISSIONER<br><br>141 PRYOR ST STE 1113<br>ATLANTA, GA  30303<br><br>Official Claim Date:  10/16/2009 | 17766 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$110,345.67  (P)<br>$0.00  (U)<br>$110,345.67  (T) |
| GABRIELA NINO HERRERA, INDIVIDUALLY<br><br>ATTN:  JOSH W HOPKINS SICO, HOPKINS, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/19/2009 | 175 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | GABRIELA NINO HERRERA, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/24/2009 | 223 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GARLAND COUNTY TAX COLLECTOR<br><br>ATTN: REBECCA DODD-TALBERT 200 WOODBINE - ROOM 108<br>HOT SPRINGS, AR  71901<br><br>Official Claim Date:  6/15/2009 | 50 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$3,056.17  (P)<br>$0.00  (U)<br>$3,056.17  (T) | Amended and Superseded Claims | Pgs. 1-4 | GARLAND COUNTY TAX COLLECTOR<br><br>ATTN REBECCA DODD-TALBERT 200 WOODBINE ROOM 108<br>HOT SPRINGS, AR  71901<br><br>Official Claim Date:  9/4/2009 | 1456 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$484.51  (P)<br>$0.00  (U)<br>$484.51  (T) |
| GARLAND COUNTY TAX COLLECTOR<br><br>ATTN:  REBECCA DODD-TALBERT 200 WOODBINE - ROOM 108<br>HOT SPRINGS, AR  71901<br><br>Official Claim Date:  6/15/2009 | 49 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$292.20  (P)<br>$0.00  (U)<br>$292.20  (T) | Amended and Superseded Claims | Pgs. 1-4 | GARLAND COUNTY TAX COLLECTOR<br><br>ATTN: REBECCA DODD-TALBERT 200 WOODBINE - ROOM 108<br>HOT SPRINGS, AR  71901 UNITED STATES OF AMERICA<br><br>Official Claim Date:  9/28/2009 | 6984 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| GEORGE W GEIL AND GENEVA GEIL<br><br>9501 W BUSINESS 83, #817<br>HARLINGEN, TX  78552<br><br>Official Claim Date:  6/25/2009 | 729 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$40,346.32  (U)<br>$40,346.32  (T) | Amended and Superseded Claims | Pgs. 1-4 | GEORGE W GEIL AND GENEVA GEIL<br><br>9501 WEST BUSINESS 83, #817<br>HARLINGEN, TX  78552<br><br>Official Claim Date:  9/30/2009 | 1733 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$40,346.32  (U)<br>$40,346.32  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| HARRIS COUNTY, ET AL<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  6/26/2009 | 340 | Motors Liquidation Company | $83,190.42  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$83,190.42  (T) | Amended and Superseded Claims | Pgs. 1-4 | HARRIS COUNTY, ET AL<br><br>ATTN:  JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON , LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  11/10/2009 | 25445 | Motors Liquidation Company | $102,102.73  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$102,102.73  (T) |
| HIDALGO COUNTY<br><br>ATTN:  JOHN T BANKS PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP 3301 NORTHLAND DRIVE SUITE 505<br>AUSTIN, TX  78731<br><br>Official Claim Date:  6/15/2009 | 79 | Motors Liquidation Company | $52,628.01  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$52,628.01  (T) | Amended and Superseded Claims | Pgs. 1-4 | HIDALGO COUNTY<br><br>ATTN JOHN T BANKS PERDUE BRANDON FIELDER COLLINS & MOTT L L P 3301 NORTHLAND DRIVE<br>AUSTIN, TX  78731<br><br>Official Claim Date:  7/31/2009 | 1128 | Motors Liquidation Company | $53,507.61  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$53,507.61  (T) |
| HIDALGO INDEPENDENT SCHOOL DISTRICT<br><br>ATTN:  JOHN T BANKS PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP 3301 NORTHLAND DRIVE SUITE 505<br>AUSTIN, TX  78731<br><br>Official Claim Date:  6/15/2009 | 78 | Motors Liquidation Company | $96,364.35  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$96,364.35  (T) | Amended and Superseded Claims | Pgs. 1-4 | HIDALGO INDEPENDENT SCHOOL DISTRICT<br><br>ATTN JOHN T BANKS PERDUE BRANDON FIELDER COLLINS & MOTT L L P 3301 NORTHLAND DRIVE<br>AUSTIN, TX  78731<br><br>Official Claim Date:  7/31/2009 | 1127 | Motors Liquidation Company | $98,163.54  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$98,163.54  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| HONEYWELL INTERNATIONAL - AEROSPACE<br><br>1140 W WARNER ROAD 1233-M<br>TEMPE, AZ  85284<br><br>Official Claim Date:  6/29/2009 | 618 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$115,571.29  (U)<br>$115,571.29  (T) | Amended and Superseded Claims | Pgs. 1-4 | HONEYWELL INTERNATIONAL - AEROSPACE<br><br>1140 W WARNER ROAD 1233-M<br>TEMPE, AZ  85284<br><br>Official Claim Date:  7/16/2009 | 902 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$153,835.01  (U)<br>$153,835.01  (T) |
| IDAHO STATE TAX COMMISSION<br><br>BANKRUPTCY UNIT PO BOX 36<br>BOISE, ID  83722<br><br>Official Claim Date:  10/9/2009 | 14935 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$100,657.53  (P)<br>$10,000.00  (U)<br>$110,657.53  (T) | Amended and Superseded Claims | Pgs. 1-4 | IDAHO STATE TAX COMMISSION<br><br>BANKRUPTCY UNIT PO BOX 36<br>BOISE, ID  83722<br><br>Official Claim Date:  10/30/2009 | 21022 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| IRVING ISD<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST, SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  6/15/2009 | 367 | Motors Liquidation Company | $10,327.34  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$10,327.34  (T) | Amended and Superseded Claims | Pgs. 1-4 | IRVING ISD<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  10/13/2009 | 9571 | Motors Liquidation Company | $4,940.34  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,940.34  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JACKSON COUNTY<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  6/26/2009 | 341 | Motors Liquidation Company | $18.85  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$18.85  (T) | Amended and Superseded Claims | Pgs. 1-4 | JACKSON COUNTY<br><br>ATTN: JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  11/10/2009 | 25443 | Motors Liquidation Company | $257.74  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$257.74  (T) |
| JEAN J DESANGES & FRANCOIS J DESANGES, HIS WIFE<br><br>ATTN:  RAYMOND R REID, JR, ESQ PAJCIC & PAJCIC, P A ONE INDEPENDENT DR, SUITE 1900<br>JACKSONVILLE, FL  32202<br><br>Official Claim Date:  6/16/2009 | 102 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$25,000,000.00  (U)<br><br>$25,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | JEAN J DESANGES AND FRANCOIS J DESANGES HIS WIFE<br><br>ATTN RAYMOND R REID JR ESQ C/O PAJCIC AND PAJCIC PA ONE INDEPENDENT DR  STE 1900<br>JACKSONVILLE, FL  32202<br><br>Official Claim Date:  10/12/2009 | 7839 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$25,000,000.00  (U)<br><br>$25,000,000.00  (T) |
| JEFF BRETHAUER<br><br>ATTN: PATRICK M ARDIS WOLFF ARDIS, P C 5810 SHELBY OAKS DR<br>MEMPHIS, TN  38134<br><br>Official Claim Date:  6/15/2009 | 84 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$30,000,000.00  (U)<br><br>$30,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | JEFF BRETHAUER<br><br>C/O PATRICK M. ARDIS 5810 SHELBY OAKS DR<br>MEMPHIS, TN  38134<br><br>Official Claim Date:  10/27/2009 | 16698 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$30,000,000.00  (U)<br><br>$30,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JULIAN NINO OCHOA AS REPRESENTATIVE OF THE ESTATE<br><br>OF OFELIA ALVARADO MARTINEZ ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/19/2009 | 162 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | JULIAN NINO OCHOA, AS REPRESENTATIVE OF THE ESTATE<br><br>OF OFELIA ALVARADO MARTINEZ ATTN: JOSH W HOPKINS SICO, HOPKINS, HOELSCHER & BRAUGH LLP<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/24/2009 | 239 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) |
| JULIAN NINO OCHOA INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, STE 900<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/19/2009 | 161 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,500,000.00  (U)<br>$5,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | JULIAN NINO OCHOA, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/24/2009 | 224 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,500,000.00  (U)<br>$5,500,000.00  (T) |
| KATY ISD<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  6/26/2009 | 346 | Motors Liquidation Company | $13.43  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$13.43  (T) | Amended and Superseded Claims | Pgs. 1-4 | KATY ISD<br><br>ATTN: JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  11/10/2009 | 25442 | Motors Liquidation Company | $286.53  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$286.53  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| KONSTANTINO DAKAS<br><br>HILBORN & HILBORN PC 999 HAYNES SUITE 205<br>BIRMINGHAM, MI  48009<br><br>Official Claim Date:  9/8/2009 | 1278 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$280,000.00  (U)<br>$280,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | KONSTANTINO DAKAS<br><br>C/O HILBORN AND HILBORN PC 999 HAYNES SUITE 205<br>BIRMINGHAM, MI  48009<br><br>Official Claim Date:  10/30/2009 | 17955 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$280,000.00  (U)<br>$280,000.00  (T) |
| LANTERN LANE ENT RETIREMENT TRUST<br><br>DAVID L GARBER & ENID GARBER TRUSTEES 22705 SPARROWDELL DR CALABASAS, CA  91302<br><br>Official Claim Date:  6/25/2009 | 304 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000.00  (U)<br>$25,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | LANTERN LANE ENT RETIREMENT TRUST<br><br>DAVID L GARBER & ENID GARBER TRUSTEES 22705 SPARROWDELL DR CALABASAS, CA  91302<br><br>Official Claim Date:  10/2/2009 | 2387 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000.00  (U)<br>$25,000.00  (T) |
| LEANNE E CLARK<br><br>LABARRON N BOONE PO BOX 4160 MONTGOMERY, AL  36103<br><br>Official Claim Date:  9/11/2009 | 7645 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | LEANNE E CLARK<br><br>LABARRON N BOONE PO BOX 4160 MONTGOMERY, AL  36103<br><br>Official Claim Date:  10/16/2009 | 11789 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LYNDA HALL, TAX COLLECTOR<br><br>MADISON COUNTY COURTHOUSE 100 NORTHSIDE SQUARE<br>HUNTSVILLE, AL 35801<br><br>Official Claim Date: 8/3/2009 | 1107 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$17,300.50 (P)<br>$0.00 (U)<br>$17,300.50 (T) | Amended and Superseded Claims | Pgs. 1-4 | LYNDA HALL, TAX COLLECTOR<br><br>MADISON COUNTY COURTHOUSE 100 NORTHSIDE SQUARE<br>HUNTSVILLE, AL 35801<br><br>Official Claim Date: 10/13/2009 | 14906 | Motors Liquidation Company | $0.00 (S)<br>$34,601.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$34,601.00 (T) |
| MARGARITA ELIAS AS THE REPRESENTATIVE OF<br><br>THE ESTATE OF ESTEVAN ELIAS DECEASED ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP<br><br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 6/18/2009 | 147 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Amended and Superseded Claims | Pgs. 1-4 | MARGARITA ELIAS, AS THE REPRESENTATIVE OF<br><br>THE ESTATE OF ESTEVAN ELIAS, DECEASED JOSH W HOPKINS/SICO, WHITE, HOELSCHER & BRAUGH, LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 7/20/2009 | 738 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) |
| MARGARITA ELIAS INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 6/18/2009 | 146 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,900,000.00 (U)<br>$4,900,000.00 (T) | Amended and Superseded Claims | Pgs. 1-4 | MARGARITA ELIAS, INDIVIDUALLY<br><br>JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH, LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 7/20/2009 | 739 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,900,000.00 (U)<br>$4,900,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MARIA DE LA LUZ REYES, INDIVIDUALLY | 172 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $1,000,000.00  (U)  $1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | MARIA DE LA LUZ REYES, INDIVIDUALLY | 220 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $1,000,000.00  (U)  $1,000,000.00  (T) |
| ATTN:  JOSH W HOPKINS SICO, HOPKINS, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900 CORPUS CHRISTI, TX  78470 | | | | | | ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900 CORPUS CHRISTI, TX  78470 | | | |
| Official Claim Date:  6/19/2009 | | | | | | Official Claim Date:  6/24/2009 | | | |
| MARIA DEL SOCORRO PUENTES, INDIVUALLY | 171 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $1,000,000.00  (U)  $1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | MARIA DEL SOCORRO PUENTES, INDIVIDUALLY | 219 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $1,000,000.00  (U)  $1,000,000.00  (T) |
| ATTN:  JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH, LLP 802 NORTH CARANCAHUA, SUITE 900 CORPUS CHRISTI, TX  78470 | | | | | | ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900 CORPUS CHRISTI, TX  78470 | | | |
| Official Claim Date:  6/19/2009 | | | | | | Official Claim Date:  6/24/2009 | | | |
| MARIA ESTELA MARQUEZ, INDIVIDUALLY | 170 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $1,000,000.00  (U)  $1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | MARIA ESTELA MARQUEZ, INDIVIDUALLY | 235 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $1,000,000.00  (U)  $1,000,000.00  (T) |
| ATTN:  JOSH W HOPKINS SICO, WHITE, HOESLCHER & BRAUGH, LLP 802 NORTH CARANCAHUA, SUITE 900 CORPUS CHRISTI, TX  78470 | | | | | | ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900 CORPUS CHRISTI, TX  78470 | | | |
| Official Claim Date:  6/19/2009 | | | | | | Official Claim Date:  6/24/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Motors Liquidation Company, et al.

**Exhibit A**

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MARICOPA COUNTY<br><br>ATTN BARBARA LEE CALDWELL AIKEN SCHENK HAWKINS & RICCIARDI 4742 NORTH 24TH STREET SUITE 100 PHOENIX, AZ  85016<br><br>Official Claim Date:  8/13/2009 | 1048 | Motors Liquidation Company | $524.23  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$524.23  (T) | Amended and Superseded Claims | Pgs. 1-4 | MARICOPA COUNTY<br><br>BARBARA LEE CALDWELL AIKEN SCHENK HAWKINS & RICCIARDI PC 4742 NORTH 24TH STREET, SUITE 100 PHOENIX, AZ  85016<br><br>Official Claim Date:  10/2/2009 | 3047 | Motors Liquidation Company | $25,883.80  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$25,883.80  (T) |
| MARK IV LLC<br><br>1650 RESEARCH DRIVE, SUITE 200<br><br>TROY, MI  48083<br><br>Official Claim Date:  8/25/2009 | 1224 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$89,704.69  (U)<br>$89,704.69  (T) | Amended and Superseded Claims | Pgs. 1-4 | MARK IV LLC<br><br>MARK IV / DAYCO PRODUCTS LLC 1650 RESEARCH DRIVE, SUITE 200 TROY, MI  48083<br><br>Official Claim Date:  8/26/2009 | 1238 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$89,704.69  (U)<br>$89,704.69  (T) |
| MARTIN NINO ORTIZ, INDIVIDUALLY<br><br>ATTN:  JOSH W HOPKINS SICO, HOPKINS, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900 CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/19/2009 | 173 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | MARTIN NINO ORTIZ, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900 CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/24/2009 | 221 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MATILDE NINO, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO WHITE HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, STE 900<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/19/2009 | 166 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | MATILDE NINO, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/24/2009 | 238 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| MAZIE ROBERTS, INDIVIDUALLY & AS SPECIAL ADMIN OF<br><br>ESTATE OF JOHN ROBERTS SR, DECEASED ATTN: J KENT EMISON LANGDON & EMISON<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  7/7/2009 | 481 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | MAZIE ROBERTS, INDIVIDUALLY & AS SPECIAL ADMIN OF ESTATE<br><br>OF JOHN ROBERTS, SR, DECEASED ATTN: J KENT EMISON LANGDON & EMISON<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  7/7/2009 | 851 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) |
| MCGRIFF KEITH<br><br>MCGRIFF, KEITH 4422 EICHELBERGER AVE DAYTON, OH  45406<br><br>Official Claim Date:  10/5/2009 | 3291 | Motors Liquidation Company | $508.47  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$508.47  (T) | Amended and Superseded Claims | Pgs. 1-4 | MCGRIFF, KEITH<br><br>4422 EICHELBERGER AVE DAYTON, OH  45406<br><br>Official Claim Date:  10/8/2009 | 6410 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$508.47  (U)<br>$508.47  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MEDALLION INSTRUMENTATION SYSTEMS | 614 | Motors Liquidation Company | $0.00 (S) | | Amended and Superseded Claims | Pgs. 1-4 | MEDALLION INSTRUMENTATION SYSTEMS | 550 | Motors Liquidation Company | $0.00 (S) |
| | | | $0.00 (A) | | | | | | | $0.00 (A) |
| 17150 HICKORY STREET SPRING LAKE, MI  49456 | | | $0.00 (P) | | | | 17150 HICKORY STREET SPRING LAKE, MI  49456 | | | $0.00 (P) |
| | | | $97.56 (U) | | | | | | | $97.56 (U) |
| Official Claim Date:  6/29/2009 | | | $97.56 (T) | | | | Official Claim Date:  6/22/2009 | | | $97.56 (T) |
| MEDIAONE OF UTAH | 680 | Motors Liquidation Company | $0.00 (S) | | Amended and Superseded Claims | Pgs. 1-4 | MEDIA ONE OF UTAH | 770 | Motors Liquidation Company | $0.00 (S) |
| | | | $0.00 (A) | | | | | | | $0.00 (A) |
| 4770 S. 5600 W KEARNS, UT  84118 | | | $0.00 (P) | | | | 4770 S 5600 W KEARNS, UT  84118 | | | $0.00 (P) |
| | | | $120,935.88 (U) | | | | | | | $135,565.24 (U) |
| Official Claim Date:  6/25/2009 | | | $120,935.88 (T) | | | | Official Claim Date:  6/30/2009 | | | $135,565.24 (T) |
| MONTGOMERY COUNTY | 343 | Motors Liquidation Company | $866.40 (S) | | Amended and Superseded Claims | Pgs. 1-4 | MONTGOMERY COUNTY | 25438 | Motors Liquidation Company | $3,929.05 (S) |
| | | | $0.00 (A) | | | | | | | $0.00 (A) |
| ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON, TX  77253 | | | $0.00 (P) | | | | ATTN JOHN P DILLMAN C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON, TX  77253 | | | $0.00 (P) |
| | | | $0.00 (U) | | | | | | | $0.00 (U) |
| Official Claim Date:  6/26/2009 | | | $866.40 (T) | | | | Official Claim Date:  11/10/2009 | | | $3,929.05 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NANCY FISHER AND BRYAN FISHER<br><br>ATTN:  ROBERT M N PALMER THE LAW OFFICES OF PALMEROLIVER, P C 205 PARK CENTRAL EAST, SUITE 511<br>SPRINGFIELD, MO  65906<br><br>Official Claim Date:  6/15/2009 | 55 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | NANCY FISHER AND BRYAN FISHER<br><br>ATTN ROBERT M N PALMER THE LAW OFFICES OF PALMEROLIVER P C 205 PARK CENTRAL EAST STE 511<br>SPRINGFIELD, MO  65806<br><br>Official Claim Date:  10/9/2009 | 7273 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| NORTHWEST ISD<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST, SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  6/16/2009 | 420 | Motors Liquidation Company | $254,983.73  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$254,983.73  (T) | Amended and Superseded Claims | Pgs. 1-4 | NORTHWEST ISD<br><br>ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  11/4/2009 | 19588 | Motors Liquidation Company | $136,594.84  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$136,594.84  (T) |
| NORWOOD PROMOTIONAL PRODUCTS LLC<br><br>10 W MARKET STREET SUITE 1400<br>INDIANAPOLIS, IN  46204<br><br>Official Claim Date:  8/14/2009 | 1151 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$65,139.72  (U)<br>$65,139.72  (T) | Amended and Superseded Claims | Pgs. 1-4 | NORWOOD PROMOTIONAL PRODUCTS LLC<br><br>10 W MARKET ST SUITE 1400<br>INDIANAPOLIS, IN  46204<br><br>Official Claim Date:  10/24/2009 | 15436 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$65,139.72  (U)<br>$65,139.72  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NYS DEPT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY  12205<br><br>Official Claim Date:  8/13/2009 | 1152 | Motors Liquidation Company | $10,742.75  (S)<br>$0.00  (A)<br>$28,733,475.62  (P)<br>$1,435,090.40  (U)<br>$30,179,308.77  (T) | Amended and Superseded Claims | Pgs. 1-4 | NYS DEPT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY  12205<br><br>Official Claim Date:  9/10/2009 | 1284 | Motors Liquidation Company | $10,742.75  (S)<br>$0.00  (A)<br>$29,326,108.66  (P)<br>$1,466,841.39  (U)<br>$30,803,692.80  (T) |
| NEW YORK STATE DEPT OF TAXATION & FINANCE<br><br>BANKRUPTCY SECTION P O BOX 5300 ALBANY, NY  11205 UNITED STATES OF AMERICA<br><br>Official Claim Date:  9/23/2009 | 3045 | Motors Liquidation Company | $0.00  (S)<br>$565,920.52  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$565,920.52  (T) | Amended and Superseded Claims | Pgs. 1-4 | NYS DEPT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY  12205<br><br>Official Claim Date:  11/3/2009 | 19824 | Motors Liquidation Company | $0.00  (S)<br>$572,398.90  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$572,398.90  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| PEDRO NINO ORTIZ AS SPECIAL ADMINISTRATOR OF<br><br>THE ESTATE OF PEDRO NINO OCHOA, DECEASED ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/19/2009 | 164 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | PEDRO NINO ORTIZ AS SPECIAL ADMIN ESTATE OF<br><br>PEDRO NINO OCHOA, DECEASED ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/24/2009 | 236 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) |
| PEDRO NINO ORTIZ, AS SPECIAL ADM OF THE ESTATE OF<br><br>MARIA DEL SOCORRO ORTIZ GUAJARDO, DECEASED ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/19/2009 | 165 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | PEDRO NINO ORTIZ AS SPECIAL ADMIN ESTATE OF<br><br>MARIA DEL SOCORRO ORTIZ GUAJARDO, DECEASED ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/24/2009 | 237 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) |
| PEDRO NINO ORTIZ INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, STE 900 CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/19/2009 | 163 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | PEDRO NINO ORTIZ, INDIVIDUALLY<br><br>ATTN:  JOSH W HOPKINS SICO, HOPKINS, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900 CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/24/2009 | 240 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RAPIDS TUMBLE FINISH, INC<br><br>1607 HULTS DR<br>EATON RAPIDS, MI  48827<br><br>Official Claim Date:  10/19/2009 | 12937 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,937.18  (U)<br>$9,937.18  (T) | Amended and Superseded Claims | Pgs. 1-4 | RAPIDS TUMBLE FINISH INC<br><br>ATTN: LOUANN LOOMIS 1607 HULTS DR<br>EATON RAPIDS, MI  48827<br><br>Official Claim Date:  10/19/2009 | 12936 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,937.18  (U)<br>$9,937.18  (T) |
| REFUGIO COUNTY<br><br>DIANE W SANDERS C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  10/30/2009 | 17809 | Motors Liquidation Company | $0.65  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.65  (T) | Amended and Superseded Claims | Pgs. 1-4 | REFUGIO COUNTY<br><br>ATTN DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR  STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/20/2009 | 30941 | Motors Liquidation Company | $94.40  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$94.40  (T) |
| RIO GRANDE CITY CISD<br><br>ATTN DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II, 2700 VIA FORTUNA DR. STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 994 | Motors Liquidation Company | $15.57  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$15.57  (T) | Amended and Superseded Claims | Pgs. 1-4 | RIO GRANDE CITY CISD<br><br>ATTN: DIANE W SANDERS C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22352 | Motors Liquidation Company | $52.72  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$52.72  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ROSA ELENA NINO ORTIZ, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH, LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 6/19/2009 | 169 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-4 | ROSA ELENA NINO ORTIZ, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 6/24/2009 | 234 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) |
| SAMUEL & DELICIA CANTU AS PERSONAL REPS OF<br><br>THE ESTATE OF JAMIE CHRISTOPHER CANTU DECEASED ATTN: JOSH W HOPKINS SICO WHITE HOELSCHER & BRAUGH LLP<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 6/18/2009 | 145 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Amended and Superseded Claims | Pgs. 1-4 | SAMUEL & DELICIA CANTU AS PERSONAL REPS OF<br><br>THE ESTATE OF JAMIE CHRISTOPHER CANTU, DECEASED ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 7/17/2009 | 646 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) |
| SAMUEL CANTU, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 6/18/2009 | 143 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,450,000.00 (U)<br>$2,450,000.00 (T) | Amended and Superseded Claims | Pgs. 1-4 | SAMUEL CANTU INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 7/17/2009 | 648 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,450,000.00 (U)<br>$2,450,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BEVERLY DEUTSCH AND SANFORD DEUTSCH | 437 | Motors Liquidation Company | $0.00  (S) | Amended and Superseded Claims | Pgs. 1-4 | SANFORD DEUTSCH AND ESTATE OF BEVERLY DEUTSCH | 11792 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| C/O BARRY NOVACK ESQ 8383 WILSHIRE BLVD SUITE 830 | | | $0.00  (P) | | | BARRY NOVACK, ESQ 8383 WILSHIRE BLVD, STE 830 | | | $0.00  (P) |
| BEVERLY HILLS, CA  90211 | | | $16,000,000.00  (U) | | | BEVERLY HILLS, CA  90211 | | | $14,545,000.00  (U) |
| Official Claim Date:  6/19/2009 | | | $16,000,000.00  (T) | | | Official Claim Date:  10/19/2009 | | | $14,545,000.00  (T) |
| SCHOENL KEVIN M | 16849 | Motors Liquidation Company | $0.00  (S) | Amended and Superseded Claims | Pgs. 1-4 | SCHOENL KEVIN M | 7553 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| SCHOENL, CONNIE 20 JADE CREEK DR | | | $0.00  (P) | | | SCHOENL, CONNIE CELLINO & BARNES PC 16 WEST MAIN STREET 6TH FLOOR | | | $0.00  (P) |
| HILTON, NY  14468 | | | $2,000,000.00  (U) | | | ROCHESTER, NY  14614 | | | $2,000,000.00  (U) |
| Official Claim Date:  10/27/2009 | | | $2,000,000.00  (T) | | | Official Claim Date:  10/9/2009 | | | $2,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN 38101<br><br>Official Claim Date: 6/22/2009 | 517 | Motors Liquidation Company | $12,386.64 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$12,386.64 (T) | Amended and Superseded Claims | Pgs. 1-4 | SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN 38101<br><br>Official Claim Date: 9/15/2009 | 6960 | Motors Liquidation Company | $15,283.64 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15,283.64 (T) |
| SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN 38101<br><br>Official Claim Date: 6/22/2009 | 521 | Motors Liquidation Company | $42,075.79 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$42,075.79 (T) | Amended and Superseded Claims | Pgs. 1-4 | SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN 38101 UNITED STATES OF AMERICA<br><br>Official Claim Date: 9/15/2009 | 6965 | Motors Liquidation Company | $44,983.80 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$44,983.80 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MILDRED SNYDER<br><br>C/O FRAZIER & ASSOCIATES 612 EAST MARKET STREET<br>INDIANAPOLIS, IN  46202<br><br>Official Claim Date:  7/10/2009 | 532 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$150,000.00  (U)<br>$150,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | SNYDER MILDRED<br><br>C/O SNYDER MILDRED RONALD FRAZIER 612 EAST MARKET STREET<br>INDIANAPOLIS, IN  46202<br><br>Official Claim Date:  10/19/2009 | 14944 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$150,000.00  (U)<br>$150,000.00  (T) |
| SNYDER MILDRED<br><br>C/O SNYDER, MILDRED RONALD FRAZIER 612 EAST MARKET STREET<br>INDIANAPOLIS, IN  46202<br><br>Official Claim Date:  10/20/2009 | 13148 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$150,000.00  (U)<br>$150,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | SNYDER MILDRED<br><br>C/O SNYDER MILDRED RONALD FRAZIER 612 EAST MARKET STREET<br>INDIANAPOLIS, IN  46202<br><br>Official Claim Date:  10/19/2009 | 14944 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$150,000.00  (U)<br>$150,000.00  (T) |
| SOLANO COUNTY TAX COLLECTOR<br><br>675 TEXAS ST, SUITE 1900<br>FAIRFIELD, CA  94533<br><br>Official Claim Date:  6/25/2009 | 862 | Motors Liquidation Company | $12,338.69  (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$12,338.69  (T) | Amended and Superseded Claims | Pgs. 1-4 | SOLANO COUNTY TAX COLLECTOR<br><br>675 TEXAS ST STE 1900<br>FAIRFIELD, CA  94533<br><br>Official Claim Date:  9/8/2009 | 1394 | Motors Liquidation Company | $22,463.59  (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$22,463.59  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SOUTH TEXAS COLLEGE<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERACE II, 2700 VIA FORUNA DR, STE 400 PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1002 | Motors Liquidation Company | $11,940.36  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$11,940.36  (T) | Amended and Superseded Claims | Pgs. 1-4 | SOUTH TEXAS COLLEGE<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22487 | Motors Liquidation Company | $11,651.79  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$11,651.79  (T) |
| STATE OF NEW JERSEY<br><br>DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245<br>TRENTON, NJ  08646<br><br>Official Claim Date:  7/16/2009 | 932 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$23,222.40  (P)<br>$0.00  (U)<br>$23,222.40  (T) | Amended and Superseded Claims | Pgs. 1-4 | STATE OF NEW JERSEY<br><br>DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245<br>TRENTON, NJ  08646<br><br>Official Claim Date:  8/31/2009 | 1370 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$1,310,722.40  (P)<br>$0.00  (U)<br>$1,310,722.40  (T) |
| SULPHUR SPRINGS ISD<br><br>ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  7/31/2009 | 1131 | Motors Liquidation Company | $12.58  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$12.58  (T) | Amended and Superseded Claims | Pgs. 1-4 | SULPHUR SPRINGS ISD<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  10/23/2009 | 15033 | Motors Liquidation Company | $281.64  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$281.64  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TARRANT COUNTY<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST, SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  6/15/2009 | 359 | Motors Liquidation Company | $3,000,683.91  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,000,683.91  (T) | Amended and Superseded Claims | Pgs. 1-4 | TARRANT COUNTY<br><br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN ELIZABETH WELLER 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  10/22/2009 | 14388 | Motors Liquidation Company | $2,413,352.80  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,413,352.80  (T) |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br><br>OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY - COLLECTIONS DIVISION P O BOX 12548<br>AUSTIN, TX  78711<br><br>Official Claim Date:  6/23/2009 | 212 | Motors Liquidation Company | $14,541,200.34  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$14,541,200.34  (T) | Amended and Superseded Claims | Pgs. 1-4 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br><br>OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY - COLLECTIONS DIVISION PO BOX 12548<br>AUSTIN, TX  78711<br><br>Official Claim Date:  9/25/2009 | 3044 | Motors Liquidation Company | $14,717,820.57  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$14,717,820.57  (T) |
| THOMAS M SULLIVAN AND BETTY M SULLIVAN<br><br>C/O THOMAS M SULLIVAN 210 N WESTFIELD ST APT #257<br>OSHKOSH, WI  54902<br><br>Official Claim Date:  7/17/2009 | 669 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | THOMAS M SULLIVAN<br><br>BETTY M SULLIVAN JT TEN 210 N WESTFIELD ST APT 257<br>OSHKOSH, WI  54902<br><br>Official Claim Date:  10/7/2009 | 5757 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| VALWOOD IMPROVEMENT AUTHORITY<br><br>ATTN: R BRUCE MEDLEY PERDUE, BRANDON,FIELDER, COLLINS & MOTT, LLP 4025 WOODLAND PARK BLVD STE 300 ARLINGTON, TX  76013<br><br>Official Claim Date:  6/23/2009 | 506 | Motors Liquidation Company | $219,651.96  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$219,651.96  (T) | Amended and Superseded Claims | Pgs. 1-4 | VALWOOD IMPROVEMENT AUTHORITY<br><br>ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP PO BOX 13430 ARLINGTON, TX  76094<br><br>Official Claim Date:  10/26/2009 | 17753 | Motors Liquidation Company | $21,849.87  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$21,849.87  (T) |
| WALTER J LAWRENCE<br><br>#103, 2609 N FOREST RIDGE BLVD HERNANDO, FL  34442<br><br>Official Claim Date:  10/5/2009 | 3319 | Motors Liquidation Company | $160,600.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$160,600.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | WALTER J LAWRENCE<br><br>2609 N FOREST RIDGE BLVD #103 HERNANDO, FL  34442<br><br>Official Claim Date:  11/9/2009 | 21225 | Motors Liquidation Company | $160,600.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$160,600.00  (T) |
| WALTER J LAWRENCE<br><br>#103, 2609 N FOREST RIDGE BLVD HERNANDO, FL  34442<br><br>Official Claim Date:  10/14/2009 | 9597 | Motors Liquidation Company | $160,600.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$160,600.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | WALTER J LAWRENCE<br><br>2609 N FOREST RIDGE BLVD #103 HERNANDO, FL  34442<br><br>Official Claim Date:  11/9/2009 | 21225 | Motors Liquidation Company | $160,600.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$160,600.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WELDON G FROST IRA ROLLOVER<br><br>721 BINNACLE POINT DR<br><br>LONGBOAT KEY, FL 34228<br><br>Official Claim Date: 10/19/2009 | 13107 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-4 | WELDON G FROST IRA ROLLOVER<br><br>C/O WELDON G FROST 721 BINNACLE POINT DR<br>LONGBOAT KEY, FL 34228<br><br>Official Claim Date: 10/19/2009 | 12847 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) |
| DORCAS E WILLIAMS<br><br>44315 GINGHAM AVE<br>LANCASTER, CA 93535<br><br>Official Claim Date: 7/21/2009 | 1163 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400,000.00 (U)<br>$400,000.00 (T) | Amended and Superseded Claims | Pgs. 1-4 | WILLIAMS, DORCAS<br><br>44315 GINGHAM AVE<br>LANCASTER, CA 93535<br><br>Official Claim Date: 10/19/2009 | 13023 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400,000.00 (U)<br>$400,000.00 (T) |
| WISE COUNTY<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST, SUITE 1600<br>DALLAS, TX 75201<br><br>Official Claim Date: 6/16/2009 | 418 | Motors Liquidation Company | $5.62 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5.62 (T) | Amended and Superseded Claims | Pgs. 1-4 | WISE COUNTY<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201<br><br>Official Claim Date: 10/13/2009 | 9573 | Motors Liquidation Company | $69.31 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$69.31 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

First Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WOOD COUNTY<br><br>ATTN:  ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET  SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  6/26/2009 | 574 | Motors Liquidation Company | $20.92  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$20.92  (T) | Amended and Superseded Claims | Pgs. 1-4 | WOOD COUNTY<br><br>C/O ELIZABETH WELLER LINEBERGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET STE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  10/29/2009 | 17622 | Motors Liquidation Company | $9.42  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$9.42  (T) |
| YOAKUM ISD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400, PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1014 | Motors Liquidation Company | $10.95  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$10.95  (T) | Amended and Superseded Claims | Pgs. 1-4 | YOAKUM ISD<br><br>DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/16/2009 | 27897 | Motors Liquidation Company | $13.13  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$13.13  (T) |
| **Claims to be Disallowed and Expunged Totals** | **100** | | **$26,072,056.73**  (S)<br>**$565,920.52**  (A)<br>**$31,732,410.72**  (P)<br>**$225,664,091.33**  (U)<br>**$284,034,479.30**  (T) | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".