> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS
> HERETO TO DETERMINE WHETHER THIS OBJECTION
> AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :     Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :     09-50026 (REG)
    f/k/a General Motors Corp., et al.  :
                                    :
                Debtors.            :     (Jointly Administered)
                                    :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS
### (Amended and Superseded Claims)

**PLEASE TAKE NOTICE** that on December 8, 2009, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their second omnibus non-substantive objection to claims (the "**Debtors'**

**Second Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Debtors' Second Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**January 14, 2010 at 9:30 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

    **PARTIES RECEIVING THIS NOTICE OF OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO.**

    **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors'

Second Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn:  Ted Stenger); (iii) General Motors, LLC, 300 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

DC 20220 (Attn:  Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff,

Esq., and Gregory G. Plotko, Esq.); (xii) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana

G. Adams, Esq.); and (xiii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third

Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.),

so as to be received no later than **January 7, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response

Deadline**").

      **PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and

served with respect to the Debtors' Second Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Debtors' Second Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
      December 8, 2009

                       /s/ Joseph H. Smolinsky
                       Harvey R. Miller
                       Stephen Karotkin
                       Joseph H. Smolinsky

                       WEIL, GOTSHAL & MANGES LLP
                       767 Fifth Avenue
                       New York, New York 10153
                       Telephone: (212) 310-8000
                       Facsimile: (212) 310-8007

                       Attorneys for Debtors
                       and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                         :
In re                                    :      Chapter 11 Case No.
                                         :
MOTORS LIQUIDATION COMPANY, et al.,      :      09-50026 (REG)
       f/k/a General Motors Corp., et al. :
                                         :
                    Debtors.             :      (Jointly Administered)
                                         :
------------------------------------------------------------x
```

### DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS
#### (Amended and Superseded Claims)

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.**
> **CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
> **EXHIBIT ATTACHED TO THIS OBJECTION.**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), file this second omnibus

non-substantive objection to claims (the "**Debtors' Second Omnibus Objection to Claims**")

pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim filed

in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an

order disallowing and expunging the claims listed on **Exhibit A** attached hereto,[1] and

respectfully represent:

### Relief Requested

1.      The Debtors have examined the proofs of claim identified on Exhibit A,

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "**Amended and Superseded Claims**") have been amended and

superseded by at least one subsequently corresponding claim identified under the heading

"*Surviving Claims*" (collectively, the "**Surviving Claims**").  The Surviving Claims are not

affected by the relief sought herein and will remain pending against at least one of the Debtors,

subject to future objection.  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule

3007, and the Procedures Order, the Debtors seek entry of an order disallowing and expunging

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

from the claims register the Amended and Superseded Claims and preserving the Debtors' right

to later object to any Surviving Claim on any other basis.

2.      The Debtors' Second Omnibus Objection to Claims does not affect any of

the Surviving Claims and does not constitute any admission or finding with respect to any of the

Surviving Claims.  All of the Debtors' rights to object to any Surviving Claims on any basis are

reserved.  Further, the Debtors reserve all their rights to object on any basis to any Amended and

Superseded Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

4.      On June 1, 2009, four of the Debtors (the "**First Filed Debtors**")

commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code and on

October 9, 2009, two additional Debtors (the "**Realm/Encore Debtors**") commenced with this

Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly

administered with those of the First Filed Debtors under Case Number 09-50026 (REG).  On

September 15, 2009, the First Filed Debtors filed their schedules of assets and liabilities and

statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009,

the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of

financial affairs.

5.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the First Filed Debtors' cases, including governmental units.  On December 2, 2009, this

Court entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Real/Encore Debtors' cases (except governmental units, as defined in section 101(27) of the Bankruptcy Code for which the Court established June 1, 2010 as the deadline to file a proof of claim).

6.     Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the First Filed Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## **The Relief Requested Should Be Approved by the Court**

7.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

8.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The Debtors have compared their books and records with the proofs of claim identified on Exhibit A and have determined that each Amended and Superseded Claim has been amended and superseded by the subsequently corresponding Surviving Claim.

9.     To avoid the possibility of multiple recoveries by the same creditor, the Debtors request that the Court disallow and expunge in their entirety the Amended and Superseded Claims. The Surviving Claims will remain on the claims register subject to further objections on any basis.

**Notice**

10.     Notice of this Motion has been provided to each claimant asserting an

Amended and Superseded Claim and parties in interest in accordance with the Order Pursuant to

11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case

Management Procedures, dated August 3, 2009 [Docket No. 3629].  The Debtors submit that

such notice is sufficient and no other or further notice need be provided.

11.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  New York, New York
            December 8, 2009

                                    /s/ Joseph H. Smolinsky
                                    Harvey R. Miller
                                    Stephen Karotkin
                                    Joseph H. Smolinsky

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                 :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

## ORDER GRANTING DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS
### (Amended and Superseded)

Upon the second omnibus objection to claims, dated December 8, 2009 (the

"**Debtors' Second Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket No. 4180], seeking

entry of an order disallowing and expunging the Amended and Superseded Claims on the

grounds that such claims have been amended and superseded by the corresponding Surviving

Claim, all as more fully described in the Debtors' Second Omnibus Objection to Claims; and due

and proper notice of the Debtors' Second Omnibus Objection to Claims having been provided,

and it appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Debtors' Second Omnibus Objection to Claims is in the

---

[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Second Omnibus Objection to Claims.

best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal

and factual bases set forth in the Debtors' Second Omnibus Objection to Claims establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Debtors' Second Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit A attached hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "**Amended and Superseded Claims**") are disallowed and expunged; and it is

further

ORDERED that the claims listed on Exhibit A under the heading "*Surviving*

*Claims*" (collectively, the "**Surviving Claims**") will remain on the claims register, and such

claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Amended and

Superseded Claims does not constitute any admission or finding with respect to any of the

Surviving Claims; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit A to the Debtors' Second Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on Exhibit A to this order and (ii) any Surviving Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
        _____, 2010

_____
United States Bankruptcy Judge

Second Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ANGELINA COUNTY<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  6/26/2009 | 358 | Motors Liquidation Company | $39.68  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$39.68  (T) | Amended and Superseded Claims | Pgs. 1-4 | ANGELINA COUNTY<br><br>JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP  PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  11/10/2009 | 25435 | Motors Liquidation Company | $88.49  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$88.49  (T) |
| BEE COUNTY<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON,LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 998 | Motors Liquidation Company | $30.67  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$30.67  (T) | Amended and Superseded Claims | Pgs. 1-4 | BEE COUNTY<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, SUITE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22362 | Motors Liquidation Company | $28.62  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$28.62  (T) |
| BENTON COUNTY TREASURER<br><br>PO BOX 630 620 MARKET STREET<br>PROSSER, WA  99350<br><br>Official Claim Date:  7/23/2009 | 846 | Motors Liquidation Company | $0.00  (S)<br>$92.07  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$92.07  (T) | Amended and Superseded Claims | Pgs. 1-4 | BENTON COUNTY TREASURER<br><br>PO BOX 630 620 MARKET STREET<br>PROSSER, WA  99350<br><br>Official Claim Date:  10/28/2009 | 17282 | Motors Liquidation Company | $0.00  (S)<br>$92.07  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$92.07  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CALDWELL CAD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 , PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1019 | Motors Liquidation Company | $40.63  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$40.63  (T) | Amended and Superseded Claims | Pgs. 1-4 | CALDWELL CAD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22348 | Motors Liquidation Company | $463.47  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$463.47  (T) |
| CARROLL INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 13430<br>ARLINGTON, TX  76094<br><br>Official Claim Date:  9/14/2009 | 1321 | Motors Liquidation Company | $1,923.60  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,923.60  (T) | Amended and Superseded Claims | Pgs. 1-4 | CARROLL INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 13430<br>ARLINGTON, TX  76094<br><br>Official Claim Date:  10/19/2009 | 25491 | Motors Liquidation Company | $2,007.39  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,007.39  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CASS COUNTY<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  7/28/2009 | 928 | Motors Liquidation Company | $41.33  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$41.33  (T) | Amended and Superseded Claims | Pgs. 1-4 | CASS COUNTY<br><br>ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN ST, STE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  10/23/2009 | 15032 | Motors Liquidation Company | $60.48  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$60.48  (T) |
| CASS COUNTY<br><br>ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN ST, STE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  10/23/2009 | 15032 | Motors Liquidation Company | $60.48  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$60.48  (T) | Amended and Superseded Claims | Pgs. 1-4 | CASS COUNTY<br><br>ATTN DAVID HUDSON PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 2007 TYLER, TX  75710<br><br>Official Claim Date:  11/23/2009 | 36767 | Motors Liquidation Company | $13.54  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$13.54  (T) |
| CELINA INDEPENDENT SCHOOL DISTRICT<br><br>ATTN: ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP 4025 WOODLAND PARK BLVD, SUITE 300 ARLINGTON, TX  76013<br><br>Official Claim Date:  6/19/2009 | 489 | Motors Liquidation Company | $22.68  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$22.68  (T) | Amended and Superseded Claims | Pgs. 1-4 | CELINA INDEPENDENT SCHOOL DISTRICT<br><br>C/O ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 13430 ARLINGTON, TX  76094<br><br>Official Claim Date:  10/26/2009 | 17725 | Motors Liquidation Company | $33.67  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$33.67  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CHEROKEE CAD<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  7/31/2009 | 1130 | Motors Liquidation Company | $13.64  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$13.64  (T) | Amended and Superseded Claims | Pgs. 1-4 | CHEROKEE CAD<br><br>ELIZABETH WELLER LINEBARGER GOGGAN BLAIR AND SAMPSON, LLP 2323 BRYAN ST SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  10/23/2009 | 15027 | Motors Liquidation Company | $53.44  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$53.44  (T) |
| CITY OF CLEBURNE<br><br>ATTN: ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP PO BOX 13430 ARLINGTON, TX  76094<br><br>Official Claim Date:  6/19/2009 | 484 | Motors Liquidation Company | $284.70  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$284.70  (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF CLEBURNE<br><br>C/O ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP PO BOX 13430 ARLINGTON, TX  76094<br><br>Official Claim Date:  10/20/2009 | 17729 | Motors Liquidation Company | $600.82  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$600.82  (T) |
| CITY OF DENTON<br><br>C/O SAWKO & BURROUGHS P C 1100 DALLAS DRIVE, SUITE 100 DENTON, TX  76205<br><br>Official Claim Date:  7/13/2009 | 911 | Motors Liquidation Company | $7.72  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$7.72  (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF DENTON<br><br>C/O SAWKO & BURROUGHS PC 1100 DALLAS DRIVE STE 100 DENTON, TX  76205<br><br>Official Claim Date:  10/2/2009 | 7654 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$7.72  (P)<br>$0.00  (U)<br>$7.72  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CITY OF DESOTO<br><br>ATTN:  ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  6/26/2009 | 587 | Motors Liquidation Company | $861.83  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$861.83  (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF DESOTO<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  10/23/2009 | 15036 | Motors Liquidation Company | $955.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$955.00  (T) |
| CITY OF FREMONT<br><br>101 E MAIN ST FREMONT, MI  49412<br><br>Official Claim Date:  8/25/2009 | 1315 | Motors Liquidation Company | $108.15  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$108.15  (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF FREMONT<br><br>101 EAST MAIN FREMONT, MI  49412<br><br>Official Claim Date:  10/6/2009 | 14939 | Motors Liquidation Company | $40.32  (S)<br>$0.00  (A)<br>$20.16  (P)<br>$0.00  (U)<br>$60.48  (T) |
| CITY OF HARLINGEN<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II, 2700 VIA FORTUNA DR. STE 400  PO BOX 17428 AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1007 | Motors Liquidation Company | $16.15  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$16.15  (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF HARLINGEN<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, SUITE 400 AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22365 | Motors Liquidation Company | $284.05  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$284.05  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CITY OF HEARNE<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 , PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1017 | Motors Liquidation Company | $5.91  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5.91  (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF HEARNE<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22349 | Motors Liquidation Company | $424.81  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$424.81  (T) |
| CITY OF LEWISVILLE<br><br>C/O SAWKO & BURROUGHS, P C 1100 DALLAS DRIVE, SUITE 100<br>DENTON, TX  76205<br><br>Official Claim Date:  7/13/2009 | 1030 | Motors Liquidation Company | $117.91  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$117.91  (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF LEWISVILLE<br><br>C/O SAWKO & BURROUGHS PC 1100 DALLAS DRIVE STE 100<br>DENTON, TX  76205<br><br>Official Claim Date:  10/2/2009 | 7653 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$117.91  (P)<br>$0.00  (U)<br>$117.91  (T) |
| CITY OF PEARLAND<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  6/26/2009 | 348 | Motors Liquidation Company | $2,401.96  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,401.96  (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF PEARLAND<br><br>ATTN JOHN P DILLMAN C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  11/10/2009 | 25437 | Motors Liquidation Company | $595.43  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$595.43  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CITY OF RICHARDSON<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX 75201<br><br>Official Claim Date: 6/26/2009 | 570 | Motors Liquidation Company | $4.95 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4.95 (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF RICHARDSON<br><br>ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN ST, STE 1600 DALLAS, TX 75201<br><br>Official Claim Date: 10/19/2009 | 11998 | Motors Liquidation Company | $25.48 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$25.48 (T) |
| CITY OF SAN MARCOS<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 PO BOX 17428 AUSTIN, TX 78760<br><br>Official Claim Date: 8/10/2009 | 1004 | Motors Liquidation Company | $3.86 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3.86 (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF SAN MARCOS (HAYS)<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 AUSTIN, TX 78760<br><br>Official Claim Date: 11/10/2009 | 22481 | Motors Liquidation Company | $10.47 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10.47 (T) |
| CITY OF WESLACO<br><br>ATTN DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR STE 400 AUSTIN, TX 78760<br><br>Official Claim Date: 8/10/2009 | 1023 | Motors Liquidation Company | $14.39 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$14.39 (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF WESLACO<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 AUSTIN, TX 78760<br><br>Official Claim Date: 11/10/2009 | 22346 | Motors Liquidation Company | $86.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$86.04 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CONSOLIDATED TAX COLLECTIONS OF WASHINGTON CTY<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  6/26/2009 | 349 | Motors Liquidation Company | $649.52  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$649.52  (T) | Amended and Superseded Claims | Pgs. 1-4 | CONSOLIDATED TAX COLLECTIONS OF WASHINGTON COUNTY ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>HOUSTON, TX  77253<br><br>Official Claim Date:  11/10/2009 | 25448 | Motors Liquidation Company | $830.03  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$830.03  (T) |
| COOKE COUNTY APPRAISAL DISTRICT<br><br>ATTN HAROLD LEREW PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 8188<br>WICHITA FALLS, TX  76307<br><br>Official Claim Date:  7/27/2009 | 1182 | Motors Liquidation Company | $1,159.17  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,159.17  (T) | Amended and Superseded Claims | Pgs. 1-4 | COOKE COUNTY APPRAISAL DISTRICT<br><br>C/O HAROLD LEREW PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP PO BOX 8188<br>WICHITA FALLS, TX  76307<br><br>Official Claim Date:  10/22/2009 | 14854 | Motors Liquidation Company | $1,791.65  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,791.65  (T) |
| CORSICANA ISD<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  7/31/2009 | 1129 | Motors Liquidation Company | $10.93  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$10.93  (T) | Amended and Superseded Claims | Pgs. 1-4 | CORSICANA ISD<br><br>C/O ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN ST, STE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  10/29/2009 | 17620 | Motors Liquidation Company | $41.39  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$41.39  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DALLAS COUNTY UTILITY & RECLAMATION DISTRICT<br><br>ATTN: ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP 4025 WOODLAND PARK BLVD, SUITE 300<br>ARLINGTON, TX  76013<br><br>Official Claim Date:  6/19/2009 | 488 | Motors Liquidation Company | $5,792.75  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,792.75  (T) | Amended and Superseded Claims | Pgs. 1-4 | DALLAS COUNTY UTILITY & RECLAMATION DISTRICT<br><br>ATTN:  R BRUCE MEDLEY PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP 4025 WOODLAND PARK BLVD STE 300<br>ARLINGTON, TX  76013<br><br>Official Claim Date:  6/23/2009 | 503 | Motors Liquidation Company | $8,095.96  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8,095.96  (T) |
| DALLAS COUNTY UTILITY & RECLAMATION DISTRICT<br><br>ATTN: R BRUCE MEDLEY PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP 4025 WOODLAND PARK BLVD STE 300<br>ARLINGTON, TX  76013<br><br>Official Claim Date:  6/23/2009 | 503 | Motors Liquidation Company | $8,095.96  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8,095.96  (T) | Amended and Superseded Claims | Pgs. 1-4 | DALLAS COUNTY UTILITY AND RECLAMATION DISTRICT<br><br>C/O PERDUE BRANDON FIELDER COLLINS AND MOTT LLP ATTN ELIZABETH BANDA PO BOX 13430<br>ARLINGTON, TX  76094<br><br>Official Claim Date:  10/20/2009 | 17728 | Motors Liquidation Company | $7,844.12  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$7,844.12  (T) |
| DENTON INDEPENDENT SCHOOL DISTRICT<br><br>C/O SAWKO & BURROUGHS, PC 1100 DALLAS DRIVE SUITE 100<br>DENTON, TX  76205<br><br>Official Claim Date:  7/13/2009 | 1029 | Motors Liquidation Company | $17.25  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$17.25  (T) | Amended and Superseded Claims | Pgs. 1-4 | DENTON INDEPENDENT SCHOOL DISTRICT<br><br>C/O SAWKO & BURROUGHS PC 1100 DALLAS DRIVE STE 100<br>DENTON, TX  76205<br><br>Official Claim Date:  10/2/2009 | 7655 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$17.25  (P)<br>$0.00  (U)<br>$17.25  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DESOTO ISD<br><br>ATTN:  ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  6/26/2009 | 588 | Motors Liquidation Company | $994.82  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$994.82  (T) | Amended and Superseded Claims | Pgs. 1-4 | DESOTO ISD<br><br>ATTN: ELIZABETH WELLER C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  11/6/2009 | 20988 | Motors Liquidation Company | $1,792.33  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,792.33  (T) |
| EDINBURG CISD<br><br>DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR STE 400, PO BOX 17428 AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1012 | Motors Liquidation Company | $55.85  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$55.85  (T) | Amended and Superseded Claims | Pgs. 1-4 | EDINBURG CISD<br><br>ATTN: DIANE W SANDERS C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22351 | Motors Liquidation Company | $929.24  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$929.24  (T) |
| ELLIS COUNTY<br><br>ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  6/26/2009 | 572 | Motors Liquidation Company | $5,232.19  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,232.19  (T) | Amended and Superseded Claims | Pgs. 1-4 | ELLIS COUNTY<br><br>C/O ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN ST, STE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  10/29/2009 | 17621 | Motors Liquidation Company | $4,511.91  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,511.91  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ENNIS INDEPENDENT SCHOOL DISTRICT<br><br>ATTN: ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP 4025 WOODLAND PARK BLVD, SUITE 300<br>ARLINGTON, TX  76013<br><br>Official Claim Date:  6/19/2009 | 492 | Motors Liquidation Company | $355.79  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$355.79  (T) | Amended and Superseded Claims | Pgs. 1-4 | ENNIS INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 13430<br>ARLINGTON, TX  76094<br><br>Official Claim Date:  10/19/2009 | 25494 | Motors Liquidation Company | $363.01  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$363.01  (T) |
| GALVESTON COUNTY<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  6/26/2009 | 342 | Motors Liquidation Company | $101.16  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$101.16  (T) | Amended and Superseded Claims | Pgs. 1-4 | GALVESTON COUNTY<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  11/10/2009 | 25446 | Motors Liquidation Company | $2,085.14  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,085.14  (T) |
| HARLINGEN CISD<br><br>DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1006 | Motors Liquidation Company | $30.78  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$30.78  (T) | Amended and Superseded Claims | Pgs. 1-4 | HARLINGEN CISD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, SUITE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22364 | Motors Liquidation Company | $542.71  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$542.71  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| HEARNE ISD<br><br>DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON , LLP THE TERRACE II, 2700 VIA FORTUNA DR. STE 400 PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1013 | Motors Liquidation Company | $11.39  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$11.39  (T) | Amended and Superseded Claims | Pgs. 1-4 | HEARNE ISD<br><br>DIANE W SANDERS, LINEBARGER GOGGAN ET AL THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 PO BOX 17428<br><br>AUSTIN, TX  78760 UNITED STATES OF AMERICA<br><br>Official Claim Date:  11/10/2009 | 22360 | Motors Liquidation Company | $795.34  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$795.34  (T) |
| HIGHLAND PARK INDEPENDENT SCHOOL DISTRICT<br><br>ATTN: R BRUCE MEDLEY PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP 4025 WOODLAND PARK BLVD SUITE 300<br>ARLINGTON, TX  76013<br><br>Official Claim Date:  6/23/2009 | 507 | Motors Liquidation Company | $2,299.68  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,299.68  (T) | Amended and Superseded Claims | Pgs. 1-4 | HIGHLAND PARK INDEPENDENT SCHOOL DISTRICT<br><br>C/O ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOC 13430<br><br>ARLINGTON, TX  76094<br><br>Official Claim Date:  10/26/2009 | 17726 | Motors Liquidation Company | $2,128.98  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,128.98  (T) |
| HILL COUNTY JUNIOR COLLEGE<br><br>ATTN: ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP PO BOX 13430<br>ARLINGTON, TX  76094<br><br>Official Claim Date:  6/19/2009 | 486 | Motors Liquidation Company | $14.11  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$14.11  (T) | Amended and Superseded Claims | Pgs. 1-4 | HILL COUNTY JUNIOR COLLEGE<br><br>ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP PO BOX 13430<br>ARLINGTON, TX  76094<br><br>Official Claim Date:  10/26/2009 | 17752 | Motors Liquidation Company | $29.32  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$29.32  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| HOUSTON CAD<br><br>ATTN JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  6/26/2009 | 360 | Motors Liquidation Company | $60.36  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$60.36  (T) | Amended and Superseded Claims | Pgs. 1-4 | HOUSTON CAD<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  11/10/2009 | 25444 | Motors Liquidation Company | $124.83  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$124.83  (T) |
| HUNT COUNTY<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  6/26/2009 | 584 | Motors Liquidation Company | $60.54  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$60.54  (T) | Amended and Superseded Claims | Pgs. 1-4 | HUNT COUNTY<br><br>ELIZABETH WELLER LINEBARGER GOGGAN BLAIR AND SAMPSON, LLP 2323 BRYAN ST SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  10/23/2009 | 15025 | Motors Liquidation Company | $550.98  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$550.98  (T) |
| INDIANA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVE<br>INDIANAPOLIS, IN  46204<br><br>Official Claim Date:  7/24/2009 | 1171 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,946.73  (P)<br>$586.47  (U)<br>$6,533.20  (T) | Amended and Superseded Claims | Pgs. 1-4 | INDIANA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY SECTION N-240 100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN  46204<br><br>Official Claim Date:  9/3/2009 | 1452 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$11,265.01  (P)<br>$1,078.47  (U)<br>$12,343.48  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JASPER COUNTY<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX 77253<br><br>Official Claim Date: 6/26/2009 | 344 | Motors Liquidation Company | $21.15 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$21.15 (T) | Amended and Superseded Claims | Pgs. 1-4 | JASPER COUNTY<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064<br>HOUSTON, TX 77253<br><br>Official Claim Date: 11/11/2009 | 25434 | Motors Liquidation Company | $258.76 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$258.76 (T) |
| KAUFMAN COUNTY<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201<br><br>Official Claim Date: 6/26/2009 | 583 | Motors Liquidation Company | $162.39 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$162.39 (T) | Amended and Superseded Claims | Pgs. 1-4 | KAUFMAN COUNTY<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600<br>DALLAS, TX 75201<br><br>Official Claim Date: 10/23/2009 | 15034 | Motors Liquidation Company | $2,395.44 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,395.44 (T) |
| KELLER INDEPENDENT SCHOOL DISTRICT<br><br>ATTN: ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 6/19/2009 | 483 | Motors Liquidation Company | $11,494.39 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,494.39 (T) | Amended and Superseded Claims | Pgs. 1-4 | KELLER INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 10/19/2009 | 25489 | Motors Liquidation Company | $9,788.44 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$9,788.44 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LAVACA COUNTY<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400, PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1015 | Motors Liquidation Company | $42.37   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$42.37   (T) | Amended and Superseded Claims | Pgs. 1-4 | LAVACA COUNTY<br><br>ATTN: DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760 UNITED STATES OF AMERICA<br><br>Official Claim Date:  11/10/2009 | 22357 | Motors Liquidation Company | $13.07   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$13.07   (T) |
| LIBERTY COUNTY<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  6/26/2009 | 350 | Motors Liquidation Company | $20.79   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$20.79   (T) | Amended and Superseded Claims | Pgs. 1-4 | LIBERTY COUNTY<br><br>ATTN JOHN P DILLMAN C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  11/10/2009 | 25441 | Motors Liquidation Company | $179.87   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$179.87   (T) |
| LIMESTONE COUNTY<br><br>ATTN DIANE W SANDERS L G B & S LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  9/8/2009 | 1277 | Motors Liquidation Company | $17.90   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$17.90   (T) | Amended and Superseded Claims | Pgs. 1-4 | LIMESTONE COUNTY<br><br>ATTN: DIANE SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/16/2009 | 27899 | Motors Liquidation Company | $76.55   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$76.55   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Motors Liquidation Company, et al.**

## Exhibit A

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LIVE OAK CAD<br><br>ATTN DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX 78760<br><br>Official Claim Date: 8/10/2009 | 1020 | Motors Liquidation Company | $19.20 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$19.20 (T) | Amended and Superseded Claims | Pgs. 1-4 | LIVE OAK CAD<br><br>C/O DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX 78760 UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/10/2009 | 22358 | Motors Liquidation Company | $49.28 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$49.28 (T) |
| LLANO COUNTY<br><br>ATTN DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX 78760<br><br>Official Claim Date: 8/10/2009 | 1027 | Motors Liquidation Company | $15.72 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15.72 (T) | Amended and Superseded Claims | Pgs. 1-4 | LLANO COUNTY<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR<br>AUSTIN, TX 78760<br><br>Official Claim Date: 11/10/2009 | 22361 | Motors Liquidation Company | $36.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$36.61 (T) |
| MANSFIELD INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 8/24/2009 | 1322 | Motors Liquidation Company | $486.51 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$486.51 (T) | Amended and Superseded Claims | Pgs. 1-4 | MANSFIELD INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 10/19/2009 | 25492 | Motors Liquidation Company | $689.63 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$689.63 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MARICOPA COUNTY<br><br>ATTN BARBARA LEE CALDWELL AIKEN SCHENK HAWKINS & RICCIARDI 4742 NORTH 24TH STREET SUITE 100<br>PHOENIX, AZ 85016<br><br>Official Claim Date: 8/13/2009 | 1047 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-4 | MARICOPA COUNTY<br><br>BARBARA LEE CALDWELL AKART SCHANK HAWKINS & RICCIARDI PC 4742 N 24TH ST, STE 100<br>PHOENIX, AZ 85015<br><br>Official Claim Date: 10/2/2009 | 3046 | Motors Liquidation Company | $1,890,310.68 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,890,310.68 (T) |
| MATAGORDA COUNTY<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX 77253<br><br>Official Claim Date: 6/26/2009 | 351 | Motors Liquidation Company | $21.68 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$21.68 (T) | Amended and Superseded Claims | Pgs. 1-4 | MATAGORDA COUNTY<br><br>ATTN JOHN P DILLMAN C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX 77253<br><br>Official Claim Date: 11/10/2009 | 25440 | Motors Liquidation Company | $204.69 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$204.69 (T) |
| MCALLEN ISD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 PO BOX 17428<br>AUSTIN, TX 78760<br><br>Official Claim Date: 8/10/2009 | 1008 | Motors Liquidation Company | $1,918.25 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,918.25 (T) | Amended and Superseded Claims | Pgs. 1-4 | MCALLEN ISD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLC THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX 78760<br><br>Official Claim Date: 11/10/2009 | 22478 | Motors Liquidation Company | $1,968.20 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,968.20 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MCCULLOCH CAD<br><br>ATTN DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1026 | Motors Liquidation Company | $29.73  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$29.73  (T) | Amended and Superseded Claims | Pgs. 1-4 | MCCULLOCH CAD<br><br>ATTN: DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II, 2700 VIA FORTUNA DR  STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/16/2009 | 27898 | Motors Liquidation Company | $67.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$67.00  (T) |
| MCLENNAN COUNTY<br><br>ATTN DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II, 2700 VIA FORTUNA DR. STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 993 | Motors Liquidation Company | $63.05  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$63.05  (T) | Amended and Superseded Claims | Pgs. 1-4 | MCLENNAN COUNTY<br><br>DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22477 | Motors Liquidation Company | $151.60  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$151.60  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NYS DEPT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION PO BOX 5300<br>ALBANY, NY  12205<br><br>Official Claim Date:  9/10/2009 | 1284 | Motors Liquidation Company | $10,742.75  (S)<br>$0.00  (A)<br>$29,326,108.66  (P)<br>$1,466,841.39  (U)<br>$30,803,692.80  (T) | Amended and Superseded Claims | Pgs. 1-4 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION PO BOX 5300<br>ALBANY, NY  12205<br><br>Official Claim Date:  10/8/2009 | 14971 | Motors Liquidation Company | $10,742.04  (S)<br>$0.00  (A)<br>$29,323,361.62  (P)<br>$1,467,602.04  (U)<br>$30,801,706.41  (T) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION PO BOX 5300<br>ALBANY, NY  12205<br><br>Official Claim Date:  10/8/2009 | 14971 | Motors Liquidation Company | $10,742.75  (S)<br>$0.00  (A)<br>$29,323,361.62  (P)<br>$1,467,602.04  (U)<br>$30,801,706.41  (T) | Amended and Superseded Claims | Pgs. 1-4 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION PO BOX 5300<br>ALBANY, NY  12205<br><br>Official Claim Date:  10/26/2009 | 17699 | Motors Liquidation Company | $10,742.75  (S)<br>$0.00  (A)<br>$33,250,527.97  (P)<br>$2,132,611.32  (U)<br>$35,393,882.04  (T) |
| NYS DEPT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION P O BOX 5300<br>ALBANY, NY  12205<br><br>Official Claim Date:  6/24/2009 | 269 | Motors Liquidation Company | $4,665.94  (S)<br>$0.00  (A)<br>$297,386.77  (P)<br>$53,749.49  (U)<br>$355,802.20  (T) | Amended and Superseded Claims | Pgs. 1-4 | NEW YORK STATE DEPT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION PO BOX 5300<br>ALBANY, NY  12205<br><br>Official Claim Date:  7/17/2009 | 678 | Motors Liquidation Company | $10,742.75  (S)<br>$0.00  (A)<br>$299,055.62  (P)<br>$63,926.40  (U)<br>$373,724.77  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NORTH CAROLINA DEPARTMENT OF REVENUE<br><br>ATTN ANGELA C FOUNTAIN BANKRUPTCY MANAGER COLLECTIONS EXAMINATION DIVISION PO BOX 1168<br><br>RALEIGH, NC 27602<br><br>Official Claim Date: 8/21/2009 | 1440 | Motors Liquidation Company | $0.00 (S)<br><br>$0.00 (A)<br><br>$4,268,004.27 (P)<br><br>$1,558,275.92 (U)<br><br>$5,826,280.19 (T) | Amended and Superseded Claims | Pgs. 1-4 | NORTH CAROLINA DEPARTMENT OF REVENUE<br><br>ANGELA C FOUNTAIN BANKRUPTCY MANAGER COLLECTIONS OF EXAMINATION DIVISION NORTH CAROLINA DEPARTMENT OF REVENUE<br><br>RALEIGH, NC 27602<br><br>Official Claim Date: 10/26/2009 | 17720 | Motors Liquidation Company | $0.00 (S)<br><br>$0.00 (A)<br><br>$4,268,004.27 (P)<br><br>$3,820,103.31 (U)<br><br>$8,088,107.58 (T) |
| NUECES COUNTY<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 , PO BOX 17428<br>AUSTIN, TX 78760<br><br>Official Claim Date: 8/10/2009 | 1000 | Motors Liquidation Company | $59.53 (S)<br><br>$0.00 (A)<br><br>$0.00 (P)<br><br>$0.00 (U)<br><br>$59.53 (T) | Amended and Superseded Claims | Pgs. 1-4 | NUECES COUNTY<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX 78760<br><br>Official Claim Date: 11/10/2009 | 22479 | Motors Liquidation Company | $89.82 (S)<br><br>$0.00 (A)<br><br>$0.00 (P)<br><br>$0.00 (U)<br><br>$89.82 (T) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205<br><br>Official Claim Date: 10/26/2009 | 17699 | Motors Liquidation Company | $10,742.75 (S)<br><br>$0.00 (A)<br><br>$33,250,527.97 (P)<br><br>$2,132,611.32 (U)<br><br>$35,393,882.04 (T) | Amended and Superseded Claims | Pgs. 1-4 | NYS DEPARTMENT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205<br><br>Official Claim Date: 11/5/2009 | 25449 | Motors Liquidation Company | $10,742.75 (S)<br><br>$0.00 (A)<br><br>$33,255,951.56 (P)<br><br>$2,132,611.32 (U)<br><br>$35,399,305.63 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY  12205<br><br>Official Claim Date:  7/17/2009 | 678 | Motors Liquidation Company | $10,742.75  (S)<br>$0.00  (A)<br>$299,055.62  (P)<br>$63,926.40  (U)<br>$373,724.77  (T) | Amended and Superseded Claims | Pgs. 1-4 | NYS DEPT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY  12205<br><br>Official Claim Date:  8/13/2009 | 1152 | Motors Liquidation Company | $10,742.75  (S)<br>$0.00  (A)<br>$28,733,475.62  (P)<br>$1,435,090.40  (U)<br>$30,179,308.77  (T) |
| OKLAHOMA TAX COMMISSION<br><br>BANKRUPTCY SECTION GENERAL COUNSEL'S OFFICE 120 N ROBINSON, STE 2000 OKLAHOMA CITY, OK  73102<br><br>Official Claim Date:  6/23/2009 | 513 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$13,476.80  (P)<br>$18,357.40  (U)<br>$31,834.20  (T) | Amended and Superseded Claims | Pgs. 1-4 | OKLAHOMA TAX COMMISSION<br><br>BANKRUPTCY SECTION GENERAL COUNSEL'S OFFICE 120 N ROBINSON SUITE 2000 OKLAHOMA CITY, OK  73102<br><br>Official Claim Date:  10/27/2009 | 20997 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$2,890.34  (P)<br>$10,935.33  (U)<br>$13,825.67  (T) |
| ORANGE COUNTY<br><br>ATTN JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON, TX  77253<br><br>Official Claim Date:  6/26/2009 | 362 | Motors Liquidation Company | $40.12  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$40.12  (T) | Amended and Superseded Claims | Pgs. 1-4 | ORANGE COUNTY<br><br>ATTN JOHN P DILLMAN C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON, TX  77253<br><br>Official Claim Date:  11/10/2009 | 25439 | Motors Liquidation Company | $113.39  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$113.39  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA  17128<br><br>Official Claim Date:  6/24/2009 | 292 | Motors Liquidation Company | $2,943,934.00  (S)<br><br>$0.00  (A)<br><br>$862,656.96  (P)<br><br>$1,138.00  (U)<br><br>$3,807,728.96  (T) | Amended and Superseded Claims | Pgs. 1-4 | PENNSYLVANIA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA  17128<br><br>Official Claim Date:  10/30/2009 | 18135 | Motors Liquidation Company | $2,943,934.00  (S)<br><br>$0.00  (A)<br><br>$1,326,077.96  (P)<br><br>$1,138.00  (U)<br><br>$4,271,149.96  (T) |
| PHARR - SAN JUAN - ALAMO ISD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON , LLP THE TERRACE II, 2700 VIA FORTUNA DR. STE 400 PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1010 | Motors Liquidation Company | $2,301.20  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$2,301.20  (T) | Amended and Superseded Claims | Pgs. 1-4 | PHARR - SAN JUAN - ALAMO ISD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22480 | Motors Liquidation Company | $1,638.48  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$1,638.48  (T) |
| POLK COUNTY<br><br>ATTN: JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  6/26/2009 | 347 | Motors Liquidation Company | $1,298.65  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$1,298.65  (T) | Amended and Superseded Claims | Pgs. 1-4 | POLK COUNTY<br><br>JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064<br>HOUSTON, TX  77253<br><br>Official Claim Date:  11/10/2009 | 25436 | Motors Liquidation Company | $617.25  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$617.25  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RED RIVER CAD<br><br>ATTN:  ELIZABETH WELLER LINBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  6/26/2009 | 578 | Motors Liquidation Company | $30.20  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$30.20  (T) | Amended and Superseded Claims | Pgs. 1-4 | RED RIVER CAD<br><br>C/O ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN ST, STE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  10/23/2009 | 15031 | Motors Liquidation Company | $43.92  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$43.92  (T) |
| RED RIVER COUNTY<br><br>ATTN:  ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON,  LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  6/26/2009 | 579 | Motors Liquidation Company | $12.71  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$12.71  (T) | Amended and Superseded Claims | Pgs. 1-4 | RED RIVER COUNTY<br><br>C/O ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN ST, STE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  10/23/2009 | 15030 | Motors Liquidation Company | $18.54  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$18.54  (T) |
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br><br>ATTN: ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP PO BOX 13430<br><br>ARLINGTON, TX  76094<br><br>Official Claim Date:  6/19/2009 | 487 | Motors Liquidation Company | $65.30  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$65.30  (T) | Amended and Superseded Claims | Pgs. 1-4 | RICHARDSON INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP 4025 WOODLAND PARK BLVD, SUITE 300 ARLINGTON, TX  76013<br><br>Official Claim Date:  6/23/2009 | 504 | Motors Liquidation Company | $3,393.27  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,393.27  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP 4025 WOODLAND PARK BLVD, SUITE 300<br>ARLINGTON, TX  76013<br><br>Official Claim Date:  6/23/2009 | 504 | Motors Liquidation Company | $3,393.27  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,393.27  (T) | Amended and Superseded Claims | Pgs. 1-4 | RICHARDSON INDEPENENT SCHOOL DISTRICT<br><br>ATTN: ELIZABETH BANDA PERDUE, BRANDON, FIELDER, COLLINGS & MOTT, LLP PO BOX 13430<br>ARLINGTON, TX  76094<br><br>Official Claim Date:  10/19/2009 | 25487 | Motors Liquidation Company | $3,084.79  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,084.79  (T) |
| ROBERTSON COUNTY<br><br>DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR STE 400, PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1016 | Motors Liquidation Company | $3.62  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3.62  (T) | Amended and Superseded Claims | Pgs. 1-4 | ROBERTSON COUNTY<br><br>ATTN: DIANE W SANDERS C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22353 | Motors Liquidation Company | $229.32  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$229.32  (T) |
| ROCKWALL CAD<br><br>ATTN:  ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET   SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  6/26/2009 | 573 | Motors Liquidation Company | $16.96  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$16.96  (T) | Amended and Superseded Claims | Pgs. 1-4 | ROCKWALL CAD<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  10/23/2009 | 15035 | Motors Liquidation Company | $11.04  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$11.04  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ROCKWALL COUNTY<br><br>ATTN  ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  6/26/2009 | 580 | Motors Liquidation Company | $3.22  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3.22  (T) | Amended and Superseded Claims | Pgs. 1-4 | ROCKWALL COUNTY<br><br>ELIZABETH WELLER LINEBARGER GOGGAN BLAIR AND SAMPSON, LLP 2323 BRYAN ST SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  10/23/2009 | 15026 | Motors Liquidation Company | $2.10  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2.10  (T) |
| ROUND ROCK ISD<br><br>DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 996 | Motors Liquidation Company | $15.30  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$15.30  (T) | Amended and Superseded Claims | Pgs. 1-4 | ROUND ROCK ISD<br><br>DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22485 | Motors Liquidation Company | $9.90  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$9.90  (T) |
| RUSK COUNTY<br><br>ATTN:  ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  6/26/2009 | 577 | Motors Liquidation Company | $12.88  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$12.88  (T) | Amended and Superseded Claims | Pgs. 1-4 | RUSK COUNTY<br><br>C/O ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET STE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  10/29/2009 | 17624 | Motors Liquidation Company | $58.69  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$58.69  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SACRAMENTO COUNTY TAX COLLECTOR | 905 | Motors Liquidation Company | $0.00  (S) | Amended and Superseded Claims | Pgs. 1-4 | SACRAMENTO COUNTY TAX COLLECTOR | 1454 | Motors Liquidation Company | $0.00  (S) |
|  |  |  | $0.00  (A) |  |  |  |  |  | $0.00  (A) |
| ATTN BANKRUPTCY 700 H STREET ROOM 1710 |  |  | $97.05  (P) |  |  | ATTN BANKRUPTCY 700 H STREET ROOM 1710 |  |  | $0.00  (P) |
| SACRAMENTO, CA  95814 |  |  | $0.00  (U) |  |  | SACRAMENTO, CA  95814 |  |  | $0.00  (U) |
| Official Claim Date:  7/10/2009 |  |  | $97.05  (T) |  |  | Official Claim Date:  9/8/2009 |  |  | $0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SAGINAW COUNTY TREASURER<br><br>111 S. MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  7/27/2009 | 897 | Motors Liquidation Company | $356.41  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$356.41  (T) | Amended and Superseded Claims | Pgs. 1-4 | SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  10/12/2009 | 7796 | Motors Liquidation Company | $356.41  (S)<br>$0.00  (A)<br>$356.41  (P)<br>$0.00  (U)<br>$712.82  (T) |
| SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  7/27/2009 | 899 | Motors Liquidation Company | $14.41  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$14.41  (T) | Amended and Superseded Claims | Pgs. 1-4 | SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  10/12/2009 | 7797 | Motors Liquidation Company | $14.41  (S)<br>$0.00  (A)<br>$14.41  (P)<br>$0.00  (U)<br>$28.82  (T) |
| SAGINAW COUNTY TREASURER<br><br>111 S. MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  7/27/2009 | 898 | Motors Liquidation Company | $3,700.31  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,700.31  (T) | Amended and Superseded Claims | Pgs. 1-4 | SAGINAW COUNTY TREASURER<br><br>111 MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  10/12/2009 | 7798 | Motors Liquidation Company | $3,700.31  (S)<br>$0.00  (A)<br>$3,700.31  (P)<br>$0.00  (U)<br>$7,400.62  (T) |
| SAGINAW COUNTY TREASURER<br><br>111 S. MICHIGAN AVE.<br>SAGINAW, MI  48602<br><br>Official Claim Date:  7/27/2009 | 900 | Motors Liquidation Company | $4,486.71  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,486.71  (T) | Amended and Superseded Claims | Pgs. 1-4 | SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  10/12/2009 | 7799 | Motors Liquidation Company | $4,486.71  (S)<br>$0.00  (A)<br>$4,486.71  (P)<br>$0.00  (U)<br>$8,973.42  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  10/12/2009 | 7796 | Motors Liquidation Company | $356.41   (S)<br>$0.00   (A)<br>$356.41   (P)<br>$0.00   (U)<br>$712.82   (T) | Amended and Superseded Claims | Pgs. 1-4 | SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  11/2/2009 | 19001 | Motors Liquidation Company | $356.41   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$356.41   (T) |
| SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  10/12/2009 | 7797 | Motors Liquidation Company | $14.41   (S)<br>$0.00   (A)<br>$14.41   (P)<br>$0.00   (U)<br>$28.82   (T) | Amended and Superseded Claims | Pgs. 1-4 | SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  11/2/2009 | 19002 | Motors Liquidation Company | $14.41   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$14.41   (T) |
| SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  10/12/2009 | 7799 | Motors Liquidation Company | $4,486.71   (S)<br>$0.00   (A)<br>$4,486.71   (P)<br>$0.00   (U)<br>$8,973.42   (T) | Amended and Superseded Claims | Pgs. 1-4 | SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  11/2/2009 | 19003 | Motors Liquidation Company | $4,486.71   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$4,486.71   (T) |
| SAGINAW COUNTY TREASURER<br><br>111 MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  10/12/2009 | 7798 | Motors Liquidation Company | $3,700.31   (S)<br>$0.00   (A)<br>$3,700.31   (P)<br>$0.00   (U)<br>$7,400.62   (T) | Amended and Superseded Claims | Pgs. 1-4 | SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI  48602<br><br>Official Claim Date:  11/2/2009 | 19004 | Motors Liquidation Company | $3,700.31   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$3,700.31   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 28

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SAN BENITO CISD<br><br>DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II 2700 VIA FORTUNA DR. STE 400  P O BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 995 | Motors Liquidation Company | $22.73  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$22.73  (T) | Amended and Superseded Claims | Pgs. 1-4 | SAN BENITO CISD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22484 | Motors Liquidation Company | $866.23  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$866.23  (T) |
| SAN MARCOS CISD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II, 2700 VIA FORTUNA DR STE 400 PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1005 | Motors Liquidation Company | $9.97  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$9.97  (T) | Amended and Superseded Claims | Pgs. 1-4 | SAN MARCOS CISD (HAYS)<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22482 | Motors Liquidation Company | $27.06  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$27.06  (T) |
| SAN PATRICIO COUNTY<br><br>ATTN DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II, 2700 VIA FORTUNA DR. STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 992 | Motors Liquidation Company | $1,800.26  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,800.26  (T) | Amended and Superseded Claims | Pgs. 1-4 | SAN PATRICIO COUNTY<br><br>ATTN: DIANE W SANDERS C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22354 | Motors Liquidation Company | $164.30  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$164.30  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SHARYLAND ISD<br><br>DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRANCE II, 2700 VIA FORTUNA DR, STE 400 PO BOX 17428<br>AUSTIN, TX  78760 | 997 | Motors Liquidation Company | $4,832.82   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$4,832.82   (T) | Amended and Superseded Claims | Pgs. 1-4 | SHARYLAND ISD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760 | 22483 | Motors Liquidation Company | $5,076.84   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$5,076.84   (T) |
| Official Claim Date:  8/10/2009 | | | | | | Official Claim Date:  11/10/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN  38101<br><br>Official Claim Date:  6/22/2009 | 514 | Motors Liquidation Company | $8.56  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8.56  (T) | Amended and Superseded Claims | Pgs. 1-4 | SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN  38101<br><br>Official Claim Date:  9/15/2009 | 6959 | Motors Liquidation Company | $10.96  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$10.96  (T) |
| SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN  38101<br><br>Official Claim Date:  6/22/2009 | 516 | Motors Liquidation Company | $36.81  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$36.81  (T) | Amended and Superseded Claims | Pgs. 1-4 | SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN  38101<br><br>Official Claim Date:  9/15/2009 | 6961 | Motors Liquidation Company | $45.07  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$45.07  (T) |
| SHELBY COUNTY TRUSTEE<br><br>PO BOS 2751<br>MEMPHIS, TN  38101<br><br>Official Claim Date:  6/22/2009 | 519 | Motors Liquidation Company | $113.93  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$113.93  (T) | Amended and Superseded Claims | Pgs. 1-4 | SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN  38101<br><br>Official Claim Date:  9/15/2009 | 6962 | Motors Liquidation Company | $168.84  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$168.84  (T) |
| SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN  38101<br><br>Official Claim Date:  6/22/2009 | 518 | Motors Liquidation Company | $111.50  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$111.50  (T) | Amended and Superseded Claims | Pgs. 1-4 | SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN  38101<br><br>Official Claim Date:  9/15/2009 | 6963 | Motors Liquidation Company | $137.48  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$137.48  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN  38101<br><br>Official Claim Date:  6/22/2009 | 520 | Motors Liquidation Company | $252.76  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$252.76  (T) | Amended and Superseded Claims | Pgs. 1-4 | SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN  38101 UNITED STATES OF AMERICA<br><br>Official Claim Date:  9/15/2009 | 6964 | Motors Liquidation Company | $310.59  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$310.59  (T) |
| SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN  38101<br><br>Official Claim Date:  6/22/2009 | 522 | Motors Liquidation Company | $15.76  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$15.76  (T) | Amended and Superseded Claims | Pgs. 1-4 | SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN  38101 UNITED STATES OF AMERICA<br><br>Official Claim Date:  9/15/2009 | 6966 | Motors Liquidation Company | $19.30  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$19.30  (T) |
| SOUTH TEXAS ISD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1003 | Motors Liquidation Company | $3,921.68  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,921.68  (T) | Amended and Superseded Claims | Pgs. 1-4 | SOUTH TEXAS ISD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22486 | Motors Liquidation Company | $3,844.86  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,844.86  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| STARR COUNTY<br><br>ATTN DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR. STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1022 | Motors Liquidation Company | $9.54  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$9.54  (T) | Amended and Superseded Claims | Pgs. 1-4 | STARR COUNTY<br><br>ATTN: DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760 UNITED STATES OF AMERICA<br><br>Official Claim Date:  11/10/2009 | 22359 | Motors Liquidation Company | $30.37  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$30.37  (T) |
| STATE OF FLORIDA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY SECTION POST OFFICE BOX 6668<br>TALLAHASSEE, FL  32314<br><br>Official Claim Date:  6/26/2009 | 375 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$14,736,899.78  (P)<br>$3,319,231.06  (U)<br>$18,056,130.84  (T) | Amended and Superseded Claims | Pgs. 1-4 | STATE OF FLORIDA- DEPARTMENT OF REVENUE<br><br>BANKRUPTCY SECTION POST OFFICE BOX 6668<br>TALLAHASSEE, FL  32314<br><br>Official Claim Date:  7/15/2009 | 630 | Motors Liquidation Company | $6,653.30  (S)<br>$0.00  (A)<br>$59,127,079.66  (P)<br>$11,067,718.32  (U)<br>$70,201,451.28  (T) |
| TOWN OF HIGHLAND PARK<br><br>ATTN: R BRUCE MEDLEY PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP 4025 WOODLAND PARK BLD STE 300<br>ARLINGTON, TX  76013<br><br>Official Claim Date:  6/23/2009 | 505 | Motors Liquidation Company | $84.72  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$84.72  (T) | Amended and Superseded Claims | Pgs. 1-4 | TOWN OF HIGHLAND PARK<br><br>C/O ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 13430<br>ARLINGTON, TX  76094<br><br>Official Claim Date:  10/26/2009 | 17727 | Motors Liquidation Company | $77.02  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$77.02  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| VALLEY VIEW ISD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400  PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1009 | Motors Liquidation Company | $916.63  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$916.63  (T) | Amended and Superseded Claims | Pgs. 1-4 | VALLEY VIEW ISD<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22347 | Motors Liquidation Company | $1,261.32  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,261.32  (T) |
| VICTORIA COUNTY<br><br>DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 PO BOX 17428<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 999 | Motors Liquidation Company | $72.23  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$72.23  (T) | Amended and Superseded Claims | Pgs. 1-4 | VICTORIA COUNTY<br><br>C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR, SUITE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22363 | Motors Liquidation Company | $1,493.09  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,493.09  (T) |
| WESLACO ISD<br><br>ATTN DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II, 2700 VIA FORTUNA DR. STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  8/10/2009 | 1024 | Motors Liquidation Company | $23.55  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$23.55  (T) | Amended and Superseded Claims | Pgs. 1-4 | WESLACO ISD<br><br>ATTN: DIANE W SANDERS C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>AUSTIN, TX  78760<br><br>Official Claim Date:  11/10/2009 | 22489 | Motors Liquidation Company | $140.75  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$140.75  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WICHITA COUNTY | 1180 | Motors Liquidation Company | $746.78  (S) | Amended and Superseded Claims | Pgs. 1-4 | WICHITA COUNTY | 14853 | Motors Liquidation Company | $784.16  (S) |
|  |  |  | $0.00  (A) |  |  |  |  |  | $0.00  (A) |
| ATTN HAROLD LEREW PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 8188 |  |  | $0.00  (P) |  |  | HAROLD LEREW PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP PO BOX 8188 |  |  | $0.00  (P) |
| WICHITA FALLS, TX  76307 |  |  | $0.00  (U) |  |  | WICHITA FALLS, TX  76307 |  |  | $0.00  (U) |
|  |  |  | $746.78  (T) |  |  |  |  |  | $784.16  (T) |
| Official Claim Date:  7/27/2009 |  |  |  |  |  | Official Claim Date:  10/22/2009 |  |  |  |
| **Claims to be Disallowed and Expunged Totals** | **100** |  | **$3,074,175.43**  (S) |  |  |  |  |  |  |
|  |  |  | **$92.07**  (A) |  |  |  |  |  |  |
|  |  |  | **$112,392,080.07**  (P) |  |  |  |  |  |  |
|  |  |  | **$10,082,319.49**  (U) |  |  |  |  |  |  |
|  |  |  | **$125,548,667.06**  (T) |  |  |  |  |  |  |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".