---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :          **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                    :          **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*        :
                                                             :
          **Debtors.**          :          **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

**NOTICE OF DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS**
**(Duplicate Claims)**

      **PLEASE TAKE NOTICE** that on December 8, 2009, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their third omnibus non-substantive objection to claims (the "**Debtors'**

**Third Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Debtors' Third Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**January 14, 2010 at 9:30 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

        **PARTIES RECEIVING THIS NOTICE OF OMNIBUS OBJECTION TO
CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR
NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION
AND/OR IN THE EXHIBIT ATTACHED THERETO.**

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Third

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn:  Ted Stenger); (iii) General Motors, LLC, 300 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

DC 20220 (Attn:  Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff,

Esq., and Gregory G. Plotko, Esq.); (xii) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana

G. Adams, Esq.); and (xiii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third

Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.),

so as to be received no later than **January 7, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response**

**Deadline**").

> **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and
served with respect to the Debtors' Third Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Debtors' Third Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.


Dated: New York, New York
      December 8, 2009

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

**HEARING DATE AND TIME: January 14, 2010 at 9:30 a.m. (Eastern Time)**
**RESPONSE DEADLINE: January 7, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.**, *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

## DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.**
> **CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
> **EXHIBIT ATTACHED TO THIS OBJECTION.**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), file this third omnibus

non-substantive objection to claims (the "**Debtors' Third Omnibus Objection to Claims**")

pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim filed

in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an

order disallowing and expunging the claims listed on **Exhibit A** attached hereto,[1] and

respectfully represent:

## **Relief Requested**

1.      The Debtors have examined the proofs of claim identified on Exhibit A,

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed

and Expunged*" (collectively, the "**Duplicate Claims**") are duplicates of the earlier-filed

corresponding claims identified under the heading "*Surviving Claims*" (collectively, the

"**Surviving Claims**").  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule

3007, and the Procedures Order, the Debtors seek entry of an order disallowing and expunging

from the claims register the Duplicate Claims and preserving the Debtors' right to later object to

any Surviving Claim on any other basis.

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy
estates on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

2.      The Debtors' Third Omnibus Objection to Claims does not affect any of the Surviving Claims and does not constitute any admission or finding with respect to any of the Surviving Claims.  All of the Debtors' rights to object to any Surviving Claims on any basis are reserved.  Further, the Debtors reserve all their rights to object on any basis to any Duplicate Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.      On June 1, 2009, four of the Debtors (the "**First Filed Debtors**") commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code and on October 9, 2009, two additional Debtors (the "**Realm/Encore Debtors**") commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the First Filed Debtors under Case Number 09-50026 (REG).  On September 15, 2009, the First Filed Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of financial affairs.

5.      On September 16, 2009, this Court entered an order [Docket No. 4079] establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim in the First Filed Debtors' cases, including governmental units.  On December 2, 2009, this Court entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each person or entity to file a proof of claim in the Real/Encore Debtors' cases (except governmental

units, as defined in section 101(27) of the Bankruptcy Code for which the Court established June 1, 2010 as the deadline to file a proof of claim).

6.    Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the First Filed Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

7.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

8.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The Debtors have compared their books and records with the proofs of claim identified on Exhibit A and have determined that the Duplicate Claims are filed by the same claimants against the same Debtors, for the same dollar amounts, and on account of the same obligations as the corresponding Surviving Claims.  The Surviving Claims are the earlier filed claims as compared to the Duplicate Claims.

9.    To avoid the possibility of multiple recoveries by the same creditor, the Debtors request that the Court disallow and expunge in their entirety the Duplicate Claims.  The Surviving Claims will remain on the claims register subject to further objections on any basis.

**<u>Notice</u>**

10.    Notice of this Motion has been provided to each claimant asserting a

Duplicate Claim and parties in interest in accordance with the Order Pursuant to 11 U.S.C.

§ 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management

Procedures, dated August 3, 2009 [Docket No. 3629].  The Debtors submit that such notice is

sufficient and no other or further notice need be provided.

11.    No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  New York, New York
          December 8, 2009

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                          :

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
|     **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

Upon the third omnibus objection to claims, dated December 8, 2009 (the

"**Debtors' Third Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket No. 4180], seeking

entry of an order disallowing and expunging the Duplicate Claims on the grounds that such

claims are duplicative of the corresponding Surviving Claim, all as more fully described in the

Debtors' Third Omnibus Objection to Claims; and due and proper notice of the Debtors' Third

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

Debtors' Third Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Third Omnibus Objection to Claims.

creditors, and all parties in interest and that the legal and factual bases set forth in the Debtors'

Third Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' Third Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit A attached hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "**Duplicate Claims**") are disallowed and expunged; and it is further

ORDERED that the claims listed on Exhibit A attached hereto under the heading

"*Surviving Claims*" (collectively, the "**Surviving Claims**") will remain on the claims register,

and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Duplicate Claims does

not constitute any admission or finding with respect to any of the Surviving Claims; and it is

further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit A to the Debtors' Third Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on Exhibit A to this order and (ii) any Surviving Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
   _____, 2010


_____
United States Bankruptcy Judge

Third Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| AARON D PHILLIPS SR<br><br>8635 OXFORD LN<br>SAINT LOUIS, MO  63147<br><br>Official Claim Date:  10/16/2009 | 11632 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | AARON PHILLIPS SR<br><br>8635 OXFORD LN<br>SAINT LOUIS, MO  63147<br><br>Official Claim Date:  10/16/2009 | 11631 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| ACME ROCKFORD GROUP TRUST<br><br>GUYER & ENICHEN ATTN ED MAH 2601 REID FARM RD<br>ROCKFORD, IL  61114<br><br>Official Claim Date:  10/21/2009 | 14364 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$265,243.00  (U)<br>$265,243.00  (T) | Duplicate Claim | Pgs. 1-4 | ACME ROCKFORD GROUP TRUST ACCOUNT<br><br>2601 REID FARM RD STE B C/O GUYER & ENICHEN PC<br>ROCKFORD, IL  61114<br><br>Official Claim Date:  10/21/2009 | 14363 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$265,243.00  (U)<br>$265,243.00  (T) |
| ALLEN, LISA<br><br>C/O JOHN CANTARELLA CANTARELLA & ASSOC, PC 1004 JOSLYN<br>PONTIAC, MI  48340<br><br>Official Claim Date:  11/2/2009 | 18841 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$3,000,000.00  (P)<br>$0.00  (U)<br>$3,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | ALLEN, LISA<br><br>C/O JOHN CANTARELLA CANTARELLA & ASSOC., P.C. 1004 JOSLYN<br>PONTIAC, MI  48340<br><br>Official Claim Date:  10/23/2009 | 15013 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$3,000,000.00  (P)<br>$0.00  (U)<br>$3,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ATMOS ENERGY/KENTUCKY DIVISION, A DIVISION OF ATMOS ENERGY CORPORATION | 908 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $3,712.58  (U)  $3,712.58  (T) | Duplicate Claim | Pgs. 1-4 | ATMOS ENERGY/KENTUCKY DIVISION | 829 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $3,712.58  (U)  $3,712.58  (T) |
| ATTN BANKRUPTCY GROUP ATMOS ENERGY CORPORATION PO BOX 650205 | | | | | | A DIVISION OF ATMOS ENERGY CORP ATTN BANKRUPTCY GROUP ATMOS ENERGY CORPORATION | | | |
| DALLAS, TX 75265 | | | | | | DALLAS, TX 75265 | | | |
| Official Claim Date:  7/28/2009 | | | | | | Official Claim Date:  7/14/2009 | | | |
| ATMOS ENERGY/MID STATES DIVISIONS | 830 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $17,911.04  (U)  $17,911.04  (T) | Duplicate Claim | Pgs. 1-4 | ATMOS ENERGY/MID-STATES DIVISIONS | 909 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $17,911.04  (U)  $17,911.04  (T) |
| A DIVISION OF ATMOS ENERGY CORP ATTN BANKRUPTCY GROUP ATMOS ENERGY CORPORATION | | | | | | A DIVISION OF ATMOS ENERGY CORPORATION ATTN BANKRUPTCY GROUP PO BOX 650205 | | | |
| DALLAS, TX 75265 | | | | | | DALLAS, TX 75265 | | | |
| Official Claim Date:  7/23/2009 | | | | | | Official Claim Date:  7/13/2009 | | | |
| ATMOS ENERGY/MID STATES DIVISIONS | 828 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $70.92  (U)  $70.92  (T) | Duplicate Claim | Pgs. 1-4 | ATMOS ENERGY/MID-STATES DIVISIONS, A DIVISION OF ATMOS ENERGY CORP | 910 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $70.92  (U)  $70.92  (T) |
| A DIVISION OF ATMOS ENERGY CORP ATTN BANKRUPTCY GROUP ATMOS ENERGY CORPORATION | | | | | | ATTN BANKRUPTCY GROUP ATMOS ENERGY CORPORATION PO BOX 650205 | | | |
| DALLAS, TX 75265 | | | | | | DALLAS, TX 75265 | | | |
| Official Claim Date:  7/14/2009 | | | | | | Official Claim Date:  7/13/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| B HAPPE TRUST<br><br>C/O BILLY J HAPPE 270 GREENFIELD ROAD<br>WINTER HAVEN, FL  33884<br><br>Official Claim Date:  7/17/2009 | 670 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,292.50  (U)<br>$31,292.50  (T) | Duplicate Claim | Pgs. 1-4 | B HAPPE TRUST<br><br>BILLY J HAPPE 270 GREENFIELD ROAD<br>WINTER HAVEN, FL  33884<br><br>Official Claim Date:  7/6/2009 | 469 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,292.50  (U)<br>$31,292.50  (T) |
| BAYVIEW YACHTCRAFTERS INC<br><br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 31785 S RIVER RD<br>HARRISON TWP, MI  48045<br><br>Official Claim Date:  10/7/2009 | 5684 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,652.29  (U)<br>$18,652.29  (T) | Duplicate Claim | Pgs. 1-4 | BAYVIEW YATCHCRAFTERS INC (AKA BAYVIEW YACHTCRAFTERS)<br><br>BAYVIEW YATCHERS INC  38-2749181<br>31785 S RIVER ROAD<br>HARRISON TWP, MI  48045<br><br>Official Claim Date:  9/3/2009 | 1444 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,652.29  (U)<br>$18,652.29  (T) |
| BEALE, STEVIE LYNN<br><br>MORGAN & MEYERS 3200 GREENFIELD RD STE 260<br>DEARBORN, MI  48120<br><br>Official Claim Date:  10/12/2009 | 8442 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,000,000.00  (U)<br>$8,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | BEALE, STEVIE LYNN<br><br>MORGAN & MEYERS 3200 GREENFIELD RD, STE 260<br>DEARBORN, MI  48120<br><br>Official Claim Date:  10/26/2009 | 16446 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,000,000.00  (U)<br>$8,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CHARLES J HANKAMER<br><br>ATTN K RICK ALVIS C/O ALVIS AND WILLINGHAM LLP 1400 URBAN CENTER DR  STE 475<br>BIRMINGHAM, AL  35242<br><br>Official Claim Date:  10/13/2009 | 9411 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | CHARLES J HANKAMER<br><br>K RICK ALVIS ALVIS & WILLINGHAM LLP 1400 URBAN CENTER DR, STE 475<br><br>BIRMINGHAM, AL  35242<br><br>Official Claim Date:  6/12/2009 | 12 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| CHEROKEE CAD<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  8/3/2009 | 1040 | Motors Liquidation Company | $13.64  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$13.64  (T) | Duplicate Claim | Pgs. 1-4 | CHEROKEE CAD<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  7/31/2009 | 1130 | Motors Liquidation Company | $13.64  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$13.64  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CITY OF FRANKLIN TAX COLLECTOR<br><br>C/O YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL CITY OF FRANKLIN PO BOX 681346<br>FRANKLIN, TN  37068<br><br>Official Claim Date:  9/28/2009 | 1575 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$11.00  (P)<br>$0.00  (U)<br>$11.00  (T) | Duplicate Claim | Pgs. 1-4 | CITY OF FRANKLIN TAX COLLECTOR<br><br>C/O YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL CITY OF FRANKLIN PO BOX 681346<br>FRANKLIN, TN  37068<br><br>Official Claim Date:  9/28/2009 | 1574 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$11.00  (P)<br>$0.00  (U)<br>$11.00  (T) |
| CITY OF FRANKLIN TAX COLLECTOR<br><br>C/O YOST ROBERTSON NOWAK PLLC<br>SPECIAL COUNSEL CITY OF FRANKLIN PO BOX 681346<br>FRANKLIN, TN  37068<br><br>Official Claim Date:  9/28/2009 | 1576 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$11.00  (P)<br>$0.00  (U)<br>$11.00  (T) | Duplicate Claim | Pgs. 1-4 | CITY OF FRANKLIN TAX COLLECTOR<br><br>C/O YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL CITY OF FRANKLIN PO BOX 681346<br>FRANKLIN, TN  37068<br><br>Official Claim Date:  9/28/2009 | 1574 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$11.00  (P)<br>$0.00  (U)<br>$11.00  (T) |
| CITY OF FRANKLIN TAX COLLECTOR<br><br>C/O YOST ROBERTSON NOWAK PLLC<br>SPECIAL COUNSEL CITY OF FRANKLIN PO BOX 681346<br>FRANKLIN, TN  37068<br><br>Official Claim Date:  9/28/2009 | 1577 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$11.00  (P)<br>$0.00  (U)<br>$11.00  (T) | Duplicate Claim | Pgs. 1-4 | CITY OF FRANKLIN TAX COLLECTOR<br><br>C/O YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL CITY OF FRANKLIN PO BOX 681346<br>FRANKLIN, TN  37068<br><br>Official Claim Date:  9/28/2009 | 1574 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$11.00  (P)<br>$0.00  (U)<br>$11.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CITY OF HIDALGO<br><br>ATTN JOHN T BANKS PERDUE BRANDON FIELDER COLLINS & MOTT L L P 3301 NORTHLAND DRIVE<br>AUSTIN, TX  78731<br><br>Official Claim Date:  7/31/2009 | 1126 | Motors Liquidation Company | $468.32  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$468.32  (T) | Duplicate Claim | Pgs. 1-4 | CITY OF HIDALGO<br><br>C/O JOHN T BANKS PERDUE BRANDON FIELDER COLLINS & MOTT LLP 3301 NORTHLAND DR SUITE 505<br>AUSTIN, TX  78731<br><br>Official Claim Date:  7/31/2009 | 959 | Motors Liquidation Company | $468.32  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$468.32  (T) |
| CLINGER, SCOTT LUKAS, CLINGER, WHITNEY ASHTON & CLINGER DOUGLAS<br><br>C/O PAUL KOMYATTE GILBERT OLLANIK & KOMYATTE PC 5400 WARD ROAD BLDG IV STE 200<br>ARVADA, CO  80002<br><br>Official Claim Date:  10/12/2009 | 8323 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | CLINGER, SCOTT LUKAS, CLINGER, WHITNEY ASHTON & CLINGER SHERRI<br><br>C/O PAUL J KOMYATTE GILBERT OLLANIK & KOMYATTE PC 5400 WARD ROAD BLDG IV STE 200<br>ARVADA, CO  80002<br><br>Official Claim Date:  10/12/2009 | 8322 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) |
| CORSICANA ISD<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  8/13/2009 | 1049 | Motors Liquidation Company | $10.93  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$10.93  (T) | Duplicate Claim | Pgs. 1-4 | CORSICANA ISD<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  7/31/2009 | 1129 | Motors Liquidation Company | $10.93  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$10.93  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DALLAS COUNTY <br><br> ATTN: ELIZABETH WELLER, LAURIE A SPINDLER SHERREL K KNIGHTON & TODD W DEATHERAGE LINEBARGER BOGGAN BLAIR & SAMPSON, LLP <br> DALLAS, TX 75201 <br><br> Official Claim Date: 6/24/2009 | 253 | Motors Liquidation Company | $92,085.05 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $0.00 (U) <br> $92,085.05 (T) | Duplicate Claim | Pgs. 1-4 | DALLAS COUNTY <br><br> ATTN: ELIZABETH WELLER, LAURIE A SPINDLER, SHERREL K KNIGHTON, TODD W DEATHERAGE LINEBARGER GOGGAN BLAIR & SAMPSON LLP <br> DALLAS, TX 75201 <br><br> Official Claim Date: 6/15/2009 | 368 | Motors Liquidation Company | $92,085.05 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $0.00 (U) <br> $92,085.05 (T) |
| DALLAS COUNTY <br><br> ATTN: ELIZABETH WELLER, LAURIE A SPINDLER, SHERREL K KNIGHTON, TODD W DEATHERAGE LINEBARGER GOGGAN BLAIR & SAMPSON LLP <br> DALLAS, TX 75201 <br><br> Official Claim Date: 6/15/2009 | 369 | Motors Liquidation Company | $92,085.05 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $0.00 (U) <br> $92,085.05 (T) | Duplicate Claim | Pgs. 1-4 | DALLAS COUNTY <br><br> ATTN: ELIZABETH WELLER, LAURIE A SPINDLER, SHERREL K KNIGHTON, TODD W DEATHERAGE LINEBARGER GOGGAN BLAIR & SAMPSON LLP <br> DALLAS, TX 75201 <br><br> Official Claim Date: 6/15/2009 | 368 | Motors Liquidation Company | $92,085.05 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $0.00 (U) <br> $92,085.05 (T) |
| DAVID KANSTOROOM <br><br> ATTN J KENT EMISON LANGDON AND EMISON PO BOX 220  911 MAIN ST LEXINGTON, MO 64067 <br><br> Official Claim Date: 10/5/2009 | 5236 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $4,000,000.00 (U) <br> $4,000,000.00 (T) | Duplicate Claim | Pgs. 1-4 | DAVID KANSTOROOM <br><br> ATTN: J. KENT EMISON LANGDON & EMISON PO BOX 220, 911 MAIN ST LEXINGTON, MO 64067 <br><br> Official Claim Date: 7/7/2009 | 845 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $4,000,000.00 (U) <br> $4,000,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DELAWARE DIVISION OF REVENUE 820 NORTH FRENCH STREET - 8TH FLOOR WILMINGTON, DE  19801 <br><br> Official Claim Date:  7/14/2009 | 807 | MLCS, LLC | $0.00  (S) <br> $0.00  (A) <br> $20.10  (P) <br> $0.20  (U) <br> $20.30  (T) | Duplicate Claim | Pgs. 1-4 | DELAWARE DIVISION OF REVENUE 820 NORTH FRENCH ST, 8TH FLOOR WILMINGTON, DE  19801 <br><br> Official Claim Date:  7/13/2009 | 870 | MLCS, LLC | $0.00  (S) <br> $0.00  (A) <br> $20.10  (P) <br> $0.20  (U) <br> $20.30  (T) |
| DEMARIA BUILDING COMPANY <br><br> D DOUGLAS MCGAW (P24166) 5455 CORPORATE DRIVE SUITE 104 TROY, MI  48098 <br><br> Official Claim Date:  6/18/2009 | 449 | Motors Liquidation Company | $1,279,925.31  (S) <br> $0.00  (A) <br> $1,279,925.31  (P) <br> $0.00  (U) <br> $2,559,850.62  (T) | Duplicate Claim | Pgs. 1-4 | DEMARIA BUILDING COMPANY <br><br> D DOUGLAS MCGRAW (P24166) 5455 CORPORATE DRIVE SUITE 104 TROY, MI  48098 <br><br> Official Claim Date:  6/9/2009 | 256 | Motors Liquidation Company | $1,279,925.31  (S) <br> $0.00  (A) <br> $1,279,925.31  (P) <br> $0.00  (U) <br> $2,559,850.62  (T) |
| DOMESTIC UNIFORM LINEN SUPPLY CO INC <br><br> 30555 NORTHWESTERN HIGHWAY SUITE 300 ATTN M COLTON FARMINGTON HILLS, MI  48334 <br><br> Official Claim Date:  7/17/2009 | 674 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $13,476.10  (U) <br> $13,476.10  (T) | Duplicate Claim | Pgs. 1-4 | DOMESTIC UNIFORM LINEN SUPPLY CO INC <br><br> ATTN M COLTON 30555 NORTHWESTERN HIGHWAY SUITE 300 ATTN M COLTON FARMINGTON HILLS, MI  48334 <br><br> Official Claim Date:  6/29/2009 | 715 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $13,476.10  (U) <br> $13,476.10  (T) |
| DONALD E ROSS <br><br> 731 WHITE OAK DR WARNE, NC  28909 <br><br> Official Claim Date:  7/17/2009 | 934 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $50,616.10  (P) <br> $0.00  (U) <br> $50,616.10  (T) | Duplicate Claim | Pgs. 1-4 | DONALD E ROSS <br><br> 731 WHITE OAK DR WARNE, NC  28909 <br><br> Official Claim Date:  7/16/2009 | 643 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $50,616.10  (P) <br> $0.00  (U) <br> $50,616.10  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 8

Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DOUG BELDEN, HILLSBOROUGH CTY TAX COLLECTOR<br><br>PO BOX 172920 601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL  33672<br><br>Official Claim Date:  7/8/2009 | 524 | Motors Liquidation Company | $9,165.62  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$9,165.62  (T) | Duplicate Claim | Pgs. 1-4 | DOUG BELDEN, HILLSBOROUGH CTY TAX COLLECTOR<br><br>P O BOX 172920 601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL  33672<br><br>Official Claim Date:  6/29/2009 | 623 | Motors Liquidation Company | $9,165.62  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$9,165.62  (T) |
| DUNN AMBER<br><br>GAFFNEY, LISA D 1721 N SEPULVEDA BLVD<br>MANHATTAN BEACH, CA  90266<br><br>Official Claim Date:  10/6/2009 | 5514 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$40,000,000.00  (U)<br>$40,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | DUNN AMBER<br><br>DUNN, AMBER 1721 N SEPULVEDA BLVD<br>MANHATTAN BEACH, CA  90266<br><br>Official Claim Date:  10/6/2009 | 5470 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$40,000,000.00  (U)<br>$40,000,000.00  (T) |
| FRANCZKOWSKI, ANTHONY<br><br>C/O EVANS PORTNOY & QUINN 36TH FLOOR ONE OXFORD CENTRE, 301 GRANT STREET<br>PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/3/2009 | 19349 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | FRANCZKOWSKI, ANTHONY<br><br>C/O EVANS PORTNOY & QUINN 36TH FLOOR ONE OXFORD CENTRE, 301 GRANT STREET<br>PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/2/2009 | 18391 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GAIL C DOWNWARD | 1943 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | GAIL C DOWNWARD | 413 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| 315 HERITAGE PLACE | | | $0.00  (P) | | | 315 HERITAGE PLACE | | | $0.00  (P) |
| DEVON, PA  19333 | | | $52,549.00  (U) | | | DEVON, PA  19333 | | | $52,549.00  (U) |
| Official Claim Date:  10/1/2009 | | | $52,549.00  (T) | | | Official Claim Date:  7/1/2009 | | | $52,549.00  (T) |
| GAIL C DOWNWARD | 1944 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | GAIL C DOWNWARD | 413 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| 315 HERITAGE PLACE | | | $0.00  (P) | | | 315 HERITAGE PLACE | | | $0.00  (P) |
| DEVON, PA  19333 | | | $52,549.00  (U) | | | DEVON, PA  19333 | | | $52,549.00  (U) |
| Official Claim Date:  10/1/2009 | | | $52,549.00  (T) | | | Official Claim Date:  7/1/2009 | | | $52,549.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GOMEZ JORGE RAMON<br><br>GOMEZ, PAMELA 403 N TANCAHUA<br><br>CORPUS CHRISTI, TX  78401<br><br>Official Claim Date:  10/26/2009 | 16496 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | GOMEZ JORGE RAMON<br><br>GOMEZ, JORGE LAW OFFICE OF DOUGLAS ALLISON 403 N TANCAHUA<br>CORPUS CHRISTI, TX  78401<br><br>Official Claim Date:  10/26/2009 | 16495 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |
| GOMEZ JORGE RAMON<br><br>PEREZ, KATHY ANN LAW OFFICE OF DOUGLAS ALLISON 403 N TANCAHUA<br>CORPUS CHRISTI, TX  78401<br><br>Official Claim Date:  10/26/2009 | 16497 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | GOMEZ JORGE RAMON<br><br>GOMEZ, JORGE LAW OFFICE OF DOUGLAS ALLISON 403 N TANCAHUA<br>CORPUS CHRISTI, TX  78401<br><br>Official Claim Date:  10/26/2009 | 16495 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |
| GOMEZ JORGE RAMON<br><br>GOMEZ, ALEXANDRIA DANIELLA LAW OFFICE OF DOUGLAS ALLISON 403 N TANCAHUA<br>CORPUS CHRISTI, TX  78401<br><br>Official Claim Date:  10/26/2009 | 16498 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | GOMEZ JORGE RAMON<br><br>GOMEZ, JORGE LAW OFFICE OF DOUGLAS ALLISON 403 N TANCAHUA<br><br>CORPUS CHRISTI, TX  78401<br><br>Official Claim Date:  10/26/2009 | 16495 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GOMEZ JORGE RAMON <br><br> GOMEZ, KAROLINA NYELLI LAW OFFICE OF DOUGLAS ALLISON 403 N TANCAHUA CORPUS CHRISTI, TX  78401 <br><br> Official Claim Date:  10/26/2009 | 16499 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $5,000,000.00  (U) <br> $5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | GOMEZ JORGE RAMON <br><br> GOMEZ, JORGE LAW OFFICE OF DOUGLAS ALLISON 403 N TANCAHUA CORPUS CHRISTI, TX  78401 <br><br> Official Claim Date:  10/26/2009 | 16495 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $5,000,000.00  (U) <br> $5,000,000.00  (T) |
| DANIEL GORMAN <br><br> 1847 SHORE DR S APT 801 SOUTH PASADENA, FL  33707 <br><br> Official Claim Date:  10/5/2009 | 4211 | Motors Liquidation Company | $127,000.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $73,000.00  (U) <br> $200,000.00  (T) | Duplicate Claim | Pgs. 1-4 | GORMAN, DANIEL G <br><br> 1847 SHORE DR S APT 801 SOUTH PASADENA, FL  33707 <br><br> Official Claim Date:  10/5/2009 | 4210 | Motors Liquidation Company | $127,000.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $73,000.00  (U) <br> $200,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GREGG COUNTY<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST, SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  6/24/2009 | 290 | Motors Liquidation Company | $88.15  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$88.15  (T) | Duplicate Claim | Pgs. 1-4 | GREGG COUNTY<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST, SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  6/15/2009 | 365 | Motors Liquidation Company | $88.15  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$88.15  (T) |
| GREGG COUNTY<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST, SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  6/15/2009 | 366 | Motors Liquidation Company | $88.15  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$88.15  (T) | Duplicate Claim | Pgs. 1-4 | GREGG COUNTY<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST, SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  6/15/2009 | 365 | Motors Liquidation Company | $88.15  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$88.15  (T) |
| HIDALGO COUNTY<br><br>ATTN JOHN T BANKS PERDUE BRANDON FIELDER COLLINS & MOTT L L P 3301 NORTHLAND DRIVE AUSTIN, TX  78731<br><br>Official Claim Date:  7/31/2009 | 1128 | Motors Liquidation Company | $53,507.61  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$53,507.61  (T) | Duplicate Claim | Pgs. 1-4 | HIDALGO COUNTY<br><br>C/O JOHN T BANKS PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP 3301 NORTHLAND DR SUITE 505 AUSTIN, TX  78731<br><br>Official Claim Date:  7/31/2009 | 961 | Motors Liquidation Company | $53,507.61  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$53,507.61  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| HIDALGO INDEPENDENT SCHOOL DISTRICT<br><br>ATTN JOHN T BANKS PERDUE BRANDON FIELDER COLLINS & MOTT L L P 3301 NORTHLAND DRIVE<br>AUSTIN, TX  78731<br><br>Official Claim Date:  7/31/2009 | 1127 | Motors Liquidation Company | $98,163.54  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$98,163.54  (T) | Duplicate Claim | Pgs. 1-4 | HIDALGO INDEPENDENT SCHOOL DISTRICT<br><br>C/O JOHN T BANKS PERDUE BRANDON FIELDER COLLINS & MOTT LLP 3301 NORTHLAND DR SUITE 505<br>AUSTIN, TX  78731<br><br>Official Claim Date:  7/31/2009 | 960 | Motors Liquidation Company | $98,163.54  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$98,163.54  (T) |
| ILCO SITE REMEDIATION GROUP<br><br>C/O MILISSA MURRAY/ROBERT STEINWURTZEL BINGHAM MCCUTCHEN LLP 2020 K STREET NW<br>WASHINGTON, DC  20006<br><br>Official Claim Date:  10/30/2009 | 21006 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,096,773.48  (U)<br>$5,096,773.48  (T) | Duplicate Claim | Pgs. 1-4 | ILCO SITE REMEDIATION GROUP<br><br>C/O MILISSA MURRAY/ROBERT STEINWURTZEL BINGHAM MCCUTCHEN LLP 2020 K ST., NW<br>WASHINGTON, DC  20006<br><br>Official Claim Date:  10/30/2009 | 18029 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,096,773.48  (U)<br>$5,096,773.48  (T) |
| ILLIOS PARTNERS, LLC<br><br>MARIE YOUNG 550 W VAN BUREN ST STE 1120<br>CHICAGO, IL  60607<br><br>Official Claim Date:  10/14/2009 | 9739 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$466.67  (U)<br>$466.67  (T) | Duplicate Claim | Pgs. 1-4 | ILIOS PARTNERS LLC<br><br>550 W VAN BUREN ST STE 1120<br>CHICAGO, IL  60607<br><br>Official Claim Date:  10/14/2009 | 9731 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$466.67  (U)<br>$466.67  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Third Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| IRVING ISD<br><br>ATTN:  ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET, SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  6/24/2009 | 288 | Motors Liquidation Company | $10,327.34  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$10,327.34  (T) | Duplicate Claim | Pgs. 1-4 | IRVING ISD<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST, SUITE 1600 DALLAS, TX  75201<br><br>Official Claim Date:  6/15/2009 | 367 | Motors Liquidation Company | $10,327.34  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$10,327.34  (T) |
| JAMES E KETCHEM<br><br>C/O EMPLOYEE ATTORNEY ATTN: RADFORD R RAINES 105 CHURCH ST O'FALLON, MO  63366<br><br>Official Claim Date:  10/26/2009 | 15835 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | JAMES E KETCHEM<br><br>C/O EMPLOYEE ATTORNEY ATTN: RADFORD R. RAINES 105 CHURCH ST O'FALLON, MO  63366<br><br>Official Claim Date:  10/26/2009 | 15834 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| JO KOHLER<br><br>1244 KING RICHARD PKWY W CARROLLTON, OH  45449<br><br>Official Claim Date:  10/5/2009 | 3900 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | JO F KOHLER<br><br>1244 KING RICHARD PARKWAY DAYTON, OH  45449<br><br>Official Claim Date:  10/5/2009 | 3899 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JOHN F FISCHER LIVING TRUST<br><br>JOHN F FISCHER 21324 W DOUGLAS LANE PLAINFIELD, IL  60544<br><br>Official Claim Date:  10/1/2009 | 2167 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,080.00   (U)<br>$10,080.00   (T) | Duplicate Claim | Pgs. 1-4 | JOHN F FISCHER LIVING TRUST<br><br>JOHN F FISCHER 21324 W DOUGLAS LANE PLAINFIELD, IL  60544<br><br>Official Claim Date:  10/1/2009 | 2166 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,080.00   (U)<br>$10,080.00   (T) |
| JOHN KENNETH CULBRETH JR<br><br>3552 BEATTYS BRIDGE ROAD<br><br>ATKINSON, NC  28421<br><br>Official Claim Date:  10/1/2009 | 1858 | Motors Liquidation Company | $110,000.00   (S)<br>$0.00   (A)<br>$110,000.00   (P)<br>$0.00   (U)<br>$220,000.00   (T) | Duplicate Claim | Pgs. 1-4 | JOHN KENNETH CULBRETH JR<br><br>CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY 3552 BEATTY'S BRIDGE ROAD<br>ATKINSON, NC  28421<br><br>Official Claim Date:  10/1/2009 | 1965 | Motors Liquidation Company | $110,000.00   (S)<br>$0.00   (A)<br>$110,000.00   (P)<br>$0.00   (U)<br>$220,000.00   (T) |
| JOSEPH FERRARA<br><br>C/O DAVID GRONBACH MOYNAHAN & MINNELLA 141 EAST MAIN STREET WATERBURY, CT  06722<br><br>Official Claim Date:  6/22/2009 | 201 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$0.00   (T) | Duplicate Claim | Pgs. 1-4 | JOSEPH FERRARA<br><br>MOYNAHAN & MINNELLA C/O DAVID GRONBACH 141 EAST MAIN STREET WATERBURY, CT  06722<br><br>Official Claim Date:  6/22/2009 | 529 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$0.00   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| KEITH LUDOLPH AND LAURIE LUDOLPH<br><br>C/O THE HEALY LAW FIRM 111 W WASHINGTIN STREET, SUITE 1425<br>CHICAGO, IL 60602<br><br>Official Claim Date: 6/22/2009 | 191 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000,000.00 (U)<br>$15,000,000.00 (T) | Duplicate Claim | Pgs. 1-4 | KEITH LUDOLPH AND LAURIE LUDOLPH<br><br>C/O THE HEALY LAW FIRM 111 W WASHINGTON STREET SUITE 1425<br>CHICAGO, IL 60602<br><br>Official Claim Date: 6/22/2009 | 190 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000,000.00 (U)<br>$15,000,000.00 (T) |
| LAVERNE E DIGGS<br><br>633 N GRANDVIEW AVE<br>MCKEESPORT, PA 15132<br><br>Official Claim Date: 10/14/2009 | 10252 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-4 | LAVERNE DIGGS<br><br>633 N GRANDVIEW AVE<br>MCKEESPORT, PA 15132<br><br>Official Claim Date: 10/14/2009 | 9778 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| LEWIS J NAKKEN & MARILYN M NAKKEN<br><br>908 AMBERVIEW DRIVE SW<br>BYRON CENTER, MI 49315<br><br>Official Claim Date: 10/2/2009 | 2991 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$98,575.20 (U)<br>$98,575.20 (T) | Duplicate Claim | Pgs. 1-4 | LEWIS J NAKKEN & MARILYN M NAKKEN<br><br>908 AMBERVIEW DRIVE SW<br>BYRON CENTER, MI 49315<br><br>Official Claim Date: 6/30/2009 | 769 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$98,575.20 (U)<br>$98,575.20 (T) |
| LIBERTY MUTUAL INSURANCE COMPANY<br><br>C/O GRACE WINKLER CRANLEY LEO & WEBER P C ONE N LASALLE ST SUITE 3600<br>CHICAGO, IL 60602<br><br>Official Claim Date: 11/6/2009 | 20950 | Motors Liquidation Company | $10,639,980.55 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,639,980.55 (T) | Duplicate Claim | Pgs. 1-4 | LIBERTY MUTUAL INSURANCE COMPANY<br><br>C/O GRACE WINKLER CRANLEY LEO & WEBER P C ONE N LASALLE ST SUITE 3600<br>CHICAGO, IL 60602<br><br>Official Claim Date: 11/6/2009 | 20947 | Motors Liquidation Company | $10,639,980.55 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,639,980.55 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LINDSY WILSON AS NEXT FRIEND FOR KENNEDY WILSON, A MINOR<br><br>J KENT EMISON, LANGDON & EMISON 911 MAIN STREET<br>LEXINGTON, MI  64067<br><br>Official Claim Date:  6/30/2009 | 777 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$30,000,000.00   (U)<br>$30,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | LINDSY WILSON AS NEXT FRIEND FOR KENNEDY WILSON A MINOR<br><br>ATTN J KENT EMISON LANGDON & EMISON 911 MAIN STREET<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 400 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$30,000,000.00   (U)<br>$30,000,000.00   (T) |
| LINDSEY WILSON AS NEXT FRIEND FOR KENNEDY<br><br>ATTN J KENT EMISON LANGDON & EMISON 911 MAIN STREET<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  9/18/2009 | 1363 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$30,000,000.00   (U)<br>$30,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | LINDSY WILSON AS NEXT FRIEND FOR KENNEDY WILSON A MINOR<br><br>ATTN J KENT EMISON LANGDON & EMISON 911 MAIN STREET<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 400 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$30,000,000.00   (U)<br>$30,000,000.00   (T) |
| LINDSEY WILSON AS NEXT FRIEND FOR KENNEDY<br><br>C/O J KENT EMISON LANGDON & EMISON 911 MAIN STREET<br>LEXINGTON, MO  64067 UNITED STATES OF AMERICA<br><br>Official Claim Date:  9/17/2009 | 6951 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$30,000,000.00   (U)<br>$30,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | LINDSY WILSON AS NEXT FRIEND FOR KENNEDY WILSON A MINOR<br><br>ATTN J KENT EMISON LANGDON & EMISON 911 MAIN STREET<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 400 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$30,000,000.00   (U)<br>$30,000,000.00   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MARCELA MONTEMAYOR CHAPA, A/N/F OF DONNA LINARES, A MINOR CHILD<br><br>ATTN: DAVID E HARRIS SICO, WHITE, HOELSCHER & BRAUGH LLP 802 NORTH CARANCAHUA<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/23/2009 | 206 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MARCELA MONTEMAYOR CHAPA, AS REPRESENTATIVE OF ESTATE OF<br><br>JORGE LUIS LINARES LOPEZ, DECEASE ATTN: DAVID E HARRIS SICO, WHITE, HOELSCHER & BRAUGH LLP<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/23/2009 | 205 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) |
| MARCELA MONTEMAYOR CHAPA, A/N/F OF DIANA LINARES<br><br>MONTEMAYOR, A MINOR CHILD ATTN: DAVID E HARRIS SICO, WHITE, HOELSCHER & BRAUGH LLP<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/23/2009 | 207 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MARCELA MONTEMAYOR CHAPA, AS REPRESENTATIVE OF ESTATE OF<br><br>JORGE LUIS LINARES LOPEZ, DECEASE ATTN: DAVID E HARRIS SICO, WHITE, HOELSCHER & BRAUGH LLP<br>CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/23/2009 | 205 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) |
| MARIA CARRISOSA ET AL<br><br>ATTN:  RON SIMON  SIMON & LUKE LLP 2929 ALLEN PARKWAY 42ND FLOOR<br><br>HOUSTON, TX  77019<br><br>Official Claim Date:  6/15/2009 | 69 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MARIA CARRISOSA & ANASTACIO SORIA, INDIVIDUALLY & ON BEHALF OF THE<br><br>ESTATES OF BLANCA VASQUEZ, DECEASED & MARISOL VASQUEZ, DECEASED & AS ATT RON SIMON SIMON AND LUKE LLP<br>HOUSTON, TX  77019<br><br>Official Claim Date:  6/15/2009 | 66 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Third Omnibus Objection**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MICHAEL MARTIN<br><br>8565 COUNTY ROAD 236<br>TOWN CREEK, AL  35672<br><br>Official Claim Date:  7/2/2009 | 428 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | MICHAEL MARTIN<br><br>8565 COUNTY ROAD 236<br>TOWN CREEK, AL  35672<br><br>Official Claim Date:  6/16/2009 | 427 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| OHIO BUREAU OF WORKERS' COMPENSATION<br><br>LEGAL DIVISION BANKRUPTCY UNIT PO BOX 15567<br>COLUMBUS, OH  43215<br><br>Official Claim Date:  10/26/2009 | 21016 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$79,191,122.16  (P)<br>$0.00  (U)<br>$79,191,122.16  (T) | Duplicate Claim | Pgs. 1-4 | OHIO BUREAU OF WORKERS' COMPENSATION<br><br>LEGAL DIVISION BANKRUPTCY UNIT PO BOX 15567<br>COLUMBUS, OH  43215<br><br>Official Claim Date:  10/23/2009 | 15014 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$79,191,122.16  (P)<br>$0.00  (U)<br>$79,191,122.16  (T) |
| OHIO BUREAU OF WORKERS' COMPENSATION<br><br>LEGAL DIVISION BANKRUPTCY UNIT PO BOX 15567<br>COLUMBUS, OH  43215<br><br>Official Claim Date:  10/26/2009 | 21012 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$55,297,743.56  (P)<br>$0.00  (U)<br>$55,297,743.56  (T) | Duplicate Claim | Pgs. 1-4 | OHIO BUREAU OF WORKERS' COMPENSATION<br><br>LEGAL DIVISION BANKRUPTCY UNIT PO BOX 15567<br>COLUMBUS, OH  43215<br><br>Official Claim Date:  10/23/2009 | 15015 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$55,297,743.56  (P)<br>$0.00  (U)<br>$55,297,743.56  (T) |
| PARKER, BRITTANY<br><br>C/O JAMES KING PO BOX 1688<br>JASPER, AL  35502<br><br>Official Claim Date:  10/26/2009 | 17778 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000,000.00  (U)<br>$50,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | PARKER, BRITTANY<br><br>JAMES KING PO BOX 1688<br>JASPER, AL  35502<br><br>Official Claim Date:  10/19/2009 | 12314 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000,000.00  (U)<br>$50,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| PEDRO NINO ORTIZ AS SPECIAL ADMIN ESTATE OF<br><br>MARIA DEL SOCORRO ORTIZ GUAJARDO, DECEASED ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/24/2009 | 237 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | Duplicate Claim | Pgs. 1-4 | PEDRO NINO ORTIZ AS SPECIAL ADMIN ESTATE OF<br><br>PEDRO NINO OCHOA, DECEASED ATTN: JOSH W HOPKINS SICO, WHITE, HOELSCHER & BRAUGH LLP CORPUS CHRISTI, TX  78470<br><br>Official Claim Date:  6/24/2009 | 236 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY DIVISON PO BOX 280946 HARRISBURG, PA  17128<br><br>Official Claim Date:  7/28/2009 | 921 | Motors Liquidation Company | $2,943,934.00  (S)<br>$0.00  (A)<br>$862,656.96  (P)<br>$1,138.00  (U)<br>$3,807,728.96  (T) | Duplicate Claim | Pgs. 1-4 | PENNSYLVANIA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA  17128<br><br>Official Claim Date:  6/24/2009 | 292 | Motors Liquidation Company | $2,943,934.00  (S)<br>$0.00  (A)<br>$862,656.96  (P)<br>$1,138.00  (U)<br>$3,807,728.96  (T) |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA  17128<br><br>Official Claim Date:  10/30/2009 | 21005 | Motors Liquidation Company | $2,943,934.00  (S)<br>$0.00  (A)<br>$1,326,077.96  (P)<br>$1,138.00  (U)<br>$4,271,149.96  (T) | Duplicate Claim | Pgs. 1-4 | PENNSYLVANIA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA  17128<br><br>Official Claim Date:  10/30/2009 | 18135 | Motors Liquidation Company | $2,943,934.00  (S)<br>$0.00  (A)<br>$1,326,077.96  (P)<br>$1,138.00  (U)<br>$4,271,149.96  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| PIERRE E MILORD AS PR OF EST OF MARIE ALINA MILORD DEC'D<br><br>RAYMOND R REID JR ESQ PAJCIC AND PAJCIC PA ONE INDEPENDENT DR  STE 1900<br>JACKSONVILLE, FL  32202<br><br>Official Claim Date:  10/12/2009 | 7840 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | PIERRE E MILORD AS PR OF ESTATE OF JEAN PAUL MILOR DEC'D<br><br>ATTN RAYMOND R REID JR ESQ C/O PAJCIC AND PAJCIC PA ONE INDEPENDENT DR  STE 1900<br>JACKSONVILLE, FL  32202<br><br>Official Claim Date:  10/12/2009 | 7838 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| PIERRE E MILORD, AS PERSONAL REPRESENTATIVE<br><br>OF ESTATE OF MARIE ALINA MILORD, DECEASED C/O RAYMOND R REID JR ESQ PAJCIC & PAJCIC PA<br>JACKSONVILLE, FL  32202<br><br>Official Claim Date:  6/16/2009 | 103 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | PIERRE E MILORD, AS PERSONAL REPRESENTATIVE OF<br><br>ESTATE OF JEAN PAUL MILOR, DECEASED C/O RAYMOND R REID, JR, ESQ PAJCIC & PAJCIC, PA<br>JACKSONVILLE, FL  32202<br><br>Official Claim Date:  6/16/2009 | 101 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| RAGSDALE RAYMOND LEE<br><br>RAGSDALE, TERRI 4528 SOUTH SHERIDAN SUITE 103<br>TULSA, OK  74145<br><br>Official Claim Date:  10/5/2009 | 3891 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Duplicate Claim | Pgs. 1-4 | RAGSDALE RAYMOND LEE<br><br>RAGSDALE, RAYMOND LEE 4528 SOUTH SHERIDAN SUITE 103<br>TULSA, OK  74145<br><br>Official Claim Date:  10/5/2009 | 3890 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$50,000.00  (U)<br>$50,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RAMSOFT INC EMPLOYEE<br><br>PENSION PLAN #3 JACK MILLER & VIVIAN MILLER TTEES<br><br>HOLMDEL, NJ  07733<br><br>Official Claim Date:  10/7/2009 | 5666 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$35,000.00  (U)<br>$35,000.00  (T) | Duplicate Claim | Pgs. 1-4 | RAMSOFT INC EMPLOYEE<br><br>PENSION PLAN #3 JACK MILLER AND VIVIAN MILLER TTEES 8 VALLEY POINT DR<br>HOLMDEL, NJ  07733<br><br>Official Claim Date:  10/7/2009 | 5665 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$35,000.00  (U)<br>$35,000.00  (T) |
| RICHARD HEJMANOWSKI<br><br>C/O PAUL WILLIAM BELTZ, P.C. 36 CHRUCH STREET<br>BUFFALO, NY  14202<br><br>Official Claim Date:  9/30/2009 | 3049 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | RICHARD HEJMANOWSKI<br><br>C/O PAUL WILLIAM BELTZ, PC 36 CHURCH ST<br>BUFFALO, NY  14202<br><br>Official Claim Date:  9/30/2009 | 1774 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) |
| RON SIMON<br><br>SIMON AND LUKE LLP 2929 ALLEN PARKWAY 42ND FLOOR<br>HOUSTON, TX  77019<br><br>Official Claim Date:  6/15/2009 | 67 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | RON SIMON<br><br>SIMON & LUKE LLP 2929 ALLEN PARKWAY 42ND FLOOR<br>HOUSTON, TX  77019<br><br>Official Claim Date:  6/15/2009 | 68 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RONALD DEAN & SANDRA EARLENE DAVIS<br><br>HUSBAND & WIFE JTWRS 4014 SOUTH 135TH EAST AVE<br>TULSA, OK  74134<br><br>Official Claim Date:  6/22/2009 | 196 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$103,577.22  (U)<br>$103,577.22  (T) | Duplicate Claim | Pgs. 1–4 | RONALD DEAN DAVIS & SANDRA EARLENE DAVIS<br><br>(HUSBAND & WIFE, JTWRS) 4014 SOUTH 135TH EAST AVE<br>TULSA, OK  74134<br><br>Official Claim Date:  6/9/2009 | 336 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$103,577.22  (U)<br>$103,577.22  (T) |
| RONALD DEAN & SANDRA EARLENE DAVIS<br><br>HUSBAND AND WIFE JTWRS 4014 SOUTH 135TH EAST AVENUE<br>TULSA, OK  74134<br><br>Official Claim Date:  6/24/2009 | 295 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$103,577.22  (U)<br>$103,577.22  (T) | Duplicate Claim | Pgs. 1–4 | RONALD DEAN DAVIS & SANDRA EARLENE DAVIS<br><br>(HUSBAND & WIFE, JTWRS) 4014 SOUTH 135TH EAST AVE<br>TULSA, OK  74134<br><br>Official Claim Date:  6/9/2009 | 336 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$103,577.22  (U)<br>$103,577.22  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RUDELICH, ANINA<br><br>ODISHAW & ODISHAW 2200 SUN LIFE PLACE 10123 - 99 STREET<br>CANADA<br><br>Official Claim Date: 10/30/2009 | 18145 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,500,000.00  (U)<br>$4,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | RUDELICH ANINA<br><br>2200 SUN LIFE PLACE 10123 - 99 STREET<br>CANADA<br><br>Official Claim Date: 10/30/2009 | 18144 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,500,000.00  (U)<br>$4,500,000.00  (T) |
| RUDELICH ANINA<br><br>C/O ODISHAW & ODISHAW 2200 SUN LIFE PLACE 10123 - 99 STREET<br>CANADA<br><br>Official Claim Date: 10/30/2009 | 18146 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,500,000.00  (U)<br>$4,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | RUDELICH ANINA<br><br>2200 SUN LIFE PLACE 10123 - 99 STREET<br>CANADA<br><br>Official Claim Date: 10/30/2009 | 18144 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,500,000.00  (U)<br>$4,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI 48602<br><br>Official Claim Date:  7/27/2009 | 894 | Motors Liquidation Company | $356.41  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$356.41  (T) | Duplicate Claim | Pgs. 1-4 | SAGINAW COUNTY TREASURER<br><br>111 S. MICHIGAN AVE<br>SAGINAW, MI 48602<br><br>Official Claim Date:  7/27/2009 | 897 | Motors Liquidation Company | $356.41  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$356.41  (T) |
| SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI 48602<br><br>Official Claim Date:  7/27/2009 | 895 | Motors Liquidation Company | $3,700.31  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,700.31  (T) | Duplicate Claim | Pgs. 1-4 | SAGINAW COUNTY TREASURER<br><br>111 S. MICHIGAN AVE<br>SAGINAW, MI 48602<br><br>Official Claim Date:  7/27/2009 | 898 | Motors Liquidation Company | $3,700.31  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,700.31  (T) |
| SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE.<br>SAGINAW, MI 48602<br><br>Official Claim Date:  7/27/2009 | 896 | Motors Liquidation Company | $14.41  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$14.41  (T) | Duplicate Claim | Pgs. 1-4 | SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI 48602<br><br>Official Claim Date:  7/27/2009 | 899 | Motors Liquidation Company | $14.41  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$14.41  (T) |
| SAGINAW COUNTY TREASURER<br><br>111 S MICHIGAN AVE<br>SAGINAW, MI 48602<br><br>Official Claim Date:  7/27/2009 | 893 | Motors Liquidation Company | $4,486.71  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,486.71  (T) | Duplicate Claim | Pgs. 1-4 | SAGINAW COUNTY TREASURER<br><br>111 S. MICHIGAN AVE.<br>SAGINAW, MI 48602<br><br>Official Claim Date:  7/27/2009 | 900 | Motors Liquidation Company | $4,486.71  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,486.71  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SANDRA AHAUS IRA<br><br>SANDRA AHAUS 10548 PENN AVE SO BLOOMINGTON, MN  55431<br><br>Official Claim Date:  10/2/2009 | 3038 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$22,880.00  (P)<br>$0.00  (U)<br>$22,880.00  (T) | Duplicate Claim | Pgs. 1-4 | SANDRA AHAUS IRA<br><br>SANDRA AHAUS 10548 PENN AVE SO BLOOMINGTON, MN  55431<br><br>Official Claim Date:  10/2/2009 | 3033 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$22,880.00  (P)<br>$0.00  (U)<br>$22,880.00  (T) |
| SCHOENL KEVIN M<br><br>SCHOENL, KEVIN M 16 WEST MAIN STREET 6TH FLOOR ROCHESTER, NY  14614<br><br>Official Claim Date:  10/9/2009 | 7554 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | SCHOENL KEVIN M<br><br>SCHOENL, CONNIE CELLINO & BARNES PC 16 WEST MAIN STREET 6TH FLOOR ROCHESTER, NY  14614<br><br>Official Claim Date:  10/9/2009 | 7553 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) |
| SHARYL Y CARTER<br><br>1541 LASALLE AVE, #1 NIAGRA FALLS, NY  14301<br><br>Official Claim Date:  6/19/2009 | 552 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | SHARYL Y CARTER<br><br>1541 LASALLE AVE, #1 NIAGRA FALLS, NY  14301<br><br>Official Claim Date:  6/18/2009 | 136 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| SHIPMAN & GOODWIN LLP<br><br>ATTN JULIE A MANNING ONE CONSTITUTION PLAZA HARTFORD, CT  06103<br><br>Official Claim Date:  8/21/2009 | 1207 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$13,906.18  (U)<br>$13,906.18  (T) | Duplicate Claim | Pgs. 1-4 | SHIPMAN & GOODWIN LLP<br><br>JULIE A MANNING ONE CONSTITUTION PLAZA HARTFORD, CT  06103<br><br>Official Claim Date:  8/18/2009 | 1217 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$13,906.18  (U)<br>$13,906.18  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SNOHOMISH COUNTY TREASURER | 986 | Motors Liquidation Company | $315.74 (S) | Duplicate Claim | Pgs. 1-4 | SNOHOMISH COUNTY TREASURER | 197 | Motors Liquidation Company | $315.74 (S) |
|  |  |  | $0.00 (A) |  |  |  |  |  | $0.00 (A) |
| ATTN BANKRUPTCY OFFICER 3000 ROCKEFELLER AVE M/S 501 |  |  | $315.74 (P) |  |  | ATTN: BANKRUPTCY OFFICER 3000 ROCKEFELLER AVE M/S 501 |  |  | $315.74 (P) |
| EVERETT, WA  98201 |  |  | $0.00 (U) |  |  | EVERETT, WA  98201 |  |  | $0.00 (U) |
| Official Claim Date:  8/10/2009 |  |  | $631.48 (T) |  |  | Official Claim Date:  6/22/2009 |  |  | $631.48 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ST LOUIS CO COLLECTOR OF REVENUE<br><br>41 S CENTRAL AVENUE<br>CLAYTON, MO  63105<br><br>Official Claim Date:  6/29/2009 | 695 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$25.22  (P)<br>$0.00  (U)<br>$25.22  (T) | Duplicate Claim | Pgs. 1-4 | ST LOUIS CO COLLECTOR OF REVENUE<br><br>41 S CENTRAL AVENUE<br>CLAYTON, MO  63105<br><br>Official Claim Date:  6/29/2009 | 696 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$25.22  (P)<br>$0.00  (U)<br>$25.22  (T) |
| ST LOUIS CO COLLECTOR OF REVENUE<br><br>41 S CENTRAL AVENUE<br>CLAYTON, MO  63105<br><br>Official Claim Date:  6/29/2009 | 692 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$33.53  (P)<br>$0.00  (U)<br>$33.53  (T) | Duplicate Claim | Pgs. 1-4 | ST LOUIS CO COLLECTOR OF REVENUE<br><br>41 S CENTRAL AVENUE<br>CLAYTON, MO  63105<br><br>Official Claim Date:  6/29/2009 | 700 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$33.53  (P)<br>$0.00  (U)<br>$33.53  (T) |
| ST LOUIS CO COLLECTOR OF REVENUE<br><br>41 S CENTRAL AVENUE<br>CLAYTON, MO  63105<br><br>Official Claim Date:  6/29/2009 | 693 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$25.10  (P)<br>$0.00  (U)<br>$25.10  (T) | Duplicate Claim | Pgs. 1-4 | ST LOUIS CO COLLECTOR OF REVENUE<br><br>41 S CENTRAL AVENUE<br>CLAYTON, MO  63105<br><br>Official Claim Date:  6/29/2009 | 701 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$25.10  (P)<br>$0.00  (U)<br>$25.10  (T) |
| ST LOUIS CO COLLECTOR OF REVENUE<br><br>41 S CENTRAL AVENUE<br>CLAYTON, MO  63105<br><br>Official Claim Date:  6/29/2009 | 706 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$21.82  (P)<br>$0.00  (U)<br>$21.82  (T) | Duplicate Claim | Pgs. 1-4 | ST LOUIS CO COLLECTOR OF REVENUE<br><br>41 S CENTRAL AVENUE<br>CLAYTON, MO  63105<br><br>Official Claim Date:  6/29/2009 | 708 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$21.82  (P)<br>$0.00  (U)<br>$21.82  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| STACY ALTERMAN WIFE OF KENNETH ALTERMAN DECEASED<br><br>ATTN J KENT EMISON, LANGDON & EMISON 911 MAIN ST PO BOX 220<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  9/22/2009 | 6978 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$6,000,000.00  (U)<br><br>$6,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | STACY ALTERMAN WIFE OF KENNETH ALTERMAN DECEASED<br><br>ATTN J KENT EMISON LANGDON & EMISON 911 MAIN STREET PO BOX 220<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  9/21/2009 | 1534 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$6,000,000.00  (U)<br><br>$6,000,000.00  (T) |
| STATE OF MINNESOTA, DEPT OF REVENUE<br><br>DEPT OF REVENUE, COLLECTION DIVISION BANKRUPTCY SECTION PO BOX 64447 - BKY<br>SAINT PAUL, MN  55164<br><br>Official Claim Date:  7/2/2009 | 457 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$1,758,707.65  (P)<br><br>$0.00   (U)<br><br>$1,758,707.65  (T) | Duplicate Claim | Pgs. 1-4 | STATE OF MINNESOTA, DEPT OF REVENUE<br><br>DEPT OF REVENUE, COLLECTION DIVISION BANKRUPTCY SECTION PO BOX 64447 - BKY<br>SAINT PAUL, MN  55164<br><br>Official Claim Date:  6/16/2009 | 462 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$1,758,707.65  (P)<br><br>$0.00   (U)<br><br>$1,758,707.65  (T) |
| SULPHUR SPRINGS ISD<br><br>ATTN ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  8/3/2009 | 1041 | Motors Liquidation Company | $12.58   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$0.00   (U)<br><br>$12.58   (T) | Duplicate Claim | Pgs. 1-4 | SULPHUR SPRINGS ISD<br><br>ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  7/31/2009 | 1131 | Motors Liquidation Company | $12.58   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$0.00   (U)<br><br>$12.58   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SUN TRUST EQUIPMENT FINANCE & LEASING CORPORATION<br><br>ATTN  PATRICK K CAMERON  ESQUIRE OBER, KALER, GRIMES & SHRIVER 120 E BALTIMORE ST<br>BALTIMORE, MD  21202<br><br>Official Claim Date:  10/15/2009 | 11066 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$70,969,978.45  (U)<br><br>$70,969,978.45  (T) | Duplicate Claim | Pgs. 1-4 | SUNTRUST EQUIPMENT FINANCE & LEASING CORP<br><br>C/O OBER KALER GRIMES & SHRIVER ATT: PATRICK K CAMERON ESQ 120 E BALTIMORE ST<br>BALTIMORE, MD  21202<br><br>Official Claim Date:  10/15/2009 | 11065 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$70,969,978.45  (U)<br><br>$70,969,978.45  (T) |
| TARRANT COUNTY<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST, SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  6/24/2009 | 289 | Motors Liquidation Company | $3,000,683.91  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$3,000,683.91  (T) | Duplicate Claim | Pgs. 1-4 | TARRANT COUNTY<br><br>ATTN: ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST, SUITE 1600<br>DALLAS, TX  75201<br><br>Official Claim Date:  6/15/2009 | 359 | Motors Liquidation Company | $3,000,683.91  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$3,000,683.91  (T) |
| TAWANA STAPLES STEWART ON BEHALF OF SAMUEL STEWART A MINOR<br><br>C/O RICHARD D MORRISON BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC POST OFFICE BOX 4160<br>MONTGOMERY, AL  36103<br><br>Official Claim Date:  10/26/2009 | 21048 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$25,000,000.00  (U)<br><br>$25,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | TAWANA STAPLES STEWART ON BEHALF OF SAMUEL STEWART A MINOR<br><br>C/O RICHARD D MORRISON BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC PO BOX 4160<br>MONTGOMERY, AL  36103<br><br>Official Claim Date:  10/26/2009 | 16448 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$25,000,000.00  (U)<br><br>$25,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TOM A JOHNSON | 1304 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | TOM A JOHNSON | 538 | Motors Liquidation Company | $0.00  (S) |
|  |  |  | $0.00  (A) |  |  |  |  |  | $0.00  (A) |
| 502 OAKBROOK DR LEWISVILLE, TX  75057 |  |  | $0.00  (P) |  |  | 502 OAKBROOK DR LEWISVILLE, TX  75057 |  |  | $0.00  (P) |
|  |  |  | $5,000.00  (U) |  |  |  |  |  | $5,000.00  (U) |
| Official Claim Date:  9/17/2009 |  |  | $5,000.00  (T) |  |  | Official Claim Date:  6/22/2009 |  |  | $5,000.00  (T) |
| TOYOTA MOTOR SALES USA | 1270 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | TOYOTA MOTOR SALES USA | 1272 | Motors Liquidation Company | $0.00  (S) |
|  |  |  | $160,968.81  (A) |  |  |  |  |  | $160,968.81  (A) |
| MORGN LEWIS & BOCKIUS LLP ATTN: WENDY S WALKER 101 PARK AVENUE NEW YORK, NY  10178 |  |  | $0.00  (P) |  |  | MORGAN LEWIS & BOCKIUS LLP ATTN WENDY S WALKER 101 PARK AVENUE NEW YORK, NY  10178 |  |  | $0.00  (P) |
|  |  |  | $0.00  (U) |  |  |  |  |  | $0.00  (U) |
| Official Claim Date:  9/4/2009 |  |  | $160,968.81  (T) |  |  | Official Claim Date:  9/4/2009 |  |  | $160,968.81  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Third Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WASHINGTON COUNTY TAX COLLECTOR<br><br>280 N COLLEGE AVE STE 202<br>FAYETTEVILLE, AR 72701<br><br>Official Claim Date: 6/18/2009 | 159 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$122,698.48 (P)<br>$0.00 (U)<br>$122,698.48 (T) | Duplicate Claim | Pgs. 1-4 | WASHINGTON COUNTY TAX COLLECTOR<br><br>280 N COLLEGE AVE STE 202<br>FAYETTEVILLE, AR 72701<br><br>Official Claim Date: 6/18/2009 | 157 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$122,698.48 (P)<br>$0.00 (U)<br>$122,698.48 (T) |
| WASHINGTON COUNTY TAX COLLECTOR<br><br>280 N COLLEGE AVE STE 202<br>FAYETTEVILLE, AR 72701<br><br>Official Claim Date: 6/18/2009 | 157 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$122,698.48 (P)<br>$0.00 (U)<br>$122,698.48 (T) | Duplicate Claim | Pgs. 1-4 | WASHINGTON COUNTY TAX COLLECTOR<br><br>280 N COLLEGE AVE STE 202<br>FAYETTEVILLE, AR 72701<br><br>Official Claim Date: 6/18/2009 | 159 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$122,698.48 (P)<br>$0.00 (U)<br>$122,698.48 (T) |
| WASHINGTON COUNTY TAX COLLECTOR<br><br>280 N COLLEGE AVE STE 202<br>FAYETTEVILLE, AR 72701<br><br>Official Claim Date: 6/18/2009 | 158 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$122,698.48 (P)<br>$0.00 (U)<br>$122,698.48 (T) | Duplicate Claim | Pgs. 1-4 | WASHINGTON COUNTY TAX COLLECTOR<br><br>280 N COLLEGE AVE STE 202<br>FAYETTEVILLE, AR 72701<br><br>Official Claim Date: 6/18/2009 | 159 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$122,698.48 (P)<br>$0.00 (U)<br>$122,698.48 (T) |
| WASHINGTON, LAFONZA EARL<br><br>7010 CRANWOOD DR<br>FLINT, MI 48505<br><br>Official Claim Date: 10/2/2009 | 14938 | Motors Liquidation Company | $1,623,107,920.00 (S)<br>$1,623,107,920.00 (A)<br>$0.00 (P)<br>$1,623,107,920.00 (U)<br>$4,869,323,760.00 (T) | Duplicate Claim | Pgs. 1-4 | WASHINGTON, LAFONZA EARL<br><br>7010 CRANWOOD DRIVE<br>FLINT, MI 48505<br><br>Official Claim Date: 10/1/2009 | 2109 | Motors Liquidation Company | $1,623,107,920.00 (S)<br>$1,623,107,920.00 (A)<br>$0.00 (P)<br>$1,623,107,920.00 (U)<br>$4,869,323,760.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TOWN OF WESTERLY TAX COLLECTOR | 4664 | Motors Liquidation Company | $970.50  (S) | Duplicate Claim | Pgs. 1-4 | WESTERLY TOWN OF PPTAX | 241 | Motors Liquidation Company | $970.50  (S) |
|  |  |  | $0.00  (A) |  |  |  |  |  | $0.00  (A) |
| 45 BROAD ST |  |  | $0.00  (P) |  |  | WESTERLY TOWN OF TAX COLLECTOR 45 BROAD STREET |  |  | $0.00  (P) |
| WESTERLY, RI  02891 |  |  | $0.00  (U) |  |  | WESTERLY, RI  02891 |  |  | $0.00  (U) |
| Official Claim Date:  10/5/2009 |  |  | $970.50  (T) |  |  | Official Claim Date:  6/12/2009 |  |  | $970.50  (T) |
| YAKIMA COUNTY TREASURER | 595 | Motors Liquidation Company | $70.14  (S) | Duplicate Claim | Pgs. 1-4 | YAKIMA COUNTY TREASURER | 942 | Motors Liquidation Company | $70.14  (S) |
|  |  |  | $0.00  (A) |  |  |  |  |  | $0.00  (A) |
| PO BOX 22530 |  |  | $0.00  (P) |  |  | PO BOX 22530 |  |  | $0.00  (P) |
| YAKIMA, WA  98907 |  |  | $0.00  (U) |  |  | YAKIMA, WA  98907 |  |  | $0.00  (U) |
| Official Claim Date:  7/15/2009 |  |  | $70.14  (T) |  |  | Official Claim Date:  7/14/2009 |  |  | $70.14  (T) |
| **Claims to be Disallowed and Expunged Totals** | **100** |  | **$1,644,519,307.97**  (S) |  |  |  |  |  |  |
|  |  |  | **$1,623,268,888.81**  (A) |  |  |  |  |  |  |
|  |  |  | **$143,268,299.65**  (P) |  |  |  |  |  |  |
|  |  |  | **$2,033,725,587.05**  (U) |  |  |  |  |  |  |
|  |  |  | **$5,444,782,083.48**  (T) |  |  |  |  |  |  |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".