> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                            :
In re                                       :          **Chapter 11 Case No.**
                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,   :          **09-50026 (REG)**
       **f/k/a General Motors Corp.**, *et al.*   :
                                            :
                      **Debtors.**          :          **(Jointly Administered)**
                                            :
------------------------------------------------------------x

## NOTICE OF DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

     **PLEASE TAKE NOTICE** that on December 8, 2009, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their fourth omnibus non-substantive objection to claims (the "**Debtors'**

**Fourth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Debtors' Fourth Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**January 14, 2010 at 9:30 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

                  **PARTIES RECEIVING THIS NOTICE OF OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO.**

                  **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Fourth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff,

Esq., and Gregory G. Plotko, Esq.); (xii) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana

G. Adams, Esq.); and (xiii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third

Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.),

so as to be received no later than **January 7, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response**

**Deadline**").

                    **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Fourth Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Debtors' Fourth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.


Dated: New York, New York
       December 8, 2009

                          /s/ Joseph H. Smolinsky
                          Harvey R. Miller
                          Stephen Karotkin
                          Joseph H. Smolinsky

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Debtors
                          and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                      :
In re                                 :    Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :    09-50026 (REG)
       f/k/a General Motors Corp., et al.   :
                                      :
                       Debtors.       :    (Jointly Administered)
                                      :
------------------------------------------------------------x
```

## DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE EXHIBIT ATTACHED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), file this fourth omnibus non-substantive objection to claims (the "**Debtors' Fourth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims listed on **Exhibit A** attached hereto,[1] and respectfully represent:

## **Relief Requested**

1.      The Debtors have examined the proofs of claim identified on Exhibit A, and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Duplicate Claims**") are duplicates of the earlier-filed corresponding claims identified under the heading "*Surviving Claims*" (collectively, the "**Surviving Claims**").  Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Procedures Order, the Debtors seek entry of an order disallowing and expunging from the claims register the Duplicate Claims and preserving the Debtors' right to later object to any Surviving Claim on any other basis.

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

2.      The Debtors' Fourth Omnibus Objection to Claims does not affect any of the Surviving Claims and does not constitute any admission or finding with respect to any of the Surviving Claims.  All of the Debtors' rights to object to any Surviving Claims on any basis are reserved.  Further, the Debtors reserve all their rights to object on any basis to any Duplicate Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.      On June 1, 2009, four of the Debtors (the "**First Filed Debtors**") commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code and on October 9, 2009, two additional Debtors (the "**Realm/Encore Debtors**") commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the First Filed Debtors under Case Number 09-50026 (REG).  On September 15, 2009, the First Filed Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of financial affairs.

5.      On September 16, 2009, this Court entered an order [Docket No. 4079] establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim in the First Filed Debtors' cases, including governmental units.  On December 2, 2009, this Court entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each person or entity to file a proof of claim in the Real/Encore Debtors' cases (except governmental

units, as defined in section 101(27) of the Bankruptcy Code for which the Court established June

1, 2010 as the deadline to file a proof of claim).

6.      Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the First Filed Debtors, among other things, to file omnibus objections to no

more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy

Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

7.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See

In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20,

2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

8.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The

Debtors have compared their books and records with the proofs of claim identified on Exhibit A

and have determined that the Duplicate Claims are filed by the same claimants against the same

Debtors, for the same dollar amounts, and on account of the same obligations as the

corresponding Surviving Claims.  The Surviving Claims are the earlier filed claims as compared

to the Duplicate Claims.

9.      To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge in their entirety the Duplicate Claims.  The

Surviving Claims will remain on the claims register subject to further objections on any basis.

## Notice

10.      Notice of this Motion has been provided to each claimant asserting a

Duplicate Claim and parties in interest in accordance with the Order Pursuant to 11 U.S.C.

§ 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management

Procedures, dated August 3, 2009 [Docket No. 3629].  The Debtors submit that such notice is

sufficient and no other or further notice need be provided.

11.      No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       December 8, 2009

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,     :        09-50026 (REG)
      f/k/a General Motors Corp., *et al.* :
                                          :
                              Debtors.    :        (Jointly Administered)
                                          :
------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

Upon the fourth omnibus objection to claims, dated December 8, 2009 (the

"**Debtors' Fourth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket No. 4180], seeking

entry of an order disallowing and expunging the Duplicate Claims on the grounds that such

claims are duplicative of the corresponding Surviving Claim, all as more fully described in the

Debtors' Fourth Omnibus Objection to Claims; and due and proper notice of the Debtors' Fourth

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided, and the Court having found and determined that the relief sought in the

Debtors' Fourth Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' Fourth Omnibus Objection to Claims.

creditors, and all parties in interest and that the legal and factual bases set forth in the Debtors'

Fourth Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' Fourth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit A attached hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "**Duplicate Claims**") are disallowed and expunged; and it is further

ORDERED that the claims listed on Exhibit A attached hereto under the heading

"*Surviving Claims*" (collectively, the "**Surviving Claims**") will remain on the claims register,

and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Duplicate Claims does

not constitute any admission or finding with respect to any of the Surviving Claims; and it is

further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit A to the Debtors' Fourth Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on Exhibit A to this order and (ii) any Surviving Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
      _____, 2010


      _____
      United States Bankruptcy Judge

**Fourth Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ALEJANDRO JIMENEZ GOMEZ<br><br>ATTN ROBERT L LANGDON LANGDON & EMISON PO BOX 220, 911 MAIN LEXINGTON, MO 64067<br><br>Official Claim Date: 6/29/2009 | 378 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | Duplicate Claim | Pgs. 1-4 | ALEJANDRO JIMENEZ GOMEZ<br><br>C/O ROBERT L LANGDON LANGDON & EMISON PO BOX 220, 911 MAIN LEXINGTON, MO 64067<br><br>Official Claim Date: 6/29/2009 | 604 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) |
| ALLA AVERBUKH<br><br>C/O THE KUHLMAN LAW FIRM, LLC 1100 MAIN STREET, SUITE 2550 KANSAS CITY, MO 64105<br><br>Official Claim Date: 6/15/2009 | 89 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500,000.00 (U)<br>$1,500,000.00 (T) | Duplicate Claim | Pgs. 1-4 | ALLA AVERBUKH<br><br>C/O THE KUHLMAN LAW FIRM LLC 1100 MAIN STREET SUITE 2550 KANSAS CITY, MO 64105<br><br>Official Claim Date: 6/15/2009 | 97 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500,000.00 (U)<br>$1,500,000.00 (T) |
| ALLSTATE INSURANCE COMPANY<br><br>GRAY AND PROUTY C/O THOMAS W PALECEK 3170 FOURTH AVE THIRD FL SAN DIEGO, CA 92103<br><br>Official Claim Date: 7/28/2009 | 931 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,006.51 (U)<br>$15,006.51 (T) | Duplicate Claim | Pgs. 1-4 | ALLSTATE INSURANCE COMPANY<br><br>ATTN THOMAS W PALECEK GRAY AND PROUTY 3170 FOURTH AVE 3RD FLOOR SAN DIEGO, CA 92103<br><br>Official Claim Date: 7/27/2009 | 1183 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,006.51 (U)<br>$15,006.51 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fourth Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ALLSTATE INSURANCE COMPANY A/S/O ANUFRIEV KONSTANTIN <br><br> C/O RONALD W PARNELL ESQ PO BOX 81085 <br><br> CONYERS, GA 30013 <br><br> Official Claim Date: 7/23/2009 | 1160 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $4,495.52 (U) <br> $4,495.52 (T) | Duplicate Claim | Pgs. 1-4 | ALLSTATE INSURANCE COMPANY A/S/O ANUFRIER KONSTANTIN <br><br> RONALD W. PARNELL, ESQ. AS ATTORNEY FOR ALLSTATE INSURANCE COMPANY A/S/O KONSTANTIN P.O. BOX 81085 CONYERS, GA 30013 <br><br> Official Claim Date: 7/22/2009 | 803 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $4,495.52 (U) <br> $4,495.52 (T) |
| ANN WALLS <br><br> C/O THE KUHLMAN LAW FIRM, LLC 1100 MAIN STREET, SUITE 2550 KANSAS CITY, MO 64105 <br><br> Official Claim Date: 6/15/2009 | 87 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $750,000.00 (U) <br> $750,000.00 (T) | Duplicate Claim | Pgs. 1-4 | ANN WALLS <br><br> C/O THE KUHLMAN LAW FIRM LLC 1100 MAIN STREET SUITE 2550 KANSAS CITY, MO 64105 <br><br> Official Claim Date: 6/15/2009 | 98 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $750,000.00 (U) <br> $750,000.00 (T) |
| ANTONIO MONTIEL, INDIVIDUALLY & ON BEHALF OF MANUEL MONTIEL <br><br> FABIOLA MONTIEL & LUCERO MONTIEL C/O THE GOMEZ LAW FIRM PLLC 7824 N 5TH CT MCALLEN, TX 78504 <br><br> Official Claim Date: 7/7/2009 | 482 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $2,000,000.00 (U) <br> $2,000,000.00 (T) | Duplicate Claim | Pgs. 1-4 | ANTONIO MONTIEL, INDIVIDUALLY AND ON BEHALF OF <br><br> MANUEL MONTIEL FABIOLA MONTIEL & LUCERO MONTIEL THE GOMEZ LAW FIRM PLLC 7824 N 5TH CT MCALLEN, TX 78504 <br><br> Official Claim Date: 7/6/2009 | 475 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $2,000,000.00 (U) <br> $2,000,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ARACELI OCANA HERNANDEZ | 382 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | ARACELI OCANA HERNANDEZ | 600 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| C/O ROBERT L LANGDON - LANGDON & EMISON PO BOX 220, 911 MAIN | | | $0.00  (P) | | | C/O ROBERT L LANGDON LANGDON & EMISON P O BOX 220, 911 MAIN | | | $0.00  (P) |
| LEXINGTON, MO  64067 | | | $10,000,000.00  (U) | | | LEXINGTON, MO  64067 | | | $10,000,000.00  (U) |
| | | | $10,000,000.00  (T) | | | | | | $10,000,000.00  (T) |
| Official Claim Date:  6/29/2009 | | | | | | Official Claim Date:  6/29/2009 | | | |
| AVA MERTENS BY AND THROUGH HER | 109 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | AVA MERTENS BY AND THROUGH HER GUARDIAN AD LITEM | 370 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| GUARDIAN AD LITEM TRISANNA MERTENS C/O THE GOMEZ LAW FIRM 625 BROADWAY, SUITE 1200 | | | $0.00  (P) | | | TRISANNA MERTENS THE GOMEZ LAW FIRM 625 BROADWAY SUITE 1200 | | | $0.00  (P) |
| SAN DIEGO, CA  92101 | | | $5,000,000.00  (U) | | | SAN DIEGO, CA  92101 | | | $5,000,000.00  (U) |
| | | | $5,000,000.00  (T) | | | | | | $5,000,000.00  (T) |
| Official Claim Date:  6/16/2009 | | | | | | Official Claim Date:  6/11/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fourth Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BARBARA OWENS<br><br>C/O GREGORY L SHEVLIN, COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN 12 WEST LINCOLN STREET<br>BELLEVILLE, IL  62220<br><br>Official Claim Date:  6/15/2009 | 94 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | BARBARA OWENS<br><br>GREGORY L SHEVLIN, COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN 12 WEST LINCOLN STREET<br>BELLEVILLE, IL  62220<br><br>Official Claim Date:  6/15/2009 | 88 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T) |
| BARBARA OWENS<br><br>ATTN:  GREGORY L SHEVLIN COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN 12 WEST LINCOLN STREET<br>BELLEVILLE, IL  62220<br><br>Official Claim Date:  6/16/2009 | 460 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | BARBARA OWENS<br><br>GREGORY L SHEVLIN, COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN 12 WEST LINCOLN STREET<br>BELLEVILLE, IL  62220<br><br>Official Claim Date:  6/15/2009 | 88 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T) |
| BASIC ENERGY SERVICES INC<br><br>ATTN: JEREMY K WARD 2 WEST 2ND ST, STE 900<br>TULSA, OK  74103<br><br>Official Claim Date:  10/29/2009 | 21065 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$348,379.72  (U)<br>$348,379.72  (T) | Duplicate Claim | Pgs. 1-4 | BASIC ENERGY SERVICES INC<br><br>ATTN:  JEREMY K WARD 2 WEST 2ND STREET SUITE 900<br>TULSA, OK  74103<br><br>Official Claim Date:  7/7/2009 | 854 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$348,379.72  (U)<br>$348,379.72  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BETH KAPLAN<br><br>C/O MOTHERWAY & NAPLETON LLP 100 W MONROE ST STE 200<br>CHICAGO, IL  60603<br><br>Official Claim Date:  10/26/2009 | 16606 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$500,000.00  (U)<br>$500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | BETH KAPLAN<br><br>C/O MOTHERWAY & NAPLETON LLP 100 W MONROE ST STE 200<br>CHICAGO, IL  60603<br><br>Official Claim Date:  7/16/2009 | 634 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$500,000.00  (U)<br>$500,000.00  (T) |
| BIGGART, JOHN<br><br>BIGGART, PAMELA 310 GRANT ST STE 2201 PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/9/2009 | 22198 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$325,000.00  (U)<br>$325,000.00  (T) | Duplicate Claim | Pgs. 1-4 | BIGGART JOHN<br><br>BIGGART, PAMELA 310 GRANT ST STE 2201 PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/6/2009 | 20523 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$325,000.00  (U)<br>$325,000.00  (T) |
| BIGGART, JOHN<br><br>BIGGART, JOHN 310 GRANT ST STE 2201 PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/9/2009 | 22199 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$325,000.00  (U)<br>$325,000.00  (T) | Duplicate Claim | Pgs. 1-4 | BIGGART JOHN<br><br>BIGGART, JOHN 310 GRANT ST STE 2201 PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/6/2009 | 20524 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$325,000.00  (U)<br>$325,000.00  (T) |
| BIGGART, JOHN<br><br>AINSMAN LEVINE & DREXLER 330 GRANT STREET - SUITE 2201 PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/9/2009 | 22200 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$325,000.00  (U)<br>$325,000.00  (T) | Duplicate Claim | Pgs. 1-4 | BIGGART, JOHN<br><br>AINSMAN LEVINE & DREXLER 330 GRANT STREET - SUITE 2201 PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/6/2009 | 20525 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$325,000.00  (U)<br>$325,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BIGGART, PAMELA<br><br>AINSMAN LEVINE & DREXLER 330 GRANT STREET - SUITE 2201<br>PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/9/2009 | 22197 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$325,000.00   (U)<br>$325,000.00   (T) | Duplicate Claim | Pgs. 1-4 | BIGGART, PAMELA<br><br>AINSMAN LEVINE & DREXLER 330 GRANT STREET - SUITE 2201<br>PITTSBURGH, PA  15219<br><br>Official Claim Date:  11/6/2009 | 20522 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$325,000.00   (U)<br>$325,000.00   (T) |
| BRETT BALLARD<br><br>TIM MORGAN LANGDON & EMISON PO BOX 220 911 MAIN STREET<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 389 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,500,000.00   (U)<br>$1,500,000.00   (T) | Duplicate Claim | Pgs. 1-4 | BRETT BALLARD<br><br>C/O TIM MORGAN LANGDON & EMISON PO BOX 220, 911 MAIN STREET<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 617 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,500,000.00   (U)<br>$1,500,000.00   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BROOKE FLETCHER<br><br>ATTN: NEIL CHANTER STRONG, GARNER, BAUER, P.C. 415 E. CHESTNUT EXPRESSWAY<br>SPRINGFIELD, MO  65802<br><br>Official Claim Date:  6/15/2009 | 62 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | BROOKE FLETCHER<br><br>ATTN:  NEIL CHANTER STRONG, GARNER, BAUER, P.C. 415 E. CHESTNUT EXPRESSWAY<br>SPRINGFIELD, MO  65802<br><br>Official Claim Date:  6/12/2009 | 47 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |
| BROOKE FLETCHER<br><br>ATTN: NEIL CHANTER STRONG, GARNER, BAUER, PC 415 E CHESTNUT EXPRESSWAY<br>SPRINGFIELD, MO  65802<br><br>Official Claim Date:  6/15/2009 | 333 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | BROOKE FLETCHER<br><br>ATTN:  NEIL CHANTER STRONG, GARNER, BAUER, P.C. 415 E. CHESTNUT EXPRESSWAY<br>SPRINGFIELD, MO  65802<br><br>Official Claim Date:  6/12/2009 | 47 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |
| FLETCHER BROOKE<br><br>FLETCHER, BROOKE STRONG GARNER BAUER 415 E. CHESTNUT EXPRESSWAY<br>SPRINGFIELD, MO  65802<br><br>Official Claim Date:  10/7/2009 | 5652 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | BROOKE FLETCHER<br><br>ATTN NEIL CHANTER STRONG, GARNER, BAUER, PC 415 E CHESTNUT EXPRESSWAY<br>SPRINGFIELD, MO  65802<br><br>Official Claim Date:  9/30/2009 | 1768 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BRYSON CASEY<br><br>C/O THE KUHLMAN LAW FIRM LLC 1100 MAIN STREET SUITE 2550<br>KANSAS CITY, MO  64105<br><br>Official Claim Date:  6/15/2009 | 90 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,500,000.00  (U)<br>$6,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | BRYSON CASEY<br><br>C/O THE KUHLMAN LAW FIRM LLC 1100 MAIN STREET SUITE 2550<br>KANSAS CITY, MO  64105<br><br>Official Claim Date:  6/15/2009 | 96 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,500,000.00  (U)<br>$6,500,000.00  (T) |
| DANIEL VOGEL ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF ERIC VOGEL<br>ATTN  THOMAS D FLINN ESQ GARRITY GRAHAM MURPHY GAROFALO & FLINN PC ONE LACKAWANNA PLAZA<br>MONTCLAIR, NJ  07044<br><br>Official Claim Date:  9/14/2009 | 1290 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | DANIEL VOGEL ADMINISTRATOR AD PROSEQUENDUM OF THE ESTATE OF ERIC VOGEL<br>ATTN  THOMAS D FLINN ESQ GARRITY GRAHAM MURPHY GAROFALO & FLINN PC ONE LACKAWANNA PLAZA<br>MONTCLAIR, NJ  07044<br><br>Official Claim Date:  9/14/2009 | 1288 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| DANIEL VOGEL ADMINISTRATOR AD PROSEQUENDUM OF ESTATE OF LAURANA VOGEL<br>ATTN  THOMAS D FLINN ESQ GARRITY GRAHAM MURPHY GAROFALO & FLINN PC ONE LACKAWANNA PLAZA<br><br>MONTCLAIR, NJ  07044<br><br>Official Claim Date:  9/14/2009 | 1292 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | DANIEL VOGEL, ADMINISTRATOR<br><br>AD PROSEQUENDUM OF ESTATE OF LAURANA VOGEL ATTN THOMAS D FLINN ESQ GARRITY GRAHAM MURPHY GAROFALO & FLINN PC<br>MONTCLAIR, NJ  07044<br><br>Official Claim Date:  9/14/2009 | 1286 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DAVID KANSTOROOM | 480 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | DAVID KANSTOROOM | 845 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| ATTN: J KENT EMISON LANGDON & EMISON PO BOX 220, 911 MAIN ST | | | $0.00  (P) | | | ATTN: J. KENT EMISON LANGDON & EMISON PO BOX 220, 911 MAIN ST | | | $0.00  (P) |
| LEXINGTON, MO  64067 | | | $4,000,000.00  (U) | | | LEXINGTON, MO  64067 | | | $4,000,000.00  (U) |
| Official Claim Date:  7/7/2009 | | | $4,000,000.00  (T) | | | Official Claim Date:  7/7/2009 | | | $4,000,000.00  (T) |
| DEIMEL, GEORGE W | 22617 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | DEIMEL, GEORGE W | 22458 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| C/O BOSWELL TUCKER & BREWSTER PO BOX 798 | | | $0.00  (P) | | | BOSWELL TUCKER & BREWSTER PO BOX 798 | | | $0.00  (P) |
| BRYANT, AR  72089 | | | $250,000.00  (U) | | | BRYANT, AR  72089 | | | $250,000.00  (U) |
| Official Claim Date:  11/11/2009 | | | $250,000.00  (T) | | | Official Claim Date:  11/10/2009 | | | $250,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fourth Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH 43617<br><br>Official Claim Date: 6/15/2009 | 311 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-4 | DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH 43617<br><br>Official Claim Date: 6/15/2009 | 310 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH 43617<br><br>Official Claim Date: 6/15/2009 | 312 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-4 | DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH 43617<br><br>Official Claim Date: 6/15/2009 | 310 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH 43617<br><br>Official Claim Date: 6/15/2009 | 313 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-4 | DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH 43617<br><br>Official Claim Date: 6/15/2009 | 310 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH  43617<br><br>Official Claim Date:  6/15/2009 | 314 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH  43617<br><br>Official Claim Date:  6/15/2009 | 310 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH  43617<br><br>Official Claim Date:  6/15/2009 | 315 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH  43617<br><br>Official Claim Date:  6/15/2009 | 310 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| DOUGLAS GROCH<br><br>C/O KEVIN BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH  43617<br><br>Official Claim Date:  6/15/2009 | 316 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH  43617<br><br>Official Claim Date:  6/15/2009 | 310 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 11

**Fourth Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DOUGLAS GROCH<br><br>C/O KEVIN J. BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH  43617<br><br>Official Claim Date:  6/15/2009 | 317 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$0.00   (T) | Duplicate Claim | Pgs. 1-4 | DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH  43617<br><br>Official Claim Date:  6/15/2009 | 310 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$0.00   (T) |
| DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH  43617<br><br>Official Claim Date:  6/15/2009 | 318 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$0.00   (T) | Duplicate Claim | Pgs. 1-4 | DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH  43617<br><br>Official Claim Date:  6/15/2009 | 310 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$0.00   (T) |
| DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH  43617<br><br>Official Claim Date:  6/15/2009 | 374 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$0.00   (T) | Duplicate Claim | Pgs. 1-4 | DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH  43617<br><br>Official Claim Date:  6/15/2009 | 310 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$0.00   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH 43617<br><br>Official Claim Date: 6/30/2009 | 860 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-4 | DOUGLAS GROCH<br><br>C/O KEVIN J BOISSONEAULT 3516 GRANITE CIRCLE<br>TOLEDO, OH 43617<br><br>Official Claim Date: 6/15/2009 | 310 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| DUNN, AMBER<br><br>ANGELO & DIMONDA LLP 1721 N SEPULVEDA BLVD<br>MANHATTAN BEACH, CA 90266<br><br>Official Claim Date: 10/6/2009 | 5468 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,000,000.00 (U)<br>$40,000,000.00 (T) | Duplicate Claim | Pgs. 1-4 | DUNN AMBER<br><br>DUNN, AMBER 1721 N SEPULVEDA BLVD<br>MANHATTAN BEACH, CA 90266<br><br>Official Claim Date: 10/6/2009 | 5470 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,000,000.00 (U)<br>$40,000,000.00 (T) |
| ELIZABETH PADILLA SANDOVAL<br><br>C/O ROBERT L LANGDON - LANGDON & EMISON PO BOX 220, 911 MAIN<br>LEXINGTON, MO 64067<br><br>Official Claim Date: 6/29/2009 | 383 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000,000.00 (U)<br>$3,000,000.00 (T) | Duplicate Claim | Pgs. 1-4 | ELIZABETH PADILLA SANDOVAL<br><br>C/O ROBERT L LANGDON, LANGDON & EMISON P O BOX 220, 911 MAIN<br>LEXINGTON, MO 64067<br><br>Official Claim Date: 6/29/2009 | 599 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000,000.00 (U)<br>$3,000,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| EMANUEL JIMENEZ OCANA<br><br>ATTN ROBERT L LANGDON LANGDON & EMISON PO BOX 220<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 377 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | EMANUEL JIMENEZ OCANA<br><br>C/O ROBERT L LANGDON LANGDON & EMISON PO BOX 220, 911 MAIN<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 603 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| FLORIAN HINRICHS<br><br>C/O RICHARD D MORRISON BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC POST OFFICE BOX 4160<br>MONTGOMERY, AL  36103<br><br>Official Claim Date:  7/15/2009 | 631 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | FLORIAN HINRICHS<br><br>C/O RICHARD D. MORRISON BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. POST OFFICE BOX 4160<br>MONTGOMERY, AL  36103<br><br>Official Claim Date:  7/9/2009 | 815 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) |
| FORD MOTOR COMPANY<br><br>C/O JONATHAN S GREEN MILLER CANFIELD PADDOCK & STONE PLC 150 W JEFFERSON AVE STE 2500<br>DETROIT, MI  48226<br><br>Official Claim Date:  9/11/2009 | 1389 | Motors Liquidation Company | $2,029,836.70  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,029,836.70  (T) | Duplicate Claim | Pgs. 1-4 | FORD MOTOR COMPANY<br><br>C/O JONATHAN S GREEN MILLER CANFIELD PADDOCK & STONE PLC 150 W JEFFERSON AVE SUITE 2500<br>DETROIT, MI  48226<br><br>Official Claim Date:  9/11/2009 | 1280 | Motors Liquidation Company | $2,029,836.70  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,029,836.70  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| FRANK CINA AS PERSONAL REP OF ESTATE OF PENNY P CINA<br><br>COUNCIL WOOTEN, JR., WOOTEN, KIMBROUGH, GIBSON, DOHERTY AND NORMAND, P.A. 236 S LUCERNE CIRCLE ORLANDO, FL  32801<br><br>Official Claim Date:  6/15/2009 | 51 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$1,000,000.00  (U)<br><br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | FRANK CINA AS PERSONAL REP OF ESTATE OF PENNY P CINA<br><br>COUNCIL WOOTEN JR WOOTEN KIMBROUGH ET AL 236 S LUCERNE CIRCLE ORLANDO, FL  32801<br><br>Official Claim Date:  6/12/2009 | 45 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$1,000,000.00  (U)<br><br>$1,000,000.00  (T) |
| GERARDO M LOERA<br><br>ATTN ROBERT L LANGDON LANGDON & EMISON PO BOX 220, 911 MAIN LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 380 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$2,000,000.00  (U)<br><br>$2,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | GERARDO M LOERA<br><br>ROBERT L LANGDON, LANGDON & EMISON P O BOX 220, 911 MAIN LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 606 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$2,000,000.00  (U)<br><br>$2,000,000.00  (T) |
| GREGORY VOGEL BY HIS GUARDIAN AD LITEM DANIEL VOGEL AND INDIVIDUALLY<br><br>ATTN  THOMAS D FLINN ESQ GARRITY GRAHAM MURPHY GAROFALO & FLINN PC ONE LACKAWANNA PLAZA MONTCLAIR, NJ  07044<br><br>Official Claim Date:  9/14/2009 | 1293 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | GREGORY VOGEL BY HIS GUARDIAN AD LITEM DANIEL VOGEL AND INDIVIDUALLY<br><br>ATTN  THOMAS D FLINN ESQ GARRITY GRAHAM MURPHY GAROFALO & FLINN PC ONE LACKAWANNA PLAZA MONTCLAIR, NJ  07044<br><br>Official Claim Date:  9/14/2009 | 1287 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| HALEY JENKINS<br><br>C/O THE KUHLMAN LAW FIRM LLC 1100 MAIN STREET SUITE 2550<br>KANSAS CITY, MO  64105<br><br>Official Claim Date:  6/15/2009 | 92 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | HALEY JENKINS<br><br>C/O THE KUHLMAN LAW FIRM LLC 1100 MAIN STREET SUITE 2550<br>KANSAS CITY, MO  64105<br><br>Official Claim Date:  6/15/2009 | 95 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |
| J HALGREN SPECIAL ADINISTRATOR OF THE ESTATE OF<br><br>CASEY SECRIST DECEASED AND KATHLEEN SECRIST C/O J KENT EMISON LANGDON & EMISON 911 MAIN STREET PO BOX 220<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 386 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | J HALGREN SPECIAL ADMINISTRATOR OF THE ESTATE<br><br>OF CASEY SECRIST DECEASED AND KATHLEEN SECRIST C/O J KENT EMISON LANGDON & EMISON<br><br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 619 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) |
| JACQUELINE EDWARDS, AS PERSONAL REP AND/OR ADMINISTRATRIX<br><br>OF THE ESTATE OF RAYMOND EDWARDS III, DECEASED ATTN: SILAS G CROSS, JR CROSS, POOLE & SMITH, LLC<br>TUSCALOOSA, AL  35401<br><br>Official Claim Date:  7/23/2009 | 866 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | JACQUELINE EDWARDS, AS PERSONAL REP AND/OR ADMINISTRATRIX<br><br>OF THE ESTATE OF RAYMOND EDWARDS III, DECEASED ATTN: SILAS G CROSS, JR CROSS, POOLE & SMITH, LLC<br>TUSCALOOSA, AL  35401<br><br>Official Claim Date:  7/23/2009 | 865 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JACQUELYN WHITESEL SPOUSE<br><br>JAMES WHITESEL 2650 SOLAR DRIVE<br>LAKE ORION, MI  48360<br><br>Official Claim Date:  11/9/2009 | 21289 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | JACQUELYN WHITESEL (SPOUSE)<br><br>C/O JAMES WHITESEL 2650 SOLAR DR<br>LAKE ORION, MI  48360<br><br>Official Claim Date:  11/9/2009 | 21284 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) |
| JANIS ANDERSON AND ALL WRONGFUL DEATH BENEFICIARIES OF<br><br>JESSE J ANDERSON JR DECEASED LAW OFFICE OF PAUL T BENTON POST OFFICE BOX 1341<br>BILOXI, MS  39533<br><br>Official Claim Date:  7/6/2009 | 466 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | JANIS ANDERSON AND ALL WRONGFUL DEATH BENEFICIARIES<br><br>OF JESSE J ANDERSON JR, DECEASED C/O LAW OFFICE OF PAUL T BENTON PO BOX 1341<br>BILOXI, MS  39533<br><br>Official Claim Date:  7/2/2009 | 417 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |
| JANIS ANDERSON AND ALL WRONGFUL DEATH BENEFICIARIES OF<br><br>JESSE J ANDERSON JR, DECEASED C/O LAW OFFICE OF PAUL T BENTON PO BOX 1341<br>BILOXI, MS  39533<br><br>Official Claim Date:  7/6/2009 | 861 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | JANIS ANDERSON AND ALL WRONGFUL DEATH BENEFICIARIES<br><br>OF JESSE J ANDERSON JR, DECEASED C/O LAW OFFICE OF PAUL T BENTON PO BOX 1341<br>BILOXI, MS  39533<br><br>Official Claim Date:  7/2/2009 | 417 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JEANNETTA PURDUE<br><br>C/O ROBERT ALAN SHEINBEIN ESQ ATTORNEY AT LAW, ATTORNEY FOR CREDITOR 9440 SANTA MONICA BLVD SUITE 500<br>BEVERLY HILLS, CA  90210<br><br>Official Claim Date:  7/28/2009 | 925 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000,000.00  (U)<br>$4,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | JEANNETTA PURDUE<br><br>ROBERT ALAN SHEINBEIN, ESQ. ATTORNEY AT LAW, ATTORNEY FOR CREDITOR 9440 SANTA MONICA BLVD., SUITE 500<br>BEVERLY HILLS, CA  90210<br><br>Official Claim Date:  7/13/2009 | 814 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000,000.00  (U)<br>$4,000,000.00  (T) |
| JENNIFER WAITE<br><br>C/O THE KUHLMAN LAW FIRM LLC 1100 MAIN STREET SUITE 2550<br>KANSAS CITY, MO  64105<br><br>Official Claim Date:  6/15/2009 | 91 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$750,000.00  (U)<br>$750,000.00  (T) | Duplicate Claim | Pgs. 1-4 | JENNIFER WAITE<br><br>C/O THE KUHLMAN LAW FIRM LLC 1100 MAIN STREET SUITE 2550<br>KANSAS CITY, MO  64105<br><br>Official Claim Date:  6/15/2009 | 93 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$750,000.00  (U)<br>$750,000.00  (T) |
| JESSICA JENKINS<br><br>C/O THE KUHLMAN LAW FIRM LLC 1100 MAIN STREET SUITE 2550<br>KANSAS CITY, MO  64105<br><br>Official Claim Date:  6/15/2009 | 99 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | JESSICA JENKINS<br><br>THE KUHLMAN LAW FIRM, LLC 1100 MAIN STREET, SUITE 2550<br>KANSAS CITY, MO  64105<br><br>Official Claim Date:  6/15/2009 | 86 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JIMSEY WALTON, INDIVIDUALLY, THE ESTATE OF MICHAEL C<br><br>WALTON AS REPRESENTED BY THE INDEPENDENT EXECUTOR STEVEN L WALTON BRYAN SCOTT WALTON & MICHAEL C WALTON JR C/O MICHAEL J LOWENBERG, THE O'QUINN LAW FIRM<br><br>HOUSTON, TX  77002<br><br>Official Claim Date:  7/6/2009 | 470 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,000,000.00  (U)<br>$8,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | JIMSEY WALTON, INDIVIDUALLY, THE ESTATE OF MICHAEL C WALTON<br><br>AS REPRESENTED BY THE INDEPENDENT EXECUTOR STEVEN L WALTON BRYAN SCOTT WALTON AND MICHAEL C WALTON JR C/O MICHAEL J LOWENBERG, THE O'QUINN LAW FIRM<br><br>HOUSTON, TX  77002<br><br>Official Claim Date:  7/6/2009 | 473 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,000,000.00  (U)<br>$8,000,000.00  (T) |
| KEITH LUDOLPH AND LAURIE LUDOLPH<br><br>C/O THE HEALY LAW FIRM 111 W WASHINGTON ST SUITE 1425 CHICAGO, IL  60602<br><br>Official Claim Date:  6/23/2009 | 208 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000,000.00  (U)<br>$15,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | KEITH LUDOLPH AND LAURIE LUDOLPH<br><br>C/O THE HEALY LAW FIRM 111 W WASHINGTIN STREET, SUITE 1425 CHICAGO, IL  60602<br><br>Official Claim Date:  6/22/2009 | 191 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000,000.00  (U)<br>$15,000,000.00  (T) |
| KEITH LUDOLPH AND LAURIE LUDOLPH<br><br>THE HEALY LAW FIRM 111 W WASHINGTON ST SUITE 1425 CHICAGO, IL  60602<br><br>Official Claim Date:  7/31/2009 | 965 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000,000.00  (U)<br>$15,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | KEITH LUDOLPH AND LAURIE LUDOLPH<br><br>C/O THE HEALY LAW FIRM 111 W WASHINGTIN STREET, SUITE 1425 CHICAGO, IL  60602<br><br>Official Claim Date:  6/22/2009 | 191 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000,000.00  (U)<br>$15,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| KELLY ANN LEE AND JACEY N LEE<br><br>ATTN RICHARD E MCLEOD MCLEOD & HEINRICHS 1100 MAIN STREET SUITE 2900 KANSAS CITY, MO  64105<br><br>Official Claim Date:  6/29/2009 | 398 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$20,000,000.00   (U)<br>$20,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | KELLY ANN LEE AND JACEY N LEE<br><br>C/O RICHARD E MCLEOD, MCLEOD & HEINRICHS 1100 MAIN STREET, SUITE 2900 KANSAS CITY, MO  64105<br><br>Official Claim Date:  6/29/2009 | 620 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$20,000,000.00   (U)<br>$20,000,000.00   (T) |
| KELLY ANN LEE AND JACEY N LEE<br><br>ATT RICHARD E MCLEOD MCLEOD & HEINRICHS 1100 MAIN ST STE 2900 KANSAS CITY, MO  64105<br><br>Official Claim Date:  9/18/2009 | 1365 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$20,000,000.00   (U)<br>$20,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | KELLY ANN LEE AND JACEY N LEE<br><br>C/O RICHARD E MCLEOD, MCLEOD & HEINRICHS 1100 MAIN STREET, SUITE 2900 KANSAS CITY, MO  64105<br><br>Official Claim Date:  6/29/2009 | 620 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$20,000,000.00   (U)<br>$20,000,000.00   (T) |
| KELLY ANN LEE AND JACEY N LEE<br><br>ATTN: RICHARD E MCLEOD MCLEOD & HEINRICHS 1100 MAIN STREET STE 2900 KANSAS CITY, MO  64105 UNITED STATES OF AMERICA<br><br>Official Claim Date:  9/17/2009 | 6952 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$20,000,000.00   (U)<br>$20,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | KELLY ANN LEE AND JACEY N LEE<br><br>C/O RICHARD E MCLEOD, MCLEOD & HEINRICHS 1100 MAIN STREET, SUITE 2900 KANSAS CITY, MO  64105<br><br>Official Claim Date:  6/29/2009 | 620 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$20,000,000.00   (U)<br>$20,000,000.00   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fourth Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| KIMBERLY JONES ZACHARY JONES AND AMANDA JONES<br><br>J KENT EMISON, LANGDON & EMISON 911 MAIN STREET<br>LEXINGTON, MI  64067<br><br>Official Claim Date:  6/30/2009 | 778 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | KIMBERLY JONES ZACHARY JONES AND AMANDA JONES<br><br>ATTN J KENT EMISON LANGDON & EMISON 911 MAIN STREET<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 399 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) |
| KIMBERLY JONES, ZACHARY JONES AND AMADA JONES<br><br>ATTN J KENT EMISON LANGDON & EMISON 911 MAIN STREET<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  9/18/2009 | 1364 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | KIMBERLY JONES ZACHARY JONES AND AMANDA JONES<br><br>ATTN J KENT EMISON LANGDON & EMISON 911 MAIN STREET<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 399 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) |
| LARRY FISHELL<br><br>ATTN FRED A CUSTER MATERNA, CUSTER & ASSOCIATES 28051 DEQUINDRE<br>MADISON HEIGHTS, MI  48071<br><br>Official Claim Date:  8/10/2009 | 987 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | LARRY FISHELL<br><br>ATTN FRED A CUSTER MATERNA CUSTER & ASSOCIATES 28051 DEQUINDRE<br>MADISON HEIGHTS, MI  48071<br><br>Official Claim Date:  8/10/2009 | 989 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LEXI LYLES GUARDIAN OF ANTONIO HODGES A MINOR<br><br>C/O J P SAWYER 218 COMMERCE STREET MONTGOMERY, AL  36104<br><br>Official Claim Date:  6/16/2009 | 444 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | LEXIE LYLES GUARDIAN OF ANTONIO HODGES A MINOR<br><br>JP SAWYER 218 COMMERCE ST MONTGOMERY, AL  36104<br><br>Official Claim Date:  6/15/2009 | 372 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) |
| LIBERTY MUTUAL INSURANCE COMPANY<br><br>ATTN: JEREMY K WARD 2 WEST 2ND ST, STE 900<br>TULSA, OK  74103<br><br>Official Claim Date:  10/29/2009 | 21064 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$348,379.72  (U)<br>$348,379.72  (T) | Duplicate Claim | Pgs. 1-4 | LIBERTY MUTUAL INSURANCE COMPANY<br><br>ATTN JEREMY K WARD 2 WEST 2ND STREET SUITE 900<br>TULSA, OK  74103<br><br>Official Claim Date:  7/7/2009 | 855 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$348,379.72  (U)<br>$348,379.72  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LINDE LLC<br><br>ATTN JEFFREY J JOHNS 575 MOUNTAIN AVE<br>MURRAY HILL, NJ  07974<br><br>Official Claim Date:  10/19/2009 | 13079 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$93,096.24  (U)<br>$93,096.24  (T) | Duplicate Claim | Pgs. 1-4 | LINDE LLC<br><br>ATTN JEFFREY J JOHNS 575 MOUNTAIN AVE<br>MURRAY HILL, NJ  07974 UNITED STATES OF AMERICA<br><br>Official Claim Date:  10/6/2009 | 6953 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$93,096.24  (U)<br>$93,096.24  (T) |
| LINDE LLC<br><br>ATTN JEFFREY J JOHNS 575 MOUNTAIN AVE<br>MURRAY HILL, NJ  07974<br><br>Official Claim Date:  10/19/2009 | 13076 | Motors Liquidation Company | $0.00  (S)<br>$3,838.71  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,838.71  (T) | Duplicate Claim | Pgs. 1-4 | LINDE LLC<br><br>ATTN JEFFREY J JOHNS 575 MOUNTAIN AVE<br>MURRAY HILL, NJ  07974<br><br>Official Claim Date:  10/6/2009 | 6954 | Motors Liquidation Company | $0.00  (S)<br>$3,838.71  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,838.71  (T) |
| LINDE LLC<br><br>ATTN JEFFREY J JOHNS 575 MOUNTAIN AVE<br>MURRAY HILL, NJ  07974<br><br>Official Claim Date:  10/19/2009 | 13077 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,061.29  (U)<br>$8,061.29  (T) | Duplicate Claim | Pgs. 1-4 | LINDE LLC<br><br>ATTN JEFFREY J JOHNS 575 MOUNTAIN AVE<br>MURRAY HILL, NJ  07974<br><br>Official Claim Date:  10/6/2009 | 6955 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,061.29  (U)<br>$8,061.29  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LINDE LLC<br><br>ATTN JEFFREY J JOHNS 575 MOUNTAIN AVE<br>MURRAY HILL, NJ  07974<br><br>Official Claim Date:  10/19/2009 | 13078 | Motors Liquidation Company | $0.00  (S)<br>$23,954.31  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$23,954.31  (T) | Duplicate Claim | Pgs. 1-4 | LINDE LLC<br><br>ATTN JEFFFREY J JOHNS 575 MOUNTAIN AVE<br>MURRAY HILL, NJ  07974<br><br>Official Claim Date:  10/6/2009 | 6956 | Motors Liquidation Company | $0.00  (S)<br>$23,954.31  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$23,954.31  (T) |
| MAYRA RUBI JIMENEZ OCANA<br><br>ROBERT L LANGDON - LANGDON & EMISON PO BOX 220 911 MAIN<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 381 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MAYRA RUBI JIMENEZ OCANA<br><br>C/O ROBERT L LANGDON LANGDON & EMISON P O BOX 220, 911 MAIN<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/29/2009 | 601 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| MELISSA M VOGEL<br><br>ATTN  THOMAS D FLINN ESQ GARRITY GRAHAM MURPHY GAROFALO & FLINN PC ONE LACKAWANNA PLAZA<br>MONTCLAIR, NJ  07044<br><br>Official Claim Date:  9/14/2009 | 1291 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | MELISSA M VOGEL<br><br>ATTN  THOMAS D FLINN ESQ GARRITY GRAHAM MURPHY GAROFALO & FLINN PC ONE LACKAWANNA PLAZA<br>MONTCLAIR, NJ  07044<br><br>Official Claim Date:  9/14/2009 | 1289 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fourth Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MICHAEL J KRAUS<br><br>BELAIR & EVANS LLP 61 BROADWAY NEW YORK, NY  10006<br><br>Official Claim Date:  8/25/2009 | 1327 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MICHAEL J KRAUS<br><br>BELAIR & EVANS LLP 61 BROADWAY NEW YORK, NY  10006<br><br>Official Claim Date:  8/24/2009 | 1230 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| MILDRED SNYDER<br><br>C/O FRAZIER & ASSOCIATES 612 E MARKET STREET INDIANAPOLIS, IN  46202<br><br>Official Claim Date:  7/28/2009 | 926 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$150,000.00  (U)<br>$150,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MILDRED SNYDER<br><br>C/O FRAZIER & ASSOCIATES 612 EAST MARKET STREET INDIANAPOLIS, IN  46202<br><br>Official Claim Date:  7/10/2009 | 532 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$150,000.00  (U)<br>$150,000.00  (T) |
| MITCHELL R CANTY<br><br>8146 REYNOLDSWOOD DRIVE REYNOLDSBURG, OH  43068<br><br>Official Claim Date:  8/18/2009 | 1155 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$500,000.00  (P)<br>$0.00  (U)<br>$500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MITCHELL R CANTY<br><br>8146 REYNOLDSWOOD DRIVE REYNOLDSBURG, OH  43068<br><br>Official Claim Date:  6/19/2009 | 494 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$500,000.00  (P)<br>$0.00  (U)<br>$500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fourth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MONTSERRAT TREJO VELASQUEZ<br><br>C/O JERRY GUERRA LAW OFFICES OF JERRY GUERRA PC 555 N CARANCAHUA SUITE 200<br>CORPUS CHRISTI, TX  78478<br><br>Official Claim Date:  8/6/2009 | 973 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MONTSERRAT TREJO VELASQUEZ<br><br>ATTN JERRY GUERRA LAW OFFICES OF JERRY GUERRA P C 555 N CARANCAHUA SUITE 200<br>CORPUS CHRISTI, TX  78478<br><br>Official Claim Date:  8/6/2009 | 1051 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) |
| MONTSERRAT TREJO VELASQUEZ<br><br>ATTN JERRY GUERRA LAW OFFICES OF JERRY GUERRA PC 555 N CARANCAHUA SUITE 200<br>CORPUS CHRISTI, TX  78478<br><br>Official Claim Date:  8/7/2009 | 1145 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MONTSERRAT TREJO VELASQUEZ<br><br>ATTN JERRY GUERRA LAW OFFICES OF JERRY GUERRA P C 555 N CARANCAHUA SUITE 200<br>CORPUS CHRISTI, TX  78478<br><br>Official Claim Date:  8/6/2009 | 1051 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) |
| NORMAN FORESTER<br><br>C/O J KENT EMISON, LANGDON & EMISON P O BOX 220, 911 MAIN<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/25/2009 | 307 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000,000.00  (U)<br>$15,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | NORMAN FORESTER<br><br>ATTN:  J KENT EMISON, LANGDON & EMISON P O BOX 220, 911 MAIN<br>LEXINGTON, MO  64067<br><br>Official Claim Date:  6/25/2009 | 555 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000,000.00  (U)<br>$15,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| PATRICIA SEALS AS WRONGFUL DEATH BENEFICIARY OF<br><br>DECEDENT KAREN BETH SEALS ET AL C/O CHAD D POINTS AT DENENA & POINTS PC 1010 LAMAR ST, SUITE 1111<br>HOUSTON, TX  77002<br><br>Official Claim Date:  6/16/2009 | 105 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$850,000.00   (U)<br>$850,000.00   (T) | Duplicate Claim | Pgs. 1-4 | PATRICIA SEALS AS WRONGFUL DEATH BENEFICIARY OF<br><br>DECEDENT KAREN BETH SEALS ETAL C/O CHAD D POINTS AT DENENA & POINTS PC 1010 LAMAR ST SUITE 1111<br>HOUSTON, TX  77002<br><br>Official Claim Date:  6/15/2009 | 446 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$850,000.00   (U)<br>$850,000.00   (T) |
| PATRICIA SEALS AS WRONGFUL DEATH BENEFICIARY OF DECEDENT<br><br>KAREN BETH SEALS ETAL ATTN CHAD D POINTS AT DENENA & POINTS PC 1010 LAMAR ST SUITE 1111<br>HOUSTON, TX  77002<br><br>Official Claim Date:  6/29/2009 | 397 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$850,000.00   (U)<br>$850,000.00   (T) | Duplicate Claim | Pgs. 1-4 | PATRICIA SEALS AS WRONGFUL DEATH BENEFICIARY OF<br><br>DECEDENT KAREN BETH SEALS ETAL C/O CHAD D POINTS AT DENENA & POINTS PC 1010 LAMAR ST SUITE 1111<br>HOUSTON, TX  77002<br><br>Official Claim Date:  6/15/2009 | 446 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$850,000.00   (U)<br>$850,000.00   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RICARDO GALVEZ, ARACELI HERNANDEZ, ELIZABETH SANDOVAL, GERARDO LOERA C/O ROBERT L LANGDON, LANGDON & EMISON P O BOX 220, 911 MAIN LEXINGTON, MO  64067 <br><br>Official Claim Date:  6/25/2009 | 306 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | RICARDO GALVEZ, ARACELI HERNANDEZ, ELIZABETH SANDOVAL AND GERARDO LOERA ATTN ROBERT L LANGDON LANGDON & EMISON LEXINGTON, MO  64067 <br><br>Official Claim Date:  6/25/2009 | 732 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) |
| RICARDO GALVEZ, ARACELI HERNANDEZ, ELIZABETH SANDOVAL AND GERARDO LOERA ATTN ROBERT L LANGDON LANGDON & EMISON LEXINGTON, MO  64067 <br><br>Official Claim Date:  7/17/2009 | 731 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | RICARDO GALVEZ, ARACELI HERNANDEZ, ELIZABETH SANDOVAL AND GERARDO LOERA ATTN ROBERT L LANGDON LANGDON & EMISON LEXINGTON, MO  64067 <br><br>Official Claim Date:  6/25/2009 | 732 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) |
| RICARDO JAVIER QUIROZ GALVEZ C/O ROBERT L LANGDON - LANGDON & EMISON PO BOX 220 , 911 MAIN LEXINGTON, MO  64067 <br><br>Official Claim Date:  6/29/2009 | 384 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | RICARDO JAVIER QUIROZ GALVEZ C/O ROBERT L LANGDON, LANGDON & EMISON P O BOX 220, 911 MAIN LEXINGTON, MO  64067 <br><br>Official Claim Date:  6/29/2009 | 598 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RICHARD DEAN HIGHTOWER IND AND ADMIN<br><br>OF THE ESTATE OF CAROLYN HIGHTOWER C/O J P SAWYER 218 COMMERCE STREET<br><br>MONTGOMERY, AL  36104<br><br>Official Claim Date:  6/16/2009 | 364 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,000,000.00   (U)<br>$3,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | RICHARD DEAN HIGHTOWER INDIVIDUALLY AND<br><br>ADMINISTRATOR OF ESTATE OF CAROLYN HIGHTOWER C/O J P  SAWYER 218 COMMERCE ST<br>MONTGOMERY, AL  36104<br><br>Official Claim Date:  6/15/2009 | 335 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,000,000.00   (U)<br>$3,000,000.00   (T) |
| ROBERT DINNIGAN, AS FATHER & NATURAL GUARDIAN<br><br>OF AMANDA DINNIGAN, AN INFANT C/O LIPSIG, SHAPEY, MANUS & MOVERMAN PC 40 FULTON STREET 25TH FLOOR<br><br>NEW YORK, NY  10038<br><br>Official Claim Date:  6/22/2009 | 189 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$100,000,000.00   (U)<br>$100,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | ROBERT DINNIGAN, AS FATHER AND NATURAL<br><br>GUARDIAN OF AMANDA DINNIGAN, AN INFANT C/O LIPSIG, SHAPEY, MANUS & MOVERMAN, P C 40 FULTON STREET 25TH FLOOR<br>NEW YORK, NY  10038<br><br>Official Claim Date:  6/19/2009 | 551 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$100,000,000.00   (U)<br>$100,000,000.00   (T) |
| ROBERT DINNIGAN, AS FATHER & NATURAL GUARDIAN OF<br><br>AMANDA DINNIGAN, AN INFANT LIPSIG, SHAPEY, MANUS & MOVERMAN, P C 40 FULTON ST, 25TH FLOOR<br><br>NEW YORK, NY  10038<br><br>Official Claim Date:  6/22/2009 | 199 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$100,000,000.00   (U)<br>$100,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | ROBERT DINNIGAN, AS FATHER AND NATURAL<br><br>GUARDIAN OF AMANDA DINNIGAN, AN INFANT C/O LIPSIG, SHAPEY, MANUS & MOVERMAN, P C 40 FULTON STREET 25TH FLOOR<br>NEW YORK, NY  10038<br><br>Official Claim Date:  6/19/2009 | 551 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$100,000,000.00   (U)<br>$100,000,000.00   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ROSS MELODY | 2026 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | ROSS MELODY | 2025 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| ROSS, FAITH ANN 107 EAST ROSS STREET IRON RIVER, MI  49935 | | | $0.00  (P) | | | ROSS, MELODY 107 EAST ROSS STREET IRON RIVE, MI  49935 | | | $0.00  (P) |
| | | | $3,500.00  (U) | | | | | | $3,500.00  (U) |
| Official Claim Date:  10/1/2009 | | | $3,500.00  (T) | | | Official Claim Date:  10/1/2009 | | | $3,500.00  (T) |
| ROXIE CLEVENGER | 60 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | ROXIE CLEVENGER | 63 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| THE STANLEY LAW FIRM, LLC 1100 MAIN STREET, SUITE 2550 KANSAS CITY, MO  64105 | | | $0.00  (P) | | | C/O THE STANLEY LAW FIRM, LLC 1100 MAIN STREET, SUITE 2550 KANSAS CITY, MO  64105 | | | $0.00  (P) |
| | | | $895,000.00  (U) | | | | | | $895,000.00  (U) |
| Official Claim Date:  6/15/2009 | | | $895,000.00  (T) | | | Official Claim Date:  6/15/2009 | | | $895,000.00  (T) |
| SAERI CRISTEL JIMENEZ OCANA | 376 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | SAERI CRISTEL JIMENEZ OCANA | 602 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| ATTN ROBERT L LANGDON LANGDON & EMISON PO BOX 220, 911 MAIN LEXINGTON, MO  64067 | | | $0.00  (P) | | | C/O ROBERT L LANGDON LANGDON & EMISON P O BOX 220, 911 MAIN LEXINGTON, MO  64067 | | | $0.00  (P) |
| | | | $10,000,000.00  (U) | | | | | | $10,000,000.00  (U) |
| Official Claim Date:  6/29/2009 | | | $10,000,000.00  (T) | | | Official Claim Date:  6/29/2009 | | | $10,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SARAH RUBSAM<br><br>THE HEALY LAW FIRM 111 W WASHINGTON STREET, SUITE 1425<br>CHICAGO, IL  60602<br><br>Official Claim Date:  6/22/2009 | 200 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | SARAH RUBSAM<br><br>C/O THE HEALY LAW FIRM 111 W WASHINGTON ST SUITE 1425<br>CHICAGO, IL  60602<br><br>Official Claim Date:  6/22/2009 | 192 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |
| SARAH RUBSAM<br><br>THE HEALY LAW FIRM 111 W WASHINGTON ST SUITE 1425<br>CHICAGO, IL  60602<br><br>Official Claim Date:  7/31/2009 | 964 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | SARAH RUBSAM<br><br>C/O THE HEALY LAW FIRM 111 W WASHINGTON ST SUITE 1425<br>CHICAGO, IL  60602<br><br>Official Claim Date:  6/22/2009 | 192 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |
| SARAH RUBSAM<br><br>C/O THE HEALY LAW FIRM 111 W WASHINGTON STREET, SUITE 1425<br>CHICAGO, IL  60602<br><br>Official Claim Date:  6/22/2009 | 188 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | SARAH RUBSAM<br><br>THE HEALY LAW FIRM 111 W WASHINGTON STREET, SUITE 1425<br>CHICAGO, IL  60602<br><br>Official Claim Date:  6/22/2009 | 200 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SEBASTIANA ALCUDIA NARBAEZ | 379 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | SEBASTIANA ALCUDIA NARBAEZ | 605 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| ATTN ROBERT L LANGDON LANGDON & EMISON PO BOX 220, 911 MAIN | | | $0.00  (P) | | | C/O ROBERT L LANGDON, LANGDON & EMISON P O BOX 220, 911 MAIN | | | $0.00  (P) |
| LEXINGTON, MO  64067 | | | $5,000,000.00  (U) | | | LEXINGTON, MO  64067 | | | $5,000,000.00  (U) |
| Official Claim Date:  6/29/2009 | | | $5,000,000.00  (T) | | | Official Claim Date:  6/29/2009 | | | $5,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TERRY ROY COOK<br><br>ATTN GEOFFREY S. GULINSON, ESQ<br>GEOFFREY S GULINSON & ASSOCIATES,<br>PC 4155 E. JEWELL AVE, STE 402<br>DENVER, CO  80222<br><br>Official Claim Date:  9/21/2009 | 1430 | MLCS Distribution Corporation | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000,000.00   (U)<br>$5,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON ESQ<br>GEOFFREY S GULINSON & ASSOCIATES PC<br>4155 E JEWELL AVE STE 402<br>DENVER, CO  80222<br><br>Official Claim Date:  9/17/2009 | 1424 | MLCS Distribution Corporation | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000,000.00   (U)<br>$5,000,000.00   (T) |
| TERRY ROY COOK<br>ATTN GEOFFREY S GULINSON ESQ<br>GEOFFREY S GULINSON & ASSOCIATES P<br>C 4155 E JEWELL AVE STE 402<br>DENVER, CO  80222<br><br>Official Claim Date:  9/21/2009 | 1433 | MLCS, LLC | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000,000.00   (U)<br>$5,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | TERRY ROY COOK<br>ATTN GEOFFREY S GULINSON ESQ<br>GEOFFREY S GULINSON & ASSOCIATES P<br>C 4155 E JEWELL AVE STE 402<br>DENVER, CO  80222<br><br>Official Claim Date:  9/17/2009 | 1425 | MLCS, LLC | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000,000.00   (U)<br>$5,000,000.00   (T) |
| TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON, ESQ<br>GEOFFREY S GULINSON & ASSOCIATES,<br>PC 4155 E JEWELL AVE, STE 402<br>DENVER, CO  80222<br><br>Official Claim Date:  9/21/2009 | 1429 | MLC of Harlem, Inc. | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000,000.00   (U)<br>$5,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON, ESQ<br>GEOFFREY S GULINSON & ASSOCIATES,<br>P.C. 4155 E JEWELL AVE, STE 402<br>DENVER, CO  80222<br><br>Official Claim Date:  9/17/2009 | 1426 | MLC of Harlem, Inc. | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000,000.00   (U)<br>$5,000,000.00   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fourth Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON, ESQ<br>GEOFFREY S GULINSON & ASSOCIATES,<br>PC 4155 E JEWELL AVE, STE 402<br>DENVER, CO  80222<br><br>Official Claim Date:  9/17/2009 | 1427 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON ESQ.<br>GEOFFREY S GULINSON & ASSOCIATES,<br>PC 4155 E JEWELL AVE, STE 402<br>DENVER, CO  80222<br><br>Official Claim Date:  9/17/2009 | 1428 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |
| TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON ESQ<br>GEOFFREY S GULINSON & ASSOCIATES P<br>C 4155 E JEWELL AVE STE 402<br>DENVER, CO  80222<br><br>Official Claim Date:  9/21/2009 | 1431 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON ESQ.<br>GEOFFREY S GULINSON & ASSOCIATES,<br>PC 4155 E JEWELL AVE, STE 402<br>DENVER, CO  80222<br><br>Official Claim Date:  9/17/2009 | 1428 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |
| TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON ESQ<br>GEOFFREY S GULINSON & ASSOCIATES P<br>C 4155 E JEWELL AVE STE 402<br>DENVER, CO  80222<br><br>Official Claim Date:  9/21/2009 | 1432 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON ESQ.<br>GEOFFREY S GULINSON & ASSOCIATES,<br>PC 4155 E JEWELL AVE, STE 402<br>DENVER, CO  80222<br><br>Official Claim Date:  9/17/2009 | 1428 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TYLER BLAKE AND/OR STEVE BLAKE<br><br>ATTN D BRUCE PETWAY ESQ, ATTY FOR THE BLAKES PETWAY TUCKER & BARGANIER LLC 510 PARK PLACE TOWER BIRMINGHAM, AL  35203<br><br>Official Claim Date:  7/28/2009 | 919 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,000,000.00  (U)<br>$8,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | TYLER BLAKE AND/OR STEVE BLAKE<br><br>ATTN: D BRUCE PETWAY, ESQ, ATTY FOR THE BLAKES PETWAY, TUCKER & BARGANIER, LLC 510 PARK PLACE TOWER BIRMINGHAM, AL  35203<br><br>Official Claim Date:  7/23/2009 | 868 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,000,000.00  (U)<br>$8,000,000.00  (T) |
| VERNON HOUSE<br><br>C/O THOMAS C KNOWLES VAN BLOIS & ASSOCIATES 7677 OAKPORT STREET SUITE 565 OAKLAND, CA  94621<br><br>Official Claim Date:  7/27/2009 | 886 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | VERNON HOUSE<br><br>C/O THOMAS C KNOWLES VAN BLOIS & ASSOCIATES 7677 OAKPORT STREET SUITE 565 OAKLAND, CA  94621<br><br>Official Claim Date:  7/17/2009 | 649 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| WASHINGTON COUNTY TAX COLLECTOR<br><br>280 N COLLEGE AVE STE 202 FAYETTEVILLE, AR  72701<br><br>Official Claim Date:  10/6/2009 | 5454 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$122,698.48  (P)<br>$0.00  (U)<br>$122,698.48  (T) | Duplicate Claim | Pgs. 1-4 | WASHINGTON COUNTY TAX COLLECTOR<br><br>280 N COLLEGE AVE STE 202 FAYETTEVILLE, AR  72701<br><br>Official Claim Date:  6/18/2009 | 159 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$122,698.48  (P)<br>$0.00  (U)<br>$122,698.48  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fourth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WILSON, MARK R<br><br>C/O GOLDENBERG HELLER ANTOGNOLI & ROWLAND PC 2227 S STATE ROUTE 157<br>EDWARDSVILLE, IL  62025<br><br>Official Claim Date:  10/20/2009 | 13542 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) | Duplicate Claim | Pgs. 1-4 | WILSON, MARK R<br><br>C/O GOLDENBERG HELLER ANTOGNOLI & ROWLAND PC 2227 S STATE ROUTE 157<br>EDWARDSVILLE, IL  62025<br><br>Official Claim Date:  10/20/2009 | 13541 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) |

| | | | |
|---|---|---|---|
| **Claims to be Disallowed and Expunged Totals** | 100 | $2,029,836.70  (S) | |
| | | $27,793.02  (A) | |
| | | $622,698.48  (P) | |
| | | $770,865,919.00  (U) | |
| | | $773,546,247.20  (T) | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".