> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                      :
In re                                 :    Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :    09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                      :
                   Debtors.           :    (Jointly Administered)
                                      :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

**PLEASE TAKE NOTICE** that on December 8, 2009, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their fifth omnibus non-substantive objection to claims (the "**Debtors'**

**Fifth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Debtors' Fifth Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber,

United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York 10004, on **January**

**14, 2010 at 9:30 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

        **PARTIES RECEIVING THIS NOTICE OF OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO.**

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Fifth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn:  Ted Stenger); (iii) General Motors, LLC, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn:  Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff,

Esq., and Gregory G. Plotko, Esq.); (xii) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana

G. Adams, Esq.); and (xiii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third

Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.),

so as to be received no later than **January 7, 2010, at 4:00 p.m. (Eastern Time)** (the "**Response

Deadline**").

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and

served with respect to the Debtors' Fifth Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Debtors' Fifth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.


Dated: December 8, 2009
       New York, New York

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
|   **f/k/a General Motors Corp.**, *et al.* | : | |
| | : | |
|   **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

## DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ATTACHED TO THIS OBJECTION.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), file this fifth omnibus

non-substantive objection to claims (the "**Debtors' Fifth Omnibus Objection to Claims**")

pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim filed

in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an

order disallowing and expunging the claims listed on **Exhibit A** attached hereto,[1] and

respectfully represent:

### **Relief Requested**

1.      The Debtors have examined the proofs of claim identified on Exhibit A,

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "**Claims with Insufficient Documentation**") do not include

sufficient documentation to ascertain the nature or validity of the claim.  Pursuant to section

502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Procedures Order, the Debtors

seek entry of an order disallowing and expunging from the claims register the Claims with

Insufficient Documentation.

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

2.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

3.      On June 1, 2009, four of the Debtors (the "**First Filed Debtors**")

commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code and on

October 9, 2009, two additional Debtors (the "**Realm/Encore Debtors**") commenced with this

Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly

administered with those of the First Filed Debtors under Case Number 09-50026 (REG).  On

September 15, 2009, the First Filed Debtors filed their schedules of assets and liabilities and

statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009,

the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of

financial affairs.

4.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the First Filed Debtors' cases, including governmental units.  On December 2, 2009, this

Court entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code for which the Court

established June 1, 2010 as the deadline to file a proof of claim).

5.      Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the First Filed Debtors, among other things, to file omnibus objections to no

more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy

Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

6.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

7.      A proof of claim *must* "set forth the facts necessary to support the claim" for it to receive the prima facie validity accorded under the Bankruptcy Rules.  *In re Chain*, 255 B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28 (Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), aff'd , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

8.      The Debtors have examined the proofs of claim identified on Exhibit A, and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" do not include sufficient documentation to ascertain the nature or validity of these claims.  Thus, the Debtors request that the Court disallow and expunge in their entirety the Claims with Insufficient Documentation.

## Notice

9.      Notice of this Motion has been provided to each claimant asserting a Claim with Insufficient Documentation and parties in interest in accordance with the Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and

Case Management Procedures, dated August 3, 2009 [Docket No. 3629].  The Debtors submit

that such notice is sufficient and no other or further notice need be provided.

      10.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

      WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: December 8, 2009
    New York, New York


                         /s/ Joseph H. Smolinsky
                         Harvey R. Miller
                         Stephen Karotkin
                         Joseph H. Smolinsky

                         WEIL, GOTSHAL & MANGES LLP
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone: (212) 310-8000
                         Facsimile: (212) 310-8007

                         Attorneys for Debtors
                         and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                              :
In re                                         :        Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,         :        09-50026 (REG)
    f/k/a General Motors Corp., *et al.*       :
                                              :
                        Debtors.              :        (Jointly Administered)
                                              :
-------------------------------------------------------------------x

<u>ORDER GRANTING DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS</u>
(Claims with Insufficient Documentation)

Upon the fifth omnibus objection to claims, dated December 8, 2009 (the

"**Debtors' Fifth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket No. 4180], seeking

entry of an order disallowing and expunging the Claims With Insufficient Documentation on the

grounds that such claims do not include sufficient documentation to ascertain the validity of the

claim, all as more fully described in the Debtors' Fifth Omnibus Objection to Claims; and due

and proper notice of the Debtors' Fifth Omnibus Objection to Claims having been provided, and

it appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Debtors' Fifth Omnibus Objection to Claims is in the best

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Fifth Omnibus Objection to Claims.

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Debtors' Fifth Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' Fifth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit A attached hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "**Claims with Insufficient Documentation**") are disallowed and expunged;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to any claim listed on Exhibit A to the Debtors' Fifth Omnibus Objection

to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on

Exhibit A to this order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
            _____, 2010

_____
United States Bankruptcy Judge

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| LELTON MARTIN<br>1878 COUNTY ROAD 284<br><br>COURTLAND, AL  35618 | 319 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$0.00   (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| JAMIE SANKS & CHENITA SANKS<br>5353 VETERANS PARKWAY SUITE A<br><br>COLUMBUS, GA  31904 | 805 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$55,000.00   (U)<br>$55,000.00   (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| GEORGIA WASTE SYSTEM INC<br>GEORGIA WASTE WATER SYSTEM INC C/O JACQUOLYN E MILLS 1001 FANNIN STREET SUITE 4000<br>HOUSTON, TX  77002 | 1052 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$300,000.00   (U)<br>$300,000.00   (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| BARBARA J SEWARD<br>6788 GINGER AVE<br><br>ENON, OH  45323 | 1895 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$0.00   (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| ROGER D NEWELL<br>5952 PHELPS CT<br><br>OTTER LAKE, MI  48464 | 1905 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$0.00   (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| HOGAN, KENNETH L<br>2905 CHERRY TREE CT<br><br>RACINE, WI  53402 | 2684 | Motors Liquidation Company | $0.00   (S)<br>$201,000,000.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$201,000,000.00   (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Fifth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WILLIAM DENAM<br>5091 WAKEFIELD RD<br><br>GRAND BLANC, MI  48439 | 2691 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| KYLE TURK CASE #71-716820700<br>1130 E ST NE<br><br>MIAMI, OK  74354 | 2897 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$170,000.00<br>$170,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| PAULA M KARR<br>5738 W MORTEN AVE<br><br>GLENDALE, AZ  85301 | 3845 | Motors Liquidation Company | $0.00<br>$0.00<br>$280,000.00<br>$0.00<br>$280,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| BAKER, RONALD J<br>16695 COUNTRY RD B<br><br>SMITHVILLE, MO  64089 | 4884 | Motors Liquidation Company | $0.00<br>$0.00<br>$200,000.00<br>$0.00<br>$200,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| ESTHER MORR<br>258 JOANNA ST APT 1<br><br>BROOKVILLE, OH  45309 | 5307 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| JEFFERY VANVALLIS<br>11225 MAE AVE<br><br>WARREN, MI  48089 | 7047 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fifth Omnibus Objection**

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| HAIRSTON, LINDA A<br>PO BOX 320674<br><br>FLINT, MI  48532 | 7831 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| LAVERNE DIGGS<br>633 N GRANDVIEW AVE<br><br>MCKEESPORT, PA  15132 | 9778 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| SUSAN G CLAIR HOUGHTON<br>6097 BELL HWY<br><br>EATON RAPIDS, MI  48827 | 10259 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| LEONARD D LINDQUIST<br>2255 BURNING TREE CIR<br><br>OWOSSO, MI  48867 | 10513 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| HERBERT P BELL<br>1741 COLUMBINE ST<br><br>EAST TAWAS, MI  48730 | 11170 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| FREDDIE L DULANEY<br>6517 ALLISON DR<br><br>FLINT, MI  48504 | 11261 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| AARON PHILLIPS SR<br>8635 OXFORD LN<br><br>SAINT LOUIS, MO 63147 | 11631 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| ROXANNE WILLIAMS<br>4233 W COURT ST APT 27<br><br>FLINT, MI 48532 | 11963 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| ROY C HAYTH<br>5 CEDAR RUN LN APT 10<br><br>LAKE ST LOUIS, MO 63367 | 12052 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| AKINS, RITA COLLENE<br>8542 NICHOLS RD<br><br>FLUSHING, MI 48433 | 12174 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| RITA AKINS<br>8542 NICHOLS RD<br><br>FLUSHING, MI 48433 | 12175 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| CHERYL C GREEN<br>PO BOX 13894<br><br>NEW ORLEANS, LA 70185 | 12265 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$500,000.00<br>$500,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fifth Omnibus Objection**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DONALD R TIDWELL<br>1061 RIVER HILL DR<br><br>FLINT, MI  48532 | 12279 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| ARTHUR MILLS<br>36966 ELLIS ST<br><br>NEW BOSTON, MI  48164 | 13106 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| QUINCI PAGE<br>C/O GARY W KULLMANN 7777 BONHOMME AVENUE SUITE 2301<br>CLAYTON, MO  63105 | 13310 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| LISA BURNS<br>GARY W KULLMANN 7777 BONHOMME AVE STE 2301<br>CLAYTON, MO  63105 | 13353 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| THOMAS C BROWN<br>3202 BRYNMAWR PL<br><br>FLINT, MI  48504 | 14219 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| BROWN, THOMAS CLIFTON<br>3202 BRYNMAWR PL<br><br>FLINT, MI  48504 | 14220 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| GRADY SMITH<br>PO BOX 1696<br><br>SAINT PETERS, MO  63376 | 14290 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$10,950.00  (P)<br>$859,050.00  (U)<br>$870,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| EVELYN JONES<br>1910 CHENE CT APT 203<br><br>DETROIT, MI  48207 | 14299 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| VAUGHN L BAGNARD<br>7 INVERNESS CT<br><br>SAINT PETERS, MO  63376 | 14427 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$9,000.00  (P)<br>$0.00  (U)<br>$9,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| JAMES D FISHER<br>678 BUDLONG ST<br><br>ADRIAN, MI  49221 | 14824 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| ELVIE MOORE<br>PO BOX 703<br><br>ROCKY POINT, NC  28457 | 15108 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| KEVIN E KESTLER<br>2202 MAYWINE LANE<br><br>OFALLON, MO  63368 | 15248 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| KATHLEEN PETERS<br>GARY W KULLMANN 7777 BONHOMME AVE, SUITE 2301<br>CLAYTON, MO  63105 | 15289 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| DANIEL A DAVIS<br>6124 COLUMBIA ST<br>HASLETT, MI  48840 | 15724 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| DENNIS W MC GUIRE<br>58 LINCOLN AVE<br>LAMBERTVILLE, NJ  08530 | 15737 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| EMILY MC GUIRE<br>58 LINCOLN AVE<br>LAMBERTVILLE, NJ  08530 | 15738 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| DWAYNE MYERS<br>7263 MONT DR<br>MIDDLETOWN, OH  45042 | 16034 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| KENNETH GREIGG<br>34690 W HARBOR DR<br>MILLSBORO, DE  19966 | 16131 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fifth Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| NATHAN BLAKEMORE 2523 W ARNOLD LAKE RD HARRISON, MI  48625 | 16133 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| JO ARNOLD PO BOX 764 MOUNT MORRIS, MI  48458 | 16134 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| PAUL E SAWYER 5392 BANGOR AVE FLUSHING, MI  48433 | 16851 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| MARILYN A WEBB PO BOX 253 COVINGTON, GA  30015 | 17075 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| FACUNDO, RODOLFO 1609 HERBERT ST LANSING, MI  48910 | 17186 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| AMANDA S MOORE 402 FOGG RD LESLIE, MI  49251 | 17807 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fifth Omnibus Objection**

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LARRY BOUTIN<br>16701 SUGARPINES CT<br><br>WRIGHT CITY, MO  63390 | 18061 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| CARL L BILLETER<br>1560 HUNTSHIRE DR<br><br>HOLT, MI  48842 | 18226 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| SUSAN POWELL<br>3131 N HILLS BLVD<br><br>ADRIAN, MI  49221 | 18228 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| ALMA L BETTS<br>1563 AMBERLY DR SE<br><br>GRAND RAPIDS, MI  49508 | 18620 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| LEONARD N MAUER<br>5268 N SEYMOUR RD<br><br>FLUSHING, MI  48433 | 19119 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| RONALD ELZERMAN<br>335 LAKE FOREST<br><br>ROCHESTER HILLS, MI  48309 UNITED STATES OF AMERICA | 20124 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$120,000.00<br>$120,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fifth Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CLAUDIA H HEMPHILL<br>104 BROOKHAVEN DR<br><br>COLUMBIA, TN  38401 | 20132 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| STEPHEN SWARIN<br>3885 PINE HARBOR<br><br>WEST BLOOMFIELD, MI  48323 | 20784 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$190,000.00  (U)<br>$190,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| PAUL LANGER<br>8891 SW 57TH COURT RD<br><br>OCALA, FL  34476 UNITED STATES OF AMERICA | 21644 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$89,000.00  (U)<br>$89,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| ROBERT KOPANIC<br>105 FOREST HILL<br><br>HUBBARD, OH  44425 | 22081 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$95,000.00  (U)<br>$95,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| DANIEL J EISENBEIS<br>175 INGLEWOOD CT<br><br>LINDEN, MI  48451 | 22107 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$130,000.00  (U)<br>$130,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| NADER AUTOMOTIVE GROUP, LLC<br>PO BOX 1720<br><br>DANVILLE, CA  94526 | 22109 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fifth Omnibus Objection**

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LUANA ALBENZE 3270 LORI LANE NEW PORT RICHEY, FL  34655 UNITED STATES OF AMERICA | 23394 | Motors Liquidation Company | $0.00 $0.00 $0.00 $117,386.00 $117,386.00 | (S) (A) (P) (U) (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| DAVID SCHAFER 269 HAZELTINE DRIVE DEBARY, FL  32713 UNITED STATES OF AMERICA | 23482 | Motors Liquidation Company | $0.00 $0.00 $0.00 $598,558.00 $598,558.00 | (S) (A) (P) (U) (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| JAMES JEMAIL 525 WINFRED DRIVE RALEIGH, NC  27603 UNITED STATES OF AMERICA | 23484 | Motors Liquidation Company | $0.00 $0.00 $0.00 $93,128.00 $93,128.00 | (S) (A) (P) (U) (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| JUDITH KELLEHER 285 CANTERBURY DR W PALM BEACH GARDENS, FL  33418 UNITED STATES OF AMERICA | 23491 | Motors Liquidation Company | $0.00 $0.00 $0.00 $120,000.00 $120,000.00 | (S) (A) (P) (U) (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| HARRY GRIM 202 WILTSHIRE CT EASLEY, SC  29642 | 23569 | Motors Liquidation Company | $0.00 $0.00 $180,000.00 $0.00 $180,000.00 | (S) (A) (P) (U) (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| HARRY GRIM 202 WILTSHIRE CT EASLEY, SC  29642 | 23570 | Motors Liquidation Company | $0.00 $0.00 $0.00 $5,000,000.00 $5,000,000.00 | (S) (A) (P) (U) (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| RALPH S MAKOWSKI<br>65381 POWELL RD<br>WASHINGTON, MI  48095 | 23630 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$111,792.00  (U)<br>$111,792.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| EDWARD R ANIKEWICH<br>35570 JEFFERS CT<br>HARRISON TWP, MI  48045 | 26607 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| DENNIS WESSERLING<br>44156 DYLAN<br>STERLING HEIGHTS, MI  48314 UNITED STATES OF AMERICA | 26609 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$91,780.00  (U)<br>$91,780.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| BERNA J HEARD<br>BERNA J HEARD (SPOUSE) 985 LAPOINT RD<br>LINN CREEK, MO  65052 | 26627 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$92,015.00  (U)<br>$92,015.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| JAMES VACHUSKA<br>5315 INDIAN VALLEY RD<br>FRANKLIN, TN  37064 UNITED STATES OF AMERICA | 27887 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$90,000.00  (U)<br>$90,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| CASILLO, LEONARD M<br>2472 THISTLE POINTE<br>BLOOMFIELD, MI  48304 | 27893 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$125,139.00  (U)<br>$125,139.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JAMES TRIPLETT<br>601 CHERRYWOOD DR<br><br>FLUSHING, MI  48433 UNITED STATES OF AMERICA | 28005 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$97,204.00   (U)<br><br>$97,204.00   (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| CARLETON MATZELLE<br>5345 IROQUOIS COURT<br><br>CLARKSTON, MI  48348 UNITED STATES OF AMERICA | 28103 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$219,500.00   (U)<br><br>$219,500.00   (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| CARLETON MATZELLE<br>5345 IROQUIOS COURT<br><br>CLARKSTON, MI  48348 | 28104 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$283,700.00   (U)<br><br>$283,700.00   (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| MALCOLM BROWN<br>633 LINCOLN ROAD<br><br>GROSSE POINTE, MI  48230 UNITED STATES OF AMERICA | 28111 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$156,000.00   (U)<br><br>$156,000.00   (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| RONALD B GOODWIN<br>373 QUIET HARBOR DRIVE<br><br>HENDERSON, NV  89052 | 28949 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$1,000,000.00   (U)<br><br>$1,000,000.00   (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| ALICE GOODWIN<br>343 QUIET HARBOR DRIVE<br><br>HENDERSON, NV  89052 | 28950 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$500,000.00   (U)<br><br>$500,000.00   (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fifth Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CAROL SEAVITT<br>631 W TREMOLO LN<br><br>ORO VALLEY, AZ  85737 | 28972 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$238,400.00  (U)<br>$238,400.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| WILLIAM DEAN<br>1917 KIPLING DR<br><br>FLOWER MOUND, TX  75022 UNITED STATES OF AMERICA | 29000 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$141,851.00  (U)<br>$141,851.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| WILLIAM DEAN<br>1917 KIPLING DR<br><br>FLOWER MOUND, TX  75022 UNITED STATES OF AMERICA | 29001 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$118,573.00  (U)<br>$118,573.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| GERALD A KOLB<br>14137 RANDALL<br><br>STERLING HEIGHTS, MI  48313 | 29005 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$148,506.00  (U)<br>$148,506.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| WILLIAM OLDS<br>6456 WATERS EDGE WAY<br><br>CLARKSTON, MI  48346 UNITED STATES OF AMERICA | 29008 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$210,695.00  (U)<br>$210,695.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| WILLIAM OLDS<br>6456 WATERS EDGE WAY<br><br>CLARKSTON, MI  48346 | 29009 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$97,000.00  (U)<br>$97,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| LEROY WESTRICK<br>5890 W BIRCH RUN RD<br><br>SAINT CHARLES, MI  48655 | 30676 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$108,290.00  (U)<br>$108,290.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| PAUL FRIIS<br>13201 PINEHURST LANE<br><br>GRAND BLANC, MI  48439 UNITED STATES OF AMERICA | 32749 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$99,000.00  (U)<br>$99,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| ANZALDUA  FRANCOISE C<br>5108 GRANDE CIR<br><br>HARLINGEN, TX  78552 | 32858 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$116,715.00  (U)<br>$116,715.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| JAMES W DUKE<br>400 CACTUS COVE<br><br>SHELBYVILLE, KY  40065 | 32861 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$145,591.00  (U)<br>$145,591.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| LA MOREAUX, ROBERT D<br>4637 CLYDESDALE RD<br><br>LANSING, MI  48906 | 32975 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| LA MOREAUX  ROBERT D<br>4637 CLYDESDALE RD<br><br>LANSING, MI  48906 | 32976 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| LA MOREAUX  ROBERT D<br>4637 CLYDESDALE RD<br><br>LANSING, MI  48906 | 32977 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$200,000.00  (U)<br>$200,000.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| DIANE ANDERSON<br>14052 LANDINGS WAY<br><br>FENTON, MI  48430 UNITED STATES OF AMERICA | 32988 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$141,678.00  (U)<br>$141,678.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| THEODORE L SKIBICK<br>29329 TURNBERRY DR<br><br>DAGSBORO, DE  19939 | 33024 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$159,515.00  (U)<br>$159,515.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| JOSEPH C WALKER<br>3280 S SHORE DR #87B<br><br>PUNTA GORDA, FL  33955 | 33033 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$689,200.00  (U)<br>$689,200.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| JOSEPH C WALKER<br>3280 S SHORE DR #87B<br><br>PUNTA GORDA, FL  33955 | 33034 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$102,539.00  (U)<br>$102,539.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| DANIEL KAAKE<br>G9428 WEBSTER RD<br><br>CLIO, MI  48420 | 33047 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$153,700.00  (U)<br>$153,700.00  (T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

**Fifth Omnibus Objection**

# Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOHN W WICKSTROM<br>5145 HEATH AVE<br><br>CLARKSTON, NJ  48346 | 33513 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$116,721.00<br>$116,721.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| EDWIN D DEJEAN<br>5554 SO WARD WAY<br><br>LITTLETON, CO  80127 | 33525 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$159,989.00<br>$159,989.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| MICHAEL MORTIER<br>1260 CHAFFER DR<br><br>ROCHESTER HILLS, MI  48306 | 33541 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$199,210.00<br>$199,210.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| RICHARD KNAPP<br>3520 BERKSHIRE EVE COURT<br><br>DULUTH, GA  30097 UNITED STATES OF AMERICA | 36969 | Motors Liquidation Company | $0.00<br>$0.00<br>$91,705.00<br>$0.00<br>$91,705.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Non-conforming Claims With Insufficient Documentation | Pgs. 1-4 |
| **Claims to be Disallowed and Expunged Totals** | **100** | | **$0.00**<br>**$201,000,000.00**<br>**$771,655.00**<br>**$17,011,425.00**<br>**$218,783,080.00** | **(S)**<br>**(A)**<br>**(P)**<br>**(U)**<br>**(T)** | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".