Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq. (*Pro Hac Vice Granted*)

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:    (212) 668-5927
Facsimile:    (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                      :    Chapter 11
In re                                 :
                                      :    Case No. 09-50026(REG)
MOTORS LIQUIDATION COMPANY, et al.,   :
                                      :    (Jointly Administered)
        Debtors.                      :
                                      :
------------------------------------- x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 9, 2009, copies of the objection of Remy International, Inc. to debtors' tenth omnibus motion pursuant to 11 U.S.C. § 365 to reject certain executory contracts was caused to be served by overnight courier upon the entities on the attached service list.

Date:  December 9, 2009                       Respectfully submitted,


                                               _/S/ Stephan Choo_____
                                               Stephan Choo

RC1/5447882.1/SC7

## SERVICE LIST

| | |
|---|---|
| The Debtors,<br>c/o Motors Liquidation Company<br>Attn: Ted Stenger<br>500 Renaissance Center, Suite 1400<br>Detroit, MI 48243 | General Motors Corporation<br>c/o Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Wil, Gotchal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| General Motors, LLC<br>Attn: Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, MI 48265 | U.S. Attorney's Office, S.D.N.Y.<br>Attn: David S. Jones<br>        Matthew L. Schwartz<br>86 Chambers Street, Third Floor<br>New York, NY 10007 |
| The Debtors,<br>c/o Motors Liquidation Company<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren MI 48090-9025 | U.S. Treasury<br>Attn: Joseph Samarias, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 |
| Attorneys for the US Department of the Treasury<br>Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi<br>One World Financial Center<br>New York, NY 10281 | Export Development Canada<br>Vedder Price, P.C.<br>Attn: Michael J. Edelman and<br>        Michael L. Schein<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Office of the U.S. Trustee of the SDNY<br>Attn: Diana G. Adams<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Office Committee of Unsecured Creditors<br>Attn: Thomas Moers Mayer, Adam C. Rogoff,<br>        Amy Caton, Gregory G. Plotko<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |