**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                                          Case No.: _____

                                                                      Chapter ___

                              Debtor

---------------------------------------------------------------x

                                                                      Adversary Proceeding No.: _____

                              Plaintiff

                    v.

                            Defendant

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of _____, to be admitted, ***pro hac vice***, to represent _____, (the "Client") a _____ in the above referenced ___ case ___ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that _____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ___ case ___ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____
                                                                   UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                              Case No.: _____

                                                                                        Chapter ___

                            Debtor
---------------------------------------------------------------x

                                                                                        Adversary Proceeding No.: _____

                            Plaintiff

                  v.

                            Defendant
---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** ***PRO HAC VICE***

     I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced    case    adversary proceeding.

     *I certify that I am a member in good standing* of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

     I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: _____
_____, New York                           _____
                                                                                    *Mailing Address*:

                                                                                    _____
                                                                                    _____
                                                                                    _____
                                                                                    *E-mail address*: _____
                                                                                    *Telephone number*: (____)_____