**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED DEC -9 2009 U.S. BANKRUPTCY COURT, SDNY

IN RE:

**MOTORS LIQUIDATION COMPANY**, *et al.*,
f/k/a General Motors Corp., *et al.*
Debtors.

**CHAPTER 11**
**CASE NO. 09-50026(REG)**
(Jointly Administered)

### :MOVANT'/APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND ISSUES TO BE PRESENTED ON APPEAL

### I. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

1. United States District Court for the Southern District of New York order of reference entered on July 10, 1984.

2. Appellant's Notice of Appeal.

3. United States Bankruptcy Court for the Southern District of New York order entered on November 24, 2009.

4. Appellant's document entitled: **MOTION OF MOVANT IN THE ACTION ENTITLED *WALTER J. LAWRENCE V. GENERAL MOTORS HOURLY RATE EMPLOYEE PENSION, AND GENERAL MOTORS CORPORATION*, 5:O7-CV-408 OC, UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)..**

5. Appellant's document entitled: **MOVANT'S SUR-REPLY TO DEBTOR'S OPPOSITION TO MOTION OF MOVANT IN THE ACTION ENTITLED**

*WALTER J. LAWRENCE V. GENERAL MOTORS HOURLY RATE EMPLOYEE PENSION, AND GENERAL MOTORS CORPORATION*, 5:07-CV-408 OC, UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)

6. United States Tax Court Amended Petition in pending case No. 20370-09.

7. United States Tax Court order entered on November 9, 2009, in pending case No. 20370-09.

8. United States Bankruptcy Court Order for the Northern District of Florida in case No. 07-70047-TLH4 entered on May 8, 2001 along with Schedule C.

9. Debtor/Appellant's motion entitled: "DEFENDANTS' MOTION AND BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT." District Court docket entry #51, in the pending District Court action in the Middle District of Florida case #5:07-CV-408C..

10. The IRS May 19, 1999, Notice of Levy.

11. The GM/UAW ERISA and IRC qualified Supplemental Pension Plan

12. General Motors letter to Appellant dated May 14, 2007

13. General Motors letter to Appellant dated September 5, 2007

14. "DEFENDANTS' MOTION AND BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT." District Court docket entry #51, in the pending in the United States District Court, Middle District of Florida, action case no. #5:07-CV-408C..

Each of the above documents includes with this Designation a 3 1/2" floppy disk.

## II. ISSUES TO BE PRESENTED ON APPEAL

. Whether the outcome of the Motion to Lift the Stay proceeding .could alter the rights, liabilities, options, or freedom from action (whether positively or negatively) and which in ay way impacts or has any conceivable effect upon the handling and administration of the bankrupt estate and where the antialienation provision contained in the ERISA-qualified plan at issue here satisfies the literal terms of 541(c)(2) resulting in a denial of "related to" jurisdiction of the Bankruptcy Court Motion to Lift the Stay proceeding..

_____
Walter J. Lawrence
Secured Creditor, pro se

### CERTIFICATE OF SERVICE

This is to certify that on December 7, 2009, Walter J. Lawrence place the above document in a U.S. mail receptacle with postage first fully prepaid for first class delivery and addressed to:

**Counsel for GM:**

Weil, Gotshal & Manges, LLP
767 Fifth avenue
New York, NY 10153
Attn:  Harvey R. Miller, Esq.
       Stephen Karotkin, Esq.
       Joseph H. Smolinsky, Esq.

_____
Walter J. Lawrence
Secured Creditor, pro se