**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | |
| f/k/a General Motors Corp., *et al.* | : | 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss
COUNTY OF SUFFOLK   )

I, Kimberly Gargan, being duly sworn, depose and state:

1.   I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On December 8, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused to be served a true and correct copy of the following document by e-mail on the parties identified on Exhibit A annexed hereto (master service list and notice of appearance parties), by first class mail, postage prepaid, on the parties identified on Exhibit B annexed hereto (20 largest creditors of Remediation and Liability Management Company, Inc. and the 20 largest creditors of Environmental Corporate Remediation Company, Inc.), and by facsimile on the Office of the United States Trustee, Attn: Diana G. Adams, 33 Whitehall Street, 21st Floor, New York, New York 10004, (212) 668-2255:

- Notice of Presentment of Amended Order Pursuant To 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 105(c) and 9007 Establishing Notice and Case Management Procedures [Docket No. 4620].

Dated:  December 10, 2009
        Melville, New York

                                            /s/ Kimberly Gargan ____
                                            Kimberly Gargan

Sworn to before me this
10th day of December, 2009.

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

| | | |
|---|---|---|
| 3M COMPANY<br>ATT: CATHERINE BARNETT WILSON<br>OFFICE OF GENERAL COUNSEL<br>3M CENTER, BUILDING 220-9E-02<br>ST. PAUL, MN 55144<br>cbwilson@mmm.com | AIKEN SCHENK HAWKINS & RICCARDI P.C.<br>ATT: BARBARA LEE CALDWELL<br>ATTY FOR MARICOPA COUNTY<br>4742 NORTH 24TH STREET, SUITE 100<br>PHOENIX, AZ 85016<br>blc@ashrlaw.com | AIRGAS, INC.<br>ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT<br>259 RADNOR CHESTER ROAD<br>RADNOR, PA 19087<br>david.boyle@airgas.com |
| ALLARD & FISH, P.C.<br>COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.<br>ATT: DEBORAH L. FISH, ESQ.<br>2600 BUHL BLDG<br>535 GRISWOLD<br>DETROIT, MI 48226<br>dfish@allardfishpc.com | ALPINE ELECTRONICS OF AMERICA, INC.<br>ATT: CYNTHIA WOODRUFF-NEER, ESQ.<br>19145 GRAMERCY PLACE<br>TORRANCE, CA 90501 1162<br>cwoodruff-neer@alpine-usa.com | ARCADIS U.S., INC.<br>ATT: LIESL SPANGLER, ASSOCIATE COUNSEL<br>630 PLAZA DRIVE, SUITE 100<br>HIGHLANDS RANCH, CO 80129<br>Elizabeth.Spangler@arcadis-us.com |
| ARENT FOX LLP<br>ATTY FOR TIMKEN COMPANY<br>ATT: JAMES M. SULLIVAN, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>sullivan.james@arentfox.com | ARENT FOX LLP<br>ATTY FOR TOYOTA BOSHOKU AMERICA, INC.<br>ATT: MARY JOANNE DOWD, ESQ.<br>1050 CONNECTICUT AVENUE, NW<br>WASHINGTON, DC 20036<br>dowd.mary@arentfox.com | ARENT FOX LLP<br>ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.<br>ATT: CHRISTOPHER GIAIMO, JEFFREY ROTHLEDER, ANDREA CAMPBELL, ESQS<br>1050 CONNECTICUT AVENUE, NW<br>WASHINGTON, DC 20036<br>giaimo.christopher@arentfox.com;<br>rothleder.jeffrey@arentfox.com; |
| ARMSTRONG TEASDALE, LLP<br>ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.<br>ATT: DAVID L. GOING, ESQ.<br>ONE METROPOLITAN SQUARE, SUITE 2600<br>ST. LOUIS, MO 63102 2740<br>dgoing@armstrongteasdale.com | ARNALL GOLDEN GREGORY LLP<br>ATTY FOR VERIZON COMMUNICATIONS INC.<br>ATT: DARRYL S. LADDIN & FRANK N. WHITE<br>171 17TH STREET, NW, SUITE 2100<br>ATLANTA, GA 30363 1031<br>dladdin@agg.com; frank.white@agg.com | AT&T SERVICES INC.<br>LAW GROUP COUNSEL<br>ATTN: JAMES W. GRUDUS<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921<br>jg5786@att.com |
| ATTORNEY GENERAL FOR THE STATE OF MICHIGAN<br>ATTY FOR UNEMPLOYMENT TAX OFFICE, DEPT OF ENERGY, LABOR & ECONOMIC<br> GROWTH, UNEMPLOYMENT INSURANCE AGENCY<br>ATTN: ROLAND HWANG, ESQ.<br>3030 W. GRAND BOULEVARD, SUITE 9-600<br>DETROIT, MI 48202<br>hwangr@michigan.gov | ATTORNEY GENERAL FOR THE STATE OF NEBRASKA<br>ATTY FOR THE STATE OF NEBRASKA<br>ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL<br>2115 STATE CAPITOL BUILDING<br>LINCOLN, NE 68509 8920<br>leslie.levy@nebraska.gov | ATTORNEY GENERAL FOR THE STATE OF TEXAS<br>ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711 2548<br>bk-mbrowning@oag.state.tx.us |
| ATTORNEY GENERAL OF OHIO<br>ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL<br>COLLECTIONS & ENFORCEMENT<br>441 VINE STREET<br>1600 CAREW TOWER<br>CINCINNATI, OH 45202<br>victoria.garry@ohioattorneygeneral.gov | ATTORNEY GENERAL OF STATE OF MICHIGAN<br>ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION<br>ATTN: MICHAEL A. COX & DENNIS J. RATERINK<br>LABOR DIVISION<br>P.O. BOX 30736<br>LANSING, MI 48909<br>raterinkd@michigan.gov | ATTORNEY GENERAL OF STATE OF TEXAS<br>ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711 2548<br>bk-kwalsh@oag.state.tx.us |
| ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION<br>ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY<br>ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL<br>P.O. BOX 30736<br>LANSING, MI 48909<br>przekopshaws@michigan.gov | ATTORNEY GENERAL OF THE STATE OF NEW YORK<br>ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATT: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL<br>120 BROADWAY - 24TH FLOOR<br>NEW YORK, NY 10271<br>neal.mann@oag.state.ny.us | BAKER & HOSTETLER LLP<br>ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK<br>ATTN: WENDY J. GIBSON, ESQ.<br>3200 NATIONAL CITY CENTER<br>1900 EAST NINTH STREET<br>CLEVELAND, OH 44114 3485<br>wgibson@bakerlaw.com |
| BAKER & HOSTETLER LLP<br>ATTY FOR B&H CREDITORS<br>ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J. GIBSON<br>3200 NATIONAL CITY CENTER<br>1900 E. 9TH STREET<br>CLEVELAND, OH 44114<br>jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; | BAKER & HOSTETLER LLP<br>ATTY FOR B&H CREDITORS<br>ATT: RICHARD BERNARD, ESQ.<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY 10111<br>rbernard@bakerlaw.com | BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>ATT: MATTHEW G. SUMMERS, ESQ.<br>ATTY FOR FOUNTAIN LAKES I, L.L.C.<br>300 EAST LOMBARD STREET, 18TH FLOOR<br>BALTIMORE, MD 21202<br>summersm@ballardspahr.com |
| BARNES & THORNBURG LLP<br>ATTY FOR CONTINENTAL<br>ATT: JOHN T. GREGG, ESQ.<br>171 MONROE AVENUE, NW, SUITE 1000<br>GRAND RAPIDS, MI 49503<br>jgregg@btlaw.com | BARNES & THORNBURG LLP<br>ATTY FOR HIRATA CORPORATION OF AMERICA<br>ATTN: MARK R. OWENS, ESQ.<br>11 SOUTH MERIDIAN STREET<br>INDIANAPOLIS, IN 46204<br>mark.owens@btlaw.com | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA<br>ATTN: ROBERT C. POTTINGER, ESQ.<br>6833 STALTER DRIVE, FIRST FLOOR<br>ROCKFORD, IL 61108<br>rcpottinger@bslbv.com |
| BARTLETT HACKETT FEINBERG P.C.<br>ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.<br>ATT: FRANK F. MCGINN, ESQ.<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110<br>ffm@bostonbusinesslaw.com | BECKER, GLYNN, MELAMED & MUFFLY LLP<br>ATTY FOR FACTORY MOTOR PARTS COMPANY<br>ATT: CHESTER B. SALOMON, ESQ.<br>299 PARK AVENUE, 16TH FLOOR<br>NEW YORK, NY 10171<br>CSALOMON@BECKERGLYNN.COM | BERGER SINGERMAN, P.A.<br>ATTY FOR SCI, LTD.<br>ATT: ARTHUR J. SPECTOR, ESQ.<br>350 E. LAS OLAS BOULEVARD<br>10TH FLOOR<br>FORT LAUDERDALE, FL 33301<br>aspector@bergersingerman.com |

| | | |
|---|---|---|
| BIALSON, BERGEN & SCHWAB<br>ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION<br>ATTN: PATRICK M. COSTELLO & THOMAS M. GAA<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA 94306<br>patrick@bbslaw.com; tom@bbslaw.com | BINGHAM MCCUTCHEN LLP<br>ATTY FOR DEUTSCHE BANK AG<br>ATT ROBERT M DOMBROFF & JEFFREY S SABIN, ESQ.<br>399 PARK AVENUE<br>NEW YORK, NY 10022 4689<br>robert.dombroff@bingham.com; jeffrey.sabin@bingham.com | BINGHAM MCCUTCHEN LLP<br>ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br>ATTN: JONATHAN B. ALTER, ESQ.<br>ONE STATE STREET<br>HARTFORD, CT 06103<br>jonathan.alter@bingham.com |
| BINGHAM MCCUTCHEN LLP<br>ATTY FOR WELLS FARGO BANK NORTHWEST, NAT'L ASSOC., AS INDENTURE TRUSTE<br>ATT: ANNA M. BOELITZ, ESQ.<br>ONE STATE STREET<br>HARTFORD, CT 06103<br>anna.boelitz@bingham.com | BLANK ROME LLP<br>ATT: MARC E. RICHARDS, ESQ.<br>ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174<br>mrichards@blankrome.com | BLANK ROME LLP<br>ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br>ATT: REGINA STANGO KELBON, ESQ.<br>ONE LOGAN SQUARE<br>PHILADELPHIA, PA 19103<br>Kelbon@blankrome.com |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN<br>ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL<br>600 LAFAYETTE EAST #1925<br>DETROIT, MI 48226 2998<br>JRumley@bcbsm.com | BODMAN LLP<br>ATTY FOR PRODUCTION MODELING CORPORATION<br>ATTN: COLIN T. DARKE, ESQ.<br>1901 ST. ANTOINE STREET<br>6TH FLOOR AT FORD FIELD<br>DETROIT, MI 48226<br>cdarke@bodmanllp.com | BODMAN LLP<br>ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES<br>ATTN: MARC M. BAKST, ESQ.<br>6TH FLOOR AT FORD FIELD<br>1901 ST. ANTOINE STREET<br>DETROIT, MI 48226<br>mbakst@bodmanllp.com |
| BORGES & ASSOCIATES, LLC<br>ATTY FOR RAYCOM MEDIA, INC.<br>ATTN: WANDA BORGES, ESQ.<br>575 UNDERHILL BLVD., SUITE 118<br>SYOSSET, NY 11791<br>borgeslawfirm@aol.com | BRACEWELL & GIULIANI LLP<br>ATT: RENEE DAILEY<br>ATTY FOR GEORG FISCHER AUTOMOTIVE AG<br>225 ASYLUM STREET, 26TH FLOOR<br>HARTFORD, CT 06103<br>renee.dailey@bgllp.com | BRAYTON PURCELL LLP<br>ATTY FOR CERTAIN ASBESTOS CLAIMANTS<br>ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS<br>222 RUSH LANDING ROAD<br>NOVATO, CA 94945<br>bankruptcy.asbpo.asbdom@braytonlaw.com |
| BRIGGS AND MORGAN P.A.<br>ATTY FOR FACTORY MOTOR PARTS COMPANY<br>ATT: JOHN R. MCDONALD, ESQ.<br>2200 IDS CENTER<br>80 SOUTH 8TH STREET<br>MINNEAPOLIS, MN 55402<br>JMcDonald@Briggs.com | BROOKS WILKINS SHARKEY & TURCO, PLLC<br>ATTY FOR WABASH TECHNOLOGIES, INC.<br>ATTN: PAULA A. HALL, ESQ.<br>401 S. OLD WOODWARD AVENUE, SUITE 460<br>BIRMINGHAM, MI 48009<br>hall@bwst-law.com | BROOKS WILKINS SHARKEY & TURCO, PLLC<br>ATT: MATTHEW E. WILKINS<br>ATTY FOR: HENZE STAMPING CO. & HENZ MACHINE CO.<br>401 S. OLD WOODWARD AVENUE, SUITE 460<br>BIRMINGHAM, MI 48009<br>wilkins@bwst-law.com |
| BROWN & CONNERY, LLP<br>ATTY FOR SAP AMERICA, INC.<br>ATT: KENNETH J. SCHWEIKER, JR., ESQ.<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096<br>kschweiker@brownconnery.com | BROWN & WHALEN, P.C.<br>ATT: RODNEY A. BROWN, ESQ.<br>700 THIRD AVENUE, 20TH FLOOR<br>NEW YORK, NY 10017<br>rbrown@brownwhalen.com | BUCHALTER NEMER, PC<br>ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION<br>ATT: SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 2126<br>schristianson@buchalter.com |
| BURKE, WARREN, MACKAY & SERRITELLA, P.C.<br>ATT: J. KIM & G. RING<br>ATTY FOR ATTY FOR NAPLETON INVESTMENT PARTNERSHIP LP<br>330 N. WABUSH AVE. 22ND FLOOR<br>CHICAGO, IL 60611<br>JKim@burkelaw.com ; Gring@Burkelaw.com | BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY<br>ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY<br>2500 LEW MENK DRIVE<br>P.O. BOX 961039<br>FT. WORTH, TX 76161 0039<br>Peter.Lee@bnsf.com | BURR & FORMAN LLP<br>ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO<br>ATT: D. CHRISTOPHER CARSON & JENNIFER B. KIMBLE<br>420 NORTH 20TH STREET, SUITE 3400<br>BIRMINGHAM, AL 35203<br>ccarson@burr.com; jkimble@burr.com |
| BUSH SEYFERTH & PAIGE PLLC<br>ATT: RICHARD W. PAIGE<br>ATTY FOR IEE SENSING, INC.<br>3001 W. BIG BEAVER RD., SUITE 600<br>TROY, MI 48084<br>paige@bsplaw.com | BUTZEL LONG, PC<br>ATTY FOR INTEVA PRODUCTS, LLC<br>ATTN: ROBERT SIDORSKY & ERIC B. FISHER<br>380 MADISON AVENUE<br>NEW YORK, NY 10017<br>sidorsky@butzel.com; fishere@butzel.com | BUTZEL LONG, PC<br>ATTY FOR INTEVA PRODUCTS, LLC<br>ATTN: THOMAS B. RADOM & MAX J. NEWMAN<br>41000 WOODWARD AVENUE<br>BLOOMFIELD HILLS, MI 48304<br>radom@butzel.com; newman@butzel.com |
| BUTZEL LONG, PC<br>ATT: ROBERT SIDORSKY & ERIC B. FISHER<br>ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA PETRI<br>380 MADISON AVENUE<br>NEW YORK, NY 10017<br>sidorsky@butzel.com ; fishere@butzel.com | C.B. BLACKARD, III<br>CORPORATE COUNSEL<br>ACXIOM CORPORATION<br>301 EAST DAVE WARD DRIVE<br>P.O. BOX 2000<br>CONWAY, AR 72033 2000<br>cbblac@acxiom.com | CADWALADER, WICKERSHAM & TAFT LLP<br>ATTY FOR UNITED STATES OF AMERICA<br>ATT: JOHN J. RAPISARDI, ESQ.<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281<br>john.rapisardi@cwt.com, douglas.mintz@cwt.com, peter.friedman@cwt.com, zachary.smith@cwt.com |
| CAMPBELL, O'BRIEN & MISTELE, P.C.<br>ATTY FOR GEORGE P. JOHNSON COMPANY (GPJ)<br>ATTN: ROBERT J. FIGA, ESQ.<br>100 W. BIG BEAVER ROAD, SUITE 385<br>TROY, MI 48084<br>rfiga@comlawone.com | CANON U.S.A, INC.<br>ATTN: RUTH E. WEINSTEIN<br>ONE CANON PLAZA<br>LAKE SUCCESS, NY 11042<br>rweinstein@cusa.canon.com | CAPLIN & DRYSDALE, CHARTERED<br>ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS; MARK BUTTITA<br>ATT: ELIHU INSELBUCH & RITA TOBIN<br>375 PARK AVENUE, 35TH FLOOR<br>NEW YORK, NY 10152 3500<br>ei@capdale.com |

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS
PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: PETER VAN LOCKWOOD, RONALD REINSEL &
TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON, DC 20005
pvnl@capdale.com, rer@capdale.com, tws@capdale.com

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN,
PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J.
KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
brcy@carsonfischer.com; brcy@carsonfischer.com

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
mweinczok@casselsbrock.com

CHAPELL & ASSOCIATES, LLC
ATT: ALAN CHAPELL, CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE, SUITE 3A
BROOKLYN, NY 11222
alan@chapellassociates.com

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS,
INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI 48009
rgordon@clarkhill.com

CLARK HILL PLC
ATT: CHRISTOPHER M. CAHILL
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS
INC, ATS OHIO, INC.
151 SOUTH OLD WOODWARD AVENUE SUITE 200
BIRMINGHAM, MI 48009
ccahill@clarkhill.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES,
INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
soneal@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR GRUPO KUO, TRANSMISSION
TECHNOLOGIES CORPORATION,
TRAMSMISIONES Y EQUIPOS MECANICOS, PISTONES
MORESA
ATT: DEBORAH M. BUELL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
dbuell@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006
BSUSKO@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
RLINCER@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
DGOTTLIEB@CGSH.COM

CLIFFORD CHANCE US LLP
ATTY FOR THE ROYAL BANK OF SCOTLAND PLC,
ABN AMRO BANK N.V. AND
RBS CITIZENS N.A.
ATT: ANDREW BROZMAN & SARAH CAMPBELL, ESQ.
31 WEST 52ND STREET
NEW YORK, NY 10019 6131
andrew.brozman@cliffordchance.com;
sarah.campbell@cliffordchance.com

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK, NY 10036
bceccotti@cwsny.com

COHN WHITESELL & GOLDBERG LLP
ATT: MICHAEL J. GOLDBERG, ESQ.
ATT FOR: CABOT INDUSTRIAL VALUE FUND II
OPERATING PARTNERSHIP L.P
101 ARCH ST. SUITE 1605
BOSTON, MA 02110
goldberg@cwg11.com

COLE, SCHOTZ, MEISEL FORMAN & LEONARD, P.A.
ATTY FOR KRUSE TECHNOLOGY PARTNERSHIP
ATT: STUART KOMROWER, ESQ.
COURT PLAZA NORTH
25 MAIN STREET
HACKENSACK, NJ 07601
skomrower@coleschotz.com

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS
CORPORATION OF AMERICA
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M.
HEMRICK
888 SEVENTH AVENUE
NEW YORK, NY 10106
sfalanga@connellfoley.com; chemrick@connellfoley.com

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP LLC
ATT: RONALD S. PRETEKIN, ESQ.
33 WEST FIRST STREET, SUITE 600
DAYTON, OH 45402
pretekin@coollaw.com

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY
ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA 20175 3102
belkys.escobar@loudoun.gov

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004 2401
mbaxter@cov.com

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: SUSAN POWER JOHNSTON, ESQ.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
sjohnston@cov.com

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT 06901
jcarberry@cl-law.com

DANA HOLDING COMPANY
ATT: LISA WURSTER
PO BOX 1000
MAUMEE, OH 43537 7000
lisa.wurster@dana.com

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
ATT: DONALD S. BERNSTEIN & MARSHALL S.
HUEBNER
450 LEXINGTON AVENUE
NEW YORK, NY 10017
donald.bernstein@dpw.com,

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE
LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
gm@dmms.com

DAY PITNEY
ATTY FOR SPARTAN LIGHT METAL PRODUCTS
COMPANY INC.
ATT: RICHARD M. METH, ESQ.
P.O. BOX 1945
MORRISTOWN, NJ 07962 1945
rmeth@daypitney.com; msteen@daypitney.com

DAY PITNEY LLP
ATTY FOR ORACLE USA, INC.
ATTN: AMISH R. DOSHI, ESQ.
7 TIMES SQUARE
NEW YORK, NY 10036
adoshi@daypitney.com

DAY PITNEY LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS
COMPANY INC.
ATT: RICHARD M. METH, ESQ.
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932 0950
rmeth@daypitney.com; msteen@daypitney.com

DAY PITNEY LLP
ATT: HERBERT K. RYDER
ATTY FOR BANK OF VALLETTA P.L.C.
P.O. BOX 1945
MORRISTOWN, NJ 07962
hryder@daypitney.com

| | | |
|---|---|---|
| DAY PITNEY LLP<br>ATT: HERBERT RYDER, ESQ.<br>ATTY FOR BANK OF VALLETTA P.L.C.<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br>hryder@daypitney.com | DEALER TIRE, LLC<br>3711 CHESTER AVENUE<br>CLEVELAND, OH 44114<br>info@dealertire.com | DEBEVOISE & PLIMPTON LLP<br>ATTY FOR THE HERTZ CORPORATION<br>ATT: RICHARD F. HAHN, ESQ.<br>919 THIRD AVENUE<br>NEW YORK, NY 10022<br>rfhahn@debevoise.com |
| DEBEVOISE & PLIMPTON LLP<br>ATT: JASMINE POWERS, ESQ.<br>ATTY FOR MAG INDUSTRIAL AUTOMATION SYSTEMS, LLC<br>919 THIRD AVENUE<br>NEW YORK, NY 10022<br>jpowers@debevoise.com | DECHERT LLP<br>ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES<br>ATTN: SHMUEL VASSER, ESQ.<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 6797<br>shmuel.vasser@dechert.com | DECHERT LLP<br>ATTY FOR CDI CORPORATION<br>ATTN: JAMES O. MOORE, ESQ.<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 6797<br>james.moore@dechert.com |
| DECHERT LLP<br>ATTY FOR CDI CORPORATION<br>ATTN: JULIET SARKESSIAN, ESQ.<br>CIRA CENTRE<br>2929 ARCH STREET<br>PHILADELPHIA, PA 19104<br>juliet.sarkessian@dechert.com | DEPARTMENT OF LABOR<br>ATTN: DEPUTY SOLICITOR OF LABOR<br>200 CONSTITUTION AVENUE, NW<br>WASHINGTON, DC 20201<br>CONTACT-OCFO@DOL.GOV | DEPARTMENT OF LABOR & INDUSTRY<br>ATTN: DENISE A. MERTZ<br>READING BANKRUPTCY & COMPLIANCE UNIT<br>625 CHERRY STREET, ROOM 203<br>READING, PA 19602 1184<br>dmertz@state.pa.us |
| DICKINSON WRIGHT PLLC<br>ATTY FOR JOHNSON CONTROLS, INC.<br>ATT: JAMES A. PLEMMONS, ESQ.<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT, MI 48226<br>jplemmons2@dickinsonwright.com | DICKINSON WRIGHT PLLC<br>ATTY FOR JOHNSON CONTROLS, INC.<br>ATT: MICHAEL C. HAMMER, ESQ.<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR, MI 48104<br>mchammer3@dickinsonwright.com | DICKINSON WRIGHT PLLC<br>ATTY FOR JOHNSON CONTROLS, INC.<br>ATT: DAWN R. COPLEY, ESQ.<br>500 WOODWARD AVENUE, SUITE 4000<br>DETROIT, MI 48226<br>dcopley@dickinsonwright.com |
| DICKINSON WRIGHT PLLC<br>ATTY FOR JOHNSON CONTROLS, INC.<br>ATT: KERRY MASTERS EWALD, ESQ.<br>424 CHURCH STREET, SUITE 1401<br>NASHVILLE, TN 37219<br>kewald@dickinsonwright.com | DICKINSON WRIGHT PLLC<br>ATTY FOR JOHNSON CONTROLS, INC.<br>ATT: COLLEEN M. SWEENEY, ESQ.<br>424 CHURCH STREET, SUITE 1401<br>NASHVILLE, TN 37219<br>csweeney@dickinsonwright.com | DICKINSON WRIGHT PLLC<br>ATTY FOR JOHNSON CONTROLS, INC.<br>ATT: DORON YITZCHAKI, ESQ.<br>301 E. LIBERTY, SUITE 500<br>ANN ARBOR, MI 48104<br>dyitzchaki@dickinsonwright.com |
| DICONZA LAW P.C.<br>ATTY FOR ARCADIS U.S., INC.<br>ATT: GERARD DICONZA, ESQ.<br>630 THIRD AVENUE, 7TH FLOOR<br>NEW YORK, NY 10017<br>gdiconza@dlawpc.com | DLA PIPER LLP<br>ATTY FOR HEWLETT PACKARD CO<br>ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS<br>550 S. HOPE STREET, SUITE 2300<br>LOS ANGELES, CA 90071<br>karol.denniston@dlapiper.com; jennifer.nassiri@dlapiper.com | DRINKER BIDDLE & REATH LLP<br>ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY<br>ATT: STEPHANIE WICKOUSKI, ESQ., KIRSTIN K. GOING<br>140 BROADWAY, 39TH FLOOR<br>NEW YORK, NY 10005<br>stephanie.wickouski@dbr.com, Kristin.Going@dbr.com, |
| DRINKER BIDDLE & REATH LLP<br>ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY<br>ATT: KRISTEN K. GOING, ESQ.<br>1500 K STREET, N.W.<br>WASHINGTON, DC 20005<br>kristin.going@dbr.com | EDS, AN HP COMPANY<br>ATT: AYALA HASSELL<br>BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY<br>H3-3A-05<br>5400 LEGACY DRIVE<br>PLANO, TX 75024<br>ayala.hassell@hp.com | EDWARDS ANGELL PALMER & DODGE LLP<br>ATTY FOR U.S. BANK NAT'L ASSOC. AND U.S. BANK TRUST NAT'L ASSOC.<br>ATT: RICH HIERSTEINER, J. DARCEY, A. ZUCCARELLO, J. GROVES,<br>C. BODELL & J. WHITLOCK<br>111 HUNTINGTON AVENUE<br>BOSTON, MA 02199 7613<br>rhiersteiner@eapdlaw.com; jdarcey@eapdlaw.com; |
| ELLIOTT GREENLEAF<br>ATT: R. Z - ARAVENA & T. KITTILA,ESQ.<br>FOR 3 M PURIFICATION INC<br>1105 NORTH MARKET ST. 17TH FLOOR<br>P.O.BOX 2327<br>WILMINGTON, DE 19801<br>rxza@elliottgreenleaf.com ; tak@elliottgreenleaf.com | ELLIS & WINTERS LLP<br>ATT: GEORGE F. SANDERSON III<br>ATTY FOR CRYMES LANDFILL PRP GROUP<br>P.O. BOX 33550<br>RALEIGH, NC 27636<br>george.sanderson@elliswinters.com | ELLIS & WINTERS, LLP<br>ATT: GEORGE F. SANDERS III<br>ATTY FOR CRYMES LANDFILL PRP GROUP<br>P.O. BOX 33550<br>RALEIGH, NC 27615<br>george.sanderson@elliswinters.com |
| ENTERGY SERVICES, INC<br>ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL<br>639 LOYOLA AVENUE, 26TH FLOOR<br>NEW ORLEANS, LA 70113<br>akatz@entergy.com | ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.<br>ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I. ERMAN<br>ATTY FOR ETKIN MANAGEMENT SERVICES<br>400 GALLERIA OFFICENTRE, STE. 444<br>SOUTHFIELD, MI 48034<br>druhlandt@ermanteicher.com ; eerman@ermanteicher.com | ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.<br>ATT: DAVID M. EISENBERG, ESQ.<br>ATTY FOR NIDEC MOTORS & ACTUATORS<br>400 GALLERIA OFFICENTRE, STE. 444<br>SOUTHFIELD, MI 48034<br>deisenberg@ermanteicher.com |
| ERVIN COHEN & JESSUP LLP<br>ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET<br>ATTN: MICHAEL S. KOGAN & PETER JAZAYERI<br>9401 WILSHIRE BOULEVARD<br>BEVERLY HILLS, CA 90212<br>mkogan@ecjlaw.com; pjazayeri@ecjlaw.com | FARELLA BRAUN & MARTEL LLP<br>ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION<br>ATT: NEIL A. GOTEINER, ESQ.<br>235 MONTGOMERY STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94104<br>ngoteiner@fbm.com | FEDERAL EXPRESS CORPORATION<br>ATTN: ROBERT R. ROSS<br>3620 HACKS CROSS ROAD<br>BUILDING B - 2ND FLOOR<br>MEMPHIS, TN 38125 8800<br>rrross@fedex.com |

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTY FOR THE MCCLATCHY COMPANY
ATT: PAUL J. PASCUZZI, ESQ.
400 CAPITAL MALL, SUITE 1450
SACRAMENTO, CA 95814
ppascuzzi@ffwplaw.com

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 3489
sbarbatano@foley.com; maiello@foley.com

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC.
ATTN: JILL L. MUNCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654 5313
jmurch@foley.com; jlee@foley.com

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 3489
sbarbatano@foley.com; shilfinger@foley.com

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 3489
shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
ATTN: SALVATORE A. BARBATANO, JOHN A. SIMON, KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 3489
sbarbatano@foley.com; jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE ELECTR
ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI, JOHN A. SIMON
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 3489
shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com

FOLEY & LARDNER LLP
ATTY FOR TECHNOLOGY INVESTMENT PARTNERS, LLC
ATTN: THOMAS B. SPILLANE, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226 3489
tspillane@foley.com; jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
fdicastri@foley.com

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
sseabolt@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: ROBERT H. HUEY, ESQ.
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC 20007 5109
rhuey@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101 3542
vavilaplana@foley.com; mriopelle@foley.com

FORMAN HOLT ELIADES & RAVIN, LLC
ATT: KIM R. LYNCH, ESQ.
ATTY FOR SIEMENS BUILDING TECHNOLOGIES, INC.
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652
klynch@formanlaw.com

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT SERVICES
ATTN: FRED STEVENS, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017
fstevens@foxrothschild.com

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTY FOR CITY OF LANSING
ATTN: G. ALAN WALLACE, ESQ.
124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MI 48933
gwallace@fraserlawfirm.com

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606 6677
ahammer@freebornpeters.com; tfawkes@freebornpeters.com

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC 20036 4704
rgreenberg@dclawfirm.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK, NY 10103
drosenzweig@fulbright.com; jrabin@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR VERIZON CAPITAL CORPORATION
ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
lstrubeck@fulbright.com, lboydston@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: MICHAEL M. PARKER, ESQ.
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TX 78205
mparker@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT
666 FIFTH AVENUE
NEW YORK, NY 10103 3198
drosenzweig@fulbright.com; mhaut@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: LIZ BOYDSTON, ESQ.
ATTY FOR BELL ATLANTIC TRICON LEASING CORP.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
lboydston@fulbright.com

GERSTEN SAVAGE, LLP
ATT: PAUL RACHMUTH
ATTY FOR COURT APPOINTED CLASS
600 LEXINGTON AVENUE
NEW YORK, NY 10022
prachmuth@gerstensavage.com

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102 5310
dcrapo@gibbonslaw.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166 0193
dfeldman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166 0193
mjwilliams@gibsondunn.com

GIRRARD GIBBS LLP
ATT: D. GIRARD & A.J. DE BARTOLOMEO
ATTY FOR COURT APPOINTED CLASS
601 CALIFORNIA STREET, SUITE 1400
SAN FRANCISCO, CA 94108
dcg@girardgibbs.com ; ajd@girardgibbs.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484
Glenn.Reisman@ge.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY 10022 7302
jflaxer@golenbock.com; dfurth@golenbock.com

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004
bmehlsack@gkllaw.com

| | | |
|---|---|---|
| GOULSTON & STORRS, P.C.<br>ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC<br>ATT: DOUGLAS B. ROSNER, ESQ.<br>400 ATLANTIC AVENUE<br>BOSTON, MA 02110 3333<br>drosner@goulstonstorrs.com | GOULSTON & STORRS, P.C.<br>ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC<br>ATT: GREGORY O. KADEN, ESQ.<br>400 ATLANTIC AVENUE<br>BOSTON, MA 02110 3333<br>gkaden@goulstonstorrs.com | GREENBERG TRAURIG, LLP<br>ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH<br>ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>Zirinskyb@gtlaw.com ; Mitchelln@gtlaw.com ; Kadisha@gtlaw.com |
| GREENBERG TRAURIG, LLP<br>ATT: B.ZIRINSKY, N.MITCHELL, A.KADISH<br>ATTY FOR FORTRESS CREDIT OPPORTUNITIES ADVISORS<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>Zirinskyb@gtlaw.com ; Mitchelln@gtlaw.com ; Kadisha@gtlaw.com | GREENBERG TRAURIG, LLP<br>ATT: B. ZIRINSKY, N. MITCHELL, A. KADISH<br>ATTY FOR APPALOOSA MANAGEMENT L.P.<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>Zirinskyb@gtlaw.com ; Mitchelln@gtlaw.com ; Kadisha@gtlaw.com | GREENBERG TRAURIG, LLP<br>ATT: B.ZIRINSKY, N. MITCHELL, A. KADISH<br>ATTY FOR ELLIOTT MANAGEMENT CORPORATION<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>Zirinskyb@gtlaw.com ; Mitchelln@gtlaw.com ; Kadisha@gtlaw.com |
| GREENBERG TRAURIG, LLP<br>ATT: B.ZIRINSKY, N. MITCHELL, A. KADISH<br>ATTY FOR PERRY PARTNERS, L.P.<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>Zirinskyb@gtlaw.com ; Mitchelln@gtlaw.com ; Kadisha@gtlaw.com | GREENBERG TRAURIG, LLP<br>ATT: B.ZIRINSKY, N.MITCHELL, A.KADISH<br>ATTY FOR GREEN HUNT WEDLAKE, INC., TRUSTEE<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>Zirinskyb@gtlaw.com ; Mitchelln@gtlaw.com ; Kadisha@gtlaw.com | GREENBERG TRAURIG, LLP<br>ATT: B.ZIRINSKY, N.MITCHELL, A.KADISH<br>ATTY FOR DRAWBRIDGE SPECIAL OPPORTUNITIES ADVISORS LLC<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>Zirinskyb@gtlaw.com ; Mitchelln@gtlaw.com ; Kadisha@gtlaw.com |
| GREENBERG TRAURIG, P.A.<br>ATT: LUIS SALAZAR, ESQ.<br>ATTY FOR: OXBOW CARBON & MINERALS, LLC<br>1221 BRICKELL AVENUE<br>MIAMI, FL 33131<br>salazarl@gtlaw.com | GREENBERG TRAURIG, P.A.<br>ATT: ALLEN G. KADISH, ESQ.<br>ATTY FOR: OXBOW CARBON & MINERALS, LLC<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>kadisha@gtlaw.com | GREENBURG TRAURIG, LLP<br>ATT: R.ZIRINSKY, N. MITCHELL, A. KADISH<br>ATTY FOR AURELIUS CAPITAL MANAGEMENT, L.P.<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>Zirinskyb@gtlaw.com ; Mitchelln@gtlaw.com ; Kadisha@gtlaw.com |
| HAHN & HESSEN LLP<br>ATT: J. DIVACK & H. PATWARDHAN, ESQ.<br>ATTY FOR B.REYNOLDS & G REYNOLDS, JR.<br>488 MADISON AVENUE, 15TH FLOOR<br>NEW YORK, NY 10022<br>jdivack@hahnhessen.com; hpatwardhan@hahnhessen.com | HAHN & HESSEN LLP<br>ATT: J. DIVACK & H. PATWARDHAN, ESQ.<br>ATTY FOR WILLIAM HARDEE<br>488 MADISON AVE, 15TH FLOOR<br>NEW YORK, NY 10022<br>Jdivack@hahnhessen.com ; hpatwardhan@hahnhessen.com | HAHN LOESER & PARKS LLP<br>ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO<br>200 PUBLIC SQUARE, SUITE 2800<br>CLEVELAND, OH 44114<br>ldpowar@hahnlaw.com, dademarco@hahnlaw.com |
| HALPERIN BATTAGLIA RAICHT, LLP<br>ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC.<br>ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.<br>555 MADISON AVENUE, 9TH FLOOR<br>NEW YORK, NY 10022<br>cbattaglia@halperinlaw.net; jdyas@halperinlaw.net | HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.<br>39001 WEST 12 MILE ROAD<br>FARMINGTON HILLS, MI 48331<br>info@harmanbecker.de | HAYNES AND BOONE LLP<br>ATTY FOR AIRGAS, INC.<br>ATT: JONATHAN HOOK, ESQ.<br>1221 AVENUE OF THE AMERICAS 26TH FL<br>NEW YORK, NY 10020 1007<br>jonathan.hook@haynesboone.com |
| HAYNES AND BOONE LLP<br>ATTY FOR AIRGAS, INC.<br>ATT: PATRICK L. HUGHES & PETER C. RUGGERO<br>1221 MCKINNEY, SUITE 2100<br>HOUSTON, TX 77010<br>patrick.hughes@haynesboone.com;<br>peter.ruggero@haynesboone.com | HAYNES AND BOONE LLP<br>ATTY FOR EXXON MOBIL CORPORATION<br>ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON<br>1221 MCKINNEY, SUITE 2100<br>HOUSTON, TX 77010<br>charles.beckham@haynesboone.com;<br>brooks.hamilton@haynesboone.com | HAYNES AND BOONE, LLP<br>ATTY FOR CEVA LOGISTICS<br>ATTN: JUDITH ELKIN<br>1221 AVENUE OF THE AMERICAS, 26TH FLOOR<br>NEW YORK, NY 10020 1007<br>judith.elkin@haynesboone.com |
| HAYNES AND BOONE, LLP<br>ATTY OFR EXXON MOBIL CORPORATION<br>ATTN: MATTHEW E. RUSSELL, ESQ.<br>1221 AVENUE OF THE AMERICAS, 26TH FL<br>NEW YORK, NY 10020 1007<br>matthew.russell@haynesboone.com | HAYNSWORTH SINKLER BOYD, P.A.<br>ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION<br>ATTN: WILLIAM H. SHORT, JR., ESQ.<br>POST OFFICE BOX 11889<br>COLUMBIA, SC 29211 1889<br>bshort@hsblawfirm.com | HERRICK, FEINSTEIN LLP<br>ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC<br>ATT: STEPHEN B. SELBST & PAUL RUBIN<br>2 PARK AVENUE<br>NEW YORK, NY 10016<br>sselbst@herrick.com; prubin@herrick.com |
| HESS CORPORATION<br>ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.<br>1 HESS PLAZA<br>WOODBRIDGE, NJ 07095<br>ecurrenti@hess.com | HEWLETT-PACKARD COMPANY LP<br>ATT: RAMONA NEAL, SENIOR COUNSEL<br>11311 CHINDEN BOULEVARD<br>MAIL STOP 314<br>BOISE, ID 83714<br>Ramona.neal@hp.com | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY<br>ATT: AMY S. CHIPPERSON, ESQ.<br>420 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07640<br>amy.chipperson@hp.com |
| HINCKLEY, ALLEN & SNYDER LLP<br>ATTY FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-GMAC CO, LLC<br>ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V DORAN<br>28 STATE STREET<br>BOSTON, MA 02109<br>tcurran@haslaw.com | HISCOCK & BARCLAY, LLP<br>ATTY FOR THE SCHAEFER GROUP INC.<br>ATTN: SUSAN R. KATZOFF, ESQ.<br>ONE PARK PLACE<br>300 SOUTH STATE STREET<br>SYRACUSE, NY 13202<br>skatzoff@hblaw.com | HISCOCK & BARCLAY, LLP<br>ATT: SUSAN R. KATZOFF, ESQ.<br>ONE PARK PLACE<br>300 SOUTH STATE STREET<br>SYRACUSE, NY 13202<br>skatzoff@hblaw.com |

| | | |
|---|---|---|
| HOGAN & HARTSON LLP<br>ATT: SCOTT A. GOLDEN & BRIAN J GRIECO, ESQ.<br>ATTY FOR NEWS AMERICA INCORPORATED<br>875 THIRD AVENUE<br>NEW YORK, NY 10022<br>sagolden@hhlaw.com ; bjgrieco@hhlaw.com | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATTY FOR GENERAL MOTORS CORPORATION<br>ATT: ROBERT B. WEISS, ESQ.<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI 48226<br>rweiss@honigman.com | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATTY FOR GENERAL MOTORS CORPORATION<br>ATT: TRICIA A. SHERICK, ESQ.<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI 48226<br>tsherick@honigman.com |
| HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATTY FOR GENERAL MOTORS CORPORATION<br>ATT: JOSEPH R. SGROI, ESQ.<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI 48226<br>jsgroi@honigman.com | HUNTER & SCHANK CO., LPA<br>ATTY FOR ZF FRIEDRICHSHAFEN AG<br>ATT: JOHN J. HUNTER, JR., ESQ.<br>ONE CANTON SQUARE<br>1700 CANTON AVENUE<br>TOLEDO, OH 43604<br>jrhunter@hunterschank.com | HUNTER & SCHANK CO., LPA<br>ATTY FOR ZF FRIEDRICHSHAFEN AG<br>ATT: THOMAS J. SCHANK, ESQ.<br>ONE CANTON SQUARE<br>1700 CANTON AVENUE<br>TOLEDO, OH 43604<br>tomschank@hunterschank.com |
| HUNTON & WILLIAMS LLP<br>ATT: PETER PARTEE, RICHARD NORTON, SCOTT H. BERNSTEIN<br>ATTY FOR: PHILIP MORRIS USA<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>ppartee@hunton.com; rnorton@hunton.com;<br>sbernstein@hunton.com | HUNTON & WILLIAMS LLP<br>ATT: J.R. SMITH<br>ATT FOR: PHILIP MORRIS USA<br>RIVERFRONT PLAZA, EAST TOWER<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219<br>jrsmith@hunton.com | INDUSTRY CANADA, LEGAL SERVICES<br>ATT: ANNE BOUDREAU<br>235 QUEEN STREET<br>OTTAWA, ON K1A OH5<br>CANADA<br>anne.boudreau@ic.gc.ca |
| INTERNATIONAL UNION OF OPERATING ENGINEERS<br>ATT: RICHARD GRIFFIN, GENERAL COUNSEL<br>1125 SEVENTEENTH STREET, NW<br>WASHINGTON, DC 20036<br>rgriffin@iuoe.org | INTERNATIONAL UNION, UAW<br>ATTY FOR INTERNATIONAL UNION, UAW<br>ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.<br>8000 EAST JEFFERSON AVENUE<br>DETROIT, MI 48214<br>memberservices@iuawfcu.com, nganatra@uaw.net | IVEY, BARNUM AND O'MARA, LLC<br>ATTY FOR SONIC AUTOMOTIVE, INC.<br>ATTN: MELISSA ZELEN NEIER, ESQ.<br>170 MASON STREET<br>GREENWICH, CT 06830<br>mneier@ibolaw.com |
| J.L. SAFFER, P.C.<br>ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.<br>ATTN: JENNIFER L. SAFFER, ESQ.<br>20 VESEY STREET, 7TH FLOOR<br>NEW YORK, NY 10007<br>jlsaffer@jlsaffer.com | JAFFE, RAITT, HEUER, & WEISS, P.C.<br>ATT: RICHARD E. KRUGER<br>ATTY FOR THE BMW GROUP<br>27777 FRANKLIN RD. SUITE 2500<br>SOUTHFIELD, MI 48034<br>rkruger@jaffelaw.com | JENNER & BLOCK LLP<br>ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS<br>ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN<br>919 THIRD AVENUE, 37TH FLOOR<br>NEW YORK, NY 10022 3908<br>ptrostle@jenner.com |
| JENNER & BLOCK LLP<br>ATTY FOR PROPOSED SPECIAL COUNSEL FOR DEBTORS<br>ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI<br>353 N. CLARK ST.<br>CHICAGO, IL 60654 3456<br>dmurray@jenner.com | JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC<br>ATTY FOR D & J AUTOMOTIVE, LLC<br>ATT: JEAN WINBORNE BOYLES, ESQ.<br>P.O. BOX 1776<br>RALEIGH, NC 27602<br>jboyles@jhvgglaw.com | JOHNSTON BARTON PROCTOR & ROSE LLP<br>ATTY FOR SERRA CHEVROLET OF BIRMINGHAM, INC.<br>ATTN: MAX A. MOSELEY, ESQ.<br>569 BROOKWOOD VILLAGE<br>SUITE 901<br>BIRMINGHAM, AL 35209<br>mam@johnstonbarton.com |
| K&L GATES LLP<br>ATTY FOR PPG INDUSTRIES, INC.<br>ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022<br>jeff.rich@klgates.com; eric.moser@klgates.com | KAYE SCHOLER LLP<br>ATTY FOR PHILLIP MORRIS CAPITAL CORP<br>ATT: RICHARD G. SMOLEV & STEWART B. HERMAN<br>425 PARK AVENUE<br>NEW YORK, NY 10022 3598<br>rsmolev@kayescholer.com; | KEATING MUETHING & KLEKAMP PLL<br>ATTY FOR CINTAS CORPORATION<br>ATTN: JASON V. STITT<br>ONE EAST FOURTH STREET, SUITE 1400<br>CINCINNATI, OH 45202<br>jstitt@kmklaw.com |
| KELLEY & FERRARO, L.L.P.<br>ATTY FOR ASBESTOS TORT CLAIMANTS<br>ATT: THOMAS M. WILSON, ESQ.<br>2200 KEY TOWER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114<br>twilson@kelley-ferraro.com | KELLEY DRYE & WARREN LLP<br>ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN, ESQS<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com | KELLEY DRYE & WARREN, LLP<br>ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.<br>ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>KDWBankruptcyDepartment@kelleydrye.com |
| KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: THOMAS M KENNEDY, ESQ.<br>113 UNIVERSITY PLACE<br>7TH FL<br>NEW YORK, NY 10003<br>tmurray@kjmlabor.com | KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: SUSAN JENNIK, ESQ.<br>113 UNIVERSITY PLACE<br>7TH FL<br>NEW YORK, NY 10003<br>sjennik@kjmlabor.com | KENNEDY, JENNIK & MURRAY P.C.<br>ATTN: LARRY MAGARIK, ESQ.<br>113 UNIVERSITY PLACE<br>7TH FL<br>NEW YORK, NY 10003<br>lmagarik@kjmlabor.com |
| KERR, RUSSELL AND WEBER, PLC<br>ATTY FOR WINDSOR MOLD INC.<br>ATTN: JAMES E. DELINE, ESQ.<br>500 WOODWARD AVENUE, SUITE 2500<br>DETROIT, MI 48226 3406<br>jed@krwlaw.com | KERR, RUSSELL AND WEBER, PLC<br>ATTY FOR AVL AMERICAS, INC.<br>ATT: P. WARREN HUNT, ESQ. & JAMES DELINE<br>500 WOODWARD AVENUE, SUITE 2500<br>DETROIT, MI 48226 3406<br>pwh@krwlaw.com | KILPATRICK & ASSOCIATES, P.C.<br>ATTY FOR OAKLAND COUNTY TREASURER<br>ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN<br>903 N. OPDYKE ROAD, SUITE C<br>AUBURN HILLS, MI 48326<br>ecf@kaalaw.com |

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: MORTON R. BRANZBURG & BRIAN T. CROWLEY
260 S. BROAD STREET
PHILADELPHIA, PA 19102
BCrowley@klehr.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, AMY CATON, ADAM ROGOFF & GREGORY PLOTKO
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
acaton@kramerlevin.com, gplotko@kramerlevin.com, tmayer@kramerlevin.com, arogoff@kramerlevin.com,

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
abruski@lambertleser.com

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD
ATT: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205
sheehan@txschoollaw.com

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011
shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
ATT: JOHN P. DILLMAN, ESQ.
POST OFFICE BOX 3064
HOUSTON, TX 77253
houston_bankruptcy@publicans.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10022
metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR SOUTH TROY TECH, LLC
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
msl@maddinhauser.com

MCCARTER & ENGLISH, LLP
ATT: CHARLES A. STANZIALE, JR.
NEW JERSEY SELF INSURERS GUARANTY ASSOC
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
cstanziale@mccarter.com

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ATT: MICHAEL REED, ESQ.
P.O. BOX 1269
ROUND ROCK, TX 78680
sveselka@mvbalaw.com, mreed@mvbalaw.com, dgoff@mvbalaw.com

KOHRMAN JACKSON & KRANTZ, PLL
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
ATT: JAMES W. EHRMAN, ESQ.
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH 44114 1793
jwe@kjk.com

KUPELIAN ORMOND & MAGY, P.C.
ATTY FOR LA PRODUCTIONS, LLC
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW SCHLEGEL
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFILED, MI 48075
tah@kompc.com; dmb@kompc.com; psm@kompc.com; mws@kompc.com

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY 10022 4068
Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET, SUITE 4
SHERMAN OAKS, CA 91423 5846
larrykraines@gmail.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
dallas.bankruptcy@publicans.com

LOCKE LORD BISSELL & LIDDELL LLP
ATT: TIMOTHY S. MCFADDEN, ESQ.
ATTY FOR: METHODE ELECTRONICS, INC.
111 SOUTH WACKER DRIVE
CHICAGO, IL 60606
tmcfadden@lockelord.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
ATT: STEVEN A. MATTA, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI 48302
smatta@mattablair.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
rrk@mccarthylebit.com

MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
ATTY FOR NS-200 CABOT OF PA; NS-608 CAPERTON WV; NS-1500 MARQUETTE MS; NS-2200 WILLIS MILLER WI
ATTN: JANICE M. WOOLLEY, ESQ.
11404 W. DODGE ROAD, SUITE 500
OMAHA, NE 68154 2584
janwoolley@mgwl.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243
fberg@kotzsangster.com; jmacyda@kotzsangster.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
scook@lambertleser.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
ATT: GABRIEL DEL VIRGINIA, ESQ.
488 MADISON AVE
NEW YORK, NY 10022
gabriel.delvirginia@verizon.net

LECLAIRRYAN P.C
ATTY OF HONEYWELL INTERNATIONAL INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022
michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY, SAN
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX 78760
austin.bankruptcy@publicans.com

LOCKE LORD BISSELL & LIDDELL LLP
ATT: KEVIN J. WALSH, ESQ.
ATTY FOR: METHODE ELECTRONICS, INC.
3 WORLD FINANCIAL CTR FL 20
NEW YORK, NY 10281 2199
kwalsh@lockelord.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
khk@maddinhauser.com

MAZZEO SONG & BRADHAM LLP
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
ATTN: DAVID H. HARTHEIMER, ESQ.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY 10017
dhartheimer@mazzeosong.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: KIMBERLY A. BRENNAN, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
kab@mccarthylebit.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE STE 1700
NEW YORK, NY 10169
cgraham@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: JESSICA H. MAYES, ESQ.
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
jmayes@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATT: CHARLES E. DORKEY III
ATTY FOR EVGENY A. FRIEDMAN
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
cdorkey@mckennalong.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JACOB F. LAMME, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
lamme@mltw.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JOHN J. PRIVITERA, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
privitera@mltw.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
hkolko@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC, PITNEY BOWES SO
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018 0822
elobello@msek.com

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
ATT: MICHAEL S. HOLMES, ESQ.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX 77007
msholmes@cowgillholmes.com

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING P.O. BOX 30755
LANSING, MI 48909
gillcr@michigan.gov

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI 48917
funds@michigan.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI 48909
wcacinfo@michigan.gov

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATT: MATTHEW S. BARR, TYSON M. LOMAZOW & SAMUEL A. KHALIL, ESQ.
ATTY FOR: MANUFACTURERS AND TRADERS TRUST COMPANY
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
mbarr@milbank.com ; tlomazow@milbank.com ; skhalil@milbank.com

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI 49501 0306
ecfwolfordr@millerjohnson.com

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS, MI 49501 0306
ecfsarbt@millerjohnson.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: DONALD J. HUTCHINSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
hutchinson@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK, NY 10110
robbins@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I, KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
swansonm@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
fusco@millercanfield.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111
pricotta@mintz.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY, MO 65105 0475
sdnyecf@dor.mo.gov

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109 1099
nramsey@mmwr.com; joneil@mmwr.com

MOORE & VAN ALLEN PLLC
ATTY FOR HAGEMEYER N.A.
ATT: CYNTHIA JORDAN LOWERY, ESQ.
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC 29413 2828
cynthialowery@mvalaw.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: HOWARD S. BELTZER & EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
hbeltzer@morganlewis.com; eliu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA, PA 19103 2921
rmauceri@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN: RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
RTODER@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN: ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
AGOTTFRIED@MORGANLEWIS.COM

MORRISON COHEN LLP
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS
909 THIRD AVENUE
NEW YORK, NY 10022
bankruptcy@morrisoncohen.com

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464
jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
ATTN: TED STENGER
500 RENAISSANCE CENTER, SUITE 1400
DETROIT, MI 48243
TStenger@alixpartners.com

MOTORS LIQUIDATION COMPANY
ATTN: LAWRENCE S. BUONOMO, ESQ.
500 RENAISSANCE CENTER, SUITE 1400
DETROIT, MI 48243
lawrence.s.buonomo@gm.com

MUCH SHELIST DENENBERG AMENT AND
RUBENSTEIN, P.C.
ATTY FOR BRANDENBURG INDUSTRIAL SERVICE CO.
ATT: COLLEEN E. MCMANUS, ESQ.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606
CMcManus@muchshelist.com

MUNSCH HARDT KOPF & HARR, P.C.
ATTY FOR COMPUTER SCIENCES CORPORATION
ATT: RAYMOND J. URBANIK, ESQ.
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS, TX 75201 6659
rurbanik@munsch.com

MUNSCH HARDT KOPF & HARR, P.C.
ATT: MARY W. KOKS
ATTY FOR JIS PERFORMING PARTY GROUP
700 LOUISIANA, SUITE 4600
HOUSTON, TX 77002
mkoks@munsch.com

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE
DEALERS ASSOCIATION
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL 32308
rsox@dealerlawyer.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION AND
CHEMICAL CORP SITE TRUST FUND
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY 10573
nwbernstein@nwbllc.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY
CHANCAS
377 BROADWAY
NEW YORK, NY 10013
dbrody@borahgoldstein.com

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
Gkelly@narmco.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: GEORGE CAUTHEN, LINDA BARR, CAMERON
CURRIE, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC 29201
george.cauthen@nelsonmullins.com;
linda.barr@nelsonmullins.com;
cameron.currie@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: PETER J. HALEY, ESQ.
200 CLARENDON ST  FL 35
BOSTON, MA 02116 5040
peter.haley@nelsonmullins.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY
GENERAL
THE CAPITOL
ALBANY, NY 12224
Maureen.Leary@oag.state.ny.us

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY
GENERAL
THE CAPITOL
ALBANY, NY 12224
Susan.Taylor@oag.state.ny.us

OFFICE OF ATTORNEY GENERAL FOR
PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF
REVENUE, BUREAU OF ACCTS SETTLEM
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY
GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107 3603
cmomjian@attorneygeneral.gov

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271
Info@AndrewCuomo.com

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215
lucas.ward@ohioattorneygeneral.gov

OFFICE OF WESTCHESTER COUNTY ATTY
ATT: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601
MJR1@westchestergov.com

OHIO ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION
AGENCY ("OEPA")
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST.
ATTORNEY GENERAL
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH 43215
Michelle.sutter@ohioattorneygeneral.gov

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
RFRANKEL@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
RWYRON@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTY FOR UNOFFICIAL GM DEALERS COMMITTEE
ATT: LORRAINE MCGOWEN, ALYSSA ENGLUND,
COURTNEY ROGERS
666 FIFTH AVENUE
NEW YORK, NY 10103
lmcgowen@orrick.com; aenglund@orrick.com;
crogers@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE
CENTER USA; BEHR-HELLA
ATTN: JOHN ANSBRO & COURTNEY M. ROGERS
666 FIFTH AVENUE
NEW YORK, NY 10103
jansbro@orrick.com; crogers@orrick.com

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
CHICAGO, IL 60604
email@orumroth.com

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100
TORONTO, ONTARIO M5X 1B8
tsandler@osler.com

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL,
ESQ.
230 PARK AVENUE
NEW YORK, NY 10169 0075
DWALLEN@OSHR.COM, JHELFAT@OSHR.COM,
SSOLL@OSHR.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI,
JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY 10169
OSHR-GM-bk@oshr.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: KIAH T. FORD IV, ESQ.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
chipford@parkerpoe.com

PATTON BOGGS LLP
ATTY FOR UNOFFICIAL COMMITTEE OF FAMILY &
DISSIDENT GM BONDHOLDERS
ATTN: MICHAEL RICHMAN, MARK SALZBERG
MELISSA IACHAN
1185 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY 10036
mrichman@pattonboggs.com; msalzberg@pattonboggs.com;
miachan@pattonboggs.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
AROSENBERG@PAULWEISS.COM

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK, NY 10022 3205
harveystrickon@paulhastings.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR DANA HOLDING CORPORATION
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN
POHL, ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019 6064
akornberg@paulweiss.com; rzubaty@paulweiss.com;
ipohl@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG & JONATHAN T.
KOEVARY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019 6064
akornberg@paulweiss.com; jkoevary@paulweiss.com

| | | |
|---|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES<br>ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 6064<br>arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTY FOR RYDER INTEGRATED LOGISTICS, INC.<br>ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 6064<br>sshimshak@paulweiss.com; pweintraub@paulweiss.com | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,<br>RALPH L LANDY, MICHAEL A. MARICCO, ESQS.<br>1200 K STREET NW<br>WASHINGTON, DC 20005 4026<br>maricco.michael@pbgc.gov |
| PEPPER HAMILTON LLP<br>ATTY FOR SKF USA INC.<br>ATT: HENRY J. JAFFE & JAMES C. CARIGNAN<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>WILMINGTON, DE 19899 1709<br>jaffeh@pepperlaw.com; carignanj@pepperlaw.com | PEPPER HAMILTON LLP<br>ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY<br>ATT: EDWARD C. TOOLE & LINDA J. CASEY<br>3000 TWO LOGAN SQUARE<br>EIGHTEENTH AND ARCH STREETS<br>PHILADELPHIA, PA 19103 2799<br>toolee@pepperlaw.com; caseyl@pepperlaw.com | PEPPER-HAMILTON LLP<br>ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.<br>ATT: DENNIS S. KAYES & DEBORAH KOVSKY-APAP<br>100 RENAISSANCE CENTER, SUITE 3600<br>DETROIT, MI 48243 1157<br>kayesd@pepperlaw.com; kovskyd@pepperlaw.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>ATTY FOR ARLINGTON ISD<br>ATT: ELIZABETH BANDA<br>P.O. BOX 13430<br>ARLINGTON, TX 76094 0430<br>ebanda@pbfcm.com | PHILIP MORRIS USA<br>ATT: JOY TANNER<br>615 MAURY STREET<br>RICHMOND, VA 23224<br>joy.e.tanner@altria.com | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATTY FOR LMC PHASE II, L.L.C.<br>ATTN: RICHARD L. EPLING, KAREN B. DINE, ERICA E. CARRIG<br>1540 BROADWAY<br>NEW YORK, NY 10036 4039<br>richard.epling@pillsburylaw.com;<br>karen.dine@pillsburylaw.com; erica.carrig@pillsburylaw.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATTY FOR FINANCIAL ENGINES ADVISORS L.L.C.<br>ATT: RICHARD L. EPLING & ERICA E. CARRIG<br>1540 BROADWAY<br>NEW YORK, NY 10036<br>richard.epling@pillsburylaw.com ;<br>erica.carrig@pillsburylaw.com | PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP<br>ATTY FOR CANON FINANCIAL SERVICES, INC.<br>ATT: TERESA SADUTTO-CARLEY, ESQ.<br>1065 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10018<br>tsadutto@platzerlaw.com | PLUNKETT COONEY<br>ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.<br>ATT: DAVID A. LERNER, ESQ.<br>38505 WOODWARD AVENUE, SUITE 2000<br>BLOOMFIELD HILLS, MI 48304<br>dlerner@plunkettcooney.com |
| PLUNKETT COONEY<br>ATTY FOR DENSO INTERNATIONAL AMERICA & DENSO SALES CALIFORNIA<br>ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING<br>38505 WOODWARD AVENUE, SUITE 2000<br>BLOOMFIELD HILLS, MI 48304<br>DBernstein@plunkettcooney.com;<br>MFleming@plunkettcooney.com | PORZIO BROMBERG & NEWMAN P.C.<br>ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA<br>ATT: JOHN MAIRO & ROBERT SCHECHTER<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07962<br>jsmairo@pbnlaw.com; rmschechter@pbnlaw.com | POTTER ANDERSON & CORROON LLP<br>ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN RAILWAY<br>ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.<br>HERCULES PLAZA, 6TH FLOOR<br>1313 NORTH MARKET STREET P.O. BOX 951<br>WILMINGTON, DE 19801<br>dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com; rmcneill@potteranderson.com |
| PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.<br>ATT: SARA J. GEENEN, ESQ.<br>1555 N. RIVERCENTER DRIVE, SUITE 202<br>P.O. BOX 12993<br>MILWAUKEE, WI 53212<br>sjg@previant.com | PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.<br>ATTN: FREDERICK PERILLO<br>1555 N. RIVERCENTER DRIVE, SUITE 202<br>P.O. BOX 12993<br>MILWAUKEE, WI 53212<br>fp@previant.com | PRONSKE & PATEL, P.C.<br>ATT: RAKHEE V. PATEL, ESQ.<br>ATTY FOR BOYD BRYANT<br>2200 ROSS AVENUE, SUITE 5350<br>DALLAS, TX 75201<br>rpatel@pronskepatel.com |
| PROSKAUER ROSE LLP<br>ATTY FOR STATE STREET BANK AND TRUST CO<br>ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ<br>1585 BROADWAY<br>NEW YORK, NY 10036 8299<br>srutsky@proskauer.com; aberkowitz@proskauer.com | QUARLES & BRADY LLP<br>ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST<br>ATTY FOR UNITED PARCEL SERVICE, INC.; UPS CAPITAL CORP.<br>300 NORTH LASALLE STREET, SUITE 4000<br>CHICAGO, IL 60654<br>Faye.Feinstein@quarles.com;<br>Christopher.Combest@quarles.com | RABINOWITZ, LUBETKIN & TULLY, L.L.C.<br>ATTY FOR THE RABINOWITZ FAMILY, LLC<br>ATTN: JONATHAN I. RABINOWITZ, ESQ.<br>293 EISENHOWER PARKWAY, SUITE 100<br>LIVINGSTON, NJ 07039<br>jrabinowitz@rltlawfirm.com |
| RADHA R. M NARUMANCHI<br>657 MIDDLETON AVENUE<br>NEW HAVEN, CT 06513<br>rrm_narumanchi@hotmail.com | RAY QUINNEY & NEBEKER P.C.<br>ATT: STEPHEN C. TINGEY<br>36 SOUTH STATE STREET, SUITE 1400<br>P.O. BOX 45385<br>SALT LAKE CITY, UT 84145<br>stingey@rqn.com | RAYTHEON PROFESSIONAL SERVICES LLC<br>12160 SUNRISE VALLEY DRIVE<br>RESTON, VA 20191<br>Lee_Cooper@raytheon.com |
| REED SMITH LLP<br>ATTY FOR UNITED STATES STEEL CORPORATION<br>ATT: KURT F. GWYNNE, ESQ.<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801<br>kgwynne@reedsmith.com | REED SMITH LLP<br>ATTY FOR UNITED STATES STEEL CORPORATION<br>ATT ERIC A. SCHAFFER, ESQ.<br>435 SIXTH AVE.<br>PITTSBURGH, PA 15219<br>eschaffer@reedsmith.com | REID AND REIGE, P.C.<br>ATTY FOR BARNES GROUP INC.<br>ATT: CAROL A. FELICETTA, ESQ.<br>195 CHURCH STREET<br>NEW HAVEN, CT 06510<br>cfelicetta@reidandriege.com |
| RHOADES MCKEE<br>ATTY FOR BAY LOGISTICS, INC.<br>ATTN: TERRY L. ZABEL, ESQ.<br>161 OTTAWA AVENUE, NW, SUITE 600<br>GRAND RAPIDS, MI 49503<br>tlzabel@rhoadesmckee.com | RICHARD M. ALLEN, ESQ<br>223 EGREMONT PLAIN RD, PMB 108<br>NORTH EGREMONT, MA 01252<br>rmallenski@aol.com | RICHARD W. MARTINEZ, APLC<br>ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE COMPONENTS, LLC<br>ATT: RICHARD W. MARTINEZ, ESQ.<br>228 ST. CHARLES AVENUE, SUITE 1310<br>NEW ORLEANS, LA 70130<br>richardnotice@rwmaplc.com |

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
ATT: MICHAEL FRIEDMAN & KEITH SAMBUR
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
mfriedman@rkollp.com; ksambur@rkollp.com

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT
LICENSING G.P.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154
jshickich@riddellwilliams.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ.
ATTY FOR NIJECT SERVICES COMPANY
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962 1981
akress@riker.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ
ATTY FOR NIJECT SERVICES COMPANY
500 FIFTH AVENUE, SUITE 4920
NEW YORK, NY 10110
akress@riker.com

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA 23451
rkchevysales@rkautogroup.net

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331
judith.adler@us.bosch.com

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071
rsmith@cniinc.cc

ROBINSON BROG LEINWAND GREENE GENOVESE &
GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
ATT: RUSSELL P. MCRORY, ESQ.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105
rpm@robinsonbrog.com

ROBINSON WATERS & O'DORISIO, P.C.
ATTY FOR ENVIRONMENTAL TESTING
CORPORATION
ATT: ANTHONY L. LEFFERT, ESQ.
1099 18TH STREET, SUITE 2600
DENVER, CO 80202
aleffert@rwolaw.com

ROPERS MAJESKI KOHN & BENTLEY
ATT: N. KATHLEEN STRICKLAND
201 SPEAR STREET, SUITE 1000
SAN FRANCISCO, NY 94105
kstrickland@rmkb.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
ATT: CHRISTOPHER BELMONTE & PAMELA
BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK, NY 10169
cbelmonte@ssbb.com; pbosswick@ssbb.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
jhampton@saul.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
aisenberg@saul.com

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING & DEV;
JOHNSON MATTHEY INC
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899
tcurrier@saul.com

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304
rheilman@schaferandweiner.com;
glee@schaferandweiner.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER
VICTIMS OF GM
ATT: BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005 1101
bdeutsch@schnader.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER
VICTIMS OF GM
ATT: BARRY E. BRESSLER, ESQ.
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103 7286
bbressler@schnader.com; aadams@schnader.com;
rbarkasy@schnader.com; mbarrie@schnader.com

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC; PLATINUM
EQUITY CAPITAL
PARTNERS II, LP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
919 THIRD AVENUE
NEW YORK, NY 10022
david.karp@srz.com, adam.harris@srz.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
mschonfeld@gibsondunn.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A
SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075 1195
dlin@seyburn.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A
SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: LESLIE STEIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075 1195
lstein@seyburn.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON &
TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
bshaw100@shawgussis.com

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING
HOLDINGS, INC. AND ITS AFFILIATES
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK, NY 10022
fsosnick@shearman.com; jfrizzley@shearman.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR SYNOPSYS, INC.
ATT: EDWARD TILLINGHAST, MALANI
CADEMARTORI, BLANKA WOLFE
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
etillinghast@sheppardmullin.com;
mcademartori@sheppardmullin.com;
bwolfe@sheppardmullin.com

SHINN FU CORPORATION
C/O ARTHUR A. CHAYKIN, ESQ.
10939 N. POMONA AVE.
KANSAS CITY, MO 64153
achaykin@shinnfuamerica.com

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603
kkansa@sidley.com

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY,
ESQS
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI 48322
avery@silvermanmorris.com

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM
MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV,
LLC, ET AL
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
ARosen@SilvermanAcampora.com

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
PPANTALEO@STBLAW.COM

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
DMACK@STBLAW.COM

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.; MICHELLE E. SHIRRO
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001
levick@singerlevick.com, mshriro@singerlevick.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTN: RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606 1720
jack.butler@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATT: KAYALYN A. MARAFIOTI & GREGORY W. FOX, ESQ.
FOUR TIMES SQUARE
NEW YORK, NY 10036
kayalyn.marafioti@skadden.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
ATTY FOR JOHANN HAY GMBH & CO. KG
HERRENBERGER STRASSE 12
71032 BOEBLINGEN
nboehler@cbmlaw.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114 1304
cmeyer@ssd.com

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE, LLC
ATT: TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603
tcornell@stahlcowen.com

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI 48098
ccaldwell@starkreagan.com

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
wpayne@stemberfeinstein.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
JSTEMBER@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
EFEINSTEIN@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
EDOYLE@STEMBERFEINSTEIN.COM

STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
35 OLD SPORT HILL ROAD
EASTON, CT 06612
shgross5@yahoo.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: SONYA N. GOLL, ESQ.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD, MI 48076
sgoll@sbplclaw.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: CHARLES D. BULLOCK, ESQ.
29200 SOUTHFIELD ROAD, SUITE 210
SOUTHFIELD, MI 48076
cbullock@sbplclaw.com

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: ROBERT C. GOODRICH JR & MADISON L. MARTIN
401 CHURCH STREET, SUITE 800
NASHVILLE, TN 37219
nashvillebankruptcyfilings@stites.com

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
ATT: BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202
bmeldrum@stites.com

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
515 CONGRESS STREET, STE 2523
AUSTIN, TX 78701
streusand@streusandlandon.com

STROBL & SHARP, P.C.
ATTY FOR PIONEER STEEL CORPORATION
ATTN: LYNN M. BRIMER & MEREDITH M. MCKINZIE
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS, MI 48304
lbrimer@stroblpc.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
ATT: SANDER ESSERMAN, PETER D'APICE, JO HARTWICK, JACOB NEWTON
2323 BRYAN STREET, SUITE 220
DALLAS, TX 75201
esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com; newton@sbep-law.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD, MI 48037 0222
dselwocki@swappc.com

TEITELBAUM & BASKIN, LLP
ATT: KENNETH M. LEWIS & JAY TEITELBAUM
ATTY FOR JOHANN HAY GMBH & CO. KG
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601
klewis@tblawllp.com; jteitelbaum@tblawllp.com

TEITELBAUM & BASKIN, LLP
ATT: JAY TEITELBAUM
ATTY FOR NAPLETON INVESTMENT PARTNERSHIP LP
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601
jteitelbaum@tblawllp.com

TEITELBAUM & BASKIN, LLP
ATT: K. LEWIS & J. TEITELBAUM
ATTY FOR JOHANN HAY GMBH & CO. KG
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601
klewis@tblawllp.com ; jteitelbaum@tblawllp.com

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
ATT: ROBERT COOPER & MARVIN CLEMENTS
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202 0207
marvin.clements@ag.tn.gov

THE CHURCH OF THE GOOD NEWS
1599 COLUMBUS AVENUE
BOSTON, MA 02119
lischen@tcwtgn.com

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
105 MAXESS ROAD
MELVILLE, NY 11747
KENNETH_FREDA@GARDENCITYGROUP.COM

THE TEXAS ATTORNEY GENERAL'S OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE DIV.
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711 2548
casey.roy@oag.state.tx.us

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI 48109 1340
dkowich@umich.edu

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO 63101
rbrownlee@thompsoncoburn.com

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521
jesse@tipotexchevrolet.com

| | | |
|---|---|---|
| TORYS LLP<br>ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI<br>ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS<br>237 PARK AVENUE<br>NEW YORK, NY 10017<br>abauer@torys.com; tmartin@torys.com | TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.<br>ATTY FOR SIKA CORPORATION<br>ATT: SAM DELLA FERA, JR., ESQ.<br>347 MT. PLEASANT AVENUE, SUITE 300<br>WEST ORANGE, NJ 07052<br>sdellafera@trenklawfirm.com | TROUTMAN SANDERS LLP<br>ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)<br>AND TRANSPORT SUPPORT LLC<br>ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174<br>BRETT.GOODMAN@TROUTMANSANDERS.COM |
| TROUTMAN SANDERS LLP<br>ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)<br>AND TRANSPORT SUPPORT LLC<br>ATT: JEFFREY W. KELLEY, ESQ.<br>600 PEACHTREE STREET, NE SUITE 5200<br>ATLANTA, GA 30308<br>jeffrey.kelley@troutmansanders.com | TRW AUTOMOTIVE U.S. LLC<br>12001 TECH CENTER DRIVE<br>LIVONIA, MI 48150<br>paula.christ@trw.com | U.S. TREASURY<br>ATTN: JOSEPH SAMARIAS, ESQ.<br>1500 PENNSYLVANIA AVENUE NW<br>ROOM 2312<br>WASHINGTON, DC 20220<br>JOSEPH.SAMARIAS@DO.TREAS.GOV |
| UNION PACIFIC RAILROAD COMPANY<br>ATTN: MARY ANN KILGORE, ESQ.<br>1400 DOUGLAS STREET, STOP 1580<br>OMAHA, NE 68179<br>mkilgore@up.com | UNITED STATES ATTORNEY<br>FOR THE SOUTHERN DISTRICT OF NEW YORK<br>ATTN: MATTHEW L SCHWARTZ AND DAVID S. JONES, ESQS.<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY 10007<br>david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; matthew.schwartz@usdoj.gov; joseph.cordaro@usdoj.gov | UNITED STATES DEPT. OF JUSTICE<br>ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530<br>askDOJ@usdoj.gov |
| UNITED STATES DEPT. OF JUSTICE<br>ATTN: ANTI-TRUST DIVISION<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530<br>antitrust.atr@usdoj.gov | UNITED STEELWORKERS<br>ATT: DAVID R. JURY, ESQ.<br>FIVE GATEWAY CENTER, SUITE 807<br>PITTSBURGH, PA 15222<br>djury@usw.org | VEDDER PRICE<br>MICHAEL EDELMAN, ESQ.<br>1633 BROADWAY<br>47TH FLOOR<br>NEW YORK, NY 10019<br>MJEDELMAN@VEDDERPRICE.COM |
| VEDDER PRICE P.C.<br>ATTY FOR EXPORT DEVELOPMENT CANADA<br>ATT: MICHAEL EDELMAN, MICHAEL SCHEIN, ERIN ZAVALKOFF-BABEJ<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019<br>MJEdelman@vedderprice.com; MSchein@vedderprice.com; Ezavalkoff-babej@vedderprice.com | VENABLE LLP<br>ATTY FOR RK CHEVROLET/RK AUTO GROUP<br>ATTN: LAWRENCE A. KATZ, ESQ.<br>8010 TOWERS CRESCENT DRIVE, SUITE 300<br>VIENNA, VA 22182 2707<br>lakatz@venable.com | VINSON & ELKINS L.L.P.<br>ATTY FOR AM GENERAL; GENERAL ENGINE PRODUCTS; GEN. TRANSMISSION PROD.<br>ATT: RONALD L. ORAN, ESQ.<br>666 FIFTH AVENUE, 26TH FLOOR<br>NEW YORK, NY 10103 0040<br>roran@velaw.com |
| VORYS, SATER, SEYMOUR AND PEASE LLP<br>ATTY FOR TURNER BROADCASTING SYSTEM, INC.<br>ATTN: TIFFANY STRELOW COBB, ESQ.<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215<br>tscobb@vorys.com | WARNER NORCROSS & JUDD LLP<br>ATTY FOR ROBERT BOSCH GMBH<br>ATT: GORDON J. TOERING, ESQ.<br>900 FIFTH THIRD CENTER<br>111 LYON STREET, NW<br>GRAND RAPIDS, MI 49503<br>gtoering@wnj.com | WARNER NORCROSS & JUDD LLP<br>ATTY FOR GHSP, INC.<br>ATTN: STEPHEN B. GROW, ESQ.<br>900 FIFTH THIRD CENTER<br>111 LYON STREET, NW<br>GRAND RAPIDS, MI 49503<br>sgrow@wnj.com |
| WARNER NORCROSS & JUDD LLP<br>ATT: MICHAEL G. CRUSE<br>ATTY FOR: LUXCONTROL SA<br>2000 TOWN CENTER, SUITE 2700<br>SOUTHFIELD, MI 48075<br>crusemg@wnj.com | WARREN, DRUGAN & BARROWS, P.C.<br>ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY<br>ATT: ROBERT L. BARROW, ESQ.<br>800 BROADWAY<br>SAN ANTONIO, TX 78215<br>rbarrows@wdblaw.com; rbarrows800@gmail.com | WEIL, GOTSHAL & MANGES LLP<br>ATTN: HARVEY R. MILLER, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153<br>HARVEY.MILLER@WEIL.COM |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN: STEPHEN KAROTKIN, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153<br>STEPHEN.KAROTKIN@WEIL.COM | WEIL, GOTSHAL & MANGES LLP<br>ATTN: JOSEPH H. SMOLINSKY, ESQ.<br>767 FIFTH AVE<br>NEW YORK, NY 10153<br>JOSEPH.SMOLINSKY@WEIL.COM | WHITE AND WILLIAMS LLP<br>ATTY FOR CISCO SYSTEMS, INC.<br>ATTN: KAREL S. KARPE, ESQ.<br>ONE PENN PLAZA, SUITE 4110<br>NEW YORK, NY 10119<br>karpek@whiteandwilliams.com |
| WILDMAN, HARROLD, ALLEN & DIXON<br>ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,<br>DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL<br>ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 1229<br>Dockterman@wildman.com; Young@wildman.com; | WILENTZ, GOLDMAN & SPITZER, P.A.<br>ATT: LETITIA ACCARRINO, ESQ.<br>ATTY FOR BOB MAGUIRE CHEVROLET,INC.<br>90 WOODBRIDGE CENTER DRIVE<br>SUITE 900, BOX 10<br>WOODBRIDGE, NJ 07095<br>laccarrino@wilentz.com | WILENTZ, GOLDMAN & SPITZER, P.A.<br>ATT: DEIRDRE WOULFE PACHECO, ESQ.<br>ATTY FOR: BOB MAGUIRE CHEVROLET,INC.<br>90 WOODBRIDGE CENTER DRIVE<br>SUITE 900, BOX 10<br>WOODBRIDGE, NJ 07095<br>dpacheco@wilentz.com |
| WILLIAM T. GREEN, III, P.C.<br>ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC<br>ATT: WILLIAM T. GREEN III, ESQ.<br>11 GREENWAY PLAZA, SUITE 2820<br>HOUSTON, TX 77046<br>uncbill@msn.com | WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTY FOR PENSION BENEFIT GUARANTY CORPORATION<br>ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS<br>399 PARK AVENUE<br>NEW YORK, NY 10022<br>philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com | WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTY FOR PENSION BENEFIT GUARANTY CORPORATION<br>ATT: DENNIS L. JENKINS, ESQ.<br>60 STATE STREET<br>BOSTON, MA 02109<br>dennis.jenkins@wilmerhale.com |

| | | |
|---|---|---|
| WINSTON & STRAWN LLP<br>ATTY FOR ASPEN MARKETING SERVICES, INC.<br>ATTN: MATTHEW J. BOTICA & MINDY D. COHN &<br>CAREY D. SCHREIBER<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601<br>mbotica@winston.com; mcohn@winston.com | WINSTON & STRAWN LLP<br>ATTY FOR LGE ELECTRONICS USA, INC.<br>ATTN: DAVID J. RICHARDSON, ESQ.<br>333 SOUTH GRAND AVENUE, 38TH FLOOR<br>LOS ANGELES, CA 90071<br>djrichardson@winston.com | WINSTON & STRAWN LLP<br>ATTY FOR CAPGEMINI AMERICA, INC.<br>ATTN: STEVEN M. SCHWARTZ<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>sschwartz@winston.com |
| WINSTON & STRAWN LLP<br>ATTY FOR INTERNATIONAL AUTOMOTIVE<br>COMPONENT GROUP NORTH AMERICA INC<br>ATTN: CAREY D. SCHREIBER, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 4193<br>cschreiber@winston.com | WM. DAVID COFFEY & ASSOCIATES<br>ATT: WM. DAVID COFFEY, III & MARTIN ALANIZ<br>ATTY FOR: CARDENAS AUTOPLEX, INC.<br>13810 FM 1826<br>AUSTIN, TX 78737<br>wdcoffeylaw@yahoo.com | WOLFSON BOLTON PLLC<br>ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC.<br>ATT: SCOTT A. WOLFSON, ESQ.<br>3150 LIVERNOIS RD., SUITE 275<br>TROY, MI 48083<br>swolfson@wolfsonbolton.com |
| WYLY-ROMMEL, PLLC<br>ATT: JIM WYLY<br>ATTY FOR BOYD BRYANT<br>2311 MOORES LANE<br>TEXARKANA, TX 75503<br>jwyly@wylyrommel.com | ZEICHNER ELLMAN & KRAUSE LLP<br>ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA<br>TSUSHO AMERICA, INC<br>ATT: STUART A. KRAUSE & BRYAN D. LEINBACH,<br>ESQS<br>575 LEXINGTON AVENUE<br>NEW YORK, NY 10022<br>skrause@zeklaw.com; bleinbach@zeklaw.com | |

# EXHIBIT B

| | | |
|---|---|---|
| ADRIAN ENVIRONMENTAL MANAGEMENT, INC.<br>C/O KENNETH RICHARDS<br>7533 WILLOW CREEK DRIVE<br>CANTON, MI 48187 | AIMS/DYKEMA GOSSETT PLLC<br>10 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | AIMS/LATHROP & GAGE LC<br>2345 GRAND BLVD.<br>KANSAS CITY, MO 64108 |
| AIMS/STEPHENS & STEPHENS<br>410 MAIN STREET<br>BUFFALO, NY 14202 | ARCADIS BBL<br>10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON, MI 48118 | ARCADIS BBL<br>ATTN: CHRIS PETERS<br>10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON, MI 48118 |
| ARCADIS GERAGHTY & MILLER, INC.<br>ATTN: CHRIS PETERS<br>10559 CITATION DRIVE<br>SUITE 100<br>BRIGHTON, MI 48118 | BT2, INC.<br>ATTN: MARK HUBER<br>2830 DAIRY DRIVE<br>MADISON, WI 53718-6751 | CHARTER TOWNSHIP OF FLINT<br>ATTN: SANDRA S WRIGHT<br>1490 S. DYE ROAD<br>FLINT, MI 48532 |
| CHARTER TOWNSHIP OF YPSILANTI<br>LARRY J. DOE, TREASURER<br>7200 S. HURON RIVER DR.<br>YPSILANTI, MI 48197 | CHARTER TWP. OF GENESEE<br>ATTN: TOM MANNOR, TREASURER<br>7244 N. GENESSE ROAD<br>P.O. BOX 215<br>GENESEE, MI 48437 | CITY OF SAGINAW, TREASURER<br>1315 S. WASHINGTON AVE.<br>SAGINAW, MI 48601 |
| CITY OF SIOUX CITY<br>CITY TREASURER<br>P.O. BOX 447<br>SIOUX CITY, IA 51102 | CLEAN HARBORS ENVIRONMENTAL SERVICES<br>P.O. BOX 3442<br>BOSTON, MA 02241-3442 | CONESTOGA-ROVERS & ASSOC.<br>ATTN: BETH LANDALE<br>22055 NIAGARA FALLS BLVD.<br>SUITE #3<br>NIAGARA FALLS, NY 14304 |
| CONESTOGA-ROVERS & ASSOCIATES<br>22055 NIAGARA FALLS BLVD<br>SUTIE #3<br>NIAGARA FALLS, NY 14304 | ENCORE ENVIRONMENTAL CONSORTIUM<br>ATTN: MARK QUILTER<br>P.O. BOX 66<br>6723 TOWPATH ROAD<br>SYRACUSE, NY 13214-0066 | ENVIRON INTERNATIONAL CORPORATION<br>214 CARNEGIE STREET<br>PRINCETON, NJ 08540 |
| FAVERO GEOSCIENCES<br>ATTN: DAVE FAVERO<br>1210 SOUTH 5TH STREET, SUITE 2<br>SPRINGFIELD, IL 62703 | GENERAL OIL COMPANY, INC.<br>35796 VERONICA ST.<br>LIVONIA, MI 48150 | GLOBAL ENVIRONMENTAL ENGINEERING INC.<br>6140 HILL 23 DRIVE<br>SUITE 1<br>FLINT, MI 48507 |
| GLOBAL ENVIRONMENTAL ENGINEERING, INC.<br>6140 HILL 23 DRIVE<br>STE 1<br>FLINT, MI 48507 | GROUNDWATER & ENVIRONMENTAL SERVICES, INC<br>440 CREAMERY WAY<br>SUITE 500<br>EXTON, PA 19341-2577 | HALEY & ALDRICH DESIGN AND CONTRUCTION<br>56 ROLAND STREET<br>BOSTON, MA 02129-1400 |
| HALEY & ALDRICH OF NEW YORK<br>200 TOWN CENTRE DRIVE, STE 2<br>ROCHESTER, NY 14623-4264 | HDR ENGINEERING<br>ATTN: DICK BELL<br>8404 INDIAN HILLS DRIVE<br>OMAHA, NE 68114 | IOWA DEPT OF NATIONAL RESOURCES<br>HAZARDOUS WASTE REMEDIAL FUND<br>502 E. 9TH STREET<br>DES MOINES, IA 50319-0034 |
| J.A. LOMBARDO & ASSOCIATES<br>ATTN: JOSEPH A. LOMBARDO<br>445 S. LIVERNOIS - SUITE 202<br>ROCHESTER, MI 48307 | NOVA CONSULTANTS, INC<br>21580 NOVI ROAD<br>#300<br>NOVI, MI 48375 | O'BRIEN & GERE ENGINEERS, INC.<br>ATTN: TERRY L. BROWN<br>5000 BRITTONFIELD PKWY<br>SYRACUSE, NY 13057-9226 |

| | | |
|---|---|---|
| ROYAL ENVIRONMENTAL, INC.<br>720 LEXINGTON AVENUE<br>P.O. BOX 15719<br>ROCHESTER, NY 14615 | SEVENSON ENVIRONMENTAL SERVICES, INC.<br>2749 LOCKPORT ROAD<br>NIAGARA FALLS, NY 14302 | THE BANK OF NEW YORK<br>FINANCIAL CONTROL BILLING DEPARTMENT<br>P.O. BOX 19445<br>NEWARK, NJ 07195-0445 |
| THE BARTECH GROUP<br>17199 NORTH LAUREL PARK DR.<br>SUITE224<br>LIVONIA, MI 48152 | TOWN OF FRAMINGHAM<br>TAX COLLECTOR'S OFFICE<br>150 CONCORD ST<br>FRAMINGHAM, MA 01702 | WASHTENAW COUNTY TREASURER<br>P.O. BOX 8645<br>200 N. MAIN ST<br>STE 200<br>ANN ARBOR, MI 48107-8645 |
| WASTE MANAGEMENT<br>P.O. BOX 9001054<br>LOUISVILLE, KY 40290-1054 | WDC EXPLORATION & WELLS<br>500 MAIN STREET<br>WOODLAND, CA 95695 | YOUNG'S ENVIRONMENTAL CLEANUP, INC<br>G-5305 NORTH DORT HIGHWAY<br>FLINT, MI 48505 |