WOLFF & SAMSON PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
973-325-1500
Robert Nies, Esq. (REN-3034)
Attorneys for Advanced Environmental
Technology Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>Motors Liquidation Company (f/k/a General Motors Corp., et al.),<br><br>Debtor. | **Case No. 09-50026(REG)**<br><br>**Chapter 11**<br><br>**Hearing Date: January 20, 2010**<br>**9:45 a.m.** |
|---|---|

### NOTICE OF MOTION FOR AN ENLARGEMENT OF THE TIME IN WHICH TO FILE A PROOF OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)(2)

**TO:   ALL COUNSEL HAVING FILED REQUEST**
        **FOR NOTICE WITH THE ECF SYSTEM**

PLEASE TAKE NOTICE that with respect to Advanced Environmental Technology Corporation's Motion for an Enlargement of the Time in Which to File a Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)(2), a hearing shall be conducted before the Honorable Robert E. Gerber, U.S.B.J., at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York on January 20, 2010 at 9:45 a.m. (the Hearing Date"), or as soon thereafter as counsel may be heard;

PLEASE TAKE FURTHER NOTICE that if you wish to oppose or respond to the Motion, you may oppose the Motion at the Hearing and/or file a written objection with the Bankruptcy Court;

1211084.1

PLEASE TAKE FURTHER NOTICE that any written response or objection to the Motion must describe the basis therefore, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and be filed with the United States Bankruptcy Court electronically in accordance with General Order M-242 by registered users of the Bankruptcy Court's electronic case filing system and, by all other parties in interest, on 3.5 inch disk preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and shall be served in accordance with General Order M-242 upon: (1) Wolff & Samson PC, counsel for Advanced Environmental Technology Corporation, The Offices at Crystal Lake, One Boland Drive, West Orange, NJ 07052 (Attn: Diana L. Buongiorno, Esq.); (2) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, counsel to the Debtors, (Attn: Harvey R. Miller, Esq.); (3) the Debtors c/o Motors Liquidation Company, 200 Renaissance Center, Detroit, MI 48265 (Attn: Ted Stenger); (4) General Motors Company, 300 Renaissance Center, Detroit, MI 48265 (Attn: Lawrence S. Buonomo, Esq.); (5) Cadwalader, Wickersham & Taft LLP, attorneys for the United Sates Department of the Treasury, One World Financial Center, New York, NY 10281 (Attn: John J. Rapisardi, Esq.); (6) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Matthew Feldman); (7) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, NY 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (8) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, attorneys for the Unsecured Creditors' Committee (Attn: Thomas Moers Mayer, Esq. (facsimile 212-715-8000)); and (9) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Diana G. Adams, Esq./ Brian Masumoto, Esq.), so as to be actually received by

no later than **4:00 p.m. (prevailing Eastern Time) on January 15, 2010** (the "**Objection Deadline**"). Only those responses that are timely filed, served and received will be considered at the hearing.

If no objections are timely field and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion which order may be entered with no further notice or opportunity to be heard offered to any party.

WOLFF & SAMSON PC

By: _____
Robert Nies (REN-3034)
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
Attorneys for Advanced Environmental
Technology Corporation

Dated: December 11, 2009

1211084.1                                         3