WOLFF & SAMSON PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
973-325-1500
Robert Nies, Esq. (REN-3034)
Attorneys for Advanced Environmental
Technology Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| Motors Liquidation Company (f/k/a General Motors Corp., et al., | Case No. 09-50026(REG) |
| | Chapter 11 |
| Debtor. | Hearing Date: January 20, 2010<br>9:45 a.m. |

## ORDER ENLARGING TIME WITHIN WHICH TO FILE PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 9006(b)(1)(2)

Upon the "Motion Requesting An Enlargement Of The Time In Which To File A Proof Of Claim Pursuant To Federal Rule Of Bankruptcy Procedure 9006(b)(1)(2)," dated December 11, 2009 (the "Motion"), filed on behalf of Advanced Environmental Technology Company ("AETC"); and the Court having jurisdiction to consider the Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and it appearing that notice of the relief requested in the Motion has been provided to the Debtor, the Unsecured Creditor's Committee, the United States Trustee, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is

1210896.1

ORDERED that the Motion is hereby granted; and it is further

ORDERED that AETC's proof of claim, claim number 67808, filed on December 1, 2009, be and hereby is deemed timely filed.

By: _____
ROBERT E. GERBER, U.S.B.J.

Dated: