Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
973-325-1500
Robert Nies, Esq. (REN-3034)
Attorneys for Advanced Environmental
Technology Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Motors Liquidation Company (f/k/a General Motors Corp., et al.),<br><br>Debtor. | Case No. 09-50026(REG)<br><br>**Chapter 11**<br><br>**Hearing Date: January 20, 2010<br>9:45 a.m.** |

## AFFIDAVIT OF SERVICE

I, Diana L. Buongiorno, Esq., of full age, declare under penalty of perjury that:

1. I am an associate with the firm of Wolff & Samson PC, attorneys for Advanced Environmental Technology Corporation ("AETC").

2. On December 11, 2009, I caused a copy of Notice of Motion for an Enlargement of the Time in Which to File a Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)(2); Motion Requesting an Enlargement of the Time in Which to File a Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)(2); Order Enlarging Time Within Which to File Proof of Claim Pursuant to Bankruptcy Rule 9006(b)(1)(2); Declaration of Diana L. Buongiorno, Esq. and exhibits attached thereto, to be filed electronically with the United States Bankruptcy Court for the Southern District of New York.

3. On December 11, 2009, I caused to be sent, via Federal Express, courtesy copies of the above-referenced documents to the following:

1211254.1

Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

United States Trustee for the Southern District of New York
Attn: Diana G. Adams
33 Whitehall Street, 21st Floor
New York, New York 10004

Motors Liquidation Company
Attn: Ted Stenger
200 Renaissance Center
Detroit, MI 48265

General Motors Company
Attn: Lawrence S. Buonomo
300 Renaissance Center
Detroit, MI 48265

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller
767 Fifth Avenue
New York, New York 10153

U.S. Treasury Department
Attn: Matthew Feldman
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, D.C. 20220

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi
One World Financial Center
New York, New York 10281

Vedder Price, P.C.
Attn: Michael Edelman
      Michael L. Schein
1633 Broadway, 47th Floor
New York, New York 10019

       Kramer Levin Naftalis & Frankel LLP
       Attn:  Thomas Moers Mayer
             Kenneth H. Eckstein
             Gordon Z. Novod
       1177 Avenue of the Americas
       New York, New York 10036

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                         WOLFF & SAMSON PC
                                                         The Offices at Crystal Lake
                                                         One Boland Drive
                                                         West Orange, New Jersey 07052
                                                         Attorneys for Advanced Environmental Technology Corporation

                                                         By: *[signature]*
                                                             DIANA L. BUONGIORNO

Dated: December 11, 2009

1211254.1                                          3