# EXHIBIT C

Package Details                                    Welcome, Vanessa Billups

## Events

| Requested | Carrier Delivered |
|---|---|
| Wednesday 11/25/2009 2:27 PM | Tuesday 12/1/2009 8:45 AM |

## Details

| | | | |
|---|---|---|---|
| Site | WS | City | Dublin |
| DEMS ID | Z900000001116 | State | OH |
| Ship To 1 | The Garden City Goup Inc. | ZIP | 43017 |
| Ship To 2 | Attn: Motors Liquidation Companys Claims | Country | US |
| Address 1 | 5151 Blazer Parkway, Suite A | Weight | 5.106 |
| Address 2 | | Manifest Date | |
| Address 3 | | Carrier | FEDX |
| Service | NAM | Tracking No. | |
| Sender First Name | Vanessa | Sender Last Name | Billups |

### Events | Contents

| Status | Date | Time | Clerk | Location | Site | Notes/Reference | Signature |
|---|---|---|---|---|---|---|---|
| REQUESTED | 11/25/2009 12:00:00 AM | 2:27 PM | vbillups | | WS | | |
| CARR DELIV | 12/1/2009 12:00:00 AM | 8:45 AM | | | WS | | |

[Back]

**Shipment Request Form**

 

Z900000001116

| From: | | To: | |
|---|---|---|---|
| Name: | Vanessa Billups | Ship To 1: | The Garden City Goup Inc. |
| Phone: | | Ship To 2: | Attn: Motors Liquidation Companys Claims |
| | | Address: | 5151 Blazer Parkway, Suite A |

Client Matter Number 081220014

Lawyer Number   0420

Country:  Dublin, OH 43017
          US

ECertified  False
E Return    False

**Special Instructions:**

---

Requested Date:    11/25/2009 2:27:29 PM

---

To print this form:
1) Click the Print button. (Print two copies, one to attach to your package and one to keep for your records.)

2) Place the form in a waybill pouch or attach it to your shipment so that the barcode portion of the page can be read and scanned.

[Print]  [Close]

Form (1 of 1)