**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Motors Liquidation Company ) | Case No. 09-50026 |
| ) | (Jointly Administered) |
| ) | |
| ) | Adv. Case No. 09-00509 |
| Debtors. ) | |
| ) | Honorable Robert E. Gerber |

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

**ORDERED,** that, Eric Zajac, Esq. is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: **December 14, 2009**
New York, New York          *S/ Robert E. Gerber*
                            UNITED STATES BANKRUPTCY JUDGE