UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GMC | : | Case No. 09-50026 |
| Debtor | : | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) ss |
| COUNTY OF PHILADELPHIA | ) |

I, Eric G. Zajac, Esquire, being duly sworn, depose and state:

1. I am an attorney practicing at Zajac & Arias, LLC, and I represent Sarajuan Gilvary, a Claimant against the above identified Debtor.

2. Sarajuan Gilvary is a Plaintiff in a personal injury litigation pending against the Debtor and an additional party, captioned as *Gilvary v. General Motors Corporation and Pompey Dodge, Inc.*, March Term 2007, No. 03736 (Philadelphia Court of Common Pleas). Miss. Gilvary's claims arise from allegations that the Debtor's product failed to be crashworthy, and was therefore defective.

3. On November 25, 2009, the *Motion of Sarajuan Gilvary for Relief from the Automatic Stay to Continue a Separate Litigation* was filed by the undersigned on behalf of Miss. Gilvary.

4. On November 25, 2009 the undersigned caused a true and correct copy of the *Motion of Sarajuan Gilvary for Relief from the Automatic Stay to Continue a Separate Litigation* to be served by first class mail on:

Michael P. Kinkopf, Esquire
**ECKERT, SEAMANS**
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

AND

Nancy E. Campbell, Esquire
**Kennedy, Lipski & McDade**
1818 Market Street, 25th Floor
Philadelphia, Pennsylvania 19103

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 10th DAY
OF December , 2009.

_____
NOTARY PUBLIC

BY: _____
**ERIC G. ZAJAC, ESQ.**
Counsel for Plaintiff/Claimant
**Zajac & Arias, LLC**
1818 Market St. 30th Floor
Philadelphia, PA 19103
215-575-7615
215-575-7640 (fax)
e-mail: eric@teamlawyers.com

RICHARD [illegible], Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 27, 2011