LATHAM & WATKINS LLP
George Royle
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile: (212) 751-4864
Email: george.royle@lw.com

and

Douglas Bacon
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: douglas.bacon@lw.com

Attorneys for GE Capital Corporation and its
affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **GENERAL MOTORS CORP., et al.** ) | **Case No. 09-50026 (REG)** |
| ) | |
| ) | **Jointly Administered** |
| **Debtors.** ) | |
| ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF SECOND SUPPLEMENTAL
OBJECTION OF GE CAPITAL CORPORATION AND CERTAIN OF ITS
AFFILIATES TO NOTICES OF (I) DEBTORS' INTENT TO ASSUME AND
ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES
OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

PLEASE TAKE NOTICE THAT:

General Electric Capital Corporation and certain of its affiliates (collectively, "GECC"),

by and through their undersigned counsel, hereby withdraws the Second Supplemental Objection

of GE Capital Corporation and Certain of Its Affiliates to Notices of (I) Debtors' Intent to

Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and

CH\1139738.2

Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto

(Docket No. 3271) ("the Objection").  This withdrawal of the Objection shall not affect the rights

of GECC under the Stipulation and Order Resolving Objection to Sale Motion, entered by the

court on July 2, 2009 (Docket No. 2947).


Dated:  December 14, 2009
New York, NY

Respectfully submitted,


**LATHAM & WATKINS LLP**

By: /s/ *Douglas Bacon* _____

George Royle
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

-and-

Douglas Bacon
233 S. Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

Attorneys for GE Capital Corporation and its
affiliates