LATHAM & WATKINS LLP
George Royle
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.royle@lw.com

and

Douglas Bacon
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: douglas.bacon@lw.com

Attorneys for GE Capital Corporation and its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **GENERAL MOTORS CORP., et al.** | ) | **Case No. 09-50026 (REG)** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF SUPPLEMENTAL OBJECTION OF GE CAPITAL CORPORATION AND CERTAIN OF ITS AFFILIATES TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO**

PLEASE TAKE NOTICE THAT:

General Electric Capital Corporation and certain of its affiliates (collectively, "GECC"), by and through their undersigned counsel, hereby withdraws the Supplemental Objection of GE Capital Corporation and Certain of its Affiliates to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired

CH\1139741.2

Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (Docket No. 2491) ("the Objection").  This withdrawal of the Objection shall not affect the rights of GECC under the Stipulation and Order Resolving Objection to Sale Motion, entered by the court on July 2, 2009 (Docket No. 2947).

| | |
|---|---|
| Dated:  December 14, 2009<br>New York, NY | Respectfully submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>By: /s/ *Douglas Bacon* \_\_\_\_\_<br><br>George Royle<br>885 Third Avenue, Suite 1000<br>New York, New York 10022<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br><br>-and-<br><br>Douglas Bacon<br>233 S. Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br><br>Attorneys for GE Capital Corporation and its affiliates |