| | |
|---|---|
| LATHAM & WATKINS LLP<br>George Royle<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: george.royle@lw.com<br><br>and<br><br>Douglas Bacon<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, Illinois  60606<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: douglas.bacon@lw.com<br><br>Attorneys for GE Capital Corporation and its affiliates | EDWARDS ANGELL PALMER & DODGE LLP<br>Richard Hiersteiner<br>Jeanne P. Darcey<br>111 Huntington Avenue<br>Boston, MA 02199<br>Telephone:  (617) 239-0100<br>Facsimile:  (617) 227-4420<br><br>Attorneys for U.S. Bank National Association and U.S. Bank Trust National Association, as Owner Trustee |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**GENERAL MOTORS CORP., et al.**<br><br>                                    **Debtors.** | ) Chapter 11<br>)<br>) Case No. 09-50026 (REG)<br>)<br>) Jointly Administered<br>)<br>) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF GE CAPITAL CORPORATION AND CERTAIN OF ITS AFFILIATES AND U.S. BANK, AS OWNER TRUSTEE ON ITS BEHALF, TO (I) DEBTORS' MOTION TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND (II) TO NOTICE OF (A) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) CURE AMOUNTS RELATED THERETO**

PLEASE TAKE NOTICE THAT:

General Electric Capital Corporation and certain of its affiliates (collectively, "GECC"), by and through their undersigned counsel, hereby withdraw the Objection of GE Capital Corporation and Certain of its Affiliates and U.S. Bank, as Owner Trustee on its Behalf, to (I)

CH\1139744.2

Debtors' Motion to Assume and Assign Certain Executory Contracts and (II) to Notice of (A) Debtors' Intent to Assume and Assign Certain Executory Contacts, Unexpired Leases of Personal Property and Unexpired Leases of Non-Residential Real Property and (B) Cure Amounts Related Thereto (Docket No. 1143) ("the Objection"). This withdrawal of the Objection shall not affect the rights of GECC under the Stipulation and Order Resolving Objection to Sale Motion, entered by the court on July 2, 2009 (Docket No. 2947).

Dated:  December 14, 2009
New York, NY

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ *Douglas Bacon* _____
George Royle
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

-and-

Douglas Bacon
233 S. Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

Attorneys for GE Capital Corporation and its affiliates

-and-

CH\1139744.2

**Edwards Angell Palmer & Dodge LLP**

By: /s/ *Richard Hiersteiner*
    Richard Hiersteiner
    Jeanne P. Darcey
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 239-0100
Facsimile: (617) 227-4420

Attorneys for U.S. Bank National Association (and U.S. Bank Trust National Association), as Owner Trustee, with respect to the Lease Transactions

3

CH\1139744.2