| | |
|---|---|
| LATHAM & WATKINS LLP<br>George Royle<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: george.royle@lw.com<br><br>and<br><br>Douglas Bacon<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: douglas.bacon@lw.com<br><br>Attorneys for GE Capital Corporation and its affiliates | EDWARDS ANGELL PALMER & DODGE LLP<br>Richard Hiersteiner<br>Jeanne P. Darcey<br>111 Huntington Avenue<br>Boston, MA 02199<br>Telephone: (617) 239-0100<br>Facsimile: (617) 227-4420<br><br>Attorneys for U.S. Bank National Association and U.S. Bank Trust National Association, as Owner Trustee |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **GENERAL MOTORS CORP., et al.** | ) | **Case No. 09-50026 (REG)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss.: |
| COUNTY OF COOK | ) |

Elizabeth Arnold, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of LATHAM & WATKINS LLP, 233 South Wacker Dr., Ste. 5800, Chicago, IL 60606.

CH\1140235.1

      2.      On December 14, 2009, I caused true and correct copies of the 1) Notice of Withdrawal of Objection of GE Capital Corporation and Certain of Its Affiliates and U.S. Bank, as Owner Trustee on its Behalf, to (I) Debtors' Motion to Assume and Assign Certain Executory Contracts and (II) to Notice of (A) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (B) Cure Amounts Related Thereto(Docket No 1143); 2) Notice of Withdrawal of Supplemental Objection of GE Capital Corporation and Certain of its Affiliates to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Non Residential Real Property and (II) Cure Amounts Related Thereto(Docket No 2491); and (3) Notice of Withdrawal of Objection of GE Capital Corporation and Certain of its Affiliates and U.S. Bank, as Owner Trustee on its Behalf, to (I) Debtors' Motion to Assume and Assign Certain Executory Contracts and (II) to Notice of (A) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (B) Cure Amounts Related Thereto(Docket No 3271), to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

      3.      Additionally, on December 14, 2009, I caused true and correct copies of the above-referenced pleadings to be served electronically on notice parties via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

      /s/ *Elizabeth Arnold*
      Elizabeth Arnold

Sworn to before me this 14th
Day of December 2009.

/s/ Magdalini Rizakos
Notary Public

My commission expires: 05/25/2013

CH\1140235.1

**Exhibit A**

**VIA FED-EX**

Honorable Robert E. Gerber
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY  10004

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

**VIA FIRST CLASS MAIL**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq.
and Joseph H. Smolinsky, Esq.)

Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan  48265
(Attn: Ted Stenger)

General Motors Company
300 Renaissance Center
Detroit, Michigan 48265
(Attn: Lawrence S. Buonomo, Esq.)

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)

United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
(Attn: Joseph Samarias, Esq.)

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq. and
Michael L. Schein, Esq.)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(Attn: Adam C. Rogoff, Esq., Robert T. Schmidt, Esq.
and Amy Caton, Esq.)

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
(Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.)

CH\1140235.1