UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                                           :
                                                                                    :      Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,       :
f/k/a GENERAL MOTORS CORP., et al.,              :      Case No. 09-50026 (REG)
                                                                                    :
Debtors.                                                                    :      (Jointly Administered)
                                                                                    :
---------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Richard D. Morrison, a member in good standing of the bar in the State of Mississippi and the bar of the U.S. District Court for the Northern and Southern Districts of Mississippi, the bar in the State of Alabama and the bar of the U.S. District Court for the Northern, Middle, and Southern Districts of Alabama, and the bar of the U.S. Court of Appeals, 5th Circuit, request admission, *pro hac vice*, before the Honorable ROBERT E. GERBER, to represent Florian Hinrichs, a creditor interest in the above referenced bankruptcy proceeding.  My contact information is:

Rick Morrison
Beasley Allen
218 Commerce Street
Post Office Box 4160
Montgomery, AL 36104
800.898.2034
334.269.2343
334.954.7555 fax
Rick.Morrison@BeasleyAllen.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: December 14, 2009
New York, New York                                                                    BEASLEY ALLEN

                                                                                                    By:  _/s/ Rick Morrison_____
                                                                                                            Rick Morrison

2

218 Commerce Street
Post Office Box 4160
Montgomery, AL 36104
800.898.2034
334.269.2343
334.954.7555 fax
Rick.Morrison@BeasleyAllen.com

2