**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
In re                                          :
                                               :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,            :
f/k/a GENERAL MOTORS CORP., et al.,            :    Case No. 09-50026 (REG)
                                               :
Debtors.                                       :    (Jointly Administered)
                                               :
-----------------------------------------------------------x
```

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Richard D. Morrison, a member in good standing of the bar in the State of Mississippi and the bar of the U.S. District Court for the Northern and Southern Districts of Mississippi, the bar in the State of Alabama and the bar of the U.S. District Court for the Northern, Middle, and Southern Districts of Alabama, and the bar of the U.S. Court of Appeals, 5th Circuit, requests admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Florian Hinrichs, a creditor in interest in the above referenced bankruptcy proceeding, and the Court being duly and sufficiently advised, it is

**ORDERED,** that Richard D. Morrison, is admitted to practice, *pro hac vice*, in the above proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:_____, 2009
New York, New York            /s/_____
                              UNITED STATES BANKRUPTCY JUDGE