# EXHIBIT C

## Package Details

Welcome, Vanessa Billups

### Events

| Requested | Carrier Delivered |
|---|---|
| Wednesday 11/25/2009 2:27 PM | Tuesday 12/1/2009 8:45 AM |

### Details

| | | | |
|---|---|---|---|
| **Site** | WS | **City** | Dublin |
| **DEMS ID** | Z900000001116 | **State** | OH |
| **Ship To 1** | The Garden City Goup Inc. | **ZIP** | 43017 |
| **Ship To 2** | Attn: Motors Liquidation Companys Claims | **Country** | US |
| **Address 1** | 5151 Blazer Parkway, Suite A | **Weight** | 5.106 |
| **Address 2** | | **Manifest Date** | |
| **Address 3** | | **Carrier** | FEDX |
| **Service** | NAM | **Tracking No.** | |
| **Sender First Name** | Vanessa | **Sender Last Name** | Billups |

#### Events | Contents

| Status | Date | Time | Clerk | Location | Site | Notes/Reference | Signature |
|---|---|---|---|---|---|---|---|
| REQUESTED | 11/25/2009 12:00:00 AM | 2:27 PM | vbillups | | WS | | |
| CARR DELIV | 12/1/2009 12:00:00 AM | 8:45 AM | | | WS | | |

[Back]

**Shipment Request Form**

 

Z900000001116

| From: | | To: | |
|---|---|---|---|
| Name: | Vanessa Billups | Ship To 1: | The Garden City Goup Inc. |
| Phone: | | Ship To 2: | Attn: Motors Liquidation Companys Claims |
| | | Address: | 5151 Blazer Parkway, Suite A |

Client Matter Number 081220014

Lawyer Number   0420

Country:  Dublin, OH 43017
          US

ECertified  False

Special Instructions:

E Return  False

Requested Date:   11/25/2009 2:27:29 PM

To print this form:
1) Click the Print button. (Print two copies, one to attach to your package and one to keep for your records.)

2) Place the form in a waybill pouch or attach it to your shipment so that the barcode portion of the page can be read and scanned.

[Print] [Close]

Form (1 of 1)