# EXHIBIT D



## Detailed Results

**Tracking no.: 427276627423**

### Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: T.MINNECI

**Shipment Dates**
Ship date: Nov 30, 2009
Delivery date: Dec 1, 2009 8:45 AM

**Destination**
Dublin, OH
Signature Proof of Delivery

### Shipment Facts

| Service type | Priority Pak | Delivered to | Shipping/Receiving |
|---|---|---|---|
| Weight | 6.0 lbs/2.7 kg | Reference | 081220014-0420 |
| | | Department number | 0420 |

### Shipment Travel History

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Dec 1, 2009 8:45 AM | Delivered | Dublin, OH | |
| Dec 1, 2009 7:15 AM | On FedEx vehicle for delivery | COLUMBUS, OH | |
| Dec 1, 2009 7:11 AM | At local FedEx facility | COLUMBUS, OH | |
| Dec 1, 2009 5:36 AM | At dest sort facility | COLUMBUS, OH | |
| Dec 1, 2009 5:03 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| Dec 1, 2009 1:22 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| Nov 30, 2009 11:39 PM | Departed FedEx location | NEWARK, NJ | |
| Nov 30, 2009 10:21 PM | Left FedEx origin facility | EAST HANOVER, NJ | |
| Nov 30, 2009 7:16 PM | Picked up | EAST HANOVER, NJ | |
| Nov 30, 2009 11:07 AM | Shipment information sent to FedEx | | |

Global Home | Small Business Center | Service info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx