OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, New York 10169-0075
Telephone: (212) 661-9100
Facsimile: (212) 682-6104
Jonathan N. Helfat
Steven B. Soll

Attorneys for Wachovia
Financial Services, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
**In re**                                                   :    Chapter 11 Case No.
                                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                   :    09-50026 (REG)
                                                            :    (Jointly Administered)
                                                            :
                    Debtors.                                :    Hon. Robert E. Gerber
                                                            :
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF WACHOVIA FINANCIAL SERVICES, INC. TO MOTION BY DEBTORS FOR ENTRY OF ORDER AUTHORIZING REJECTION OF CERTAIN PERSONAL PROPERTY AGREEMENTS AND/OR ABANDONMENT OF EQUIPMENT

**PLEASE TAKE NOTICE THAT:**

WACHOVIA FINANCIAL SERVICES, INC., formerly known as First Union Commercial Corporation, by and through its attorneys, Otterbourg, Steindler, Houston & Rosen, P.C., hereby withdraws its Limited Objection (the "Limited Objection") to the *Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Equipment* (Dkt. No. 4328, the "Rejection Motion") filed by Motors Liquidation Company f/k/a General Motors Corporation ("MLC") and certain of its subsidiaries,

1463353.1

as debtors and debtors-in-possession in the above captioned chapter 11 cases before the United States Bankruptcy Court for the Southern District of New York (the "Court").

Dated: New York, New York
December 15, 2009

/s/ Steven B. Soll
Jonathan N. Helfat
Steven B. Soll
OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.
230 Park Ave
New York, New York 10169-0075
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Attorneys for Wachovia
Financial Services, Inc.