**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et. al.* | : | Case No. 09-50026 |
| (*f/k/a* General Motors Corp., *et al.*) | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST

PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP, by the undersigned, hereby withdraws as counsel for Creditors, Webasto Roof Systems Inc. and Webasto Fahrzeugtechnik in this bankruptcy case and requests to be removed from the Court's mailing matrix and service list for this case. This Notice is in respect to Foley & Lardner LLP only, and is not intended to affect service independently requested by Webasto Roof Systems Inc., Webasto Fahrzeugtechnik, or counsel therefor, or their continued listing in the mailing matrix and service list for this case.

Dated:   December 16, 2009          FOLEY & LARDNER LLP

By: */s/ Frank W. DiCastri*

Thomas B. Spillane
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Frank W. DiCastri
777 East Wisconsin Avenue
Milwaukee, WI  53202
Telephone: (414) 271-2400
Facsimile:  (414) 297-490
*Attorneys for Webasto Fahrzeugtechnik and Webasto Roof Systems Inc.*

DETR_1358432.1

DETR_1358432.1