IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| **General Motors Corporation** ) | Case No. **09-50026-reg** |
| 300 Renaissance Center ) | |
| Detroit, MI 48265-3000 ) | (Joint Administration Requested) |
| Tax ID / EIN: 38-0572515 ) | |
| *aka* **GMC Truck Division** ) | |
| *aka* **Automotive Market Research** ) | |
| *aka* **NAO Fleet Operations** ) | |
| *aka* **National Car Rental** ) | |
| *aka* **GM Corporation** ) | |
| *aka* **National Car Sales** ) | |
| *aka* **GM Corporation-GM Auction Department** ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL
AS COUNSEL FOR HAGEMEYER N.A. FROM OFFICIAL SERVICE LIST**

NOW COMES the undersigned counsel and gives this notice of withdrawal of her Notice of Appearance on behalf of HAGEMEYER N.A. filed June 5, 2009 (Doc. No. 456) and requests the Court, pursuant to 11 U.S.C. §342, Bankruptcy Rules 2002 and 3017(d), that her name and the name of Moore & Van Allen, PLLC be removed from the Official Service List as counsel for HAGEMEYER N.A. in the above-referenced case.

This the 16th day of December, 2009.

/s/Cynthia Jordan Lowery
Cynthia Jordan Lowery
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC  29413-2828
(843) 579-7000
(843) 579-8714 facsimile
cynthialowery@mvalaw.com
ATTORNEYS FOR HAGEMEYER N.A.

CHARLESTON, SC

CHARLESTON\394593v1

1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| **General Motors Corporation** ) | Case No. **09-50026-reg** |
| 300 Renaissance Center ) | |
| Detroit, MI 48265-3000 ) | (Joint Administration Requested) |
| Tax ID / EIN: 38-0572515 ) | |
| *aka* **GMC Truck Division** ) | |
| *aka* **Automotive Market Research** ) | |
| *aka* **NAO Fleet Operations** ) | |
| *aka* **National Car Rental** ) | |
| *aka* **GM Corporation** ) | |
| *aka* **National Car Sales** ) | |
| *aka* **GM Corporation-GM Auction Department** ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

Cynthia Jordan Lowery of Moore & Van Allen PLLC, declares that on the date set forth below, she caused the following document:

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR REMOVAL AS COUNSEL FOR HAGEMEYER N.A.
FROM OFFICIAL SERVICE LIST**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to said parties.

/s/Cynthia Jordan Lowery

December 16, 2009