**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et. al.* | : | Case No. 09-50026 |
| (*f/k/a* General Motors Corp., *et al.*) | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR TECHNOLOGY INVESTMENT PARTNERS, LLC

PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP as counsel for Technology Investment Partners, LLC hereby withdraws its appearance in the above-captioned matter.

This notice is in respect to Foley & Lardner LLP only and is not intended to affect service independently requested by Technology Investment Partners, LLC or counsel therefor, or their continued listing in the mailing matrix and service list for this case.

Dated:   December 16, 2009        FOLEY & LARDNER LLP

By: */s/ Katherine R. Catanese*
John A. Simon
Thomas B. Spillane
Katherine R. Catanese
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Technology Investment Partners, LLC*

DETR_1358433.1