New Presentment Date: December 23, 2009 at 12:00 noon (Eastern Time)
New Objection Deadline: December 23, 2009 at 11:30 a.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :    09-50026 (REG)
                                                            :    (Jointly Administered)
MOTORS LIQUIDATION COMPANY, et al.,                         :
     f/k/a General Motors Corp., et al.                     :
                                                            :
     Debtors.                                               :
------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF PRESENTMENT OF STIPULATION AND
AGREED ORDER RESOLVING MOTION OF SARAJUAN GILVARY FOR
RELIEF FROM THE AUTOMATIC STAY TO CONTINUE
<u>A SEPARATE LITIGATION</u>**

PLEASE TAKE NOTICE THAT

The date on which the Stipulation and Agreed Order Resolving Motion of

Sarajuan Gilvary for Relief from the Automatic Stay to Continue a Separate Litigation

[Docket No. 4632] (the "**Stipulation**") shall be presented before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York,

New York 10004, which was originally scheduled for December 17, 2009 at 12:00 noon

(Eastern Time), has been consensually adjourned to be presented on **December 23, 2009**

**at 12:00 noon (Eastern Time)** (the "**Presentment Date**").  The new objection deadline

shall be **December 23, 2009 at 11:30 a.m. (Eastern Time).** The Presentment Date may be further adjourned from time to time without further notice other than an announcement on the Presentment Date.

Dated: December 16, 2009
      New York, New York

/s/ *Joseph H. Smolinsky*
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession