UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MOTORS LIQUIDATION COMPANY | ) Case No. 09-50026 (REG) |
| f/k/a GENERAL MOTORS CORPORATION, | ) |
| et al., | ) Jointly Administered |
| | ) |
| Debtors | ) |
| | ) |

RECEIVED
DEC - 4 2009
U.S. BANKRUPTCY COURT, SDNY

## VERIFIED STATEMENT OF BRENT COON & ASSOCIATES
## UNDER BANKRUPTCY RULE 2019

I, Lori K. Slocum, a representative of Brent Coon & Associates, declare as follows:

1. I am an attorney with the law firm of Brent Coon & Associates (hereinafter the "Firm"). I am a member in good standing of the bar of the state of Texas.

2. I am involved in the Firm's representation of personal injury claimants and based upon that representation and the review of business records of the Firm, I have personal knowledge of the facts set forth herein. I make this statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Statement").

3. The Firm is organized under the laws of the state of Texas, with its principal offices for the practice of law located at 215 Orleans, Beaumont, TX 77701.

4. The Firm does not hold any claims against or interest in the Debtor.

5. As of the date of this Statement, the Firm represents a number of personal injury claimants (the "Claimants" or individually, a "Claimant") who have been injured by asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed, or produced by the above-referenced debtors and debtors-in-possession (the "Debtors") and others. Attached as Exhibit "A" is a list of the Claimants represented by the Firm.

-1-

6. The address for each Claimant represented by the Firm is c/o Brent Coon & Associates, P.C., 215 Orleans, Beaumont, TX 77701.

7. The nature of the claim held by each Claimant is a personal injury tort claim for damages caused by asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed, or produced by the Debtors and others.

8. Each Claimant acquired his or her claim more than a year prior to the filing of the above-captioned, jointly-administered bankruptcy cases.

9. The claims held by all Claimants are unliquidated.

10. Each Claimant on Exhibit A attached hereto has retained the Firm, and each Claimant has provided Brent Coon & Associates or co-counsel a limited power of attorney and proxy to represent them in bankruptcy matters. A blank but unredacted exemplar of the limited power of attorney and proxy authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard form of instrument is used by Brent Coon & Associates or co-counsel, one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc.

11. The Firm will file an amended and supplemental statement setting forth any material changes in the facts contained in this Statement, should any such changes occur.

12. The filing of the Firm's Statement does not waive any rights including (i) the Claimants' rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Claimants' rights to trial by jury in any proceeding and any trial on their claims; (iii) the Claimants' rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention to the extent not previously directed; (iv) the Claimants' rights in not submitting themselves to the jurisdiction of

the Bankruptcy Court; or (v) any other rights, claims, actions, defenses, reclamations, setoffs, or recoupments to which the Claimants are or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, reclamations, setoffs, and recoupments the Firm's Claimants expressly reserve.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of November, 2009, at Beaumont, Texas.

Brent W. Coon
Texas State Bar No. 04769750
Lori K. Slocum
Texas State Bar No. 24048597
Brent Coon & Associates
215 Orleans Street
Beaumont, TX 77001
(409) 835-2666
(409) 833-4483 (facsimile)

State of Texas           :
                         :
County of Jefferson      :

On this the 23rd day of November, 2009, before me the undersigned officer, personally appeared Lori Slocum, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

*Marilyn H. Cribbs*
Notary Public

(SEAL)

MARILYN H. CRIBBS
Notary's name printed

Commission expires: 08-12-2013

MARILYN H. CRIBBS
Notary Public, State of Texas
My Commission Expires
August 12, 2013

# EXHIBIT A

| Client ID | First Name of Creditor | Last Name of Creditor | Address 1 | Address 2 | City | State | Zip Code | Form of Agreement, Instrument Evidencing Entitlement to Action on Behalf | Amount of Claim or Other Debt if Liquidated | Date of Acquisition, Location, and Basis of the Claim Within a Year of Petition Date | Type of Disease | Settlement(s) and Documents Regarding Employment of Counsel | Type of Injury |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24607 | D | Allen | 476 TOWNSHIP ROAD #1239 | | Procterville | OH | 45669 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32076 | Thelma | Allen | 258 W Dennick | | YOUNGSTOWN | OH | 44504 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 26892 | Lawrence | Barnes | 7005 LOCKWOOD BLVD | | Youngstown | OH | 44512 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 35000 | David | Barrera | 205 EAST FIRST STREET | | San Juan | TX | 78589 | B-2; Referral Proxy | | | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32096 | Jacqueline | Barrett | 459 ARBOR CIRCLE | | Youngstown | OH | 44505 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32099 | Gerald | Bartholomew | 1008 WABASH AVE | | Youngstown | OH | 44502 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32100 | Gerald | Basen | 465 CORTSVILLE RD | | Campbell | OH | 44405 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 35003 | James | Battye | 5838 FREEMANS FARM | | San Antonio | TX | 78233 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32104 | Emma | Bell | 465 ALAMEDA AVE | | Youngstown | OH | 44504 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |

| ID | First Name | Last Name | Address | City | State | Zip | Basis | | Timing | Disease | Description | Claim Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32110 | Andrew | Benson | 4015 MONTICELLO BLVD # 207 | Youngstown | OH | 44505 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32111 | Glenn | Berch | 1209 CHARLOTTE | Youngstown | OH | 44506 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32129 | Frederick | Brooks | 336 Greenbriar Drive | RAVENNA | OH | 44266 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | MESOTHELIOMA | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 32051 | Sandra | Conrad | 2353 MARK STREET | Croswell | MI | 48422 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | MESOTHELIOMA | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 25020 | William | Crouse | 6026 TETLIN FIELD DR | New Albany | OH | 43054 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | MESOTHELIOMA | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 37400 | Stan | Dooley | 37146 Superior Ave. | BURNEY | CA | 96013 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | LUNG CANCER | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 23206 | Frederick | Douglas | 4005 WELLACHER DR SW | Warren | OH | 44481 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 26889 | Ricky | Dudek | 3109 MEANDERWOOD DRIVE | Canfield | OH | 44406 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 35742 | Frank | Duffie | 11109 Brahms Lane | DAVISON | MI | 48423 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | MESOTHELIOMA | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 24554 | Steve | England | 3405 Gander Drive | JEFFERSONVILLE | IN | 47130 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32225 | Tommy | Evans | 16605 BRYCE AVE | Cleveland | OH | 44128 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |

| ID | First | Last | Address | Address2 | City | State | Zip | | Claim Basis | | Time | Type | Notes | Claim Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23212 | Donald | Ficke | 1790 Main Street EXT SW | | WARREN | OH | 44481 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32248 | Joseph | Gardi | 188 Portal Drive | | CORTLAND | OH | 44410 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 26927 | Roger | Gottschalk | 534 West Ash St. | | MASON | MI | 48854 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | LUNG CANCER | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 32275 | Renee | Grant | 711 LIBERTY RD | | Youngstown | OH | 44505 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32277 | Van | Gray | 222 RUTLEDGE | | Youngstown | OH | 44505 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 25660 | Joseph | Green | 3388 West 20th Avenue | | GARY | IN | 46404 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 35696 | Paul | Griffith | PO BOX 687 | 847 E 24TH STREET | Baxter Springs | KS | 66713 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 23224 | Jesse | Harris | 714 OXFORD AVE | | Youngstown | OH | 44510 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32735 | Anderson | Henry | 240 NORWOOD AVE | | Youngstown | OH | 44504 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 26201 | Walter | Hickman | 3340 NEWTON TOMLINSON | | Warren | OH | 44481 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32304 | Vernest | Hildreth | 30 Butterfly Way | | LOVINGTON | GA | 30016 | | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |

| ID | First | Last | Address | City | State | Zip | Claim Type | Date | Disease | Notes | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32305 | Ludell | Hill | PO Box 384 | CAMPBELL | OH | 44405 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32314 | Laverne | Howard | 445 W RAVENWOOD | Youngstown | OH | 44511 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 41981 | Charles | Hutson | 1952 East I | BALLANTINE | MT | 59006 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 25707 | William | Johnson | 1106 DRAPER | Joliet | IL | 60432 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 51811 | David | King | 2256 N. Diamond Mill Road | BROOKVILLE | OH | 45309 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Lung Cancer | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32361 | Richard | Korhan | 1269 Victory Hill Ln | YOUNGSTOWN | OH | 44515 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32365 | Tony | Koullanos | 1116 REGENT ST | Campbell | OH | 44405 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 41366 | Glen | Kruse | 1164 YARBOROUGH RD | Cassatt | SC | 29032 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Lung Cancer | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 32395 | Rahman | Long | 29 BROOKLINE AVE | Youngstown | OH | 44505 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 43638 | Miles | Mabe | 171 VI MAE DR | Lexington | NC | 27295 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Other Cancer | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 32404 | Robert | Macovitz | 1830 COITSVILLE Hubbard Road | | OH | 44505 | B-1; Limited Power of Attorney and Proxy | | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25850 | John | | Modisette | 2621 DEER CROSSING | El Dorado | AR | 71730 | B-1; Limited Power of Attorney and Proxy | | | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 23281 | Martin | | Novotny | 16482 LEFFINGWILL RD | Berlin Center | OH | 44401 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 25666 | Irma | | Orr | 7226 Roosevelt Circle | MERRILLVILLE | IN | 46410 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 26214 | James | | Paul | 1005 LESLIE LANE | Girard | OH | 44420 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 24564 | Thomas | | Peak | 218 S OAK STREET | Clarksville | IN | 47129 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32536 | Bayard | | Rader | 39 WEST QUARRY STREET, APT 8 | Newton Falls | OH | 44444 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 50299 | David | | Rexroad | 3560 Woodbine Avenue | YOUNGSTOWN | OH | 44425 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32555 | William | | Richards | 911 NANCY ST | Niles | OH | 44446 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32568 | Robert | | Roof | 1705 DIFFORD DR | Niles | OH | 44446 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32573 | Charles | | Rounsaville | 1381 SCIOTO ST | Youngstown | OH | 44505 | B-1; Limited Power of Attorney and Proxy | | | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32577 | Jesse | | Sanders | 2837 OAK ST EXT | Youngstown | OH | 44505 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23313 | Edward | Semeraro | 17837 COURTNEY RD | Beloit | OH | 44609 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 28503 | George | Sparr | 296 Cimarron Drive | HOWELL | MI | 48855 | | More Than a Year Ago | LUNG CANCER | Claimant approached us regarding an asbestos case | Asbestos Related Wrongful Death |
| 32641 | Royal | Stargell | 2115 JEFFERSON ST SW | Warren | OH | 44485 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32617 | Edward | Svetlak | 1759 MATHEWS RD | Poland | OH | 44514 | B-1; Limited Power of Attorney and Proxy | | | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32649 | Paul | Tremelkoff | 11 RED FERN DR | Youngstown | OH | 44505 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32676 | Raul | Valentin | 1582 CRAIGLEE AVE | Youngstown | OH | 44506 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32703 | Lusandy | Watson | 247 4TH ST | Warren | OH | 44483 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 32713 | Lee | Williams | 416 ARLINGTON | Youngstown | OH | 44502 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |
| 20580 | Tommie | Williams | 1113 ROBINSON STREET | Port Gibson | MS | 39150 | B-1; Limited Power of Attorney and Proxy | More Than a Year Ago | Non-Malignant | Claimant approached us regarding an asbestos case | Asbestos Related Personal Injury |

# Exhibit B-1

## LIMITED POWER OF ATTORNEY AND PROXY

To:  Brent Coon
     Brent Coon & Associates
     215 Orleans
     Beaumont, TX 77701

The undersigned claimant hereby authorizes Brent Coon & Associates, as attorney in fact for the undersigned and with full power of substitution to vote on any questions that may be lawfully submitted to creditors of any Defendant who is bankrupt or who may hereafter go bankrupt (hereinafter "Debtor"), in any bankruptcy proceeding involving debtor filed on behalf of the Debtor; to submit Official Unsecured Creditors' Committee Questionnaire; to serve on any committee; to vote, after review of the appropriate disclosure statements, for or against any Plan of Reorganization of the Debtor; and, in general, to perform any act for the undersigned in all matters arising in this case. Undersigned gives Attorney a power of attorney to execute all reasonable and necessary documents connected with the handling of their asbestos lawsuit including pleadings, contracts, checks or drafts, settlement agreements, verifications, dismissals and orders and any and all other documents that Client could properly execute. This is in addition to any other limited powers previously provided to counsel through previously signed documents.

Dated: _____       Signed: _____

                             Printed Name: _____

                             Street: _____

                             City: _____ State: _____

                             SS#: _____

Subscribed and sworn to before me this ____ day of _____, 200_

_____
Notary Public

# Exhibit B-2

## GLOBAL PROXY

The undersigned Claimant hereby authorizes *Cletus P. Ernster III, P.C.*, Attorney At Law, or any associated attorneys, to act as attorney-in-fact for the undersigned, with full power of substitution, to vote on any question that may be lawfully submitted to creditors of any debtor in bankruptcy, or otherwise, to vote for a Trustee of the Estate of any bankrupt debtor and for a Committee of Creditors; and in general, to perform any act not constituting the practice of law for the undersigned in all matters arising, or related to Claimant's asbestos case, including, but not limited to, any matter relating to any debtor who has filed for Federal or State bankruptcy protection. Although you have a contract with these lawyers authorizing them to prosecute your claim to settlement or judgment, this Proxy will ensure that your attorneys are able to vote on your behalf on any matters arising from any bankruptcy proceedings which may affect your case.

A copy of this document serves as an original.

Signed: _____

Printed Name: _____

Social Security Number: _____