Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                              :
**In re**                                     :       **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :       **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*     :
                                              :
        Debtors.         :       **(Jointly Administered)**
                                              :
------------------------------------------------------------x

**MOTORS LIQUIDATION COMPANY *ET AL.*'S (f/k/a GENERAL MOTORS**
**CORPORATION *ET AL.*) STATEMENT OF ISSUE PRESENTED ON APPEAL**
**AND COUNTERDESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL IN CONNECTION**
<u>**WITH THE APPEAL OF WALTER J. LAWRENCE**</u>

        Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure,

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated

debtors, as debtors (collectively, the "**Debtors**"), submit the following statement of issue

presented on appeal and counterdesignation of additional items to be included in the

record in connection with the appeal of Walter J. Lawrence ("**Lawrence**") from the order

of the United States Bankruptcy Court for the Southern District of New York (the

"**Bankruptcy Court**") (Robert E. Gerber, J.) denying Lawrence's motion for relief from

the automatic stay, entered on November 24, 2009 (the "**Order**") [Docket No. 4524].[1]

### STATEMENT OF ISSUE ON APPEAL

1.  Has Appellant met his burden of establishing that the Bankruptcy Court abused its discretion in granting the Order denying his motion for relief from the automatic stay?

### COUNTERDESIGNATION OF RECORD

| Designation Number | Date of Filing | Docket Number | Description |
| --- | --- | --- | --- |
| 1 | 6/01/2009 | 21 | Affidavit of Frederick A. Henderson Pursuant to Local Bankruptcy Rule 1007-2 |
| 2 | 6/27/2009 | 2649 | Amended and Restated Master Sale & Purchase Agreement and Certain Exhibits and Schedules Thereto |
| 3 | 10/05/2009 | 4202 | Motion for Relief from Stay filed by Walter J. Lawrence |
| 4 | 10/30/2009 | 4327 | Debtors' Opposition to the Motion of Walter J. Lawrence for Entry of an Order Granting Relief from the Automatic Stay |

---

[1] This Counterdesignation designates certain items that have been designated in Appellant's Designation of Items to be Included in the Record on Appeal ("**Lawrence's Designation**"), to avoid any confusion regarding which items are included in the record on appeal because Lawrence's Designation failed to provide a date and/or docket number with respect to such items. The Debtors reserve the right to amend this Counterdesignation of Additional Items to be Included in the Record on Appeal. For items designated, the designation includes all documents referenced within the particular document number, including, without limitation, all exhibits, attachments, declarations, and affidavits related thereto.

| 5 | 11/04/2009 | 4364 | Movant's Sur-Reply to Debtors' Opposition to Motion of Movant for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) |
| 6 | 11/06/2009 | 4416 | Transcript Regarding Hearing Held on 11/5/09 |
| 7 | 11/24/2009 | 4524 | Order Denying Motion of Walter J. Lawrence for Relief from Stay |
| 8 | 12/03/2009 | 4618 | Notice of Appeal filed by Walter J. Lawrence |
| 9 | 6/1/2009 – 12/18/2009 | N/A | Docket for *Motors Liquidation Company, et al. (f/k/a General Motors Corp. et al.)*, Ch. 11 Case No. 09-50026 (REG) for 6/1/2009 through 12/18/2009 |

Dated:  December 18, 2009
     New York, New York

  /s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

*Attorneys for Debtors and
Debtors in Possession*

3