UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :  Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al*.,                          :
    f/k/a General Motors Corp., *et al.*    :  09-50026 (REG)
                                                               :
    Debtors.                                :  (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON   )
                      ) ss
COUNTY OF KING        )

I, Laurie M. Thornton, being duly sworn, depose and state:

1. I am a Senior Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On December 18, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (counsel for VTi ):

- Order Pursuant to 11 U.S.C. § 365 of the Bankruptcy Code to Reject VTi Class Action Settlement Agreement [Docket No. 4680].

Dated: December 18, 2009.          /s/ Laurie M. Thornton_____
Seattle, Washington                LAURIE M. THORNTON

Sworn to before me in Seattle, Washington
this 18th day of December, 2009.

/s/ Brook Lyn Bower_____
BROOK LYN BOWER
Notary Public in and for the
State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

LAKINCHAPMAN LLC
ATTN: ROBERT W. SCHMIEDER II
300 EVANS AVE.
P.O. BOX 229
WOOD RIVER, IL 62095

LEADER & BERKON LLP
ATTN: S ALYSSA YOUNG, ESQ
630 THIRD AVE.
NEW YORK, NY 10017