Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS, LLP
*Attorneys for Creditor New United Motor Manufacturing, Inc.*
140 Broadway Suite 3100
New York, NY 10005-1101
Telephone: (212) 973-8000
Facsimile: (212) 972-8798

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                    :
In re:                                              :    Chapter 11
                                                    :
         MOTORS LIQUIDATION COMPANY,                :    Case No. 09-50026 (REG)
                                                    :
                        Debtors.                    :
-----------------------------------------------------------------X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, I, Benjamin P. Deutsch, am a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

|   |   |
|---|---|
| Applicant's Name: | John K. Gisleson |
| Firm Name: | Schnader Harrison Segal & Lewis LLP |
| Address: | Fifth Avenue Place |
|  | 120 Fifth Avenue, Suite 2700 |
|  | Pittsburgh, PA 15222-3001 |
| Phone Number: | (412) 577-5216 |
| Fax Number: | (412) 765-3858 |
| Email: | jgisleson@schnader.com |

John K. Gisleson is a member in good standing of the Bar of Pennsylvania as well as in the United States District Courts for the Eastern, Middle and Western Districts of Pennsylvania, United States Court of Appeal for the Third Circuit, and the United States Supreme Court, and respectfully requests admission from this Court to practice, *pro hac vice*, to

PHDATA 3261730_1

represent creditor New United Motor Manufacturing, Inc., in the above-captioned bankruptcy case pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

There are no pending disciplinary proceedings against John K. Gisleson in any state or federal court.

Dated: December 21, 2009
      New York, New York

Respectfully submitted:

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Benjamin P. Deutsch
    Benjamin P. Deutsch (BD-5435)
    bdeutsch@schnader.com
140 Broadway, Suite 3100
New York, New York 10005-1101
Telephone: (212) 973-8000
Facsimile: (212) 972-8798

*Attorneys for Creditor New United Motor Manufacturing, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
       MOTORS LIQUIDATION COMPANY,                       :    Case No. 09-50026 (REG)
                                                                 :
                                      Debtors.          :
-----------------------------------------------------------------X

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon consideration of the foregoing Motion for Admission *Pro Hac* Vice, it is hereby

ORDERED, that John K. Gisleson, Esq., is admitted to practice, *pro hac vice*, in the above-captioned bankruptcy cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         December _____, 2009

                                                                          _____
                                                                           The Honorable Robert E. Gerber
                                                                           United States Bankruptcy Judge