Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS, LLP
*Attorneys for Creditor New United Motor Manufacturing, Inc.*
140 Broadway Suite 3100
New York, NY 10005-1101
Telephone: (212) 973-8000
Facsimile: (212) 972-8798

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
|                                          :
In re:                                     :    Chapter 11
                                           :
    MOTORS LIQUIDATION COMPANY,    :    Case No. 09-50026 (REG)
                                           :
                    Debtors.    :
---------------------------------------------------------------X

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, I, Benjamin P. Deutsch, am a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

|  |  |
|---|---|
| Applicant's Name: | Ralph G. Wellington |
| Firm Name: | Schnader Harrison Segal & Lewis LLP |
| Address: | 1600 Market Street, Suite 3600 |
|  | Philadelphia, PA 19103-7213 |
| Phone Number: | (215) 751-2488 |
| Fax Number: | (215) 751-2205 |
| Email: | rwellington@schnader.com |

Ralph G. Wellington is a member in good standing of the Bar of Pennsylvania as well as in the United States District Courts for the Eastern and Middle Districts of Pennsylvania, United States Court of Appeals for the Third Circuit, and the United States Supreme Court, and respectfully requests admission from this Court to practice, *pro hac vice*, to represent creditor

New United Motor Manufacturing, Inc., in the above-captioned bankruptcy case pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

There are no pending disciplinary proceedings against Ralph G. Wellington in any state or federal court.

Dated:  December 21, 2009
       New York, New York

                Respectfully submitted:

                SCHNADER HARRISON SEGAL & LEWIS LLP

                By:  /s/ Benjamin P. Deutsch
                    Benjamin P. Deutsch (BD-5435)
                    bdeutsch@schnader.com
                140 Broadway, Suite 3100
                New York, New York  10005-1101
                Telephone: (212) 973-8000
                Facsimile: (212) 972-8798

                *Attorneys for Creditor New United Motor Manufacturing, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In re:                                                           :     Chapter 11
                                                                 :
      MOTORS LIQUIDATION COMPANY,                     :     Case No. 09-50026 (REG)
                                                                 :
                             Debtors.                          :
-----------------------------------------------------------------X

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon consideration of the foregoing Motion for Admission *Pro Hac* Vice, it is hereby

ORDERED, that Ralph G. Wellington, Esq., is admitted to practice, *pro hac vice*, in the above-captioned bankruptcy cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       December _____, 2009

                                                                                       _____
                                                                                       The Honorable Robert E. Gerber
                                                                                       United States Bankruptcy Judge

PHDATA 3261736_1