UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On December 16, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (contract counterparties):

    - Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Equipment [Docket No. 4671].

3. On December 16, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on Fountain Lakes I, LLC, Balke Brown Associates, Inc., 1001 Plaza Highlands Drive West, Suite 150, St. Louis, MO 63110:

- Stipulation and Agreed Order Regarding Debtors' Rejection of Nonresidential Real Property Lease with Fountain Lakes I, LLC [Docket No. 4674].

Dated: December 18, 2009
      Melville, New York

                                    /s/ Kimberly Gargan
                                    Kimberly Gargan

Sworn to before me this 18th day of December, 2009

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| COMCAST CORP<br>STEVE BURKE<br>1500 MARKET STREET<br>PHILADELPHIA, PA 19102 | EDSCHA NORTH AMERICA INC<br>ATTN: MARK DENNY, VICE PRESIDENT US OPERATIONS<br>401 S OLD WOODWARD AVE STE 438B<br>BIRMINGHAM, MI 48009 |
| ELECTRONIC DATA SYSTEMS CORPORATION<br>ATTN: CHIEF EXECUTIVE OFFICER<br>MAIL STOP: H2-7W-40<br>5400 LEGACY DRIVE<br>PLANO, TX 75024 | ELECTRONIC DATA SYSTEMS CORPORATION<br>ATTN: GENERAL COUNSEL<br>MAIL STOP: H3-3D-05<br>5400 LEGACY DRIVE<br>PLANO, TX 75024 |
| ITT AUTOMOTIVE ELECTRICAL SYSTEMS, INC.<br>ATTN: GENERAL COUNSEL<br>3000 UNIVERSITY DRIVE<br>AUBURN HILLS, MI 48321 | ITT AUTOMOTIVE ELECTRICAL SYSTEMS, INC.<br>ATTN: SECRETARY<br>C/O ITT CORPORATION<br>1330 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| KARMANN MANUFACTURING LLC<br>ATT: JERRY ANWAY - VICE PRESIDENT SALES AND STRATEGIC SOURCING<br>KARMANN USA, INC<br>14967 PILOT DR.<br>PLYMOUTH, MI 48170 | KNOWLEDGE LEARNING CORPORATION<br>F/K/A KINDERCARE LEARNING CENTERS, INC.<br>650 NE HOLLADAY<br>SUITE 1400<br>PORTLAND, OR 97232 |
| PLAY BY PLAY SPORTS, LLC D/B/A NOTRE DAME SP(<br>MR. SCOTT CORREIRA<br>113 JOYCE CENTER<br>NOTRE DAME, IN 46556 | |