Michael St. Patrick Baxter
Dennis B. Auerbach
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
phone: (202) 662-6000
fax: (202) 662-6291

- and -

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
phone: (212) 841-1000
fax: (212) 841-1010

*Counsel to Union Pacific Railroad Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Craig Stalzer, do hereby certify, that on December 22, 2009, I caused true and correct copies of the *Protective Objection of Union Pacific Railroad Company to Debtors' Assumption Notice and Proposed Cure Amounts* [Docket No. 4689], to be served (i) electronically through the Court's PACER System on parties requesting electronic service in the above-captioned chapter 11 cases and (ii) on the parties listed on the attached service list by the means indicated thereon.

Dated: New York, New York
       December 22, 2009

By: _____
      Craig Stalzer

## SERVICE LIST

**BY FEDERAL EXPRESS AND ELECTRONIC MAIL**

**Counsel to the Debtors**

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.smolinsky@weil.com

**Counsel to the Purchaser**

John Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
john.rapisardi@cwt.com

**Counsel to the Official Committee of Unsecured Creditors**

Kenneth H. Eckstein, Esq.
Thomas Moers Mayer, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com
tmayer@kramerlevin.com
gnovod@kramerlevin.com

**Counsel to Export Development Canada**

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY 10019
mjedelman@vedderprice.com
mschein@vedderprice.com

NY: 629742-2

**Debtors**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
Mailcode 480-206-114
Email: via Weil Gotschal & Mange LLP

**Counsel to UAW**

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
jbromley@cgsh.com

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY 10036
bceccotti@cwsny.com

**US Treasury**

Joseph Samarias
US Treasury
1500 Pennsylvania Ave., NW, Room 2312
Washington, DC 20220
joseph.samarias@do.treas.gov

**BY FEDERAL EXPRESS AND FACSIMILE**

**The Office of the United States Trustee**

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
fax: (212)-668-2256