# EXHIBIT "A"

# Docket Report

## Case Description
**Case ID:** 070303736
**Case Caption:** GILVARY VS GENERAL MOTORS CORP ETAL
**Filing Date:** Thursday, March 29th, 2007
**Location:** CH - City Hall
**Case Type:** 2P - PRODUCT LIABILITY
**Status:** CLDBR - DEFERRED - BANKRUPTCY

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | A66003 | ZAJAC, ERIC G |
| **Address:** ZAJAC & ARIAS, LLC 1818 MARKET STREET 30TH FLOOR PHILADELPHIA PA 19103 (215)575-7615 (215)575-7640 - FAX | | | **Aliases:** | none | |
| 2 | 1 | | PLAINTIFF | @5703974 | GILVARY, SARAH |
| **Address:** 834 LINDEN ST AVOCA PA 18641 | | | **Aliases:** | none | |
| 3 | 10 | | DEFENDANT | 1148 | GENERAL MOTORS CORP |
| **Address:** C/O CT CORP 1635 MARKET ST | | | **Aliases:** | none | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | PHILADELPHIA PA 19103 |
| 4 | 9 | | DEFENDANT | @5703978 | POMPEY DODGE INC |
| **Address:** | 303 WYOMING AVE KINGSTON PA 18704 | | **Aliases:** | none | |
| 5 | | 03-MAY-2007 | TEAM LEADER | J359 | TERESHKO, ALLAN L |
| **Address:** | 231 CITY HALL PHILADELPHIA PA 19107 (215)686-7324 | | **Aliases:** | none | |
| 6 | | | ATTORNEY FOR DEFENDANT | A28246 | GRAY, EDWARD A |
| **Address:** | ECKERT SEAMANS CHERIN MELLOTT TWO LIBERTY PLACE 50 S 16TH STREET 22ND FLOOR PHILADELPHIA PA 19102 (215)851-8400 (215)851-8383 - FAX | | **Aliases:** | none | |
| 7 | | 13-MAY-2008 | ATTORNEY FOR DEFENDANT | A76437 | WALKER, DYLAN J |
| **Address:** | ECKERT SEAMANS CHERIN MELLOTT TWO LIBERTY PLACE 50 S 16TH STREET 22ND FLOOR PHILADELPHIA PA 19102 (215)851-8400 (215)851-8383 - FAX | | **Aliases:** | none | |

| | | | | | |
|---|---|---|---|---|---|
| 8 | | | TEAM LEADER | J280 | MANFREDI, WILLIAM J |
| **Address:** | 510 CITY HALL<br>PHILADELPHIA PA<br>19107<br>(215)686-3718 | | **Aliases:** | none | |
| 9 | | | ATTORNEY FOR DEFENDANT | A36247 | CAMPBELL, NANCY E |
| **Address:** | 1818 MARKET STREET<br>SUITE 2510<br>PHILADELPHIA PA<br>19103<br>(215)430-6385<br>(215)430-6351 - FAX | | **Aliases:** | none | |
| 10 | | | ATTORNEY FOR DEFENDANT | A56344 | KINKOPF, MICHAEL P. |
| **Address:** | ECKERT SEAMANS CHERIN MELLOTT<br>TWO LIBERTY PLACE<br><br>50 S 16TH STREET<br>22ND FLOOR<br>PHILADELPHIA PA<br>19102<br>(215)851-8400<br>(215)851-8383 - FAX | | **Aliases:** | none | |

## Docket Entries

☐ **Check for Threaded Docket**
This feature will reduce the docket
to motion related entries only.

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 29-MAR-2007 04:13 PM | ACTIV - ACTIVE CASE | | | 29-MAR-2007 04:20 PM |
| **Docket Entry:** | *none.* | | | |

| Date | Action | Party | | Entered |
|---|---|---|---|---|
| 29-MAR-2007 04:43 PM | CIVIJ - COMMENCEMENT CIVIL ACTION JURY | ZAJAC, ERIC G | | 02-APR-2007 12:00 AM |
| **Docket Entry:** | *none.* | | | |
| 29-MAR-2007 04:43 PM | WRSUM - PRAE TO ISSUE WRIT OF SUMMONS | ZAJAC, ERIC G | | 02-APR-2007 12:00 AM |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. | | | |
| 29-MAR-2007 04:45 PM | CLWCM - WAITING TO LIST CASE MGMT CONF | ZAJAC, ERIC G | | 02-APR-2007 12:00 AM |
| **Docket Entry:** | *none.* | | | |
| 30-MAR-2007 04:43 PM | SSCG2 - SHERIFF'S SURCHARGE 2 DEFTS | ZAJAC, ERIC G | | 02-APR-2007 12:00 AM |
| **Docket Entry:** | *none.* | | | |
| 30-MAR-2007 04:46 PM | JURYT - JURY TRIAL PERFECTED | ZAJAC, ERIC G | | 02-APR-2007 12:00 AM |
| **Docket Entry:** | *none.* | | | |
| 11-APR-2007 04:08 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | | | 11-APR-2007 12:00 AM |
| **Docket Entry:** | OF WRIT OF SUMMONS BY PERSONAL SERVICE UPON GENERAL MOTORS CORPORATION ON 04-02-07. | | | |
| 27-APR-2007 03:09 PM | ENAJD - ENTRY OF APPEAR/JURY DEMAND | GRAY, EDWARD A | | 30-APR-2007 12:00 AM |

| | | | | |
|---|---|---|---|---|
| | Docket Entry: | ENTRY OF APPEARANCE OF EDWARD GRAY FILED ON BEHALF OF DFT GENERAL MOTORS CORP. | | |
| 27-APR-2007 03:09 PM | RULEP - RULE TO FILE COMPLAINT | GRAY, EDWARD A | | 30-APR-2007 12:00 AM |
| | Docket Entry: | PRAECIPE AND RULE FILED UPON PLAINTIFF(S) TO FILE A COMPLAINT WITHIN TWENTY (20) DAYS OR SUFFER JUDGMENT OF NON PROS FILED BY GENERAL MOTORS CORP. | | |
| 21-MAY-2007 04:43 PM | CMPLT - COMPLAINT FILED NOTICE GIVEN | ZAJAC, ERIC G | | 22-MAY-2007 12:00 AM |
| | Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |
| 31-MAY-2007 09:16 AM | CLLCM - LISTED FOR CASE MGMT CONF | | | 31-MAY-2007 09:16 AM |
| | Docket Entry: | *none.* | | |
| 02-JUN-2007 12:01 AM | CLNGV - NOTICE GIVEN | | | 02-JUN-2007 12:01 AM |
| | Docket Entry: | *none.* | | |
| 11-JUN-2007 03:27 PM | JURYT - JURY TRIAL PERFECTED | GRAY, EDWARD A | | 12-JUN-2007 12:00 AM |
| | Docket Entry: | *none.* | | |
| 11-JUN-2007 03:27 PM | ANCOM - ANSWER TO COMPLAINT FILED | GRAY, EDWARD A | | 12-JUN-2007 12:00 AM |
| | Docket Entry: | ANSWER TO PLAINTIFF'S COMPLAINT WITH NEW MATTER FILED BY DEFENDANT GENERAL MOTORS CORP. | | |
| 20-JUN-2007 02:32 PM | CLCCC - CASE MGMT CONFERENCE | PELLETREAU, CHARLES | | 20-JUN-2007 02:32 PM |

| | COMPLETED | | | |
|---|---|---|---|---|
| **Docket Entry:** | none. | | | |

| 20-JUN-2007 02:32 PM | CMOIS - CASE MANAGEMENT ORDER ISSUED | | | 20-JUN-2007 02:32 PM |
|---|---|---|---|---|
| **Docket Entry:** | CASE MANAGEMENT ORDER COMPLEX TRACK - AND NOW, 20-JUN-2007, it is Ordered that: 1. The case management and time standards adopted for complex track cases shall be applicable to this case and are hereby incorporated into this Order. 2. All discovery on the above matter shall be completed not later than 06-OCT-2008. 3. Plaintiff shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial to all other parties not later than 03-NOV-2008. 4. Defendant and any additional defendants shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than 01-DEC-2008. 5. All pre-trial motions shall be filed not later than 01-DEC-2008. 6. A settlement conference may be scheduled at any time after 05-JAN-2009. Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant; (b) A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount;(c) Defendant shall identify all applicable insurance carriers, together with applicable limits of liability. 7. A pre-trial conference will be scheduled any time after 02-MAR-2009. Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following:(a) A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant;(b) A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial;(c) A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial;(d) Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and (e) Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability;(f) Each counsel shall provide an estimate of the anticipated length of trial. 8. It is expected that the case will be ready for trial 06-APR-2009, and counsel should anticipate trial to begin expeditiously thereafter. 9. All counsel are under a | | | |

| | | | | |
|---|---|---|---|---|
| | continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this order. ...BY THE COURT: WILLIAM J. MANFREDI, J. | | | |
| 20-JUN-2007 02:32 PM | CLLSC - LISTED FOR SETTLEMENT CONF | | | 20-JUN-2007 02:32 PM |
| **Docket Entry:** | *none.* | | | |
| 20-JUN-2007 02:32 PM | CLLPT - LISTED FOR PRE-TRIAL CONF | | | 20-JUN-2007 02:32 PM |
| **Docket Entry:** | *none.* | | | |
| 20-JUN-2007 02:32 PM | CLLTR - LISTED FOR TRIAL | | | 20-JUN-2007 02:32 PM |
| **Docket Entry:** | *none.* | | | |
| 02-AUG-2007 03:16 PM | ENAJD - ENTRY OF APPEAR/JURY DEMAND | CAMPBELL, NANCY E | | 03-AUG-2007 12:00 AM |
| **Docket Entry:** | ENTRY OF APPEARANCE OF NANCY E. CAMPBELL, ESQ. FILED ON BEHALF OF DFT. POMPEY DODGE, INC. | | | |
| 11-OCT-2007 10:26 AM | ANCOM - ANSWER TO COMPLAINT FILED | CAMPBELL, NANCY E | | 12-OCT-2007 12:00 AM |
| **Docket Entry:** | ANSWER TO PLAINTIFF'S COMPLAINT WITH NEW MATTER FILED BY DEFENDANT POMPEY DODGE INC. | | | |
| 19-DEC-2007 03:25 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | MANFREDI, WILLIAM J | | 19-DEC-2007 12:00 AM |
| | UPON CONSIDERATION OF DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S ANSWERS TO ITS INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS, IT IS HEREBY ORDERED THAT SAID MOTION IS GRANTED AND PLAINTIFF | | | |

| | | | | |
|---|---|---|---|---|
| | **Docket Entry:** | SHALL SERVE ANSWERS TO DEFENDANT'S INTERROGATORIES AND RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS WITHIN TWENTY (20) DAYS FROM THE DATE HEREOF OR SUFFER THE APPROPRIATE SANCTIONS UPON FURTHER APPLICATION TO THE COURT. BY THE COURT.......................... MANFREDI, J. 12-18-2007 | | |
| 31-DEC-2007 12:41 PM | RPNMP - PLTF REPLY TO NEW MATTER FILED | ZAJAC, ERIC G | | 02-JAN-2008 12:00 AM |
| | **Docket Entry:** | PLAINTIFF(S) REPLY TO NEW MATTER OF DEFENDANT(S) POMPEY DODGE INC FILED. | | |
| 22-APR-2008 03:05 PM | CERTI - CERTIFICATION FILED | | | 28-APR-2008 12:00 AM |
| | **Docket Entry:** | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT TO RULE 4009.22 FILED. | | |
| 13-MAY-2008 03:51 PM | WTAPP - WITHDRAWAL/ENTRY OF APPEARANCE | KINKOPF, MICHAEL P. | | 15-MAY-2008 12:00 AM |
| | **Documents:** | WTAPP_25.pdf | | |
| | **Docket Entry:** | WITHDRAWAL OF APPEARANCE OF DYLAN WALKER, ESQ. AND ENTRY OF APPEARANCE OF MICHAEL P. KINKOPF, ESQ. ON BEHALF OF DFT. GENERAL MOTORS CORPORATION FILED. | | |
| 12-JUN-2008 03:20 PM | RPNMP - PLTF REPLY TO NEW MATTER FILED | ZAJAC, ERIC G | | 13-JUN-2008 12:00 AM |
| | **Documents:** | RPNMP_26.pdf | | |
| | **Docket Entry:** | PLAINTIFF(S) REPLY TO NEW MATTER OF DEFENDANT(S) GENERAL MOTORS CORP FILED. | | |
| 04-AUG-2008 10:10 AM | CERTI - CERTIFICATION FILED | | | 04-AUG-2008 12:00 AM |
| | **Documents:** | CERTI_27.pdf | | |
| | **Docket Entry:** | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT TO RULE 4009.22 FILED. | | |

| Date/Time | Type | Party | | Entered |
|---|---|---|---|---|
| 22-AUG-2008 09:43 AM | CERTI - CERTIFICATION FILED | | | 22-AUG-2008 12:00 AM |
| Documents: | CERTI_28.pdf | | | |
| Docket Entry: | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT TO RULE 4009.22 FILED. | | | |
| 22-SEP-2008 10:54 AM | MTEXR - MOT-FOR EXTRAORDINARY RELIEF | GENERAL MOTORS CORP, | | 23-SEP-2008 12:00 AM |
| Documents: | MTEXR_29.pdf | | | |
| Docket Entry: | 05-08096705 RESPONSE DATE: 10/02/08 | | | |
| 26-SEP-2008 10:55 AM | CERTI - CERTIFICATION FILED | | | 26-SEP-2008 12:00 AM |
| Documents: | CERTI_30.pdf | | | |
| Docket Entry: | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT TO RULE 4009.22 FILED. | | | |
| 30-SEP-2008 04:21 PM | CERTI - CERTIFICATION FILED | | | 30-SEP-2008 12:00 AM |
| Documents: | CERTI_31.pdf | | | |
| Docket Entry: | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT TO RULE 4009.22 FILED. | | | |
| 03-OCT-2008 04:17 PM | CERTI - CERTIFICATION FILED | | | 09-OCT-2008 12:00 AM |
| Documents: | CERTI_33.pdf | | | |
| Docket Entry: | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT TO RULE 4009.22 FILED. | | | |
| 03-OCT-2008 04:35 PM | MTASN - MOTION ASSIGNED | | | 03-OCT-2008 04:35 PM |
| Docket Entry: | 05-08096705 MOT-FOR EXTRAORDINARY RELIEF ASSIGNED TO JUDGE: MANFREDI, WILLIAM J. . ON DATE: OCTOBER 03, 2008 | | | |

09-50026-mg  Doc 4699-1  Filed 12/22/09  Entered 12/22/09 15:21:59  Exhibit A - State Court Docket  Pg 11 of 20  Page 10 of 19

Docket Report - Not an Official Document

| 23-OCT-2008 11:11 AM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | MANFREDI, WILLIAM J | | 23-OCT-2008 11:11 AM |
|---|---|---|---|---|
| **Docket Entry:** | 05-08096705 UPON CONSIDERATION OF PETITION FOR EXTRAORDINARY RELIEF AND ANY RESPONSES THERETO, IT IS HEREBY ORDERED AND DECREED THAT THE PETITION IS GRANTED, IN PART, AND DEADLINES FOR DISCOVERY, EXPERT DISCOVERY AND MOTIONS ARE EXTENDED THIRTY (30) DAYS. ALL OTHER DEADLINES IN THE CASE MANAGEMENT ORDER SHALL REMAIN UNCHANGED. BY THE COURT...MANFREDI, J. 10/23/08 | | | |

| 03-NOV-2008 03:08 PM | CERTI - CERTIFICATION FILED | | | 10-NOV-2008 12:00 AM |
|---|---|---|---|---|
| **Documents:** | CERTI_35.pdf | | | |
| **Docket Entry:** | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT TO RULE 4009.22 FILED. | | | |

| 18-NOV-2008 12:50 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | PANEPINTO, PAUL P | | 18-NOV-2008 12:00 AM |
|---|---|---|---|---|
| **Documents:** | ORDER_36.pdf | | | |
| **Docket Entry:** | UPON CONSIDERATION OF PLAINTIFF SARAH GILVARY'S MOTION TO COMPEL WRITTEN RESPONSE; AND UPON CONSIDERATION OF DEFENDANT'S RESPONSES THERETO, IT IS HEREBY ORDERED AND DECREED THAT PLAINTIFF'S MOTION IS GRANTED. SEE ORDER FOR TERMS. ....BY THE COURT: PANEPINTO, J. 11-18-08 | | | |

| 20-NOV-2008 02:15 PM | CERTI - CERTIFICATION FILED | | | 20-NOV-2008 12:00 AM |
|---|---|---|---|---|
| **Documents:** | CERTI_37.pdf | | | |
| **Docket Entry:** | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT TO RULE 4009.22 FILED. | | | |

| 26-NOV-2008 02:22 PM | MTEXR - MOT-FOR EXTRAORDINARY RELIEF | ZAJAC, ERIC G | | 26-NOV-2008 02:23 PM |
|---|---|---|---|---|

09-50026-mg    Doc 4699-1    Filed 12/22/09    Entered 12/22/09 15:21:59    Exhibit A - State Court Docket    Pg 12 of 20    Page 11 of 19

Docket Report - Not an Official Document

| | | | | |
|---|---|---|---|---|
| **Documents:** | Motion_CoverSheet_MTEXR_38.pdf<br>MTEXR_38.pdf | | | |
| **Docket Entry:** | 70-08112070 RESPONSE DATE 12/08/2008. (FILED ON BEHALF OF SARAH GILVARY) | | | |

| | | | | |
|---|---|---|---|---|
| 26-NOV-2008<br>04:11 PM | PRATT - PRAECIPE TO SUPPL/ATTACH FILED | ZAJAC, ERIC G | | 26-NOV-2008<br>04:58 PM |
| **Documents:** | PRATT_39.pdf | | | |
| **Docket Entry:** | 70-08112070 PRAECIPE TO SUPPLEMENT/ATTACH RE: MOT-FOR EXTRAORDINARY RELIEF FILED. (FILED ON BEHALF OF SARAH GILVARY) | | | |

| | | | | |
|---|---|---|---|---|
| 09-DEC-2008<br>05:13 PM | MTANS - ANSWER (MOTION/PETITION) FILED | KINKOPF, MICHAEL P. | | 10-DEC-2008<br>10:26 AM |
| **Documents:** | Motion_CoverSheet_MTANS_40.pdf<br>MTANS_40.pdf | | | |
| **Docket Entry:** | 70-08112070 ANSWER IN OPPOSITION OF MOT-FOR EXTRAORDINARY RELIEF FILED. (FILED ON BEHALF OF GENERAL MOTORS CORP) | | | |

| | | | | |
|---|---|---|---|---|
| 12-DEC-2008<br>12:23 PM | MTASN - MOTION ASSIGNED | | | 12-DEC-2008<br>12:23 PM |
| **Docket Entry:** | 70-08112070 MOT-FOR EXTRAORDINARY RELIEF ASSIGNED TO JUDGE: MANFREDI, WILLIAM J. . ON DATE: DECEMBER 12, 2008 | | | |

| | | | | |
|---|---|---|---|---|
| 18-DEC-2008<br>04:07 PM | CLLSC - LISTED FOR SETTLEMENT CONF | | | 18-DEC-2008<br>04:07 PM |
| **Docket Entry:** | *none.* | | | |

| | | | | |
|---|---|---|---|---|
| 18-DEC-2008<br>04:07 PM | CLCDS - CONFERENCE DATE SET | | | 18-DEC-2008<br>04:07 PM |
| **Docket Entry:** | *none.* | | | |

| | | | | |
|---|---|---|---|---|
| 20-DEC-2008 | CLNGV - NOTICE | | | 20-DEC-2008 |

| 12:01 AM | GIVEN | | | 12:01 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 24-DEC-2008 12:07 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | MANFREDI, WILLIAM J | | 24-DEC-2008 12:07 PM |
|---|---|---|---|---|
| **Documents:** | ORDER_45.pdf | | | |
| **Docket Entry:** | 70-08112070 IT IS ORDERED THAT THE PETITION FOR EXTRAORDINARY RELIEF IS GRANTED, AND ALL DEADLINES ARE EXTENDED SIXTY (60) DAYS. A NEW CASE MANAGMENT ORDER WILL ISSUE. ...BY THE COURT; MANFREDI, J. 12-23-08 | | | |

| 29-DEC-2008 10:46 AM | RVCMO - REVISED CASE MGMT ORDER ISSUED | | | 29-DEC-2008 12:00 AM |
|---|---|---|---|---|
| **Documents:** | RVCMO_46.pdf | | | |
| **Docket Entry:** | REVISED CASE MANAGEMENT ORDER - Be advised that the Case Management Order issued for the above-captioned action has been revised as follows: All discovery shall be completed not later than 01-DEC-2008. Plaintiff shall submit expert reports not later than 05-JAN-2009. Defendant shall submit expert reports not later than 02-FEB-2009. All pre-trial motions shall be filed not later than 02-FEB-2009. A settlement conference will be scheduled any time after 02-MAR-2009. A pre-trial conference will be scheduled at any time after 04-MAY-2009. It is expected that this case shall be ready for trial by 01-JUN-2009. All other terms and conditions on the original Case Management Order will remain in full force and effect. ...BY THE COURT: WILLIAM J. MANFREDI, J. | | | |

| 29-DEC-2008 10:56 AM | CLRBC - CASE RESCHEDULED BY COURT | | | 29-DEC-2008 10:56 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 29-DEC-2008 10:56 AM | CLLSC - LISTED FOR SETTLEMENT CONF | | | 29-DEC-2008 10:56 AM |
|---|---|---|---|---|
| **Docket Entry:** | *none.* | | | |

| 08-JAN-2009 02:29 PM | MTSJD - MOTION FOR SUMMARY JUDGMENT | KINKOPF, MICHAEL P. | | 08-JAN-2009 03:59 PM |
|---|---|---|---|---|
| **Documents:** | Motion_CoverSheet_MTSJD_49.pdf<br>MTSJD_49_001.pdf<br>MTSJD_49.pdf | | | |
| **Docket Entry:** | 47-09010547 RESPONSE DATE 02/09/2009. (FILED ON BEHALF OF GENERAL MOTORS CORP) | | | |
| 23-JAN-2009 02:56 PM | MTEXR - MOT-FOR EXTRAORDINARY RELIEF | ZAJAC, ERIC G | | 26-JAN-2009 12:40 PM |
| **Documents:** | Motion_CoverSheet_MTEXR_50.pdf<br>MTEXR_50.pdf | | | |
| **Docket Entry:** | 04-09012104 RESPONSE DATE 02/05/2009. (FILED ON BEHALF OF SARAH GILVARY) | | | |
| 27-JAN-2009 09:51 PM | CLLSC - LISTED FOR SETTLEMENT CONF | | | 27-JAN-2009 09:51 PM |
| **Docket Entry:** | none. | | | |
| 27-JAN-2009 09:51 PM | CLCDS - CONFERENCE DATE SET | | | 27-JAN-2009 09:51 PM |
| **Docket Entry:** | none. | | | |
| 28-JAN-2009 11:14 AM | MTANS - ANSWER (MOTION/PETITION) FILED | KINKOPF, MICHAEL P. | | 28-JAN-2009 11:30 AM |
| **Documents:** | Motion_CoverSheet_MTANS_53.pdf<br>MTANS_53.pdf | | | |
| **Docket Entry:** | 04-09012104 ANSWER IN OPPOSITION OF MOT-FOR EXTRAORDINARY RELIEF FILED. (FILED ON BEHALF OF GENERAL MOTORS CORP) | | | |
| 29-JAN-2009 12:01 AM | CLNGV - NOTICE GIVEN | | | 29-JAN-2009 12:01 AM |

| Docket Entry: | none. | | | |
|---|---|---|---|---|
| 02-FEB-2009 04:22 PM | MTSJD - MOTION FOR SUMMARY JUDGMENT | KINKOPF, MICHAEL P. | | 02-FEB-2009 04:33 PM |
| Documents: | Motion_CoverSheet_MTSJD_55.pdf<br>MTSJD_55.pdf | | | |
| Docket Entry: | 36-09022836 RESPONSE DATE 03/04/2009. (FILED ON BEHALF OF GENERAL MOTORS CORP) | | | |
| 09-FEB-2009 04:58 PM | MTANS - ANSWER (MOTION/PETITION) FILED | ZAJAC, ERIC G | | 10-FEB-2009 12:07 PM |
| Documents: | Motion_CoverSheet_MTANS_57.pdf<br>MTANS_57_014.pdf<br>MTANS_57_013.pdf<br>MTANS_57_012.pdf<br>MTANS_57_011.pdf<br>MTANS_57_010.pdf<br>MTANS_57_009.pdf<br>MTANS_57_008.pdf<br>MTANS_57_007.pdf<br>MTANS_57_006.pdf<br>MTANS_57_005.pdf<br>MTANS_57_004.pdf<br>MTANS_57_003.pdf<br>MTANS_57_002.pdf<br>MTANS_57_001.pdf<br>MTANS_57.pdf | | | |
| Docket Entry: | 47-09010547 ANSWER IN OPPOSITION OF MOTION FOR SUMMARY JUDGMENT FILED. (FILED ON BEHALF OF SARAH GILVARY) | | | |
| 10-FEB-2009 11:10 AM | MTASN - MOTION ASSIGNED | | | 10-FEB-2009 11:10 AM |
| Docket Entry: | 04-09012104 MOT-FOR EXTRAORDINARY RELIEF ASSIGNED TO JUDGE: MANFREDI, WILLIAM J. . ON DATE: FEBRUARY 10, 2009 | | | |
| 12-FEB-2009 10:21 AM | MRDUD - MOTION RESPONSE DATE UPDATED | | | 12-FEB-2009 10:21 AM |
| Docket Entry: | 47-09010547 MOTION FOR SUMMARY JUDGMENT MOTION RESPONSE DATE UPDATED TO 03/04/2009. | | | |

| 18-FEB-2009 10:48 AM | PRATT - PRAECIPE TO SUPPL/ATTACH FILED | ZAJAC, ERIC G | | 18-FEB-2009 11:33 AM |
|---|---|---|---|---|
| **Documents:** | PRATT_59.pdf | | | |
| **Docket Entry:** | 47-09010547 PRAECIPE TO SUPPLEMENT/ATTACH RE: MOTION FOR SUMMARY JUDGMENT FILED. (FILED ON BEHALF OF SARAH GILVARY) | | | |
| 23-FEB-2009 12:12 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | MANFREDI, WILLIAM J | | 23-FEB-2009 12:12 PM |
| **Documents:** | ORDER_60.pdf | | | |
| **Docket Entry:** | 04-09012104 IT IS ORDERED THAT THE PETITION FOR EXTRAORDINARY RELIEF IS GRANTED, IN PART, AND DEADLINES FOR EXPERT DISCOVERY AND MOTION ARE EXTENDED SIXTY (60) DAYS. ALL OTHER DEADLINES IN THE CASE MANAGEMENT ORDER SHALL REMAIN UNCHANGED. ...BY THE COURT; MANFREDI, J. 2-23-09 | | | |
| 23-FEB-2009 02:14 PM | REPLM - MOTION/PETITION REPLY FILED | KINKOPF, MICHAEL P. | | 23-FEB-2009 02:31 PM |
| **Documents:** | Motion_CoverSheet_REPLM_61.pdf<br>REPLM_61.pdf | | | |
| **Docket Entry:** | 47-09010547 REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED. (FILED ON BEHALF OF GENERAL MOTORS CORP) | | | |
| 05-MAR-2009 09:56 AM | MTANS - ANSWER (MOTION/PETITION) FILED | ZAJAC, ERIC G | | 05-MAR-2009 10:52 AM |
| **Documents:** | Motion_CoverSheet_MTANS_62.pdf<br>MTANS_62_003.pdf<br>MTANS_62_002.pdf<br>MTANS_62.pdf | | | |
| **Docket Entry:** | 36-09022836 ANSWER IN OPPOSITION OF MOTION FOR SUMMARY JUDGMENT FILED. (FILED ON BEHALF OF SARAH GILVARY) | | | |
| 09-MAR-2009 | MTASN - MOTION | | | 09-MAR-2009 |

09-50026-mg    Doc 4699-1    Filed 12/22/09    Entered 12/22/09 15:21:59    Exhibit A - Page 16 of 19
State Court Docket    Pg 17 of 20

Docket Report - Not an Official Document

| | | | | |
|---|---|---|---|---|
| 10:19 AM | ASSIGNED | | | 10:19 AM |
| **Docket Entry:** | 36-09022836 MOTION FOR SUMMARY JUDGMENT ASSIGNED TO JUDGE: MANFREDI, WILLIAM J. . ON DATE: MARCH 09, 2009 | | | |
| 09-MAR-2009 10:19 AM | MTASN - MOTION ASSIGNED | | | 09-MAR-2009 10:19 AM |
| **Docket Entry:** | 47-09010547 MOTION FOR SUMMARY JUDGMENT ASSIGNED TO JUDGE: MANFREDI, WILLIAM J. . ON DATE: MARCH 09, 2009 | | | |
| 13-MAR-2009 12:27 PM | CLLPT - LISTED FOR PRE-TRIAL CONF | | | 13-MAR-2009 12:27 PM |
| **Docket Entry:** | none. | | | |
| 13-MAR-2009 12:27 PM | CLCDS - CONFERENCE DATE SET | | | 13-MAR-2009 12:27 PM |
| **Docket Entry:** | none. | | | |
| 16-MAR-2009 04:41 PM | CLSCC - SETTLEMENT CONF COMPLETED | MANFREDI, WILLIAM J | | 16-MAR-2009 04:41 PM |
| **Docket Entry:** | none. | | | |
| 17-MAR-2009 12:01 AM | CLNGV - NOTICE GIVEN | | | 17-MAR-2009 12:01 AM |
| **Docket Entry:** | none. | | | |
| 07-APR-2009 10:59 AM | REPLM - MOTION/PETITION REPLY FILED | KINKOPF, MICHAEL P. | | 07-APR-2009 11:18 AM |
| **Documents:** | Motion_CoverSheet_REPLM_69.pdf<br>REPLM_69.pdf | | | |
| **Docket Entry:** | 36-09022836 REPLY IN OPPOSITION OF MOTION FOR SUMMARY JUDGMENT FILED. (FILED ON BEHALF OF GENERAL MOTORS | | | |

09-50026-mg    Doc 4699-1    Filed 12/22/09    Entered 12/22/09 15:21:59    Exhibit A - Page 17 of 19
State Court Docket    Pg 18 of 20

Docket Report - Not an Official Document

| | | | | |
|---|---|---|---|---|
| | CORP) | | | |
| 05-MAY-2009 04:38 PM | CLPCC - PRETRIAL CONFERENCE COMPLETED | MANFREDI, WILLIAM J | | 05-MAY-2009 04:38 PM |
| **Docket Entry:** | *none.* | | | |
| 05-MAY-2009 04:38 PM | CLWTR - WAITING TO LIST FOR TRIAL | MANFREDI, WILLIAM J | | 05-MAY-2009 04:38 PM |
| **Docket Entry:** | *none.* | | | |
| 05-MAY-2009 04:38 PM | CLLTR - LISTED FOR TRIAL | | | 05-MAY-2009 04:38 PM |
| **Docket Entry:** | *none.* | | | |
| 07-MAY-2009 12:01 AM | CLNGV - NOTICE GIVEN | | | 07-MAY-2009 12:01 AM |
| **Docket Entry:** | *none.* | | | |
| 29-MAY-2009 11:01 AM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | MANFREDI, WILLIAM J | | 29-MAY-2009 11:01 AM |
| **Documents:** | ORDER_74.pdf | | | |
| **Docket Entry:** | 36-09022836 IT IS ORDERED THAT DEFENDANT, GENERAL MOTORS CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT IS DENIED. ...BY THE COURT; MANFREDI, J. 5-29-09 | | | |
| 29-MAY-2009 11:02 AM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | MANFREDI, WILLIAM J | | 29-MAY-2009 11:02 AM |
| **Documents:** | ORDER_75.pdf | | | |
| **Docket** | 47-09010547 IT IS ORDERED THAT DEFENDANT, GENERAL MOTORS CORPORATION'S MOTION FOR SUMMARY JUDGMENT | | | |

| | Entry: | IS DENIED. ...BY THE COURT; MANFREDI, J. 5-29-09 | | | |
|---|---|---|---|---|---|
| 08-JUN-2009 10:18 AM | CLDBR - DEFERRED - BANKRUPTCY | | KINKOPF, MICHAEL P. | | 08-JUN-2009 10:22 AM |
| Documents: | CLDBR_76.pdf | | | | |
| Docket Entry: | PRAECIPE TO DEFER CASE DUE TO PENDING BANKRUPTCY ACTION UNDER CASE NUMBER: 09-50026 (REG) (FILED ON BEHALF OF GENERAL MOTORS CORP) | | | | |
| 11-JUN-2009 02:10 PM | CLECD - EVENT CANCELLED-CASE DEFERRED | | | | 11-JUN-2009 02:10 PM |
| Docket Entry: | none. | | | | |
| 08-SEP-2009 06:04 PM | MTREI - MOTION TO REINSTATE | | ZAJAC, ERIC G | | 09-SEP-2009 12:54 PM |
| Documents: | Motion_CoverSheet_MTREI_78.pdf<br>MTREI_78.pdf | | | | |
| Docket Entry: | 68-09091068 RESPONSE DATE 09/29/2009. (FILED ON BEHALF OF SARAH GILVARY) | | | | |
| 11-SEP-2009 11:36 AM | SNRQI - DEFERRED CASE/REQUEST FOR INFO | | MANFREDI, WILLIAM J | | 11-SEP-2009 12:00 AM |
| Docket Entry: | none. | | | | |
| 16-SEP-2009 12:01 AM | CLNGV - NOTICE GIVEN | | | | 16-SEP-2009 12:01 AM |
| Docket Entry: | none. | | | | |
| 25-SEP-2009 03:13 PM | MTANS - ANSWER (MOTION/PETITION) FILED | | CAMPBELL, NANCY E | | 28-SEP-2009 09:35 AM |
| Documents: | Motion_CoverSheet_MTANS_81.pdf<br>MTANS_81.pdf | | | | |

| | | | | |
|---|---|---|---|---|
| **Docket Entry:** | 68-09091068 ANSWER IN OPPOSITION OF MOTION TO REINSTATE FILED. (FILED ON BEHALF OF POMPEY DODGE INC) | | | |
| 30-SEP-2009 04:00 PM | MTANS - ANSWER (MOTION/PETITION) FILED | ZAJAC, ERIC G | | 01-OCT-2009 11:35 AM |
| **Documents:** | Motion_CoverSheet_MTANS_82.pdf<br>MTANS_82.pdf | | | |
| **Docket Entry:** | 68-09091068 ANSWER IN OPPOSITION OF MOTION TO REINSTATE FILED. (FILED ON BEHALF OF SARAH GILVARY) | | | |
| 02-OCT-2009 01:50 PM | MTASN - MOTION ASSIGNED | | | 02-OCT-2009 01:50 PM |
| **Docket Entry:** | 68-09091068 MOTION TO REINSTATE ASSIGNED TO JUDGE: MANFREDI, WILLIAM J. ON DATE: OCTOBER 02, 2009 | | | |
| 08-OCT-2009 09:13 AM | MTANS - ANSWER (MOTION/PETITION) FILED | CAMPBELL, NANCY E | | 08-OCT-2009 11:20 AM |
| **Documents:** | Motion_CoverSheet_MTANS_84.pdf<br>MTANS_84.pdf | | | |
| **Docket Entry:** | 68-09091068 ANSWER IN OPPOSITION OF MOTION TO REINSTATE FILED. (FILED ON BEHALF OF POMPEY DODGE INC) | | | |
| 09-OCT-2009 06:38 PM | CLSRR - STATUS RESPONSE RECEIVED | | | 09-OCT-2009 12:00 AM |
| **Documents:** | CLSRR_85.pdf | | | |
| **Docket Entry:** | *none.* | | | |
| 21-OCT-2009 03:03 PM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | MANFREDI, WILLIAM J | | 21-OCT-2009 03:03 PM |
| **Documents:** | ORDER_86.pdf | | | |
| **Docket Entry:** | 68-09091068 UPON CONSIDERATION OF PLAINTIFF'S MOTION TO SEVER GENERAL MOTORS AND THE RESPONSES THERETO, IT IS HEREBY ORDERED AND DECREED THAT SAID MOTION IS DENIED. BY THE COURT...MANFREDI, J. 10/21/09 | | | |