# EXHIBIT "D"

**FILED**
25 SEP 2009 03:13 pm
Civil Administration

| | |
|---|---|
| SARAH GILVARY<br>v.<br>GENERAL MOTORS COPRORATION, and<br>POMPEY DODGE, INC. | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>MARCH TERM 2007; NO.: 3736<br><br>TRIAL BY JURY OF 12 DEMANDED |

### ORDER

AND NOW, this 21st day of Oct, 2009, upon consideration of Plaintiff's Motion to Sever General Motors, and the responses thereto, it is hereby ORDERED and DECREED that said Motion is DENIED.

BY THE COURT,

_____ J.

**DOCKETED**
OCT 21 2009
K. GALLAGHER

Gilvary Vs General Moto-ORDER

0703037360086

Case ID: 070303736
Control No.: 09091068