## CERTIFICATE OF SERVICE

I, Nancy E. Campbell, Esq., do hereby certify that a true and correct copy of the Foregoing Objection to Stipulation and Agreed Order Resolving Motion of Sarajuan Gilvary for Relief from the Automatic Stay to Continue a Separate Litigation was served via first-class mail postage prepaid and/or electronic mail, to counsel listed below:

Eric G. Zajac, Esquire
The Zajac Law Firm, LLC
1818 Market St., 30th Floor
Philadelphia, PA 19103

Michael Kinkopf, Esquire
Eckert, Seamans, Cherin, & Mellott, LLC
Two Liberty Place, 22nd Floor
Philadelphia, PA 19102

Harvey R. Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolinsky, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Ted Stenger
c/o Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, MI 48243

Lawrence S. Suonomo, Esquire
General Motors, LLC
300 Renaissance Center Suite, 1400
Detroit, MI 48265

John J. Rapisardi, Esquire
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281

Joseph Samarias, Esquire
United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Room 2312

Washington, DC  20220
Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019

Thomas Moers Mayer, Esquire
Amy Caton, Esquire
Adam C. Rogoff, Esquire
Gregory G. Plotko, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Diana G. Adams, Esquire
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

David S. Jones, Esquire
Matthew L. Schwartz, Esquire
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, 3rd Floor
New York, NY  10007

                                    **KENNEDY, CAMPBELL, LIPSKI
& DOCHNEY**

                                    */s/ Nancy E. Campbell*

                                    **NANCY E. CAMPBELL, ESQ.**
Dated:  December 22, 2009             Attorney for Pompey Dodge