

# TUSCALOOSA COUNTY TAX COLLECTOR
124 COURTHOUSE • 714 GREENSBORO AVENUE
TUSCALOOSA, ALABAMA 35401

**PEYTON C. COCHRANE**
TAX COLLECTOR

December 18, 2009

PHONE (205) 349-3870 Ext. 237
FAX (205) 469-6331

Clerk
U. S. Bankruptcy Court
One Bowling Green
New York, New York 10004



RE: **GENERAL MOTORS CORPORATION
CASE NO: 09-50026 (REG)**

Dear Sir:

Please withdraw my secured claim in the amount of $90.64 that was filed on the above listed case on July 13, 2009.

The 2009 taxes on the above account were paid December 14, 2009.

Thank you for your assistance in this matter.

Sincerely,

Peyton C. Cochrane
Tax Collector

PCC:bmm