

**David Curry**
Henry County Tax Commissioner

December 16, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
Room 534
New York, New York  10004

RE:  Case #09-50026, Motors Liquidation Company

To Whom It May Concern:

Please withdraw our claim on the above case.  The taxes have been paid in full by
General Motors Corporation on 11-19-2009.  Attached is a copy of the paid receipt.

Thank you for your cooperation in this matter.  If you have any questions, please feel free
to contact me at 770-288-8188.

Thank you,

Cindy Hollomon
Bankruptcy Coordinator
Henry County Tax Commissioner's Office
140 Henry Parkway
McDonough, GA  30253
chollomon@co.henry.ga.us

Attachment

Printed: 12/16/2009 14:92:20  Doc 4702  Filed 12/22/09  Official Tax Receipt 12/22/09 16:10:31  Main Document
Register:  7  Clerk: AS
Pg 2 of 3
Henry
140 Henry Parkway
McDonough, GA  30253
Phone: (770) 288-8180
Fax: (770) 288-8190

| Trans No | Property ID/District Description | | Original Due | Interest & Penalty | Prev Paid | Amount Due | Amount Paid | Transaction Balance |
|---|---|---|---|---|---|---|---|---|
| 36556 Year-Bill No 2009 - 87770 | 54032 172 INDUSTRIAL FMV: $14,297.00 | / 002 | 218.12 | 0.00 Fees 0.00 | 0.00 | 218.12 | 218.12 Paid Date 11/19/2009 13:27:21 | 0.00 Current Due 0.00 |
| Transactions: 36555 - 36556 | | Totals | 218.12 | 0.00 | 0.00 | 218.12 | 218.12 | 0.00 |

Paid By :

GENERAL MOTORS CORPORATION*

GENERAL MOTORS CORPORATION
MC 482-C14-C66
PO BOX 9024
DETROIT, MI  48202-9024

Check No  3016454

Charge Acct

Cash Amt:  0.00
Check Amt:  292.65
Charge Amt:  0.00
Change Amt:  0.00
Refund Amt:  0.00
Overpay Amt:  0.00

Printed: 09-50026-mg  12/16/2009 14:47:33  Doc 4702  Filed 12/22/09  Official Tax Receipt  Entered 12/22/09 16:10:31  Main Document  Phone: (770) 288-8180
Pg 3 of 3
Henry
Fax: (770) 288-8190

Register:      7      Clerk:  AS

140 Henry Parkway
McDonough, GA  30253

| Trans No | Property ID/District Description | | Original Due | Interest & Penalty | Prev Paid | Amount Due | Amount Paid | Transaction Balance |
|---|---|---|---|---|---|---|---|---|
| 36555 | 54031 | / 002 | 74.53 | 0.00 | 0.00 | 74.53 | 74.53 | 0.00 |
| Year-Bill No | 145 INDUSTRIAL | | | Fees | | | | |
| 2009 - 87769 | | | | 0.00 | | | | |
| | FMV: $4,885.00 | | | | | | Paid Date | Current Due |
| | | | | | | | 11/19/2009 13:27:21 | 0.00 |
| Transactions: | 36555 | - 36556  Totals | 74.53 | 0.00 | 0.00 | 74.53 | 74.53 | 0.00 |

Paid By :

GENERAL MOTORS
CORPORATION*

GENERAL MOTORS CORPORATION
MC 482-C14-C66
PO BOX 9024
DETROIT, MI  48202-9024

Check No

Charge Acct

| | |
|---|---|
| Cash Amt: | 0.00 |
| Check Amt: | 0.00 |
| Charge Amt: | 0.00 |
| Change Amt: | - 0.00 |
| Refund Amt: | 0.00 |
| Overpay Amt: | 0.00 |

Printed: 09-50026-mg  Doc 4702  Filed 12/22/09  Official Tax Receipt  Entered 12/22/09 16:10:31  Main Document  Phone: (770) 288-8180
Pg 3 of 3