GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202
Telephone: (414) 273-3500
Timothy F. Nixon

*Attorneys for Proposed Fee Examiner*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | |
|---|---|
| **In re:** : | |
| : | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY, et al.,** : | **Case No. 09-50026-REG** |
| : | **Jointly Administered** |
| **Debtors.** : | |

-------------------------------------------------------------X

**AFFIDAVIT AND DISCLOSURE STATEMENT ON BEHALF OF
BRADY C. WILLIAMSON WITH RESPECT TO
<u>APPOINTMENT OF FEE EXAMINER AND COUNSEL</u>**

STATE OF WISCONSIN    )
                     ) SS.
COUNTY OF DANE       )

Brady C. Williamson, being duly sworn and on oath, states that:

1.  He practices law as a shareholder and member of the board of directors of Godfrey & Kahn, S.C., a law firm with its principal offices at 780 North Water Street in Milwaukee, Wisconsin, and One East Main Street, in Madison, Wisconsin, and other offices in Wisconsin and in Washington, D.C.

2.  He is a member of the State Bar of Wisconsin (No. 1013896), admitted to practice there in 1977, and he has appeared before the U.S. Supreme Court, the U.S. Courts of Appeal, and federal district and bankruptcy courts in a variety of jurisdictions.

3. He submits this affidavit, at the request of the United States Trustee, in connection with the "Stipulation and Order with Respect to Appointment of a Fee Examiner" submitted to this Court for Approval on December 22, 2009. Unless otherwise noted, the affidavit is based on personal knowledge and will be timely amended as previously unknown or undisclosed and relevant information comes to his attention.

4. Godfrey & Kahn, which employs more than 180 attorneys, has a large and diversified legal practice that primarily, though not exclusively, represents corporate and association clients based in Wisconsin. Among these clients are financial institutions, insurance companies, automobile dealerships, parts manufacturers, business and industry groups, and others that may have a direct or indirect interest in these proceedings. However, except as otherwise noted below, Godfrey & Kahn does not represent anyone in connection with these proceedings, nor has it ever filed a claim in these proceedings.

5. In 2009 and prior to the Commencement Date (June 1, 2009) of this proceeding, Godfrey & Kahn has represented General Motors Corporation in proceedings in state, federal, and administrative courts in Wisconsin. Those matters have involved dealer termination, consumer fraud, and products liability issues. They were either substantively concluded before the Commencement Date or are subject to the automatic stay and their resolution, without the involvement of Godfrey & Kahn, in this proceeding. A list of the matters appears as Appendix A to this affidavit.

A. Neither the Debtor nor any committee in this proceeding has retained Godfrey & Kahn for any matter. Godfrey & Kahn has never appeared in this

2

proceeding for any client although it did provide procedural advice to at least one client whose contract has been or is being assumed.

    B.  Purely as a transitional matter to provide notice of the Chapter 11 filing, Godfrey & Kahn did file pleadings for General Motors in state administrative forums after the Commencement Date. The charge for those services was $670.70.

    C.  In the one year period ending September 30, 2009, Godfrey & Kahn received less than .03 of its annual revenue in fees attributable to legal services for General Motors Corp. in the matters listed on Appendix A.

    D.  Some of the amounts described above were paid by or for General Motors Corp. during the statutory preference period. A list of the Godfrey & Kahn invoices and the complementary payments in the 90 days before June 1, 2009 appears as Appendix B.

  6.  Brady Williamson has reviewed the list of Retained Professionals provided by the U.S. Trustee in connection with the stipulated appointment of a fee examiner. Godfrey & Kahn does not represent any entity on that list.

    A.  In the interests of full disclosure, however, Godfrey & Kahn has had and has co-counsel or local counsel relationships with a number of non-Wisconsin firms, including Jenner & Block and Jones Day, on a variety of matters. Those matters included cases involving General Motors prior to the Commencement Date.

    B.  He serves on the board of directors of a non-profit environmental organization with a former managing partner of Jenner & Block, who still has some management responsibilities at that firm.

3

C.  In addition, Godfrey & Kahn is working with FTI, another Retained Professional, on behalf of a large group of national and international financial institutions as shared clients with a national law firm and FTI, in a matter which is in no way connected to this proceeding.

7.  At Godfrey & Kahn, at least three partners/shareholders, four associates, and four staff professionals or paralegals regularly represent clients in matters involving Chapter 11 proceedings, whether as debtors, as members of a committee or a committee, or as creditors (secured and unsecured). These are the names and normal hourly rates for those attorneys, subject to periodic adjustment beginning on January 1, 2010:

| | |
|---|---|
| Brady C. Williamson, Partner | $495 |
| Timothy F. Nixon, Partner | $420 |
| Katherine Stadler, Partner | $395 |
| Carla O. Andres, Special Counsel | $325 |
| Jennifer B. Herzog, Associate | $275 |
| Brian J. Cahill, Associate | $245 |
| Peggy L. Heyrman, Associate | $180 |
| Zerithea G. Raiche, Paralegal | $155 |
| Maribeth Roufus, Paralegal | $145 |
| Jill Bradshaw, Research Team | $160 |
| Jamie Kroening, Research Team | $105 |

8.  Timothy Nixon is a member of the State Bar of New York and the Bar of the Southern District of New York. If the Court appoints Brady Williamson as a fee examiner, Nixon and other members and employees of the firm would provide him with

4

legal counsel and appear for or with him in this matter subject to Court approval and its normal procedures for the retention and payment of professionals.

9. Brady Williamson is a member of the National Bankruptcy Conference, the American College of Bankruptcy, and the American Bankruptcy Institute. In 1996 and 1997, he chaired the National Bankruptcy Review Commission on the appointment of the President of the United States. In connection with these organizations, and in various Chapter 11 proceedings, Brady Williamson and other members and employees of Godfrey & Kahn have had and have professional contact with attorneys associated with the Retained Professionals.

10. This affidavit constitutes the statement of Brady C. Williamson pursuant to sections 327(a), 328(a), 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

Dated this 22nd day of December, 2009.

*/s/ Brady C. Williamson*
Brady C. Williamson
One East Main Street, Suite 500
Madison, Wisconsin 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: bwilliam@gklaw.com

Subscribed and sworn to before me
this 22nd day of December, 2009.

_____
Notary Public, State of Wisconsin
My Commission Expires: 9/12/12

5

## APPENDIX A

## GODFREY & KAHN - GENERAL MOTORS CORPORATION MATTERS

1. *Waltersdorf v. ABC Insurance Company et al.*, Case No. 07-CV-298, Rock County (Wisconsin) Circuit Court. Godfrey & Kahn was co-counsel with Jenner & Block in this products liability case. The parties settled the case in early May 2009. A final stipulated order of dismissal was entered on July 16, 2009. Godfrey & Kahn did not bill for, nor was it paid for, any fees incurred after the Chapter 11 filing date.

2. *Scaffidi v. General Motors Corporation*, Case No. TR-07-0042, State of Wisconsin Division of Hearings and Appeals. Godfrey & Kahn was co-counsel with Jones Day in this dealer termination administrative proceeding, which settled—before completion of the administrative hearing—in December 2008.

3. *Felten v. General Motors Corporation*, Case No. 08-C-344, U.S. District Court for the Western District of Wisconsin. Godfrey & Kahn was co-counsel with Kirkland & Ellis in this class-action products liability/consumer fraud case, which also settled in 2008.

4. *Vande Hey Brantmeier Chevrolet, Buick, Pontiac, Inc. v. General Motors Corporation*, Case No. TR-08-0046, State of Wisconsin Division of Hearings and Appeals. Godfrey & Kahn was co-counsel with Jones Day in this dealer termination administrative proceeding, which was heard and concluded in February 2009. The case was submitted to the Division for ruling on post hearing briefs. On June 9, 2009, Godfrey & Kahn submitted a Notice of Bankruptcy to the Division of Hearings and Appeals, which stayed the administrative proceeding. Godfrey & Kahn billed for and was paid $440.70 for its work to prepare and file the Notice of Bankruptcy. On June 11, 2009, Godfrey & Kahn entered into an agreement with Jones Day by which Jones Day agreed to pay (and did pay) Godfrey & Kahn $153,717.85 for its role as counsel for General Motors. Jones Day had received funds from General Motors for local counsel invoices. Under the agreement, Godfrey & Kahn agreed (i) to defend any bankruptcy claim or action initiated by a representative of the bankruptcy estate to recover from Jones Day any portion of the funds paid to Godfrey & Kahn; and (ii) either to pay directly to the estate or to reimburse Jones Day any amounts that might be ordered to be repaid to the estate from the funds ultimately paid to Godfrey & Kahn.

5. *In the Matter of 4J's Inc., d/b/a Great Country Motors v. General Motors*, Case No. TR-09-0015, State of Wisconsin Division of Hearings and Appeals. Godfrey & Kahn was co-counsel with Jones Day in this dealer termination administrative proceeding. On June 10, 2009, Godfrey & Kahn submitted a Notice of Bankruptcy to the Division of Hearings and Appeals, which stayed the administrative proceeding. Godfrey & Kahn billed for and was paid $230.00 for

2

its work to prepare and file the Notice of Bankruptcy with the Division of Hearings and Appeals.

## APPENDIX B

## GODFREY & KAHN/GM MATTER INVOICES/PAYMENTS
### RECEIVED AFTER 3/1/2009

*Waltersdorf* (003441-0006) (See Schedule A) (All paid by Jenner & Block)

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Payment Amount |
|---|---|---|---|---|
| 469605 | 1/28/09 | $188.00 | 2/24/09 | $188.00 |
| 473567 | 3/23/09 | $352.00 | 4/4/09 | $352.00 |
| 475771 | 4/21/09 | $1139.00 | 6/1/09 | $1139.00 |
| 477417 | 5/11/09 | $700.00 | | |
| 479573 | 6/8/09 | $174.00 | | |

*Felten* (003441-0008) (See Schedule A) (All paid by General Motors Company)

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Payment Amount |
|---|---|---|---|---|
| 456744 | 8/27/08 | $16,082.80 | 8/17/09 | $16,082.80 |
| 458707 | 9/23/08 | $849.00 | | |
| 461597 | 10/22/08 | $1897.00 | 8/17/09 | $1897.00 |
| 463873 | 11/17/08 | $87.00 | 8/17/09 | $87.00 |

*Vande Hey Brantmeier* (003441-0009) (See Schedule A) (All paid by Jones Day)

| Invoice Number | Invoice Date | Invoice Amount | Payment Date | Payment Amount |
|---|---|---|---|---|
| 472516 | 3/9/09 | $120,834.86 | 6/11/09 | $120,834.86 |
| 473568 | 3/23/09 | $16,183.50 | 4/6/09 | $16,183.50 |
| 475772 | 4/21/09 | $18,676.45 | 6/11/09 | $18,676.45 |
| 477814 | 5/15/09 | $14,206.54 | 6/11/09 | $14,206.54 |
| 482867 | 7/22/09 | $565.70 | 11/3/09 | $565.70 |
| 485211 | 8/20/09 | $105.00 | | |

4464452_2