UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al*.,            :
    f/k/a General Motors Corp., *et al.*        :    09-50026 (REG)
                                                               :
        Debtors.                             :    (Jointly Administered)
                                                               :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                           ) ss
COUNTY OF KING           )

I, Julia A. Bahner, being duly sworn, depose and state:

1. I am a Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On December 24, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by overnight mail on the parties identified on Exhibit A annexed hereto (contract counterparties identified in the motion):

- Notice of Rejection of Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code.

Dated: December 28, 2009
      Seattle, Washington

                                       /s/ Julia A.Bahner_____
                                       JULIA A. BAHNER

Sworn to before me in Seattle, Washington
this 28th day of December, 2009.

/s/ Brook Lyn Bower_____
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| CITY OF PONTIAC<br>58 EAST PIKE STREET<br>ATTN: LEGAL DEPARTMENT<br>PONTIAC, MI  48342 | CITY OF PONTIAC<br>ATTN: LEGAL DEPARTMENT<br>430 WIDE TRACK DR.<br>PONTIAC, MI  48342 |
| CROWN ENTERPRISES INC.<br>ATTENTION: RICHARD BARTSCHT<br>12225 STEPHENS RD<br>WARREN, MI  48089 | GLTC LLC<br>19550 HARPER AVE<br>HARPER WOODS, MI  48225 |
| GLTC LLC<br>4000 SOUTH SAGINAW STREET<br>ATTN: LEGAL DEPARTMENT<br>FLINT, MI  48507 | HONIGMAN MILLER SCHWARTZ &<br>COHN LAW OFFICES<br>660 WOODWARD AVE<br>2290 FIRST NATIONAL BUILDING<br>DETROIT, MI  48226 |
| KESSLER PROPERTY GROUP<br>31461 W STONEWOOD CT<br>FARMINGTON HILLS, MI  48334 | OTTAWA PLACE ASSOCIATES<br>13155 CLOVERDALE ST<br>OAK PARK, MI  48237 |
| OTTAWA PLACE ASSOCIATES<br>C/O MARTIN R. GOLDMAN<br>755 W. BIG BEAVER RD. STE. 2204<br>TROY, MI  48084 | PONTIAC DOWNTOWN DEV AUTHORITY<br>ANDREA L. MANSOUR<br>17 S SAGINAW ST<br>PONTIAC, MI  48342 |
| PONTIAC DOWNTOWN DEV AUTHORITY<br>ATTN: LEGAL DEPARTMENT<br>2 N SAGINAW ST<br>PONTIAC, MI  48342 | PONTIAC DOWNTOWN DEV COMPANY<br>ATTN: LEGAL DEPARTMENT<br>3155 W. BIG BEAVER RD.<br>TROY, MI  48084 |