**Hearing Date and Time: March 2, 2010 at 11:00 a.m.**
**Objection Deadline: February 10, 2010 at 5:00 p.m.**
**Reply Deadline: February 23, 2010 at 5:00 p.m.**

BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
Robert M. Dombroff
Jeffrey S. Sabin
Jared R. Clark

Attorneys for Deutsche Bank AG

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE that the hearing on Deutsche Bank AG's Motion for Relief from Automatic Stay to Effect Setoff [Doc. No. 4529] previously scheduled for January 20, 2010 at 9:45 a.m. has been adjourned to March 2, 2010 at 11:00 a.m., the objection deadline has been adjourned to February 10, 2010 at 5:00 p.m., and the deadline for replies to objections has been adjourned to February 23, 2010 at 5:00 p.m.

Dated: New York, New York
December 28, 2009

        BINGHAM McCUTCHEN LLP

        By: /s/ Jared R. Clark
         Robert M. Dombroff
         Jeffrey S. Sabin
         Jared R. Clark
         399 Park Avenue
         New York, NY 10022
         (212) 705-7000

        Attorneys for Deutsche Bank AG