# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**GENERAL MOTORS CORPORATION**

CASE NO: 2009-50026 (REG)
CHAPTER 11

Debtor(s)
_____/

## NOTICE OF WITHDRAWAL OF CLAIM PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 3006

[This pleading is filed by Doug Belden
Tax Collector of Hillsborough County, Florida]

PLEASE TAKE NOTICE that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, The Hillsborough County, Florida Tax Collector hereby withdraws claim number (s) **65961** previously filed in this matter.

As reason therefore, Counsel hereby informs the court that taxes sought to be collected by the Tax Collector's office has been paid in full.

Respectfully submitted,

/s/ Brian T. FitzGerald
Brian T. FitzGerald, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been furnished by U.S. Mail or Electronic Filing to: HARVEY R MILLER STEPHEN KAROTKIN JOSEPH H SMOLINSKY 767 FIFTH AVE NEW YORK NY 10153 on this 23RD day of DECEMBER, 2009.



/s/ Brian T. FitzGerald
Brian T. FitzGerald, Esquire
Senior Assistant County Attorney
Florida Bar No. 484067
601 E. Kennedy Blvd., 14th Floor
Tampa, Florida 33602
Office (813) 635-5216 Fax (813) 307-6221
Attorney for Doug Belden
Tax Collector of Hillsborough
County, Florida

| United States Bankruptcy Court | SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>GENERAL MOTORS CORPORATION | Case Number<br>2009-50026(REG) | |

NOTE This form should not be used to make a claim for administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
Doug Belden, Hillsborough County Tax Collector

Name and address where notices should be sent
TAX COLLECTOR, Hillsborough County
ATTN Doug Belden
P O Box 172920
601 E Kennedy Blvd 14th Floor
Tampa Florida 33672-2920

Telephone number (813) 635-5210 x5466   FAX (813) 612-6749

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the Bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court

FILED - 65961
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

This space is for Court Use only

Account or other number by which creditor identifies debtor
49241 0000

Check here  ☐ Replaces
If this claim  ☒ Amends  A previously filed claim dated  Date Of First Claim
JUNE 18, 2009

**1 Basis for Claim**
☐ Goods sold
☐ Money loaned
☐ Personal injury/wrongful death
☒ Taxes ( Florida Statute 197 122 )
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Other_____

☐ Services performed
☐ Wages, salaries, and compensation (fill out below)
   Your SS # _____
☐ Unpaid compensation for service performed
   from _____ to _____
   (date)            (date)

**2 Date debt was incurred**
January 1, 2009

**3 If court judgment, date obtained**
Date of Judgement (Delinquent Personal Property)

**4 Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed
Unsecured Nonpriority Claim $ _____

☐ Check this box if a) there is no collateral or lien securing your claim, or b)your claim exceeds the value of the property securing it or c) non or only part of your claim is entitle to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claims
   Amount entitled to priority $_____

Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $10,950) *earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a) (3)
☐ Up to $2 425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a) (7)
☐ Contributions to an employee benefit plan – 11 U S C § 507(a) (5)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a) (8)
☐ Other- Specify applicable paragraph of 11 U S C § 507(a)(__)
* Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**Secured Claim**
☒ Check this box if your claim is collateral (including a right of setoff)
Brief Description of Collateral
☐ Real Estate   ☐ Motor vehicle
☐ Other   ☒ Tangible Personal Property

Value of Collateral $ 488,470

Amount of arrearage and other charges at time case filed included in secured claim, if any $

**5 Total Amount of Claim at Time Case Filed**   $ _____ (unsecured)   $ 9381 94 (secured)   _____ (priority)   $9381 94 (total)

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

This Space is for Court Use Only

**7 Supporting Documents** Attach copies of supporting documents, such as promissory notes, purchase orders invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

Date
November 18, 2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
/s/ Xiomara Gonzalez
Xiomara Gonzalez for Doug Belden Tax Collector

[Stamp: THE GARDEN CITY GROUP, INC. NOV 24 2009]

Penalty for presenting fraudulent claim Fine of up to $5000 00 or imprisonment for up to 5 years, or both 18 USC §§ 152 and 3571