Michael P. Richman (MR-2224)
Mark A. Salzberg (*pro hac vice*)
James C. Chadwick (*pro hac vice*)
Melissa Iachan (MI-1270)
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
(646) 557-5100 (Telephone)
(646) 557-5101 (Facsimile)

*Counsel For Unofficial Committee
Of Family & Dissident GM Bondholders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            )
In re                                                       )    Chapter 11
                                                            )
MOTORS LIQUIDATION COMPANY, *et al.*,                       )    Case No. 09-50026 (REG)
    (f/k/a GENERAL MOTORS CORP., *et al.*)                  )
                                                            )    Jointly Administered
                                        Debtors.            )

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
FOR THE UNOFFICIAL COMMITTEE OF FAMILY & DISSIDENT GM
BONDHOLDERS AND REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that the law firm of Patton Boggs LLP, as counsel for the Unofficial Committee of Family & Dissident GM bondholders, hereby withdraws its Notice of Appearance and Demand for Notice and Service of Papers, filed on June 9, 2009 (Docket No. 515), and requests to be removed from the Court's mailing matrix and service list for the above-captioned matter.

7615

Dated: December 30, 2009
      New York, New York

PATTON BOGGS LLP

By: /s/ Michael P. Richman
Michael P. Richman
Mark A. Salzberg
James C. Chadwick
Melissa Iachan
1185 Avenue of the Americas, 30th Floor
New York, NY 10036
Telephone: (646) 557-5180
Facsimile: (646) 557-5101
*Counsel for Unofficial Committee
Of Family & Dissident GM Bondholders*

7615