Michael P. Richman (MR-2224)
Mark A. Salzberg (*pro hac vice*)
James C. Chadwick (*pro hac vice*)
Melissa Iachan (MI-1270)
PATTON BOGGS LLP
1185 Avenue of the Americas, 30th Floor
New York, NY  10036
(646) 557-5100 (Telephone)
(646) 557-5101 (Facsimile)

*Counsel For Unofficial Committee*
*Of Family & Dissident GM Bondholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                            )
In re                                                       )    Chapter 11
                                                            )
MOTORS LIQUIDATION COMPANY, *et al*.,                       )    Case No. 09-50026 (REG)
    (f/k/a GENERAL MOTORS CORP., *et al*.)                  )
                                                            )    Jointly Administered
                                        Debtors.            )

## CERTIFICATE OF SERVICE

I, Leize Nand, do hereby certify, that on December 30, 2009, I caused a copy of the foregoing Notice of Withdrawal of Appearance as Counsel for the Unofficial Committee of Family & Dissident GM Bondholders and Request for Removal from Service List to be filed electronically with the court and served (i) electronically through the Court's ECF System on all parties requesting electronic service and (ii) on the parties listed below via regular mail:

> Office of the United States Trustee
> (Attn: Diana G. Adams, Esq.)
> 33 Whitehall Street, 21st Floor
> New York, NY 10004

7615

The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Room 621
New York, NY 1004-1408

Counsel for Debtors
Weil, Gotshal & Manges LLP
(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.)
767 Fifth Avenue
New York, NY 10153-0119

By: _____
      Leize Nand

7615