**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
|  |  |
|---|---|
| In re | : |
|  | :  Chapter 11 Case No. |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : |
|         f/k/a General Motors Corp., *et al.* | :  09-50026 (REG) |
|  | : |
|         Debtors. | :  (Jointly Administered) |
|  | : |

-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF WASHINGTON    )
                                            ) ss
COUNTY OF KING            )

I, Laurie M. Thornton, being duly sworn, depose and state:

1. I am a Senior Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On December 23, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following documents to be served by overnight delivery on the parties identified on Exhibit A annexed hereto (contract parties affected by the assumption and their counsel):

- Notice of (1) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto ("**Form 2003-A**");

- Notice of (1) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto ("**Form 2004-A1**"); and

- Notice of (1) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto ("**Form 2004-A2**").

3. On December 23, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of **Form 2003A** to be served by overnight delivery on the parties identified on Exhibit B annexed hereto (contract parties affected by the assumption and their counsel).

4. On December 23, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of **Form 2004-A1** and **Form 2004-A2** to be served by overnight delivery on the parties identified on Exhibit C annexed hereto (contract parties affected by the assumption and their counsel).

5. On December 23, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of **Form 2004-A1** to be served by overnight delivery on the parties identified on Exhibit D annexed hereto (contract party affected by the assumption).

6. On December 23, 2009, also at the direction of Weil, Gotshal, I caused a true and correct copy of **Form 2004-A2** to be served by overnight delivery on the parties identified on Exhibit E annexed hereto (contract party affected by the assumption).

Dated: December 24, 2009.
Seattle, Washington

/s/ Laurie M. Thornton
LAURIE M. THORNTON

Sworn to before me in Seattle, Washington this 24th day of December, 2009.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

BINGHAM MCCUTCHEN LLP  
ATTN: BRUCE SILVERS  
ONE STATE STREET  
HARTFORD, CT 06103-3178

BINGHAM MCCUTCHEN LLP  
ATTORNEYS FOR U.S. BANK NAT'L ASSOC. AND U.S. BANK TRUST NAT'L ASSOC.  
ATT: RICH HIERSTEINER, J. DARCEY, A. ZUCCARELLO, J. GROVES,  
C. BODELL & J. WHITLOCK  
111 HUNTINGTON AVENUE  
BOSTON, MA 02199-7613

THE PRUDENTIAL INSURANCE CO. OF AMERICA  
ATTN: PAUL PROCYK  
THREE GATEWAY CENTER  
NEWARK, NJ 07102-4077

U.S. BANK TRUST NATIONAL ASSOCIATION  
ATTN: DEBORAH IBRAHIM  
225 ASYLUM STREET, 23RD FLOOR  
HARTFORD, CT 06103-2819

WELLS FARGO BANK NORTHWEST, N.A. AS INDENTURE TRUSTEE  
ATTN: SCOTT ROSEVEAR  
79 SOUTH MAIN STREET  
3RD FLOOR  
SALT LAKE CITY, UT 84111

# EXHIBIT B

HUNTON & WILLIAMS LLP
ATTN: PETER PARTEE
200 PARK AVENUE
NEW YORK, NY 10166

STROOCK & STROOCK & LAVAN
275 PARK AVENUE
NEW YORK, NY 10172

# EXHIBIT C

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INS<br>ATTN: PHILLIP HANNIFAN<br>6000 AMERICAN PKWY<br>MADISON, WI 53783-0001 | BGI CAPITAL INNOVATIONS<br>ATTN: PHILLIP KIRKHAM<br>420 FIFTH AVENUE<br>NEW YORK, NY 10018 |
| HUGHES HUBBARD & REED LLP<br>ATTN: STEVEN J. GREENE<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | JAMES W. GIDDENS, AS TRUSTEE FOR SIPA LIQUID. OF LEHM<br>HUGHES HUBBARD & REED LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 |
| PHYSICIANS MUTUAL INSURANCE COMPANY<br>ATTN: PAUL PROCYK<br>THREE GATEWAY CENTER<br>NEWARK, NJ 07102-4077 | PRUCO LIFE INSURANCE CO. OF NEW JERSEY<br>ATTN: PAUL PROCYK<br>THREE GATEWAY CENTER<br>NEWARK, NJ 07102-4077 |
| PRUDENTIAL ANNUITIES LIFE ASSURANCE CORP.<br>ATTN: PAUL PROCYK<br>THREE GATEWAY CENTER<br>NEWARK, NJ 07102-4077 | PRUDENTIAL RETIREMENT INSURANCE & ANNUITY CO<br>ATTN: PAUL PROCYK<br>THREE GATEWAY CENTER<br>NEWARK, NJ 07102-4077 |
| WINSTON & STRAWN LLP<br>ATTN: ARNOLD G. GOUGH JR.<br>35 W. WACKER DRIVE<br>CHICAGO, IL 60601-9703 | |

# EXHIBIT D

PNC LEASING LLC
ATTN: JAMES E. GRAHAM
ONE PNC PLAZA, 18TH FLOOR
249 FIFTH AVENUE
PITTSBURGH, PA 05222

# EXHIBIT E

TEXTRON FINANCIAL CORPORATION
ATTN: JANE M. LAVOIE
40 WESTMINSTER STREET
PROVIDENCE, RI 02903

09-50026-mg    Doc 4719    Filed 12/31/09    Entered 12/31/09 15:03:31    Main Document
Pg 12 of 12