# EXHIBIT "A"

A-1933-08T2
A-1938-08T2

ORDER ON MOTION
----------------

MARLA SOFFER ETC
VS
GENERAL MOTORS ET AL

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO.    A -001933-08T2
MOTION NO.    M -006915-08
BEFORE PART:  U
JUDGE(S):     SABATINO
              CHAMBERS

MOTION FILED:    JULY 30, 2009           BY: M&M MOTORS
ANSWER(S) FILED:

FILED
APPELLATE DIVISION
AUG 21 2009

SUBMITTED TO COURT:  AUGUST 20, 2009

O R D E R
---------

THIS MATTER HAVING BEEN DULY PRESENTED TO THE COURT, IT IS ON THIS
20th DAY OF August, 2009, HEREBY ORDERED AS FOLLOWS:

                                    GRANTED    DENIED    OTHER
MOTION BY APPELLANT                   (✓)       ( )       ( )
- TO DISMISS THE APPEALS A-1933-08T2 AND
  A-1938-08T2 WITHOUT PREJUDICE

SUPPLEMENTAL:

RECEIVED
APPELLATE DIVISION
AUG 21 2009
SUPERIOR COURT
OF NEW JERSEY

I hereby certify that the foregoing is a true copy of the original on file in my office.
CLERK OF THE APPELLATE DIVISION

CAM L-4326-08

FOR THE COURT:

JUPJL                               JACK M. SABATINO J.A.D.