UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | |
| **f/k/a General Motors Corp.**, *et al.* | : | **09-50026 (REG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No.** |
| **REMEDIATION AND LIABILITY** | : | |
| **MANAGEMENT COMPANY, INC.** | : | **09-50029 (REG)** |
| | : | |
| **Debtor.** | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No** |
| **ENVIRONMENTAL CORPORATE** | : | |
| **REMEDIATION COMPANY, INC.**, | : | **09-50030 (REG)** |
| | : | |
| **Debtor.** | : | |

---------------------------------------------------------------x

<u>CERTIFICATE OF PUBLICATION</u>

I, Angela Ferrante, certify as follows:

1.    I am a Director of the Business Reorganization Department of the Melville office of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  The business address for the Melville office is 105 Maxess Road, Melville, New York 11747

2.    On December 17, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused publication of the **Notice of Deadlines for Filing Proofs of Claim (Including Claims Under Section 503(b)(9) of the Bankruptcy Code) (the General Notice)** in the following publications:

<u>Publication Name</u>

*The New York Times*

*USA Today*, *National Edition*

3.    On December 17, 2009, also at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused publication of the **Notice of Deadline for Filing Proofs of Claim (the Local Notice)** in the following publications:

<u>Publication Name</u>

*Commercial News*

*Bay City Times*

*Detroit Free Press*

*Flint Journal*

*Saginaw News*

*Observer & Eccentric*

*Syracuse New Times*

*Tonawanda News*

*The Blade (Toledo)*

*The Chronicle-Telegram*

*Dayton Daily News*

*News- Herald*

*Kansas City Business Journal*

*Ypsilanti Courier*

4.    I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: January 4, 2010
        Melville, New York                                    /s/ Angela Ferrante
                                                              Angela Ferrante

Sworn to before me this 4th day of January, 2009

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012