# THE MARKETS

## STOCKS & BONDS

# Shares End Mixed as Fed Holds Rates Steady

**By Reuters**

Shares closed mixed on Wednesday after the Federal Reserve reiterated its intention to keep interest rates low for the foreseeable future to ensure a sustainable economic recovery.

Wall Street trimmed its gains on news that the Fed voted unanimously to keep benchmark borrowing costs in a range of zero to 0.25 percent, which are record lows.

The central bank's policy-making committee also reminded markets that it would allow most of its special liquidity facilities, which have helped bolster the banking system since last year's credit crisis, to expire by early next year.

"The liquidity pullback, people are looking at it and saying we're not going to get that free run that we've had in the stock market, we're not going to have all that free capital that we had previously," said Dan Cook, senior market analyst at IG Markets. "That will have people concerned, heading into the new year."

Financial stocks, which had initially climbed after reports that banking regulators would give institutions a grace period before enforcing more stringent capital rules, also slipped after the Fed's statement.

By the end of the day, the Dow Jones industrial average was down 10.88 points, or 0.10 percent, at 10,441.12. But the Standard & Poor's 500-stock index gained 1.25 points to 1,109.18. The Nasdaq added 5.86 points, or 0.27 percent, to 2,206.91.

After the closing bell, Citigroup shares slid 5.2 percent to $3.27, on reports that the bank's equity offering had been priced at $3.15 a share. The chip maker Intel slid 2.1 percent to $19.38 after the federal government accused the company of using its market dominance to stifle competition.

Honeywell International, the largest maker of cockpit electronics, dropped 2.1 percent, to $40.37, after it forecast a drop of 13 to 21 percent in net profit next year.

Among other factors of note to investors was news from Washington that two bills were introduced to reinstate the 1930s-era Glass-Steagall Act to split commercial and investment banking.

### The Dow Minute by Minute
Position of the Dow Jones industrial average at 1-minute intervals yesterday.



Source: Bloomberg    THE NEW YORK TIMES

# Credit Suisse Settles Inquiry Over Iran Sanctions

**By JOHN ELIGON**

They referred to banks with code names like "Iron" and "Wood." Sometimes they just used initials.

For nearly two decades, employees of Credit Suisse, Switzerland's second-largest bank after UBS, helped their clients in Iran and other countries avoid sanctions by concealing their identities when they did business with the United States, federal and New York State authorities said at separate news conferences on Wednesday.

Credit Suisse ended the practicing of helping its clients skirt sanctions in 2006 and agreed to pay federal and state authorities $536 million to settle the charges.

"Credit Suisse abused its standing as a leader in international banking by intentionally processing these illegal payments through U.S. banks," Robert M. Morgenthau, the Manhattan district attorney, told reporters in his office.

The announcement was the culmination of a two-year joint investigation by Mr. Morgenthau's office, and the Justice Department and Treasury Department.

Credit Suisse routinely manipulated wire transfer orders to conceal their origins, the authorities said. From 2002 to 2006, the Swiss bank processed more than $700 million worth of payments through the United States for banks banned from doing business in the country, the authorities said. In addition to Iran, the banks were from Libya and Sudan, the authorities said.

Mr. Morgenthau said investigators found another $1.1 billion worth of transactions dating back to the late 1980s for Iranian banks that were not necessarily subject to sanctions.

The money will be split evenly among the federal authorities and Mr. Morgenthau's office.

It was the second settlement this year that resulted from a joint investigation with the Manhattan district attorney's office and federal authorities.

In January, the British bank Lloyds TSB Group agreed to pay $350 million after admitting to helping illicitly funnel money from Iran and other countries through American banks.

"Why would a bank like Lloyds or Credit Suisse risk this?" Mr. Morgenthau said. "They were making money on the deposits put in their bank by the Iranian banks. That's the incentive."





Soft, Superfine Worsted Wool Garments
from Rambouillet Sheep

*Greetings, Fellow Readers,*

We offer fine undergarments for next-to-skin comfort and warmth, so soft and lightweight, you don't know it's there. Natural, American, and environmentally sustainable, our superfine Rambouillet wool keeps you warm from early morning to late night wherever you are in the day. Work and play in confidence that you are protected from climate changes.

Available only at our website:
**www.ramblersway.com/nyt**
Use order code **NYT** for your discount.

We are here if you need us.

*Tom and Kate*
Tom and Kate Chappell
Entrepreneurs, Ramblers Way Farm





SOFT • LIGHTWEIGHT • COMFORTABLE



LIBERTY BUSINESS TRAVEL *Unbeatable*

After 58 years in leisure travel, we are making your corporate travel needs our business too.

Liberty Business Travel offers small companies individualized service and personal attention. You get more than access to a call center. You get a personal travel consultant, a customized travel plan, guaranteed savings and real results.

### We can provide you with:

- Best fare of the day
- Travel policy compliance
- Best rates with Liberty Travel Hotels
- Discount on car rentals
- Complimentary access to our 'Preferred Club'
- Service Level Agreement
- VIP status for senior management
- Document delivery
- News, updates and specials
- Travel insurance
- Foreign exchange
- Meetings, incentives, conferences and events

### Executive Packages

**Mont Tremblant ★★★★★** FROM **$319***
INCLUDES 3 nights, Le Tour Des Voyageurs & 2 day ski lift ticket. BONUS 3rd night free & $300 air credit per person.

**EXCLUSIVE OFFER Las Vegas ★★★★** FROM **$425***
INCLUDES 3 nights, Planet Hollywood Resort & Casino & hotel transfers. EXCLUSIVE upgrade to a Resort View room. BONUS complimentary bottle of liquor.

**EXCLUSIVE OFFER Paris ★★★½** FROM **$625***
INCLUDES 4 nights, K+K Hôtel Cayré. FEATURES buffet breakfast daily & Hop-On & Hop-Off Bus Tour. EXCLUSIVE guaranteed early check-in & complimentary breakfast on arrival. BONUS 4th night free. Airfare additional.

**Riviera Maya ★★★★** FROM **$629***
INCLUDES 3 nights, Occidental Grand Xcaret, all-inclusive & hotel transfers. BONUS save 40%.

**Aruba ★★★★½** FROM **$1029***
INCLUDES 4 nights, Radisson Aruba Resort, Casino & Spa & hotel transfers. BONUS save 40%.

**Riviera Maya ★★★★★** FROM **$1419***
INCLUDES 3 nights, Royal Hideaway Playacar, all-inclusive, adults-only & private hotel transfers. BONUS save 30% & 1 free round of golf at Playacar Golf Club.

PRICE BEAT GUARANTEE

**1.866.674.1027 | libertytravel.com**



---

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, et al., | : 09-50026 (REG) |
| f/k/a General Motors Corp., et al. | : |
| Debtors. | : (Jointly Administered) |
| In re | : Chapter 11 Case No. |
| REMEDIATION AND LIABILITY | : 09-50029 (REG) |
| MANAGEMENT COMPANY, INC., | : |
| Debtor. | : |
| In re | : Chapter 11 Case No. |
| ENVIRONMENTAL CORPORATE | : 09-50030 (REG) |
| REMEDIATION COMPANY, INC., | : |
| Debtor. | : |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM (INCLUDING CLAIMS UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE)**

TO ALL PERSONS AND ENTITIES WITH CLAIMS (INCLUDING CLAIMS UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE) AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc. (subsidiary of General Motors Corporation) | 09-50029 (REG) | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of General Motors Corporation) | 09-50030 (REG) | 41-1650789 | GM National Hawaii, Inc. NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE THAT, on December 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., as debtors in possession (each subsidiaries of **General Motors Corporation**) (collectively, the "**REALM/ENCORE Debtors**") entered an order (the "**REALM/ENCORE Bar Date Order**") establishing (i) **February 1, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("**Proof of Claim**") based on prepetition claims including a claim under section 503(b)(9) of the Bankruptcy Code (as described more fully below (a "**503(b)(9) Claim**")), against any of the REALM/ENCORE Debtors (the "**REALM/ENCORE General Bar Date**") and (ii) **April 16, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for each governmental unit (as defined in section 101(27) of the Bankruptcy Code) to file a Proof of Claim based on prepetition claims against any of the REALM/ENCORE Debtors (the "**REALM/ENCORE Governmental Bar Date**", and together with the REALM/ENCORE General Bar Date, the "**REALM/ENCORE Bar Dates**").

The REALM/ENCORE Bar Date Order, the REALM/ENCORE Bar Dates and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the REALM/ENCORE Debtors (other than those set forth below as being specifically excluded) that arose prior to **October 9, 2009**, the date on which the REALM/ENCORE Debtors commenced their cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

The REALM/ENCORE Debtors were subsidiaries of General Motors Corporation. The properties owned by the REALM/ENCORE Debtors may have been known to you as property of General Motors Corporation.

If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

**1. WHO MUST FILE A PROOF OF CLAIM**

You MUST file a Proof of Claim to vote on a chapter 11 plan filed by the REALM/ENCORE Debtors or to share in any of the REALM/ENCORE Debtors' estates if you have a claim that arose prior to **October 9, 2009**, including a 503(b)(9) Claim, and it is not one of the other types of claims described in Section 2 below. Acts or omissions of the REALM/ENCORE Debtors that occurred before **October 9, 2009** may give rise to claims against the REALM/ENCORE Debtors that must be filed by the applicable Bar Date, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **October 9, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured. Further, claims include unassumed claims, secured claims, priority claims, and 503(b)(9) Claims.

**2. WHO NEED NOT FILE A PROOF OF CLAIM**

You need not file a Proof of Claim if:
(a) Your claim is listed on the Schedules (as defined below) and (i) is **not** described in the Schedules as "disputed," "contingent," or "unliquidated," (ii) you do **not** dispute the amount or nature of the claim set forth in the Schedules, and (iii) you do **not** dispute that the claim is an obligation of the specific REALM/ENCORE Debtor against which the claim is listed on the Schedules;
(b) Your claim has been paid in full;
(c) You hold a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative claim; **provided, however, 503(b)(9) Claims are subject to the REALM/ENCORE General Bar Date as provided above.** Section 503(b)(9) provides in part: "…there shall be allowed administrative expenses…including…(9) the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." Accordingly, if you have a 503(b)(9) Claim, you **must file a Proof of Claim on or before the REALM/ENCORE General Bar Date**;
(d) You hold a claim that has been allowed by an order of the Court entered on or before the applicable REALM/ENCORE Bar Date;
(e) You hold a claim against any of the REALM/ENCORE Debtors for which a separate deadline is fixed by the Court (whereupon you will be required to file a Proof of Claim by that separate deadline);
(f) You are a REALM/ENCORE Debtor in these cases having a claim against another Debtor;
(g) You are an affiliate (as defined in section 101(2) of the Bankruptcy Code) of any REALM/ENCORE Debtor as of the REALM/ENCORE Bar Date; or
(h) You hold a claim for which you have already properly filed a Proof of Claim against any of the REALM/ENCORE Debtors with the Clerk of the Court or The Garden City Group, Inc., the Debtors' claims agent, utilizing a claim form that substantially conforms to the Proof of Claim Form (as defined below) or Official Form 10.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE REALM/ENCORE DEBTORS.**

**3. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you hold a claim arising from the rejection of an executory contract or unexpired lease, you must file a Proof of Claim based on such rejection by the later of (i) the applicable REALM/ENCORE Bar Date, and (ii) the date which is **thirty days** following the entry of the order approving such rejection or you may be forever barred from doing so. Notwithstanding the foregoing, if you are a party to an executory contract or unexpired lease and you wish to assert a claim on account of unpaid amounts accrued and outstanding as of October 9, 2009 pursuant to that executory contract or unexpired lease (other than a rejection damages claim), you must file a Proof of Claim for such amounts on or before the applicable REALM/ENCORE Bar Date unless an exception identified above applies.

**4. WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be **actually received** on or before the applicable REALM/ENCORE Bar Date at the following address:
If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before the applicable REALM/ENCORE Bar Date. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**5. WHAT TO FILE**

Your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States; (iii) conform substantially to Official Bankruptcy Form No. 10 ("**Proof of Claim Form**"); (iv) state the REALM/ENCORE Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE REALM/ENCORE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH REALM/ENCORE DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC REALM/ENCORE DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT REALM/ENCORE DEBTOR'S BANKRUPTCY CASE. THE NAMES OF THE REALM/ENCORE DEBTORS AND THEIR CASE NUMBERS ARE SET FORTH ABOVE.

Proofs of the Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidation.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**6. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

Except with respect to claims of the type set forth in Section 2 above, any creditor who fails to file a Proof of Claim on or before the applicable REALM/ENCORE Bar Date in the appropriate form in accordance with the procedures described in this Notice for any claim such creditor holds or wishes to assert against each of the REALM/ENCORE Debtors, will be forever barred – that is, forbidden – from asserting the claim against each of the REALM/ENCORE Debtors and their respective estates (or filing a Proof of Claim with respect to the claim), and each of the REALM/ENCORE Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to the claim, and the holder will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, participate in any distribution in any of the REALM/ENCORE Debtors' chapter 11 cases on account of the claim, or receive further notices with respect to any of the REALM/ENCORE Debtors' chapter 11 cases.

**7. THE REALM/ENCORE DEBTORS' SCHEDULES, ACCESS THERETO, AND CONSEQUENCES OF AMENDMENT THEREOF**

You may be listed as the holder of a claim against one or more of the REALM/ENCORE Debtors in the REALM/ENCORE Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "**Schedules**"). If you rely on the REALM/ENCORE Debtors' Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules.

As set forth above, if you agree with the classification and amount of your claim as listed in the REALM/ENCORE Debtors' Schedules, and if you do not dispute that your claim is only against the specified REALM/ENCORE Debtor, and if your claim is not described as "disputed", "contingent", or "unliquidated", you need not file a Proof of Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the applicable REALM/ENCORE Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Schedules may be examined by interested parties on the Court's electronic docket for the REALM/ENCORE Debtors' chapter 11 cases, which is posted on the Internet at www.motorsliquidation.com and www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.). Copies of the Schedules may also be examined by interested parties between the hours of 9:00 a.m. and 4:30 p.m. (Eastern Time) at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 511, New York, New York 10004. Copies of the REALM/ENCORE Debtors' Schedules may also be obtained by written request to the REALM/ENCORE Debtors' claims agent at the address and telephone number set forth below:

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286
1-703-286-6401

In the event that the REALM/ENCORE Debtors amend their Schedules to (a) designate a claim as disputed, contingent, unliquidated, or undetermined, (b) change the amount of a claim reflected therein, (c) change the classification of a claim reflected therein, or (d) add a claim that was not listed on the Schedules, the REALM/ENCORE Debtors will notify you of the amendment. In such case, the deadline for you to file a Proof of Claim on account of any such claim is the later of (x) the applicable REALM/ENCORE Bar Date and (y) the date that is **thirty days** after the REALM/ENCORE Debtors provide notice of the amendment.

A holder of a possible claim against the REALM/ENCORE Debtors should consult an attorney regarding any matters not covered by this Notice, such as whether the holder should file a Proof of Claim.

DATED: December 2, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

## Religion

# A peek at artifacts in Vatican's 'secret' archives

### Papal history, from Ghengis Khan to modern-day letters

By Francis X. Rocca
Religion News Service

VATICAN CITY — The movie *Angels & Demons* portrays the Vatican Secret Archives as a high-tech marvel, with its holdings protected in a low-oxygen environment encased in bulletproof glass.

The reality is more old-fashioned: Storage areas are not even air-conditioned, and researchers still consult a handwritten card catalog.

Yet one thing Hollywood hasn't exaggerated is the value of the archives' collection, which spans 1,200 years and documents the story of the papacy in its dealings with princes, potentates, heretics and saints around the world. A sampling of those treasures is available in a new book, *The Vatican Secret Archives*, from the Belgian publisher VdH Books. It has high-quality reproductions of 105 documents, 19 of which have never been published before.

A 13th-century letter from the grandson of Ghengis Khan to Pope Innocent IV includes, in its seal, one of the earliest examples of written Mongolian. In the letter, the Mongol emperor orders the pope to "pay service and homage to us" (an invitation Innocent did not accept).

One of the many reminders of the papacy's once-great geopolitical role is found in a 1493 bull of Pope Alexander VI, granting Spain's King Ferdinand and Queen Isabella dominion over the New World discovered by Columbus the previous year.

A 1586 letter to Pope Sixtus V from Mary, Queen of Scots, was written a few months before she was beheaded for plotting against her cousin, England's Queen Elizabeth I. Mary asks forgiveness for her sins and warns the pope of treacherous cardinals.

In a 1550 letter, Michelangelo complains that a long papal conclave has interrupted his work on the dome of St. Peter's Basilica, and he needs money.

One of the most remarkable selections in the book is an 1887 letter from Canadian Indians to Pope Leo XIII. Written on birch bark, the letter is dated "where there is much grass, in the month of the flowers" (Grassy Lake, Ontario, in May) and addresses the pope as the "Great Master of Prayer, he who holds the place of Jesus."

Such an object is, of course, too fragile to be handled by visitors; researchers ordinarily view the archives' medieval holdings on CD-ROM.

The institution as a whole has been open to scholars since 1881; some 1,500 pass through its reading room every year. Contrary to *Angels & Demons*, the Harvard professor played by Tom Hanks would have had no difficulty getting a user's pass.

But the Vatican restricts access to documents after a certain date. Researchers can currently consult holdings through the reign of Pope Pius XI, who died in 1939. That restriction has frustrated those with questions about Pope Pius XII, who critics say did not do or say enough to stop the Holocaust.

Historians and Jewish leaders have called for the opening of the archives from that period, but the Vatican said last year that it would be unable to oblige them before 2014. The reason, archivists say, is simply technical: More than 15,000 envelopes and about 2,500 bound volumes of documents first need to be catalogued and prepared.

With the advent of e-mail, the challenge will be even greater for future pontificates. Under Vatican rules, every piece of electronic correspondence must be preserved in the form of a printed copy.



**St. Peter's:** Part of the secret history of the West is unveiled in *The Vatican Secret Archives*.
By Andreas Solaro, AFP/Getty Images


**Pius XI:** Died in 1939; records are accessible.


**Pius XII:** World War II-era records are closed.

---

**MARKETPLACE TODAY**
www.rja-ads.com/usatoday | Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm [EST]
To advertise call **1.800.397.0070** Toll-free in the U.S. only

## NOTICES

### LEGAL NOTICE

**PUBLISHED NOTICE OF CLASS ACTION SETTLEMENT**

This notice may affect your rights. Please read carefully.

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: JACKMAN v. GLOBAL CASH ACCESS HOLDINGS, INC., CASE NO.: 09-CV-897

**SUMMARY NOTICE OF CERTIFIED CLASS ACTION SETTLEMENT**

A settlement has been proposed in a class action lawsuit filed by Theresa Jackman ("Plaintiff"), on behalf of all members of the class against Global Cash Access Holdings, Inc. and each of its affiliates ("GCA") asserting that GCA violated certain requirements of the Electronic Funds Transfer Act ("EFTA").

**WHO'S INCLUDED?**

All consumers who were charged a transaction fee at any automatic teller machine or cash dispensing device (collectively "ATMs") operated by GCA between July 8, 2008 and December 3, 2009 where no notice indicating such fee was to be charged was posted on the outside of the ATM machine, as specifically set forth in the Complaint on file and available at the Court at 700 Grant Street, Suite 3100, Pittsburgh, PA 15219 **MAY BE ELIGIBLE TO RECEIVE A SETTLEMENT CHECK**, as set forth below. If you qualify, you may send in a claim form to get benefits, or you can exclude yourself from the settlement, or object to it.

If you believe you are a member of the class, you may view the Full Notice and print a claim form online at www.noticeclass.com/jackmansettlement, or you can request a copy of the Full Notice and Claim Form by contacting the Claims Administrator at 800-650-5286. A list by location of the ATMs and cash dispensing devices at issue is available at www.noticeclass.com/jackmansettlement.

**WHAT DOES THE SETTLEMENT PROVIDE?**

Under the terms of the settlement, GCA will provide up to a maximum of $100.00 per Participating Claimant; A Full Notice describing the Settlement in more detail is available at the website above.

**WHAT ARE YOUR OTHER OPTIONS?**

If you do not want to be legally bound by the settlement, you must exclude yourself by **February 1, 2010**, or you won't be able to sue, or continue to sue, GCA about the legal claims in this case. If you exclude yourself, you can't get a Settlement Check from this settlement. If you stay in the settlement, you may object to it by **February 1, 2010**. The Full Notice contains important information regarding the rights, obligations, requirements, and deadlines for class members to participate in the Settlement, to exclude themselves from the Settlement, or to object.

IF YOU HAVE ANY QUESTIONS OR CONCERNS, ADDRESS ALL INQUIRIES IN THE MANNER SET FORTH ABOVE. THE COURT AND THE CLERK WILL NOT ANSWER LEGAL QUESTIONS FROM INDIVIDUAL CLAIMANTS. BY ISSUING THIS NOTICE, THE COURT EXPRESSES NO OPINION AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED IN THIS CIVIL ACTION. **PLEASE DO NOT CONTACT THE COURT.**

**GLOBAL CASH ACCESS HOLDINGS
ATM FEE SETTLEMENT CLAIM FORM**

Mail to: Jackman Claims Administrator
PO Box 11486
Birmingham, AL 35202-1486

Name: _____
Address: _____
_____
Phone: _____

**CHECK THE APPROPRIATE BOX BELOW:**

☐ I have included with this Claim Form one or more ATM receipts, or relevant portions of my bank statement(s), illustrating that I was charged an ATM fee by GCA between July 8, 2008 and December 3, 2009.

☐ I have NOT included with this Claim Form a receipt or bank statement but I certify that I was charged a transaction fee at the GCA ATM located at _____ on _____ (approximate date of visit) and the last four digits of the account number on the card used were.

I understand that the foregoing information may be used for purposes of verifying my claim, and I certify, under penalty of perjury, that the statements and information contained herein is truthful and accurate.

Signed: _____
Date: _____

**ALL CLAIM FORMS MUST BE POSTMARKED BY: APRIL 6, 2010**

---

For more information on how to place your ad, call: **1-800-397-0070** toll-free
in the U.S. only.
USATODAY@rja-ads.com
Or visit us online at: **www.USATODAY.com**

---

### LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |
| In re REMEDIATION AND LIABILITY MANAGEMENT COMPANY, INC., Debtor. | Chapter 11 Case No. 09-50029 (REG) |
| In re ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC., Debtor. | Chapter 11 Case No. 09-50030 (REG) |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM (INCLUDING CLAIMS UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE)**

TO ALL PERSONS AND ENTITIES WITH CLAIMS (INCLUDING CLAIMS UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE) AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50029 (REG) | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50030 (REG) | 41-1650789 | GM National Hawaii, Inc. NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE THAT, on December 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., as debtors in possession (each subsidiaries of **General Motors Corporation**) (collectively, the "**REALM/ENCORE Debtors**") entered an order (the "**REALM/ENCORE Bar Date Order**") establishing (i) **February 1, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("**Proof of Claim**") based on prepetition claims including a claim under section 503(b)(9) of the Bankruptcy Code (as described more fully below (a "**503(b)(9) Claim**")), against any of the REALM/ENCORE Debtors (the "**REALM/ENCORE General Bar Date**"); and (ii) **April 16, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for each governmental unit (as defined in section 101(27) of the Bankruptcy Code) to file a Proof of Claim based on prepetition claims against any of the REALM/ENCORE Debtors (the "**REALM/ENCORE Governmental Bar Date**" and, together with the REALM/ENCORE General Bar Date, the "**REALM/ENCORE Bar Dates**").

The REALM/ENCORE Bar Date Order, the detailed instructions set forth therein, and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the REALM/ENCORE Debtors (other than those set forth below as being specifically excluded) that arose prior to **October 9, 2009**, the date on which the REALM/ENCORE Debtors commenced their cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

The REALM/ENCORE Debtors were subsidiaries of General Motors Corporation. The properties owned by the REALM/ENCORE Debtors may have been known to you as property of General Motors Corporation.

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

**1. WHO MUST FILE A PROOF OF CLAIM**
You **MUST** file a **Proof of Claim** to vote on a chapter 11 plan filed by the REALM/ENCORE Debtors or to share in any of the REALM/ENCORE Debtors' estates if you have a claim that arose prior to **October 9, 2009**, including a 503(b)(9) Claim, and it is not one of the other types of claims described in Section 2 below. Acts or omissions of the REALM/ENCORE Debtors that occurred before October 9, 2009 may give rise to claims against the REALM/ENCORE Debtors that must be filed by the applicable Bar Date, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **October 9, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured. Further, claims include unsecured claims, secured claims, priority claims, and 503(b)(9) Claims.

**2. WHO NEED NOT FILE A PROOF OF CLAIM**
You need not file a Proof of Claim if:
(a) Your claim is listed on the Schedules (as defined below) and (i) is **not** described in the Schedules as "disputed," "contingent," or "unliquidated," (ii) you do **not** dispute the amount or nature of the claim set forth in the Schedules, and (iii) you do **not** dispute that the claim is an obligation of the specific REALM/ENCORE Debtor against which the claim is listed on the Schedules;
(b) Your claim has been paid in full;
(c) You hold a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative claim; **provided, however, 503(b)(9) Claims are subject to the REALM/ENCORE General Bar Date as provided above.** Section 503(b)(9) provides in part: "… there shall be allowed administrative expenses…including…(9) the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." **Accordingly, if you have a 503(b)(9) Claim, you must file a Proof of Claim on or before the REALM/ENCORE General Bar Date;**
(d) You hold a claim that has been allowed by an order of the Court entered on or before the applicable REALM/ENCORE Bar Date;
(e) You hold a claim against any of the REALM/ENCORE Debtors for which a separate deadline is fixed by the Court (whereupon you will be required to file a Proof of Claim by that separate deadline);
(f) You are a REALM/ENCORE Debtor in these cases having a claim against another Debtor;
(g) You hold a claim (as defined in section 101(2) of the Bankruptcy Code) of any REALM/ENCORE Debtor as of the REALM/ENCORE Bar Date; or
(h) You hold a claim for which you have already properly filed a Proof of Claim against any of the REALM/ENCORE Debtors with the Clerk of the Court or The Garden City Group, Inc., the Debtors' claims agent, utilizing a claim form that substantially conforms to the Proof of Claim Form (as defined below) or Official Form 10.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE REALM/ENCORE DEBTORS.**
**3. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
If you hold a claim arising from the rejection of an executory contract or unexpired lease, you must file a Proof of Claim based on such rejection by the later of (i) the applicable REALM/ENCORE Bar Date, and (ii) the date which is **thirty days** following the entry of the order approving such rejection or you will be forever barred from doing so. Notwithstanding the foregoing, if you are a party to an executory contract or unexpired lease and you wish to assert a claim on account of unpaid amounts accrued and outstanding as of October 9, 2009 pursuant to that executory contract or unexpired lease (other than a rejection damages claim), you must file a Proof of Claim for such amounts on or before the applicable REALM/ENCORE Bar Date unless an exception identified above applies.
**4. WHEN AND WHERE TO FILE**
All Proofs of Claim must be filed so as to be **actually received** on or before the applicable REALM/ENCORE Bar Date at the following address:

| If by overnight courier or hand delivery to: | If by first-class mail, to: |
|---|---|
| The Garden City Group, Inc. Attn: Motors Liquidation Company Claims Processing 5151 Blazer Parkway, Suite A Dublin, Ohio 43017 | The Garden City Group, Inc. Attn: Motors Liquidation Company Claims Processing P.O. Box 9386 Dublin, Ohio 43017-4286 |

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green
Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before the applicable REALM/ENCORE Bar Date. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**5. WHAT TO FILE**
If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States; (iii) conform substantially to Official Bankruptcy Form No. 10 ("**Proof of Claim Form**"); (iv) state the REALM/ENCORE Debtor against which the claim is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE REALM/ENCORE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH REALM/ENCORE DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC REALM/ENCORE DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT REALM/ENCORE DEBTOR'S BANKRUPTCY CASE. THE NAMES OF THE REALM/ENCORE DEBTORS AND THEIR CASE NUMBERS ARE SET FORTH ABOVE.

Proof of Claim forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidation.com.

YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.
**6. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**
Except with respect to claims of the type set forth in Section 2 above, any creditor who fails to file a Proof of Claim on or before the applicable REALM/ENCORE Bar Date in the appropriate form in accordance with the procedures described in this Notice for any claim such creditor holds or wishes to assert against each of the REALM/ENCORE Debtors, will be forever barred – that is, forbidden – from asserting the claim against each of the REALM/ENCORE Debtors and their respective estates (or filing a Proof of Claim with respect to the claim), and each of the REALM/ENCORE Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from any and all liability or indebtedness with respect to the claim, and the holder will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, participate in any distribution in any of the REALM/ENCORE Debtors' chapter 11 cases on account of the claim, or receive further notices with respect to any of the REALM/ENCORE Debtors' chapter 11 cases.
**7. THE REALM/ENCORE DEBTORS' SCHEDULES, ACCESS THERETO, AND CONSEQUENCES OF AMENDMENT THEREOF**
You may be listed as the holder of a claim against one or more of the REALM/ENCORE Debtors in the REALM/ENCORE Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "**Schedules**"). If you rely on the REALM/ENCORE Debtors' Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules.

As set forth above, if you agree with the classification and amount of your claim as listed in the REALM/ENCORE Debtors' Schedules, and if you do not dispute that your claim is only against the specified REALM/ENCORE Debtor, and if your claim is not described as "disputed," "contingent", or "unliquidated", you need not file a Proof of Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the applicable REALM/ENCORE Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Schedules may be examined by interested parties on the Court's electronic docket for the REALM/ENCORE Debtors' chapter 11 cases, which is posted on the Internet at www.motorsliquidation.com and www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov). Copies of the Schedules also may be examined by interested parties between the hours of 9:00 a.m. and 4:30 p.m. (Eastern Time) at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 511, New York, New York 10004. Copies of the REALM/ENCORE Debtors' Schedules may also be obtained by written request to the REALM/ENCORE Debtors' claims agent at the address and telephone number set forth below:

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286
1-703-286-6401

In the event that the REALM/ENCORE Debtors amend their Schedules to (a) designate a claim as disputed, contingent, unliquidated, or undetermined, (b) change the amount of a claim reflected therein, (c) change the classification of a claim reflected therein, or (d) add a claim that was not listed on the Schedules, the REALM/ENCORE Debtors will notify you of the amendment. In such case, the deadline for you to file a Proof of Claim on account of any such claim is the later of (a) the applicable REALM/ENCORE Bar Date and (b) the date that is **thirty days** after the REALM/ENCORE Debtors provide notice of the amendment.

**A holder of a possible claim against the REALM/ENCORE Debtors should consult an attorney regarding any matters not covered in this Notice, such as whether the holder should file a Proof of Claim.**

DATED: December 2, 2009        BY ORDER OF THE COURT
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

---

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re HOLLEY PERFORMANCE PRODUCTS INC., et al., Debtors. | Chapter 11 Case No. 09 – 13333 (PJW) (Jointly Administered) |

**NOTICE OF BAR DATE REQUIRING FILING OF PROOFS OF CLAIM AGAINST DEBTORS ON OR BEFORE FEBRUARY 1, 2010 AT 5:00 P.M. EASTERN TIME**

TO ALL PERSONS AND ENTITIES WITH POTENTIAL CLAIMS AGAINST THE DEBTORS:

PLEASE TAKE NOTICE that, on December 2, 2009, the United States Bankruptcy Court for the District of Delaware (the "**Court**"), having jurisdiction over the chapter 11 cases of Holley Performance Products Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), entered an order (the "**Bar Date Order**") establishing (i) **February 1, 2010, at 5:00 p.m. (Prevailing Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("**Proof of Claim**") based on prepetition claims, including prepetition claims entitled to priority under section 503(b)(9) of the Bankruptcy Code, against the Debtors (the "**General Bar Date**"); and (ii) **March 27, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for governmental units (as defined in section 101(27) of the Bankruptcy Code) to file Proofs of Claim against the Debtors (the "**Governmental Bar Date**").

PLEASE TAKE FURTHER NOTICE that the Bar Date Order, the bar dates set forth therein (the "**Bar Dates**"), and the procedures set forth in the Bar Date Order for the filing of Proofs of Claim apply to all claims against the Debtors (other than limited types of claims, as provided in the Bar Date Order, for which no Proof of Claim is required) that arose prior to September 28, 2009 (the "**Petition Date**"), the date on which the Debtors commenced their case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before the Petition Date. Information on the Bar Date process, including information regarding the various Bar Dates, the procedures for filing a Proof of Claim, and who must file a Proof of Claim, along with copies of the Debtors' schedules of assets and liabilities and Proof of Claim forms can be obtained from Epiq Bankruptcy Solutions, LLC, the Debtors' claims agent, at the following website: **http://chapter11.epiqsystems.com/holley2009**

EXCEPT WITH RESPECT TO CLAIMS OF THE TYPE NOT REQUIRED TO BE FILED PURSUANT TO THE BAR DATE ORDER, ANY CREDITOR WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE THE APPLICABLE BAR DATE FOR ANY CLAIM (INCLUDING A CLAIM ALLOWABLE UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE) SUCH CREDITOR HOLDS OR WISHES TO ASSERT AGAINST THE DEBTORS, WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR ESTATES, EXCEPT TO THE EXTENT SUCH HOLDER OBTAINS RELIEF FROM THE COURT FOR EXCUSABLE NEGLECT TO FILE A PROOF OF CLAIM AFTER THE APPLICABLE BAR DATE, AND THE HOLDER OF SUCH CLAIM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR PURPOSES OF VOTING OR DISTRIBUTION UNDER ANY CHAPTER 11 PLAN.

---

### MARKETPLACE TODAY

Do you have a business, real estate, or travel opportunity to market?

Do you have a product to sell or service to offer?

**USA TODAY's MARKETPLACE TODAY**
is the answer, offering a variety of sizes and frequency rates to fit your budget.

For more information, contact us today:
**1-800-397-0070**











# COMMERCIAL-NEWS Classifieds

www.commercial-news.com

Your News. Your Paper. Every Day.

FREE CLASSIFIED Your ad, your way!

Free ads for miscellaneous items under $50. 7 days-3 lines. Place ads on www.commercial-news.com at youradyourway

**Place a classified**

Call **217-446-9400**
or Toll Free **800-729-2992**
or send a Fax **217-477-5109**
Hours are 7:30 - 5:30 pm Monday to Friday.

View the Classifieds online at: **www.commercial-news.com** WE ACCEPT

**The Commercial-News reaches over 25,000 readers with our newspaper, and 108,000 unique visitor's online.**

FEATURED PHOTO OF THE DAY

**Would you like to feature a family photo?**
Submit your photos to: Classifieds@dancomnews.com
Photos will be selected at random each day.

**AUTOS** powered by AutoConX

**Featured Vehicle**

**Chevy Malibu 1999**
Nice car, 4 dr, black, CD, runs great, $2700. neg.
**217-477-3227**

**HOMES** powered by Zillow

**Featured Home**

**2 BEDROOM**
New carpet & paint w/many updates, full basement, fenced yard, 2 garages, 2 lots. $55,000.
**Call Barney Realty 267-3000**

**JOBS** powered by monster.com

**Featured Job**

**Full & Part-time Stylists**
- Excellent customer service a must
- $1000.00 Hire Bonus
- Guaranteed clientele
- Base wage plus commissions
- Medical/Dental/401K
- Paid Vacation
- Tools Provided To inquire call Stephanie @ 217-443-8910

NOW 24-7 Your ad, your way!
**Place Your Ad Online YOUR AD YOUR WAY** at www.commercial-news.com

## Public Notices

23411,12/17,24 &31-09
IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT VERMILION COUNTY, ILLINOIS
F0711050
CHASE HOME FINANCE LLC
Plaintiff,
v.
CASONDRA B. SPANN; et al.
Defendants,
07CH 388
NOTICE OF SHERIFF SALE
Public notice is hereby given that in pursuance of a judgment of said Court entered in the above-entitled cause on May 1, 2008, I, Sheriff Patrick Hartshorn, of VERMILION COUNTY, Illinois, will on January 7, 2010, commencing at 10:00am at the Vermilion County Courthouse, 7 N. Vermilion Street, Danville, IL 61832-5806, to sell to the highest bidder or bidders the following described real estate, or so much thereof as may be sufficient to satisfy said decree, to-wit:
A PART OF THE EAST HALF OF THE SOUTHWEST QUARTER OF SECTION 3 TOWNSHIP 19 NORTH, RANGE 11 WEST OF THE 2ND P.M., DESCRIBED AS FOLLOWS: BEGINNING AT A POINT 1520.3 FEET NORTH AND 180 FEET EAST OF THE SOUTHWEST CORNER OF SAID EAST HALF OF THE SOUTHWEST QUARTER OF SAID SECTION 3; THENCE EAST 112.9 FEET; THENCE SOUTH 48 FEET; THENCE WEST 113.2 FEET; THENCE NORTH 48 FEET TO THE PLACE OF BEGINNING, SITUATED IN VERMILION COUNTY, ILLINOIS.
Commonly known as: 207 Stroup Street, Danville IL 61832
P.I.N.: 23-03-300-046-0040
First Mortgage Lien Position, Single -Family Residence, Judgment Amount $53,718.06
Terms of Sale: CASH - 10% down at the time of sale and the balance due within 24 hours of the sale. All payments fo the amount bid shall be in certified funds payable to the Sheriff of VERMILION COUNTY.
The property will not be open for inspection.
The person to contact for information regarding this property is:
Kara Findlay at FREEDMAN ANSELMO LINDBERG & RAPPE LLC F/K/A FREEDMAN ANSELMO LINDBERG AND RAPPE, 1807 West Diehl Road, Naperville, IL (866)402-8661. For bidding instructions, call 630-453-6713 24 hours prior to sale.
This communication is an attempt to collect a debt and any information obtained will be used for that purpose.
Freedman Anselmo Lindberg & Rappe LLC
1807 W. Diehl Road, Suite 333
Naperville, IL 60563-1890
630-983-0770
866-402-8661
630-983-7888 (fax)
I230333

no time to shop? Shop the Classified Ads First.
CALL CLASSIFIED 446-9400 COMMERCIAL-NEWS

## Public Notices

23392, 12/3,10 &17-09
IN THE CIRCUIT COURT FOR THE 5TH JUDICIAL DISTRICT VERMILION COUNTY - DANVILLE, ILLINOIS
C09100060
Chase Home Finance LLC
Plaintiff,
vs.
Karla J. Tabor;
Unknown Owners and Non-Record Claimants
Defendants.
09 CH 247
NOTICE FOR PUBLICATION
The requisite affidavit for publication having been filed, notice is hereby given you, Karla J. Tabor; UNKNOWN OWNERS and NON-RECORD CLAIMANTS, defendants in the above entitled cause, that suit has been commenced against you and other defendants in the Circuit Court for the Judicial Circuit by said plaintiff praying for the foreclosure of a certain mortgage conveying the premises described as follows, to wit:
LOT 3 IN ROSEWOOD ADDITION TO THE CITY OF DANVILLE, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 7 PAGE 52 IN THE RECORDER'S OFFICE OF VERMILION COUNTY, ILLINOIS, SITUATED IN VERMILION COUNTY, ILLINOIS.
P.I.N.: 18-32-303-032 (NEWL 2960)
Said property is commonly known as: 1513 Robinson Street, Danville, IL, 61832, and which said mortgage(s) was/were made by Karla J. Tabor and recorded in the Office of the Recorder of Deeds as Document Number 08-08185 and for other relief; that Summons was duly issued out of the above Court against you as provided by law and that said suit is now pending.
NOW THEREFORE, unless you, the said above named defendants, file your answer to the complaint in the said suit or otherwise make your appearance therein, in the Office of the Clerk of the Court at VERMILION County on or before January 4, 2010, a default may be taken against you at any time after that date and a Judgment entered in accordance with the prayer of said complaint.
This communication is an attempt to collect a debt and any information obtained will be used for that purpose.
Steven C. Lindberg
Attorney for Plaintiff
FREEDMAN, ANSELMO, LINDBERG & RAPPE, LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL 60566-7228
630-983-0770
866-402-8661
630-428-4620 (fax)
Attorney No. Cook 26122, DuPage 42005, Kane 031-26104, Peoria 1794, Winnebago 3802, IL 03126232 Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Robert Rappe- 6201817 Doug Oliver - 6273607, Barbara Nilsen- 6287524 Clay R. Mosberg- 1972316, Jason A. Newman, Of Counsel,- 6275591, Cook- 39765
I225427

Call Classified! 446-9400

## Public Notices

23395, 12/3,10 &17-09
IN THE CIRCUIT COURT OF THE 5TH JUDICIAL CIRCUIT VERMILION COUNTY, ILLINOIS
X08090034
Deutsche Bank National Trust Company, as Trustee Under Novastar Mortgage Funding Trust, Series 2007-2
Plaintiff,
vs.
Tina Cadman; Donna G. Camp;
Defendants.
08 CH 238
NOTICE OF SHERIFF SALE
Public notice is hereby given that in pursuance of a judgment of said Court entered in the above-entitled cause on April 1, 2009, I, Sheriff, Patrick Hartshorn of Vermilion County, Illinois, will hold a sale on January 7, 2010, commencing at 10:00 A.M., at Two East South Street, Danville, IL 61832. to sell to the highest bidder or bidders the following described real estate, or so much thereof as may be sufficient to satisfy said decree, to-wit:
LOTS 5 AND 6 IN BLOCK 3 IN FRANKLIN'S ADDITION TO FITHIAN AS SHOWN BY SURVEY AND PLAT THEREOF RECORDED IN DEED RECORD 58 PAGE 68 IN THE RECORDER'S OFFICE OF VERMILION COUNTY, ILLINOIS, SITUATED IN VERMILION COUNTY, ILLINOIS.
Commonly known as: 207 North Main, Fithian IL 61844
P.I.N.: 21-07-309-009 (Map. No. OKWD 1665); 21-07-309-012 (Map No. OKWD 1664)
First Lien Position; Single-Family Residence; Judgment Amount $74,178.37
The property will NOT be open for inspection
Terms of Sale: CASH - 10% down at the time of sale and the balance due within 24 hours of the sale. All payments fo the amount bid shall be in certified funds payable to the Sheriff of Vermilion County.
The person to contact for information regarding this property is:
Kara Findlay at FREEDMAN ANSELMO LINDBERG & RAPPE LLC 1807 West Diehl Road, Naperville, IL (866)402-8661.For bidding instructions, call 630-453-6713 25 hours prior to sale.
This communication is an attempt to collect a debt and any information obtained will be used for that purpose.
FREEDMAN, ANSELMO, LINDBERG & RAPPE, LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL 60566-7228
630-983-0770
866-402-8661
630-428-4620 (fax)
Attorney No. Cook 26122, DuPage 42005, Kane 031-26104, Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Robert Rappe- 6201817 Doug Oliver - 6273607, Barbara Nilsen- 6287524
Clay R. Mosberg- 1972316, Karl V. Meyer- 6220397, Michael S. Bablo- 6236653
Adam J. Wilde- 6301184, Jason A. Newman, Of Counsel,- 6275591, Cook- 39765
R410
I225523

Classifieds on line
www.commercial-news.com

## Public Notices

23399,12/10,17&24-09
IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT VERMILION COUNTY, ILLINOIS
CITIMORTGAGE, INC.
Plaintiff,
-v.-
MICHAEL DOYLE, et al
Defendants
08 CH 208
NOTICE OF SHERIFF SALE PUBLIC NOTICE IS HEREBY GIVEN that pursuant to a Judgment of Foreclosure and Sale entered in the above cause on September 9, 2008, the Sheriff of Vermilion County will at 10:00 AM on January 7, 2010, at the Vermilion County Courthouse, 1st Floor Lobby in the Vermilion County Courthouse, 7 North Vermilion Street, DANVILLE, IL, 61832, sell at public auction to the highest bidder for cash, as set forth below, the following described real estate:
THE EAST 50 FEET OF LOT 9 AND ALL OF LOT 10 IN C.F. COOK'S THIRD SUBDIVISION OF PART OF THE SOUTHWEST QUARTER OF SECTION 8, TOWNSHIP 18 NORTH, RANGE 11 WEST OF THE 2ND PRINCIPAL MERIDIAN, EXCEPT THE COAL AND MINERALS UNDERLYING SAID LOTS, SITUATED IN VERMILION COUNTY, ILLINOIS.
Commonly known as 410 KENTUCKY AVE, Westville, IL 61883
Property Index No. 28-08-306-028 AND 28-08-306-029
The real estate is improved with a single family residence. The judgment amount was $90,486.16. Sale terms: 10% down of the highest bid by certified funds at the close of the auction; the balance, in certified funds, is due within twenty-four (24) hours. The subject property is subject to general real estate taxes, special assessments, or special taxes levied against said real estate and is offered for sale without any representation as to quality or quantity of title and without recourse to Plaintiff and in "AS IS" condition. The sale is further subject to confirmation by the court. Upon payment in full of the amount bid, the purchaser will receive a Certificate of Sale that will entitle the purchaser to a deed to the real estate after confirmation of the sale The property will NOT be open for inspection and plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the court file to verify all information. If this property is a condominium unit, the purchaser of the unit at the foreclosure sale, other than a mortgagee shall pay the assessments and the legal fees required by The Condominium Property Act, 765 ILCS 605/9(g)(1) and (g)(4). IF YOU ARE THE MORTGAGOR (HOMEOWNER), YOU HAVE THE RIGHT TO REMAIN IN POSSESSION FOR 30 DAYS AFTER ENTRY OF AN ORDER OF POSSESSION, IN ACCORDANCE WITH SECTION 15-1701(C) OF THE ILLINOIS MORTGAGE FORECLOSURE LAW. For information, contact Plaintiff's attorney: HAUSELMAN, RAPPIN & OLSWANG, LTD. , 39 South LaSalle Street - Suite 1105, CHICAGO, IL 60603, (312) 372-2020 . Please refer to file number 08-2222-7541.
I227194

## Public Notices

23406, 12/10,17&24-09
IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS VERMILION COUNTY DANVILLE, ILLINOIS PROBATE DIVISION
IN THE MATTER OF THE ESTATE OF No. 2009-P-177 (D)
JOHN WILEY DUNCAN, Deceased.
**DEATH AND CLAIM NOTICE**
Notice is hereby given of the above-named decedent who resided in Danville, Illinois and that Letters of Office were issued in the Circuit Court of Vermilion County, Illinois, Probate Division, on December 9, 2009 to: Johna Lynne Bolton. The attorney for the personal representative is Christopher P. Meyer, of Dukes, Ryan, Meyer, Freed & McMasters, Ltd., 146 N. Vermilion St., Danville, IL 61832. Claims against the estate may be filed in the Office of the Clerk, in the Courthouse at 7 N. Vermilion St., Danville, Illinois, or with the personal representative or with both on or before June 10, 2010 which date is six (6) months from the date of the first publication of this Notice, or if applicable, within three (3) months from the date of mailing or delivery of this Notice, whichever is later, and any claims not filed on or before this date are barred. Copies of a claim filed with this Clerk must be mailed or delivered to the personal representative and to the attorney within ten (10) days after it has been filed.
JOHNA LYNNE BOLTON,
Independent Administrator
DUKES, RYAN, MEYER, FREED & McMASTERS, LTD.
-Her Attorneys -BY:
CHRISTOPHER P. MEYER
CHRISTOPHER P. MEYER
DUKES, RYAN, MEYER, FREED & McMASTERS, LTD.
146 North Vermilion St.
Danville, IL 61832
(217) 442-0384

## Public Notices

23413, 12/17/09
**PUBLIC HEARING NOTICE**
BEFORE THE PLANNING AND ZONING COMMISSION of the City of Danville, Illinois, in the matter of the Petition of Anthony and Amy Thomas SPECIAL USE PERMIT# 201 TAKE NOTICE THAT
ON THE 7TH day of January, 2010, in the Lower Level Community Room of the Robert Jones Municipal Building, 17 West Main Street, Danville, Illinois, at 5:15 P.M., there will be a hearing regarding a petition, as set forth above, in connection with the tract of land described as: Lot 16 in CLKS Sub SW4 4-19-11
and having a Common Address of 629½ E. Seminary in accordance with the Danville Zoning Ordinance adopted by the City Council on December 2, 2008.

Amy Thomas
Petitioner

## 2 In Memoriams

In loving memory of
**Beverly Zimmerman**
12/17/32-11-25-09
To me it seems as if we are a million miles apart, But you're always right here with me living deep within my heart.
Happy Birthday
Loving you always forgetting you never.
Lisa

Call Classified! 446-9400

LOCAL JOB LISTINGS, AUTOS, HOMES ... and the occasional CHRISTMAS PUPPY in the COMMERCIAL-NEWS CLASSIFIEDS
CALL 446-9400 TO PLACE AN AD

## Announcements

Going, Going...Yours!
**AUCTIONS!**
WHERE... WHEN... WHAT...
Everyday in the Commercial-News
Call 446-9400

## 11 Auctions

**Calhoun's Auction**
**On Perrysville Rd. Friday, Dec. 18 at 6 p.m.**
**Stuben ware , art glass, pocket watches, silverplate, post cards, coins, linens, stamps, household, glassware, pictures & frames (some are signed), beer can collection, carnival & vaseline glass, tapes & stereo, chest of drawes, hideabed, cabinet, toys, end tables, coffee tables, 2 dinette with 4 chairs, patio tables, oak drop front desk, dresser, TV, records, speakers, baskets, stools, ladders, lamps, grill, bedroom suite, old bottles, railroad lanterns, Christmas items - odl & new, other good articles come & see**
**Lic. # 444000124**
**442-0953**

## 11 Auctions

**Dec. 19, Sat. 10 am**
Antiques & collectibles.
Jim Clingan Auction & Realty St. Joseph, IL
**JimClingan.com**
**217-460-2500**

**Gordon Hannagan Auction Company Gordyville U.S.A. Gifford, IL 1-568-7117**

**Greg Clingan Auction & RE** (765)793-7315
gregclingan.com

Lenhart Auction & Realty
www.lenhartauction.com
Georgetown 662-8644
***We Buy Estates***

**Lenhart Online Auctions**
**lenhartauction.com**
Hallmark Christmas Ornaments ends 12/17.
Jim Beam Bottles ends 12/21
Evelyn Vivier Estate ends 12/20

**McBride's Auction**
812 Perrysville Rd.
446-7028 Thurs. 5 pm

## 12 Announcement

**Boot City**
Leather fringe coat $49, ladies SM western boots $49, kids light up shoes $49, kids black ropers $9, country furniture, black leather vests $15, men's thermal lined flannel shirts $15, Harley boots, muck boots, men's & ladies Carhartt, ladies gold leather jackets $50, ladies pleather jackets $9, 6-pc cast iron cookware $50, t-shirts, men's western shirts $20, umbrellas $1.
**Saturday night Opry - Mike Porter Gym Bob's Jamboree Christmas Show $11.**
**812-299-8379**

## 14 Lost and Found

**Found:** 12/15/09, larger tri color male Beagle, beautiful color no tags, very friendly **443-3751 anytime.**

**Found**: Set of keys downtown area, identify, **443-2705 x 136**

**The Commercial-News will be closed Christmas Eve Day Dec. 24 & Christmas Day Dec. 25**

**Classified Deadlines will be as follows:**

| PUBLICATION | DEADLINE |
|---|---|
| Thurs, Dec. 24 | Tue, Dec 22 at 5pm |
| Fri. Dec. 25 | Wed. Dec. 23 at Noon |
| Sat. Dec. 26 | Wed. Dec. 23 at 2 pm |
| Sun. Dec. 27 | Wed. Dec. 23 at 5 pm |
| Mon. Dec. 28 | Wed. Dec. 23 at 5 pm |

**For Classified Advertising Call 217-446-9400**

**Have A Merry Christmas!!**

## Public Notices

#23408 - Dec. 17, 2009

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>**MOTORS LIQUIDATION COMPANY,** *et al.*,<br>f/k/a General Motors Corp., *et al.*<br>Debtors. | **Chapter 11 Case No. 09-50026 (REG)**<br>**(Jointly Administered)** |
| In re<br>**REMEDIATION AND LIABILITY MANAGEMENT COMPANY, INC.,**<br>Debtor. | **Chapter 11 Case No. 09-50029 (REG)** |
| In re<br>**ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC.,**<br>Debtor. | **Chapter 11 Case No. 09-50030 (REG)** |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50029 (REG) | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50030 (REG) | 41-1650789 | GM National Hawaii, Inc., NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE THAT, on December 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., as debtors in possession (each subsidiaries of **General Motors Corporation**) (collectively, the "**REALM/ENCORE Debtors**") entered an order (the "**Bar Date Order**") establishing **February 1, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("**Proof of Claim**") based on prepetition claims against any of the REALM/ENCORE Debtors (the "**Bar Date**").

The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the REALM/ENCORE Debtors that arose prior to **October 9, 2009**, the date on which the REALM/ENCORE Debtors commenced their cases under chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**").

**The REALM/ENCORE Debtors were subsidiaries of GENERAL MOTORS CORPORATION. The properties owned by the REALM/ENCORE Debtors, which are listed below, may have been known to you as property of General Motors Corporation.**

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a **Proof of Claim** to vote on a chapter 11 plan filed by the REALM/ENCORE Debtors or to share in any of the REALM/ENCORE Debtors' estates if you have a claim that arose prior to **October 9, 2009**. Acts or omissions that occurred before **October 9, 2009** may give rise to claims against the REALM/ENCORE Debtors that must be filed by **February 1, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **October 9, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM.**

**2. WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be **actually received** on or before **February 1, 2010** at the following address:

| | |
|---|---|
| If by overnight courier or hand delivery to:<br>The Garden City Group, Inc.<br>Attn: Motors Liquidation Company<br>Claims Processing<br>5151 Blazer Parkway, Suite A<br>Dublin, Ohio 43017 | If by first-class mail, to:<br>The Garden City Group, Inc.<br>Attn: Motors Liquidation<br>Company Claims Processing<br>P.O. Box 9386<br>Dublin, Ohio 43017-4286 |

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 1, 2010**. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10 ("**Proof of Claim Form**"); (iv) state the REALM/ENCORE Debtor against which it is filed; (v) set forth the legal basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidation.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

***If you do not file a Proof of Claim on or before February 1, 2010 in the appropriate form in accordance with the procedures described in this Notice for any claim you wish to assert, you will be forever precluded and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to such claim, and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the REALM/ENCORE Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the REALM/ENCORE Debtors' chapter 11 cases.***

**A holder of a possible claim should consult an attorney as to whether the holder should file a Proof of Claim.**

DATED: December 2, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| 6560 CASS AVENUE (NEW CENTER COMPLEX) | 6560 CASS AVENUE | DETROIT, MICHIGAN 48202 |
| BAY CITY - CROTTY STREET | 1001 WOODSIDE AVENUE | BAY CITY, MICHIGAN 48708 |
| DANVILLE CENTRAL FOUNDRY LANDFILL | I-74 @ G STREET | DANVILLE, ILLINOIS 61832 |
| DELPHI I-COLDWATER ROAD (LANDFILL & WWTP CLOSURE) | WWTP AT 6220 HORTON STREET, LANDFILL AT 1245 EAST | FLINT, MICHIGAN 48505 |
| DELPHI SAGINAW PLANT 2 - LANDFILL | 79 WEST CENTER STREET | SAGINAW, MICHIGAN 48605 |
| ELYRIA LANDFILL (LORAINE) | 1400 LOWELL STREET | ELYRIA, OHIO 44035 |
| FORMER DELCO CHASSIS PLANT | 12950 ECKLES ROAD | LIVONIA, MICHIGAN 48150 |
| GMPT - TOLEDO REALM PARCEL | 1455 WEST ALEXIS ROAD | TOLEDO, OHIO 43612 |
| GREENPOINT LANDFILL | 77, 79 WEST CENTER STREET AND 3305, 3307 GABRIEL | SAGINAW, MICHIGAN 48602 |
| LEEDS ASSEMBLY LAND | LAND SOUTH OF 6817 STADIUM DRIVE | KANSAS CITY, MISSOURI 64129 |
| LEY CREEK SITE (SALINA) | FACTORY AVENUE AND/OR MALLOY ROAD EAST | SALINA, NEW YORK 13209 |
| LINDEN ROAD | 1200 SOUTH LINDEN ROAD | FLINT TOWNSHIP, MICHIGAN 48532 |
| PEREGRINE - COLDWATER ROAD (PLANT) | 1245 EAST COLDWATER ROAD (G-1245 EAST COLDWATER ROAD) | FLINT, MICHIGAN 48505 |
| SOUTH LAGOON (MORAINE COMPLEX) | 3801 DRYDEN | MORAINE, OHIO 45439 |
| SUMMERFIELD (LAND ALONG STANLEY ROAD) | STANLEY ROAD | MT. MORRIS, MICHIGAN 48458 |
| TEXTILE ROAD LAND | BUNTON & TEXTILE ROADS | YPSILANTI, MICHIGAN 48197 |
| TONAWANDA LANDFILL | 2520 KENMORE AVENUE | TONAWANDA, NEW YORK 14207 |
| VACANT LAND SOUTH OF VAN BORN | 5000 ECORSE ROAD | BELLEVILLE, MICHIGAN 48111 |