## Health Care

Saginaw Geriatrics Home is seeking a RN Director of Nursing. Please submit resume to Saginaw Geriatrics Home, 1413 Gratiot Ave., Saginaw, MI 48602.

## Office, Clerical

LEGAL SECRETARY
Legal experience preferred, but will train right talent. Requirements: good typist, pleasant phone manner, dependable, good spelling/grammar, well organized, career oriented. Computer skills a must. Full or part time. Much potential. Benefits and starting pay based on prior experience. Send resume, references and starting requirements to PO Box 765, Bay City, MI 48707

## Sales

KELLER WILLIAMS REALTY A Career... Not A Job Call John at 895-8200.

## Schools, Instruction

Bay Arenac ISD Adult Ed Winter Semester registration begins Jan 6, 667-3275

DELTA COLLEGE visit us at www.delta.edu (989) 686-9179

FINANCIAL
INDEX

- Business Opp. Wanted
- Bus. Opportunities
- Financial Services
- Investments, Stocks
- Money To Loan
- Wanted To Borrow

## Business Opportunities

Coke & M&M Vending Routes ! $0 down financing, Earn up to $2,000 a week. Locations available in Bay City 1-800-367-2106 ext.207

READ THIS! It's only a phone call away. Find those unwanted articles around the house. Call 894-2871 and place you classified ad

## PETS, FARM
INDEX

- Christmas Trees
- Dirt, Gravel
- Farm Equipment
- Good Things To Eat
- Horses, Stables
- Livestock, Feed
- Pets, Supplies
- Plant, Shrub, Tree
- Wanted or Exchange

## Pets, Supplies

Adorable Christmas Bunnies. Will hold for Christmas. $15.00 989-225-0510

Bichon Frise Male Puppies. 10 wks. Shots, vet checked. $200. (989) 312-0243.

Cavalier King Charles Spaniel Puppies, vet checked, all colors. Top quality. $700 & up. (810) 629-0588

English Black Lab. AKC. 11 week male, housebroken. $250 or best! 989.239.5990

German Shepherd AKC pups. Europe's finest lines! $650-$750. 810-686-2002.

German Shepherd Puppies, AKC, excellent lines, blackforestk9kennels.com. (810) 631-6185

German Shepherd Pups - AKC, $575. 989 390-5886 ttsgermanshepherds.com

German Shorthair Pointer Pups AKC, champion bloodline $275/$325. 879-6990.

Maltese, $500. Malte-poos & Morkies, toy size, non-shed, $375+. (989) 225-1367

Miniature Dachshund - AKC many colors to choose from. Call (989) 873-1071

Mini Dachshunds $200& up. Pug female $200. Yorkies & Chorkies $300& up. Westie male $350. 989-529-4307

PUREBRED GOLDEN RETRIEVER PUPPIES no papers $150 (989)316-6186.

Sheltie Pups, AKC. 4 females, 8 wks. $450. (989) 280-5151

St. Bernard Puppies, AKC, Vet Checked, current shots, wormed, parents on site. Call 989-450-6420

## Pets, Supplies

YORKIE pups AKC 8 weeks 2 boys 1 girl starting $550 989-846-4182/989-313-1800

Yorkies, $500. Yorkie-poos & Shorkies, toysize, non shed. $375+ 989-225-1367.

Christmas Special, AKC registered Shih Tzu Pups Males, $225, Females, $300. (989) 550-6867.

## Plants, Shrubs, Trees

Wanted to Buy standing Timber, any kind or any size parcel. 429-0522/233-2585.

MERCHANDISE
INDEX

- Antiques, Art, Collection
- Appliances
- Auctions, Auctioneers
- Baby Items, Toys
- Bargain Corner
- Building Supplies
- Business Office Equip.
- Cameras, Supplies
- Clothing
- Computers
- Crafts, Bazaars
- Estate Sales
- Exercise Equipment
- Firewood, Heating Sup.
- Flowers
- Garage Sale
- Handicap Equipment
- Home Electronics
- Household Goods
- Jewelry, Diamonds
- Machine, Tools, Indust.
- Miscellanious Items
- Moonlight Bargains
- Musical Merchandise
- Pools, Hot Tub, Access.
- Refridgeration Equip.
- Restaurant Equipment
- Sport Trading Card
- Swaps, Wanted
- Wanted Bargain
- Yard Equipment

## Appliances

TV - 52" Mitsubishi, 2 1/2 years old, 2 1/2 yrs. warranty left. New lamp in today. Asking $300. 989-879-4166

## Antique, Art, Collectable

CASH FOR ANTIQUES 1 piece or Whole Estate. Frank's Antiques, Lapeer Call 810-667-1676.

## Auctions, Auctioneers

Butler Auction Services 989-799-4181 www.rodbutler.com

## Computers

Quality Used Dell computers, Discount Office Furnishing, 892-1886, 405 Garfield Ave

## Estate Sales

Junk Be Gone will remove all unwanted items. Free estimates, Vet. owned, (989) 316-5219 or 737-0204.

## Firewood, Heating Supplies

FIREWOOD - by the Semi load! 20 full cords. For price call (989) 426-6852

SEASONED HARDWOOD $55 per cord, delivered! 989.400.1726/ 989.339.6993

## Free For All

Abandoned, young, loving female cat, looking for Christmast home. 893-9738

ADORABLE CHRISTMAS KITTENS, (989) 891-1387 OR (989) 450-1816.

Beautiful Male Cat, very tame, abandoned. Free to good home. 989-891-9165.

Beautiful short hair, gold tiger kitten, neuter male, 4 months. 989-686-6678

CAT 1 yr. old, spayed, all shots, blue eyes. To good indoor home. 989-600-2312

CATS - many colors, males & females. to good home only. 989-835-5058.

Christmas Kittens 14 weeks, 1 black male, 1 gray tabby female. 989-414-6122

Free Adult male cat pure white to good home. 989-846-3342

Free Schnauzer Poodle mix, gray, named smoky, very friendly 989-835-5162

GOLDEN LAB - female, 2 years old, fixed & all shots. (989) 450-0114.

Golden Retriever mixed, 3 yrs old, male, good with kids, house broken 414-7320

Great Dane Puppies (2) 6 months old, 1 male, 1 female. 989 484-0024 7a-11p

## Free For All

Kitten, precious black and white, short hair, male, 2.5 months, 989-686-6678

KITTENS - black & white, female & male, to good home only. 989-835-5058.

## Garage Sale

Basement Sale - 510 Aplin Ct. off Elm. Kitchen, pans, glass, couch, table, books, tapes. Friday 9-3pm.

Donations Needed - Keep your donations local, give to an agency that helped over 5,000 people in your community - Do-All, Inc. and the Cat's Meow thrift shops. 894-0712.

## Handicap Equipment

Amigo, 2004. Excellent condition. New batteries. Asking $900. 989-684-0017

## Home Electronics

TV - 36" Sony XBR, Wega, with stand & DVD, $175. (989) 686-0646.

## Household Goods

A Beautiful King size pillow top mattress set with deluxe frame. Cost $900, sacrifice for $400. 989-799-3532.

Bedroom Set- 2 dressers, 2 end tables, Queen bed. $500. (989) 895-5345.

BUNKBED solid pine. $79. 989-240-0288 or 989-240-0132.

Mattress, magnetic, new in box, paid $850 sell for $350. (989) 686-0933.

## Jewelry, Diamonds

Buying old gold jewelry, repair or scrap. Columbus usable or scrap. Columbus Coin Jewelry, 812 Columbus

Kawkawlin Pawn Buying Gold & Diamonds Top $$$ paid!!! (989) 671-2277

## Miscellaneous Items

CARPET MATS , HUGE SELECTION OF COLORS & SIZES. SAVE UP TO 70% LARSON'S B.C. 893-2771

## Musical Merchandise

PIANO Kohler & Campbell spinet with bench. Excellent condition. $2500 or best (989) 684-2254.

## Pools, Hot Tubs, Accessories

HOT TUB Sundance Marin Spa 6 person 300 gallon excellent $3,000 989-868-3565

## Sporting Goods

Sports Craft Fossball table full size excellent cond. $299. Call (989) 868-3565.

Standard Sized Pool table with rack, balls & accessories. $500/best. 671-2077.

## Yard Equipment

CRAFTSMAN CHOPPER / SHREDDER - Up to 3" diameter wood, excellent condition 10 hp. $395 or best offer. Call (989) 686-0809.

John Deere 47" PTO Drive Snow Blower with Hydraulic Shoot $750 989-879-3669.

Snowblower - Ariens, 2 stage, with tire chains, runs great. $275. 684-7374

## Yard Equipment

SNOWBLOWER, HONDA TRACK HS622, $900. 810-210-3222

## RECREATION TRAVEL
INDEX

- Aircraft Sales
- ATV, ORV
- Bicycles, Services
- Boat Rent Charter
- Boat Slips, Docks
- Boats, Motors, Access.
- Campers, Trailers, Rent
- Campers, Trailers, Sale
- Camping Sites
- Motor Homes Rent
- Motor Homes Sale
- Personal Watercraft
- Sail Boats
- Snowmobile Accessories

## ATV, ORV

SUNL 110 CC 4 WHEELER Like new $475. (989) 460-3538.

## Campers, Trailers, Sale

Cub Cadet 1979 - 19 ft. sleeps 4, Hunters special. Air condition. $700 or best. Call (989) 737-0471.

Special thanks to all our RVing customers! dolneyrv.com 989-686-6291

Winter Closeout Sale ! All 2009 models Now til 12/18! Tri-City RV 671-9050

## Snowmobiles, Accessories

2004 Arctic Cat F7 $2,900 & 2003 Polaris factory race sled Pro X 440, $2,600 Call for details: 989-751-2990.

## REAL ESTATE For Rent
INDEX

- Ammenities_Rental
- Apartment Furnished
- Apartment Unfurnished
- Condos, Townhouses
- Duplex For Rent
- Farms Acreage Rent
- Garage, Park, Storage
- Homes, Furnished
- Homes, Unfurnished
- Mfg. Homes Rent
- Mobile Home Site Rent
- Moble Homes Rent
- Office Space Rent
- Out City, State Rent
- Rental Services
- Resorts, Cottages
- Retail Space Rent
- Room For Rent
- Roommate Wanted
- Senior Rent
- Suburban, Country
- Wanted To Rent

## Apartment Furnished

One bedroom lower, $400 + deposit, includes utilities, 610 N. Trumbull. 671-1107.

## Apartment Furnished

Utilities paid, 2 bedroom, $500 + deposit. No pets. Garfield St. 989-686-0145

## Apartment Unfurnished

1124 Stanton, large 1 bedroom, $500 includes utilities. (989) 662-8352.

1216 1/2 Wellington - Ground floor, 2 bedroom, no pets, $550. Reference and deposit. 989-684-7407.

1 & 2 bedroom rentals. $425-$575. HUD OK 989-684-9766/ 992-6027

1418 4th, Beautiful Town-house, 2 bedroom, 2 story, $595. 406-947-2094

1 bedroom, $400 2100 6th St., utilities free. 892-0018, 2-10 PM, no pets

1 Bedroom Apartments, Seniors 55+ Garfield Manor 1011 Fraser Street (989) 892-4213.

Oak Creek Apartments. Under New Management. Central Air. Clean. 1 Bedroom $385. 2 Bedroom $399. $99 Security Deposit. 1 Month FREE!! With 12 month lease. Mon.-Fri. 9 to 5 pm Sat. by appointment www.theoakcreek.com 989-892-1451

1 bedroom lower, 502 N. Jackson $350 + utilities, deposit. no pets 892-1124.

1 bedrooms, upper/lower, downtown, clean! No pets/smoking $325 + utilities. Call 989-233-7556

1 bedroom, up stairs, good condition. by hospital $365/mo + deposit, includes utilities. References. 233-3732.

303 N. Union. 1 bedroom, lower, appliances, all utilities pd, $325, 989-965-1118

Abide in large 1 bedroom, private entrance. $335 + no deposit with reference. (989) 280-0582

About the quietest large 1 bedroom, storage, water paid., 614 S. Farragut/18th., $395. Cat ok! 892-6766

Open House Mon. through Fri. $250 OFF 1st Month's Rent No Application Fee (with this ad) Midland Manor Senior Community 4640 Fox Pointe Dr. (On Midland Rd., 1/4 Mile West of Euclid) Bay City (989) 671-1748

All utilities included - East Side upper 1 bedroom, 500 McKinley, $450 + deposit, no dogs. (989) 326-1938.

All utilities included - Small nice efficiency, 315 Adams St., $325 no dogs. 326-1938.

AUBURN-2 bedroom, $420. Woods Apts., 662-4461. Mon.-Fri. 9-5 No pets.

Bangor Downs is now accepting applications for 3 & 4 bedroom townhouses. Subsidized Housing. Mon.-Fri. 8-5pm. Call 686-4130.

## Apartment Unfurnished

BANGOR TWP Locations Spacious 1 Bedroom Apts. Starting as low as $425 mo. Call today and ask about our specials 989-671-1748.

HAMPTON HOUSE VILLAS Essexville Behind Kroger Large Ranch Style 1 Bedroom Apartment Homes. Prime Location. Pool & Picnic Area. Heat & Water Free. Rent Specials 989-892-9491 9am-6pm

Bay City East Side, above business. 114 Washington, immediate occupancy, 2 bedroom, $425 month+ electric and gas. 893-9292

Bay Manor Apartments 100% guarantee, job assurance program, security deposit alternative. Call for current specials! 989-684-7450

BAY VALLEY APTS Beautiful safe quiet country area. Mo. to mo. Lease. No Security deposit. Remodeled 1-2-3 bedrooms & studios. Large wonderful pool. Laundry. Carports. Children & pets welcome. Near Delta & SVSU. Starting at $425/mo. Furnished Units. (989) 684-2298

Bradley House Age 50 with disability or 62 years of age. Rent based on income. $200 Move in bonus. 893-2007

Center, 1200. 1 bedroom, all utilities included. $475 + deposit. (989) 751-8314.

## Apartment Unfurnished

Center Ave. Historical District 1, 2 & 3 bedrooms, heat & water included. Call for our specials, Sheridan Arms, 1300 Center, 893-7061.

Center & Johnson area 1-2 bedroom apt. & studio $260-$450. Heat & water paid, no pets. 892-4571.

Clean, updated, Westside 1 bedroom upper, $400, water included, no pets 239-7755.

Clean West side 1 Bedroom upper. $300/mo. No pets. No smoking. 752-1188.

COUNTRY MEADOWS! 55 & over One Bedroom Level 2 bedroom available. (989) 671-0153. Mon. - Fri. 9-5, Sat. 11-3.

DELUXE RENTALS Freeland area, Bay & Freeland Rds. 989-239-0945.

Dorm room type efficiency $280 utilities free 1112 Center Ave. 892-0018, 2-10 PM

## Apartment Unfurnished

EAST BAY VILLAGE On select 2 Bedroom Apartments Lease Now and receive FREE Rent until Feb., 1st Call us! 989-892-3566 www.eastbayvillageaptsmi.com

EASTSIDE - WESTSIDE 1 Bedroom apts. No pets please (989) 892-7795

Essexville, Village Square Apts. starting as low as $495. Heat, water and lighted carport included. Stop in and check out our spacious 2 bedroom apts. or call 989-895-5731.

GARFIELD, 809 - Deluxe 1 bedroom, $400 including cable & all utilities. 529-9063

HUNTINGTON PLACE 1-2 BEDROOM SPECIAL NO RENT DUE TIL 2010 989-892-2751 837 N. Scheurmann Rd. markmanagementco.com

## Apartment Unfurnished

Happy Holidays To You...
OUR GIFT TO YOU... FIRST MONTH FREE!*
Old Orchard By The Bay
440 Old Orchard Dr. Essexville
989-892-5702
Mon.-Fri. 10-5, Sat. 10-2
www.OldOrchardByTheBay.com

# Bargain Times ITEMS $50-$99

100 LB. PROPANE TANK $99. (989) 225-0516

ANTIQUE HUFFY BIKE $99 (989) 415-9740.

ANTIQUE POT BELLY STOVE $99 710-8000.

BEDFRAME and Headboard. $30. (989) 684-0052.

BEDROOM SET, girls. New mattress $95 205-4637.

BOOKCASE - oak, 12x 32x72. $99. (989) 684-0052.

Bookshelves- 6 shelves oak wood 8x6x12 $99 992-6159.

COKES - (63) 8 oz, full. $75. (989) 387-3884.

Diapers, size 6 Pampers, $4 package. (989) 412-0473.

Diapers, small adult, $2 package. (989) 412-0473.

DRESSER - oak, 18x32x50. $99. (989) 684-0052.

DRESSER- triple, wood with Mirror $75 894-0896.

GENERATOR- 1500 WATT $99. 684-2186.

GIRLS BEDROOM SET, new mattress $95 205-4637.

GPS HANDHELD GARMIN 12 $75 684-2186.

GRACO Stroller/ Carseat, 3 Bases $75 684-5738

HUNTING BLIND - Primos Groundblind $99. 684-2186.

LITTLE TIKES H2 HUMMER $99 (989) 415-9740.

MAGNAVOX 46" Rear Projection TV $60 686-2021.

MOBILE DVD SYSTEM 2 Screen. New $75 686-1838.

NEW TIRE P245/ 65/70R17 $50 (989) 860-7748.

PLATES - Coca-Cola, (4) 8 inch. $99. (989) 387-3884.

RADIATOR '92 GEO. NEW. $55 662-7215.

REFRIGERATOR - LANE, tan / brown $80 684-5738

REFRIGERATOR- 21 Cu Ft Frigidaire $99 205-4637.

REFRIGERATOR - Side by Side $99 239-5292.

RIMS 4 Chrome 16"x9" Dodge 5 bolt $99 992-6159.

SLED FOR SNOWMOBILE DOGSLED $99. 684-2186.

Snowblower MTD - Runs Excellent $99 firm 798-0100

SNOWBOARD & BOOTS Size 8 & Bag $99 684-6012.

Snowmobile Jacket, Arctic Cat ladies L $65. 684-2186.

Snowmobile Jacket, mens XL Leather $75. 684-2186.

Snowplow! Craftsman 42" $75 (989) 684-9451

TIRES - 4, on new Rims 235-55-R17 $99. 225-6516

TIRES- 4/ P265/70 R17 $60 (989) 860-7748.

TORO ELECTRIC SHOVEL, New. $60 684-5738.

TREADMILL - POWER INCLINE $99 798-0100.

Vanity- marble top, 2 drawers, nice $99 992-6159.

WEBKINZ - Brand new. $99 for all. Call 686-3076.

White Tree 7 ft. Blue LED Lights, new $99 894-0014.

SELL YOUR RV with a little help from classified Call 894-2871 today

## General Help Wanted

WANT EXTRA CASH? It's Easy. Become an Independent Carrier!
- Be your own boss
- Only a few hours a day
- Earn extra money
- Deliver a well-respected product in the community

ROUTES OPENING SOON:
- Mornings on Thursday, Friday and Sunday
- Must be 18 years or older
- Must have reliable transportation

For more information, call 989-671-1201 Monday through Friday from 9:30am to 6pm.

THE BAY CITY TIMES www.bc-times.com/delivers

You can Advertise your BARGAIN TIMES Ads for $2.00! Ads Publish in Thursday & Friday Classified! FOR MORE INFORMATION CALL 894-2871

BARGAIN TIMES ITEMS $50-$99 Deadline: Wednesdays at Noon

Ads publish in Thurs. & Fri Classified

- 2-line ad, $2 each or 3 ads for $5.
- No Phone Orders. Mail or bring form in.
- Private Party Non-Commercial ads only.
- Price and Phone Number must be included.
- One item per ad.

Name____ Phone____
Address____
City____ Zip____

1
2
1
2
1
2

$____ Payment enclosed or charge to: Visa, Mastercard, Discover or American Express

Card #____-____-____-____
Expires____ 3 Digit Security Code____
Signature____ Date____

Mail to: BARGAIN TIMES, 311 Fifth Street, Bay City, MI 48708

## Legal Notices

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |
| In re REMEDIATION AND LIABILITY MANAGEMENT COMPANY, INC., Debtor. | Chapter 11 Case No. 09-50029 (REG) |
| In re ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC., Debtor. | Chapter 11 Case No. 09-50030 (REG) |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50029 (REG) | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50030 (REG) | 41-1650789 | GM National Hawaii, Inc., NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE THAT, on December 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., as debtors in possession (each subsidiaries of **General Motors Corporation**) (collectively, the "**REALM/ENCORE Debtors**") entered an order (the "**Bar Date Order**") establishing **February 1, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("**Proof of Claim**") based on prepetition claims against any of the REALM/ENCORE Debtors (the "**Bar Date**").

The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the REALM/ENCORE Debtors that arose prior to **October 9, 2009**, the date on which the REALM/ENCORE Debtors commenced their cases under chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**").

**The REALM/ENCORE Debtors were subsidiaries of GENERAL MOTORS CORPORATION. The properties owned by the REALM/ENCORE Debtors, which are listed below, may have been known to you as property of General Motors Corporation.**

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a **Proof of Claim** to vote on a chapter 11 plan filed by the REALM/ENCORE Debtors or to share in any of the REALM/ENCORE Debtors' estates if you have a claim that arose prior to **October 9, 2009**. Acts or omissions that occurred before **October 9, 2009** may give rise to claims against the REALM/ENCORE Debtors that must be filed by **February 1, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **October 9, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM.**

**2. WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be **actually received** on or before **February 1, 2010** at the following address:

| If by overnight courier or hand delivery to: | If by first-class mail, to: |
|---|---|
| The Garden City Group, Inc.<br>Attn: Motors Liquidation Company Claims Processing<br>5151 Blazer Parkway, Suite A<br>Dublin, Ohio 43017 | The Garden City Group, Inc.<br>Attn: Motors Liquidation Company Claims Processing<br>P.O. Box 9386<br>Dublin, Ohio 43017-4286 |

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 1, 2010**. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10 ("**Proof of Claim Form**"); (iv) state the REALM/ENCORE Debtor against which it is filed; (v) set forth the factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or ww.motorsliquidation.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

***If you do not file a Proof of Claim on or before February 1, 2010 in the appropriate form in accordance with the procedures described in this Notice for any claim you wish to assert, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything relating to the claim, and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the REALM/ENCORE Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the REALM/ENCORE Debtors' chapter 11 cases.***

**A holder of a possible claim should consult an attorney as to whether the holder should file a Proof of Claim.**

DATED: December 2, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| 6560 CASS AVENUE (NEW CENTER COMPLEX) | 6560 CASS AVENUE | DETROIT, MICHIGAN 48202 |
| BAY CITY - CROTTY STREET | 1001 WOODSIDE AVENUE | BAY CITY, MICHIGAN 48708 |
| DANVILLE CENTRAL FOUNDRY LANDFILL | I-74 @ G STREET | DANVILLE, ILLINOIS 61832 |
| DELPHI I-COLDWATER ROAD (LANDFILL & WWTP CLOSURE) | WWTP AT 6220 HORTON STREET, LANDFILL AT 1245 EAST | FLINT, MICHIGAN 48505 |
| DELPHI SAGINAW PLANT 2 - LANDFILL | 79 WEST CENTER STREET | SAGINAW, MICHIGAN 48605 |
| ELYRIA LANDFILL (LORAINE) | 1400 LOWELL STREET | ELYRIA, OHIO 44035 |
| FORMER DELCO CHASSIS PLANT | 12950 ECKLES ROAD | LIVONIA, MICHIGAN 48150 |
| GMPT - TOLEDO REALM PARCEL | 1455 WEST ALEXIS ROAD | TOLEDO, OHIO 43612 |
| GREENPOINT LANDFILL | 77, 79 WEST CENTER STREET AND 3305, 3307 GABRIEL | SAGINAW, MICHIGAN 48602 |
| LEEDS ASSEMBLY LAND | LAND SOUTH OF 6817 STADIUM DRIVE | KANSAS CITY, MISSOURI 64129 |
| LEY CREEK SITE (SALINA) | FACTORY AVENUE AND/OR MALLOY ROAD EAST | SALINA, NEW YORK 13209 |
| LINDEN ROAD | 1200 SOUTH LINDEN ROAD | FLINT TOWNSHIP, MICHIGAN 48532 |
| PEREGRINE - COLDWATER ROAD (PLANT) | 1245 EAST COLDWATER ROAD (G-1245 EAST COLDWATER ROAD) | FLINT, MICHIGAN 48505 |
| SOUTH LAGOON (MORAINE COMPLEX) | 3801 DRYDEN | MORAINE, OHIO 45439 |
| SUMMERFIELD (LAND ALONG STANLEY ROAD) | STANLEY ROAD | MT. MORRIS, MICHIGAN 48458 |
| TEXTILE ROAD LAND | BUNTON & TEXTILE ROADS | YPSILANTI, MICHIGAN 48197 |
| TONAWANDA LANDFILL | 2520 KENMORE AVENUE | TONAWANDA, NEW YORK 14207 |
| VACANT LAND SOUTH OF VAN BORN | 5000 ECORSE ROAD | BELLEVILLE, MICHIGAN 48111 |

3532978-01

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* Debtors.** | **Chapter 11 Case No. 09-50026 (REG)** **(Jointly Administered)** |
| **In re REMEDIATION AND LIABILITY MANAGEMENT COMPANY, INC., Debtor.** | **Chapter 11 Case No. 09-50029 (REG)** |
| **In re ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC., Debtor.** | **Chapter 11 Case No. 09-50030 (REG)** |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50029 (REG) | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50030 (REG) | 41-1650789 | GM National Hawaii, Inc., NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE THAT, on December 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., as debtors in possession (each subsidiaries of **General Motors Corporation**) (collectively, the "**REALM/ENCORE Debtors**") entered an order (the "**Bar Date Order**") establishing **February 1, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("**Proof of Claim**") based on prepetition claims against any of the REALM/ENCORE Debtors (the "**Bar Date**").

The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the REALM/ENCORE Debtors that arose prior to **October 9, 2009**, the date on which the REALM/ENCORE Debtors commenced their cases under chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**").

**The REALM/ENCORE Debtors were subsidiaries of GENERAL MOTORS CORPORATION. The properties owned by the REALM/ENCORE Debtors, which are listed below, may have been known to you as property of General Motors Corporation.**

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a **Proof of Claim** to vote on a chapter 11 plan filed by the REALM/ENCORE Debtors or to share in any of the REALM/ENCORE Debtors' estates if you have a claim that arose prior to **October 9, 2009**. Acts or omissions that occurred before **October 9, 2009** may give rise to claims against the REALM/ENCORE Debtors that must be filed by **February 1, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **October 9, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM.**

**2. WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be **actually received** on or before **February 1, 2010** at the following address:

| If by overnight courier or hand delivery to: | If by first-class mail, to: |
|---|---|
| The Garden City Group, Inc.<br>Attn: Motors Liquidation Company<br>Claims Processing<br>5151 Blazer Parkway, Suite A<br>Dublin, Ohio 43017 | The Garden City Group, Inc.<br>Attn: Motors Liquidation<br>Company Claims Processing<br>P.O. Box 9386<br>Dublin, Ohio 43017-4286 |

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 1, 2010**. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10 ("**Proof of Claim Form**"); (iv) state the REALM/ENCORE Debtor against which it is filed; (v) set forth the factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or ww.motorsliquidation.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

***If you do not file a Proof of Claim on or before February 1, 2010 in the appropriate form in accordance with the procedures described in this Notice for any claim you wish to assert, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything relating to the claim, and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the REALM/ENCORE Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the REALM/ENCORE Debtors' chapter 11 cases.***

**A holder of a possible claim should consult an attorney as to whether the holder should file a Proof of Claim.**

DATED: December 2, 2009 BY ORDER OF THE COURT
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| 6560 CASS AVENUE (NEW CENTER COMPLEX) | 6560 CASS AVENUE | DETROIT, MICHIGAN 48202 |
| BAY CITY - CROTTY STREET | 1001 WOODSIDE AVENUE | BAY CITY, MICHIGAN 48708 |
| DANVILLE CENTRAL FOUNDRY LANDFILL | I-74 @ G STREET | DANVILLE, ILLINOIS 61832 |
| DELPHI I-COLDWATER ROAD (LANDFILL & WWTP CLOSURE) | WWTP AT 6220 HORTON STREET, LANDFILL AT 1245 EAST | FLINT, MICHIGAN 48505 |
| DELPHI SAGINAW PLANT 2 - LANDFILL | 79 WEST CENTER STREET | SAGINAW, MICHIGAN 48605 |
| ELYRIA LANDFILL (LORAINE) | 1400 LOWELL STREET | ELYRIA, OHIO 44035 |
| FORMER DELCO CHASSIS PLANT | 12950 ECKLES ROAD | LIVONIA, MICHIGAN 48150 |
| GMPT - TOLEDO REALM PARCEL | 1455 WEST ALEXIS ROAD | TOLEDO, OHIO 43612 |
| GREENPOINT LANDFILL | 77, 79 WEST CENTER STREET AND 3305, 3307 GABRIEL | SAGINAW, MICHIGAN 48602 |
| LEEDS ASSEMBLY LAND | LAND SOUTH OF 6817 STADIUM DRIVE | KANSAS CITY, MISSOURI 64129 |
| LEY CREEK SITE (SALINA) | FACTORY AVENUE AND/OR MALLOY ROAD EAST | SALINA, NEW YORK 13209 |
| LINDEN ROAD | 1200 SOUTH LINDEN ROAD | FLINT TOWNSHIP, MICHIGAN 48532 |
| PEREGRINE - COLDWATER ROAD (PLANT) | 1245 EAST COLDWATER ROAD (G-1245 EAST COLDWATER ROAD) | FLINT, MICHIGAN 48505 |
| SOUTH LAGOON (MORAINE COMPLEX) | 3801 DRYDEN | MORAINE, OHIO 45439 |
| SUMMERFIELD (LAND ALONG STANLEY ROAD) | STANLEY ROAD | MT. MORRIS, MICHIGAN 48458 |
| TEXTILE ROAD LAND | BUNTON & TEXTILE ROADS | YPSILANTI, MICHIGAN 48197 |
| TONAWANDA LANDFILL | 2520 KENMORE AVENUE | TONAWANDA, NEW YORK 14207 |
| VACANT LAND SOUTH OF VAN BORN | 5000 ECORSE ROAD | BELLEVILLE, MICHIGAN 48111 |

N2000435pdf

## MOBILE HOMES FOR SALE

**GRAND BLANC** Schools 3 bedroom, 2 bath. Low down /mo. Owner financing, all credit. 814-0013.

**Swartz Creek/Durand** - Great Value! $500 a month - Low down payment. 3 bedroom, 2 bath. Call 810-814-0013.

## MISCELLANEOUS SERVICES

**WE BUY HOUSES**
(810) 767-2727
www.helmbuys.com

**WE BUY HOUSES**
(810) 767-2727
www.helmbuys.com

## NORTHERN MICHIGAN PROPERTIES

**Atlanta, MI** Fully furnished cabin, $26,000 **GREAT HUNTING AND SNOWMOBILING AREA!** (810) 639-4305

## SUBURBAN FOR SALE

CARMAN-AINSWORTH - Foreclosure. 2 bedroom, deck, fenced yard, pole barn, air. $60,000. The Paul Raymond Team 810-244-8889, Re/Max Select.

CARMAN - Immaculate completely remodeled 4 bedroom, 2 bath home, 1 acre. $89,900 Lease option available. Garrow & Associates 866-845-9887.

**CARMAN - Land contract.** 3 bedroom, garage, basement. $34,900. **Dale Wolbert 810-577-7446 PRUDENTIAL GREAT LAKES REALTY**

## SUBURBAN FOR SALE

CHESANING - 1800 sq. ft. 3 bedroom, 2 bath. Excellent condition. Attached garage. $89,900. Call Howard, Garrow & Associates 866-845-9887.

CHESANING - 2 bedrooms hardwood floors. Newer roof, fenced backyard. All appliances. $49,900. Howard, Garrow & Associates 866-845-9887.

CHESANING - 5 yr. old home, 200+ ft golf course frontage 3.3 wooded acre 3,700+ sq ft. $359,000. Call Howard Garrow & Associates 866-845-9887.

CHESANING - Land contract. Newer deluxe golf course condo, end unit. Full basement. $154,900. Call Howard, Garrow & Associates 866-845-9887.

CHESANING - Ranch, over 2,100 sq. ft., 300 feet of Shiawassee River frontage. 1.7 acres. $159,000. Call Howard, Garrow & Associates 866-845-9887.

CLIO - 3 bedroom brick & vinyl ranch on 1 acre, many updates, 2 car garage & deck. $82,900. Gary, Garrow & Associates 810-250-8347.

CLIO - Completely remodeled from studs out. 3 large bedrooms, 1276 sq. ft. 2 custom decks. $79,900. Gary, Garrow & Associates 810-250-8347.

CLIO - Land Contract totally remodeled 1992 ranch. 3 bedrooms, 2 baths, 1.5 acres. $128,900. Call Gary, Garrow & Associates 810-250-8347.

## SUBURBAN FOR SALE

CLIO - Large tri-level home updated kitchen, bath & floor coverings. 3 bedrooms, 1 acre. $94,900. Call Gary, Garrow & Associates 810-250-8347.

**DAVISON** - 1.5 story. 1290 sq. ft. 3 bedroom, 2 bath, garage, wooded lot, updates. Alta Vista 653-3558.

**Davison** - 3 bedroom 1.5 acres, polebarn rent with option to buy. At $74,900 Move in under $2500 FHA. Call for details First Real Estate 810-252-6813

DAVISON - Foreclosure. 3 bedroom, basement, 2 car garage, deck, air, & more. $79,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

DAVISON - HUD Home. 4 bedroom, 1.5 baths, basement, 2 car garage, over 1500 sq. ft. $76,000. The Paul Raymond Team 810-244-8889, Re/Max Select.

**DAVISON** - Ranch. 1040 sq. ft. 3 bedroom, Florida room, garage, updates. Alta Vista 810-653-3558.

FLUSHING - Beautiful 2003 home, 2200+ sq. ft. 3 bedrooms, 2.5 baths, 3 car garage, New price $218,900. Gary, Garrow & Associates 810-250-8347.

GAINES - 10 acres. New septic & well. 3 bedrooms, 2 barns, 2 storage buildings, lean two. $84,900. Gary, Garrow & Associates 810-250-8347.

GAINES - Update 4 bedroom farmhouse nestled on 11.2 acres. Wooded with stream. $109,900. Gary, Garrow & Associates 810-250-8347.

## SUBURBAN FOR SALE

GRAND BLANC - Foreclosure. 2 bedroom, basement, deck, needs TLC. $36,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

GRAND BLANC - Foreclosure. 4 bedroom, 2.5 bath, basement, 2 car garage, fireplace. $146,900. Paul Raymond Team 810-244-8889, Re/Max Select.

GRAND BLANC - Foreclosure. 4 bedroom, basement, garage, air. $41,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

GRAND BLANC - HUD Home. 3 bedroom, 1.5 baths, basement, 1800+ sq. ft. $62,000. The Paul Raymond Team 810-244-8889, Re/Max Select.

KEARSLEY - Foreclosure. 3 bedroom, 2.5 bath, finished basement, 2200+ sq. ft. $120,000. The Paul Raymond Team 810-244-8889, Re/Max Select.

KEARSLEY - HUD Home. 2 bedroom, basement, 2 car garage, nearly an acre of land. $14,000. The Paul Raymond Team 810-244-8889, Re/Max Select.

LINDEN - Foreclosure. 4 bedroom, 2 baths, fireplace, deck, pool, fenced yard. $119,900. Call The Paul Raymond Team 810-244-8889, Re/Max Select.

MILLINGTON - 78 acres beautiful setting, 3 bedroom, 2 baths, pole barn, outdoor wood burner. $259,000. Gary, Garrow & Associates 810-250-8347.

MONTROSE - Completely remodeled, ready to move into. 4 bedrooms, close to schools & town. $96,500. Gary, Garrow & Associates 810-250-8347.

MT. MORRIS - 1778 sq. ft. Commercial Building is shell. Can be finished for business. $49,000. Call Gary, Garrow & Associates 810-250-8347.

MT. MORRIS - 2 story home close to everything totally remodeled move right in, warranty. $44,900. Gary, Garrow & Associates 810-250-8347.

MT. MORRIS - Large 3 bedroom ranch in country, 1 acre, over 1500 sq. ft., built 2003. $69,900. Call Gary, Garrow & Associates 810-250-8347.

**RENT MY** 2 bedroom/3 bath home! $650/mo. Call 810-356-4580

SWARTZ CREEK - Foreclosure. 3 bedroom, 1.5 baths, garage, fireplace, & more. $89,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

SWARTZ CREEK - HUD. 4 bedroom, 2 bath, basement, 2 car garage, 1800+ sq. ft. $90,000. The Paul Raymond Team 810-244-8889, Re/Max Select.

WESTSIDE - Flint Twp. Well insulated energy efficeint home. 2 full baths. New price $59,900. Land contract. Garrow & Associates 866-845-9887.

**OWN A HOME TODAY** with **NO MONEY** out of pocket! You may qualify for the **NEW** government tax credit program. Bad credit, no problem. EZ in-house financing! Hometown America. 810-503-4424

## ANNOUNCEMENTS

- Adoptions
- Adult Foster Care
- Bands DJs Music
- Bids
- Card of Thanks
- Charity Games
- Child Care Providers
- Entertainment Services
- Found
- Happy Ads
- Housesitting
- Legal Notices
- Lost
- Medical Emotional Services
- Personals
- Professional Services
- Public Notices
- Senior Services
- Tickets

## ADOPTIONS

**Adopting your newborn** is our dream. Secure future & endless love awaits your precious baby. Expenses Paid. Arlene and George 888-571-5187

**ADOPT: Loving** Married Couple with so much to offer would love to adopt your baby. Can provide a lifetime of happiness and endless opportunities. Expenses paid. Please call Kathleen and Don at 866-714-8712.

**ADOPT:** Stay at home teacher Mom and devoted Dad dream of providing your newborn with a great home, excellent education and lots of love and laughter. Expenses paid. Please call **Mary Jane and Marty, 888-796-7370.**

## CARD OF THANKS

Thank you everyone for the cards, flowers, prayers and kind words sent in memory of DUTCH G. DAVIS. **Thank you from Mary Davis & Family.**

## FOUND

Big black cat, in 2008, Cody/McKinley School area. 810-239-4157

**Dog- Large,** white, male. Found on Nov. 23. 10am on Elms rd 810-732-6687

FOUND German Shepherd, sable colored, Dye & Corunna Rd. 441-8738.

## LEGAL NOTICES

**Lien sale by sealed bid** only on 12/30/2009 at 10 a.m. Dye Road Storage, 3172 S. Dye Rd. Flint, MI 48507 Ph. 810-732-7685 Auction is with reserve. D.R.S. reserves the right to set minimum bids and to refuse bids. Cash only. All contents must be removed in 24 hours. You must sign a 24 hour contract to remove contents. MICHAEL FLORIS, HOUSEHOLD, UNIT 6-29.

## LOST

**LOST BULLMASTIFF,** 90 lbs, Dec. 15, Clio area, Webster and Vienna Rd, Rd, tan with black face. Call Carrie 810-955-4057

**LOST gray & white** Miniature Schnauzer,, male, area of Wolcott & Eldorado. Reward. Call (810) 238-6462.

## PERSONALS

**Would like to contact Gary Norris. Dick Perkins. 541-923-1020**

## TICKETS

**HAWAII 2** Round trip air fares. Leave Detroit, $199 ea., 1-800-325-8816.

Looking for a new car?
There's DOZENS to test drive in the Classifieds.

## PUBLIC NOTICES

### NOTICE

3529066-01

**THE FOLLOWING PROPERTIES ALL LOCATED IN THE CITY OF FLINT "SMITH VILLAGE" HAVE BEEN TRANSFERRED TO THE GENESEE COUNTY LAND BANK AUTHORITY AND ARE SUBJECT TO AN EXPEDITED QUIET TITLE AND FORECLOSURE ACTION. OWNERS OR PERSONS WITH INFORMATION REGARDING THE PRIOR OWNER OF THE PROPERTIES ARE REQUESTED TO CONTACT THE GENESEE COUNTY LAND BANK AUTHORITY 452 S. SAGINAW STREET, 2ND FLOOR FLINT, MI 48502 (810)257-3088**

On October 14, 2009 the Genesee County Land Bank Authority recorded with the Genesee County Register of Deeds a Notice of Pending Expedited Quiet Title and Foreclosure Action. On October 15, 2009 the Genesee County Land Bank Authority filed in the Genesee County Circuit Court, Case No. 09-092357-CZ-N, a petition to quiet title. The Land Bank Authority currently holds title to the parcels listed below. A hearing on the petition is scheduled for **January 5, 2010 at 8:45 a.m. in the Courtroom of Judge Geoffrey L. Neithercut**. The court is located on the third floor of the Genesee County Courthouse, 900 S. Saginaw Street, Flint, MI 48502. If the petition is granted, fee simple title will vest absolutely in the Genesee County Land Bank and all other persons, if any, with interests will lose those interests with no right of redemption.
If you wish to contest the vesting of absolute title in the Genesee County Land Bank Authority, you should file a written objection to the petition with the clerk of the Genesee County Circuit Court and serve the objection on the Genesee County Land Bank Authority prior to the hearing. The Genesee County Land Bank Authority is located at 452 S. Saginaw St., 2nd Floor, Flint, MI 48502. The telephone number is 810.257.3088. The fax number is 810.257.3090.

**YOU: Linwood Peacock, James Peacock, Barbara Peacock, Larry Peacock, Alton Peacock, Estate of Dorothy Peacock, Ben Peacock, Marlena Wansley, Guardian** 40-12-206-016, VL Mary St
THE SUBDIVISION OF PART OF SECTION 2 OF THE SMITH RESERVATION, SO-CALLED, ADJOINING THE VILLAGE OF GRAND TRAVERSE AT FLINT RIVER. PART OF LOT 3 DESC AS BEG AT A PT IN SLY LINE OF MARY ST, 140 FT WLY FROM WLY LINE OF AVE B; TH WLY ALG SD SLY LINE 25 FT; TH SLY AT RT ANGLES TO SD SLY LINE 100 FT; TH ELY = WITH SD SLY LINE 25 FT; TH NLY 100 FT TO POB.
**YOU: Oma J Fields**, 40-12-204-017, 213 Crosby St
PARK HEIGHTS ADDITION LOT 16.
**YOU: Zoher Karam, Fatme Karam**, 40-12-205-001, 1514 M L King Ave
PARK HEIGHTS ADDITION LOT 7 EXC ELY 80 FT.
**YOU: Jessie Wooldridge, James R Burroughs, Jonathan E Burroughs II, Donald E Johnson, Jr, Edward J Neithercut**, 40-12-206-047, 1529 Avenue B
THE SUBDIVISION OF PART OF SECTION 2 OF THE SMITH RESERVATION, SO-CALLED, ADJOINING THE VILLAGE OF GRAND TRAVERSE, AT FLINT RIVER. PART OF LOT 3 DESC AS BEG AT A PT ON WLY LINE OF AVE B 100 FT SLY FROM SLY LINE OF MARY ST; TH WLY = WITH SD SLY LINE 165 FT; TH SLY = WITH SD WLY LINE 55 FT; TH ELY = WITH SD SLY LINE 165 FT TO SD WLY LINE; TH NLY 55 FT TO POB; EXC W 60 FT.
**YOU: Jessie Wooldridge, Richard Wooldridge**, 40-12-206-048, VL Avenue B
THE SUBDIVISION OF PART OF SECTION 2 OF THE SMITH RESERVATION, SO-CALLED, ADJOINING THE VILLAGE OF GRAND TRAVERSE, AT FLINT RIVER. PART OF LOT 3 DESC AS BEG AT A PT ON WLY LINE OF AVE B 220 FT NLY FROM NLY LINE OF WOOD ST; TH NLY ALG SD WLY LINE TO A PT 155 FT SLY FROM SLY LINE OF MARY ST; TH WLY = WITH SD SLY LINE TO A PT HALF WAY BET WLY LINE OF AVE B AND ELY LINE OF AVE C; TH SLY = WITH SD WLY LINE TO A PT 220 FT NLY FROM SD NLY LINE; TH ELY TO POB.
**YOU: James Thomas**, 40-12-207-007, 326 Crosby St
THE SUBDIVISION OF PART OF SECTION 2 OF THE SMITH RESERVATION, SO-CALLED, ADJOINING THE VILLAGE OF GRAND TRAVERSE, AT FLINT RIVER. PART OF LOT 4 DESC AS BEG AT A PT ON SLY LINE OF CROSBY ST, 176.5 FT WLY FROM ITS INTERSEC WITH WLY LINE OF AVE C; TH WLY ALG SD SLY LINE 37 FT; TH SLY = WITH SD WLY LINE 97 FT; TH ELY = WITH SD SLY LINE 37 FT; TH NLY 97 FT TO BEG.
**YOU: Clarence Kemp, Tonia Alicia Kemp**, 40-12-207-008, 330 Crosby St
THE SUBDIVISION OF PART OF SECTION 2 OF THE SMITH RESERVATION, SO-CALLED, ADJOINING THE VILLAGE OF GRAND TRAVERSE, AT FLINT RIVER. PART OF LOT 4 DESC AS BEG AT A PT ON SLY LINE OF CROSBY ST, 139.5 FT WLY FROM ITS INTERSEC WITH WLY LINE OF AVE C; TH WLY ALG SD SLY LINE 37 FT; TH SLY = WITH SD WLY LINE 97 FT; TH ELY = WITH SD SLY LINE 25 FT; TH NLY = WITH SD WLY LINE 17.75 FT; TH ELY = WITH SD SLY LINE 12 FT; TH NLY = WITH SD WLY LINE TO BEG.
**YOU: Ernestine Todd**, 40-12-209-041, 1311 Avenue C
GEO. LADUE'S ADDITION LOT 29.
**YOU: Dennis G Towns, Mrs Dennis G Towns**, 40-12-210-042, 1209 Avenue B
MCFARLAN &CO.'S DETROIT STREET ADDITION LOT 11 EXC SLY 23 FT, BLK 3.
**YOU: Tina Lee, Summatyme, LLC**, 40-12-230-025, 465 E Wood St
THE SUBDIVISION OF PART OF SECTION 2 OF THE SMITH RESERVATION, SO-CALLED, ADJOINING THE VILLAGE OF GRAND TRAVERSE, AT FLINT RIVER. PART OF LOT 3 DESC AS BEG AT A PT ON NLY LINE OF WOOD ST, 138 FT ELY FROM ELY LINE OF AVE B; TH ELY = WITH SD NLY LINE 55 FT; TH NLY = WITH WLY LINE OF AVENUE A 70 FT; TH ELY = WITH SD NLY LINE 3 FT; TH NLY = WITH SD WLY LINE 36 FT; TH WLY = WITH SD NLY LINE 58 FT; TH SLY = WITH SD ELY LINE 106 FT TO POB.
**YOU: Melvin Hargrow, Cora E Hargrow, decd, First Union Home Equity Bank, NA, US Bank National Assoc, Trustee**, 40-12-231-006, 1524 Avenue A
GEORGE E. POMEROY'S ADDITION N 33 FT OF LOT 29
**YOU: Samuel Boyd, Erma Lee Boyd**, 40-12-231-023, VL Root St
GEORGE E. POMEROY'S ADDITION SLY 35.25 FT OF NLY 61.50 FT OF WLY 25 FT OF LOT 25.
**YOU: Light of the World Foundation, Board of Ed of City of Flint, Michigan Dept of Treasury, Citizens Bank**, 40-12-233-008, 1531 N Saginaw St
NLY 66 FT OF WLY 115.5 FT OF LOT 1; ALSO LOTS 4, 5 AND 6; ALSO LOTS 8 THRU 11 INCL; ALSO LOT 7 EXC ELY 9 FT, ALL IN PLAT OF GEORGE E. POMEROY'S ADDITION; ALSO A CONTIG PART OF PLAT OF POMEROY-BONBRIGHT THIRD ADDITION DESC AS: LOT 2; ALSO ELY 123 FT OF LOT 1.
**YOU: Flint Masjid of Al-Islam, Universal Community Development, Inc, Trustee**, 40-12-235-003, VL E Wood St
THE SUBDIVISION OF PART OF SECTION 2 OF THE SMITH RESERVATION, SO-CALLED, ADJOINING THE VILLAGE OF GRAND TRAVERSE, AT FLINT RIVER. PART OF LOTS 8 AND 9 DESC AS: BEG AT A PT 66 FT E FROM INTERSEC OF E LINE OF ROOT ST WITH S LINE OF WOOD ST; TH E ALG SD S LINE OF WOOD ST, 33 FT; TH S 60 FT; TH W 33 FT; TH N 60 FT TO BEG.
**YOU: Emmitt Robinson, Mrs Emmitt Robinson**, 40-12-276-002, VL (1418) Avenue B
GEO. LADUE'S ADDITION PART OF LOTS 2 AND 3 DESC AS; BEG AT INTERSEC OF WLY LINE OF LOT 3 WITH A LINE 11 FT SLY FROM AND PARL WITH NLY LINE OF SD LOT; TH ELY PARL WITH SD NLY LINE TO A PT 71 FT WLY FROM ELY LINE OF SD PLAT; TH NLY PARL WITH SD ELY LINE TO A LINE 31 FT NLY FROM AND PARL WITH SLY LINE OF LOT 2; TH WLY PARL WITH SD SLY LINE TO WLY LINE OF SD LOT; TH SLY ALONG WLY LINE OF LOTS 2 AND 3 TO POB.
**YOU: Chris Miller**, 40-12-276-020, 1212 Avenue B
MCFARLAN &CO.'S DETROIT STREET ADDITION LOT 10 EXC N 50 FT AND N 1/2 OF LOT 12, BLK 2.
**YOU: Flint Masjid of Al-Islam, Universal Community Development, Inc, Trustee**, 40-12-277-022, VL Root St
THE SUBDIVISION OF PART OF SECTION 2 OF THE SMITH RESERVATION, SO-CALLED, ADJOINING THE VILLAGE OF GRAND TRAVERSE, AT FLINT RIVER. PART OF LOT 8 DESC AS: BEG AT A PT ON W LINE OF ROOT ST, 99 FT N OF N LINE OF GOFFS ADDITION TO THE VILLAGE OF GRAND TRAVERSE; TH WLY AT RIGHT ANGLES WITH ROOT ST, 85.8 FT; TH NLY = WITH SD WLY LINE 12.36 FT; TH WLY = WITH SD NLY LINE 18.5 FT; TH NLY = WITH SD WLY LINE 86.64 FT TO S LINE OF ALLEY; TH ELY = WITH SD NLY LINE 104.3 FT TO SD WLY LINE; TH SLY ALG SD WLY LINE 99 FT TO BEG.
**YOU: Kendric Shackleford, Mrs Muhammad Abdul-Saboor**, 40-12-277-031, 1215 Root St
LOT E BLK 1 MCFARLAN &CO.'S DETROIT STREET ADDITION; ALSO PART OF OUTLOT 11 OF SUBDIVISION OF PART OF SECTION 2 OF THE SMITH RESERVATION" DESC AS FOLL; BEG AT A PT ON THE W'LY LINE OF ROOT ST, 250 FT S'LY OF THE S'LY LINE OF OUTLOT 8 OF SD SUB; TH S'LY ALONG THE W'LY LINE OF ROOT ST 60 FT; TH W'LY = WITH S'LY LINE OF SD OUTLOT 8 TO E'LY LINE OF MCFARLAN &CO.'S DETROIT STREET ADDITION; TH N'LY ALONG THE E'LY LINE OF SD ADD, 60 FT; TH E'LY TO POB.
**YOU: Chris Miller**, 40-12-278-019, VL Chippewa St
GOFF'S ADDITION TO THE VILLAGE OF GRAND TRAVERSE LOT 1 EXC N 35 FT AND LOT 2 EXC S 49-1/2 FT. BLK 2.
**YOU: Kalan Hill**, 40-12-279-015, 609 Williams St
GOFF'S ADDITION TO THE VILLAGE OF GRAND TRAVERSE. E 43-1/2 FT OF S 100 FT OF LOT 8, BLK. 1.
**YOU: Patricia H F Beardsley**, 40-12-280-005, 462 Williams St
MCFARLAN &CO.'S DETROIT STREET ADDITION WEST 10 FT OF LOT 1 AND E 26 FT OF LOT 2, BLOCK 6.
**YOU: Robert Balknight, Derrick J Houston**, 40-12-282-029, VL Chippewa St
RICE'S ADDITION LOT 8.
**YOU: Wesley D Benning, Michele D Benning, Michigan Dept of Treasury, Oxford Bank**, 40-12-283-015, VL (1014) Chippewa St
GARLAND'S ADDITION TO THE VILLAGE OF GRAND TRAVERSE. WLY 20 FT OF NLY 1/2 OF LOT 3; WLY 20 FT OF LOT 4; ALSO LOTS 10 AND 11; ALSO NLY 1/2 OF LOT 12, BLK 1.
**YOU: Earnest Lamar, Ernest Lamar**, 40-12-427-001, VL Louisa St.
PART OF LOT 18 OF THE SUBDIVISION OF PART OF SECTION 2 OF THE SMITH RESERVATION, SO-CALLED ADJOINING THE VILLAGE OF GRAND TRAVERSE, AT FLINT RIVER: BEG AT NWLY COR OF LOT 12 OF HAMILTON HOMESTEAD ADDITION; TH SELY ALG SWLY LINE OF SD LOT 66 FT; TH WLY 132 FT TO NWLY COR OF LOT 11 OF SD ADDITION; TH NWLY ALG NELY LINE OF DETROIT ST. 66 FT TO SLY LINE OF LOUISA ST.; TH ELY ALG SD SLY LINE 132 FT TO BEG; EXC BEG AT A PT ON NLY LINE OF SD LOT 11 72 FT ELY FROM NWLY COR OF SD LOT; TH ELY ALG SD NLY LINE AND ITS ELY EXT. 60 FT TO SWLY LINE OF SD LOT 12; TH NWLY ALG SD SWLY LINE 30.83 FT; TH SELY ON A DEFL ANG TO THE LEFT OF 165 DEG 17' 26 SEC , A DIST OF 18.17 FT; TH SWLY 50 FT TO POB; ALSO A CONTIG PART OF LOT 12 OF SD ADDITION: BEG AT NWLY COR OF SD LOT; TH SELY ALG SWLY LINE OF SD LOT 35.17 FT; TH NLY TO A PT ON NLY LINE OF SD LOT, 9 FT ELY FROM BEG; TH WLY ALG SD NLY LINE 9 FT TO BEG; ALSO PART OF LOT 11 OF SD ADDITION: BEG AT NWLY COR OF SD LOT; TH SELY ALG NELY LINE OF DETROIT ST., 15 FT; TH NELY TO A PT ON NLY LINE OF SD LOT, 72 FT ELY FROM BEG; TH WLY ALG SD NLY LINE 72 FT TO BEG.
**YOU: Barbara A Propes Trust, Christopher J Propes, Successor Trustee, Ruth E Richards, Successor Trustee, Antonio White, National Check Bureau, Inc, Stephan Marsh, Timothy Propes, Cheryl Ketchum, Daniel Propes, MaryLu Promenchenkel, James Propes, Jr.** 40-12-427-008, 818 M L King
HAMILTON HOMESTEAD ADDITION LOT 5.
**YOU: George B Noffsinger, Yvonne Noffsinger, Bankers Trust Co of CA, NA**, Linda S Corder, 41-18-306-022, VL (512) W Sixth St
FENTON & BISHOP'S WESTERLY ADDITION ELY 37-1/2 FT OF LOT 7 AND W 40 FT OF LOT 8, BLK 8. COMB ON 01/27/2009 FROM 41-18- 306-017, 41-18-306-018
**YOU: Chester J Thompson, Marycatherine A Thompson**, 41-18-306-020, VL Oak St FENTON &BISHOP'S WESTERLY ADDITION PART OF LOT 8. BEG AT NELY COR OF SD LOT; TH SELY ALG WLY LINE OF OAK ST., 31 FT; TH SWLY = WITH NLY LINE OF SD LOT, 82 FT; TH SLY TO A LINE 45 FT NELY FROM &= WITH WLY LINE OF SD LOT AT A PT 25 FT NWLY FROM SLY LINE OF SD LOT; TH SELY = WITH SD WLY LINE 25 FT TO SD SLY LINE; TH SWLY ALG SD SLY LINE 5.0 FT; TH NWLY = WITH WLY LINE OF SD LOT, 66 FT TO NLY LINE OF SD LOT; TH NELY ALG NLY LINE OF SD LOT, 92 FT TO BEG. BLK 8.
**YOU: Ghassan Issa Yacoub**, 41-18-352-014, VL W Sixth St
FENTON &BISHOP'S WESTERLY ADDITION. LOT 1 EXC ELY 70 FT. BLK 5.
**YOU: Timothy Allen Smith, Ghassan Issa Yacoub**, 41-18-356-025, VL (1209) Stockton St
FENTON &BISHOP'S WESTERLY ADDITION SLY 7 FT OF WLY 75 FT OF LOT 1; ALSO NLY 24 FT OF WLY 75 FT OF LOT 3; ALSO SLY 42 FT OF WLY 104.4 FT OF LOT 3, BLK 3. PROPERTY EXEMPT FROM AD VALOREM TAXES AND ASSESSED PURSUANT TO PA 261 OF 2003 EXPIRING 12/31/2035. COMB ON 01/27/2009 FROM 41-18-356-009, 41- 18-356-010
Persons with information regarding the owner or prior owner of the properties are requested to contact the Genesee County Land Bank Authority. VL is defined as Vacant Lot and no longer has a postal address.

## LEGAL NOTICES

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re **MOTORS LIQUIDATION COMPANY, *et al.*,** f/k/a **General Motors Corp., *et al.*** **Debtors.** | **Chapter 11 Case No. 09-50026 (REG)** **(Jointly Administered)** |
| In re **REMEDIATION AND LIABILITY MANAGEMENT COMPANY, INC.,** **Debtor.** | **Chapter 11 Case No. 09-50029 (REG)** |
| In re **ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC.,** **Debtor.** | **Chapter 11 Case No. 09-50030 (REG)** |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50029 (REG) | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50030 (REG) | 41-1650789 | GM National Hawaii, Inc., NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE THAT, on December 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., as debtors in possession (each subsidiaries of **General Motors Corporation**) (collectively, the "**REALM/ENCORE Debtors**") entered an order (the "**Bar Date Order**") establishing **February 1, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("**Proof of Claim**") based on prepetition claims against any of the REALM/ENCORE Debtors (the "**Bar Date**").

The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the REALM/ENCORE Debtors that arose prior to **October 9, 2009**, the date on which the REALM/ENCORE Debtors commenced their cases under chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**").

**The REALM/ENCORE Debtors were subsidiaries of GENERAL MOTORS CORPORATION. The properties owned by the REALM/ENCORE Debtors, which are listed below, may have been known to you as property of General Motors Corporation.**

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a **Proof of Claim** to vote on a chapter 11 plan filed by the REALM/ENCORE Debtors or to share in any of the REALM/ENCORE Debtors' estates if you have a claim that arose prior to **October 9, 2009**. Acts or omissions that occurred before **October 9, 2009** may give rise to claims against the REALM/ENCORE Debtors that must be filed by **February 1, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **October 9, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM.**

**2. WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be **actually received** on or before **February 1, 2010** at the following address:

| If by overnight courier or hand delivery to: | If by first-class mail, to: |
|---|---|
| The Garden City Group, Inc.<br>Attn: Motors Liquidation Company Claims Processing<br>5151 Blazer Parkway, Suite A<br>Dublin, Ohio 43017 | The Garden City Group, Inc.<br>Attn: Motors Liquidation Company Claims Processing<br>P.O. Box 9386<br>Dublin, Ohio 43017-4286 |

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 1, 2010**. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10 ("**Proof of Claim Form**"); (iv) state the REALM/ENCORE Debtor against which it is filed; (v) set forth the factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or ww.motorsliquidation.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

***If you do not file a Proof of Claim on or before February 1, 2010 in the appropriate form in accordance with the procedures described in this Notice for any claim you wish to assert, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything relating to the claim, and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the* REALM/ENCORE *Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the* REALM/ENCORE *Debtors' chapter 11 cases.***

**A holder of a possible claim should consult an attorney as to whether the holder should file a Proof of Claim.**

DATED: December 2, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| 6560 CASS AVENUE (NEW CENTER COMPLEX) | 6560 CASS AVENUE | DETROIT, MICHIGAN 48202 |
| BAY CITY - CROTTY STREET | 1001 WOODSIDE AVENUE | BAY CITY, MICHIGAN 48708 |
| DANVILLE CENTRAL FOUNDRY LANDFILL | I-74 @ G STREET | DANVILLE, ILLINOIS 61832 |
| DELPHI I-COLDWATER ROAD (LANDFILL & WWTP CLOSURE) | WWTP AT 6220 HORTON STREET, LANDFILL AT 1245 EAST | FLINT, MICHIGAN 48505 |
| DELPHI SAGINAW PLANT 2 - LANDFILL | 79 WEST CENTER STREET | SAGINAW, MICHIGAN 48605 |
| ELYRIA LANDFILL (LORAINE) | 1400 LOWELL STREET | ELYRIA, OHIO 44035 |
| FORMER DELCO CHASSIS PLANT | 12950 ECKLES ROAD | LIVONIA, MICHIGAN 48150 |
| GMPT - TOLEDO REALM PARCEL | 1455 WEST ALEXIS ROAD | TOLEDO, OHIO 43612 |
| GREENPOINT LANDFILL | 77, 79 WEST CENTER STREET AND 3305, 3307 GABRIEL | SAGINAW, MICHIGAN 48602 |
| LEEDS ASSEMBLY LAND | LAND SOUTH OF 6817 STADIUM DRIVE | KANSAS CITY, MISSOURI 64129 |
| LEY CREEK SITE (SALINA) | FACTORY AVENUE AND/OR MALLOY ROAD EAST | SALINA, NEW YORK 13209 |
| LINDEN ROAD | 1200 SOUTH LINDEN ROAD | FLINT TOWNSHIP, MICHIGAN 48532 |
| PEREGRINE - COLDWATER ROAD (PLANT) | 1245 EAST COLDWATER ROAD (G-1245 EAST COLDWATER ROAD) | FLINT, MICHIGAN 48505 |
| SOUTH LAGOON (MORAINE COMPLEX) | 3801 DRYDEN | MORAINE, OHIO 45439 |
| SUMMERFIELD (LAND ALONG STANLEY ROAD) | STANLEY ROAD | MT. MORRIS, MICHIGAN 48458 |
| TEXTILE ROAD LAND | BUNTON & TEXTILE ROADS | YPSILANTI, MICHIGAN 48197 |
| TONAWANDA LANDFILL | 2520 KENMORE AVENUE | TONAWANDA, NEW YORK 14207 |
| VACANT LAND SOUTH OF VAN BORN | 5000 ECORSE ROAD | BELLEVILLE, MICHIGAN 48111 |

3533163-01

Are you having a GARAGE SALE or a Yard Sale soon? The real key to making $$$$$$$ is to place an ad. Make readers say ★WOW★ I'm getting in my car now to ✓THIS SALE out. Get some attention, add an Eyecatcher!