Classified ads page - The Saginaw News, Thursday, December 17, 2009.

# Four Cougars place at mat invite

Garden City's boys wrestling team stepped away from dual meet competition last Saturday to host to its long-running invitational involving top teams from surrounding communities.

When the final seconds ticked away in the final match of the day, Dearborn Heights Annapolis was crowned champion of the 45th Garden City Wrestling Invitational.

The Cougars claimed the top spot ahead of runner-up Riverview and third-place North Farmington, which featured the likes of Upper Weight MVP Brian Miller (160).

Gibraltar Carlson placed fourth and Grosse Ile followed to round out the top five.

The remaining order of finish included Walled Lake Western, Livonia Churchill, Dearborn Fordson, Romulus, Garden City, Berkley, Livonia Clarenceville, Riverview Gabriel Richard, Lutheran Westland and Inkster.

The host Cougars produced a pair of fifth-place finishers and two sixth-place performers. Kevin Allard and Zack Copper both placed fifth in their respective weight classes, while Jeremy Dubiak and Zack Brock each finished sixth.

"Overall it was a good day," Garden City head coach Donald Giese said. "The tournament went well and we got great experience as a young team. I think we're doing real well and the kids are working hard."

**ROCHESTER INVITATIONAL:** Westland John Glenn's wrestling team stands 12-2 overall after finishing 4-1 Saturday in the Rochester Invitational dual match tournament.

The Rockets defeated West Bloomfield, 49-20; Ferndale, 54-19; Anchor Bay, 45-26; and the host Falcons, 42-28, before falling to Holt, ranked No. 5 in Division 1, 41-26.

Seniors Dustin Gajowiak (285 pounds), Anthony Pavlich (130), Joshua Austin (125) and Mark Thompson (135) all went undefeated on the day.

Glenn's 'B' team was also in action Saturday, taking runner-up honors at Galesburg-Augusta team tournament.

Freshman Quinn DuPaw (103) and Derrick Campbell (285) both went 5-0 on the day as the Rockets defeated Lawton (42-33), Gobles (48-23), Cassopolis (48-31) and the host Rams (54-24) before losing to Gull Lake in the finals (63-14).

On Dec. 10, Glenn made a case to earn a top ten wrestling rankings in Division 1 after earning a pair of victories over perennial state power Davison, 43-27, and host Linden, 46-24.

The Rockets received individual victories against Davison from Kyle Gillies (103 pounds), Steven Wakeford (112), Pavlich (130), Kevin Wacker (145), Michael Johnson (152), Zach Redden (160), Kameron Jones (171) and Gajowiak (285).

Glenn completed its sweep over the host Eagles as Gillies (103), Wakeford (112), Steve Shak (119), Austin (125), Pavlich (130), Thompson (135), Redden (160), Jones (171) and Gajowiak (285) posted wins.

**AVONDALE TEAM DUAL:** Livonia Stevenson wound up with a third-place finish in Saturday's Auburn Hills Avondale Team dual tournament.

Madison Heights Lamphere and the host Yellow Jackets finished one-two with records of 5-0 and 4-1, respectively.

Rounding out the six-school field was Stevenson (3-2), Farmington (2-3), Warren Fitzgerald (1-4) and Rochester Stoney Creek (0-5).

Josh Seibert went 5-0 at 160 pounds to lead the Spartans.

Charlie Kokenakes went 4-1 at 145, while Jacob Range and Nathan Keedle also combined for a 4-1 record at 288.

Going 3-2 on the day were Kody Roy (135), Chris Arnold (152) and Andrew Schramm (215). Danny McCarthy and Jacob Burns teamed up for a 7-3 mark at 171 and 189.

# Madonna men clipped by Rochester College

**BY BRAD EMONS**
OBSERVER STAFF WRITER

The Madonna University men's basketball team was unable to parlay its biggest win of the season Friday – falling on the second day of the 2009 State Farm Classic Saturday to visiting Rochester College, 65-61.

The 2-9 Crusaders, who upset 7-1 Notre Dame College (Ohio) on Friday, 78-72, ran out of gas down the stretch in their bid to beat the Warriors, who improved to 8-7 overall.

Four Rochester players scored in double figures led by Classic MVP Ricky Doron and Plymouth native Michael Graham with 14 each.

Marques Ewell added 12, while Adrian Shaffer II contributed 10.

Bryant Slaughter (Westland), named to the All-Tournament team, paced the Crusaders with a game-high 21 points on 8-of-16 shooting from the field. He was 5-of-9 from three-point range.

Geoff Gaylor, a 6-foot-8 junior center, added 18 points and 10 boards.

MU enjoyed a 33-31 halftime advantage and led 50-47 on a three-pointer with 8:49 remaining. But Rochester regrouped and outscored the Crusaders 18-12 down the stretch to earn the win. It was the second win for the Warriors this season over MU, the first coming Nov. 10 (82-76).

"We played hard last night and most of this game," MU coach Noel Emenhiser said. "We kind of let this game slip through our fingers.

"We were not getting the loose balls or rebounds."

With 6-7 junior Ryan Waidmann (Canton), the team's leading rebounder (6.3 per game) out this weekend for personal reasons, Emenhiser had to shorten his bench.

"We're trying to build some chemistry and we went with an eight- and nine-man rotation," the MU coach said. "Because Ryan did not play, we were kind of short, especially underneath."

Gaylor's play during the weekend has given Emenhiser cause for encouragement. The Roscommon native nearly recorded a double-double (20 points, nine rebounds) in the win Friday over Notre Dame, which received votes last week in the NAIA Division II national poll.

"What Geoff's been doing on the court has been much better," Emenhiser said. "He's playing with confidence and poise. He's shown the ability to score in the post, which is something we've lacked."

MU will close out the 2009 calendar portion of its schedule Wednesday, Dec. 16 at Defiance College (Ohio) and Dec. 29-30 in the Russ DeVette Tournament hosted by Hope College.

bemons@hometownlife.com | (313) 222-6851

# Lady Ocelots hold off upset-minded Skippers

Call it the "Great Escape" for the Schoolcraft College women's basketball team on Saturday.

The host Lady Ocelots, ranked No. 2 nationally in the latest NJCAA Division II poll, overcame 29 turnovers and held off a valiant effort by upset-minded St. Clair County Community College for a 62-58 triumph.

Angie Burrell's two free throws with 25 seconds left helped secure Schoolcraft's 43rd straight win at home and 32nd straight Eastern Conference win in the Michigan Community College Athletic Association.

The Lady Ocelots, now 14-0 overall and 5-0 in the conference, held double-digit leads of 50-37 (with 12:35 left) and 54-42 (with 7:30 left) during the second half, but could not shake the stubborn Skippers (7-3, 2-1).

April Goins had 13 points and seven rebounds to pace Schoolcraft. Antania Shepherd added 12 points and nine rebounds and Kimberly Bee also grabbed nine rebounds for Schoolcraft.

Chanah Putnam paced St. Clair with 20 points. Mariah Spicer added 14.

It was also Schoolcraft's 64th conference win in the last 66 games. The Ocelots' closest win during that stretch was an identical 62-58 triumph over St. Clair (Feb. 12, 2009). The last loss was Jan. 23, 2008 (62-59 vs. Oakland CC).

**MADONNA 80, ST.-MARY (IND.) 64:** Junior Tabatha Wydryck notched her fourth 20-point game of the season Saturday as Madonna University (4-4) led four players in double figures to beat St. Mary-of-the-Woods (2-4) to close out the St. Ambrose Classic (Ia.) at Lee Lohman Arena.

Wydryck finished with 21 points and nine rebounds.

Also scoring in double figures was Kaylee McGrath (Livonia Stevenson), 17; Erin Bentley, 16; and Katie Mount, 12.

Chelsey Barron led St. Mary-of-the-Woods with 19 points, while Brittney Shaner added 15.

MU led 48-40 at halftime hitting 18-of-37 shots from the floor, including 5-of-10 from three-point range.

# SPORTS ROUNDUP

### MU softball camps

Madonna University will stage three winter softball camps at the MU Activities Center featuring specialized individual instruction covering all phases of the game for girls ages 7-18.

Among the camps offered include:

Hitting – 9 a.m. to noon, Saturday-Sunday, Dec. 19-20 (cost $30); Fundamental No. 1 – 9-11:30 a.m. Saturday, Jan. 9, 16, 23, 30 (cost $150); Fundamental No. 2 – noon-2:30 p.m. (cost $150 1).

For more information, call MU head coach Al White (734) 432-5783; or Steve Gentilia at (734) 776-1716. You can also e-mail awhite@madonna.edu.

### MU baseball camp

Madonna University baseball coach Greg Haeger and his staff will stage a holiday baseball camp for ages 9-18 from 9 a.m. until 1 p.m., Monday through Wednesday, at the Total Sports Complex in Wixom.

The cost is $150 for the first child and $75 for each additional child.

MU baseball staff members Stu Rose, Ted Falkner and Mike George will assist in the camp.

For more information, e-mail Jen at Total Sports at Jen@totalsportscomplex.com.

### Westland Holiday Hoops

The City of Westland Parks and Recreation's second annual 1-on-1 Holiday Hoops Champ will offer two sessions for ages 5-13 (grades K-6) from 9 a.m. until 3 p.m. – Monday through Wednesday, Dec. 21-23 (Session I); and Dec. 28-30 (Session II), at the Bailey Recreation Center.

The cost is $75 for Westland residents and $82 for non-residents.

For more information, call (734) 418-3190; or visit www.1on1basketball.com/michigan.

### Lacrosse coach wanted

Livonia Ladywood is seeking a varsity girls lacrosse coach for the 2010 spring season.

If interested, fax a resume to Ladywood athletic director Sal Malek at (734) 591-2386.

### Track coach wanted

The University of Detroit Jesuit High is seeking a varsity boys track and field coach for the 2010 season.

Those interested should forward a resume to: Mickey Barrett, Athletic Director, 8400 S. Cambridge, Detroit, MI. 48221; or fax to (313) 862-3299; or e-mail mickey.barrett@uofdjesuit.org.

### Call in those scores

A new season of prep competition is about to tip off and each contest is critical in an athlete's drive toward gaining supremacy.

Thus, the Observer Newspapers is your primary source to read about such lofty achievements and the sports staff is here to provide the latest and most thorough coverage dealing with each event.

In aiding this cause, coaches and statisticians are urged to contact Redford/Garden City Sports Editor Jim Toth on a regular basis at (313) 222-6785 or by email at jtoth@hometownlife.com with scores, individual highlights and comments regarding their latest activity.

### Team Talk time

Accomplishments recorded by athletes on any level are important and the Garden City and Redford editions of the Observer Newspapers would like to recognize the efforts of the individuals involved.

So, if you are aware of a youth team, an adult recreation team, or just a handful of individuals with a unique accomplishment to their credit, contact us here in the sports department and we will gladly publish those achievements. Team photos displaying the personnel will also be accepted.

To submit Team Talk photos and information, contact Sports Editor Jim Toth at (313) 222-6785 or by email at jtoth@hometownlife.com.

10% OFF for BIG 3 EMPLOYEES/RETIREES
Whitening Special $199 — FREE Consultation! — $99 Special Comprehensive Initial Exam — Full set of x-rays, Oral Cancer Screening
TEAM DENTISTS
SUPERIOR FAMILY DENTAL
(248) 539-3088    31391 13 Mile Road • Suite 100 • Farmington Hills, MI 48334
www.SuperiorFamilyDental.com

## RECREATION STANDINGS

### REDFORD TOWNSHIP BASKETBALL

**Men's**

| Team | W | L | P |
|---|---|---|---|
| The Arsenal | 4 | 0 | 8 |
| Team NIKE | 4 | 0 | 8 |
| LDJ | 3 | 1 | 6 |
| The Dirty Dozen | 2 | 2 | 4 |
| Cheli's Chili | 2 | 2 | 4 |
| Gettin' Old | 2 | 1 | 4 |
| Heavyweights | 1 | 2 | 2 |
| RP3 | 1 | 3 | 2 |
| MC Ballers | 1 | 3 | 2 |
| Jay's Team | 0 | 3 | 0 |
| Team USA | 0 | 3 | 0 |

**Scoring Leaders**

| Name (Team) | PPG |
|---|---|
| Dion Sherrell (Dirty Dozen) | 22.3 |
| Rodney Hampton (Team NIKE) | 21.5 |
| Donald Tinsley (Arsenal) | 20 |
| Rod Thomas (Heavyweights) | 19.6 |
| BJ Snow (LDJ) | 18.6 |
| Syneca Puryear (LDJ) | 17.6 |
| Brandon (RP3) | 17.5 |
| Dan Kurtinaitis (Cheli's Chili) | 17.3 |
| Darren Hill (RP3) | 17 |
| David Klein (MC Ballers) | 17 |
| Henry Staples (Team USA) | 16.3 |
| Pat Abraham (Team NIKE) | 16.3 |
| Kevon Noriega (Dirty Dozen) | 15.7 |
| Jeff Kennedy (Gettin' Old) | 15.6 |
| Terrell Beard (MC Ballers) | 15.5 |
| Mike Robinson (Arsenal) | 15.3 |
| Mike Abraham (Team NIKE) | 15 |
| Leroy Blyden (Heavyweights) | 15 |
| Kieth Roberts (Team NIKE) | 15 |
| Josh Sobas (Jay's Team) | 14.3 |
| Will McNelson (Arsenal) | 14 |
| Mofe (RP3) | 13.5 |
| Anthony Rutledge (LDJ) | 13.5 |
| Mike Bright (Cheli's Chili) | 13 |
| Bryan Dutton (Jay's Team) | 13 |
| Dre Lawson (LDJ) | 12.7 |
| Drew Bradford (Gettin' Old) | 12.6 |
| Nate Labadie (Cheli's Chili) | 12.5 |
| Hank Hankerson (Team NIKE) | 12 |
| Linzee Bennett (Old N' Slow) | 12 |

| | |
|---|---|
| Terrence Coker (Dirty Dozen) | 11.7 |
| Tim Franklin (Arsenal) | 11.7 |
| Darien Bynum (Dirty Dozen) | 11.5 |
| BJ Jones (MC Ballers) | 11.5 |
| Chris Shepard (LDJ) | 11.5 |
| Troy Temple (MC Ballers) | 11.5 |
| Khari Reid (Gettin' Old) | 11.3 |
| Antoine (Heavyweights) | 10 |

**Results**

**MC Ballers 79, Jay's Team USA 65:** MC Ballers found the victory column for the first time as Troy Temple poured in a game-high 25 points and teammates David Klein and BJ Jones each scored 14 points. Bryan Dutton tossed in 23 points and Josh Sobas twined 10 to lead Jay's Team.

**LDJ 88, RP3 74:** BJ Snow fired in 24 points, Anthony Rutledge bagged 18 and Dre Lawson chipped in 16 to lead LDJ to this high-scoring victory. RP3 was paced by Brandon Lindsay's 29-point performance.

**The Arsenal 70, The Dirty Dozen 59:** Donald Tinsley proved to be a scoring machine again as he singed the nets for 22 points to keep The Arsenal unbeaten after four games. Tim Franklin added 14. Dion Sherrell netted 17 and Kevon Noriega bagged 14 to lead The Dirty Dozen.

**Team NIKE 70, Cheli's Chili 59:** Rodney Hampton knocked down six three-pointers on his way to registering a game-high 24 points as Team NIKE remained tied atop the league standings. Mike Abraham chipped in 12 points and Pat Abraham added seven to help the winners. Nate Labadie led Cheli's Chili with 15 points and Dan Kurtinaitis followed with 14.

**The Heavyweights 69, Team USA 55:** Rod Thomas sparked the victory with 27 points. Henry Staples paced Team USA with 19 points.

### GARDEN CITY PARKS & RECREATION GIRLS BASKETBALL

| Team | W | L | T |
|---|---|---|---|
| Purple Team (Josh) | 5 | 1 | 0 |
| Lime Green (Krista) | 3 | 2 | 0 |
| Pink Team (Rick) | 3 | 3 | 0 |
| Carolina Blue (Phil) | 2 | 3 | 0 |
| Gold Team (Nate) | 1 | 5 | 0 |

**Results**

Purple Team 33, Gold Team 23
Lime Green 24, Pink Team 8
Carolina Blue Team 23, Gold Team 19
Pink Team 29, Purple Team 23
Lime Green 27, Carolina Blue Team 20
Gold Team 23, Pink Team 22
Purple Team 28, Carolina Blue Team 23
Lime Green Team 21, Gold Team 18
Purple Team 27, Lime Green Team 19
Pink Team 16, Carolina Blue Team 15

### GARDEN CITY PARKS & RECREATION AFTER SCHOOL GIRLS BASKETBALL

**Junior varsity (4th-5th grade)**

| Team | W | L | T |
|---|---|---|---|
| Douglas Dolphins | 6 | 1 | 0 |
| Lathers Leopards | 5 | 2 | 0 |
| Henry Ruff Spartans | 3 | 3 | 0 |
| Farmington Falcons | 1 | 5 | 0 |
| Memorial Roadrunners | 1 | 5 | 0 |

**Results**

Lathers Leopards 19, Douglas Dolphins 16
Henry Ruff Spartans 22, Farmington Falcons 15

**Varsity (6th grade)**

| Team | W | L | T |
|---|---|---|---|
| Douglas Dolphins | 6 | 1 | 0 |
| Henry Ruff Spartans | 4 | 2 | 0 |
| Lathers Leopards | 4 | 3 | 0 |
| Memorial Roadrunners | 2 | 4 | 0 |
| Farmington Falcons | 0 | 6 | 0 |

**Results**

Lathers Leopards 15, Memorial Roadrunners 7
Henry Ruff Spartans 15, Douglas Dolphins 13

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |
|---|---|
| In re REMEDIATION AND LIABILITY MANAGEMENT COMPANY, INC., Debtor. | Chapter 11 Case No. 09-50029 (REG) |
| In re ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC., Debtor. | Chapter 11 Case No. 09-50030 (REG) |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc. (subsidiary of General Motors Corporation) | 09-50029 (REG) | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of General Motors Corporation) | 09-50030 (REG) | 41-1650789 | GM National Hawaii, Inc., NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE THAT, on December 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Court") having jurisdiction over the chapter 11 cases of Remediation and Liability Management Company, Inc. and the Environmental Corporate Remediation Company, Inc., as debtors in possession (each subsidiaries of General Motors Corporation) (collectively, the "REALM/ENCORE Debtors") entered an order (the "Bar Date Order") establishing **February 1, 2010, at 5:00 p.m.** (Eastern Time) as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("Proof of Claim") based on prepetition claims against any of the REALM/ENCORE Debtors (the "Bar Date").

The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the REALM/ENCORE Debtors that arose prior to **October 9, 2009**, the date on which the REALM/ENCORE Debtors commenced their cases under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

The REALM/ENCORE Debtors were subsidiaries of GENERAL MOTORS CORPORATION. The properties owned by the REALM/ENCORE Debtors, which are listed below, may have been known to you as property of General Motors Corporation.

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.**

YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.

1. **WHO MUST FILE A PROOF OF CLAIM**
You MUST file a Proof of Claim to vote on a chapter 11 plan filed by the REALM/ENCORE Debtors or to share in any of the REALM/ENCORE Debtors' estates if you have a claim that arose prior to **October 9, 2009**. Acts or omissions that occurred before **October 9, 2009** may give rise to claims against the REALM/ENCORE Debtors that must be filed by February 1, 2010, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **October 9, 2009**.
Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM.

2. **WHEN AND WHERE TO FILE**
All Proofs of Claim must be filed so as to be **actually received** on or before **February 1, 2010** at the following address:

| If by overnight courier or hand delivery to: The Garden City Group, Inc. Attn: Motors Liquidation Company Claims Processing 5151 Blazer Parkway, Suite A Dublin, Ohio 43017 | If by first-class mail, to: The Garden City Group, Inc. Attn: Motors Liquidation Company Claims Processing P.O. Box 9386 Dublin, Ohio 43017-4286 |
|---|---|

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 1, 2010**. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

3. **WHAT TO FILE**
If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10 ("Proof of Claim Form"); (iv) state the REALM/ENCORE Debtor against which it is filed; (v) set forth the factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.
Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidation.com.

YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.

4. **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**
If you do not file a Proof of Claim on or before February 1, 2010 in the appropriate form in accordance with the procedures described in this Notice for any claim you wish to assert, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything relating to the claim, and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the REALM/ENCORE Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the REALM/ENCORE Debtors' chapter 11 cases.

A holder of a possible claim should consult an attorney as to whether the holder should file a Proof of Claim.

DATED: December 2, 2009
New York, New York

BY ORDER OF THE COURT
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| 6560 CASS AVENUE (NEW CENTER COMPLEX) | 6560 CASS AVENUE | DETROIT, MICHIGAN 48202 |
| BAY CITY - CROTTY STREET | 1001 WOODSIDE AVENUE | BAY CITY, MICHIGAN 48708 |
| DANVILLE CENTRAL FOUNDRY LANDFILL | I-74 @ G STREET | DANVILLE, ILLINOIS 61832 |
| DELPHI I-COLDWATER ROAD (LANDFILL & WWTP CLOSURE) | WWTP AT 6220 HORTON STREET, LANDFILL AT 48505 | FLINT, MICHIGAN 48505 |
| DELPHI SAGINAW PLANT 2 - LANDFILL | 79 WEST CENTER STREET | SAGINAW, MICHIGAN 48605 |
| ELYRIA LANDFILL (LORAINE) | 1400 LOWELL STREET | ELYRIA, OHIO 44035 |
| FORMER DELCO CHASSIS PLANT | 12950 ECKLES ROAD | LIVONIA, MICHIGAN 48150 |
| GMPT – TOLEDO REALM PARCEL | 1455 WEST ALEXIS ROAD | TOLEDO, OHIO 43612 |
| GREENPOINT LANDFILL | 77, 79 WEST CENTER STREET AND 3305, 3307 GABRIEL | SAGINAW, MICHIGAN 48602 |
| LEEDS ASSEMBLY LAND | LAND SOUTH OF 6817 STADIUM DRIVE | KANSAS CITY, MISSOURI 64129 |
| LEY CREEK SITE (SALINA) | FACTORY AVENUE AND/OR MALLOY ROAD EAST | SALINA, NEW YORK 13209 |
| LINDEN ROAD | 1200 SOUTH LINDEN ROAD | FLINT TOWNSHIP, MICHIGAN 48532 |
| PEREGRINE - COLDWATER ROAD (G-1245 EAST COLDWATER ROAD) | 1245 EAST COLDWATER ROAD | FLINT, MICHIGAN 48505 |
| SOUTH LAGOON (MORAINE COMPLEX) | 3801 DRYDEN | MORAINE, OHIO 45439 |
| SUMMERFIELD LANDFILL (LAND ALONG STANLEY ROAD) | STANLEY ROAD | MT. MORRIS, MICHIGAN 48458 |
| TEXTILE ROAD LAND | BUNTON & TEXTILE ROADS | YPSILANTI, MICHIGAN 48197 |
| TONAWANDA LANDFILL | 2520 KENMORE AVENUE | TONAWANDA, NEW YORK 14207 |
| VACANT LAND SOUTH OF VAN BORN | 5000 ECORSE ROAD | BELLEVILLE, MICHIGAN 48111 |

# classified

To place your ad call (315) 422-7011 or fax (315) 422-1721 or e-mail classified@syracusenewtimes.com

**HOLIDAY SPECIALS!** New approved DIRECTV customers save $26/mo FOR A YEAR! Order by 12/31/09 get $100 Visa card & FREE HD/DVR upgrade! Ask how! DirectStarTV 1-800-279-5698.

**PENIS ENLARGEMENT.** FDA medical vacuum pumps. Gain 1-3 inches permanently. Testosterone, Viagra, Cialis. Free brochures. 619-294-7777. http://www.drjoelkaplan.com (discounts available).

**Reach** over 30 million homes with one buy. Advertise in NANI for only $2,795 per week! For information, visit www.naninetwork.com.

**Reader Advisory:** the National Trade Association we belong to has purchased the following classifieds. Determining the value of their service or product is advised by this publication. In order to avoid misunderstanding, some advertisers do not offer "employment" but rather supply the readers with manuals, directories, and other materials designed to help their clients establish mail order selling and other businesses at home. Under NO circumstance should you send any money in advance or give the client your checking, license ID, or credit card numbers. Also beware of ads that claim to guarantee loans regardless of credit and note that if a credit repair company does business only over the phone it's illegal to request any money before delivering its service. All funds are based in US dollars. 800 numbers may or may not reach Canada.

**\*REDUCE YOUR CABLE BILL!\*** - Get a 4-room, all-digital satellite system installed for FREE and programming starting under $20. Free Digital Video Recorders to new clients. So call now, 1-800-795-3579.

Stop paying too much for TV! 120 channels, $19.99/month. 1-800-998-DISH, ext. 307642, promo code: A10.

**WANTED DIABETES** TEST STRIPS any kind/any brand unexpired. Pay up to $18.00 per box. Shipping paid. Call 1-800-267-9895 or www.SellDiabeticstrips.com.

## SERVICES

**ATTENTION READERS:** Always use caution and good common sense when purchasing goods or services by phone, on-line or by mail. Don't send money, give out credit card info, social security numbers or any other personal financial information until you know for sure what you're purchasing from. Most advertisers are perfectly legitimate but a few can give all a bad name. If it sounds too good to be true, it probably is!

## Sell It!

## Buy It!

**CALL CLASSIFIED 315-422-7011**

**\*\*BODYGUARDS** WANTED\*\* FREE training & job placement assistance for members. No experience OK. Excellent potential $$$. Full & part time. Traveling Expenses paid when you travel. 1-615-228-1701. www.psubodyguards.com.

To place a legal ad, please e-mail your legal notice as a word attachment to classified@syracusenewtimes.com. You may also send a typewritten form by mail to: Syracuse New Times 1415 W. Genesee Street, Syracuse, NY 13204 Attn: Legal Notices. Please include dates of publication, billing address, telephone number and purchase order if applicable. You will receive a notarized proof of publication following your last day of insertion. For questions contact Deana Vigliotti at (315) 422-7011 ext. 118.

**GAIN NATIONAL EXPOSURE.** Reach over 5 million young, active, educated readers for only $995 by advertising in 110 weekly newspapers like this one. Call Jason 202-289-8484 or Deana at 315-422-7011 ext. 118.

## STUFF FOR SALE

**CLARINET, VIOLIN,** FLUTE, TRUMPET, Amplifier, Fender guitar $75 each. Upright Bass, Cello, Saxophone, French Horn, Drums, $189 each. Others 4-sale 1-516-377-7907.

**DISH Network.** $19.99/mo, Why pay more for TV? 100+ channels. FREE 4-room install. FREE HD-DVR. Plus $600 sign-up BONUS. Call NOW! 1-888-430-9664.

**Get DISH-FREE** installation-$19.99/mo HBO & Showtime FREE - over 50 HD channels FREE. Lowest prices-no equipment to buy! Call now for full details- 1-877-238-8413.

**Get dish-FREE** Installation-$19.99/mo. HBO & Showtime FREE-over 50 HD channels FREE. Lowest prices-no equipment to buy! Call" now for full details. 1-877-554-2014.

**Get Dish-FREE** installation-$19.99/mo.HBO & Showtime FREE-over 50 HD channels FREE. Lowest prices-no equipment to buy! Call now for details. 1-877-242-0976.

**Get Dish-FREE** installation-$19.99/mo. HBO & Showtime FREE-over 50 HD channels FREE. Lowest prices-no equipment to buy! Call now for full details. 1-877-887-6143.

**Get Dish-FREE** installation-$19.99/mo.HBO & Showtime FREE-over 50 HD channels FREE. Lowest prices=-no equipment to buy! Call now for full details. 877-242-0983.

**MEMORY FOAM** THERAPEUTIC NASA VISCO MATTRESSES WHOLESALE! T-$299 F-$349 Q-$399 K-$499 ADJUSTABLES - $799 FREE DELIVERY 25 YEAR WARRANTY 90 NIGHT TRIAL 1-800-AT-SLEEP 1-800-287-5337 WWW.MATTRESSDR.COM.

**Receive $1000** in groceries! Real relief program helping people just like you! Pay only $4.90 for your grocery voucher. Use on your favorite brands! Consumer Advocate Response introductory price. 1-800-430-9507.

## WANTED

**OLD GUITARS** WANTED! Fender, Gibson, Gretsch, Martin, D'Angelico, Stromberg, Rickenbacker, and Mosrite. Gibson Mandolins / Banjos. 1930's thru 1970's. TOP CASH PAID! These brands only please. 1-800-401-0440.

## LEGAL NOTICE

**NOTICE OF SALE** SUPREME COURT-COUNTY OF ONONDAGA BENEFICIAL HOMEOWNER SERVICE CORPORATION Plaintiff -against- THEODORE P. KOLCESKI A/K/A THEODORE KOLCESKI, ET, AL. Defendants. Pursuant to a judgment of foreclosure and sale granted on or about 9/30/09, I the undersigned Referee will sell at public auction at the Onondaga County Courthouse, West Lobby First Floor, 401 Montgomery Street, Syracuse, NY 13202 on January 5, 2010 at 10:00 a.m. premises known as: 852 State Fair Blvd. Syracuse, New York, 13209 Section: 023; Block: 13, Lot: 25.0. ALL that certain plot piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Geddes, County of Onondaga, and State of New York, as more particularly described in the judgment of foreclosure and sale. Said premises will be sold subject to all terms and conditions contained within said Judgment and Terms of Sale. Approximate Amount of Judgment: $90, 840.22 plus interest and costs. Index No.: 2008-2106 Gary Collison, Esq. REFEREE McCabe, Weisberg & Conway, P.C., Attorney for Plaintiff 145 Huguenot Street, Suite 310 New Rochelle, New York 10801 Dated: November 18, 2009.

## Find It!

**CALL CLASSIFIED 315-422-7011**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) | |
| In re REMEDIATION AND LIABILITY MANAGEMENT COMPANY, INC., Debtor. | Chapter 11 Case No. 09-50029 (REG) | |
| In re ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC., Debtor. | Chapter 11 Case No. 09-50030 (REG) | |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc. (subsidiary of General Motors Corporation) | 09-50029 (REG) | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of General Motors Corporation) | 09-50030 (REG) | 41-1650789 | GM National Hawaii, Inc., NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE THAT, on December 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Court") having jurisdiction over the chapter 11 cases of Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., as debtors in possession (each subsidiaries of General Motors Corporation) (collectively, the "REALM/ENCORE Debtors") entered an order (the "Bar Date Order") establishing February 1, 2010, at 5:00 p.m. (Eastern Time) as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("Proof of Claim") based on prepetition claims against any of the REALM/ENCORE Debtors (the "Bar Date").

The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the REALM/ENCORE Debtors that arose prior to October 9, 2009, the date on which the REALM/ENCORE Debtors commenced their cases under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code").

The REALM/ENCORE Debtors were subsidiaries of GENERAL MOTORS CORPORATION. The properties owned by the REALM/ENCORE Debtors, which are listed below, may have been known to you as property of General Motors Corporation.

**If you have any questions relating to this Notice, please feel free to contact the REALM/ENCORE Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.**

YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.

1. WHO MUST FILE A PROOF OF CLAIM
You MUST file a Proof of Claim to vote on a chapter 11 plan filed by the REALM/ENCORE Debtors or to share in any of the REALM/ENCORE Debtors' estates if you have a claim that arose prior to October 9, 2009. Acts or omissions that occurred before October 9, 2009 may give rise to claims against the REALM/ENCORE Debtors that must be filed by February 1, 2010, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to October 9, 2009.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM.

2. WHEN AND WHERE TO FILE
All Proofs of Claim must be filed so as to be **actually received** on or before February 1, 2010 at the following address:

| If by overnight courier or hand delivery to: The Garden City Group, Inc. Attn: Motors Liquidation Company Claims Processing 5151 Blazer Parkway, Suite A Dublin, Ohio 43017 Or if by hand delivery to: United States Bankruptcy Court, SDNY One Bowling Green, Room 534 New York, New York 10004 | If by first-class mail, to: The Garden City Group, Inc. Attn: Motors Liquidation Company Claims Processing P.O. Box 9386 Dublin, Ohio 43017-4286 |
|---|---|

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before February 1, 2010. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

3. WHAT TO FILE
If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10 ("Proof of Claim Form"); (iv) state the REALM/ENCORE Debtor against which it is filed; (v) set forth the factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or ww.motorsliquidation.com.

YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.

4. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE
*If you do not file a Proof of Claim on or before February 1, 2010 in the appropriate form in accordance with the procedures described in this Notice for any claim you wish to assert, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and shall not be liable or responsible for anything relating to the claim, and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the REALM/ENCORE Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the REALM/ENCORE Debtors' chapter 11 cases.*

A holder of a possible claim should consult an attorney as to whether the holder should file a Proof of Claim.

DATED: December 2, 2009     BY ORDER OF THE COURT
New York, New York
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| 6560 CASS AVENUE (NEW CENTER COMPLEX) | 6560 CASS AVENUE | DETROIT, MICHIGAN 48202 |
| BAY CITY - CROTTY STREET | 1001 WOODSIDE AVENUE | BAY CITY, MICHIGAN 48708 |
| DANVILLE CENTRAL FOUNDRY LANDFILL | I-74 @ G STREET | DANVILLE, ILLINOIS 61832 |
| DELPHI I-COLDWATER ROAD (LANDFILL & WWTP CLOSURE) | WWTP AT 6220 HORTON STREET, LANDFILL AT 1245 EAST | FLINT, MICHIGAN 48505 |
| DELPHI SAGINAW PLANT 2 - LANDFILL | 79 WEST CENTER STREET | SAGINAW, MICHIGAN 48605 |
| ELYRIA LANDFILL (LORAINE) | 1400 LOWELL STREET | ELYRIA, OHIO 44035 |
| FORMER DELCO CHASSIS PLANT | 12950 ECKLES ROAD | LIVONIA, MICHIGAN 48150 |
| GMPT - TOLEDO REALM PARCEL | 1455 WEST ALEXIS ROAD | TOLEDO, OHIO 43612 |
| GREENPOINT LANDFILL | 77, 79 WEST CENTER STREET AND 3305, 3307 GABRIEL | SAGINAW, MICHIGAN 48602 |
| LEEDS ASSEMBLY LAND | LAND SOUTH OF 6817 STADIUM DRIVE | KANSAS CITY, MISSOURI 64129 |
| LEY CREEK SITE (SALINA) | FACTORY AVENUE AND/OR MALLOY ROAD EAST | SALINA, NEW YORK 13209 |
| LINDEN ROAD | 1200 SOUTH LINDEN ROAD | FLINT TOWNSHIP, MICHIGAN 48532 |
| PEREGRINE - COLDWATER ROAD (PLANT) | 1245 EAST COLDWATER ROAD (G-1245 EAST COLDWATER ROAD) | FLINT, MICHIGAN 48505 |
| SOUTH LAGOON (MORAINE COMPLEX) | 3801 DRYDEN | MORAINE, OHIO 45439 |
| SUMMERFIELD (LAND ALONG STANLEY ROAD) | STANLEY ROAD | MT. MORRIS, MICHIGAN 48458 |
| TEXTILE ROAD LAND | BUNTON & TEXTILE ROADS | YPSILANTI, MICHIGAN 48197 |
| TONAWANDA LANDFILL | 2520 KENMORE AVENUE | TONAWANDA, NEW YORK 14207 |
| VACANT LAND SOUTH OF VAN BORN | 5000 ECORSE ROAD | BELLEVILLE, MICHIGAN 48111 |



Make your ad POP

Choose a "popper"

## only $8 per week!

www.syracusenewtimes.com