**3000s EMPLOYMENT**

**3030 HELP WANTED**

CERTIFIED Pharmacy Tech's & CERTIFIED Medication Tech's Competitive wages. Call Lisa McKensie Ransomville Manor 791-4211 Ext. 235

COOKS, Pizza Makers, Delivery Drivers. Call Submasters, 990-9234.

HOUSEKEEPER Director FT. Send resume to Heritage Manor of Ransomville, 3509 Ransomville Rd, Ransomville. NY

JIM'S STEAKOUT New Location. Now Hiring, FT/PT. Apply online jimssteakout.com or in store, 5774 So Transit next to Kay's Jewelers.

NOW HIRING! Sales Reps. Debt Counselors Of America is a debt settlement call center located in Lockport, NY. Come find success in a full/part time job working in a great environment. We offer paid training and generous bonus structure. Interested applicants contact

**INSIDE SALES REPRESENTATIVE**

Seeking an individual for a full time inside sales position. If you are aggressive, creative, work well with people and have excellent phone and communication skills we need you to do outbound telesales.

**Send Resume to:**

**TONAWANDA NEWS**

PO Box 668
North Tonawanda, New York 14120

Send a resume, cover letter, three to five work samples, and a list of at least three references to:

Managing Editor Matt Winterhalter
at matt.winterhalter@niagara-gazette.com
*or to*
310 Niagara St., Niagara Falls, NY 14303

**4220 FIREWOOD/FUEL**

Firewood!!! seasoned (18 mo.) mixed hardwood delivery included x-mas special $150 for 2cords (4x8x16) 8x16x32 Call George (716)946-3553

Split hardwood, seasoned, $95.00 face cord, 4x8 Free delivery. Call 573-7386 or 773-6312

**4240 FURNITURE**

Gun Cabinet w/2 drawers exc. shape, 3-4 antique dressers, old wood chest & more.Call Tom 285-6269

MOVING SALE: 2 sofas, leather recliners, occasional chairs (like new), 434-5782

SOFA Duel Reclining Lane 7/mo old. $550. Queen bed, mattress & box spring $75 283-1439

**4320 MISCELLANEOUS FOR SALE**

CRAIG DVD PLAYER, new, $20 or best offer, 716-804-3790

Entertainment Center, oak, fits up to 32" TV, glass doors, lots of storage, good condition. $75. 625-9063

MINK Coat, full length, light brown, trimmed in fox, size large. $500. Call 285-8959.

MOVING AC 20,000 btu, gas dryer, washer, oak din. room set, bunk bed, etc. 471-4425, 583-9647

Old toy cast iron cap pistol $25 716-735-4089

R/C Car Nitro, 1/8 scale, many extras $400, excellent condition. 284-2823

**4380 PETS AND SUPPLIES**

**** PUPPIES ****
**Tea Cup & Toy Pups Yorkies, Yorkie X's, Maltillons, Pappapoos PD #574**
**Vet checked, 434-2592**

4 - kittens, All Little Boys! Multi colors, 4-7mos,neutered,shots, tests, rescue fee, 778-0740

BASSET HOUNDS: purebred puppies, tri colored, ready for Xmas, deposit will hold. Both parents on premises. $300. (585)798-3945.

BEAGLE MIX pups, 1st

CAGE FOR Cockatiel or Amazon, top opens. $35.00. Call 433-3890

Chihuahua pups, CKC, shots & wormed, male & female, toys & teacups, $300-$350, call 603-4368

Christmas kittens, FREE to a good home, cute, cuddly & loved to be held, 694-3537

Christmas kittens, litter trained. 2 orange tigers, 1 gray tiger, 1 all black. 6 weeks. 622-3188

Cockatiel, beautiful colors, great stocking stuffer, $25, 603-4368

FREE, one cat and one kitten, to a good home, black & white, call 694-4423

Ginuea pig baby, very

KITTENS, free, 4 calico, 9 wks old, needs new homes, 1 come, 1st served, (607)238-8192

LAB PUPS, AKC Black OFA HIPS, Optigen Clear, 1ST & 2ND SHOTS, VET CHECKED Wormed $600 www.cumberlandscove.com 716-439-4467

Lionhead baby bunny, very sweet, cutie pie, great stocking stuffer, $15, call 603-4368

MALTESE Puppies AKC family raised. Parents on premises. Males $800, females $1100. Vet ck. Also 1 male, 15 wks, $600, 716-795-3943

PITBULL pups, unique

**9000 LEGAL NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* Debtors. | **Chapter 11 Case No. 09-50026 (REG)** **(Jointly Administered)** |
| In re REMEDIATION AND LIABILITY MANAGEMENT COMPANY, INC., Debtor. | **Chapter 11 Case No. 09-50029 (REG)** |
| In re ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC., Debtor. | **Chapter 11 Case No. 09-50030 (REG)** |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50029 (REG) | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50030 (REG) | 41-1650789 | GM National Hawaii, Inc., NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE THAT, on December 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., as debtors in possession (each subsidiaries of **General Motors Corporation**) (collectively, the "**REALM/ENCORE Debtors**") entered an order (the "**Bar Date Order**") establishing **February 1, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("**Proof of Claim**") based on prepetition claims against any of the REALM/ENCORE Debtors (the "**Bar Date**").

The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the REALM/ENCORE Debtors that arose prior to **October 9, 2009**, the date on which the REALM/ENCORE Debtors commenced their cases under chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**").

**The REALM/ENCORE Debtors were subsidiaries of GENERAL MOTORS CORPORATION. The properties owned by the REALM/ENCORE Debtors, which are listed below, may have been known to you as property of General Motors Corporation.**

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

**1. WHO MUST FILE A PROOF OF CLAIM**

You MUST file a **Proof of Claim** to vote on a chapter 11 plan filed by the REALM/ENCORE Debtors or to share in any of the REALM/ENCORE Debtors' estates if you have a claim that arose prior to **October 9, 2009**. Acts or omissions that occurred before **October 9, 2009** may give rise to claims against the REALM/ENCORE Debtors that must be filed by **February 1, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **October 9, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM.**

**2. WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be **actually received** on or before **February 1, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc
Attn: Motors Liquidation Company Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 1, 2010**. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10 ("**Proof of Claim Form**"); (iv) state the REALM/ENCORE Debtor against which it is filed; (v) set forth the factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or ww.motorsliquidation.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

***If you do not file a Proof of Claim on or before February 1, 2010 in the appropriate form in accordance with the procedures described in this Notice for any claim you wish to assert, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything relating to the claim, and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the REALM/ENCORE Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the REALM/ENCORE Debtors' chapter 11 cases.***

**A holder of a possible claim should consult an attorney as to whether the holder should file a Proof of Claim.**

DATED: December 2, 2009 BY ORDER OF THE COURT
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| 6560 CASS AVENUE (NEW CENTER COMPLEX) | 6560 CASS AVENUE | DETROIT, MICHIGAN 48202 |
| BAY CITY - CROTTY STREET | 1001 WOODSIDE AVENUE | BAY CITY, MICHIGAN 48708 |
| DANVILLE CENTRAL FOUNDRY LANDFILL | I-74 @ G STREET | DANVILLE, ILLINOIS 61832 |
| DELPHI I-COLDWATER ROAD (LANDFILL & WWTP CLOSURE) | WWTP AT 6220 HORTON STREET, LANDFILL AT 1245 EAST | FLINT, MICHIGAN 48505 |
| DELPHI SAGINAW PLANT 2 - LANDFILL | 79 WEST CENTER STREET | SAGINAW, MICHIGAN 48605 |
| ELYRIA LANDFILL (LORAINE) | 1400 LOWELL STREET | ELYRIA, OHIO 44035 |
| FORMER DELCO CHASSIS PLANT | 12950 ECKLES ROAD | LIVONIA, MICHIGAN 48150 |
| GMPT - TOLEDO REALM PARCEL | 1455 WEST ALEXIS ROAD | TOLEDO, OHIO 43612 |
| GREENPOINT LANDFILL | 77, 79 WEST CENTER STREET AND 3305, 3307 GABRIEL | SAGINAW, MICHIGAN 48602 |
| LEEDS ASSEMBLY LAND | LAND SOUTH OF 6817 STADIUM DRIVE | KANSAS CITY, MISSOURI 64129 |
| LEY CREEK SITE (SALINA) | FACTORY AVENUE AND/OR MALLOY ROAD EAST | SALINA, NEW YORK 13209 |
| LINDEN ROAD | 1200 SOUTH LINDEN ROAD | FLINT TOWNSHIP, MICHIGAN 48532 |
| PEREGRINE - COLDWATER ROAD (PLANT) | 1245 EAST COLDWATER ROAD (G-1245 EAST COLDWATER ROAD) | FLINT, MICHIGAN 48505 |
| SOUTH LAGOON (MORAINE COMPLEX) | 3801 DRYDEN | MORAINE, OHIO 45439 |
| SUMMERFIELD (LAND ALONG STANLEY ROAD) | STANLEY ROAD | MT. MORRIS, MICHIGAN 48458 |
| TEXTILE ROAD LAND | BUNTON & TEXTILE ROADS | YPSILANTI, MICHIGAN 48197 |
| TONAWANDA LANDFILL | 2520 KENMORE AVENUE | TONAWANDA, NEW YORK 14207 |
| VACANT LAND SOUTH OF VAN BORN | 5000 ECORSE ROAD | BELLEVILLE, MICHIGAN 48111 |

**Happy Ad Sizes & Prices**

Happy 25th Anniversary Mike & Patty Smith
Happy Birthday Gino Lobianco
Happy Retirement Msgt. JERRY ADERHOLD

2 col. x 1 1/2" $16.00
2 col. x 3" $27.00
2 col. x 4 1/2" $36.00

Happy Birthday MICHAEL MONTAGNA
Happy 1st Birthday COLE We Love You Mommy & Daddy

3 col. x 4" $48.00
3 col. x 3" $36.00

**MARQUEE SPECIAL**
Add $5.00 to Any Happy Ad and receive YOUR GREETINGS on OUR HOMEPAGE www.tonawanda-news.com on that Special Day!

**TONAWANDA NEWS**
*Your Community • Your Newspaper*
RECEIVE 13 WEEKS OF CONVENIENT HOME DELIVERY AT 50% OFF THE REGULAR PRICE
TO SUBSCRIBE CALL TOLL FREE AT 1-866-740-0777

# blademarketplace

Consider it Sold! 419.724.6500

CARS • HOMES • JOBS • MERCHANDISE • AND MORE

THE BLADE, TOLEDO OHIO ■ THURSDAY DECEMBER 17, 2009 SECTION D

## NOTICES

### 0010 Legal Notices

**LEGAL NOTICE**

Spencer Fire/Rescue is accepting bids for Demos and New Type III Ambulances until December 28, 2009, 6 PM. Demonstrations will be arranged by contacting Captain Ken Thomas @ 419-865-2101, Monday thru Friday 7:30 am until 3:30 pm
#00532181

On Monday, March 15, 2010, the Treasurer of the State of Ohio shall announce the pool of authorized firms that may provide global custody services for assets which under Ohio law are in the custody of the Treasurer pursuant to depositories that seek an award of active deposits is February 16, 2010. Any applications received after that date will be considered only for interim deposits. For those Financial Institutions not currently appointed as depositories, applications shall be accepted throughout the biennium. All applications are to be in accordance with Ohio Revised Code, Chapter 135 and submitted to: Kevin L. Boyce, Chairman, Ohio Board of Deposit, 30 East Broad Street, 9th Floor, Columbus, OH 43215-3461.

The Ohio Treasurer of State, Kevin L. Boyce, will make available, through the BDP website or by direct request, a Request for Proposals ("RFP") for active deposits. Responses to the RFP for active deposits shall be received in the offices of the Treasurer of State no later than Noon on Tuesday, February 16, 2010.

Questions regarding active deposits may be sent via e-mail to ohiobod@tos.ohio.gov

Questions regarding interim deposits may be directed to the Economic Development Department at
614.466.6546.
#00533173

On Monday, March 15, 2010, the Ohio Board of Deposit ("BOD") shall meet for the purpose of designating a Financial Institution, issuer of financial transaction devices, or processor of financial transaction devices to provide statewide financial transaction device acceptance and processing services for a period of two years commencing on July 5, 2010.

The Request for Proposal for Financial Transaction Device Acceptance and Processing Services will be made available on the State Treasurer's website at www.ohiotreasurer.gov on Tuesday, January 5, 2010. Responses to the Request for Proposal shall be received by Ohio Treasurer of State Kevin L. Boyce no later than Tuesday, February 16, 2010. All responses should be submitted to: Kevin L. Boyce, Chairman, Ohio Board of Deposit, 30 East Broad Street, 9th Floor, Columbus, OH 43215-3461.

Questions regarding Request for Proposal for Financial Transaction Device Acceptance and Processing Services may be sent via e-mail to: ohiobod@tos.ohio.gov
#00533174

### 0180 Dating

FUN, Flirty Women
Call 419-776-5020
Try FREE! w/code 5434

HOT GAY & BI DATELINE Browse & Respond FREE! 419-873-3000, Code 5745 18+ or MegaMates.com

LOCAL Cute Bi-Guys!
Call 419-930-0101
Try FREE! w/code 4034

WHERE LOCAL SI"GLES MEET Browse & Respond FREE! 419-873-1200, Code 7374 18+ or MegaMates.com

### 0200 Personals

**PRAYER to the Blessed Virgin** (never known to fail). Oh most beautiful flower of Mt. Carmel, fruitful vine, splendor of heaven, Blessed Mother of the son of God, Immaculate virgin, assist me in my necessity. Oh star of the sea, help me and show me that you are my mother. Oh Holy Mary, Mother of God, Queen of Heaven and Earth, I humbly beseech you from the bottom of my heart to help me in my necessity (make your request). There are none that can withstand your power. Oh Mary, conceived without sin, pray for us that have recourse to thee (3 times). Holy Mother I place this prayer in your hands (3 times). Say this prayer for three consecutive days and publish it and it will be granted to you.

### 0305 General

**BOUNCERS, DJ'S, WAIT STAFF, SHOT GIRLS**
Platinum Showgirls now hiring.
Apply in person: 5801 Telegraph Rd.
No phone calls.

### 0305 General

**CREW MEMBER**
For fire & water restoration company. Drug, driving and criminal background check conducted. Starting pay $10/hr. Apply in person 3034 South Ave Toledo.

### 3500 Autos

What is the first thing you should do when bringing a new puppy into your family?
ASK THE VET* in the Living section, the 1st Sunday of the month

### 0305 General

**COLLECTORS NEEDED**
A local area finance company is currently seeking a highly motivated, professional candidate to fill an open collection position. Qualified applicants must have experience in collections/skip tracing in order to be considered, possess excellent customer service skills, be willing to work some nights and weekends, and have the desire to be successful. We offer an excellent working environment, competitive benefits package, hourly wage plus a substantial bonus program. Interested candidates should forward their resume:
**V.P. of Operations**
**Po Box 8689**
**Toledo, Oh 43623-0689**

Pull Up a Chair and...

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>**MOTORS LIQUIDATION COMPANY, *et al.*,**<br>**f/k/a General Motors Corp., *et al.***<br>**Debtors.** | **Chapter 11 Case No. 09-50026 (REG)**<br>**(Jointly Administered)** |
| In re<br>**REMEDIATION AND LIABILITY MANAGEMENT COMPANY, INC.,**<br>**Debtor.** | **Chapter 11 Case No. 09-50029 (REG)** |
| In re<br>**ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC.,**<br>**Debtor.** | **Chapter 11 Case No. 09-50030 (REG)** |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50029 (REG) | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50030 (REG) | 41-1650789 | GM National Hawaii, Inc., NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE THAT, on December 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., as debtors in possession (each subsidiaries of **General Motors Corporation**) (collectively, the "**REALM/ENCORE Debtors**") entered an order (the "**Bar Date Order**") establishing **February 1, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("**Proof of Claim**") based on prepetition claims against any of the REALM/ENCORE Debtors (the "**Bar Date**").

The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the REALM/ENCORE Debtors that arose prior to **October 9, 2009**, the date on which the REALM/ENCORE Debtors commenced their cases under chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**").

**The REALM/ENCORE Debtors were subsidiaries of GENERAL MOTORS CORPORATION. The properties owned by the REALM/ENCORE Debtors, which are listed below, may have been known to you as property of General Motors Corporation.**

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a **Proof of Claim** to vote on a chapter 11 plan filed by the REALM/ENCORE Debtors or to share in any of the REALM/ENCORE Debtors' estates if you have a claim that arose prior to **October 9, 2009**. Acts or omissions that occurred before **October 9, 2009** may give rise to claims against the REALM/ENCORE Debtors that must be filed by **February 1, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **October 9, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM.**

**2. WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be **actually received** on or before **February 1, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 1, 2010**. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10 ("**Proof of Claim Form**"); (iv) state the REALM/ENCORE Debtor against which it is filed; (v) set forth the factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or ww.motorsliquidation.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

*If you do not file a Proof of Claim on or before February 1, 2010 in the appropriate form in accordance with the procedures described in this Notice for any claim you wish to assert, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything relating to the claim, and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the REALM/ENCORE Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the REALM/ENCORE Debtors' chapter 11 cases.*

**A holder of a possible claim should consult an attorney as to whether the holder should file a Proof of Claim.**

DATED: December 2, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| 6560 CASS AVENUE (NEW CENTER COMPLEX) | 6560 CASS AVENUE | DETROIT, MICHIGAN 48202 |
| BAY CITY - CROTTY STREET | 1001 WOODSIDE AVENUE | BAY CITY, MICHIGAN 48708 |
| DANVILLE CENTRAL FOUNDRY LANDFILL | I-74 @ G STREET | DANVILLE, ILLINOIS 61832 |
| DELPHI I-COLDWATER ROAD (LANDFILL & WWTP CLOSURE) | WWTP AT 6220 HORTON STREET, LANDFILL AT 1245 EAST | FLINT, MICHIGAN 48505 |
| DELPHI SAGINAW PLANT 2 - LANDFILL | 79 WEST CENTER STREET | SAGINAW, MICHIGAN 48605 |
| ELYRIA LANDFILL (LORAINE) | 1400 LOWELL STREET | ELYRIA, OHIO 44035 |
| FORMER DELCO CHASSIS PLANT | 12950 ECKLES ROAD | LIVONIA, MICHIGAN 48150 |
| GMPT - TOLEDO REALM PARCEL | 1455 WEST ALEXIS ROAD | TOLEDO, OHIO 43612 |
| GREENPOINT LANDFILL | 77, 79 WEST CENTER STREET AND 3305, 3307 GABRIEL | SAGINAW, MICHIGAN 48602 |
| LEEDS ASSEMBLY LAND | LAND SOUTH OF 6817 STADIUM DRIVE | KANSAS CITY, MISSOURI 64129 |
| LEY CREEK SITE (SALINA) | FACTORY AVENUE AND/OR MALLOY ROAD EAST | SALINA, NEW YORK 13209 |
| LINDEN ROAD | 1200 SOUTH LINDEN ROAD | FLINT TOWNSHIP, MICHIGAN 48532 |
| PEREGRINE - COLDWATER ROAD (PLANT) | 1245 EAST COLDWATER ROAD (G-1245 EAST COLDWATER ROAD) | FLINT, MICHIGAN 48505 |
| SOUTH LAGOON (MORAINE COMPLEX) | 3801 DRYDEN | MORAINE, OHIO 45439 |
| SUMMERFIELD (LAND ALONG STANLEY ROAD) | STANLEY ROAD | MT. MORRIS, MICHIGAN 48458 |
| TEXTILE ROAD LAND | BUNTON & TEXTILE ROADS | YPSILANTI, MICHIGAN 48197 |
| TONAWANDA LANDFILL | 2520 KENMORE AVENUE | TONAWANDA, NEW YORK 14207 |
| VACANT LAND SOUTH OF VAN BORN | 5000 ECORSE ROAD | BELLEVILLE, MICHIGAN 48111 |

SAVE $5,500
2010 JEEP COMPASS
LIST PRICE $19,350
NET E.P. PRICE* $13,850

SAVE $6,100
2010 SEBRING TOURING

LIST PRICE $21,085
NET E.P. PRICE* $14,985

SAVE $8,500
2009 CHRYSLER 300
LIST PRICE $27,765
NET E.P. PRICE* $19,265

SAVE $11,000
2009 GRAND CHEROKEE LAREDO 4x4

LIST PRICE $35,355
NET E.P. PRICE* $24,355

*ALL E.P. PRICES PLUS STATE FEES. LEASES PLUS STATE & INCEPTION FEES DUE AT SIGNING WITH APPROVED A+ TIER CREDIT. LEASES 12,000 MILES PER YEAR (1,000 MILES PER MONTH). IN-STOCK UNITS ONLY. SUBJECT TO CHANGE WITHOUT NOTICE. WHILE SUPPLIES LAST. EXPIRES 12/19/09.

LESS THAN 30 MINUTES FROM TOLEDO!

Dave's ADRIAN Dodge Chrysler Jeep

CALL FOR DIRECTIONS
888-313-0609
Visit Our Website:
www.adriandodge.com







Farm
MARKET

## Christmas Trees

*CUT YOUR OWN Christmas Trees, Sats & Suns, 9-5* ***Butler's Evergreens 50231 Route 20, Oberlin***

**FRED'S TREE FARM**
Pines $15 & Spruces $20
Cut your own! Daily 9-5
Pauline Dr., off Grafton Rd.
Valley City (330) 225-4634

SPRUCE Trees, 10 to 15 ft. excellent quality, You cut, 440-327-2033

## Heavy Equipment

FORD 1520 Tractor, 1991, with backhoe & front end loader, hydrostatic, 4x4, diesel, new tie rod ends, all new fluids, $7000, 440-785-5043

## Horses / Supplies

HORSE BOARDING indoor/outdoor arena's trails, turnouts. $220 mo. 330-334-0496

## Garage Sales

ELYRIA
**CHRISTMAS CRAFT SHOW**
**Colonial Oaks Rec Hall**
**10425 Middle Ave.**
**Sat. Dec. 19th, 10-4 pm**
Several Vendors, Proceeds to buy Christmas gifts for children in need. FREE Adm. & raffle.

## Help Wanted

## Guns/Hunting Equipment

**GUN SHOW**
**Dec 19, 9-5 & Dec 20, 9-4**
**Summit Fairgrounds, Tallmadge**
**Adm. $6. 330-539-4247**

**GUN SHOW**
**SAT. DEC. 19th 9-5pm**
**SUN. DEC. 20th 9-3pm**
**Lorain Co. Fairgrounds**
**Rt. 18, Wellington**
**Bil-Mar Promotions**
**Info 440-986-5004**

## Help Wanted

*Earn $$$$$$$$$*

**ADULT CARRIERS NEEDED**

*AMHERST*
**MR2082 - 65 Customers**
*LORAIN*
**MR2088 - 131 Customers**
THE CIRCULATION DEPT. WANTS TO HEAR FROM YOU!
**CALL 440-329-7200**
OR STOP IN AND FILL OUT AN APPLICATION!

## Guns/Hunting Equipment

PINK Savage Cub-T .22 rifle, thumbhole stock, $175 (440) 864-0037.

## Household Goods

**AMHERST OUTLET HAS EXPANDED!**
**105-109 Park Ave.,**
Amherst, Great Deals on Top quality mattresses bunk beds, daybeds, more! 440-984-2918
***www.amherstoutlet.com***

GLAZED maple custom cabinets, never installed. All premium features, dove tailed/soft close drawers. Retail $7000. Sell $1645. 440-336-7184

OAK Kitchen Table 48" Rd. with 2-12" leaves + 4 chairs & Hutch. $295. Call (440) 458-4005

SOFA with coffee table and sofa table. Excellent cond. $200 (440) 322-5290

## Miscellaneous Items

ART desk & chair, girls 20" bike, 32" JVC TV & stand, Disney collectible porcelain dolls, Precious Moments figurines & plates. 440-213-9558

EDENPURE HEATERS & AIR PURIFIERS Autumn Sale, Save on this Winter's Heat Bill Free Home Delivery Jamie's Flea Market Weds. & Sats. 8-4, Booth C-58 or 440-309-3068

ELECTRIC RAZOR scooter, brand new, still in box, color red, contact 216-849-2226 for details

## Miscellaneous Items

ITHACA 12 gage pump, clean $350; 22 rifle from the 1930's, $150; XBOX 360 with 1 game $125; GPS Nextar $65; Olympus Camera & case $65; paint ball gun & speed loader $65. 440-458-2820

JUST in Time for Christmas Dick's Sportscraft 3 in 1 Table. Brand New. $250. 440-864-7870

LIKE new Nordictrack Audio Rider, handgrip pulse sensor, iFit technology & connects to MP3 or CD player, $275/offer; Oak Kitchen table, extension & 4 upholstered chairs, $250/offer. 440-324-6895 between 5 & 9 pm

LITTLE girls Baby Anna Bell collection & accessories, new Magna Tamers 6 spd. girl's bike, index shifting. 440-984-7314

MASONARY contractor brick electric table saw. call 440-935-2283

MINI Bike $125, 4-mowers $100 or all/$150. Call (440) 322-6057

NEED money for Christmas? I need small pop-up camper, $400-$600. 440-864-4473

SATELLITE TV, $25 per month, free equip. for qualified cust. 419-631-2630

***SEE YOUR CLASSIFIED AD***
**ONLINE**
**medina-gazette.com**
**chroniclet.com**

## Miscellaneous Items

**A REMOTE START AT: Litchfield Radio Car & Truck Accessories (330) 723-5518**

WHOLESALE Hot tubs, mattress, furniture, kitchen cabinets & much more! 50% off retail. Warehouse Direct. No membership fees. Call 330-307-1731

ZHU ZHU Pets, 4 hamsters, 2 hamster mobile & garage, hamster fun house, 1 hamster wheel & tunnerl. New in boxes. Call (440) 309-4102 eves

## Musical Instruments

SPINET piano, cherry finish, nice condition, $350, 330-239-1339

## Office Equipment

**FOUR-drawer metal desks with wood laminate top, $20 ea. For availability, call 330-721-4073 or 330-721-4020. Medina County.**

## Pets & Supplies

BICHON Frise REG. Christmas pups, 7 wks, white, Hypo allergenic, no shed, $300. 440-327-4016

CHIHUAHUA AKC 8 wks, female, 18 oz. 1st shot, vet checked. $600. 440-458-5292.

CHRISTMAS KITTENS Siamese/Persian mix. Call (440) 960-0345

CHRISTMAS PUPS AKC Mini Dachshund & AKC Golden Retriever-shots wormed 440-960-0345

ENGLISH Bulldog puppy, AKC, male, 10 wks., white head, brindle body. very lovable. Excellent Christmas gift. English bulldog stud service available. 440-320-3184

## Pets & Supplies

FREE kitten to a good home 10 wks. call 440-366-5337 or 440-452-2681

FREE KITTENS Hinckley. Please Call 330-278-2030

FREE PUPPIES 3 mo. old, 1st shots, crate trained. (330) 667-8012

GREAT Dane puppies AKC, harlequin, black & merle, very adorable. Excellent Christmas gifts 440-320-3184

KITTENS, females, 14 wks., shots/wormed litter trained. Nominal Fee. Call (419) 945-1021

LAB Pups 10 wks old, 3 males, no papers/shots. $200. 440-458-1154

LHASA APSO 2 males, born June 15th, purebred. (330) 410-1489

**PLEASE CHECK YOUR CLASSIFIED AD!**
We make every effort to avoid errors. Please check your ad **the FIRST day** it appears and report any changes/errors to
**440-329-7100**
**330-725-6040**
We cannot be responsible for more than one day's incorrect insertion if you do not call the error to our attention.
***THANK YOU***

POMERANIANS housebroken, vet checked wormed. 440-984-7314

PUPPIES & DOGS for adoption $100-$200 www.multiplebreed.petfinder.com

## Pets & Supplies

TOY FOX Terrier pups, 8 wks, 5-7 lbs grown, shots. $150 (440) 281-1843

WHATZIT ANSWER? A round of drinks

## Snow Removal Equipment

TWO Meyers snow plows, power angling, have lights & wires, lightly used, $800 ea. 440-984-7102

## Want to Buy Misc.

**CA$H for Washers & Dryers ~ working or not. 330-725-2776 Medina pick up ONLY**

CASH FOR GOLD AAA Jewelers 440-323-7296

## Wood/Coal

**OAK FIREWOOD**
$120 per LOAD + del. 440-967-4556, 315-1178

A BIG WOOD SALE!! SEASONED SLABWOOD 3 cords (390 cu. ft.) $300 6 cords (780 cu. ft.) $575 Delivered 440-322-2000

AARON'S HARDWOOD Split, Seasoned, Free delivery $175/cord $100/ 1/2cord 440-647-5841

**AFFORDABLE Seasoned Firewood. Free Delivery $175/Cord 440-452-4840**

ALL premium split seasoned firewood, coal and wood pellets. Bagged rock salt, discount snow plow parts. Earth Plus, Inc. 2105 Pearl Rd., Brunswick. 330-225-9256. Delivery & pick-up avail.

FIREWOOD - Delivered 6 cords $850, 2 cords $320. 330-421-8006

FIREWOOD split, seas. dump truck load 1.5 cords $250 440-926-3535

## Wood/Coal

FIREWOOD, slabwood, 6 ft. bed $60, 8 ft bed $80, dump truck $150 del. Call (440) 647-3974

HARDWOOD split fire wood - half cords. Brunswick area. (216) 406-3345

SEASONED FIREWOOD $75 pickup truck, del. available 440-322-5880

## Apartments-Furnished

EQUAL HOUSING
OPPORTUNITY

All real estate advertising in this newspaper is subject to the Fair Housing Act which makes it illegal to advertise "any preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status or national origin, or an intention to make any such preference, limitation or discrimination." Familial status includes children under the age of 18 living with parents or legal custodians, pregnant women and people securing cutody of children under 18.
This newspaper will not knowingly accept any advertising for real estate which is in violation of the law. Our readers are hereby informed that all dwellings advertised in this newspaper are available on an equal opportunity basis. To complain of discrimination call HUD toll-free at 1-800-669-9777. The toll-free telephone number for the hearing imparied is 1-800-927-9275.

## Legals

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* Debtors.** | **Chapter 11 Case No. 09-50026 (REG)** **(Jointly Administered)** |
| **In re REMEDIATION AND LIABILITY MANAGEMENT COMPANY, INC., Debtor.** | **Chapter 11 Case No. 09-50029 (REG)** |
| **In re ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC., Debtor.** | **Chapter 11 Case No. 09-50030 (REG)** |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50029 (REG) | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50030 (REG) | 41-1650789 | GM National Hawaii, Inc., NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE THAT, on December 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., as debtors in possession (each subsidiaries of **General Motors Corporation**) (collectively, the "**REALM/ENCORE Debtors**") entered an order (the "**Bar Date Order**") establishing **February 1, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("**Proof of Claim**") based on prepetition claims against any of the REALM/ENCORE Debtors (the "**Bar Date**").

The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the REALM/ENCORE Debtors that arose prior to **October 9, 2009**, the date on which the REALM/ENCORE Debtors commenced their cases under chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**").

**The REALM/ENCORE Debtors were subsidiaries of GENERAL MOTORS CORPORATION. The properties owned by the REALM/ENCORE Debtors, which are listed below, may have been known to you as property of General Motors Corporation.**

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a **Proof of Claim** to vote on a chapter 11 plan filed by the REALM/ENCORE Debtors or to share in any of the REALM/ENCORE Debtors' estates if you have a claim that arose prior to **October 9, 2009**. Acts or omissions that occurred before **October 9, 2009** may give rise to claims against the REALM/ENCORE Debtors that must be filed by **February 1, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **October 9, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM.**

**2. WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be **actually received** on or before **February 1, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 1, 2010**. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10 ("**Proof of Claim Form**"); (iv) state the REALM/ENCORE Debtor against which it is filed; (v) set forth the factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or ww.motorsliquidation.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

***If you do not file a Proof of Claim on or before February 1, 2010 in the appropriate form in accordance with the procedures described in this Notice for any claim you wish to assert, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything relating to the claim, and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the*** *REALM/ENCORE* ***Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the*** *REALM/ENCORE* ***Debtors' chapter 11 cases.***

**A holder of a possible claim should consult an attorney as to whether the holder should file a Proof of Claim.**

DATED: December 2, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| 6560 CASS AVENUE (NEW CENTER COMPLEX) | 6560 CASS AVENUE | DETROIT, MICHIGAN 48202 |
| BAY CITY - CROTTY STREET | 1001 WOODSIDE AVENUE | BAY CITY, MICHIGAN 48708 |
| DANVILLE CENTRAL FOUNDRY LANDFILL | I-74 @ G STREET | DANVILLE, ILLINOIS 61832 |
| DELPHI I-COLDWATER ROAD (LANDFILL & WWTP CLOSURE) | WWTP AT 6220 HORTON STREET, LANDFILL AT 1245 EAST | FLINT, MICHIGAN 48505 |
| DELPHI SAGINAW PLANT 2 - LANDFILL | 79 WEST CENTER STREET | SAGINAW, MICHIGAN 48605 |
| ELYRIA LANDFILL (LORAINE) | 1400 LOWELL STREET | ELYRIA, OHIO 44035 |
| FORMER DELCO CHASSIS PLANT | 12950 ECKLES ROAD | LIVONIA, MICHIGAN 48150 |
| GMPT - TOLEDO REALM PARCEL | 1455 WEST ALEXIS ROAD | TOLEDO, OHIO 43612 |
| GREENPOINT LANDFILL | 77, 79 WEST CENTER STREET AND 3305, 3307 GABRIEL | SAGINAW, MICHIGAN 48602 |
| LEEDS ASSEMBLY LAND | LAND SOUTH OF 6817 STADIUM DRIVE | KANSAS CITY, MISSOURI 64129 |
| LEY CREEK SITE (SALINA) | FACTORY AVENUE AND/OR MALLOY ROAD EAST | SALINA, NEW YORK 13209 |
| LINDEN ROAD | 1200 SOUTH LINDEN ROAD | FLINT TOWNSHIP, MICHIGAN 48532 |
| PEREGRINE - COLDWATER ROAD (PLANT) | 1245 EAST COLDWATER ROAD (G-1245 EAST COLDWATER ROAD) | FLINT, MICHIGAN 48505 |
| SOUTH LAGOON (MORAINE COMPLEX) | 3801 DRYDEN | MORAINE, OHIO 45439 |
| SUMMERFIELD (LAND ALONG STANLEY ROAD) | STANLEY ROAD | MT. MORRIS, MICHIGAN 48458 |
| TEXTILE ROAD LAND | BUNTON & TEXTILE ROADS | YPSILANTI, MICHIGAN 48197 |
| TONAWANDA LANDFILL | 2520 KENMORE AVENUE | TONAWANDA, NEW YORK 14207 |
| VACANT LAND SOUTH OF VAN BORN | 5000 ECORSE ROAD | BELLEVILLE, MICHIGAN 48111 |

Nick Abraham AUTO MALL
BEST PRICE OF THE YEAR
2009 LUCERNE
10 2009's Left
0.0%
X 72
In Lieu of All Rebates.
$23,995
Includes All Rebates & Incentives.
#3486
2010 LACROSSE Here - See & Drive
Sale Ends 12/23/09
www.abrahamautomall.com
Nick Abraham AUTO MALL
366-6446
HOURS
RT. 57 AND EAST BROAD ELYRIA, OHIO
ELYRIA, OHIO

Take a second look at the New Chronicle Classifieds
The Lorain/Medina County Classified Connection
More Buyers to See Your Ad
We've added more than 32,500 New Classified Readers Daily!
Your Chronicle Classified ad now appears in the Medina Gazette at no extra charge!
More Sellers to Choose From
We're adding 6 classified pages a week!
We added The Medina Gazette classified pages to The Chronicle at No Extra Charge!
ASK ABOUT THE TOTAL TUESDAY BONUS!
More Results!
How to place your Chronicle Classified ad...
Stop in at our new building
225 East Avenue, Downtown Elyria
Mon-Fri 8 to 5
Call in 440.329.7100
or toll-free 800.848.6397
Mon.-Fri. 8 to 5, Sat. and Sun. 10 to 5
The Lorain/Medina County Classified Connection

Kids with Character

Do you know a kid who is caring, respectful, trustworthy or respectful? We'd like to honor them as one of our Kids with Character.

Lorain County kids ages 9 through 18 are eligible to be nominated.

For complete details go to: www.chroniclet.com/nie and click on the "Kids with Character" link. Or call 329-7239 to have the nomination form mailed to you

Kim Ray
Megan Fulper
Breanna Myers

Shown above are previous winners.

EMH Regional Medical Center
Co-sponsor

## MLB NOTES

# Halladay to Phils; Mariners get Lee

Associated Press

SEATTLE — The Philadelphia Phillies got ace pitcher Roy Halladay from Toronto and traded Cliff Lee to Seattle on Wednesday, Dec. 16, completing a complicated, four-team deal that featured a pair of Cy Young winners.

**Roy Halladay**
Now a Phillie

Oakland also was part of the nine-player swap. Money was a key factor. The Blue Jays sent came to an end when all sides signed off l.

The 32-year righty went 17-10 with a 2.79 ERA last season. He led the American League with four shutouts and nine complete games. The six-time All-Star won the 2003 AL Cy Young.

**ANGELS:** Hideki Matsui and Los Angeles agreed to a $6 million, one-year contract, bringing the World Series MVP and two-time All-Star to the AL West power.

Matsui hit .274 with 28 homers and 90 RBIs last season for the Yankees, then was selected World Series MVP despite start-

with little word from either side. Holmgren spent two days talking with the Browns about assuming control of their football operations.

There were reports Wednesday evening that Holmgren had been offered the job with an annual salary of $8 million to $10 million. It appears Holmgren is weighing his options, which could include several other teams.

Browns coach Eric Mangini, whose destiny could be decided by Cleveland's new football czar, was placed in the awkward position of having to answer several questions about Holmgren's courtship.

"It's not unsettling, at all," said Mangini, 2-11 in his first season with Cleveland. "I'm all for anybody that can come in and help us organizationally be more successful. The more smart people, talented people you can put in the building that have the same approach, that's the best thing you can have."

### Ochocinco wants to fight Chargers LB

SAN DIEGO — Bengals wideout Chad Ochocinco went off on San Diego Chargers linebacker Shawne Merriman during a conference call with reporters on Wednesday, saying he wants to fight him. And he was serious,

dium; he was serving a four-game suspension for testing positive for steroids.

"I will beat Shawne's head in, right now," Ochocinco said. "It's not even fun. This is not in fun. This is personal. Bring it on."

### Bengals add Smith and dump Purify

CINCINNATI — Defensive tackle Shaun Smith rejoined the Cincinnati Bengals, four days after the team released him.

The Bengals need another defensive lineman while Domata Peko recovers from knee surgery. They signed Smith last Wednesday, then released him on Saturday. Smith played for the Bengals from 2004-06 and for the Browns the last two years.

The Bengals waived receiver Maurice Purify to open a roster spot.

### Ex-Brown Frye is new Raiders' QB

ALAMEDA, Calif. — Charlie Frye will start at quarterback over former starter JaMarcus Russell when the Oakland Raiders visit the Denver Broncos.

Frye, who began his career with the Browns, has not played this year and worked strictly with Oakland's scout team. "I've been that crutch and that supportive guy all season," he said. "It's my turn."

## ATTENTION LEGAL ADVERTISERS

Listed below are the deadlines for placing legal advertisements with the Dayton Daily News. Deadlines may vary during holiday periods.

| | |
|---|---|
| To Run Monday | Thurs. 2:00 pm |
| To Run Tuesday | Fri. 2:00 pm |
| To Run Wednesday | Mon. 2:00 pm |
| To Run Thursday | Tues. 2:00 pm |
| To Run Friday | Wed. 2:00 pm |
| To Run Saturday | Thurs. 2:00 pm |
| To Run Sunday | Thurs. 2:00 pm |

To place your legal notice, please fax to 225-2043 or e-mail to legals@coxohio.com. For any questions concerning placement or problems, please call our Legal Advertising line at 937-225-7367. You can view Legals online at www.DaytonDailyNews.com

### Notice to Bidders

ATTENTION
Small Business
Subcontractors & Suppliers

**Walbridge and Dugan Meyers** are soliciting Subcontractor and Supplier bids from Small Businesses that can qualify under the Federal S.B.A guidelines (WOSBs, VOSBs, SD-VOSBs, SDBs and HUB-Z) for the construction of the **Information Technology Complex, Wright Patterson Air Force Base in Dayton, OH. USACE Solicitation number: W912QR-10-R-004. Proposals will be received until Monday, December 21, 2009 @ 2:00 PM.**

Interested Small Business Companies should contact
Estimator: Mike Kuhlmann
Assistant Chief Estimator, Walbridge
P 313-442-1363
F 313-963-8123

### NOTICE OF PUBLICATION

**IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY, OHIO**

Montgomery County Clerk of Courts
41 N. Perry St.
Dayton, OH 45402

**River Valley Credit Union fka Dayton Federal Credit Union
vs.
Robert R. Haddix, deceased, et al.**

**Case No. 2009CV05324**

Shannon Wilson, and if deceased, all heirs, devisees, legatees, executors, executrixes, administrators, administratrixes and assignees and John Doe, Unknown Spouse of Shannon Wilson, whose addresses are unknown, will hereby take notice that on June 26, 2009, River Valley Credit fka Dayton Federal Credit Union, filed its Complaint in Foreclosure and Marshalling of Leins in the Common Pleas Court of Montgomery County, Ohio, 41 N. Perry St., Dayton, OH 45402 being Case No 2009CV05324 against Robert R. Haddix, Deceased, et al. praying for judgment in the amount $25,971.73 with interest theron according to the terms of the note from June 17, 2009 until paid and for foreclosure of said Mortgage Deed on the following described real estate, of which said Defendant, was the owner of

Real estate located at 638 S. Riverview Ave., Miamisburg, OH 45342

as further described in Plaintiff's mortgage recorded on September 18, 1997 in 97-1629 A07 of the Mortgage Records of Montgomery County, Ohio

and that Defendants, Shannon Wilson, and if deceased, all heirs, devisees, legatees, executors, executrixes, administrators, administratrixes and assignees and John Doe, Unknown Spouse of Shannon Wilson, be required to set up any interest they may have in said premises or be forever barred, that upon failure of said Defendants to pay or to cause to be paid said judgment within

12201070 12-17,24/09

### OHIO TREASURY NOW ACCEPTING REQUEST FOR PROPOSALS
*For Banking Services*

On Monday, March 15, 2010, the Ohio Board of Deposit ("BOD") shall meet for the purpose of designating the active deposits of the public moneys of the State of Ohio, and such meeting or any adjourned session thereof shall designate such public moneys for the period of two years commencing on July 5, 2010

The Request for Proposal for Banking Services will be made available on the State Treasurer's website at www.ohiotreasurer.gov on Tuesday, January 5, 2010. Responses to the Request for Proposal for Banking Services shall be received by Ohio Treasurer of State Kevin L. Boyce no later than Tuesday, February 16, 2010. All responses are to be in accordance with Ohio Revised Code, Chapter 135 and submitted to: Kevin L. Boyce, Chairman, Ohio Board of Deposit, 30 East Broad Street, 9th Floor, Columbus, OH 43215-3461

Questions regarding Request for Proposal for Banking Services may be sent via e-mail to ohiobod@tos.ohio.gov

**MEDIA CONTACT:** Simone Wilkinson /614.644.4407/ simone.wilkinson@tos.ohio.gov
12202557 12-17,24/09

### LEGAL NOTICE

On Monday, March 15, 2010, the Ohio Board of Deposit ("BOD") shall meet for the purpose of designating a Financial Institution, issuer of financial transaction devices, or processor of financial transaction devices to provide statewide financial transaction device acceptance and processing services for a period of two years commencing on July 5, 2010

The Request for Proposal for Financial Transaction Device Acceptance and Processing Services will be made available on the State Treasurer's website at www.ohiotreasurer.gov on Tuesday, January 5, 2010. Responses to the Request for Proposal shall be received by Ohio Treasurer of State Kevin L. Boyce no later than Tuesday, February 16, 2010. All responses should be submitted to: Kevin L. Boyce, Chairman, Ohio

### LEGAL NOTICE

**ATTORNEY:
RICHARD D. SPOTSWOOD
SB# 58366
JACOBS, SPOTSWOOD & CASPER, LLP
200 MAGEE AVENUE
MILL VALLEY, CA 94941
[415] 389-1500**

ATTORNEY FOR
**GERALDINE BLALARK**

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN FRANCISCO
400 MCALLISTER STREET
SAN FRANCISCO, CA 94102

**UNLIMITED JURISDICTION**

PLAINTIFF.
**GERALDINE BLALARK,**
DEFENDANT.
**ODESSA HELTON, et al.**

**STATEMENT OF DAMAGES**
CASE NUMBER.
CGC-09-484978
**TO: MICHELLE HARPER**
PLAINTIFF GERALDINE BLALARK SEEKS DAMAGES IN THE ABOVE-ENTITLED ACTION, AS FOLLOWS.
**1. GENERAL DAMAGES:**
a. pain, suffering, inconvenience ........ $300,000
b. emotional distress ........ $225,000
**2. SPECIAL DAMAGES:**
a. medical expenses [to date] ........ $ 64,023

**DATED:** NOVEMBER 23, 2009

***/S/RICHARD D. SPOTSWOOD, ESQ.***
12201454 12-17,24,31/09,1-7/10

### OHIO TREASURY NOW ACCEPTING REQUEST FOR INFORMATION
*For Global Custody Services*

On Monday, March 15, 2010, the Treasurer of the State of Ohio shall announce the pool of authorized firms that may provide global custody services for assets which under Ohio law are in the custody of the Treasurer pursuant to Ohio Revised Code Section 113.051, and such announcement shall award such global custody services commencing on July 5, 2010.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>**MOTORS LIQUIDATION COMPANY, *et al.*,**<br>f/k/a General Motors Corp., *et al.*<br>Debtors. | Chapter 11 Case No.<br>**09-50026 (REG)**<br><br>(Jointly Administered) |
| In re<br>**REMEDIATION AND LIABILITY MANAGEMENT COMPANY, INC.,**<br>Debtor. | Chapter 11 Case No.<br>**09-50029 (REG)** |
| In re<br>**ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC.,**<br>Debtor. | Chapter 11 Case No.<br>**09-50030 (REG)** |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc (subsidiary of **General Motors Corporation**) | 09-50029 (REG) | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50030 (REG) | 41-1650789 | GM National Hawaii, Inc., NCRS Hawaii, Inc |

PLEASE TAKE NOTICE THAT, on December 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., as debtors in possession (each subsidiaries of **General Motors Corporation**) (collectively, the "**REALM/ENCORE Debtors**") entered an order (the "**Bar Date Order**") establishing **February 1, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("**Proof of Claim**") based on prepetition claims against any of the REALM/ENCORE Debtors (the "**Bar Date**").

The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the REALM/ENCORE Debtors that arose prior to **October 9, 2009**, the date on which the REALM/ENCORE Debtors commenced their cases under chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**").

**The REALM/ENCORE Debtors were subsidiaries of GENERAL MOTORS CORPORATION. The properties owned by the REALM/ENCORE Debtors, which are listed below, may have been known to you as property of General Motors Corporation.**

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a **Proof of Claim** to vote on a chapter 11 plan filed by the REALM/ENCORE Debtors or to share in any of the REALM/ENCORE Debtors' estates if you have a claim that arose prior to **October 9, 2009**. Acts or omissions that occurred before **October 9, 2009** may give rise to claims against the REALM/ENCORE Debtors that must be filed by **February 1, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **October 9, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM.**

**2. WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be actually received on or before **February 1, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc
Attn: Motors Liquidation Company Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by first-class mail, to:
The Garden City Group, Inc
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 1, 2010**. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10 ("**Proof of Claim Form**"); (iv) state the REALM/ENCORE Debtor against which it is filed; (v) set forth the factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidation.com

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

***If you do not file a Proof of Claim on or before February 1, 2010 in the appropriate form in accordance with the procedures described in this Notice for any claim you wish to assert, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything relating to the claim, and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the REALM/ENCORE Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the REALM/ENCORE Debtors' chapter 11 cases.***

**A holder of a possible claim should consult an attorney as to whether the holder should file a Proof of Claim.**

BY ORDER OF THE COURT

DATED: December 2, 2009
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| 6560 CASS AVENUE (NEW CENTER COMPLEX) | 6560 CASS AVENUE | DETROIT, MICHIGAN 48202 |
| BAY CITY - CROTTY STREET | 1001 WOODSIDE AVENUE | BAY CITY, MICHIGAN 48708 |
| DANVILLE CENTRAL FOUNDRY LANDFILL | I-74 or G STREET | DANVILLE, ILLINOIS 61832 |
| DELPHI-COLDWATER ROAD (LANDFILL & WWTP CLOSURE) | WWTP AT 6220 HORTON STREET, LANDFILL AT 1245 EAST | FLINT, MICHIGAN 48505 |
| DELPHI SAGINAW PLANT 2 LANDFILL | 79 WEST CENTER STREET | SAGINAW, MICHIGAN 48605 |
| ELYRIA LANDFILL (LORAINE) | 1400 LOWELL STREET | ELYRIA, OHIO 44035 |
| FORMER DELCO CHASSIS PLANT | 12950 ECKLES ROAD | LIVONIA, MICHIGAN 48150 |
| GMPT - TOLEDO REALM PARCEL | 1455 WEST ALEXIS ROAD | TOLEDO, OHIO 43612 |
| GREENPOINT LANDFILL | 77, 79 WEST CENTER STREET AND 3305, 3307 GABRIEL | SAGINAW, MICHIGAN 48602 |
| LEEDS ASSEMBLY LAND | LAND SOUTH OF 6817 STADIUM DRIVE | KANSAS CITY, MISSOURI 64129 |
| LEY CREEK SITE (SALINA) | FACTORY AVENUE AND/OR MALLOY ROAD EAST | SALINA, NEW YORK 13209 |
| LINDEN ROAD | 1200 SOUTH LINDEN ROAD | FLINT TOWNSHIP, MICHIGAN 48532 |
| PEREGRINE - COLDWATER ROAD (PLANT) | 1245 EAST COLDWATER ROAD (G-1245 EAST COLDWATER ROAD) | FLINT, MICHIGAN 48505 |
| SOUTH LAGOON (MORAINE COMPLEX) | 3801 DRYDEN | MORAINE, OHIO 45439 |
| SUMMERFIELD (LAND ALONG STANLEY ROAD) | STANLEY ROAD | MT. MORRIS, MICHIGAN 48458 |
| TEXTILE ROAD LAND | BUNTON & TEXTILE ROADS | YPSILANTI, MICHIGAN 48197 |
| TONAWANDA LANDFILL | 2520 KENMORE AVENUE | TONAWANDA, NEW YORK 14207 |
| VACANT LAND SOUTH OF VAN BORN | 5000 ECORSE ROAD | BELLEVILLE, MICHIGAN 48111 |

# Railsplitters can't quite catch Annapolis

BY DAVID KOMER
THE NEWS-HERALD

Lincoln Park cut Dearborn Heights Annapolis' lead to three points in the fourth quarter Friday, but it wasn't enough.

After the Rails missed a pair of free throws, the Cougars responded with a three-point play and never had to look back.

The Rails lost 60-54 to visiting Annapolis as the Cougars made free throws down the stretch.

Lincoln Park trailed 29-20 at halftime and by seven points after the third quarter.

"We scored the first two baskets of the fourth quarter, then missed two free throws," Rails Coach Jeff Baum said. "Then they got a three-point play and made free throws (down the stretch)."

Brittany Teets had 18 points with nine steals and five assists.

Her sister, Courtney, had her best night of the season with Courtney Teets hitting for 14 points.

"We lost the game in the first half," Baum said. "They had 14 offensive rebounds to our two in the first half. We didn't match their physical play."

Lincoln Park beat Dearborn Fordson 46-26 on the road, thanks to a huge night by its senior point guard.

Brittany Teets scored 20 points, 16 coming in the second half.

Lincoln Park led 10-7 after the first quarter and 21-10 at halftime.

The Rails outscored the Tractors 13-10 in the third quarter.

"We did a nice job, they tried to slow the game down on us," Baum said. "Eryn Simison held their top scorer to four points.

"Our pressure got to off the bench Julie Suyak had eight with three steals.

Trenton led 24-23 at the half and 39-34 after the third.

Trenton beat Redford Union 50-32 at home Friday.

Fodor scored 18 off the bench.

"Everything she shot seemed to go in," Coach John Biedenbach said.

Shaw had six points and eight steals, Emily Sauter had six points, six Sauter said. "They scored a couple quick baskets to start overtime.

"It was a really good effort, we shot 18-for-25 in free throws."

At halftime Carlson led 21-20, after but trailed in the third quarter 28-25.

Carlson scored 10 points and three steals.

Hannah Howarth scored eight points and Ann Blakeslee added six off the bench.

At Saline Carlson lost 46-36 on Dec. 8.

the second half.

"We didn't play well at all and they had a lot of energy in the first half," said Huron Coach Brent Rodak, whose team suffered its first loss of the season.

"We talked about it at halftime and the girls came out a lot more focused.

"We want to win every time, but it was nice to see them battle back the way they did."

Huron opened the second half on a 20-8 but couldn't get over the hump once they cut the lead to four.

Sisters McKenzie (10 rebounds, six blocks) and Kiara Kudron each scored 19 points to lead Huron, which also got eight from Alex Johnston.

Tina Labrecque added 11 boards.

The Chiefs bounced back Friday night to top visiting Temperance Bedford 56-43. Huron led 14-9 early in the game and pulled away for good with an 18-9 third-quarter run.

Huron won despite attempting 18 free throws, the same number the Mules made.

McKenzie Kudron had 14 points, 16 blocks and 10 rebounds — her second triple-double in three games — and Kiara Kudron added 12 points.

Katie O'Hotzke added eight points for Huron (2-1), which gets a long holiday break before returning to the court. The Chiefs will be at Dexter Dec. 29 and 30 for a tournament.

### Grosse Ile splits

Grosse Ile's offense wasn't always clicking last Tuesday, but the Devils made up the difference at the other end of the court.

Besa Ziberi keyed a fourth-quarter surge and Grosse Ile rolled to a 44-30 win over visiting Alex Flemmons had 11 points and 15 rebounds for the Devils, who also got 11 points from Kielee McNally.

Grosse Ile suffered its first loss of the season Friday night, a 58-43 setback at the hands of visiting Divine Child.

The Devils (2-1) will be at Carlson on Monday for the Marauders' holiday tournament.

**Alyssa Giles and Grosse Ile topped Woodhaven last week before falling to visiting Dearborn Divine Child.**

Photo by Dave Vernham

DON'T LIVE IN PAIN! • DON'T LIVE IN PAIN!

**"After my Hernia procedure I was back to normal in no time!"**

**State-of-the-Art Laprascopic HERNIA REPAIR**

- Minimally invasive technique
- Same day surgery
- Minimal discomfort
- Return to normal activity in as little as two days

**DON'T LIVE IN PAIN!**

**Call Us Today to Schedule a Consultation or to Learn More About Laparoscopic Hernia Repair!**

*Covered by most insurances including Medicare*

15101 Southfield Rd., Suite 102
Allen Park, Mi 48101

**313-389-9950**

DON'T LIVE IN PAIN! • DON'T LIVE IN PAIN!

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |
| In re REMEDIATION AND LIABILITY MANAGEMENT COMPANY, INC., Debtor. | Chapter 11 Case No. 09-50029 (REG) |
| In re ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC., Debtor. | Chapter 11 Case No. 09-50030 (REG) |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc. (subsidiary of General Motors Corporation) | [illegible] | [illegible] | [illegible] Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of General Motors Corporation) | [illegible] | [illegible] | GM National Hawaii, Inc. [illegible] |

[illegible] Motors Corporation (collectively, the "REALM/ENCORE Debtors") entered an order (the "Bar Date Order") establishing February 1, 2010, at 5:00 p.m. (Eastern Time) as the last date and time for each person or entity [illegible]

[illegible]

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

**1. WHO MUST FILE A PROOF OF CLAIM**

[illegible]

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM.**

**2. WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be actually received on or before February 1, 2010 at the following address: [illegible]

Proofs of Claim will be deemed timely filed only if actually received by The Garden City Group, Inc. or the Court on or before February 1, 2010. Proofs of Claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

[illegible] Proof of Claim Form [illegible] documentation or an explanation as to why such documentation is not available; and (iv) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

Proof of Claim Forms may be obtained at [illegible]

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

*If you do not file a Proof of Claim on or before February 1, 2010 in the appropriate form in accordance with the procedures described in this Notice for any claim you wish to assert, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything relating to the claim, and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the REALM/ENCORE Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the REALM/ENCORE Debtors' chapter 11 cases.*

A holder of a possible claim should consult an attorney as to whether the holder should file a Proof of Claim.

DATED: December [illegible], 2009, New York, New York — BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: [illegible]
Facsimile: [illegible]

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

[illegible]

# Act now to prevent costly ice damage later

Ice dams may not be something the average homeowner has ever heard of, but they occur all too frequently during the winter months, resulting in costly damage. Left unaddressed, water seepage from ice dams can ruin ceilings, walls, attics and roofing.

Ice dams usually form when heat from inside a home causes snow on the roof to melt and trickle to the roof's edge, where it refreezes on cold eaves, blocking gutters and drains. Since water cannot flow over the built-up ice, it backs up behind the ice, creating pools, and seeps into the home under the shingles.

"A typical U.S. winter will generate more than $500 million in property damage from ice dams," says Mike Convery, chief claim officer for MetLife Auto & Home. "By taking a few proactive measures in the fall, homeowners can often prevent ice dams and save themselves a lot of time, money and frustration."

Steps to take:

• Keep all gutters and downspouts clear. Make certain that leaves, sticks and debris are removed completely from your home's gutters and downspouts.

• Keep your attic chilly. The most effective way to eliminate ice dams is to stop snowmelt by making the roof colder. This can be achieved by insulating the floor of the attic and under the roof, and by blocking all crevices (known as bypasses) where warm air from the interior can rise into the attic.

• Identify water entry points within the home. You may wish to contact a contractor to locate these entry points and take the appropriate actions to create a waterproof barrier.

• Protect your roof with some extra help. If you're still getting ice dams after insulating and ventilating, consider installing extra protection along your eaves. An ice belt, a solid, metal flashing, allows snow to easily slide off it while providing a barrier for melted snow. Electrical heat tracing can help if an ice dam starts forming, melting it away with one flip of a switch.

• Keep a lookout for giant icicles. One of the first warning signs of possible ice dams - and definitely poor insulation and ventilation - are giant icicles hanging from the eaves.

• If possible, keep snow off the roof with a roof rake. Use a roof rake or push broom to reduce the amount of snow that could melt. Do not climb on the roof to clear the snow as serious injury may result. Also, be cautious of electrical wires.

• To melt the ice, bring new life to an old set of legs. Placing old nylon stockings filled with ice melt - containing magnesium chloride, potassium chloride, and/or calcium chloride - on an ice dam is an effective way to melt the dam and create a channel for the water to run off. Be certain to lay the stockings perpendicular to the gutter near the edge of the roof.

In an emergency situation, where water is seeping into the house, the best advice is to notify a professional contractor.

For a free brochure, "Protecting Your Home Against Damage From Freezing Weather," call (800) 638-5433 (800-MET-LIFE).

— Courtesy of ARAcontent

Ice dams usually form when heat from inside a home causes snow on the roof to melt and trickle to the roof's edge, where it refreezes on cold eaves, blocking gutters and drains.

CHARTER TOWNSHIP OF YPSILANTI
7200 S. HURON RIVER DR.,

**Washtenaw County Legal Notice:**

Washtenaw County Purchasing Division is issuing a Request for Proposal for Professional Transcript Preparation

**Augusta Charter Township**

**INTRODUCTION OF UPDATED ZONING ORDINANCE ADOPTION**

Please take notice that the

**AUGUSTA CHARTER TOWNSHIP**

**Introduction of Amendment to Zoning Ordinance**

Please take notice that the Augusta Charter Township Board of Trustees adopted an amendment to the Augusta Township zoning ordinance at the Board of Trustee's meeting held on Tuesday, December 8, 2009.

**Washtenaw County Legal Notice:**

**CHARTER TOWNSHIP OF YPSILANTI**

**PROPOSED ORDINANCE NO. 2009-401**

At the Regular Meeting held on December 1, 2009 the Charter Township of Ypsilanti Board of Trustees approved Ordinance No. 2009-401, Amending Ordinance No. 2009-397 - Animal Control. The proposed ordinance is available in the Clerk's Office and can be viewed on line at www.ytown.org. If you have any questions, please call 734-484-4700.

**Karen Lovejoy Roe, Clerk**
**Charter Township of Ypsilanti**

Pubish December 17, 2009

**PITTSFIELD CHARTER TOWNSHIP**

ZONING HEARING NOTICE FOR ZONING ORDINANCE TEXT AMENDMENTS

**AN ORDINANCE TO AMEND THE PITTSFIELD TOWNSHIP ZONING ORDINANCE**

NOTICE IS HEREBY GIVEN THAT a regular meeting of the Pittsfield Township Planning Commission will be held at the Pittsfield Township Administration Building located at 6201 W. Michigan Avenue in said township on Thursday, January 14, 2010 at 6:30 p.m.

At said meeting the Planning Commission will hold a public hearing to consider proposed amendments to the Zoning Ordinance of Pittsfield Charter Township as it pertains to:

ZOA 09-179, Articles 41 and 56. The purpose of the proposed amendment is to include kennels as a conditional use in an I-1 District.

ZOA 09-180, Articles 2, 11 and 56. The purpose of the proposed amendment is to include landscape nurseries as a conditional use in an AG District.

The tentative text of the proposed amendments may be examined until the date of said hearing at the office of the Township Clerk at the township administration building on Monday through Friday between the hours of 8:00 a.m. and 5:00 p.m.

Any person having an interest in said township, or their duly appointed representative, shall then and there be heard at such meeting or adjournment thereof, relative to any matters that should properly come before the said commission.

**s/Alan Israel, Clerk**
**Pittsfield Charter Township**
**(734) 822-3120**

Pubish December 17, 2009

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>**MOTORS LIQUIDATION COMPANY,** *et al.,*<br>f/k/a General Motors Corp., *et al*<br>Debtors. | **Chapter 11 Case No. 09-50026 (REG)**<br>**(Jointly Administered)** |
| In re<br>**REMEDIATION AND LIABILITY MANAGEMENT COMPANY, INC.,**<br>Debtor. | **Chapter 11 Case No. 09-50029 (REG)** |
| In re<br>**ENVIRONMENTAL CORPORATE REMEDIATION COMPANY, INC.,**<br>Debtor. | **Chapter 11 Case No. 09-50030 (REG)** |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Remediation and Liability Management Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50029 (REG) | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of **General Motors Corporation**) | 09-50030 (REG) | 41-1650789 | GM National Hawaii, Inc., NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE THAT on December 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), having jurisdiction over the chapter 11 cases of Remediation and Liability Management Company, Inc. and Environmental Corporate Remediation Company, Inc., as debtors in possession (each subsidiaries of **General Motors Corporation**) (collectively, the "**REALM/ENCORE Debtors**"), entered an order (the "**Bar Date Order**") establishing **February 1, 2010, at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("**Proof of Claim**") based on prepetition claims against any of the REALM/ENCORE Debtors (the "**Bar Date**").

The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the REALM/ENCORE Debtors that arose prior to **October 9, 2009**, the date on which the REALM/ENCORE Debtors commenced their cases under chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**").

**The REALM/ENCORE Debtors were subsidiaries of GENERAL MOTORS CORPORATION. The properties owned by the REALM/ENCORE Debtors, which are listed below, may have been known to you as property of General Motors Corporation.**

__If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.__

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a **Proof of Claim** to vote on a chapter 11 plan filed by the REALM/ENCORE Debtors or to share in any of the REALM/ENCORE Debtors' estates if you have a claim that arose prior to **October 9, 2009**. Acts or omissions that occurred before **October 9, 2009** may give rise to claims against the REALM/ENCORE Debtors that must be filed by **February 1, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **October 9, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM.**

**2. WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be __**actually received**__ on or before **February 1, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if __**actually received**__ by The Garden City Group, Inc. or the Court on or before **February 1, 2010**. Proofs of Claim may __not__ be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10 ("**Proof of Claim Form**"); (iv) state the REALM/ENCORE Debtor against which it is filed; (v) set forth the factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms or __www.motorsliquidation.com__.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

***If you do not file a Proof of Claim on or before February 1, 2010 in the appropriate form in accordance with the procedures described in this Notice for any claim you wish to assert, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything relating to the claim, and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the REALM/ENCORE Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the REALM/ENCORE Debtors' chapter 11 cases.***

**A holder of a possible claim should consult an attorney as to whether the holder should file a Proof of Claim.**

DATED: December 2, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**__LIST OF PROPERTIES__**

| Site Name | Address | City, State Zip |
|---|---|---|
| 6060 CASS AVENUE (NEW CENTER COMPLEX) | 6060 CASS AVENUE | DETROIT, MICHIGAN 48202 |
| BAY CITY - CROTTY STREET | 1001 WOODSIDE AVENUE | BAY CITY, MICHIGAN 48708 |
| DANVILLE CENTRAL FOUNDRY LANDFILL | I-74 & G STREET | DANVILLE, ILLINOIS 61832 |
| DELPHI COLDWATER ROAD LANDFILL & WWTP CLOSURE | WWTP AT 6200 HORTON STREET LANDFILL AT 1245 EAST [illegible] | FLINT, MICHIGAN [illegible] |
| DELPHI SAGINAW PLANT 2 - LANDFILL | [illegible] WEST CENTER STREET | SAGINAW, MICHIGAN [illegible] |
| ELYRIA LANDFILL (LORAINE) | 1400 LOWELL STREET | ELYRIA, OHIO 44035 |
| FORMER DELCO CHASSIS PLANT | 12950 ECKLES ROAD | LIVONIA, MICHIGAN 48150 |
| GMPT - TOLEDO REMNANT PARCEL | 1455 WEST ALEXIS ROAD | TOLEDO, OHIO 43612 |
| GREENPOINT LANDFILL | 77-70 WEST CENTER STREET AND 3305, 3307 GABRIEL | SAGINAW, MICHIGAN 48602 |
| LEEDS ASSEMBLY LAND | LAND SOUTH OF 6817 STADIUM DRIVE | KANSAS CITY, MISSOURI [illegible] |
| LEY CREEK SITE (SALINA) | FACTORY AVENUE AND/OR MATTON ROAD EAST | SALINA, NEW YORK 13209 |
| LINDEN ROAD | 1260 SOUTH LINDEN ROAD | FLINT TOWNSHIP, MICHIGAN 48532 |
| PEREGRINE - COLDWATER ROAD (PLANT) | 1245 EAST COLDWATER ROAD (G-1245 EAST COLDWATER ROAD) | FLINT, MICHIGAN 48505 |
| SOUTH LAGOON (MORAINE COMPLEX) | 3801 DRYDEN | MORAINE, OHIO 45439 |
| SUMMERFIELD (LAND ALONG STANLEY ROAD) | STANLEY ROAD | MT. MORRIS, MICHIGAN 48458 |
| TENTH ROAD LAND | BENTON & TENTH ROADS | YPSILANTI, MICHIGAN 48197 |
| TONAWANDA LANDFILL | 2520 KENMORE AVENUE | TONAWANDA, NEW YORK 14207 |
| VACANT LAND SOUTH OF VAN BORN | 5000 ECORSE ROAD | BELLEVILLE, MICHIGAN 48111 |



Noelle Klomp
Advertising Manager

December 24, 2009

Lara Haehle
GCG Communications, Inc.
5335 SW Meadows Road, Suite 365
Lake Oswego, OR 97035

Dear Lara,

Due to an error in which occurred in our paginating production department for the Ypsilanti Courier the advertisement you provided us was resized instead of having been placed as it was sent to us from you. Therefore the ad was published with the ad text stretched to the wrong size. We are in the process of investigating how this error occurred and we regret any inconvenience this has caused you and your client.

Sincerely,


Noelle Klomp
Advertising Manager