HEARING DATE AND TIME: TBD
OBJECTION DEADLINE: January 6, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                        :      **Chapter 11 Case No.**
                                                 :      **09-50026 (REG)**
                                                 :      **(Jointly Administered)**
                                                 :
**MOTORS LIQUIDATION COMPANY,** *et al.,*        :
         **f/k/a General Motors Corp.,** *et al.*   :
                                                 :
         **Debtors.**                            :
------------------------------------------------------------------x

### DEBTORS' RESPONSE TO THE MOTION OF MARLA SOFFER FOR RELIEF FROM THE AUTOMATIC STAY TO CONTINUE SEPARATE LITIGATION

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE:

        Motors Liquidation Company (f/k/a General Motors Corporation) and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned

chapter 11 cases (collectively, the "**Debtors**"), hereby submit this response to the Motion

of Marla Soffer for Relief from the Automatic Stay to Continue a Separate Litigation

[Docket No. 4703] (the "**Motion**").  The Debtors take no position in response to the

Motion as the Motion seeks only to proceed with a prepetition appeal in Pennsylvania

State Court against a non-debtor codefendant (*See* Mot. ¶¶ 29 - 31).  Accordingly,  the

Motion is inappropriately styled as a motion for relief from the automatic stay.

Dated:  January 5, 2010
     New York, New York

                                             /s / David R. Berz____
                                           Harvey R. Miller
                                           Stephen Karotkin
                                           Joseph H. Smolinsky
                                           David R. Berz

                                           WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York 10153
                                         Telephone:  (212) 310-8000
                                         Facsimile:  (212) 310-8007

                                         Attorneys for Debtors and
                                         Debtors in Possession