**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MOTORS LIQUIDATION COMPANY, et al., ) | Case No.:    09-50026-REG |
| f/k/a General Motors Corporation, et al. ) | |
| ) | Chapter:    11 |
| Debtor(s) ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW Kathleen H. Peters, in the above-entitled bankruptcy proceeding, by and through her undersigned counsel, Gary W. Kullmann, and does hereby withdraw her Proof of Claim filed on or about October 23, 2009 in this bankruptcy case. A copy of said Proof of Claim is attached hereto and incorporated by reference.

Respectfully submitted,

KULLMANN, KLEIN & DIONEDA, P.C.

By:             */s/  Gary W. Kullmann*
GARY W. KULLMANN, Admitted *Pro Hac Vice*
Missouri Bar No. 30225
gkullmann@kkdpc.com
7777 Bonhomme Ave., Suite 2301
St. Louis (Clayton), MO  63105
(314) 862-7222 – Telephone
(314) 862-7236 – Facsimile

*Attorney for Claimant, Kathleen H. Peters*

## CERTIFICATE OF SERVICE

Signature above is also certification that a true and correct copy of the above and foregoing has been mailed first class, and served via the Court's electronic filing system, this **5th** day of **January**, **2010**, to:

| | |
|---|---|
| Mr. Stephen Karothkin<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY  10153 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY  10004 |