TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
100 Jericho Quadrangle, Suite 309
Jericho, NY  11753
Tel.:  (516) 240-8900
Fax:  (516) 240-8950
Attorneys for Safeco Insurance Company of America
and Liberty Mutual Insurance Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICES AND PAPERS

Please take notice that Torre, Lentz, Gamell, Gary & Rittmaster, LLP, as counsel for Safeco Insurance Company of America and Liberty Mutual Insurance Company, creditors in the above-captioned case, hereby appears in the above-captioned case pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone and facsimile numbers indicated:

> Mark S. Gamell, Esq.
> Torre, Lentz, Gamell, Gary & Rittmaster, LLP
> 100 Jericho Quadrangle, Suite 309
> Jericho, New York 11753
> (516) 240-8900 – Telephone
> (516) 240-8950 – Facsimile
> mgamell@tlggr.com – E-mail

119844 v 1

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, filed or made with regard to the above-captioned cases and proceedings therein. This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights: (1) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  Jericho, New York
        January 5, 2010

TORRE, LENTZ, GAMELL, GARY &
RITTMASTER, LLP
Attorneys for Creditors
Safeco Insurance Company of America
and Liberty Mutual Insurance Company


By:___/s/ Mark S. Gamell_____
    Mark S. Gamell
    100 Jericho Quadrangle, Suite 309
    Jericho, NY  11753-2702
    (516) 240-8900

119844 v1                                    2