**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

In Re:                                                                                   Chapter 11

General Motors Corp., et al.,                                   Case No. 09-50026 (REG)

           Debtors.                                                                         (Jointly Administered)

---

**REQUEST FOR NO FUTURE ELECTRONIC NOTICES**

---

The undersigned appeared in the above-referenced matter and now requests that he no longer receive notices or any papers served or filed in this case, and that he be deleted from the mailing matrix.

Dated: <u>January 6, 2010</u>                                                      <u>/e/ Timothy D. Moratzka</u>
                                                                                                  Timothy D. Moratzka (#75038)
                                                                                                  Mackall, Crounse & Moore, PLC
                                                                                                  1400 AT&T Tower
                                                                                                  901 Marquette Ave
                                                                                                  Minneapolis, MN 55402
                                                                                                  Telephone: (612) 305-1400
                                                                                                  Facsimile: (612) 305-1414
                                                                                                  tdm@mcmlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In Re: | Chapter 11 |
| General Motors Corp., et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---

UNSWORN DECLARATION
FOR PROOF OF SERVICE

Jinah E. Finnes, employed by Mackall, Crounse & Moore, attorney(s) licensed to practice law in this court, with office address of 1400 AT&T Tower, 901 Marquette Avenue, Minneapolis, MN 55402-2859, declares that on the date set forth below, caused the following documents:

**REQUEST FOR NO FUTURE ELECTRONIC NOTICES**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- David B. Aaronson    david.aaronson@dbr.com
- Letitia Accarrino    laccarrino@wilentz.com
- Anna Conlon Aguilar    aaguilar@conlonaguilar.com
- Martin Alaniz    martin.alaniz@gmail.com
- Jonathan Bradley Alter    jonathan.alter@bingham.com
- Philip D. Anker    philip.anker@wilmerhale.com
- Gary L. Antoniewicz    gantoni@boardmanlawfirm.com
- Joel D. Applebaum    japplebaum@clarkhill.com
- W. David Arnold    darnold@rcolaw.com
- Thomas V. Askounis    taskounis@askounisdarcy.com
- Karin F. Avery    avery@silvermanmorris.com
- Douglas Bacon    douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Todd Murray Bailey    todd.bailey@ftb.ca.gov
- Marc M. Bakst    mbakst@bodmanllp.com
- David J. Baldwin    dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
- Elizabeth Banda    kwilliams@pbfcm.com
- Salvatore A. Barbatano    sbarbatano@foley.com
- Leslie S. Barr    lbarr@windelsmarx.com, theston@windelsmarx.com
- William M. Barron    wbarron@sgrlaw.com
- Robert L. Barrows    rbarrows@wdblaw.com
- Robert N. Bassel    ecfbbassel@gmail.com
- Donald F. Baty    dbaty@honigman.com

- Leonora K. Baughman    ecf@kaalaw.com
- Matthew K. Beatman    mbeatman@zeislaw.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer    hbeltzer@morganlewis.com
- Walter Benzija    wbenzija@halperinlaw.net
- Frederick A. Berg    fberg@kotzsangster.com
- Daniel J. Bernard    dbernard@vmclaw.com
- Richard J. Bernard    rbernard@bakerlaw.com
- David R. Berz    gregory.bailey@weil.com
- Kellie M. Blair    kblair@mattablair.com
- Kevin Blaney    kblaney@kevinblaney.com, bmorehead@kevinblaney.com
- Steven Harris Blatt    sblatt@dealerlaw.com
- David M. Blau    dmb@kompc.com, tlj@kompc.com
- Don W. Blevins    dwblevins@mcalpinelawfirm.com
- Anna Boelitz    anna.boelitz@bingham.com
- Phillip W. Bohl    phillip.bohl@gpmlaw.com
- Wanda Borges    borgeslawfirm@aol.com
- Jean Winborne Boyles    jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM
- Kimberly A. Brennan    kab@mccarthylebit.com
- Lynn M. Brimer    lbrimer@stroblpc.com, sfraser@stroblpc.com
- James L. Bromley    maofiling@cgsh.com
- Mark L. Brown    markb@lakinchapman.com, ashleyo@lakinchapman.com;docket@lakinchapman.com
- William J. Brown    wbrown@phillipslytle.com
- Theresa V. Brown-Edwards    bankruptcy@potteranderson.com
- Mark Edwin Browning    BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us
- Robert H. Brownlee    rbrownlee@thompsoncoburn.com
- Andrew P. Brozman    andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com
- Adam D. Bruski    adbruski@lambertleser.com
- Deborah M. Buell    maofiling@cgsh.com
- Charles D. Bullock    cbullock@sbplclaw.com
- John R. Burns    john.burns@bakerd.com, skrhoads@bakerd.com;oliana.nansen@bakerd.com
- Christopher M. Cahill    ccahill@clarkhill.com
- Barbara Lee Caldwell    blc@ashrlaw.com
- James Christopher Caldwell    ccaldwell@starkreagan.com
- John M. Callagy    jcallagy@kelleydrye.com
- Carollynn H.G. Callari    ccallari@venable.com
- Judy B. Calton    jcalton@honigman.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
- James C. Carignan    carignanj@pepperlaw.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

- Linda J. Casey     caseyl@pepperlaw.com, hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com
- George B. Cauthen     george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com
- Babette A. Ceccotti     bceccotti@cwsny.com, ecf@cwsny.com
- Joseph M. Cerra     jcerra@formanlaw.com
- Teresa H. Chan     kkansa@sidley.com;emcdonnell@sidley.com
- Jeffrey Chang     jchang@wildman.com
- J Eric Charlton     echarlton@hiscockbarclay.com
- Sarah M. Chen     schen@lockelord.com
- Eugene J. Chikowski     eugene.chikowski@flastergreenberg.com
- Gloria M. Chon     gloria.chon@kkue.com
- Jennifer Anne Christian     jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Shawn M. Christianson     schristianson@buchalter.com, cmcintire@buchalter.com
- Robert N. H. Christmas     rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Ilissa Churgin Hook     ecfmail@yablaw.com, ihook@yablaw.com
- Marvin E. Clements     agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb     tscobb@vorys.com, cdfricke@vorys.com
- Wm. David Coffey     wdcoffeylaw@yahoo.com
- Dennis J. Connolly     dconnolly@alston.com
- Michael T. Conway     michael.conway@leclairryan.com
- Susan M. Cook     smcook@lambertleser.com
- Dawn R. Copley     dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
- Joseph N. Cordaro     joseph.cordaro@usdoj.gov
- Joseph Corneau     jcorneau@klestadt.com
- Trent P. Cornell     tcornell@stahlcowen.com
- Jeffrey L. Coxon     rellis@warrenyoung.com
- David N. Crapo     dcrapo@gibbonslaw.com
- Randall D. Crocker     rcrocker@vonbriesen.com
- Brian Crowley     bcrowley@klehr.com
- Michael G. Cruse     mcruse@wnj.com, hziegler@wnj.com
- Louis A. Curcio     lcurcio@sonnenschein.com
- Julius O. Curling     curlingj@michigan.gov
- Thomas H. Curran     tcurran@haslaw.com, calirm@haslaw.com
- Teresa K.D. Currier     tcurrier@saul.com, mflores@saul.com
- Vincent D'Agostino     vdagostino@lowenstein.com
- Peter D'Apice     dapice@sbep-law.com
- Renee M. Dailey     renee.dailey@bgllp.com, meghan.olsen@bgllp.com
- Timothy J. Dance     tdance@swlaw.com, kquick@swlaw.com;wsmart@swlaw.com
- Colin Thomas Darke     cdarke@bodmanllp.com
- Michael S. Davi     mdavi@velaw.com
- Ashley Davis     ashley.davis@myfloridalegal.com
- Jeffrey S. Davis     jsdesqtx@yahoo.com

- James E. DeLine    jed@krwlaw.com, pal@krwlaw.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
- Sam Della Fera    sdellafera@trenklawfirm.com
- Melissa Detrick    detrick@marshall-melhorn.com
- Benjamin P. Deutsch    bdeutsch@schnader.com
- Frank W. DiCastri    fdicastri@foley.com
- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
- Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Joshua Ian Divack    jdivack@hahnhessen.com, jdivack@hahnhessen.com;kcraner@hahnhessen.com;jsmith@hahnhessen.com;hpatwardhan@hahnhessen.com
- Michael Dockterman    dockterman@wildman.com, eckert@wildman.com
- J. Ted Donovan    TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com
- Charles E. Dorkey    cdorkey@mckennalong.com, tplunkett@mckennalong.com;rgee@mckennalong.com;akaufman@mckennalong.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Kathryn E. Driscoll    kdriscoll@pmppc.com
- Lawrence P. Eagel    eagel@bragarwexler.com
- David G. Ebert    debert@ingramllp.com, mtajika@ingramllp.com
- Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
- Erica L. Edman    eedman@pillsburywinthrop.com
- James W. Ehrman    jwe@kjk.com, pleadingsjwe@gmail.com
- Steven B. Eichel    seichel@crowell.com
- David M. Eisenberg    deisenberg@ermanteicher.com
- Dan Elias    delias@eliasgroup.com
- Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com
- Judith Elkin    judith.elkin@haynesboone.com
- Bruce N. Elliott    elliott@cmplaw.com
- Alyssa Englund    aenglund@orrick.com
- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Earle I. Erman    eerman@ermanteicher.com
- Belkys Escobar    belkys.escobar@loudoun.gov
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
- Amy Evans    aevans@crosslaw.com
- Kerry M Ewald    kewald@dickinsonwright.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris    farrisw@sullcrom.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com

- Carol A. Felicetta   cfelicetta@reidandreige.com
- Richard L. Ferrell   Ferrell@taftlaw.com
- Alyson M. Fiedler   afiedler@schiffhardin.com
- Robert J. Figa   rfiga@comlawone.com
- Andrea Fischer   afischer@olshanlaw.com, ssallie@olshanlaw.com;mmarck@olshanlaw.com
- Deborah L. Fish   dfish@allardfishpc.com
- Eric Fisher   fishere@butzel.com
- Matthew F. Fitzsimmons   matthew.fitzsimmons@po.state.ct.us
- Elizabeth K. Flaagan   eflaagan@faegre.com
- Steven B. Flancher   flanchers@michigan.gov
- Daniel J. Flanigan   tbackus@polsinelli.com
- Kenneth A. Flaska   gm@dmms.com
- Jonathan L. Flaxer   jflaxer@golenbock.com, ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com
- Neysa Ann Fligor   sccbankruptcy@cco.sccgov.org
- Stephen B. Foley   sfoley@sbfpc.com, kkish@sbfpc.com
- Shawn Randall Fox   sfox@mcguirewoods.com
- Mark S. Frankel   mfrankel@couzens.com
- Scott J. Freedman   sfreedman@dilworthlaw.com
- James H. Freeman   jfreeman@gsblaw.com
- William R. Fried   wrfried@herrick.com
- Mark J. Friedman   mark.friedman@dlapiper.com
- Michael Friedman   mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com
- Timothy A. Fusco   fusco@millercanfield.com
- Michael G. Gallacher   mgallacher@comcast.net
- Victoria D. Garry   vgarry@ag.state.oh.us
- Samir Gebrael   sgebrael@klestadt.com
- Sara J. Geenen   sjg@previant.com
- Wendy J. Gibson   wgibson@bakerlaw.com
- Jeanette M. Gilbert   jgilbert@motleyrice.com
- Celeste R. Gill   gillcr@michigan.gov, sherwoodj@michigan.com
- Steven A. Ginther   sdnyecf@dor.mo.gov
- Andrew C. Gold   agold@herrick.com
- Matthew J. Gold   mgold@kkwc.com, mattgoldesq@optonline.net
- Scott A. Golden   sagolden@hhlaw.com, khseal@hhlaw.com
- Michelle Goldis   michelle.goldis@wilmerhale.com
- Sonya N. Goll   sgoll@sbplclaw.com
- Brett D. Goodman   brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
- Robert D. Gordon   rgordon@clarkhill.com
- Neil Andrew Goteiner   ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
- Garry M. Graber   ggraber@hodgsonruss.com, bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com

- Brian M. Graham    bgraham@salawus.com, bmgrahampack@sbcglobal.net
- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@mckennalong.com
- William F. Gray    wgray@torys.com, abauer@torys.com;tmartin@torys.com
- Wendy B. Green    wgreen@formanlaw.com
- John T. Gregg    jgregg@btlaw.com
- Nancy Grim    nancy.grim@nancygrimlaw.net
- Stephen M. Gross    sgross@mcdonaldhopkins.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Elizabeth A. Haas    info@thehaaslawfirm.com
- Paul R. Hage    phage@jaffelaw.com
- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com
- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com
- Matthew A. Hamermesh    mhamermesh@hangley.com
- Michael C. Hammer    mchammer3@dickinsonwright.com
- Gary A. Hansz    gah@wwrplaw.com
- David Henry Hartheimer    dharthei@bellatlantic.net
- Michael E. Hastings    michael.hastings@leclairryan.com
- Ryan D. Heilman    rheilman@schaferandweiner.com
- Geoffrey W. Heineman    gheineman@rmkb.com
- Christopher M. Hemrick    chemrick@connellfoley.com
- Suzanne Hepner    shepner@lrbpc.com, jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com;ngrunfeld@levyratner.com
- Allan Hill    ahill@phillipslytle.com
- Terrance A. Hiller    tah@kompc.com, met@kompc.com;tlj@kompc.com
- Mark D. Hofstee    markh@bolhouselaw.com
- Michael S. Holmes    , mshatty@yahoo.com
- Jonathan Hook    jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
- P. Warren Hunt    pwh@krwlaw.com
- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
- Donald J. Hutchinson    hutchinson@millercanfield.com
- Roland Hwang    hwangr@michigan.gov
- Elihu Inselbuch    eb@capdale.com
- Robert M. Isackson    risackson@orrick.com
- Adam H. Isenberg    aisenberg@saul.com
- Steve Jakubowski    sjakubowski@colemanlawfirm.com
- Peter F. Jazayeri    pjazayeri@ecjlaw.com, mkogan@ecjlaw.com
- Susan Jennik    sjennik@kjmlabor.com
- Nan E. Joesten    njoesten@fbm.com
- John J. Jolley    jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
- Andrew A. Jones    ajones@whdlaw.com, mwichman@whdlaw.com;rbradley@whdlaw.com
- Roland Gary Jones    rgj592005@gmail.com, rgj592005@gmail.com

- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- Allen G. Kadish    kadisha@gtlaw.com
- Ken Kansa    kkansa@sidley.com
- Stephen Karotkin    theodore.tsekerides@weil.com;Shai.Waisman@weil.com;michele.meises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.com;pablo.falabella@weil.com;Russell.Brooks@weil.com
- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
- Andrew C. Kassner    andrew.kassner@dbr.com
- Clifford A. Katz    ckatz@platzerlaw.com
- Susan R. Katzoff    skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com
- Thomas M. Kennedy    tkennedy@kjmlabor.com
- Thomas L. Kent    tomkent@paulhastings.com
- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com
- Jennifer B. Kimble    jkimble@burr.com, mstinson@burr.com;mivey@burr.com
- Michael S. Kimm    kimmlaw@msn.com
- Christopher K. Kiplok    kiplok@hugheshubbard.com
- Theodore A. Kittila    tak@elliottgreenleaf.com
- Kathleen H. Klaus    khk@maddinhauser.com
- Jeff Klusmeier    jeff.klusmeier@ago.mo.gov
- Anthony J. Kochis    akochis@wolfsonbolton.com, jrecchia@wolfsonbolton.com
- Thomas F. Koegel    tkoegel@flk.com
- Mary W. Koks    mkoks@munsch.com, swagner@munsch.com
- Stuart Komrower    skomrower@coleschotz.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Debra A. Kowich    dkowich@umich.edu, schmitzr@umich.edu
- Robert R. Kracht    rrk@mccarthylebit.com
- Rein F. Krammer    rkrammer@masudafunai.com
- Stuart A. Krause    skrause@zeklaw.com
- J. Alex Kress    akress@riker.com
- Richard E. Kruger    rkruger@jaffelaw.com
- Patrick J. Kukla    pkukla@carsonfischer.com
- Carl N. Kunz    ckunz@morrisjames.com, wweller@morrisjames.com
- Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com
- Darryl S. Laddin    bkrfilings@agg.com
- Michael C. Lambert    mclambert@lawpost-nyc.com
- Jacob F. Lamme    lamme@mltw.com
- Forrest B. Lammiman    flammiman@mpslaw.com, lbell@mpslaw.com;dnichols@mpslaw.com
- Stuart A. Laven    slaven@beneschlaw.com, docket@beneschlaw.com
- James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com
- Robert L. LeHane    KDWBankruptcyDepartment@Kelleydrye.com
- Maureen F. Leary    maureen.leary@oag.state.ny.us
- Mark G. Ledwin    mark.ledwin@wilsonelser.com

- David S. Lefere    davidl@bolhouselaw.com
- Eugene Leff    eleff@oag.state.ny.us
- Anthony L. Leffert    egarfield@rwolaw.com;kwhatley@rwolaw.com
- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com
- Robert J. Lemons    gillad.matiteyahu@weil.com
- David A. Lerner    dlerner@plunkettcooney.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- Larry A. Levick    levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com
- Leslie C. Levy    leslie.levy@nebraska.gov, leora.platte@nebraska.gov
- Kenneth M. Lewis    klewis@tblawllp.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Barry E. Lichtenberg    barryster@att.net
- Demetra Liggins    demetra.liggins@tklaw.com
- Harry A. Light    light@fec.net
- David T. Lin    dlin@seyburn.com
- Thomas K. Lindahl    tlindahl@kotzsangster.com, jdesantis@kotzsangster.com;dlemanski@kotzsangster.com
- Andrew K. Lipetz    alipetz@wgrlaw.com
- Edward J. LoBello    elobello@msek.com
- Eric Lopez Schnabel    schnabel.eric@dorsey.com
- Cynthia Jordan Lowery    cynthialowery@mvalaw.com
- Kim R. Lynch    klynch@formanlaw.com, mudem@formanlaw.com
- John S. Mairo    jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.com;wdbailey@pbnlaw.com
- Tristan Manthey    tmanthey@hellerdraper.com
- Kayalyn A. Marafioti    kmarafio@skadden.com
- Michael A. Maricco    maricco.michael@pbgc.gov, efile@pbgc.gov
- Timothy Brian Martin    tmartin@torys.com
- Richard W. Martinez    Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
- Victor J. Mastromarco    vmastromar@aol.com
- Steven A. Matta    smatta@mattablair.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- Mark L. McAlpine    mlmcalpine@mcalpinelawfirm.com
- Lauren M. McEvoy    Lauren.McEvoy@thompsonhine.com
- D. Douglas McGaw    dougmcgaw@aol.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Austin L. McMullen    amcmullen@babc.com
- Barbara S Mehlsack    bmehlsack@gkllaw.com
- Brian H. Meldrum    bmeldrum@stites.com
- Marc B. Merklin    mmerklin@brouse.com
- Christopher A. Merritt    cmerritt@rjlps.com
- Richard M. Meth    msteen@daypitney.com
- G. Christopher Meyer    cmeyer@ssd.com

- Robert N. Michaelson    rmichaelson@klgates.com
- Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Gerald L. Mills    gerald.mills@bex.net
- Mary P. Miras    marymiras@paulhastings.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- James P. Moloy    jmoloy@dannpecar.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Timothy D. Moratzka    tdm@mcmlaw.com
- Max Anderson Moseley    mam@jbpp.com, mkd@jbpp.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com
- Jill L. Murch    jmurch@foley.com, lapeterson@foley.com;khall@foley.com
- Daniel R. Murray    dmurray@jenner.com, mmatlock@jenner.com
- Lauren Nachinson    Lauren.Nachinson@quarles.com
- Jennifer L. Nassiri    jennifer.nassiri@dlapiper.com
- Kenneth A. Nathan    knathan@nathanzousmer.com
- David L. Neale    dln@lnbrb.com
- Michael A. Nedelman    mnedelman@nglegal.com, mwatler@nglegal.com;egloetzner@nglegal.com
- Melissa Z. Neier    mneier@ibolaw.com
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com, aneiwirthcourt@aol.com
- James D. Newbold    James.Newbold@illinois.gov
- Robert E. Nies    rnies@wolffsamson.com
- Michael E. Norton    mnorton@nortonlawassociates.com
- Matthew D. Novello    mdnovello@mcalpinelawfirm.com
- Gordon Z. Novod    gnovod@kramerlevin.com, dcho@kramerlevin.com
- Michael B. O'Neal    moneal@wnj.com
- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;crodriguez@cgsh.com;sarobinson@cgsh.com
- Cheryl Tama Oblander    ctama@butlerrubin.com
- Ronald Oran    roran@velaw.com
- Norman D. Orr    norman.orr@kkue.com
- Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
- Gregory Oxford    goxford@icclawfirm.com
- Richard W. Paige    paige@bsplaw.com
- Ingrid S. Palermo    ipalermo@bsk.com
- Charles N. Panzer    cpanzer@sillscummis.com
- Merritt A. Pardini    merritt.pardini@kattenlaw.com, dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com
- Larry E. Parres    lparres@lewisrice.com
- Peter S. Partee    ppartee@hunton.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com

- Rakhee V. Patel    rpatel@pronskepatel.com, cstephenson@pronskepatel.com;rpatel@pronskepatel.com;smeiners@pronskepatel.com; admin@pronskepatel.com
- Frederick Perillo    fp@previant.com
- Debra Beth Pevos    dpevos@swappc.com
- John C. Phillips    jcp@pgslaw.com, cah@pgslaw.com;tlb@pgslaw.com
- Robert W. Phillips    rphillips@simmonscooper.com
- Deborah J. Piazza    dpiazza@hodgsonruss.com
- Christine A.M. Pierpont    cpierpont@ssd.com
- James A. Plemmons    jplemmons2@dickinsonwright.com
- Gregory G. Plotko    gplotko@kramerlevin.com, achouprouta@kramerlevin.com;ychernyak@kramerlevin.com
- Robert C. Pottinger    rcpottinger@bslbv.com
- Susan Power-Johnston    sjohnston@cov.com, jmcneil@cov.com
- Jasmine Powers    jpowers@debevoise.com, mao-ecf@debevoise.com
- Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com
- Jessica E. Price    jprice@brouse.com
- John J. Privitera    privitera@mltw.com, hill@mltw.com;lamme@mltw.com
- Gerrit M. Pronske    gpronske@pronskepatel.com
- Susan Przekop-Shaw    przekopshaws@michigan.gov
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Marie T. Racine    mracine@racinelaw.us
- Mark L. Radtke    mradtke@shawgussis.com
- Dennis Jay Raterink    raterinkd@michigan.gov
- Eric T. Ray    eray@balch.com
- Timothy M. Reardon    tmreardon@nnblaw.com
- Michael Reed    nycourts@mvbalaw.com
- Marc E. Richards    mrichards@blankrome.com
- Michael P. Richman    mrichman@pattonboggs.com
- Paul J. Ricotta    pricotta@mintz.com
- David D. Ritter    ecf@krcl.com, dritter@krcl.com
- Marianne Goldstein Robbins    MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM
- Courtney Rogers    crogers@orrick.com
- Adam C. Rogoff    arogoff@kramerlevin.com
- Adam L. Rosen    filings@spallp.com, arosen@silvermanacampora.com
- Sanford Philip Rosen    rpc@rosenpc.com, srosen@rosenpc.com
- Adina H. Rosenbaum    arosenbaum@citizen.org
- Andrew Neil Rosenberg    mtattnall@paulweiss.com
- Robert J. Rosenberg    adam.goldberg@lw.com
- Donn Rosenblum    donn.rosenblum@ohioattorneygeneral.gov
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Robert R. Ross    rrross@fedex.com
- Melissa-Jean Rotini    mjr1@westchestergov.com
- Gerolyn P. Roussel    rousselp@bellsouth.net

- George V. Royle    george.royle@lw.com
- John A. Ruemenapp    jruemenapp@wyrpc.com
- John A. Ruemenapp    jruemenapp@wysr-law.com
- Jayson B. Ruff    jruff@mcdonaldhopkins.com
- Dianne Ruhlandt    druhlandt@ermanteicher.com
- Matthew E. Russell    matthew.russell@haynesboone.com
- Scott K. Rutsky    srutsky@proskauer.com
- Herbert K. Ryder    hryder@pitneyhardin.com
- Jeffrey S. Sabin    jeffrey.sabin@bingham.com
- Jennifer Lauren Saffer    jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com
- Chester B. Salomon    csalomon@beckerglynn.com, aranade@beckerglynn.com;jholdridge@beckerglynn.com
- Kimberly Salomon    ksalomon@formanlaw.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- George Franklin Sanderson    george.sanderson@elliswinters.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
- Robert T. Schmidt    rschmidt@kramerlevin.com
- Kenneth M. Schneider    smpcecf@gmail.com
- Thomas W. Schouten    tschouten@dunnsslaw.com
- Carey D. Schreiber    cschreiber@winston.com
- Jonathan R. Schulz    schulz@bsplaw.com, ojala@bsplaw.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Steven Schwartz    sschwart@winston.com
- Kenneth J. Schweiker    kschweiker@brownconnery.com
- Barry N. Seidel    bseidel@kslaw.com, rtrowbridge@kslaw.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- Jacob B. Sellers    jacob.sellers@leonard.com
- David J. Selwocki    brogers@swappc.com
- Joseph R. Sgroi    jsgroi@honigman.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com
- Mary Kay Shaver    mkshaver@varnumlaw.com
- Brian L. Shaw    bshaw100@shawgussis.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- Tricia A. Sherick    tsherick@honigman.com
- Joseph E. Shickich    jshickich@riddellwilliams.com
- Matthew J. Shier    mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com
- Michael P. Shuster    mpshuster@hahnlaw.com
- Robert Sidorsky    sidorsky@butzel.com
- Paul H. Silverman    PSilverman@mclaughlinstern.com
- John A. Simon    jsimon@foley.com
- Rebecca H. Simoni    rsimoni@vonbriesen.com, jpurpora@vonbriesen.com
- Christina C. Skubic    bankruptcy@braytonlaw.com
- Edward Smith    easmith@venable.com
- Robert T. Smith    rsmith@cniinc.cc

- Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com
- Joseph H. Smolinsky    Joseph.Smolinsky@weil.com
- Steven B. Soll    ssoll@oshr.com, awilliams@oshr.com
- Fredric Sosnick    karen.park@shearman.com,kerri.silver@shearman.com
- Nathan R. Soucy    soucy@cwg11.com
- Arthur J. Spector    aspector@bergersingerman.com, jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com
- Charles A. Stanziale    cstanziale@mccarter.com
- Jeffrey S. Stein    Kenneth_Freda@gardencitygroup.com, jennifer.keough@gardencitygroup.com
- Leslie Stein    lstein@plunkettcooney.com, seccles@plunkettcooney.com
- Fred Stevens    fstevens@foxrothschild.com
- Jason V. Stitt    jstitt@kmklaw.com
- Sharon L. Stolte    sstolte@stinsonmoheck.com
- N. Kathleen Strickland    kstrickland@rmkb.com, schoo@rmkb.com;mmcpherson@rmkb.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com
- Michelle T. Sutter    msutter@ag.state.oh.us
- Marc N. Swanson    swansonm@millercanfield.com
- Matthew A. Swanson    matthew.swanson@leonard.com
- Colleen M. Sweeney    csweeney@dickinsonwright.com
- Stanley B. Tarr    tarr@blankrome.com
- Samuel Jason Teele    jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com
- Gordon J. Toering    gtoering@wnj.com
- Patrick J. Trostle    ptrostle@jenner.com
- Tonya A. Trumm    tatrumm@michaelbest.com, safonte@michaelbest.com
- Debra S. Turetsky    dturetsky@reedsmith.com
- Marshall C. Turner    marshall.turner@husch.com
- Ann Marie Uetz    auetz@foley.com
- Raymond J. Urbanik    rurbanik@munsch.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Wendy S. Walker    wwalker@morganlewis.com
- G. Alan Wallace    gwall@fraserlawfirm.com
- Kimberly A. Walsh    bk-kwalsh@oag.state.tx.us
- Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com
- Timothy W. Walsh    twalsh@llgm.com;rxscaria@llgm.com;wcoleman@llgm.com;celliott@llgm.com
- David H. Wander    dwander@wanderlaw.com
- Lucas Ward    lucas.ward@ohioattorneygeneral.gov
- Eric G. Waxman    ewaxman@westermanllp.com
- Jeffrey T. Wegner    jeffrey.wegner@kutakrock.com
- Martin James Weis    weismj@dilworthlaw.com

- Robert B. Weiss    rweiss@honigman.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Michael R. Wernette    mwernette@schaferandweiner.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Stephanie Wickouski    stephanie.wickouski@dbr.com, jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com, swickous@aol.com
- Matthew E. Wilkins    wilkins@bwst-law.com, marbury@bwst-law.com
- Jeffrey C. Wisler    jcw@cblhlaw.com
- Blanka K. Wolfe    bwolfe@sheppardmullin.com
- Robert D. Wolford    ecfwolfordr@millerjohnson.com
- Scott A. Wolfson    swolfson@wolfsonbolton.com, jrecchia@wolfsonbolton.com
- Cynthia Woodruff-Neer    cwoodruff-neer@alpine-usa.com
- Karon Y. Wright    karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- Dwight Yellen    dyellen@ballonstoll.com
- Doron Yitzchaki    dyitzchaki@dickinsonwright.com
- Jonathan W. Young    young@wildman.com
- S. Alyssa Young    ayoung@leaderberkon.com
- German Yusufov    pcaocvbk@pcao.pima.gov
- Terry L. Zabel    ecf-tlz@rhoadesmckee.com
- Rafael X. Zahralddin    rxza@elliottgreenleaf.com
- Eric Zajac    eric@teamlawyers.com, erin@teamlawyers.com
- Bruce R. Zirinsky    zirinskyb@gtlaw.com, cusumanod@gtlaw.com
- Edward P. Zujkowski    ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

| | | |
|---|---|---|
| Atlas Oil Company<br>24501 Ecorse Road<br>Taylor, MI 48180 | Diana G. Adams<br>Office of the UST<br>33 Whitehall St, 21st floor<br>New York, NY 10004 | Richard M Allen<br>223 Egremont Plain Rd<br>PMB 108<br>North Egremont, MA 01252 |
| Aspen Marketing Services, Inc.<br>c/o Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166 | Auto Craft Tool & Die Co Inc<br>1800 Fruit Street<br>Algonac, MI 48001 | Peter Backus<br>15609 Allnutt Lane<br>Burtonsville, MD 20866 |
| Elizabeth Banda<br>Perdue Brandon Fielder Collins<br>4025 Woodland Park Blvd.<br>Ste 300<br>Arlington, Texas 76013 | Norman W. Bernstein<br>N.W. Bernstein & Associates, LLC<br>800 Westchester Ave<br>Ste N319<br>Rye Brook, NY 10573 | John A. Bicks<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |

| | | |
|---|---|---|
| Ian Connor Bifferato<br>Bifferato LLC<br>800 N. King St, 1st Fl<br>Wilmington, DE 19801 | Bloomington Syndicate<br>c/o Marx Realty &<br>Improvement Co., Inc.<br>708 Third Ave, 21st Fl<br>New York, NY 10017 | Charlotte P. Bodell<br>Edwards Angell Palmer &<br>Dodge, LLP<br>111 Huntington Avenue<br>Boston, MA 02199 |
| J. William Boone<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 | Tristram T. Buckley<br>Law Offices of Tristram<br>Buckley<br>426 S. Rexford Drive, Ste 12<br>Beverly Hills, CA 90212 | Todd A. Burgess<br>Greenberg Traurig LLP<br>2375 East Camelback Rd<br>Suite 700<br>Phoenix, AZ 85016 |
| Canadian Export Antitrust<br>Plaintiffs<br>c/o Ashleigh A. Danker, Esq.<br>Kaye Scholer LLP<br>1999 Ave of the Stars, 17th Fl<br>Los Angeles, CA 90067 | Sharyl J. Carter<br>1541 LaSalle Ave # 1<br>Niagara, NY 14301 | Garland S. Cassada<br>Robinson Bradshaw &<br>Hinson, P.A.<br>101 North Tryon St, Ste 1900<br>Charlotte, NC 28246 |
| Cecelia Adair, District Clerk,<br>Hays County, Texas<br>Hays County Justice Center<br>110 East M.L.K. Dr, Rm 123<br>San Marcos, TX 78666 | William H. Chambers<br>501 Cumberland Rd<br>Tyler, TX 75703 | Marcel Cicic<br>99-40 68 Rd, Apt. 9U<br>Rego Park, NY 11374 |
| Jared Riley Clark<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 | Trent B. Collier<br>Dickinson Wright PLLC<br>301 E. Liberty St., Ste. 500<br>Ann Arbor, MI 48104 | Christopher Combest<br>Quarles & Brady<br>500 W. Madison St, Ste 3700<br>Chicago, IL 60661 |
| John G Cronin<br>722 Chestnut Street<br>Manchester, NH 03104 | DW Griffith Inc<br>100 Philadelphia Pike, Ste B<br>Wilmington, DE 19809 | Nicholaus J. Dilly<br>Angelina Fraccaro & Herrick<br>1626 W. Colonial Pkwy<br>Inverness, IL 60067 |
| Darby V. Doan<br>Haltom & Doan<br>6500 Summerhill Rd, Ste 100<br>Texarkana, TX 75503 | Benjamin D. Feder<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Michael Foreman<br>Dorsey & Whitney LLP<br>250 Park Avenue<br>New York, NY 10177 |
| Robert H. Garretson<br>Palmieri Tyler Wiener<br>Wilhelm & Waldron<br>2603 Main St., Ste 1300<br>Irvine, CA 92603 | Jerry W. Gerde<br>Johnston Harris Gerde &<br>Komarek, P.A.<br>239 E. 4th St<br>Panama City, FL 32401 | Christopher J. Giaimo<br>Arent Fox LLP<br>1050 Connecticut Ave NW<br>Washington, DC 20036-5339 |
| Andrew Goldman<br>Wilmer Cutler Pickering Hale<br>and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022 | Adrienne Goldner<br>2847 Lexington Lane<br>Highland Park, IL 60035 | Howard Goldner<br>2847 Lexington Lane<br>Highland Park, IL 60035 |

| | | |
|---|---|---|
| Greater New York Automobile Dealers Assoc. c/o Robinson Brog et. al 1345 Ave of the Americas 31st FL New York, NY 10105 | Gary Greenberg 666 Fifth Ave, 27th Floor New York, NY 10103 | Robert E. Greenberg Friedlander Misler, PLLC 1101 17th St NW, Ste 700 Washington, DC 20026-4704 |
| Jonathan S. Groat Delta Dental Plan of Michigan, Inc. 4100 Okemos Road Okemos, MI 48864 | Joseph P. Gromacki Jenner & Block LLP 330 N. Wabash Ave. Chicago, IL 60611 | Stephen H. Gross Hodgson Russ LLP 60 E 42nd St, 37th Floor New York, NY 10165 |
| Angel Hagmaier 211 E Parkwood Ave, Ste107 Friendwood, TX 77546 | Alan D. Halperin Halperin Battaglia Raicht 555 Madison Ave, 9th Fl New York, NY 10022 | P. Richard Hartley Hartley & Hicman Post Office Box 583 Greenville, AL 36037 |
| Mark C. Haut Fulbright & Jaworski, LLP 666 Fifth Avenue New York, NY 10103 | James B. Holden 1525 Sherman St, 7th Floor Denver, CO 80203 | Howard and Howard, PLLC Attn: Lisa S. Gretchko, Esq. 450 West Fourth Street Royal Oak, MI 48067 |
| Marshall Scott Huebner Davis Polk & Wardwell 450 Lexington Avenue New York, NY 10017 | Michael S. Kimm Kimm Law Firm 41 B Bancker Street Englewood, NJ 07631 | Troy King Office of the Attorney Gen. 500 Dexter Avenue Montgomery, AL 6130 |
| Alan W. Kornberg Paul, Weiss, Rifkind,Wharton & Garrison LLP 1285 Avenue of the Americas New York, NY 10019 | Barbara Kowalsky 243 Shenandoah Rd Hopewell Jct, NY 12533 | LG Electronics USA, Inc. c/o Winston & Strawn 200 Park Avenue New York, NY 10166 |
| James Michael Lawniczak Calfee, Halter & Griswold 800 Superior Avenue, #1400 Cleveland, OH 44114-2688 | Lawrence Marshall Chevrolet II, LLC c/o William T. Green, III 11 Greenway Plaza, Ste 2820 Houston, TX 77046 | Bruce Linhart 89 Beatrice Ave West Islip, NY 11795 |
| Mary M. Maloney Huss W.L. Gore & Associates, Inc. 551 Paper Mill Road P.O. Box 9206 Newark, DE 19714 | Neal S. Mann Office of Attorney Gen. 120 Broadway, 24th Floor New York, NY 10271 | Wendy G. Marcari Epstein, Becker & Green 250 Park Avenue New York, NY 10177 |
| Brian Shoichi Masumoto Office of the UST 33 Whitehall St, 21st Floor New York, NY 10004 | Emily L. Matthews Delta Dental Plan of Michigan, Inc. 4100 Okemos Road Okemos, MI 48864 | Maxxis International USA 545 Old Peachtree Road Suwanee, GA 30024-2944 |

| | | |
|---|---|---|
| Thomas Moers Mayer<br>Kramer Levin Naftalis &<br>Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Robert E. McCarthy<br>Robert E.McCarthy<br>411 West Lake Lansing Road<br>Building B 100-107<br>East Lansing, MI 48823-8439 | Terrence E. McCartney<br>Rheingold Valet Rheingold<br>Shkolnik & McCartney LLP<br>113 East 37th Street<br>New York, NY 10016 |
| Timothy S. McFadden<br>Locke Lord Bissell & Liddell<br>111 South Wacker Drive<br>Chicago, IL 60606 | Doris McGill<br>3733 Camry Ct<br>Sebring, FL 33872-1443 | Kenneth G. McIntyre<br>Sinas Dramis Brake<br>Boughton & McIntyre, P.C.<br>3380 Pine Tree Road<br>Lansing, MI 48911 |
| Michael A. Cox<br>Office of the Attorney Gen.<br>PO Box 30754<br>Lansing, MI 48909 | Mogan Adhesives Company<br>d/b/a MACtac and Bemis<br>Company Inc.<br>c/o Windels Marx Lane &<br>Mittendorf, LLC<br>Attn: Leslie S. Barr, Esq.<br>156 West 56th Street<br>New York, NY 10019 | Steven R. Montgomery<br>Rawle & Henderson, LLP<br>14 Wall Street, 27th Floor<br>New York, NY 10005 |
| Edward Moody<br>801 West 4th Street<br>Little Rock, AR 72201 | Gene T. Moore<br>1802 Fifteenth Street<br>Tuscaloosa, AL 35401 | H. Christopher Mott<br>Gordon & Mott, P.C.<br>4695 N. Mesa Street<br>El Paso, TX 79912 |
| James O. Moore<br>Dechert LLP<br>1095 Ave of Americas<br>New York, NY 10036 | Radha R.M. Narumanchi<br>657 Middletown Avenue<br>New Haven, CT 06513 | Lydia D. Neyland<br>20 Bellmawr Dr.<br>Rochester, NY 14624 |
| Joseph O'Neil<br>Smith Reed LLP<br>1201 N. Market St, Ste 1500<br>Wilmington, DE 19801 | Christian M. Oelke<br>Scarborough McNeese<br>O'Brien Kilkenny, PC<br>5410 SW Macadam Ave<br>Ste 100<br>Portland, OR 97239-3824 | PTI Quality Containment<br>Solutions, LLC<br>6501 E. Nevada<br>Detroit, MI 48234 |
| Jerry Patterson<br>P.O. Box 629<br>Marshall, AR 72650 | Peter Petra<br>3304 93 St. Apt. 3V<br>Jackson Heights, NY 11372 | Don V. Ploeger<br>P.O. Box 96<br>Austin, TX 78767-0096 |
| David L. Pollack<br>Ballard Spahr, et al.<br>1735 Market St,  51st Floor<br>Philadelphia, PA 19103 | Paul A. Rachmuth<br>Reed Smith<br>599 Lexington Avenue<br>New York, NY 10022 | Jonathan Lee Riches<br>Federal Medical Center<br>PO Box 14500<br>Lexington, KY 40512 |

| | | |
|---|---|---|
| Joshua D. Rievman<br>Hoguet Newman & Regal<br>10 East 40th Street<br>New York, NY 10016 | J. Casey Roy<br>Office of the Attorney Gen.<br>Bky & Collections Division<br>P.O. Box 12548, MC-008<br>Austin, TX 78711-2548 | Paul Rubin<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016 |
| SAS Institute Inc.<br>100 SAS Campus Drive<br>Cary, NC 27513 | Yoshihiro Saito<br>2000 M Street<br>N.W. 7th Floor<br>Washington, DC 20036 | David A. Salim<br>Hicks Schmidlin & Salm, P.C.<br>5302 Gateway Centre<br>Flint, MI 48507 |
| Sanden International, Inc.<br>c/o Akin Gump Strauss Hauer<br>& Feld LLP<br>1700 Pacific Ave, Ste 4100<br>Dallas, TX 75201 | Saturn of Hempstead, Inc.<br>c/o Robinson Brog et. al<br>1345 Avenue of the Americas<br>31st floor<br>New York, NY 10105 | Eric A Schaffer<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Paul D. Schrader<br>7001 Briscoe Lane<br>Louisville, KY 40228-1653 | Mitchell A. Seider<br>885 Third Avenue<br>New York, NY 10022 | Stephen J. Shimshak<br>Paul, Weiss, Rifkind,<br>Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| Stanley D. Smith<br>608 North 13th St<br>Middletown, IN 47356 | Thomas M. Spera<br>The MathWorks, Inc.<br>3 Apple Hill Drive<br>Natick, MA 01760 | Leo St. Amour<br>1874 Burning Bush<br>Rochester Hills, MI 48309 |
| Standard Electric Company<br>Corporate Office<br>2650 Trauntner Drive<br>P.O. Box 5289<br>Saginaw, MI 48603-0289 | Matthew A. Swanson<br>Leonard Street and Deinard<br>150 S 5th St, Ste 2300<br>Minneapolis, MN 55402 | Jay Teitelbaum<br>Teitelbaum & Baskin LLP<br>3 Barker Ave, 3rd Floor<br>White Plains, NY 10601 |
| The Scharine Group<br>N4213 Scharine Rd<br>Whitewater, WI 53190 | Timco, LLC<br>2000 Town Center, Ste 2100<br>Southfield, MI 48075 | Stephen C. Tingey<br>Ray Quinney & Nebeker<br>36 S State St, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145 |
| Kenitta Franklin1 Toole<br>Mississippi State Tax<br>Commission<br>P.O. Box 1033<br>Jackson, MS 39215 | Jason M. Torf<br>Schiff Hardin LLP<br>233 S. Wacker Dr, Ste 6600<br>Chicago, IL 60606-6473 | Paul Traub<br>Epstein Becker & Green, P.C.<br>250 Park Ave, 11th Floor<br>New York, NY 10177-1211 |
| Andrew D. Velez-Rivera<br>Office of the U.S. Trustee<br>33 Whitehall St, 21st. Floor<br>New York, NY 10004 | Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Annie Wells<br>Morgan Lewis & Bockius<br>101 Park Avenue<br>New York, NY 10178 |

| | | |
|---|---|---|
| Western Flyer Express, Inc.<br>c/o Windels Marx Lane &<br>Mittendorf, LLP<br>Attn: Leslie S. Barr<br>156 West 56th Street<br>New York, NY 10019 | William A. Whittle<br>The Whittle Law Firm, PLLC<br>5151 Flynn Pkwy, Ste 308<br>Corpus, TX 78411 | Jack M. Wilhelm<br>Attorney at Law<br>1201 Rio Grande, Suite 100<br>Austin, TX 78701 |
| Thomas M. Wilson<br>Kelley & Ferraro, LLP<br>1300 E. 9th St, Ste 1901<br>Cleveland, OH 44114 | James Addison Wright<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110-2624 | Kenneth Ziman<br>Simpson Thacher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 |
| Peter Alan Zisser<br>Squire, Sanders & Dempsey<br>1095 Avenue of the Americas<br>New York, NY 10036 | | |

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: January 6, 2010          Signed: /e/ Jinah E. Finnes

1143073.1-TDM