Jasmine Powers, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Tel: (212) 909 6845
Fax: (212) 521 7845

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*. | : | |
| | : | (Jointly Administered) |
| **Debtors.** | : | |

## WITHDRAWAL OF LIMITED OBJECTION BY SUZUKI MOTOR CORPORATION

Suzuki Motor Corporation ("Suzuki"), by its counsel, Debevoise & Plimpton LLP, hereby withdraws the *Limited Objection and Reservation of Rights of Suzuki Motor Corporation to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto*, filed on July 7, 2009 (docket no. 3025).

Dated:  New York, New York
        January 6, 2010

By:  /s/ Jasmine Powers
     Jasmine Powers, Esq.
     919 Third Avenue
     New York, New York 10022
     Tel: (212) 909 6845
     Fax: (212) 521-7845

     *Counsel to Suzuki Motor Corporation*

23115014v1