**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

STATE OF NEW YORK     )

                         )ss:

COUNTY OF NEW YORK   )

I, Derek Alexander, state as follows:

1.        I am over 18 years of age and am not a party to this action.

2.        I am employed by Debevoise & Plimpton LLP at 919 Third Avenue, New York, NY 10022.

3.        On January 6, 2010, I caused to be served a true and correct copy of the *Withdrawal of Limited Objection by Suzuki Motor Corporation* (Docket No. 4735) using the Court's ECF system upon the service list attached hereto as **Exhibit A**, and via First-Class Mail upon the service list attached hereto as **Exhibit B**.

Dated: January 6, 2010

                 /s/ Derek P. Alexander
                     Derek P. Alexander

# EXHIBIT A

David B. Aaronson on behalf of Creditor QEK Global Solutions (US) LP
david.aaronson@dbr.com

Letitia Accarrino on behalf of Unknown Bob Maguire Chevrolet, Inc.
laccarrino@wilentz.com

Anna Conlon Aguilar on behalf of Creditor Anna Exponent, Inc.
aaguilar@conlonaguilar.com

Martin Alaniz on behalf of Unknown Cardenas Autoplex, Inc.
martin.alaniz@gmail.com

Jonathan Bradley Alter on behalf of Unknown Travelers Casualty and Surety
Company of America
jonathan.alter@bingham.com

Philip D. Anker on behalf of Creditor Pension Benefit Guaranty Corporation
philip.anker@wilmerhale.com

Gary L. Antoniewicz on behalf of Unknown Quinlan's Equipment Inc.
gantoni@boardmanlawfirm.com

Joel D. Applebaum on behalf of Creditor E & L Construction Group, Inc.
japplebaum@clarkhill.com

W. David Arnold on behalf of Unknown Affinia Group, Inc./Wix Filtration Corp.
darnold@rcolaw.com

Thomas V. Askounis on behalf of Unknown Park National Bank
taskounis@askounisdarcy.com

Karin F. Avery on behalf of Creditor ARRK Canada, Inc.
avery@silvermanmorris.com

Douglas Bacon on behalf of Unknown GE Capital Corporation
douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Todd Murray Bailey on behalf of Creditor California Franchise Tax Board
todd.bailey@ftb.ca.gov

Marc M. Bakst on behalf of Creditor KUKA Systems Corp. North America f/k/a
KUKA Flexible

Production Systems Corp., KUKA Robotics Corp., and KUKA Assembly & Test
Corp. f/k/a B&K
Corp.
mbakst@bodmanllp.com

David J. Baldwin on behalf of Creditor Norfolk Southern Corporation and
Norfolk Southern Railway
dbaldwin@potteranderson.com, bankruptcy@potteranderson.com

Elizabeth Banda on behalf of Creditor Arlington ISD
kwilliams@pbfcm.com

Salvatore A. Barbatano on behalf of Creditor Cadillac Products Automotive
Company
sbarbatano@foley.com

Leslie S. Barr on behalf of Attorney Windels Marx Lane & Mittendorf, LLP
lbarr@windelsmarx.com, theston@windelsmarx.com

William M. Barron on behalf of Creditor Duerr AG
wbarron@sgrlaw.com

Robert L. Barrows on behalf of Creditor Charles Clark Chevrolet Co.
rbarrows@wdblaw.com

Robert N. Bassel on behalf of Interested Party Eberspaecher North America, Inc.
ecfbbassel@gmail.com

Donald F. Baty on behalf of Debtor Motors Liquidation Company
dbaty@honigman.com

Leonora K. Baughman on behalf of Creditor City of Detroit
ecf@kaalaw.com

Matthew K. Beatman on behalf of Unknown Westfalia-Automotive GMBH
mbeatman@zeislaw.com

Christopher Robert Belmonte on behalf of Interested Party Moody's Investors
Service
cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer on behalf of Creditor FMR Corp.
hbeltzer@morganlewis.com

Walter Benzija on behalf of Creditor UTi United States, Inc.
wbenzija@halperinlaw.net

Frederick A. Berg on behalf of Creditor Applied Manufacturing Technologies
fberg@kotzsangster.com

Richard J. Bernard on behalf of Creditor Bendix Commercial Vehicle Systems,
LLC
rbernard@bakerlaw.com

Daniel J. Bernard on behalf of Unknown Unique Fabricating, Inc.
dbernard@vmclaw.com

David R. Berz on behalf of Debtor Motors Liquidation Company
gregory.bailey@weil.com

Kellie M. Blair on behalf of Unknown Charter Township of Ypsilanti, Michigan
kblair@mattablair.com

Kevin Blaney on behalf of Attorney Kevin Blaney
kblaney@kevinblaney.com, bmorehead@kevinblaney.com

Steven Harris Blatt on behalf of Unknown Mount Kisco Chevrolet Cadillac
Hummer, Inc.
sblatt@dealerlaw.com

David M. Blau on behalf of Creditor LA Productions, LLC
dmb@kompc.com, tlj@kompc.com

Don W. Blevins on behalf of Creditor MCM Management Corp.
dwblevins@mcalpinelawfirm.com

Anna Boelitz on behalf of Unknown Wells Fargo Bank Northwest, National
Association as Indenture
Trustee
anna.boelitz@bingham.com

Phillip W. Bohl on behalf of Creditor Willette Acquisition Corp., a/k/a Digital
Technologies and Allied
Vaughn
phillip.bohl@gpmlaw.com

Wanda Borges on behalf of Creditor Ferguson Enterprises, Inc.
borgeslawfirm@aol.com

Jean Winborne Boyles on behalf of Unknown D&J Automotive, LLC
jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM

Kimberly A. Brennan on behalf of Creditor Dealer Tire, LLC.
kab@mccarthylebit.com

Lynn M. Brimer on behalf of Creditor Pioneer Steel Corporation
lbrimer@stroblpc.com, sfraser@stroblpc.com

James L. Bromley on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP
maofiling@cgsh.com

Mark L. Brown on behalf of Counter-Defendant Barbara Allen
markb@lakinchapman.com,
ashleyo@lakinchapman.com;docket@lakinchapman.com

William J. Brown on behalf of Creditor E.I. Du Pont De Nemours and Company
wbrown@phillipslytle.com

Theresa V. Brown-Edwards on behalf of Creditor Norfolk Southern Corporation
and Norfolk Southern
Railway
bankruptcy@potteranderson.com

Mark Edwin Browning on behalf of Creditor Texas Comptroller of Public
Accounts
BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us

Robert H. Brownlee on behalf of Creditor c/o Robert Brownlee Maritz Holdings
Inc.
rbrownlee@thompsoncoburn.com

Andrew P. Brozman on behalf of Creditor ABN AMRO BANK N.V.
andrew.brozman@cliffordchance.com, sarah.campbell@cliffordchance.com

Adam D. Bruski on behalf of Creditor Mahar Tool Supply Co.
adbruski@lambertleser.com

Deborah M. Buell on behalf of Creditor Grupo KUO, S.A.B. de C.V.
maofiling@cgsh.com

Charles D. Bullock on behalf of Unknown FATA Automation, Inc.
cbullock@sbplclaw.com

John R. Burns on behalf of Creditor Shambaugh & Son, L.P.
john.burns@bakerd.com, skrhoads@bakerd.com;oliana.nansen@bakerd.com

Christopher M. Cahill on behalf of Creditor ATS Automation Tooling Systems,
Inc.

ccahill@clarkhill.com

Barbara Lee Caldwell on behalf of Creditor Maricopa County
blc@ashrlaw.com

James Christopher Caldwell on behalf of Creditor Satterlund Supply Company
ccaldwell@starkreagan.com

John M. Callagy on behalf of Defendant JPMorgan Chase Bank, N.A.
jcallagy@kelleydrye.com

Carollynn H.G. Callari on behalf of Creditor Penske Auto Group, Inc.
ccallari@venable.com

Judy B. Calton on behalf of Debtor Motors Liquidation Company
jcalton@honigman.com

Nancy E. Campbell on behalf of Interested Party Pompey Dodge
nancy.campbell@zurichna.com

John F. Carberry on behalf of Creditor Emigrant Business Credit Corp.
jcarberry@cl-law.com, dsantos@cl-law.com

James C. Carignan on behalf of Creditor SKF USA Inc.
carignanj@pepperlaw.com

James S. Carr on behalf of Creditor BP Canada Energy Marketing Corp. and BP
Energy Company
KDWBankruptcyDepartment@kelleydrye.com

Linda J. Casey on behalf of Interested Party BNSF Railway Company
caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barson
l@pepperlaw.com;kistlerb@pepperlaw.

George B. Cauthen on behalf of Creditor Michelin Tire Corp.
george.cauthen@nelsonmullins.com,
mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com

Babette A. Ceccotti on behalf of Creditor International Union, United
Automobile, Aerospace and
Agricultural Implement Workers of America (UAW)
bceccotti@cwsny.com, ecf@cwsny.com

Joseph M. Cerra on behalf of Creditor Affiliated Computer Services of Spain SL
jcerra@formanlaw.com

Teresa H. Chan on behalf of Creditor White Marsh/Memphis Secured Lenders
kkansa@sidley.com;emcdonnell@sidley.com

Jeffrey Chang on behalf of Creditor Digitas, Inc.
jchang@wildman.com

J Eric Charlton on behalf of Creditor Autoport Limited
echarlton@hiscockbarclay.com

Sarah M. Chen on behalf of Unknown Praxair Distribution Inc.
schen@lockelord.com

Eugene J. Chikowski on behalf of Interested Party American Express Travel
Related Services Company,
Inc.
eugene.chikowski@flastergreenberg.com

Gloria M. Chon on behalf of Creditor Custom Automotive Services, Inc.
gloria.chon@kkue.com

Jennifer Anne Christian on behalf of Creditor ADAC-Strattec LLC
jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas on behalf of Unknown Aspen Insurance UK Limited
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Ilissa Churgin Hook on behalf of Creditor Gabriel Yzarra
ecfmail@yablaw.com, ihook@yablaw.com

Marvin E. Clements on behalf of Creditor Tennessee Board of Regents-Columbia
State Community
College
agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb on behalf of Creditor AOL LLC
tscobb@vorys.com, cdfricke@vorys.com

Wm. David Coffey on behalf of Unknown Cardenas Autoplex, Inc.
wdcoffeylaw@yahoo.com

Dennis J. Connolly on behalf of Interested Party Autoliv ASP, Inc.
dconnolly@alston.com

Michael T. Conway on behalf of Creditor Detroit Diesel Corporation
michael.conway@leclairryan.com

Susan M. Cook on behalf of Creditor Knight Facilities Management, Inc.
smcook@lambertleser.com

Dawn R. Copley on behalf of Creditor Johnson Controls, Inc.
dcopley@dickinsonwright.com,dnavin@dickinsonwright.com

Joseph N. Cordaro on behalf of Unknown United States Of America
joseph.cordaro@usdoj.gov

Joseph Corneau on behalf of Creditor XM Satellite Radio Holdings Inc.
jcorneau@klestadt.com

Trent P. Cornell on behalf of Interested Party General Motors National Retiree
Association, Over The
Hill Car People, LLC
tcornell@stahlcowen.com

Jeffrey L. Coxon on behalf of Creditor Molded Fiber Glass Companies
rellis@warrenyoung.com

David N. Crapo on behalf of Interested Party J.D. Power and Associates
dcrapo@gibbonslaw.com

Randall D. Crocker on behalf of Unknown Branson Ultrasonics Corporation
rcrocker@vonbriesen.com

Brian Crowley on behalf of Creditor Manufacturers And Traders Trust Company
bcrowley@klehr.com

Michael G. Cruse on behalf of Creditor Auma S.A. de C.V.
mcruse@wnj.com, hziegler@wnj.com

Louis A. Curcio on behalf of Unknown Sonnenschein Nath & Rosenthal LLP
lcurcio@sonnenschein.com

Julius O. Curling on behalf of Creditor State of Michigan, Department of
Treasury
curlingj@michigan.gov

Thomas H. Curran on behalf of Creditor Dave Delaney's Columbia Buick-
Pontiac-GMC Company, LLC
tcurran@haslaw.com, calirm@haslaw.com

Teresa K.D. Currier on behalf of Creditor Johnson Matthey Testing and
Development and Johnson
Matthey Incorporated
tcurrier@saul.com, mflores@saul.com

Vincent D'Agostino on behalf of Creditor AT&T
vdagostino@lowenstein.com

Peter D'Apice on behalf of Creditor Ad Hoc Committee of Asbestos Personal
Injury Claimants
dapice@sbep-law.com

Renee M. Dailey on behalf of Creditor Georg Fischer Automotive AG
renee.dailey@bgllp.com, meghan.olsen@bgllp.com

Timothy J. Dance on behalf of Unknown Greater Park City Company
tdance@swlaw.com, kquick@swlaw.com;wsmart@swlaw.com

Colin Thomas Darke on behalf of Creditor Bend All Automotive, Inc.
cdarke@bodmanllp.com

Michael S. Davi on behalf of Creditor Asbury MS Chev L.L.C.
mdavi@velaw.com

Jeffrey S. Davis on behalf of Creditor Forrest Auto Park
jsdesqtx@yahoo.com

Ashley Davis on behalf of Interested Party Florida Attorney General
ashley.davis@myfloridalegal.com

James E. DeLine on behalf of Creditor AVL Americas, Inc.
jed@krwlaw.com, pal@krwlaw.com

Gabriel Del Virginia, Esq. on behalf of Creditor Hess Corporation
gabriel.delvirginia@verizon.net

Sam Della Fera on behalf of Creditor Sika Corporation
sdellafera@trenklawfirm.com

Melissa Detrick on behalf of Creditor Fluid Routing Solutions, Inc.
detrick@marshall-melhorn.com

Benjamin P. Deutsch on behalf of Creditor Ad Hoc Committee of Consumer
Victims of General Motors
bdeutsch@schnader.com

Frank W. DiCastri on behalf of Creditor Webasto Roof Systems Inc.
fdicastri@foley.com

Gerard DiConza on behalf of Creditor Analysts International Corporation
gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza on behalf of Creditor Remy Inc.
diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman on behalf of Creditor Angelina County
houston_bankruptcy@publicans.com

Joshua Ian Divack on behalf of Creditor Bonnie J. Reynolds, and Garland
Reynolds, Jr.
jdivack@hahnhessen.com,
jdivack@hahnhessen.com;kcraner@hahnhessen.com;jsmith@hahnhessen.com;hp
atwardhan@hahnhessen.com

Michael Dockterman on behalf of Creditor Digitas, Inc.
dockterman@wildman.com, eckert@wildman.com

J. Ted Donovan on behalf of Creditor Arlington ISD
TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com

Charles E. Dorkey on behalf of Interested Party Evgeny Freidman
cdorkey@mckennalong.com,
tplunkett@mckennalong.com;rgee@mckennalong.com;akaufman@mckennalong.
com

Amish R. Doshi on behalf of Creditor IDB Leasing, Inc.
adoshi@daypitney.com

Mary Joanne Dowd on behalf of Unknown Toyota Boshoku America, Inc.
dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

Dennis J. Drebsky on behalf of Unknown Aspen Insurance UK Limited
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Kathryn E. Driscoll on behalf of Creditor DeMaria Building Company
kdriscoll@pmppc.com

Lawrence P. Eagel on behalf of Unknown County of Bastrop, et al.
eagel@bragarwexler.com

David G. Ebert on behalf of Unknown Shepardson Stern & Kaminsky, LLC (SS&K)
debert@ingramllp.com, mtajika@ingramllp.com

Michael James Edelman on behalf of Creditor Export Development Canada
mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Erica L. Edman on behalf of Creditor Financial Engines Advisors L.L.C.
eedman@pillsburywinthrop.com

James W. Ehrman on behalf of Creditor Sunnyside Automotive III, LLC
jwe@kjk.com, pleadingsjwe@gmail.com

Steven B. Eichel on behalf of Creditor Winkelmann Sp. z.o.o.
seichel@crowell.com

David M. Eisenberg on behalf of Creditor Nidec Motors & Actuators
deisenberg@ermanteicher.com

Dan Elias on behalf of Unknown Severn Trent Del., Inc.
delias@eliasgroup.com

Erin L. Eliasen on behalf of Creditor The Cobalt Group, Inc.
eleliasen@stoel.com, basargent@stoel.com

Judith Elkin on behalf of Creditor CEVA Logistics
judith.elkin@haynesboone.com

Bruce N. Elliott on behalf of Creditor Van-Rob, Inc.
elliott@cmplaw.com

Alyssa Englund on behalf of Creditor APL Co. Pte. Ltd.
aenglund@orrick.com

Richard L. Epling on behalf of Creditor Financial Engines Advisors L.L.C.
richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Earle I. Erman on behalf of Creditor Centerpoint Associates, L.L.C.
eerman@ermanteicher.com

Belkys Escobar on behalf of Creditor County of Loudoun, Virginia
belkys.escobar@loudoun.gov

Michael S. Etkin on behalf of Creditor Belo Corp.
metkin@lowenstein.com, mseymour@lowenstein.com

Amy Evans on behalf of Creditor Enshu Ltd. and Enshu (USA) Corporation
aevans@crosslaw.com

Kerry M Ewald on behalf of Creditor Johnson Controls, Inc.
kewald@dickinsonwright.com

Stephen Vincent Falanga on behalf of Creditor Panasonic Electric Works
Corporation of America
sfalanga@connellfoley.com

Robert Michael Farquhar on behalf of Creditor Det Norkse Veritas (USA), Inc.
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Creditor Fiat S.P.A.
farrisw@sullcrom.com

Thomas R. Fawkes on behalf of Creditor PGW, LLC
tfawkes@freebornpeters.com

Carol A. Felicetta on behalf of Creditor Barnes Group Inc.
cfelicetta@reidandreige.com

Richard L. Ferrell on behalf of Creditor EnovaPremier of Michigan LLC
Ferrell@taftlaw.com

Alyson M. Fiedler on behalf of Creditor Columbia Gas Transmission Corporation
afiedler@schiffhardin.com

Robert J. Figa on behalf of Creditor George P. Johnson Company
rfiga@comlawone.com

Andrea Fischer on behalf of Creditor The Gerstenslager Company
afischer@olshanlaw.com, ssallie@olshanlaw.com;mmarck@olshanlaw.com

Deborah L. Fish on behalf of Creditor Overhead Conveyor Company
dfish@allardfishpc.com

Eric Fisher on behalf of Creditor Committee Official Committee of Unsecured
Creditors of General
Motors Corporation
fishere@butzel.com

Matthew F. Fitzsimmons on behalf of Interested Party State of Connecticut
matthew.fitzsimmons@po.state.ct.us

Elizabeth K. Flaagan on behalf of Creditor Oxbow Carbon & Minerals LLC

eflaagan@faegre.com

Steven B. Flancher on behalf of Interested Party Michael A. Cox Attorney
General for the State of
Michigan
flanchers@michigan.gov

Daniel J. Flanigan on behalf of Interested Party Convergys Corporation
tbackus@polsinelli.com

Kenneth A. Flaska on behalf of Creditor John E. Green Company
gm@dmms.com

Jonathan L. Flaxer on behalf of Interested Party Panasonic Automotive Systems
Company of America,
Division of Panasonic Corporation of North America
jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;ml
u@golenbock.com

Neysa Ann Fligor on behalf of Creditor County Of Santa Clara
sccbankruptcy@cco.sccgov.org

Stephen B. Foley on behalf of Creditor T.V. Minority Company, Inc.
sfoley@sbfpc.com, kkish@sbfpc.com

Shawn Randall Fox on behalf of Creditor ADT Security Services, Inc.
sfox@mcguirewoods.com

Mark S. Frankel on behalf of Creditor Commercial Contracting Corporation
mfrankel@couzens.com

Scott J. Freedman on behalf of Attorney Dilworth Paxson LLP
sfreedman@dilworthlaw.com

James H. Freeman on behalf of Creditor Getty Images, Inc., a corporation
jfreeman@gsblaw.com

William R. Fried on behalf of Interested Party Bazar Taxi Inc.
wrfried@herrick.com

Mark J. Friedman on behalf of Creditor GP Strategies Corporation
mark.friedman@dlapiper.com

Michael Friedman on behalf of Unknown Averitt Express, Inc.
mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Timothy A. Fusco on behalf of Creditor County of Wayne, Michigan
fusco@millercanfield.com

Michael G. Gallacher on behalf of Creditor Burton Taft
mgallacher@comcast.net

Mark S. Gamell on behalf of Creditor Liberty Mutual Insurance Company
mgamell@tlggr.com

Victoria D. Garry on behalf of Creditor Ohio Attorney General
vgarry@ag.state.oh.us

Samir Gebrael on behalf of Creditor Federal Republic of Germany, Office of
Defense Administration
USA/Canada
sgebrael@klestadt.com

Sara J. Geenen on behalf of Creditor International Ass'n of Machinists &
Aerospace Workers (IAMAW)
sjg@previant.com

Wendy J. Gibson on behalf of Creditor Bendix Commercial Vehicle Systems,
LLC
wgibson@bakerlaw.com

Jeanette M. Gilbert on behalf of Unknown Motley Rice LLC
jgilbert@motleyrice.com

Celeste R. Gill on behalf of Attorney Michigan Department of Environmental
Quality
gillcr@michigan.gov, sherwoodj@michigan.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Matthew J. Gold on behalf of Unknown Atmos Energy Marketing, LLC
mgold@kkwc.com, mattgoldesq@optonline.net

Andrew C. Gold on behalf of Unknown Branson Ultrasonics Corporation
agold@herrick.com

Scott A. Golden on behalf of Interested Party News America Incorporated
sagolden@hhlaw.com, khseal@hhlaw.com

Michelle Goldis on behalf of Unknown Lowe's Companies, Inc.

michelle.goldis@wilmerhale.com
Sonya N. Goll on behalf of Unknown FATA Automation, Inc.
sgoll@sbplclaw.com

Brett D. Goodman on behalf of Interested Party Allied Automotive Group, Inc.,
Allied Systems, Ltd.
(L.P.), and Transport Support LLC
brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Robert D. Gordon on behalf of Creditor ATS Automation Tooling Systems, Inc.
rgordon@clarkhill.com

Neil Andrew Goteiner on behalf of Interested Party General Motors Retiree
Association
ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

Garry M. Graber on behalf of Creditor Stillwater Mining Company
ggraber@hodgsonruss.com,
bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com

Brian M. Graham on behalf of Creditor Grubb & Ellis Management Services, Inc.
bgraham@salawus.com, bmgrahampack@sbcglobal.net

Christopher F. Graham on behalf of Interested Party Industry Canada
cgraham@mckennalong.com,
jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com
;ehall@mckennalong.com

William F. Gray on behalf of Interested Party Hydrogenics Corporation
wgray@torys.com, abauer@torys.com;tmartin@torys.com

Wendy B. Green on behalf of Creditor Siemens Building Technologies, Inc.
wgreen@formanlaw.com

John T. Gregg on behalf of Creditor Continental Tire North America, Inc.
jgregg@btlaw.com

Nancy Grim on behalf of Unknown Richard & Jeanette Turk
nancy.grim@nancygrimlaw.net

Stephen M. Gross on behalf of Creditor Mitsuba Corp.
sgross@mcdonaldhopkins.com

Stephen B. Grow on behalf of Creditor GHSP, Inc.
sgrow@wnj.com, kfrantz@wnj.com

Elizabeth A. Haas on behalf of Creditor Compagnie De Saint-Gobain
info@thehaaslawfirm.com

Paul R. Hage on behalf of Creditor Ideal Contracting, L.L.C.
phage@jaffelaw.com

Richard F. Hahn on behalf of Creditor Hertz Corporation
rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com

Paula A. Hall on behalf of Creditor TechTeam Global, Inc.
hall@bwst-law.com, marbury@bwst-law.com

Matthew A. Hamermesh on behalf of Creditor NCR Corporation
mhamermesh@hangley.com

Michael C. Hammer on behalf of Creditor Advics North America, Inc.
mchammer3@dickinsonwright.com

Gary A. Hansz on behalf of Creditor ConTeyor Multibag Systems, NV
gah@wwrplaw.com

David Henry Hartheimer on behalf of Interested Party Clarcor, Inc.
dharthei@bellatlantic.net

Michael E. Hastings on behalf of Creditor Honeywell International Inc.
michael.hastings@leclairryan.com

Ryan D. Heilman on behalf of Attorney BASF Corporation
rheilman@schaferandweiner.com

Geoffrey W. Heineman on behalf of Creditor Remy International, Inc.
gheineman@rmkb.com

Christopher M. Hemrick on behalf of Creditor Panasonic Electric Works
Corporation of America
chemrick@connellfoley.com

Suzanne Hepner on behalf of Creditor United Steelworkers
shepner@lrbpc.com,
jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com;ngrunfeld@levyratner.
com

Allan Hill on behalf of Creditor E.I. Du Pont De Nemours and Company
ahill@phillipslytle.com

Terrance A. Hiller on behalf of Creditor LA Productions, LLC

tah@kompc.com, met@kompc.com;tlj@kompc.com

Mark D. Hofstee on behalf of Attorney Mark Hofstee
markh@bolhouselaw.com

Michael S. Holmes on behalf of Creditor River Oaks L-M, Inc. dba Westpoint
, mshatty@yahoo.com

Jonathan Hook on behalf of Creditor Airgas, Inc.
jonathan.hook@haynesboone.com,
lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com

P. Warren Hunt on behalf of Creditor AVL Americas, Inc.
pwh@krwlaw.com

John J. Hunter on behalf of Creditor ZF Friedrichshafen AG
jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Donald J. Hutchinson on behalf of Creditor Charter Township of Delta, Michigan
hutchinson@millercanfield.com

Roland Hwang on behalf of Unknown Michigan Department of Energy, Labor &
Economic Growth,
Unemployment Insurance Agency
hwangr@michigan.gov

Elihu Inselbuch on behalf of Attorney Caplin & Drysdale, Chartered
eb@capdale.com

Robert M. Isackson on behalf of Other Prof. Ansaldo Ricerche SpA
risackson@orrick.com

Adam H. Isenberg on behalf of Creditor CVS Pharmacy, Inc.
aisenberg@saul.com

Steve Jakubowski on behalf of Attorney Coleman Law Firm
sjakubowski@colemanlawfirm.com

Peter F. Jazayeri on behalf of Creditor Salas Automotive Group, Inc.
pjazayeri@ecjlaw.com, mkogan@ecjlaw.com

Susan Jennik on behalf of Creditor IUE-CWA, AFL-CIO
sjennik@kjmlabor.com

Nan E. Joesten on behalf of Interested Party General Motors Retiree Association
njoesten@fbm.com

John J. Jolley on behalf of Creditor Kansas City Board of Public Utilities
jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com

Roland Gary Jones on behalf of Interested Party Darrell V. McGraw Attorney
General for the State of
West Virginia
rgj592005@gmail.com, rgj592005@gmail.com

Andrew A. Jones on behalf of Unknown Grede Foundries, Inc.
ajones@whdlaw.com, mwichman@whdlaw.com;rbradley@whdlaw.com

John E. Jureller on behalf of Unknown Leggett and Platt
jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden on behalf of Creditor 767 Fifth Partners LLC
gkaden@goulstonstorrs.com

Allen G. Kadish on behalf of Creditor Oxbow Carbon & Minerals LLC
kadisha@gtlaw.com

Ken Kansa on behalf of Creditor White Marsh/Memphis Secured Lenders
kkansa@sidley.com

Stephen Karotkin on behalf of Debtor Environmental Corporate Remediation
Company, Inc.
theodore.tsekerides@weil.com;Shai.Waisman@weil.com;michele.meises@weil.c
om;ilusion.rodriguez@weil.com;nathan.

Karel S. Karpe on behalf of Creditor Cisco Systems Capital Corporation
karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

Andrew C. Kassner on behalf of Creditor Automotive Component Carriers LLC
andrew.kassner@dbr.com

Clifford A. Katz on behalf of Creditor Canon Financial Services, Inc.
ckatz@platzerlaw.com

Susan R. Katzoff on behalf of Creditor Niagara Mohawk Power Corporation,
d/b/a National Grid
skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com

Thomas M. Kennedy on behalf of Creditor IUE-CWA, AFL-CIO
tkennedy@kjmlabor.com

Thomas L. Kent on behalf of Unknown DTE Lordstown, LLC

tomkent@paulhastings.com

Richardo I. Kilpatrick on behalf of Creditor City of Detroit
ecf@kaalaw.com, lrobertson@kaalaw.com

Jennifer B. Kimble on behalf of Creditor Gestamp Alabama, LLC
jkimble@burr.com, mstinson@burr.com;mivey@burr.com

Michael S. Kimm on behalf of Unknown Dukson Lee
kimmlaw@msn.com

Christopher K. Kiplok on behalf of Unknown Medianews Group, Inc.
kiplok@hugheshubbard.com

Theodore A. Kittila on behalf of Creditor 3M Purification Inc. f/k/a CUNO
Incorporated
tak@elliottgreenleaf.com

Kathleen H. Klaus on behalf of Creditor M-Tech Associates
khk@maddinhauser.com

Jeff Klusmeier on behalf of Creditor State of Missouri
jeff.klusmeier@ago.mo.gov

Anthony J. Kochis on behalf of Creditor Bates Acquisition LLC
akochis@wolfsonbolton.com, jrecchia@wolfsonbolton.com

Thomas F. Koegel on behalf of Creditor Enterprise Rent-A-Car Company
tkoegel@flk.com

Mary W. Koks on behalf of Creditor JIS Performing Party Group
mkoks@munsch.com, swagner@munsch.com

Stuart Komrower on behalf of Creditor Kruse Technology Partnership
skomrower@coleschotz.com

Deborah Kovsky-Apap on behalf of Attorney Pepper Hamilton LLP
kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Debra A. Kowich on behalf of Creditor Board of Regents of The University of
Michigan
dkowich@umich.edu, schmitzr@umich.edu

Robert R. Kracht on behalf of Creditor Dealer Tire, LLC.
rrk@mccarthylebit.com

Rein F. Krammer on behalf of Creditor Enshu Ltd. and Enshu (USA) Corporation
rkrammer@masudafunai.com

Stuart A. Krause on behalf of Interested Party Toyota Tsusho America, Inc.
skrause@zeklaw.com

J. Alex Kress on behalf of Creditor KONE, Inc. and KONE Elevators
akress@riker.com

Richard E. Kruger on behalf of Creditor BMW Group
rkruger@jaffelaw.com

Patrick J. Kukla on behalf of Creditor Behr America, Inc.
pkukla@carsonfischer.com

Gary W. Kullmann on behalf of Unknown Kathleen Peters
gkullmann@kkdpc.com, shall@kkdpc.com

Carl N. Kunz on behalf of Creditor Monster Worldwide, Inc. d/b/a Monster
MediaWorks
ckunz@morrisjames.com, wweller@morrisjames.com

Greg T. Kupniewski on behalf of Interested Party American Express Travel
Related Services Co., Inc.
greg.kupniewski@flastergreenberg.com

Darryl S. Laddin on behalf of Creditor Verizon Communications Inc.
bkrfilings@agg.com

Michael C. Lambert on behalf of Creditor Compania Sud Americana de Vapores
S.A.
mclambert@lawpost-nyc.com

Jacob F. Lamme on behalf of Creditor St. Regis Mohawk Tribe
lamme@mltw.com

Forrest B. Lammiman on behalf of Creditor Broadway in Chicago LLC
flammiman@mpslaw.com, lbell@mpslaw.com;dnichols@mpslaw.com

Stuart A. Laven on behalf of Creditor Hilite Industries, Inc.
slaven@beneschlaw.com, docket@beneschlaw.com

James N. Lawlor on behalf of Unknown Brazing Concepts LLC
jlawlor@wmd-law.com, gbenaur@wmd-law.com

Robert L. LeHane on behalf of Creditor LBA Realty Fund III Company IX, LLC
KDWBankruptcyDepartment@Kelleydrye.com

Maureen F. Leary on behalf of Unknown New York State Department of
Environmental Conservation
maureen.leary@oag.state.ny.us

Mark G. Ledwin on behalf of Creditor Relational Technology Solutions
mark.ledwin@wilsonelser.com

David S. Lefere on behalf of Attorney David Lefere
david1@bolhouselaw.com

Eugene Leff on behalf of Unknown New York State Department of
Environmental Conservation
eleff@oag.state.ny.us

Anthony L. Leffert on behalf of Creditor Environmental Testing Corporation
egarfield@rwolaw.com;kwhatley@rwolaw.com

Michael S. Leib on behalf of Creditor South Troy Tech, LLC
msl@maddinhauser.com, bac@maddinhauser.com

Robert J. Lemons on behalf of Debtor Motors Liquidation Company
gillad.matiteyahu@weil.com

David A. Lerner on behalf of Creditor G-Tech Professional Staffing, Inc.
dlerner@plunkettcooney.com

Ira M. Levee on behalf of Interested Party Group I Automotive, Inc. and its
Dealerships in Exhibit A
ilevee@lowenstein.com, mseymour@lowenstein.com

Larry A. Levick on behalf of Creditor Affiliated Computer Services, Inc.
levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com

Leslie C. Levy on behalf of Interested Party State of Nebraska, Attorney General's
Office
leslie.levy@nebraska.gov, leora.platte@nebraska.gov

Kenneth M. Lewis on behalf of Creditor Johann Hay GmbH & Co. KG
klewis@tblawllp.com

Kim Martin Lewis on behalf of Interested Party Convergys Corporation
kim.lewis@dinslaw.com,

john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

Barry E. Lichtenberg on behalf of Creditor Albar Industries, Inc.
barryster@att.net

Demetra Liggins on behalf of Creditor Mitsubishi Engine North America, Inc.
demetra.liggins@tklaw.com

Harry A. Light on behalf of Defendant General Motors Corporation
light@fec.net

David T. Lin on behalf of Creditor Superior Acquisition, Inc. d/b/a Superior Electric Great Lakes
Company
dlin@seyburn.com

Thomas K. Lindahl on behalf of Creditor Chemico Mays, LLC
tlindahl@kotzsangster.com,
jdesantis@kotzsangster.com;dlemanski@kotzsangster.com

Andrew K. Lipetz on behalf of Creditor ACE America Insurance Company, et al.,
alipetz@wgrlaw.com

Edward J. LoBello on behalf of Creditor Pitney Bowes Inc.
elobello@msek.com

Eric Lopez Schnabel on behalf of Interested Party Entergy Mississippi, Inc.
schnabel.eric@dorsey.com

Cynthia Jordan Lowery on behalf of Creditor Hagemeyer, N.A.
cynthialowery@mvalaw.com

Kim R. Lynch on behalf of Creditor Siemens Building Technologies, Inc.
klynch@formanlaw.com, mudem@formanlaw.com

John S. Mairo on behalf of Creditor CAG Holding AG
jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.

Tristan Manthey on behalf of Creditor Pratt & Miller Engineering & Fabrication, Inc.
tmanthey@hellerdraper.com

Kayalyn A. Marafioti on behalf of Creditor Delphi Corporation

kmarafio@skadden.com

Michael A. Maricco on behalf of Creditor Pension Benefit Guaranty Corporation
maricco.michael@pbgc.gov, efile@pbgc.gov

Timothy Brian Martin on behalf of Interested Party Hydrogenics Corporation
tmartin@torys.com

Richard W. Martinez on behalf of Creditor Specialty Engine Components, LLC
Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com

Victor J. Mastromarco on behalf of Unknown Gerald Haynor
vmastromar@aol.com

Steven A. Matta on behalf of Unknown Charter Township of Ypsilanti, Michigan
smatta@mattablair.com

Jil Mazer-Marino on behalf of Creditor American Electric Power
jmazermarino@msek.com, kgiddens@msek.com

Mark L. McAlpine on behalf of Creditor Brencal Contractors, Inc.
mlmcalpine@mcalpinelawfirm.com

Lauren M. McEvoy on behalf of Unknown Linden Development, LLC
Lauren.McEvoy@thompsonhine.com

D. Douglas McGaw on behalf of Creditor DeMaria Building Company
dougmcgaw@aol.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management,
Inc.
ffm@bostonbusinesslaw.com

Austin L. McMullen on behalf of Creditor Knowledge Learning Corporation
amcmullen@babc.com

Barbara S Mehlsack on behalf of Creditor International Union of Operating
Engineers ("IUOE") and
IUOE Locals 101, 18s, 832s
bmehlsack@gkllaw.com

Brian H. Meldrum on behalf of Creditor Akebono Corporation (North America)
bmeldrum@stites.com

Marc B. Merklin on behalf of Creditor FirstEnergy Corporation
mmerklin@brouse.com

Christopher A. Merritt on behalf of Unknown Nagel Precision, Inc.
cmerritt@rjlps.com

Richard M. Meth on behalf of Creditor City of Detroit
msteen@daypitney.com

G. Christopher Meyer on behalf of Creditor Eaton Corporation
cmeyer@ssd.com

Robert N. Michaelson on behalf of Unknown Blue Marble Environmental Inc.
rmichaelson@klgates.com

Angela Z. Miller on behalf of Creditor A.W. Farrell & Son Inc.
amiller@phillipslytle.com, jhahn@phillipslytle.com

Harvey R. Miller on behalf of Debtor Motors Liquidation Company
harvey.miller@weil.com, garrett.fail@weil.com

Gerald L. Mills on behalf of Unknown Thread Information Design, Inc.
gerald.mills@bex.net

Mary P. Miras on behalf of Unknown DTE Defiance, LLC
marymiras@paulhastings.com

Joseph Thomas Moldovan on behalf of Creditor Blue Cross Blue Shield of
Michigan
bankruptcy@morrisoncohen.com

James P. Moloy on behalf of Creditor United REMC
jmoloy@dannpecar.com

Carol E. Momjian on behalf of Creditor Commonwealth of Pennsylvania,
Department of Revenue
cmomjian@attorneygeneral.gov

Timothy D. Moratzka on behalf of Creditor Bowman & Brooke, LLP
tdm@mcmlaw.com

Max Anderson Moseley on behalf of Creditor Serrra Chevrolet of Birmingham,
Inc.
mam@jbpp.com, mkd@jbpp.com

Eric T. Moser on behalf of Interested Party PPG Industries, Inc.
eric.moser@klgates.com, kristen.serrao@klgates.com

Jill L. Murch on behalf of Creditor Cummins Inc., et al.
jmurch@foley.com, lapeterson@foley.com;khall@foley.com

Daniel R. Murray on behalf of Debtor Motors Liquidation Company
dmurray@jenner.com, mmatlock@jenner.com

Lauren Nachinson on behalf of Creditor United Parcel Service, Inc.
Lauren.Nachinson@quarles.com

Jennifer L. Nassiri on behalf of Creditor Electronic Data Systems
jennifer.nassiri@dlapiper.com

Kenneth A. Nathan on behalf of Creditor Yarema Die & Engineering Co.
knathan@nathanzousmer.com

David L. Neale on behalf of Creditor First United Inc.
dln@lnbrb.com

Michael A. Nedelman on behalf of Creditor Logistics Insight Corp. (LINC)
mnedelman@nglegal.com, mwatler@nglegal.com;egloetzner@nglegal.com

Melissa Z. Neier on behalf of Interested Party Sonic Automotive, Inc.
mneier@ibolaw.com

Arthur C. Neiwirth on behalf of Creditor Morse Operations, Inc.
aneiwirthcourt@qpwblaw.com, aneiwirthcourt@aol.com

James D. Newbold on behalf of Interested Party State of Illinois
James.Newbold@illinois.gov

Robert E. Nies on behalf of Creditor Advanced Environmental Technology
Corporation
rnies@wolffsamson.com

Timothy F. Nixon on behalf of Examiner Brady Williamson
tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Michael E. Norton on behalf of Creditor SSDC Services Corp.
mnorton@nortonlawassociates.com

Matthew D. Novello on behalf of Creditor Brencal Contractors, Inc.
mdnovello@mcalpinelawfirm.com

Gordon Z. Novod on behalf of Creditor Committee Official Committee of
Unsecured Creditors of
General Motors Corporation

gnovod@kramerlevin.com, dcho@kramerlevin.com

Michael B. O'Neal on behalf of Creditor L.K. Machinery, Inc.
moneal@wnj.com

Sean A. O'Neal on behalf of Creditor The Interpublic Group Of Companies, Inc.
and its subsidiaries
soneal@cgsh.com,
maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.c
om;crodriguez@cgsh.com;sarobinson@

Cheryl Tama Oblander on behalf of Creditor D'Andrea Buick Inc.
ctama@butlerrubin.com

Ronald Oran on behalf of Creditor AM General LLC
roran@velaw.com

Norman D. Orr on behalf of Creditor Custom Automotive Services, Inc.
norman.orr@kkue.com

Mark Russell Owens on behalf of Creditor Hirata Corporation of America
mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Gregory Oxford on behalf of Counter-Claimant General Motors Company
goxford@icclawfirm.com

Richard W. Paige on behalf of Creditor IEE Sensing, Inc.
paige@bsplaw.com

Ingrid S. Palermo on behalf of Creditor Bob Hastings Buick-GMC, Inc.
ipalermo@bsk.com

Charles N. Panzer on behalf of Unknown Dunn & Bradstreet, Inc.
cpanzer@sillscummis.com

Merritt A. Pardini on behalf of Creditor WhereNet Corp.
merritt.pardini@kattenlaw.com,
dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com

Larry E. Parres on behalf of Unknown Leggett and Platt
lparres@lewisrice.com

Peter S. Partee on behalf of Interested Party Philip Morris USA
ppartee@hunton.com

Paul J. Pascuzzi on behalf of Creditor The McClatchy Company

ppascuzzi@ffwplaw.com

Rakhee V. Patel on behalf of Creditor Boyd Bryant
rpatel@pronskepatel.com,
cstephenson@pronskepatel.com;rpatel@pronskepatel.com;smeiners@pronskepat
el.com;admin@pronskepatel.com

Frederick Perillo on behalf of Creditor International Ass'n of Machinists &
Aerospace Workers
(IAMAW)
fp@previant.com

Debra Beth Pevos on behalf of Creditor Convention & Show Services, Inc.
dpevos@swappc.com

Robert W. Phillips on behalf of Unknown SimmonsCooper Cancer Claimants
rphillips@simmonscooper.com

John C. Phillips on behalf of Unknown Glenn & Angela Urquhart
jcp@pgslaw.com, cah@pgslaw.com;tlb@pgslaw.com

Deborah J. Piazza on behalf of Creditor Johnson Controls, Inc.
dpiazza@hodgsonruss.com

Christine A.M. Pierpont on behalf of Creditor Eaton Corporation
cpierpont@ssd.com

James A. Plemmons on behalf of Creditor Advics North America, Inc.
jplemmons2@dickinsonwright.com

Gregory G. Plotko on behalf of Creditor Committee Official Committee of
Unsecured Creditors of
General Motors Corporation
gplotko@kramerlevin.com,
achouprouta@kramerlevin.com;ychernyak@kramerlevin.com

Robert C. Pottinger on behalf of Attorney Robert Pottinger
rcpottinger@bslbv.com

Susan Power-Johnston on behalf of Creditor Union Pacific Distribution Services
sjohnston@cov.com, jmcneil@cov.com

Ronald S. Pretekin on behalf of Creditor Harco Manufacturing Group LLC
pretekin@coollaw.com, piatt@coollaw.com
Jessica E. Price on behalf of Creditor FirstEnergy Corporation
jprice@brouse.com

John J. Privitera on behalf of Creditor St. Regis Mohawk Tribe
privitera@mltw.com, hill@mltw.com;lamme@mltw.com

Gerrit M. Pronske on behalf of Plaintiff Boyd Bryant
gpronske@pronskepatel.com

Susan Przekop-Shaw on behalf of Creditor Michigan Workers' Compensation
Agency
przekopshaws@michigan.gov

Jonathan I. Rabinowitz on behalf of Attorney Jonathan Rabinowitz
jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Marie T. Racine on behalf of Creditor Applied Handling Inc.
mracine@racinelaw.us

Mark L. Radtke on behalf of Creditor Illinois Tool Works Inc.
mradtke@shawgussis.com

Dennis Jay Raterink on behalf of Creditor Michigan Funds Administration
raterinkd@michigan.gov

Eric T. Ray on behalf of Creditor Sierra Pacific Power Company
eray@balch.com

Timothy M. Reardon on behalf of Unknown Comprehensive Logistics Co., Inc.
tmreardon@nnblaw.com

Michael Reed on behalf of Creditor Local Texas Taxing Authorities
nycourts@mvbalaw.com

Marc E. Richards on behalf of Attorney Co-Counsel for DENSO International
America, Inc.
mrichards@blankrome.com

Michael P. Richman on behalf of Creditor Unofficial Committee of Family &
Dissident GM
Bondholders
mrichman@pattonboggs.com

Paul J. Ricotta on behalf of Creditor Hitachi Automotive Products (USA), Inc.
pricotta@mintz.com

David D. Ritter on behalf of Creditor DeMontrond Buick Company
ecf@krcl.com, dritter@krcl.com

Marianne Goldstein Robbins on behalf of Creditor International Ass'n of
Machinists & Aerospace
Workers (IAMAW)
MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

Courtney Rogers on behalf of Creditor APL Co. Pte. Ltd.
crogers@orrick.com

Adam C. Rogoff on behalf of Creditor Committee Official Committee of
Unsecured Creditors of
General Motors Corporation
arogoff@kramerlevin.com

Sanford Philip Rosen on behalf of Creditor L + A Architects, Inc.
rpc@rosenpc.com, srosen@rosenpc.com

Adam L. Rosen on behalf of Creditor Publicis Groupe Operating Divisions, LLC
filings@spallp.com, arosen@silvermanacampora.com

Adina H. Rosenbaum on behalf of Unknown Center for Auto Safety
arosenbaum@citizen.org

Robert J. Rosenberg on behalf of Interested Party Allison Transmission, Inc., f/k/a
Clutch Operating
Company, Inc.
adam.goldberg@lw.com

Andrew Neil Rosenberg on behalf of Unknown Informal Group of Holders of
General Motors
Unsecured Notes
mtattnall@paulweiss.com

Donn Rosenblum on behalf of Unknown Ohio Attorney General
donn.rosenblum@ohioattorneygeneral.gov

David A. Rosenzweig on behalf of Attorney Fulbright & Jaworski LLP
DRosenzweig@Fulbright.com

Douglas B. Rosner on behalf of Creditor 767 Fifth Partners LLC
drosner@goulstonstorrs.com

Robert R. Ross on behalf of Creditor Federal Express Corporation
rrross@fedex.com

Melissa-Jean Rotini on behalf of Unknown Westchester County

mjr1@westchestergov.com

Gerolyn P. Roussel on behalf of Interested Party Jeanette Pichon
rousselp@bellsouth.net

George V. Royle on behalf of Unknown GE Capital Corporation
george.royle@lw.com

John A. Ruemenapp on behalf of Creditor Burns International Industrial
Contracting
jruemenapp@wyrpc.com

John A. Ruemenapp on behalf of Creditor International Industrial Contracting co.
jruemenapp@wysr-law.com

Jayson B. Ruff on behalf of Creditor Swagelok Company
jruff@mcdonaldhopkins.com

Dianne Ruhlandt on behalf of Creditor Centerpoint Associates, L.L.C.
druhlandt@ermanteicher.com

Matthew E. Russell on behalf of Creditor Parties Listed on Exhibit "A"
matthew.russell@haynesboone.com

Scott K. Rutsky on behalf of Interested Party State Street Bank and Trust
Company
srutsky@proskauer.com

Herbert K. Ryder on behalf of Creditor Bank of Valletta p.l.c.
hryder@pitneyhardin.com

Jeffrey S. Sabin on behalf of Interested Party Deutsche Bank AG
jeffrey.sabin@bingham.com

Jennifer Lauren Saffer on behalf of Creditor TMI Custom Air Systems, Inc.
jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com

Chester B. Salomon on behalf of Creditor Factory Motor Parts Company
csalomon@beckerglynn.com,
aranade@beckerglynn.com;jholdridge@beckerglynn.com

Kimberly Salomon on behalf of Creditor Rose Cole
ksalomon@formanlaw.com

Diane W. Sanders on behalf of Creditor Cameron County
austin.bankruptcy@publicans.com

George Franklin Sanderson on behalf of Unknown Crymes Landfill PRP Group
george.sanderson@elliswinters.com

Thomas P. Sarb on behalf of Creditor Benteler Automotive Corp.
ecfsarbt@millerjohnson.com

Thomas J. Schank on behalf of Creditor ZF Friedrichshafen AG
tomschank@hunterschank.com, mcraig@hunterschank.com

Robert T. Schmidt on behalf of Creditor Committee Official Committee of
Unsecured Creditors of
General Motors Corporation
rschmidt@kramerlevin.com

Kenneth M. Schneider on behalf of Creditor Visscher-Caravelle NA, Inc.
smpcecf@gmail.com

Thomas W. Schouten on behalf of Creditor Ridgeview Industries, Inc.
tschouten@dunnsslaw.com

Carey D. Schreiber on behalf of Creditor International Automotive Component
Group North America
Inc.
cschreiber@winston.com

Jonathan R. Schulz on behalf of Creditor IEE Sensing, Inc.
schulz@bsplaw.com, ojala@bsplaw.com

Steven Schwartz on behalf of Creditor Capgemini America, Inc.
sschwart@winston.com

Matthew L. Schwartz on behalf of Unknown United States Of America
matthew.schwartz@usdoj.gov

Kenneth J. Schweiker on behalf of Creditor Sap America, Inc.
kschweiker@brownconnery.com

Barry N. Seidel on behalf of Unknown Butzel Long, a professional corporation
bseidel@kslaw.com, rtrowbridge@kslaw.com

Stephen B. Selbst on behalf of Interested Party Bridgestone Americas Tire
Operations, LLC
sselbst@herrick.com, courtnotices@herrick.com

Jacob B. Sellers on behalf of Creditor Canadian Pacific Railway Company

jacob.sellers@leonard.com

David J. Selwocki on behalf of Creditor Convention & Show Services, Inc.
brogers@swappc.com

Joseph R. Sgroi on behalf of Debtor Motors Liquidation Company
jsgroi@honigman.com

Mark H. Shapiro on behalf of Creditor ICM Systems, LLC
shapiro@steinbergshapiro.com

Mary Kay Shaver on behalf of Creditor ADAC Plastics, Inc.
mkshaver@varnumlaw.com

Brian L. Shaw on behalf of Attorney Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
bshaw100@shawgussis.com

Andrea Sheehan on behalf of Creditor Carrollton Farmers Branch Independent
School District
sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Tricia A. Sherick on behalf of Debtor Motors Liquidation Company
tsherick@honigman.com

Joseph E. Shickich on behalf of Creditor Microsoft Corporation and Microsoft
Licensing, GP
jshickich@riddellwilliams.com

Matthew J. Shier on behalf of Creditor Sierra Mountain Express, Inc.
mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com

Michael P. Shuster on behalf of Creditor Enprotech Mechanical Services, Inc.
mpshuster@hahnlaw.com

Robert Sidorsky on behalf of Creditor A Raymond, Inc.
sidorsky@butzel.com

Paul H. Silverman on behalf of Creditor Class of Saturn Consumers
PSilverman@mclaughlinstern.com

John A. Simon on behalf of Creditor Cooper-Standard Automotive, Inc.
jsimon@foley.com

Rebecca H. Simoni on behalf of Unknown Emerson Electric, Inc.

rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

Christina C. Skubic on behalf of Attorney Brayton Purcell LLP
bankruptcy@braytonlaw.com

Robert T. Smith on behalf of Creditor CNI Enterprises, Inc.
rsmith@cniinc.cc

Edward Smith on behalf of Creditor Camino Real Chevrolet, Inc.
easmith@venable.com

Richard G. Smolev on behalf of Attorney Kaye Scholer LLP
rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.
com

Joseph H. Smolinsky on behalf of Debtor Environmental Corporate Remediation
Company, Inc.
Joseph.Smolinsky@weil.com

Steven B. Soll on behalf of Unknown Wachovia Financial Services, Inc.
ssoll@oshr.com, awilliams@oshr.com

Fredric Sosnick on behalf of Creditor American Axle Manufacturing Holdings,
Inc. and its Affiliates
karen.park@shearman.com,kerri.silver@shearman.com

Nathan R. Soucy on behalf of Creditor Cabot Industrial Value Fund II Operating
Partnership, L.P.,
Cabot II-FL3B01, LLC, Cabot II-MA1B01, LLC, Cabot II-OH1B21, LLC, and
Cabot II-OH2B01, LLC
soucy@cwg11.com

Arthur J. Spector on behalf of Creditor SCI, Ltd
aspector@bergersingerman.com,
jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersinger
man.com

Charles A. Stanziale on behalf of Creditor New Jersey Self Insurers Guaranty
Association
cstanziale@mccarter.com

Jeffrey S. Stein on behalf of Claims and Noticing Agent Garden City Group
Kenneth_Freda@gardencitygroup.com, jennifer.keough@gardencitygroup.com

Leslie Stein on behalf of Creditor Superior Acquisition, Inc. d/b/a Superior
Electric Great Lakes
Company
lstein@plunkettcooney.com, seccles@plunkettcooney.com

Fred Stevens on behalf of Creditor StarSource Management Services
fstevens@foxrothschild.com

Jason V. Stitt on behalf of Creditor Cintas Corporation
jstitt@kmklaw.com

Sharon L. Stolte on behalf of Creditor Haldex Credit Services Corp.
sstolte@stinsonmoheck.com

N. Kathleen Strickland on behalf of Creditor Remy International, Inc.
kstrickland@rmkb.com, schoo@rmkb.com;mmcpherson@rmkb.com

Harvey A. Strickon on behalf of Unknown Rolls-Royce plc and Rolls-Royce
Corporation
harveystrickon@paulhastings.com

James M. Sullivan on behalf of Creditor Discovery Communications, LLC
sullivan.james@arentfox.com, constantino.nova@arentfox.com

Michelle T. Sutter on behalf of Creditor Ohio Attorney General
msutter@ag.state.oh.us

Matthew A. Swanson on behalf of Creditor Canadian Pacific Railway Company
matthew.swanson@leonard.com

Marc N. Swanson on behalf of Creditor Kongsberg Automotive Holdings ASA
swansonm@millercanfield.com

Colleen M. Sweeney on behalf of Creditor Johnson Controls, Inc.
csweeney@dickinsonwright.com

Stanley B. Tarr on behalf of Interested Party Cellco Partnership d/b/a Verizon
Wireless on behalf of
itself and its controlled affiliates
tarr@blankrome.com

Samuel Jason Teele on behalf of Interested Party Group I Automotive, Inc. and its
Dealerships in
Exhibit A
jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

Gordon J. Toering on behalf of Creditor AVK Division of Avibank Mfg., Inc.
gtoering@wnj.com

Patrick J. Trostle on behalf of Debtor Motors Liquidation Company
ptrostle@jenner.com

Tonya A. Trumm on behalf of Creditor Jefferson Wells International, Inc.
tatrumm@michaelbest.com, safonte@michaelbest.com

Debra S. Turetsky on behalf of Creditor Infineon Technologies AG and Infineon
Technologies North
America, Corp.
dturetsky@reedsmith.com

Marshall C. Turner on behalf of Creditor Newport Television
marshall.turner@husch.com

Ann Marie Uetz on behalf of Creditor ABC Group Inc.
auetz@foley.com

Raymond J. Urbanik on behalf of Interested Party Computer Sciences
Corporation
rurbanik@munsch.com

Shmuel Vasser on behalf of Creditor Shanghai Automotive Industry Corporation
(Group) and their
affiliates
shmuel.vasser@dechert.com

Wendy S. Walker on behalf of Creditor A.P. Moller-Maersk A/S
wwalker@morganlewis.com

G. Alan Wallace on behalf of Creditor City of Lansing
gwall@fraserlawfirm.com

Sean M. Walsh on behalf of Creditor L&W Engineering Co.
swalsh@gmhlaw.com, jmahar@gmhlaw.com

Timothy W. Walsh on behalf of Creditor PT Synovate
twalsh@llgm.com;rxscaria@llgm.com;wcoleman@llgm.com;celliott@llgm.com

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts
bk-kwalsh@oag.state.tx.us

David H. Wander on behalf of Creditor Hagemeyer, N.A.
dwander@wanderlaw.com

Lucas Ward on behalf of Creditor Ohio Attorney General
lucas.ward@ohioattorneygeneral.gov

Eric G. Waxman on behalf of Creditor Supervalu Inc.
ewaxman@westermanllp.com

Jeffrey T. Wegner on behalf of Creditor Kansas City Board of Public Utilities
jeffrey.wegner@kutakrock.com

Martin James Weis on behalf of Creditor Medco Health Solutions, Inc.
weismj@dilworthlaw.com

Robert B. Weiss on behalf of Debtor Motors Liquidation Company
rweiss@honigman.com

Eric A. Weiss on behalf of Interested Party M&M Motors
eaweiss@mdwcg.com

Elizabeth Weller on behalf of Creditor Cameron County
dallas.bankruptcy@publicans.com

Michael R. Wernette on behalf of Attorney CIE Celaya, S.A. de C.V.
mwernette@schaferandweiner.com

David B. Wheeler on behalf of Creditor Hagemeyer, N.A.
davidwheeler@mvalaw.com

Stephanie Wickouski on behalf of Attorney Drinker Biddle & Reath LLP
stephanie.wickouski@dbr.com,
jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@d
br.com,swickous@aol.com

Matthew E. Wilkins on behalf of Creditor Henze Stamping & Manufacturing
Company and Henze

Machine and Tool Company L.L.C.
wilkins@bwst-law.com, marbury@bwst-law.com

Jeffrey C. Wisler on behalf of Unknown Connecticut General Life Insurance
Company and related
CIGNA entities
jcw@cblhlaw.com

Blanka K. Wolfe on behalf of Creditor Air Express International USA, Inc. d/b/a
DHL Global

Forwarding
bwolfe@sheppardmullin.com

Robert D. Wolford on behalf of Creditor Benteler Automotive Corp.
ecfwolfordr@millerjohnson.com

Scott A. Wolfson on behalf of Creditor Bates Acquisition LLC
swolfson@wolfsonbolton.com, jrecchia@wolfsonbolton.com

Cynthia Woodruff-Neer on behalf of Creditor Alpine Electronics of America, Inc.
cwoodruff-neer@alpine-usa.com

Karon Y. Wright on behalf of Creditor c/o Karon Y. Wright Travis County
karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

Dwight Yellen on behalf of Creditor JMJ Films, Inc.
dyellen@ballonstoll.com

Doron Yitzchaki on behalf of Creditor Johnson Controls, Inc.
dyitzchaki@dickinsonwright.com

Jonathan W. Young on behalf of Creditor Digitas, Inc.
young@wildman.com

S. Alyssa Young on behalf of Plaintiff Barbara Allen
ayoung@leaderberkon.com

German Yusufov on behalf of Creditor PIMA COUNTY
pcaocvbk@pcao.pima.gov

Terry L. Zabel on behalf of Unknown Terry Zabel
ecf-tlz@rhoadesmckee.com

Rafael X. Zahralddin on behalf of Creditor 3M Purification Inc. f/k/a CUNO
Incorporated
rxza@elliottgreenleaf.com

Eric Zajac on behalf of Creditor Sarahjuan Gilvary
eric@teamlawyers.com, erin@teamlawyers.com

Bruce R. Zirinsky on behalf of Unknown Appaloosa Management L.P.
zirinskyb@gtlaw.com, cusumanod@gtlaw.com

Edward P. Zujkowski on behalf of Creditor The Bank of New York Mellon
ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com
* * *

23115015v1

## **EXHIBIT B**

ATLAS OIL COMPANY
24501 Ecorse Road
Taylor, MI 48180

Diana G. Adams
Office of the United States Trustee
33 Whitehall Street
21st floor
New York, NY 10004

Richard M Allen
Law Offices
223 Egremont Plain Rd, PMB 108
North Egremont, MA 01252

Aspen Marketing Services, Inc.
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Auto Craft Tool & Die Co Inc
1800 Fruit Street
Algonac, MI 48001

Peter Backus
15609 Allnutt Lane
Burtonsville, MD 20866

Elizabeth Banda on behalf of Unknown Keller Independant School District
Perdue Brandon Fielder Collins
Arlington, TX 76094-0430

Norman W. Bernstein
N.W. Bernstein & Associates, LLC
800 Westchester Avenue
Suite N319
Rye Brook, NY 10573

John A. Bicks on behalf of Creditor Schaeffler Group Entities
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Ian Connor Bifferato on behalf of Plaintiff Barbara Allen

Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE 19801

Bloomington Syndicate
c/o Marx Realty & Improvement Co., Inc.
708 Third Avenue
21st Floor
New York, NY 10017

Charlotte P. Bodell on behalf of Creditor U.S. Bank National Association
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199

J. William Boone on behalf of Creditor Buehler Motor GMBH
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Tristram T. Buckley on behalf of Unknown Tristram Buckley
Law Offices of Tristram Buckley
426 S. Rexford Drive, Suite 12
Beverly Hills, CA 90212

Todd A. Burgess on behalf of Creditor Remy Inc.
Greenberg Traurig LLP
2375 East Camelback Road
Suite 700
Phoenix, AZ 85016

Canadian Export Antitrust Plaintiffs
c/o Ashleigh A. Danker, Esq.
Kaye Scholer LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067

Sharyl J. Carter
1541 LaSalle Ave # 1
Niagara, NY 14301

Amy Caton on behalf of Creditor Committee Official Committee of Unsecured
Creditors of General
Motors Corporation
Kramer Levin Naftalis & Frankel, LLP

1177 Avenue of the Americas
New York, NY 10036

Cecelia Adair, District Clerk, Hays County, Texas
Hays County Justice Center
110 East M.L.K. Drive, Room 123
San Marcos, TX 78666

William H. Chambers
501 Cumberland Rd
Tyler, TX 75703

Marcel Cicic
99-40 68 Rd Apt. 9U
Rego Park, NY 11374

Jared Riley Clark on behalf of Interested Party Deutsche Bank AG
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Trent B. Collier on behalf of Creditor Visteon Corporation
Dickinson Wright PLLC
301 E. Liberty St.
Ste. 500
Ann Arbor, MI 48104

Christopher Combest on behalf of Attorney Quarles & Brady LLP
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

John G Cronin on behalf of Unknown Frank Bauer
722 Chestnut Street
Manchester, NH 03104

DW Griffith Inc
100 Phila Pike
Suite B
Wilm, DE 19809

Nicholaus J. Dilly on behalf of Unknown James Lopresto
Angelina Fraccaro & Herrick, P.C.
1626 W. Colonial Parkway
Inverness, IL 60067

Darby V. Doan on behalf of Defendant General Motors Corporation
Haltom & Doan
6500 Summerhill Road
Suite 100
Texarkana, TX 75503

Benjamin D. Feder on behalf of Creditor Tata American International Corporation
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Brian T. FitzGerald on behalf of Unknown Doug Belden Tax Collector of
Hillsborough, Florida Tax
Collector
601 E. Kennedy Blvd
14th Floor
Tampa, FL 33602

Michael Foreman on behalf of Creditor Ballard Material Products Inc.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

Robert H. Garretson on behalf of Unknown Yeaton Research, Inc.
Palmieri Tyler Wiener Wilhelm & Waldron
2603 Main St.
Suite 1300
Irvine, CA 92603

Jerry W. Gerde on behalf of Unknown Marlye Wassenaar
Johnston Harris Gerde & Komarek, P.A.
Panama City, FL 32401

Christopher J. Giaimo on behalf of Unknown Harman Becker Automotive
Systems, Inc.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Andrew Goldman on behalf of Creditor GfK Custom Research, LLC
Wilmer Cutler Pickering Hale
and Dorr LLP
399 Park Avenue
New York, NY 10022

Adrienne Goldner
2847 Lexington Lane
Highland Park, IL 60035

Howard Goldner
2847 Lexington Lane
Highland Park, IL 60035

Greater New York Automobile Dealers Association
c/o Robinson Brog et. al
1345 Avenue of the Americas
31st floor
New York, NY 10105

Robert E. Greenberg on behalf of Creditor Realty Associates Iowa Corporation
Friedlander Misler, PLLC
1101 Seventeenth Street, N.W.
Suite 700
Washington, DC 20026-4704

Gary Greenberg on behalf of Unknown Blaise Morton
666 Fifth Avenue
27th Floor
New York, NY 10103

Jonathan S. Groat on behalf of Unknown Delta Dental Plan of Michigan, Inc.
Delta Dental Plan of Michigan, Inc.
4100 Okemos Road
Okemos, MI 48864

Joseph P. Gromacki
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611

Stephen H. Gross on behalf of Unknown DELL MARKETING, L.P.
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

Angel Hagmaier on behalf of Unknown Dori Powledge
211 E. Parkwood Ave., Suite 107
Friendwood, TX 77546

Alan D. Halperin on behalf of Unknown Brandenburg Industrial Service
Company

Halperin Battaglia Raicht LLP
555 Madison Avenue
9th Floor
New York, NY 10022

P. Richard Hartley on behalf of Unknown Norman-Blackman Motor Company,
Inc.
Hartley & Hicman
Post Office Box 583
Greenville, AL 36037

Mark C. Haut on behalf of Unknown Southwest Research Institute
Fulbright & Jaworski, LLP
666 Fifth Avenue
New York, NY 10103

James B. Holden on behalf of Unknown The State of Colorado, on behalf of Roxy
Huber,as Executive
Director of the Colorado Motor Vehicle Dealer Board
1525 Sherman Street, 7th Floor
Denver, CO 80203

Howard and Howard, PLLC
Attn: Lisa S. Gretchko, Esq.
450 West Fourth Street
Royal Oak, MI 48067

Marshall Scott Huebner on behalf of Interested Party Ford Motor Company
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Michael S. Kimm on behalf of Unknown Dukson Lee
Kimm Law Firm
41 B Bancker Street
Englewood, NJ 07631

Troy King on behalf of Unknown State of Alabama
State of Alabama
Office of the Attorney General
500 Dexter Avenue
Montgomery, AL 6130

Alan W. Kornberg on behalf of Creditor ELCO Chevrolet Inc.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP

1285 Avenue of the Americas
New York, NY 10019

Barbara Kowalsky
243 Shenandoah Rd
Hopewell Jct, NY 12533

LG Electronics USA, Inc.
c/o Winston & Strawn
200 Park Avenue
New York, NY 10166

James Michael Lawniczak on behalf of Creditor Carolina Forge Company
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

Lawrence Marshall Chevrolet II, LLC
c/o William T. Green, III
11 Greenway Plaza, Suite 2820
Houston, Tx 77046

Bruce Linhart
89 Beatrice Ave
West Islip, NY 11795

Mary M. MaloneyHuss on behalf of Creditor W.L. Gore & Associates, Inc.
W.L. Gore & Associates, Inc.
551 Paper Mill Road
P.O. Box 9206
Newark, DE 19714

Neal S. Mann on behalf of Creditor New York State Department of Taxation And
Finance
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Wendy G. Marcari on behalf of Creditor Avery Dennison Corporation
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Brian Shoichi Masumoto on behalf of U.S. Trustee United States Trustee

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Emily L. Matthews on behalf of Unknown Delta Dental Plan of Michigan, Inc.
Delta Dental Plan of Michigan, Inc.
4100 Okemos Road
Okemos, MI 48864

Maxxis International USA
545 Old Peachtree Road
Suwanee, GA 30024-2944

Thomas Moers Mayer on behalf of Creditor Committee Official Committee of
Unsecured Creditors of
General Motors Corporation
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Robert E. McCarthy on behalf of Unknown HCA, Inc.,
Robert E.McCarthy
411 West Lake Lansing Road
Building B 100-107
East Lansing, MI 48823-8439

Terrence E. McCartney on behalf of Unknown David Szymanak
Rheingold Valet Rheingold
Shkolnik & McCartney LLP
113 East 37th Street
New York, NY 10016

Timothy S. McFadden on behalf of Creditor Methode Electronics, Inc.
Locke Lord Bissell & Liddell.LLP
111 South Wacker Drive
Chicago, IL 60606

Doris McGill
3733 Camry Ct
Sebring, FL 33872-1443

Kenneth G. McIntyre on behalf of Unknown Eileen McIntyre
Sinas Dramis Brake Boughton
& McIntyre, P.C.
3380 Pine Tree Road

Lansing, MI 48911

Michael A. Cox Attorney General for the State of Michigan
Attorney General for the State of Michig
PO Box 30754
Lansing, MI 48909

Mogan Adhesives Company d/b/a MACtac and Bemis Company Inc.
c/o Windels Marx Lane & Mittendorf, LLC
Attn: Leslie S. Barr, Esq.
156 West 56th Street
New York, NY 10019

Steven R. Montgomery on behalf of Creditor J.B. Hunt Transport Services, Inc.
Rawle & Henderson, LLP
14 Wall Street
27th Floor
New York, NY 10005

Edward Moody
Edward O. Moody, P.A.
801 West 4th Street
Little Rock, AR 72201

James O. Moore on behalf of Creditor CDI Corporation
Dechert LLP
1095 Ave of Americas
New York, NY 10036

Gene T. Moore on behalf of Creditor Jacqueline Edwards
Law Office of Gene T. Moore, P.C.
1802 Fifteenth Street
Tuscaloosa, AL 35401

H. Christopher Mott on behalf of Creditor Rudolph Chevrolet, LLC
Gordon & Mott, P.C.
4695 N. Mesa Street
El Paso, TX 79912

Radha R.M. Narumanchi
657 Middletown Avenue
New Haven, CT 06513

Lydia D. Neyland
20 Bellmawr Dr.
Rochester, NY 14624

Joseph O'Neil on behalf of Creditor Steven Kazan, Esquire
Smith Reed LLP
1201 N. Market Street
Suite 1500
Wilmington, DE 19801

Christian M. Oelke on behalf of Unknown D.S.U. - Peterbilt
Scarborough McNeese O'Brien Kilkenny, PC
5410 SW Macadam Ave.
Suite # 100
Portland, OR 97239-3824

Jerry Patterson on behalf of Unknown Terry Gage Chevrolet-Oldsmobile, Inc.
P.O. Box 629
Marshall, AR 72650

Peter Petra
3304 93 St. Apt. 3V
Jackson Heights, NY 11372

Don V. Ploeger on behalf of Unknown City of Austin Energy
P.O. Box 96
Austin, TX 78767-0096

David L. Pollack on behalf of Creditor Comcast Cable Communications, LLC
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street - 51st Floor
Philadelphia, PA 19103

Paul A. Rachmuth on behalf of Creditor Dex-Cool/Gasket Class Action and
Anderson Class Action
Classes
Reed Smith
599 Lexington Avenue
New York, NY 10022

Jonathan Lee Riches
Federal Medical Center
PO Box 14500
Lexington, KY 40512

Joshua D. Rievman on behalf of Interested Party Everett Chevrolet
Hoguet Newman & Regal, LLP
10 East 40th Street
New York, NY 10016

J. Casey Roy on behalf of Interested Party The State of Texas on Behalf of The
Texas Department of
Transportation, Motor Vehicle Division
Texas Attorney General Office
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, TX 78711-2548

Paul Rubin on behalf of Unknown Canon U.S.A., Inc.
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

SAS Institute Inc.
100 SAS Campus Drive
Cary, NC 27513

Yoshihiro Saito on behalf of Creditor Aisin AW Co., Ltd.
2000 M Street
N.W. 7th Floor
Washington, DC 20036

David A. Salim on behalf of Unknown Shively Brothers, Inc.
Hicks Schmidlin & Salm,P.C.
5302 Gateway Centre
Flint, MI 48507

Sanden International (USA), Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201

Saturn of Hempstead, Inc.
c/o Robinson Brog et. al
1345 Avenue of the Americas
31st floor
New York, NY 10105

Eric A Schaffer on behalf of Creditor United States Steel Corporation
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Paul D. Schrader

7001 Briscoe Lane
Louisville, KY 40228-1653

Mitchell A. Seider on behalf of Unknown Airtex Products, L.P.
885 Third Avenue
New York, NY 10022

Stephen J. Shimshak on behalf of Unknown Ryder Integrated Logistics, Inc.
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Stanley D. Smith
608 North 13th St
Middletown, IN 47356

Thomas M. Spera on behalf of Unknown The Mathworks, Inc.
The MathWorks, Inc.
3 Apple Hill Drive
Natick, MA 01760

Leo St. Amour
1874 Burning Bush
Rochester Hills, MI 48309

Standard Electric Company
Corporate Office
2650 Trauntner Drive
P.O. Box 5289
Saginaw, MI 48603-0289

Matthew A. Swanson
Leonard Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Jay Teitelbaum on behalf of Creditor Napleton Investment Partnership LP
Teitelbaum & Baskin LLP
3 Barker Avenue
Third Floor
White Plains, NY 10601

The Scharine Group
N4213 Scharine Rd
Whitewater, WI 53190

Timco, LLC
2000 Town Center
Suite 2100
Southfield, MI 48075

Stephen C. Tingey on behalf of Unknown Ray Quinney & Nebeker
Ray Quinney & Nebeker, P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Kenitta Franklin1 Toole on behalf of Unknown Mississippi State Tax
Commission
Mississippi State Tax Commission
P.O. Box 1033
Jackson, MS 39215

Jason M. Torf on behalf of Creditor Columbia Gas Transmission Corporation
Schiff Hardin LLP
233 S. Wacker Dr.
Suite 6600
Chicago, IL 60606-6473

Paul Traub on behalf of Creditor Avery Dennison Corporation
Epstein Becker & Green, P.C.
250 Park Avenue
11th Floor
New York, NY 10177-1211

Andrew D. Velez-Rivera on behalf of U.S. Trustee United States Trustee
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Weil Gotshal & Manges, LLP on behalf of Defendant General Motors
Corporation, et. al
767 Fifth Avenue
New York, NY 10153

Annie Wells on behalf of Creditor Aramark Holdings Corporation
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Western Flyer Express, Inc.
c/o Windels Marx Lane & Mittendorf, LLP
Attn: Leslie S. Barr
156 West 56th Street
New York, NY 10019

William A. Whittle
The Whittle Law Firm, PLLC
5151 Flynn Pkwy
Suite 308
Corpus, TX 78411

Jack M. Wilhelm on behalf of Unknown Jack Wilhelm
Jack M. Wilhelm Attorney at Law
1201 Rio Grande, Suite 100
Austin, TX 78701

Thomas M. Wilson on behalf of Unknown Kelley & Ferraro LLP
Kelley & Ferraro, LLP
1300 E. Ninth Street
Suite 1901
Cleveland, OH 44114

James Addison Wright on behalf of Creditor Cross Country Motor Club, Inc. and
Cross Country Motor
Club of California, Inc.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Kenneth Ziman on behalf of Creditor TPI Incorporated
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017

Peter Alan Zisser on behalf of Creditor The Goodyear Tire & Rubber Company
Squire, Sanders & Dempsey L.L.P.
1095 Avenue of the Americas
New York, NY 10036

* * *

23115015v1