# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: General Motors Corporation | § § § § | CHAPTER 11 |
| DEBTOR(S) | § | CASE NO.: 09-50026-11 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Sunnyvale ISD, a secured creditor herein, and notifes the Court and all other parties that it is withdrawing its secured claim in this case Sunnyvale ISD filed its secured claim on or about November 30, 2009, in the amount of $1,790.24, which claim is designated as claim number 65724 on the claims register. That claim is no longer owed by the Debtor(s). Therefore Sunnyvale ISD hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on 6th day of January, 20 10, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By: _____
Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie Spindler Huffman, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900