# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE: General Motors Corporation §                          CHAPTER 11
§
§
§
DEBTOR(S)                          §                          CASE NO.: 09-50026-11

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Delta County, a secured creditor herein, and notifes the Court and all other parties that it is withdrawing its secured claim in this case Delta County filed its secured claim on or about June 26, 2009, in the amount of $30.16, which claim is designated as claim number 571 on the claims register. That claim is no longer owed by the Debtor(s). Therefore, Delta County hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on _6th_ day of _January_ , 20 _10_ , a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By: _E- Weller_

Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie Spindler Huffman, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900