**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
**In re:**  :
: **Chapter 11**
:
**Motors Liquidation Company**  : **Case No. 09-50026 (REG)**
:
:
**Debtors.** :
:

**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that Gary W. Kullmann, Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: <u>*January 6, 2010*</u>


<u>*S/ Robert E. Gerber*</u>
UNITED STATES BANKRUPTCY JUDGE