# MARTIN & VAN HOY, LLP
## ATTORNEYS AT LAW

George W. Martin
Henry P. Van Hoy, II
Sally W. Smith
Robert H. Raisbeck, Jr.
Tamara A. Fleming
Brian F. Williams

Ten Court Square
Mocksville, NC 27028

Telephone
(336) 751-2171

Facsimile
(336) 751-1773
brownie@mvhlaw.com

December 28, 2009

RECEIVED
JAN - 4 2010
U.S. BANKRUPTCY COURT, SDNY

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Re: **Estate of Helen Dyson Chaffin**
**General Motors (09-50026 [REG])**
**Our file - 8460.8**

TO WHOM IT MAY CONCERN:

Our office represents Sharon Chaffin in her capacity as the Executrix of the Estate of Helen D. Chaffin. Mrs. Chaffin passed away on July 7, 2009. Mrs. Helen Chaffin's husband, Edwin Dale Chaffin, passed away several years ago.

In going through Mrs. Chaffin's files, we discovered a number of pleadings relating to the above-referenced bankruptcy. The pleadings were not in envelopes, and we are unsure as to whether these pleadings related to Mr. or Mrs. Chaffin. Additionally, please advise as to whether or not there is a possibility that one (or both) of their estates is expected to receive any type of compensation as a result of the bankruptcy proceeding.

I have enclosed for your records the Letters Testamentary as well as an authorization signed by Sharon Chaffin as Executrix of Helen Chaffin's estate. Mr. Chaffin's estate has been closed for a number of years, but can be reopened if necessary.

Of course, if you have questions or need further information, please don't hesitate to call. I look forward to hearing from you.

Sincerely yours,

DAWN OSBORNE
Estate Administration Paralegal

/do
Enclosures

| STATE OF NORTH CAROLINA | File No. 09 E - 257 |
|---|---|
| DAVIE County | In The General Court of Justice<br>Superior Court Division<br>Before The Clerk |

| IN THE MATTER OF THE ESTATE OF: | |
|---|---|
| Name<br><br>HELEN D. CHAFFIN | **LETTERS**<br><br>TESTAMENTARY<br><br>G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209 |

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

| Name And Address of Fiduciary 1<br>SHARON CHAFFIN<br>1465 US HIGHWAY 64 WEST<br>MOCKSVILLE, NC 27028 | Date of Qualification  10/7/09 |
|---|---|
| | Clerk of Superior Court<br>KENNETH D. BOGER |
| Title Of Fiduciary 1<br>EXECUTRIX | **EX OFFICIO JUDGE OF PROBATE** |
| Name And Address of Fiduciary 2 | Date of Issuance  10/7/09<br>Signature  Valerie T. Steenbeck |
| Title Of Fiduciary 2 | ☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk of Superior Court |

**SEAL**

**NOTE:** *This letter is not valid without the official seal of the Clerk of Superior Court.*

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts

# AUTHORIZATION FOR RELEASE OF INFORMATION
## to
## MARTIN & VAN HOY, LLP
### Attorneys at Law

TO:

Re: *Estate of Helen D. Chaffin*
*Date of Death - July 7, 2009*
*SS#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*

As the duly qualified Executrix of the Estate of HELEN D. CHAFFIN, I hereby authorize and request that you provide to the law firm of MARTIN & VAN HOY, LLP, or any of its agents or employees, any and all information that they may request relating to any and all accounts held by Helen D. Chaffin.

Your assistance and cooperation are greatly appreciated.

Date: December 28, 2009       _Sharon D. Chaffin (exec)_
                              SHARON D. CHAFFIN, Executrix

Sworn to and subscribed before me
this the 28th day of December, 2009.

_Dawn Yount Osborne_
Notary Public

My Commission Expires: 4/15/14