|  | UNITED STATES BANKRUPTCY COURT |
|---|---|
|  | DISTRICT OF NEW YORK |
|  | DIVISION SOUTHERN |
| In re: GENERAL MOTORS CORPORATION | Case No. 09-50026-REG |
| I.D. NO. 0610767 | Year 2009 |

## WITHDRAWAL OF CLAIM

1. The undersigned, Ray Valdes, the Seminole County Tax Collector, who is the claimant herein, conducts business pursuing collection at 1101 East First Street, Post Office Box 630, Sanford, Florida 32772.

2. That said Claim is hereby withdrawn due to payment in full made by:

   PROCESSED ON THE REMITTANCE PROCESSOR

3. Total payment made may reflect discount given at time of payment. Our records show payment received with receipt number H11/24/09P018295 paid on November 24, 2009 in the amount of 1,677.44.

4. The Estimated Claim was filed on June 18, 2009 in the amount of 1,555.28.

Dated December 21, 2009.

RAY VALDES
SEMINOLE COUNTY TAX COLLECTOR
By: Dona Spaulding

Name: Dona Spaulding, Bankruptcy Representative
Phone: (407) 665-7646

RECEIVED
JAN - 5 2010