**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:                                                      :
                                                            :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,   :    Case No. 09-50026-REG
                                                            :    Jointly Administered
                            Debtors.                 :
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN           )
                             )
COUNTY OF MILWAUKEE          )

      Mary E. Roufus, being first duly sworn on oath, deposes and says that she is a resident of this state and not a party to this action; that on January 5, 2010, she caused the *Application of the Fee Examiner for Authorization to Employ and Retain Godfrey & Kahn, S.C. as Counsel to the Fee Examiner, Nunc Pro Tunc to December 28, 2009* [Docket No. 4728] and the *Notice of Presentment of Application of the Fee Examiner for Authorization to Employ and Retain Godfrey & Kahn, S.C. as Fee and Expense Analyst, Nunc Pro Tunc to December 28, 2009* [Docket No. 4732] to be served upon the parties on the attached service list via First Class U.S. Mail.

                                                */s/ Mary E. Roufus*
                                                Mary E. Roufus

Subscribed and sworn to before me
this 7th Day of January, 2010.

   */s/ Jennifer Herzog*
Jennifer Herzog, Notary Public,
State of Wisconsin, My commission is permanent.