## SERVICE LIST

3M COMPANY
ATT: CATHERINE BARNETT WILSON
OFFICE OF GENERAL COUNSEL
3M CENTER, BUILDING 220-9E-02
ST. PAUL, MN 55144

AIKEN SCHENK HAWKINS & RICCARDI P.C.
ATT: BARBARA LEE CALDWELL
ATTY FOR MARICOPA COUNTY
4742 NORTH 24TH STREET, SUITE 100
PHOENIX, AZ 85016

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO
LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA 19087

ALDINE INDEPENDENT SCHOOL DISTRICT
ATT: ANNETTEE RAMIREZ
14910 ALDINE-WESTFIELD ROAD
HOUSTON, TX 77032

ALLARD & FISH, P.C.
ATT: DEBORAH L. FISH, ESQ.
COUNSEL FOR SEVERSTAL NORTH
AMERICA, INC.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI 48226

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA 90501

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE
COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO 80129

ARENT FOX LLP
ATT: CHRISTOPHER GIAIMO, JEFFREY
ROTHLEDER, ANDREA CAMPBELL, ESQS
ATTY FOR HARMAN BECKER AUTOMOTIVE
SYSTEMS, INC.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

ARENT FOX LLP
ATT: JAMES M. SULLIVAN, ESQ.
ATTY FOR TIMKEN COMPANY
1675 BROADWAY
NEW YORK, NY 10019

ARENT FOX LLP
ATT: MARY JOANNE DOWD, ESQ.
ATTY FOR TOYOTA BOSHOKU
AMERICA, INC.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

ARMSTRONG TEASDALE, LLP
ATT: DAVID L. GOING, ESQ.
ATTY FOR SPARTAN LIGHT METAL
PRODUCTS COMPANY INC.
ONE METROPOLITAN SQUARE, SUITE 2600
ST. LOUIS, MO 63102

ARNALL GOLDEN GREGORY LLP
ATT: DARRYL S. LADDIN & FRANK N.
WHITE
ATTY FOR VERIZON
COMMUNICATIONS INC.
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363

ASPLUNDH TREE EXPERT CO.
ATT: PHILIP E. TATOIAN, JR., ESQ.
VICE PRESIDENT AND GENERAL COUNSEL
708 BLAIR MILL RD
WILLOW GROVE, PA 19090

AT&T SERVICES INC.
ATTN: JAMES W. GRUDUS
LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

ATLAS OIL COMPANY
124501 ECORSE ROAD
TAYLOR, MI 48180

ATTORNEY GENERAL FOR THE STATE OF
MICHIGAN
ATTN: ROLAND HWANG, ESQ.
ATTY FOR UNEMPLOYMENT TAX OFFICE,
DEPT OF ENERGY, LABOR & ECONOMIC
GROWTH, UNEMPLOYMENT INSURANCE
AGENCY
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT, MI 48202

ATTORNEY GENERAL FOR THE STATE OF
NEBRASKA
ATT: LESLIE C. LEVY, ASSISTANT
ATTORNEY GENERAL
ATTY FOR THE STATE OF NEBRASKA
2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509

ATTORNEY GENERAL FOR THE STATE OF
TEXAS
ATT: MARK BROWNING, ASSISTANT
ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT
ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
CINCINNATI, OH 45202

ATTORNEY GENERAL OF STATE OF
MICHIGAN
ATTN: MICHAEL A. COX & DENNIS J.
RATERINK
ATTY FOR WORKERS COMPENSATION
AGENCY AND FUNDS ADMINISTRATION
LABOR DIVISION
P.O. BOX 30736
LANSING, MI 48909

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST.
ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711

ATTORNEY GENERAL OF THE STATE OF
MICHIGAN - LABOR DIVISION
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT
ATTORNEY GENERAL
ATTY FOR MICHIGAN WORKERS'
COMPENSATION AGENCY
P.O. BOX 30736
LANSING, MI 48909

ATTORNEY GENERAL OF THE STATE OF
NEW YORK
ATT: NEAL S. MANN, ASSTISTANT
ATTORNEY GENERAL
ATTY FOR NEW YORK STATE DEPARTMENT
OF TAXATION AND FINANCE
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271

BAKER & HOSTETLER LLP
ATT: JOSEPH F. HUTCHINSON, JR., ERIC
GOODMAN, WENDY J. GIBSON
ATTY FOR B&H CREDITORS
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH 44114

BAKER & HOSTETLER LLP
ATT: RICHARD BERNARD, ESQ.
ATTY FOR B&H CREDITORS
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

BAKER & HOSTETLER LLP
ATTN: WENDY J. GIBSON, ESQ.
ATTY FOR SCRIPPS NETWORKS &
TELEVISION FOOD NETWORK
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH 44114

BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
ATT: MATTHEW G. SUMMERS, ESQ.
ATTY FOR FOUNTAIN LAKES I, L.L.C.
300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE, MD 21202

BARNES & THORNBURG LLP
ATT: JOHN T. GREGG, ESQ.
ATTY FOR CONTINENTAL
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI 49503

BARNES & THORNBURG LLP
ATTN: MARK R. OWENS, ESQ.
ATTY FOR HIRATA CORPORATION OF
AMERICA
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204

BARRICK, SWITZER, LONG, BALSLEY &
VAN EVERA
ATTN: ROBERT C. POTTINGER, ESQ.
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL 61108

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN, ESQ.
ATTY FOR IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATT: CHESTER B. SALOMON, ESQ.
ATTY FOR FACTORY MOTOR PARTS
COMPANY
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171

BERGER SINGERMAN, P.A.
ATT: ARTHUR J. SPECTOR, ESQ.
ATTY FOR SCI, LTD.
350 E. LAS OLAS BOULEVARD
10TH FLOOR
FORT LAUDERDALE, FL 33301

BIALSON, BERGEN & SCHWAB
ATTN: PATRICK M. COSTELLO &
THOMAS M. GAA
ATTY FOR CISCO SYSTEMS CAPITAL
CORPORATION
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306

BINGHAM MCCUTCHEN LLP
ATT ROBERT M DOMBROFF & JEFFREY S
SABIN, ESQ.
ATTY FOR DEUTSCHE BANK AG
399 PARK AVENUE
NEW YORK, NY 10022

BINGHAM MCCUTCHEN LLP
ATT: ANNA M. BOELITZ, ESQ.
ATTY FOR WELLS FARGO BANK
NORTHWEST, NAT'L ASSOC., AS
INDENTURE TRUSTE
ONE STATE STREET
HARTFORD, CT 06103

BINGHAM MCCUTCHEN LLP
ATTN: JONATHAN B. ALTER, ESQ.
ATTY FOR TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA
ONE STATE STREET
HARTFORD, CT 06103

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL
AMERICA AND DENSO SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

BLANK ROME LLP
ATT: REGINA STANGO KELBON, ESQ.
ATTY FOR CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT
GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI 48226

BNSF RAILWAY COMPANY
ATT: QUINCY CHUMLEY
3001 WESTERN CENTER BLVD
FORT WORTH, TX 76131

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL SOUTH
ROCHESTER, NY 14625

BODMAN LLP
ATTN: COLIN T. DARKE, ESQ.
ATTY FOR PRODUCTION MODELING
CORPORATION
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI 48226

BODMAN LLP
ATTN: MARC M. BAKST, ESQ.
ATTY FOR LEAR CORPORATION AND ITS
SUBSIDIARIES & AFFILIATES
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI 48226

BORGES & ASSOCIATES, LLC
ATTN: WANDA BORGES, ESQ.
ATTY FOR RAYCOM MEDIA, INC.
575 UNDERHILL BLVD., SUITE 118
SYOSSET, NY 11791

BRACEWELL & GIULIANI LLP
ATT: RENEE DAILEY
ATTY FOR GEORG FISCHER
AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT 06103

BRAYTON PURCELL LLP
ATT: ALAN R. BRAYTON, CHRISTINA C.
SKUBIC, MATTHEW B. LEE, ESQS
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
222 RUSH LANDING ROAD
NOVATO, CA 94945

BRIGGS AND MORGAN P.A.
ATT: JOHN R. MCDONALD, ESQ.
ATTY FOR FACTORY MOTOR PARTS
COMPANY
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402

BROOKS WILKINS SHARKEY & TURCO,
PLLC
ATT: MATTHEW E. WILKINS
ATTY FOR: HENZE STAMPING CO. & HENZ
MACHINE CO.
401 S. OLD WOODWARD AVENUE,
SUITE 460
BIRMINGHAM, MI 48009

BROOKS WILKINS SHARKEY & TURCO,
PLLC
ATTN: PAULA A. HALL, ESQ.
ATTY FOR WABASH TECHNOLOGIES, INC.
401 S. OLD WOODWARD AVENUE,
SUITE 460
BIRMINGHAM, MI 48009

BROWN & CONNERY, LLP
ATT: KENNETH J. SCHWEIKER, JR., ESQ.
ATTY FOR SAP AMERICA, INC.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017

BUCHALTER NEMER, PC
ATT: SHAWN M. CHRISTIANSON, ESQ.
ATTY FOR ORACLE USA, INC.; AND
ORACLE CREDIT CORPORATION
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

BURKE, WARREN, MACKAY & SERRITELLA,
P.C.
ATT: J. KIM & G. RING
ATTY FOR ATTY FOR NAPLETON
INVESTMENT PARTNERSHIP LP
330 N. WABUSH AVE. 22ND FLOOR
CHICAGO, IL 60611

BURLINGTON NORTHERN SANTE FE
RAILWAY COMPANY
ATT: PETER M. LEE, SENIOR GENERAL
ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX 76161

BURR & FORMAN LLP
ATT: D. CHRISTOPHER CARSON &
JENNIFER B. KIMBLE
ATTY FOR GESTAMP ALABAMA, LLC,
GESTAMP MASON, LLC, GESTAMP MEXICO
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203

BUSH SEYFERTH & PAIGE PLLC
ATT: RICHARD W. PAIGE
ATTY FOR IEE SENSING, INC.
3001 W. BIG BEAVER RD., SUITE 600
TROY, MI 48084

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY & ERIC B. FISHER
ATTY FOR TK HOLDINGS, IRVIN
AUTOMOTIVE PROD., TAKATA PETRI
380 MADISON AVENUE
NEW YORK, NY 10017

BUTZEL LONG, PC
ATTN: ROBERT SIDORSKY & ERIC B.
FISHER
ATTY FOR INTEVA PRODUCTS, LLC
380 MADISON AVENUE
NEW YORK, NY 10017

BUTZEL LONG, PC
ATTN: THOMAS B. RADOM & MAX J.
NEWMAN
ATTY FOR INTEVA PRODUCTS, LLC
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
CONWAY, AR 72033

CADWALADER, WICKERSHAM & TAFT LLP
ATT: JOHN J. RAPISARDI, ESQ.
ATTY FOR UNITED STATES OF AMERICA
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTN: ROBERT J. FIGA, ESQ.
ATTY FOR GEORGE P. JOHNSON COMPANY
(GPJ)
100 W. BIG BEAVER ROAD, SUITE 385
TROY, MI 48084

CANON U.S.A. INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

CAPLIN & DRYSDALE, CHARTERED
ATT: ELIHU INSELBUCH & RITA TOBIN
ATTY FOR COONEY & CONWAY ASBESTOS
PERSONAL INJURY TORT CLAIMANTS;
 MARK BUTTITA
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152

CAPLIN & DRYSDALE, CHARTERED
ATT: PETER VAN LOCKWOOD, RONALD
REINSEL & TREVOR SWETT, III, ESQS
ATTY FOR COONEY & CONWAY ASBESTOS
PERSONAL INJURY TORT CLAIMANTS;
 MARK BUTTITA
1 THOMAS CIRCLE
WASHINGTON, DC 20005

CARSON FISCHER, P.L.C.
ATT: JOSEPH M. FISCHER, LAWRENCE A.
LICHTMAN, PATRICK J. KUKLA
ATTY FOR VITEC, LLC
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302

CARSON FISCHER, P.L.C.
ATTN: CHRISTOPHER A. GROSMAN &
PATRICK J. KUKLA
ATTY FOR RIMA MANUFACTURING
COMPANY
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET
WEST
TORONTO, ON M5H 3C2
CANADA

CHAPELL & ASSOCIATES, LLC
ATT: ALAN CHAPELL, CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE, SUITE 3A
BROOKLYN, NY 11222

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX 78505

CLARK HILL PLC
ATT: CHRISTOPHER M. CAHILL
ATTY FOR ATS AUTOMATION TOOLING
SYSTEMS INC, ATS OHIO, INC.
151 SOUTH OLD WOODWARD AVENUE
SUITE 200
BIRMINGHAM, MI 48009

CLARK HILL PLC
ATTN: ROBERT D. GORDON, ESQ.
ATTY FOR ATS AUTOMATION TOOLING
SYSTEMS, INC.
151 SOUTH OLD WOODWARD AVENUE,
SUITE 200
BIRMINGHAM, MI 48009

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
ATT: DEBORAH M. BUELL, ESQ.
ATTY FOR GRUPO KUO, TRANSMISSION
TECHNOLOGIES CORPORATION,
TRAMSMISIONES Y EQUIPOS MECANICOS,
PISTONES MORESA
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
ATT: JAMES L. BROMLEY, ESQ.
ATTY FOR UAW
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
ATT: SEAN A. O'NEAL, ESQ.
ATTY FOR THE INTERPUBLIC GROUP OF
COMPANIES, INC.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLIFFORD CHANCE US LLP
ATT: ANDREW BROZMAN & SARAH
CAMPBELL, ESQ.
ATTY FOR THE ROYAL BANK OF SCOTLAND
PLC, ABN AMRO BANK N.V. AND
RBS CITIZENS N.A.
31 WEST 52ND STREET
NEW YORK, NY 10019

COHEN, WEISS AND SIMON LLP
ATT: BABETTE A. CECCOTTI, ESQ.
ATTY FOR INTERNATIONAL UNION, UAW
330 WEST 42ND STREET
NEW YORK, NY 10036

COHN WHITESELL & GOLDBERG LLP
ATT: MICHAEL J. GOLDBERG, ESQ.
ATT FOR: CABOT INDUSTRIAL VALUE
FUND II OPERATING PARTNERSHIP L.P
101 ARCH ST. SUITE 1605
BOSTON, MA 02110

COLE, SCHOTZ, MEISEL FORMAN &
LEONARD, P.A.
ATT: STUART KOMROWER, ESQ.
ATTY FOR KRUSE TECHNOLOGY
PARTNERSHIP
COURT PLAZA NORTH
25 MAIN STREET
HACKENSACK, NJ 07601

COMMONWEALTH OF PENNSYLVANIA
DEPT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPL. UNIT
READING, PA 19602

CONNELL FOLEY LLP
ATTN: STEPHEN V. FALANGA &
CHRISTOPHER M. HEMRICK
ATTY FOR PANASONIC ELECTRIC WORKS
CORPORATION OF AMERICA
888 SEVENTH AVENUE
NEW YORK, NY 10106

COOLIDGE WALL CO., L.P.A.
ATT: RONALD S. PRETEKIN, ESQ.
ATTY FOR HARCO MANUFACTURING
GROUP LLC
33 WEST FIRST STREET, SUITE 600
DAYTON, OH 45402

COUNTY ATTORNEY
ATTN: BELKYS ESCOBAR, ASSISTANT
COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN,
VIRGINIA
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA 20175

COVINGTON & BURLING LLP
ATTN: MICHAEL ST. PATRICK
BAXTER, ESQ.
ATTY FOR UNION PACIFIC RAILROAD
COMPANY
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

COVINGTON & BURLING LLP
ATTN: SUSAN POWER JOHNSTON, ESQ.
ATTY FOR UNION PACIFIC RAILROAD
COMPANY
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

CUMMINGS & LOCKWOOD LLC
ATT: JOHN F. CARBERRY, ESQ.
ATTY FOR EMIGRANT BUSINESS
CREDIT CORP
SIX LANDMARK SQUARE
STAMFORD, CT 06901

DANA HOLDING COMPANY
ATT: LISA WURSTER
PO BOX 1000
MAUMEE, OH 43537

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI 48214

DAVID V. COOKE, ASSISTANT CITY
ATTORNEY
MUNICIPAL OPERATIONS
201 WEST COLFAX AVENUE, DEPT. 1207
DENVER, CO 80202

DAVIS POLK & WARDWELL
ATT: DONALD S. BERNSTEIN & MARSHALL
S. HUEBNER
ATTY FOR FORD MOTOR COMPANY
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DAWDA, MANN, MULCAHY & SADLER, PLC
ATT: WILLIAM ROSIN & KENNETH FLASKA
ATTY FOR MAGNETI MARELLI AND
AUTOMOTIVE LIGHTING
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304

DAY PITNEY
ATT: RICHARD M. METH, ESQ.
ATTY FOR SPARTAN LIGHT METAL
PRODUCTS COMPANY INC.
P.O. BOX 1945
MORRISTOWN, NJ 07962

DAY PITNEY LLP
ATT: HERBERT K. RYDER
ATTY FOR BANK OF VALLETTA P.L.C.
P.O. BOX 1945
MORRISTOWN, NJ 07962

DAY PITNEY LLP
ATT: HERBERT RYDER, ESQ.
ATTY FOR BANK OF VALLETTA P.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036

DAY PITNEY LLP
ATT: RICHARD M. METH, ESQ.
ATTY FOR SPARTAN LIGHT METAL
PRODUCTS COMPANY INC.
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

DAY PITNEY LLP
ATTN: AMISH R. DOSHI, ESQ.
ATTY FOR ORACLE USA, INC.
7 TIMES SQUARE
NEW YORK, NY 10036

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH 44114

DEBEVOISE & PLIMPTON LLP
ATT: JASMINE POWERS, ESQ.
ATTY FOR MAG INDUSTRIAL AUTOMATION
SYSTEMS, LLC
919 THIRD AVENUE
NEW YORK, NY 10022

DEBEVOISE & PLIMPTON LLP
ATT: RICHARD F. HAHN, ESQ.
ATTY FOR THE HERTZ CORPORATION
919 THIRD AVENUE
NEW YORK, NY 10022

DECHERT LLP
ATTN: JAMES O. MOORE, ESQ.
ATTY FOR CDI CORPORATION
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

DECHERT LLP
ATTN: JULIET SARKESSIAN, ESQ.
ATTY FOR CDI CORPORATION
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104

DECHERT LLP
ATTN: SHMUEL VASSER, ESQ.
ATTY FOR SHANGHAI AUTOMOTIVE
INDUSTRY CORP (GROUP) AND
AFFILIATES
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20201

DEPARTMENT OF LABOR & INDUSTRY
ATTN: DENISE A. MERTZ
READING BANKRUPTCY & COMPLIANCE
UNIT
625 CHERRY STREET, ROOM 203
READING, PA 19602

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

DICKINSON WRIGHT PLLC
ATT: COLLEEN M. SWEENEY, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219

DICKINSON WRIGHT PLLC
ATT: DAWN R. COPLEY, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

DICKINSON WRIGHT PLLC
ATT: DORON YITZCHAKI, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

DICKINSON WRIGHT PLLC
ATT: KERRY MASTERS EWALD, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219

DICKINSON WRIGHT PLLC
ATT: MICHAEL C. HAMMER, ESQ.
ATTY FOR JOHNSON CONTROLS, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104

DICONZA LAW P.C.
ATT: GERARD DICONZA, ESQ.
ATTY FOR ARCADIS U.S., INC.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017

DLA PIPER LLP
ATT: KAROL DENNISTON & JENNIFER
NASSIRI, ESQS
ATTY FOR HEWLETT PACKARD CO
550 S. HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071

DORSEY & WHITNEY LLP
ATTN: MICHAEL FOREMAN, ESQ.
ATTY FOR BALLARD MATERIAL
PRODUCTS INC.
250 PARK AVENUE
NEW YORK, NY 10177

DRINKER BIDDLE & REATH LLP
ATT: KRISTEN K. GOING, ESQ.
ATTY FOR MANUFACTURERS AND
TRADERS TRUST COMPANY
1500 K STREET, N.W.
WASHINGTON, DC 20005

DRINKER BIDDLE & REATH LLP
ATT: STEPHANIE WICKOUSKI, ESQ.,
KIRSTIN K. GOING
ATTY FOR MANUFACTURERS AND
TRADERS TRUST COMPANY
140 BROADWAY, 39TH FLOOR
NEW YORK, NY 10005

EATON CORPORATION
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY,
SENIOR ATTORNEY
H3-3A-05
PLANO, TX 75024

EDWARD S. DONINI, ESQ.
P.O. BOX 605
NEW SMFRNA BEACH, FL 32170

EDWARDS ANGELL PALMER & DODGE LLP
ATT: RICH HIERSTEINER, J. DARCEY, A.
ZUCCARELLO, J. GROVES,
ATTY FOR U.S. BANK NAT'L ASSOC. AND
U.S. BANK TRUST NAT'L ASSOC.
C. BODELL & J. WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA 02199

EL PASO CORPORATION
ATT: MICHAEL J. MCGINNIS,
SENIOR ATTORNEY
1001 LOUISIANA, SUITE E 1943 A
HOUSTON, TX 77002

ELLIAS GROUP LLC
ATT: DAN ELLIAS
411 THEODORE FREMD AVENUE, SUITE
102
RYE, NY 10580

ELLIOTT GREENLEAF
ATT: R. Z - ARAVENA & T. KITTILA,ESQ.
FOR 3 M PURIFICATION INC
1105 NORTH MARKET ST. 17TH FLOOR
WILMINGTON, DE 19801

ELLIS & WINTERS LLP
ATT: GEORGE F. SANDERSON III
ATTY FOR CRYMES LANDFILL PRP GROUP
P.O. BOX 33550
RALEIGH, NC 27636

ELLIS & WINTERS, LLP
ATT: GEORGE F. SANDERS III
ATTY FOR CRYMES LANDFILL PRP GROUP
P.O. BOX 33550
RALEIGH, NC 27615

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL
COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113

EQUITABLE GAS BANKRUPTCY
DEPARTMENT
ATT: JUDY GAWLOWSKI
200 ALLEGHENY CENTER MALL
PITTSBURGH, PA 15212

ERMAN, TEICHER, MILLER, ZUCKER &
FREEDMAN, P.C.
ATT: DAVID M. EISENBERG, ESQ.
ATTY FOR NIDEC MOTORS & ACTUATORS
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034

ERMAN, TEICHER, MILLER, ZUCKER &
FREEDMAN, P.C.
ATT: DIANNE S. RUHLANDT, ESQ. &
EARLE I. ERMAN
ATTY FOR ETKIN MANAGEMENT SERVICES
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034

ERVIN COHEN & JESSUP LLP
ATTN: MICHAEL S. KOGAN &
PETER JAZAYERI
ATTY FOR SALAS AUTOMOTIVE GROUP,
INC. DBA POWAY CHEVROLET
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN 55121

FARELLA BRAUN & MARTEL LLP
ATT: NEIL A. GOTEINER, ESQ.
ATTY FOR GENERAL MOTORS RETIREES
ASSOCIATION
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104

FEDERAL EXPRESS CORPORATION
ATTN: ROBERT R. ROSS
3620 HACKS CROSS ROAD
BUILDING B - 2ND FLOOR
MEMPHIS, TN 38125

FELDERSTEIN FITZGERALD WILLOUGHBY
& PASCUZZI LLP
ATT: PAUL J. PASCUZZI, ESQ.
ATTY FOR THE MCCLATCHY COMPANY
400 CAPITAL MALL, SUITE 1450
SACRAMENTO, CA 95814

FOLEY & LARDNER LLP
ATT: ROBERT H. HUEY, ESQ.
ATTY FOR TOYOTA MOTOR CORPORATION
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC 20007

FOLEY & LARDNER LLP
ATT: VICTOR A. VILAPLANA & MATTHEW J.
RIOPELLE
ATTY FOR TOYOTA MOTOR CORPORATION
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101

FOLEY & LARDNER LLP
ATTN: FRANK DICASTRI, ESQ.
ATTY FOR GETRAG TRANSMISSION
CORPORATION
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

FOLEY & LARDNER LLP
ATTN: JILL L. MUNCH & JOANNE LEE
ATTY FOR CUMMINS INC.
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654

FOLEY & LARDNER LLP
ATTN: MARK A. AIELLO & SALVATORE A.
BARBATANO
ATTY FOR INERGY AUTOMOTIVE SYSTEMS
(USA), LLC
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTN: SALVATORE A. BARBATANO &
STEVEN H. HILFINGER
ATTY FOR PETERSON AMERICAN
CORPORATION
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTN: SALVATORE A. BARBATANO, JOHN
A. SIMON, KATHERINE R. CATANESE
ATTY FOR PIRELLI TIRE, LLC
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTN: SCOTT T. SEABOLT, ESQ.
ATTY FOR TEXTRON INC.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTN: STEVEN H. HILFINGER, FRANK W.
DICASTRI, JOHN A. SIMON
ATTY FOR OMRON AUTOMOTIVE
ELECTRONICS: OMRON DUALTEC
AUTOMOTIVE ELECTR
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226

FOLEY & LARDNER LLP
ATTN: STEVEN H. HILFINGER, JOHN A.
SIMON, KATHERINE R. CATANESE
ATTY FOR INTRA CORPORATION
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226

FORMAN HOLT ELIADES & RAVIN, LLC
ATT: KIM R. LYNCH, ESQ.
ATTY FOR SIEMENS BUILDING
TECHNOLOGIES, INC.
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652

FOX ROTHSCHILD LLP
ATTN: FRED STEVENS, ESQ.
ATTY FOR STARSOURCE MANAGEMENT
SERVICES
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017

FRASER TREBILCOCK DAVIS &
DUNLAP, P.C.
ATTN: G. ALAN WALLACE, ESQ.
ATTY FOR CITY OF LANSING
124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MI 48933

FREEBORN & PETERS LLP
ATT: AARON L. HAMMER & THOMAS R.
FAWKES, ESQS
ATTY FOR PGW, LLC
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

4531080_1

FRIEDLANDER MISLER, PLLC
ATTN: ROBERT E. GREENBERG, ESQ.
ATTY FOR REALTY ASSOCIATES IOWA
CORPORATION
1101 SEVENTEENTH STREET, N.W.,
SUITE 700
WASHINGTON, DC 20036

FULBRIGHT & JAWORSKI L.L.P.
ATT: DAVID A. ROSENZWEIG & MARK C.
HAUT
ATTY FOR SOUTHWEST RESEARCH
INSTITUTE
666 FIFTH AVENUE
NEW YORK, NY 10103

FULBRIGHT & JAWORSKI L.L.P.
ATT: LIZ BOYDSTON, ESQ.
ATTY FOR BELL ATLANTIC TRICON
LEASING CORP.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201

FULBRIGHT & JAWORSKI L.L.P.
ATT: LOUIS R. STRUBECK & LIZ
BOYDSTON, ESQ.
ATTY FOR VERIZON CAPITAL
CORPORATION
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201

FULBRIGHT & JAWORSKI L.L.P.
ATT: MICHAEL M. PARKER, ESQ.
ATTY FOR SOUTHWEST RESEARCH
INSTITUTE
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TX 78205

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG & JACLYN L.
RABIN
ATTY FOR AT&T CORP.
666 FIFTH AVENUE
NEW YORK, NY 10103

GAY D. PELZER
DEPUTY GENERAL COUNSEL
THE UNIVERSITY OF IOWA
IOWA CITY, IA 52242

GENERAL MOTORS COMPANY
ATTN: LAWRENCE S. BUONOMO, ESQ.
300 RENAISSANCE CENTER
DETROIT, MI 48265

GERSTEN SAVAGE, LLP
ATT: PAUL RACHMUTH
ATTY FOR COURT APPOINTED CLASS
600 LEXINGTON AVENUE
NEW YORK, NY 10022

GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI 49417

GIBBONS P.C.
ATT: DAVID N. CRAPO, ESQ.
ATTY FOR J.D. POWER AND ASSOCIATES
ONE GATEWAY CENTER
NEWARK, NJ 07102

GIBSON, DUNN & CRUTCHER LLP
ATT: DAVID M. FELDMAN, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVENUE
NEW YORK, NY 10166

GIBSON, DUNN & CRUTCHER LLP
ATT: MATTHEW J. WILLIAMS, ESQ.
ATTY FOR WILMINGTON TRUST COMPANY
200 PARK AVENUE
NEW YORK, NY 10166

GIRRARD GIBBS LLP
ATT: D. GIRARD & A.J. DE BARTOLOMEO
ATTY FOR COURT APPOINTED CLASS
601 CALIFORNIA STREET, SUITE 1400
SAN FRANCISCO, CA 94108

GLADFELTER & GALVANO, P.L.
ATT: SACHA ROASS, ESQ.
GRIMES GOEBEL GRIMES HAWKINS
1023 MANATEE AVE WEST
BRADENTON, FL 34205

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND
GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484

GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP
ATT: JONATHAN L. FLAXER, DOUGLAS L.
FURTH, ANTHONY M. VASSALLO
ATTY FOR PANASONIC AUTO SYS CO OF
AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS
MATSUSHITA ELEC CORP IF AMERICA
437 MADISON AVENUE
NEW YORK, NY 10022

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATT: BARBARA S. MEHLSACK, ESQ.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE
18S & IUOE 832S
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004

GOULSTON & STORRS, P.C.
ATT: DOUGLAS B. ROSNER, ESQ.
ATTY FOR 767 FIFTH PARTNERS LLC AND
BP/CGCENTER I LLC
400 ATLANTIC AVENUE
BOSTON, MA 02110

GOULSTON & STORRS, P.C.
ATT: GREGORY O. KADEN, ESQ.
ATTY FOR 767 FIFTH PARTNERS AND
BP/CGCENTER I LLC
400 ATLANTIC AVENUE
BOSTON, MA 02110

GREENBERG TRAURIG, LLP
ATT: B. ZIRINSKY, N. MITCHELL &
A. KADISH
ATTY FOR PERRY PARTNERS
INTERNATIONAL, INC.
200 PARK AVENUE
NEW YORK, NY 10166

GREENBERG TRAURIG, P.A.
ATT: ALLEN G. KADISH, ESQ.
ATTY FOR: OXBOW CARBON &
MINERALS, LLC
200 PARK AVENUE
NEW YORK, NY 10166

GREENBERG TRAURIG, P.A.
ATT: LUIS SALAZAR, ESQ.
ATTY FOR: OXBOW CARBON &
MINERALS, LLC
1221 BRICKELL AVENUE
MIAMI, FL 33131

HAHN & HESSEN LLP
ATT: J. DIVACK & H. PATWARDHAN, ESQ.
ATTY FOR B.REYNOLDS & G
REYNOLDS, JR.
488 MADISON AVENUE, 15TH FLOOR
NEW YORK, NY 10022

HAHN & HESSEN LLP
ATT: J. DIVACK & H. PATWARDHAN, ESQ.
ATTY FOR WILLIAM HARDEE
488 MADISON AVE, 15TH FLOOR
NEW YORK, NY 10022

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A.
DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114

HALPERIN BATTAGLIA RAICHT, LLP
ATT: CHRISTOPHER J. BATTAGLIA & JULIE
D. DAYAS, ESQ.
ATTY FOR MACQUARIE EQUIPMENT
FINANCE, LLC.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022

HARMAN BECKER AUTOMOTIVE
SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331

HAYNES AND BOONE LLP
ATT: JONATHAN HOOK, ESQ.
ATTY FOR AIRGAS, INC.
1221 AVENUE OF THE AMERICAS 26TH FL
NEW YORK, NY 10020

HAYNES AND BOONE LLP
ATT: PATRICK L. HUGHES & PETER C.
RUGGERO
ATTY FOR AIRGAS, INC.
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010

HAYNES AND BOONE LLP
ATTN: CHARLES A. BECKMAN & BROOKS
HAMILTON
ATTY FOR EXXON MOBIL CORPORATION
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010

HAYNES AND BOONE, LLP
ATTN: JUDITH ELKIN
ATTY FOR CEVA LOGISTICS
1221 AVENUE OF THE AMERICAS, 26TH
FLOOR
NEW YORK, NY 10020

HAYNES AND BOONE, LLP
ATTN: MATTHEW E. RUSSELL, ESQ.
ATTY OFR EXXON MOBIL CORPORATION
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK, NY 10020

HAYNSWORTH SINKLER BOYD, P.A.
ATTN: WILLIAM H. SHORT, JR., ESQ.
ATTY FOR SOUTH CAROLINA AUTOMOBILE
DEALERS ASSOCIATION
POST OFFICE BOX 11889
COLUMBIA, SC 29211

HERRICK, FEINSTEIN LLP
ATT: STEPHEN B. SELBST & PAUL RUBIN
ATTY FOR BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC
2 PARK AVENUE
NEW YORK, NY 10016

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI
CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ 07095

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BOULEVARD
MAIL STOP 314
BOISE, ID 83714

HEWLETT-PACKARD FINANCIAL SERVICES
COMPANY
ATT: AMY S. CHIPPERSON, ESQ.
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07640

HINCKLEY, ALLEN & SNYDER LLP
ATT: THOMAS H CURRAN, PAUL F
O'DONNELL & JENNIFER V DORAN
ATTY FOR DAVE DELANEY'S COLUMBIA
BUICK-PONTIAC-GMAC CO, LLC
28 STATE STREET
BOSTON, MA 02109

HISCOCK & BARCLAY, LLP
ATT: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202

HISCOCK & BARCLAY, LLP
ATTN: SUSAN R. KATZOFF, ESQ.
ATTY FOR THE SCHAEFER GROUP INC.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202

HOGAN & HARTSON LLP
ATT: SCOTT A. GOLDEN & BRIAN J
GRIECO, ESQ.
ATTY FOR NEWS AMERICA
INCORPORATED
875 THIRD AVENUE
NEW YORK, NY 10022

HONIGMAN MILLER SCHWARTZ AND
COHN LLP
ATT: JOSEPH R. SGROI, ESQ.
ATTY FOR GENERAL MOTORS
CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226

HONIGMAN MILLER SCHWARTZ AND
COHN LLP
ATT: ROBERT B. WEISS, ESQ.
ATTY FOR GENERAL MOTORS
CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226

HONIGMAN MILLER SCHWARTZ AND
COHN LLP
ATT: TRICIA A. SHERICK, ESQ.
ATTY FOR GENERAL MOTORS
CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226

HOWARD COUNTY OFFICE OF LAW
ATT: CAMELA J. SANDMANT, ASSISTANT
COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

HUNTER & SCHANK CO., LPA
ATT: JOHN J. HUNTER, JR., ESQ.
ATTY FOR ZF FRIEDRICHSHAFEN AG
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604

HUNTER & SCHANK CO., LPA
ATT: THOMAS J. SCHANK, ESQ.
ATTY FOR ZF FRIEDRICHSHAFEN AG
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604

HUNTON & WILLIAMS LLP
ATT: J.R. SMITH
ATT FOR: PHILIP MORRIS USA
RIVERFRONT PLAZA, EAST TOWER
RICHMOND, VA 23219

HUNTON & WILLIAMS LLP
ATT: PETER PARTEE, RICHARD NORTON,
SCOTT H. BERNSTEIN
ATT FOR: PHILIP MORRIS USA
200 PARK AVENUE
NEW YORK, NY 10166

IMPERICAL COUNTY TREASURER-TAX
COLLECTOR
KAREN VOGEL, TREASURER TAX
COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CA 92243

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY 10007

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA 19114

INTERNATIONAL UNION OF OPERATING
ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL
COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC 20036

INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ
GANATRA, LEGAL DEPT.
ATTY FOR INTERNATIONAL UNION, UAW
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214

IVEY, BARNUM AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
ATTY FOR SONIC AUTOMOTIVE, INC.
170 MASON STREET
GREENWICH, CT 06830

J.L. SAFFER, P.C.
ATTN: JENNIFER L. SAFFER, ESQ.
ATTY FOR TMI CUSTOM AIR
SYSTEMS, INC.
20 VESEY STREET, 7TH FLOOR
NEW YORK, NY 10007

JAFFE, RAITT, HEUER, & WEISS, P.C.
ATT: RICHARD E. KRUGER
ATTY FOR THE BMW GROUP
27777 FRANKLIN RD. SUITE 2500
SOUTHFIELD, MI 48034

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY & JOSEPH P.
GROMACKI
ATTY FOR PROPOSED SPECIAL COUNSEL
FOR DEBTORS
353 N. CLARK ST.
CHICAGO, IL 60654

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE & HEATHER D.
MCARN
ATTY FOR PROPOSED SPECIAL COUNSEL
FOR DEBTORS
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY 14428

JOHNSON, HEARN, VINEGAR, GEE &
GLASS, PLLC
ATT: JEAN WINBORNE BOYLES, ESQ.
ATTY FOR D & J AUTOMOTIVE, LLC
P.O. BOX 1776
RALEIGH, NC 27602

JOHNSTON BARTON PROCTOR & ROSE LLP
ATTN: MAX A. MOSELEY, ESQ.
ATTY FOR SERRA CHEVROLET OF
BIRMINGHAM, INC.
569 BROOKWOOD VILLAGE
SUITE 901
BIRMINGHAM, AL 35209

K&L GATES LLP
ATT: JEFFREY N. RICH & ERIC T.
MOSER, ESQS.
ATTY FOR PPG INDUSTRIES, INC.
599 LEXINGTON AVENUE
NEW YORK, NY 10022

KAYE SCHOLER LLP
ATT: RICHARD G. SMOLEV & STEWART B.
HERMAN
ATTY FOR PHILLIP MORRIS CAPITAL CORP
425 PARK AVENUE
NEW YORK, NY 10022

KEATING MUETHING & KLEKAMP PLL
ATTN: JASON V. STITT, ESQ.
ATTY FOR CINTAS CORPORATION
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH 45202

KELLEY & FERRARO, L.L.P.
ATT: THOMAS M. WILSON, ESQ.
ATTY FOR ASBESTOS TORT CLAIMANTS
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114

KELLEY DRYE & WARREN LLP
ATTN: DAVID RETTER, PAMELA BRUZZESE-
SZCZGIEL, JENNIFER CHRISTIAN, ESQS
ATTY FOR LAW DEBENTURE TRUST
COMPANY OF NEW YORK
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN, LLP
ATT: JAMES S. CARR & JORDAN A.
BERGMAN, ESQS
ATTY FOR BP CANADA ENERGY
MARKETING CORP. AND BP ENERGY CO.
101 PARK AVENUE
NEW YORK, NY 10178

KENNEDY, JENNIK & MURRAY P.C.
ATTN: LARRY MAGARIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003

KERR, RUSSELL AND WEBER, PLC
ATT: P. WARREN HUNT, ESQ. & JAMES
DELINE
ATTY FOR AVL AMERICAS, INC.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226

KERR, RUSSELL AND WEBER, PLC
ATTN: JAMES E. DELINE, ESQ.
ATTY FOR WINDSOR MOLD INC.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226

KILPATRICK & ASSOCIATES, P.C.
ATT: RICHARDO I. KILPATRICK &
LEONORA K. BAUGHMAN
ATTY FOR OAKLAND COUNTY TREASURER
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326

KLEHR, HARRISON, HARVEY, BRANZBURG
& ELLERS LLP
ATT: MORTON R. BRANZBURG & BRIAN T.
CROWLEY
ATTY FOR MANUFACTURERS AND
TRADERS TRUST COMPANY
260 S. BROAD STREET
PHILADELPHIA, PA 19102

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX 77007

KOHRMAN JACKSON & KRANTZ, PLL
ATT: JAMES W. EHRMAN, ESQ.
ATTY FOR SUNNYSIDE AUTOMOTIVE
VI, LLC
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH 44114

KOTZ, SANGSTER, WYSOCKI AND
BERG, P.C.
ATTN: FREDERICK A. BERG & JAYSON M.
MACYDA, ESQS
ATTY FOR APPLIED MANUFACTURING
TECHNOLOGIES
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, AMY
CATON, ADAM ROGOFF & GREGORY
PLOTKO
ATTY FOR THE OFFICIAL UNSECURED
CREDITORS COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KUPELIAN ORMOND & MAGY, P.C.
ATT: TERRANCE HILLER, DAVID BLAU,
PAUL MAGY, MATTHEW SCHLEGEL
ATTY FOR LA PRODUCTIONS, LLC
25800 NORTHWESTERN HIGHWAY,
SUITE 950
SOUTHFILED, MI 48075

LAMBERT, LESER, ISACKSON, COOK &
GIUNTA, P.C.
ATTN: ADAM D. BRUSKI, ESQ.
ATTY FOR LINAMAR CORP & MAHAR TOOL
SUPPLY CO.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708

LAMBERT, LESER, ISACKSON, COOK &
GIUNTA, P.C.
ATTN: SUSAN M. COOK, ESQ.
ATTY FOR LINAMAR CORP & MAHAR TOOL
SUPPLY CO.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708

LATHAM & WATKINS LLP
ATTN: ROBERT J. ROSENBERG & ADAM J.
GOLDBERG
ATTY FOR ALLISON TRANSMISSION, INC.,
FKA CLUTCH OPERATING CO., INC.
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY 10022

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATT: GABRIEL DEL VIRGINIA, ESQ.
ATTY FOR HESS CORPORATION
488 MADISON AVE
NEW YORK, NY 10022

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATT: ANDREA SHEEHAN, ESQ.
ATTY FOR CARROLLTON FARMERS
BRANCH ISD & LEWISVILLE ISD
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA 91423

LECLAIRRYAN P.C
ATT: MICHAEL E. HASTINGS & MICHAEL T.
CONWAY, ESQS
ATTY OF HONEYWELL
INTERNATIONAL INC.
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022

LEVY RATNER P.C.
ATT: SUZANNE HEPNER, RYAN J. BARBUR
& ROBERT H. STROUP
ATTY FOR UNITED STEELWORKERS
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011

LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
ATT: ELIZABETH WELLER, ESQ.
ATTY FOR TARRANT COUNTY & DALLAS
COUNTY
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
ATT: JOHN P. DILLMAN, ESQ.
STATE OF TEXAS TAXING AUTHORITIES
POST OFFICE BOX 3064
HOUSTON, TX 77253

4531080_1

LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
ATTN: DIANE W. SANDERS, ESQ.
ATTY FOR CAMERON COUNTY,
HARLINGEN, HARLINGEN ISD, NUECES
COUNTY, SAN
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX 78760

LOCKE LORD BISSELL & LIDDELL LLP
ATT: KEVIN J. WALSH, ESQ.
ATTY FOR: METHODE ELECTRONICS, INC.
3 WORLD FINANCIAL CTR FL 20
NEW YORK, NY 10281

LOCKE LORD BISSELL & LIDDELL LLP
ATT: TIMOTHY S. MCFADDEN, ESQ.
ATTY FOR: METHODE ELECTRONICS, INC.
111 SOUTH WACKER DRIVE
CHICAGO, IL 60606

LOWENSTEIN SANDLER PC
ATT: MICHAEL S. ETKIN, S. JASON TEELE,
IRA M. LEVEE
ATTY FOR GROUP 1 AUTOMOTIVE, INC.
AND ITS DEALERSHIPS
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATT: MICHAEL S. ETKIN, S. JASON TEELE,
IRA M. LEVEE
ATTY FOR GROUP 1 AUTOMOTIVE, INC.
AND ITS DEALERSHIPS
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

MADDIN, HAUSER, WARTELL, ROTH &
HELLER, P.C.
ATTN: KATHLEEN H. KLAUS, ESQ.
ATTY FOR M-TECH ASSOCIATES
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034

MADDIN, HAUSER, WARTELL, ROTH &
HELLER, P.C.
ATTN: MICHAEL S. LIEB, ESQ.
ATTY FOR SOUTH TROY TECH, LLC
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034

MADISON COUNTY, TAX COLLECTOR
ATT: LYNDA HALL
MADISON COUNTY COURT HOUSE
100 NORTHSIDE SQUARE
HUNTSVILLE, AL 35801

MATTA BLAIR, PLC
ATT: STEVEN A. MATTA, ESQ.
ATTY FOR CHARTER TOWNSHIP OF
YPSILANTI, MICHIGAN
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI 48302

MAZZEO SONG & BRADHAM LLP
ATTN: DAVID H. HARTHEIMER, ESQ.
ATTY FOR CLARCOR, INC. AND TOTAL
FILTRATION SERVICES, INC.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY 10017

MCCARTER & ENGLISH, LLP
ATT: CHARLES A. STANZIALE, JR.
NEW JERSEY SELF INSURERS
GUARANTY ASSOC
FOUR GATEWAY CENTER
NEWARK, NJ 07102

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN
CO., L.P.A.
ATTN: KIMBERLY A. BRENNAN, ESQ.
ATTY FOR DEALER TIRE, LLC
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN
CO., L.P.A.
ATTN: ROBERT R. KRACHT, ESQ.
ATTY FOR DEALER TIRE, LLC
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115

MCCREARY, VESELKA, BRAGG &
ALLEN, P.C.
ATT: MICHAEL REED, ESQ.
ATTY FOR LOCAL TEXAS TAXING
AUTHORITIES
P.O. BOX 1269
ROUND ROCK, TX 78680

MCGILL, GOTSDINER, WORKMAN & LEPP,
P.C., L.L.O.
ATTN: JANICE M. WOOLLEY, ESQ.
ATTY FOR NS-200 CABOT OF PA: NS-608
CAPERTON WV: NS-1500 MARQUETTE MS;
 NS-2200 WILLIS MILLER WI
11404 W. DODGE ROAD, SUITE 500
OMAHA, NE 68154

MCKENNA LONG & ALDRIDGE LLP
ATT: CHARLES E. DORKEY III
ATTY FOR EVGENY A. FRIEDMAN
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169

MCKENNA LONG & ALDRIDGE LLP
ATT: CHRISTOPHER F. GRAHAM, ESQ.
ATTY FOR INDUSTRY CANADA
230 PARK AVENUE STE 1700
NEW YORK, NY 10169

MCKENNA LONG & ALDRIDGE LLP
ATT: JESSICA H. MAYES, ESQ.
ATTY FOR INDUSTRY CANADA
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169

MCNAMEE, LOCHNER, TITUS &
WILLIAMS, P.C.
ATT: JACOB F. LAMME, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207

MCNAMEE, LOCHNER, TITUS &
WILLIAMS, P.C.
ATT: JOHN J. PRIVITERA, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207

MELTZER, PURTILL & STELLE, LLC
ATT: FORREST B. LAMMIMAN
ATTY FOR BROADWAY IN CHICAGO LLC
300 SOUTH WACKER DRIVE, SUITE 3500
CHICAGO, IL 60606

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: EDWARD J. LOBELLO, ESQ.
ATTY FOR PITNEY BOWES, INC, PITNEY
BOWES MGT SVS, INC, PITNEY BOWES SO
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: EDWARD LOBELLO, ALAN MARDER.
JIL MAZER-MARINO, J. RANDO CRISTIANO
ATTY FOR INT'L UNION UAW AND UAW
ET AL
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: HANAN B. KOLKO, ESQ.
ATTY FOR INT'L UNION UAW AND UAW
ET AL
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018

MICHAEL A. COX, ATTY GENERAL
KATHLLEN A. GARDINER, ASST. ATTY
GENERAL
JULIUS O. CURLING, ASST. ATTY GENERAL
DETROIT, MI 48202

MICHAEL S. HOLMES, P.C.
ATT: MICHAEL S. HOLMES, ESQ.
ATTY FOR OAKS L-M, INC. DBA
WESTPOINT
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX 77007

MICHIGAN ENVIRONMENT, NATURAL
RESOURCES AND AGRICULTURE DIVISION
ATTN: CELESTE R. GILL, ASSISTANT
ATTORNEY GENERAL
ATTY FOR MICHIGAN DEPARTMENT OF
ENVIRONMENTAL QUALITY
525 W. OTTAWA, 6TH FLOOR, G. MENNE
WILLIAMS BUILDING
P.O. BOX 30755
LANSING, MI 48909

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI 48917

MICHIGAN WORKERS' COMPENSATION
AGENCY
7150 HARRIS DR.
DIMONDALE, MI 48821

MICHIGAN WORKERS' COMPENSATION
AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI 48909

4531080_1

MIKE BARNARD CHEVROLET-CADILLAC-
BUICK-PONTIAC-GMC, INC.
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT, NY 14450

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATT: MATTHEW S. BARR, TYSON M.
LOMAZOW & SAMUEL A. KHALIL, ESQ.
ATTY FOR: MANUFACTURERS AND
TRADERS TRUST COMPANY
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILLER JOHNSON
ATT THOMAS P. SARB, ESQ
ATTY FOR BENTELER AUTOMOTIVE
CORPORATION
250 MONROE AVE., STE 800
GRAND RAPIDS, MI 49501

MILLER JOHNSON
ATTN: ROBERT D. WOLFORD, ESQ.
ATTY FOR MICO INDUSTRIES, INC.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI 49501

MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
ATT: DONALD J. HUTCHINSON, ESQ.
ATTY FOR LANSING BOARD OF WATER &
LIGHT
150 WEST JEFFERSON AVENUE,
SUITE 2500
DETROIT, MI 48226

MILLER, CANFIELD, PADDOCK AND STONE,
P.L.C.
ATT: SUSAN I. ROBBINS, ESQ.
ATTY FOR LANSING BOARD OF WATER &
LIGHT
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK, NY 10110

MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
ATT: TIMOTHY A. FUSCO, ESQ.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
150 WEST JEFFERSON AVENUE,
SUITE 2500
DETROIT, MI 48226

MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
ATTN: MARC N. SWANSON, ESQ.
ATTY FOR KONGSBERG AUTOMOTIVE,
INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG
POWER PRODUCT SYS, KONGSBERG
HOLDING
150 WEST JEFFERSON AVENUE,
SUITE 2500
DETROIT, MI 48226

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY &
POPEO, P.C.
ATT: PAUL J. RICOTTA, ESQ.
ATTY FOR HITACHI, LTD., HITACHI
AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE
INDIANA, INC.
ONE FINANCIAL CENTER
BOSTON, MA 02111

MISSOURI DEPARTMENT OF REVENUE
ATT: STEVEN A. GINTHER, ESQ.
BANKRUPTCY UNIT
P.O. BOX 475
JEFFERSON CITY, MO 65105

MONTGOMERY, MCCRACKEN, WALKER &
RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH
O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN: HOWARD S. BELTZER & EMMELINE
S. LIU, ESQS
ATTY FOR FMR CORP.
101 PARK AVENUE
NEW YORK, NY 10178

MORGAN, LEWIS & BOCKIUS LLP
ATTN: MICHAEL A. BLOOM & RACHEL
JAFFE MAUCERI, ESQS
ATTY FOR ARAMARK HOLDINGS
CORPORATION
1701 MARKET STREET
PHILADELPHIA, PA 19103

MORRISON COHEN LLP
ATT: JOSEPH T. MOLDOVAN & MICHAEL R.
DAL LAGO, ESQS
ATTY FOR BLUE CROSS BLUE SHIELD OF
MICHIGAN
909 THIRD AVENUE
NEW YORK, NY 10022

MOTLEY RICE LLC
ATT: JEANETTE M. GILBERT, JOSEPH F.
RICE, JOHN A. BADEN IV, ESQS
ATTY FOR ASBESTOS TORT CLAIMANTS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464

MOTORS LIQUIDATION COMPANY
ATTN: LAWRENCE S. BUONOMO, ESQ.
500 RENAISSANCE CENTER, SUITE 1400
DETROIT, MI 48243

MOTORS LIQUIDATION COMPANY
ATTN: TED STENGER
FKA GENERAL MOTORS CORP
500 RENAISSANCE CENTER, SUITE 1400
DETROIT, MI 48243

THE DEBTORS
C/O MOTORS LIQUIDATION COMPANY
ATTN: TED STENGER
300 RENAISSANCE CENTER
DETROIT, MI 48265

MUCH SHELIST DENENBERG AMENT AND
RUBENSTEIN, P.C.
ATT: COLLEEN E. MCMANUS, ESQ.
ATTY FOR BRANDENBURG INDUSTRIAL
SERVICE CO.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606

MUNSCH HARDT KOPF & HARR, P.C.
ATT: MARY W. KOKS
ATTY FOR JIS PERFORMING PARTY GROUP
700 LOUISIANA, SUITE 4600
HOUSTON, TX 77002

MUNSCH HARDT KOPF & HARR, P.C.
ATT: RAYMOND J. URBANIK, ESQ.
ATTY FOR COMPUTER SCIENCES
CORPORATION
3800 LINCOLN PLAZA
500 N. AKARD STREET
DALLAS, TX 75201

MYERS & FULLER, P.A.
ATT: RICHARD SOX, ESQ.
ATTY FOR GREATER NEW YORK
AUTOMOBILE DEALERS ASSOCIATION
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL 32308

N.W. BERNSTEIN & ASSOCIATES, LLC
ATT: NORMAN W. BERNSTEIN, ESQ.
ATTY FOR ENVIRONMENTAL
CONSERVATION AND CHEMICAL CORP
SITE TRUST FUND
800 WESTCHESTER AVENUE, SUITE 319
NORTH
RYE BROOK, NY 10573

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER &
JEFFREY CHANCAS
377 BROADWAY
NEW YORK, NY 10013

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
CANADA

NELSON MULLINS RILEY &
SCARBOROUGH LLP
ATT: GEORGE CAUTHEN, LINDA BARR,
CAMERON CURRIE, ESQS
ATTY FOR MICHELIN TIRE CORP.
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC 29201

4531080_1

NELSON MULLINS RILEY &
SCARBOROUGH LLP
ATT: PETER J. HALEY, ESQ.
ATTY FOR MICHELIN TIRE CORP.
200 CLARENDON ST  FL 35
BOSTON, MA 02116

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY 11201

NEW YORK STATE DEPARTMENT OF LAW
ATT: MAUREEN F. LEARY, ASSISTANT
ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION BUREAU
THE CAPITOL
ALBANY, NY 12224

NEW YORK STATE DEPARTMENT OF LAW
ATT: SUSAN L. TAYLOR, ASSISTANT
ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION BUREAU
THE CAPITOL
ALBANY, NY 12224

NEW YORK STATE DEPT TAXATION &
FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY 12205

NORTH AMERICA TONNAGE LINDE, INC.
ATT: JEFFREY J. JOHNS, COMMERCIAL
DIRECTOR
575 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974

OFFICE OF ATTORNEY GENERAL FOR
PENNSYLVANIA
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY
ATTY GENERAL
ATTY FOR COMMONWEALTH OF PA., DEPT
OF REVENUE, BUREAU OF ACCTS SETTLEM
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271

OFFICE OF THE OHIO ATTORNEY GENERAL
ATT: LUCAS WARD, ESQ.
ATTY FOR STATE OF OHIO
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215

OFFICE OF THE UNITED STATES TRUSTEE
DIANA G ADAMS
33 WHITEHALL STREET, 21st FLOOR
NEW YORK, NY 10004

OFFICE OF WESTCHESTER COUNTY ATTY
ATT: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601

OHIO ATTORNEY GENERAL
ATT: MICHELLE T. SUTTER, PRINCIPAL
ASST. ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL
PROTECTION AGENCY ("OEPA")
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH 43215

ORNELAS, CASTILLO & ORNELAS, PLLC
ATT: S. ORNELAS & M. CASTILLO JR.
401 EAST HILLSIDE RD., 2ND FLOOR
LAREDO, TX 78041

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005

ORRICK HERRINGTON & SUTCLIFFE LLP
ATT: LORRAINE MCGOWEN, ALYSSA
ENGLUND, COURTNEY ROGERS
ATTY FOR UNOFFICIAL GM DEALERS
COMMITTEE
666 FIFTH AVENUE
NEW YORK, NY 10103

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: JOHN ANSBRO & COURTNEY M.
ROGERS
ATTY FOR HELLA KGAA HUECK; HELLA
CORPORATE CENTER USA; BEHR-HELLA
666 FIFTH AVENUE
NEW YORK, NY 10103

ORUM & ROTH, LLC
ATTN: MARK D. ROTH, ESQ.
ATTY FOR NICOR GAS
53 WEST JACKSON BOULEVARD
CHICAGO, IL 60604

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100
TORONTO, ON M5X 1B8
CANADA

OTTERBOURG STEINDLER HOUSTON &
ROSEN PC
ATTN: JONATHAN N. HELFAT, ESQ.,
STEVEN SOLL, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169

OTTERBOURG, STEINDLER, HOUSTON &
ROSEN, P.C.
ATT: DANIEL WALLEN, MELANIE L.
CYGANOWSKI, JONATHAN N. HELFAT &
ATTY FOR GMAC LLC AND ITS AFFILIATES
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY 10169

P. RICHARD HARTLEY
415 E. COMMERCE STREET, SUITE 101
POST OFFICE BOX 583
GREENVILLE, AL 36037

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY 14217

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV, ESQ.
ATTY FOR SONIC AUTOMOTIVE, INC.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202

PATTON BOGGS LLP
ATTN: MICHAEL RICHMAN, MARK
SALZBERG MELISSA IACHAN
ATTY FOR UNOFFICIAL COMMITTEE OF
FAMILY & DISSIDENT GM BONDHOLDERS
1185 AVENUE OF THE AMERICAS,
30TH FLOOR
NEW YORK, NY 10036

PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL, HASTINGS, JANOFSKY &
WALKER LLP
ATT: HARVEY A. STRICKON, ESQ.
ATTY FOR ROLLS-ROYCE
75 EAST 55TH STREET
NEW YORK, NY 10022

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
ATT: ALAN W. KORNBERG & JONATHAN T.
KOEVARY, ESQ.
ATTY FOR ENTERPRISE RENT-A-CAR
COMPANY
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
ATT: ALAN W. KORNBERG, REBECCA
ZUBATY & IAN POHL, ESQS.
ATTY FOR DANA HOLDING CORPORATION
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
ATT: ANDREW ROSENBERG, BRIAN
HERMANN, MARGARET PHILLIPS
ATTY FOR INFORMAL GROUP OF HOLDERS
OF GM UNSECURED NOTES
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

4531080_1

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
ATTN: STEPHEN J. SHIMSHAK & PHILIP A.
WEINTRAUB
ATTY FOR RYDER INTEGRATED
LOGISTICS, INC.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PENSION BENEFIT GUARANTY
CORPORATION
ATTN: ISRAEL GOLDOWITZ, KAREN
MORRIS, JOHN MENKE,
OFFICE OF THE GENERAL COUNSEL
RALPH L LANDY, MICHAEL A.
MARICCO, ESQS.
WASHINGTON, DC 20005

PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE, CA 90504

PEPPER HAMILTON LLP
ATT: EDWARD C. TOOLE & LINDA J. CASEY
ATTY FOR BURLINGTON NORTHERN
SANTE FE RAILWAY COMPANY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103

PEPPER HAMILTON LLP
ATT: HENRY J. JAFFE & JAMES C.
CARIGNAN
ATTY FOR SKF USA INC.
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899

PEPPER-HAMILTON LLP
ATT: DENNIS S. KAYES & DEBORAH
KOVSKY-APAP
ATTY FOR OSRAM SYLVANIA
PRODUCTS, INC.
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PERDUE, BRANDON, FIELDER, COLLINS &
MOTT, L.L.P.
ATT: ELIZABETH BANDA CALVO
ATTY FOR ARLINGTON ISD
P.O. BOX 13430
ARLINGTON, TX 76094

PHILIP MORRIS USA
ATT: JOY TANNER
615 MAURY STREET
RICHMOND, VA 23224

PILLSBURY WINTHROP SHAW
PITTMAN LLP
ATT: RICHARD L. EPLING & ERICA E.
CARRIG
ATTY FOR FINANCIAL ENGINES
ADVISORS L.L.C.
1540 BROADWAY
NEW YORK, NY 10036

PILLSBURY WINTHROP SHAW
PITTMAN LLP
ATTN: RICHARD L. EPLING, KAREN B.
DINE, ERICA E. CARRIG
ATTY FOR LMC PHASE II, L.L.C.
1540 BROADWAY
NEW YORK, NY 10036

PIMA COUNTY
C/O BARBARA LAWALL, CIVIL DIVISION
T. ROBERTS & G. YUSUFOV, DEPUTY
COUNTY ATTORNEYS
TUCSON, AZ 85701

PLATZER, SWERGOLD, KARLIN, LEVINE,
GOLDBERG & JASLOW, LLP
ATT: TERESA SADUTTO-CARLEY, ESQ.
ATTY FOR CANON FINANCIAL
SERVICES, INC.
1065 AVENUE OF THE AMERICAS,
18TH FLOOR
NEW YORK, NY 10018

PLUNKETT COONEY
ATT: DAVID A. LERNER, ESQ.
ATTY FOR G-TECH PROFESSIONAL
STAFFING, INC.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304

PLUNKETT COONEY
ATTN: DOUGLAS C. BERNSTEIN &
MICHAEL A. FLEMING
ATTY FOR DENSO INTERNATIONAL
AMERICA & DENSO SALES CALIFORNIA
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304

PORZIO BROMBERG & NEWMAN P.C.
ATT: JOHN MAIRO & ROBERT SCHECHTER
ATTY FOR RAUFOSS AUTOMOTIVE
COMPONENTS CANADA
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962

POTTER ANDERSON & CORROON LLP
ATT: DAVID BALDWIN, THERESA BROWN-
EDWARDS, R. STEPHEN MCNEILL, ESQS.
ATTY FOR NORFOLK SOUTHERN
CORPORATION & NORFOLK SOUTHERN
RAILWAY
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O.
BOX 951
WILMINGTON, DE 19801

PREVIANT, GOLDBERG, UELMEN, GRATZ,
MILLER & BRUEGGEMAN, S.C.
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212

PREVIANT, GOLDBERG, UELMEN, GRATZ,
MILLER & BRUEGGEMAN, S.C.
ATTN: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212

PRONSKE & PATEL, P.C.
ATT: RAKHEE V. PATEL, ESQ.
ATTY FOR BOYD BRYANT
2200 ROSS AVENUE, SUITE 5350
DALLAS, TX 75201

PROSKAUER ROSE LLP
ATT: SCOTT K. RUTSKY & ADAM T.
BERKOWITZ
ATTY FOR STATE STREET BANK AND
TRUST CO
1585 BROADWAY
NEW YORK, NY 10036

PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
DALSEO-GU
SOUTH KOREA

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER
COMBEST
ATTY FOR UNITED PARCEL SERVICE, INC.;
UPS CAPITAL CORP.
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO, IL 60654

R. ELPING, K. DINE & E. CARRIG
1540 BROADWAY
NEW YORK, NY 11036

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTN: JONATHAN I. RABINOWITZ, ESQ.
ATTY FOR THE RABINOWITZ FAMILY, LLC
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ 07039

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT 06513

RAY QUINNEY & NEBEKER P.C.
ATT: STEPHEN C. TINGEY
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA 20191

REED SMITH LLP
ATT ERIC A. SCHAFFER, ESQ.
ATTY FOR UNITED STATES STEEL
CORPORATION
435 SIXTH AVE.
PITTSBURGH, PA 15219

REED SMITH LLP
ATT: KURT F. GWYNNE, ESQ.
ATTY FOR UNITED STATES STEEL
CORPORATION
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REID AND REIGE, P.C.
ATT: CAROL A. FELICETTA, ESQ.
ATTY FOR BARNES GROUP INC.
195 CHURCH STREET
NEW HAVEN, CT 06510

4531080_1

RHOADES MCKEE
ATTN: TERRY L. ZABEL, ESQ.
ATTY FOR BAY LOGISTICS, INC.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI 49503

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA 01252

RICHARD W. MARTINEZ, APLC
ATT: RICHARD W. MARTINEZ, ESQ.
ATTY FOR W A THOMAS CO. AND
SPECIALTY ENGINE COMPONENTS, LLC
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130

RICHARDS KIBBE & ORBE LLP
ATT: MICHAEL FRIEDMAN & KEITH
SAMBUR
ATTY FOR AVERITT EXPRESS INC.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

RIDDELL WILLIAMS P.S.
ATT: JOSEPH E. SHICKICH, ESQ.
ATTY FOR MICROSOFT CORP AND
MICROSOFT LICENSING G.P.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J.
LARNER, ESQ
ATTY FOR NIJECT SERVICES COMPANY
500 FIFTH AVENUE, SUITE 4920
NEW YORK, NY 10110

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J.
LARNER, ESQ.
ATTY FOR NIJECT SERVICES COMPANY
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA 23451

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
ATT: RUSSELL P. MCRORY, ESQ.
ATTY FOR SATURN OF HEMPSTEAD, INC.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

ROBINSON WATERS & O'DORISIO, P.C.
ATT: ANTHONY L. LEFFERT, ESQ.
ATTY FOR ENVIRONMENTAL TESTING
CORPORATION
1099 18TH STREET, SUITE 2600
DENVER, CO 80202

ROPERS MAJESKI KOHN & BENTLEY
ATT: N. KATHLEEN STRICKLAND
201 SPEAR STREET, SUITE 1000
SAN FRANCISCO, NY 94105

SATTERLEE STEPHENS BURKE &
BURKE LLP
ATT: CHRISTOPHER BELMONTE & PAMELA
BOSSWICK, ESQS
ATTY FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK, NY 10169

SAUL EWING LLP
ATT: ADAM H. ISENBERG, ESQ.
ATTY FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102

SAUL EWING LLP
ATT: JEFFREY C. HAMPTON, ESQ.
ATTY FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102

SAUL EWING LLP
ATTN: TERESA K.D. CURRIER, ESQ.
ATTY FOR JOHNSON MATTHEY TESTING &
DEV; JOHNSON MATTHEY INC
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899

SCHAFER AND WEINER, PLLC
ATT: RYAN D. HEILMAN, ESQ.
ATTY FOR HIROTEC AMERICA
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BARRY E. BRESSLER, ESQ.
ATTY FOR AD HOC COMMITTEE OF
CONSUMER VICTIMS OF GM
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BENJAMIN P. DEUTSCH, ESQ.
ATTY FOR AD HOC COMMITTEE OF
CONSUMER VICTIMS OF GM
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005

SCHOENL KEVIN M
SCHOENL, CONNIE
20 JADE CREEK DR
HILTON, NY 14468

SCHULTE ROTH & ZABEL LLP
ATTN: DAVID J. KARP AND ADAM
HARRIS, ESQS.
ATTY FOR PARNASSUS HOLDINGS II, LLC;
PLATINUM EQUITY CAPITAL
PARTNERS II, LP
919 THIRD AVENUE
NEW YORK, NY 10022

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING
GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC 20549

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL
DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281

SEYBURN, KAHN, GINN, BESS &
SERLIN P.C.
ATT: DAVID T. LIN, ESQ.
ATTY FOR SUPERIOR ACQUISITION, INC.
D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075

SEYBURN, KAHN, GINN, BESS &
SERLIN, P.C.
ATT: LESLIE STEIN, ESQ.
ATTY FOR SUPERIOR ACQUISITION, INC.
D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN, MI 49417

SHAW GUSSIS FISHMAN GLANTZ
WOLFSON & TOWBIN LLC
ATT: BRIAN L. SHAW, ESQ.
ATTY FOR ATC LOGISTICS &
ELECTRONICS, INC.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK & JILL
FRIZZLEY, ESQS
ATTY FOR AMERICAN AXLE
MANUFACTURING HOLDINGS, INC. AND
ITS AFFILIATES
599 LEXINGTON AVENUE
NEW YORK, NY 10022

SHEPPARD MULLIN RICHTER &
HAMPTON LLP
ATT: EDWARD TILLINGHAST, MALANI
CADEMARTORI, BLANKA WOLFE
ATTY FOR SYNOPSYS, INC.
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112

SHINN FU CORPORATION
C/O ARTHUR A. CHAYKIN, ESQ.
10939 N. POMONA AVE.
KANSAS CITY, MO 64153

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA, ESQ.
ATTY FOR THE LENDER GROUP
ONE SOUTH DEARBORN
CHICAGO, IL 60603

SILVERMAN & MORRIS, P.L.L.C.
ATTN: GEOFFREY L. SILVERMAN & KARIN
F. AVERY, ESQS
ATTY FOR CASSENS TRANSPORT
COMPANY
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI 48322

SILVERMANACAMPORA LLP
ATT: ADAM L. ROSEN, ESQ.
ATTY FOR LEO BURNETT DETROIT, INC,
STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE
OPERATING DIV, LLC, ET AL
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017

SINGER & LEVICK P.C.
ATT: LARRY A. LEVICK, ESQ.; MICHELLE E.
SHIRRO
ATTY FOR AFFILIATED COMPUTER
SERVICES, INC.
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ATT: KAYALYN A. MARAFIOTI & GREGORY
W. FOX, ESQ.
ATTY FOR DELPHI CORPORATION
FOUR TIMES SQUARE
NEW YORK, NY 10036

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTY FOR DELPHI CORPORATION
ATTN:  RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
ATTY FOR JOHANN HAY GMBH & CO. KG
HERRENBERGER STRASSE 12
71032 BOEBLINGEN
GERMANY

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTN: G. CHRISTOPHER MEYER, ESQ.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ;
TRW INTEGRATED CHASSIS SYSTEMS LLC
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114

STAHL COWEN CROWLEY ADDIS LLC
ATT: TRENT P. CORNELL, ESQ.
ATTY FOR GM NAT'L RETIREE ASS., OVER
THE HILL CAR PEOPLE, LLC
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603

STARK REAGAN
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
ATTY FOR SATTERLUND SUPPLY COMPANY
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI 48098

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATT: WILLIAM PAYNE, J. STEMBER, E.
DOYLE, S. PINCUS, P. EWING, J. HURT
ATTY FOR INT'L UNION UAW AND UAW
ET AL
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219

STEMBER FEINSTEIN DOYLE AND
PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ.
& PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219

STEMBER FEINSTEIN DOYLE AND
PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219

STEMBER FEINSTEIN DOYLE AND
PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219

STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL
FINANCIAL SERVICES LLC
35 OLD SPORT HILL ROAD
EASTON, CT 06612

STEVENSON & BULLOCK PLC
ATTN: CHARLES D. BULLOCK, ESQ.
ATTY FOR FATA AUTOMATION, INC.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034

STEVENSON & BULLOCK PLC
ATTN: SONYA N. GOLL, ESQ.
ATTY FOR FATA AUTOMATION, INC.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034

STITES & HARBISON PLLC
ATT: ROBERT C. GOODRICH JR  &
MADISON L. MARTIN
ATTY FOR BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC
401 CHURCH STREET, SUITE 800
NASHVILLE, TN 37219

STITES & HARBISON, PLLC
ATT: BRIAN H. MELDRUM, ESQ.
ATTY FOR AKEBONO CORP.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202

STREUSAND & LANDON, LLP
ATTN: SABRINA L. STREUSAND, ESQ.
ATTY FOR DELL MARKETING, L.P. AND
DELL FINANCIAL SERVICES LLC
515 CONGRESS STREET, STE 2523
AUSTIN, TX 78701

STROBL & SHARP, P.C.
ATTN: LYNN M. BRIMER & MEREDITH M.
MCKINZIE
ATTY FOR PIONEER STEEL CORPORATION
300 E. LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS, MI 48304

STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA P.C.
ATT: SANDER  ESSERMAN, PETER
D'APICE, JO HARTWICK, JACOB NEWTON
ATTY FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS
2323 BRYAN STREET, SUITE 220
DALLAS, TX 75201

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48037

TEAM CHEVROLET, INC.
ATT: THOMAS STEIGERWALD, VICE
PRESIDENT
ROUTE 16
OLEAN, NY 14760

TEITELBAUM & BASKIN, LLP
ATT: JAY TEITELBAUM
ATTY FOR NAPLETON INVESTMENT
PARTNERSHIP LP
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601

TEITELBAUM & BASKIN, LLP
ATT: K. LEWIS & J. TEITELBAUM
ATTY FOR JOHANN HAY GMBH & CO. KG
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601

TEITELBAUM & BASKIN, LLP
ATT: KENNETH M. LEWIS & JAY
TEITELBAUM
ATTY FOR JOHANN HAY GMBH & CO. KG
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601

4531080_1

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATT: ROBERT COOPER & MARVIN
CLEMENTS
ATTY FOR TENNESSEE DEPARTMENT OF
REVENUE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202

THE CHURCH OF THE GOOD NEWS
1599 COLUMBUS AVENUE
BOSTON, MA 02119

THE GARDEN CITY GROUP INC
ATTN: KEN FREDA
105 MAXESS ROAD
MELVILLE, NY 11747

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTN: J. CASEY ROY, ASST. ATTORNEY
GENERAL
ATTY FOR TEXAS DEPT OF
TRANSPORTATION, MOTOR VEHICLE DIV.
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711

THE UNIVERSITY OF MICHIGAN OFFICE OF
THE V P AND GENERAL COUNSEL
ATT: DEBRA A. KOWICH, ESQ.
ATTY FOR THE BOARD OF REGENTS OF
THE UNIVERSITY OF MICHIGAN
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI 48109

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR.,
PRESIDENT
3100 WINTON ROAD SOUTH
ROCHESTER, NY 14623

THOMPSON COBURN LLP
ATTN: ROBERT H. BROWNLEE, ESQ.
ATTY FOR MARITZ HOLDINGS, INC. FKA
MARITZ INC.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO 63101

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521

TORRES EDWARD ZUNIGA
BERMUDEZ, GENOVEVA
C/O COHEN & ASSOCIATES
SCOTTSDALE, AZ 85255

TORYS LLP
ATT: ALISON D. BAUER & TIMOTHY B.
MARTIN, ESQS
ATTY FOR HYDROGENICS CORPORATION;
AND JOSEPH CARGNELLI
237 PARK AVENUE
NEW YORK, NY 10017

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI, MI 48377

TOYOTA MOTOR SALES U.S.A, INC.
ATT: TOBIN LIPPERT
19001 SOUTH WESTERN AVE, HQ12
TORRANCE, CA 90509

TRENK DIPASQUALE WEBSTER DELLA
FERA & SODONA, P.C.
ATT: SAM DELLA FERA, JR., ESQ.
ATTY FOR SIKA CORPORATION
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ 07052

TROUTMAN SANDERS LLP
ATT: BRETT D. GOODMAN, ESQ., THE
CHRYSLER BUILDING
ATTY FOR ALLIED AUTOMOTIVE GROUP,
INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TROUTMAN SANDERS LLP
ATT: JEFFREY W. KELLEY, ESQ.
ATTY FOR ALLIED AUTOMOTIVE GROUP,
INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA 30308

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

U.S. TREASURY
ATTN:  JOSEPH SAMARIAS, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220

UNDERWOOD & ASSOCIATES, P.C.
ATT: OTIS M. UNDERWOOD JR.
167 S. WASHINGTON ST.
OXFORD, MI 48371

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179

UNITED STATES ATTORNEY
ATTN: MATTHEW L SCHWARTZ AND DAVID
S. JONES, ESQS.
FOR THE SOUTHERN DISTRICT OF
NEW YORK
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
THE HONORABLE ROBERT E GERBER
NEW YORK, NY 10004

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY
GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA 15222

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019

VEDDER PRICE P.C.
ATT: MICHAEL EDELMAN, MICHAEL
SCHEIN, ERIN ZAVALKOFF-BABEJ
ATTY FOR EXPORT DEVELOPMENT
CANADA
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

VENABLE LLP
ATTN: LAWRENCE A. KATZ, ESQ.
ATTY FOR RK CHEVROLET/RK AUTO
GROUP
8010 TOWERS CRESCENT DRIVE,
SUITE 300
VIENNA, VA 22182

VINSON & ELKINS L.L.P.
ATT: RONALD L. ORAN, ESQ.
ATTY FOR AM GENERAL; GENERAL ENGINE
PRODUCTS; GEN. TRANSMISSION PROD.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ.
ATTY FOR TURNER BROADCASTING
SYSTEM, INC.
52 EAST GAY STREET
COLUMBUS, OH 43215

WARNER NORCROSS & JUDD LLP
ATT: GORDON J. TOERING, ESQ.
ATTY FOR ROBERT BOSCH GMBH
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE
ATTY FOR: LUXCONTROL SA
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075

WARNER NORCROSS & JUDD LLP
ATTN: STEPHEN B. GROW, ESQ.
ATTY FOR GHSP, INC.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503

4531080_1

WARREN, DRUGAN & BARROWS, P.C.
ATT: ROBERT L. BARROW, ESQ.
ATTY FOR CHARLES CLARK CHEVY,
TIPOTEX CHEVY, KNAPP CHEVY
800 BROADWAY
SAN ANTONIO, TX 78215

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153

WHITE AND WILLIAMS LLP
ATTN: KAREL S. KARPE, ESQ.
ATTY FOR CISCO SYSTEMS, INC.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY 10119

WILDMAN, HARROLD, ALLEN & DIXON
ATT: MICHAEL DOCKTERMAN, JONATHAN
YOUNG, RENE FRIEDMAN
ATTY FOR LEO BURNETT DETROIT, INC,
STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE
OPERATING DIV, LLC, ET AL
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: DEIRDRE WOULFE PACHECO, ESQ.
ATTY FOR: BOB MAGUIRE
CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: LETITIA ACCARRINO, ESQ.
ATTY FOR BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095

WILLIAM T. GREEN, III, P.C.
ATT: WILLIAM T. GREEN III, ESQ.
ATTY FOR LAWRENCE MARSHALL
CHEVROLET II, LLC
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX 77046

WILMER CUTLER PICKERING HALE AND
DORR LLP
ATT: DENNIS L. JENKINS, ESQ.
ATTY FOR PENSION BENEFIT GUARANTY
CORPORATION
60 STATE STREET
BOSTON, MA 02109

WILMER CUTLER PICKERING HALE AND
DORR LLP
ATT: PHILIP D. ANKER & MELANIE J.
DRITZ, ESQS
ATTY FOR PENSION BENEFIT GUARANTY
CORPORATION
399 PARK AVENUE
NEW YORK, NY 10022

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER, ESQ.
ATTY FOR INTERNATIONAL AUTOMOTIVE
COMPONENT GROUP NORTH AMERICA INC
200 PARK AVENUE
NEW YORK, NY 10166

WINSTON & STRAWN LLP
ATTN: DAVID J. RICHARDSON, ESQ.
ATTY FOR LGE ELECTRONICS USA, INC.
333 SOUTH GRAND AVENUE, 38TH FLOOR
LOS ANGELES, CA 90071

WINSTON & STRAWN LLP
ATTN: MATTHEW J. BOTICA & MINDY D.
COHN & CAREY D. SCHREIBER
ATTY FOR ASPEN MARKETING
SERVICES, INC.
35 WEST WACKER DRIVE
CHICAGO, IL 60601

WINSTON & STRAWN LLP
ATTN: STEVEN M. SCHWARTZ
ATTY FOR CAPGEMINI AMERICA, INC.
200 PARK AVENUE
NEW YORK, NY 10166

WM. DAVID COFFEY & ASSOCIATES
ATT: WM. DAVID COFFEY, III & MARTIN
ALANIZ
ATTY FOR: CARDENAS AUTOPLEX, INC.
13810 FM 1826
AUSTIN, TX 78737

WOLFSON BOLTON PLLC
ATT: SCOTT A. WOLFSON, ESQ.
ATTY FOR GUARDIAN AUTOMOTIVE
PRODUCTS, INC.
3150 LIVERNOIS RD., SUITE 275
TROY, MI 48083

WYLY-ROMMEL, PLLC
ATT: JIM WYLY
ATTY FOR BOYD BRYANT
2311 MOORES LANE
TEXARKANA, TX 75503

ZEICHNER ELLMAN & KRAUSE LLP
ATT: STUART A. KRAUSE & BRYAN D.
LEINBACH, ESQS
ATTY FOR TOYOTA TSUSHO CANADA INC
& TOYOTA TSUSHO AMERICA, INC
575 LEXINGTON AVENUE
NEW YORK, NY 10022