STROBL & SHARP, P.C.
Lynn M. Brimer (P43291)
Meredith E. McKinzie (P69698)
300 East Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304
(248) 540-2300

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x
In re                                                          Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,        Case No. 09-50026 (REG)

                    Debtors.               (Jointly Administered)
-------------------------------------------------------------- x

**REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST**

    STROBL & SHARP, P.C. requests that the following attorney and email address be removed from ECF notification, and requests that she no longer receive electronic filings in this case:

    Lynn M. Brimer:  lbrimer@stroblpc.com

Dated: January 7, 2010
       Bloomfield Hills, Michigan

                        Respectfully submitted,

                        STROBL & SHARP, P.C.

                        /s/ *LYNN M. BRIMER*
                        By:   Lynn M. Brimer (P43291)
                              Meredith M. McKinzie (P69698)
                        300 E. Long Lake Rd., Ste. 200
                        Bloomfield Hills, MI  48304
                        (248) 540-2300 / Fax (248) 645-2690
                        Email: lbrimer@stroblpc.com