**Hearing Date and Time: February 10, 2010 at 9:45 a.m. (EST)**
**Objection Deadline: February 3, 2010 at 4:00 p.m. (EST)**

Joshua I. Divack
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
jdivack@hahnhessen.com

*Attorneys for William Hardee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re                                               :    Case No. 09-50026 (REG)
                                                    :    Chapter 11 (Jointly Administered)
MOTORS LIQUIDATION CORP., *et al.*,                 :
                                                    :
            Debtors.                                :
------------------------------------------------------x

**NOTICE OF HEARING OF REQUEST FOR**
**PAYMENT OF ADMINISTRATIVE EXPENSES**

**PLEASE TAKE NOTICE** that on November 24, 2009 the undersigned filed and served the Request for Payment of Administrative Expense pursuant to 11 U.S.C. § 503(b) (the "Administrative Claim Request") [Docket No. 4539] annexed hereto as Exhibit A, in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") will be held in connection with the relief requested in the Administrative Claim Request and any further relief before the Honorable Robert E. Gerber at the United States Bankruptcy Court for the Southern District of New York (the "Court"), Courtroom 621, One Bowling Green, New York, NY 10004-1408 on **February 10, 2010 at 9:45 a.m.**

225040/002-1805220.1

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Administrative Claim Request shall be in writing, shall state with particularity the reasons for the objection or response and shall be (a) filed with the Court, with a copy delivered to the chambers of the Honorable Robert E. Gerber, and (b) served upon:  (i) counsel for the claimant, Joshua I. Divack, Esq., Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, and James C. Morton, Esq., Suite 1350, Two Midtown Plaza, 1349 West Peachtree Street, Atlanta, GA 30309; and (ii) the Master Service List listed in the Amended Order to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures [Docket No. 4676] so as to ensure *actual receipt* by no later than **February 3, 2010 at 4:00 p.m.**  Only those objections or responses which have been timely filed and served may be considered by the Court at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that failure to respond in accordance with this notice may result in the Court granting the relief requested by the Administrative Claim Request without further notice or hearing.

Dated:   New York, New York

January 7, 2010

**HAHN & HESSEN LLP**

By:   /s/ Joshua I. Divack
    Joshua I. Divack

488 Madison Avenue
New York, New York 10022
Telephone:  (212) 478-7200
Facsimile:  (212) 478-7400
jdivack@hahnhessen.com

*Attorneys for William Hardee*

OF COUNSEL:
George W. Fryhofer III

2

225040/002-1805220.1

Georgia Bar No. 279110
Leigh Martin May
Georgia Bar No. 473389
Alan J. Hamilton
Georgia Bar No. 320698
BUTLER, WOOTEN & FRYHOFER, LLP
2719 Buford Highway
Atlanta, Georgia 30324
Telephone:  (404) 321-1700
Facsimile:  (404) 321-1713
george@butlerwooten.com
leigh@butlerwooten.com
alan@butlerwooten.com

James C. Morton
Georgia Bar No. 526025
Suite 1350, Two Midtown Plaza
1349 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  (404) 966-5133
jcm-law@comcast.net

Stephen C. Carter
Georgia Bar No. 114675
P.O. Box 368
Hartwell, GA 30643-0368
Telephone: (706) 376-4754
Facsimile: (706) 376-3322
scc30643@yahoo.com

225040/002-1805220.1