<div style="border:1px solid">

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

</div>

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
                                    :
In re                               :     Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :     09-50026 (REG)
      f/k/a General Motors Corp., et al. :
                                    :
                  Debtors.          :     (Jointly Administered)
                                    :
--------------------------------------------------------------x
```

**NOTICE OF DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS**
**(Amended and Superseded Claims)**

> **PLEASE TAKE NOTICE** that on January 7, 2010, Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed their sixth omnibus non-substantive objection to claims (the "**Debtors' Sixth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the Debtors' Sixth Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on

**February 10, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

### PARTIES RECEIVING THIS NOTICE OF SIXTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Sixth

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn:  Ted Stenger); (iii) General Motors, LLC, 300 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

DC 20220 (Attn:  Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff,

Esq., and Gregory G. Plotko, Esq.); (xii) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana

G. Adams, Esq.); and (xiii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third

Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.),

so as to be received no later than **February 3, 2010 at 4:00 p.m. (Eastern Time)** (the

"**Response Deadline**").

        **PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and

served with respect to the Debtors' Sixth Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Debtors' Sixth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
      January 7, 2010

                    /s/ Joseph H. Smolinsky
                    Harvey R. Miller
                    Stephen Karotkin
                    Joseph H. Smolinsky

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                      :
In re                                 :    Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :    09-50026 (REG)
         f/k/a General Motors Corp., et al.  :
                                      :
                      Debtors.        :    (Jointly Administered)
                                      :
-------------------------------------------------------------x
```

### DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS
#### (Amended and Superseded Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ATTACHED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its
affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

<div align="center">**Relief Requested**</div>

1.      The Debtors file this sixth omnibus non-substantive objection to claims
(the "**Sixth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11 of the United
States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy
Procedure (the **"Bankruptcy Rules"**), and this Court's order approving procedures for the filing
of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures
Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims
listed on **Exhibit A** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit A
and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed
and Expunged*" (collectively, the "**Amended and Superseded Claims**") have been amended and
superseded by at least one subsequently corresponding claim identified under the heading
"*Surviving Claims*" (collectively, the "**Surviving Claims**").  The Debtors seek entry of an order
disallowing and expunging from the claims register the Amended and Superseded Claims and
preserving the Debtors' right to later object to any Surviving Claim on any other basis.

3.      This Sixth Omnibus Objection to Claims does not affect any of the
Surviving Claims and does not constitute any admission or finding with respect to any of the

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy
estates on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City
Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling
The Garden City Group, Inc. at 1-703-286-6401.

Surviving Claims.  Further, the Debtors reserve all their rights to object on any other basis to any

Amended and Superseded Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.        On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

---

[2]        The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation) Case No. 09-50026, MLCS, LLC (f/k/a Saturn, LLC) Case No. 09-50027, MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) Case No. 09-50028, and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) Case No. 09-13558.

[3]        The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., Case No. 09-50029 and Environmental Corporate Remediation Company, Inc., Case No. 09-50030.

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

7.      Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Initial Debtors, among other things, to file omnibus objections to no more

than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.  The claimants that are

listed in Exhibit A have all filed claims against the Initial Debtors.

## The Relief Requested Should Be Approved by the Court

8.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20,

2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

9.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  The

Debtors have compared their books and records with the proofs of claim identified on Exhibit A

and have determined that each Amended and Superseded Claim has been amended and

superseded by the subsequently corresponding Surviving Claim.

10.     To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge in their entirety the Amended and

Superseded Claims.  The Surviving Claims will remain on the claims register subject to further

objections on any other basis.

## Notice

11.    Notice of this Motion has been provided to each claimant listed on Exhibit A and parties in interest in accordance with the Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 3, 2009 [Docket No. 3629].  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

12.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
    January 7, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                        :
In re                                                   :        **Chapter 11 Case No.**
                                                        :
**MOTORS LIQUIDATION COMPANY**, *et al.*,               :        **09-50026 (REG)**
     **f/k/a General Motors Corp.**, *et al.*           :
                                                        :
                                **Debtors.**            :        **(Jointly Administered)**
                                                        :
------------------------------------------------------------------x


## <u>ORDER GRANTING DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS</u>
### (Amended and Superseded Claims)

Upon the sixth omnibus objection to claims, dated January 7, 2010 (the "**Sixth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket No. 4180], seeking entry of an order disallowing and expunging the Amended and Superseded Claims on the grounds that such claims have been amended and superseded by the corresponding Surviving Claims, all as more fully described in the Sixth Omnibus Objection to Claims; and due and proper notice of the Sixth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors,

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixth Omnibus Objection to Claims.

and all parties in interest and that the legal and factual bases set forth in the Sixth Omnibus

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Sixth Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit A** annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "**Amended and Superseded Claims**") are disallowed and expunged; and it is

further

ORDERED that the claims listed on Exhibit A annexed hereto under the heading

"*Surviving Claims*" (collectively, the "**Surviving Claims**") will remain on the claims register,

and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Amended and

Superseded Claims does not constitute any admission or finding with respect to any of the

Surviving Claims; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit A annexed to the Sixth Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on Exhibit A annexed hereto and (ii) any Surviving Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
　　　＿＿＿＿＿＿＿, 2010


＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
United States Bankruptcy Judge

Sixth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP I<br><br>C/O APPALOOSA MANAGEMENT LP<br>ATTN: KENNETH MAIMAN<br>51 JOHN F KENNEDY PKWY<br>SHORT HILLS, NJ 07078<br><br>Official Claim Date: 11/25/2009 | 65824 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$74,182,199.51  (U)<br>$74,182,199.51  (T) | Amended and Superseded Claims | Pgs. 1-4 | APPALOOSA INVESTMENT LIMITED PARTNERSHIP 1<br><br>C/O APPALOOSA MANAGEMENT LP<br>51 JOHN F KENNEDY PARKWAY<br>ATTN KENNETH MAIMAN<br>SHORT HILLS, NJ 07078<br><br>Official Claim Date: 11/30/2009 | 67498 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$74,182,199.51  (U)<br>$74,182,199.51  (T) |
| AURELIUS INVESTMENT LLC<br><br>ATTN DAN GROPPER<br>535 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10022<br><br>Official Claim Date: 11/25/2009 | 65772 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$138,250,962.36  (U)<br>$138,250,962.36  (T) | Amended and Superseded Claims | Pgs. 1-4 | AURELIUS INVESTMENT LLC<br><br>535 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10022<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/30/2009 | 66265 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$138,250,962.36  (U)<br>$138,250,962.36  (T) |
| BUTLER, DANIEL<br><br>124 S GRAHAM ST<br>PITTSBURGH, PA 15206<br><br>Official Claim Date: 10/5/2009 | 3209 | Motors Liquidation Company | $75,000.00  (S)<br>$0.00  (A)<br>$100,000.00  (P)<br>$100,000.00  (U)<br>$275,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | DANIEL BUTLER<br><br>124 S GRAHAM ST<br>PITTSBURGH, PA 15206<br><br>Official Claim Date: 10/29/2009 | 17491 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

Sixth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CITY OF MCGREGOR, CITY OF WACO, MCGREGOR INDEPENDENT SCHOOL DISTRICT,<br><br>WACO INDEPENDENT SCHOOL DISTRICT, MCLENNAN COUNTY EDUCATION DISTRICT ATTN: MICHAEL REED MCCREARY, VESELKA, BRAGG & ALLEN, P C 700 JEFFREY WAY, SUITE 100, P O BOX 1269 ROUND ROCK, TX 78680<br><br>Official Claim Date: 6/12/2009 | 272 | Motors Liquidation Company | $112.99  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$112.99  (T) | Amended and Superseded Claims | Pgs. 1-4 | CITY OF WACO &/OR WACO INDEPENDENT SCHOOL DISTRICT<br><br>C/O MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY, SUITE 100 PO BOX 1269<br><br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/4/2009 | 69143 | Motors Liquidation Company | $409.96  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$409.96  (T) |
| CITY OF MIDLAND, MIDLAND COUNTY HOSPITAL DISTRICT, MIDLAND INDEPENDENT<br><br>SCHOOL DISTRICT, MIDLAND COUNTY JUNIOR COLLEGE DISTRICT ATTN: MICHAEL REED MCCREARY, VESELKA, BRAGG & ALLEN, P C 700 JEFFREY WAY, SUITE 100, P O BOX 1269 ROUND ROCK, TX 78680<br><br>Official Claim Date: 6/12/2009 | 271 | Motors Liquidation Company | $531.35  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$531.35  (T) | Amended and Superseded Claims | Pgs. 1-4 | MIDLAND CENTRAL APPRAISAL DISTRICT<br><br>C/O MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY, SUITE 100 PO BOX 1269<br><br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/4/2009 | 69142 | Motors Liquidation Company | $639.98  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$639.98  (T) |
| COMERICA LEASING CORP<br><br>BODMAN LLP C/O COHN T DARKE ESQ 1901 ST ANTOINE ST 6TH FLOOR AT FORD FIELD<br><br>DETROIT, MI 48226<br><br>Official Claim Date: 11/27/2009 | 60597 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | COMERICA LEASING CORPORATION<br><br>BODMAN LLP C/O COLIN T DARKE ESQ 1901 ST ANTOINE STREET 6TH FLR AT FORD FIELD<br><br>DETROIT, MI 48226<br><br>Official Claim Date: 11/30/2009 | 64630 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| COPELAND HOLLY<br><br>COPELAND, AURORA<br>620 NEWPORT CENTER DR STE 700<br>NEWPORT BEACH, CA 92660<br><br>Official Claim Date: 11/13/2009 | 23826 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | COPELAND HOLLY<br><br>COPELAND, LANDON<br>620 NEWPORT CENTER DR STE 700<br>NEWPORT BEACH, CA 92660<br><br>Official Claim Date: 11/13/2009 | 23828 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |
| COUNTY OF BASTROP<br><br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P C<br>700 JEFFREY WAY, SUITE 100<br>P O BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 6/12/2009 | 285 | Motors Liquidation Company | $84.44  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$84.44  (T) | Amended and Superseded Claims | Pgs. 1-4 | COUNTY OF BASTROP<br><br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/4/2009 | 69139 | Motors Liquidation Company | $201.49  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$201.49  (T) |
| COUNTY OF BOWIE<br><br>ATTN: MICHAEL REED<br>MCREARY, VESELKA, BRAGG & ALLEN, P C<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 6/12/2009 | 283 | Motors Liquidation Company | $4,734.47  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,734.47  (T) | Amended and Superseded Claims | Pgs. 1-4 | BOWIE CENTRAL APPRAISAL DISTRICT<br><br>ATTN MICHAEL REED<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/4/2009 | 69156 | Motors Liquidation Company | $4,332.81  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,332.81  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| COUNTY OF BRAZOS, CITY OF BRYAN, A MUNICIPAL CORPORATION,<br><br>BRYAN INDEPENDENT SCHOOL DISTRICT<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P C<br>700 JEFFREY WAY, SUITE 100, PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 6/12/2009 | 282 | Motors Liquidation Company | $64.19  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$64.19  (T) | Amended and Superseded Claims | Pgs. 1-4 | COUNTY OF BRAZOS<br><br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN PC<br>700 JEFFREY WAY, STE 100, PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/4/2009 | 69155 | Motors Liquidation Company | $183.13  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$183.13  (T) |
| COUNTY OF BURNET<br><br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P C<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 6/12/2009 | 281 | Motors Liquidation Company | $36.45  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$36.45  (T) | Amended and Superseded Claims | Pgs. 1-4 | COUNTY OF BURNET<br><br>C/O BURNET CENTRAL APPRAISAL DISTRICT<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN PC<br>700 JEFFREY WAY, STE 100, PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/4/2009 | 69154 | Motors Liquidation Company | $23.85  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$23.85  (T) |
| COUNTY OF COMAL<br><br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P C<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 6/12/2009 | 280 | Motors Liquidation Company | $718.66  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$718.66  (T) | Amended and Superseded Claims | Pgs. 1-4 | COUNTY OF COMAL<br><br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN PC<br>700 JEFFREY WAY, STE 100, PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/4/2009 | 69153 | Motors Liquidation Company | $1,425.48  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,425.48  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| COUNTY OF CORYELL, CITY OF COPPERAS COVE, CITY OF GATESVILLE,<br><br>CENTRAL TEXAS COLLEGE, GATESVILLE INDEPENENT SCHOOL DISTRICT<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P C<br>700 JEFFREY WAY, SUITE 100, P O BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date:  6/12/2009 | 279 | Motors Liquidation Company | $32.38  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$32.38  (T) | Amended and Superseded Claims | Pgs. 1-4 | COUNTY OF CORYELL<br><br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN PC<br>700 JEFFREY WAY, STE 100, PO BOX 1269<br><br>ROUND ROCK, TX 78680<br><br>Official Claim Date:  12/4/2009 | 69152 | Motors Liquidation Company | $229.62  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$229.62  (T) |
| COUNTY OF DENTON<br><br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P C<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date:  6/12/2009 | 278 | Motors Liquidation Company | $34,472.99  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$34,472.99  (T) | Amended and Superseded Claims | Pgs. 1-4 | COUNTY OF DENTON<br><br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date:  12/4/2009 | 69151 | Motors Liquidation Company | $21,826.59  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$21,826.59  (T) |
| COUNTY OF FLOYD ET AL<br><br>ATTN: MICHAEL REED<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date:  6/16/2009 | 421 | Motors Liquidation Company | $73.08  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$73.08  (T) | Amended and Superseded Claims | Pgs. 1-4 | FLLOYD COUNTY APPRAISAL DISTRICT<br><br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date:  12/4/2009 | 69150 | Motors Liquidation Company | $44.43  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$44.43  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| COUNTY OF FREESTONE, CITY OF TEAGUE, TEAGUE HOSPITAL DISTRICT,<br><br>TEAGUE INDEPENDENT SCHOOL DISTRICT, TEAGUE INDEPENDENT SCHOOL DISTRICT (INTEREST & SINKING)  ATTN: MICHAEL REED MCCREARY, VESELKA, BRAGG & ALLEN, P C 700 JEFFREY WAY, SUITE 100, PO BOX 1269 ROUND ROCK, TX 78680<br><br>Official Claim Date:  6/12/2009 | 277 | Motors Liquidation Company | $22.43  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$22.43  (T) | Amended and Superseded Claims | Pgs. 1-4 | COUNTY OF FREESTONE<br><br>MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY SUITE 100 PO BOX 1269<br><br>ROUND ROCK, TX 78680<br><br>Official Claim Date:  12/4/2009 | 69149 | Motors Liquidation Company | $188.30  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$188.30  (T) |
| COUNTY OF GUADALUPE, CITY OF SEGUIN, CITY OF SELMA, SEGUIN INDEPENDENT<br><br>SCHOOL DISTRICT, NAVARRO INDEPENDENT SCHOOL DISTRICT, LATERAL ROADS ATTN: MICHAEL REED MCCREARY, VESELKA, BRAGG & ALLEN, P C 700 JEFFREY WAY, SUITE 100, PO BOX 1269 ROUND ROCK, TX 78680<br><br>Official Claim Date:  6/12/2009 | 276 | Motors Liquidation Company | $2,823.41  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,823.41  (T) | Amended and Superseded Claims | Pgs. 1-4 | COUNTY OF GUADALUPE<br><br>MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY SUITE 100 PO BOX 1269<br><br>ROUND ROCK, TX 78680<br><br>Official Claim Date:  12/4/2009 | 69148 | Motors Liquidation Company | $2,386.36  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,386.36  (T) |
| COUNTY OF HARDIN<br><br>ATTN: MICHAEL REED MCCREARY, VESELKA, BRAGG & ALLEN, P C 700 JEFFREY WAY, SUITE 100 PO BOX 1269 ROUND ROCK, TX 78680<br><br>Official Claim Date:  6/12/2009 | 275 | Motors Liquidation Company | $101.68  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$101.68  (T) | Amended and Superseded Claims | Pgs. 1-4 | COUNTY OF HARDIN<br><br>MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY SUITE 100 PO BOX 1269<br><br>ROUND ROCK, TX 78660<br><br>Official Claim Date:  12/4/2009 | 69147 | Motors Liquidation Company | $225.09  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$225.09  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Sixth Omnibus Objection**

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| COUNTY OF HARRISON<br><br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br><br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/4/2009 | 69146 | Motors Liquidation Company | $130,599.34  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$130,599.34  (T) | Amended and Superseded Claims | Pgs. 1-4 | COUNTY OF HARRISON<br><br>ATTN MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/7/2009 | 69216 | Motors Liquidation Company | $130,599.34  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$130,599.34  (T) |
| COUNTY OF HARRISON, CITY OF LONGVIEW,<br><br>HALLSVILLE INDEPENDENT SCHOOL DISTRICT<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P C<br>700 JEFFREY WAY, SUITE 100, PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 6/12/2009 | 274 | Motors Liquidation Company | $1,408,233.59  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,408,233.59  (T) | Amended and Superseded Claims | Pgs. 1-4 | HARRISON CENTRAL APPRAISAL DISTRICT<br><br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/4/2009 | 69145 | Motors Liquidation Company | $756,887.72  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$756,887.72  (T) |
| COUNTY OF HENDERSON<br><br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P C<br>700 JEFFREY WAY, SUITE 100<br>P O BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 6/12/2009 | 273 | Motors Liquidation Company | $9.67  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$9.67  (T) | Amended and Superseded Claims | Pgs. 1-4 | COUNTY OF HENDERSON<br><br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/4/2009 | 69144 | Motors Liquidation Company | $8.77  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8.77  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| COUNTY OF TAYLOR, CITY OF ABILENE, CITY OF TYE, ABILINE INDEPENDENT<br><br>SCHOOL DISTRICT, MERKEL INDEPENDENT SCHOOL DISTRICT<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P C<br>700 JEFFREY WAY, SUITE 100, P O BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 6/12/2009 | 270 | Motors Liquidation Company | $28.31  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$28.31  (T) | Amended and Superseded Claims | Pgs. 1-4 | CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY<br><br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br><br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/4/2009 | 69141 | Motors Liquidation Company | $1,146.43  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,146.43  (T) |
| DALLAS COUNTY UTILITY AND RECLAMATION DISTRICT<br><br>C/O PERDUE BRANDON FIELDER COLLINS AND MOTT LLP<br>ATTN ELIZABETH BANDA CALVO<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 10/20/2009 | 17728 | Motors Liquidation Company | $7,844.12  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$7,844.12  (T) | Amended and Superseded Claims | Pgs. 1-4 | DALLAS COUNTY UTILITY & RECLAMATION DISTRICT<br><br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ATTN: ELIZABETH BANDA CALVO<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 11/30/2009 | 67124 | Motors Liquidation Company | $5,709.83  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,709.83  (T) |
| DOUG BELDEN, HILLSBOROUGH CTY TAX COLLECTOR<br><br>P O BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br><br>TAMPA, FL 33672<br><br>Official Claim Date: 6/29/2009 | 623 | Motors Liquidation Company | $9,165.62  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$9,165.62  (T) | Amended and Superseded Claims | Pgs. 1-4 | DOUG BELDEN HILLSBOROUGH COUNTY TAX COLLECTOR<br><br>TAX COLLECTOR HILLSBOROUGH COUNTY<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672<br><br>Official Claim Date: 11/24/2009 | 65961 | Motors Liquidation Company | $9,381.94  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$9,381.94  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixth Omnibus Objection

### Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DRAWBRIDGE DSO SECURITIES LLC<br><br>ATTN CONSTANTINE M DAKOHAS<br>1345 AVENUE OF THE AMERICAS  46TH FLOOR<br>NEW YORK, NY 10105<br><br>Official Claim Date: 11/25/2009 | 65739 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$27,466,464.50  (U)<br>$27,466,464.50  (T) | Amended and Superseded Claims | Pgs. 1-4 | DRAWBRIDGE DSO SECURITIES LLC<br><br>1345 AVENUE OF THE AMERICAS 46TH FLOOR<br>ATTN CONSTANTINE M DAKOLIAS<br>NEW YORK, NY 10105<br><br>Official Claim Date: 11/30/2009 | 67428 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$27,466,464.50  (U)<br>$27,466,464.50  (T) |
| DUVAL COUNTY<br><br>C/O DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>THE TERRACE II, 2700 VIA FORTUNA DR, STE 400, PO BOX 17428<br><br>AUSTIN, TX 78760<br><br>Official Claim Date: 8/10/2009 | 1001 | Motors Liquidation Company | $24.03  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$24.03  (T) | Amended and Superseded Claims | Pgs. 1-4 | DUVAL COUNTY<br><br>ATTN: DIANE W SANDERS<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760<br><br>Official Claim Date: 11/10/2009 | 22355 | Motors Liquidation Company | $25.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$25.00  (T) |
| ELLIOT INTERNATIONAL LP<br><br>C/O ELLIOTT MANAGEMENT CORPORATION<br>ATTN ELLIOT GREENBERG<br>712 FIFTH AVENUE 35TH FLOOR<br>NEW YORK, NY 10019<br><br>Official Claim Date: 11/25/2009 | 65818 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$85,698,820.86  (U)<br>$85,698,820.86  (T) | Amended and Superseded Claims | Pgs. 1-4 | ELLIOTT INTERNATIONAL LP<br><br>C/O ELLIOTT MANAGEMENT CORPORATION<br>ATTN: ELLIOT GREENBERG<br>712 FIFTH AVENUE 35TH FLOOR<br>NEW YORK, NY 10019<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/30/2009 | 66266 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$85,698,820.86  (U)<br>$85,698,820.86  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ENTERPRISE HOLDINGS INC (F/K/A ENTERPRISE RENT A CAR COMPANY)<br><br>ATTN THOMAS P LAFFEY<br>600 CORPORATE PARK DRIVE<br>ST LOUIS, MO 63105<br><br>Official Claim Date: 11/23/2009 | 65894 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$761,015.75  (U)<br>$761,015.75  (T) | Amended and Superseded Claims | Pgs. 1-4 | ENTERPRISE HOLDINGS INC (F/K/A ENTERPRISE RENT A CAR COMPANY)<br><br>ATTN THOMAS P LAFFEY<br>600 CORPORATE PARK DRIVE<br>ST LOUIS, MO 63105<br><br>Official Claim Date: 11/25/2009 | 65719 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$761,015.75  (U)<br>$761,015.75  (T) |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812<br><br>Official Claim Date: 11/5/2009 | 20069 | MLCS, LLC | $22,933.00  (S)<br>$0.00  (A)<br>$36,160.00  (P)<br>$0.00  (U)<br>$59,093.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br><br>SACRAMENTO, CA 95812<br><br>Official Claim Date: 11/27/2009 | 60004 | MLCS, LLC | $39,309.39  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$39,309.39  (T) |
| FRANCHISE TAX BOARD<br><br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br><br>SACRAMENTO, CA 95812<br><br>Official Claim Date: 11/5/2009 | 20067 | Motors Liquidation Company | $760,450.00  (S)<br>$0.00  (A)<br>$1,763,193.00  (P)<br>$0.00  (U)<br>$2,523,643.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | FRANCHISE TAX BOARD<br><br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812<br><br>Official Claim Date: 11/27/2009 | 60005 | Motors Liquidation Company | $1,308,609.67  (S)<br>$0.00  (A)<br>$2,060,714.18  (P)<br>$0.00  (U)<br>$3,369,323.85  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixth Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GREGG COUNTY<br><br>ATTN: ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST, SUITE 1600<br>DALLAS, TX 75201<br><br>Official Claim Date: 6/15/2009 | 365 | Motors Liquidation Company | $88.15  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$88.15  (T) | Amended and Superseded Claims | Pgs. 1-4 | GREGG COUNTY<br><br>ATTN: ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201<br><br>Official Claim Date: 10/13/2009 | 9572 | Motors Liquidation Company | $90.88  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$90.88  (T) |
| HARRISON CENTRAL APPRAISAL DISTRICT<br><br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/4/2009 | 69145 | Motors Liquidation Company | $756,887.72  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$756,887.72  (T) | Amended and Superseded Claims | Pgs. 1-4 | HARRISON CENTRAL APPRAISAL DISTRICT<br><br>ATTN MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/7/2009 | 69215 | Motors Liquidation Company | $757,026.44  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$757,026.44  (T) |
| HAWKINS, BARBARA<br><br>WILLIE GARY<br>221 EAST OSCEOLA ST<br>STUART, FL 34994<br><br>Official Claim Date: 11/23/2009 | 39217 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | HAWKINS BARBARA<br><br>221 EAST OSCEOLA STREET<br>STUART, FL 34994<br><br>Official Claim Date: 11/23/2009 | 39219 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LUIS ALBERTO VILLA AND ANGELA VILLA, ET AL.<br><br>C/O WATTS GUERRA CRAFT LLP<br>555 N CARANCAHUA<br>STE 1400<br>CORPUS CHRISTI, TX 78478<br><br>Official Claim Date: 6/16/2009 | 120 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,500,000.00  (U)<br>$4,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | LUIS ALBERTO VILLA AND ANGELA VILLA, ET AL<br><br>ROBERT PATTERSON PC<br>1001 THIRD STREET<br>SUITE 1<br>CORPUS CHRISTI, TX 78404<br><br>Official Claim Date: 11/25/2009 | 51363 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,500,000.00  (U)<br>$4,500,000.00  (T) |
| NATIONWIDE MUTUAL INSURANCE COMPANY<br><br>RANDALL W MAY MANAGING COUNSEL<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2 5 15<br>COLUMBUS, OH 43215<br><br>Official Claim Date: 7/29/2009 | 1123 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$305,389.61  (U)<br>$305,389.61  (T) | Amended and Superseded Claims | Pgs. 1-4 | NATIONWIDE MUTUAL INSURANCE COMPANY<br><br>RANDALL W MAY, MANAGING COUNSEL<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215<br><br>Official Claim Date: 11/25/2009 | 48376 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$419,471.04  (U)<br>$419,471.04  (T) |
| NAVARRO COUNTY<br><br>ATTN ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201<br><br>Official Claim Date: 6/26/2009 | 581 | Motors Liquidation Company | $11.30  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$11.30  (T) | Amended and Superseded Claims | Pgs. 1-4 | NAVARRO COUNTY<br><br>C/O ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN ST, STE 1600<br>DALLAS, TX 75201<br><br>Official Claim Date: 10/23/2009 | 15029 | Motors Liquidation Company | $30.76  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$30.76  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date: 11/30/2009 | 65795 | Motors Liquidation Company | $9,671.09 (S)<br>$0.00 (A)<br>$28,740,614.99 (P)<br>$1,436,145.27 (U)<br>$30,186,431.35 (T) | Amended and Superseded Claims | Pgs. 1-4 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date: 11/30/2009 | 68604 | Motors Liquidation Company | $9,671.09 (S)<br>$0.00 (A)<br>$33,694,042.53 (P)<br>$2,313,241.80 (U)<br>$36,016,955.42 (T) |
| NYS DEPT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date: 11/3/2009 | 19824 | Motors Liquidation Company | $0.00 (S)<br>$572,398.90 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$572,398.90 (T) | Amended and Superseded Claims | Pgs. 1-4 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date: 11/30/2009 | 68612 | Motors Liquidation Company | $0.00 (S)<br>$735,238.59 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$735,238.59 (T) |
| ONEX DEBT OPPORTUNITY FUND LTD<br><br>C/O ONEX CREDIT PARTNERS LLC<br>ATTN: MICHAEL J GELBLAT<br>910 SYLVAN AVE STE 100<br>ENGLEWOOD CLIFFS, NJ 07632<br><br>Official Claim Date: 11/25/2009 | 65829 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,212,592.33 (U)<br>$12,212,592.33 (T) | Amended and Superseded Claims | Pgs. 1-4 | ONEX DEBT OPPORTUNITY FUND, LTD<br><br>C/O ONEX CREDIT PARTNERS, LLC<br>ATTN MICHAEL I GELBLAT<br>910 SYLVAN AVENUE SUITE 100<br>ENGLEWOOD CLIFFS, NJ 07632<br><br>Official Claim Date: 11/30/2009 | 67429 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,212,592.33 (U)<br>$12,212,592.33 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| PALOMINO FUND LTD<br><br>C/O APPALOOSA MGMT LP<br>ATTN KENNETH MAIMAN<br>51 JOHN F KENNEDY PKWY<br>SHORT HILLS, NJ 07078<br><br>Official Claim Date: 11/25/2009 | 65744 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$108,415,614.15  (U)<br>$108,415,614.15  (T) | Amended and Superseded Claims | Pgs. 1-4 | PALOMINO FUND LTD<br><br>C/O APPALOOSA MANAGEMENT LP<br>ATTN: KENNETH MAIMAN<br>51 JOHN F KENNEDY PKWY<br>SHORT HILLS, NJ 07078<br><br>Official Claim Date: 11/30/2009 | 66217 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$108,415,614.15  (U)<br>$108,415,614.15  (T) |
| PAYNE JOHN EDWARD<br><br>1019 S STAPLEY DR<br><br>MESA, AZ 85204<br><br>Official Claim Date: 11/13/2009 | 23956 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | PAYNE JOHN EDWARD<br><br>SUBIA, KATHY SUSAN<br>1019 S STAPLEY DR<br>MESA, AZ 85204<br><br>Official Claim Date: 11/13/2009 | 23957 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128<br><br>Official Claim Date: 10/30/2009 | 18135 | Motors Liquidation Company | $2,943,934.00 (S)<br>$0.00 (A)<br>$1,326,077.96 (P)<br>$1,138.00 (U)<br>$4,271,149.96 (T) | Amended and Superseded Claims | Pgs. 1-4 | PENNSYLVANIA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY DIVISION<br>P O BOX 280946<br>HARRISBURG, PA 17128<br><br>Official Claim Date: 11/25/2009 | 50081 | Motors Liquidation Company | $2,943,934.00 (S)<br>$0.00 (A)<br>$2,163,944.96 (P)<br>$1,138.00 (U)<br>$5,109,016.96 (T) |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY DIVISION<br>P O BOX 280946<br>HARRISBURG, PA 17128<br><br>Official Claim Date: 11/25/2009 | 50081 | Motors Liquidation Company | $2,943,934.00 (S)<br>$0.00 (A)<br>$2,163,944.96 (P)<br>$1,138.00 (U)<br>$5,109,016.96 (T) | Amended and Superseded Claims | Pgs. 1-4 | PENNSYLVANIA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY DIVISION PO BOX 280946<br><br>HARRISBURG, PA 17128<br><br>Official Claim Date: 12/14/2009 | 69436 | Motors Liquidation Company | $2,943,934.00 (S)<br>$0.00 (A)<br>$1,499,057.96 (P)<br>$1,138.00 (U)<br>$4,444,129.96 (T) |
| PERRY PARTNERS INTERNATIONAL INC<br><br>C/O PERRY CAPITAL<br>ATTN: JAMES SORRENTINO<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br><br>Official Claim Date: 11/25/2009 | 65738 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$102,691,204.67 (U)<br>$102,691,204.67 (T) | Amended and Superseded Claims | Pgs. 1-4 | PERRY PARTNERS INTERNATIONAL INC<br><br>C/O PERRY CAPITAL<br>ATTN: JAMES SORRENTINO<br>767 FIFTH AVE<br>NEW YORK, NY 10153<br><br>Official Claim Date: 11/30/2009 | 66218 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$102,691,204.67 (U)<br>$102,691,204.67 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| PERRY PARTNERS LP<br><br>C/O PERRY CAPITAL<br>ATTN JAMES SORRENTINO<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br><br>Official Claim Date: 11/25/2009 | 65740 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$33,208,985.63  (U)<br>$33,208,985.63  (T) | Amended and Superseded Claims | Pgs. 1-4 | PERRY PARTNERS LP<br><br>C/O PERRY CAPITAL<br>767 FIFTH AVENUE<br>ATTN: JAMES SORRENTINO<br>NEW YORK, NY 10153<br><br>Official Claim Date: 11/30/2009 | 66312 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$33,208,985.63  (U)<br>$33,208,985.63  (T) |
| REDWOOD CAPITAL MANAGEMENT LLC<br><br>C/O REDWOOD CAPITAL MANAGEMENT LLC<br>ATTN: JONATHAN KOLATCH<br>910 SYLVAN AVE<br>ENGLEWOOD, NJ 07632<br><br>Official Claim Date: 11/25/2009 | 65766 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,056,804.16  (U)<br>$14,056,804.16  (T) | Amended and Superseded Claims | Pgs. 1-4 | REDWOOD MASTER FUND LTD<br><br>REDWOOD CAPITAL MANAGEMENT LLC<br>ATTN: JONATHAN KOLATCH<br>910 SYLVAN AVENUE<br>INGLEWOOD, NJ 07632<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/30/2009 | 67430 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,056,804.16  (U)<br>$14,056,804.16  (T) |
| REMY INTERNATIONAL, INC<br><br>C/O N KATHLEEN STRICKLAND, ESQ<br>ROPERS MAJESKI KOHN & BENTLEY<br>201 SPEAR STREET SUITE 1000<br>SAN FRANCISCO, CA 94105<br><br>Official Claim Date: 8/3/2009 | 966 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | REMY INTERNATIONAL INC<br><br>C/O N KATHLEEN STRICKLAND ESQ<br>ROPERS MAJESKI KOHN BENTLEY<br>201 SPEAR ST STE 1000<br>SAN FRANCISCO, CA 94111<br><br>Official Claim Date: 11/24/2009 | 65749 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,354,200.00  (U)<br>$16,354,200.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ROBBIN DUROW AND RANDALL DUROW<br><br>CELLINO & BARNES, PC<br>ATTN: DENIS J BASTIBLE, ESQ<br>350 MAIN STREET, 25TH FLOOR<br>BUFFALO, NY 14202<br><br>Official Claim Date:  6/25/2009 | 309 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | ROBBIN DUROW AND RANDALL DUROW<br><br>CELLINO & BARNES PC<br>ATTN DENIS J BASTIBLE ESQ<br>350 MAIN STREET 25TH FLOOR<br>BUFFALO, NY 14202<br><br>Official Claim Date:  11/16/2009 | 27348 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) |
| SENSOR-NITE INDUSTRIAL<br><br>JOSEPH R GRIFFIN<br>EPIQ SENSOR-NITE USA<br>14165 FENTON RD STE 204C<br>FENTON, MI 48430<br><br>Official Claim Date:  10/6/2009 | 5471 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | SENSOR-NITE INDUSTRIAL<br><br>JOSEPH R GRIFFIN<br>EPIQ SENSOR-NITE USA<br>14165 FENTON ROAD, SUITE 204C<br>FENTON, MI 48430<br><br>Official Claim Date:  10/19/2009 | 13000 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$77,041.74  (U)<br>$77,041.74  (T) |
| SERRA CHEVROLET INC<br><br>MAX A MOSELEY JOHNSTON BARTON<br>PROCTOR & ROSE LLP<br>569 BROOKWOOD VILLAGE SUITE 901<br>BIRMINGHAM, AL 35209<br><br>Official Claim Date:  11/25/2009 | 65870 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,950,800.00  (U)<br>$1,950,800.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | SERRA CHEVROLET, INC<br><br>MAX A MOSELEY, JOHNSTON BARTON<br>PROCTOR & ROSE LLP<br>569 BROOKWOOD VILLAGE SUITE 901<br>BIRMINGHAM, AL 35209<br><br>Official Claim Date:  12/11/2009 | 69381 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,950,800.00  (U)<br>$1,950,800.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SHENANDOAH COUNTY TAX COLLECTOR<br><br>PO BOX 365<br>WOODSTOCK, VA 22664<br><br>Official Claim Date: 9/16/2009 | 6970 | Motors Liquidation Company | $72,855.47  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$72,855.47  (T) | Amended and Superseded Claims | Pgs. 1-4 | SHENANDOAH COUNTY TAX COLLECTOR<br><br>PO BOX 365<br>WOODSTOCK, VA 22664<br><br>Official Claim Date: 11/17/2009 | 28537 | Motors Liquidation Company | $72,855.47  (S)<br>$0.00  (A)<br>$72,855.47  (P)<br>$0.00  (U)<br>$145,710.94  (T) |
| STATE OF IOWA<br><br>IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES, IA 50306<br><br>Official Claim Date: 7/23/2009 | 873 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$1,598.16  (P)<br>$0.00  (U)<br>$1,598.16  (T) | Amended and Superseded Claims | Pgs. 1-4 | STATE OF IOWA<br><br>IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES, IA 50306<br><br>Official Claim Date: 11/30/2009 | 66699 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$798.12  (P)<br>$0.00  (U)<br>$798.12  (T) |
| STATE OF LOUISIANA<br><br>LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896<br><br>Official Claim Date: 7/20/2009 | 953 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$29,133.53  (P)<br>$0.00  (U)<br>$29,133.53  (T) | Amended and Superseded Claims | Pgs. 1-4 | STATE OF LOUISIANA<br><br>LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATNO ROUGE, LA 70896<br><br>Official Claim Date: 12/14/2009 | 69435 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$80,257.34  (P)<br>$0.00  (U)<br>$80,257.34  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SUBIA, KATHY<br><br>621 S SUN RD<br><br>APACHE JUNCTION, AZ 85119<br><br>Official Claim Date: 11/13/2009 | 23953 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | SUBIA, KATHY SUSAN<br><br>C/O ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DR STE 700<br>NEWPORT BEACH, CA 92660<br><br>Official Claim Date: 11/13/2009 | 23954 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |
| TAX APPRAISAL DISTRICT OF BELL COUNTY<br><br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P C<br>700 JEFFREY WAY, SUITE 100<br>P O BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 6/12/2009 | 284 | Motors Liquidation Company | $1,419.68  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,419.68  (T) | Amended and Superseded Claims | Pgs. 1-4 | TAX APPRAISAL DISTRICT OF BELL COUNTY<br><br>ATTN MICHAEL REED<br>700 JEFFREY WAY STE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date: 12/4/2009 | 69157 | Motors Liquidation Company | $7,770.51  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$7,770.51  (T) |
| THE LIVERPOOL LIMITED PARTNERSHIP<br><br>C/O ELLIOTT MANAGEMENT CORPORATION<br>ATTN ELLIOT GREENBERG<br>712 FIFTH AVENUE  35TH FLOOR<br>NEW YORK, NY 10019<br><br>Official Claim Date: 11/25/2009 | 65737 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$39,532,082.73  (U)<br>$39,532,082.73  (T) | Amended and Superseded Claims | Pgs. 1-4 | THE LIVERPOOL LIMITED PARTNERSHIP<br><br>C/O ELLIOTT MANAGEMENT CORPORATION<br>ATTN: ELLIOT GREENBERG<br>712 FIFTH AVENUE 35TH FLOOR<br>NEW YORK, NY 10019<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/30/2009 | 66267 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$39,532,082.73  (U)<br>$39,532,082.73  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| THOMAS LAMPHIEAR AND DELORES LAMPHIEAR<br><br>ATTN:  THADD J LLAURADO<br>MURPHY & PRACHTHAUSER<br>330 EAST KILBOURN AVE SUITE 1200<br>MILWAUKEE, WI 53202<br><br>Official Claim Date:  6/19/2009 | 186 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$21,200,000.00  (U)<br>$21,200,000.00  (T) | Amended and Superseded Claims | Pgs. 1-4 | THOMAS LAMPHIEAR AND DELORES LAMPHIEAR<br><br>ATTN THADD J LLAURADO<br>MURPHY & PRACHTHAUSER<br>330 EAST KILBOURN AVE SUITE 1200<br>MILWAUKEE, WI 53202<br><br>Official Claim Date:  11/23/2009 | 39028 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$21,200,000.00  (U)<br>$21,200,000.00  (T) |
| THOROUGHBRED FUND LP<br><br>C/O APPALOOSA MGMT LP<br>ATTN: KENNETH MAIMAN<br>51 JOHN F KENNEDY PKWY<br>SHORT HILLS, NJ 07078<br><br>Official Claim Date:  11/25/2009 | 65743 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$55,652,599.76  (U)<br>$55,652,599.76  (T) | Amended and Superseded Claims | Pgs. 1-4 | THOROUGHBRED FUND LP<br><br>C/O APPALOOSA MANAGEMENT LP<br>ATTN: KENNETH MAIMAN<br>51 JOHN F KENNEDY PKWY<br>SHORT HILLS, NJ 07078<br><br>Official Claim Date:  11/30/2009 | 66216 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$55,652,599.76  (U)<br>$55,652,599.76  (T) |
| THOROUGHBRED MASTER LTD<br><br>C/O APPALOOSA MANAGEMENT LP<br>ATTN: KENNETH MAIMAN<br>51 JOHN F KENNEDY PKWY<br>SHORT HILLS, NJ 07078<br><br>Official Claim Date:  11/25/2009 | 65828 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$58,112,123.95  (U)<br>$58,112,123.95  (T) | Amended and Superseded Claims | Pgs. 1-4 | THOROUGHBRED MASTER LTD<br><br>C/O APPALOOSA MANAGEMENT LP<br>51 JOHN F KENNEDY PARKWAY<br><br>SHORT HILLS, NJ 07078<br><br>Official Claim Date:  11/30/2009 | 67501 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$58,112,123.95  (U)<br>$58,112,123.95  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Sixth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| VALWOOD IMPROVEMENT AUTHORITY<br><br>ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 10/26/2009 | 17753 | Motors Liquidation Company | $21,849.87  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$21,849.87  (T) | Amended and Superseded Claims | Pgs. 1-4 | VALWOOD IMPROVEMENT AUTHORITY<br><br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: ELIZABETH BANDA CALVO<br>P O BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 11/30/2009 | 67125 | Motors Liquidation Company | $21,389.27  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$21,389.27  (T) |
| **Claims to be Disallowed and Expunged Totals** | **60** | | **$9,208,747.48**  (S)<br>**$572,398.90**  (A)<br>**$34,160,722.60**  (P)<br>**$824,736,081.24**  (U)<br>**$868,677,950.22**  (T) | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.