HEARING DATE AND TIME: February 10, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 3, 2010 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                      :
In re                                 :      Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :      09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                      :
                   Debtors.           :      (Jointly Administered)
                                      :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

**PLEASE TAKE NOTICE** that on January 7, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their seventh omnibus non-substantive objection to claims (the "**Debtors'**

**Seventh Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Debtors' Seventh Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**February 10, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE OF SEVENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors'

Seventh Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn:  Ted Stenger); (iii) General Motors, LLC, 300 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

DC 20220 (Attn:  Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff, Esq., and Gregory G. Plotko, Esq.); (xii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); and (xiii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), so as to be received no later than **February 3, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and served with respect to the Debtors' Seventh Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Seventh Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      January 7, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                        :
In re                                   :      Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :      09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                        :
                        Debtors.        :      (Jointly Administered)
                                        :
-------------------------------------------------------------x
```

## DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ATTACHED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

### Relief Requested

1.      The Debtors file this seventh omnibus non-substantive objection to claims

(the "**Seventh Omnibus Objection to Claims**") pursuant to section 502(b) of title 11 of the

United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the **"Bankruptcy Rules"**), and this Court's order approving procedures for the filing

of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures**

**Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims

listed on **Exhibit A** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit A

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "**Duplicate Claims**") are duplicates of the earlier-filed

corresponding claims identified under the heading "*Surviving Claims*" (collectively, the

"**Surviving Claims**").  The Debtors seek entry of an order disallowing and expunging from the

claims register the Duplicate Claims and preserving the Debtors' right to later object to any

Surviving Claim on any other basis.

3.      This Seventh Omnibus Objection to Claims does not affect any of the

Surviving Claims and does not constitute any admission or finding with respect to any of the

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

Surviving Claims.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Claim as to which the Court does not grant the relief requested herein.

## **Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## **Background**

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation) Case No. 09-50026, MLCS, LLC (f/k/a Saturn, LLC) Case No. 09-50027, MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) Case No. 09-50028, and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) Case No. 09-13558.

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., Case No. 09-50029 and Environmental Corporate Remediation Company, Inc., Case No. 09-50030.

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

       7.     Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Initial Debtors, among other things, to file omnibus objections to no more

than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.  The claimants that are

listed in Exhibit A have all filed claims against the Initial Debtors.

## The Relief Requested Should Be Approved by the Court

       8.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See

In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20,

2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

       9.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  The

Debtors have compared their books and records with the proofs of claim identified on Exhibit A

and have determined that the Duplicate Claims were filed by the same claimants against the

same Debtors, for the same dollar amounts, and on account of the same obligations as the

corresponding Surviving Claims.  The Surviving Claims are the earlier filed claims as compared

to the Duplicate Claims.

       10.    To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge in their entirety the Duplicate Claims.  The

Surviving Claims will remain on the claims register subject to further objections on any other

basis.

### Notice

11.    Notice of this Motion has been provided to each claimant listed on Exhibit

A and parties in interest in accordance with the Order Pursuant to 11 U.S.C. § 105(a) and Fed. R.

Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated

August 3, 2009 [Docket No. 3629].  The Debtors submit that such notice is sufficient and no

other or further notice need be provided.

12.    No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
        January 7, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
|   |   |   |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|   | : |   |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
| f/k/a **General Motors Corp.**, *et al.* | : |   |
|   | : |   |
| Debtors. | : | (Jointly Administered) |
|   | : |   |

------------------------------------------------------------------x

## <u>ORDER GRANTING DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS</u>
### (Duplicate Claims)

Upon the seventh omnibus objection to claims, dated January 7, 2010 (the

"**Seventh Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket No. 4180], seeking

entry of an order disallowing and expunging the Duplicate Claims on the grounds that such

claims are duplicative of the corresponding Surviving Claims, all as more fully described in the

Seventh Omnibus Objection to Claims; and due and proper notice of the Seventh Omnibus

Objection to Claims having been provided, and it appearing that no other or further notice need

be provided; and the Court having found and determined that the relief sought in the Seventh

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Seventh Omnibus Objection to Claims.

all parties in interest and that the legal and factual bases set forth in the Seventh Omnibus

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Seventh Omnibus Objection to Claims

is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit A** annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "**Duplicate Claims**") are disallowed and expunged; and it is further

ORDERED that the claims listed on Exhibit A annexed hereto under the heading

"*Surviving Claims*" (collectively, the "**Surviving Claims**") will remain on the claims register,

and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Duplicate Claims does

not constitute any admission or finding with respect to any of the Surviving Claims; and it is

further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit A annexed to the Seventh Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on Exhibit A annexed hereto and (ii) any Surviving Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
        _____, 2010

_____
United States Bankruptcy Judge

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ALEJANDRO JIMENEZ GOMEZ<br><br>C/O LANGDON & EMISON<br>ATTN ROBET L LANGDON<br>PO BOX 220 911 MAIN ST<br>LEXINGTON, MO 64067<br><br>Official Claim Date: 11/24/2009 | 44728 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | ALEJANDRO JIMENEZ GOMEZ<br><br>C/O ROBERT L LANGDON<br>LANGDON & EMISON<br>PO BOX 220, 911 MAIN<br>LEXINGTON, MO 64067<br><br>Official Claim Date: 6/29/2009 | 604 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |
| ANGELICA MARIA NINO ORTIZ INDIVIDUALLY<br><br>ATT JOSH W HOPKINS<br>SICO HOPKINS HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 11/27/2009 | 58933 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | ANGELICA MARIA NINO ORTIZ, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS<br>SICO, WHITE, HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 6/24/2009 | 222 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT<br><br>ATTN:  ELIZABETH BANDA CALVO<br>C/O PERDUE, BRANDON, FIELDER, COLLINS &<br>MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 11/17/2009 | 29534 | Motors Liquidation Company | $3,670,596.06  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,670,596.06  (T) | Duplicate Claim | Pgs. 1-4 | ARLINGTON INDEPENDENT SCHOOL DISTRICT<br><br>ATTN: ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS &<br>MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 10/19/2009 | 25488 | Motors Liquidation Company | $3,670,596.06  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,670,596.06  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

Motors Liquidation Company, et al.

**Exhibit A**

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ATLAS TECHNOLOGIES INC<br><br>LASKY & STEINBERG PC<br>ATTN  BARRY M LASKY ESQ<br>595 STEWART AVE SUITE 410<br>GARDEN CITY, NY 11530<br><br>Official Claim Date: 11/30/2009 | 65226 | Motors Liquidation Company | $700,750.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$793,000.00  (U)<br>$1,493,750.00  (T) | Duplicate Claim | Pgs. 1-4 | ATLAS TECHNOLOGIES INC<br><br>ATTN: BARRY M LASKY ESQ<br>LASKY & STEINBERG PC<br>595 STEWART AVE SUITE 410<br>GARDEN CITY, NY 11530<br><br>Official Claim Date: 11/27/2009 | 60044 | Motors Liquidation Company | $700,750.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$793,000.00  (U)<br>$1,493,750.00  (T) |
| ATLAS TECHNOLOGIES INC<br><br>LASKY & STEINBERG PC<br>ATTN BARRY M LASKY ESQ<br>595 STEWART AVENUE SUITE 410<br>GARDEN CITY, NY 11530<br><br>Official Claim Date: 11/30/2009 | 66709 | Motors Liquidation Company | $700,750.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$793,000.00  (U)<br>$1,493,750.00  (T) | Duplicate Claim | Pgs. 1-4 | ATLAS TECHNOLOGIES INC<br><br>ATTN: BARRY M LASKY ESQ<br>LASKY & STEINBERG PC<br>595 STEWART AVE SUITE 410<br>GARDEN CITY, NY 11530<br><br>Official Claim Date: 11/27/2009 | 60044 | Motors Liquidation Company | $700,750.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$793,000.00  (U)<br>$1,493,750.00  (T) |
| BOONE COUNTY COLLECTOR<br><br>PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT  RM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date: 11/9/2009 | 33226 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$32,665.83  (P)<br>$0.00  (U)<br>$32,665.83  (T) | Duplicate Claim | Pgs. 1-4 | BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT ROOM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date: 11/6/2009 | 20936 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$32,665.83  (P)<br>$0.00  (U)<br>$32,665.83  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BOTETOURT COUNTY<br><br>P O BOX 100<br>FINCASTLE, VA 24090<br><br>Official Claim Date: 11/30/2009 | 68611 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$62,307.45 (P)<br>$0.00 (U)<br>$62,307.45 (T) | Duplicate Claim | Pgs. 1-4 | BOTETOURT COUNTY<br><br>PO BOX 100<br>FINCASTLE, VA 24090<br><br>Official Claim Date: 11/30/2009 | 66282 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$62,307.45 (P)<br>$0.00 (U)<br>$62,307.45 (T) |
| BRUCE KENDALL<br><br>3206 ASCOT LN<br>FALLSTON, MD 21047<br><br>Official Claim Date: 11/24/2009 | 44895 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-4 | BRUCE M KENDALL<br><br>3206 ASCOT LN<br>FALLSTON, MD 21047<br><br>Official Claim Date: 11/23/2009 | 36956 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| BRYAN COUNTY TREASURER<br><br>402 W EVERGREEN<br>DURANT, OK 74701<br><br>Official Claim Date: 11/20/2009 | 65964 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$115.00 (P)<br>$115.00 (U)<br>$230.00 (T) | Duplicate Claim | Pgs. 1-4 | BRYAN COUNTY TREASURER<br><br>402 W EVERGREEN<br>DURANT, OK 74701<br><br>Official Claim Date: 11/20/2009 | 32752 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$115.00 (P)<br>$115.00 (U)<br>$230.00 (T) |
| CAMPBELL, RONNEICE O.<br><br>3100 W POLK ST FL 2<br>CHICAGO, IL 60612<br><br>Official Claim Date: 11/9/2009 | 21753 | Motors Liquidation Company | $7,995.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$7,995.00 (T) | Duplicate Claim | Pgs. 1-4 | CAMPBELL, RONNEICE<br><br>3100 W POLK ST<br>CHICAGO, IL 60612<br><br>Official Claim Date: 11/9/2009 | 21689 | Motors Liquidation Company | $7,995.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$7,995.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CARL BILLETER<br><br>1560 HUNTSHIRE DR<br>HOLT, MI 48842<br><br>Official Claim Date: 11/2/2009 | 18227 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | CARL L BILLETER<br><br>1560 HUNTSHIRE DR<br>HOLT, MI 48842<br><br>Official Claim Date: 11/2/2009 | 18226 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| CARROLL INDEPENDENT SCHOOL DISTRICT<br><br>C/O ELIZABETH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 11/17/2009 | 29530 | Motors Liquidation Company | $2,007.39  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,007.39  (T) | Duplicate Claim | Pgs. 1-4 | CARROLL INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 10/19/2009 | 25491 | Motors Liquidation Company | $2,007.39  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,007.39  (T) |
| CARTER COUNTY TREASURER<br><br>20 B ST SW, STE 104<br>ARDMORE, OK 73401<br><br>Official Claim Date: 11/6/2009 | 25466 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$29.31  (P)<br>$0.00  (U)<br>$29.31  (T) | Duplicate Claim | Pgs. 1-4 | CARTER COUNTY TREASURER<br><br>20 B ST SW STE 104<br>ARDMORE, OK 73401<br><br>Official Claim Date: 11/6/2009 | 20331 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$29.31  (P)<br>$0.00  (U)<br>$29.31  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CASMALIA RESOURCES SITE STEERING COMMITTEE<br><br>C/O MELISSA MURRAY ESQ, BINGHAM MCCUTCHEN LLP<br>2020 K STREET NW<br>WASHINGTON, DC 20006<br><br>Official Claim Date:  11/25/2009 | 51380 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$106,900,000.00  (U)<br>$106,900,000.00  (T) | Duplicate Claim | Pgs. 1-4 | CASMALIA RESOURCES SITE STEERING COMMITTEE<br><br>C/O MILISSA MURRAY ESQ<br>BINGHAM MCCUTCHEN LLP<br>2020 K STREET NW<br>WASHINGTON, DC 20006<br><br>Official Claim Date:  11/25/2009 | 66115 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$106,900,000.00  (U)<br>$106,900,000.00  (T) |
| CASTILLE, JOSEPHINA<br><br>GREGORY MORENO<br>3500 W BEVERLY BLVD<br>MONTEBELLO, CA 90640<br><br>Official Claim Date:  11/25/2009 | 50580 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000,000.00  (U)<br>$15,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | CASTILLE, JOSEPHINA<br><br>GREGORY MORENO<br>3500 W BEVERLY BLVD<br>MONTEBELLO, CA 90640<br>UNITED STATES OF AMERICA<br><br>Official Claim Date:  11/25/2009 | 50576 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000,000.00  (U)<br>$15,000,000.00  (T) |
| CEDRIC JACKSON<br><br>C/O WILLIAM G BUCHHOLZ<br>ATTORNEY FOR CEDRIC JACKSON<br>230 S BEMISTON SUITE 1100<br>CLAYTON, MO 63105<br><br>Official Claim Date:  11/18/2009 | 29109 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$35,000.00  (U)<br>$35,000.00  (T) | Duplicate Claim | Pgs. 1-4 | CEDRIC JACKSON<br><br>C/O WILLIAM G BUCHHOLZ II<br>ATTORNEY FOR CEDRIC JACKSON<br>230 S BEMISTON, SUITE 1100<br>CLAYTON, MO 63105<br><br>Official Claim Date:  11/18/2009 | 29108 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$35,000.00  (U)<br>$35,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CITY OF HASLET<br><br>C/O ELIZABETH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 11/17/2009 | 29539 | Motors Liquidation Company | $3,394.83  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,394.83  (T) | Duplicate Claim | Pgs. 1-4 | CITY OF HASLET<br><br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 10/19/2009 | 25493 | Motors Liquidation Company | $3,394.83  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,394.83  (T) |
| CITY OF LIVONIA MICHIGAN<br><br>DEPARTMENT OF LAW<br>33000 CIVIC CENTER DRIVE<br>LIVONIA, MI 48154<br><br>Official Claim Date: 11/30/2009 | 67128 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,769,541.00  (U)<br>$10,769,541.00  (T) | Duplicate Claim | Pgs. 1-4 | CITY OF LIVONIA MICHIGAN<br><br>DEPARTMENT OF LAW<br>33000 CIVIC CENTER DR<br>LIVONIA, MI 48154<br><br>Official Claim Date: 11/27/2009 | 59021 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,769,541.00  (U)<br>$10,769,541.00  (T) |
| CITY OF NEW HAVEN CITY COLLECTOR<br><br>PO BOX 236<br>NEW HAVEN, MO 63068<br><br>Official Claim Date: 11/20/2009 | 65843 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$35,948.16  (P)<br>$0.00  (U)<br>$35,948.16  (T) | Duplicate Claim | Pgs. 1-4 | CITY OF NEW HAVEN CITY COLLECTOR<br><br>PO BOX 236<br>NEW HAVEN, MO 63068<br><br>Official Claim Date: 11/19/2009 | 30270 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$35,948.16  (P)<br>$0.00  (U)<br>$35,948.16  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CRS SITE GROUP, FOR THE BENEFIT OF ITS MEMBERS<br><br>C/O DOUG MCWILLIAMS & SHERRI DAHL<br>SQUIRE SANDERS & DEMPSEY LLP<br>4900 KEY TOWER, 127 PUBLIC SQUARE<br><br>CLEVELAND, OH 44114<br><br>Official Claim Date: 11/30/2009 | 66662 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$17,000,000.00  (U)<br>$17,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | CRS SITE GROUP, FOR THE BENEFIT OF ITS MEMBERS<br><br>C/O DOUG MCWILLIAMS AND SHERRI DAHL<br>SQUIRE, SANDERS & DEMPSEY, LLP<br>4900 KEY TOWER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114<br><br>Official Claim Date: 11/27/2009 | 60694 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$17,000,000.00  (U)<br>$17,000,000.00  (T) |
| DELPHI AUTOMOTIVE SYSTEMS LLC<br><br>ATTN: JOHN D SHEEHAN<br>5725 DELPHI DR<br>TROY, MI 48098<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/30/2009 | 67323 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$23,490,000.00  (U)<br>$23,490,000.00  (T) | Duplicate Claim | Pgs. 1-4 | DELPHI AUTOMOTIVE SYSTEMS LLC<br><br>ATTN JOHN D SHEEHAN<br>5725 DELPHI DR<br>TROY, MI 48098<br><br>Official Claim Date: 11/30/2009 | 64628 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$23,490,000.00  (U)<br>$23,490,000.00  (T) |
| EFREN NINO ORTIZ INDIVIDUALLY<br><br>ATTN JOSH W HOPKINS<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 11/27/2009 | 59877 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | EFREN NINO ORTIZ, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS<br>SICO,WHITE, HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 6/24/2009 | 233 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ELLIOTT D CHIELPEGIAN TTEE F/T<br><br>ELLIOTT D CHIELPEGIAN APC PSP<br>UTA DTD 3-10-82<br>7485 N WOODSON AVE<br>FRESNO, CA 93711<br><br>Official Claim Date: 11/4/2009 | 19756 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | Duplicate Claim | Pgs. 1-4 | ELLIOTT D CHIELPEGIAN TTEE F/T<br><br>ELLIOTT D CHIELPEGIAN APC PSP<br>UTA DTD 3-10-82<br>7485 N WOODSON AVE<br>FRESNO, CA 93711<br><br>Official Claim Date: 10/23/2009 | 15178 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) |
| EMANUEL JIMENEZ OCANA<br><br>C/O LANGDON & EMISON<br>ATTN ROBERT L LANGDON<br>PO BOX 220 911 MAIN<br>LEXINGTON, MO 64067<br><br>Official Claim Date: 11/24/2009 | 44724 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | EMANUEL JIMENEZ OCANA<br><br>C/O ROBERT L LANGDON<br>LANGDON & EMISON<br>PO BOX 220, 911 MAIN<br>LEXINGTON, MO 64067<br><br>Official Claim Date: 6/29/2009 | 603 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| ENNIS INDEPENDENT SCHOOL DISTRICT<br><br>C/O ELIZABETH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 11/17/2009 | 29532 | Motors Liquidation Company | $363.01  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$363.01  (T) | Duplicate Claim | Pgs. 1-4 | ENNIS INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 10/19/2009 | 25494 | Motors Liquidation Company | $363.01  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$363.01  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ERIBERTO NINO ORTIZ INDIVIDUALLY<br><br>ATTN JOSH W HOPKINS<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 11/27/2009 | 59876 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | ERIBERTO NINO ORTIZ, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS<br>SICO, WHITE, HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 6/24/2009 | 232 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| ESTATE OF CANDELARIA SILLAS<br><br>MORENO BECERRA & CASSILLAS P L C<br>3500 W BEVERLY BLVD<br>MONTEBELLO, CA 90640<br><br>Official Claim Date: 11/25/2009 | 50582 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | ESTATE OF CANDELARIA SILLAS<br><br>MORENO BECERRA & CASILLAS PLC<br>3500 W BEVERLY BLVD<br>MONTEBELLO, CA 90640<br><br>Official Claim Date: 11/25/2009 | 50581 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| FORD, CLAYTON<br><br>C/O HALL & HEYGOOD<br>2605 AIRPORT FWY STE 100<br>FORT WORTH, TX 76111<br><br>Official Claim Date: 11/30/2009 | 64794 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | FORD, CLAYTON<br><br>HALL & HEYGOOD<br>2605 AIRPORT FWY STE 100<br>FORT WORTH, TX 76111<br><br>Official Claim Date: 11/27/2009 | 61168 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 9

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT<br><br>ELIZABETH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 11/24/2009 | 65883 | Motors Liquidation Company | $8,991.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8,991.00  (T) | Duplicate Claim | Pgs. 1-4 | FORT WORTH INDEPENDENT SCHOOL DISTRICT<br><br>ELIZABETH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 11/23/2009 | 65863 | Motors Liquidation Company | $8,991.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8,991.00  (T) |
| FRANCZKOWSKI, NANCY<br><br>C/O EVANS PORTNOY & QUINN<br>36TH FLOOR ONE OXFORD CENTRE, 301 GRANT STREET<br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 11/3/2009 | 19350 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | Duplicate Claim | Pgs. 1-4 | FRANCZKOWSKI, NANCY<br><br>C/O EVANS PORTNOY & QUINN<br>36TH FLOOR ONE OXFORD CENTRE, 301 GRANT STREET<br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 11/2/2009 | 18390 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) |
| FRANKLIN CITY TREASURER<br><br>PO BOX 179<br>FRANKLIN, VA 23851<br><br>Official Claim Date: 10/19/2009 | 17757 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$217.31  (P)<br>$217.31  (U)<br>$434.62  (T) | Duplicate Claim | Pgs. 1-4 | FRANKLIN CITY TREASURER<br><br>PO BOX 179<br>FRANKLIN, VA 23851<br><br>Official Claim Date: 10/19/2009 | 11854 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$217.31  (P)<br>$217.31  (U)<br>$434.62  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GABRIELA NINO HERRERA INDIVIDUALLY<br><br>ATTN JOSH W HOPKINS<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 11/27/2009 | 59262 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | GABRIELA NINO HERRERA, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS<br>SICO, WHITE, HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 6/24/2009 | 223 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| GARY W NYSTEDT (SEP) (IRA)<br><br>17235 5TH AVE NO<br><br>PLYMOUTH, MN 55447<br><br>Official Claim Date: 10/2/2009 | 3034 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$131,560.00  (P)<br>$0.00  (U)<br>$131,560.00  (T) | Duplicate Claim | Pgs. 1-4 | GARY W NYSTEDT (SEP)(IRA)<br><br>GARY W NYSTEDT<br>17235 5TH AVE NO<br>PLYMOUTH, MN 55447<br><br>Official Claim Date: 10/2/2009 | 2634 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$131,560.00  (P)<br>$0.00  (U)<br>$131,560.00  (T) |
| GARY W NYSTEDT (SEP) (IRA)<br><br>17235 5TH AVE NO<br><br>PLYMOUTH, MN 55447<br><br>Official Claim Date: 10/2/2009 | 3037 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$131,560.00  (P)<br>$0.00  (U)<br>$131,560.00  (T) | Duplicate Claim | Pgs. 1-4 | GARY W NYSTEDT (SEP)(IRA)<br><br>GARY W NYSTEDT<br>17235 5TH AVE NO<br>PLYMOUTH, MN 55447<br><br>Official Claim Date: 10/2/2009 | 2634 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$131,560.00  (P)<br>$0.00  (U)<br>$131,560.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GENUS R SCRIVENS<br><br>5356 EASTPORT AVE<br>DAYTON, OH 45417<br><br>Official Claim Date:  11/12/2009 | 23359 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$3,000,000.00  (P)<br>$0.00  (U)<br>$3,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | SCRIVENS, GENUS R<br><br>5356 EASTPORT AVE<br>DAYTON, OH 45427<br><br>Official Claim Date:  11/12/2009 | 23351 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$3,000,000.00  (P)<br>$0.00  (U)<br>$3,000,000.00  (T) |
| HALL, MICHAEL<br><br>SARLES FREY & JOSEPH<br>5800 MAIN STREET<br>WILLIAMSVILLE, NY 14221<br><br>Official Claim Date:  11/23/2009 | 39344 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | HALL, MICHAEL<br><br>5800 MAIN ST<br><br>WILLIAMSVILLE, NY 14221<br><br>Official Claim Date:  11/23/2009 | 39343 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |
| HAROLD MARTIN<br><br>6501 HAZELWOOD AVE<br>BALTIMORE, MD 21237<br><br>Official Claim Date:  11/20/2009 | 33009 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | MARTIN HAROLD E<br><br>6501 HAZELWOOD AVE<br>BALTIMORE, MD 21237<br><br>Official Claim Date:  11/18/2009 | 29732 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JAMES E KETCHEM<br><br>27 MARYLN LN<br><br>HAWK POINT, MO 63349<br><br>Official Claim Date: 10/26/2009 | 15836 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | JAMES E KETCHEM<br><br>C/O EMPLOYEE ATTORNEY<br>ATTN: RADFORD R. RAINES<br>105 CHURCH ST<br>O'FALLON, MO 63366<br><br>Official Claim Date: 10/26/2009 | 15834 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| JAMES LUECKE<br><br>3845 WEST COLLEGE AVE<br>MILWAUKEE, WI 53221<br><br>Official Claim Date: 10/26/2009 | 17724 | Motors Liquidation Company | $125,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$125,000.00  (T) | Duplicate Claim | Pgs. 1-4 | JAMES LUECKE<br><br>3845 WEST COLLEGE AVE<br>MILWAUKEE, WI 53221<br><br>Official Claim Date: 10/16/2009 | 11310 | Motors Liquidation Company | $125,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$125,000.00  (T) |
| JIMSEY WALTON INDIVIDUALLY THE ESTATE OF MICHAEL C<br><br>WALTON AS REPRESENTED BY THE INDEPENDENT EXECUTOR STEVEN L WALTON BRYAN SCOTT WALTON & MICHAEL C WALTON JR<br>C/O MICHAEL J LOWENBERG THE O QUINN LAW FIRM, 440 LOUISIANA STE 2300<br><br>HOUSTON, TX 77002<br><br>Official Claim Date: 11/27/2009 | 61018 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,000,000.00  (U)<br>$8,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | JIMSEY WALTON INDIVIDUALLY THE ESTATE OF MICHAEL C WALTON<br><br>AS REPRESENTED BY THE INDEPENDENT EXECUTOR STEVEN L WALTON BRYAN SCOTT WALTON AND MICHAEL C WALTON JR<br>C/O MICHAEL J LOWENBERG, THE O QUINN LAW FIRM<br>440 LOUISIANA STE 2300<br>HOUSTON, TX 77002<br><br>Official Claim Date: 11/27/2009 | 61017 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,000,000.00  (U)<br>$8,000,000.00  (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JO E ARNOLD<br><br>PO BOX 764<br>MOUNT MORRIS, MI 48458<br><br>Official Claim Date: 11/2/2009 | 18208 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-4 | JO ARNOLD<br><br>PO BOX 764<br>MOUNT MORRIS, MI 48458<br><br>Official Claim Date: 10/26/2009 | 16134 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| JUDITH THOMPSON<br><br>30078 HENNEPIN<br>GARDEN CITY, MI 48135<br><br>Official Claim Date: 10/26/2009 | 16324 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-4 | JUDITH THOMPSON<br><br>30078 HENNEPIN<br>GARDEN CITY, MI 48135<br><br>Official Claim Date: 10/26/2009 | 16323 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| JUDITH THOMPSON<br><br>30078 HENNEPIN<br>GARDEN CITY, MI 48135<br><br>Official Claim Date: 10/26/2009 | 16325 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-4 | JUDITH THOMPSON<br><br>30078 HENNEPIN<br>GARDEN CITY, MI 48135<br><br>Official Claim Date: 10/26/2009 | 16323 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| JULIA G HARTMAN<br><br>412 CLINTON DR<br>GOWER, MO 64454<br><br>Official Claim Date: 11/16/2009 | 27057 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-4 | JULIA G HARTMAN<br><br>412 CLINTON DR<br>GOWER, MO 64454<br><br>Official Claim Date: 11/9/2009 | 21905 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| KEYSTONE AUTOMOTIVES INC<br><br>MAX A MOSELEY JOHNSTON BARTON PROCTOR & ROSE LLP<br>569 BROOKWOOD VILLAGE SUITE 901<br>BIRMINGHAM, AL 35209<br><br>Official Claim Date: 11/25/2009 | 65872 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,935,100.00 (U)<br>$13,935,100.00 (T) | Duplicate Claim | Pgs. 1-4 | KEYSTONE AUTOMOTIVE INC<br><br>MAX A MOSELEY JOHNSTON BARTON PROCTOR & ROSE LLP<br>569 BROOKWOOD VILLAGE SUITE 901<br>BIRMINGHAM, AL 35209<br><br>Official Claim Date: 11/24/2009 | 65869 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,935,100.00 (U)<br>$13,935,100.00 (T) |
| LUMPKIN, MICHAEL R<br><br>FICKLEY R BRUCE LAW OFFICES OF<br>PO BOX 4005<br>ROANOKE, VA 24015<br><br>Official Claim Date: 10/5/2009 | 6985 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$46,116.13 (U)<br>$46,116.13 (T) | Duplicate Claim | Pgs. 1-4 | LUMPKIN, MICHAEL R<br><br>FICKLEY R BRUCE LAW OFFICES OF<br>PO BOX 4005<br>ROANOKE, VA 24015<br><br>Official Claim Date: 10/5/2009 | 4689 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$46,116.13 (U)<br>$46,116.13 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MALINDA CHASE<br><br>6430 LIBERTY VALLEY DR<br>KATY, TX 77449<br><br>Official Claim Date:  11/23/2009 | 36151 | Motors Liquidation Company | $4,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000.00  (U)<br>$8,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MALINDA CHASE<br><br>6430 LIBERTY VALLEY DR<br>KATY, TX 77449<br><br>Official Claim Date:  11/23/2009 | 36150 | Motors Liquidation Company | $4,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000.00  (U)<br>$8,000.00  (T) |
| MALINDA CHASE<br><br>6430 LIBERTY VALLEY DR<br>KATY, TX 77449<br><br>Official Claim Date:  11/23/2009 | 36152 | Motors Liquidation Company | $4,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000.00  (U)<br>$8,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MALINDA CHASE<br><br>6430 LIBERTY VALLEY DR<br>KATY, TX 77449<br><br>Official Claim Date:  11/23/2009 | 36150 | Motors Liquidation Company | $4,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000.00  (U)<br>$8,000.00  (T) |
| MALINDA CHASE<br><br>6430 LIBERTY VALLEY DR<br>KATY, TX 77449<br><br>Official Claim Date:  11/23/2009 | 36153 | Motors Liquidation Company | $4,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000.00  (U)<br>$8,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MALINDA CHASE<br><br>6430 LIBERTY VALLEY DR<br>KATY, TX 77449<br><br>Official Claim Date:  11/23/2009 | 36150 | Motors Liquidation Company | $4,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000.00  (U)<br>$8,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MANSFIELD INDEPENDENT SCHOOL DISTRICT<br><br>C/O ELIZABETH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 11/17/2009 | 29531 | Motors Liquidation Company | $689.63  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$689.63  (T) | Duplicate Claim | Pgs. 1-4 | MANSFIELD INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 10/19/2009 | 25492 | Motors Liquidation Company | $689.63  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$689.63  (T) |
| MARIA DE LA LUZ REYES INVIDUALLY<br><br>ATTN JOSH W HOPKINS<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 11/27/2009 | 58936 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MARIA DE LA LUZ REYES, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS<br>SICO, WHITE, HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 6/24/2009 | 220 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| MARIA ESTELA MARQUEZ, INDIVIDUALLY<br><br>ATTN JOSH W HOPKINS<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 11/27/2009 | 59261 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MARIA ESTELA MARQUEZ, INDIVIDUALLY<br><br>ATTN: JOSH W HOPKINS<br>SICO, WHITE, HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 6/24/2009 | 235 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MARIANNE TROMPETER<br><br>OFTERDINGENSTRASSE 61<br>D 45279 ESSEN<br>D 45279 ESSEN, GERMANY<br>GERMANY<br><br>Official Claim Date: 10/14/2009 | 14910 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,821.40  (U)<br>$12,821.40  (T) | Duplicate Claim | Pgs. 1-4 | MARIANNE TROMPETER<br><br>OFTERDINGENSTRASSE 61<br>D 45279 ESSEN GERMANY<br><br>GERMANY<br><br>Official Claim Date: 10/8/2009 | 6787 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,821.40  (U)<br>$12,821.40  (T) |
| MATHIS PAUL C<br><br>42416 BROWNSTONE DR<br>NOVI, MI 48377<br><br>Official Claim Date: 11/9/2009 | 25470 | Motors Liquidation Company | $428,448.71  (S)<br>$0.00  (A)<br>$428,448.71  (P)<br>$428,448.71  (U)<br>$1,285,346.13  (T) | Duplicate Claim | Pgs. 1-4 | MATHIS PAUL C<br><br>42416 BROWNSTONE DR<br>NOVI, MI 48377<br><br>Official Claim Date: 10/19/2009 | 14936 | Motors Liquidation Company | $428,448.71  (S)<br>$0.00  (A)<br>$428,448.71  (P)<br>$428,448.71  (U)<br>$1,285,346.13  (T) |
| MAYRA RUBI JIMENEZ OCANA<br><br>C/O LANGDON & EMISON<br>ATTN ROBERT L LANGDON<br>PO BOX 220 911 MAIN<br>LEXINGTON, MO 64067<br><br>Official Claim Date: 11/24/2009 | 44727 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MAYRA RUBI JIMENEZ OCANA<br><br>C/O ROBERT L LANGDON<br>LANGDON & EMISON<br>P O BOX 220, 911 MAIN<br>LEXINGTON, MO 64067<br><br>Official Claim Date: 6/29/2009 | 601 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MILKA MICHAJLOV<br><br>BEHRINGWEG 5<br>RINTELN 31737 GERMANY<br>GERMANY<br><br>Official Claim Date: 11/23/2009 | 37633 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$28,309.00  (U)<br>$28,309.00  (T) | Duplicate Claim | Pgs. 1-4 | MILKA MICHAJLOV<br><br>BEHRINGWEG 5<br>RINTELN 31737 GERMANY<br>GERMANY<br><br>Official Claim Date: 11/23/2009 | 37632 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$28,309.00  (U)<br>$28,309.00  (T) |
| MONTROSE CHEVROLET CADILLAC<br><br>C/O MICHAEL THOMPSON<br>1127 W MAIN ST<br>KENT, OH 44240<br><br>Official Claim Date: 11/17/2009 | 28387 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,776,939.00  (U)<br>$9,776,939.00  (T) | Duplicate Claim | Pgs. 1-4 | MONTROSE CHEVROLET<br><br>1127 W MAIN ST<br>KENT, OH 44240<br><br>Official Claim Date: 11/17/2009 | 28385 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,776,939.00  (U)<br>$9,776,939.00  (T) |
| MORRIS HORWITZ<br><br>ANNABELLE HORWITZ<br>810 AUDUBON WAY<br>UNIT HP307<br>LINCOLNSHIRE, IL 60069<br><br>Official Claim Date: 10/8/2009 | 6113 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | MORRIS HORWITZ<br><br>ANNABELLE HORWITZ<br>810 AUDUBON WAY UNIT HP307<br><br>LINCOLNSHIRE, IL 60069<br><br>Official Claim Date: 10/8/2009 | 6112 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MS SARAHJUAN GILVARY<br><br>ERIC G ZAJAC ESQUIRE<br>ZAJAC & ARIAS, LLC<br>1818 MARKET ST 30TH FLR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date: 11/18/2009 | 33195 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MS SARAHJUAN GILVARY<br><br>ATTN: ERIC G ZAJAC, ESQUIRE<br>ZAJAC & ARIAS, LLC<br>1818 MARKET ST, 30TH FLOOR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date: 6/24/2009 | 227 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| NIDEC MOTORS & ACTUATORS<br><br>ATTN DAVID M EISENBERG, ESQ<br>ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN<br>400 GALLERIA OFFICENTRE, STE 444<br>SOUTHFIELD, MI 48034<br><br>Official Claim Date: 8/31/2009 | 1250 | Motors Liquidation Company | $0.00  (S)<br>$100,000.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$100,000.00  (T) | Duplicate Claim | Pgs. 1-4 | NIDEC MOTORS & ACTUATORS<br><br>C/O DAVID M EISENBERG, ESQ<br>ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN<br>400 GALLERIA OFFICENTRE, STE 444<br>SOUTHFIELD, MI 48034<br><br>Official Claim Date: 8/28/2009 | 1233 | Motors Liquidation Company | $0.00  (S)<br>$100,000.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$100,000.00  (T) |
| NOTHWEHR MEAGHAN<br><br>ATTN: THOMAS G SIRACUSA<br>C/O POWER ROGERS & SMITH<br>70 W MADISON ST STE 550<br>CHICAGO, IL 60602<br><br>Official Claim Date: 11/24/2009 | 43330 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | NOTHWEHR MEAGHAN<br><br>ATTN: THOMAS G SIRACUSA<br>C/O POWER ROGERS & SMITH<br>70 WEST MADISON STREET SUITE 5500<br>CHICAGO, IL 60602<br><br>Official Claim Date: 11/24/2009 | 43329 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NOTHWEHR, MEAGHAN<br><br>ATTN: THOMAS G SIRACUSA<br>C/O POWER ROGERS & SMITH<br>70 W MADISON ST STE 550<br>CHICAGO, IL 60602<br><br>Official Claim Date: 11/24/2009 | 43331 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | NOTHWEHR MEAGHAN<br><br>ATTN: THOMAS G SIRACUSA<br>C/O POWER ROGERS & SMITH<br>70 WEST MADISON STREET SUITE 5500<br>CHICAGO, IL 60602<br><br>Official Claim Date: 11/24/2009 | 43329 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000,000.00  (U)<br>$25,000,000.00  (T) |
| NUNEZ, JOEL TORRES<br><br>MORENO BECERRA & GUERRERO PLC<br>3500 W BEVERLY BLVD<br>MONTEBELLO, CA 90640<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/25/2009 | 50579 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | NUNEZ, JOEL TORRES<br><br>MORENO BECERRA & GUERRERO P.L.C.<br>3500 W BEVERLY BLVD<br>MONTEBELLO, CA 90640<br><br>Official Claim Date: 11/25/2009 | 50578 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| PAUL C MATHIS<br><br>42416 BROWNSTONE DR<br>NOVI, MI 48377<br><br>Official Claim Date: 11/3/2009 | 25469 | Motors Liquidation Company | $428,448.71  (S)<br>$0.00  (A)<br>$428,448.71  (P)<br>$0.00  (U)<br>$856,897.42  (T) | Duplicate Claim | Pgs. 1-4 | PAUL C MATHIS<br><br>42416 BROWNSTONE DR<br>NOVI, MI 48377<br><br>Official Claim Date:  8/13/2009 | 1343 | Motors Liquidation Company | $428,448.71  (S)<br>$0.00  (A)<br>$428,448.71  (P)<br>$0.00  (U)<br>$856,897.42  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| PEDRO NINO ORTIZ INDIVIDUALLY<br><br>ATTN JOSH W HOPKINS<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/27/2009 | 59653 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,000,000.00   (U)<br>$1,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | PEDRO NINO ORTIZ, INDIVIDUALLY<br><br>ATTN:  JOSH W HOPKINS<br>SICO, HOPKINS, HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date: 6/24/2009 | 240 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,000,000.00   (U)<br>$1,000,000.00   (T) |
| PEREZ, KARINA<br><br>MORENO BECERRA & GUERRERO P.L.C.<br>3500 W BEVERLY BLVD<br>MONTEBELLO, CA 90640<br><br>Official Claim Date: 11/25/2009 | 50583 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000,000.00   (U)<br>$10,000,000.00   (T) | Duplicate Claim | Pgs. 1-4 | PEREZ, KARINA<br><br>MORENO BECERRA & GUERRERO PLC<br>3500 W BEVERLY BLVD<br>MONTEBELLO, CA 90640<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/25/2009 | 50575 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000,000.00   (U)<br>$10,000,000.00   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| POLK COUNTY COLLECTOR<br><br>102 E BROADWAY ST STE 6<br>BOLIVAR, MO 65613<br><br>Official Claim Date: 11/9/2009 | 21246 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$1,638.97  (P)<br>$0.00  (U)<br>$1,638.97  (T) | Duplicate Claim | Pgs. 1-4 | POLK COUNTY COLLECTOR<br><br>102 E BROADWAY ST STE 6<br>BOLIVAR, MO 65613<br><br>Official Claim Date: 11/9/2009 | 21245 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$1,638.97  (P)<br>$0.00  (U)<br>$1,638.97  (T) |
| POLK COUNTY COLLECTOR<br><br>102 E BROADWAY ST STE 6<br>BOLIVAR, MO 65613<br><br>Official Claim Date: 11/9/2009 | 21247 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$1,638.97  (P)<br>$0.00  (U)<br>$1,638.97  (T) | Duplicate Claim | Pgs. 1-4 | POLK COUNTY COLLECTOR<br><br>102 E BROADWAY ST STE 6<br>BOLIVAR, MO 65613<br><br>Official Claim Date: 11/9/2009 | 21245 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$1,638.97  (P)<br>$0.00  (U)<br>$1,638.97  (T) |
| QEK GLOBAL SOLUTIONS (US), INC<br><br>ATTN DAVID B AARONSON<br>DRINKER BIDDLE & REATH LLP<br>ONE LOGAN SQUARE, 18TH & CHERRY STREETS<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date: 7/17/2009 | 644 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | QEK GLOBAL SOLUTIONS (US), INC<br><br>ATTN DAVID B AARONSON<br>DRINKER BIDDLE & REATH LLP<br>ONE LOGAN SQUARE, 18TH & CHERRY STREETS<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date: 7/17/2009 | 645 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RICHARD MEISELMAN<br><br>350 EAST HARRISON ST<br>LONG BEACH, NY 11561<br><br>Official Claim Date: 10/28/2009 | 17275 | Motors Liquidation Company | $122,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$122,000.00  (T) | Duplicate Claim | Pgs. 1-4 | RICHARD MEISELMAN<br><br>350 E HARRISON ST<br>LONG BEACH, NY 11561<br><br>Official Claim Date: 10/13/2009 | 9163 | Motors Liquidation Company | $122,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$122,000.00  (T) |
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br><br>C/O ELIZABETH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 11/17/2009 | 29533 | Motors Liquidation Company | $3,084.79  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,084.79  (T) | Duplicate Claim | Pgs. 1-4 | RICHARDSON INDEPENENT SCHOOL DISTRICT<br><br>ATTN: ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINGS & MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date: 10/19/2009 | 25487 | Motors Liquidation Company | $3,084.79  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,084.79  (T) |
| RITA C AKINS<br><br>8542 NICHOLS RD<br>FLUSHING, MI 48433<br><br>Official Claim Date: 10/19/2009 | 12176 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | RITA AKINS<br><br>8542 NICHOLS RD<br>FLUSHING, MI 48433<br><br>Official Claim Date: 10/19/2009 | 12175 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RIVERSIDE COUNTY TAX COLLECTOR<br><br>ATTN ISMAEL O VARGAS<br>4080 LEMON ST 4TH FL<br>RIVERSIDE, CA 92501<br><br>Official Claim Date: 10/9/2009 | 7498 | Motors Liquidation Company | $1,026.17  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,026.17  (T) | Duplicate Claim | Pgs. 1-4 | RIVERSIDE COUNTY TAX COLLECTOR<br><br>ATTN ISMAEL O VARGAS<br>4080 LEMON ST 4TH FL<br>RIVERSIDE, CA 92501<br><br>Official Claim Date: 10/9/2009 | 7497 | Motors Liquidation Company | $1,026.17  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,026.17  (T) |
| ROLAND AND MARGRIT BISCHOFF<br><br>SONNENWENDSTR 38<br>67098 BAD DURKHEIM<br>GERMANY<br>GERMANY<br><br>Official Claim Date: 10/5/2009 | 3510 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | ROLAND AND MARGRIT BISCHOFF<br><br>SONNENWENDSTR 38<br>67098 BAD DURKHEIM<br>GERMANY<br>GERMANY<br><br>Official Claim Date: 10/5/2009 | 3509 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| RON SIMON<br><br>SIMON & LUKE LLP<br>2929 ALLEN PARKWAY<br>42ND FLOOR<br>HOUSTON, TX 77019<br><br>Official Claim Date: 11/19/2009 | 30093 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | RON SIMON<br><br>SIMON AND LUKE LLP<br>2929 ALLEN PARKWAY<br>42ND FLOOR<br>HOUSTON, TX 77019<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/19/2009 | 30092 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SAERI CRISTEL JIMENEZ OCANA<br><br>C/O LANGDON & EMISON<br>ATTN ROBERT L LANGDON<br>PO BOX 220 911 MAIN<br>LEXINGTON, MO 64067<br><br>Official Claim Date: 11/24/2009 | 44726 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | SAERI CRISTEL JIMENEZ OCANA<br><br>C/O ROBERT L LANGDON<br>LANGDON & EMISON<br>P O BOX 220, 911 MAIN<br>LEXINGTON, MO 64067<br><br>Official Claim Date:  6/29/2009 | 602 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| SANDRA AHAUS IRA<br><br>SANDRA AHAUS<br>10548 PENN AVE SO<br>BLOOM, MN 55431<br><br>Official Claim Date: 10/2/2009 | 2632 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$22,880.00  (P)<br>$0.00  (U)<br>$22,880.00  (T) | Duplicate Claim | Pgs. 1-4 | SANDRA AHAUS IRA<br><br>SANDRA AHAUS<br>10548 PENN AVE SO<br>BLOOMINGTON, MN 55431<br><br>Official Claim Date:  10/2/2009 | 3033 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$22,880.00  (P)<br>$0.00  (U)<br>$22,880.00  (T) |
| SCHOENL, KEVIN M<br><br>CELLINO & BARNES PC<br>16 E MAIN ST STE 6<br><br>ROCHESTER, NY 14614<br><br>Official Claim Date: 10/9/2009 | 7513 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | SCHOENL KEVIN M<br><br>SCHOENL, CONNIE<br>CELLINO & BARNES PC<br>16 WEST MAIN STREET 6TH FLOOR<br>ROCHESTER, NY 14614<br><br>Official Claim Date:  10/9/2009 | 7553 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SCREVEN COUNTY TAX COMMISSIONER<br><br>PO BOX 86<br>SYLVANIA, GA 30467<br><br>Official Claim Date: 11/2/2009 | 18541 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$252.57  (P)<br>$0.00  (U)<br>$252.57  (T) | Duplicate Claim | Pgs. 1-4 | SCREVEN COUNTY TAX COMMISSIONER<br><br>PO BOX 86<br>SYLVANIA, GA 30467<br><br>Official Claim Date: 10/30/2009 | 21019 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$252.57  (P)<br>$0.00  (U)<br>$252.57  (T) |
| SERRA CHEVROLET INC<br><br>MAX A MOSELEY JOHNSTON BARTON PROCTOR & ROSE LLP<br>569 BROOKWOOD VILLAGE SUITE 901<br>BIRMINGHAM, AL 35209<br><br>Official Claim Date: 11/25/2009 | 65871 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,950,800.00  (U)<br>$1,950,800.00  (T) | Duplicate Claim | Pgs. 1-4 | SERRA CHEVROLET INC<br><br>MAX A MOSELEY JOHNSTON BARTON PROCTOR & ROSE LLP<br>569 BROOKWOOD VILLAGE SUITE 901<br>BIRMINGHAM, AL 35209<br><br>Official Claim Date: 11/25/2009 | 65870 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,950,800.00  (U)<br>$1,950,800.00  (T) |
| SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN 38101<br><br>Official Claim Date: 6/22/2009 | 515 | Motors Liquidation Company | $8.56  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8.56  (T) | Duplicate Claim | Pgs. 1-4 | SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN 38101<br><br>Official Claim Date: 6/22/2009 | 514 | Motors Liquidation Company | $8.56  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8.56  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Seventh Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ST BENOIT PRIVATE MANAGEMENT SA<br><br>38 AVENUE DE LA FAIENCERIE<br>L-1510 LUXEMBOURG<br>LUXEMBOURG<br><br>Official Claim Date: 11/30/2009 | 64585 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$33,579,496.18  (U)<br>$33,579,496.18  (T) | Duplicate Claim | Pgs. 1-4 | ST BENOIT PRIVATE MANAGEMENT SA<br><br>38 AVENUE DE LA FAIENCERIE<br>L-1510 LUXEMBOURG<br>LUXEMBOURG<br><br>Official Claim Date: 11/30/2009 | 64433 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$33,579,496.18  (U)<br>$33,579,496.18  (T) |
| SYLVIA MILLER<br><br>7327 CREEK VIEW CIR<br>W BLOOMFIELD, MI 48322<br><br>Official Claim Date: 10/13/2009 | 9231 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$119,998.00  (U)<br>$119,998.00  (T) | Duplicate Claim | Pgs. 1-4 | SYLVIA MILLER<br><br>7327 CREEK VIEW CIRCLE<br>WEST BLOOMFIELD, MI 48322<br><br>Official Claim Date: 10/13/2009 | 9230 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$119,998.00  (U)<br>$119,998.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TAX COLLECTOR, SANTA ROSA COUNTY<br><br>ATTN:  DELINQUINT TAX DEPARTMENT<br>P O BOX 7100<br>MILTON, FL 32572<br><br>Official Claim Date:  7/10/2009 | 561 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | TAX COLLECTOR SANTA ROSA COUNTY<br><br>ATTN: DELINQUENT TAX DEPT<br>PO BOX 7100<br>MILTON, FL 32572<br><br>Official Claim Date:  6/26/2009 | 355 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| TAX COLLECTOR, SANTA ROSA COUNTY<br><br>ATTN: DELINQUENT TAX DEPARTMENT<br>P O BOX 7100<br>MILTON, FL 32572<br><br>Official Claim Date:  7/10/2009 | 562 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | TAX COLLECTOR SANTA ROSA COUNTY<br><br>ATTN: DELINQUENT TAX DEPT<br>PO BOX 7100<br>MILTON, FL 32572<br><br>Official Claim Date:  6/26/2009 | 356 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| TERRANCE J TICHY<br><br>C/O RICHARD L. DEMSEY CO., LPA<br>1350 EUCLID AVE, SUITE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date:  11/16/2009 | 27070 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500,000.00  (U)<br>$2,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | TERRANCE J TICHY<br><br>C/O RICHARD L. DEMSEY CO., LPA<br>1350 EUCLID AVENUE, SUITE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date:  11/16/2009 | 27068 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500,000.00  (U)<br>$2,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| THE HORACE MANN COMPANIES A/S/O DEBRA BLACKWELDER<br><br>DOUGLAS, KNIGHT & ASSOCIATES, INC<br>PO BOX 10517<br>BRADENTON, FL 34282<br><br>Official Claim Date: 11/13/2009 | 33275 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,012.93  (U)<br>$4,012.93  (T) | Duplicate Claim | Pgs. 1-4 | THE HORACE MANN COMPANIES A/S/O DEBRA BLACKWELDER<br><br>DOUGLAS, KNIGHT & ASSOCIATES INC.<br>PO BOX 10517<br>BRADENTON, FL 34282<br><br>Official Claim Date: 11/12/2009 | 23426 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,012.93  (U)<br>$4,012.93  (T) |
| THE HORACE MANN COMPANIES A/S/O MARK KAOBEL<br><br>C/O THE AUDIT GROUP, INC<br>PO BOX 10539<br>BRADENTON, FL 34282<br><br>Official Claim Date: 11/13/2009 | 33237 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,661.20  (U)<br>$7,661.20  (T) | Duplicate Claim | Pgs. 1-4 | THE HORACE MANN COMPANIES A/S/O MARK KAOBEL<br><br>THE AUDIT GROUP INC<br>PO BOX 10539<br>BRADENTON, FL 34282<br><br>Official Claim Date: 11/12/2009 | 23222 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,661.20  (U)<br>$7,661.20  (T) |
| THOMAS BROWN<br><br>3202 BRYNMAWR PL<br>FLINT, MI 48504<br><br>Official Claim Date: 10/21/2009 | 14221 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | THOMAS C BROWN<br><br>3202 BRYNMAWR PL<br>FLINT, MI 48504<br><br>Official Claim Date: 10/21/2009 | 14219 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TIFFANY WOMER<br><br>C/O LAW OFFICE OF DONALD D ZUCCARELLO<br>3209 WEST END AVENUE<br>NASHVILLE, TN 37203<br><br>Official Claim Date: 11/10/2009 | 33209 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$100,000.00  (P)<br>$0.00  (U)<br>$100,000.00  (T) | Duplicate Claim | Pgs. 1-4 | TIFFANY WOMER<br><br>C/O LAW OFFICE OF DONALD D ZUCCARELLO<br>3209 WEST END AVENUE<br>NASHVILLE, TN 37203<br><br>Official Claim Date: 11/10/2009 | 22612 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$100,000.00  (P)<br>$0.00  (U)<br>$100,000.00  (T) |
| TK HOLDINGS INC<br><br>DON A SCHIEMANN ESQ<br>TK HOLDINGS INC<br>2500 TAKATA DRIVE<br>AUBURN HILLS, MI 48326<br><br>Official Claim Date: 11/30/2009 | 65809 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | TK HOLDINGS INC<br><br>DON A SCHIEMANN ESQ<br>TK HOLDINGS INC<br>2500 TAKATA DRIVE<br>AUBURN HILLS, MI 48326<br><br>Official Claim Date: 11/25/2009 | 46189 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| TK HOLDINGS INC<br><br>DON A SCHIEMANN ESQ<br>TK HOLDINGS INC<br>2500 TAKATA DRIVE<br>AUBURN HILLS, MI 48326<br><br>Official Claim Date: 11/25/2009 | 46187 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | TK HOLDINGS INC<br><br>DON A SCHIEMANN ESQ<br>TK HOLDINGS INC<br>2500 TAKATA DRIVE<br>AUBURN HILLS, MI 48326<br><br>Official Claim Date: 11/24/2009 | 65810 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TOWN OF GUILFORD<br><br>31 PARK ST<br>GUILFORD, CT 06437<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 10/5/2009 | 4238 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | TOWN OF GUILFORD<br><br>31 PARK ST<br>GUILFORD, CT 06437<br><br>Official Claim Date: 10/5/2009 | 3171 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| TOWN OF GUILFORD<br><br>31 PARK ST<br>GUILFORD, CT 06437<br><br>Official Claim Date: 10/5/2009 | 6972 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | TOWN OF GUILFORD<br><br>31 PARK ST<br>GUILFORD, CT 06437<br><br>Official Claim Date: 10/5/2009 | 3171 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| UNIVAR USA INC<br><br>GARVEY SCHUBERT BARER<br>1191 SECOND AVENUE<br>18TH FLOOR<br>SEATTLE, WA 98101<br><br>Official Claim Date: 12/1/2009 | 67653 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | UNIVAR USA INC<br><br>C/O LESLIE R SCHENCK<br>GARVEY SCHUBERT BARER<br>1191 2ND AVE  18TH FL<br>SEATTLE, WA 98101<br><br>Official Claim Date: 11/30/2009 | 64813 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000,000.00  (U)<br>$30,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| VAN TONGERLOO, ROBERT J<br><br>64245 TIPPERARY DR<br>WASHINGTON, MI 48095<br><br>Official Claim Date: 10/7/2009 | 5747 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | VAN TONGERLOO, ROBERT JON<br><br>64245 TIPPERARY DR<br>WASHINGTON, MI 48095<br><br>Official Claim Date: 10/7/2009 | 5746 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| VANESSA HICKS<br><br>3719 EVERGREEN PKWY<br>FLINT, MI 48503<br><br>Official Claim Date: 11/9/2009 | 21625 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | VANESSA M HICKS<br><br>3719 EVERGREEN PKWY<br>FLINT, MI 48503<br><br>Official Claim Date: 11/9/2009 | 21624 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| WARREN COUNTY COLLECTOR<br><br>ATTN: LINDA STUDE<br>105 S MARKET ST<br>WARRENTON, MO 63383<br><br>Official Claim Date: 10/26/2009 | 21013 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$66.95  (P)<br>$0.00  (U)<br>$66.95  (T) | Duplicate Claim | Pgs. 1-4 | WARREN COUNTY COLLECTOR<br><br>LINDA STUDE<br>105 S MARKET ST<br>WARRENTON, MO 63383<br><br>Official Claim Date: 10/22/2009 | 14529 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$66.95  (P)<br>$0.00  (U)<br>$66.95  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventh Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WILLIAMSON COUNTY TRUSTEE<br><br>C/O YOST ROBERTSON NOWAK PLLC<br>WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS<br>PO BOX 681346<br>FRANKLIN, TN 37068<br><br>Official Claim Date: 9/28/2009 | 1572 | Motors Liquidation Company | $6.00  (S)<br>$0.00  (A)<br>$6.00  (P)<br>$0.00  (U)<br>$12.00  (T) | Duplicate Claim | Pgs. 1-4 | WILLIAMSON COUNTY TRUSTEE<br><br>C/O YOST ROBERTSON NOWAK PLLC<br>WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS<br>PO BOX 681346<br>FRANKLIN, TN 37068<br><br>Official Claim Date: 9/28/2009 | 1578 | Motors Liquidation Company | $6.00  (S)<br>$0.00  (A)<br>$6.00  (P)<br>$0.00  (U)<br>$12.00  (T) |
| YADIRA ERICA SALCIDO MEDRANO<br><br>WIGINGTON RUMLEY DUNN, LLP<br>800 N SHORELINE BLVD<br>14TH FLOOR, SOUTH TOWER<br>CORPUS CHRISTI, TX 78401<br><br>Official Claim Date: 11/19/2009 | 30249 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | YADIRA ERICA SALCIDO MEDRANO<br><br>WIGINGTON RUMLEY DANN, LLP<br>800 N SHORELINE BLVD<br>14TH FLOOR, SOUTH TOWER<br>CORPUS CHRIST, TX 78401<br><br>Official Claim Date: 11/19/2009 | 30248 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) |
| **Claims to be Disallowed and Expunged Totals** | 100 | | $6,215,559.86  (S)<br>$100,000.00  (A)<br>$4,377,783.94  (P)<br>$421,382,575.86  (U)<br>$432,075,919.66  (T) | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.