---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :        09-50026 (REG)
       f/k/a General Motors Corp., et al.   :
                                    :
                  Debtors.          :        (Jointly Administered)
                                    :
------------------------------------------------------------x
```

<u>**NOTICE OF DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims with Insufficient Documentation)**

**PLEASE TAKE NOTICE** that on January 7, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their eighth omnibus objection to claims (the "**Debtors' Eighth Omnibus**

**Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the Debtors' Eighth

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **February 10, 2010 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE OF EIGHTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors'

Eighth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn:  Ted Stenger); (iii) General Motors, LLC, 300 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

DC 20220 (Attn:  Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff,

Esq., and Gregory G. Plotko, Esq.); (viii) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana

G. Adams, Esq.); and (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third

Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.),

so as to be received no later than **February 3, 2010 at 4:00 p.m. (Eastern Time)** (the

"**Response Deadline**").

        **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' Eighth Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Debtors' Eighth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.


Dated: New York, New York
      January 7, 2010

                            /s/ Joseph H. Smolinsky
                            Harvey R. Miller
                            Stephen Karotkin
                            Joseph H. Smolinsky
                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Debtors
                            and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                        :
In re                                   :       Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :       09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                        :
                        Debtors.        :       (Jointly Administered)
                                        :
-------------------------------------------------------------x
```

## DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ATTACHED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

### Relief Requested

1.     The Debtors file this eighth omnibus objection to claims (the "**Eighth

Omnibus Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's orders (i) approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket

No. 4180]; and (ii) establishing the deadline for filing proofs of claim against four of the Debtors

(the "**Initial Debtors**")[1] and the procedures relating to the filing of proofs of claim (the "**Bar

Date Order**") [Docket No. 4079], seeking entry of an order disallowing and expunging the

claims listed on **Exhibit A** annexed hereto.[2]

2.     The Debtors have examined the proofs of claim identified on Exhibit A

and have made every effort to ascertain the validity of the respective claim.  After careful review,

the Debtors have determined that the proofs of claim listed under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Claims with Insufficient Documentation**") fail

to provide sufficient documentation to ascertain the validity of the respective claims.  Pursuant to

---

[1]     The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation) Case No. 09-50026, MLCS, LLC (f/k/a Saturn, LLC) Case No. 09-50027, MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) Case No. 09-50028, and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) Case No. 09-13558.

[2]     Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Bar Date Order, the

Debtors seek entry of an order disallowing and expunging from the claims register the Claims

with Insufficient Documentation.  Further, the Debtors reserve all their rights to object on any

other basis to any Claims with Insufficient Documentation as to which the Court does not grant

the relief requested herein.

### Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

4.      On June 1, 2009, the Initial Debtors each commenced voluntary cases

under chapter 11 of the Bankruptcy Code, and on October 9, 2009, two additional Debtors (the

"**Realm/Encore Debtors**")[3] each commenced voluntary cases under chapter 11 of the

Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under

Case Number 09-50026 (REG).  On September 15, 2009, the Initial Debtors filed their schedules

of assets and liabilities and statements of financial affairs, which were amended on October 4,

2009.  On October 15, 2009, the Realm/Encore Debtors filed their schedules of assets and

liabilities and statements of financial affairs.

5.      On September 16, 2009, this Court entered the Bar Date Order

establishing November 30, 2009, as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010, as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

---

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., Case No. 09-50029 and Environmental Corporate Remediation Company, Inc., Case No. 09-50030.

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010, as the deadline to file proofs of claim).

6.    Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Initial Debtors, among other things, to file omnibus objections to no more

than 100 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007

and those additional grounds set forth in the Procedures Order.  The claimants that are listed in

Exhibit A have all filed claims against the Initial Debtors.

### The Relief Requested Should Be Approved by the Court

7.    A proof of claim *must* "set forth the facts necessary to support the claim"

for it to receive the prima facie validity accorded under the Bankruptcy Rules.  *In re Chain*, 255

B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28

(Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (B.A.P.

9th Cir. 1995), aff'd , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-

74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

8.    The Claims with Insufficient Documentation fall far short of the standard

unambiguously required in the Bar Date Order.  Indeed, the Bar Date Order, requires, among

other things, that a proof of claim must "set forth with specificity the legal and factual basis for

the alleged [c]laim [and] include supporting documentation or an explanation as to why such

documentation is not available.  Bar Date Order at 2.[4]

---

[4]    Notices of the Bar Date Order contained express references to this requirement.

9.        The Debtors have examined the proofs of claim identified on Exhibit A, and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" do not include sufficient documentation to ascertain the nature or validity of these claims.  Thus, the Debtors request that the Court disallow and expunge in their entirety the Claims with Insufficient Documentation.

### **Notice**

10.       Notice of this Motion has been provided to each claimant listed on Exhibit A and parties in interest in accordance with the Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 3, 2009 [Docket No. 3629].  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

11.       No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
       January 7, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                               :

In re                         :        **Chapter 11 Case No.**
                               :

**MOTORS LIQUIDATION COMPANY, *et al.*,**  :      **09-50026 (REG)**
     **f/k/a General Motors Corp., *et al.***  :
                               :

                 **Debtors.**       :        **(Jointly Administered)**
                               :
------------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims with Insufficient Documentation)**

Upon the eighth omnibus objection to claims, dated January 7, 2010 (the

"**Debtors' Eighth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy**

**Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking

entry of an order disallowing and expunging the Claims with Insufficient Documentation on the

grounds that such claims fail to provide sufficient documentation to ascertain the validity of the

claim, all as more fully described in the Eighth Omnibus Objection to Claims; and due and

proper notice of the Eighth Omnibus Objection to Claims having been provided, and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the Eighth Omnibus Objection to Claims is in the best interests of the

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' Eighth Omnibus Objection to Claims.

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Eighth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Eighth Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit A** annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "**Claims with Insufficient Documentation**") are disallowed and expunged

from the claims registry; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit A annexed to the Eighth Omnibus Objection

to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or

expunged pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
     _____, 2010

_____
United States Bankruptcy Judge

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| AASI CUST OF IRA FBO<br>GEORGE M KAMENITSA<br>6715 FREDMOOR DR<br>TROY, MI 48098 | 10467 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| AASI CUST OF IRA FBO<br>JACK DOBBS<br>8317 39TH AVE N<br>NEW HOPE, MN 55427 | 11399 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| AASI CUST OF IRA FBO<br>SUZANNE M. BARKLEY<br>11131 KOLINA LANE<br>SUN CITY, AZ 85351 | 16029 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$6,252.00  (P)<br>$0.00  (U)<br>$6,252.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ALCOCER, JOSEPH<br>PO BOX 88<br>PIRU, CA 93040 | 8297 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ALICE V HOWARD<br>3170  WEILACHER DR<br>WARREN, OH 44481 | 6408 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ANTONIO PARATORE<br>SQUARE CLAIR-MATIN 32<br>CH- 1213 PETIT-LANCY SWITZERLAND<br>SWITZERLAND | 14350 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| BENETTA M WASHINIFSKY 4287 N HILL DR HOLLY, MI 48442 | 7443 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| BERNARD FRIDRICK (DECEASED) ATTN: JOHN S FRIDRICK 5329 KARAFIT ROAD CELINA, OH 45822 | 5008 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| BILL A GASPER 189 HILLSIDE AVE ROANOKE, IN 46783 | 567 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| BOCHETTI JOSEPH M DBA ELECTRIC SERVICES UNLIMITE 414 BOSTON ST TOPSFIELD, MA 01983 | 2500 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| BODNER, KAREN 6463 MYRTLE HILL RD VALLEY CITY, OH 44280 | 15813 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| BOSQUEZ JR, JULIAN 2515 PACKARD RD SAND CREEK, MI 49279 | 4848 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection**

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| BRUKER WOLFGANG UND ANITA<br>WOLFGANG UND ANITA BRUKER<br>RIEMERSTR. 9<br>71263 WEIL DER STADT GERMANY<br>GERMANY | 17903 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BULLOCK, WILLIAM J<br>9102 DANZIG ST<br>LIVONIA, MI 48150 | 19094 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BURCH, RITA R<br>LEGAL SERVICES FOR THE ELDERLY<br>237 MAIN ST, STE 1015<br>BUFFALO, NY 14203 | 9450 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BURCH, RITA R<br>237 MAIN ST STE 1015<br>LEGAL SERVICES FOR THE ELDERLY<br>BUFFALO, NY 14203 | 9451 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| CLARENCE FERRELL<br>CGM IRA CUSTODIAN<br>7572 STATE ROUTE 378<br>WILLOW WOOD, OH 45696 | 6151 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| CLARENCE FERRELL<br>7572 STATE ROUTE 378<br>WILLOW WOOD, OH 45696 | 6153 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CLARENCE FERRELL AND SHARON A FERRELL JTWROS 7572 STATE ROUTE 378 WILLOW WOOD, OH 45696 | 6152 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| CONTRACT WELDING & FABRICATINGINC 385 SUMPTER RD BELLEVILLE, MI 48111 | 2905 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| DEBORAH DEVOLE 2 PRESCOTT CT OFALLON, MO 63366 | 26613 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| DIANE B ALLEN 2161 COLLEGE DR GLENDALE HTS, IL 60139 | 20864 | MLCS, LLC | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| DOROTHY HARDEMAN CGM IRA ROLLOVER CUSTODIAN 1144 W DORCLIFF HEIGHTS ASHLAND, KY 41102 | 6150 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| DOROTHY HARDEMAN 1144 W DORCLIFF HEIGHTS ASHLAND, KY 41102 | 6154 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DOUGLAS GROCH<br>C/O KEVIN J BOISSONEAULT<br>3516 GRANITE CIRCLE<br>TOLEDO, OH 43617 | 310 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ECONOMIC RESEARCH SERVICES<br>4901 TOWER CT<br>TALLAHASSEE, FL 32303 | 9838 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| FOWLER, DONALD<br>418 E SUMMER ST<br>C/O BERNICE LUSTFELDT<br>PAXTON, IL 60957 | 5901 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| FOWLER, DONALD L<br>3770 EMERALD AVE<br>ST JAMES CITY, FL 33956 | 16012 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| GAIL B BROYLES TRUST<br>DATED SEP 7 1990<br>3503 HOLLY<br>DENISON, TX 75020 | 5495 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| GAIL BROYLES<br>3503 HOLLY<br>DENISON, TX 75020 | 5493 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| GAIL BROYLES<br>3503 HOLLY<br>DENISON, TX 75020 | 5494 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| GERRY A HOPKINS<br>APT 15<br>6321 SAINT ANDREWS DRIVE<br>CANFIELD, OH 44406 | 20119 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| GORMAN, DANIEL G<br>1847 SHORE DR S APT 801<br>SOUTH PASADENA, FL 33707 | 4210 | Motors Liquidation Company | $127,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$73,000.00 (U)<br>$200,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| HARRIET C BRYANT<br>8 CANTERBURY DR<br>NEWNAN, GA 30263 | 14956 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| HENRY JACOBSON<br><br>UNITED STATES OF AMERICA | 6385 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| HERBERT H BUXBAUM<br>CGM IRA CUSTODIAN<br>32 CHICHESTER ROAD<br>MONROE TOWNSHIP, NJ 08831 | 10747 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| HERBERT H BUXBAUM<br>32 CHICHESTER ROAD<br>MONROE TOWNSHIP, NJ 08831 | 10748 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| HILLIARD LYONS CUST FOR<br>DONALD E BALICK  IRA<br>102 JAYSON RD<br>WILMINGTON, DE 19803 | 7729 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| HUGH MCALLISTER<br>27025 OAKWOOD CIR APT 118T<br>OLMSTED FALLS, OH 44138 | 15655 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| IRA FBO ROBERT P HEADRICK<br>PERSHING LLC AS CUSTODIAN<br>ROLLOVER ACCOUNT<br>317 SUNNYSIDE LANE<br>DEBARY, FL 32713 | 5193 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| JAMES D SKANDALARIS TTEE<br>JAMES D SKANDALARIS<br>2485 WORCESTER<br>ORCHARD LAKE, MI 48323 | 8867 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JAMES M BRYANT<br>8 CANTERBURY DR<br>NEWNAN, GA 30263 | 14957 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$75,000.00  (U)<br>$75,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JAMES VACHUSKA<br>5315 INDIAN VALLEY RD<br>FRANKLIN, TN 37064 | 27884 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JAMES VACHUSKA<br>5315 INDIAN VALLEY RD<br>FRANKLIN, TN 37064 | 27885 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JASON BAIRD<br>C/O JOHN J. KALO, ESQ.<br>4500 E COURT ST<br>BURTON, MI 48509 | 16510 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JENKINS, WARREN M<br>3440 N ERIE ST<br>TOLEDO, OH 43611 | 3628 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JIMMIE L BRADFORD IRA<br>FCC AS CUSTODIAN<br>316 SPRUCE DRIVE<br>MT VERNON, IL 62864 | 4904 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$11,000.00  (U)<br>$11,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JOHN RICHARDSON<br>PO BOX 206<br>BOWERSVILLE, OH 45307 | 15254 | Motors Liquidation Company | $744.26  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$744.26  (T) | Insufficient Documentation | Pgs. 1-4 |
| JULIO DANIEL RODRIGUEZ<br>ATTN: LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DR, STE 700<br>NEWPORT BEACH, CA 92660 | 25387 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JULIO DANIEL RODRIGUEZ IND & SUC IN INT TO JESSICA VIOLETA RODRIGUEZ<br>LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DRIVE SUITE 700<br>NEWPORT BEACH, CA 92660 | 25390 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JULIO DANIEL RODRIGUEZ SUC IN INT TO ESTATE OF BELEN VIOLETA RODRIGUEZ<br>ATTN LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DRIVE STE 700<br>NEWPORT BEACH, CA 92660 | 25388 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JULIO DANIEL RODRIQUEZ, AS GUARDIAN TO ISAAC DANIEL RODRIGUEZ<br>LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DRIVE SUITE 700<br>NEWPORT BEACH, CA 92660 | 25389 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| KATHLEEN H PETERS 15400 COURTNEY LANE WRIGHT CITY, MO 63390 | 15808 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| KATHLEEN H PETERS 15400 COURTNEY LANE WRIGHT CITY, MO 63390 | 15809 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| KATHLEEN H PETERS 15400 COURTNEY WRIGHT CITY, MO 63390 | 15810 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LARRY C COX 3096 HEISS RD MONROE, MI 48162 | 8274 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $635,000.00  (U) $635,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LEWIS, WILLIAM H PO BOX 660 CAIRO, IL 62914 | 8140 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LOIS VANDERMALLIE 2070 BAIRD ROAD PENFIELD, NY 14526 | 12045 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- | --- |
| MARIANNE TROMPETER<br>OFTERDINGENSTRASSE 61<br>D 45279 ESSEN GERMANY<br>GERMANY | 12508 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$72,821.40<br>$72,821.40 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| MARINA RAMIREZ<br>LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DR SUITE 700<br>NEWPORT BEACH, CA 92660 | 24323 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$5,000,000.00<br>$5,000,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| MARINA RAMIREZ FOR THE ESTATE OF JASMINE RAMIREZ<br>LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DR SUITE 700<br>NEWPORT BEACH, CA 92660 | 24326 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$5,000,000.00<br>$5,000,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| MARINA RAMIREZ GUARDIAN AT LITEM FOR ESMERELDA RAMIREZ<br>LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DR SUITE 700<br>NEWPORT BEACH, CA 92660 | 24324 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$5,000,000.00<br>$5,000,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| MILLER, ROBERT J<br>499 MCDONALD DR<br>HOUGHTON LAKE, MI 48629 | 10070 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>JANET C RAGEN<br>IRA ROLLOVER DATED 08/02/00<br>8739 S KENNETH AVENUE<br>HOMETOWN, IL 60456 | 2484 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>DAVID M ZAMEK<br>IRA ROLLOVER DATED 06/17/93<br>5595 SEABREEZE LANE<br>STERLING HTS, MI 48310 | 2694 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>LARRY D LEE<br>IRA STD/ROLLOVER DTD 01/03/89<br>688 27TH STREET<br>SAN FRANCISCO, CA 94131 | 2695 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,704.00  (U)<br>$10,704.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>MANUEL S WEISS<br>IRA ROLLOVER DATED 10/09/96<br>46 BLUE ANCHOR CAY ROAD<br>CORONADO, CA 92118 | 5010 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>VICTOR A KING<br>IRA ROLLOVER DATED 08/12/92<br>7071 SO FRANKLIN ST<br>LITTLETON, CO 80122 | 6265 | Motors Liquidation Company | $10,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$20,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>

**Case No. 09-50026 (REG),  Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>MARILYN L CLARK<br>IRA ROLLOVER DATED 01/18/01<br>250 SPRINGWOOD ROAD<br>SAGAMORE HLS, OH 44067 | 6277 | Motors Liquidation Company | $4,824.50  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,854.50  (U)<br>$9,679.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>SPENCER R BLACK<br>IRA R/O DTD 2/2/84<br>141 CHARLESCREST<br>WEST SENECA, NY 14224 | 7040 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>NANCY KING<br>IRA STANDARD DATED 06/04/08<br>4037 KILBOURNE ROAD<br>COLUMBIA, SC 29205 | 7422 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>WILLIAM J OBRIEN JR.<br>IRA ROLLOVER DATED 04/18/02<br>6620 SW 71ST LN # 6<br>SOUTH MIAMI, FL 33143 | 7616 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,483.30  (U)<br>$10,483.30  (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>NANCY BALDWIN<br>IRA STANDARD DATED 06/27/01<br>1099 S OCEAN BLVD APT 106<br>BOCA RATON, FL 33432 | 10260 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>ALEXANDER H KOWALEWSKI<br>IRA STANDARD DATED 03/03/86<br>132 PAYNE AVENUE<br>NORTH TONAWANDA, NY 14120 | 10761 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>MARYANN KOWALEWSKI<br>IRA ROLLOVER DATED 09/23/98<br>132 PAYNE AVENUE<br>NORTH TONAWANDA, NY 14120 | 11001 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>ELOISE JULIUS<br>IRA STANDARD DATED 04/07/08<br>3300 DARBY RD APT 3211<br>HAVERFORD, PA 19041 | 11722 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000.00  (U)<br>$15,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>BARBARA DESANTIS<br>IRA ROLLOVER DATED 09/25/02<br>3392 SW BOBALINK WAY<br>PALM CITY, FL 34990 | 11782 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>DORIS MUCHNIKOFF<br>IRA ROLLOVER DATED 04/15/03<br>195-27 N CENTRE AVE<br>ROCKVILLE CENTRE, NY 11570 | 14032 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>RICHARD L PITTENGER<br>IRA ROLLOVER DATED 07/17/02<br>2111 GRANGE HALL RD<br>FENTON, MI 48430 | 14421 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Insufficient Documentation | Pgs. 1–4 |
| MS&CO C/F<br>SHARON K PHILLIPS<br>IRA STANDARD DATED 04/06/94<br>3114 SW 37TH<br>OKLAHOMA CITY, OK 73119 | 16025 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1–4 |
| NEIRA, ALEJANDRO E<br>PO BOX 1277<br>O FALLON, MO 63366 | 12194 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1–4 |
| PAVEL MILI<br>79965 MAIN ST<br>MEMPHIS, MI 48041 | 14312 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1–4 |
| RICHARD GREEN<br>714 HARWAY AVE<br>CHESAPEAKE, VA 23325 | 1791 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1–4 |
| RICHARD S DENNIS<br>15391 DUMAY ST<br>SOUTHGATE, MI 48195 | 20856 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1–4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| RICHARD ZIMMERMAN<br>PO BOX 171<br>NEWTON FALLS, OH 44444 | 12765 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| RICHARD ZIMMERMAN<br>PO BOX 171<br>NEWTON FALLS, OH 44444 | 12766 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| RITTER SR, DANIEL S<br>16327 COUNTY ROAD 7<br>METAMORA, OH 43540 | 15653 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ROBERT LANDUCCI<br>5900 ARLINGTON AVE APT 10 R<br>BRONX, NY 10471<br>UNITED STATES OF AMERICA | 17960 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ROBERT LEWIS<br>25629 BROOKDALE LN<br>EUCLID, OH 44117 | 5963 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ROBERT MILLER<br>499 MCDONALD DR<br>HOUGHTON LAKE, MI 48629 | 10071 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection**

## Exhibit A

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| RONALD B GOODWIN<br>343 QUIET HARBOR DRIVE<br>HENDERSON, NV 89052 | 28948 | Motors Liquidation Company | $3,770,852.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,770,852.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ROSS MELODY<br>ROSS, MELODY<br>107 EAST ROSS STREET<br>IRON RIVE, MI 49935 | 2025 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500.00  (U)<br>$3,500.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| SCRIVENS, GENUS R<br>5356 EASTPORT AVE<br>DAYTON, OH 45427 | 23351 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$3,000,000.00  (P)<br>$0.00  (U)<br>$3,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| SMITH, ROBERT A<br>3070 EL PASO DR<br>COLUMBUS, OH 43204 | 17187 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| THOMAS, BETTYE J<br>623 SOUTH JENISON AVENUE<br>LANSING, MI 48915 | 3892 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| THOMAS, MEREDITH L<br>PO BOX 5266<br>FLINT, MI 48505 | 17591 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WELLS FARGO BANK ROLLOVER C/F JAMES O JACKSON 6806 SE 2ND COURT DES MOINES, IA 50315 | 10267 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| WILCOX, FRANK R 445 E HAMPTON RD ESSEXVILLE, MI 48732 | 2277 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| WILLIAM MOORE 496 3RD ST SW WARREN, OH 44483 | 16579 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| WISDOM, JOANN 1915 S 29TH CT KANSAS CITY, KS 66106 | 44171 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| **Claims to be Disallowed and Expunged Totals** | 100 | | **$3,913,420.76**  (S) **$0.00**  (A) **$3,081,252.00**  (P) **$36,206,363.20**  (U) **$43,201,035.96**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.