> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS
> HERETO TO DETERMINE WHETHER THIS OBJECTION
> AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :        09-50026 (REG)
        f/k/a General Motors Corp., et al. :
                                    :
                Debtors.            :        (Jointly Administered)
                                    :
---------------------------------------------------------x
```

## NOTICE OF DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

**PLEASE TAKE NOTICE** that on January 7, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their ninth omnibus objection to claims (the "**Debtors' Ninth Omnibus**

**Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the Debtors' Ninth

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **February 10, 2010 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

<div align="center">

**PARTIES RECEIVING THIS NOTICE OF NINTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO.**

</div>

**PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' Ninth

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn:  Ted Stenger); (iii) General Motors, LLC, 300 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

DC 20220 (Attn:  Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff, Esq., and Gregory G. Plotko, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); and (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), so as to be received no later than **February 3, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' Ninth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Ninth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      January 7, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :        09-50026 (REG)
      f/k/a General Motors Corp., et al. :
                                    :
                    Debtors.        :        (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

### DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

<div style="border:1px solid black; padding:10px;">

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ATTACHED TO THIS OBJECTION.**

</div>

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

### **Relief Requested**

1.      The Debtors file this ninth omnibus objection to claims (the "**Ninth**

**Omnibus Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

**"Bankruptcy Rules"**), and this Court's orders (i) approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket

No. 4180]; and (ii) establishing the deadline for filing proofs of claim against four of the Debtors

(the "**Initial Debtors**")[1] and the procedures relating to the filing of proofs of claim (the "**Bar**

**Date Order**") [Docket No. 4079], seeking entry of an order disallowing and expunging the

claims listed on **Exhibit A** annexed hereto.[2]

2.      The Debtors have examined the proofs of claim identified on Exhibit A

and have made every effort to ascertain the validity of the respective claim.  After careful review,

the Debtors have determined that the proofs of claim listed under the heading "*Claims to be*

*Disallowed and Expunged*" (collectively, the "**Claims with Insufficient Documentation**") fail

to provide sufficient documentation to ascertain the validity of the respective claims.  Pursuant to

---

[1]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation) Case No. 09-50026, MLCS, LLC (f/k/a Saturn, LLC) Case No. 09-50027, MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) Case No. 09-50028, and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) Case No. 09-13558.

[2]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Bar Date Order, the

Debtors seek entry of an order disallowing and expunging from the claims register the Claims

with Insufficient Documentation.  Further, the Debtors reserve all their rights to object on any

other basis to any Claims with Insufficient Documentation as to which the Court does not grant

the relief requested herein.

## Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.      On June 1, 2009, the Initial Debtors each commenced voluntary cases

under chapter 11 of the Bankruptcy Code, and on October 9, 2009, two additional Debtors (the

"**Realm/Encore Debtors**")[3] each commenced voluntary cases under chapter 11 of the

Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under

Case Number 09-50026 (REG).  On September 15, 2009, the Initial Debtors filed their schedules

of assets and liabilities and statements of financial affairs, which were amended on October 4,

2009.  On October 15, 2009, the Realm/Encore Debtors filed their schedules of assets and

liabilities and statements of financial affairs.

5.      On September 16, 2009, this Court entered the Bar Date Order

establishing November 30, 2009, as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010, as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

---

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., Case No. 09-50029 and Environmental Corporate Remediation Company, Inc., Case No. 09-50030.

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010, as the deadline to file proofs of claim).

6.        Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Initial Debtors, among other things, to file omnibus objections to no more

than 100 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007

and those additional grounds set forth in the Procedures Order.  The claimants that are listed in

Exhibit A have all filed claims against the Initial Debtors.

### The Relief Requested Should Be Approved by the Court

7.        A proof of claim *must* "set forth the facts necessary to support the claim"

for it to receive the prima facie validity accorded under the Bankruptcy Rules.  *In re Chain*, 255

B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28

(Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (B.A.P.

9th Cir. 1995), aff'd , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-

74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

8.        The Claims with Insufficient Documentation fall far short of the standard

unambiguously required in the Bar Date Order.  Indeed, the Bar Date Order, requires, among

other things, that a proof of claim must "set forth with specificity the legal and factual basis for

the alleged [c]laim [and] include supporting documentation or an explanation as to why such

documentation is not available.  Bar Date Order at 2.[4]

---

[4]        Notices of the Bar Date Order contained express references to this requirement.

9.      The Debtors have examined the proofs of claim identified on Exhibit A, and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" do not include sufficient documentation to ascertain the nature or validity of these claims.  Thus, the Debtors request that the Court disallow and expunge in their entirety the Claims with Insufficient Documentation.

## Notice

10.      Notice of this Motion has been provided to each claimant listed on Exhibit A and parties in interest in accordance with the Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 3, 2009 [Docket No. 3629].  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

11.      No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
         January 7, 2010


                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                  :

In re                       :          **Chapter 11 Case No.**
                  :

**MOTORS LIQUIDATION COMPANY**, *et al.*,  :         **09-50026 (REG)**
      **f/k/a General Motors Corp.**, *et al.*  :
                  :

              **Debtors.**     :          **(Jointly Administered)**
                  :

---------------------------------------------------------------x

## ORDER GRANTING DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

         Upon the ninth omnibus objection to claims, dated January 7, 2010 (the "**Ninth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's orders approving (i) procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180]; and (ii) establishing the deadline for filing proofs of claim against the Initial Debtors[2] and the procedures relating to the filing of proofs of claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order disallowing and expunging the Claims with Insufficient Documentation on the grounds that such claims fail to provide sufficient documentation to ascertain the validity of the claim, all as more

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Ninth Omnibus Objection to Claims.

[2]     The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation) Case No. 09-50026, MLCS, LLC (f/k/a Saturn, LLC) Case No. 09-50027, MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) Case No. 09-50028, and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) Case No. 09-13558.

fully described in the Ninth Omnibus Objection to Claims; and due and proper notice of the

Ninth Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Ninth Omnibus Objection to Claims is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

Ninth Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Ninth Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit A** annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "**Claims with Insufficient Documentation**") are disallowed and expunged

from the claims registry; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit A annexed to the Ninth Omnibus Objection

to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or

expunged pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
          _____, 2010

                                          _____
                                          United States Bankruptcy Judge

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| AASI CUST OF IRA FBO<br>BRENDA W WRIGHT<br>142 PRESTWOOD LN<br>MOORESVILLE, NC 28117 | 30665 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,186.81 (U)<br>$13,186.81 (T) | Insufficient Documentation | Pgs. 1-4 |
| AASI CUST OF IRA FBO<br>GIRARD D SENSOLI<br>4312 RIDGE RD<br>PINCKNEY, MI 48169 | 36993 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| AGOSTINO, JOSEPH<br>724 NEW YORK AVE APT 7<br>MARTINSBURG, WV 25401 | 23384 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| ALBERT P FILMANSKI<br>3121 DOUBLE EAGLE COURT<br>SPRING HILL, FL 34606 | 21876 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| ALLSTATE INSURANCE COMPANY<br>CLAIM #4305859201 BUDA<br>ATTN DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 753 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,436.80  (U)<br>$30,436.80  (T) | Insufficient Documentation | Pgs. 1-4 |
| ALLSTATE INSURANCE COMPANY<br>CLAIM 0133458299 WHITE<br>ATTN:  DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 755 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,437.05  (U)<br>$16,437.05  (T) | Insufficient Documentation | Pgs. 1-4 |
| ALLSTATE INSURANCE COMPANY<br>CLAIM 0124174657 FREEMAN/WALDROP<br>ATTN:  DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 760 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,405.00  (U)<br>$12,405.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ALLSTATE INSURANCE COMPANY CLAIM 0120309646 PHILLIPS<br>ATTN DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 746 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,815.74  (U)<br>$16,815.74  (T) | Insufficient Documentation | Pgs. 1-4 |
| ARNSWALD, KERRY N<br>1587 MARY LN W<br>ARBOR VITAE, WI 54568 | 19075 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| BATES MARY<br>SLATER VICKI R<br>P O BOX 23981<br>JACKSON, MS 39225 | 68517 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BENDA KOGYO CO LTD<br>9 LONGHAI RD HUANHAI ECONOMIC<br>& TECHNOLOGICAL DEVELOPMENT ZONE<br>QINGDAO SHANDONG CN 266108 CHINA (PEOPLE'S REP)<br>CHINA (PEOPLE'S REP) | 44176 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$205,233.45  (U)<br>$205,233.45  (T) | Insufficient Documentation | Pgs. 1-4 |
| BENDA KOGYO CO LTD<br>9 LONGHAI RD HUANHAI ECONOMIC<br>QINGDAO SHANDONG CN 266108 CHINA (PEOPLE'S REP)<br>CHINA (PEOPLE'S REP) | 44179 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$205,233.45  (U)<br>$205,233.45  (T) | Insufficient Documentation | Pgs. 1-4 |
| BLACK, EDWARD VINSON<br>1301 WESTBEND DR<br>O FALLON, MO 63368 | 23477 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BRUCE M KENDALL<br>3206 ASCOT LN<br>FALLSTON, MD 21047 | 36956 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BULLOCK, THOMAS F<br>203 FAIRWOOD RD APT K<br>BEL AIR, MD 21014 | 44682 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Ninth Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| BULLOCK, WILLIAM J<br>BULLOCK, WILLIAM J<br>9102 DANZIG ST<br>LIVONIA, MI 48150<br>UNITED STATES OF AMERICA | 22085 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| CIKAUTXO SK SRO<br>BUDOVATELSKA 6<br>NOVE ZAMKY SK 940 01 SLOVAKIA<br>SLOVAKIA | 39414 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,825.55 (U)<br>$3,825.55 (T) | Insufficient Documentation | Pgs. 1-4 |
| CIKAUTXO SK SRO<br>BUDOVATEFSKA 6<br>940 64 NOVE ZAMKY SLOVAKIA SLOVAK REPUBLIC<br>SLOVAKIA | 39415 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,825.55 (U)<br>$3,825.55 (T) | Insufficient Documentation | Pgs. 1-4 |
| CODYS TRANSPORTATION SYSTEMS LLC<br>6421 PERKINS ROAD BUILDING C, SUITE B<br>BATON ROUGE, LA 70808 | 21622 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,500.00 (U)<br>$34,500.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| CODYS TRANSPORTATION SYSTEMS LLC<br>GREAT LAKES REINSURANCE UK PLC<br>6421 PERKINS ROAD BUILDING C, SUITE B<br>BATON ROUGE, LA 70808 | 21623 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,500.00 (U)<br>$34,500.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| CUYAHOGA COUNTY TREASURER<br>1219 ONTARIO ST., ROOM 112<br>CLEVELAND, OH 44113 | 14919 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| CYNTHIA O JORDAN<br>PO BOX 902109<br>KANSAS CITY, MO 64190 | 33029 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| DALE & MARILYN RUDOLPH<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES<br>STE 500<br>PITTSBURGH, PA 15219 | 30664 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| DEBORAH DEVOLE<br>2 PRESCOTT CT<br>OFALLON, MO 63366 | 28040 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| DIETER KNOBLAUCH<br>GRUENDENSEESTRASSE 25<br>60386 FRANKFURT/MAIN, GERMANY<br>GERMANY | 22100 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,300.00 (U)<br>$4,300.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| DIETER KNOBLAUCH<br>GRUENDENSEESTR. 25<br>D-60386 FRANKFURT AM MAIN<br>GERMANY | 33287 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,300.00 (U)<br>$4,300.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| DONALD M ADKISON & ELIZABETH ADKISON<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES SUITE 500<br>PITTSBURGH, PA 15219 | 44689 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| H. ROBERT SINYKIN, CGM IRA ROLLOVER CUSTODIAN H R SINYKIN 10490 WILSHIRE BLVD 301 LOS ANGELES, CA 90024 | 62522 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| HEIDT, CARL R 6797 SOMERSET DR BRIGHTON, MI 48116 | 23378 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| HELEN M GRAY 1928 CANADAIR CT PORT ORANGE, FL 32128 | 23572 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| HELEN M GRAY 1928 CANADAIR CT PORT ORANGE, FL 32128 | 23573 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| HERBERT OESTERLEIN AN DER AU 7 83324 RUHPOLDING GERMANY GERMANY | 22608 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JAMES PARKER 15763 SNOWDEN ST DETROIT, MI 48227 | 62052 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JAMES VACHUSKA<br>5315 INDIAN VALLEY RD<br>FRANKLIN, TN 37064 | 27886 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JANE SIMKINS<br>3220 TWIN SILO DR<br>BLUE BELL, PA 19422 | 23628 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,000.00  (U)<br>$14,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JANE SIMKINS<br>3220 TWIN SILO DR<br>BLUE BELL, PA 19422 | 23629 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,000.00  (U)<br>$14,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JANICE MOUTON, INDIVIDUALLY & AS EXECUTRIX OF THE ESTATE OF ALCEE G MOUOTON, DECEASED<br>C/O SEAN BROON<br>HOWRY BROON LLP<br>1900 PEARL STREET<br>AUSTIN, TX 78705 | 64882 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JOHN OPIE<br>930 TROMBLEY RD<br>GROSSE POINTE PARK, MI 48230 | 45577 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JOHN PROSSER<br>10874 CLEARWATER DR<br>HAMPTON, GA 30228 | 18583 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JOHN PROSSER<br>10874 CLEARWATER DR<br>HAMPTON, GA 30228 | 18584 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JOHN STANLEY<br>122 GROVE AVE<br>DAYTON, OH 45404 | 28067 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JONES, WILLIAM BRADFORD<br>SLATER, VICKI R<br>P O BOX 23981<br>JACKSON, MS 39225 | 68516 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JULIO RODRIGUEZ<br>9 WILTON WAY<br>Sicklerville, NJ 08081<br>UNITED STATES OF AMERICA | 19992 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| JURASOVICH DAVID<br>9431 W BELOIT RD APT 308<br>MILWAUKEE, WI 53227 | 61787 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| JURASOVICH DAVID<br>JURASOVICH, JORDAN<br>9431 W BELOIT RD APT 308<br>MILWAUKEE, WI 53227 | 61788 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| KENNETH J CLEVELAND<br>2612 BREEZEWAY ST<br>NORTH BRANCH, MI 48461 | 20873 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$366,000.00 (P)<br>$0.00 (U)<br>$366,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| KENNETH L MASSIE & DIANA G MASSIE<br>C/O MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES - SUITE 500<br>PITTSBURGH, PA 15219 | 29723 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| LARRY B BOGGESS<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES  STE 500<br>PITTSBURGH, PA 15219 | 32990 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| LARRY B BOGGESS<br>MCKENNA & ASSOCIATES PC<br>438 BOULEVARD OF THE ALLIES-SUITE 500<br>PITTSBUTGH, PA 15219 | 44663 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| LILLY L SUMMERS & FLOYD A SUMMERS<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES<br>STE 500<br>PITTSBURGH, PA 15219 | 30669 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LILY STAR BREGMAN &<br>ANDREW BREGMAN TTEES<br>U/A DTD DEC 2 1988<br>FBO LEWIS BREGMAN TRUST<br>11752 LAKE ASTON CT #210<br>TAMPA, FL 33626 | 61757 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LILY STAR BREGMAN &<br>ANDREW BREGMAN TTEES<br>LILY STAR BREGMAN TRUST<br>U/A DTD DEC 2 1988<br>11752 LAKE ASTON CT #210<br>TAMPA, FL 33626 | 61758 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LOWELL DOUGLAS SAMMONS<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES<br>STE 500<br>PITTSBURGH, PA 15219 | 30668 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MARION MARTIN<br>1481 GOLDEN ROD CT<br>BELCAMP, MD 21017 | 48469 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MARTIN HAROLD E<br>6501 HAZELWOOD AVE<br>BALTIMORE, MD 21237 | 29732 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MARX, JAMES L<br>6152 RIVERSIDE DR<br>WAKE FOREST, NC 27587 | 32971 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MARX, JAMES L<br>6152 RIVERSIDE DR<br>WAKE FOREST, NC 27587 | 33517 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES<br>STE 500<br>PITTSBURGH, PA 15219 | 33519 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MICHAEL LOGAN<br>ATTN BRENT A LANCE<br>THE LANCE LAW FIRM<br>5520 SAINT CHARLES ST<br>COTTLEVILLE, MO 63304 | 22074 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MILLER, BRIAN<br>CRAIG A. ALTMAN<br>19 S 21ST ST<br>PHILADELPHIA, PA 19103 | 28164 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| MONIKA RITTER<br>AN DER AU 7<br>83324 RUHPOLDING GERMANY<br>GERMANY | 22609 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS & CO C/F<br>BARBARA GRIFFING<br>235 EAST 95TH ST APT 32<br>NEW YORK, NY 10128 | 23400 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS JUDITH SOMMER<br>15 VENUS ROAD<br>SYOSSET, NY 11791 | 20039 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS JUDITH SOMMER<br>15 VENUS RD<br>SYOSSET, NY 11791 | 20040 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS MARY LOU REESE<br>CGM IRA CUSTODIAN<br>DTD 09/27/00<br>700 SE 7TH AVE #3<br>POMPANO BEACH, FL 33060 | 28963 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| MS&CO C/F<br>BARBARA GRIFFING<br>IRA STANDARD DATED 04/11/08<br>235 EAST 95TH STREET APT 32<br>NEW YORK, NY 10128 | 23401 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,000.00 (U)<br>$19,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>ROBERT AMADIO<br>IRA STANDARD DATED 11/10/03<br>434 RAMSEY RD<br>YARDLEY, PA 19067 | 23620 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>WARREN W BONTHIUS<br>IRA STANDARD DATED 11/04/91<br>2774 W BROADMOORE DR<br>HAYDEN LAKE, ID 83835 | 26622 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>PETER L SIBLEY<br>IRA STANDARD DATED 01/26/83<br>731 3RD STREET<br>MT PLEASANT, SC 29464 | 28993 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| MYRTLE GIVENS 4452 SAHARA PL FORT WORTH, TX 76115 | 14830 | MLCS, LLC | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| MYRTLE GIVENS 4452 SAHARA PL FORT WORTH, TX 75115 | 14831 | MLC of Harlem, Inc. | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| MYRTLE GIVENS 4452 SAHARA PL FORT WORTH, TX 76115 | 14832 | MLCS Distribution Corporation | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| NIDEC MOTORS & ACTUATORS C/O DAVID M EISENBERG, ESQ ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN 400 GALLERIA OFFICENTRE, STE 444 SOUTHFIELD, MI 48034 | 1233 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $100,000.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $100,000.00 | (T) | | |
| PAULA DEATON 3816 ROCKY MOUND DR WENTZVILLE, MO 63385 | 28038 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| PETER LECOUREZOS CUST FOR KATERINA C LECOUREZOS UNYUTMA UNTIL AGE 21 3338 89TH ST JACKSON HEIGHTS, NY 11372 | 28019 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| PETER LECOUREZOS CUST FOR KATERINA LECOUREZOS<br>C/O PETER LECOUREZOS CUST FOR KATERINA LECOUREZOS<br>UNYTMA UNTIL AGE 21<br>33 38 89TH ST<br>JACKSON HTS, NY 11372 | 28020 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00<br>$0.00<br>$0.00<br>$0.00 | | | |
| QINGDAO BENDA AUTOMOBILE PARTS CO<br>9 LONGHAI RD<br>JUANHAI ECONOMIC & TECH DEVELOPMENT<br>XONE266108 QUINGDAO SHANDONG CHINA (PEOPLE'S REP)<br>CHINA (PEOPLE'S REP) | 44177 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$205,233.45<br>$205,233.45 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| QINGDAO BENDA AUTOMOBILE PARTS CO<br>9 LONGHAI RD HUANHAI ECONOMIC<br>& TECHNOLOGICAL DEVELOPMENT ZONE<br>QINGDAO SHANDONG CN 266108 CHINA (PEOPLE'S REP)<br>CHINA (PEOPLE'S REP) | 44178 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$205,233.45<br>$205,233.45 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| QINGDAO BENDA AUTOMOBILE PARTS CO LTD<br>#9 LONGHAI RD HUANHAI ECONOMIC<br>& TECH DEV ZONE CHENGYANG DIST<br>QINGDAO 266108 CHINA CHINA<br>CHINA (PEOPLE'S REP) | 44175 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$205,233.45<br>$205,233.45 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| RANKIN JACK (ESTATE OF) (667178)<br>C/O WISE & JULIAN<br>156 N MAIN ST STOP 1<br>EDWARDSVILLE, IL 62025 | 33123 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| RAYMOND R MCMULLEN<br>ATTN ROBERT W PHILLIPS<br>C/O SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC<br>707 BERKSHIRE BLVD - PO BOX 521<br>EAST ALTON, IL 62024 | 31579 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ROBERT SMITH<br>1388 E CIDER MILL RD<br>COLUMBIA CITY, IN 46725 | 37005 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ROBINSON, DANES<br>PO BOX 190285<br>BURTON, MI 48519 | 61746 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| RONALD BARNETT & SHARON BARNETT<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES  STE 500<br>PITTSBURGH, PA 15219 | 36996 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| RONALD P SANTOR<br>617 LIVINGSTON DR<br>NEW LENOX, IL 60451 | 44586 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| SAFECO INSURANCE<br>PO BOX 515097<br>LOS ANGELES, CA 90051 | 11852 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$13,068.22  (U)<br>$13,068.22  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | |
| SALEM BOLUS SALAH<br>& SAMIA SALEM SALAH JT WROS<br>51060 WESTON DR<br>PLYMOUTH, MI 48170 | 36990 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1–4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| SALEM BOLUS SALAH<br>& SAMIA SALEM SALAH JT WROS<br>51060 WESTON DR<br>PLYMOUTH, MI 48170 | 36991 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1–4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| SALEM BOLUS SALAH<br>& SAMIA SALEM SALAH JT WROS<br>51060 WESTON DR<br>PLYMOUTH, MI 48170 | 36992 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1–4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| SOPHIA WARD<br>13140 SYCAMORE AVE<br>GRANDVIEW, MO 64030 | 28007 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1–4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| SOUTHWEST-TEX LEASING CO., INC.<br>338 NE LOOP 410<br>SAN ANTONIO, TX 78216 | 14397 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1–4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| STATE FARM MUTUAL AUTOMOBILE INS CO<br>PILLEMER & PILLEMER<br>14724 VENTURA BLVD #401<br>SHERMAN OAKS, CA 91403 | 27193 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1–4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $27,622.47 | (U) | | |
| | | | $27,622.47 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| STEPHEN SALAS<br>212 ADAMS ST<br>BAY CITY, MI 48708 | 20129 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| STEPHEN SALAS<br>212 ADAMS ST<br>BAY CITY, MI 48708 | 20130 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| TRANSPORATION LOGISTIC CORPORATION AKA TLC<br>ATTN RICHARD TANNELL<br>100 NORTH CENTRAL SUITE 901<br>RICHARDSON, TX 75080 | 59188 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$400,000.00  (U)<br>$400,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| WILKES BILLY JOE JR<br>2200 FORSYTHE AVE<br>MONROE, LA 71201 | 23391 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| WILKES BILLY JOE JR<br>WILKES, JOHNNIE<br>2200 FORSYTHE AVE<br>MONROE, LA 71201 | 23392 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| WILLIAM J KNIERIM<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES<br>STE 500<br>PITTSBURGH, PA 15219 | 30658 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WISE & JULIAN<br>RE: SENF JACK M<br>156 N MAIN ST  STOP 1<br>EDWARDSVILLE, IL 62025<br>UNITED STATES OF AMERICA | 33103 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$0.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| WISE & JULIAN<br>RE: FRANKS ARNOLD<br>156 N MAIN ST  STOP 1<br>EDWARDSVILLE, IL 62025<br>UNITED STATES OF AMERICA | 33131 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$0.00   (T) | Insufficient Documentation | Pgs. 1-4 |
| **Claims to be Disallowed and Expunged Totals** | 100 | | **$0.00**   (S)<br>**$100,000.00**   (A)<br>**$366,000.00**   (P)<br>**$3,402,390.44**   (U)<br>**$3,868,390.44**   (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.