TORRE, LENTZ, GAMELL, GARY
& RITTMASTER, LLP
Mark S. Gamell
Steven H. Rittmaster
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753
Telephone: (516) 240-8900
Facsimile: (516) 240-8950

LEO & WEBER, P.C.
T. Scott Leo
Grace Winkler Cranley
One N. LaSalle Street, Suite 3600
Chicago, Illinois 60602
Telephone: (312) 857-0910
Facsimile: (312) 857-1240

Attorneys for Liberty Mutual Insurance Company

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    Chapter 11 Case No.
                                                               :
**MOTORS LIQUIDATION COMPANY, et al.,**                        :    09-50026 (REG)
    **f/k/a General Motors Corp. et al.**   :
                                                               :
    **Debtors.**                            :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE OF
RESPONSE OF LIBERTY MUTUAL INSURANCE COMPANY
TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS
(Related Document #4752)**

    I, MARK S. GAMELL, certify the following: (1) I am not a party to this action, am over 18 years of age, and reside in Port Washington, NY; and (2) on the dates indicated hereinbelow, I caused the Response Of Liberty Mutual Insurance Company To Debtors' Third Omnibus Objection to Claims (and the Exhibits thereto) (**Document #4752**) to be filed electronically, and served in accordance with the revised administrative procedures for electronically filed cases, Exhibit 1 to General Order dated December 26, 2002, and Local Bankruptcy Rules 9036-1 and 9036-2, as follows:

    (a)    by using the court's transmission facilities to send automatic e-mail notification

containing notice of electronic filing of the document(s), pursuant to Exhibit 1 to General Order dated December 26, 2002, at (II)(B)(3)(c), Rule 7005 of the Federal Rules of Bankruptcy Procedure, and Rules 5(b)(1) and 5(b)(2)(D) of the Federal Rules of Civil Procedure, to the attorneys (or parties), who have requested such e-mail notification or have been deemed to have requested it, through the court's transmission facilities, at the e-mail addresses set forth on the court's notice of electronic filing, and/or otherwise to the extent indicated below, and/or

(b) by separate <u>e-mail</u> (other than through the court's transmission facilities) notification containing either a copy of such document(s) or a notice of electronic filing of the document(s) pursuant to the aforesaid General Order M-242, to the attorneys (or parties) as indicated below, and/or

(c) by regular <u>first-class mail</u>, postage prepaid, to the attorneys (or parties) as indicated below to the addresses furnished by them for that purpose, and/or

(d) by electronic <u>facsimile transmittal ("fax")</u> to the attorneys (or parties) as indicated below, and/or

(e) by <u>Federal Express or Express Mail</u> (or other delivery service, as indicated) for overnight delivery prior to the deadline for delivery on the next business day, or regular mail (as indicated), to the addresses indicated below.

<u>(a)  Through Court Transmission Facilities</u>

On January 7, 2010 at 1:11 pm, as per the Court's Notice of Electronic Filing of Document #4752;

<u>(b)  By Separate E-Mail:</u>
On January 7, 2010, between 1:39 pm and 2:04 pm, upon the following individuals as listed in the Notice of Debtors' Third Omnibus Motion to Claims, dated December 8, 2009 (document no. 4624):

 1. Weil Gotschal & Manges, LLP, Harvey R. Miller, Esq. (<u>Harvey.miller@weil.com</u>); Stephen Karotkin, Esq. (<u>Stephen.karotkin@weil.com</u>); Joseph. H. Smolinksy, Esq. (<u>joseph.smolinsky@weil.com</u>).
 2. Motors Liquidation Company, Ted Stegner (tstenger@alixpartners,com).
 3. Cadwalader, Wickersham & Taft, LLP, John. J. Rapisardi, Esq. (<u>john.rapisardi@cwt.com</u>).
 4. United States Department of the Treasury, Joseph Samarias, Esq. (<u>joseph.samarias@do.treas.gov</u>).
 5. Vedder Price, P.C., Michael L. Schein, Esq. (<u>mschein@vedderprice.com</u>), Michael J. Edeman, Esq. (<u>mjeledman@vedderprice.com</u>).
 6. Kramer Levin Naftalis & Frankel LLP, Thomas Moers Mayer, Esq. (<u>tmayer@kramerlevin.com</u>), Amy Caton, Esq. (<u>acaton@kramerlevin.com</u>), Adam C. Rogoff, Esq. (<u>arogoff@kramerlevin.com</u>) and Gregory G. Plotko, Esq. (<u>gplotko@kramerlevin.com</u>).

    7.    U.S. Attorney's Office, SDNY, David S. Jones, Esq.(david.jones6@usdoj.gov), Matthew L. Schwartz, Esq. (matthew.schwartz@usdoj.gov).

(c) <u>By Regular First Class Mail</u>:

None.

(d) <u>By Fax Transmission</u>:

On January 7, 2010 at approximately 2:36 pm, as set forth in the attached affidavit of Antoinette Lopez, sworn to January 7, 2010.

(e) <u>Service By Federal Express Overnight Delivery Service</u>:

On January 7, 2010, as set forth in the attached affidavit of Antoinette Lopez, sworn to January 7, 2010

Dated:   Jericho, New York
           January 8, 2010

                                        /s/ Mark S. Gamell
                                        Mark S. Gamell
                            **TORRE, LENTZ, GAMELL, GARY**
                                **& RITTMASTER, LLP**
                            100 Jericho Quadrangle, Suite 309
                            Jericho, New York 11753-2702
                            Telephone: (516) 240-8900
                            Facsimile: (516) 240-8950
                            *Attorneys for Liberty Mutual Insurance Company*

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

       ANTOINETTE LOPEZ, being duly sworn, says: (1) I am not a party to this action, am over 18 years of age, and reside at LOCUST VALLEY, NEW YORK; and (2) on January 07, 2010, I served the within RESPONSE OF LIBERTY MUTUAL INSURANCE COMPANY TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS on each of the following attorneys (or parties) by electronically transmitting a true copy of the document to the facsimile number set forth after said attorney's (or party's) name, said manner of service having been authorized by said attorney (or party), and said facsimile number having been designated by said attorney (or party) for such purpose:

    DIANA G. ADAMS, ESQ.
    Office of the United States Trustee
    For the Southern District of New York
    33 Whitehall Street, 21st Floor
    New York, NY 10004
    Facsimile No.: (212) 668-2256

    DAVID S. JONES, ESQ.
    MATTJEW L. SCHWARTZ, ESQ.
    U.S. Attorney's Office, S.D.N.Y.
    86 Chambers Street, Third Floor
    New York, NY 10007
    Facsimile No.: (212) 637-2730

*/s/ Antoinette Lopez*
ANTOINETTE LOPEZ

Sworn to before me
January 7, 2010

*/s/ Jason A. Lange*
Notary Public

JASON A. LANGE
Notary Public, State of New York
No. 02LA6181366
Qualified in Nassau County
Commission Expires January 28, 2012

STATE OF NEW YORK   )
                                  ) ss.:
COUNTY OF NASSAU   )

       ANTOINETTE LOPEZ, being duly sworn, says: (1) I am not a party to this action, am over 18 years of age, and reside at LOCUST VALLEY, NEW YORK; and (2) on January, 07 2010, I served the within RESPONSE OF LIBERTY MUTUAL INSURANCE COMPANY TO DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS on each of the following attorneys (or parties) at the address set forth after said attorney's (or party's) name, that being the address designated by said attorney (or party) for that purpose, by delivering a true copy of same into the custody and control of Federal Express Corporation at 100 Jericho Quadrangle, Jericho, New York, enclosed in Federal Express packaging with a properly addressed and pre-paid airbill designated for next morning delivery:

    DIANA G. ADAMS, ESQ.
    Office of the United States Trustee
    For the Southern District of New York
    33 Whitehall Street, 21st Floor
    New York, NY 10004

    DAVID S. JONES, ESQ.
    MATTHEW L. SCHWARTZ, ESQ.
    U.S. Attorney's Office, S.D.N.Y.
    86 Chambers Street, Third Floor
    New York, NY 10007

    TED STENGER
    Motors Liquidation Company
    500 Renaissance Center, Suite 1400
    Detroit, Michigan 48243

    LAWRENCE S. BUONOMO, ESQ.
    General Motors, LLC
    300 Renaissance Center
    Detroit, Michigan 48265

    JOSEPH SAMARIAS, ESQ.
    United States Department of the Treasury
    1500 Pennsylvania Avenue NW, Room 2312
    Washington, DC 20220

_____
Antoinette Lopez

Sworn to before me
January 7, 2010

_____
Notary Public

JASON A. LANGE
Notary Public, State of New York
No. 02LA6181366
Qualified in Nassau County
Commission Expires January 28, 2012