**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*(Stamp: THE GARDEN CITY GROUP, INC. DEC 11 2009)*

------------------------------------------------X
In re:

Motors Liquidation Company

Debtors.

------------------------------------------------X

Chapter 11
Case No. 09-50026

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

The undersigned hereby withdraws its proof of claim designated as follows, and respectfully request that the claim be withdrawn:

CLAIM NUMBER:

CLAIMANT: Ronnie Brannon, Columbia County Tax Collector

CLAIM DATE: 11/2/2009 **(ORIGINAL CLAIM DATE 10/28/09)**

CLAIM AMOUNT: $47.39

DATED: 12/7/2009

BY: *Marsha W. Moore*

Name: MARSHA MOORE
Title: Bankruptcy Specialist
Ronnie Brannon, Columbia County Tax Collector
135 NE Hernando Ave. Ste. 125
Lake City, FL. 32055