DRINKER BIDDLE & REATH LLP
David B. Aaronson (DA-8387)
18th & Cherry Streets
Philadelphia, PA 19103
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
    *- and -*
140 Broadway
39th Floor
New York, New York 10005
Telephone:  (212) 248-3140
Facsimile:  (212) 248-3141

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | |
| f/k/a General Motors Corp., *et al.* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM OF**
**QEK GLOBAL SOLUTIONS (US), INC.**

QEK Global Solutions (US), Inc., ("QEK"), by and through counsel, hereby withdraws Proof of Claim No. 644 and Proof of Claim No. 645, filed on July 17, 2009.

Dated: January 11, 2010               **DRINKER BIDDLE & REATH LLP**

                                       /s/ David B. Aaronson
                                       David B. Aaronson (DA 8387)

                                       Counsel for QEK Global Solutions (US), Inc.

PHTRANS/ 846970.1

DRINKER BIDDLE & REATH LLP
David B. Aaronson (DA-8387)
18th & Cherry Streets
Philadelphia, PA 19103
Telephone:  (215) 988-2700
Facsimile:   (215) 988-2757
    *- and -*
140 Broadway
39th Floor
New York, New York 10005
Telephone:  (212) 248-3140
Facsimile:   (212) 248-3141

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re                                                              :
                                                                        :          Chapter 11
MOTORS LIQUIDATION COMPANY, *et al.,*       :
       f/k/a General Motors Corp., *et al.*               :          Case No. 09-50026 (REG)
                                                                        :
                        Debtors.                                 :          (Jointly Administered)
-----------------------------------------------------------X

### CERTIFICATE OF SERVICE

I, David B. Aaronson, hereby certify that on January 11, 2010, I caused a true and correct copy of the *Notice of Withdrawal of Proof of Claim* to be served by first class mail to the party listed below and by automatic ECF notice to those parties receiving ECF in the above-captioned case:

   The Garden City Group, Inc.
   Attn: Motors Liquidation Company
   P.O. Box 9386
   Dublin, Ohio 43017-4286

PHTRANS/ 846970.1

- 2 -

Dated: January 11, 2010  **DRINKER BIDDLE & REATH LLP**

 /s/ David B. Aaronson
David B. Aaronson (DA 8387)

Counsel for QEK Global Solutions (US), Inc.