UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                  :
In re                                             :     Chapter 11 Case No.
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,             :     09-50026 (REG)
    f/k/a General Motors Corp., *et al.*          :
                                                  :
                    Debtors.                      :     (Jointly Administered)
                                                  :
------------------------------------------------------------x

### NOTICE OF ADJOURNED MATTERS AND CANCELLATION OF HEARING SCHEDULED FOR JANUARY 13, 2010 at 11:00 a.m.

**PLEASE TAKE NOTICE THAT** - As set forth below, all matters scheduled for consideration at the hearing on **January 13, 2010 at 11:00 a.m.** (the "**Hearing**") in the above-captioned chapter 11 cases have been adjourned to a future hearing date. Accordingly, **this Hearing has been cancelled.**

I.    ADJOURNED MATTERS:

1.  Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3212]**

    Response Deadline:          July 29, 2009 at 4:00 p.m.

    Response Filed:

    A.  Objection of Wells Fargo Bank Northwest, N.A., to Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3534]**

    Reply Filed:

    B.  Debtors' Reply to Objection of Wells Fargo Bank Northwest, N.A., to Motion by Debtors for Entry of Order Authorizing Rejection of Certain Person Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3585]**

    Additional Document(s):

   C. Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3619]**

   D. Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3805]**

   E. Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 4031]**

   F. Stipulation to Adjourn Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 4171]**

  **Status:** This matter has been adjourned to a future hearing date to be confirmed with Chambers.

2. Motion of Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 4324]**

  Response Deadline: November 6, 2009 at 4:00 p.m.

  Response Filed: None to date.

  Reply Filed: None to date.

  Additional Document(s): None to date.

  **Status:** This matter has been adjourned to a future hearing date to be confirmed with Chambers.

3. Debtors' Motion to Assume and Assign Certain Unexpired Leases of Equipment and Related Executory Contracts **[Docket No. 4331]**

  Response Deadline: November 6, 2009 at 4:00 p.m.

  Response Filed:

   A. Limited Objection of GE Capital Corporation and U.S. Bank, as Owner Trustee on its Behalf, to Debtors' Motion to Assume and

        Assign Certain Unexpired Leases of Equipment and Related Executory Contracts **[Docket No. 4386]**

<u>Reply Filed</u>:        None to date.

<u>Additional Document(s)</u>:        None to date.

**<u>Status</u>:**        This matter has been adjourned to a future hearing date to be confirmed with Chambers.

Dated: January 11, 2010
      New York, New York

        /s/ Joseph H. Smolinsky
        Harvey R. Miller
        Stephen Karotkin
        Joseph H. Smolinsky

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession