January 2, 2009

Response/Reply To The Debtors Third Omnibus Objection Claims (Duplicate Claims) The Response read.

United States Bankruptcy Court
Southern District of New York

IN RE

Motors Liquidation Company, Et Al
f/k/a General Motors Corp., Et Al.
Debtors.

Chapter 11 Case No.
09-50026 (REG)
(Jointly Administered)

I Sheryl Yvette Carter reside at 1541 LaSalle Ave #1, Niagara Falls, New York, 14301. My phone numbers are (716) 282-3624 and (937) 302-8072.

I am responding, replying to the Debtors Third Omnibus objection claims duplicate claims that I have against the Debtors in the United States Bankruptcy Court Southern District of New York IN RE Motors Liquidation Company (General Motors) Debtors Chapter 11 Case No 09-50026 jointly administered. I object and disagree to the Debtors objection against my claims, cases I have against the Debtors. I am Responding by the deadline of January 7, 2009

Sharyl Y. Carter to 2nd Response/Reply.

in a timely manner. Also I Sharyl Y. Carter object to other claims by the Debtors and their affiliates.

I ask of this court to allow all my claims against the Debtors (GM Corp) and Proof of Claims listed in Exhibit A, and any other exhibits not listed. Enclosed are a copy of documents, and responses, Reply from me to my other claims against the Debtors Delphi Corporation and its affiliates debtors. This may be may not be the same claims against GM Corp in the above cases, and number. The documents the Debtors Delphi Corporation and General Motors Company are claiming that these claims, case may be Duplicate claims. If this is true then I ask the Courts to Allow the claims and place my claims Sharyl Y. Carter claims together as one or separate claims but in one court, not several Courts, Judges. I should never been allowed, and able to do this on my own when there are massive amounts of documents, several claims, massive Attorneys from both the Debtors, Delphi Corp, and GM Company. They both companies should have caught this mistake from the beginning of the Debtors filing Bankruptcy

in both, several courts. I have answers all documents claims by the deadline responses and reply on time with mailing them certify mail to the courts, and attorneys of the Debtors, for, and since the beginning of both Debtors filing Bankruptcy. I would include that as pain and suffering to all my claims.

<u>Relief Requested</u> 1. My claim Sharyl Y. Carter should not be disallowed and expunged as I explain above and below.

2. I object and dis agree to the Debtors objection to my claims.

<u>Jurisdiction</u> 3. I as the courts to consider this matter of all my claims and allow my claim to the courts, if not this court then to my other claim against the Debtors to be granted.

<u>Background</u> 4. As the Debtors stated on June 1, 2009 four of the Debtors (the filed Debtors) commenced with this court voluntary cases under chapter 11 of the Bankruptcy Code and on October 9, 2009, two additional Debtors the Realm (Encore Debtors) commenced with this

Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the first filed Debtors under case number 09-50026 (REG). As explain by me above all my claims are against the Debtors. My questions is are my claims voluntary and jointly administered separately between two different courts, and judges, which the Debtors are claiming are Duplicate claims, United States Bankruptcy Court Southern District of New York under Judge Robert E. Gerber case No 09-50026 (REG) General Motors Company, and United States Bankruptcy Courts Southern District of New York under Honorable Robert D. Drain-Room 632 case Nue: 05-44481 against Debtors Delphi Corp and its affiliates. I ask of these two Judges/Courts to allow my claims to be organized, and place in the proper order and court.

5. The Court entered an order Docket No 4079 establishing November 30, 2009 as the deadline for each or entity to file a proof of claim in the first filed Debtors cases. I have filed my proof of claim forms already, copies are

enclosed with documents. On December 2, 2009 this Court entered an order (Docket No 4586) establishing February 1, 2010 as the deadline for Each person, entity to file a proof of claim in the Real/Encore Debtors cases. of the Bankruptcy Code for which the courts established June 1, 2010 as the deadline to file proof of claim as stated in documents. I object and disagree with the Debtor plans and their objection to all my claims.

6. As stated on October 6, 2009 the Courts entered the Procedures order, which authorizes the first filed Debtors, among other things to file omnibus objections to no more than 100 claims at a time, under various grounds. As stated above I respectfully request that the courts allow all my claims against the Debtors and affiliates. in both courts. The Debtors file omnibus objections on my claims and documents stated they could or are duplicate claims. I ask the courts United States Bankruptcy Courts to have all my cases and claims place together as soon as possible so that I do not have to continue to repeatly file proof of claims, mail out massive copies to the Debtors

Attorneys if they are duplicate claims. This mistake is not my fault, I only Respond, and reply to the Courts and the Debtors attorney what was mailed to me. I should not be held accountable for their the Debtors mistakes.

## The Relief Requested Should Be Approved by the Court

7. A filed proof of claim is deemed allowed, unless a party in interest objects. If an objection refuting at least one of the claims essential allegation is asserted the claimant has the burden to demonstrate the validity of the claim. As for this statement, I have prove all my claims against the Debtors and affiliated debtors in the beginning when I first put together all my claims, and case with my Attorneys at that time, George Katchmer and Geoffrey Damon along with EEOC, NAACP and the Debtors Attorneys Lori Clary then other were added and massive later added. See all documents, evidence, and notes, and book, records, and enclosed response, reply.

8. The Debtors have compared the books, records with proof of claims identified in Exhibit A and the Debtors have determined that the Duplicate

claims are filed by the same claimants against the same Debtors. Then why was I mailed the documents by (2) two different, separate compani- Gm Company and Delphi Corporation and its affiliate to fill out and response, reply by deadlines to differe Courts, and Judges and massive Attorneys for the Deb This is not my, Sharyl Y. Carter fault, I should not blame for someone else mistakes. From this point on I ask the courts respectfully to place all my claims together if they are duplicates to one court.

9. To Avoid the possibility of multiple recoveries by the same debtors, I ask the courts to Allow all my claims and place them where they belong so that duplicated claims can not continue to be a problem.

10. <u>Notice</u> I Sharyl Y. Carter have been notice of the motion, asserting A Duplicate claim and I ask the courts to decide if my claims are duplicate to each other. Establishing Notice and Case management Procedures dated August 3, 2009 (Docket No 3629). The Debtors submit that such notice is sufficient and no other or further Notice need be provided. I disagree

If all notices are sufficient then why are my claim stating to be Duplicate claims to each other. Also if notice need to be mailed to me I should receive them regarding my claims, cases against the Debtors.

11. I believe that previous request for the relief sought herein has been made by the Debtor to other courts as well as this court. I ask the courts why are my claims, cases duplicated in different courts, and judges, and docket number

I Sharyl Z.J. Carter ask and respectfully request the courts to allow, and grant all my claims against the Debtors and their affiliates.

Sincerely,
Sharyl Z.J. Carter