Response/Reply To the Debtors Third Omnibus Objection Claims (Duplicate Claims) The Response He

United States Bankruptcy Court
Southern District of New York

In re

Motors Liquidation Company et al
F/K/A General Motors Corp, et al

Debtors

Chapter 11 Case
09-50026 REG
(Jointly Administered)

Order Granting Debtors Third Objection To Claim (Duplicate Claims) Upon the third omnibus objection to claims dated December 8, 2009 the Debtors Third Omnibus Objection. Claims of Motors Liquidation Company and its affiliated debtors. The Debtors, the Bankruptcy Code, The Bankruptcy Rules, the Procedures Order (Docket 4180) seeking entry of a order disallowing and expunging the duplicate claims, stating the Debtors, I disagree and object to the above rules, orders, etc by the Debtors. All my claims should be allowed by the courts. I would like to know who made

the mistake, and separated my claims to different courts, and judges to make my, Sharyl Y. Carter claims duplicated claim. It seems as though I am being held accountable and blame for the duplicate claims. After all this time, energy, stress, money I did not have, massive copying, mailing certify mail it has cost, and taken from me with all my medical problems, conditions. With both court judges, and attorneys to answer, response, reply to by deadline which was very close to each other with different addresses, courts, judges, and attorney I had to mail to. I Sharyl Y. Carter respectfully ask, and request that the courts allow the Debtors and their affiliates to continue to mail, and send me notice regard all my claims on time. I also would like the Debtors and their affiliates to mail me all copies of everything concerning me and my claims, during and after these claims, cases are completed, closed.

I ask again for the courts to allow all my claims, and cases against the Debtor

and their affiliates, also for my Sharyl Y Carter claims, cases to be placed into (1x) one court United States Bankruptcy Court Southern District of New York before Honorable Robert D. Drain, where these claims, cases first started from. Allow my claims, As and do not disallow and expunged the as listed, and stated with the Debtors as they Request. Allow all my claims, case, I ask of the courts.

I do not know if my claims, cases are under the Summary claims, just like I did not know my claims, cases were duplicate claims.

Also I do not know if this court or other courts shall retain jurisdiction to hear and determine all matters arising from or related to this order. What about my other claims, cases and order that were Allowed by the courts. I ask the courts to come together and make the decision rather then the Debtors and their affiliates. I believe that which ever courts that the procedures claims, cases started in should make the final decisions and Allow, grants my claim against the Debtors on my behalf.

Sincerely
Sharyl Y Carter