December 11, 2009

Sharyl Y. Carter Supplemental Respond
and Reply for Proof of Claim No's 16849 and 168.
Chapter 11
Case Number 05- 44481 (RDD)
Jointly Administered
United States Bankruptcy Court
Southern District of The New York

IN RE
DPH Holding Corp. et.al
Reorganized Debtors.

I Sharyl Y. Carter Reside at 1541 LaSalle Ave #1
Niagra Falls, New York, 14301. My Numbers are (716)282-3624
and (954) 302-8072. I object and disagree with Delphi Corp.
( Debtors) objecting, to my Claims, and for the Debtors to
want my claims disallowed and expunged in its entirety.
    Enclosed are copies of the FEDEx envelope, 1st page,
and my claim No's, Name, etc that I received from the
Debtors, dates when I received them that I wrote at
the bottom Right hand corner.
    I Sharyl Y. Carter could Not file an affidavit or
dekeration of any witness due to ...

have A list of the witness About 100 plus, that was
listed in my deposition, with more evidence to my clai
Against the Debtors. Theres No way I can contact the
witness due to the Plant closing, many employees, and
management, my witness were laid off, took buyouts,
Relocated, terminated, etc from the company. I have
Relocated due to loss of my employment with Delphi
(Debters). If I do not have a claim against the
Debters why I continue to Received information, and I
have to respond by certain dates, times, Also why the
confidentiality propertaey - constraints? I am doing my
best to answer, and Respond, reply to the Debters
objection of my claim.

I requested that the Debters produce, give me all of
my copies, documents, evidence they have on me, and
to the Courts also. I have gave up all copies several
times when I was starting my claims from Ohio
Court system. My two Attorney 1st George Katchmer
(937) 224-5036, who delay, and misrepresented me for
my claims against the Debters, also Mr. Katchmer with
held evidence, documents from me. I spent alot of
money throughout these years, copying, mailing certify
mail on time with my claims. I later

me. Ratchire to the Bar Association in Dayton Ohio, who to about 1 1/2 years to do nothing on my complaint. My 2nd Attorney Geoffrey P. Damon Esq - 2900 Carew Tower, Cincinnati, Ohio 45202 (513) 484-7573 Cell - (513) 345-1424

A. **Preliminary** Statement - Response from Sharyl Y. Carter

The Debtor stated they filed for voluntary petitions in this court for Reorganization relief under chapter 11 of the United States Code 11 U.S.C 101-1330 on October 8, and 14, 2005

2. The Modified Plan stated the Debtors, and certain Affiliates had been approved by this Court (Docket 18707) and emerged from chapter 11 as the Reorganized Debtors.

3. On November 18, 2009, the Reorganized Debtors filed the Notice of Sufficiency Hearing with Respect to Debtor's objection to Proof of Claim, my No's. 16849 and 16850.

4. I Sharyl Y. Carter am filing my respond, Reply to the Debtors objection, I disagree with the Debtors.

5. I Sharyl Y. Carter feel I do have a colorable claim against the Debtors for reason of all my Note documents, evidence I provided the Debtors, Attorneys, and Courts on behalf of my claims.

6. This is my Supplemental Response, Reply to Debtor I have file and serve in a timely manner, two business days before the Scheduled Sufficiency Hearing date December 16, 2009.

B. **Relief Requested** 7. I disagree with the Reorganized Debtors

Request entry of an order disallowing and expunging each

proof of claim that I have against them the Debtors.

C. **Shaeyl** & **Carter Claim**. 8. I would like for the

Courts to Allow my claims Nos 16849, and 16850 against

the Debtors. The dollar amount of $50 million maybe high

for each claim. The Debtors do owe me a large amount

money, dollars on my claims. The Debtors do have book

and Records on all employees, wages, etc. In those Re

it would show something, Amount, plus I feel I should

be awarded for my pain and suffering, interest.

9. **The Carter Claims filed Against the Debtors** on

April 28, 2009 and May 1, 2009. the Debtors stated I

filed identical proof of claim numbers. (The Carter Claim

against Delphi Automotive System LLC (DASLLC). The Debtors

finally, but later, and after the fact, mailed me a proof

of claim forms 2x. I filled them out to the best of my

ability, done. Yes I stated many times in my letters to

the Courts/Judges, Attorneys, Debtor Attorneys that all my

documents and evidence was given, be should have been

attached to my claim against the Debtors through the

Courts, Attorneys who represented myself, George Katchmer

and Geoffrey Damon, Debtors Attorney have key make out a

Ohio. They were given everything to make clear out

December 15, 2006, medical documents from doctors, there name address, no.s, witness list of 100+ plus people, also a 700+ pl page deposition costing me $800.00 of 7 1/2 hrs long, claims claim from Judge Walter Herbert Rice, all originals, etc

10. The Debtors Objection To The Carter Claim. The Debtor filed the Thirty-fourth Omnibus Objection Pursuant to Expunge I A-F and II A-C and III, IV-(Docket No 1718R). The Debtor objected to my claim (Carter Claim) on grounds that such claims asserted dollar amount and liabilities not Reflected on the Debtors book and records, also Debtors sought an order disallowing and expunging (the Carter Claim) my claim. The Debtors Refuse to show records on my behalf, they have them, records, and books on me, my employment, injury doctors in plant doctors, and my doctors treatments notes, etc, also when I was on sick leave, injured on the job etc.

11. My Carter Response to the Debtors Objections. The Debtors claim that nothing in the, my Response provides an actional explaination documents, evidence or support for any of the claim asserted in the Carter Claim. Why was I repeatly told by the Debtors, and Attorney office Kurtzman Carson consultants several times that I do not have a claim clue to untimely filing, Also making that same statement to my Attorney Geoffrey Deaman I made several attempts to get in

on my claims against the Debtors, Status, I was denied that information many times. I always filed my objection and respond by the deadline, when I am Allowed or Notified to do.

12. The Sufficiency Hearing Notice The Debtors Stated the Carter Claims was adjourned to a future date. On November 18, 2009 The Reorganized Debtors filed the Sufficiency Hearing Notice with respect to my claim (Carter claim). I enclosed copies of those FEDEX envelops 1st page letter, Another page of claim No 13. I do not believe that this is enough time to file my Reply and response, but will do my best, due to medical problems - Health, NO income from Debtors lay of status

D. Claimants Burden of Proof and Standard For Sufficiency of Claim. 13. I Sharyl Y. Carter have Stated a claim Against the Debtors under Rule 7012 Federal Rules of Bankruptcy Procedure. As the stated previously the Debtors, Courts, Attorneys have my information I provided to make my claims against the Debtors. My Claims No 16849, and 16850 should not be sustained or disallowed, and expunded in its entirety according to the Debtor belief. If the Debtors, Attorney give up all documents, evidence, everything that have on me book, and Records, if not detroyed. I do have a who

14. I provided proof to establish my claims against the Debtors, several times to Attorneys, Courts, Judges in Ohio court system to start. The Debtors have sufficient factual support, evidence, documents, book, record on my behalf. The Debtors Attorney as well as the Ru court in Ohio when I started my claims, which all that information should have been pass on to this Court/Judg I gave measure evidence, documents, sufficient fact

15. I disagree with the Debtors to dismiss my claim, and it should not be in favor of the Debtors I feel I have met the initial burden of proof to establish my claim against the Debtors, where is there proof of me, Sharyl Y. Carter not providing any documentation, evidence, etc on, toward these claims In providing facts and sufficiently support of a legal liability against the Debtors, the Attorney have to provide all information and documents to Courts/Judges that is given to them by there client. Not to withhold it or delay tactics, destroy, etc information so client do not have anything to provide in a case like this one. How many copies of All imaging paper work, Notes, documents, evidence do the Debtor need to see on my behalf to prove

16. On the amount in the official form was $5 million in the Courts in Ohio, which someone, staff or whoever left out a 0, they had $5 million instead of $50 million

17. <u>Argument Regarding The Carter Claims</u> The disputed employment litigation claim was included with discrimination on race, age, disability, medical, injury, pain and suffering. I filed a charge of discrimination with the United States Equal Employment Opportunity Commission (The EEOC). I was given a Right to Sue letter which the Ohio Courts, the Debtors and there Attorneys have, as well as my Re Attorneys who handled my cases, & separate times. I needed that to file my claim in Ohio - United States District Court for the Southern District of Ohio with Judge Walter Rice dismissed it. Case No C3 - 03 - 205. I appeal with another Attorney ~~George Geoffrey~~ Damon with the United States Courts of Appeal for the Sixth Circuit Court (Docket No) Debtors stated docket No. The first case under Judge Rice with Attorney George Katchmer. which I was mislead, and misrepresented. I gave up all information, documents, evidence, etc to prove my claim in order to go through the Courts. I did get hurt on the ybs, see documentation

all information that I, Sheryl Y. Clarke provided, to support my claims against the Debtors. The employment litigation which the courts have All documents, Attorneys as well have. That was won in California federal Courts I believe, which we the employees should be employed until 2011 without no lay off, etc. At this time I am unemployed due to the Debtors closing the facility, plant in October 2007, or I was force to go into an empty plant and sign out, off from sick leave. Where is all those documents, records and books etc on behalf of me. I was just told by the Debtors Insurance Co. I no longer have Health Insurance for me and my daughter. I provided that package of litigations to my Attorney, the Debtors have it as well. The Debtors stated and listed that my employment litigation claim on Schedule F on the Amended and Restated Schedules of Assets and Liabilities for DAS LLC is a contingent, unliquidated, and disputed claim against DAS LLC. With all that evidence documents I provided several times, the Debtors Attorney Laurie Clark, I believe thats her

included my Workers Compensation claim with my claim against the Debtors, see 700+ plus page deposition of 7 1/2 hrs.

18. My claim should not be disallowed and expunged in their entirety against the Debtors. I provided everything to Debtors, Attorneys previously for the start of my claims, also to my Attorney which forwarded them to the Courts. Why this Court was not notify of all documents, evidence sent to this court as well? All informations, documents I gave support a right of my payment from the Reorganized Debtors, thats my proof as well. I do believe the, my Sharyl 2/ Laatee claims will be in the amount of millions each..

19. When the Bar Date order and the Bar Date was set for filing Proof of claim, why I continue to get information through the mail with my name on it, if I do not have a claim. But I responded in time when I received the letters in time, be the correct address. I explain why documents was not available, but was given several times in even.

20. I calculated the amount of $50 million for all my claims, treatments, injury, pain suffering, math etc by the Debtors. If that amount is not and I ask to Courts/Judge/Jury to considered in the millions of each claim. A price can not be place upon what I've been through with the Debtors, that would please me.

21. The Carter Claims that was filed almost (3) three years later after the Bar Date stated the Debtors, because I was denied information, told I don't have a claim or claims against the Debtor for lack of a timely filing, ignored calls I placed to the Debtors Attorney who was mailing me paper work, Kurtzman Carson Consultants. I was not given a proof of claim form to fill out, I did not know I needed one, no one explain that Information to me. Also due to mail not timely file, or give to me at at Reasonable timely manner. I also did file a motion and made attempts to, and responses to the Debtors to the best of my ability

22. I know, and believe I file a timely proof Claim given the chance and information whe I was given at that time. I did not rely on my behalf, a proof of claim, or anythin concerning my claims against the Debtors. I mailed certify mail to the Courts / Debtors, And Attorney for years on time. I write letters, responding to deadline, when I received information in the mail, since the beginning of these claims. in the Ohio Courts, as well as this Court, United States Bankruptcy Courts for the Southern District of New York. If I was late of filing proof of Claim or any other responses, reply, it should be excusable due to what, when, all the information I given several times to the Courts / Judges / Debtors Attorney / my Attorneys / agency.

23. I have met my burden of proof to establish a claim against the Debtors. All my claims should be allowed, as I Divulded

facts, documents, evidence, information, timely file
on my claims to the Debtors/Courts/Judges/Attorney
The thirty-fourth Ominibus Claims/Carter Cla
should be allowed, all my claims I have again
the Debtors. I ask of you the Courts/Judge in
the United States Courts to allow all my claim
Also payment allowed as well, if Not $50 mill
then in the millions for each claim I have
against the Debtors.

If I did not enclosed thats needed I cou
not locate them at this time, since I ha
very little time to prepare, read, Respond, reply
to my claims.

I Sharyl Y. Carter Respectfully Request,
ask of this Court to enter and order, Allowing
all my claims against the Debtors.
Thank You.

Sincerely
Sharyl Y. Carter

Dated
December 11, 2009

| United States Bankruptcy Court    Southern    District Of    New York | PROOF OF CLAIM |
|---|---|

**United States Bankruptcy Court** **Southern** **District Of** **New York**

**PROOF OF CLAIM**
This Space For Court Use Only

Name of Debtor
*General Motors Corporation*

Case Number
*09-50026 (REB)*

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property)
*Shaeyl Y. Carter*

Name and Address where notices should be sent:
*Shaeyl Y. Carter*
*92 Woolery Lane #C*
*Dayton Ohio 45415*

- ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- ☐ Check box if you have never received any notices from the bankruptcy court in this case.
- ☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number *(937) 742-7054 - (937) cell 302-8072*

Last four digits of account or other number by which creditor identifies debtor: *9353*

Check here ☐ replaces
if this claim ☐ amends  a previously filed claim dated:

This Space For Court Use Only

**1. Basis for Claim**
- ☐ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
          (date)                    (date)

**2. Date debt was incurred:**
*unknown*

**3. If court judgment, date obtained:**
*June 3, 2009*

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $ _____
- ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
- ☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ _____

Unsecured Priority Claim.
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed: $**

|  | (Unsecured) | (Secured) | (Priority) | (Total) |
|---|---|---|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

Date
*June 16, 2009*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
*Shaeyl Y. Carter   Shaeyl Y. Carter*

Penalty for presenting fraudulent claim. Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| **United States Bankruptcy Court    Southern    District Of    New York** | **PROOF OF CLAIM** |
|---|---|

Name of Debtor
*General Motors Corporation*                    Case Number
*09-50026 (REG)*

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

**PROOF OF CLAIM** — This Space For Court Use Only

Name of Creditor (The person or other entity to whom the debtor owes money or property)
*Sharyl Y. Carter*

Name and Address where notices should be sent
*Sharyl Y. Carter*
*92 Woodley Lane #C*
*Dayton Ohio 45415*    *(937) 241
3828872*

Telephone Number *(937) 742-7054 - *

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor: *9353*

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim dated: _____

This Space For Court Use Only

**1. Basis for Claim**
☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
       (date)        (date)

**2. Date debt was incurred:**
*Unknown*

**3. If court judgment, date obtained:**
*June 3, 2009*

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed: $**
_____        _____        _____        _____
(Unsecured)        (Secured)        (Priority)        (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

This Space For Court Use Only

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

Date
*June 16, 2009*    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
*Sharyl Y. Carter    Sharyl Y. Carter*

Penalty for presenting fraudulent claim. Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 157).

| United States Bankruptcy Court    Southern    District Of    New York | PROOF OF CLAIM |
|---|---|

Name of Debtor:
*General Motors Corporation*

Case Number:
*09-50026 (REG)*

**PROOF OF CLAIM**
This Space For Court Use Only

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
*Sharyl Y. Carter*

Name and Address where notices should be sent
*Sharyl Y. Carter*
*92 Woodley Lane #C*
*Dayton Ohio 45415*

Telephone Number *(937) 742-7054 — (937) Cell 322-8072*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor: *9353*

☐ Check here  ☐ replaces
if this claim  ☐ amends    a previously filed claim dated:

**1. Basis for Claim**
☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
    (date)              (date)

**2. Date debt was incurred:**
*Unknown*

**3. If court judgment, date obtained:**
*June 3, 2009*

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business. whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
* Amounts are subject to adjustment on 4 1 07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ _____
                                    (Unsecured)      (Secured)      (Priority)      (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

Date
*June 16, 2009*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
*Sharyl Y. Carter    Sharyl Y. Carter*

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571

**United States Bankruptcy Court** ___ **Southern** ___ **District Of** ___ **New York**

**PROOF OF CLAIM**

This Space For Court Use Only

Name of Debtor
Delphi Automotive System (bAS LLC)

Case Number 05-44481
D2

NOTE: This form should **not** be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property) Sharcyl Yvette Carter

Name and Address where notices should be sent:
Sharyl Yvette Carter
92 Woodcry Lane #C
Dayton Ohio 45415
Telephone Number: (937) 742-7054    Cell (937) 3028072

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim dated: _____

**1. Basis for Claim**
☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☒ Personal Injury
☒ Other Employment Litigation + Hostile Work Environmental
**2. Date debt was incurred:**

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☒ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: 1353
Unpaid compensation for services performed
from _____ to _____
    (date)        (date)

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.
Unsecured Nonpriority Claim $ 50 Million dollars + interest

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle    ☐ Other _____
Value of Collateral $ _____

☐ Check this box: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ 50 Million Dollars + interest
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 50,000,000.00

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 50,000,000.00    $ 50,000,000.00    50,000,000.00    $ 50,000,000.00 + interest
(Unsecured)    (Secured)    (Priority)    (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

Date:
4/28/09

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Sharyl Yvette Carter    Sharyl Y. Carter

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**United States Bankruptcy Court** ___Southern___ **District Of** ___New York___ | **PROOF OF CLAIM**

| | |
|---|---|
| Name of Debtor: Delphi Automotive System (DAS) LLC | Case Number D5-44481 |

NOTE: This form should **not** be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property) Sharyl Yvette Carter

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:
Sharyl Yvette Carter
92 Woodley Lane #C
Dayton Ohio 45415
(937) 742-7054   Cell (937) 302-8072
Telephone Number:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

| | |
|---|---|
| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces ☐ amends   a previously filed claim dated: _____ if this claim |

**1. Basis for Claim**
☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☒ Personal Injury
☒ Other Employment Litigation + Hostile Work Environmental

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☒ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: 7353
Unpaid compensation for services performed
from _____ to _____
      (date)                    (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 50 Million dollars + interest

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____
Value of Collateral $_____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ 50 Million Dollars + interest

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 50,000,000.00

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 50,000,000.00   $50,000,000.00   50,000,000.00   $50,000,000.00 + interest
         (Unsecured)         (Secured)         (Priority)         (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| | |
|---|---|
| Date: 4/28/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Sharyl Yvette Carter   Sharyl Y. Carter |

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent to *Honorable Robert D. Drain*
Street, Apt. No., or PO Box No. *United States Bankruptcy Court - Southern Dist NY*
*ONE Bowling Green - R418*
City, State, ZIP+4 *New York, New York 10004*

7008 1830 0002 1389 9379

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Honorable Rober D. Drain 'U.S. Bankruptcy Ct.*
*Southern District of New York*
*ONE Bowling Green - RM 610*
*New York, New York 10004*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent to *United States Bankruptcy Court*
Street, Apt. No., or PO Box No. *Alexander Hamilton Custom House*
*ONE Bowling Green - Court Room 610*
City, State, ZIP+4 *New York, New York 10004*

7007 2680 0002 4739 9499

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green Courtroom 610
New York, New York 10004

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Skadden, ARPS, Slate, Meagher Flom
Huston Lm Butler, John K Lyons, Ron E mesher
Street, Apt No.; or PO Box No. 333 West Wacker Dr. St 2100
City, State, ZIP+4 Chicago, Illinois 60606

PS Form 3800, August 2006      See Reverse for Instructions

7008 3230 0000 5104 8927

CERTIFIED MAIL

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Skadden, ARPS, Slate, Meagher Flom LLP
Attn: John Wm Butler, John K Lyons, Ron E mesher
333 West Wacker Dr. St 2100
Chicago, Illinois 60606

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7007 2680 0002 4739 9475

Sent To  Skadden, ARPS Slate, Meagher + Flom LLP
ATN. Kayalyn A. Marafioti, Thomas J. Matz
Street, Apt. No.; or PO Box No.  Four Times Square
City, State, ZIP+4  New York, New York 10036

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Skadden, ARPS, Slate, Meagher, Flom LLP
ATN. Kayalyn A. marafioti, Thomas J. matz
Four Times Square
New York, New York 10036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7008 1830 0002 1389 9362

Sent To  Delphi Corporation
ATtn: General Counsel
Street, Apt. No.; or PO Box No.  5725 Delphi Drive
City, State, ZIP+4  Troy, michigan 48098

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Delphi Corporation
Attn. General Counsel
5725 Delphi Drive
Troy, Michigan 48098

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(*Transfer from service label*)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Kurtzman Carson Consultants
Attorney for Delphi Corp
2335 Alaska Ave
El Segundo, CA 90245

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(*Transfer from service label*)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL₋ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₋

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent to  Kurtzman Carson Consultants
Street, Apt. No.;  Attorney for Delphi Corp
or PO Box No.  2335 Alaska Ave
City, State, ZIP+4  El Segundo CA 90245

7008 1830 0002 1389 4430



# FedEx

RT **356**  6  **D**

FZ

3166
12.09

## Express



*The Wo...*

*Envelo...*



**STANDARD OVERNIGHT**

TRK#    4330 9480 3166

**14301**    —NY–US    **XX DKK**

Form
8201

**BUF**

Ref: DELPHI JCP MEMPHIS 23035–9
Dept: Delphi Corporation

**SHARYL YVETTE CARTER**
**1541 LA SALLE AVE NO 1**

**NIAGRA FALLS, NY 14301**

UNITED STATES   US

10

(3

BILL S

Deli

Align bottom of Peel and Stick Airbill or·



Express

RT **356**  6  **D**
FZ                 0684
              11.25

*The Wor*

**Envelo**

**STANDARD OVERNIGHT**

TRK# **4330 9475 0684**      Form
                             0201

**14301**    -NY-US    **XX DKKA**

BUF
25

Ref: DELPHI JCP MEMPHIS 22497-1
Dept: Delphi Corporation

**SHARYL YVETTE CARTER**
**1541 LA SALLE AVE NO 1**

**NIAGRA FALLS, NY 14301**

10

EL SEGUNDO, CA 90245
UNITED STATES US                    Account: S 94

(31

PRF 22497-1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
      In re                               :    Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :    Case No. 05-44481 (RDD)
                                          :
                    Reorganized Debtors.  :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOFS OF CLAIM NOS. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, AND 16850

# EXHIBIT A

| Proof Of Claim Number | Date Filed | Party Filing Proof Of Claim | Owner Of Claim | Asserted Amount | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Debtor Named On Proof Of Claim |
|---|---|---|---|---|---|---|---|
| 10570 | 7/25/2006 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10964 | 7/25/2006 | TK HOLDINGS INC | TK HOLDINGS INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10965 | 7/25/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10966 | 7/25/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10967 | 7/25/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 10571 | 7/25/2006 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 10968 | 7/25/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 16949 | 5/1/2009 | SHARYL YVETTE CARTER | SHARYL YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 16850 | 4/28/2009 | SHARYL YVETTE CARTER | SHARYL YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |
| 1374 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI CORPORATION |
| 1375 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 1376 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC |
| 1377 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP |
| 1377 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | EXHAUST SYSTEMS CORPORATION |
| 1378 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC |
| 1379 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC |
| 1380 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC |
| 1381 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION |
| 1382 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC |

PRF 22497-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :
            In re                   :        Chapter 11
                                    :
DELPHI CORPORATION, <u>et al.</u>,       :        Case No. 05-44481 (RDD)
                                    :
                    Debtors.        :        (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m),
3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR
HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN
NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS

("CLAIM OBJECTION PROCEDURES ORDER")

Upon the Motion For Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And

Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And

Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims, dated

October 31, 2006 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and

affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the objections to the Motion and the record of the hearing held on the

Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor,



Express

RT 356  6 D
FZ        1517
          11.19

The Wor

Envelop

Align bottom of **Peel** and **Stick Airbill** or **Pou**

*Rec 11/19/09*

**STANDARD OVERNIGHT**

TRK#    4330 9470 1517      Form
                           02e1

**14301**   –NY–US      **XX DKK**

BUF

Ref: DELPHI JGP MEMPHIS 22280--2
Dept. Delphi Corporation

SHARYL YVETTE CARTER
1541 LA SALLE AVE NO 1
NIAGRA FALLS, NY 14301

TO

UNITED STATES US

BILL SEI

Deliv
E



PRF 22250-1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

|                                              |   |                          |
|----------------------------------------------|---|--------------------------|
| In re                                        | : | Chapter 11               |
|                                              | : |                          |
| DPH HOLDINGS CORP., et al.,                  | : | Case No. 05-44481 (RDD)  |
|                                              | : |                          |
|                      Reorganized Debtors.    | : | (Jointly Administered)   |
|                                              | : |                          |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO DEBTORS'
OBJECTION TO PROOFS OF CLAIM NOS. 1374, 1375, 1376, 1377, 1378,
1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468,
6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967,
10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350,
14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532,
15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175,
16591, 16849, AND 16850

# EXHIBIT A

| Proof Of Claim Number | Date Filed | Party Filling Proof Of Claim | Owner Of Claim | Asserted Amount | Objection | Date Of Order Expunging Proof Of Claim | Debtor Against Which Claim Was Filed |
|---|---|---|---|---|---|---|---|
| 10570 | 7/25/2005 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AND TAKATA SEAT BELTS INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10964 | 7/26/2006 | TK HOLDINGS INC | TK HOLDINGS INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10965 | 7/26/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10966 | 7/26/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10967 | 7/26/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 10571 | 7/25/2006 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 10968 | 7/26/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 16849 | 5/1/2006 | SHARYL YVETTE CARTER | SHARYL YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 16850 | 4/28/2005 | SHARYL YVETTE CARTER | SHARYL YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |
| 1374 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 1375 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC |
| 1376 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP |
| 1377 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | EXHAUST SYSTEMS CORPORATION |
| 1378 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC |
| 1379 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC |
| 1380 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC |
| 1381 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION |
| 1382 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC |

P.O. Box 9386
Dublin, OH 43017-4286

**IMPORTANT COURT PAPERS ENCLOSED**
Return Service Requested

C2 1M
000 4287425
MAILED FROM ZIP

APS0730298845    0002338

SHARYL Y CARTER
1541 LASALLE AVE. #1
NIAGRA FALLS NY 14301

09-50026-mg   Doc 4773   Filed 01/08/10   Entered 01/14/2010 16:53:01   Main Document
HEARING DATE AND TIME: January 14, 2010 at 9:30 a.m. (Eastern Time)
RESPONSE DEADLINE: January 7, 2010 at 4:00 p.m. (Eastern Time)

PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS
HERETO TO DETERMINE WHETHER THIS OBJECTION
AFFECTS YOUR CLAIM(S)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                              :
In re                                         :        Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,          :        09-50026 (REG)
      f/k/a General Motors Corp., *et al.*     :
                                              :
                        Debtors.              :        (Jointly Administered)
                                              :
-------------------------------------------------------x

## NOTICE OF DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

PLEASE TAKE NOTICE that on December 8, 2009, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their third omnibus non-substantive objection to claims (the "**Debtors'**

**Third Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Debtors' Third Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff, Esq., and Gregory G. Plotko, Esq.); (xii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); and (xiii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), so as to be received no later than **January 7, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

> **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' Third Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Third Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      December 8, 2009

              /s/ Joseph H. Smolinsky
              Harvey R. Miller
              Stephen Karotkin
              Joseph H. Smolinsky

              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone: (212) 310-8000
              Facsimile: (212) 310-8007

              Attorneys for Debtors
              and Debtors in Possession

09-50026-mg    Doc 4773    Filed 01/08/10    Entered 01/11/2010 09:32:04    Main Document
HEARING DATE AND TIME: January 11, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: January 7, 2010 at 4:00 p.m. (Eastern Time)
Pg 1 of 50

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), file this third omnibus non-substantive objection to claims (the "**Debtors' Third Omnibus Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims listed on **Exhibit A** attached hereto,[1] and respectfully represent:

## Relief Requested

1.      The Debtors have examined the proofs of claim identified on Exhibit A, and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Duplicate Claims**") are duplicates of the earlier-filed corresponding claims identified under the heading "*Surviving Claims*" (collectively, the "**Surviving Claims**"). Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Procedures Order, the Debtors seek entry of an order disallowing and expunging from the claims register the Duplicate Claims and preserving the Debtors' right to later object to any Surviving Claim on any other basis.

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab. Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

units, as defined in section 101(27) of the Bankruptcy Code for which the Court established June 1, 2010 as the deadline to file a proof of claim).

6.    Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the First Filed Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

7.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

8.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The Debtors have compared their books and records with the proofs of claim identified on Exhibit A and have determined that the Duplicate Claims are filed by the same claimants against the same Debtors, for the same dollar amounts, and on account of the same obligations as the corresponding Surviving Claims. The Surviving Claims are the earlier filed claims as compared to the Duplicate Claims.

9.    To avoid the possibility of multiple recoveries by the same creditor, the Debtors request that the Court disallow and expunge in their entirety the Duplicate Claims. The Surviving Claims will remain on the claims register subject to further objections on any basis.

09-50026-mg    Doc 4773    Filed 01/08/10    Entered 01/11/10 16:52:04    Main Document
Pg 36 of 50

HEARING DATE AND TIME: January 14, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: January 7, 2010 at 4:00 p.m. (Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                      :

In re                   :        **Chapter 11 Case No.**

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :        **09-50026 (REG)**
    f/k/a **General Motors Corp.,** *et al.*  :

          **Debtors.**     :       **(Jointly Administered)**

                      :

------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

Upon the third omnibus objection to claims, dated December 8, 2009 (the

"**Debtors' Third Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket No. 4180], seeking

entry of an order disallowing and expunging the Duplicate Claims on the grounds that such

claims are duplicative of the corresponding Surviving Claim, all as more fully described in the

Debtors' Third Omnibus Objection to Claims; and due and proper notice of the Debtors' Third

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

Debtors' Third Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

---

[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' Third Omnibus Objection to Claims.

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010

_____
United States Bankruptcy Judge

Third Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SANDRA A HAUS IRA<br>SANDRA A HAUS 10548 PENN AVE SO<br>BLOOMINGTON, MN 55431<br>Official Claim Date: 10/2/2009 | 3038 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$22,880.00 (P)<br>$0.00 (U)<br>$22,880.00 (T) | Duplicate Claim | Pgs. 1-4 |
| SCHOENL, KEVIN M<br>SCHOENL, KEVIN M 16 WEST MAIN STREET 6TH FLOOR<br>ROCHESTER, NY 14614<br>Official Claim Date: 10/9/2009 | 7554 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) | Duplicate Claim | Pgs. 1-4 |
| SHARYL Y CARTER<br>1541 LASALLE AVE, #1<br>NIAGRA FALLS, NY 14301<br>Official Claim Date: 6/19/2009 | 552 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-4 |
| SHIPMAN & GOODWIN LLP<br>ATTN JULIE A MANNING ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103<br>Official Claim Date: 8/21/2009 | 1207 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,906.18 (U)<br>$13,906.18 (T) | Duplicate Claim | Pgs. 1-4 |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| SANDRA A HAUS IRA<br>SANDRA A HAUS 10548 PENN AVE SO<br>BLOOMINGTON, MN 55431<br>Official Claim Date: 10/2/2009 | 3033 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$22,880.00 (P)<br>$0.00 (U)<br>$22,880.00 (T) |
| SCHOENL, KEVIN M<br>SCHOENL, CONNIE CELLINO & BARNES PC 16 WEST MAIN STREET 6TH FLOOR ROCHESTER, NY 14614<br>Official Claim Date: 10/9/2009 | 7553 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) |
| SHARYL Y CARTER<br>1541 LASALLE AVE, #1<br>NIAGRA FALLS, NY 14301<br>Official Claim Date: 6/18/2009 | 136 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| SHIPMAN & GOODWIN LLP<br>JULIE A MANNING ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103<br>Official Claim Date: 8/18/2009 | 1217 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,906.18 (U)<br>$13,906.18 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. Where the claim amount is listed and are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent to *Honorable Robert D. Drain*
Street, Apt. No.; *United States Bankruptcy Cts Southern District*
or PO Box No. *DN2 Bowling Green, Rm 610*
City, State, ZIP+4 *New York, New York 10004*

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Honorable Robert D. Drain*
*United States Bankruptcy Courts Southern District of NY*
*DN2 Bowling Green, Rm 610*
*New York, New York 10004*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent to *Honorable Robert E. Drain*
Street, Apt. No.; *United States Bankruptcy Court*
or PO Box No. *DN2 Bowling Green, Rm 610*
City, State, ZIP+4 *New York, New York 10004*

PS Form 3800, August 2006        See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Honorable Robert E. Gerber
United States Bankruptcy Judge
ONE Bowling GREEN, Rm 621
New York, New York
10004

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com℠

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To Weil Gotshal + Manges LLP
Street, Apt. No.; Attn: Harvey R. Miller/Stephen Karatkin/Joseph
or PO Box No. 767 Fifth Avenue
City, State, ZIP+4 New York, New York 10153

PS Form 3800, August 2006    See Reverse for Instructions

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7009 1410 0002 3109 5066

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Weil, Gotshal + Manges LLP
Attn: Harvey R. Miller/Stephen Karatkin/
Joseph H. Smolinsky

767 Fifth Avenue
New York, New York
10153

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To _Honorable Robert E. Gerber_
_United States Bankruptcy Court_
Street, Apt. No.; _No. 1 Bowling Green Rm. 621_
or PO Box No.
City, State, ZIP+4 _New York, New York 10004_

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Garden City Group, Inc.
Motors Liquidation Company Agent
P.O. Box 9386
Dublin Ohio 43017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To _The Garden City Group, Inc._
_Motors Liquidation Company Agent_
Street, Apt. No.; _P.O. Box 9386_
or PO Box No.
City, State, ZIP+4 _Dublin, Ohio 43017_

PS Form 3800, August 2006                See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To Kurtzman Carson Consultants
Street, Apt. No.; or PO Box No. 2335 Alaska Avenue
City, State, ZIP+4 El Segundo CA 90245

PS Form 3800, August 2006                See Reverse for Instructions

7007 2680 0002 4739 9314

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo CA 90245

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



# FedEx

## Express



RT **356** 6 **D**
FZ
0060
12.28

The Worl

Envelo

STANDARD OVERNIGHT

TRK# **4403 4427 0060**    Form
8201

**14301**    — NY-US    **XX DKI**

BUF

Ref: DELPHI JCP MEMPHIS 23782--2
Dept: Delphi Corporation

TO
SHARYL YVETTE CARTER
1541 LA SALLE AVE NO 1

NIAGRA FALLS, NY 14301

BILL

Deli

Align bottom of **Peel and Stick Airbill**

Rec
12/28/09

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                         :

In re                   :    Chapter 11
                          :

DPH HOLDINGS CORP., et al.,  :    Case No. 05-44481 (RDD)
                          :
                          :    (Jointly Administered)
           Reorganized Debtors.  :
                          :
------------------------------- x

## NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH RESPECT TO REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM NUMBER 16850 FILED BY SHARYL Y. CARTER

### ("NOTICE OF ADJOURNMENT AS TO SHARYL Y. CARTER'S PROOF OF CLAIM NUMBER 16850")

Debtors and making distributions (if any) with respect to all Claims and Interests ...." Modified Plan, art. 9.6.

PLEASE TAKE FURTHER NOTICE that on November 18, 2009, the Reorganized Debtors filed the Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108) (the "Sufficiency Hearing Notice") scheduling a sufficiency hearing (the "Sufficiency Hearing") for December 18, 2009, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 to address the legal sufficiency of each Proof of Claim and whether each Proof of Claim states a colorable claim against the asserted Debtor.

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Claims Objection Procedures Order"), the Sufficiency Hearing with respect to proof of claim number16850 is hereby adjourned to January 21, 2010.

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed in accordance with the procedures provided in the Claims Objection Procedures Order unless

3

Dated:   New York, New York
December 24, 2009

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:  */s/ John Wm. Butler, Jr.*
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

By:  */s/ Kayalyn A. Marafioti*
Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

5



# Ohio Bureau of Workers Compensation Detail

Access:          **REPRESENTATIVE**              Date/Time Searched:  **10/28/2008 02:40 PM**
Selection:       **SSN SEARCH**
Sub Selection:   **CLAIM STATUS**
SSN:             **98-801409**

| Ohio BWC Status: CONNECTED | ⊠ DISCONNECT |
|---|---|

## Claim Status

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim # | 98-801409 | Claim Status | DISALLOWED | Claim Type | MO-ACC-SI-COV | |
| Injured Worker | CARTER, SHARYL Y | | | Injury Date | 03-01-1998 | |
| Filing Date | 05-19-2003 | Statute of Lim. | 03-01-2004 | Change Over | | |
| Status | ACTIVE | Status Date | 03-01-1998 | Handicap Pct. | 0.0 | |
| Last Hearing | | Last Medical Paid | | Last Indemnity Paid | | |
| Tot Amount Paid | $0.00 | Tot Medical Paid | $0.00 | Tot Indemnity Paid | $0.00 | |
| Provider Contact | | Inj Worker Contact | | Employer Contact | | |
| Medical Settled | | Compensation Settled | | Determination | 06-30-2003 | |
| Last Updated | 04-28-2006 | MMI Date | | | | |

| Selection Menu | SSN Search | |
|---|---|---|
| Injured Worker | Injury Status | Payment Plan |

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.



OPEN
*online*

# Ohio Bureau of Workers Compensation Detail

Access:            **REPRESENTATIVE**
Selection:         **SSN SEARCH**                    Date/Time Searched:  **10/28/2008 02:39 PM**
Sub Selection:  **CLAIM STATUS**
SSN:                **04-826088**

---

| Ohio BWC Status: **CONNECTED** | ☒ DISCONNECT |
|---|---|

## Claim Status

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim # | 04-826088 | Claim Status | **DISALLOWED** | Claim Type | | LT-ACC-SI-COV |
| Injured Worker | CARTER, SHARYL Y | | | Injury Date | | 04-27-2004 |
| Filing Date | 05-12-2004 | Statute of Lim. | 04-27-2014 | Change Over | | 06-24-2004 |
| Status | **ACTIVE** | Status Date | 04-27-2004 | Handicap Pct. | | 0.0 |
| Last Hearing | | Last Medical Paid | | Last Indemnity Paid | | |
| Tot Amount Paid | $0.00 | Tot Medical Paid | $0.00 | Tot Indemnity Paid | | $0.00 |
| Provider Contact | | Inj Worker Contact | | Employer Contact | | |
| Medical Settled | | Compensation Settled | | Determination | | 06-24-2004 |
| Last Updated | 09-14-2004 | MMI Date | | | | |

---

| Selection Menu | SSN Search | |
|---|---|---|
| Injured Worker | Injury Status | Payment Plan |

---

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.



# Ohio Bureau of Workers Compensation Detail

| | | |
|---|---|---|
| **Access:** | **REPRESENTATIVE** | |
| **Selection:** | **SSN SEARCH** | **Date/Time Searched:** 10/28/2008 02:39 PM |
| **Sub Selection:** | **CLAIM STATUS** | |
| **SSN:** | **06-888317** | |

---

Ohio BWC Status: **CONNECTED**

☒ DISCONNECT

## Claim Status

| | | |
|---|---|---|
| Claim # | 06-888317 | Claim Status |
| Injured Worker | **CARTER, SHARYL Y** | |
| Filing Date | **01-10-2007** | Statute of Lim. |
| Status | **ACTIVE** | Status Date |
| Last Hearing | | Last Medical Paid |
| Tot Amount Paid | **$0.00** | Tot Medical Paid |
| Provider Contact | | Inj Worker Contact |
| Medical Settled | | Compensation Settled |
| Last Updated | **11-05-2007** | MMI Date |

**DISMISSED**    Claim Type    **LT-ACC-SI-COV**

Injury Date **12-15-2006**

**12-16-2011**    Change Over

**12-15-2006**    Handicap Pct. **0.0**

Last Indemnity Paid

**$0.00**    Tot Indemnity Paid **$0.00**

Employer Contact

Determination **03-05-2007**

---

| Selection Menu | SSN Search |
|---|---|

| Injured Worker | Injury Status | Payment Plan |
|---|---|---|

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.


OPEN
online

# Ohio Bureau of Workers Compensation Detail

Access:     **REPRESENTATIVE**                    Date/Time Searched:  **10/28/2008 02:39 PM**
Selection:  **SSN SEARCH**
SSN:        **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**

| | |
|---|---|
| Ohio BWC Status: **CONNECTED** | ☒ DISCONNECT |

## Social Security Search

Click the circle next to the Claim Number and then click on the appropriate Sub Request.

| | CLAIM # | INJURED WORKER | DATE OF INJURY | ARCHIVED | SOURCE | STATUS |
|---|---|---|---|---|---|---|
| ○ | 98-801409 | SHARYL Y CARTER | 03/01/1998 | | | |
| ○ | 06-888317 | SHARYL Y CARTER | 12/15/2006 | | | |
| ○ | 04-826088 | SHARYL Y CARTER | 04/27/2004 | | | |

| Selection Menu |
|---|

| Claim Location | Claim Status | Injured Worker |
|---|---|---|

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.