January 4, 2009

Honorable Robert E. Gerber
United States Bankruptcy Judge
One Bowling Green, Room 621
New York, New York 10004

I Daryl J. Carter reside at 1541 LaSalle Ave #1, Niagara Falls, New York, 14301, my numbers are (716) 282-3624, (934) 362-8072.

Enclosed are copies, documents that, is stating my claims may be duplicates under (Re) two different Debtors, United States Bankruptcy Courts for my claims against the Debtors and their affiliates. There are (Re) two different Judges, Case No. 09-50026 (REG) Case No. 05-44481 (RDD) Jointly Administered. I mailed copies to Delphi Corporation Attorney-Kurtzman Consultants, and Courts, and General Motors Company Attorney Weil Gotshal & Manges LLP and the Garden City Group, and Courts.

I am respectfully requesting that all my claims be allowed and granted and to be placed in the proper courts that the Debtors filed bankruptcy in first.

Daryl J. Carter

January 4, 2009

Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo CA 90245

I Sheryl J. Carter reside at 1541 LaSalle Ave #1, Niagara Falls, New York, 14301, my numbers are (716) 282-2624, (934) 362-8072. Enclosed are copies, documents that, is stating my claims may be duplicates under (Re) two different books, United States Bankruptcy Courts for my claims against the Debtors and their affiliates. There are (Re) two different Judges, case no. 09-50026 (REG) Case No. 05-44481 (RDD) Jointly Administered. I mailed copies to Delphi Corporation Attorney - Kurtzman Consultants, and Courts, and General Motors Company Attorney Weil, Gotshal & Manges LLP and the Garden City Group, and courts.

I am respectfully requesting that all my claims be allowed and granted and to be placed in the proper courts that the Debtors filed bankruptcy in first.

Sincerely,
Sheryl J. Carter

January 4, 2009

The Garden City Group Inc
Motors Liquidation Company Agent
P.O. Box 9386
Dublin, Ohio 43017

I Sheryl 2. Carter reside at 1541 LaSalle Ave #1, Niagara Falls, New York, 14301, my numbers are (716) 282-3624, (934) 302-8072.
Enclosed are copies, documents that is stating my claims may be duplicates under (Re) two different Docks, United States Bankruptcy Courts for my claims against the Debtors and their affiliates. There are (Re) two different Judges, Case No. 09-50026 (REG) Case No. 05-44481 (RDD) Jointly Administered. I mailed copies to Delphi Corporation Attorney-Kurtzman Consultants, and Courts, and General Motors Company Attorney Weil Gotshal & Manges LLP and The Garden City Group, and Courts.
I am respectfully requesting that all my claims be allowed and granted and to be placed in the proper courts that the Debtors filed Bankruptcy in first.

Sheryl 2. Carter

January 4, 2009

Weil, Gotshal & Manges LLP
Attn: Harvey R Miller, Stephen Karotkin, Joseph Smolinsky
767 Fifth Avenue
New York, New York 10153

I, Tracy L. Carter, reside at 1541 LaSalle Street #1, Niagara Falls, New York, 14301, my numbers are (716) 282-3624, (934) 302-8072.

Enclosed are copies, documents that, is stating my claims may be duplicates under (Re) two different Docks, United States Bankruptcy Courts for my claims against the Debtors and their affiliates. There are (Re) two different Judges, Case No. 09-50026 (REG) Case No. 05-44481 (RDD) Jointly Administered. I mailed copies to Delphi, Corporative Attorney - Kurtzman Consultants, and courts, and General Motors Company Attorney, Weil Gotshal & Manges LLP and The Garden City Group, and courts.

I am respectfully requesting that all my claims be allowed and granted and to be placed in the proper courts that the Debtors filed bankruptcy in first.

Sincerely,
Tracy L. Carter