| | |
|---|---|
| Patrick A. Klingman (PK-3658) | Hearing Date: February 10, 2010 |
| SHEPHERD, FINKELMAN, MILLER | Opposition Due By January 28, 2010 |
| & SHAH, LLP | |
| 65 Main Street | |
| Chester, CT 06412 | |
| Telephone: (860) 526-1100 | |
| Email: pklingman@sfmslaw.com | |

**Attorneys for Movant**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION | : | Case No. 09-50026 (REG) |
| Defendant. | : | Jointly Administered |

**NOTICE OF MOTION OF PLAINTIFFS IN THE ACTION
ENTITLED *SIDNER et al. v. GENERAL MOTORS CORPORATION*,
FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)**

PLEASE TAKE NOTICE that, pursuant to his Motion submitted herewith, the authorities cited therein, and the referenced Exhibit(s) attached thereto, Movant, David Sidner ("**Movant**"), will move this Court, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **February 10, 2010, at 9:45 a.m.**, for an order modifying the automatic stay pursuant to Section 362(a) of Title 11 of the United States Code and Rule 4001 of the Federal Rules of Bankruptcy to enable **Movant** to proceed with his action, brought on behalf of himself and all others similarly

situated, captioned *Sidner et al. v. General Motors Corporation,* 2:07-cv-0892-FCD-GGH, and pending in the United States District Court for the Eastern District of California, for breach of express warranty and related claims against General Motors Corporation ("GM" or the "Debtor").

| | | |
|---|---|---|
| Dated: January 11, 2010 | By: | */s/Patrick A. Klingman* |

                  James E. Miller
                  Patrick A. Klingman (PK-3658)
                  Karen M. Leser
                  SHEPHERD, FINKELMAN, MILLER
                  & SHAH, LLP
                  65 Main Street
                  Chester, CT 06412
                  Telephone: (860) 526-1100
                  Email: jmiller@sfmslaw.com
                  Email: pklingman@sfmslaw.com
                  Email: kleser@sfmslaw.com

                  Mark F. Anderson
                  ANDERSON, OGILVIE & BREWER LLP
                  600 California Street, 18th Floor
                  San Francisco, CA 94108
                  Telephone: (415) 651-1951
                  Email: mark@aoblawyers.com

                  James C. Shah
                  Natalie Finkelman Bennett
                  Nathan C. Zipperian
                  SHEPHERD, FINKELMAN, MILLER
                  & SHAH, LLP
                  35 E. State Street
                  Media, PA 19063
                  Telephone: (610) 891-9880
                  Email: jshah@sfmslaw.com
                  Email: nfinkelman@sfmslaw.com
                  Email: nzipperian@sfmslaw.com

                  Attorneys for Movant

**CERTIFICATE OF SERVICE**

       I hereby certify that, on this 11th day of January, 2010, the foregoing Notice of Motion, together with supporting Motion and referenced Exhibit(s), attached thereto, were filed electronically with the United States Bankruptcy Court for the Southern District of New York via the ECF system. Courtesy copies of the foregoing were also sent to:

**Counsel to the Debtors**:        Evan Lederman, Esq.
        Weil, Gotschal & Manges, LLP
        767 Fifth Avenue
        New York, NY 10153
        evan.lederman@weil.com

**Counsel to the Official Committee of Unsecured Creditors**:        Kenneth H. Eckstein, Esq.
        Kramer Levin Naftalis & Frankel, LLP
        1177 Avenue of the Americas
        New York, NY 10036
        keckstein@kramerlevin.com

**Debtors**:        General Motors Corporation
        Cadillac Building
        30009 Van Dyke Avenue
        Warren, MI 48090-9025
        c/o evan.lederman@weil.com

**United States Trustee**:        Diana G. Adams, Esq.
        Office of the United States Trustee
        33 Whitehall Street, 21st Floor
        New York, NY 10004
        Fax: (212) 668-2256

        /s/ *Patrick A. Klingman*
        Patrick A. Klingman (PK-3658)