Patrick A. Klingman (PK-3658)  Hearing Date: February 10, 2010
SHEPHERD, FINKELMAN, MILLER  Opposition Due By January 28, 2010
& SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Email: pklingman@sfmslaw.com

**Attorneys for Movant**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION | : | Case No. 09-50026 (REG) |
| Defendant. | : | Jointly Administered |

**NOTICE OF MOTION OF PLAINTIFFS IN THE ACTION
ENTITLED *PAIKAI et al. v. GENERAL MOTORS CORPORATION*,
FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)**

PLEASE TAKE NOTICE that, pursuant to his Motion submitted herewith, the authorities cited therein, and the referenced Exhibit(s) attached thereto, Movant, John Paikai ("**Movant**"), will move this Court, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom 621 at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **February 10, 2010, at 9:45 a.m.**, for an order modifying the automatic stay pursuant to Section 362(a) of Title 11 of the United States Code and Rule 4001 of the Federal Rules of Bankruptcy to enable **Movant** to proceed with his action, brought on behalf of himself and all others similarly

situated, captioned *Paikai et al. v. General Motors Corporation,* 2:07-cv-02469-FCD-GGH, and pending in the United States District Court for the Eastern District of California, for breach of express warranty and related claims against General Motors Corporation ("GM" or the "Debtor").

| | | |
|---|---|---|
| Dated: January 11, 2010 | By: | /s/Patrick A. Klingman |

James E. Miller
Patrick A. Klingman (PK-3658)
Karen M. Leser
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Email: jmiller@sfmslaw.com
Email: pklingman@sfmslaw.com
Email: kleser@sfmslaw.com

Mark F. Anderson
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th Floor
San Francisco, CA 94108
Telephone: (415) 651-1951
Email: mark@aoblawyers.com

James C. Shah
Natalie Finkelman Bennett
Nathan C. Zipperian
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
35 E. State Street
Media, PA 19063
Telephone: (610) 891-9880
Email: jshah@sfmslaw.com
Email: nfinkelman@sfmslaw.com
Email: nzipperian@sfmslaw.com

Attorneys for Movant

## CERTIFICATE OF SERVICE

  I hereby certify that, on this 11th day of January, 2010, the foregoing Notice of Motion, together with supporting Motion and referenced Exhibit(s), attached thereto, were filed electronically with the United States Bankruptcy Court for the Southern District of New York via the ECF system.  Courtesy copies of the foregoing were also sent to:

**Counsel to the Debtors**:      Evan Lederman, Esq.
              Weil, Gotschal & Manges, LLP
              767 Fifth Avenue
              New York, NY 10153
              evan.lederman@weil.com

**Counsel to the Official Committee
of Unsecured Creditors**:      Kenneth H. Eckstein, Esq.
              Kramer Levin Naftalis & Frankel, LLP
              1177 Avenue of the Americas
              New York, NY 10036
              keckstein@kramerlevin.com

**Debtors**:           General Motors Corporation
              Cadillac Building
              30009 Van Dyke Avenue
              Warren, MI  48090-9025
              c/o evan.lederman@weil.com

**United States Trustee**:      Diana G. Adams, Esq.
              Office of the United States Trustee
              33 Whitehall Street, 21st Floor
              New York, NY 10004
              Fax: (212) 668-2256


               /s/ *Patrick A. Klingman*
              Patrick A. Klingman (PK-3658)