Patrick A. Klingman (PK-3658)
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Email: pklingman@sfmslaw.com

**Hearing Date: February 10, 2010**
**Opposition Due By January 28, 2010**

**Attorneys for Movant**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|                                                    |   |                           |
|----------------------------------------------------|---|---------------------------|
|                                                    | : |                           |
|                                                    | : |                           |
| In re:                                             | : | Chapter 11                |
|                                                    | : |                           |
| MOTORS LIQUIDATION COMPANY                         | : | Case No. 09-50026 (REG)   |
| f/k/a GENERAL MOTORS                               | : |                           |
| CORPORATION                                        | : |                           |
|                                                    | : |                           |
|                        Defendant.                  | : | Jointly Administered      |
| _____                  | : |                           |

### NOTICE OF MOTION OF PLAINTIFFS IN THE ACTION
### ENTITLED *O'CONNOR et al. v. GENERAL MOTORS CORPORATION*,
### FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE
### AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)

PLEASE TAKE NOTICE that, pursuant to their Motion submitted herewith, the

authorities cited therein, and the referenced Exhibit(s) attached thereto, Movants, William and

Melody O'Connor ("**Movants**"), will move this Court, before the Honorable Robert E. Gerber,

United States Bankruptcy Judge, in Courtroom 621 at the United States Bankruptcy Court for the

Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New

York, New York 10004, on **February 10, 2010, at 9:45 a.m.**, for an order modifying the

automatic stay pursuant to Section 362(a) of Title 11 of the United States Code and Rule 4001 of

the Federal Rules of Bankruptcy to enable **Movants** to proceed with their action, brought on

behalf of themselves and all others similarly situated, captioned *O'Connor et al. v. General*

*Motors Corporation,* 2:07-cv-00892-FCD-GGH, and pending in the United States District Court

for the Eastern District of California, for breach of express warranty and related claims against

General Motors Corporation ("GM" or the "Debtor").

Dated: January 11, 2010      By:    */s/Patrick A. Klingman*

James E. Miller
Patrick A. Klingman (PK-3658)
Karen M. Leser
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Email: jmiller@sfmslaw.com
Email: pklingman@sfmslaw.com
Email: kleser@sfmslaw.com

Mark F. Anderson
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th Floor
San Francisco, CA 94108
Telephone: (415) 651-1951
Email: mark@aoblawyers.com

James C. Shah
Natalie Finkelman Bennett
Nathan C. Zipperian
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
35 E. State Street
Media, PA 19063
Telephone: (610) 891-9880
Email: jshah@sfmslaw.com
Email: nfinkelman@sfmslaw.com
Email: nzipperian@sfmslaw.com

Attorneys for Movants

-2-

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of January, 2010, the foregoing Notice of Motion, together with supporting Motion and referenced Exhibit(s), attached thereto, were filed electronically with the United States Bankruptcy Court for the Southern District of New York via the ECF system.  Courtesy copies of the foregoing were also sent to:

**Counsel to the Debtors**:

Evan Lederman, Esq.
Weil, Gotschal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
evan.lederman@weil.com

**Counsel to the Official Committee**
**of Unsecured Creditors**:

Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
keckstein@kramerlevin.com

**Debtors**:

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI  48090-9025
c/o evan.lederman@weil.com

**United States Trustee**:

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax: (212) 668-2256

_/s/ Patrick A. Klingman_
Patrick A. Klingman (PK-3658)