1  Lowell F. Sutherland, Esq.
   California State Bar #37721
2  SUTHERLAND & GERBER
   A Professional Corporation
3  Attorneys at Law
   1443 W. Main Street
4  El Centro, California 92243
   (760)353-4444 (Telephone)
5  (760)352-2533 (Facsimile)

6
   Attorneys for Claimants, Larry Allen and
7      Del Norte Chevrolet-Olds. Co.

8

9              **UNITED STATES BANKRUPTCY COURT**

10         **IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK**

11

12 | IN RE:                                  | ] | Chapter 11 Case No.
13 | MOTORS LIQUIDATION COMPANY, *et al.*,   | ] | 09-50026 (REG)
   | f/k/a General Motors Corp., *et al.*    | ] |
14 |                                         | ] | RESPONSE TO OMNIBUS MOTION FILED
   |                 Debtors.                | ] | BY MOTORS LIQUIDATION COMPANY
15 |                                         | ] |
   |                                         | ] | DATE: January 14, 2010
16 |                                         | ] | TIME: 9:30 a.m. (Eastern Time)
   |                                         | ] | DEPT:
17 |                                         | ] |
   |                                         | ] | Honorable Robert E. Gerber
18 |                                         |   |

19         The claims Del Norte Chevrolet-Olds Co. does not amend or supercede the claim of Larry

20 Allen. (Both filed 10/05/09). Both Del Norte Chevrolet-Olds. Co. and Larry Allen are plaintiffs in

21 the underlying action in the United States District Court for the Southern District of California, Case

22 Number 07 CV 1621 LAB, and both assert the same claim. See the Complaint attached to the

23 claims as Imperial County Superior Court Case No. ECU03448. Plaintiffs, claimants herein,

24 acknowledge that there is only one debt but contend that it is jointly owned by each of the claimants,

25 hence the filing of claims in each name. Payment of one claim satisfies the other.

26         Pursuant to the terms of the agreement upon which the Southern District Court case is based,

27 the matter has been referred to mediation and subsequently arbitration. This arbitration was pending

28 at the time the Debtor filed this proceeding. Presumably any dispute regarding liability or damages

---

1   would be determined in that arbitration pursuant to the terms of the pre-bankruptcy agreement. **In re**

2   **Gurga, (9th Cir. BAP (Cal.) 1994) 176 B.R. 196, 200; In re Crysen/Montenay Energy Co., (2nd**

3   **Cir. 2000) 226 F.3d 160, 165 - 166.**

4          Claimants request that the Omnibus Motion be denied.

5

6   DATED: January 7, 2010                              SUTHERLAND & GERBER
                                                        A Professional Corporation
7

8                                                       By: _____
9                                                          Lowell F. Sutherland,
                                                           Attorneys for Claimants, Del Norte
10                                                          Chevrolet-Olds. Co. and Larry Allen

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

RESPONSE TO OMNIBUS MOTION FILED BY MOTORS LIQUIDATION COMPANY                    - 2 -

**PROOF OF SERVICE**

STATE OF CALIFORNIA; COUNTY OF IMPERIAL

     I am a citizen of the United States; I am over the age of 18 years and not a party to this action; I am employed in Imperial County, California, and my business address is 1443 West Main Street, El Centro, California 92243.

     On January __8__, 2010, I served the interested party(ies) in this action as listed below the following document(s) described as: **RESPONSE TO OMNIBUS MOTION FILED BY MOTORS LIQUIDATION COMPANY**

❑    by placing true copies thereof enclosed in a sealed envelope addressed as stated on the attached service list.

☒    **BY MAIL**: I am readily familiar with SUTHERLAND & GERBER's practice for collection and processing of correspondence for mailing with the United States Postal Service and that all correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

❑    **BY FACSIMILE:**   At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (760)352-2533. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without and without error.

❑    **BY OVERNIGHT DELIVERY:**   I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

❑    **BY HAND DELIVERY:**   I delivered such envelope(s) by hand to the office of the addressee(s)

❑    **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ❑ served the above document(s) at the direction of a member of the bar of this court.

     Executed on January __8__, 2010, at El Centro, California.

_____
Kathleen Arguilez

1

## SERVICE LIST

2

### IN RE: MOTORS LIQUIDATION COMPANY, et al.
U.S. Bankruptcy Court, Southern District of New York

3

Case No. 09-50026 (REG)

4

5

Bruce Silvers
Bingham McCutchen LLP
One State Street

6

Hartford, CT 06103-3178

7

Scott Rosevear
Wells Fargo Bank Northwest, N.A.,

8

    as Indenture Trustee
79 South Main Street, 3rd Floor

9

Salt Lake City, UT 84111

10

U.S. Bank Trust National Association
Attn: Deborah Ibraham

11

225 Asylum Street, 23rd Floor
Hartford, CT 06103-2819

12

Paul Procyk

13

The Prudential Insurance Co. of America
Three Gateway Center

14

Newark, NJ 07102-4077

15

Edwards Angell Palmer & Dodge, LLP
Atty for U.S. Bank Nat'l Assoc. and

16

    U.S. Bank Trust Natl Assoc.
Attn: Rich Hiersteiner, J. Darcey, A. Zuccarello,

17

    J. Grovers, C. Bodell & J. Whitlock
111 Huntington Avenue

18

Boston, MA 02199-7613

19

Hunton & Williams, LLP
Attn: Peter Partee

20

200 Park Avenue
New York, NY 10166

21

22

SMBC Leasing Investment, LLC
277 Park Avenue
New York, NY 10172

23

24

American Family Insurance
Attn: Phillip Hannifan
6000 American Pkwy

25

Madison, WI 53783-0001

26

Hughes Hubbard & Reed, LLP
Attn: Steven J. Greene

27

One Battery Park Plaza
New York, NY 10004

28

Physicians Mutual Insurance Company
Attn: Paul Procyk
Three Gateway Center
Newark, NJ 07102-4077

Prudential Annuities Life Assurance Corp.
Attn: Paul Procyk
Three Gateway Center
Newark, NJ 07102-4077

Winston & Strawn, LLP
Attn: Arnold G. Gough, Jr.
35 W. Wacker Drive
Chicago, IL 60601-9703

BTMU Capital Corporation
Attn: Phillip Kirkham
420 Fifth Avenue
New York, NY 10015

James W. Giddens, as Trustee for Sipa Liquid of Lehm
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Pruco Life Insurance Co. of New York
Attn: Paul Procyk
Three Gateway Center
Newark, NJ 07102-4077

Prudential Retirement Insurance Co. & Annuity Co.
Attn: Paul Procyk
Three Gateway Center
Newark, NJ 07102-4077

PNC Leasing LLC
Attn: James E. Graham
One PNC Plaza, 18th Floor
249 Fifth Avenue
Pittsburgh, PA 05222

Textron Financial Corporation
Attn: Jane M. Lavoie
40 Westminister Street
Providence, RI 02903

Daniel R. Murray, Esq.
Jenner & Block, LLP
330 N. Wabash Avenue
Chicago, IL 606011

David R. Berz, Esq.
Weil Gotshal & Manges, LLP
1330 Eye Street, NW
Suite 900
Washington, DC 20005

```
 1   Donald F. Baty, Jr., Esq.
     Joseph R. Sgroi, Esq.
 2   Judy B. Calton, Esq.
     Robert B. Weiss, Esq.
 3   Tricia A. Sherick, Esq.
     Honigman Miller Schwartz and Cohn, LLP
 4   2290 First National Bldg.
     660 Woodward Avenue
 5   Detroit, MI 48226

 6
     Harvey R. Miller, Esq.
 7   Stephen Karotkin, Esq.
     Robert J. Lemons, Esq.
 8   Joseph H. Smolinksy, Esq.
     Weil, Gotshal & Manges, LLP
 9   767 Fifth Avenue
     New York, NY 10153
10
     Patrick J. Trostle, Esq.
11   Jenner & Block, LLP
     919 Third Avenue
12   37th Floor
     New York, NY 10022
13
     Andrew D. Velez-Rivera
14   Brian Shoichi Masumoto
     Office of the U.S. Trustee
15   33 Whitehall Street
     21st Floor
16   New York, NY 10004

17
     Jeffrey S. Stein, Esq.
18   The Garden City Group, Inc.
     105 Maxess Road
19   Melville, NY 11747

20   Adam C. Rogoff, Esq.
     Amy Caton, Esq.
21   Gordon Z. Novad, Esq.
     Gregory G. Plotko, Esq.
22   Robert T. Schmidt, Esq.
     Thomas Moers Mayer, Esq.
23   Kramer Levin Naftalis & Frankel, LLP
     1177 Avenue of the Americas
24   New York, NY 10036-2714

25   Eric Fisher, Esq.
     Butzel Long, APC
26   380 Madison Avenue
     22nd Floor
27   New York, NY 10017

28
```