DONALD J. HUTCHINSON (MI P39545)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com

SUSAN I. ROBBINS (SR 5759)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
500 Fifth Avenue, Suite 1815
New York, NY 10110
Telephone: (212) 704-4400
Fax: (212) 704-4410
Email: robbins@millercanfield.com

*Attorneys for the Lansing Board of Water & Light*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| | Judge Robert E. Gerber |

_____

### NOTICE OF WITHDRAWAL OF THE LANSING BOARD OF WATER & LIGHT'S OBJECTION TO DEBTOR'S PROPOSED CURE AMOUNT IN CONNECTION WITH ASSUMPTION AND <u>ASSIGNMENT OF EXECUTORY CONTRACTS</u>

PLEASE TAKE NOTICE THAT the Lansing Board of Water & Light hereby withdraws its Objection to Debtor's Proposed Cure Amount in Connection with

Assumption and Assignment of Executory Contracts (filed June 12, 2009 at Docket No. 874).

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        By /s/ Donald J. Hutchinson
            Donald J. Hutchinson (MI P39545)
        Attorney for Lansing Board of Water & Light
        150 West Jefferson Avenue, Suite 2500
        Detroit, MI 48226
        Telephone: (313) 963-6420
        Fax: (313) 496-8450
        Email: hutchinson@millercanfield.com

Dated: January 12, 2010

# CERTIFICATE OF SERVICE

Donald J. Hutchinson hereby certifies that, on the 12th day of January, 2010, he served a copy of the foregoing document, ***Notice of Withdrawal of the Lansing Board of Water & Light's Objection to Debtor's Proposed Cure Amount in Connection with Assumption and Assignment of Executory Contracts*** upon each of the persons listed on the attached Exhibit A, by first-class U.S. mail, postage prepaid and addressed as indicated on the attached Exhibit.

Dated: January 12, 2010      By /s/ Donald J. Hutchinson
                                              Donald J. Hutchinson (MI P39545)
                                              Miller, Canfield, Paddock and Stone, P.L.C.
                                              150 West Jefferson Avenue, Suite 2500
                                              Detroit, MI 48226
                                              Telephone: (313) 963-6420
                                              Fax: (313) 496-8450
                                              Email: hutchinson@millercanfield.com

# EXHIBIT A

## SERVICE LIST

The Honorable Robert E. Gerber
Chambers
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408


General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

**Attention: Warren Command Center
Mailcode 480-206-114**


Weil, Gotshal & Manges LLP
Attention: Harvey R. Miller, Esq.
Stephen Karotkin, Esq. and
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153


United States Treasury
Attention: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220


John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281


17471267.1\101173-00006

Michael J. Edelman, Esq. and
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019


Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004


Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036


Daniel N. Adams, Esq.
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226-3506