DRINKER BIDDLE & REATH LLP
David B. Aaronson (DA-8387)
18th & Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
  *- and -*
140 Broadway
39th Floor
New York, New York 10005
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                       :
                                                            :   Chapter 11
MOTORS LIQUIDATION COMPANY, *et al.*,                       :
    f/k/a General Motors Corp., *et al.*                    :   Case No. 09-50026 (REG)
                                                            :
                        Debtors.                            :   (Jointly Administered)
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF ENRIVON INTERNATIONAL CORPORATION

ENVIRON International Corporation ("ENVIRON"), by and through counsel, hereby withdraws Proof of Claim No. 58956 filed on November 25, 2009.

Dated: January 12, 2010                    **DRINKER BIDDLE & REATH LLP**


                                           /s/ David B. Aaronson
                                           David B. Aaronson (DA 8387)


                                           Counsel for ENVIRON International
                                           Corporation


PHTRANS/ 846662.1

DRINKER BIDDLE & REATH LLP
David B. Aaronson (DA-8387)
18th & Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
    *- and -*
140 Broadway
39th Floor
New York, New York 10005
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : |
| | :    Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : |
|     f/k/a General Motors Corp., *et al.* | :    Case No. 09-50026 (REG) |
| | : |
|               Debtors. | :    (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, David B. Aaronson, hereby certify that on January 12, 2010, I caused a true and correct copy of the ***Notice of Withdrawal of Proof of Claim*** to be served by first class mail to the party listed below and by automatic ECF notice to those parties receiving ECF in the above-captioned case:

    The Garden City Group, Inc.
    Attn: Motors Liquidation Company
    P.O. Box 9386
    Dublin, Ohio 43017-4286

PHTRANS/ 846662.1

- 2 -

Dated: January 12, 2010　　　　　　　　　　**DRINKER BIDDLE & REATH LLP**

　　　　　　　　　　　　　　　　　　　　　 /s/ David B. Aaronson
　　　　　　　　　　　　　　　　　　　　　David B. Aaronson (DA 8387)

　　　　　　　　　　　　　　　　　　　　　Counsel for ENVIRON International
　　　　　　　　　　　　　　　　　　　　　Corporation