

www.TeamLawyers.com

# EXHIBIT A



CAUSE NO. 08-5154

| | | |
|---|---|---|
| SEAN DANIELS, INDIVIDUALLY, AND AS <br> NEXT FRIEND OF NATALIE DANIELS AND <br> TESSA DANIELS, MINORS, AND AS <br> NEXT FRIEND OF MICHELLE DANIELS; <br> MICHELLE DANIELS, INDIVIDUALLY, <br> AND BLYTHE LAUREN DANIELS, <br> INDIVIDUALLY, <br><br> PLAINTIFFS <br><br> V. <br><br> DONOVAN TENNANT, <br> GENERAL MOTORS CORPORATION, <br> FRANK PARRA AUTOPLEX, INC. <br> TAKATA CORPORATION, <br> TK HOLDINGS INC., <br> TAKATA SEAT BELTS INC., <br> TK-TAITO L.L.C. <br><br> DEFENDANTS | § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF <br><br><br><br><br><br><br><br><br> DALLAS COUNTY, TEXAS <br><br><br><br><br><br><br><br> 95TH JUDICIAL DISTRICT |

## ORDER GRANTING PLAINTIFFS' MOTION TO SEVER

BEFORE THE COURT IS Plaintiffs' Motion for Severance in the above styled and numbered cause. The Court, having considered the motion and applicable law, is of the opinion that the motion should be **GRANTED**.

It is therefore **ORDERED, ADJUDGED and DECREED** that Plaintiffs' Motion for Severance is hereby **GRANTED** and the Court severs General Motors Corporation and orders the clerk of the court to assign the severed action a separate cause number and that the following documents be included in the new cause:

1. Plaintiff's Second Amended Petition;

2. All discovery on file in this case;

3. All motions and responses on file in this case;

1

4. All notices sent by the Court to the parties on file in this case;

5. All signed Orders on file in this case;

6. Any other relevant matter from the original file;

7. A copy of the docket sheet;

8. A copy of this Order.

SIGNED this **31st** day of **July**, 2009.

_____
Judge Presiding

|  |  |
|---|---|
|  | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA |
| ANOM JOSIL, individually, and as the Personal Representative of the Estate of DENISE JOSIL, deceased,<br>    Plaintiffs,<br><br>v.<br><br>MICHELIN NORTH AMERICA, INC., et al.<br>    Defendants,<br>_____/ | CASE NO.: 16-2006-CA-000193-XXXX-MA<br>DIVISION: CV-A<br>**Consolidated with:**<br>  **CASE NO: 16-2007-CA-005860: Div. CV-B**<br>  **CASE NO: 16-2007-CA-005861: Div. CV-C**<br>  **CASE NO: 16-2007-CA-008501: Div. CV-B** |
| PIERRE E. MILORD, as the Personal Representative of the Estate of JEAN PAUL MILOR, deceased,<br>    Plaintiff,<br><br>v.<br><br>MICHELIN NORTH AMERICA, INC., et al.<br>    Defendants<br>_____/ | CASE NO.: 16-2007-CA-005860-XXXX-MA<br>DIVISION: CV-B<br>**Consolidated with:**<br>  **CASE NO: 16-2006-CA-000193: Div. CV-A** |
| JEAN F. DESANGES and FRANCOIS J. DESANGES, his wife,<br>    Plaintiffs,<br><br>v.<br><br>MICHELIN NORTH AMERICA, INC., et al.<br>    Defendants,<br>_____/ | CASE NO.: 16-2007-CA-005861-XXXX-MA<br>DIVISION: CV-C<br>**Consolidated with:**<br>  **CASE NO: 16-2006-CA-000193: Div. CV-A** |
| PIERRE E. MILORD, as the Personal Representative of the Estate of MARIE ALINA MILORD, deceased,<br>    Plaintiff,<br><br>v.<br><br>MICHELIN NORTH AMERICA, INC., et al.<br>    Defendants,<br>_____/ | CASE NO.: 16-2007-CA-008501-XXXX-MA<br>DIVISION: CV-B<br>**Consolidated with:**<br>  **CASE NO: 16-2006-CA-000193: Div. CV-A** |

## ORDER GRANTING PLAINTIFFS' MOTION TO SEVER GENERAL MOTORS CORPORATION

This cause came to be heard on August 20, 2009, upon the Consolidated Plaintiffs' Motion to Sever General Motors Corporation, the Court having heard argument of counsel, considered the pleadings, and being otherwise fully advised in the premises herein, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiffs' Motion to Sever General Motors Corporation is GRANTED, and the Court hereby abates the portion of the action against General Motors Corporation and Orders the Clerk of Court to assign a separate case number with the following documents be included in the new cause:

   A. Plaintiff's Amended Complaints (Case Nos. 16-2006-CA-000193; 16-2007-CA-005860; 16-2007-CA-005861; & 16-2007-CA-008501); Defendant General Motors Corporation's Answers; & Plaintiff's Replies.

   B. All filed discovery.

   C. All motions and responses involving Defendant General Motors Corporation.

   D. All signed Orders on file.

   E. Any other relevant matter from the original file.

   F. A copy of this Order.

DONE and ORDERED in chambers, Jacksonville, Duval County, Florida, this _____ day of _____, 2009.

ENTERED
AUG 2 4 2009
, Jr.

_____
**The Honorable James L. Harrison Circuit Judge**

**Copies to Counsel of Record:**

| | |
|---|---|
| William A. Bald, Esquire<br>200 Forsyth Street, Suite 1100<br>Jacksonville, FL 32202<br>*Co-counsel for Plaintiffs* | Stuart C. Poage, Esquire<br>Jessica L. Lanifero, Esquire<br>1660 Prudential Drive #204<br>Jacksonville, FL 32207<br>*Attorney for Dieubeny Cyrius* |
| Kyle H. Dryer, Esquire<br>Deron L. Wade, Esquire<br>Giovanna C. Tarantino, Esquire<br>6688 North Central Expressway<br>Suite 1000<br>Dallas, TX 75206<br>*Attorney for General Motors* | Michael D. Begey, Esquire<br>Post Office Box 1873<br>Orlando, FL 32802-1873<br>*Attorney for General Motors* |

| | |
|---|---|
| Robert P. Monyak, Esquire<br>Bonnie Lassiter, Esquire<br>950 East Paces Ferry Road, NE<br>One Atlanta Plaza, Suite 2275<br>Atlanta, GA 30326<br>*Attorney for Michelin North America, Inc.* | R.H. Farnell, II, Esquire<br>Amanda Eaton Ferrelle, Esquire<br>101 E. Adams Street<br>Jacksonville, FL 32202<br>*Attorney for Michelin North America, Inc.* |
| Lee P. Teichner, Esquire<br>Lyndall M. Lambert, Esquire<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>*Attorney for BFS Retail* | Michelle Bedoya Barnett, Esquire<br>50 North Laura Street<br>Suite 3900<br>Jacksonville, FL 32202<br>*Attorney for BFS Retail* |
| Raymond P. Reid, Jr., Esquire<br>Benjamin E. Richard, Esquire<br>Stephen J. Pajcic, Esquire<br>1 Independent Drive, Suite 1900<br>Jacksonville, FL 32202<br>*Attorneys for Plaintiffs* | |

cc: The Honorable Jim Fuller
    Clerk of Court Duval County 4th Judicial Circuit
    Duval County Courthouse
    330 East Bay Street, Room 103
    Jacksonville, FL 32202

3

NO. 08-04293

| | | |
|---|---|---|
| BRIDGETTE LASHAWN WILLIAMS, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF XAVIER DEMOND WILLIAMS, A DECEASED MINOR | § § § § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| GENERAL MOTORS CORPORATION, ADRIAN JAMON CHILDS, SANDRA FIELDS, and MANNIX TODD | § § § § | |
| Defendants. | § | 191st JUDICIAL DISTRICT |

## ORDER SEVERING CLAIMS OF
## BANKRUPT GENERAL MOTORS CORPORATION

On this day the Court considered the Motion for Relief From the Automatic Stay and To Sever Claims of Bankrupt, General Motors Corporation. The Motion is GRANTED.

The Court severs General Motors Corporation and orders the clerk of the court to assign the claims of Plaintiffs against General Motors Corporation a separate cause number which action is subject to the automatic stay.

SO ORDERED.

August 21, 2009

_____
JUDGE PRESIDING

Order Granting Motion To Sever Claims of Bankrupt General Motors Corporation – Solo Page

CAUSE NO. DC-09-03933-K

| | | |
|---|---|---|
| HEATHER L. KAUL, Individually and § | | IN THE DISTRICT COURT OF |
| as Next Friend of AMY KAUL, a Minor, § | | |
| § | | |
| Plaintiffs, § | | |
| v. § | | DALLAS COUNTY, TEXAS |
| § | | |
| GENERAL MOTORS CORPORATION,§ | | |
| LONE STAR BUICK-GMC II, L.P. d/b/a§ | | |
| LONE STAR PONTIAC BUICK GMC; § | | |
| LONE STAR BUICK-GMC INC. d/b/a § | | |
| LONE STAR PONTIAC BUICK GMC § | | |
| and BRENDA A. FEE, § | | |
| § | | 192nd |
| Defendants. § | | ~~102nd~~ JUDICIAL DISTRICT |

## ORDER GRANTING PLAINTIFFS' MOTION TO REOPEN CASE AND TO SEVER GM

BEFORE THE COURT is Plaintiffs' motion to reopen the case and to sever GM in the above styled and numbered cause. The Court, having considered the motion and applicable law, is of the opinion that the motion should be summarily **GRANTED**.

It is therefore **ORDERED, ADJUDGED and DECREED** that Plaintiffs' motion to reopen the case is **GRANTED**. Plaintiffs' motion to sever GM is **GRANTED**. The Court further orders the clerk of the court to assign the severed action a separate cause number and that the following documents be included in the new cause:

1. Plaintiffs' Original Petition;
2. All discovery on file in this case;
3. All motions and responses on file in this case;
4. All notices sent by the Court to the parties on file in this case;
5. All signed Orders on file in this case;

ORDER GRANTING PLAINTIFFS' MOTION TO REOPEN CASE AND TO SEVER GM – Page 1

)                                                    )

6.    Any other relevant matter from the original file;

)

7.    A copy of the docket sheet;

8.    A copy of this Order.

The Court further sets the severed case for a Scheduling Conference on the ____ day of

_____, 2009.

SIGNED this _10_ day of ___Sept___, 2009.

_____
Judge Presiding

)

)

ORDER GRANTING PLAINTIFFS' MOTION TO REOPEN CASE AND TO SEVER GM – Page 2



# www.TeamLawyers.com

# EXHIBIT B

J. A18044/09

| | |
|---|---|
| MARLA SOFFER, ADMINISTRATRIX OF THE ESTATE OF DAVID ARENAS, DECEASED, : <br><br> Appellant : <br><br> v. : <br><br> GENERAL MOTORS CORPORATION AND M & M MOTORS, : | IN THE SUPERIOR COURT OF PENNSYLVANIA <br><br><br> No. 2011 Eastern District Appeal 2008 |

Appeal from the Order Entered June 20, 2008,
in the Court of Common Pleas of Philadelphia County
Civil Division at No. 2064, November Term, 2007

BEFORE:  FORD ELLIOTT, P.J., BENDER AND GANTMAN, JJ.

ORDER

AND NOW, to-wit this 22nd day of June, 2009, the court having received a Notice of Bankruptcy involving one of the parties to this appeal, the appeal is dismissed without prejudice to any party to petition for reinstatement in the event that such is necessary after bankruptcy proceedings are concluded or if the Bankruptcy Court issues an order lifting the automatic stay under the Bankruptcy Code.

PER CURIAM



www.TeamLawyers.com

# EXHIBIT C

Zajac & Arias, LLC
SCANNED TO DISK
6/22/2009

JUN 1 0 2009

# IN THE SUPERIOR COURT OF PENNSYLVANIA

| | |
|---|---|
| MARLA SOFFER, Administratrix of the Estate of DAVID ARENAS, Deceased, <br>                    Plaintiff-Appellant <br> v. <br> GENERAL MOTORS CORPORATION and M&M MOTORS, <br>                    Defendants-Appellees | Docket No. 2011 EDA 2008 |

## NOTICE OF BANKRUPTCY

PLEASE TAKE NOTICE that, on June 1, 2009 (the "Commencement Date"), General Motors Corporation and certain of its subsidiaries filed a voluntary petition seeking bankruptcy protection under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) ("Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York ( "Bankruptcy Court"). The bankruptcy case has been assigned Case No. 09-50026 (REG). A copy of General Motors Corporation's chapter 11 petition is attached hereto as Exhibit A.

PLEASE BE ADVISED that, as of the Commencement Date, any new or further action against General Motors Corporation is stayed pursuant to section 362 of the Bankruptcy Code (the "Automatic Stay"), which provides that the filing of the petition, among other things, "operates as a stay, applicable to all entities, of ... the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose

before the commencement of the case under this title ...." and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1) & 362(a)(3).

PLEASE BE FURTHER ADVISED that any action taken against General Motors Corporation without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void <u>ab</u> <u>initio</u> and may result in a finding of contempt against Plaintiff. General Motors Corporation reserves and retains its statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

Respectfully submitted,

By: _Francis J. Grey, Jr._
Francis J. Grey, Jr., Esquire (56145)
fgrey@lavin-law.com
Robert J. Martin, Esquire (45234)
rmartin@lavin-law.com
Lavin, O'Neil, Ricci, Cedrone & DiSipio
190 North Independence Mall West
Suite 500, 6th & Race Streets
Philadelphia, PA  19106
Phone: (215) 627-0303
Fax: (215) 627-2551

Attorneys for Defendant-Appellee,
General Motors Corporation

Dated: June 9, 2009

2

## AFFIRMATION OF SERVICE BY FEDERAL EXPRESS

Francis J. Grey, Jr., an attorney duly admitted to practice law before the courts of the Commonwealth of Pennsylvania, hereby affirms the following to be true under penalty of perjury:

I am over the age of eighteen (18) years, am employed by the law firm of Lavin, O'Neil, Ricci, Cedrone & DiSipio, 190 North Independence Mall West, Suite 500, 6th & Race Streets, Philadelphia, PA 19106, and am not a party to this action.

On the 9th day of June, 2009, I served a copy of the foregoing Notice of Bankruptcy in the above-captioned action upon:

Eric G. Zajac, Esquire
ZAJAC & ARIAS, L.L.C
1818 Market Street
30th Floor
Philadelphia, PA 19103
(215) 575-7614
*Attorney for Appellant*

Eric A. Weiss, Esquire
Charles W. Craven, Esquire
Walter Frank Kawalec, III, Esquire
MARSHALL, DENNEHEY,
WARNER, COLEMAN & GOGGIN
1845 Walnut Street
21st Floor
Philadelphia, PA 19103
(215) 575-2676
*Attorneys for Appellee, M&M Motors*

Muller Chevrolet Isuzu, Inc.
164 Route 173
Stewartsville, NJ 08886
*Unrepresented Party*

Mr. Hector Gonzalez
2085 Stefko Boulevard
Apartment #1
Bethlehem, PA 18017-5402
*Pro Se*

by depositing a true copy of the same in a properly addressed wrapper into the custody of FedEx, an overnight delivery service for overnight delivery, prior to the latest time designated by FedEx for overnight delivery.

*[signature]*
Francis J. Grey, Jr.