**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------X
                                             :
In re:                                       :    Chapter 11
                                             :
MOTORS LIQUIDATION COMPANY, et al.,          :    Case No. 09-50026 (REG)
                                             :
                      Debtors.               :    (Jointly Administered)
                                             :
------------------------------------------------------------X
```

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Craig Tadlock, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Vehicle Occupant Sensing System, LLC, a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Texas and the bars of the U.S. District Courts for the Northern and Eastern Districts of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: January 12, 2010                     Respectfully submitted,
       Irving, Texas
                                            TADLOCK LAW FIRM

                                            By:    /s/ Craig Tadlock
                                                Craig Tadlock
                                                craig@tadlocklawfirm.com
                                            400 E. Royal Lane, Suite 290
                                            Irving, Texas 75039
                                            Telephone: (214) 785-6014

                                            *Attorney for Creditor Vehicle Occupant
                                               Sensing System, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                        :

In re:                               :          Chapter 11
                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,  :          Case No. 09-50026 (REG)
                                        :
              Debtors.          :          (Jointly Administered)
                                        :
----------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Craig Tadlock, to be admitted, *pro hac vice*, to represent Vehicle Occupant Sensing System, LLC (the "Client"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bars of the U.S. District Courts for the Northern and Eastern Districts of Texas, it is hereby

**ORDERED**, that Craig Tadlock, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, providing that the filing fee has been paid.

Dated: January ____, 2010
        New York, New York

                                                                                        
                                                      The Honorable Robert E. Gerber
                                                      United States Bankruptcy Judge