W. David Arnold
Robison, Curphey & O'Connell
Four Seagate, Ninth Floor
Toledo, OH 43604
Telephone: (419) 249-7900
Facsimile: (419) 249-7911
darnold@rcolaw.com

Attorneys for Affinia Group, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF AFFINIA GROUP, INC. TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO

PLEASE TAKE NOTICE that Affinia Group, Inc. and certain of its affiliates (collectively "**Affinia**") hereby withdraw the limited objection (Docket instrument 1421) that Affinia filed on June 15, 2009 in connection with Debtors' *Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto*.

Dated: January 12, 2010
       Toledo, Ohio

/s/ W. David Arnold
W. David Arnold
Robison, Curphey & O'Connell
Four Seagate, Ninth Floor
Toledo, Ohio 43604
Telephone: (419) 249-7900
Facsimile: (419) 249-7911
Attorneys for Affinia Group, Inc.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the above and foregoing was served on January 12, 2010 by the court's electronic service mechanism and by U.S. Mail on all persons listed in the attached Service List.

Dated:  January 12, 2010                            /s/ W. David Arnold

# EXHIBIT A

## SERVICE LIST

The Honorable Robert E. Gerber
Chambers
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408


General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025

**Attention: Warren Command Center
Mailcode 480-206-114**


Weil, Gotshal & Manges LLP
Attention: Harvey R. Miller, Esq.
Stephen Karotkin, Esq. and
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153


United States Treasury
Attention: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220


John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Michael J. Edelman, Esq. and
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019


Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004


Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036


Daniel N. Adams, Esq.
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226-3506