**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, et al.,                        :    Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS, CORP. et al.,                        :
                                                           :
                Debtors.                                   :
-----------------------------------------------------------x
```

**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

    I, P. Richard Meyer, a member in good standing of the bar in the States of Wyoming and Arizona, the bar of the U.S. Court of Appeals for the Tenth Circuit and the United States Supreme Court bar, request admission, *pro hac vice*, before the Honorable JAMES P. PECK, to represent Julie and David Brittingham, creditors in interest in the above-referenced bankruptcy proceeding. In support of this motion, and attached hereto as Exhibit A, are certificates of good standing issued by the bars of Wyoming, Arizona and the Tenth Circuit, as well as the United States Supreme Court. My contact information is:

P. Richard Meyer
Meyer & Williams, Attorneys At Law, P.C.
350 E. Broadway, P.O. Box 2608
Jackson, WY 83001
Telephone: (307) 733-8300
Facsimile: (307) 733-5258
richard@meyerandwilliams.com

    The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: January 12, 2010.
New York, New York

                                  MEYER & WILLIAMS,
                                  ATTORNEYS AT LAW, P.C.

By:    */s/  P. Richard Meyer*
            P. Richard Meyer
            350 East Broadway
            P.O. Box 2608
            Jackson, WY 83001
            Telephone: (307) 733-8300
            Facsimile: (307) 733-5258
            richard@meyerandwilliams.com