

www.wyomingbar.org

December 14, 2009

**Attorney: P. Richard Meyer**

**P. Richard Meyer** was admitted to practice by exam in Wyoming on August 13, 1979 and is enrolled as attorney number 5-1729.

**Status: Active**

"Active" means that the attorney is eligible to appear as an attorney in all Wyoming state courts. "Honorable" means that the attorney serves as a judge. "Inactive" means that the attorney has voluntarily chosen inactive status, and is not currently eligible to appear as an attorney in any Wyoming court. "Retired" or "Honorable Retired" mean that the attorney or judge has voluntarily elected permanent inactive status, and is no longer eligible to appear as an attorney in any Wyoming court.

**Standing: Good Standing**

"Good standing" means that the attorney's license fees are current, mandatory continuing legal education, if required, is current, and the attorney's right to practice is not currently suspended or revoked for cause.

**Discipline: None**

By Wyoming Supreme Court rule, records of disbarment, suspension, or public censure are maintained permanently; records of private reprimand are maintained for five years, and records of dismissed grievances are maintained for five years. "None" means that the attorney has never been disbarred, suspended, or publicly censured, and has not received a private discipline within the applicable period. "Pending" means that one or more grievance investigation files are pending with respect to the attorney, but no discipline has yet been imposed. That a grievance is pending does not imply that discipline will be imposed; many pending grievances are dismissed for lack of merit or other cause. If the attorney has had some form of discipline, documentation will be attached.

I hereby certify that the preceding information is correct.

*Patricia F. Becklinger*
Patricia F. Becklinger, Clerk
Board of Professional Responsibility

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

     The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **P. RICHARD MEYER,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on April 20, 1963 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 23rd day of December, 2009.

*Leticia V. D'Amore*
Leticia V. D'Amore
Disciplinary Clerk

# THE UNITED STATES OF AMERICA



**for the Tenth Circuit**

I, Elisabeth A. Shumaker, Clerk of the United States Court of Appeals for the Tenth Circuit,

**DO HEREBY CERTIFY** that P. Richard Meyer was

duly admitted to practice before this Court on July 1, 1991,

and is in good standing. There have been no disciplinary actions instituted in this court.

Dated at Denver, Colorado, on December 29, 2009.

ELISABETH A. SHUMAKER
Clerk of Court

By _____
Deputy Clerk

## *Supreme Court of the United States*
### OFFICE OF THE CLERK
### WASHINGTON, D. C. 20543



# P. RICHARD MEYER
# OF PHOENIX, AZ

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the seventeenth day of April, in the year one thousand nine hundred and seventy-eight, and is now a member of the Bar of this Court in good standing.



In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this twenty-ninth day of December 2009.

*William K. Suter*
*Clerk of the Supreme Court*
*of the United States*

By  [signature]

Assistant Admissions Officer