**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : Chapter 11
: 
MOTORS LIQUIDATION COMPANY, et al., : Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS, CORP. *et al.*, :
: 
Debtors. :
------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

P. Richard Meyer, a member in good standing of the bar in the States of Wyoming and Arizona, the bar of the U.S. Court of Appeals for the Tenth Circuit and the United States Supreme Court bar, requests admission, *pro hac vice*, before the Honorable James P. Peck, to represent Julie and David Brittingham, creditors in interest in the above-referenced bankruptcy proceeding, and the court being sufficiently advised, it is,

ORDERED, that, P. Richard Meyer, is admitted to practice, *pro hac vice*, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2010.
New York, New York

By: /s/_____
UNITED STATES BANKRUPTCY JUDGE