GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200 (Tel.)
(212) 801-6400 (Fax)
Allen G. Kadish
Luis Salazar

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE
ON BEHALF OF OXBOW CARBON & MINERALS, LLC**

PLEASE TAKE NOTICE that GREENBERG TRAURIG, LLP, appeared as attorneys on behalf of OXBOW CARBON & MINERALS, LLC, in the above captioned Chapter 11 cases by Notice dated June 22, 2009 (Docket No. 2976).

PLEASE TAKE FURTHER NOTICE that GREENBERG TRAURIG LLP respectfully withdraws its appearance as attorneys on behalf of OXBOW CARBON & MINERALS, LLC, and requests removal from the service list and from the electronic notification system in these cases only in such respect. This Notice shall not apply to any other appearance of GREENBERG TRAURIG LLP in these cases, and GREENBERG TRAURIG LLP respectfully requests that it remain on the service list and on the electronic notification system with regard to any and all other entities it represents in these Chapter 11 cases, as set forth in the Amended

Verified Statement of Greenberg Traurig, LLP Pursuant to Bankruptcy Rue 2019 (Docket No. 4569), or otherwise as requested by appropriate filings herein.

Dated:  New York, New York
        December 30, 2009

GREENBERG TRAURIG, LLP

By: _____
Allen G. Kadish
200 Park Avenue
New York, New York 10166
(212) 801-9200 (Tel.)
(212) 801-6400 (Fax)
kadisha@gtlaw.com

- and -

By: _____
Luis Salazar
1221 Brickell Avenue
Miami, Florida 33131
(305) 579-0500 (Tel.)
(305) 579-0717 (Fax)
salazarl@gtlaw.com