GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200 (Tel.)
(212) 801-6400 (Fax)
Allen G. Kadish

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| Debtor. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

The undersigned, being duly sworn, deposes and says:

1) I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

2) On January 12, 2010, I caused true copies of the prefixed Notice, to be served on the parties listed on the Service List attached as Exhibit A in the manner indicated.

_____
Angela Nektalov

Sworn to before me this
12th day of January, 2010.

_____
Notary Public

ADAM C. DEMBROW
NOTARY PUBLIC STATE OF NEW YORK
NO. 02DE6213275
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES 11/02/2013

NY 239,955,655v1                    3

## Exhibit A

**Via First Class Mail**

General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
Attn: Warren Command Center
         Mailcode 480-206-114

U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn: Matthew Feldman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49503
Attn: Robert D. Wolford, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
Attn: Gordon Z. Novod, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq.
         Michael L. Schein, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq.
         Stephen Karotkin, Esq.
         Joseph H. Smolinksy, Esq.

*NY 239,955,655v1*