New Hearing Date & Time: **March 10, 2010 at 9:45 a.m. (Eastern Time)**
New Objection Deadline: **March 3, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                :
**In re**                                                       :    Chapter 11 Case No.
                                                                :    09-50026 (REG)
                                                                :    (Jointly Administered)
**MOTORS LIQUIDATION COMPANY,** *et al.,*                       :
    f/k/a General Motors Corp., *et al.*                        :
                                                                :
**Debtors.**                                                    :
----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE THAT

The hearing on the Application of the Ad Hoc Committee of Asbestos Personal Injury Claimants Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [Docket No. 4189] (the "**Motion**"), originally scheduled for hearing on January 20, 2010 at 9:45 a.m. (Eastern Time) has been adjourned on consent to **March 10, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**") before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New

York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.  Any objections shall be due by **March 3, 2010 at 4:00 p.m. (Eastern Time)**.

Dated: January 12, 2010
       New York, New York

/s/ David R. Berz
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession