New Hearing Time: March 10, 2010 at 9:45 a.m. EST
New Objection Deadline: March 3, 2010 at 4:00 p.m. EST

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :      Chapter 11 Case No.
                                        :      09-50026 (REG)
                                        :      (Jointly Administered)
MOTORS LIQUIDATION COMPANY, et al.,     :
       f/k/a General Motors Corp., et al. :
                                        :
          Debtors.                      :
------------------------------------------------------------x
```

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE THAT

The hearing on the Motion for Relief from Stay, or in the Alternative, Application for Federal Rule of Bankruptcy Procedure 2004 Examination filed by Susan R. Katzoff on behalf of The Schaefer Group, Inc. [Docket No. 3880] (the "**Motion**"), originally scheduled for January 20, 2010 at 9:45 a.m. (Eastern Time) has been consensually adjourned to **March 10, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**") before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004.  The Hearing may be further adjourned from time to time without further notice other than an announcement at

US_ACTIVE:\43151512\04\72240.0639

2

the Hearing.  The new objection deadline shall be **March 3, 2010 at 4:00 p.m. (Eastern Time)**.

Dated: January 12, 2010
       New York, New York

    /s/ David R. Berz
    Harvey R. Miller
    Stephen Karotkin
    Joseph H. Smolinsky
    David R. Berz

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession