UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                   :

In re                                       :      Chapter 11 Case No.
                                   :

MOTORS LIQUIDATION COMPANY, *et al.*,   :      09-50026 (REG)
    f/k/a General Motors Corp., *et al.*       :
                                   :

                  Debtors.           :      (Jointly Administered)
                                   :
------------------------------------------------------------x

### NOTICE OF MATTERS
### SCHEDULED FOR HEARING ON JANUARY 14, 2010 at 9:30 a.m.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.**    **CONTESTED MATTERS:**

    1.    Debtors' First Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 4622]**

        Response Deadline:      January 7, 2010 at 4:00 p.m.

        Response Filed:

            A.    Response of Del Norte Chevrolet-Olds and Larry Allen (the "**Del Norte Response**") to Debtors' First Omnibus Objection filed by Lowell F. Sutherland on behalf of Del Norte Chevrolet-Olds and Larry Allen **[Docket No. 4778]**

        Reply Filed:      None to date.

        Additional Document(s):      None to date.

        **Status:**    This matter will be going forward except for the Del Norte Response, which has been adjourned to a future hearing date to be confirmed with Chambers.

2. Debtors' Third Omnibus Objection To Claims (Duplicate Claims) **[Docket No. 4624]**

   Response Deadline:    January 7, 2010 at 4:00 p.m.

   Responses Filed:

   A. Response of Liberty Mutual Insurance Company (the "**Liberty Response**") to Debtors' Third Omnibus Objection to Claims filed by Mark S. Gamell on behalf of Liberty Mutual Insurance Company **[Docket No. 4752]**

   B. Response of Claimant ILCO Site Remediation Group (the "**ILCO Response**") to Debtor's Third Omnibus Objection to Claims (Duplicate Claims) Filed by Milissa A. Murray on behalf of ILCO Site Remediation Group **[Docket No. 4762]**

   C. Response of Sharyl Yrette Carter (the "**Carter Response**") to Debtor's Third Omnibus Objection to Claims (Duplicate Claims) Filed by Sharyl Yrette [**Docket No. 4771**]

   Reply Filed:    None to date.

   Additional Document(s):    None to date.

   **Status:**    This matter will be going forward except for the Liberty, ILCO, and Carter Responses, which have been adjourned to a future hearing date to be confirmed with Chambers.

II. **UNCONTESTED MATTERS:**

3. Debtors' Second Omnibus Objection To Claims (Amended and Superseded Claims) **[Docket No. 4623]**

   Response Deadline:    January 7, 2010 at 4:00 p.m.

   Response Filed:    None to date.

   Reply Filed:    None to date.

   Additional Document(s):    None to date.

   **Status:**    This matter will be going forward.

4. Debtors' Fourth Omnibus Objection To Claims (Duplicate Claims) **[Docket No. 4625]**

<div style="margin-left: 2em;">

Response Deadline: January 7, 2010 at 4:00 p.m.

Response Filed: None to date.

Reply Filed: None to date.

Additional Document(s): None to date.

**Status:** This matter will be going forward.

</div>

5. Debtors' Fifth Omnibus Objection To Claims (Claims with Insufficient Documentation) **[Docket No. 4626]**

<div style="margin-left: 2em;">

Response Deadline: January 7, 2010 at 4:00 p.m.

Response Filed: None to date.

Reply Filed: None to date.

Additional Document(s): None to date.

**Status:** This matter will be going forward.

</div>

Dated: January 12, 2010
      New York, New York

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession