**Robert R. Ross (TN#021340)** *pro hac vice*
**FEDERAL EXPRESS CORPORATION**
**3620 Hacks Cross Road**
**Building B—2nd Floor**
**Memphis, TN 38125**
**Telephone:    901-434-8369**
**Facsimile:    901-434-4523**
rrross@fedex.com

**Attorney for Federal Express Corporation**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:

**GENERAL MOTORS CORP.,** *et al.*        Chapter 11 Case No.
                                          09-50026 (REG)

                                          (Jointly Administered)

          **Debtors.**
-------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION
### BY FEDERAL EXPRESS CORPORATION

Federal Express Corporation ("FedEx"), by its counsel hereby withdraws the *Limited Objection and Reservation of Rights of Federal Express Corporation to Notice of (1) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto,* filed on June 12, 2009 (Docket No. 888).

Dated:    Memphis, Tennessee
          January 13, 2010

                              /s/ Robert R. Ross
                              Robert R. Ross, Esq.

                              *Counsel to Federal Express Corporation*

**CERTIFICATE OF SERVICE**

    I, Robert R. Ross, an attorney, hereby certify that on the 13th day of January 2010 I caused a true and correct copy of the above and foregoing NOTICE OF WITHDRAWAL OF LIMITED OBJECTION to be filed with the Court using the Court's CM/ECF system, which will send notification of such filing to the registered users.

                                /s/ Robert R. Ross
                                Robert R. Ross
                                FEDERAL EXPRESS CORPORATION
                                3620 Hacks Cross Road
                                Building B, 2nd Floor
                                Memphis, TN 38125
                                Telephone: (901) 434-8369
                                Fax: (901) 434-4523
                                rrross@fedex.com