**Robert R. Ross (TN#021340)** *pro hac vice*
**FEDERAL EXPRESS CORPORATION**
**3620 Hacks Cross Road**
**Building B—2nd Floor**
**Memphis, TN 38125**
**Telephone:    901-434-8369**
**Facsimile:    901-434-4523**
**rrross@fedex.com**

**Attorney for Federal Express Corporation**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

**In re:**

**GENERAL MOTORS CORP.,** *et al.*                      **Chapter 11 Case No.**
                                                         **09-50026 (REG)**

                                                         **(Jointly Administered)**

                     **Debtors.**
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM THE ECF SERVICE LIST

**PLEASE TAKE NOTICE** that Robert R. Ross of FEDERAL EXPRESS CORPORATION

hereby withdraws his appearance in the above proceeding on behalf of Federal Express

Corporation and its affiliated companies filed on June 12, 2009 (Docket No. 917) and

requests to be removed from the ECF Service List maintained in this proceeding.

Dated:  January 13, 2010
         Memphis, Tennessee              /s/ Robert R. Ross
                                         Robert R. Ross
                                         FEDERAL EXPRESS CORPORATION
                                         3620 Hacks Cross Road
                                         Building B—2nd Floor
                                         Memphis, Tennessee 38125
                                         901-434-8369  Telephone
                                         901-434-4523  Facsimile
                                         rrross@fedex.com  e-mail address

## CERTIFICATE OF SERVICE

      I, Robert R. Ross, an attorney, hereby certify that on the 13th day of January 2010 I caused a true and correct copy of the above and foregoing NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUESTS FOR REMOVAL FROM ECF SERVICE LIST to be filed with the Court using the Court's CM/ECF system, which will send notification of such filing to the registered users.

/s/ Robert R. Ross
Robert R. Ross
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, 2nd Floor
Memphis, TN 38125
Telephone: (901) 434-8369
Fax: (901) 434-4523
rrross@fedex.com