**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re                                                           :
                                                                :    Chapter 11 Case No.
**MOTORS LIQUIDATION COMPANY,** *et al.,*                       :
    **f/k/a General Motors Corp.,** *et al.*    :       **09-50026 (REG)**
                                                                :
        **Debtors.**    :    **(Jointly Administered)**
                                                                :
----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF WASHINGTON   )
                  ) ss
COUNTY OF KING        )

I, Julia A. Bahner, being duly sworn, depose and state:

1.  I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.   Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.  On January 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (master service list, notice of appearance parties and counterparties affected by the notice with e-mail addresses), by first class mail on the parties identified on Exhibit B annexed hereto (20 largest creditors of Remediation and Liability Management Company, Inc. and 20 largest creditors of Environmental Corporate Remediation Company, Inc.), by facsimile on the parties identified on Exhibit C annexed hereto (Office of the United States Trustee, notice of appearance parties with failed e-mail addresses and

counterparties affected by the notice without e-mail addresses) and by overnight mail on the

parties identified on Exhibit D annexed hereto (counterparties affected by the notice without e-

mail addresses or facsimile numbers):

- Notice of Matters Scheduled for Hearing on January 14, 2010 at 9:30 a.m. [Docket No. 4796].

Dated: January 13, 2010
     Seattle, Washington

                                     /s/ Julia A.Bahner
                                     JULIA A. BAHNER

Sworn to before me in Seattle, Washington
this 13th day of January, 2010.

/s/ Greg L. Gottainer
Greg L. Gottainer
Notary Public, State of Washington
License No. 138976
Residing in Seattle
Commission Expires: October 19, 2012

# EXHIBIT A

ALLEN COUNTY TREASURER
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 2540
PERSONAL PROPERTY TAX
FORT WAYNE, IN 46801-2540
Email: TREASURER.LEGAL@CO.ALLEN.IN.US

ALLEN, LISA
C/O JOHN CANTARELLA
CANTARELLA & ASSOC, PC
1004 JOSLYN
PONTIAC, MI 48340
Email: JOHNCANTARELL@UPONLAW.COM

ANZALDUA  FRANCOISE C
5108 GRANDE CIR
HARLINGEN, TX 78552-8915
Email: FMONTAGN@AOL.COM

BARBARA J SEWARD
6788 GINGER AVE
ENON, OH 45323-1739
Email: SEWARDS1@WOH.RR.COM

BASIC ENERGY SERVICES INC
ATTN: JEREMY K WARD
2 WEST 2ND ST, STE 900
TULSA, OK 74103-3115
Email: JWARD@TULSALAWYER.COM

BEALE, STEVIE LYNN
MORGAN & MEYERS
3200 GREENFIELD RD STE 260
DEARBORN, MI 48120-1800
Email: JMEYERS@MORGANMEYERS.COM

BERNA J HEARD
BERNA J HEARD (SPOUSE)
985 LAPOINT RD
LINN CREEK, MO 65052
Email: ONTHEGOMEMA@YAHOO.COM

CALDWELL CAD
C/O DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 , PO BOX 17428
AUSTIN, TX 78760-7428
Email: austin.bankruptcy@publicans.com

CARLETON MATZELLE
5345 IROQUIOS COURT
CLARKSTON, MI 48348
Email: CVMATZ@AOL.COM

CAROL SEAVITT
631 W TREMOLO LN
ORO VALLEY, AZ 85737-3772
Email: SEAVLUCKY@AOL.COM

CASS COUNTY
ATTN ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201
Email: DALLAS.BANKRUPTCY@PUBLICANS.COM

CHEROKEE CAD
ATTN ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201
Email: dallas.bankruptcy@publicans.com

CITY OF FRANKLIN TAX COLLECTOR
C/O YOST ROBERTSON NOWAK PLLC
SPECIAL COUNSEL CITY OF FRANKLIN
PO BOX 681346
FRANKLIN, TN 37068-1346
Email: claims@yosrob.com

CITY OF HASLET
ATTN ELIZABETH BANDA CALVO
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0340
Email: ebcalvo@pbfcm.com

CITY OF HIDALGO
ATTN JOHN T BANKS
PERDUE BRANDON FIELDER COLLINS & MOTT L L P
3301 NORTHLAND DRIVE
SUITE 505
AUSTIN, TX 78731
Email: jbanks@pbfcm.com

CLAUDIA H HEMPHILL
104 BROOKHAVEN DR
COLUMBIA, TN 38401-8876
Email: CLAUDIAH411@AOL.COM

COOKE COUNTY APPRAISAL DISTRICT
ATTN HAROLD LEREW
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 8188
WICHITA FALLS, TX 76307
Email: hbky@pbfcm.com

DALLAS COUNTY
ATTN: ELIZABETH WELLER, LAURIE A SPINDLER
SHERREL K KNIGHTON & TODD W DEATHERAGE
LINEBARGER BOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201-2691
Email: DALLAS.BANKRUPTCY@PUBLICANS.COM

DALLAS COUNTY UTILITY & RECLAMATION DISTRICT
ATTN:  R BRUCE MEDLEY
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
4025 WOODLAND PARK BLVD STE 300
ARLINGTON, TX 76013
Email: bmedley@pbfcm.com

DANIEL KAAKE
G9428 WEBSTER RD
CLIO, MI 48420
Email: DANJAN@TOAST.NET

DAVID SCHAFER
269 HAZELTINE DRIVE
DEBARY, FL 32713
Email: DAVIDTSCHAFER@GMAIL.COM

DESOTO ISD
ATTN:  ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201
Email: DALLAS.BANKRUPTCY@PUBLICANS.COM

EDWARD R ANIKEWICH
35570 JEFFERS CT
HARRISON TWP, MI 48045
Email: anike791@wowway.com

ENNIS INDEPENDENT SCHOOL DISTRICT
ATTN: ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
4025 WOODLAND PARK BLVD, SUITE 300
ARLINGTON, TX 76013
Email: ebcalvo@pbfcm.com

FRED LOYA INSURANCE
CLAIM # 596-94647
8603 INGRAM RD
SAN ANTONIO, TX 78245
Email: vcoronel@fredloya.com

GERALD A KOLB
14137 RANDALL
STERLING HEIGHTS, MI 48313
Email: GERALDAKOLB@COMCAST.NET

HIGHLAND PARK INDEPENDENT SCHOOL DISTRICT
ATTN: R BRUCE MEDLEY
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
4025 WOODLAND PARK BLVD SUITE 300
ARLINGTON, TX 76013
Email: bmedley@pbfcm.com

ILLIOS PARTNERS, LLC
MARIE YOUNG
550 W VAN BUREN ST STE 1120
CHICAGO, IL 60607-3805
Email: MYOUNG@JUOS.COM

JACQUELYN WHITESEL SPOUSE
JAMES WHITESEL
2650 SOLAR DRIVE
LAKE ORION, MI 48360
Email: ERIC.WHITESEL@HOTMAIL.COM

JAMES TRIPLETT
601 CHERRYWOOD DR
FLUSHING, MI 48433
Email: JLTRIPLET@GMAIL.COM

DENNIS WESSERLING
44156 DYLAN
STERLING HEIGHTS, MI 48314
Email: DWESSERLING@COMCAST.NET

DIANE ANDERSON
14052 LANDINGS WAY
FENTON, MI 48430
Email: DIANEDLA@AOL.COM

EDWIN D DEJEAN
5554 SO WARD WAY
LITTLETON, CO 80127
Email: KEDEJEAN@MSN.COM

FRANCZKOWSKI, ANTHONY
C/O EVANS PORTNOY & QUINN
36TH FLOOR ONE OXFORD CENTRE, 301 GRANT STREET
PITTSBURGH, PA 15219
Email: iportnoy@epqlawyers.com

GAIL C DOWNWARD
315 HERITAGE PLACE
DEVON, PA 19333-1049
Email: eg315@verizon.net

HIDALGO INDEPENDENT SCHOOL DISTRICT
ATTN:  JOHN T BANKS
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
3301 NORTHLAND DRIVE SUITE 505
AUSTIN, TX 78731
Email: jbanks@pbfcm.com

ILCO SITE REMEDIATION GROUP
C/O MILISSA MURRAY/ROBERT STEINWURTZEL
BINGHAM MCCUTCHEN LLP
2020 K STREET NW
WASHINGTON, DC 20006
Email: M.MURRAY@BINGHAM.COM

IRVING ISD
ATTN:  ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
Email: dallas.bankruptcy@publicans.com

JAMES JEMAIL
525 WINFRED DRIVE
RALEIGH, NC 27603
Email: JJEMAIL01@AOL.COM

JOHN F FISCHER LIVING TRUST
JOHN F FISCHER
21324 W DOUGLAS LANE
PLAINFIELD, IL 60544
Email: fischer-j@att.net

JOHN KENNETH CULBRETH JR
3552 BEATTYS BRIDGE ROAD
ATKINSON, NC 28421
Email: pug2406@yahoo.com

JOHN W WICKSTROM
5145 HEATH AVE
CLARKSTON, NJ 48346
Email: SVEDE238@AOL.COM

JOSEPH C WALKER
3280 S SHORE DR
#87B
PUNTA GORDA, FL 33955
Email: JOEAL36@YAHOO.COM

JUDITH KELLEHER
285 CANTERBURY DR W
PALM BEACH GARDENS, FL 33418
Email: JUDYKELLEHER@ATT.NET

KADE, ALEX
1071 HOLLYWOOD AVE
GROSSE POINTE WOODS, MI 48236-1370
Email: akade@comcast.net

KATHLEEN PETERS
GARY W KULLMANN
7777 BONHOMME AVE, SUITE 2301
CLAYTON, MO 63105
Email: GKULLMANN@KKDPC.COM

KATY ISD
ATTN: JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064
Email: houston_bankruptcy@publicans.com

KEVIN E KESTLER
2202 MAYWINE LANE
OFALLON, MO 63368-8240
Email: COOLBREZE_1@MSN.COM

KYLE TURK CASE #71-716820700
1130 E ST NE
MIAMI, OK 74354
Email: KYLETURK2008@LIVE.COM

LEROY WESTRICK
5890 W BIRCH RUN RD
SAINT CHARLES, MI 48655-9627
Email: ALBEE1@CENTURYTEL.NET

LIMESTONE COUNTY
ATTN DIANE W SANDERS L G B & S LLP
THE TERRACE II 2700 VIA FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428
Email: austin.bankruptcy@publicans.com

LIVE OAK CAD
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II, 2700 VIA FORTUNA DR, STE 400
PO BOX 17428
AUSTIN, TX 78760-7428
Email: austin.bankruptcy@publicans.com

LLANO COUNTY
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II, 2700 VIA FORTUNA DR, STE 400
PO BOX 17428
AUSTIN, TX 78760-7428
Email: austin.bankruptcy@publicans.com

MALCOLM BROWN
633 LINCOLN ROAD
GROSSE POINTE, MI 48230
Email: MBROWN5495@COMCAST.NET

MCCULLOCH CAD
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II, 2700 VIA FORTUNA DR, STE 400
PO BOX 17428
AUSTIN, TX 78760-7428
Email: austin.bankruptcy@publicans.com

MCLENNAN COUNTY
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRACE II, 2700 VIA FORTUNA DR. STE 400
PO BOX 17428
AUSTIN, TX 78760-7428
Email: austin.bankruptcy@publicans.com

NADER AUTOMOTIVE GROUP, LLC
PO BOX 1720
DANVILLE, CA 94526-6720
Email: CHRYSLERNADER@YAHOO.COM

PARKER, BRITTANY
C/O JAMES KING
PO BOX 1688
JASPER, AL 35502-1688
Email: jimmy@jasperlawyers.com

PAUL FRIIS
13201 PINEHURST LANE
GRAND BLANC, MI 48439
Email: FRIIS.PAUL@GMAIL.COM

PIERRE E MILORD AS PR OF EST OF MARIE ALINA MILORD DEC'D
RAYMOND R REID JR ESQ
PAJCIC AND PAJCIC PA
ONE INDEPENDENT DR  STE 1900
JACKSONVILLE, FL 32202
Email: Ray@pajcic.com

QUINCI PAGE
C/O GARY W KULLMANN
7777 BONHOMME AVENUE
SUITE 2301
CLAYTON, MO 63105
Email: gkullmann@kkdpc.com

RICHARD HEJMANOWSKI
C/O PAUL WILLIAM BELTZ, P.C.
36 CHRUCH STREET
BUFFALO, NY 14202
Email: CRAIG.WATSON@PAULBELTZ.COM

RICHARDSON INDEPENDENT SCHOOL DISTRICT
ATTN ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
4025 WOODLAND PARK BLVD, SUITE 300
ARLINGTON, TX 76013
Email: ebcalvo@pbfcm.com

RONALD ELZERMAN
335 LAKE FOREST
ROCHESTER HILLS, MI 48309
Email: ronelzerman@sbcglobal.net

RUDELICH, ANINA
ODISHAW & ODISHAW
2200 SUN LIFE PLACE 10123 - 99 STREET
EDMONTON AB T5J 3H1 CANADA
Email: bguido@odishawlaw.ca

SANDRA AHAUS IRA
SANDRA AHAUS
10548 PENN AVE SO
BLOOMINGTON, MN 55431
Email: SSTEWART@STIFEL.COM

STEPHEN SWARIN
3885 PINE HARBOR
WEST BLOOMFIELD, MI 48323
Email: SSWARIN@AOL.COM

TOYOTA MOTOR SALES USA
MORGN LEWIS & BOCKIUS LLP
ATTN: WENDY S WALKER
101 PARK AVENUE
NEW YORK, NY 10178
Email: wwalker@morganlewis.com

WELDON G FROST IRA ROLLOVER
721 BINNACLE POINT DR
LONGBOAT KEY, FL 34228
Email: weldonfrost@verizon.net

WILLIAM OLDS
6456 WATERS EDGE WAY
CLARKSTON, MI 48346
Email: WHOLDS1@AOL.COM

RALPH S MAKOWSKI
65381 POWELL RD
WASHINGTON, MI 48095
Email: RSMCOLT@HOTMAIL.COM

RICHARD KNAPP
3520 BERKSHIRE EVE COURT
DULUTH, GA 30097
Email: RWKNAPP649@AOL.COM

ROBERT KOPANIC
105 FOREST HILL
HUBBARD, OH 44425
Email: KOPANIC@SBCGLOBAL.NET

ROY C HAYTH
6213 N LONDON AVE APT A
KANSAS CITY, MO 64151-4787
Email: wkmeehan@wkmeehanpc.com

SAN PATRICIO COUNTY
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRACE II, 2700 VIA FORTUNA DR. STE 400
PO BOX 17428
AUSTIN, TX 78760-7428
Email: austin.bankruptcy@publicans.com

STARR COUNTY
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II, 2700 VIA FORTUNA DR. STE 400
PO BOX 17428
AUSTIN, TX 78760-7428
Email: austin.bankruptcy@publicans.com

TARRANT COUNTY
ATTN: ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST, SUITE 1600
DALLAS, TX 75201
Email: dallas.bankruptcy@publicans.com

VALWOOD IMPROVEMENT AUTHORITY
ATTN: R BRUCE MEDLEY
PERDUE, BRANDON,FIELDER, COLLINS & MOTT, LLP
4025 WOODLAND PARK BLVD STE 300
ARLINGTON, TX 76013
Email: bmedley@pbfcm.com

WESLACO ISD
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II, 2700 VIA FORTUNA DR. STE 400
PO BOX 17428
AUSTIN, TX 78760-7428
Email: austin.bankruptcy@publicans.com

YOAKUM ISD
C/O DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRACE II, 2700 VIA FORTUNA DR, STE 400, PO BOX 17428
AUSTIN, TX 78760-7428
Email: austin.bankruptcy@publicans.com

# EXHIBIT B

ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

AIMS/DYKEMA GOSSETT PLLC
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

AIMS/LATHROP & GAGE LC
2345 GRAND BLVD.
KANSAS CITY, MO 64108

AIMS/STEPHENS & STEPHENS
410 MAIN STREET
BUFFALO, NY 14202

ARCADIS BBL
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS BBL
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS GERAGHTY & MILLER, INC.
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

BT2, INC.
ATTN: MARK HUBER
2830 DAIRY DRIVE
MADISON, WI 53718-6751

CHARTER TOWNSHIP OF FLINT
ATTN: SANDRA S WRIGHT
1490 S. DYE ROAD
FLINT, MI 48532

CHARTER TOWNSHIP OF YPSILANTI
LARRY J. DOE, TREASURER
7200 S. HURON RIVER DR.
YPSILANTI, MI 48197

CHARTER TWP. OF GENESEE
ATTN: TOM MANNOR, TREASURER
7244 N. GENESSE ROAD
P.O. BOX 215
GENESEE, MI 48437

CITY OF SAGINAW, TREASURER
1315 S. WASHINGTON AVE.
SAGINAW, MI 48601

CITY OF SIOUX CITY
CITY TREASURER
P.O. BOX 447
SIOUX CITY, IA 51102

CLEAN HARBORS ENVIRONMENTAL SERVICES
P.O. BOX 3442
BOSTON, MA 02241-3442

CONESTOGA-ROVERS & ASSOC.
ATTN: BETH LANDALE
22055 NIAGARA FALLS BLVD.
SUITE #3
NIAGARA FALLS, NY 14304

CONESTOGA-ROVERS & ASSOCIATES
22055 NIAGARA FALLS BLVD
SUTIE #3
NIAGARA FALLS, NY 14304

ENCORE ENVIRONMENTAL CONSORTIUM
ATTN: MARK QUILTER
P.O. BOX 66
6723 TOWPATH ROAD
SYRACUSE, NY 13214-0066

ENVIRON INTERNATIONAL CORPORATION
214 CARNEGIE STREET
PRINCETON, NJ 08540

FAVERO GEOSCIENCES
ATTN: DAVE FAVERO
1210 SOUTH 5TH STREET, SUITE 2
SPRINGFIELD, IL 62703

GENERAL OIL COMPANY, INC.
35796 VERONICA ST.
LIVONIA, MI 48150

GLOBAL ENVIRONMENTAL ENGINEERING INC.
6140 HILL 23 DRIVE
SUITE 1
FLINT, MI 48507

GLOBAL ENVIRONMENTAL ENGINEERING, INC.
6140 HILL 23 DRIVE
STE 1
FLINT, MI 48507

GROUNDWATER & ENVIRONMENTAL SERVICES, INC
440 CREAMERY WAY
SUITE 500
EXTON, PA 19341-2577

HALEY & ALDRICH DESIGN AND CONTRUCTION
56 ROLAND STREET
BOSTON, MA 02129-1400

HALEY & ALDRICH OF NEW YORK
200 TOWN CENTRE DRIVE, STE 2
ROCHESTER, NY 14623-4264

HDR ENGINEERING
ATTN: DICK BELL
8404 INDIAN HILLS DRIVE
OMAHA, NE 68114

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES, IA 50319-0034

J.A. LOMBARDO & ASSOCIATES
ATTN: JOSEPH A. LOMBARDO
445 S. LIVERNOIS - SUITE 202
ROCHESTER, MI 48307

NOVA CONSULTANTS, INC
21580 NOVI ROAD
#300
NOVI, MI 48375

O'BRIEN & GERE ENGINEERS, INC.
ATTN: TERRY L. BROWN
5000 BRITTONFIELD PKWY
SYRACUSE, NY 13057-9226

ROYAL ENVIRONMENTAL, INC.
720 LEXINGTON AVENUE
P.O. BOX 15719
ROCHESTER, NY 14615

SEVENSON ENVIRONMENTAL SERVICES, INC.
2749 LOCKPORT ROAD
NIAGARA FALLS, NY 14302

THE BANK OF NEW YORK
FINANCIAL CONTROL BILLING DEPARTMENT
P.O. BOX 19445
NEWARK, NJ 07195-0445

THE BARTECH GROUP
17199 NORTH LAUREL PARK DR.
SUITE224
LIVONIA, MI 48152

TOWN OF FRAMINGHAM
TAX COLLECTOR'S OFFICE
150 CONCORD ST
FRAMINGHAM, MA 01702

WASHTENAW COUNTY TREASURER
P.O. BOX 8645
200 N. MAIN ST
STE 200
ANN ARBOR, MI 48107-8645

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE, KY 40290-1054

WDC EXPLORATION & WELLS
500 MAIN STREET
WOODLAND, CA 95695

YOUNG'S ENVIRONMENTAL CLEANUP, INC
G-5305 NORTH DORT HIGHWAY
FLINT, MI 48505

# EXHIBIT C

BEXAR COUNTY
DAVID G AELVOET
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
711 NAVARRO, SUITE 300
SAN ANTONIO, TX 78205
Fax: 2102256410

DEL NORTE CHEVROLET-OLDS CO
C/O LOWELL F SUTHERLAND ESQ
1443 W MAIN ST
EL CENTRO, CA 92243
Fax: 7603522533

GALVESTON COUNTY
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253
Fax: 7138443503

OFFICE OF THE UNITED STATES TRUSTEE
DIANA G ADAMS
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004
Fax: 2126682255

SCHOENL KEVIN M
SCHOENL, CONNIE
20 JADE CREEK DR
HILTON, NY 14468
Fax: 2157512205

DALLAS COUNTY
ELIZABETH WELLER, LAURIE A SPINDLER,
SHERREL K KNIGHTON, TODD W DEATHERAGE
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST, SUITE 1600
DALLAS, TX 75201
Fax: 4692215002

DOUG BELDEN, HILLSBOROUGH CTY TAX COLLECTOR
PO BOX 172920
601 E KENNEDY BLVD 14TH FLOOR
TAMPA, FL 33672
Fax: 8136126749

HOUSTON CAD
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253
Fax: 7138443503

SCHOENL KEVIN M
SCHOENL, KEVIN M
16 WEST MAIN STREET 6TH FLOOR
ROCHESTER, NY 14614
Fax: 2157512205

T. SCOTT LEO
LIBERTY MUTUAL INSURANCE COMPANY
C/O T. SCOTT LEO
LEO & WEBER, PC
1 N LASALLE ST, STE 3600
CHICAGO, IL  60602
Fax: 3128571240

# EXHIBIT D

AARON D PHILLIPS SR
8635 OXFORD LN
SAINT LOUIS, MO  63147-1210

AARON PHILLIPS SR
8635 OXFORD LN
SAINT LOUIS, MO  63147-1210

ACME ROCKFORD GROUP TRUST
GUYER & ENICHEN
2601 REID FARM RD
ATTN ED MAH
ROCKFORD, IL  61114-6698

ADT SECURITY SERVICES
C/O ADT SECURITY SERVICES INC
14200 E EXPOSITION AVENUE
AURORA, CO  80012

AKINS, RITA COLLENE
8542 NICHOLS RD
FLUSHING, MI  48433-9223

ALICE GOODWIN
343 QUIET HARBOR DRIVE
HENDERSON, NV  89052-5601

ALLSTATE INSURANCE COMPANY
C/O THOMAS W PALECEK
3170 FOURTH AVE THIRD FL
GRAY AND PROUTY
SAN DIEGO, CA  92103

ALLSTATE INSURANCE COMPANY A/S/O ANUFRIEV
KONSTANTIN
C/O RONALD W PARNELL ESQ
PO BOX 81085
CONYERS, GA  30013

ALMA L BETTS
1563 AMBERLY DR SE
GRAND RAPIDS, MI  49508-8929

AMANDA S MOORE
402 FOGG RD
LESLIE, MI  49251-9366

ANGELICA MARIA NINO ORTIZ, INDIVIDUALLY
ATTN:  JOSH W HOPKINS
802 NORTH CARANCAHUA, SUITE 900
SICO, HOPKINS, HOELSCHER & BRAUGH LLP
CORPUS CHRISTI, TX  78470

ANTONIO MONTIEL, INDIVIDUALLY & ON BEHALF OF
MANUEL MONTIEL
FABIOLA MONTIEL & LUCERO MONTIEL
7824 N 5TH CT
C/O THE GOMEZ LAW FIRM PLLC
MCALLEN, TX  78504-1965

ARTHUR MILLS
36966 ELLIS ST
NEW BOSTON, MI  48164-9564

ATMOS ENERGY/KENTUCKY DIVISION, A DIVISION OF
ATMOS ENERGY CORPORATION
ATTN BANKRUPTCY GROUP
ATMOS ENERGY CORPORATION
PO BOX 650205
DALLAS, TX  75265-0205

AVA MERTENS BY AND THROUGH HER
GUARDIAN AD LITEM TRISANNA MERTENS
625 BROADWAY, SUITE 1200
C/O THE GOMEZ LAW FIRM
SAN DIEGO, CA  92101

B HAPPE TRUST
C/O BILLY J HAPPE
270 GREENFIELD ROAD
WINTER HAVEN, FL  33884-1308

BAKER, RONALD J
16695 COUNTRY RD B
SMITHVILLE, MO  64089

BARBARA OWENS
C/O GREGORY L SHEVLIN, COOK, YSURSA,
BARTHOLOMEW,
12 WEST LINCOLN STREET
BRAUER & SHEVLIN
BELLEVILLE, IL  62220

BARBARA OWENS
ATTN:  GREGORY L SHEVLIN
12 WEST LINCOLN STREET
COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN
BELLEVILLE, IL  62220

BAYVIEW YACHTCRAFTERS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
31785 S RIVER RD
HARRISON TWP, MI  48045-1892

BENTON COUNTY TREASURER
PO BOX 630
620 MARKET STREET
PROSSER, WA  99350-0630

BEVERLY DEUTSCH AND SANFORD DEUTSCH
C/O BARRY NOVACK ESQ
8383 WILSHIRE BLVD SUITE 830
BEVERLY HILLS, CA  90211

BIGGART, JOHN
BIGGART, PAMELA
310 GRANT ST STE 2201
PITTSBURGH, PA  15219-2302

BRETT BALLARD
TIM MORGAN
911 MAIN STREET PO BOX 220
LANGDON & EMISON
LEXINGTON, MO  64067

BROOKE FLETCHER
ATTN: NEIL CHANTER
415 E. CHESTNUT EXPRESSWAY
STRONG, GARNER, BAUER, P.C.
SPRINGFIELD, MO  65802

CARL L BILLETER
1560 HUNTSHIRE DR
HOLT, MI  48842-2020

CHARLES J HANKAMER
ATTN K RICK ALVIS
1400 URBAN CENTER DR  STE 475
C/O ALVIS AND WILLINGHAM LLP
BIRMINGHAM, AL  35242

CHERYL C GREEN
PO BOX 13894
NEW ORLEANS, LA  70185-3894

CITY OF FREMONT
101 E MAIN ST
FREMONT, MI  49412

CITY OF ROANOKE
C/O SAWKO & BURROUGHS P C
1100 DALLAS DRIVE, SUITE 100
DENTON, TX  76205

BETH KAPLAN
C/O MOTHERWAY & NAPLETON LLP
100 W MONROE ST STE 200
CHICAGO, IL  60603-1975

BIGGART JOHN
BIGGART, JOHN
310 GRANT ST STE 2201
PITTSBURGH, PA  15219-2302

BIGGART, JOHN
AINSMAN LEVINE & DREXLER
330 GRANT STREET - SUITE 2201
PITTSBURGH, PA  15219

BRIAN ALAN SCHINER AND JACQUELINE SCHINER
C/O ANDREW J STERN  ESQUIRE/KLINE & SPECTER
1525 LOCUST STREET 19TH FLOOR
PHILADELPHIA, PA  19102

BROWN, THOMAS CLIFTON
3202 BRYNMAWR PL
FLINT, MI  48504-2506

CASILLO, LEONARD M
2472 THISTLE POINTE
BLOOMFIELD, MI  48304-1402

CHASITY LYNN MOORE
ATTN: NEIL CHANTER
415 E. CHESTNUT EXPRESSWAY
STRONG, GARNER, BAUER, P.C.
SPRINGFIELD, MO  65802

CHRISTOPHER LYNCH
ANDREW J STERN ESQUIRE
457 HADDONFIELD RD  STE 540
KLINE AND SPECTER
CHERRY HILL, NJ  08002

CITY OF LEWISVILLE
C/O SAWKO & BURROUGHS, P C
1100 DALLAS DRIVE, SUITE 100
DENTON, TX  76205

CLINGER, SCOTT LUKAS, CLINGER, WHITNEY ASHTON &
CLINGER DOUGLAS
C/O PAUL KOMYATTE
5400 WARD ROAD BLDG IV STE 200
GILBERT OLLANIK & KOMYATTE PC
ARVADA, CO  80002

CRYSTAL RAVETTO A MINOR BY AND THROUGH
HER MOTHER & GUARDIAN CAMILLE RAVETTO
7677 OAKPORT ST SUITE 565
C/O R LEWIS VAN BLOIS ESQ  VAN BLOIS & ASSOCIATES
OAKLAND, CA  94621

DANIEL A DAVIS
6124 COLUMBIA ST
HASLETT, MI  48840-8267

DANIEL GORMAN
1847 SHORE DR S APT 801
SOUTH PASADENA, FL  33707-4730

DANIEL J EISENBEIS
175 INGLEWOOD CT
LINDEN, MI  48451

DAVID KANSTOROOM
ATTN: J KENT EMISON
911 MAIN STREET PO BOX 220
LANGDON & EMISON
LEXINGTON, MO  64067

DEIMEL, GEORGE W
C/O BOSWELL TUCKER & BREWSTER
PO BOX 798
BRYANT, AR  72089-0798

DEL NORTE CHEVROLET-OLDS CO
C/O LOWELL F SUTHERLAND ESQ
1443 W MAIN ST
EL CENTRO, CA  92243

DELAWARE DIVISION OF REVENUE
820 NORTH FRENCH STREET - 8TH FLOOR
WILMINGTON, DE  19801

DEMARIA BUILDING COMPANY
D DOUGLAS MCGAW (P24166)
5455 CORPORATE DRIVE
SUITE 104
TROY, MI  48098

DENNIS W MC GUIRE
58 LINCOLN AVE
LAMBERTVILLE, NJ  08530-1029

DOMESTIC UNIFORM LINEN SUPPLY CO INC
30555 NORTHWESTERN HIGHWAY SUITE 300
ATTN M COLTON
FARMINGTON HILLS, MI  48334

DONALD E ROSS
731 WHITE OAK DR
WARNE, NC  28909

DONALD L JONES
277 RIVER FALLS DR
DUNCAN, SC  29334

DONALD R TIDWELL
1061 RIVER HILL DR
FLINT, MI  48532-2870

DORCAS E WILLIAMS
44315 GINGHAM AVE
LANCASTER, CA  93535

DOUG BELDEN, HILLSBOROUGH CTY TAX COLLECTOR
PO BOX 172920
601 E KENNEDY BLVD 14TH FLOOR
TAMPA, FL  33672-2920

DOUGLAS GROCH
C/O KEVIN BOISSONEAULT
3516 GRANITE CIRCLE
TOLEDO, OH  43617

DUNN AMBER
GAFFNEY, LISA D
1721 N SEPULVEDA BLVD
MANHATTAN BEACH, CA  90266-5014

DUNN, AMBER
ANGELO & DIMONDA LLP
1721 N SEPULVEDA BLVD
MANHATTAN BEACH, CA  90266-5014

DWAYNE MYERS
7263 MONT DR
MIDDLETOWN, OH  45042

ELVIE MOORE
PO BOX 703
ROCKY POINT, NC  28457-0703

EMILY MC GUIRE
58 LINCOLN AVE
LAMBERTVILLE, NJ  08530-1029

ESTHER MORR
258 JOANNA ST APT 1
BROOKVILLE, OH  45309-1937

EVELYN JONES
6386 GLOBE ST
DETROIT, MI  48238-1341

FACUNDO, RODOLFO
1609 HERBERT ST
LANSING, MI  48910-1512

FLORIAN HINRICHS
C/O RICHARD D MORRISON
BEASLEY ALLEN
POST OFFICE BOX 4160
MONTGOMERY, AL  36103

FORD MOTOR COMPANY
C/O JONATHAN S GREEN
150 W JEFFERSON AVE STE 2500
MILLER CANFIELD PADDOCK & STONE PLC
DETROIT, MI  48226

FRANK CINA AS PERSONAL REP OF ESTATE OF PENNY P
CINA
COUNCIL WOOTEN, JR., WOOTEN, KIMBROUGH,
236 S LUCERNE CIRCLE
GIBSON, DOHERTY AND NORMAND, P.A.
ORLANDO, FL  32801

FREDDIE L DULANEY
6517 ALLISON DR
FLINT, MI  48504-3618

FULTON COUNTY TAX COMMISSIONER
141 PRYOR ST
SUITE 1113
ATLANTA, GA  30303

GARLAND COUNTY TAX COLLECTOR
ATTN: REBECCA DODD-TALBERT
200 WOODBINE - ROOM 108
HOT SPRINGS, AR  71901-5146

GEORGE W GEIL AND GENEVA GEIL
9501 W BUSINESS 83, #817
HARLINGEN, TX  78552-2338

GEORGIA WASTE SYSTEM INC
GEORGIA WASTE WATER SYSTEM INC
1001 FANNIN STREET SUITE 4000
C/O JACQUOLYN E MILLS
HOUSTON, TX  77002

GOMEZ JORGE RAMON
GOMEZ, PAMELA
403 N TANCAHUA
CORPUS CHRISTI, TX  78401

GOMEZ JORGE RAMON
PEREZ, KATHY ANN
403 N TANCAHUA
LAW OFFICE OF DOUGLAS ALLISON
CORPUS CHRISTI, TX  78401

GRADY SMITH
PO BOX 1696
SAINT PETERS, MO  63376-0030

HAIRSTON, LINDA A
PO BOX 320674
FLINT, MI  48532-0012

HARRY GRIM
202 WILTSHIRE CT
EASLEY, SC  29642

HERBERT P BELL
1741 COLUMBINE ST
EAST TAWAS, MI  48730-9547

HOGAN, KENNETH L
2905 CHERRY TREE CT
RACINE, WI  53402-1317

HONEYWELL INTERNATIONAL - AEROSPACE
1140 W WARNER ROAD
1233-M
TEMPE, AZ 85284-2816

INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION, N-240
100 NORTH SENATE AVE
INDIANAPOLIS, IN 46204

JACQUELINE EDWARDS, AS PERSONAL REP AND/OR
ADMINISTRATRIX
OF THE ESTATE OF RAYMOND EDWARDS III, DECEASED
1416 GREENSBORO AVE
CROSS, POOLE & SMITH, LLC
TUSCALOOSA, AL 35401

JAMES E KETCHEM
C/O EMPLOYEE ATTORNEY
105 CHURCH ST
ATTN: RADFORD R RAINES
O'FALLON, MO 63366

JAMES W DUKE
400 CACTUS COVE
SHELBYVILLE, KY 40065

JANIS ANDERSON AND ALL WRONGFUL DEATH
BENEFICIARIES OF
JESSE J ANDERSON JR DECEASED
LAW OFFICE OF PAUL T BENTON
POST OFFICE BOX 1341
BILOXI, MS 39533

JEANNETTA PURDUE
C/O ROBERT ALAN SHEINBEIN ESQ
9440 SANTA MONICA BLVD SUITE 500
ATTORNEY AT LAW, ATTORNEY FOR CREDITOR
BEVERLY HILLS, CA 90210-4608

JEFFERY VANVALLIS
4333 SW 26TH AVE
CAPE CORAL, FL 33914-6146

JIMSEY WALTON, INDIVIDUALLY, THE ESTATE OF
MICHAEL C
STEVEN L WALTON BRYAN SCOTT WALTON & MICHAEL
C WALTON JR
440 LOUISIANA, STE 2300
C/O MICHAEL J LOWENBERG, THE O'QUINN LAW FIRM

JO KOHLER
1244 KING RICHARD PKWY
W CARROLLTON, OH 45449-2224

IDAHO STATE TAX COMMISSION
BANKRUPTCY UNIT
PO BOX 36
BOISE, ID 83722

J HALGREN SPECIAL ADINISTRATOR OF THE ESTATE OF
CASEY SECRIST DECEASED AND KATHLEEN SECRIST
911 MAIN STREET PO BOX 220
C/O J KENT EMISON, LANGDON & EMISON
LEXINGTON, MO 64067

JAMES D FISHER
678 BUDLONG ST
ADRIAN, MI 49221-1408

JAMES VACHUSKA
5315 INDIAN VALLEY RD
FRANKLIN, TN 37064

JAMIE SANKS & CHENITA SANKS
5353 VETERANS PARKWAY
SUITE A
COLUMBUS, GA 31904

JEAN J DESANGES & FRANCOIS J DESANGES, HIS WIFE
PAJCIC & PAJCIC, P A
ONE INDEPENDENT DR, SUITE 1900
JACKSONVILLE, FL 32202

JEFF BRETHAUER
ATTN: PATRICK M ARDIS
5810 SHELBY OAKS DR
WOLFF ARDIS, P C
MEMPHIS, TN 38134

JESSICA JENKINS
C/O THE KUHLMAN LAW FIRM LLC
1100 MAIN STREET
SUITE 2550
KANSAS CITY, MO 64105

JO ARNOLD
PO BOX 764
MOUNT MORRIS, MI 48458-0764

JOSEPH FERRARA
C/O DAVID GRONBACH
141 EAST MAIN STREET
MOYNAHAN & MINNELLA
WATERBURY, CT 06722

KEITH LUDOLPH AND LAURIE LUDOLPH
C/O THE HEALY LAW FIRM
111 W WASHINGTIN STREET, SUITE 1425
CHICAGO, IL  60602

KENNETH GREIGG
34690 W HARBOR DR
MILLSBORO, DE  19966-6789

KONSTANTINO DAKAS
HILBORN & HILBORN PC
999 HAYNES SUITE 205
BIRMINGHAM, MI  48009

LANTERN LANE ENT RETIREMENT TRUST
DAVID L GARBER & ENID GARBER TRUSTEES
22705 SPARROWDELL DR
CALABASAS, CA  91302

LARRY BOUTIN
16701 SUGARPINES CT
WRIGHT CITY, MO  63390

LAVERNE DIGGS
633 N GRANDVIEW AVE
MCKEESPORT, PA  15132-1615

LEANNE E CLARK
LABARRON N BOONE
PO BOX 4160
MONTGOMERY, AL  36103

LEONARD D LINDQUIST
2255 BURNING TREE CIR
OWOSSO, MI  48867-1089

LEWIS J NAKKEN & MARILYN M NAKKEN
908 AMBERVIEW DRIVE SW
BYRON CENTER, MI  49315

LIBERTY MUTUAL INSURANCE COMPANY
C/O GRACE WINKLER CRANLEY
LEO & WEBER P C
ONE N LASALLE ST SUITE 3600
CHICAGO, IL  60602

KELLY ANN LEE AND JACEY N LEE
ATT RICHARD E MCLEOD
1100 MAIN ST STE 2900
MCLEOD & HEINRICHS
KANSAS CITY, MO  64105

KIMBERLY JONES ZACHARY JONES AND AMANDA
JONES
J KENT EMISON, LANGDON & EMISON
911 MAIN STREET
LEXINGTON, MI  64067

LA MOREAUX, ROBERT D
4637 CLYDESDALE RD
LANSING, MI  48906-9024

LARRY ALLEN
C/O LOWELL F SUTHERLAND ESQ
1443 W MAIN ST
EL CENTRO, CA  92243

LARRY FISHELL
ATTN FRED A CUSTER
28051 DEQUINDRE
MATERNA, CUSTER & ASSOCIATES
MADISON HEIGHTS, MI  48071

LAVERNE E DIGGS
633 N GRANDVIEW AVE
MCKEESPORT, PA  15132-1615

LELTON MARTIN
1878 COUNTY ROAD 284
COURTLAND, AL  35618-3612

LEONARD N MAUER
5268 N SEYMOUR RD
FLUSHING, MI  48433-1029

LEXI LYLES GUARDIAN OF ANTONIO HODGES A MINOR
C/O J P SAWYER
218 COMMERCE STREET
MONTGOMERY, AL  36104

LINDE LLC
ATTN JEFFREY J JOHNS
575 MOUNTAIN AVE
MURRAY HILL, NJ  07974

LINDSY WILSON AS NEXT FRIEND FOR KENNEDY
WILSON, A MINOR
J KENT EMISON, LANGDON & EMISON
911 MAIN STREET
LEXINGTON, MI 64067

LUANA ALBENZE
3270 LORI LANE
NEW PORT RICHEY, FL 34655

MARCELA MONTEMAYOR CHAPA, A/N/F OF DONNA
LINARES, A MINOR CHILD
ATTN: DAVID E HARRIS
802 NORTH CARANCAHUA
SICO, WHITE, HOELSCHER & BRAUGH LLP
CORPUS CHRISTI, TX 78470

MARICOPA COUNTY
ATTN BARBARA LEE CALDWELL
4742 NORTH 24TH STREET SUITE 100
AIKEN SCHENK HAWKINS & RICCIARDI
PHOENIX, AZ 85016

MARILYN A WEBB
PO BOX 253
COVINGTON, GA 30015-0253

MAZIE ROBERTS, INDIVIDUALLY & AS SPECIAL ADMIN
OF
ESTATE OF JOHN ROBERTS SR, DECEASED
ATTN: J KENT EMISON
LANGDON & EMISON
LEXINGTON, MO 64067

MEDALLION INSTRUMENTATION SYSTEMS
17150 HICKORY STREET
SPRING LAKE, MI 49456

MELISSA M VOGEL
ATTN THOMAS D FLINN ESQ
ONE LACKAWANNA PLAZA
GARRITY GRAHAM MURPHY GAROFALO & FLINN PC
MONTCLAIR, NJ 07044

MICHAEL MARTIN
8565 COUNTY ROAD 236
TOWN CREEK, AL 35672

MILDRED SNYDER
C/O FRAZIER & ASSOCIATES
612 E MARKET STREET
INDIANAPOLIS, IN 46202

LISA BURNS
GARY W KULLMANN
7777 BONHOMME AVE
STE 2301
CLAYTON, MO 63105

LYNDA HALL, TAX COLLECTOR
MADISON COUNTY COURTHOUSE
100 NORTHSIDE SQUARE
HUNTSVILLE, AL 35801

MARIA CARRISOSA ET AL
ATTN: RON SIMON  SIMON & LUKE LLP
2929 ALLEN PARKWAY 42ND FLOOR
HOUSTON, TX 77019

MARICOPA COUNTY
ATTN BARBARA LEE CALDWELL
4742 NORTH 24TH STREET SUITE 100
AIKEN SCHENK HAWKINS & RICCIARDI
PHOENIX, AZ 85016

MARK IV LLC
1650 RESEARCH DRIVE, SUITE 200
TROY, MI 48083

MCGRIFF KEITH
MCGRIFF, KEITH
4422 EICHELBERGER AVE
DAYTON, OH 45406-2426

MEDIAONE OF UTAH
4770 S. 5600 W
KEARNS, UT 84118

MICHAEL J KRAUS
BELAIR & EVANS LLP
61 BROADWAY
NEW YORK, NY 10006

MICHAEL MORTIER
1260 CHAFFER DR
ROCHESTER HILLS, MI 48306

MILDRED SNYDER
C/O FRAZIER & ASSOCIATES
612 EAST MARKET STREET
INDIANAPOLIS, IN 46202

MITCHELL R CANTY
8146 REYNOLDSWOOD DRIVE
REYNOLDSBURG, OH  43068

NANCY FISHER AND BRYAN FISHER
ATTN:  ROBERT M N PALMER
205 PARK CENTRAL EAST, SUITE 511
THE LAW OFFICES OF PALMEROLIVER, P C
SPRINGFIELD, MO  65906

NEW YORK STATE DEPT OF TAXATION & FINANCE
BANKRUPTCY SECTION
P O BOX 5300
ALBANY, NY  11205-0300

NORTH CAROLINA DEPARTMENT OF REVENUE
ATTN ANGELA C FOUNTAIN BANKRUPTCY MANAGER
COLLECTIONS EXAMINATION DIVISION
PO BOX 1168
RALEIGH, NC  27602-1168

NYS DEPT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY  12205-0300

OKLAHOMA TAX COMMISSION
BANKRUPTCY SECTION
120 N ROBINSON, STE 2000
GENERAL COUNSEL'S OFFICE
OKLAHOMA CITY, OK  73102-7471

PATRICIA SEALS AS WRONGFUL DEATH BENEFICIARY
OF DECEDENT
KAREN BETH SEALS ETAL
1010 LAMAR ST SUITE 1111
ATTN CHAD D POINTS AT DENENA & POINTS PC
HOUSTON, TX  77002

PAUL LANGER
8891 SW 57TH COURT RD
OCALA, FL  34476

PEDRO NINO ORTIZ AS SPECIAL ADMIN ESTATE OF
ATTN: JOSH W HOPKINS
802 NORTH CARANCAHUA, SUITE 900
SICO, WHITE, HOELSCHER & BRAUGH LLP
CORPUS CHRISTI, TX  78470

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA  17128-0946

MONTSERRAT TREJO VELASQUEZ
ATTN JERRY GUERRA
555 N CARANCAHUA SUITE 200
LAW OFFICES OF JERRY GUERRA PC
CORPUS CHRISTI, TX  78478

NATHAN BLAKEMORE
2523 W ARNOLD LAKE RD
HARRISON, MI  48625-9744

NORMAN FORESTER
C/O J KENT EMISON, LANGDON & EMISON
911 MAIN P O BOX 220
LEXINGTON, MO  64067

NORWOOD PROMOTIONAL PRODUCTS LLC
10 W MARKET STREET SUITE 1400
INDIANAPOLIS, IN  46204

OHIO BUREAU OF WORKERS' COMPENSATION
LEGAL DIVISION BANKRUPTCY UNIT
PO BOX 15567
COLUMBUS, OH  43215-0567

PATRICIA SEALS AS WRONGFUL DEATH BENEFICIARY
OF
DECEDENT KAREN BETH SEALS ET AL
1010 LAMAR ST, SUITE 1111
C/O CHAD D POINTS AT DENENA & POINTS PC
HOUSTON, TX  77002

PAUL E SAWYER
5392 BANGOR AVE
FLUSHING, MI  48433-9005

PAULA M KARR
5738 W MORTEN AVE
GLENDALE, AZ  85301-1328

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA  17128-0946

RAGSDALE RAYMOND LEE
RAGSDALE, TERRI
4528 SOUTH SHERIDAN SUITE 103
TULSA, OK  74145-1101

RAMSOFT INC EMPLOYEE
PENSION PLAN #3
8 VALLEY POINT DRIVE
JACK MILLER & VIVIAN MILLER
HOLMDEL, NJ  07733-1325

RAPIDS TUMBLE FINISH, INC
1607 HULTS DR
EATON RAPIDS, MI  48827

RICHARD DEAN HIGHTOWER IND AND ADMIN
OF THE ESTATE OF CAROLYN HIGHTOWER
218 COMMERCE STREET
C/O J P SAWYER
MONTGOMERY, AL  36104

ROBERT DINNIGAN, AS FATHER & NATURAL GUARDIAN
OF AMANDA DINNIGAN, AN INFANT
40 FULTON STREET 25TH FLOOR
C/O LIPSIG, SHAPEY, MANUS & MOVERMAN PC
NEW YORK, NY  10038

ROBERT DINNIGAN, AS FATHER & NATURAL GUARDIAN
OF
AMANDA DINNIGAN, AN INFANT
40 FULTON ST, 25TH FLOOR
LIPSIG, SHAPEY, MANUS & MOVERMAN, P C
NEW YORK, NY  10038

ROGER D NEWELL
5952 PHELPS CT
OTTER LAKE, MI  48464-9134

RON SIMON
SIMON AND LUKE LLP
2929 ALLEN PARKWAY
42ND FLOOR
HOUSTON, TX  77019

RONALD B GOODWIN
373 QUIET HARBOR DRIVE
HENDERSON, NV  89052-5601

RONALD DEAN & SANDRA EARLENE DAVIS
HUSBAND & WIFE JTWRS
4014 SOUTH 135TH EAST AVE
TULSA, OK  74134-5612

ROSS MELODY
ROSS, FAITH ANN
107 EAST ROSS STREET
IRON RIVER, MI  49935

ROXANNE WILLIAMS
4233 W COURT ST APT 27
FLINT, MI  48532-4318

ROXIE CLEVENGER
THE STANLEY LAW FIRM, LLC
1100 MAIN STREET, SUITE 2550
KANSAS CITY, MO  64105

SACRAMENTO COUNTY TAX COLLECTOR
ATTN BANKRUPTCY
700 H STREET ROOM 1710
SACRAMENTO, CA  95814

SAGINAW COUNTY TREASURER
111 S MICHIGAN AVE
SAGINAW, MI  48602

SAGINAW COUNTY TREASURER
111 S. MICHIGAN AVE
SAGINAW, MI  48602

SARAH RUBSAM
C/O THE HEALY LAW FIRM
111 W WASHINGTON STREET, SUITE 1425
CHICAGO, IL  60602

SCHOENL KEVIN M
SCHOENL, KEVIN M
16 WEST MAIN STREET 6TH FLOOR
ROCHESTER, NY  14614-1605

SCHOENL KEVIN M
SCHOENL, CONNIE
20 JADE CREEK DR
HILTON, NY  14468-8991

SEBASTIANA ALCUDIA NARBAEZ
ATTN ROBERT L LANGDON
911 MAIN P O BOX 220
LANGDON & EMISON
LEXINGTON, MO  64067

SHARYL Y CARTER
1541 LASALLE AVE, #1
NIAGRA FALLS, NY  14301

SHELBY COUNTY TRUSTEE
PO BOX 2751
MEMPHIS, TN  38101-2751

SHELBY COUNTY TRUSTEE
PO BOX 2751
MEMPHIS, TN  38101-2751

SHIPMAN & GOODWIN LLP
ATTN JULIE A MANNING
ONE CONSTITUTION PLAZA
HARTFORD, CT  06103

SNOHOMISH COUNTY TREASURER
ATTN BANKRUPTCY OFFICER
3000 ROCKEFELLER AVE M/S 501
EVERETT, WA  98201

SOLANO COUNTY TAX COLLECTOR
675 TEXAS ST, SUITE 1900
FAIRFIELD, CA  94533

ST LOUIS CO COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
CLAYTON, MO  63105

STATE OF FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
POST OFFICE BOX 6668
TALLAHASSEE, FL  32314-6668

STATE OF MINNESOTA, DEPT OF REVENUE
DEPT OF REVENUE, COLLECTION DIVISION
BANKRUPTCY SECTION
PO BOX 64447 - BKY
SAINT PAUL, MN  55164-0447

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ  08646

SUN TRUST EQUIPMENT FINANCE & LEASING
CORPORATION
ATTN  PATRICK K CAMERON  ESQUIRE
120 E BALTIMORE ST
OBER, KALER, GRIMES & SHRIVER
BALTIMORE, MD  21202-1643

SUSAN G CLAIR HOUGHTON
6097 BELL HWY
EATON RAPIDS, MI  48827-9007

SUSAN POWELL
3131 N HILLS BLVD
ADRIAN, MI  49221-9555

T. SCOTT LEO
LIBERTY MUTUAL INSURANCE COMPANY
1 N LASALLE ST, STE 3600
LEO & WEBER, PC
CHICAGO, IL  60602

TAWANA STAPLES STEWART ON BEHALF OF SAMUEL
STEWART A MINOR
C/O RICHARD D MORRISON
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
POST OFFICE BOX 4160
MONTGOMERY, AL  36103

TERRY ROY COOK
ATTN GEOFFREY S GULINSON ESQ
4155 E JEWELL AVE STE 402
GEOFFREY S GULINSON & ASSOCIATES P C
DENVER, CO  80222

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY - COLLECTIONS DIVISION
P O BOX 12548
AUSTIN, TX  78711-2548

THEODORE L SKIBICK
29329 TURNBERRY DR
DAGSBORO, DE  19939

THOMAS M SULLIVAN AND BETTY M SULLIVAN
C/O THOMAS M SULLIVAN
210 N WESTFIELD ST APT #257
OSHKOSH, WI  54902

TOM A JOHNSON
502 OAKBROOK DR
LEWISVILLE, TX  75057

TOWN OF WESTERLY TAX COLLECTOR
45 BROAD ST
WESTERLY, RI  02891-1888

TYLER BLAKE AND/OR STEVE BLAKE
PETWAY TUCKER & BARGANIER LLC
510 PARK PLACE TOWER
2001 PARK PLACE N
BIRMINGHAM, AL  35203

VAUGHN L BAGNARD
7 INVERNESS CT
SAINT PETERS, MO  63376-1247

VERNON HOUSE
C/O THOMAS C KNOWLES VAN BLOIS & ASSOCIATES
7677 OAKPORT STREET SUITE 565
OAKLAND, CA  94621

WALTER J LAWRENCE
#103, 2609 N FOREST RIDGE BLVD
HERNANDO, FL  34442

WASHINGTON COUNTY TAX COLLECTOR
280 N COLLEGE AVE
STE 202
FAYETTEVILLE, AR  72701

WASHINGTON COUNTY TAX COLLECTOR
280 N COLLEGE AVE
STE 202
FAYETTEVILLE, AR  72701-4279

WASHINGTON, LAFONZA EARL
7010 CRANWOOD DR
FLINT, MI  48505-5425

WILLIAM DEAN
1917 KIPLING DR
FLOWER MOUND, TX  75022

WILLIAM DEAN
1917 KIPLING DR
FLOWER MOUND, TX  75022

WILLIAM DENAM
5091 WAKEFIELD RD
GRAND BLANC, MI  48439-9111

WILSON, MARK R
C/O GOLDENBERG HELLER ANTOGNOLI & ROWLAND PC
2227 S STATE ROUTE 157
EDWARDSVILLE, IL  62025

YAKIMA COUNTY TREASURER
PO BOX 22530
YAKIMA, WA  98907