**NEW HEARING DATE AND TIME: March 2, 2010 at 11:00 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: February 23, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                  :
**In re**                                   :      **Chapter 11 Case No.**
                                                                  :      **09-50026 (REG)**
                                                                  :      **(Jointly Administered)**
                                                                  :
**MOTORS LIQUIDATION COMPANY,** *et al.,*    :
            **f/k/a General Motors Corp.,** *et al.*    :
                                                                  :
            **Debtors.**                         :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF PLAINTIFFS IN
THE ACTION ENTITLED FRIEDMAN V. GENERAL MOTORS CORP. FOR
ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE THAT

            The date on which the Motion of Plaintiffs in the Action entitled Friedman

v. General Motors Corp., 08 civ 2458 (SAS) for Entry of an Order Granting Relief from

the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) [Docket No. 2759] (the "**Motion**")

shall be heard before the Honorable Robert E. Gerber, United States Bankruptcy Judge,

One Bowling Green, Room 621, New York, New York 10004, which was originally

scheduled for March 1, 2010 at 9:45 a.m (Eastern Time), has been consensually

adjourned to **March 2, 2010 at 11:00 a.m. (Eastern Time)** (the "**Hearing**").  The new

objection deadline shall be **February 23, 2010 at 4:00 p.m. (Eastern Time)**. The

Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.


Dated:  January 13, 2010
          New York, New York

/s/ David Berz
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession