**Fifth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- | --- |
| AARON PHILLIPS SR<br>8635 OXFORD LN<br>SAINT LOUIS, MO 63147 | 11631 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| AKINS, RITA COLLENE<br>8542 NICHOLS RD<br>FLUSHING, MI 48433 | 12174 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| ALICE GOODWIN<br>343 QUIET HARBOR DRIVE<br>HENDERSON, NV 89052 | 28950 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$500,000.00<br>$500,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| ALMA L BETTS<br>1563 AMBERLY DR SE<br>GRAND RAPIDS, MI 49508 | 18620 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| AMANDA S MOORE<br>402 FOGG RD<br>LESLIE, MI 49251 | 17807 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| ANZALDUA  FRANCOISE C<br>5108 GRANDE CIR<br>HARLINGEN, TX 78552 | 32858 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$116,715.00<br>$116,715.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ARTHUR MILLS<br>36966 ELLIS ST<br>NEW BOSTON, MI 48164 | 13106 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BAKER, RONALD J<br>16695 COUNTRY RD B<br>SMITHVILLE, MO 64089 | 4884 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$200,000.00  (P)<br>$0.00  (U)<br>$200,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BARBARA J SEWARD<br>6788 GINGER AVE<br>ENON, OH 45323 | 1895 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BERNA J HEARD<br>BERNA J HEARD (SPOUSE)<br>985 LAPOINT RD<br>LINN CREEK, MO 65052 | 26627 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$92,015.00  (U)<br>$92,015.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| BROWN, THOMAS CLIFTON<br>3202 BRYNMAWR PL<br>FLINT, MI 48504 | 14220 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| CARL L BILLETER<br>1560 HUNTSHIRE DR<br>HOLT, MI 48842 | 18226 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifth Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CARLETON MATZELLE<br>5345 IROQUOIS COURT<br>CLARKSTON, MI 48348<br>UNITED STATES OF AMERICA | 28103 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$219,500.00<br>$219,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| CARLETON MATZELLE<br>5345 IROQUIOS COURT<br>CLARKSTON, MI 48348 | 28104 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$283,700.00<br>$283,700.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| CAROL SEAVITT<br>631 W TREMOLO LN<br>ORO VALLEY, AZ 85737 | 28972 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$238,400.00<br>$238,400.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| CASILLO, LEONARD M<br>2472 THISTLE POINTE<br>BLOOMFIELD, MI 48304 | 27893 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$125,139.00<br>$125,139.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| CHERYL C GREEN<br>PO BOX 13894<br>NEW ORLEANS, LA 70185 | 12265 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$500,000.00<br>$500,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| CLAUDIA H HEMPHILL<br>104 BROOKHAVEN DR<br>COLUMBIA, TN 38401 | 20132 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifth Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DANIEL A DAVIS<br>6124 COLUMBIA ST<br>HASLETT, MI 48840 | 15724 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| DANIEL J EISENBEIS<br>175 INGLEWOOD CT<br>LINDEN, MI 48451 | 22107 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$130,000.00  (U)<br>$130,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| DANIEL KAAKE<br>G9428 WEBSTER RD<br>CLIO, MI 48420 | 33047 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$153,700.00  (U)<br>$153,700.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| DAVID SCHAFER<br>269 HAZELTINE DRIVE<br>DEBARY, FL 32713<br>UNITED STATES OF AMERICA | 23482 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$598,558.00  (U)<br>$598,558.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| DENNIS W MC GUIRE<br>58 LINCOLN AVE<br>LAMBERTVILLE, NJ 08530 | 15737 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| DENNIS WESSERLING<br>44156 DYLAN<br>STERLING HEIGHTS, MI 48314<br>UNITED STATES OF AMERICA | 26609 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$91,780.00  (U)<br>$91,780.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifth Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| DIANE ANDERSON<br>14052 LANDINGS WAY<br>FENTON, MI 48430<br>UNITED STATES OF AMERICA | 32988 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$141,678.00 (U)<br>$141,678.00 (T) | | Insufficient Documentation | Pgs. 1–4 |
| DONALD R TIDWELL<br>1061 RIVER HILL DR<br>FLINT, MI 48532 | 12279 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Insufficient Documentation | Pgs. 1–4 |
| DWAYNE MYERS<br>7263 MONT DR<br>MIDDLETOWN, OH 45042 | 16034 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Insufficient Documentation | Pgs. 1–4 |
| EDWARD R ANIKEWICH<br>35570 JEFFERS CT<br>HARRISON TWP, MI 48045 | 26607 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | | Insufficient Documentation | Pgs. 1–4 |
| EDWIN D DEJEAN<br>5554 SO WARD WAY<br>LITTLETON, CO 80127 | 33525 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$159,989.00 (U)<br>$159,989.00 (T) | | Insufficient Documentation | Pgs. 1–4 |
| ELVIE MOORE<br>PO BOX 703<br>ROCKY POINT, NC 28457 | 15108 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Insufficient Documentation | Pgs. 1–4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | | **Grounds For Objection** | **Objection Page Reference** |
| EMILY MC GUIRE<br>58 LINCOLN AVE<br>LAMBERTVILLE, NJ 08530 | 15738 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ESTHER MORR<br>258 JOANNA ST APT 1<br>BROOKVILLE, OH 45309 | 5307 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| EVELYN JONES<br>6386 GLOBE ST<br>DETROIT, MI 48238 | 14299 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| FACUNDO, RODOLFO<br>1609 HERBERT ST<br>LANSING, MI 48910 | 17186 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| FREDDIE L DULANEY<br>6517 ALLISON DR<br>FLINT, MI 48504 | 11261 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| GEORGIA WASTE SYSTEM INC<br>GEORGIA WASTE WATER SYSTEM INC<br>C/O JACQUOLYN E MILLS<br>1001 FANNIN STREET SUITE 4000<br>HOUSTON, TX 77002 | 1052 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$300,000.00  (U)<br>$300,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| GERALD A KOLB<br>14137 RANDALL<br>STERLING HEIGHTS, MI 48313 | 29005 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$148,506.00 (U)<br>$148,506.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| GRADY SMITH<br>PO BOX 1696<br>SAINT PETERS, MO 63376 | 14290 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,950.00 (P)<br>$859,050.00 (U)<br>$870,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| HAIRSTON, LINDA A<br>PO BOX 320674<br>FLINT, MI 48532 | 7831 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| HARRY GRIM<br>202 WILTSHIRE CT<br>EASLEY, SC 29642 | 23569 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$180,000.00 (P)<br>$0.00 (U)<br>$180,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| HARRY GRIM<br>202 WILTSHIRE CT<br>EASLEY, SC 29642 | 23570 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| HERBERT P BELL<br>1741 COLUMBINE ST<br>EAST TAWAS, MI 48730 | 11170 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifth Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| HOGAN, KENNETH L<br>2905 CHERRY TREE CT<br>RACINE, WI 53402 | 2684 | Motors Liquidation Company | $0.00  (S)<br>$201,000,000.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$201,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JAMES D FISHER<br>678 BUDLONG ST<br>ADRIAN, MI 49221 | 14824 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JAMES JEMAIL<br>525 WINFRED DRIVE<br>RALEIGH, NC 27603<br>UNITED STATES OF AMERICA | 23484 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$93,128.00  (U)<br>$93,128.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JAMES TRIPLETT<br>601 CHERRYWOOD DR<br>FLUSHING, MI 48433<br>UNITED STATES OF AMERICA | 28005 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$97,204.00  (U)<br>$97,204.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JAMES VACHUSKA<br>5315 INDIAN VALLEY RD<br>FRANKLIN, TN 37064<br>UNITED STATES OF AMERICA | 27887 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$90,000.00  (U)<br>$90,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JAMES W DUKE<br>400 CACTUS COVE<br>SHELBYVILLE, KY 40065 | 32861 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$145,591.00  (U)<br>$145,591.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifth Omnibus Objection**

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JAMIE SANKS & CHENITA SANKS<br>5353 VETERANS PARKWAY<br>SUITE A<br>COLUMBUS, GA 31904 | 805 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$55,000.00  (U)<br>$55,000.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| JEFFERY VANVALLIS<br>4333 SW 26TH AVE<br>CAPE CORAL, FL 33914 | 7047 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| JO ARNOLD<br>PO BOX 764<br>MOUNT MORRIS, MI 48458 | 16134 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| JOHN W WICKSTROM<br>5145 HEATH AVE<br>CLARKSTON, NJ 48346 | 33513 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$116,721.00  (U)<br>$116,721.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| JOSEPH C WALKER<br>3280 S SHORE DR<br>#87B<br>PUNTA GORDA, FL 33955 | 33033 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$689,200.00  (U)<br>$689,200.00  (T) | Insufficient Documentation | Pgs. 1–4 |
| JOSEPH C WALKER<br>3280 S SHORE DR<br>#87B<br>PUNTA GORDA, FL 33955 | 33034 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$102,539.00  (U)<br>$102,539.00  (T) | Insufficient Documentation | Pgs. 1–4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JUDITH KELLEHER<br>285 CANTERBURY DR W<br>PALM BEACH GARDENS, FL 33418<br>UNITED STATES OF AMERICA | 23491 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$120,000.00  (U)<br>$120,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| KENNETH GREIGG<br>34690 W HARBOR DR<br>MILLSBORO, DE 19966 | 16131 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| KEVIN E KESTLER<br>2202 MAYWINE LANE<br>OFALLON, MO 63368 | 15248 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| KYLE TURK CASE #71-716820700<br>1130 E ST NE<br>MIAMI, OK 74354 | 2897 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$170,000.00  (U)<br>$170,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LA MOREAUX  ROBERT D<br>4637 CLYDESDALE RD<br>LANSING, MI 48906 | 32976 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LA MOREAUX  ROBERT D<br>4637 CLYDESDALE RD<br>LANSING, MI 48906 | 32977 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$200,000.00  (U)<br>$200,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Fifth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| LA MOREAUX, ROBERT D<br>4637 CLYDESDALE RD<br>LANSING, MI 48906 | 32975 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LARRY BOUTIN<br>16701 SUGARPINES CT<br>WRIGHT CITY, MO 63390 | 18061 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LAVERNE DIGGS<br>633 N GRANDVIEW AVE<br>MCKEESPORT, PA 15132 | 9778 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LELTON MARTIN<br>1878 COUNTY ROAD 284<br>COURTLAND, AL 35618 | 319 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LEONARD D LINDQUIST<br>2255 BURNING TREE CIR<br>OWOSSO, MI 48867 | 10513 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LEONARD N MAUER<br>5268 N SEYMOUR RD<br>FLUSHING, MI 48433 | 19119 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| LEROY WESTRICK 5890 W BIRCH RUN RD SAINT CHARLES, MI 48655 | 30676 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $108,290.00  (U) $108,290.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| LUANA ALBENZE 3270 LORI LANE NEW PORT RICHEY, FL 34655 UNITED STATES OF AMERICA | 23394 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $117,386.00  (U) $117,386.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MALCOLM BROWN 633 LINCOLN ROAD GROSSE POINTE, MI 48230 UNITED STATES OF AMERICA | 28111 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $156,000.00  (U) $156,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MARILYN A WEBB PO BOX 253 COVINGTON, GA 30015 | 17075 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| MICHAEL MORTIER 1260 CHAFFER DR ROCHESTER HILLS, MI 48306 | 33541 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $199,210.00  (U) $199,210.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| NADER AUTOMOTIVE GROUP, LLC PO BOX 1720 DANVILLE, CA 94526 | 22109 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $2,000,000.00  (U) $2,000,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifth Omnibus Objection**

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
| NATHAN BLAKEMORE<br>2523 W ARNOLD LAKE RD<br>HARRISON, MI 48625 | 16133 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| PAUL E SAWYER<br>5392 BANGOR AVE<br>FLUSHING, MI 48433 | 16851 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| PAUL FRIIS<br>13201 PINEHURST LANE<br>GRAND BLANC, MI 48439<br>UNITED STATES OF AMERICA | 32749 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$99,000.00 (U)<br>$99,000.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| PAUL LANGER<br>8891 SW 57TH COURT RD<br>OCALA, FL 34476<br>UNITED STATES OF AMERICA | 21644 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$89,000.00 (U)<br>$89,000.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| PAULA M KARR<br>5738 W MORTEN AVE<br>GLENDALE, AZ 85301 | 3845 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$280,000.00 (P)<br>$0.00 (U)<br>$280,000.00 (T) | | Insufficient Documentation | Pgs. 1-4 |
| RALPH S MAKOWSKI<br>65381 POWELL RD<br>WASHINGTON, MI 48095 | 23630 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$111,792.00 (U)<br>$111,792.00 (T) | | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| RICHARD KNAPP<br>3520 BERKSHIRE EVE COURT<br>DULUTH, GA 30097<br>UNITED STATES OF AMERICA | 36969 | Motors Liquidation Company | $0.00<br>$0.00<br>$91,705.00<br>$0.00<br>$91,705.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| RITA AKINS<br>8542 NICHOLS RD<br>FLUSHING, MI 48433 | 12175 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| ROBERT KOPANIC<br>105 FOREST HILL<br>HUBBARD, OH 44425 | 22081 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$95,000.00<br>$95,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| ROGER D NEWELL<br>5952 PHELPS CT<br>OTTER LAKE, MI 48464 | 1905 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| RONALD B GOODWIN<br>373 QUIET HARBOR DRIVE<br>HENDERSON, NV 89052 | 28949 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,000,000.00<br>$1,000,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |
| RONALD ELZERMAN<br>335 LAKE FOREST<br>ROCHESTER HILLS, MI 48309<br>UNITED STATES OF AMERICA | 20124 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$120,000.00<br>$120,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifth Omnibus Objection**

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ROXANNE WILLIAMS<br>4233 W COURT ST APT 27<br>FLINT, MI 48532 | 11963 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| ROY C HAYTH<br>6213 N LONDON AVE APT A<br>KANSAS CITY, MO 64151 | 12052 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| STEPHEN SWARIN<br>3885 PINE HARBOR<br>WEST BLOOMFIELD, MI 48323 | 20784 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $190,000.00 | (U) | | |
| | | | $190,000.00 | (T) | | |
| SUSAN G CLAIR HOUGHTON<br>6097 BELL HWY<br>EATON RAPIDS, MI 48827 | 10259 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| SUSAN POWELL<br>3131 N HILLS BLVD<br>ADRIAN, MI 49221 | 18228 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $0.00 | (T) | | |
| THEODORE L SKIBICK<br>29329 TURNBERRY DR<br>DAGSBORO, DE 19939 | 33024 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $159,515.00 | (U) | | |
| | | | $159,515.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| THOMAS C BROWN<br>3202 BRYNMAWR PL<br>FLINT, MI 48504 | 14219 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| VAUGHN L BAGNARD<br>7 INVERNESS CT<br>SAINT PETERS, MO 63376 | 14427 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$9,000.00  (P)<br>$0.00  (U)<br>$9,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| WILLIAM DEAN<br>1917 KIPLING DR<br>FLOWER MOUND, TX 75022<br>UNITED STATES OF AMERICA | 29000 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$141,851.00  (U)<br>$141,851.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| WILLIAM DEAN<br>1917 KIPLING DR<br>FLOWER MOUND, TX 75022<br>UNITED STATES OF AMERICA | 29001 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$118,573.00  (U)<br>$118,573.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| WILLIAM DENAM<br>5091 WAKEFIELD RD<br>GRAND BLANC, MI 48439 | 2691 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WILLIAM OLDS<br>6456 WATERS EDGE WAY<br>CLARKSTON, MI 48346<br>UNITED STATES OF AMERICA | 29008 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$210,695.00 (U)<br>$210,695.00 (T) | Insufficient Documentation | Pgs. 1–4 |
| WILLIAM OLDS<br>6456 WATERS EDGE WAY<br>CLARKSTON, MI 48346 | 29009 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$97,000.00 (U)<br>$97,000.00 (T) | Insufficient Documentation | Pgs. 1–4 |
| Claims to be Disallowed and Expunged Totals | 97 | | $0.00 (S)<br>$201,000,000.00 (A)<br>$771,655.00 (P)<br>$17,011,425.00 (U)<br>$218,783,080.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.