**NEW HEARING DATE AND TIME: April 8, 2010 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: April 1, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ------------------------------------------------------------x |  |  |
|  | : |  |
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : |  |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
| ------------------------------------------------------------x |  |  |

### NOTICE OF ADJOURNMENT OF HEARING
### ON MOTION BY BOYD BRYANT FOR AN ORDER
### ALLOWING PLAINTIFFS TO FILE A CLASS PROOF OF CLAIM
### AND ALTERNATIVE MOTION, SUBJECT TO MOTION FOR AN ORDER
### ALLOWING PLAINTIFFS TO FILE A CLASS PROOF OF CLAIM, FOR
### THE APPLICATION OF FEDERAL RULE OF BANKRUPTCY PROCEDURE
### 7023 PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9014

PLEASE TAKE NOTICE THAT

The hearing on the Motion by Boyd Bryant for an Order Allowing

Plaintiffs to File a Class Proof of Claim and Alternative Motion, Subject to Motion for an

Order Allowing Plaintiffs to File a Class Proof of Claim, for the Application of Federal

Rule of Bankruptcy Procedure 7023 Pursuant to Federal Rule of Bankruptcy Procedure

9014 [Docket No. 4560], which was originally scheduled for January 20, 2010 at 9:45

a.m. (Eastern Time), has been consensually adjourned and shall be heard before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on **April 8, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**").  The new objection deadline shall be **April 1, 2010 at 4:00 p.m. (Eastern Time)**. The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
       January 14, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession