**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | ) Case No. 09-50026 |
| f/k/a General Motors Corp., *et al.* | ) |
| Debtor. | ) (Jointly Administered) |
|  | ) |

### CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, hereby certify that on January 15, 2010, I caused a true copy of the following document to be served by US postal mail upon the persons listed on the attached service list:

1.  NOTICE OF ADJOURNMENT OF SHREVEPORT RED RIVER UTILITIES, LLC.'S MOTION FOR ALLOWANCE AND PAYMENT OF POST-PETITION CLAIM AND MOTION TO ENFORCE ADEQUATE ASSURANCE OF PAYMENT AGREEMENT PURSUANT TO 11 U.S.C. § 366(c).

*/s/ Jil Mazer-Marino*
Jil Mazer-Marino

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Harvey R. Miller, Esq.
        Stephen Karokin, Esq.
        Joseph H. Smolinsky, Esq.

Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan  48265
Attn: Ted Stenger

General Motors Company
300 Renaissance Center
Detroit, Michigan  48265
Attn:  Lawrence S. Buonomo, Esq.

Cadwalader, Wichersham & Taft LLP
One World Financial Center
New York, NY  10281
Attn:  John J. Rapisardi, Esq.

United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C.  20220
Attn:  Matthew Feldman, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Attn:  Michael J. Edelman, Esq.
        Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Kenneth H. Eckstein, Esq., Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., Gordon Z. Novod, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, Y  10004
Attn: Diana G. Adams, Esq.

U.S. Attorney's Office
Southern District of New York
86 Chambers Street, Third Floor
New York, NY  10007
Attn:  David Jones, Esq. and Matthew Schwartz, Esq.

750941