**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | :    **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : |
|      **f/k/a General Motors Corp.,** *et al.* | :     **09-50026 (REG)** |
| | : |
|      **Debtors.** | :     **(Jointly Administered)** |
| | : |

------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF WASHINGTON  )

                           ) ss

COUNTY OF KING          )

I, Laurie M. Thornton, being duly sworn, depose and state:

1.  I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.  On January 14, 2010, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by  first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' First Omnibus Objection to Claims [Docket No. 4806].

3.  On January 14, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by  first class mail on the parties identified on Exhibit B annexed hereto (affected parties):

- Order Granting Debtors' Second Omnibus Objection to Claims [Docket No. 4807].

4.   On January 14, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by  first class mail on the parties identified on Exhibit C annexed hereto (affected parties):

- Order Granting Debtors' Third Omnibus Objection to Claims [Docket No. 4808].

5.   On January 14, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by  first class mail on the parties identified on Exhibit D annexed hereto (affected parties):

- Order Granting Debtors' Fourth Omnibus Objection to Claims [Docket No. 4810].

6.   On January 14, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by  first class mail on the parties identified on Exhibit E annexed hereto (affected parties):

- Order Granting Debtors' Fifth Omnibus Objection to Claims [Docket No. 4812].

Signed in Seattle, Washington this 15th day of
January, 2010.                                    /s/ Laurie M. Thornton                    .
                                                  LAURIE M. THORNTON

Sworn to before me in Seattle, Washington this 15th day of January, 2010.

/s/ Brook Lyn Bower                             
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

ADT SECURITY SERVICES
C/O ADT SECURITY SERVICES INC
14200 E EXPOSITION AVENUE
AURORA, CO 80012

ALLEN COUNTY TREASURER
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 2540
PERSONAL PROPERTY TAX
FORT WAYNE, IN 46801-2540

ANGELICA MARIA NINO ORTIZ, INDIVIDUALLY
ATTN: JOSH W HOPKINS
SICO, HOPKINS, HOELSCHER & BRAUGH LLP
802 NORTH CARANCAHUA, SUITE 900
CORPUS CHRISTI, TX 78470

BEVERLY DEUTSCH AND SANFORD DEUTSCH
C/O BARRY NOVACK ESQ
8383 WILSHIRE BLVD SUITE 830
BEVERLY HILLS, CA 90211

BEXAR COUNTY
ATTN: DAVID G AELVOET
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
711 NAVARRO, SUITE 300
SAN ANTONIO, TX 78205

BIGGART JOHN
BIGGART, JOHN
310 GRANT ST STE 2201
PITTSBURGH, PA 15219-2302

BIGGART, JOHN
AINSMAN LEVINE & DREXLER
330 GRANT STREET - SUITE 2201
PITTSBURGH, PA 15219

BRIAN ALAN SCHINER AND JACQUELINE SCHINER
C/O ANDREW J STERN  ESQUIRE/KLINE & SPECTER
1525 LOCUST STREET 19TH FLOOR
PHILADELPHIA, PA 19102

CHASITY LYNN MOORE
ATTN: NEIL CHANTER
STRONG, GARNER, BAUER, P.C.
415 E. CHESTNUT EXPRESSWAY
SPRINGFIELD, MO 65802

CHRISTOPHER LYNCH
ANDREW J STERN ESQUIRE
KLINE AND SPECTER
457 HADDONFIELD RD  STE 540
CHERRY HILL, NJ 08002

CITY OF HASLET
ATTN ELIZABETH BANDA CALVO
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON, TX 76094-0340

CITY OF ROANOKE
C/O SAWKO & BURROUGHS P C
1100 DALLAS DRIVE, SUITE 100
DENTON, TX 76205

CRYSTAL RAVETTO A MINOR BY AND THROUGH
HER MOTHER & GUARDIAN CAMILLE RAVETTO
C/O R LEWIS VAN BLOIS ESQ  VAN BLOIS &
ASSOCIATES
7677 OAKPORT ST SUITE 565
OAKLAND, CA 94621

DALLAS COUNTY
ATTN: ELIZABETH WELLER, LAURIE A SPINDLER,
SHERREL K KNIGHTON, TODD W DEATHERAGE
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST, SUITE 1600
DALLAS, TX 75201-2691

DONALD L JONES
277 RIVER FALLS DR
DUNCAN, SC 29334

DORCAS E WILLIAMS
44315 GINGHAM AVE
LANCASTER, CA 93535

FRED LOYA INSURANCE
CLAIM # 596-94647
8603 INGRAM RD
SAN ANTONIO, TX 78245

FULTON COUNTY TAX COMMISSIONER
141 PRYOR ST
SUITE 1113
ATLANTA, GA 30303

GARLAND COUNTY TAX COLLECTOR
ATTN: REBECCA DODD-TALBERT
200 WOODBINE - ROOM 108
HOT SPRINGS, AR 71901-5146

GEORGE W GEIL AND GENEVA GEIL
9501 W BUSINESS 83, #817
HARLINGEN, TX 78552-2338

HIDALGO INDEPENDENT SCHOOL DISTRICT
ATTN:  JOHN T BANKS
PERDUE, BRANDON, FIELDER, COLLINS & MOTT,
LLP
3301 NORTHLAND DRIVE SUITE 505
AUSTIN, TX 78731

IDAHO STATE TAX COMMISSION
BANKRUPTCY UNIT
PO BOX 36
BOISE, ID 83722

JEFF BRETHAUER
ATTN: PATRICK M ARDIS
WOLFF ARDIS, P C
5810 SHELBY OAKS DR
MEMPHIS, TN 38134

KATY ISD
ATTN: JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

LANTERN LANE ENT RETIREMENT TRUST
DAVID L GARBER & ENID GARBER TRUSTEES
22705 SPARROWDELL DR
CALABASAS, CA 91302

LYNDA HALL, TAX COLLECTOR
MADISON COUNTY COURTHOUSE
100 NORTHSIDE SQUARE
HUNTSVILLE, AL 35801

MARK IV LLC
1650 RESEARCH DRIVE, SUITE 200
TROY, MI 48083

MCGRIFF KEITH
MCGRIFF, KEITH
4422 EICHELBERGER AVE
DAYTON, OH 45406-2426

MEDIAONE OF UTAH
4770 S. 5600 W
KEARNS, UT 84118

NANCY FISHER AND BRYAN FISHER
ATTN:  ROBERT M N PALMER
THE LAW OFFICES OF PALMEROLIVER, P C
205 PARK CENTRAL EAST, SUITE 511
SPRINGFIELD, MO 65906

HONEYWELL INTERNATIONAL - AEROSPACE
1140 W WARNER ROAD
1233-M
TEMPE, AZ 85284-2816

JEAN J DESANGES & FRANCOIS J DESANGES, HIS WIF
ATTN:  RAYMOND R REID, JR, ESQ
PAJCIC & PAJCIC, P A
ONE INDEPENDENT DR, SUITE 1900
JACKSONVILLE, FL 32202

KADE, ALEX
1071 HOLLYWOOD AVE
GROSSE POINTE WOODS, MI 48236-1370

KONSTANTINO DAKAS
HILBORN & HILBORN PC
999 HAYNES SUITE 205
BIRMINGHAM, MI 48009

LEANNE E CLARK
LABARRON N BOONE
PO BOX 4160
MONTGOMERY, AL 36103

MARICOPA COUNTY
ATTN BARBARA LEE CALDWELL
AIKEN SCHENK HAWKINS & RICCIARDI
4742 NORTH 24TH STREET SUITE 100
PHOENIX, AZ 85016

MAZIE ROBERTS, INDIVIDUALLY & AS SPECIAL ADM
ESTATE OF JOHN ROBERTS SR, DECEASED
ATTN: J KENT EMISON
LANGDON & EMISON
PO BOX 220, 911 MAIN ST
LEXINGTON, MO 64067

MEDALLION INSTRUMENTATION SYSTEMS
17150 HICKORY STREET
SPRING LAKE, MI 49456

MILDRED SNYDER
C/O FRAZIER & ASSOCIATES
612 EAST MARKET STREET
INDIANAPOLIS, IN 46202

NEW YORK STATE DEPT OF TAXATION & FINANCE
BANKRUPTCY SECTION
P O BOX 5300
ALBANY, NY 11205-0300

NORWOOD PROMOTIONAL PRODUCTS LLC
10 W MARKET STREET SUITE 1400
INDIANAPOLIS, IN 46204

RAPIDS TUMBLE FINISH, INC
1607 HULTS DR
EATON RAPIDS, MI 48827

SCHOENL KEVIN M
SCHOENL, CONNIE
20 JADE CREEK DR
HILTON, NY 14468-8991

SCHOENL KEVIN M
SCHOENL, CONNIE
CELLINO & BARNES PC
16 WEST MAIN STREET 6TH FLOOR
ROCHESTER, NY 14614-1605

SHELBY COUNTY TRUSTEE
PO BOX 2751
MEMPHIS, TN 38101-2751

SNYDER MILDRED
C/O SNYDER MILDRED
RONALD FRAZIER
612 EAST MARKET STREET
INDIANAPOLIS, IN 46202-3807

SOLANO COUNTY TAX COLLECTOR
675 TEXAS ST, SUITE 1900
FAIRFIELD, CA 94533

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08646

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY - COLLECTIONS DIVISION
P O BOX 12548
AUSTIN, TX 78711-2548

THOMAS M SULLIVAN AND BETTY M SULLIVAN
C/O THOMAS M SULLIVAN
210 N WESTFIELD ST APT #257
OSHKOSH, WI 54902

VALWOOD IMPROVEMENT AUTHORITY
ATTN: R BRUCE MEDLEY
PERDUE, BRANDON,FIELDER, COLLINS & MOTT, LLP
4025 WOODLAND PARK BLVD STE 300
ARLINGTON, TX 76013

WALTER J LAWRENCE
#103, 2609 N FOREST RIDGE BLVD
HERNANDO, FL 34442

WELDON G FROST IRA ROLLOVER
721 BINNACLE POINT DR
LONGBOAT KEY, FL 34228

YOAKUM ISD
C/O DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRACE II, 2700 VIA FORTUNA DR, STE 400, PO
BOX 17428
AUSTIN, TX 78760-7428

# EXHIBIT B

BENTON COUNTY TREASURER
PO BOX 630
620 MARKET STREET
PROSSER, WA 99350-0630

CALDWELL CAD
C/O DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II, 2700 VIA FORTUNA DR, STE 400 ,
PO BOX 17428
AUSTIN, TX 78760-7428

CASS COUNTY
ATTN ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

CITY OF FREMONT
101 E MAIN ST
FREMONT, MI 49412

CITY OF LEWISVILLE
C/O SAWKO & BURROUGHS, P C
1100 DALLAS DRIVE, SUITE 100
DENTON, TX 76205

COOKE COUNTY APPRAISAL DISTRICT
ATTN HAROLD LEREW
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 8188
WICHITA FALLS, TX 76307

DALLAS COUNTY UTILITY & RECLAMATION DISTRIC
ATTN:  R BRUCE MEDLEY
PERDUE, BRANDON, FIELDER, COLLINS & MOTT,
LLP
4025 WOODLAND PARK BLVD STE 300
ARLINGTON, TX 76013

DALLAS COUNTY UTILITY & RECLAMATION DISTRIC
ATTN: ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
4025 WOODLAND PARK BLVD, SUITE 300
ARLINGTON, TX 76013

DESOTO ISD
ATTN:  ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

ENNIS INDEPENDENT SCHOOL DISTRICT
ATTN: ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
4025 WOODLAND PARK BLVD, SUITE 300
ARLINGTON, TX 76013

GALVESTON COUNTY
ATTN: JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

HOUSTON CAD
ATTN JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION, N-240
100 NORTH SENATE AVE
INDIANAPOLIS, IN 46204

LIMESTONE COUNTY
ATTN DIANE W SANDERS L G B & S LLP
THE TERRACE II 2700 VIA FORTUNA DR STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

LIVE OAK CAD
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II, 2700 VIA FORTUNA, STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

LLANO COUNTY
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II, 2700 VIA FORTUNA DR, STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

MARICOPA COUNTY
ATTN BARBARA LEE CALDWELL
AIKEN SCHENK HAWKINS & RICCIARDI
4742 NORTH 24TH STREET SUITE 100
PHOENIX, AZ 85016

MCCULLOCH CAD
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II, 2700 VIA FORTUNA DR, STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

MCLENNAN COUNTY
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRACE II, 2700 VIA FORTUNA DR. STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

NORTH CAROLINA DEPARTMENT OF REVENUE
ATTN ANGELA C FOUNTAIN BANKRUPTCY
MANAGER
COLLECTIONS EXAMINATION DIVISION
PO BOX 1168
RALEIGH, NC 27602-1168

NYS DEPT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

SACRAMENTO COUNTY TAX COLLECTOR
ATTN BANKRUPTCY
700 H STREET ROOM 1710
SACRAMENTO, CA 95814

SAN PATRICIO COUNTY
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
THE TERRACE II, 2700 VIA FORTUNA DR. STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

STARR COUNTY
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II, 2700 VIA FORTUNA DR. STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

WESLACO ISD
ATTN DIANE W SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
THE TERRACE II, 2700 VIA FORTUNA DR. STE 400
PO BOX 17428
AUSTIN, TX 78760-7428

OKLAHOMA TAX COMMISSION
BANKRUPTCY SECTION
GENERAL COUNSEL'S OFFICE
120 N ROBINSON, STE 2000
OKLAHOMA CITY, OK 73102-7471

RICHARDSON INDEPENDENT SCHOOL DISTRICT
ATTN ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS & MOTT,
LLP
4025 WOODLAND PARK BLVD, SUITE 300
ARLINGTON, TX 76013

SAGINAW COUNTY TREASURER
111 S. MICHIGAN AVE
SAGINAW, MI 48602

SHELBY COUNTY TRUSTEE
PO BOX 2751
MEMPHIS, TN 38101-2751

STATE OF FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
POST OFFICE BOX 6668
TALLAHASSEE, FL 32314-6668

# EXHIBIT C

AARON D PHILLIPS SR
8635 OXFORD LN
SAINT LOUIS, MO 63147-1210

ACME ROCKFORD GROUP TRUST
GUYER & ENICHEN
ATTN ED MAH
2601 REID FARM RD
ROCKFORD, IL 61114-6698

ALLEN, LISA
C/O JOHN CANTARELLA
CANTARELLA & ASSOC., P.C.
1004 JOSLYN
PONTIAC, MI 48340

ATMOS ENERGY/KENTUCKY DIVISION, A DIVISION O
ATTN BANKRUPTCY GROUP
ATMOS ENERGY CORPORATION
PO BOX 650205
DALLAS, TX 75265-0205

B HAPPE TRUST
C/O BILLY J HAPPE
270 GREENFIELD ROAD
WINTER HAVEN, FL 33884-1308

BAYVIEW YACHTCRAFTERS INC
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
31785 S RIVER RD
HARRISON TWP, MI 48045-1892

BEALE, STEVIE LYNN
MORGAN & MEYERS
3200 GREENFIELD RD STE 260
DEARBORN, MI 48120-1800

CHARLES J HANKAMER
ATTN K RICK ALVIS
C/O ALVIS AND WILLINGHAM LLP
1400 URBAN CENTER DR  STE 475
BIRMINGHAM, AL 35242

CHEROKEE CAD
ATTN ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

CITY OF FRANKLIN TAX COLLECTOR
C/O YOST ROBERTSON NOWAK PLLC
SPECIAL COUNSEL CITY OF FRANKLIN
PO BOX 681346
FRANKLIN, TN 37068-1346

CITY OF HIDALGO
ATTN JOHN T BANKS
PERDUE BRANDON FIELDER COLLINS & MOTT L L P
3301 NORTHLAND DRIVE
SUITE 505
AUSTIN, TX 78731

CLINGER, SCOTT LUKAS, CLINGER, WHITNEY ASHTO
C/O PAUL KOMYATTE
GILBERT OLLANIK & KOMYATTE PC
5400 WARD ROAD BLDG IV STE 200
ARVADA, CO 80002

DALLAS COUNTY
ATTN: ELIZABETH WELLER, LAURIE A SPINDLER
SHERREL K KNIGHTON & TODD W DEATHERAGE
LINEBARGER BOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201-2691

DANIEL GORMAN
1847 SHORE DR S APT 801
SOUTH PASADENA, FL 33707-4730

DELAWARE DIVISION OF REVENUE
820 NORTH FRENCH STREET - 8TH FLOOR
WILMINGTON, DE 19801

DEMARIA BUILDING COMPANY
D DOUGLAS MCGAW (P24166)
5455 CORPORATE DRIVE
SUITE 104
TROY, MI 48098

DOMESTIC UNIFORM LINEN SUPPLY CO INC
30555 NORTHWESTERN HIGHWAY SUITE 300
ATTN M COLTON
FARMINGTON HILLS, MI 48334

DONALD E ROSS
731 WHITE OAK DR
WARNE, NC 28909

DOUG BELDEN, HILLSBOROUGH CTY TAX COLLECTO
PO BOX 172920
601 E KENNEDY BLVD 14TH FLOOR
TAMPA, FL 33672-2920

DUNN AMBER
GAFFNEY, LISA D
1721 N SEPULVEDA BLVD
MANHATTAN BEACH, CA 90266-5014

FRANCZKOWSKI, ANTHONY
C/O EVANS PORTNOY & QUINN
36TH FLOOR ONE OXFORD CENTRE, 301 GRANT
STREET
PITTSBURGH, PA 15219

GAIL C DOWNWARD
315 HERITAGE PLACE
DEVON, PA 19333-1049

GOMEZ JORGE RAMON
GOMEZ, PAMELA
403 N TANCAHUA
CORPUS CHRISTI, TX 78401

GOMEZ JORGE RAMON
PEREZ, KATHY ANN
LAW OFFICE OF DOUGLAS ALLISON
403 N TANCAHUA
CORPUS CHRISTI, TX 78401

ILLIOS PARTNERS, LLC
MARIE YOUNG
550 W VAN BUREN ST STE 1120
CHICAGO, IL 60607-3805

IRVING ISD
ATTN:  ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

JAMES E KETCHEM
C/O EMPLOYEE ATTORNEY
ATTN: RADFORD R RAINES
105 CHURCH ST
O'FALLON, MO 63366

JO KOHLER
1244 KING RICHARD PKWY
W CARROLLTON, OH 45449-2224

JOHN F FISCHER LIVING TRUST
JOHN F FISCHER
21324 W DOUGLAS LANE
PLAINFIELD, IL 60544

JOHN KENNETH CULBRETH JR
3552 BEATTYS BRIDGE ROAD
ATKINSON, NC 28421

JOSEPH FERRARA
C/O DAVID GRONBACH
MOYNAHAN & MINNELLA
141 EAST MAIN STREET
WATERBURY, CT 06722

KEITH LUDOLPH AND LAURIE LUDOLPH
C/O THE HEALY LAW FIRM
111 W WASHINGTIN STREET, SUITE 1425
CHICAGO, IL 60602

LAVERNE E DIGGS
633 N GRANDVIEW AVE
MCKEESPORT, PA 15132-1615

LEWIS J NAKKEN & MARILYN M NAKKEN
908 AMBERVIEW DRIVE SW
BYRON CENTER, MI 49315

LINDSY WILSON AS NEXT FRIEND FOR KENNEDY WI
J KENT EMISON, LANGDON & EMISON
911 MAIN STREET
LEXINGTON, MI 64067

MARCELA MONTEMAYOR CHAPA, A/N/F OF DONNA
ATTN: DAVID E HARRIS
SICO, WHITE, HOELSCHER & BRAUGH LLP
802 NORTH CARANCAHUA
CORPUS CHRISTI, TX 78470

MARIA CARRISOSA ET AL
ATTN:  RON SIMON   SIMON & LUKE LLP
2929 ALLEN PARKWAY 42ND FLOOR
HOUSTON, TX 77019

MICHAEL MARTIN
8565 COUNTY ROAD 236
TOWN CREEK, AL 35672

OHIO BUREAU OF WORKERS' COMPENSATION
LEGAL DIVISION BANKRUPTCY UNIT
PO BOX 15567
COLUMBUS, OH 43215-0567

PARKER, BRITTANY
C/O JAMES KING
PO BOX 1688
JASPER, AL 35502-1688

PEDRO NINO ORTIZ AS SPECIAL ADMIN ESTATE OF
MARIA DEL SOCORRO ORTIZ GUAJARDO,
DECEASED
ATTN: JOSH W HOPKINS
SICO, WHITE, HOELSCHER & BRAUGH LLP
802 NORTH CARANCAHUA, SUITE 900
CORPUS CHRISTI, TX 78470

PIERRE E MILORD AS PR OF EST OF MARIE ALINA MI
RAYMOND R REID JR ESQ
PAJCIC AND PAJCIC PA
ONE INDEPENDENT DR  STE 1900
JACKSONVILLE, FL 32202

RAMSOFT INC EMPLOYEE
PENSION PLAN #3
JACK MILLER & VIVIAN MILLER
TTEES
8 VALLEY POINT DRIVE
HOLMDEL, NJ 07733-1325

RON SIMON
SIMON AND LUKE LLP
2929 ALLEN PARKWAY
42ND FLOOR
HOUSTON, TX 77019

RUDELICH, ANINA
ODISHAW & ODISHAW
2200 SUN LIFE PLACE 10123 - 99 STREET
EDMONTON AB T5J 3H1 CANADA

SANDRA AHAUS IRA
SANDRA AHAUS
10548 PENN AVE SO
BLOOMINGTON, MN 55431

SHIPMAN & GOODWIN LLP
ATTN JULIE A MANNING
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103

ST LOUIS CO COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
CLAYTON, MO 63105

SUN TRUST EQUIPMENT FINANCE & LEASING CORPO
ATTN  PATRICK K CAMERON  ESQUIRE
OBER, KALER, GRIMES & SHRIVER
120 E BALTIMORE ST
BALTIMORE, MD 21202-1643

TAWANA STAPLES STEWART ON BEHALF OF SAMUE
C/O RICHARD D MORRISON
BEASLEY ALLEN CROW METHVIN PORTIS & MILES
PC
POST OFFICE BOX 4160
MONTGOMERY, AL 36103

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

RAGSDALE RAYMOND LEE
RAGSDALE, TERRI
4528 SOUTH SHERIDAN SUITE 103
TULSA, OK 74145-1101

RICHARD HEJMANOWSKI
C/O PAUL WILLIAM BELTZ, P.C.
36 CHRUCH STREET
BUFFALO, NY 14202

RONALD DEAN & SANDRA EARLENE DAVIS
HUSBAND & WIFE JTWRS
4014 SOUTH 135TH EAST AVE
TULSA, OK 74134-5612

SAGINAW COUNTY TREASURER
111 S MICHIGAN AVE
SAGINAW, MI 48602

SCHOENL KEVIN M
SCHOENL, KEVIN M
16 WEST MAIN STREET 6TH FLOOR
ROCHESTER, NY 14614-1605

SNOHOMISH COUNTY TREASURER
ATTN BANKRUPTCY OFFICER
3000 ROCKEFELLER AVE M/S 501
EVERETT, WA 98201

STATE OF MINNESOTA, DEPT OF REVENUE
DEPT OF REVENUE, COLLECTION DIVISION
BANKRUPTCY SECTION
PO BOX 64447 - BKY
SAINT PAUL, MN 55164-0447

TARRANT COUNTY
ATTN: ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST, SUITE 1600
DALLAS, TX 75201

TOM A JOHNSON
502 OAKBROOK DR
LEWISVILLE, TX 75057

TOWN OF WESTERLY TAX COLLECTOR
45 BROAD ST
WESTERLY, RI 02891-1888

TOYOTA MOTOR SALES USA
MORGN LEWIS & BOCKIUS LLP
ATTN: WENDY S WALKER
101 PARK AVENUE
NEW YORK, NY 10178

WASHINGTON COUNTY TAX COLLECTOR
280 N COLLEGE AVE
STE 202
FAYETTEVILLE, AR 72701

WASHINGTON, LAFONZA EARL
PO BOX 966
GRAND BLANC, MI 48480

YAKIMA COUNTY TREASURER
PO BOX 22530
YAKIMA, WA 98907

# EXHIBIT D

ALLSTATE INSURANCE COMPANY
GRAY AND PROUTY
C/O THOMAS W PALECEK
3170 FOURTH AVE THIRD FL
SAN DIEGO, CA 92103

ALLSTATE INSURANCE COMPANY A/S/O ANUFRIEV KONSTANTIN
C/O RONALD W PARNELL ESQ
PO BOX 81085
CONYERS, GA 30013

ANTONIO MONTIEL, INDIVIDUALLY & ON BEHALF OF MANUEL MONT
FABIOLA MONTIEL & LUCERO MONTIEL
C/O THE GOMEZ LAW FIRM PLLC
7824 N 5TH CT
MCALLEN, TX 78504-1965

AVA MERTENS BY AND THROUGH HER
GUARDIAN AD LITEM TRISANNA MERTENS
C/O THE GOMEZ LAW FIRM
625 BROADWAY, SUITE 1200
SAN DIEGO, CA 92101

BARBARA OWENS
ATTN:  GREGORY L SHEVLIN
COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN
12 WEST LINCOLN STREET
BELLEVILLE, IL 62220

BARBARA OWENS
C/O GREGORY L SHEVLIN, COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN
12 WEST LINCOLN STREET
BELLEVILLE, IL 62220

BASIC ENERGY SERVICES INC
ATTN: JEREMY K WARD
2 WEST 2ND ST, STE 900
TULSA, OK 74103-3115

BETH KAPLAN
C/O MOTHERWAY & NAPLETON LLP
100 W MONROE ST STE 200
CHICAGO, IL 60603-1975

BIGGART, JOHN
AINSMAN LEVINE & DREXLER
330 GRANT STREET - SUITE 2201
PITTSBURGH, PA 15219

BIGGART, JOHN
BIGGART, PAMELA
310 GRANT ST STE 2201
PITTSBURGH, PA 15219-2302

BRETT BALLARD
TIM MORGAN
LANGDON & EMISON
PO BOX 220 911 MAIN STREET
LEXINGTON, MO 64067

BROOKE FLETCHER
ATTN: NEIL CHANTER
STRONG, GARNER, BAUER, P.C.
415 E. CHESTNUT EXPRESSWAY
SPRINGFIELD, MO 65802

DAVID KANSTOROOM
ATTN: J KENT EMISON
LANGDON & EMISON
PO BOX 220, 911 MAIN ST
LEXINGTON, MO 64067

DEIMEL, GEORGE W
C/O BOSWELL TUCKER & BREWSTER
PO BOX 798
BRYANT, AR 72089-0798

DOUGLAS GROCH
C/O KEVIN BOISSONEAULT
3516 GRANITE CIRCLE
TOLEDO, OH 43617

DUNN, AMBER
ANGELO & DIMONDA LLP
1721 N SEPULVEDA BLVD
MANHATTAN BEACH, CA 90266-5014

FLORIAN HINRICHS
C/O RICHARD D MORRISON
BEASLEY ALLEN
POST OFFICE BOX 4160
MONTGOMERY, AL 36103

FORD MOTOR COMPANY
C/O JONATHAN S GREEN
MILLER CANFIELD PADDOCK & STONE PLC
150 W JEFFERSON AVE STE 2500
DETROIT, MI 48226

FRANK CINA AS PERSONAL REP OF ESTATE OF PENNY P CINA
COUNCIL WOOTEN, JR., WOOTEN, KIMBROUGH,
GIBSON, DOHERTY AND NORMAND, P.A.
236 S LUCERNE CIRCLE
ORLANDO, FL 32801

J HALGREN SPECIAL ADINISTRATOR OF THE ESTATE OF
CASEY SECRIST DECEASED AND KATHLEEN SECRIST
C/O J KENT EMISON, LANGDON & EMISON
911 MAIN STREET PO BOX 220
LEXINGTON, MO 64067

JACQUELINE EDWARDS, AS PERSONAL REP AND/OR ADMINISTRATRIX
OF THE ESTATE OF RAYMOND EDWARDS III, DECEASED
ATTN: SILAS G CROSS, JR
CROSS, POOLE & SMITH, LLC
1416 GREENSBORO AVE
TUSCALOOSA, AL 35401

JACQUELYN WHITESEL SPOUSE
JAMES WHITESEL
2650 SOLAR DRIVE
LAKE ORION, MI 48360

JANIS ANDERSON AND ALL WRONGFUL DEATH BENEFICIARIES OF
JESSE J ANDERSON JR DECEASED
LAW OFFICE OF PAUL T BENTON
POST OFFICE BOX 1341
BILOXI, MS 39533

JEANNETTA PURDUE
C/O ROBERT ALAN SHEINBEIN ESQ
ATTORNEY AT LAW, ATTORNEY FOR CREDITOR
9440 SANTA MONICA BLVD SUITE 500
BEVERLY HILLS, CA 90210-4608

JESSICA JENKINS
C/O THE KUHLMAN LAW FIRM LLC
1100 MAIN STREET
SUITE 2550
KANSAS CITY, MO 64105

JIMSEY WALTON, INDIVIDUALLY, THE ESTATE OF MICHAEL C
WALTON AS REPRESENTED BY THE INDEPENDENT EXECUTOR
STEVEN L WALTON BRYAN SCOTT WALTON & MICHAEL C WALTON
JR
C/O MICHAEL J LOWENBERG, THE O'QUINN LAW FIRM
440 LOUISIANA, STE 2300
HOUSTON, TX 77002

KELLY ANN LEE AND JACEY N LEE
ATT RICHARD E MCLEOD
MCLEOD & HEINRICHS
1100 MAIN ST STE 2900
KANSAS CITY, MO 64105

KIMBERLY JONES ZACHARY JONES AND AMANDA JONES
J KENT EMISON, LANGDON & EMISON
911 MAIN STREET
LEXINGTON, MI 64067

LARRY FISHELL
ATTN FRED A CUSTER
MATERNA, CUSTER & ASSOCIATES
28051 DEQUINDRE
MADISON HEIGHTS, MI 48071

LEXI LYLES GUARDIAN OF ANTONIO HODGES A MINOR
C/O J P SAWYER
218 COMMERCE STREET
MONTGOMERY, AL 36104

LINDE LLC
ATTN JEFFREY J JOHNS
575 MOUNTAIN AVE
MURRAY HILL, NJ 07974

MELISSA M VOGEL
ATTN  THOMAS D FLINN ESQ
GARRITY GRAHAM MURPHY GAROFALO & FLINN PC
ONE LACKAWANNA PLAZA
MONTCLAIR, NJ 07044

MICHAEL J KRAUS
BELAIR & EVANS LLP
61 BROADWAY
NEW YORK, NY 10006

MILDRED SNYDER
C/O FRAZIER & ASSOCIATES
612 E MARKET STREET
INDIANAPOLIS, IN 46202

MITCHELL R CANTY
8146 REYNOLDSWOOD DRIVE
REYNOLDSBURG, OH 43068

MONTSERRAT TREJO VELASQUEZ
ATTN JERRY GUERRA
LAW OFFICES OF JERRY GUERRA PC
555 N CARANCAHUA SUITE 200
CORPUS CHRISTI, TX 78478

NORMAN FORESTER
C/O J KENT EMISON, LANGDON & EMISON
P O BOX 220, 911 MAIN
LEXINGTON, MO 64067

PATRICIA SEALS AS WRONGFUL DEATH BENEFICIARY OF
DECEDENT KAREN BETH SEALS ET AL
C/O CHAD D POINTS AT DENENA & POINTS PC
1010 LAMAR ST, SUITE 1111
HOUSTON, TX 77002

PATRICIA SEALS AS WRONGFUL DEATH BENEFICIARY OF DECEDENT
KAREN BETH SEALS ETAL
ATTN CHAD D POINTS AT DENENA & POINTS PC
1010 LAMAR ST SUITE 1111
HOUSTON, TX 77002

RICHARD DEAN HIGHTOWER IND AND ADMIN
OF THE ESTATE OF CAROLYN HIGHTOWER
C/O J P SAWYER
218 COMMERCE STREET
MONTGOMERY, AL 36104

ROBERT DINNIGAN, AS FATHER & NATURAL GUARDIAN
OF AMANDA DINNIGAN, AN INFANT
C/O LIPSIG, SHAPEY, MANUS & MOVERMAN PC
40 FULTON STREET 25TH FLOOR
NEW YORK, NY 10038

ROBERT DINNIGAN, AS FATHER & NATURAL GUARDIAN OF
AMANDA DINNIGAN, AN INFANT
LIPSIG, SHAPEY, MANUS & MOVERMAN, P C
40 FULTON ST, 25TH FLOOR
NEW YORK, NY 10038

ROSS MELODY
ROSS, FAITH ANN
107 EAST ROSS STREET
IRON RIVER, MI 49935

ROXIE CLEVENGER
THE STANLEY LAW FIRM, LLC
1100 MAIN STREET, SUITE 2550
KANSAS CITY, MO 64105

SARAH RUBSAM
C/O THE HEALY LAW FIRM
111 W WASHINGTON STREET, SUITE 1425
CHICAGO, IL 60602

SEBASTIANA ALCUDIA NARBAEZ
ATTN ROBERT L LANGDON
LANGDON & EMISON
PO BOX 220, 911 MAIN
LEXINGTON, MO 64067

TERRY ROY COOK
ATTN GEOFFREY S GULINSON ESQ
GEOFFREY S GULINSON & ASSOCIATES P C
4155 E JEWELL AVE STE 402
DENVER, CO 80222

TYLER BLAKE AND/OR STEVE BLAKE
ATTN D BRUCE PETWAY ESQ, ATTY FOR THE BLAKES
PETWAY TUCKER & BARGANIER LLC
510 PARK PLACE TOWER
2001 PARK PLACE N
BIRMINGHAM, AL 35203

VERNON HOUSE
C/O THOMAS C KNOWLES VAN BLOIS & ASSOCIATES
7677 OAKPORT STREET SUITE 565
OAKLAND, CA 94621

WILSON, MARK R
C/O GOLDENBERG HELLER ANTOGNOLI & ROWLAND PC
2227 S STATE ROUTE 157
EDWARDSVILLE, IL 62025

# EXHIBIT E

AARON PHILLIPS SR
8635 OXFORD LN
SAINT LOUIS, MO 63147-1210

AKINS, RITA COLLENE
8542 NICHOLS RD
FLUSHING, MI 48433-9223

ALICE GOODWIN
343 QUIET HARBOR DRIVE
HENDERSON, NV 89052-5601

ALMA L BETTS
1563 AMBERLY DR SE
GRAND RAPIDS, MI 49508-8929

AMANDA S MOORE
402 FOGG RD
LESLIE, MI 49251-9366

ANZALDUA  FRANCOISE C
5108 GRANDE CIR
HARLINGEN, TX 78552-8915

ARTHUR MILLS
36966 ELLIS ST
NEW BOSTON, MI 48164-9564

BAKER, RONALD J
16695 COUNTRY RD B
SMITHVILLE, MO 64089

BARBARA J SEWARD
6788 GINGER AVE
ENON, OH 45323-1739

BERNA J HEARD
BERNA J HEARD (SPOUSE)
985 LAPOINT RD
LINN CREEK, MO 65052

BROWN, THOMAS CLIFTON
3202 BRYNMAWR PL
FLINT, MI 48504-2506

CARL L BILLETER
1560 HUNTSHIRE DR
HOLT, MI 48842-2020

CARLETON MATZELLE
5345 IROQUIOS COURT
CLARKSTON, MI 48348

CAROL SEAVITT
631 W TREMOLO LN
ORO VALLEY, AZ 85737-3772

CASILLO, LEONARD M
2472 THISTLE POINTE
BLOOMFIELD, MI 48304-1402

CHERYL C GREEN
PO BOX 13894
NEW ORLEANS, LA 70185-3894

CLAUDIA H HEMPHILL
104 BROOKHAVEN DR
COLUMBIA, TN 38401-8876

DANIEL A DAVIS
6124 COLUMBIA ST
HASLETT, MI 48840-8267

DANIEL J EISENBEIS
175 INGLEWOOD CT
LINDEN, MI 48451

DANIEL KAAKE
G9428 WEBSTER RD
CLIO, MI 48420

DAVID SCHAFER
269 HAZELTINE DRIVE
DEBARY, FL 32713

DENNIS W MC GUIRE
58 LINCOLN AVE
LAMBERTVILLE, NJ 08530-1029

DENNIS WESSERLING
44156 DYLAN
STERLING HEIGHTS, MI 48314

DIANE ANDERSON
14052 LANDINGS WAY
FENTON, MI 48430

DONALD R TIDWELL
1061 RIVER HILL DR
FLINT, MI 48532-2870

DWAYNE MYERS
7263 MONT DR
MIDDLETOWN, OH 45042

EDWARD R ANIKEWICH
35570 JEFFERS CT
HARRISON TWP, MI 48045

EDWIN D DEJEAN
5554 SO WARD WAY
LITTLETON, CO 80127

ELVIE MOORE
PO BOX 703
ROCKY POINT, NC 28457-0703

EMILY MC GUIRE
58 LINCOLN AVE
LAMBERTVILLE, NJ 08530-1029

ESTHER MORR
258 JOANNA ST APT 1
BROOKVILLE, OH 45309-1937

EVELYN JONES
6386 GLOBE ST
DETROIT, MI 48238-1341

FACUNDO, RODOLFO
1609 HERBERT ST
LANSING, MI 48910-1512

FREDDIE L DULANEY
6517 ALLISON DR
FLINT, MI 48504-3618

GEORGIA WASTE SYSTEM INC
GEORGIA WASTE WATER SYSTEM INC
C/O JACQUOLYN E MILLS
1001 FANNIN STREET SUITE 4000
HOUSTON, TX 77002

GERALD A KOLB
14137 RANDALL
STERLING HEIGHTS, MI 48313

GRADY SMITH
PO BOX 1696
SAINT PETERS, MO 63376-0030

HAIRSTON, LINDA A
PO BOX 320674
FLINT, MI 48532-0012

HARRY GRIM
202 WILTSHIRE CT
EASLEY, SC 29642

HERBERT P BELL
1741 COLUMBINE ST
EAST TAWAS, MI 48730-9547

HOGAN, KENNETH L
2905 CHERRY TREE CT
RACINE, WI 53402-1317

JAMES D FISHER
678 BUDLONG ST
ADRIAN, MI 49221-1408

JAMES JEMAIL
525 WINFRED DRIVE
RALEIGH, NC 27603

JAMES TRIPLETT
601 CHERRYWOOD DR
FLUSHING, MI 48433

JAMES VACHUSKA
5315 INDIAN VALLEY RD
FRANKLIN, TN 37064

JAMES W DUKE
400 CACTUS COVE
SHELBYVILLE, KY 40065

JAMIE SANKS & CHENITA SANKS
5353 VETERANS PARKWAY
SUITE A
COLUMBUS, GA 31904

JEFFERY VANVALLIS
4333 SW 26TH AVE
CAPE CORAL, FL 33914-6146

JO ARNOLD
PO BOX 764
MOUNT MORRIS, MI 48458-0764

JOHN W WICKSTROM
5145 HEATH AVE
CLARKSTON, NJ 48346

JOSEPH C WALKER
3280 S SHORE DR
#87B
PUNTA GORDA, FL 33955

JUDITH KELLEHER
285 CANTERBURY DR W
PALM BEACH GARDENS, FL 33418

KENNETH GREIGG
34690 W HARBOR DR
MILLSBORO, DE 19966-6789

KEVIN E KESTLER
2202 MAYWINE LANE
OFALLON, MO 63368-8240

KYLE TURK CASE #71-716820700
1130 E ST NE
MIAMI, OK 74354

LA MOREAUX, ROBERT D
4637 CLYDESDALE RD
LANSING, MI 48906-9024

LARRY BOUTIN
16701 SUGARPINES CT
WRIGHT CITY, MO 63390

LAVERNE DIGGS
633 N GRANDVIEW AVE
MCKEESPORT, PA 15132-1615

LELTON MARTIN
1878 COUNTY ROAD 284
COURTLAND, AL 35618-3612

LEONARD D LINDQUIST
2255 BURNING TREE CIR
OWOSSO, MI 48867-1089

LEONARD N MAUER
5268 N SEYMOUR RD
FLUSHING, MI 48433-1029

LEROY WESTRICK
5890 W BIRCH RUN RD
SAINT CHARLES, MI 48655-9627

LUANA ALBENZE
3270 LORI LANE
NEW PORT RICHEY, FL 34655

MALCOLM BROWN
633 LINCOLN ROAD
GROSSE POINTE, MI 48230

MARILYN A WEBB
PO BOX 253
COVINGTON, GA 30015-0253

MICHAEL MORTIER
1260 CHAFFER DR
ROCHESTER HILLS, MI 48306

NADER AUTOMOTIVE GROUP, LLC
PO BOX 1720
DANVILLE, CA 94526-6720

NATHAN BLAKEMORE
2523 W ARNOLD LAKE RD
HARRISON, MI 48625-9744

PAUL E SAWYER
5392 BANGOR AVE
FLUSHING, MI 48433-9005

PAUL FRIIS
13201 PINEHURST LANE
GRAND BLANC, MI 48439

PAUL LANGER
8891 SW 57TH COURT RD
OCALA, FL 34476

PAULA M KARR
5738 W MORTEN AVE
GLENDALE, AZ 85301-1328

RALPH S MAKOWSKI
65381 POWELL RD
WASHINGTON, MI 48095

RICHARD KNAPP
3520 BERKSHIRE EVE COURT
DULUTH, GA 30097

ROBERT KOPANIC
105 FOREST HILL
HUBBARD, OH 44425

ROGER D NEWELL
5952 PHELPS CT
OTTER LAKE, MI 48464-9134

RONALD B GOODWIN
373 QUIET HARBOR DRIVE
HENDERSON, NV 89052-5601

RONALD ELZERMAN
335 LAKE FOREST
ROCHESTER HILLS, MI 48309

ROXANNE WILLIAMS
4233 W COURT ST APT 27
FLINT, MI 48532-4318

ROY C HAYTH
6213 N LONDON AVE APT A
KANSAS CITY, MO 64151-4787

STEPHEN SWARIN
3885 PINE HARBOR
WEST BLOOMFIELD, MI 48323

SUSAN G CLAIR HOUGHTON
6097 BELL HWY
EATON RAPIDS, MI 48827-9007

SUSAN POWELL
3131 N HILLS BLVD
ADRIAN, MI 49221-9555

THEODORE L SKIBICK
29329 TURNBERRY DR
DAGSBORO, DE 19939

VAUGHN L BAGNARD
7 INVERNESS CT
SAINT PETERS, MO 63376-1247

WILLIAM DEAN
1917 KIPLING DR
FLOWER MOUND, TX 75022

WILLIAM DEAN
1917 KIPLING DR
FLOWER MOUND, TX 75022

WILLIAM DENAM
5091 WAKEFIELD RD
GRAND BLANC, MI 48439-9111

WILLIAM OLDS
6456 WATERS EDGE WAY
CLARKSTON, MI 48346