NEW HEARING DATE AND TIME: March 2, 2010 at 11:00 a.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                    :        **Chapter 11 Case No.**
                                                            :        **09-50026 (REG)**
                                                            :        **(Jointly Administered)**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*    :
       **f/k/a General Motors Corp.,** *et al.*    :
                                                            :
       **Debtors.**                                :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF SANG CHUL**
**LEE AND DUKSON LEE FOR ORDER PURSUANT TO SECTION 362(D) OF**
**THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001 AND LOCAL**
**BANKRUPTCY RULE 4001-1 MODIFYING THE AUTOMATIC STAY TO**
**ALLOW CONTINUATION OF PRE-PETITION LITIGATION**

PLEASE TAKE NOTICE THAT

           The date on which the Motion of Sang Chul Lee and Dukson Lee for

Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and

Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of

Pre-Petition Litigation [Docket No. 3023] (the "**Motion**") shall be heard before the

Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green,

Room 621, New York, New York 10004, which was originally scheduled for January 20,

2010 at 9:45 a.m (Eastern Time), has been consensually adjourned to **March 2, 2010 at**

**11:00 a.m. (Eastern Time)** (the "**Hearing**").  The Hearing may be further adjourned

from time to time without further notice other than an announcement at the Hearing.

Dated:  January 15, 2010
      New York, New York

/s/ David R. Berz
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession