Sander L. Esserman (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            )
In re                                                       )   Chapter 11
                                                            )
GENERAL MOTORS CORP., *et al.*,                             )
                                                            )   Case No. 09-50026 (REG)
                                                            )
                                           Debtors.         )   Jointly Administered
------------------------------------------------------------X

# NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF APPLICATION OF THE AD HOC COMMITTEE OF PERSONAL INJURY ASBESTOS CLAIMANTS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING AND DIRECTING (A) THE PRODUCTION OF DOCUMENTS AND (B) THE ORAL EXAMINATION OF INDIVIDUALS DESIGNATED BY THE DEBTORS AND BELIEVED TO HAVE KNOWLEDGE OF THE RELEVANT MATTERS

PLEASE TAKE NOTICE that the Ad Hoc Committee of Asbestos Personal Injury Claimants hereby withdraws without prejudice the

*Application of Ad Hoc Committee of Personal Injury Asbestos Claimants Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have*

*Knowledge of the Relevant Matters* (Doc. No. 4189) that was filed on October 7, 2009.

Dated:  January 15, 2010

        Respectfully submitted,

        /s/ *Peter C. D'Apice*

        Sander L. Esserman (Admitted *Pro Hac Vice*)
        Peter C. D'Apice
        Jo E. Hartwick (Admitted *Pro Hac Vice*)
        STUTZMAN, BROMBERG,
        ESSERMAN & PLIFKA,
        A Professional Corporation
        2323 Bryan Street, Suite 2200
        Dallas, Texas  75201
        (214) 969-4900

        **COUNSEL FOR THE AD HOC
        COMMITTEE OF ASBESTOS PERSONAL
        INJURY CLAIMANTS**