**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY., et al. ) | 09-50026 (REG) |
| f/k/a General Motors Corporation, et al. ) | |
| ) | |
| Debtors. ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PARK NATIONAL BANK'S
LIMITED OBJECTION TO EXHIBIT D FORM OF ASSUMPTION AND
ASSIGNMENT NOTICE TO ORDER GOVERNING PROCEDURES**

PARK NATIONAL BANK hereby withdraws its *Limited Objection to Exhibit D Form of Assumption and Assignment Notice to Order Governing Procedures* filed on July 21, 2009 as Docket No. 3491.

Dated: January 18, 2010

Respectfully Submitted,

PARK NATIONAL BANK

By:  /s/ Thomas V. Askounis
Thomas V. Askounis
Askounis & Darcy, PC
401 North Michigan Avenue
Suite 550
Chicago, Illinois 60611
(312) 784-2400 Telephone
(312) 784-2410 Facsimile
taskounis@askounisdarcy.com

U:\Clients\Park National Bank\General Motors\Pleadings\Notice of Withdrawal of Objection (docket #3491).wpd
2049.20400