**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY., et al. | ) | 09-50026 (REG) |
| f/k/a General Motors Corporation, et al. | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PARK NATIONAL BANK'S**
**PROOF OF CLAIM (#59193)**

NOTICE IS HEREBY GIVEN that PARK NATIONAL BANK hereby withdraws its **Proof of Claim (recorded as claim #59193)** in the amount of $1,840,042.09 filed on November 27, 2009 in the above-captioned bankruptcy proceeding.

Dated: January 18, 2010

Respectfully Submitted,

PARK NATIONAL BANK

By:   /s/ Thomas V. Askounis
Thomas V. Askounis
Askounis & Darcy, PC
401 North Michigan Avenue
Suite 550
Chicago, Illinois 60611
(312) 784-2400 Telephone
(312) 784-2410 Facsimile
taskounis@askounisdarcy.com

U:\Clients\Park National Bank\General Motors\Pleadings\Notice of withdrawal of claim.wpd
2049.20400

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF C O O K | ) |

## AFFIDAVIT OF SERVICE

The undersigned, a non-attorney, being first duly sworn on oath, deposes and says that she caused a correct copy of the foregoing to be served upon all parties listed above, by depositing same in the U.S. Mail at 3 Illinois Center, Chicago, Illinois 60601, with postage prepaid, on this ____ day of November, 2004.

_____
RACHEL MCCANDLESS

SUBSCRIBED AND SWORN to before me

this ____ day of November, 2004.

_____
Notary Public

**SERVICE LIST**

Clerk, US Bankruptcy Court
District of Delaware
824 Market Street
5th Floor
Wilmington, DE 19801

Office of the US Trustee
844 King Street
Suite 2313
Wilmington, DE 19801

David S. Heller, Esq.
Josef S. Athanas, Esq.
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60605-6401

Raymond H. Lemish, Esq.
Bradford J. Sandler, Esq.
Adelman Lavine Gold and Levin
919 North Market Street
Suite 710
Wilmington, DE 19801

Gary M. Schildhorn, Esq.
Adelman Lavine Gold and Levin
1900 Two Penn Center Plaza
Philadelphia, PA 19102

Bankruptcy Services LLC
757 Third Avenue
3rd Floor
New York, NY 10017