**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY., et al. | ) | 09-50026 (REG) |
| f/k/a General Motors Corporation, et al. | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PACIFIC RIM CAPITAL, INC.'S**
**PROOF OF CLAIM (#59193)**

NOTICE IS GIVEN that PACIFIC RIM CAPITAL, INC.'S hereby withdraws its **Proof of Claim (recorded as claim #59194)** in the amount of $26,420,164.60 filed on November 27, 2009 in the above-captioned bankruptcy proceeding.

Dated: January 18, 2010       Respectfully Submitted,

       PACIFIC RIM CAPITAL, INC.

By:    /s/ Thomas V. Askounis
       Thomas V. Askounis
       Askounis & Darcy, PC
       401 North Michigan Avenue
       Suite 550
       Chicago, Illinois 60611
       (312) 784-2400 Telephone
       (312) 784-2410 Facsimile
       taskounis@askounisdarcy.com

U:\Clients\Pacific Rim\General Motors\Pleadings\Notice of withdrawal of claim.wpd
2398.20398