**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) <br> **In re:**                                                   ) <br>                                                                      ) <br> **GENERAL MOTORS CORP.,** *et al.,*            ) <br>                                                                      ) <br>                                            **Debtors.**       ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | **Chapter 11** <br><br> **Case No. 09-50026 (REG)** <br><br> **Hon. Robert E. Gerber** <br><br> **(Jointly Administered)** |

**CERTIFICATE OF SERVICE RE:**
**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**
**FOR NIDEC MOTORS & ACTUATORS AND MOTION**
**TO WITHDRAW AS COUNSEL FOR NIDEC MOTORS & ACTUATORS**

I hereby certify that on January 19, 2010, a copy of the Notice of Motion to Withdraw as Counsel for NIDEC Motors & Actuators and Motion to Withdraw as Counsel for NIDEC Motors & Actuators was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York and to the following parties via:

Attn:  Ted Stenger
Motors Liquidation Company
f/k/a General Motors Corporation
300 Renaissance Center
Detroit, MI  48265
**First Class Mail**

Attn:  Lawrence S. Buonomo, Esq.
General Motors Corporation
300 Renaissance Center
Detroit, MI  48265
**First Class Mail**

Attn:  John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281
**First Class Mail**

Attn:  Matthew Feldman, Esq.
U.S. Dept of Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220
**First Class Mail**

Attn:  Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY  10019
**First Class Mail**

Attn:  Kenneth H. Eckstein, Esq.
         Thomas Moers Mayer, Esq.
         Adam C. Rogoff, Esq.
Kramer Levin Naftalis & Frankel, LLP
11771 Avenue of the Americas
New York, NY  10036
**First Class Mail**

| | |
|---|---|
| Attn: Dianne G. Adams, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>**First Class Mail** | Attn: David S. Jones, Esq.<br>    Matthew L. Schwartz, Esq.<br>U.S. Attorney's Office, S.D.N.Y.<br>86 Chambers Street, Third Floor<br>New York, NY 10007<br>**First Class Mail** |
| Jean-Jacques Giambi<br>Nidec Motors & Actuators<br>RCS Créteil  432953487<br>3bis rue des Archives<br>94000 Créteil, France<br>**Federal Express Overnight** | Sandrine Waechter<br>Nidec Motors & Actuators<br>RCS Créteil  432953487<br>3bis rue des Archives<br>94000 Créteil, France<br>**Federal Express Overnight** |

Respectfully submitted,

ERMAN, TEICHER, MILLER,
 ZUCKER & FREEDMAN, P.C.
Attorneys for Nidec Motors & Actuators

By:    /s/ David M. Eisenberg
        David M. Eisenberg (P68678)
        400 Galleria Officentre, Ste. 444
        Southfield, MI  48034
        Tel:    248/827-4100
        Fax:    248/827-4106
        deisenberg@ermantericher.com

DATED:        January 19, 2010

F:\CHAP11\GENERAL MOTORS\Nidec Motors\cert of service of motion to withdraw as counsel.doc