UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                            :

In re                                        :         Chapter 11 Case No.
                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,  :         09-50026 (REG)
      f/k/a General Motors Corp., *et al.*   :
                                            :
                     Debtors.              :         (Jointly Administered)
                                            :
------------------------------------------------------------x

**AMENDED NOTICE OF MATTERS
<u>SCHEDULED FOR HEARING ON JANUARY 20, 2010 at 9:45 a.m.</u>**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.**      **UNCONTESTED MATTERS:**

1.    Motion of Advanced Environmental Technology Corporation Requesting an Enlargement of the Time in Which to File a Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1)(2) **[Docket No. 4654]**

      <u>Response Deadline</u>:      January 15, 2010 at 4:00 p.m.

      <u>Response Filed</u>:

          A.    Reply of Debtors to Motion of Advanced Environmental Technology Corporation Requesting an Enlargement of the Time in Which to File a Proof of Claim Pursuant to Fed. R. Bankr. P. 9006(b)(1)(2) **[Docket No. 4817]**

      <u>Reply Filed</u>:            None to date.

      <u>Additional Document(s)</u>:    None to date.

      **Status:**           This matter will be going forward.

2.  Second Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. § 1121(d) Extending Exclusive Periods in Which Debtors May File Chapter 11 Plan and Solicit Acceptances Thereof **[Docket No. 4750]**

    Response Deadline:    January 13, 2010 at 4:00 p.m.

    Response Filed:    None to date.

    Reply Filed:    None to date.

    Additional Document(s):    None to date.

    **Status:**    This matter will be going forward.

## II.    ADJOURNED MATTERS:

3.  Motion of Plaintiffs in the Action Entitled Freidman v. General Motors Corp., 08 CIV 2458 (SAS) for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) **[Docket No. 2759]**

    Response Deadline:    January 7, 2010 at 4:00 p.m.

    Response Filed:    None to date.

    Reply Filed:    None to date.

    Additional Document(s):    None to date.

    **Status:**    This matter has been adjourned to March 2, 2010 at 11:00 a.m.

4.  Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation **[Docket No. 3023]**

    Response Deadline:    July 10, 2009 at 4:00 p.m.

    Responses Filed:

        A.    Debtors Opposition to the Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying The Automatic Stay to Allow Continuation of Pre-Petition Litigation **[Docket No. 3485]**

    Replies Filed:    None to date.

    Additional Document(s):

      B.    Notice of Appeal filed by Michael S. Kimm on Behalf of Dukson Lee, Sang Chul Lee **[Docket No. 3060]**

      C.    Civil Cover Sheet from U.S. District Court, Case Number: 0907792 **[Docket No. 4009]**

**Status**: This matter has been adjourned to March 2, 2010 at 11:00 a.m.

5. Status Conference regarding Motion of ACE American Insurance Company and Affiliated Companies to Compel Debtors to Assume or Reject Insurance Polices and Related Agreements [**Docket No. 3272**]

    Response Deadline:    February 5, 2010

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Document(s):    None to date.

**Status:** This matter has been adjourned to February 10, 2010 at 9:45 a.m.

6. Julie and David Brittinghams Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket Nos. 3664, 3665]**

    Response Deadline:    November 5, 2009 at 4:00 p.m.

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Document(s):    None to date.

**Status:** This matter has been adjourned to March 10, 2010 at 9:45 a.m.

7. Remy International Inc.'s Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket No. 3769, 3770]**

    Response Deadline:    November 17, 2009 at 4:00 p.m.

    Response Filed:    None to date.

|   |   |   |
|---|---|---|
|   | Reply Filed: | None to date. |
|   | Additional Document(s): | None to date. |
|   | **Status:** | This matter has been adjourned to March 10, 2010 at 9:45 a.m. |

8. Motion for Relief from the Automatic Stay filed by The Schafer Group Inc., or in the Alternative, for an Order Pursuant to Federal Rules of Bankruptcy Procedure 2004 Compelling an Examination and Production of Documents **[Docket No. 3880]**

|   |   |   |
|---|---|---|
|   | Response Deadline: | Not specified. |
|   | Response Filed: | None to date. |
|   | Reply Filed: | None to date. |
|   | Additional Document(s): | None to date. |
|   | **Status:** | This matter has been adjourned to March 10, 2010 at 9:45 a.m. |

9. Motion of Shreveport Red River Utilities, LLC for Allowance and Payment of Post-Petition Claim and Motion to Enforce Adequate Assurance of Payment Agreement Pursuant to 11 U.S.C. § 366(c) **[Docket No. 4527]**

|   |   |   |
|---|---|---|
|   | Response Deadline: | January 15, 2010 at 4:00 p.m. |
|   | Response Filed: | None to date. |
|   | Reply Filed: | None to date. |
|   | Additional Document(s): | None to date. |
|   | **Status:** | This matter has been adjourned to March 10, 2010 at 9:45 a.m. |

10. Motion of Sarajuan Gilvary for Relief from the Automatic Stay to Continue a Separate Litigation **[Docket No. 4541]**

|   |   |   |
|---|---|---|
|   | Response Deadline: | December 23, 2009 at 11:00 a.m. |
|   | Response Filed: | None to date. |
|   | Reply Filed: | None to date. |

Additional Document(s):

> A. Stipulation and Agreed Order Resolving Motion of Sarajuan Gilvary for Relief from the Automatic Stay to Continue a Separate Litigation (Docket No. 4541) **[Docket No. 4632]**

       B.       Objection to Stipulation and Agreed Order Resolving Motion of Sarajijan Gilvary for Relief from the Automatic Stay to Continue a Separate Litigation **[Docket No. 4699]**

   **Status:**       This matter has been adjourned to February 10, 2010 at 9:45 a.m.

11.       Motion for an Order Allowing Plaintiffs to File a Class Proof of Claim and Alternative Motion, Subject to Motion for an Order Allowing Plaintiffs to File a Class Proof of Claim, for the Application of Federal Rule of Bankruptcy Procedure 7023 Pursuant to Federal Rule of Bankruptcy Procedure 9014 **[Docket No. 4560, 4816]**

   Response Deadline:       April 1, 2010 at 4:00 p.m.

   Response Filed:       None to date.

   Reply Filed:       None to date.

   Additional Document(s):       None to date.

   **Status:**       This matter has been adjourned to April 8, 2010 at 9:45 a.m.

*[Intentionally Left Blank]*

**III.    WITHDRAWN MATTERS:**

12.    Application of the Ad Hoc Committee of Personal Injury Asbestos Claimants Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket No. 4189]**

<u>Response Deadline</u>:    Not specified.

<u>Response Filed</u>:    None to date.

<u>Reply Filed</u>:    None to date.

<u>Additional Document(s)</u>:    None to date.

**Status:**    This Application has been withdrawn by the Movant [Docket No. 4826].

Dated:  New York, New York
         January 19, 2010

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession