Gerard D. Ring
June Y. Kim
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, Floor 22
Chicago, Illinois 60611
Telephone: (312) 840-7000
Facsimile: (312) 840-7900

and

Teitelbaum & Baskin, LLP
3 Barker Avenue
White Plains, New York 10601
Telephone: (914) 437-7670
Facsimile: (914) 437-7672
Email: jteitelbaum@tblawllp.com
Jay Teitelbaum
Attorneys for Napleton Investment Partnership, LP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 09-50026 (REG) |
| | Chapter 11 (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY, *et al.,* | |
| Debtors. | |

-----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF (1) MOTION OF NAPLETON INVESTMENT PARTNERSHIP, LP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND (2) CLAIMS NOS. 60282 AND 67533

PLEASE TAKE NOTICE that Napleton Investment Partnership, LP hereby withdraws its

Motion for Allowance and Payment of Administrative Expense Claim (Docket No. 4567) that

was filed on November 30, 2009.

PLEASE TAKE FURTHER NOTICE that Napleton Investment Partnership, LP hereby withdraws Claims Nos. 60282 and 67533[1], which represent its Administrative Expense Claim.

Dated: January 19, 2010                         NAPLETON INVESTMENT PARTNERSHIP, LP

   /s/ Jay Teitelbaum
Jay Teitelbaum
Teitelbaum & Baskin, LLP
3 Barker Avenue
White Plains, New York 10601
Telephone: (914) 437-7670
Facsimile: (914) 437-7672
Email: **jteitelbaum@tblawllp.com**

and

Gerard D. Ring
June Y. Kim
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, Floor 22
Chicago, Illinois 60611
Telephone: (312) 840-7000
Facsimile: (312) 840-7900
Attorneys for Napleton Investment Partnership, LP

---

[1]     Napleton's Administrative Expensive Claim was filed twice – once by a proof of claim and once by a motion.  Napleton maintains Claim No. 14516 for rejection damages.

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on the 19th day of January, 2010, the foregoing was filed electronically and that service was accomplished electronically to all ECF registrants via the Court's CM/ECF system.

 /s/ Jay Teitelbaum
Jay Teitelbaum