UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GMC | : | Case No. 09-50026 |
| Debtor | : | |

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA    )
                                ) ss
COUNTY OF PHILADELPHIA          )

I, Eric G. Zajac, Esquire, being duly sworn, depose and state:

1. I am an attorney practicing at Zajac & Arias, LLC, and I represent Marla Soffer, Administratrix of the Estate of David Arenas, a Claimant against the above identified Debtor.

2. Marla Soffer is a Plaintiff in a personal injury litigation pending against the Debtor and an additional party, captioned as *Soffer v. General Motors Corporation and M&M Motors, Inc., Pennsylvania Superior Court, No. 2011 EDA 2008.*

3. On December 23, 2009 the *Motion of Ms. Soffer for Relief from the Automatic Stay to Continue a Separate Litigation* was filed by the undersigned on behalf of Ms. Soffer.

4. On December 23, 2009 the undersigned caused a true and correct copy of the *Motion of Ms. Soffer for Relief from the Automatic Stay to Continue a Separate Litigation* to be served by first class mail on:

Walter F. Kawalec, III, Esquire
Eric Weiss, Esquire
**Marshall Dennehey Warner Coleman & Goggin**

1845 Walnut Street
Philadelphia, PA 19103-4797
*Pennsylvania and NJ Trial and Appellate Attorneys for M&M Motors*

Francis J. Grey, Esquire
Robert J. Martin, Esquire
**Lavin O'Neil Ricci Cedrone & Ricci**
190 North Independence Mall West, Suite 500
Philadelphia, PA 19106
*Pennsylvania and NJ Trial Appellate Attorneys for GM*

Muller Chevrolet Isuzu, Inc.
164 Route 173
Stewartsville, NJ 08886
*(Unrepresented Party)*

Hector Gonzalez
312 A. 17th Street
Apartment 3
Easton, PA 18042
*(Unrepresented Party)*

BY: _____
**ERIC G. ZAJAC, ESQ.**
Counsel for Plaintiff/Claimant
**Zajac & Arias, LLC**
1818 Market St. 30th Floor
Philadelphia, PA 19103
215-575-7615
215-575-7640 (fax)
e-mail: eric@teamlawyers.com

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 12th DAY
OF January, 2010.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RICHARD Q. HARK, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 27, 2011