UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                                  :         Chapter 11
                                                                              :
GMC                                                                   :         Case No. 09-50026
                                    Debtor                       :
_____

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **Marla Soffer, as administratrix for David Arenas, Deceased,** has filed a Motion for Relief from Stay (Document No: **4703**) and related papers with the Court seeking an Order to Lift the Stay Afforded by 11 U.S.C. § 362 and allow **Marla Soffer** to litigate to conclusion claims against M&M Motors in the case captioned Marla Soffer, Administratrix of the Estate of David Arenas, Deceased v. M&M Motors, et al., Pennsylvania Superior Court, Eastern District, No. 2011 EDA 2008

**TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in **Judge Gerber's Courtroom 621, United States Courthouse, One Bowling Green New York, NY 10004-1408 at 9:45 A.M. on Wednesday, February 10, 2010.**

Your rights may be affected by the court's ruling on this motion. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings, or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, United States Bankruptcy Court, One Bowling Green, New York, NY 10004-1408. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within

thirty days of filing the motion and agrees to a hearing at the earliest possible sate. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: January 20, 2010

BY:_____
ERIC G. ZAJAC, ESQUIRE
Counsel for Movant
**Zajac & Arias, LLC**
1818 Market St. 30th Floor
Philadelphia, PA 19106
215-575-7615
215-575-7640 (fax)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| GMC | : | Case No. 09-50026 |
| Debtor | : |  |

**CERTIFICATE OF SERVICE**

A true and correct copy of this Notice of Hearing is being served by first class mail on January 20, 2010 as follows:

Walter F. Kawalec, III, Esquire
Eric Weiss, Esquire
**Marshall Dennehey Warner Coleman & Goggin**
1845 Walnut Street
Philadelphia, PA 19103-4797
*Pennsylvania and NJ Trial and Appellate Attorneys for M&M Motors*

Francis J. Grey, Esquire
Robert J. Martin, Esquire
**Lavin O'Neil Ricci Cedrone & Ricci**
190 North Independence Mall West, Suite 500
Philadelphia, PA 19106
*Pennsylvania and NJ Trial and Appellate Attorneys for GM*

Muller Chevrolet Isuzu, Inc.
164 Route 173
Stewartsville, NJ 08886
*(Unrepresented Party)*

Hector Gonzalez
312 A. 17th Street
Apartment 3
Easton, PA 18042
*(Unrepresented Party)*

Respectfully submitted,
**ZAJAC & ARIAS, LLC**

BY:_____
ERIC G. ZAJAC, ESQUIRE

DATED:    January 20, 2010