UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                  :          Chapter 11
                                                             :
GMC                                                 :          Case No. 09-50026
                              Debtor             :
_____

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **Sarajuan Gilvary,** has filed a Motion for Relief from Stay (Document No: **4541**) and related papers with the Court seeking an Order to Lift the Stay Afforded by 11 U.S.C. § 362 and allow **Sarajuan Gilvary** to litigate to conclusion claims against Pompey Dodge, Inc. in the case captioned Sara Gilvary v. Pompey Dodge, Inc. et al., Philadelphia County, Pennsylvania, Court of Common Pleas, March Term, 2007 No. 03736. Pennsylvania Superior Court, Eastern District, No. 2011 EDA 2008

**TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in **Judge Gerber's Courtroom 621, United States Courthouse, One Bowling Green New York, NY 10004-1408 at 9:45 A.M. on Wednesday, February 10, 2010.**

Your rights may be affected by the court's ruling on this motion. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings, or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, United States Bankruptcy Court, One Bowling Green, New York, NY 10004-1408. You must also mail a copy of your response to the undersigned at the address stated below.

   If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing at the earliest possible sate. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: January 20, 2010

                BY:_____
                  ERIC G. ZAJAC, ESQUIRE
                  Counsel for Movant
                  **Zajac & Arias, LLC**
                  1818 Market St. 30th Floor
                  Philadelphia, PA 19106
                  215-575-7615
                  215-575-7640 (fax)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| GMC | : | Case No. 09-50026 |
| Debtor | : |  |

**CERTIFICATE OF SERVICE**

A true and correct copy of this Notice of Hearing is being served by first class mail on January 20, 2010 as follows:

Michael P. Kinkopf, Esquire
**ECKERT, SEAMANS**
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
*Counsel for: General Motors Corporation*

Nancy E. Campbell, Esquire
**Kennedy, Lipski & McDade**
1818 Market Street, 25th Floor
Philadelphia, Pennsylvania 19103
*Counsel for: Pompey Dodge, Inc.*

Respectfully submitted,
**ZAJAC & ARIAS, LLC**

BY:_____
DATED:    January 20, 2010          ERIC G. ZAJAC, ESQUIRE
Counsel for Movant
**Zajac & Arias, LLC**
1818 Market St. 30th Floor
Philadelphia, PA 19106
215-575-7615
215-575-7640 (fax)