MCGILL, GOTSDINER, WORKMAN & LEPP, P.C., L.L.O.
Janice M. Woolley
11404 W. Dodge Road, Suite 500
Omaha, NE 68154
(402) 492-9200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------

### REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST

McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O. requests that the following attorney and email address be removed from ECF notification, and requests that she no longer receive electronic filings in this case:

Janice M. Woolley: janwoolley@mgwl.com

Dated: January 21, 2010
Omaha, Nebraska

Respectfully submitted,

MCGILL, GOTSDINER, WORKMAN
& LEPP, P.C., L.L.O.

By: _____
Janice M. Woolley
McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O.
11404 West Dodge Road, Suite 500
Omaha, NE 68154-2584
Telephone: (402) 492-9200
Fax: (402) 492-9222
Email: janwoolley@mgwl.com

354184_1.DOC