# EXHIBIT C

COURT OF COMMON PLEAS
OF BUCKS COUNTY
· OFFICE
OF
COURT ADMINISTRATOR
DOYLESTOWN, PA 18901

CIVIL COVER SHEET

The information provided herein is for case flow and calendar management purposes only. It does not replace or supplement the filing and service of pleadings or other papers as required by law or rules of court. This sheet will not be used as a source for making docket entries except to note the type of action commenced. This is not a substitute from documents for commencement of actions

Case No. 2008-11271-31-2

| PLAINTIFFS | vs. | DEFENDANTS |
|---|---|---|
| | | D&M Real Estate, LLC, t/a The Horse Tavern & Grill and The Horse, Inc., t/a The Horse Tavern & Grill |
| Jamie Medford Frei | | |
| William C. Roeger, Jr., Esquire | | William Dirk Pastorick, Esquire |
| Bar ID # 18435 | | Bar ID # 77070 |
| William G. Roark, Esquire | | Brian M. Andris, Esquire |
| Bar ID # 203699 | | Bar ID # 93544 |

NATURE OF SUIT

(Check one classification only)

ASSUMPSIT (Contracts)
_____ Mechanics Lien 057
_____ Employment 525
_____ Insurance 526
_____ No-Fault Insurance 527
_____ Negotiable Instrument 527
_____ Product Liability 529
_____ Warranty 530
_____ Mortgage Foreclosure 060
_____ Replevin (With Order) 054
_____ Assumpsit 046
_____ Other 531
_____ Writ of Summons 112

TRESPASS
_____ Motor Vehicle 047
_____ Non-Motor Vehicle 048
_____ Other Personal Injury 049
_____ Assault 532
_____ Libel/Slander 533
_____ Medical Malpractice 534
_____ Medical Malpractice Writ 819
_____ Medical Malpractice Transfer 821
_____ Legal Malpractice 535
_____ Professional Malpractice 816
_____ Product Warranty Liability 536
  X   Other 537 (Joinder Complaint)
_____ Writ of Summons 110

EQUITY
_____ Ejectment 053
_____ Partition 309
_____ Quiet Title 062
_____ Labor Dispute 540
_____ Mandamus 055
_____ Declaratory Judgment 061
_____ Equity 051
_____ Quo/Warrants 056
_____ Other 539
_____ Writ of Summons

APPEALS
_____ DJ Appeal - Assumpsit 025
_____ DJ Appeal - Trespass 337
_____ Award of Viewers 501
_____ Board of Assessment 301
_____ Pa. Labor Relations Board 369
_____ Board of Elections 319
_____ Local Agency 262
_____ Zoning Hearing Board or Land Use 030
_____ Suspension of Operator's License 134
_____ Suspension of Registration 694
_____ Other 538

OTHER
_____ Petition

RECEIVED 2009 JAN 14 P 3:51 PROTHONOTARY OF BUCKS COUNTY

DEMAND    _____ over $50,000         _____ JURY DEMAND
          _____ under $50,000        (Check only if demanded in Complaint.)
          _____ Not Applicable       _____ Yes        _____ No

THIS FORM SHOULD BE RETURNED TO THE PROTHONOTARY'S OFFICE

REV 06/2006

| | |
|---|---|
| NELSON LEVINE de LUCA & HORST, LLC<br>WILLIAM DIRK PASTORICK (PA77070)<br>BRIAN M. ANDRIS (PA93544)<br>457 HADDONFIELD ROAD<br>SUITE 710<br>CHERRY HILL, NJ 08002<br>856.665.8500<br>856-665-8501 (fax) | ATTORNEYS FOR DEFENDANTS<br>D&M REAL ESTATE, LLC, T/A THE<br>HORSE TAVERN & GRILL AND THE<br>HORSE, INC., T/A THE HORSE<br>TAVERN & GRILL |

| | |
|---|---|
| JAMIE MEDFORD FREI<br>   Plaintiff<br>v.<br><br>D&M REAL ESTATE, LLC, T/A THE HORSE TAVERN & GRILL AND THE HORSE, INC., T/A THE HORSE TAVERN & GRILL<br>   Defendant<br><br>v.<br><br>GENERAL MOTORS CORPORATION<br>1515 Market Street<br>Suite 1210<br>Philadelphia, PA 19102 | COURT OF COMMON PLEAS<br>BUCKS COUNTY<br><br>CIVIL ACTION - LAW<br><br>CIVIL ACTION NO: 2008-11271-31-2<br><br>JURY TRIAL DEMANDED |

## COMPLAINT NOTICE

  You have been sued in court. If you wish to defend against the claims set forth in the following pages you must take action within twenty (20) days after this complaint and notice are served by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

  YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE GO TO OR TELEPHONE THE OFFICES SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

                Bucks County Bar Association
                135 East State Street
                Doylestown, PA 18901
                Phone (215) 348-9413, 1-800-479-8585
                www.bucksbar.org

                PA Bar Association: www.pabar.org

Dated: January____, 2009

| | |
|---|---|
| NELSON LEVINE de LUCA & HORST, LLC<br>WILLIAM DIRK PASTORICK (PA77070)<br>BRIAN M. ANDRIS (PA93544)<br>457 HADDONFIELD ROAD<br>SUITE 710<br>CHERRY HILL, NJ 08002<br>856.665.8500<br>856-665-8501 (fax) | ATTORNEYS FOR DEFENDANTS<br>D&M REAL ESTATE, LLC, T/A THE<br>HORSE TAVERN & GRILL AND THE<br>HORSE, INC., T/A THE HORSE<br>TAVERN & GRILL |

| | |
|---|---|
| JAMIE MEDFORD FREI<br>  Plaintiff<br>v.<br><br>D&M REAL ESTATE, LLC, T/A THE<br>HORSE TAVERN & GRILL AND THE<br>HORSE, INC., T/A THE HORSE TAVERN &<br>GRILL<br>  Defendant<br><br>v.<br><br>GENERAL MOTORS CORPORATION<br>1515 Market Street<br>Suite 1210<br>Philadelphia, PA 19102 | COURT OF COMMON PLEAS<br>BUCKS COUNTY<br><br>CIVIL ACTION - LAW<br><br>CIVIL ACTION NO: 2008-11271-31-2<br><br>JURY TRIAL DEMANDED |

## JOINDER COMPLAINT PURSUANT TO Pa. R.C.P. 2252 OF DEFENDANTS, D&M REAL ESTATE, LLC, T/A THE HORSE TAVERN & GRILL AND THE HORSE, INC.,T/A THE HORSE TAVERN & GRILL AGAINST ADDITIONAL DEFENDANT GENERAL MOTORS CORPORATION

The Defendants, D&M Real Estate, LLC, t/a The Horse Tavern & Grill and The Horse, Inc., t/a The Horse Tavern & Grill (hereinafter "The Horse Tavern"), hereby file a Joinder Complaint pursuant to Pa. R.C.P. 2252 against the Additional Defendant, General Motors Corporation and in support thereof avers as follows:

1. On or about October 31, 2008, Plaintiff, Jamie Frei, filed the above-captioned Civil Action Complaint against The Horse Tavern.

2. In the Complaint, Plaintiff claims to have been injured on December 29, 2006.

3. Specifically, Plaintiff has made a claim under Pennsylvania's Dram Shop Act, alleging that he was served alcohol by The Horse Tavern while he was underage and visibly intoxicated and that he was injured as a result.

4. Without admitting any of the factual allegations contained therein, The Horse Tavern incorporates by reference the factual averments of Plaintiff's Complaint.

5. General Motors Corporation is a Pennsylvania corporation with a registered place of business located at 1515 Market Street, Suite 1210, Philadelphia, Pennsylvania, 19102.

6. Plaintiff's injuries were the result of a motor vehicle accident that occurred on December 29, 2006.

7. At the time of the accident, Plaintiff was operating a 2005 Chevrolet Cobalt having a Vehicle Identification Number 1G1AL12F657609040.

8. The 2005 Chevrolet Cobalt was designed, manufactured, sold, and/or distributed by General Motors Corporation.

9. General Motors Corporation had a duty to design and manufacture the 2005 Chevrolet Cobalt in a condition reasonably safe for the user and/or consumer.

10. General Motors Corporation breached its duty by negligently designing and/or manufacturing the 2005 Chevrolet Cobalt so that the airbag failed to deploy during the accident that allegedly caused Plaintiff's injuries.

11. In the event that Plaintiff's allegations that he sustained damages as a result of this incident prove to be true, such allegations being specifically denied by The Horse Tavern, then Additional Defendant, General Motors Corporation is solely liable for those damages as a result of its negligence.

2

12. In the event that Plaintiff's allegations that he sustained damages as a result of this incident prove to be true, such allegations being specifically denied by The Horse Tavern, then Additional Defendant, General Motors Corporation is solely and/or strictly liable for placing into the stream of commerce an unreasonably dangerous and defective product.

13. Alternatively, if the allegations in Plaintiff's Complaint are true, such allegations being specifically denied, then Additional Defendant General Motors Corporation is liable to Defendant for contribution, or jointly and severally liable, for any amount which may be adjudged against The Horse Tavern, on Plaintiff's cause of action.

**NELSON LEVINE de LUCA & HORST, LLC**

BY: _____
WILLIAM DIRK PASTORICK (PA77070)
BRIAN M. ANDRIS (PA93544)
ATTORNEYS FOR DEFENDANTS D&M
REAL ESTATE, LLC, T/A THE HORSE
TAVERN & GRILL AND THE HORSE,
INC., T/A THE HORSE TAVERN & GRILL

Dated: January 14, 2009

3

## **VERIFICATION**

I, WILLIAM DIRK PASTORICK/BRIAN M. ANDRIS, do hereby state that I am counsel for D&M Real Estate, LLC, t/a The Horse Tavern & Grill and The Horse Tavern, Inc., t/a The Horse Tavern & Grill in the within action, and as such do hereby verify that the statements made in the foregoing Joinder Complaint are true and correct to the best of my knowledge, information and belief. The undersigned understands that the statements therein are made subject to penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

---
**WILLIAM DIRK PASTORICK**
**BRIAN M. ANDRIS**

Dated: 1/14/09

| | |
|---|---|
| NELSON LEVINE de LUCA & HORST, LLC<br>WILLIAM DIRK PASTORICK (PA77070)<br>BRIAN M. ANDRIS (PA93544)<br>457 HADDONFIELD ROAD<br>SUITE 710<br>CHERRY HILL, NJ 08002<br>856.665.8500<br>856-665-8501 (fax) | ATTORNEYS FOR DEFENDANTS<br>D&M REAL ESTATE, LLC, T/A THE<br>HORSE TAVERN & GRILL AND THE<br>HORSE, INC., T/A THE HORSE<br>TAVERN & GRILL |
| JAMIE MEDFORD FREI<br>    Plaintiff<br>v.<br><br>D&M REAL ESTATE, LLC, T/A THE HORSE TAVERN & GRILL AND THE HORSE, INC., T/A THE HORSE TAVERN & GRILL<br>    Defendant<br>v.<br><br>GENERAL MOTORS CORPORATION<br>1515 Market Street<br>Suite 1210<br>Philadelphia, PA 19102 | COURT OF COMMON PLEAS<br>BUCKS COUNTY<br><br>CIVIL ACTION - LAW<br><br>CIVIL ACTION NO: 2008-11271-31-2<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Tara C. Leary, Secretary to Brian M. Andris, Esquire, hereby certify that a true and correct copy of the JOINDER COMPLAINT PURSUANT TO Pa. R.C.P. 2252 OF DEFENDANTS, D&M REAL ESTATE, LLC, T/A THE HORSE TAVERN & GRILL AND THE HORSE, INC., T/A THE HORSE TAVERN & GRILL AGAINST ADDITIONAL DEFENDANT GENERAL MOTORS CORPORATION was served on January 14, 2009, upon counsel listed below by United States Mail, postage prepaid:

William C. Roeger, Jr., Esquire
William G. Roark, Esquire
Hamburg, Rubin, Mullin, Maxwell & Lupin
210 W. Walnut Street
P.O. Box 259
Perkasie, PA 18944

                                                            **NELSON LEVINE de LUCA & HORST, LLC**

                                                            BY: _____
                                                                    Tara C. Leary, Legal Secretary

Date: January 14, 2009