**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY, et al.
f/k/a General Motors Corp., et al.

                              Debtor

Case No.: 09-50026

Chapter 11

---------------------------------------------------------------x

Adversary Proceeding No.: _____

                              Plaintiff

                     v.

                              Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, A. J. De Bartolomeo, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Dex-Cool and Anderson v. GM, a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the See Attached District of _____.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 1/7/10

_____, New York

_____
*Mailing Address*:

Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, California 94123
*E-mail address*: ajd@girardgibbs.com
*Telephone number*: (415) 981-4800