A.J. De Bartolomeo          Bar Number

| | | |
|---|---|---|
| 136502 | State Bar of California | 12/7/1988 |
| | USDC, Northern Dist. of CA | 12/7/1988 |
| | USDC, Eastern Dist. of CA | 12/8/1993 |
| | USDC, Central Dist. of CA | 12/5/1995 |
| | USDC, Southern Dist. of CA | 12/4/1995 |
| | USDC, Southern Dist. of TX | 1993 |
| | USDC, District of Michigan | 10/3/1994 |
| | Court of Appeals, 9th Circuit | 12/1/1988 |
| | Court of Appeals, 2nd Circuit | 6/14/2006 |
| | Court of Appeals, 1st Circuit | 10/29/2003 |
| | Supreme Court of the United States | 2/26/2001 |