**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br>MOTORS LIQUIDATION COMPANY<br><br>Debtors. | Chapter 11<br>Case No. 09-50026 |

**[PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of A. J. De Bartolomeo, to be admitted, ***pro hac vice***, to represent *General Motors Dex-Cool/Gasket Cases* and *General Motors Cases, Anderson v. General Motors*, (the "Client") a Creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the District for the Northern District of California, the United States District Court for the Southern District of California, the United States District Court for the Eastern District of California, the United States District Court for the Central District of California, the United States District Court for the Southern District of Texas, the United States District Court for the District of Michigan, the United States Court of Appeals for the 9th Circuit, the United States Court of Appeals for the 2nd Circuit, the United States Court of Appeals for the 1st Circuit, and the United States Supreme Court, it is hereby

**ORDERED**, that A. J. De Bartolomeo, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York          /s/ _____
                                    UNITED STATES BANKRUPTCY JUDGE