UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :
                                                   :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,              :
    f/k/a General Motors Corp., *et al.*       :    09-50026 (REG)
                                                   :
        Debtors.                       :    (Jointly Administered)
                                                   :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On January 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Godfrey & Kahn, S.C., Attn: Timothy F. Nixon, Esq., 780 North Water Street, Milwaukee, WI 53202:

- Order Pursuant to Section 327(A) of the Bankruptcy Code Authorizing the Employment and Retention of Godfrey & Kahn, S.C. as Counsel to the Fee Examiner *Nunc Pro Tunc* as of December 28, 2009 [Docket No. 4849].

Dated: January 21, 2010
      Melville, New York                    /s/ Alison Moodie
                                                 Alison Moodie

Sworn to before me this 21st day of January, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012