Mark Browning
Assistant Attorney General
Bankruptcy & Collection Division
P. O. Box 12548
Austin, TX  78711-2548
Telephone: (512) 475-4883

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
|  |  : | CHAPTER 11 |
| In re: | : | Case No. 09-50026-REG |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : |  |
| f/k/a General Motors Corp., *et al.* | : | (Jointly Administered) |
| Debtors | : |  |

-------------------------------------------------------------x

### CERTIFICATE OF SERVICE OF TEXAS COMPTROLLER'S RESPONSE TO DEBTORS' MOTION REGARDING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES

I certify that on January 21, 2010 a true copy of the foregoing was served by the method and to the following parties as indicated:

By Electronic Means as listed on the Court's ECF Noticing System:

David B. Aaronson david.aaronson@dbr.com

Letitia Accarrino laccarrino@wilentz.com

Anna Conlon Aguilar aaguilar@conlonaguilar.com

Martin Alaniz martin.alaniz@gmail.com

Derek P. Alexander dalexand@debevoise.com, mao-ecf@debevoise.com

Jonathan Bradley Alter jonathan.alter@bingham.com

Philip D. Anker philip.anker@wilmerhale.com

Gary L. Antoniewicz gantoni@boardmanlawfirm.com

Joel D. Applebaum japplebaum@clarkhill.com

W. David Arnold darnold@rcolaw.com

Thomas V. Askounis taskounis@askounisdarcy.com

Karin F. Avery avery@silvermanmorris.com

Douglas Bacon douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Todd Murray Bailey todd.bailey@ftb.ca.gov

Marc M. Bakst mbakst@bodmanllp.com

David J. Baldwin dbaldwin@potteranderson.com, bankruptcy@potteranderson.com

Elizabeth Banda kwilliams@pbfcm.com

Salvatore A. Barbatano sbarbatano@foley.com

Leslie S. Barr lbarr@windelsmarx.com, theston@windelsmarx.com

William M. Barron wbarron@sgrlaw.com

Robert L. Barrows rbarrows@wdblaw.com

Robert N. Bassel ecfbbassel@gmail.com

Donald F. Baty dbaty@honigman.com

Leonora K. Baughman ecf@kaalaw.com

Matthew K. Beatman mbeatman@zeislaw.com

Christopher Robert Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer hbeltzer@morganlewis.com

Walter Benzija wbenzija@halperinlaw.net

Frederick A. Berg fberg@kotzsangster.com

Daniel J. Bernard dbernard@vmclaw.com

Richard J. Bernard rbernard@bakerlaw.com

David R. Berz gregory.bailey@weil.com

Kellie M. Blair kblair@mattablair.com

Kevin Blaney kblaney@kevinblaney.com, bmorehead@kevinblaney.com

2

Steven Harris Blatt sblatt@dealerlaw.com

David M. Blau dmb@kompc.com, tlj@kompc.com

Don W. Blevins dwblevins@mcalpinelawfirm.com

Anna Boelitz anna.boelitz@bingham.com

Phillip W. Bohl phillip.bohl@gpmlaw.com

Wanda Borges borgeslawfirm@aol.com

Jean Winborne Boyles jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM

Kimberly A. Brennan kab@mccarthylebit.com

Lynn M. Brimer lbrimer@stroblpc.com, sfraser@stroblpc.com

James L. Bromley maofiling@cgsh.com

Mark L. Brown markb@lakinchapman.com,
ashleyo@lakinchapman.com;docket@lakinchapman.com

William J. Brown wbrown@phillipslytle.com

Theresa V. Brown-Edwards bankruptcy@potteranderson.com

Robert H. Brownlee rbrownlee@thompsoncoburn.com

Andrew P. Brozman andrew.brozman@cliffordchance.com,
sarah.campbell@cliffordchance.com

Adam D. Bruski adbruski@lambertleser.com

Deborah M. Buell maofiling@cgsh.com

Charles D. Bullock cbullock@sbplclaw.com

John R. Burns john.burns@bakerd.com,
skrhoads@bakerd.com;oliana.nansen@bakerd.com

Christopher M. Cahill ccahill@clarkhill.com

Barbara Lee Caldwell blc@ashrlaw.com

James Christopher Caldwell ccaldwell@starkreagan.com

John M. Callagy jcallagy@kelleydrye.com

Carollynn H.G. Callari ccallari@venable.com

3

Judy B. Calton jcalton@honigman.com

Nancy E. Campbell nancy.campbell@zurichna.com

John F. Carberry jcarberry@cl-law.com, dsantos@cl-law.com

James C. Carignan carignanj@pepperlaw.com

James S. Carr KDWBankruptcyDepartment@kelleydrye.com

Linda J. Casey caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com

Katherine R. Catanese kcatanese@foley.com

George B. Cauthen george.cauthen@nelsonmullins.com,
mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com

Babette A. Ceccotti bceccotti@cwsny.com, ecf@cwsny.com

Joseph M. Cerra jcerra@formanlaw.com

Teresa H. Chan kkansa@sidley.com;emcdonnell@sidley.com

Jeffrey Chang jchang@wildman.com

J Eric Charlton echarlton@hiscockbarclay.com

Sarah M. Chen schen@lockelord.com

Eugene J. Chikowski eugene.chikowski@flastergreenberg.com

Gloria M. Chon gloria.chon@kkue.com

Jennifer Anne Christian jchristian@kelleydrye.com,
KDWBankruptcyDepartment@kelleydrye.com

Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com

Robert N. H. Christmas rchristmas@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Ilissa Churgin Hook ecfmail@yablaw.com, ihook@yablaw.com

Marvin E. Clements agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb tscobb@vorys.com, cdfricke@vorys.com

Wm. David Coffey wdcoffeylaw@yahoo.com

4

Dennis J. Connolly dconnolly@alston.com

Michael T. Conway michael.conway@leclairryan.com

Susan M. Cook smcook@lambertleser.com

Dawn R. Copley dcopley@dickinsonwright.com,dnavin@dickinsonwright.com

Joseph N. Cordaro joseph.cordaro@usdoj.gov

Joseph Corneau jcorneau@klestadt.com

Trent P. Cornell tcornell@stahlcowen.com

Jeffrey L. Coxon rellis@warrenyoung.com

David N. Crapo dcrapo@gibbonslaw.com

Randall D. Crocker rcrocker@vonbriesen.com

Brian Crowley bcrowley@klehr.com

Michael G. Cruse mcruse@wnj.com, hziegler@wnj.com

Louis A. Curcio lcurcio@sonnenschein.com

Julius O. Curling curlingj@michigan.gov

Thomas H. Curran tcurran@haslaw.com, calirm@haslaw.com

Teresa K.D. Currier tcurrier@saul.com, mflores@saul.com

Vincent D'Agostino vdagostino@lowenstein.com

Peter D'Apice dapice@sbep-law.com

Renee M. Dailey renee.dailey@bgllp.com, meghan.olsen@bgllp.com

Timothy J. Dance tdance@swlaw.com, kquick@swlaw.com;wsmart@swlaw.com

Colin Thomas Darke cdarke@bodmanllp.com

Michael S. Davi mdavi@velaw.com

Ashley Davis ashley.davis@myfloridalegal.com

Jeffrey S. Davis jsdesqtx@yahoo.com

James E. DeLine jed@krwlaw.com, pal@krwlaw.com

Gabriel Del Virginia, Esq. gabriel.delvirginia@verizon.net

Sam Della Fera sdellafera@trenklawfirm.com

Melissa Detrick detrick@marshall-melhorn.com

Benjamin P. Deutsch bdeutsch@schnader.com

Frank W. DiCastri fdicastri@foley.com

Gerard DiConza gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman houston_bankruptcy@publicans.com

Joshua Ian Divack jdivack@hahnhessen.com,
jdivack@hahnhessen.com;kcraner@hahnhessen.com;jsmith@hahnhessen.com;hpatwardh
an@hahnhessen.com

Michael Dockterman dockterman@wildman.com, eckert@wildman.com

J. Ted Donovan TDonovan@Finkgold.com,
David@Finkgold.com;CClarke@Gwfglaw.com

Charles E. Dorkey cdorkey@mckennalong.com,
tplunkett@mckennalong.com;rgee@mckennalong.com;akaufman@mckennalong.com

Amish R. Doshi adoshi@daypitney.com

Mary Joanne Dowd dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

Dennis J. Drebsky ddrebsky@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Kathryn E. Driscoll kdriscoll@pmppc.com

Lawrence P. Eagel eagel@bragarwexler.com

David G. Ebert debert@ingramllp.com, mtajika@ingramllp.com

Michael James Edelman mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Erica L. Edman eedman@pillsburywinthrop.com

James W. Ehrman jwe@kjk.com, pleadingsjwe@gmail.com

Steven B. Eichel seichel@crowell.com

David M. Eisenberg deisenberg@ermanteicher.com

Dan Elias delias@eliasgroup.com

Erin L. Eliasen eleliasen@stoel.com, basargent@stoel.com

Judith Elkin judith.elkin@haynesboone.com

Bruce N. Elliott elliott@cmplaw.com

Alyssa Englund aenglund@orrick.com

Richard L. Epling richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Earle I. Erman eerman@ermanteicher.com

Belkys Escobar belkys.escobar@loudoun.gov

Michael S. Etkin metkin@lowenstein.com, mseymour@lowenstein.com

Amy Evans aevans@crosslaw.com

Kerry M Ewald kewald@dickinsonwright.com

Stephen Vincent Falanga sfalanga@connellfoley.com

Robert Michael Farquhar mfarquhar@winstead.com, whsu@winstead.com

William L. Farris farrisw@sullcrom.com

Thomas R. Fawkes tfawkes@freebornpeters.com

Carol A. Felicetta cfelicetta@reidandreige.com

Richard L. Ferrell Ferrell@taftlaw.com

Alyson M. Fiedler afiedler@schiffhardin.com

Robert J. Figa rfiga@comlawone.com

Andrea Fischer afischer@olshanlaw.com,
ssallie@olshanlaw.com;mmarck@olshanlaw.com

Deborah L. Fish dfish@allardfishpc.com

Eric Fisher fishere@butzel.com

Matthew F. Fitzsimmons matthew.fitzsimmons@po.state.ct.us

Elizabeth K. Flaagan eflaagan@faegre.com

Steven B. Flancher flanchers@michigan.gov

7

Daniel J. Flanigan tbackus@polsinelli.com

Kenneth A. Flaska gm@dmms.com

Jonathan L. Flaxer jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com

Neysa Ann Fligor sccbankruptcy@cco.sccgov.org

Stephen B. Foley sfoley@sbfpc.com, kkish@sbfpc.com

Shawn Randall Fox sfox@mcguirewoods.com

Mark S. Frankel mfrankel@couzens.com

Scott J. Freedman sfreedman@dilworthlaw.com

James H. Freeman jfreeman@gsblaw.com

William R. Fried wrfried@herrick.com

Mark J. Friedman mark.friedman@dlapiper.com

Michael Friedman mfriedman@rkollp.com,
mschneider@rkollp.com;ksambur@rkollp.com

Timothy A. Fusco fusco@millercanfield.com

Michael G. Gallacher mgallacher@comcast.net

Mark S. Gamell mgamell@tlggr.com

Victoria D. Garry vgarry@ag.state.oh.us

Samir Gebrael sgebrael@klestadt.com

Sara J. Geenen sjg@previant.com

Wendy J. Gibson wgibson@bakerlaw.com

Jeanette M. Gilbert jgilbert@motleyrice.com

Celeste R. Gill gillcr@michigan.gov, sherwoodj@michigan.com

Steven A. Ginther sdnyecf@dor.mo.gov

Andrew C. Gold agold@herrick.com

Matthew J. Gold mgold@kkwc.com, mattgoldesq@optonline.net

Scott A. Golden sagolden@hhlaw.com, khseal@hhlaw.com

Michelle Goldis michelle.goldis@wilmerhale.com

Sonya N. Goll sgoll@sbplclaw.com

Brett D. Goodman brett.goodman@troutmansanders.com,
harriet.cohen@troutmansanders.com

Robert D. Gordon rgordon@clarkhill.com

Neil Andrew Goteiner ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

Garry M. Graber ggraber@hodgsonruss.com,
bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com

Brian M. Graham bgraham@salawus.com, bmgrahampack@sbcglobal.net

Christopher F. Graham cgraham@mckennalong.com,
jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@
mckennalong.com

William F. Gray wgray@torys.com, abauer@torys.com;tmartin@torys.com

Wendy B. Green wgreen@formanlaw.com

John T. Gregg jgregg@btlaw.com

Nancy Grim nancy.grim@nancygrimlaw.net

Stephen M. Gross sgross@mcdonaldhopkins.com

Stephen B. Grow sgrow@wnj.com, kfrantz@wnj.com

Elizabeth A. Haas info@thehaaslawfirm.com

Paul R. Hage phage@jaffelaw.com

Richard F. Hahn rfhahn@debevoise.com;jchung@debevoise.com;mao-
ecf@debevoise.com

Paula A. Hall hall@bwst-law.com, marbury@bwst-law.com

Matthew A. Hamermesh mhamermesh@hangley.com

Michael C. Hammer mchammer3@dickinsonwright.com

Gary A. Hansz gah@wwrplaw.com

David Henry Hartheimer dharthei@bellatlantic.net

Michael E. Hastings michael.hastings@leclairryan.com

Ryan D. Heilman rheilman@schaferandweiner.com

Geoffrey W. Heineman gheineman@rmkb.com

Christopher M. Hemrick chemrick@connellfoley.com

Suzanne Hepner shepner@lrbpc.com,
jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com;ngrunfeld@levyratner.com

Allan Hill ahill@phillipslytle.com

Terrance A. Hiller tah@kompc.com, met@kompc.com;tlj@kompc.com

Mark D. Hofstee markh@bolhouselaw.com

Michael S. Holmes , mshatty@yahoo.com

Jonathan Hook jonathan.hook@haynesboone.com,
lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com

P. Warren Hunt pwh@krwlaw.com

John J. Hunter jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Donald J. Hutchinson hutchinson@millercanfield.com

Roland Hwang hwangr@michigan.gov

Elihu Inselbuch eb@capdale.com

Robert M. Isackson risackson@orrick.com

Adam H. Isenberg aisenberg@saul.com

Steve Jakubowski sjakubowski@colemanlawfirm.com

Peter F. Jazayeri pjazayeri@ecjlaw.com, mkogan@ecjlaw.com

Susan Jennik sjennik@kjmlabor.com

Nan E. Joesten njoesten@fbm.com

John J. Jolley jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com

Andrew A. Jones ajones@whdlaw.com,
mwichman@whdlaw.com;rbradley@whdlaw.com

Roland Gary Jones rgj592005@gmail.com, rgj592005@gmail.com

John E. Jureller jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden gkaden@goulstonstorrs.com

Allen G. Kadish kadisha@gtlaw.com

Ken Kansa kkansa@sidley.com, aleff@sidley.com

Stephen Karotkin
theodore.tsekerides@weil.com;Shai.Waisman@weil.com;michele.meises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.com;pablo.falabella@weil.com;Russell.Brooks@weil.com

Karel S. Karpe karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

Andrew C. Kassner andrew.kassner@dbr.com

Clifford A. Katz ckatz@platzerlaw.com

Susan R. Katzoff skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com

Thomas M. Kennedy tkennedy@kjmlabor.com

Thomas L. Kent tomkent@paulhastings.com

Richardo I. Kilpatrick ecf@kaalaw.com, lrobertson@kaalaw.com

Jennifer B. Kimble jkimble@burr.com, mstinson@burr.com;mivey@burr.com

Michael S. Kimm kimmlaw@msn.com

Christopher K. Kiplok kiplok@hugheshubbard.com

Theodore A. Kittila tak@elliottgreenleaf.com

Kathleen H. Klaus khk@maddinhauser.com

Patrick A. Klingman pklingman@sfmslaw.com

Jeff Klusmeier jeff.klusmeier@ago.mo.gov

Anthony J. Kochis akochis@wolfsonbolton.com, jrecchia@wolfsonbolton.com

Thomas F. Koegel tkoegel@flk.com

Mary W. Koks mkoks@munsch.com, swagner@munsch.com

Stuart Komrower skomrower@coleschotz.com

Deborah Kovsky-Apap kovskyd@pepperlaw.com,

kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Debra A. Kowich dkowich@umich.edu, schmitzr@umich.edu

Robert R. Kracht rrk@mccarthylebit.com

Rein F. Krammer rkrammer@masudafunai.com

Stuart A. Krause skrause@zeklaw.com

J. Alex Kress akress@riker.com

Richard E. Kruger rkruger@jaffelaw.com

Patrick J. Kukla pkukla@carsonfischer.com

Gary W. Kullmann gkullmann@kkdpc.com, shall@kkdpc.com

Carl N. Kunz ckunz@morrisjames.com, wweller@morrisjames.com

Greg T. Kupniewski greg.kupniewski@flastergreenberg.com

Darryl S. Laddin bkrfilings@agg.com

Michael C. Lambert mclambert@lawpost-nyc.com

Jacob F. Lamme lamme@mltw.com

Forrest B. Lammiman flammiman@mpslaw.com,
lbell@mpslaw.com;dnichols@mpslaw.com

Stuart A. Laven slaven@beneschlaw.com, docket@beneschlaw.com

James N. Lawlor jlawlor@wmd-law.com, gbenaur@wmd-law.com

Robert L. LeHane KDWBankruptcyDepartment@Kelleydrye.com

Maureen F. Leary maureen.leary@oag.state.ny.us

Mark G. Ledwin mark.ledwin@wilsonelser.com

David S. Lefere davidl@bolhouselaw.com

Eugene Leff eleff@oag.state.ny.us

Anthony L. Leffert egarfield@rwolaw.com;kwhatley@rwolaw.com

Michael S. Leib msl@maddinhauser.com, bac@maddinhauser.com

Robert J. Lemons gillad.matiteyahu@weil.com

David A. Lerner dlerner@plunkettcooney.com

Ira M. Levee ilevee@lowenstein.com, mseymour@lowenstein.com

Larry A. Levick levick@singerlevick.com,
croote@singerlevick.com;ckirkland@singerlevick.com

Leslie C. Levy leslie.levy@nebraska.gov, leora.platte@nebraska.gov

Kenneth M. Lewis klewis@tblawllp.com

Kim Martin Lewis kim.lewis@dinslaw.com,
john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

Barry E. Lichtenberg barryster@att.net

Demetra Liggins demetra.liggins@tklaw.com

Harry A. Light light@fec.net

David T. Lin dlin@seyburn.com

Thomas K. Lindahl tlindahl@kotzsangster.com,
jdesantis@kotzsangster.com;dlemanski@kotzsangster.com

Andrew K. Lipetz alipetz@wgrlaw.com

Edward J. LoBello elobello@msek.com

Eric Lopez Schnabel schnabel.eric@dorsey.com

Cynthia Jordan Lowery cynthialowery@mvalaw.com

Kim R. Lynch klynch@formanlaw.com, mudem@formanlaw.com

John S. Mairo jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com

Tristan Manthey tmanthey@hellerdraper.com

Kayalyn A. Marafioti kmarafio@skadden.com

Michael A. Maricco maricco.michael@pbgc.gov, efile@pbgc.gov

Timothy Brian Martin tmartin@torys.com

Richard W. Martinez Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com

Victor J. Mastromarco vmastromar@aol.com

Steven A. Matta smatta@mattablair.com

Kristin B. Mayhew abothwell@pepehazard.com

Jil Mazer-Marino jmazermarino@msek.com, kgiddens@msek.com

Mark L. McAlpine mlmcalpine@mcalpinelawfirm.com

Lauren M. McEvoy Lauren.McEvoy@thompsonhine.com

D. Douglas McGaw dougmcgaw@aol.com

Frank McGinn ffm@bostonbusinesslaw.com

Austin L. McMullen amcmullen@babc.com

Barbara S Mehlsack bmehlsack@gkllaw.com

Brian H. Meldrum bmeldrum@stites.com

Marc B. Merklin mmerklin@brouse.com

Christopher A. Merritt cmerritt@rjlps.com

Richard M. Meth msteen@daypitney.com

G. Christopher Meyer cmeyer@ssd.com

P. Richard Meyer richard@meyerandwilliams.com

Robert N. Michaelson rmichaelson@klgates.com

Angela Z. Miller amiller@phillipslytle.com,
jhahn@phillipslytle.com;ablidy@phillipslytle.com

Harvey R. Miller harvey.miller@weil.com, garrett.fail@weil.com

Gerald L. Mills gerald.mills@bex.net

Mary P. Miras marymiras@paulhastings.com

Joseph Thomas Moldovan bankruptcy@morrisoncohen.com

James P. Moloy jmoloy@dannpecar.com

Carol E. Momjian cmomjian@attorneygeneral.gov

Timothy D. Moratzka tdm@mcmlaw.com

Max Anderson Moseley mam@jbpp.com, mkd@jbpp.com

14

Eric T. Moser eric.moser@klgates.com, kristen.serrao@klgates.com

Zachary Mosner washbcu@atg.wa.gov

Jill L. Murch jmurch@foley.com, lapeterson@foley.com;khall@foley.com

Daniel R. Murray dmurray@jenner.com, mmatlock@jenner.com

Milissa A. Murray m.murray@bingham.com

Lauren Nachinson Lauren.Nachinson@quarles.com

Jennifer L. Nassiri jennifer.nassiri@dlapiper.com

Kenneth A. Nathan knathan@nathanzousmer.com

David L. Neale kjm@lnbrb.com

Michael A. Nedelman mnedelman@nglegal.com,
mwatler@nglegal.com;egloetzner@nglegal.com

Melissa Z. Neier mneier@ibolaw.com

Arthur C. Neiwirth aneiwirthcourt@qpwblaw.com, aneiwirthcourt@aol.com

James D. Newbold James.Newbold@illinois.gov

Robert E. Nies rnies@wolffsamson.com

Timothy F. Nixon tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Michael E. Norton mnorton@nortonlawassociates.com

Matthew D. Novello mdnovello@mcalpinelawfirm.com

Gordon Z. Novod gnovod@kramerlevin.com, dcho@kramerlevin.com

Michael B. O'Neal moneal@wnj.com

Sean A. O'Neal soneal@cgsh.com,
maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;crod
riguez@cgsh.com;sarobinson@cgsh.com

Cheryl Tama Oblander ctama@butlerrubin.com

Ronald Oran roran@velaw.com

Norman D. Orr norman.orr@kkue.com

Mark Russell Owens mowens@btlaw.com,

mowens@btlaw.com;bankruptcyindy@btlaw.com

Gregory Oxford goxford@icclawfirm.com

Richard W. Paige paige@bsplaw.com

Ingrid S. Palermo ipalermo@bsk.com

Charles N. Panzer cpanzer@sillscummis.com

Merritt A. Pardini merritt.pardini@kattenlaw.com,
dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com

Larry E. Parres lparres@lewisrice.com

Peter S. Partee ppartee@hunton.com

Paul J. Pascuzzi ppascuzzi@ffwplaw.com

Rakhee V. Patel rpatel@pronskepatel.com,
cstephenson@pronskepatel.com;rpatel@pronskepatel.com;smeiners@pronskepatel.com;a
dmin@pronskepatel.com

Frederick Perillo fp@previant.com

Debra Beth Pevos dpevos@swappc.com

John C. Phillips jcp@pgslaw.com, cah@pgslaw.com;tlb@pgslaw.com

Robert W. Phillips rphillips@simmonscooper.com

Deborah J. Piazza dpiazza@hodgsonruss.com

Christine A.M. Pierpont cpierpont@ssd.com

James A. Plemmons jplemmons2@dickinsonwright.com
Gregory G. Plotko gplotko@kramerlevin.com,
achouprouta@kramerlevin.com;ychernyak@kramerlevin.com
Robert C. Pottinger rcpottinger@bslbv.com

Susan Power-Johnston sjohnston@cov.com, jmcneil@cov.com

Jasmine Powers jpowers@debevoise.com, mao-ecf@debevoise.com

Ronald S. Pretekin pretekin@coollaw.com, piatt@coollaw.com

Jessica E. Price jprice@brouse.com

John J. Privitera privitera@mltw.com, hill@mltw.com;lamme@mltw.com

Gerrit M. Pronske gpronske@pronskepatel.com

Susan Przekop-Shaw przekopshaws@michigan.gov

Jonathan I. Rabinowitz jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Marie T. Racine mracine@racinelaw.us

Mark L. Radtke mradtke@shawgussis.com

Dennis Jay Raterink raterinkd@michigan.gov

Eric T. Ray eray@balch.com

Timothy M. Reardon tmreardon@nnblaw.com

Michael Reed nycourts@mvbalaw.com

Marc E. Richards mrichards@blankrome.com

Paul J. Ricotta pricotta@mintz.com

David D. Ritter ecf@krcl.com, dritter@krcl.com

Marianne Goldstein Robbins MGR@PREVIANT.COM,
MGR@PREVIANT.COM;EM@PREVIANT.COM

Courtney Rogers crogers@orrick.com

Adam C. Rogoff arogoff@kramerlevin.com

Adam L. Rosen filings@spallp.com, arosen@silvermanacampora.com

Sanford Philip Rosen rpc@rosenpc.com, srosen@rosenpc.com

Adina H. Rosenbaum arosenbaum@citizen.org

Andrew Neil Rosenberg mtattnall@paulweiss.com

Robert J. Rosenberg adam.goldberg@lw.com

Donn Rosenblum donn.rosenblum@ohioattorneygeneral.gov

David A. Rosenzweig DRosenzweig@Fulbright.com

Douglas B. Rosner drosner@goulstonstorrs.com

Robert R. Ross rrross@fedex.com

Melissa-Jean Rotini mjr1@westchestergov.com

Gerolyn P. Roussel rousselp@bellsouth.net

George V. Royle george.royle@lw.com

John A. Ruemenapp jruemenapp@wyrpc.com

John A. Ruemenapp jruemenapp@wysr-law.com

Jayson B. Ruff jruff@mcdonaldhopkins.com

Dianne Ruhlandt druhlandt@ermanteicher.com

Matthew E. Russell matthew.russell@haynesboone.com

Scott K. Rutsky srutsky@proskauer.com

Herbert K. Ryder hryder@pitneyhardin.com

Jeffrey S. Sabin jeffrey.sabin@bingham.com

Jennifer Lauren Saffer jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com

Chester B. Salomon csalomon@beckerglynn.com,
aranade@beckerglynn.com;jholdridge@beckerglynn.com

Kimberly Salomon ksalomon@formanlaw.com

Diane W. Sanders austin.bankruptcy@publicans.com

George Franklin Sanderson george.sanderson@elliswinters.com

Thomas P. Sarb ecfsarbt@millerjohnson.com

Thomas J. Schank tomschank@hunterschank.com, mcraig@hunterschank.com

Robert T. Schmidt rschmidt@kramerlevin.com

Kenneth M. Schneider smpcecf@gmail.com

Thomas W. Schouten tschouten@dunnsslaw.com

Carey D. Schreiber cschreiber@winston.com

Jonathan R. Schulz schulz@bsplaw.com, ojala@bsplaw.com

Matthew L. Schwartz matthew.schwartz@usdoj.gov

Steven Schwartz sschwart@winston.com

Kenneth J. Schweiker kschweiker@brownconnery.com

Barry N. Seidel bseidel@kslaw.com, rtrowbridge@kslaw.com

Stephen B. Selbst sselbst@herrick.com, courtnotices@herrick.com

Jacob B. Sellers jacob.sellers@leonard.com

David J. Selwocki brogers@swappc.com

Joseph R. Sgroi jsgroi@honigman.com

Mark H. Shapiro shapiro@steinbergshapiro.com

Mary Kay Shaver mkshaver@varnumlaw.com

Brian L. Shaw bshaw100@shawgussis.com

Andrea Sheehan sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Tricia A. Sherick tsherick@honigman.com

Joseph E. Shickich jshickich@riddellwilliams.com

Matthew J. Shier mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com

Michael P. Shuster mpshuster@hahnlaw.com

Robert Sidorsky sidorsky@butzel.com

Paul H. Silverman PSilverman@mclaughlinstern.com

John A. Simon jsimon@foley.com

Rebecca H. Simoni rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

Christina C. Skubic bankruptcy@braytonlaw.com

Edward Smith easmith@venable.com

Robert T. Smith rsmith@cniinc.cc

Richard G. Smolev rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com

Joseph H. Smolinsky Joseph.Smolinsky@weil.com

Steven B. Soll ssoll@oshr.com, awilliams@oshr.com

19

Fredric Sosnick karen.park@shearman.com,kerri.silver@shearman.com

Nathan R. Soucy soucy@cwg11.com

Arthur J. Spector aspector@bergersingerman.com,
jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com

Charles A. Stanziale cstanziale@mccarter.com

Jeffrey S. Stein Kenneth_Freda@gardencitygroup.com,
jennifer.keough@gardencitygroup.com

Leslie Stein lstein@plunkettcooney.com, seccles@plunkettcooney.com

Fred Stevens fstevens@foxrothschild.com

Jason V. Stitt jstitt@kmklaw.com

Sharon L. Stolte sstolte@stinsonmoheck.com

N. Kathleen Strickland kstrickland@rmkb.com,
schoo@rmkb.com;mmcpherson@rmkb.com

Harvey A. Strickon harveystrickon@paulhastings.com

James M. Sullivan sullivan.james@arentfox.com, constantino.nova@arentfox.com

Lowell F. Sutherland sutherlandgerber@sbcglobal.net

Michelle T. Sutter msutter@ag.state.oh.us

Marc N. Swanson swansonm@millercanfield.com

Matthew A. Swanson matthew.swanson@leonard.com

Colleen M. Sweeney csweeney@dickinsonwright.com

Craig Tadlock craig@tadlocklawfirm.com

Stanley B. Tarr tarr@blankrome.com

Samuel Jason Teele jteele@lowenstein.com,
gbuccellato@lowenstein.com;klafiura@lowenstein.com

Gordon J. Toering gtoering@wnj.com

Patrick J. Trostle ptrostle@jenner.com

Tonya A. Trumm tatrumm@michaelbest.com, safonte@michaelbest.com

Debra S. Turetsky dturetsky@reedsmith.com

Marshall C. Turner marshall.turner@husch.com

Ann Marie Uetz auetz@foley.com

Raymond J. Urbanik rurbanik@munsch.com

Shmuel Vasser shmuel.vasser@dechert.com

Wendy S. Walker wwalker@morganlewis.com

G. Alan Wallace gwall@fraserlawfirm.com

Kimberly A. Walsh bk-kwalsh@oag.state.tx.us

Sean M. Walsh swalsh@gmhlaw.com, jmahar@gmhlaw.com

Timothy W. Walsh
twalsh@llgm.com;rxscaria@llgm.com;wcoleman@llgm.com;celliott@llgm.com

David H. Wander dwander@wanderlaw.com

Lucas Ward lucas.ward@ohioattorneygeneral.gov

Eric G. Waxman ewaxman@westermanllp.com

Jeffrey T. Wegner jeffrey.wegner@kutakrock.com

Martin James Weis weismj@dilworthlaw.com

Eric A. Weiss eaweiss@mdwcg.com

Robert B. Weiss rweiss@honigman.com

Elizabeth Weller dallas.bankruptcy@publicans.com

Michael R. Wernette mwernette@schaferandweiner.com

David B. Wheeler davidwheeler@mvalaw.com

Stephanie Wickouski stephanie.wickouski@dbr.com,
jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,
swickous@aol.com

Matthew E. Wilkins wilkins@bwst-law.com, marbury@bwst-law.com

Jeffrey C. Wisler jcw@cblhlaw.com

Blanka K. Wolfe bwolfe@sheppardmullin.com

Robert D. Wolford ecfwolfordr@millerjohnson.com

Scott A. Wolfson swolfson@wolfsonbolton.com, jrecchia@wolfsonbolton.com

Cynthia Woodruff-Neer cwoodruff-neer@alpine-usa.com

Karon Y. Wright karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

Dwight Yellen dyellen@ballonstoll.com

Doron Yitzchaki dyitzchaki@dickinsonwright.com

Jonathan W. Young young@wildman.com

S. Alyssa Young ayoung@leaderberkon.com

German Yusufov pcaocvbk@pcao.pima.gov

Terry L. Zabel ecf-tlz@rhoadesmckee.com

Rafael X. Zahralddin rxza@elliottgreenleaf.com

Eric Zajac eric@teamlawyers.com, erin@teamlawyers.com

Bruce R. Zirinsky zirinskyb@gtlaw.com, cusumanod@gtlaw.com

Edward P. Zujkowski ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com


By First Class Mail, postage prepaid, on the following parties:

WeilGotshal & Manges LLP,
Attorneys for the Debtors
Attn: Harvey R. Miller, Esq.
767 Fifth Avenue
New York, New York 10153

WeilGotshal & Manges LLP,
Attn: Stephen Karotkin, Esq.
767 Fifth Avenue
New York, New York 10153

WeilGotshal & Manges LLP,
Attn: Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153

The Debtors
C/O Motors Liquidation Company
Attn: Ted Stenger
500 Renaissance Center, Ste. 1400
Detroit Michigan 48243

General Motors, LLC
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit Michigan 48265

Cadwalader, Wickersham & Taft LLP
Attorneys for the United States Department of the Treasury
Attn: John J. Rapisardi, Esq.
One World Financial Center,
New York, New York 10281

The United States Department of the Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Vedder Price, P.C.,
Attorneys for Export Development Canada
Attn: Michael J. Edelman
1633 Broadway, 47th Floor
New York, NY 10019

Vedder Price, P.C.,
Attorneys for Export Development Canada
Attn: Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

Kramer Levin Naftalis & Frankel LLP,
Attorneys for the statutory committee of unsecured creditors
Attn: Thomas Moers Mayer, Esq.
1177Avenue of the Americas
New York, NY 10036

Kramer Levin Naftalis & Frankel LLP,
Attorneys for the Statutory committee of unsecured creditors
Attn: Amy Caton, Esq.
1177 Avenue of the Americas
New York, NY 10036

Office of the United States Trustee
for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitewall Street, 21st Floor
New York, NY 10004

U.S. Attorney Office, S.D.N.Y.
Attn: David S. Jones, Esq.
86 Chambers Street, Third Floor
New York, NY 10007

U.S. Attorney Office, S.D.N.Y
Attn: Matthew L. Schwarts, Esq..
86 Chambers Street, Third Floor
New York, NY 10007

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/ Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
(512) 475-4883
ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS