**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:
MOTORS LIQUIDATION COMPANY,
et al., f/k/a General Motors Corp., et al.,

                Debtor

Case No.: 09-50026

Chapter 11

-----------------------------------------------------------x

                Plaintiff

v.

                Defendant

Adversary Proceeding No.: _____

RECEIVED
JAN 11 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

-----------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, LOWELL F. SUTHERLAND, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Larry Allen & Del Norte Chevrolet, a Claimants in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Southern District of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 01/07/09
El Centro, California, New York

[signature]

*Mailing Address*:
Sutherland & Gerber, APC
1443 West Main Street
El Centro, CA 92243
*E-mail address*: gr8atty@sbcglobal.net
*Telephone number*: (760) 353-4444