

AlaFile E-Notice



RECEIVED
JAN 12 2010
U.S. BANKRUPTCY COURT, SDNY

16-CV-2009-900138.00
Judge: D P SCURLOCK

To: UNITES STATES BANKRUPTCY COURT (PRO SE)
SOUTHERN DISTRICT OF N Y
NEW YORK, NY 10000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LEANNE E. CLARK ET AL v. GENERAL MOTORS CORPORATION ET AL
16-CV-2009-900138.00

A court action was entered in the above case on 1/4/2010 2:58:37 PM

D009 HIGHLAND INDUSTRIES, INC.
D008 IRVIN AUTOMOTIVE PRODUCTS, I
D007 TAKATA AMERICAS
D005 TAKATA RESTRAINT SYSTEMS, IN
D006 TAKATA SEAT BELTS, INC.
D003 TAKATA, INC.
MOTION TO DISMISS PURSUANT TO RULE 12(B) TO DISMISS PURSUANT TO RULE 12(B)

[Attorney: SOUTHERLAND JOHN OSAAC]

Disposition: GRANTED
Judge: DPS

Notice Date: 1/4/2010 2:58:37 PM

JAY DUKE
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
117 COURT STREET
GROVE HILL, AL 36451

251-275-3363
jay.duke@alacourt.gov

ELECTRONICALLY FILED
1/4/2010 2:58 PM
CV-2009-900138.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
JAY DUKE, CLERK

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | |
|---|---|
| CLARK LEANNE E., <br> CLARK CHRISTOPHER D., <br> CLARK BRANDON, <br> CLARK ABBY, <br> CLARK HALEY, <br>      Plaintiffs, <br> <br> V. <br> <br> GENERAL MOTORS CORPORATION, <br> TAKATA CORPORATION, <br> TAKATA, INC., <br> TK HOLDINGS, INC., <br> TAKATA RESTRAINT SYSTEMS, INC., <br> TAKATA SEAT BELTS, INC. ET AL, <br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.:  CV-2009-900138.00 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

On this the 4th day of January 2010, came on to be considered the unopposed motion of Defendants, HIGHLAND INDUSTRIES INC., IRVIN AUTOMOTIVE PRODUCTS INC., TAKATA RESTRAINT SYSTEMS, INC., TAKATA AMERICAS, TAKATA INC., AND TAKATA SEAT BELTS, INC., pursuant to Ala. R. Civ. P. 12(b)(6), and the Court, having considered the same, is of the opinion that the motion is meritorious and should be granted.

Accordingly, all claims of the Plaintiffs, against these Defendants, HIGHLAND INDUSTRIES, INC., IRVIN AUTOMOTIVE PRODUCTS, INC., TAKATA RESTRAINT SYSTEMS, INC., TAKATA AMERICAS, TAKATA INC., AND TAKATA SELT BELTS INC., are dismissed without prejudice.

DONE this 4th day of January, 2010.

/s D P SCURLOCK

CIRCUIT JUDGE