

**The Garden City Group, Inc.**

105 Maxess Road
Melville, NY 11747
Phone 631-470-5000
Fax 631-470-5100
Toll Free 1-800-327-3664
www.gardencitygroup.com
www.gcgreorgservices.com

Janurary 13, 2009

Via FedEx

Attn: Mark Diamond
Gemma Philbert & Jessica Gomez
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:    *Motors Liquidation., et al.*
               Case Co.:  09-50026 REG

Dear Mark Diamond:

    Enclosed please find a Motion for Authorizing Debtors to Honor Prepetition Obligations to customers filed by Sheriff Rafik Kodsy. Please docket on the court website in the above reference case.

    Thank you for your assistance.

                                           Very truly yours,

                                           Alison Moodie
                                           Project Supervisor
                                           631-470-1576

Enclosures

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

IN RE,

GENERAL MOTORS CORP., ET AL.,

DEBTORS.

CASE# 09-50026

## MOTION FOR AUTHORIZING DEBTORS TO HONOR PREPETITION OBLIGATIONS TO CUSTOMERS.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

HEREBY, PLAINTIFF SHERIF RAFIK KODSY, STATES THAT THERE IS A PENDING CIVIL MATTER IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA. THE CASE NO. 2009 CA 11174 AH, WHICH WAS FILED ON 04/31/2008.

PLAINTIFF REQUESTS CONSIDERATION TO BE ALLOWED TO RECOVER FROM THE NEW OWNERS, MOTORS LIQUIDATION COMPANY, IF HE IS A PREVAILING PARTY, AS THERE ARE PENDING MULTIPLE COUNTS TO ANSWER.

1

## CERTIFICATE OF SERVICE

ALL ASSERTIONS MADE IN THE FOREGOING REQUEST, ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT A COPY WAS FILED AND SENT TO THE DEFENDANTS ATTORNEY OF RECORD, BY EMAIL AND U.S. MAIL ON DECEMBER 21ST, 2009.

.................................
SHERIF RAFIK KODSY
Individual/pro'se
15968 LAUREL OAK CIRCLE
DELRAY BEACH FLORIDA 33484
561-737-8998 / 800-379-8648

COPY(S) TO:

WEIL, GOTSHAL & MANGES LLP.
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

2

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.: 2009 CA 11174 AH

SHERIF RAFIK KODSY,
    Plaintiff,

vs.

GENERAL MOTORS CORPORATION,
    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SUBSTITUTION OF PARTY AND MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED TRIAL DE NOVO PLEADING, AND DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

    This action came before the Court on various motions: Defendant's motion to substitute a defendant party and motion to extend time to respond to an amended trial de novo pleading, and Plaintiff's motion for partial summary judgment.

    It is necessary to substitute parties so that General Motors Company is substituted as the party for breach of warranty allegations in Count II and Motors Liquidation Company is the party for all other claims asserted. If Plaintiff wishes to amend to replead his Lemon Law arbitration decision appeal then the correct party would be General Motors Company. Defendants are allotted twenty days in which to respond to the amended complaint.

    Plaintiff's motion for partial summary judgment is denied.

    ORDERED at West Palm Beach, Florida, this ___ day of December, 2009.

_____
EDWARD FINE
Circuit Judge

Copies furnished:
Sherif Rafik Kodsy
15968 Laurel Oak Circle
Delray Beach, FL 33484

Charles P. Mitchell, Esq.
Steven I. Klein, Esq.
Post Office Box 1873
Orlando, FL 32802-1873