UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :    09-50026 (REG)
MOTORS LIQUIDATION CORPORATION.,                             :
et al., f/k/a General Motors Corp., et al.,                  :    (Jointly Administered)
                                                             :
                    Debtors.                                 :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    :
                     :.ss:
COUNTY OF NEW YORK : 

       I, Ronald Cappiello, being duly sworn, depose and say:

       1.   I am over the age of eighteen years, am employed in the offices of **KAYE SCHOLER LLP,** counsel to Phillip Morris Corporation and certain of its subsidiaries and affiliates, parties-in-interest in the above-captionedmatter, and am not a party to this action.

       2.   That on the 21st day of January, 2010, I caused to be served true and correct copies of the following document:

**Reply of General Foods Credit Investors No. 2 Corporation to Limited Objection of GE Capital Corporation and U.S. Bank, as Owner Trustee on its Behalf, to Debtors' Motion to Assume and Assign Certain Unexpired Leases of Equipment and Related Executory Contracts, dated January 21, 2010,**

31932891.DOCX

upon each of the parties on the annexed service list attached hereto as Exhibit A, in the manner indicated thereupon.

/s/Ronald Cappiello
Ronald Cappiello

Sworn to before me this
21st day of January, 2010

/s/Gurnel Jean-Louis
Notary Public

**GURNEL JEAN-LOUIS**
**Notary Public, State of New York**
**No. 01JE6016979**
**Qualified in Queens County**
**Commission Expires Nov. 30, 2010**

31932891.DOCX

# EXHIBIT A

SERVICE LIST

31932891.DOCX

Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004
*Via Hand Delivery*

Douglas Bacon, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
*First Class Mail*

George Royle, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
*First-Class Mail*

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gothsal & Manges LLP
767 Fifth Avenue
New York, NY  10153
*First-Class Mail*

Motors Liquidation Company
300 Renaissance Center
Detroit, MI  48265
Attn:  Ted Stenger
*First-Class Mail*

General Motors Company
300 Renaissance Center
Detroit, MI  48265
Attn:  Lawrence S. Buonomo, Esq.
*First-Class Mail*

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
*First-Class Mail*

United States Department of the Treasury
1500 Pennsylvania Avenue NW,
Room 2312
Washington, DC  20220
Attn:  Joseph Samarias, Esq.
*First-Class Mail*

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway. 47th Floor
New York, NY  10019
*First-Class Mail*

Adam C. Rogoff, Esq.
Robert T. Schmidt, Esq.
Amy Caton, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
*First-Class Mail*

U.S. Attorney's Office, SDNY
86 Chambers Street, Third Floor
New York, NY  10007
Attn:  David S. Jones, Esq.
      Matthew L. Schwartz, Esq.
*First-Class Mail*

Charlotte P. Bodell, Esq.
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA  02199
*First-Class Mail*

Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green- Room 627
New York, New York 10004-1408
*Via Hand Delivery*

Douglas Bacon, Esq.
Latham & Watkins LLP
233 S. Wacker Drive., Ste. 5800
Chicago, IL  60606
*First Class Mail*