1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 09-50026

- - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


MOTORS LIQUIDATION COMPANY, et al.,

f/k/a GENERAL MOTORS CORPORATION, et al.,


       Debtors.


- - - - - - - - - - - - - - - - - - - - -x


        United States Bankruptcy Court

        One Bowling Green

        New York, New York


        January 20, 2010

        9:47 AM


B E F O R E:

HON. ROBERT E. GERBER

U.S. BANKRUPTCY JUDGE

```
                                                                    2
 1
 2     HEARING re Second Motion of Debtors for Entry of Order Pursuant
 3     to U.S.C. Section 1121(d) Extending Exclusive Periods in Which
 4     Debtors May File Chapter 11 Plan and Solicit Acceptances
 5     Thereof
 6
 7     HEARING re Motion to Extend Time for an Enlargement of the Time
 8     in which to File a Proof of Claim Pursuant to Federal Rule of
 9     Bankruptcy Procedure 9006(b)(1)(2)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24     Transcribed by:   Sharona Shapiro
25
```

```
                                                                         3
 1

 2    A P P E A R A N C E S :

 3    WEIL, GOTSHAL & MANGES, LLP

 4          Attorneys for Debtors

 5          767 Fifth Avenue

 6          New York, NY 10153

 7

 8    BY:   STEPHEN KAROTKIN, ESQ.

 9

10    KRAMER LEVIN NAFTALIS & FRANKEL LLP

11          Attorneys for Official Committee of Unsecured Creditors

12          1177 Avenue of the Americas

13          New York, NY 10036

14

15    BY:   JENNIFER R. SHARRET, ESQ.

16

17    U.S. DEPARTMENT OF JUSTICE

18          U.S. Attorney's Office

19          86 Chambers Street

20          New York, NY 10007

21

22    BY:   DAVID S. JONES, AUSA

23

24

25
```

4

P R O C E E D I N G S

THE COURT: Good morning. Have seats, please. Okay, we'll start with GM.

Mr. Karotkin, good morning.

MR. KAROTKIN: Good morning, sir. For the record, Stephen Karotkin, Weil, Gotshal & Manges for the debtors. Your Honor, we have a very brief calendar. I don't believe we have anything contested.

With respect to the first matter, on Advanced Environmental Technology Corporation, we are in the process of drafting a stipulation and proposed order with the moving party to resolve the issue substantially consistent with our reply pleadings, and we expect to submit that in the next day or so.

THE COURT: Sure.

MR. KAROTKIN: So that takes care of that matter.

The only other matter which has not been adjourned is the motion to extend exclusivity which has not been opposed. Counsel for the creditors' committee is here. I believe they support the requested extensions for the debtors as well as for the noncore debtors which will now -- those periods will run consistently for all of the debtors in these cases.

And unless Your Honor has any questions.

THE COURT: No, that's fully agreeable, Mr. Karotkin. And considering that it's fully consensual, I'm not of a mind to make findings of fact or an explanation of the basis for my

```
                                                                  5
 1     discretion unless you think I need to.
 2              MR. KAROTKIN:  I don't think so, sir.
 3              THE COURT:  Okay.  Very good, it's approved.
 4              MR. KAROTKIN:  May I approach?
 5              THE COURT:  I would ask that you drop it off with Ms.
 6     Blum on your way out.
 7              MR. KAROTKIN:  I will, sir.  Thank you.
 8              THE COURT:  Okay, thank you very much.
 9              MR. KAROTKIN:  Okay.
10              THE COURT:  Have a good day.
11              MR. KAROTKIN:  You too.
12         (Proceedings Concluded at 9:49 AM)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                              6
 1
 2                         I N D E X
 3
 4                         RULINGS
 5                    Page      Line
 6   Motion to extend    5         3
 7   exclusivity approved
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

7

C E R T I F I C A T I O N

I, Sharona Shapiro, certify that the foregoing transcript is a true and accurate record of the proceedings.

_____

Sharona Shapiro

AAERT Certified Electronic Transcriber (CET**D-492)

Veritext

200 Old Country Road

Suite 580

Mineola, NY 11501

Date:   January 21, 2010