| | |
|---|---|
| ZACHARY MOSNER, WSBA# 9566<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104-3188<br>(206) 389-2198 | Judge Robert E Gerber<br>Chapter 11 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MOTORS LIQUIDATION COMPANY; ET AL.,<br><br>Debtor. | NO. 09-50026<br><br>DECLARATION OF SERVICE |

I, Kathryn Ferrier, declare as follows:

On the 22nd day of January, 2010, I submitted the State Of Washington Joinder in Objection of Texas to ADR Procedures through Electronic Case Filing (Docket No. 4869).

The following parties who are registered with ECF in this case were emailed a copy of the Joinder:

David B. Aaronson david.aaronson@dbr.com
Letitia Accarrino laccarrino@wilentz.com
Anna Conlon Aguilar aaguilar@conlonaguilar.com
Martin Alaniz martin.alaniz@gmail.com
Derek P. Alexander dalexand@debevoise.com, mao-ecf@debevoise.com
Jonathan Bradley Alter jonathan.alter@bingham.com
Philip D. Anker philip.anker@wilmerhale.com
Gary L. Antoniewicz gantoni@boardmanlawfirm.com
Joel D. Applebaum japplebaum@clarkhill.com
W. David Arnold darnold@rcolaw.com
Thomas V. Askounis taskounis@askounisdarcy.com
Karin F. Avery avery@silvermanmorris.com
Douglas Bacon douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com
Todd Murray Bailey todd.bailey@ftb.ca.gov
Marc M. Bakst mbakst@bodmanllp.com
David J. Baldwin dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
Elizabeth Banda kwilliams@pbfcm.com
Salvatore A. Barbatano sbarbatano@foley.com
Leslie S. Barr lbarr@windelsmarx.com, theston@windelsmarx.com
William M. Barron wbarron@sgrlaw.com
Robert L. Barrows rbarrows@wdblaw.com

| | |
|---|---|
| 1 | Robert N. Bassel ecfbbassel@gmail.com |
| | Donald F. Baty dbaty@honigman.com |
| 2 | Leonora K. Baughman ecf@kaalaw.com |
| 3 | Matthew K. Beatman mbeatman@zeislaw.com |
| | Christopher Robert Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com |
| 4 | Howard S. Beltzer hbeltzer@morganlewis.com |
| | Walter Benzija wbenzija@halperinlaw.net |
| 5 | Frederick A. Berg fberg@kotzsangster.com |
| | Daniel J. Bernard dbernard@vmclaw.com |
| 6 | Richard J. Bernard rbernard@bakerlaw.com |
| 7 | David R. Berz gregory.bailey@weil.com |
| | Kellie M. Blair kblair@mattablair.com |
| 8 | Kevin Blaney kblaney@kevinblaney.com, bmorehead@kevinblaney.com |
| | Steven Harris Blatt sblatt@dealerlaw.com |
| 9 | David M. Blau dmb@kompc.com, tlj@kompc.com |
| | Don W. Blevins dwblevins@mcalpinelawfirm.com |
| 10 | Anna Boelitz anna.boelitz@bingham.com |
| 11 | Phillip W. Bohl phillip.bohl@gpmlaw.com |
| | Wanda Borges borgeslawfirm@aol.com |
| 12 | Jean Winborne Boyles jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM |
| | Kimberly A. Brennan kab@mccarthylebit.com |
| 13 | Lynn M. Brimer lbrimer@stroblpc.com, sfraser@stroblpc.com |
| 14 | James L. Bromley maofiling@cgsh.com |
| | Mark L. Brown markb@lakinchapman.com, |
| 15 | ashleyo@lakinchapman.com;docket@lakinchapman.com |
| | William J. Brown wbrown@phillipslytle.com |
| 16 | Theresa V. Brown-Edwards bankruptcy@potteranderson.com |
| | Mark Edwin Browning on behalf of Creditor Texas Comptroller of Public Accounts |
| 17 | Robert H. Brownlee rbrownlee@thompsoncoburn.com |
| 18 | Andrew P. Brozman andrew.brozman@cliffordchance.com, |
| | sarah.campbell@cliffordchance.com |
| 19 | Adam D. Bruski adbruski@lambertleser.com |
| | Deborah M. Buell maofiling@cgsh.com |
| 20 | Charles D. Bullock cbullock@sbplclaw.com |
| | John R. Burns john.burns@bakerd.com, |
| 21 | skrhoads@bakerd.com;oliana.nansen@bakerd.com |
| 22 | Christopher M. Cahill ccahill@clarkhill.com |
| | Barbara Lee Caldwell blc@ashrlaw.com |
| 23 | James Christopher Caldwell ccaldwell@starkreagan.com |
| | John M. Callagy jcallagy@kelleydrye.com |
| 24 | Carollynn H.G. Callari ccallari@venable.com |
| 25 | Judy B. Calton jcalton@honigman.com |
| | Nancy E. Campbell nancy.campbell@zurichna.com |
| 26 | John F. Carberry jcarberry@cl-law.com, dsantos@cl-law.com |
| | James C. Carignan carignanj@pepperlaw.com |

| | |
|---|---|
| 1 | James S. Carr KDWBankruptcyDepartment@kelleydrye.com |
| 2 | Linda J. Casey caseyl@pepperlaw.com, hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com |
| 3 | Katherine R. Catanese kcatanese@foley.com |
| 4 | George B. Cauthen george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com |
| 5 | Babette A. Ceccotti bceccotti@cwsny.com, ecf@cwsny.com |
| 6 | Joseph M. Cerra jcerra@formanlaw.com |
| | Teresa H. Chan kkansa@sidley.com;emcdonnell@sidley.com |
| 7 | Jeffrey Chang jchang@wildman.com |
| | J Eric Charlton echarlton@hiscockbarclay.com |
| 8 | Sarah M. Chen schen@lockelord.com |
| | Eugene J. Chikowski eugene.chikowski@flastergreenberg.com |
| 9 | Gloria M. Chon gloria.chon@kkue.com |
| 10 | Jennifer Anne Christian jchristian@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com |
| 11 | Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com |
| 12 | Robert N. H. Christmas rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| | Ilissa Churgin Hook ecfmail@yablaw.com, ihook@yablaw.com |
| 13 | Marvin E. Clements agbanknewyork@ag.tn.gov |
| 14 | Tiffany Strelow Cobb tscobb@vorys.com, cdfricke@vorys.com |
| | Wm. David Coffey wdcoffeylaw@yahoo.com |
| 15 | Dennis J. Connolly dconnolly@alston.com |
| | Michael T. Conway michael.conway@leclairryan.com |
| 16 | Susan M. Cook smcook@lambertleser.com |
| 17 | Dawn R. Copley dcopley@dickinsonwright.com,dnavin@dickinsonwright.com |
| | Joseph N. Cordaro joseph.cordaro@usdoj.gov |
| 18 | Joseph Corneau jcorneau@klestadt.com |
| | Trent P. Cornell tcornell@stahlcowen.com |
| 19 | Jeffrey L. Coxon rellis@warrenyoung.com |
| | David N. Crapo dcrapo@gibbonslaw.com |
| 20 | Randall D. Crocker rcrocker@vonbriesen.com |
| 21 | Brian Crowley bcrowley@klehr.com |
| | Michael G. Cruse mcruse@wnj.com, hziegler@wnj.com |
| 22 | Louis A. Curcio lcurcio@sonnenschein.com |
| | Julius O. Curling curlingj@michigan.gov |
| 23 | Thomas H. Curran tcurran@haslaw.com, calirm@haslaw.com |
| | Teresa K.D. Currier tcurrier@saul.com, mflores@saul.com |
| 24 | Vincent D'Agostino vdagostino@lowenstein.com |
| 25 | Peter D'Apice dapice@sbep-law.com |
| | Renee M. Dailey renee.dailey@bgllp.com, meghan.olsen@bgllp.com |
| 26 | Timothy J. Dance tdance@swlaw.com, kquick@swlaw.com;wsmart@swlaw.com |
| | Colin Thomas Darke cdarke@bodmanllp.com |

| | |
|---|---|
| 1 | Michael S. Davi mdavi@velaw.com |
| | Ashley Davis ashley.davis@myfloridalegal.com |
| 2 | Jeffrey S. Davis jsdesqtx@yahoo.com |
| 3 | James E. DeLine jed@krwlaw.com, pal@krwlaw.com |
| | Gabriel Del Virginia, Esq. gabriel.delvirginia@verizon.net |
| 4 | Sam Della Fera sdellafera@trenklawfirm.com |
| | Melissa Detrick detrick@marshall-melhorn.com |
| 5 | Benjamin P. Deutsch bdeutsch@schnader.com |
| | Frank W. DiCastri fdicastri@foley.com |
| 6 | Gerard DiConza gdiconza@dlawpc.com, las@dlawpc.com |
| 7 | Maria J. DiConza diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com |
| | John P. Dillman houston_bankruptcy@publicans.com |
| 8 | Joshua Ian Divack jdivack@hahnhessen.com, |
| | jdivack@hahnhessen.com;kcraner@hahnhessen.com;jsmith@hahnhessen.com;hpatwardh |
| 9 | an@hahnhessen.com |
| | Michael Dockterman dockterman@wildman.com, eckert@wildman.com |
| 10 | J. Ted Donovan TDonovan@Finkgold.com, |
| 11 | David@Finkgold.com;CClarke@Gwfglaw.com |
| | Charles E. Dorkey cdorkey@mckennalong.com, |
| 12 | tplunkett@mckennalong.com;rgee@mckennalong.com;akaufman@mckennalong.com |
| | Amish R. Doshi adoshi@daypitney.com |
| 13 | Mary Joanne Dowd dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com |
| | Dennis J. Drebsky ddrebsky@nixonpeabody.com, |
| 14 | nyc.managing.clerk@nixonpeabody.com |
| 15 | Kathryn E. Driscoll kdriscoll@pmppc.com |
| | Lawrence P. Eagel eagel@bragarwexler.com |
| 16 | David G. Ebert debert@ingramllp.com, mtajika@ingramllp.com |
| | Michael James Edelman mjedelman@vedderprice.com, ecfnydocket@vedderprice.com |
| 17 | Erica L. Edman eedman@pillsburywinthrop.com |
| 18 | James W. Ehrman jwe@kjk.com, pleadingsjwe@gmail.com |
| | Steven B. Eichel seichel@crowell.com |
| 19 | David M. Eisenberg deisenberg@ermanteicher.com |
| | Dan Elias delias@eliasgroup.com |
| 20 | Erin L. Eliasen eleliasen@stoel.com, basargent@stoel.com |
| 21 | Judith Elkin judith.elkin@haynesboone.com |
| | Bruce N. Elliott elliott@cmplaw.com |
| 22 | Alyssa Englund aenglund@orrick.com |
| | Richard L. Epling richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com |
| 23 | Earle I. Erman eerman@ermanteicher.com |
| | Belkys Escobar belkys.escobar@loudoun.gov |
| 24 | Michael S. Etkin metkin@lowenstein.com, mseymour@lowenstein.com |
| 25 | Amy Evans aevans@crosslaw.com |
| | Kerry M Ewald kewald@dickinsonwright.com |
| 26 | Stephen Vincent Falanga sfalanga@connellfoley.com |
| | Robert Michael Farquhar mfarquhar@winstead.com, whsu@winstead.com |

| | |
|---|---|
| 1 | William L. Farris farrisw@sullcrom.com |
| | Thomas R. Fawkes tfawkes@freebornpeters.com |
| 2 | Carol A. Felicetta cfelicetta@reidandreige.com |
| 3 | Richard L. Ferrell Ferrell@taftlaw.com |
| | Alyson M. Fiedler afiedler@schiffhardin.com |
| 4 | Robert J. Figa rfiga@comlawone.com |
| | Andrea Fischer afischer@olshanlaw.com, |
| 5 | ssallie@olshanlaw.com;mmarck@olshanlaw.com |
| 6 | Deborah L. Fish dfish@allardfishpc.com |
| | Eric Fisher fishere@butzel.com |
| 7 | Matthew F. Fitzsimmons matthew.fitzsimmons@po.state.ct.us |
| | Elizabeth K. Flaagan eflaagan@faegre.com |
| 8 | Steven B. Flancher flanchers@michigan.gov |
| | Daniel J. Flanigan tbackus@polsinelli.com |
| 9 | Kenneth A. Flaska gm@dmms.com |
| | Jonathan L. Flaxer jflaxer@golenbock.com, |
| 10 | ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com |
| 11 | Neysa Ann Fligor sccbankruptcy@cco.sccgov.org |
| 12 | Stephen B. Foley sfoley@sbfpc.com, kkish@sbfpc.com |
| | Shawn Randall Fox sfox@mcguirewoods.com |
| 13 | Mark S. Frankel mfrankel@couzens.com |
| | Scott J. Freedman sfreedman@dilworthlaw.com |
| 14 | James H. Freeman jfreeman@gsblaw.com |
| 15 | William R. Fried wrfried@herrick.com |
| | Mark J. Friedman mark.friedman@dlapiper.com |
| 16 | Michael Friedman mfriedman@rkollp.com, |
| | mschneider@rkollp.com;ksambur@rkollp.com |
| 17 | Timothy A. Fusco fusco@millercanfield.com |
| 18 | Michael G. Gallacher mgallacher@comcast.net |
| | Mark S. Gamell mgamell@tlggr.com |
| 19 | Victoria D. Garry vgarry@ag.state.oh.us |
| | Samir Gebrael sgebrael@klestadt.com |
| 20 | Sara J. Geenen sjg@previant.com |
| 21 | Wendy J. Gibson wgibson@bakerlaw.com |
| | Jeanette M. Gilbert jgilbert@motleyrice.com |
| 22 | Celeste R. Gill gillcr@michigan.gov, sherwoodj@michigan.com |
| | Steven A. Ginther sdnyecf@dor.mo.gov |
| 23 | Andrew C. Gold agold@herrick.com |
| | Matthew J. Gold mgold@kkwc.com, mattgoldesq@optonline.net |
| 24 | Scott A. Golden sagolden@hhlaw.com, khseal@hhlaw.com |
| 25 | Michelle Goldis michelle.goldis@wilmerhale.com |
| | Sonya N. Goll sgoll@sbplclaw.com |
| 26 | Brett D. Goodman brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com |

| | |
|---|---|
| 1 | Robert D. Gordon rgordon@clarkhill.com |
| | Neil Andrew Goteiner ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com |
| 2 | Garry M. Graber ggraber@hodgsonruss.com, |
| 3 | bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com |
| | Brian M. Graham bgraham@salawus.com, bmgrahampack@sbcglobal.net |
| 4 | Christopher F. Graham cgraham@mckennalong.com, |
| | jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@ |
| 5 | mckennalong.com |
| | William F. Gray wgray@torys.com, abauer@torys.com;tmartin@torys.com |
| 6 | Wendy B. Green wgreen@formanlaw.com |
| 7 | John T. Gregg jgregg@btlaw.com |
| | Nancy Grim nancy.grim@nancygrimlaw.net |
| 8 | Stephen M. Gross sgross@mcdonaldhopkins.com |
| | Stephen B. Grow sgrow@wnj.com, kfrantz@wnj.com |
| 9 | Elizabeth A. Haas info@thehaaslawfirm.com |
| | Paul R. Hage phage@jaffelaw.com |
| 10 | Richard F. Hahn rfhahn@debevoise.com;jchung@debevoise.com;maoecf@ |
| 11 | debevoise.com |
| | Paula A. Hall hall@bwst-law.com, marbury@bwst-law.com |
| 12 | Matthew A. Hamermesh mhamermesh@hangley.com |
| | Michael C. Hammer mchammer3@dickinsonwright.com |
| 13 | Gary A. Hansz gah@wwrplaw.com |
| | Henry Hartheimer dharthei@bellatlantic.net |
| 14 | D Michael E. Hastings michael.hastings@leclairryan.com |
| 15 | Ryan D. Heilman rheilman@schaferandweiner.com |
| | Geoffrey W. Heineman gheineman@rmkb.com |
| 16 | Christopher M. Hemrick chemrick@connellfoley.com |
| | Suzanne Hepner shepner@lrbpc.com, |
| 17 | jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com;ngrunfeld@levyratner.com |
| 18 | Allan Hill ahill@phillipslytle.com |
| | Terrance A. Hiller tah@kompc.com, met@kompc.com;tlj@kompc.com |
| 19 | Mark D. Hofstee markh@bolhouselaw.com |
| | Michael S. Holmes , mshatty@yahoo.com |
| 20 | Jonathan Hook jonathan.hook@haynesboone.com, |
| | lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com |
| 21 | P. Warren Hunt pwh@krwlaw.com |
| 22 | John J. Hunter jrhunter@hunterschank.com, sharonaldrich@hunterschank.com |
| | Donald J. Hutchinson hutchinson@millercanfield.com |
| 23 | Roland Hwang hwangr@michigan.gov |
| | Elihu Inselbuch eb@capdale.com |
| 24 | Robert M. Isackson risackson@orrick.com |
| | Adam H. Isenberg aisenberg@saul.com |
| 25 | Steve Jakubowski sjakubowski@colemanlawfirm.com |
| 26 | Peter F. Jazayeri pjazayeri@ecjlaw.com, mkogan@ecjlaw.com |
| | Susan Jennik sjennik@kjmlabor.com |

| | |
|---|---|
| 1 | Nan E. Joesten njoesten@fbm.com |
| | John J. Jolley jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com |
| 2 | Andrew A. Jones ajones@whdlaw.com, mwichman@whdlaw.com;rbradley@whdlaw.com |
| 3 | Roland Gary Jones rgj592005@gmail.com, rgj592005@gmail.comavid |
| 4 | John E. Jureller jjureller@klestadt.com, jjureller@klestadt.com |
| | Gregory O. Kaden gkaden@goulstonstorrs.com |
| 5 | Allen G. Kadish kadisha@gtlaw.com |
| | Ken Kansa kkansa@sidley.com, aleff@sidley.com |
| 6 | Stephen Karotkin |
| 7 | theodore.tsekerides@weil.com;Shai.Waisman@weil.com;michele.meises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.com;pablo.falabella@weil.com;Russell.Brooks@weil.com |
| 8 | Karel S. Karpe karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com |
| 9 | Andrew C. Kassner andrew.kassner@dbr.com |
| | Clifford A. Katz ckatz@platzerlaw.com |
| 10 | Susan R. Katzoff skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com |
| 11 | Thomas M. Kennedy tkennedy@kjmlabor.com |
| | Thomas L. Kent tomkent@paulhastings.com |
| 12 | Richardo I. Kilpatrick ecf@kaalaw.com, lrobertson@kaalaw.com |
| | Jennifer B. Kimble jkimble@burr.com, mstinson@burr.com;mivey@burr.com |
| 13 | Michael S. Kimm kimmlaw@msn.com |
| | Christopher K. Kiplok kiplok@hugheshubbard.com |
| 14 | Theodore A. Kittila tak@elliottgreenleaf.com |
| 15 | Kathleen H. Klaus khk@maddinhauser.com |
| | Patrick A. Klingman pklingman@sfmslaw.com |
| 16 | Jeff Klusmeier jeff.klusmeier@ago.mo.gov |
| | Anthony J. Kochis akochis@wolfsonbolton.com, jrecchia@wolfsonbolton.com |
| 17 | Thomas F. Koegel tkoegel@flk.com |
| 18 | Mary W. Koks mkoks@munsch.com, swagner@munsch.com |
| | Stuart Komrower skomrower@coleschotz.com |
| 19 | Deborah Kovsky-Apap kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com |
| 20 | Debra A. Kowich dkowich@umich.edu, schmitzr@umich.edu |
| | Robert R. Kracht rrk@mccarthylebit.com |
| 21 | Rein F. Krammer rkrammer@masudafunai.com |
| 22 | Stuart A. Krause skrause@zeklaw.com |
| | J. Alex Kress akress@riker.com |
| 23 | Richard E. Kruger rkruger@jaffelaw.com |
| | Patrick J. Kukla pkukla@carsonfischer.com |
| 24 | Gary W. Kullmann gkullmann@kkdpc.com, shall@kkdpc.com |
| 25 | Carl N. Kunz ckunz@morrisjames.com, wweller@morrisjames.com |
| | Greg T. Kupniewski greg.kupniewski@flastergreenberg.com |
| 26 | Darryl S. Laddin bkrfilings@agg.com |
| | Michael C. Lambert mclambert@lawpost-nyc.com |

Pg 8 of 15

| | |
|---|---|
| 1 | Jacob F. Lamme lamme@mltw.com |
| 2 | Forrest B. Lammiman flammiman@mpslaw.com, lbell@mpslaw.com;dnichols@mpslaw.com |
| 3 | Stuart A. Laven slaven@beneschlaw.com, docket@beneschlaw.com |
| | James N. Lawlor jlawlor@wmd-law.com, gbenaur@wmd-law.com |
| 4 | Robert L. LeHane KDWBankruptcyDepartment@Kelleydrye.com |
| | Maureen F. Leary maureen.leary@oag.state.ny.us |
| 5 | Mark G. Ledwin mark.ledwin@wilsonelser.com |
| | David S. Lefere davidl@bolhouselaw.com |
| 6 | Eugene Leff eleff@oag.state.ny.us |
| 7 | Anthony L. Leffert egarfield@rwolaw.com;kwhatley@rwolaw.com |
| | Michael S. Leib msl@maddinhauser.com, bac@maddinhauser.com |
| 8 | Robert J. Lemons gillad.matiteyahu@weil.com |
| | David A. Lerner dlerner@plunkettcooney.com |
| 9 | Ira M. Levee ilevee@lowenstein.com, mseymour@lowenstein.com |
| 10 | Larry A. Levick levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com |
| 11 | Leslie C. Levy leslie.levy@nebraska.gov, leora.platte@nebraska.gov |
| | Kenneth M. Lewis klewis@tblawllp.com |
| 12 | Kim Martin Lewis kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com |
| 13 | Barry E. Lichtenberg barryster@att.net |
| 14 | Demetra Liggins demetra.liggins@tklaw.com |
| | Harry A. Light light@fec.net |
| 15 | David T. Lin dlin@seyburn.com |
| 16 | Thomas K. Lindahl tlindahl@kotzsangster.com, jdesantis@kotzsangster.com;dlemanski@kotzsangster.com |
| 17 | Andrew K. Lipetz alipetz@wgrlaw.com |
| | Edward J. LoBello elobello@msek.com |
| 18 | Eric Lopez Schnabel schnabel.eric@dorsey.com |
| | Cynthia Jordan Lowery cynthialowery@mvalaw.com |
| 19 | Kim R. Lynch klynch@formanlaw.com, mudem@formanlaw.com |
| 20 | John S. Mairo jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com |
| 21 | Tristan Manthey tmanthey@hellerdraper.com |
| | Kayalyn A. Marafioti kmarafio@skadden.com |
| 22 | Michael A. Maricco maricco.michael@pbgc.gov, efile@pbgc.gov |
| | Timothy Brian Martin tmartin@torys.com |
| 23 | Richard W. Martinez Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com |
| 24 | Victor J. Mastromarco vmastromar@aol.com |
| | Steven A. Matta smatta@mattablair.com |
| 25 | Kristin B. Mayhew abothwell@pepehazard.com |
| | Jil Mazer-Marino jmazermarino@msek.com, kgiddens@msek.com |
| 26 | Mark L. McAlpine mlmcalpine@mcalpinelawfirm.com |
| | Lauren M. McEvoy Lauren.McEvoy@thompsonhine.com |

Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
(206) 389-2187 phone – (206) 587-5150 fax

| | |
|---|---|
| 1 | D. Douglas McGaw dougmcgaw@aol.com |
| | Frank McGinn ffm@bostonbusinesslaw.com |
| 2 | Austin L. McMullen amcmullen@babc.com |
| 3 | Barbara S Mehlsack bmehlsack@gkllaw.com |
| | Brian H. Meldrum bmeldrum@stites.com |
| 4 | Marc B. Merklin mmerklin@brouse.com |
| | Christopher A. Merritt cmerritt@rjlps.com |
| 5 | Richard M. Meth msteen@daypitney.com |
| | G. Christopher Meyer cmeyer@ssd.com |
| 6 | P. Richard Meyer richard@meyerandwilliams.com |
| 7 | Robert N. Michaelson rmichaelson@klgates.com |
| | Angela Z. Miller amiller@phillipslytle.com, |
| 8 | jhahn@phillipslytle.com;ablidy@phillipslytle.com |
| | Harvey R. Miller harvey.miller@weil.com, garrett.fail@weil.com |
| 9 | Gerald L. Mills gerald.mills@bex.net |
| | Mary P. Miras marymiras@paulhastings.com |
| 10 | Joseph Thomas Moldovan bankruptcy@morrisoncohen.com |
| 11 | James P. Moloy jmoloy@dannpecar.com |
| | Carol E. Momjian cmomjian@attorneygeneral.gov |
| 12 | Timothy D. Moratzka tdm@mcmlaw.com |
| | Max Anderson Moseley mam@jbpp.com, mkd@jbpp.com |
| 13 | Eric T. Moser eric.moser@klgates.com, kristen.serrao@klgates.com |
| | Zachary Mosner washbcu@atg.wa.gov |
| 14 | Jill L. Murch jmurch@foley.com, lapeterson@foley.com;khall@foley.com |
| 15 | Daniel R. Murray dmurray@jenner.com, mmatlock@jenner.com |
| | Milissa A. Murray m.murray@bingham.com |
| 16 | Lauren Nachinson Lauren.Nachinson@quarles.com |
| | Jennifer L. Nassiri jennifer.nassiri@dlapiper.com |
| 17 | Kenneth A. Nathan knathan@nathanzousmer.com |
| 18 | David L. Neale kjm@lnbrb.com |
| | Michael A. Nedelman mnedelman@nglegal.com, |
| 19 | mwatler@nglegal.com;egloetzner@nglegal.com |
| | Melissa Z. Neier mneier@ibolaw.com |
| 20 | Arthur C. Neiwirth aneiwirthcourt@qpwblaw.com, aneiwirthcourt@aol.com |
| | James D. Newbold James.Newbold@illinois.gov |
| 21 | Robert E. Nies rnies@wolffsamson.com |
| 22 | Timothy F. Nixon tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com |
| | Michael E. Norton mnorton@nortonlawassociates.com |
| 23 | Matthew D. Novello mdnovello@mcalpinelawfirm.com |
| | Gordon Z. Novod gnovod@kramerlevin.com, dcho@kramerlevin.com |
| 24 | Michael B. O'Neal moneal@wnj.com |
| | Sean A. O'Neal soneal@cgsh.com, |
| 25 | maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;crodriguez@cgsh.com;sarobinson@cgsh.com |
| 26 | Cheryl Tama Oblander ctama@butlerrubin.com |

| DECLARATION OF SERVICE | 9 | OFFICE OF THE ATTORNEY GENERAL<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104-3188<br>(206) 389-2187 phone – (206) 587-5150 fax |

| | |
|---|---|
| 1 | Ronald Oran roran@velaw.com |
| | Norman D. Orr norman.orr@kkue.com |
| 2 | Mark Russell Owens mowens@btlaw.com, |
| 3 | mowens@btlaw.com;bankruptcyindy@btlaw.com |
| | Gregory Oxford goxford@icclawfirm.com |
| 4 | Richard W. Paige paige@bsplaw.com |
| | Ingrid S. Palermo ipalermo@bsk.com |
| 5 | Charles N. Panzer cpanzer@sillscummis.com |
| | Merritt A. Pardini merritt.pardini@kattenlaw.com, |
| 6 | dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com |
| 7 | Larry E. Parres lparres@lewisrice.com |
| | Peter S. Partee ppartee@hunton.com |
| 8 | Paul J. Pascuzzi ppascuzzi@ffwplaw.com |
| | Rakhee V. Patel rpatel@pronskepatel.com, |
| 9 | cstephenson@pronskepatel.com;rpatel@pronskepatel.com;smeiners@pronskepatel.com;admin@pronskepatel.com |
| 10 | Frederick Perillo fp@previant.com |
| 11 | Debra Beth Pevos dpevos@swappc.com |
| | John C. Phillips jcp@pgslaw.com, cah@pgslaw.com;tlb@pgslaw.com |
| 12 | Robert W. Phillips rphillips@simmonscooper.com |
| | Deborah J. Piazza dpiazza@hodgsonruss.com |
| 13 | Christine A.M. Pierpont cpierpont@ssd.com |
| | James A. Plemmons jplemmons2@dickinsonwright.com |
| 14 | Gregory G. Plotko gplotko@kramerlevin.com, |
| 15 | achouprouta@kramerlevin.com;ychernyak@kramerlevin.com |
| | Robert C. Pottinger rcpottinger@bslbv.com |
| 16 | Susan Power-Johnston sjohnston@cov.com, jmcneil@cov.com |
| | Jasmine Powers jpowers@debevoise.com, mao-ecf@debevoise.com |
| 17 | Ronald S. Pretekin pretekin@coollaw.com, piatt@coollaw.com |
| 18 | Jessica E. Price jprice@brouse.com |
| | John J. Privitera privitera@mltw.com, hill@mltw.com;lamme@mltw.com |
| 19 | Gerrit M. Pronske gpronske@pronskepatel.com |
| | Susan Przekop-Shaw przekopshaws@michigan.gov |
| 20 | Jonathan I. Rabinowitz jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com |
| | Marie T. Racine mracine@racinelaw.us |
| 21 | Mark L. Radtke mradtke@shawgussis.com |
| 22 | Dennis Jay Raterink raterinkd@michigan.gov |
| | Eric T. Ray eray@balch.com |
| 23 | Timothy M. Reardon tmreardon@nnblaw.com |
| | Michael Reed nycourts@mvbalaw.com |
| 24 | Marc E. Richards mrichards@blankrome.com |
| | Paul J. Ricotta pricotta@mintz.com |
| 25 | David D. Ritter ecf@krcl.com, dritter@krcl.com |
| 26 | Marianne Goldstein Robbins MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM |

| | |
|---|---|
| 1 | Courtney Rogers crogers@orrick.com |
| | Adam C. Rogoff arogoff@kramerlevin.com |
| 2 | Adam L. Rosen filings@spallp.com, arosen@silvermanacampora.com |
| 3 | Sanford Philip Rosen rpc@rosenpc.com, srosen@rosenpc.com |
| | Adina H. Rosenbaum arosenbaum@citizen.org |
| 4 | Andrew Neil Rosenberg mtattnall@paulweiss.com |
| | Robert J. Rosenberg adam.goldberg@lw.com |
| 5 | Donn Rosenblum donn.rosenblum@ohioattorneygeneral.gov |
| | David A. Rosenzweig DRosenzweig@Fulbright.com |
| 6 | Douglas B. Rosner drosner@goulstonstorrs.com |
| 7 | Robert R. Ross rrross@fedex.com |
| | Melissa-Jean Rotini mjr1@westchestergov.com |
| 8 | Gerolyn P. Roussel rousselp@bellsouth.net |
| | George V. Royle george.royle@lw.com |
| 9 | John A. Ruemenapp jruemenapp@wyrpc.com |
| 10 | John A. Ruemenapp jruemenapp@wysr-law.com |
| | Jayson B. Ruff jruff@mcdonaldhopkins.com |
| 11 | Dianne Ruhlandt druhlandt@ermanteicher.com |
| | Matthew E. Russell matthew.russell@haynesboone.com |
| 12 | Scott K. Rutsky srutsky@proskauer.com |
| | Herbert K. Ryder hryder@pitneyhardin.com |
| 13 | Jeffrey S. Sabin jeffrey.sabin@bingham.com |
| 14 | Jennifer Lauren Saffer jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com |
| | Chester B. Salomon csalomon@beckerglynn.com, |
| 15 | aranade@beckerglynn.com;jholdridge@beckerglynn.com |
| | Kimberly Salomon ksalomon@formanlaw.com |
| 16 | Diane W. Sanders austin.bankruptcy@publicans.com |
| | George Franklin Sanderson george.sanderson@elliswinters.com |
| 17 | Thomas P. Sarb ecfsarbt@millerjohnson.com |
| 18 | Thomas J. Schank tomschank@hunterschank.com, mcraig@hunterschank.com |
| | Robert T. Schmidt rschmidt@kramerlevin.com |
| 19 | Kenneth M. Schneider smpcecf@gmail.com |
| | Thomas W. Schouten tschouten@dunnsslaw.com |
| 20 | Carey D. Schreiber cschreiber@winston.com |
| 21 | Jonathan R. Schulz schulz@bsplaw.com, ojala@bsplaw.com |
| | Matthew L. Schwartz matthew.schwartz@usdoj.gov |
| 22 | Steven Schwartz sschwart@winston.com |
| | Kenneth J. Schweiker kschweiker@brownconnery.com |
| 23 | Barry N. Seidel bseidel@kslaw.com, rtrowbridge@kslaw.com |
| | Stephen B. Selbst sselbst@herrick.com, courtnotices@herrick.com |
| 24 | Jacob B. Sellers jacob.sellers@leonard.com |
| 25 | David J. Selwocki brogers@swappc.com |
| | Joseph R. Sgroi jsgroi@honigman.com |
| 26 | Mark H. Shapiro shapiro@steinbergshapiro.com |
| | Mary Kay Shaver mkshaver@varnumlaw.com |

DECLARATION OF SERVICE      11

| | |
|---|---|
| 1 | Brian L. Shaw bshaw100@shawgussis.com |
| 2 | Andrea Sheehan sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com |
| 3 | Tricia A. Sherick tsherick@honigman.com |
| | Joseph E. Shickich jshickich@riddellwilliams.com |
| 4 | Matthew J. Shier mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com |
| | Michael P. Shuster mpshuster@hahnlaw.com |
| 5 | Robert Sidorsky sidorsky@butzel.com |
| 6 | Paul H. Silverman PSilverman@mclaughlinstern.com |
| | John A. Simon jsimon@foley.com |
| 7 | Rebecca H. Simoni rsimoni@vonbriesen.com, jpurpora@vonbriesen.com |
| | Christina C. Skubic bankruptcy@braytonlaw.com |
| 8 | Edward Smith easmith@venable.com |
| | Robert T. Smith rsmith@cniinc.cc |
| 9 | Richard G. Smolev rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com |
| 10 | Joseph H. Smolinsky Joseph.Smolinsky@weil.com |
| 11 | Steven B. Soll ssoll@oshr.com, awilliams@oshr.com |
| | Fredric Sosnick karen.park@shearman.com,kerri.silver@shearman.com |
| 12 | Nathan R. Soucy soucy@cwg11.com |
| 13 | Arthur J. Spector aspector@bergersingerman.com, jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com |
| 14 | Charles A. Stanziale cstanziale@mccarter.com |
| | Jeffrey S. Stein Kenneth_Freda@gardencitygroup.com, jennifer.keough@gardencitygroup.com |
| 15 | Leslie Stein lstein@plunkettcooney.com, seccles@plunkettcooney.com |
| 16 | Fred Stevens fstevens@foxrothschild.com |
| 17 | Jason V. Stitt jstitt@kmklaw.com |
| | Sharon L. Stolte sstolte@stinsonmoheck.com |
| 18 | N. Kathleen Strickland kstrickland@rmkb.com, schoo@rmkb.com;mmcpherson@rmkb.com |
| 19 | Harvey A. Strickon harveystrickon@paulhastings.com |
| | James M. Sullivan sullivan.james@arentfox.com, constantino.nova@arentfox.com |
| 20 | Lowell F. Sutherland sutherlandgerber@sbcglobal.net |
| 21 | Michelle T. Sutter msutter@ag.state.oh.us |
| | Marc N. Swanson swansonm@millercanfield.com |
| 22 | Matthew A. Swanson matthew.swanson@leonard.com |
| | Colleen M. Sweeney csweeney@dickinsonwright.com |
| 23 | Craig Tadlock craig@tadlocklawfirm.com |
| 24 | Stanley B. Tarr tarr@blankrome.com |
| | Samuel Jason Teele jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com |
| 25 | Gordon J. Toering gtoering@wnj.com |
| 26 | Patrick J. Trostle ptrostle@jenner.com |
| | Tonya A. Trumm tatrumm@michaelbest.com, safonte@michaelbest.com |

| | |
|---|---|
| 1 | Debra S. Turetsky dturetsky@reedsmith.com |
| | Marshall C. Turner marshall.turner@husch.com |
| 2 | Ann Marie Uetz auetz@foley.com |
| 3 | Raymond J. Urbanik rurbanik@munsch.com |
| | Shmuel Vasser shmuel.vasser@dechert.com |
| 4 | Wendy S. Walker wwalker@morganlewis.com |
| | G. Alan Wallace gwall@fraserlawfirm.com |
| 5 | Kimberly A. Walsh bk-kwalsh@oag.state.tx.us |
| | Sean M. Walsh swalsh@gmhlaw.com, jmahar@gmhlaw.com |
| 6 | TimothyW.Walshtwalsh@llgm.com;rxscaria@llgm.com;wcoleman@llgm.com;celliott@llgm.com |
| 7 | David H. Wander dwander@wanderlaw.com |
| | Lucas Ward lucas.ward@ohioattorneygeneral.gov |
| 8 | Eric G. Waxman ewaxman@westermanllp.com |
| | Jeffrey T. Wegner jeffrey.wegner@kutakrock.com |
| 9 | Martin James Weis weismj@dilworthlaw.com |
| | Eric A. Weiss eaweiss@mdwcg.com |
| 10 | Robert B. Weiss rweiss@honigman.com |
| 11 | Elizabeth Weller dallas.bankruptcy@publicans.com |
| | Michael R. Wernette mwernette@schaferandweiner.com |
| 12 | David B. Wheeler davidwheeler@mvalaw.com |
| | Stephanie Wickouski stephanie.wickouski@dbr.com, |
| 13 | jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com, |
| | swickous@aol.com |
| 14 | Matthew E. Wilkins wilkins@bwst-law.com, marbury@bwst-law.com |
| 15 | Jeffrey C. Wisler jcw@cblhlaw.com |
| | Blanka K. Wolfe bwolfe@sheppardmullin.com |
| 16 | Robert D. Wolford ecfwolfordr@millerjohnson.com |
| | Scott A. Wolfson swolfson@wolfsonbolton.com, jrecchia@wolfsonbolton.com |
| 17 | Cynthia Woodruff-Neer cwoodruff-neer@alpine-usa.com |
| 18 | Karon Y. Wright karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us |
| | Dwight Yellen dyellen@ballonstoll.com |
| 19 | Doron Yitzchaki dyitzchaki@dickinsonwright.com |
| | Jonathan W. Young young@wildman.com |
| 20 | S. Alyssa Young ayoung@leaderberkon.com |
| | German Yusufov pcaocvbk@pcao.pima.gov |
| 21 | Terry L. Zabel ecf-tlz@rhoadesmckee.com |
| 22 | Rafael X. Zahralddin rxza@elliottgreenleaf.com |
| | Eric Zajac eric@teamlawyers.com, erin@teamlawyers.com |
| 23 | Bruce R. Zirinsky zirinskyb@gtlaw.com, cusumanod@gtlaw.com |
| | Edward P. Zujkowski ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com |
| 24 | |
| 25 | A true and correct copy of the Joinder has been deposited into the U.S. mail, first-class, postage prepaid, to the following parties: |
| 26 | |

| DECLARATION OF SERVICE | 13 | OFFICE OF THE ATTORNEY GENERAL<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104-3188<br>(206) 389-2187 phone – (206) 587-5150 fax |

| | |
|---|---|
| 1 | WeilGotshal & Manges LLP, |
|   | Attorneys for the Debtors |
| 2 | Attn: Harvey R. Miller, Esq. |
| 3 | 767 Fifth Avenue |
|   | New York, New York 10153 |
| 4 | |
|   | WeilGotshal & Manges LLP, |
| 5 | Attn: Stephen Karotkin, Esq. |
|   | 767 Fifth Avenue |
| 6 | New York, New York 10153 |
| 7 | |
|   | WeilGotshal & Manges LLP, |
| 8 | Attn: Joseph H. Smolinsky, Esq. |
|   | 767 Fifth Avenue |
| 9 | New York, New York 10153I |
| 10 | |
|   | The Debtors |
| 11 | C/O Motors Liquidation Company |
|   | Attn: Ted Stenger |
| 12 | 500 Renaissance Center, Ste. 1400 |
|   | Detroit Michigan 48243 |
| 13 | |
|   | General Motors, LLC |
| 14 | Attn: Lawrence S. Buonomo, Esq. |
| 15 | 300 Renaissance Center |
|   | Detroit Michigan 48265 |
| 16 | |
|   | Cadwalader, Wickersham & Taft LLP |
| 17 | Attorneys for the United States Department of the Treasury |
| 18 | Attn: John J. Rapisardi, Esq. |
|   | One World Financial Center, |
| 19 | New York, New York 10281 |
| 20 | The United States Department of the Treasury |
|   | Attn: Joseph Samarias, Esq. |
| 21 | 1500 Pennsylvania Avenue NW, Room 2312 |
| 22 | Washington, DC 20220 |
| 23 | Vedder Price, P.C., |
|   | Attorneys for Export Development Canada |
| 24 | Attn: Michael J. Edelman |
|   | 1633 Broadway, 47th Floor |
| 25 | New York, NY 10019 |
| 26 | |

DECLARATION OF SERVICE          14

1  Vedder Price, P.C.,
   Attorneys for Export Development Canada
2  Attn: Michael L. Schein, Esq.
3  1633 Broadway, 47th Floor
   New York, NY 10019

4
   Kramer Levin Naftalis & Frankel LLP,
5  Attorneys for the statutory committee of unsecured creditors
   Attn: Thomas Moers Mayer, Esq.
6  1177 Avenue of the Americas
7  New York, NY 10036

8  Kramer Levin Naftalis & Frankel LLP,
   Attorneys for the Statutory committee of unsecured creditors
9  Attn: Amy Caton, Esq.
   1177 Avenue of the Americas
10 New York, NY 10036

11
   Office of the United States Trustee
12 for the Southern District of New York
   Attn: Diana G. Adams, Esq.
13 33 Whitewall Street, 21st Floor
   New York, NY 10004
14

15 U.S. Attorney Office, S.D.N.Y.
   Attn: David S. Jones, Esq.
16 86 Chambers Street, Third Floor
   New York, NY 10007
17

18 U.S. Attorney Office, S.D.N.Y
   Attn: Matthew L. Schwarts, Esq..
19 86 Chambers Street, Third Floor
   New York, NY 10007

20

21         I declare under penalty of perjury that the foregoing is true and correct.
22         EXECUTED this 22nd day of January, 2010

23
24                                             _____
                                                Kathryn Ferrier, Legal Assistant
25

26