UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                    :
                                                         :   Chapter 11 Case No.
**MOTORS LIQUIDATION COMPANY,** *et al.*,                :
     f/k/a General Motors Corp., *et al.*   :   09-50026 (REG)
                                                         :
        Debtors.                :   (Jointly Administered)
----------------------------------------------------------------x
In re                                                    :
                                                         :   Chapter 11 Case No.
**REMEDIATION AND LIABILITY**                            :
**MANAGEMENT COMPANY, INC.,**                            :   09-50029 (REG)
                                                         :
        Debtor.                 :
----------------------------------------------------------------x
In re                                                    :
                                                         :   Chapter 11 Case No.
**ENVIRONMENTAL CORPORATE**                              :
**REMEDIATION COMPANY, INC.,**                           :   09-50030 (REG)
                                                         :
        Debtor.                 :
----------------------------------------------------------------x

## AFFIDAVIT OF PUBLICATION

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Laurie M. Thornton, being duly sworn, depose and state:

    1. I am an Assistant Director of the Bankruptcy Operations Department of The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceedings. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

    2. On January 7, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused publication of the **Notice of Deadlines for Filing Certain Proofs of Claim** in the following publications:

Publication Name

- *Dayton Daily News*
- *Delaware Business Ledger*

- *Flint Journal*
- *Free Lance Star*
- *The Grand Rapids Press*
- *The Indianapolis Star*
- *Mansfield News Journal*
- *The Oakland Press*
- *Observer & Eccentric*
- *Parma Sun Post*
- *Pittsburgh Post Gazette*
- *Saginaw News*
- *Shreveport Times*
- *Ypsilanti Courier*

3. I state under penalty of perjury under the laws of the State of Washington that, to the best of my knowledge, the foregoing is true and correct.

Signed in Seattle, Washington this 25th day of January, 2010.

/s/ Laurie M. Thornton            .
LAURIE M. THORNTON

Sworn to before me in Seattle, Washington this 25th day of January, 2010.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires on: July 26, 2012
License No. 99205