## HIGH SCHOOL ROUNDUP

# Frosh leads 'Hawks to win

Staff Reports

Freshman guard Alexis Gassion scored 20 points to lead Fairborn to a 57-46 win over Miamisburg in a

ceived from calls, faxes or e-mails after 10:30 p.m. will be published only on DaytonDailyNews.com.

**To report scores** call 225-2250, 225-2405, 225-7492, 225-2412, 225-2381, fax 225-7352 or e-mail sports@DaytonDailyNews.com.

**To report weekly stats,** send by fax or e-mail only.

## LOCAL BOWLING

### Area Results

**Beaver-Vu** — Brad Borowy 753, Ryan Barnett 740, Ben Mangan 730, Jane Bloom 612, Lindsey Coulles 605.

**Capri** — Brian Warman 765, Greg Marshall 735, Mark Duff 735, Dwight Simmons 700, Bill Poepelmeier 694.

**Pla-Mor** —Brandon Newport 800, Kevin Naveau 749, Tony Davidson 744, Chong McHugh 706, Tiffany Collinsworth 656.

**Poelking Century** — Robert Van Tuinen 724, Brian Shaw 686, Dan Araujo Sr. 653, Amber Mailoris 617, Billie Byrd 563.

**Poelking Marian** —Jimmy Segi 724, Joe Rosenkrantz 722, Tony Ferraro 718, Lily Engle 687, Kelly Jaynes 655.

**Poelking South** — Josh Burkhardt 719, Jim Schmidt 718, Jim Upton 702, Teri Chase 606, Helen Koehler 585.

**Poelking Wilmington** — Craig Baker 765, Kevin McCleskey 711, Bruce Ludwig 710, Janet Welles 611, Amy Richards 598.

**Poelking Woodman** — Rick Bowman 728, Steve Storms 726, Joe Dalton 726, Jamie Beard 656, Kris Karsman 623.

**Thunderbowl** —George Gohagen III 760, Jason Fritz 758, John Papp 745, Megan Kelly 636, Sarah Reece 627.

**Timber** —Brett Woolery 739, Bruce Mansfield 672, Kurtis Smoot 654, Bob Watt 647, Jeremy Holster 639.

### Honor scores

**300 game**

**Ken Seeley** 244-300-211—755 in the Tuesday Express League at Poelking Marian.

**Roger Cantrell** 201-300-181—682 in the Tuesday Express League at Poelking Marian.

**Jeff Chase** 227-194-300—721 in the Moose League at Poelking South.

**Bob Beach** 247-300-247—794 in the Miami Valley Classic League at Capri.

**700 series**

**Peg Stoff** 237-265-213—715 in the Ladies Distaff League at Poelking Woodman.

**Chong McHugh** 204-268-236—706 in the Business Women's League at Pla-Mor.

**800 series**

**Brandon Newport** 268-276-256—800 in the TMT League at Pla-Mor.

**Les Ash** 278-269-267—814 in the Miami Valley Classic League at Capri.

# Alter runs record to 9-0

**Ashley Christie leads the Knights past Carroll 48-39.**

By Dave Long
Contributing Writer

RIVERSIDE — Ashley Christie was the starter and finisher for Alter during its 48-39 girls high school basketball win over Carroll on Wednesday, Jan. 6.

The 9-0 Knights got off to an 11-0 lead with Christie, a 5-foot-7 senior, scoring all 11 points.

West Liberty-Salem: C. Link 4, R. Ropp 2,

➤ Carroll got within 32-29 late in the third quarter and Christie drained a 3-point shot to get it back to 35-29.

➤ With the score 37-35 with 3:57 left, she drove the lane off a fastbreak, got the basket, was fouled and hit the free throw for a 40-35 lead.

➤ When Carroll got within 40-37, she made a steal with 1:56 left and got a layup for a 42-37 game. On the ensuing possession, she got another steal. Teammate Megan Court-

Fairmont at Beavercreek, 7:30 p.m.

Rob Berry. "We needed to take care of the ball against their pressure and keep her from having a big night. Didn't do too well on either one."

Christie had a season-high 23 points. Alter's defense forced Carroll into 28 turnovers, 19 in the first half when it had leads as high as 14 points.

"I was more ready to play tonight than against Beavercreek (a 3-for-19 shooting night)," Christie said. "I don't play defense as well as some of the girls on our

30 p.m.

Alter's Megan Courtney tries to keep control with Carroll's Molly McGloin on defense at Carroll High School on Wednesday, Jan. 6. Staff photo by Teesha McClam

30 p.m.

## Public Hearings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>**MOTORS LIQUIDATION COMPANY**<br>**f/k/a GENERAL MOTORS CORPORATION,** *et al.*,<br>**Debtors.** | **Chapter 11 Case No.**<br>**09-50026 (REG)**<br>**(Jointly Administered)** |

**NOTICE OF DEADLINE**
**FOR FILING CERTAIN PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |

PLEASE TAKE NOTICE THAT, on **December 18, 2009**, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Motors Liquidation Company (**f/k/a General Motors Corporation**) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered a supplemental order (the "**Supplemental Bar Date Order**") establishing (i) **February 10, 2010, at 5:00 p.m. (Eastern Time)** (the "**Property Claims Bar Date**") as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against any of the Debtors with respect to their person or real property arising from being located adjacent to, or in the proximity of, the properties listed at the end of this notice (a "**Property Proof of Claim**").

The Supplemental Bar Date Order, the Property Claims Bar Date and the procedures set forth below for the filing of Property Proofs of Claim apply to all such claims against the Debtors that arose prior to **June 1, 2009**, the date on which the Debtors commenced their cases under the United States Bankruptcy Code (the "**Bankruptcy Code**").

**<u>If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com</u>**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROPERTY PROOF OF CLAIM.**

**1. WHO MUST FILE A PROPERTY PROOF OF CLAIM**

You **MUST** file a **Property Proof of Claim** to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to **June 1, 2009**. Acts or omissions of the Debtors that occurred before **June 1, 2009** may give rise to claims against the Debtors that must be filed by **February 10, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **June 1, 2009**.

Pursuant to section 101(5) of the **Bankruptcy Code** and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROPERTY PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**2. WHEN AND WHERE TO FILE**

All Property Proofs of Claim must be filed so as to be **<u>actually received</u>** on or before **February 10, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by first-class mail, to
The Garden City Group, Inc
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

<u>Or</u> if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Property Proofs of Claim will be deemed timely filed only if **<u>actually received</u>** by The Garden City Group, Inc. or the Court on or before **February 10, 2010**. Property Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Property Proof of Claim, your filed Property Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) **be signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROPERTY PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROPERTY PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Property Proof of Claim Forms may be obtained at <u>www.uscourts.gov/bkforms/</u> or <u>www.motorsliquidationdocket.com</u>.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROPERTY PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROPERTY PROOF OF CLAIM BY THE PROPERTY CLAIMS BAR DATE**

***If you do not file a Property Proof of Claim on or before February 10, 2010 in the appropriate form in accordance with the procedures described in this Notice for any such claim you wish to assert against each of the Debtors, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything related to the claim and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.***

**A holder of a possible claim against the Debtors should consult an attorney as to whether the holder should file a Property Proof of Claim.**

DATED: December 18, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310 8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**<u>LIST OF PROPERTIES</u>**

| Site Name | Address | City, State Zip |
|---|---|---|
| BUICK CITY | 902 EAST HAMILTON AVENUE | FLINT, MICHIGAN 48550 |
| FIERO SITE | 900 BALDWIN AVENUE | PONTIAC, MICHIGAN 48340 |
| FLINT FLOWTHROUGH WAREHOUSE | 4002 JAMES COLE BOULEVARD | FLINT, MICHIGAN 48503 |
| GMPT - FREDERICKSBURG | 11032 TIDEWATER TRAIL | FREDERICKSBURG, VIRGINIA 22408 |
| GMPT - LIVONIA | 12200 MIDDLEBELT | LIVONIA, MICHIGAN 48150 |
| GMPT - PARMA COMPLEX | 5400 CHEVROLET BOULEVARD PO BOX 30098 | PARMA, OHIO 44130 |
| GMPT - WILLOW RUN | 2930 ECORSE ROAD | YPSILANTI, MICHIGAN 48198 |
| GMVM - MORAINE ASSEMBLY | 2601 WEST STROOP ROAD | MORAINE, OHIO 45439 |
| GMVM - PONTIAC ASSEMBLY | 2100 SOUTH OPDYKE ROAD | PONTIAC, MICHIGAN 48341 |
| GMVM - WILMINGTON ASSEMBLY | 801 BOXWOOD ROAD PO BOX 1512 - 19899 | WILMINGTON, DELAWARE 19804 |
| PCC - VALIDATION | 200 SOUTH BOULEVARD WEST | PONTIAC, MICHIGAN 48341 |
| SAGINAW NODULAR IRON | 2100 VETERANS MEMORIAL PARKWAY | SAGINAW, MICHIGAN 48605 |
| SHREVEPORT PLANT (GMVM & STAMPING) | 7600 GENERAL MOTORS BOULEVARD PO BOX 30011 - 71130-0011 | SHREVEPORT, LOUISIANA 71130 |
| STAMPING - GRAND RAPIDS | 300 36TH STREET SOUTHWEST | WYOMING, MICHIGAN 49548 |
| STAMPING INDIANAPOLIS | 340 WHITE RIVER PARKWAY WEST DRIVE SOUTH 50 | INDIANAPOLIS, INDIANA 46206 |
| STAMPING - MANSFIELD | 2525 WEST FOURTH STREET PO BOX 2567 - 44906 | MANSFIELD, OHIO 44906 |
| STAMPING - PITTSBURGH | 1451 LEBANON SCHOOL ROAD | WEST MIFFLIN, PENNSYLVANIA 15122 |
| STAMPING - PONTIAC NORTH CAMPUS | 220 EAST COLUMBIA | PONTIAC, MICHIGAN 48340 |

## ATTENTION LEGAL ADVERTISERS

Listed below are the deadlines for placing legal advertisements with the Dayton Daily News. Deadlines may vary during holiday periods.

| | |
|---|---|
| *To Run Monday* | *Thurs. 2:00 pm* |
| *To Run Tuesday* | *Fri. 2:00 pm* |
| *To Run Wednesday* | *Mon. 2:00 pm* |
| *To Run Thursday* | *Tues. 2:00 pm* |
| *To Run Friday* | *Wed. 2:00 pm* |
| *To Run Saturday* | *Thurs. 2:00 pm* |
| *To Run Sunday* | *Thurs. 2:00 pm* |

To place your legal notice, please fax to 225-2043 or e-mail to legals@coxohio.com. For any questions concerning placement or problems, please call our Legal Advertising line at 937-225-7367. You can view Legals online at www.DaytonDailyNews.com

## Notice to Bidders

**State of Ohio**
**Ohio School Facilities Commission**
**<u>NOTICE TO BIDDERS</u>**

Sealed Bids will be received by the Huber Heights City Schools (the "School District Board"), at Huber Heights City Schools, Administration Office located at 5954 Longford Road, Huber Heights, Ohio 45424, Attention Susan Gunnell, Assistant Superintendent
Huber Heights - Boilers
Various Locations

**McGraw Hill Construction/Dodge**
7265 Kenwood Road
Suite 200
Cincinnati, Ohio 43215

**Builders Exchange (Dayton)**
2077 Embury Park Rd
Dayton, OH 45414-5542

**Builders Exchange (Louisville)**
225 Walton Ave
Louisville, KY 40202

**Builders Exchange (Cincinnati)**
4350 Glendale Milford Road, Suite 120
Cincinnati, OH 45242

**Lynn Imaging**
5353 Muhlhauser Road
West Chester, OH 45011
513 454 1040

**Reed Construction Data**
30 Technology Parkway South, Suite 100
Norcross, GA 30092

**Allied Construction Industries**
3 Kovach Drive
Cincinnati, OH 45215

1220/728 Jan 7, 2009

## Public Hearings

**<u>LEGAL NOTICE</u>**

**ATTORNEY:**
**RICHARD D. SPOTSWOOD**
**SB# 58366**
**JACOBS, SPOTSWOOD & CASPER, LLP**
**200 MAGEE AVENUE**
**MILL VALLEY, CA 94941**
**[415] 389-1500**

ATTORNEY FOR
**GERALDINE BLALARK**

SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN FRANCISCO
400 MCALLISTER STREET
SAN FRANCISCO, CA 94102

**UNLIMITED JURISDICTION**

PLAINTIFF
**GERALDINE BLALARK,**
DEFENDANT
**ODESSA HELTON, et al.**

**STATEMENT OF DAMAGES**
CASE NUMBER
CGC 09-484978
**TO: MICHELLE HARPER**
PLAINTIFF GERALDINE BLALARK SEEKS DAMAGES IN THE ABOVE-ENTITLED ACTION, AS FOLLOWS

**1. GENERAL DAMAGES:**
a. pain, suffering, inconvenience ... $300,000
b. emotional distress ... $225,000

**2. SPECIAL DAMAGES:**
a. medical expenses [to date] ... $ 64,023

**DATED:** NOVEMBER 23, 2009

***/S/RICHARD D. SPOTSWOOD, ESQ.***
12201454 12/17,24,31/09, 1/7/10

**Notice of Meeting:** The Trotwood Preparatory and Fitness Academy Board of Directors will meet at 6:00 p.m. on Tuesday, January 12, 2010, at 1615 Selma Rd. Springfield, OH 45505
12733837 1-7,8/10

## 45005

### NOTICE

### LENDING OPPORTUNITIES

*********NOTICE**********

Borrow Smart. Contact the Ohio Division of Financial Institutions' Office of Consumer Affairs BEFORE you refinance your home or obtain a loan. BEWARE of requests for any large advance payment of fees or insurance. Call the Office of Consumer Affairs toll free at 1-866-278-0003 to learn if the mortgage broker or lender is properly licensed. (This notice is a public service announcement)

▶ LETTERS CONTINUED FROM PAGE 2

we can offer incentives to the builders to start the communities, and have mortgage companies lined up to offer home buying assistance. With very little out of pocket costs to the State, we can offer incentives to buy, especially to the deserving middle class of workers that make up the bulk of our population. Surely we can work with the builders to offer less expensive homes (then perhaps originally targeted) and have a win win situation all the way around.

What is more vital to government than providing basic housing opportunities to its citizens? After all, Delaware's preamble mentions the acquiring of property as essential to the welfare of its residents. One housing crisis should not preclude us from this goal. Let's try to go back to basics and make this once again a priority.

# In defense of WHYY

To: Editor
From: William J. Marrazzo, President and CEO, WHYY

*(Editor's note: This letter comes in response to criticism of the public television, including a challenge to its FCC license by the City of Wilmington)*

Recent (online) Delaware Business Ledger stories about WHYY clearly show the value of public service media in our region. I would like to clarify some key points. WHYY has no intention of leaving Wilmington. We have reporters, anchors, camera operators, producers and editors working daily at our Wilmington studio and are working with Mayor Baker and his staff to find a location in the city more suited to today's multimedia production needs.

Maintaining a newsroom in Delaware is not a requirement of our FCC license but rather a voluntary and important part of our strategy of serving Delaware's needs. In fact, we devote more time to Delaware than any other community we serve.

WHYY's ongoing transition from a traditional radio and television broadcaster has called for us to refocus our delivery of content to Delaware by using multiple media platforms. With three digital TV channels, we offer free over-the-air service throughout the state with education, information and arts programming. We produce First, a top-notch weekly news program dedicated to Delaware, broadcast Fridays at 5:30 p.m. with four rebroadcast times. We also offer recently expanded Delaware coverage on WHYY-FM and at WHYY.org, featuring multimedia news.

To ensure the vitality and viability of the enterprise, WHYY management recently reinvested resources from a legacy medium such as TV to a thriving, growing new media, the Web. It must also be noted that commercial and non-commercial TV news are losing revenue, with increasingly more people consuming news from the Web.

We are grateful for Delaware's $100,000 in appropriations for the 2010 fiscal year during these challenging economic times and thankful for the ongoing support of individual members and businesses. That support makes it possible for us to remain Delaware's only full-service television station.

## Does It Work?

For the program year ended June 30, 2009, the Delaware Department of Education Adult Education Office reports that –
450 Delaware adults earned their regular high school diploma at the James H. Groves Adult High School Centers.
1,729 Delaware adults were enrolled at the 7 Groves Centers.
812 Delaware adults qualified for their GED certificates.
2,514 Delaware adults enrolled in pre-high school or English as a Second Language programs earned higher level placement.
5,155 Delaware adults were enrolled in the 20 programs providing pre-high school or English as a Second Language instruction.

## Yes, It Works!

10% of the 68,000 Delaware adults of working age who do not have a high school diploma or GED were enrolled in these 27 programs.
Almost 2% (1,262) of the 68,000 earned their diploma or certificate in 2008-2009 and more will complete in 2009-2010.

## Will You Help?

**Mentor an adult to enroll and complete a program - Join DCL**
**Talk up the programs - Volunteer to tutor an adult learner**

**Act NOW!** -- For more information go to
**www.decoalitionforliteracy.com**
or email: sydgoldberg@yahoo.com or telephone 302-366-8771.

**Join the DCL Benefit Lunch or Dinner At the Big Fish Grille on the Wilmington Waterfront on Sunday, January 24, 2010.**
Present the event flyer to your server and a percentage of the total net sales generated by the flyers will be donated to the Delaware Coalition for Literacy.
Call or email Syd Goldberg to receive your flyer.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re<br>**MOTORS LIQUIDATION COMPANY**<br>***f/k/a*** **GENERAL MOTORS CORPORATION, *et al.*,**<br>**Debtors.** | **Chapter 11 Case No.**<br>**09-50026 (REG)**<br>**(Jointly Administered)** |
|---|---|

**NOTICE OF DEADLINE**
**FOR FILING CERTAIN PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |

PLEASE TAKE NOTICE THAT, or December 18, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a **General Motors Corporation**) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered a supplemental order (the "**Supplemental Bar Date Order**") establishing (i) **February 10, 2010, at 5:00 p.m. (Eastern Time)** (the "**Property Claims Bar Date**") as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against any of the Debtors with respect to their person or real property arising from being located adjacent to, or in the proximity of, the properties listed at the end of this notice (a "**Property Proof of Claim**").

The Supplemental Bar Date Order, the Property Claims Bar Date and the procedures set forth below for the filing of Property Proofs of Claim apply to all such claims against the Debtors that arose prior to **June 1, 2009**, the date on which the Debtors commenced their cases under the United States Bankruptcy Code (the "**Bankruptcy Code**").

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROPERTY PROOF OF CLAIM.**

**1. WHO MUST FILE A PROPERTY PROOF OF CLAIM**

You **MUST** file a **Property Proof of Claim** to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to **June 1, 2009**. Acts or omissions of the Debtors that occurred **before June 1, 2009** may give rise to claims against the Debtors that must be filed by **February 10, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **June 1, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROPERTY PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**2. WHEN AND WHERE TO FILE**

All Property Proofs of Claim must be filed so as to be **actually received** on or before **February 10, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Property Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 10, 2010**. Property Proofs of Claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Property Proof of Claim, your filed Property Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROPERTY PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROPERTY PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE

Property Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidationdocket.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROPERTY PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROPERTY PROOF OF CLAIM BY THE PROPERTY CLAIMS BAR DATE**

***If you do not file a Property Proof of Claim on or before February 10, 2010 in the appropriate form in accordance with the procedures described in this Notice for any such claim you wish to assert against each of the Debtors, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything related to the claim and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.***

**A holder of a possible claim against the Debtors should consult an attorney as to whether the holder should file a Property Proof of Claim.**

DATED: December 18, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| BUICK CITY | 902 EAST HAMILTON AVENUE | FLINT, MICHIGAN 48550 |
| FIERO SITE | 900 BALDWIN AVENUE | PONTIAC, MICHIGAN 48340 |
| FLINT FLOWTHROUGH WAREHOUSE | 4002 JAMES COLE BOULEVARD | FLINT, MICHIGAN 48503 |
| GMPT - FREDERICKSBURG | 11032 TIDEWATER TRAIL | FREDERICKSBURG, VIRGINIA 22408 |
| GMPT - LIVONIA | 12200 MIDDLEBELT | LIVONIA, MICHIGAN 48150 |
| GMPT - PARMA COMPLEX | 5400 CHEVROLET BOULEVARD PO BOX 30098 | PARMA, OHIO 44130 |
| GMPT - WILLOW RUN | 2930 ECORSE ROAD | YPSILANTI, MICHIGAN 48198 |
| GMVM - MORAINE ASSEMBLY | 2601 WEST STROOP ROAD | MORAINE, OHIO 45439 |
| GMVM - PONTIAC ASSEMBLY | 2100 SOUTH OPDYKE ROAD | PONTIAC, MICHIGAN 48341 |
| GMVM - WILMINGTON ASSEMBLY | 801 BOXWOOD ROAD PO BOX 1512 - 19899 | WILMINGTON, DELAWARE 19804 |
| PCC - VALIDATION | 200 SOUTH BOULEVARD WEST | PONTIAC, MICHIGAN 48341 |
| SAGINAW NODULAR IRON | 2100 VETERANS MEMORIAL PARKWAY | SAGINAW, MICHIGAN 48605 |
| SHREVEPORT PLANT (GMVM & STAMPING) | 7600 GENERAL MOTORS BOULEVARD PO BOX 30011 - 71130-0011 | SHREVEPORT, LOUISIANA 71130 |
| STAMPING - GRAND RAPIDS | 300 36TH STREET SOUTHWEST | WYOMING, MICHIGAN 49548 |
| STAMPING - INDIANAPOLIS | 340 WHITE RIVER PARKWAY WEST DRIVE SOUTH 50 | INDIANAPOLIS, INDIANA 46206 |
| STAMPING - MANSFIELD | 2525 WEST FOURTH STREET PO BOX 2567 - 44906 | MANSFIELD, OHIO 44906 |
| STAMPING - PITTSBURGH | 1451 LEBANON SCHOOL ROAD | WEST MIFFLIN, PENNSYLVANIA 15122 |
| STAMPING - PONTIAC NORTH CAMPUS | 220 EAST COLUMBIA | PONTIAC, MICHIGAN 48340 |

REAL ESTATE SALE

- Building Plans Bids
- Business for Sale
- Commercial Industrial
- Condos Townhouses
- Cottage Resorts
- Exchanges
- Farms Acreage Sale
- Home Inspections
- Homes for Sale
- Income Property
- Just Listed
- Lakeshore Open
- Lots for Sale
- Mobile Home Site Sale
- Mfg Homes Sale
- Misc Services
- Mobile Homes Sale
- Mortgages Contracts
- Northern Michigan Property
- Open Houses
- Out City State
- Suburban Country
- Time Share Sale
- Wanted to Buy
- Waterfront Property

COMMERCIAL AND INDUSTRY

CHESANING - 4800 sq. ft. commercial building in great shape. Lease available. $125,000. Call Howard, Garrow & Associates 866-845-9887.

MT. MORRIS - 1778 sq. ft. commercial building is shell can be finished for business, ample parking. $49,000. Gary, Garrow & Associates 810-250-8347.

FARMS, ACREAGE FOR SALE

SOUTHWEST Saginaw County - 84 acres, farm ground, $209,900. Farmer to lease back. Call Howard, Garrow & Associates at 866-845-9887.

HOMES, CITY FOR SALE

FLINT- All AREAS HUD homes. M.L. Edelen Realty, (810) 234-SELL.

MANUFACTURED HOMES FOR SALE

BUY HERE - FINANCE HERE - We have many homes to choose from. Low lot rent. Meadowbrook, 810-639-2170

BUYING ALL HOMES We move them for free! 810-235-4245 or 785-9871

Can't Get Financed? Been turned down? Bankruptcy? Foreclosure? NO PROBLEM! Call Landstar Homes today for your new home. 810-743-6527. Restrictions Apply

CARMAN SCHOOLS Mobile Homes For Sale 810-767-2222

FLINT Twp. -3 bedroom, 2 bath. Chef's kitchen. New carpet/Master Suite. Own at $628/ mo. includes lot rent, sewer, water& trash. 810-732-0274.

FLUSHING ESTATES - Will pay $8,000 towards the move of your existing home to our beautiful community which sits along side the Flint River. Call 810-659-5111 for details.

FREE MOVE - To Community. Beautiful Country living Meadowbrook 810-639-2170.

MANUFACTURED HOMES FOR SALE

GRAND BLANC Schools 3 bedroom, 2 bath. Low down /monthly. Owner financing. No credit qualifying. Great deal, hurry! Won't last! 810-814-0013

Relocate your home to Indian Hills Manor! We will move your home free PLUS get 3 months rent free! We also have Rentals and Fixer-Uppers for sale. 810-736-9420

WON'T LAST! LOW CREDIT SCORE? - We can help. Owner financing. 3 bedroom, 2 bath. Low fixed monthly payments. 810-814-0013

MOBILE HOMES FOR SALE

GRAND BLANC Schools 3 bedroom, 2 bath. Low down /mo. Owner financing, all credit. 814-0013.

Swartz Creek/Durand - Great Value! $500 a month - Low down payment. 3 bedroom, 2 bath. Call 810-814-0013.

MISCELLANEOUS SERVICES

WE BUY HOUSES (810) 767-2727 www.helmbuys.com

NORTHERN MICHIGAN PROPERTIES

Atlanta, MI Fully furnished NICE Single wide mobile home on foundation. $26,000 GREAT HUNTING AND SNOWMOBILING AREA! CALL 810-639-4305

SUBURBAN FOR SALE

BENDLE - HUD Home. 2 bedroom, vinyl sided ranch with fenced yard. $11,000. The Paul Raymond Team 810-244-8889, Re/Max Select.

BURTON - Move in ready, 3 bedroom, brick ranch, refinished hardwood floors on 2 acres. $84,900. Call Gary, Garrow & Associates 810-250-8347.

Carman-Ainsworth - Foreclosure. 3 bedroom, 1.5 bath, basement, garage, fenced. $39,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

CARMAN-AINSWORTH - HUD Home. 3 bedroom, 1.5 bath, garage, fireplace, air. $33,000. The Paul Raymond Team 810-244-8889, Re/Max Select.

CARMAN - Immaculate completely remodeled 4 bedroom, 2 bath home, 1 acre. $89,900 Lease option available. Garrow & Associates 866-845-9887.

CHESANING - 1800 sq. ft. 3 bedroom, 2 bath. Excellent condition. Attached garage. $89,900. Call Howard, Garrow & Associates 866-845-9887.

CHESANING - 20 beautiful acres. Half wooded, half tillable. River. Great building site. Great hunting. $57,500. Garrow & Associates 866-845-9887.

CHESANING - 2 bedrooms hardwood floors. Newer roof, fenced backyard. All appliances. $49,900. Howard, Garrow & Associates 866-845-9887.

CHESANING - 5 yr. old home, 200+ ft golf course frontage 3.3 wooded acre 3,700+ sq. ft. $359,000. Call Howard Garrow & Associates 866-845-9887.

CHESANING - Land contract. Newer deluxe golf course condo, end unit. Full basement. $154,900. Call Howard, Garrow & Associates 866-845-9887.

CHESANING - Ranch, over 2,100 sq. ft., 300 feet of Shiawassee River frontage. 1.7 acres. $159,000. Call Howard, Garrow & Associates 866-845-9887.

CLIO - Completely remodeled from studs out. 3 large bedrooms, 1276 sq. ft. 2 custom decks. $79,900. Gary, Garrow & Associates 810-250-8347.

CLIO - Foreclosure. 3 bedroom, 1.5 baths, basement, 2 car garage, over 2000 sq. ft. $83,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

CLIO - Land Contract totally remodeled 1992 ranch. 3 bedrooms, 2 baths, 1.5 acres. $128,900. Call Gary, Garrow & Associates 810-250-8347.

CLIO - Large tri-level home updated kitchen, bath & floor coverings. 3 bedrooms, 1 acre. $94,900. Call Gary, Garrow & Associates 810-250-8347.

Davison - 40x60 polebarn, 3 bedroom 1.5 acres, rent with option to buy. At $74,900. Call First Real Estate 810-252-6813

FENTON - HUD Home. 2 bedroom condo, 1.5 baths, basement, garage, air. $52,000. The Paul Raymond Team 810-244-8889, Re/Max Select.

FENTON - HUD Home. 3 bedroom ranch, basement, 2 car garage, deck, air. $63,000. The Paul Raymond Team 810-244-8889, Re/Max Select.

FLUSHING - 4 bedroom, 2.5 bath, basement, garage, fireplace, air, many updates, pool. $129,900 The Paul Raymond Team 810-244-8889, Re/Max Select.

FLUSHING - Beautiful 2003 home, 2200+ sq. ft. 3 bedrooms, hardwood floors 3 car garage. $218,900. Gary, Garrow & Associates 810-250-8347.

FLUSHING - Foreclosure. 3 bedroom, 2 bath, basement, garage, needs some TLC. $34,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

FLUSHING - HUD Home. 3 bedroom, basement, detached garage, deck, barn. $23,000. The Paul Raymond Team 810-244-8889, Re/Max Select.

GAINES - 10 acres. New septic & well. 3 bedrooms, 2 barns, 2 storage buildings, lean two. $84,900. Gary, Garrow & Associates 810-250-8347.

GOODRICH - Foreclosure. Newer build, brick, 3 bedroom, 2 baths, basement, garage. $104,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

GRAND BLANC - Custom built home, 2 story, 4 bedrooms, 2.5 baths, maple kitchen, family room. $154,900. Gary, Garrow & Associates 810-250-8347.

GRAND BLANC - Foreclosure. 3 bedroom, 1.5 baths, basement, 2 car garage, deck. $74,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

GRAND BLANC - Foreclosure. 3 bedroom, 2 baths, basement, garage, deck, fireplace. $104,900. The Paul Raymond Team 244-8889, Re/Max Select.

GRAND BLANC - Foreclosure. 4 bedroom, basement, detached garage, air. $41,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

GRAND BLANC - Foreclosure. Large, 4 bedroom, 3 baths, basement, garage, fireplace. $90,500. The Paul Raymond Team 244-8889, Re/Max Select.

HOLLY - 212 Ft. of lake frontage. Absolutely beautiful home with over 2600 sq. ft on 5 acres. Gary, Garrow & Associates 810-250-8347.

HOLLY - Foreclosure. 3 bedroom, 2 baths, 2 car garage, fireplace, patio. $71,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

HOLLY - Foreclosure. 3 bedroom, 3 baths, basement, garage, fireplace, fenced, air. $62,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

LINDEN - Foreclosure. 3 bedroom, 1.5 bath, basement, garage, fireplace, 5+ acres. $93,010. The Paul Raymond Team 810-244-8889, Re/Max Select.

LINDEN - Foreclosure. 3 bedroom, 2 bath, basement, garage, deck, fireplace, air. $79,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

LINDEN - Foreclosure. 4 bedroom, 2 bath, finished walkout, fireplace, deck, pool. $114,900. The Paul Raymond Team 810-244-8889, Re/Max Select.

MILLINGTON - 78 acres beautiful setting, 3 bedroom, 2 baths, pole barn, outdoor wood burner. $259,000. Gary, Garrow & Associates 810-250-8347.

MONTROSE - Completely remodeled, ready to move into. 4 bedrooms, close to schools & town. $94,500. Gary, Garrow & Associates 810-250-8347.

MT. MORRIS - 2 story home close to everything totally remodeled move right in. warranty. $39,900. Gary, Garrow & Associates 810-250-8347.

RENT MY 2 bedroom/3 bath home! $650/mo. Call 810-356-4580

SWARTZ CREEK - HUD Home. 3 bedroom, vinyl siding, basement, 2 car garage $60,000. The Paul Raymond Team 810-244-8889, Re/Max Select.

SWARTZ CREEK - HUD Home. 4 bedroom, 2 baths, basement, garage, 1800+ sq. ft. $90,000. The Paul Raymond Team 810-244-8889, Re/Max Select.

OWN A HOME TODAY with NO MONEY out of pocket! You may qualify for the NEW government tax credit program. Bad credit, no problem. EZ in-house financing! Hometown America. 810-503-4424

ANNOUNCEMENTS

- Adoptions
- Adult Foster Care
- Bands DJs Music
- Bids
- Card of Thanks
- Charity Games
- Child Care Providers
- Entertainment Services
- Found
- Happy Ads
- Housesitting
- Legal Notices
- Lost
- Medical Emotional Services
- Personals
- Professional Services
- Public Notices
- Senior Services
- Tickets

FOUND

Boston Terrier - found north of University Park, Call (810) 234-7135.

Cat - Large, male, Tabby white collar, Genesee & Hill Area. 810-694-6187.

Dog mix, male, Dort Hwy/ E. Mt Morris Rd. Name Tyke at Animal Control

FOUND adult black cat Collingwood/Davison. (810) 743-7222.

Found - Large Dog. Northbound I-75. Call to identify. (810) 629-0723

LEGAL NOTICES

**ADVERTISEMENT FOR PRE-QUALIFICATION STATEMENT**
**Mott Community College**
**Mott Library Renovations AV and Structured Cabling Flint, Michigan**

**OWNER:** The Trustees of Charles Stewart Mott Community College

**PROJECT MANAGER:** Larry Koehler, Executive Director Physical Plant / College Architect

**ARCHITECT/ ENGINEER:**
SSOE, Inc. Architects Engineers
1050 Wilshire Drive, Suite 260
Troy, MI 48084
248-643-6222
Paul Thwing RA

**DESIGNER:**
Sound Decision
43311 Joy Rd. #217
Canton, MI 48178
734-216-4361
Steve Robinson CTS RCDD

**DUE DATE: Michigan based AV / Data Companies** interested in bidding the subject project are required to submit a Pre-qualification Statement on or before 5:00 PM, January 22, 2010.

**SUBMIT TO:** Jody Michael-Supervisor, Purchasing & Risk Management,
Mott Community College,
1401 East Court Street,
Flint, MI 48503

**PREQUALIFICATION STATEMENT:**
Submit **AIA Document A305 ""Contractor's Qualification Statement.""** Submit also: Location of office providing service to this site (Must be within 50 miles of campus.) All firms must have performed similar type work at MCC in the past 5 years or provide examples of at least 4 similar projects (Cat 6a cabling projects and Crestron controlled AV systems, network drop verification) in the past 3 years with owner references and contact information. The project information provided should include as-built and test results, pictures of rack terminations and cabling methods.

Submit an executive summary describing your firms proposed project personnel including the company's owners, engineering staff, project management staff, job foreman, etc.CTS certification of personnel is required; provide copy(s) of certificate(s) BICSI and RCDD certification of personnel is required; provide copy(s) of certificate(s).

**PROJECT DESCRIPTION**
Project includes but is not limited to the installation of audio, video and data in conjunction with the Mott Library Renovation on the campus of Mott Community College, Flint, Michigan. The existing library is three stories with a small fourth level and lower level mechanical / utility tunnel spaces. Demolition and construction work will occur on every level. System commissioning and LEED compliance are part of this contract. The overall project construction cost estimate is approximately $6.7 million dollars; the entire project budget is $8.1 million dollars.

**PRE-QUALIFICATION STATEMENT SUBMISSIONS ARE INVITED FOR THE FOLLOWING:**
This work will be competitively bid as a single, complete Technology Contract with all AV / Data Systems included. ALL firms must be able to provide both AV and Data installation services. If using a subcontractor for either trade, provide explanation and a detailed plan of work. (i.e. Subcontractor resumes, installation methods, service methods, warranty methods, etc.)This contract will be assigned to the successful bidder of the general renovation contract in the form of a change order. All requirements of the General Renovation Contract apply to this contract including Division 1 Specifications. Only Michigan based AV / Data Systems Companies who pre-qualify through this process, in the sole judgement of the Owner, may bid the work. AV / Data System Companies interested in submitting Pre-qualification Statements must have a current bonding capacity of at least $750,000 per project.

A ""**Project Labor Management Agreement**"" is applicable to and is part of the contract for this project and will be enforced. All firms must be signatory to local building trades union or sign and agree to the PLA agreement between MCC and the local building trades union and will be required to provide audited and certified wage reports. Auditor to be chosen by MCC but paid for by the contractor.

**PROCESS:**
1. Public Pre-qualification announcement.
2. AV /Data Contractors' Pre-qualification Statement submissions.
3. Owner / Architect Pre-qualification Statement review.
4. AV / Data Contractors' interview, if required by Owner.
5. Selection of invited, pre-qualified AV /Data Contractors.

**RIGHT TO REJECT:**
Owner reserves the right to reject any or all Pre-qualification Statements and to waive any informality, as its interests may require.

**AFFIRMATIVE ACTION:**
Mott Community College hereby notifies all bidders that it will affirmatively insure that, in regard to any contract entered into pursuant to this advertisement, minority business enterprises will be afforded full opportunity to submit bids in response to this invitation and will not be discriminated against on the grounds of sex, race, creed, color, religion, age, height, weight, marital status, national origin, ancestry, sexual orientation, disability or Vietnam-era veteran status.

THE TRUSTEES OF CHARLES STEWART MOTT COMMUNITY COLLEGE
Larry Koehler, Executive Director Physical Plant / College Architect

Envy! It works for me.
Like getting attention? Add a Background Tint to your classified ad, and turn the other ads green with envy.
Place an ad 24 hours a day 810.767.0680
The Flint Journal Classifieds FIND IT BUY IT SELL IT

LEGAL NOTICES

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>**MOTORS LIQUIDATION COMPANY**<br>**f/k/a GENERAL MOTORS CORPORATION, *et al.*,**<br>Debtors. | **Chapter 11 Case No.**<br>**09-50026 (REG)**<br>**(Jointly Administered)** |

**NOTICE OF DEADLINE**
**FOR FILING CERTAIN PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |

PLEASE TAKE NOTICE THAT, on December 18, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a **General Motors Corporation**) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered a supplemental order (the "**Supplemental Bar Date Order**") establishing (i) **February 10, 2010, at 5:00 p.m. (Eastern Time)** (the "**Property Claims Bar Date**") as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against any of the Debtors with respect to their person or real property arising from being located adjacent to, or in the proximity of, the properties listed at the end of this notice (a "**Property Proof of Claim**").

The Supplemental Bar Date Order, the Property Claims Bar Date and the procedures set forth below for the filing of Property Proofs of Claim apply to all such claims against the Debtors that arose prior to **June 1, 2009**, the date on which the Debtors commenced their cases under the United States Bankruptcy Code (the "**Bankruptcy Code**").

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROPERTY PROOF OF CLAIM.**

**1. WHO MUST FILE A PROPERTY PROOF OF CLAIM**

You **MUST** file a **Property Proof of Claim** to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to **June 1, 2009**. Acts or omissions of the Debtors that occurred before **June 1, 2009** may give rise to claims against the Debtors that must be filed by **February 10, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **June 1, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROPERTY PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**2. WHEN AND WHERE TO FILE**

All Property Proofs of Claim must be filed so as to be **actually received** on or before **February 10, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Property Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 10, 2010**. Property Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Property Proof of Claim, your filed Property Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROPERTY PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROPERTY PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Property Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidationdocket.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROPERTY PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROPERTY PROOF OF CLAIM BY THE PROPERTY CLAIMS BAR DATE**

***If you do not file a Property Proof of Claim on or before February 10, 2010 in the appropriate form in accordance with the procedures described in this Notice for any such claim you wish to assert against each of the Debtors, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything related to the claim and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.***

**A holder of a possible claim against the Debtors should consult an attorney as to whether the holder should file a Property Proof of Claim.**

DATED: December 18, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| BUICK CITY | 902 EAST HAMILTON AVENUE | FLINT, MICHIGAN 48550 |
| FIERO SITE | 900 BALDWIN AVENUE | PONTIAC, MICHIGAN 48340 |
| FLINT FLOWTHROUGH WAREHOUSE | 4002 JAMES COLE BOULEVARD | FLINT, MICHIGAN 48503 |
| GMPT - FREDERICKSBURG | 11032 TIDEWATER TRAIL | FREDERICKSBURG, VIRGINIA 22408 |
| GMPT - LIVONIA | 12200 MIDDLEBELT | LIVONIA, MICHIGAN 48150 |
| GMPT - PARMA COMPLEX | 5400 CHEVROLET BOULEVARD PO BOX 30098 | PARMA, OHIO 44130 |
| GMPT - WILLOW RUN | 2930 ECORSE ROAD | YPSILANTI, MICHIGAN 48198 |
| GMVM - MORAINE ASSEMBLY | 2601 WEST STROOP ROAD | MORAINE, OHIO 45439 |
| GMVM - PONTIAC ASSEMBLY | 2100 SOUTH OPDYKE ROAD | PONTIAC, MICHIGAN 48341 |
| GMVM - WILMINGTON ASSEMBLY | 801 BOXWOOD ROAD PO BOX 1512 - 19899 | WILMINGTON, DELAWARE 19804 |
| PCC - VALIDATION | 200 SOUTH BOULEVARD WEST | PONTIAC, MICHIGAN 48341 |
| SAGINAW NODULAR IRON | 2100 VETERANS MEMORIAL PARKWAY | SAGINAW, MICHIGAN 48605 |
| SHREVEPORT PLANT (GMVM & STAMPING) | 7600 GENERAL MOTORS BOULEVARD PO BOX 30011 - 71130-0011 | SHREVEPORT, LOUISIANA 71130 |
| STAMPING - GRAND RAPIDS | 300 36TH STREET SOUTHWEST | WYOMING, MICHIGAN 49548 |
| STAMPING - INDIANAPOLIS | 340 WHITE RIVER PARKWAY WEST DRIVE SOUTH 50 | INDIANAPOLIS, INDIANA 46206 |
| STAMPING - MANSFIELD | 2525 WEST FOURTH STREET PO BOX 2567 - 44906 | MANSFIELD, OHIO 44906 |
| STAMPING - PITTSBURGH | 1451 LEBANON SCHOOL ROAD | WEST MIFFLIN, PENNSYLVANIA 15122 |
| STAMPING - PONTIAC NORTH CAMPUS | 220 EAST COLUMBIA | PONTIAC, MICHIGAN 48340 |

2937708-01





**TRUSTEE'S SALE OF**
**22411 Tidewater Trail, Rappahannock Academy, VA 22538**

In execution of a certain deed of trust dated July 26, 2006, in the original principal amount of $170,000.00 recorded in the Clerk's Office, Circuit Court for Caroline County, Virginia, in Deed Book 849 Page 885, default having occurred in the payment of the Note thereby secured and at the request of the holder, the undersigned Substitute Trustee will offer for sale at public auction at the front steps of the Circuit Court for Caroline County, Main Street & Courthouse Lane, Bowling Green, Virginia, on January 26, 2010, at 5:04 p.m., the property described in said deed of trust, located at the above address, and more particularly described as follows:

ALL THAT CERTAIN TRACT, PIECE, OR PARCEL OF LAND LYING, BEING AND SITUATED IN PORT ROYAL MAGISTERIAL DISTRICT, CAROLINE COUNTY, VIRGINIA, CONTAINING IN AREA ONE (1) ACRE, MORE OR LESS AND BOUNDED AS FOLLOWS: ON THE NORTH BY LAND OF MARGARET T Y. HICKS; ON THE EAST BY LAND OF RICHARD B. GAINES; ON THE SOUTH BY HIGHWAY NO 17; AND ON THE WEST BY A PRIVATE ROAD LEADING INTO THE BUNDY CEMETARY, THE BUNDY CEMETARY, AND THE LAND OF ROLAND H. CROWLEY.

TERMS OF SALE: ALL CASH. A bidder's deposit of ten percent (10%) of the sale price or ten percent (10%) of the original principal balance of the subject deed of trust, whichever is lower, in the form of cash or certified funds payable to the Substitute Trustee must be present at the time of the sale. The balance of the purchase price will be due within fifteen (15) days of sale, otherwise Purchaser's deposit may be forfeited to Trustee. Time is of the essence. Sale is subject to post sale confirmation that the borrower did not file for protection under the U.S. Bankruptcy Code prior to the sale, as well as to post-sale confirmation and audit of the status of the loan with the loan servicer including, but not limited to, determination of whether the borrower entered into any repayment agreement, reinstated or paid off the loan prior to the sale. In any such event, the sale shall be null and void, and the Purchaser's sole remedy, in law or equity, shall be the return of his deposit without interest . Additional terms to be announced at the sale. A form copy of the Trustee's memorandum of foreclosure sale and contract to purchase real property is available for viewing at www.bgwsales.com.

This is a communication from a debt collector and any information obtained will be used for that purpose.

The sale is subject to seller confirmation.

Substitute Trustee: Equity Trustees, LLC, 2020 N. 14th Street, Suite 750, Arlington, VA 22201, 703/548-4600.

For information contact: Bierman, Geesing & Ward, LLC, attorneys for Equity Trustees, LLC, 4520 East West Highway, Suite 200, Bethesda, MD 20814, 301/961-6555, website: www.bgwsales.com. BGW# 62255 ASAP# 3388751. dec31,jan7

**TRUSTEE'S SALE OF**
**22561 Penola Road, Ruther Glen, VA 22546**

In execution of a certain deed of trust dated October 28, 2002, in the original principal amount of $87,077.00 recorded in the Clerk's Office, Circuit Court for Caroline County, Virginia, in Deed Book 604 Page 072, default having occurred in the payment of the Note thereby secured and at the request of the holder, the undersigned Substitute Trustee will offer for sale at public auction at the front steps of the Circuit Court for Caroline County, Main Street & Courthouse Lane, Bowling Green, Virginia, on January 26, 2010, at 5:04 p.m., the property described in said deed of trust, located at the above address, and more particularly described as follows:

ALL THAT CERTAIN TRACT, PIECE OR PARCEL OF LAND TOGETHER WITH THE APPURTENANCES THERETO BELONGING OR IN ANYWISE THEREUNTO APPERTAINING, LYING, BEING AND SITUATE IN REEDY CHURCH MAGISTERIAL DISTRICT, CAROLINE COUNTY, VIRGINIA, DESIGNATED AS "1.097 ACRES" AND BEING MORE DEFINITELY AND PARTICULARLY DESCRIBED ON PLAT OF SURVEY ENTITLED "HOUSE LOCATION SURVEY PLAT OF 1.097 ACRES LOCATED ABOUT 0.5 MILE S.E. OF PENOLA OFF OF RTE 601" MADE BY RAY S. TERRELL, CERTIFIED LAND SURVEYOR, DATED APRIL 10, 2001, WHICH SAID PLAT IS OF RECORD IN THE CLERK'S OFFICE IN DEED BOOK 554, PAGE 690.

TERMS OF SALE: ALL CASH. A bidder's deposit of ten percent (10%) of the sale price or ten percent (10%) of the original principal balance of the subject deed of trust, whichever is lower, in the form of cash or certified funds payable to the Substitute Trustee must be present at the time of the sale. The balance of the purchase price will be due within fifteen (15) days of sale, otherwise Purchaser's deposit may be forfeited to Trustee. Time is of the essence.

Sale is subject to post sale confirmation that the borrower did not file for protection under the U.S. Bankruptcy Code prior to the sale, as well as to post-sale confirmation and audit of the status of the loan with the loan servicer including, but not limited to, determination of whether the borrower entered into any repayment agreement, reinstated or paid off the loan prior to the sale. In any such event, the sale shall be null and void, and the Purchaser's sole remedy, in law or equity, shall be the return of his deposit without interest. Additional terms to be announced at the sale. A form copy of the Trustee's memorandum of foreclosure sale and contract to purchase real property is available for viewing at www.bgwsales.com. This is a communication from a debt collector and any information obtained will be used for that purpose. The sale is subject to seller confirmation.

Substitute Trustee: Equity Trustees, LLC, 2020 N. 14th Street, Suite 750, Arlington, VA 22201, 703/548-4600.

For information contact: Bierman, Geesing & Ward, LLC, attorneys for Equity Trustees, LLC, 4520 East West Highway, Suite 200, Bethesda, MD 20814, 301/961-6555, website: www.bgwsales.com. BGW# 94537 ASAP# 3388411. dec31,jan7

**TRUSTEE'S SALE OF**
**17546 Shumans Road, Ruther Glen, VA 22546**

In execution of a certain deed of trust dated May 18, 2005, in the original principal amount of $121,251.60 recorded in the Clerk's Office, Circuit Court for Caroline County, Virginia, in Deed Book 749 Page 227, default having occurred in the payment of the Note thereby secured and at the request of the holder, the undersigned Substitute Trustee will offer for sale at public auction at the front steps of the Circuit Court for Caroline County, Main Street & Courthouse Lane, Bowling Green, Virginia, on January 26, 2010, at 5:06 p.m., the property described in said deed of trust, located at the above address, and more particularly described as follows:

ALL THAT CERTAIN PARCEL OF LAND LYING IN REEDY CHURCH MAGISTERIAL DISTRICT, CAROLINE COUNTY, VIRGINIA, DESIGNATED AS LOT 7 CONTAINING 5.0022 ACRES AS SHOWN ON A PLAT ENTITLED OLDE TRAIL ESTATES, MADE BY SULLIVAN, DONAHOE AND INGALLS, FREDERICKSBURG, VIRGINIA, DATED JUNE 30, 1978, A COPY OF WHICH IS RECORDED IN THE CAROLINE CIRCUIT COURT IN PLAT CABINET A, PAGES A-24 AND A-24A. SUBJECT TO THE CERTAIN DEED OF DEDICATION, RESTRICTIVE COVENANTS AND EASEMENTS RECORDED IN DEED BOOK 247, PAGE 242. BEING THE SAME REAL ESTATE CONVEYED BY SILVER AND BURNETT LAND DEVELOPMENT, INC. TO RICHARD LEE PERRY AND LOLA ELIZABETH PERRY, HUSBAND AND WIFE, BY DEED DATED AUGUST 22, 1980 AND RECORDED IN THE ABOVEMENTIONED CLERK'S OFFICE IN DEED BOOK 256 AT PAGE 231.

TERMS OF SALE: ALL CASH. A bidder's deposit of ten percent (10%) of the sale price or ten percent (10%) of the original principal balance of the subject deed of trust, whichever is lower, in the form of cash or certified funds payable to the Substitute Trustee must be present at the time of the sale. The balance of the purchase price will be due within fifteen (15) days of sale, otherwise Purchaser's deposit may be forfeited to Trustee. Time is of the essence.

Sale is subject to post sale confirmation that the borrower did not file for protection under the U.S. Bankruptcy Code prior to the sale, as well as to post-sale confirmation and audit of the status of the loan with the loan servicer including, but not limited to, determination of whether the borrower entered into any repayment agreement, reinstated or paid off the loan prior to the sale. In any such event, the sale shall be null and void, and the Purchaser's sole remedy, in law or equity, shall be the return of his deposit without interest. Additional terms to be announced at the sale. A form copy of the Trustee's memorandum of foreclosure sale and contract to purchase real property is available for viewing at www.bgwsales.com.

This is a communication from a debt collector and any information obtained will be used for that purpose.

The sale is subject to seller confirmation.

Substitute Trustee: Equity Trustees, LLC, 2020 N. 14th Street, Suite 750, Arlington, VA 22201, 703/548-4600.

For information contact: Bierman, Geesing & Ward, LLC, attorneys for Equity Trustees, LLC, 4520 East West Highway, Suite 200, Bethesda, MD 20814, 301/961-6555, web site: www.bgwsales.com. BGW# 75495 ASAP# 3389652, dec31,jan7

**TRUSTEE'S SALE OF**
**6053 Rosedale Drive, King George, VA 22485**

In execution of a certain deed of trust dated March 24, 2006, in the original principal amount of $340,000.00 recorded in the Clerk's Office, Circuit Court for King George County, Virginia, in Deed Book 0585 Page 324, default having occurred in the payment of the Note thereby secured and at the request of the holder, the undersigned Substitute Trustee will offer for sale at public auction at front steps of Circuit Court for King George County, 9483 Kings Highway, King George, Virginia, on January 26, 2010, at 3:01 p.m., the property described in said deed of trust, located at the above address, and more particularly described as follows:

ALL THAT FOLLOWING PROPERTY AND SITUATE IN POTOMAC MAGISTERIAL DISTRICT, KING GEORGE COUNTY, VIRGINIA, DESIGNATED AS LOT 12, FERRY DOCK CROSSING SUBDIVISION, AS SHOWN ON A SUBDIVISION PLAT DATED NOVEMBER 13, 2002, REVISED JUNE 26, 2003, JULY 16, 2003 AND OCTOBER 28, 2003, WHICH PLAT OF SURVEY, TOGETHER WITH A DEED OF DEDICATED ASR DULY RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF KING GEORGE, VIRGINIA, IN DEED BOOK 467, AT PAGE 522..

TERMS OF SALE: ALL CASH. A bidder's deposit of ten percent (10%) of the sale price or ten percent (10%) of the original principal balance of the subject deed of trust, whichever is lower, in the form of cash or certified funds payable to the Substitute Trustee must be present at the time of the sale. The balance of the purchase price will be due within fifteen (15) days of sale, otherwise Purchaser's deposit may be forfeited to Trustee. Time is of the essence.

Sale is subject to post sale confirmation that the borrower did not file for protection under the U.S. Bankruptcy Code prior to the sale, as well as to post-sale confirmation and audit of the status of the loan with the loan servicer including, but not limited to, determination of whether the borrower entered into any repayment agreement, reinstated or paid off the loan prior to the sale. In any such event, the sale shall be null and void, and the Purchaser's sole remedy, in law or equity, shall be the return of his deposit without interest. Additional terms to be announced at the sale. A form copy of the Trustee's memorandum of foreclosure sale and contract to purchase real property is available for viewing at www.bgwsales.com.

This is a communication from a debt collector and any information obtained will be used for that purpose. The sale is subject to seller confirmation.

Substitute Trustee: Equity Trustees, LLC, 2020 N. 14th Street, Suite 750, Arlington, VA 22201, 703/548-4600.

For information contact: Bierman, Geesing, Ward & Wood, LLC, attorneys for Equity Trustees, LLC, 4520 East West Highway, Suite 200, Bethesda, MD 20814, 301/961-6555, web site: www.bgwsales.com. BGW# 57408. ASAP# 3398518. jan7,14

**TRUSTEE'S SALE OF**
**11300 KEELER CT**
**Fredericksburg, VA 22408**

In execution of a Deed of Trust in the original principal amount of $640,000.00, with an annual interest rate of 8.0000% from CAROLYN OGLESBY N/K/A CAROLYN JANETTE BOWMAN dated November 17, 2006, recorded among the land records of the Circuit Court for the COUNTY OF SPOTSYLVANIA as Deed Book/Instrument # 2006000 39549, the undersigned appointed Substitute Trustee will offer for sale at public auction at the front of the Circuit Court building for the County of Spotsylvania located at 9115 Courthouse Road, Spotsylvania, Virginia on January 19, 2010 at 5:15 p.m., the property with improvements to wit:

LOT 13, AS THE SAME APPEARS ON A PLAT ENTITLED "PLAT OF SUBDIVISION, LANSDOWNE SUBDIVISION", DATED JANUARY 13, 2004, RECORDED NOVEMBER 10, 2004, IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF SPOTSYLVANIA COUNTY, VIRGINIA, AS INSTRUMENT NUMBER 200400044925.

AND further described in the above Deed of Trust. (Tax Map No. 24G-2-13)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

TERMS OF SALE: ALL CASH. A bidder's deposit of $15,000.00 or 10% of the sale price, whichever is lower, will be required in cash, certified or cashier's check. Settlement within fifteen (15) days of sale, otherwise Trustees may forfeit deposit. Additional terms to be announced at sale. Loan type: Conventional. Trustee's File No. 09-171633V.

PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA, Substitute Trustees, C/O Shapiro & Burson, LLP, 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462. 757/687-8777.

**TRUSTEE'S SALE OF**
**16377 FOREST RD**
**Dahlgren, VA 22448**

In execution of a Deed of Trust in the original principal amount of $267,000.00, with an annual interest rate of 7.8750% from GARY W. AMBURGEY dated October 5, 2007, recorded among the land records of the Circuit Court for the COUNTY OF KING GEORGE as Deed Book/Instrument # 20071022000179570, the undersigned appointed Substitute Trustee will offer for sale at public auction at the front of the Circuit Court building for the County of King George located at 9483 Kings Highway, King George, Virginia on January 22, 2010 at 1:00 p.m., the property with improvements to wit:

CONTAINING AN AREA OF .60 OF AN ACRE, AS SHOWN ON A PLAT OF SURVEY RECORDED AMONG THE LAND RECORDS OF KING GEORGE COUNTY, VIRGINIA IN PLAT BOOK 4 AT PAGE 151.

AND further described in the above Deed of Trust. (Tax Map No. 18A1-1-39)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

TERMS OF SALE: ALL CASH. A bidder's deposit of $15,000.00 or 10% of the sale price, whichever is lower, will be required in cash, certified or cashier's check. Settlement within fifteen (15) days of sale, otherwise Trustees may forfeit deposit. Additional terms to be announced at sale. Loan type: Conventional. Trustee's File No. 09-172727D.

PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA, Substitute Trustees, C/O Shapiro & Burson, LLP, 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462. 757/687-8777.

**TRUSTEE'S SALE OF**
**12 NASSAU COURT**
**Stafford, VA 22554**

In execution of a Deed of Trust in the original principal amount of $340,000.00, with an annual interest rate of 6.2500% from SEAN C. ROUTIER AND ERIN A. ROUTIER dated May 30, 2007, recorded among the land records of the Circuit Court for the COUNTY OF STAFFORD as Deed Book/Instrument # LR070013837, the undersigned appointed Substitute Trustee will offer for sale at public auction on the courthouse steps of the Circuit Court building for the County of Stafford located at 1300 Courthouse Road, Stafford, Virginia on January 19, 2010 at 3:30 p.m., the property with improvements to wit:

LOT 161, SECTION 2, AUSTIN RIDGE, AS THE SAME IS DULY DEDICATED, PLATTED AND RECORDED IN PLAT BOOK 27, AT PAGES 87 THROUGH 93, AMONG THE LAND RECORDS OF STAFFORD COUNTY, VIRGINIA.

AND further described in the above Deed of Trust. (Tax Map No. 29-C-2--161)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

TERMS OF SALE: ALL CASH. A bidder's deposit of $15,000.00 or 10% of the sale price, whichever is lower, will be required in cash, certified or cashier's check. Settlement within fifteen (15) days of sale, otherwise Trustees may forfeit deposit. Additional terms to be announced at sale. Loan type: Conventional. Trustee's File No. 09-171561D.

PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA, Substitute Trustees, C/O Shapiro & Burson, LLP, 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462. 757.687-8777.

**TRUSTEE'S SALE OF**
**24 BEEJAY DR.**
**Fredericksburg, VA 22405**

In execution of a Deed of Trust in the original principal amount of $162,400.00, with an annual interest rate of 6.6250% from DAVID M. HATMI dated February 6, 2008, recorded among the land records of the Circuit Court for the COUNTY OF STAFFORD as Deed Book/Instrument # 080002465, the undersigned appointed Substitute Trustee will offer for sale at public auction on the courthouse steps of the Circuit Court building for the County of Stafford located at 1300 Courthouse Road, Stafford, Virginia on January 19, 2010 at 3:30 p.m., the property with improvements to wit:

CONTAINING SIXTY-ONE HUNDREDTHS (0.60) ACRE AS SHOWN BY A PLAT AND SURVEY THEREOF RECORDED IN DEED BOOK 174, PAGE 197, IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF STAFFORD COUNTY, VIRGINIA.

AND further described in the above Deed of Trust. (Tax Map No. 45-149D)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

TERMS OF SALE: ALL CASH. A bidder's deposit of $15,000.00 or 10% of the sale price, whichever is lower, will be required in cash, certified or cashier's check. Settlement within fifteen (15) days of sale, otherwise Trustees may forfeit deposit. Additional terms to be announced at sale. Loan type: Conventional. Trustee's File No. 09-171910D.

PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA, Substitute Trustees, C/O Shapiro & Burson, LLP, 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462; 757/687-8777.

Local news you need. Find it in **The Free Lance–Star.** Call 540/374-5002 for home delivery.

**NOTICE OF PUBLIC HEARING**

The Westmoreland County Wetland Board will hold a public hearing on January 25, 2010, in the auditorium of the A.T. Johnson Alumni Museum located at 18849 Kings Highway in Montross, Va. starting at 1:30 p.m.

Interested parties may attend and present their views on the following cases under consideration for Wetland Approval.

**Wetland Case # 1117** - Mary & Ellsworth Jr. Jennison, Trustees, 5001 Colfax Avenue, Alexandria, VA 22311 and Bayshore Design, P.O. Box 339, Kinsale, VA 22488- Request to remove existing deteriorated timber bulkhead; grade washed out bank and install 151 feet of rip-rap against graded bank face. Location: Placid Bay Estates Subdivision, lot 11, section 7, block 2 as shown on zoning map 10C, also known as 83 Bayview Drive, Washington Magisterial District. VMRC# 09-1714

**Wetland Case # 1118** - David & Cheryl Brubaker, 1217 Royal Way, Montross, Va. and Mary Paphides, 571 King Copsico Lane, Montross, Va. - Request to construct 140 feet of wood bulkhead with a angled return wall flanked with stone and extend existing wall 15 feet and replacing stone blocks. Location: Cabin Point Subdivision, lot 10, section 1, as shown on zoning map 25B2, also known as 1217 Royal Way, Cople Magisterial District, VMRC# 09-1668

**Wetland Case # 1119** - Robert Luebkert, 1712 Waldorf Ct. Crofton, MD 21114, and Bud Allen, 591 Guthries Green, Plan View, VA 23156 - request to remove damaged timber bulkhead and replace with 100 linear feet of rip-rap. Location: Machodoc View Subdivision, lot 3, section 1, as shown on zoning map 26F, also know as 280 Granny's Bar Road, Cople Magisterial District. VMRC# 09-1533

**Wetland Case # 1120** - Susan Grandpre, 947 Bryant Avenue, Colonial Beach, Va.; Lynn Basar, 945 Bryant Avenue, Colonial Beach, Va. and Balzer & Associates, Inc., Elizabeth (Tibby) Lawrence, 15871 City View Drive, Suite 200, Midlothian, VA 23113- request an after-the-fact approval to retain gabion baskets and rip-rap. Location: Town of Colonial Beach, lots 32 & 33, section 2, block 104 as shown on zoning map 3A2, Washington Magisterial District.

Copies of the application and other information are available for public review during regular business hours in the Land Use Administration office, in the George D. English, Sr. Memorial Building, 111 Polk Street, Montross, Va.

Individuals needing special accommodations should contact office of the Land Use Administration office ten (10) days prior to the hearing.

**TRUSTEE'S SALE OF**
**1335 Forest Ridge Drive, King George, VA 22485**

In execution of a certain deed of trust dated June 09, 2008, in the original principal amount of $274,534.85 recorded in the Clerk's Office, Circuit Court for King George County, Virginia, in Instrument No. 20080618000035630, default having occurred in the payment of the Note thereby secured and at the request of the holder, the undersigned Substitute Trustee will offer for sale at public auction at front steps of Circuit Court for King George County, 9483 Kings Highway, King George, Virginia, on January 26, 2010, at 3:02 p.m., the property described in said deed of trust, located at the above address, and more particularly described as follows:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, LYING AND BEING SITUATE IN POTOMAC DISTRICT, KING GEORGE COUNTY, VIRGINIA, DESIGNATED AS LOT 64, SECTION EIGHT, OAKLAND PARK SUBDIVISION, ON PLAT OF SUBDIVISION PREPARED BY H. AUBREY HAWKINS ASSOCIATION, LTD., DATED FEBRUARY 24, 1993, AND RECORDED IN THE OFFICE OF THE CLERK OF COUNTY CIRCUIT COURT OF KING GEORGE COUNTY, VIRGINIA, IN PLAT BOOK 16, PAGES 32-33..

TERMS OF SALE: ALL CASH. A bidder's deposit of ten percent (10%) of the sale price or ten percent (10%) of the original principal balance of the subject deed of trust, whichever is lower, in the form of cash or certified funds payable to the Substitute Trustee must be present at the time of the sale. The balance of the purchase price will be due within fifteen (15) days of sale, otherwise Purchaser's deposit may be forfeited to Trustee. Time is of the essence.

Sale is subject to post sale confirmation that the borrower did not file for protection under the U.S. Bankruptcy Code prior to the sale, as well as to post-sale confirmation and audit of the status of the loan with the loan servicer including, but not limited to, determination of whether the borrower entered into any repayment agreement, reinstated or paid off the loan prior to the sale. In any such event, the sale shall be null and void, and the Purchaser's sole remedy, in law or equity, shall be the return of his deposit without interest. Additional terms to be announced at the sale. A form copy of the Trustee's memorandum of foreclosure sale and contract to purchase real property is available for viewing at www.bgwsales.com.

This is a communication from a debt collector and any information obtained will be used for that purpose. The sale is subject to seller confirmation.

Substitute Trustee: Equity Trustees, LLC, 2020 N. 14th Street, Suite 750, Arlington, VA 22201, (703)548-4600.

For information contact: Bierman, Geesing, Ward & Wood, LLC, attorneys for Equity Trustees, LLC, 4520 East West Highway, Suite 200, Bethesda, MD 20814, 301/961-6555, web site: www.bgwsales.com. BGW# 92447. ASAP# 3398524. jan7,14

**TRUSTEE'S SALE OF**
**19 TRACY LANE**
**Fredericksburg, VA 22406**

In execution of a Deed of Trust in the original principal amount of $379,000.00, with an annual interest rate of 6.0000% from DONALD DICKSON AND CAROLE J. DICKSON dated September 27, 2004, recorded among the land records of the Circuit Court for the COUNTY OF STAFFORD as Deed Book/Instrument # 040037320, the undersigned appointed Substitute Trustee will offer for sale at public auction on the courthouse steps of the Circuit Court building for the County of Stafford located at 1300 Courthouse Road, Stafford, Virginia on January 19, 2010 at 3:30 p.m., the property with improvements to wit:

LOT 5, ROYAL HILLS ESTATES SUBDIVISION, AS DULY DEDICATED, PLATTED AND RECORDED, PURSUANT TO PLAT ENTITLED "PLAT OF CORRECTION ROYAL HILLS ESTATES" DATED JANUARY 14, 2004 AND RECORDED IN PLAT BOOK 41, PAGES 185 THROUGH 191; AND CORRECTED AT LR 040000032, AMONG THE LAND RECORDS OF STAFFORD COUNTY, VIRGINIA.

AND further described in the above Deed of Trust. (Tax Map No. 26K 5)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

TERMS OF SALE: ALL CASH. A bidder's deposit of $15,000.00 or 10% of the sale price, whichever is lower, will be required in cash, certified or cashier's check. Settlement within fifteen (15) days of sale, otherwise Trustees may forfeit deposit. Additional terms to be announced at sale. Loan type: Conventional. Trustee's File No. 09-164829V.

PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA, Substitute Trustees, C/O Shapiro & Burson, LLP, 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462. 757/687-8777.

**TRUSTEE'S SALE OF**
**212 AUSTIN DRIVE**
**Stafford, Virginia**

Pursuant to the terms of a deed of trust dated October 7, 2003, in the original principal amount of $131,200.00, recorded in the Clerk's Office, Circuit Court for Stafford County, Virginia, at Instrument Number LR030043737, the property briefly described below will be offered for sale at public auction:

Lot 95, Section II, Oakridge, as the same is duly dedicated platted and recorded, in Plat Book 5 at page 231, among the land records for Stafford County, Virginia, as more particularly described in the referenced Deed of Trust, (the "Property").

The sale will take place on January 20, 2010, at 2:00 p.m. at the main entrance, to the building housing the Circuit Court for Stafford County, Virginia.

Terms: A deposit in the form of certified funds in the amount of $10,000.00 or 10% of the successful bid, whichever is lower, is required of any bidder at the time of sale. Closing within fifteen (15) days of sale. Time is of the essence. Additional terms will be announced at sale. Purchaser to pay all closing costs. Sale subject to seller confirmation. Pursuant to the Federal Fair Debt Collection Practices Act, we advise you that this firm is a debt collector attempting to collect the indebtedness referred to herein and any information we obtain will be used for that purpose.

Johnie R. Muncy and F & M Services, L.C., Substitute Trustees

FOR INFORMATION CONTACT: Friedman & MacFadyen, P.A., 1601 Rolling Hills Drive, Ste. 125, Richmond, Virginia 23229. Telephone: 804/288-0088. Ref#222484 Dec31,Jan7

Want to look better, feel better? It's not too late to keep that New Year's resolution. Find out how in Healthy Living, every Sunday in The Free Lance-Star. And don't forget the Food section! Every Wednesday is a great resource for healthy menu planning.

**TRUSTEE'S SALE OF**
**211 MIDSHIPMAN CIRCLE**
**Stafford, Virginia**

Pursuant to the terms of a deed of trust dated October 22, 2004, in the original principal amount of $261,736.42, recorded in the Clerk's Office, Circuit Court for Stafford County, Virginia, at Instrument Number LR040041717, the property briefly described below will be offered for sale at public auction:

Lot 2061, Section 6, Aquia Harbour Subdivision, as the same is duly dedicated platted and recorded, in Plat Book 5 at page 17, among the land records for Stafford County, Virginia, as more particularly described in the referenced Deed of Trust, (the "Property").

The sale will take place on January 20, 2010, at 2:00 p.m. at the main entrance, to the building housing the Circuit Court for Stafford County, Virginia.

Terms: A deposit in the form of certified funds in the amount of $25,000.00 or 10% of the successful bid, whichever is lower, is required of any bidder at the time of sale. Closing within fifteen (15) days of sale. Time is of the essence. Additional terms will be announced at sale. Purchaser to pay all closing costs. Sale subject to seller confirmation. Pursuant to the Federal Fair Debt Collection Practices Act, we advise you that this firm is a debt collector attempting to collect the indebtedness referred to herein and any information we obtain will be used for that purpose.

Johnie R. Muncy and F & M Services, L.C., Substitute Trustees

FOR INFORMATION CONTACT: Friedman & MacFadyen, P.A., 1601 Rolling Hills Drive, Ste. 125, Richmond, Virginia 23229. Telephone: 804/288-0088. Ref#222294 Dec 31,Jan 7

**Homemade**

Try a new recipe tonight. Find ideas Wednesdays in Emily Battle's **Starting from Scratch** column.

It's in the FOOD section in The Free Lance–Star.

**TRUSTEE'S SALE OF**
**23 EVERGREEN LANE**
**Stafford, Virginia**

Pursuant to the terms of a deed of trust dated December 20, 2005, in the original principal amount of $160,000.00, recorded in the Clerk's Office, Circuit Court for Stafford County, Virginia, at Instrument Number LR050050803, the property briefly described below will be offered for sale at public auction:

Lot 90, Section 4-C, Stafford Oaks, as the same is duly dedicated platted and recorded, in Plat Book 8 at page 286, among the land records for Stafford County, Virginia, as more particularly described in the referenced Deed of Trust, (the "Property").

The sale will take place on January 20, 2010, at 2:00 p.m. at the main entrance, to the building housing the Circuit Court for Stafford County, Virginia.

Terms: A deposit in the form of certified funds in the amount of $15,000.00 or 10% of the successful bid, whichever is lower, is required of any bidder at the time of sale. Closing within fifteen (15) days of sale. Time is of the essence. Additional terms will be announced at sale. Purchaser to pay all closing costs. Sale subject to seller confirmation. Pursuant to the Federal Fair Debt Collection Practices Act, we advise you that this firm is a debt collector attempting to collect the indebtedness referred to herein and any information we obtain will be used for that purpose.

Johnie R. Muncy and F & M Services, L.C., Substitute Trustees

FOR INFORMATION CONTACT: Friedman & MacFadyen, P.A., 1601 Rolling Hills Drive, Ste. 125, Richmond, Virginia 23229. Telephone: 804/288-0088. Ref#222780 Dec31,Jan7

Your treasure awaits! Did you know that you could find your bounty for less than $50 in the Swap Shop, Wednesdays in The Free Lance-Star? Sometimes, it's even free! No maps, no digging required. Lawn mowers, furniture, appliances, sport memorabilia, antiques, musical instruments, aquariums, strollers, car parts, candles, clothes, everything but the kitchen sink. Well, actually we DID have one of those!

**TRUSTEE'S SALE OF**
**19365 Monroeville Road, Ruther Glen, VA 22546**

In execution of a certain deed of trust dated October 25, 2006, in the original principal amount of $191,250.00 recorded in the Clerk's Office, Circuit Court for Caroline County, Virginia, in Deed Book 872 Page 653, default having occurred in the payment of the Note thereby secured and at the request of the holder, the undersigned Substitute Trustee will offer for sale at public auction at the front steps of the Circuit Court for Caroline County, Main Street & Courthouse Lane, Bowling Green, Virginia, on January 26, 2010, at 5:05 p.m., the property described in said deed of trust, located at the above address, and more particularly described as follows:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND TOGETHER WITH THE APPURTENANCES THERETO BELONGING OR IN ANYWISE THEREUNTO APPERTAINING, LYING, BEING AND SITUATE IN MADISON MAGISTERIAL DISTRICT, CAROLINE COUNTY, VIRGINIA, CONTAINING IN THE AREA 2.92 ACRES, MORE OR LESS, AND BEING MORE DEFINITELY AND PARTICULARLY DESCRIBED AS LOT NO. 5 ON PLAT OF SURVEY MADE BY H. C. BAKER, DATED APRIL 4, 1936, WHICH SAID PLAT IS OF RECORD IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF CAROLINE COUNTY, VIRGINIA, IN DEED BOOK 121, PAGE 359.

LESS AND EXCEPT HOWEVER, 2.234 ACRES, MORE OR LESS, CONVEYED THEREFROM BY DEED OF RECORD IN THE CLERK'S OFFICE AFORESAID IN DEED 183, PAGE 274; AND FURTHER LESS AND EXCEPT HOWEVER, 1.10 ACRE CONVEYED THEREFROM BY DEED OF RECORD IN THE CLERK'S OFFICE AFORESAID IN DEED BOOK 243, PAGE 595. TOGETHER WITH A RIGHT OF WAY FOR INGRESS AND EGRESS TO AND FROM STATE ROUTE 601 AS SHOWN ON SAID PLAT.

TERMS OF SALE: ALL CASH. A bidder's deposit of ten percent (10%) of the sale price or ten percent (10%) of the original principal balance of the subject deed of trust, whichever is lower, in the form of cash or certified funds payable to the Substitute Trustee must be present at the time of the sale. The balance of the purchase price will be due within fifteen (15) days of sale, otherwise Purchaser's deposit may be forfeited to Trustee. Time is of the essence. Sale is subject to post sale confirmation that the borrower did not file for protection under the U.S. Bankruptcy Code prior to the sale, as well as to post-sale confirmation and audit of the status of the loan with the loan servicer including, but not limited to, determination of whether the borrower entered into any repayment agreement, reinstated or paid off the loan prior to the sale. In any such event, the sale shall be null and void, and the Purchaser's sole remedy, in law or equity, shall be the return of his deposit without interest . Additional terms to be announced at the sale. A form copy of the Trustee's memorandum of foreclosure sale and contract to purchase real property is available for viewing at www.bgwsales.com.

This is a communication from a debt collector and any information obtained will be used for that purpose.

The sale is subject to seller confirmation.

Substitute Trustee: Equity Trustees, LLC, 2020 N. 14th Street, Suite 750, Arlington, VA 22201, 703/548-4600.

For information contact: Bierman, Geesing & Ward, LLC, attorneys for Equity Trustees, LLC, 4520 East West Highway, Suite 200, Bethesda, MD 20814, 301/961-6555, website: www.bgwsales.com. BGW# 80987 ASAP# 3388748. dec31,jan7

**TRUSTEE'S SALE OF**
**32 CROWNCREST RD**
**Fredericksburg, VA 22406**

In execution of a Deed of Trust in the original principal amount of $417,000.00, with an annual interest rate of 6.5000% from CARL M. SWORD AND AIMEE L. SWORD dated November 7, 2007, recorded among the land records of the Circuit Court for the COUNTY OF STAFFORD as Deed Book/Instrument # LR070026623, the undersigned appointed Substitute Trustee will offer for sale at public auction on the courthouse steps of the Circuit Court building for the County of Stafford located at 1300 Courthouse Road, Stafford, Virginia on January 19, 2010 at 3:30 p.m., the property with improvements to wit:

LOT 3, STAFFORD ESTATES, SECTION 2, AS DULY DEDICATED, PLATTED AND RECORDED AMONG THE OFFICE OF THE CIRCUIT COURT OF STAFFORD COUNTY, VIRGINIA IN INSTRUMENT NUMBER 06000129.

AND further described in the above Deed of Trust. (Tax Map No. 34L-2-3)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

TERMS OF SALE: ALL CASH. A bidder's deposit of $15,000.00 or 10% of the sale price, whichever is lower, will be required in cash, certified or cashier's check. Settlement within fifteen (15) days of sale, otherwise Trustees may forfeit deposit. Additional terms to be announced at sale. Loan type: Conventional. Trustee's File No. 09-170903D.

PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA, Substitute Trustees, C/O Shapiro & Burson, LLP, 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462. 757/687-8777.

**TRUSTEE'S SALE OF**
**9 MARTIN ST**
**Stafford, VA 22554**

In execution of a Deed of Trust in the original principal amount of $316,000.00, with an annual interest rate of 8.3000% from FREDIS HERNANDEZ dated November 30, 2005, recorded among the land records of the Circuit Court for the COUNTY OF STAFFORD as Deed Book/Instrument # 050047842, the undersigned appointed Substitute Trustee will offer for sale at public auction on the courthouse steps of the Circuit Court building for the County of Stafford located at 1300 Courthouse Road, Stafford, Virginia on January 19, 2010 at 3:30 p.m., the property with improvements to wit:

LOT 174, PHASE TWO, SECTION 10A, VISTA WOODS SUBDIVISION, AS SHOWN ON PLAT OF SURVEY MADE BY GILBERT W. CLIFFORD & ASSOCIATES, INC., DATED JANUARY 6, 1987 AND RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF STAFFORD COUNTY, VIRGINIA, IN PLAT BOOK 14 AT PAGES 214 AND 215.

AND further described in the above Deed of Trust. (Tax Map No. 19D 2 10A174)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

TERMS OF SALE: ALL CASH. A bidder's deposit of $15,000.00 or 10% of the sale price, whichever is lower, will be required in cash, certified or cashier's check. Settlement within fifteen (15) days of sale, otherwise Trustees may forfeit deposit. Additional terms to be announced at sale. Loan type: Conventional. Trustee's File No. 09-169121V.

PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA, Substitute Trustees, C/O Shapiro & Burson, LLP, 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462. 757/687-8777.

**News You Can Use**

When it comes to medical issues, we can keep you informed about the latest procedures and advancements.

Read **HEALTHY LIVING** every Sunday in The Free Lance–star.

**TRUSTEE'S SALE OF**
**7012 BATTLEFIELD GREEN DRIVE**
**Fredericksburg, VA 22407**

In execution of a Deed of Trust in the original principal amount of $190,000.00, with an annual interest rate of 5.8750% from CONNIE CHAU AND QUAN HUANG dated August 5, 2005, recorded among the land records of the Circuit Court for the COUNTY OF SPOTSYLVANIA as Deed Book/Instrument # 200500 032464, the undersigned appointed Substitute Trustee will offer for sale at public auction at the front of the Circuit Court building for the County of Spotsylvania located at 9115 Courthouse Road, Spotsylvania, Virginia on January 19, 2010 at 5:15 p.m., the property with improvements to wit:

LOT 73, SECTION THREE, BATTLEFIELD GREEN, AS SHOWN ON PLAT RECORDED IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT OF SPOTSYLVANIA COUNTY, VIRGINIA, IN DEED BOOK 477, PAGES 313–316, INCLUSIVE,

AND further described in the above Deed of Trust. (Tax Map No. 22J3-73)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

TERMS OF SALE: ALL CASH. A bidder's deposit of $15,000.00 or 10% of the sale price, whichever is lower, will be required in cash, certified or cashier's check. Settlement within fifteen (15) days of sale, otherwise Trustees may forfeit deposit. Additional terms to be announced at sale. Loan type: Conventional. Trustee's File No. 08-136819D.

PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA, Substitute Trustees, C/O Shapiro & Burson, LLP, 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462; 757/687-8777.

VIRGINIA:
IN THE CIRCUIT COURT OF THE COUNTY OF KING GEORGE
FELECIA MARZETTE JOHNSON FORD
Plaintiff v.
DWAYNE EDWARD FORD
Defendant
Case No. : C109-190
**ORDER OF PUBLICATION**

The object of this suit is to obtain a divorce from the bond of matrimony from the Defendant on the grounds of separation for a period exceeding one year.

It is ordered that the Defendant appear before this Court on or before February 23, 2010 and do what is necessary to protect the Defendant's interest herein.

An Extract-Teste: Charles V. Mason, Clerk. 12/22/2009

KENNETH P. MERGENTHAL, 806 Princess Anne Street, Fredericksburg, VA 22401, 540/373-2905, VSB# 16256, Counsel for Plaintiff dec31

VIRGINIA:
STAFFORD COUNTY
CIRCUIT COURT
1300 COURTHOUSE ROAD
STAFFORD, VA 22554
DARLENE FIELDS
v.
DERRICK SHONDELL FIELDS
Case No. CL09001487-00

The object of this suit is to: OBTAIN A DIVORCE.

It is ORDERED that DERRICK SHONDELL FIELDS appear at the above-named court and protect his/her interests on or before February 1, 2010.

12/9/09: Barbara Decatur, clerk. BY: Julie Crosen, Deputy Clerk. Dec 17,24,31,Jan 7

**BLUE & GRAY BREWING CO.** trading as Lee's Retreat, 3300 Dill Smith Drive, Fredericksburg, County of Spotsylvania, Virginia 22408. The above establishment is applying to the VIRGINIA DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL for a beer and wine on and off premise license to sell or manufacture alcoholic beverages. Jeffrey Fitzpatrick, President

**GOLDEN CHINA OF FREDERICKSBURG, INC** trading as Golden China Restaurant, 5430 Southpoint Plaza Way, Fredericksburg, City, Spotsylvania, Virginia, 22407 is applying to the VIRGINIA DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL for a Wine and Beer and Mixed Beverage, on Premise license to sell or manufacture alcoholic beverages. Xiong Jiang, President.

IT PAYS TO ADVERTISE. Call classifieds 540/374-5001.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br>**MOTORS LIQUIDATION COMPANY**<br>**f/k/a GENERAL MOTORS CORPORATION,** ***et al.*****,**<br>**Debtors.** | **Chapter 11 Case No.**<br>**09-50026 (REG)**<br>**(Jointly Administered)** |

**NOTICE OF DEADLINE**
**FOR FILING CERTAIN PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |

PLEASE TAKE NOTICE THAT, on December 18, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a **General Motors Corporation**) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered a supplemental order (the "**Supplemental Bar Date Order**") establishing (i) **February 10, 2010, at 5:00 p.m. (Eastern Time)** (the "**Property Claims Bar Date**") as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against any of the Debtors with respect to their person or real property arising from being located adjacent to, or in the proximity of, the properties listed at the end of this notice (a "**Property Proof of Claim**").

The Supplemental Bar Date Order, the Property Claims Bar Date and the procedures set forth below for the filing of Property Proofs of Claim apply to all such claims against the Debtors that arose prior to **June 1, 2009**, the date on which the Debtors commenced their cases under the United States Bankruptcy Code (the "**Bankruptcy Code**").

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROPERTY PROOF OF CLAIM.**

**1. WHO MUST FILE A PROPERTY PROOF OF CLAIM**

You **MUST** file a **Property Proof of Claim** to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to **June 1, 2009**. Acts or omissions of the Debtors that occurred before **June 1, 2009** may give rise to claims against the Debtors that must be filed by **February 10, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **June 1, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROPERTY PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**2. WHEN AND WHERE TO FILE**

All Property Proofs of Claim must be filed so as to be actually received on or before **February 10, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Property Proofs of Claim will be deemed timely filed only if actually received by The Garden City Group, Inc. or the Court on or before **February 10, 2010**. Property Proofs of Claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Property Proof of Claim, your filed Property Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROPERTY PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROPERTY PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Property Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidationdocket.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROPERTY PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROPERTY PROOF OF CLAIM BY THE PROPERTY CLAIMS BAR DATE**

***If you do not file a Property Proof of Claim on or before February 10, 2010 in the appropriate form in accordance with the procedures described in this Notice for any such claim you wish to assert against each of the Debtors, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything related to the claim and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.***

**A holder of a possible claim against the Debtors should consult an attorney as to whether the holder should file a Property Proof of Claim.**

DATED: December 18, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| BUICK CITY | 902 EAST HAMILTON AVENUE | FLINT, MICHIGAN 48550 |
| FIERO SITE | 900 BALDWIN AVENUE | PONTIAC, MICHIGAN 48340 |
| FLINT FLOWTHROUGH WAREHOUSE | 4002 JAMES COLE BOULEVARD | FLINT, MICHIGAN 48503 |
| GMPT - FREDERICKSBURG | 11032 TIDEWATER TRAIL | FREDERICKSBURG, VIRGINIA 22408 |
| GMPT - LIVONIA | 12200 MIDDLEBELT | LIVONIA, MICHIGAN 48150 |
| GMPT - PARMA COMPLEX | 5400 CHEVROLET BOULEVARD PO BOX 30098 | PARMA, OHIO 44130 |
| GMPT - WILLOW RUN | 2930 ECORSE ROAD | YPSILANTI, MICHIGAN 48198 |
| GMVM - MORAINE ASSEMBLY | 2601 WEST STROOP ROAD | MORAINE, OHIO 45439 |
| GMVM - PONTIAC ASSEMBLY | 2100 SOUTH OPDYKE ROAD | PONTIAC, MICHIGAN 48341 |
| GMVM - WILMINGTON ASSEMBLY | 801 BOXWOOD ROAD PO BOX 1512 - 19899 | WILMINGTON, DELAWARE 19804 |
| PCC - VALIDATION | 200 SOUTH BOULEVARD WEST | PONTIAC, MICHIGAN 48341 |
| SAGINAW NODULAR IRON | 2100 VETERANS MEMORIAL PARKWAY | SAGINAW, MICHIGAN 48605 |
| SHREVEPORT PLANT (GMVM & STAMPING) | 7600 GENERAL MOTORS BOULEVARD PO BOX 30011 - 71130-0011 | SHREVEPORT, LOUISIANA 71130 |
| STAMPING - GRAND RAPIDS | 300 36TH STREET SOUTHWEST | WYOMING, MICHIGAN 49548 |
| STAMPING - INDIANAPOLIS | 340 WHITE RIVER PARKWAY WEST DRIVE SOUTH 50 | INDIANAPOLIS, INDIANA 46206 |
| STAMPING - MANSFIELD | 2525 WEST FOURTH STREET PO BOX 2567 - 44906 | MANSFIELD, OHIO 44906 |
| STAMPING - PITTSBURGH | 1451 LEBANON SCHOOL ROAD | WEST MIFFLIN, PENNSYLVANIA 15122 |
| STAMPING - PONTIAC NORTH CAMPUS | 220 EAST COLUMBIA | PONTIAC, MICHIGAN 48340 |

Pg 5 of 8

THE GRAND RAPIDS PRESS THURSDAY, JANUARY 7, 2010 A13

# DEALERSHIPS

## APPEALS ACCEPTED UNTIL JAN. 25

CONTINUED FROM A12

repaying $6.7 billion of that as a loan, with the rest to be repaid through a stock sale that come as early as later this year, Whitacre said.

### Proof of profitability

GM had a “pretty arbitrary cutoff point” for shedding dealers, and it probably made mistakes getting rid of some of them, he said.

When pressed, Whitacre said “hundreds of dealers” may be closer to 100 than a thousand, but it's a “substantial number.”

When the franchises were revoked last summer, GM said dealers were judged on whether they met sales goals, customer service scores, the condition of their buildings and other criteria. They were allowed to stay open through October this year to sell their inventories.

### Local closings

Among the GM dealerships closing are Good Chevrolet Buick, 1250 W. Main St. in Lowell; Good GMC Isuzu, 4800 Clyde Park Ave. SW in Wyoming; and Crown Motors Inc., 196 Regent Blvd. in Holland.

Crown Motors continues to sell new Hondas and Mazdas at the location and also operates a dealership at 11260 Chicago Drive in Holland selling new Toyota, Volkswagen and Mitsubishi vehicles.

Another dealership, Fox Pontiac Buick GMC, 5977 Alpine Ave. NW in Alpine Township, got GM to reverse its decision to terminate its franchise.

Under pressure from dealer groups and lawmakers, GM and Chrysler put out proposals that would have allowed dealers to challenge closures in arbitration.

But legislation passed by Congress allows the dealerships to bring a much wider range of proof they are profitable.

Dealers have until Jan. 25 to tell the automakers if they will appeal.

### More matters

Whitacre said he would consider Liddell, hired from the same post at Microsoft Corp., in the search for a new CEO.

Liddell, 51, announced before GM hired him that he would leave Microsoft to pursue a higher-ranking position. He replaced Ray Young, who transferred to GM's China operations.

GM has hired a search committee to find candidates, but it has not presented any yet, Whitacre said.

He is not optimistic for a deal to sell Saab, but he expects the sale of Hummer to a Chinese heavy equipment maker to close Jan. 31. GM is phasing out Saab and expects to start closing plants this week.

“It's real easy. Just show up with the money and you can have it,” he said of Saab. “Nobody's come with the money, so we're in the wind-down deal here.”

*— Associated Press writer Stephen Manning contributed to this report.*

## MUTUAL FUNDS

| FUND | NAV | CHG | YTD |
|---|---|---|---|
| American Funds A: AmcpA p | 16.[illegible] | [illegible] | [illegible] |
| American Funds A: AMutlA p | 23.45 | -.01 | +1.3 |
| American Funds A: BalA p | 16.47 | +.02 | +1.6 |
| American Funds A: BondA p | 11.87 | ... | +.7 |
| American Funds A: CapIBA p | 48.58 | +.08 | +1.4 |
| American Funds A: CapWGA p | 34.86 | +.10 | +2.3 |
| American Funds A: EupacA p | 39.38 | +.21 | +2.7 |
| American Funds A: FdInvA p | 33.50 | +.13 | +2.4 |
| American Funds A: GwthA p | 27.91 | +.05 | +2.1 |
| American Funds A: HI TrA p | 10.74 | +.04 | +1.3 |
| American Funds A: IncoA p | 15.69 | +.02 | +1.3 |
| American Funds A: ICAA p | 26.44 | +.01 | +1.9 |
| American Funds A: N PerA p | 26.18 | +.08 | +2.1 |
| American Funds A: NwWrldA | 48.48 | +.22 | +2.7 |
| American Funds A: SmCpA p | 32.50 | +.23 | +3.1 |
| American Funds A: WshA p | 25.01 | +.03 | +1.5 |
| BlackRock A: GlAlA r | 18.24 | +.05 | +2.0 |
| Columbia Class Z: Acorn Z | 25.17 | +.06 | +2.0 |
| Davis Funds A: NYVen A | 31.56 | +.07 | +1.9 |
| Dodge&Cox: Balanced | 65.24 | +.12 | +1.9 |
| Dodge&Cox: Income | 13.02 | -.01 | +.5 |
| Dodge&Cox: IntlStk | 32.86 | +.06 | +3.2 |
| Dodge&Cox: Stock | 98.39 | +.23 | +2.3 |
| Fidelity Freedom: FF2010 n | 12.73 | +.03 | +1.8 |
| Fidelity Freedom: FF2020 n | 12.81 | +.02 | +2.1 |
| Fidelity Freedom: FF2030 n | 12.69 | +.03 | +2.4 |
| Fidelity Invest: Balanc n | 16.67 | +.03 | +1.9 |
| Fidelity Invest: BlueChGr n | 38.79 | -.03 | +2.2 |
| Fidelity Invest: CpInc r n | 8.80 | +.04 | +2.2 |
| Fidelity Invest: Contra n | 59.15 | -.02 | +1.5 |
| Fidelity Invest: DisEq n | 21.56 | +.01 | +2.6 |
| Fidelity Invest: DivIntl n | 28.72 | +.10 | +2.6 |
| Fidelity Invest: Eq Inc n | 40.35 | +.11 | +3.1 |
| Fidelity Invest: GroCo n | 70.52 | +.08 | +2.2 |
| Fidelity Invest: InvGrBd n | 11.35 | -.01 | +.6 |
| Fidelity Invest: LowP r n | 32.69 | +.15 | +2.3 |
| Fidelity Invest: Magelln n | 66.21 | +.20 | +2.9 |
| Fidelity Invest: Puritn n | 16.37 | +.02 | +1.9 |
| Fidelity Invest: TotalBd n | 10.55 | +.01 | +.8 |
| Fidelity Invest: USBI n | 11.10 | -.02 | +.4 |
| First Eagle: GlblA | 40.92 | +.20 | +2.4 |
| Frank/Temp Frnk A: IncomA p | 2.10 | +.01 | +2.1 |
| Frank/Temp Temp A: GlBd A p | 12.97 | +.10 | +2.0 |
| Frank/Temp Temp A: GrwthA p | 17.11 | +.04 | +1.8 |
| Oakmark Funds I: EqtyInc r | 25.86 | +.02 | +1.3 |
| Price Funds: EqInc n | 21.53 | +.08 | +2.6 |
| Price Funds: EqIndex n | 30.64 | +.03 | +2.0 |
| Price Funds: Growth n | 27.85 | -.09 | +1.2 |
| Price Funds: MidCap n | 48.58 | +.21 | +2.3 |
| Vanguard Fds: HlthCre n | 121.63 | +.17 | +1.2 |
| Vanguard Fds: InflaPro n | 12.59 | -.02 | +.3 |
| Vanguard Fds: IntlGr n | 17.52 | +.07 | +3.1 |
| Vanguard Fds: Prmcp r n | 60.41 | ... | +1.6 |
| Vanguard Fds: STAR n | 17.81 | ... | +1.5 |
| Vanguard Fds: TgtRe2025 n | 11.53 | +.01 | +1.9 |
| Vanguard Fds: TgtRe2015 n | 11.49 | +.01 | +1.6 |
| Vanguard Fds: Welltn n | 29.25 | -.01 | +1.4 |
| Vanguard Fds: WndsII n | 24.04 | +.02 | +1.5 |
| Vanguard Idx Fds: 500 n | 104.75 | +.11 | +2.0 |
| Vanguard Idx Fds: TotBnd n | 10.38 | -.02 | +.3 |
| Vanguard Idx Fds: TotIntl n | 14.88 | +.06 | +3.3 |
| Vanguard Idx Fds: TotStk n | 28.03 | +.04 | +2.1 |

## SNAPSHOTS

Jan. 6, 2010
**Dow Jones industrials**
+2.04
10,574.06
Pct. change from previous: +0.02% High: 10,594.99 Low: 10,546.55

Dec. 30, 2009
**Nasdaq composite**
+2.88
2,291.28
Pct. change from previous: +0.13% High: 2,293.02 Low: 2,280.16

## STOCKS

| YTD % CHG | 52-WEEK HIGH | 52-WEEK LOW | Stock (SYM) | DIV | YLD % | PE | VOL 100s | CLOSE | NET CHG |
|---|---|---|---|---|---|---|---|---|---|
| +5.3 | 16.89 | 4.97 | Alcoa AA | .12 | .7 | dd | 463908 | 16.97 | +.84 |
| +19.3 | 9.59 | .26 | AmAxle AXL | | | dd | 30903 | 9.57 | +.09 |
| -1.5 | 25.58 | 3.24 | AGreet AM | .48 | 2.2 | 31 | 4771 | 21.47 | -.11 |
| +8.8 | 19.10 | 2.53 | BkofAm BAC | .04 | .2 | dd | 2021833 | 16.39 | +.19 |
| +8.7 | 13.68 | 2.06 | Brunswick BC | .05 | .4 | dd | 11662 | 13.81 | +.18 |
| +.2 | 16.13 | 9.98 | CMS Eng CMS | .50 | 3.2 | 13 | 46454 | 15.69 | -.05 |
| +1.9 | 14.10 | 5.75 | CedarF FUN | 1.00 | 8.6 | cc | 13613 | 11.63 | +.18 |
| -7.0 | 28.59 | 15.23 | ChemFinl CHFC | 1.18 | 5.4 | 59 | 1418 | 21.94 | -.85 |
| +5.8 | 32.30 | 11.72 | Comerica CMA | .20 | .6 | dd | 15727 | 31.29 | +.68 |
| +2.9 | 3.50 | .50 | CmtyShB h CSHB | | | dd | 35 | .82 | +.08 |
| -.8 | 44.96 | 23.32 | DTE DTE | 2.12 | 4.9 | 13 | 15213 | 43.23 | +.18 |
| +6.9 | 12.06 | .19 | DanaHldg DAN | | | dd | 61255 | 11.59 | -.41 |
| +.1 | 67.06 | 30.02 | Eaton ETN | 2.00 | 3.1 | 32 | 20902 | 63.66 | -.28 |
| +7.2 | 11.20 | 1.01 | FifthThird FITB | .04 | .4 | dd | 128885 | 10.45 | +.06 |
| +6.6 | 108.85 | 43.23 | Flowserve FLS | 1.08 | 1.1 | 13 | 11378 | 100.80 | +2.71 |
| +13.7 | 11.24 | 1.50 | FordM F | | | dd | 1961763 | 11.37 | +.41 |
| +1.6 | 70.84 | 35.28 | GenDynam GD | 1.52 | 2.2 | 11 | 11136 | 69.24 | -.06 |
| +2.1 | 17.52 | 5.73 | GenElec GE | .40 | 2.6 | 14 | 549045 | 15.45 | -.08 |
| +5.0 | 18.76 | 7.01 | Gentex GNTX | .44 | 2.3 | cc | 12598 | 18.75 | +.02 |
| +.9 | 3.80 | .57 | GraphPkg GPK | | | dd | 6972 | 3.50 | -.13 |
| +5.8 | 8.00 | 1.00 | HuntBnk HBAN | .04 | 1.0 | dd | 186313 | 3.86 | +.10 |
| +1.4 | 3.00 | .59 | IndBkMI h IBCP | | | dd | 358 | .73 | -.01 |

| YTD % CHG | 52-WEEK HIGH | 52-WEEK LOW | Stock (SYM) | DIV | YLD % | PE | VOL 100s | CLOSE | NET CHG |
|---|---|---|---|---|---|---|---|---|---|
| +3.9 | 28.45 | 3.93 | IntPap IP | .10 | .4 | 38 | 57495 | 27.82 | -.32 |
| +5.9 | 28.64 | 8.35 | JohnsnCtl JCI | .52 | 1.8 | dd | 49686 | 28.84 | +.26 |
| +1.7 | 38.96 | 22.72 | Kaydon KDN | .72 | 2.0 | 25 | 2899 | 36.38 | +.21 |
| -.5 | 54.10 | 35.64 | Kellogg K | 1.50 | 2.8 | 17 | 14906 | 52.96 | +.01 |
| +.7 | 89.23 | 57.12 | L-3 Com LLL | 1.40 | 1.6 | 11 | 11432 | 87.57 | +.20 |
| -11.5 | 4.00 | 1.46 | Macatawa MCBC | | | dd | 591 | 1.85 | -.11 |
| +15.4 | 57.81 | 19.63 | Magnal g MGA | | | dd | 25449 | 58.35 | +1.03 |
| +2.6 | 6.48 | 2.84 | MercBank MBWM | .04 | 1.3 | dd | 329 | 3.16 | -.07 |
| +1.4 | 19.25 | 7.91 | MillerHer MLHR | .09 | .5 | 38 | 2272 | 16.22 | +.05 |
| +2.4 | 57.86 | 16.20 | PNC PNC | .40 | .7 | 39 | 30002 | 54.05 | ... |
| +.3 | 59.36 | 27.69 | ParkerHan PH | 1.00 | 1.9 | 26 | 16542 | 54.03 | -.23 |
| -3.8 | 40.94 | 18.54 | Perrigo PRGO | .25f | .7 | 22 | 16692 | 38.30 | -.49 |
| +2.3 | 18.99 | 11.62 | Pfizer PFE | .72f | 3.9 | 13 | 406342 | 18.60 | -.06 |
| +2.9 | 65.23 | 37.63 | SPX Cp SPW | 1.00 | 1.8 | 35 | 6242 | 56.27 | +.66 |
| -12.7 | 24.04 | 11.54 | SprtnStr SPTN | .20 | 1.6 | 8 | 4752 | 12.48 | -.48 |
| -1.1 | 7.68 | 3.03 | Steelcse SCS | .16 | 2.5 | dd | 3446 | 6.29 | -.14 |
| +6.1 | 52.69 | 30.82 | Stryker SYK | .60f | 1.1 | 20 | 32462 | 53.46 | +.81 |
| +2.8 | 21.00 | 3.57 | Textron TXT | .08 | .4 | dd | 54386 | 19.33 | +.65 |
| -1.4 | 47.78 | 19.01 | UnivFor UFPI | .40f | 1.1 | 29 | 811 | 36.29 | -.45 |
| +.5 | 85.01 | 19.19 | Whrlpl WHR | 1.72 | 2.1 | 22 | 13307 | 81.06 | -.72 |
| +.4 | 28.31 | 13.15 | WolvWW WWW | .44 | 1.6 | 17 | 3137 | 27.33 | +.11 |
| +4.1 | 2.78 | .95 | X-Rite XRIT | | | dd | 430 | 2.27 | -.05 |

### MOST ACTIVE

| NAME | VOL(00) | LAST | CHG |
|---|---|---|---|
| Citigrp | 6473283 | 3.64 | +.11 |
| BkofAm | 2021833 | 16.39 | +.19 |
| FordM | 1961763 | 11.37 | +.41 |
| SPDR | 1007033 | 113.71 | +.08 |
| PwShs QQQ | 868327 | 46.14 | -.28 |
| QwestCm | 755896 | 4.51 | +.05 |
| iShR2K | 566073 | 63.70 | -.06 |
| SPDR Fncl | 560509 | 14.99 | +.03 |
| GenElec | 549045 | 15.45 | -.08 |
| Microsoft | 543568 | 30.77 | -.19 |
| iShEMkts | 496932 | 43.11 | +.09 |

### GAINERS

| NAME | LAST | CHG | % CHG |
|---|---|---|---|
| ChinaDir | 2.10 | +.50 | +31.3 |
| TASER | 5.84 | +1.14 | +24.3 |
| NavgatVly | 6.63 | +1.27 | +23.7 |
| Cyclacel pf | 2.99 | +.51 | +20.6 |
| Worthgtn | 16.73 | +2.85 | +20.5 |
| ChinaMM | 3.61 | +.58 | +19.1 |
| Wabash | 2.43 | +.37 | +18.0 |
| iStar pfD | 9.34 | +1.38 | +17.3 |
| SuperMda n | 41.00 | +6.00 | +17.1 |
| iStar pfG | 8.72 | +1.27 | +17.0 |
| NwCentBcp | 5.30 | +.77 | +17.0 |

### LOSERS

| NAME | LAST | CHG | % CHG |
|---|---|---|---|
| XenithB nh | 4.80 | -2.20 | -31.4 |
| IncOpR | 6.40 | -1.25 | -16.3 |
| SurWest | 8.55 | -1.40 | -14.1 |
| CmpTask | 7.05 | -1.15 | -14.0 |
| SonicCorp | 8.91 | -1.34 | -13.1 |
| AutoCh wt | 16.65 | -2.35 | -12.4 |
| BeazerHm | 4.77 | -.65 | -12.0 |
| LeapWirlss | 16.42 | -1.88 | -10.3 |
| Arbinet | 2.15 | -.24 | -10.0 |
| OakRidgeF | 4.50 | -.50 | -10.0 |
| VlyNBc wt | 2.15 | -.24 | -10.0 |

### COMMODITIES

| | CLOSE | PVS | CHG | % YTD |
|---|---|---|---|---|
| Crude Oil (bbl) | 83.18 | 81.77 | +1.72 | +4.8 |
| Ethanol (gal) | 1.96 | 1.95 | +.51 | +.3 |
| Heating Oil (gal) | 2.20 | 2.19 | +.41 | +3.9 |
| Natural Gas (mm btu) | 6.01 | 5.64 | +6.60 | +7.8 |
| Gold (oz) | 1,135.90 | 1,118.10 | +1.59 | +3.7 |
| Platinum (oz) | 1,552.20 | 1,530.80 | +1.40 | +6.3 |
| Silver (oz) | 18.16 | 17.78 | +2.15 | +7.9 |
| Corn (bu) | 4.22 | 4.19 | +.72 | +1.7 |
| Lumber (1,000 bd ft) | 211.00 | 201.30 | +4.82 | +2.9 |
| Soybeans (bu) | 10.51 | 10.53 | -.17 | +1.0 |
| Wheat (bu) | 5.67 | 5.53 | +2.58 | +4.7 |

### TRENDS

| 52-WEEK HIGH | 52-WEEK LOW | INDEX | LAST | CHG | % CHG | YTD CHG | 52 WK CHG |
|---|---|---|---|---|---|---|---|
| 4,213.61 | 2,134.21 | D.J. Transport | 4,147.30 | -25.34 | -.61 | +1.16 | +16.26 |
| 408.57 | 288.66 | D.J. Utilities | 398.36 | +2.99 | +.76 | +.09 | +7.00 |
| 7,359.46 | 4,181.75 | NYSE Comp. | 7,377.70 | +22.83 | +.31 | +2.68 | +27.22 |
| 2,313.73 | 1,265.52 | NASD Comp. | 2,301.09 | -7.62 | -.33 | +1.41 | +43.90 |
| 1,136.63 | 666.79 | S&P 500 | 1,137.14 | +.62 | +.05 | +1.98 | +25.42 |
| 641.09 | 342.59 | Russell 2000 | 637.95 | -.54 | -.08 | +2.01 | +28.33 |
| 11,784.11 | 6,772.29 | Wilshire 5000 | 11,803.97 | +23.45 | +.20 | +2.21 | +28.98 |

### INTEREST RATES

| | CLOSE | PVS | CHG | YR AGO |
|---|---|---|---|---|
| 3-month T-Bill | .05 | .06 | -.01 | .1 |
| 6-month T-Bill | .16 | .16 | ... | .3 |
| 1-year T-Note | .38 | .38 | ... | .4 |
| 2-year T-Note | .97 | .99 | -.02 | .8 |
| 10-year T-Note | 3.80 | 3.75 | +.05 | 2.5 |
| 30-year T-Bond | 4.67 | 4.59 | +.08 | 3.0 |
| Bond Buyer Muni Idx | 5.40 | 5.40 | ... | 5.9 |

The prime rate stands at 3.2 percent.

AP PHOTO

**400 new jobs:** Indiana Gov. Mitch Daniels talks about the impact of Think North America's plant in Elkhart.

# EXPO

## MOST HAVE POSITIVE OUTLOOK

CONTINUED FROM A12

buy $7 plants in a recession as an economical way to improve their yards.

But Vans Pines Nursery, of West Olive, has seen a decrease in its sales of evergreen trees, grower Don Lowther said.

“Trees are more expensive,” he said. “Wholesalers are more cautious about purchasing.”

But most of the 200 exhibitors at the trade show have a good outlook for 2010, said Dave Kellogg, of Hortech Inc., of Spring Lake.

“There will be slow growth, but we'll get back on track,” he said.

A wholesaler, Hortech has held steady in sales to garden centers, but landscapers are finding less business as new construction is at a standstill, Kellogg said.

The Expo, co-sponsored by the Michigan Nursery & Landscape Association and the Michigan Turfgrass Foundation, ended its three-day run Wednesday.

Nursery and perennial plant producers in Michigan generate $291 million in annual sales, giving the state the fifth-largest nursery industry in the nation, according to the Michigan Nursery & Landscape Association. Landscape contractors and designers generate $655 million in sales, and lawn service and sod growers contribute $272 million to the economy, according to the association.

# NAMES AND FACES IN BUSINESS

Allison Horton

Christopher Rauch

### Personnel changes

**Allison Horton** joined Rhoades McKee PC as an associate attorney.

The Gremel Group hired **Christopher Rauch** to work with founder Andy Gremel.

### Groups and organizations

**Kerby Wallick,** of Legacy Trust, was named to the Grand Rapids Community Foundation's investment review committee.

Kerby Wallick

**Send announcements to: Names and Faces in Business, The Grand Rapids Press, 155 Michigan St. NW, Grand Rapids, MI 49503, or fax to 222-5409. E-mail releases and photos (head and shoulders, minimum 200 dpi) to namesandfaces@grpress.com.**

# FORECAST

## SURVEY COVERS ALL ECONOMIC SECTORS

CONTINUED FROM A12

for 2010. He is one of several experts scheduled to offer predictions Jan. 15 during the 2010 West Michigan Economic and Commercial Real Estate Forecast Breakfast. Sponsored by the Seidman College of Business Alumni Association and Grubb & Ellis/Paramount Commerce, the event includes presentations covering the industrial, office, retail, investment and residential real estate markets.

Singh will discuss the results of his annual confidence survey for the greater Grand Rapids economy, including Kent, Ottawa, Muskegon and Allegan counties. Conducted in November 2009, the survey covers all economic sectors. The report has become a much-anticipated annual benchmark of the local economy.

Derek Hunderman, managing partner of Grubb & Ellis / Paramount, and H. James Williams, Seidman dean, will make opening remarks. Robert Bach, senior vice president and chief economist for Grubb & Ellis/Paramount, will discuss the national outlook. Four Grubb &Ellis/Paramount presenters will summarize the regional commercial real estate market.

# PLANT

## TAX ABATEMENT PLAN APPROVED

CONTINUED FROM A12

chief financial officer.

The Elkhart City Council gave initial approval Monday night to a 10-year tax abatement plan for the company.

Gov. Mitch Daniels took part in the formal announcement Tuesday afternoon at the former facility for Philips Products, which made doors and windows for the RV industry. That plant, which had about 250 workers, closed last summer.

Think North America officials said they planned to start selling Think City electric cars in the U.S. later this year. The company expects production to start at the Elkhart factory in early 2011. The plant eventually will build more than 20,000 cars a year.

George Hofacker
Lawn, Garden & Snow Equipment
Complete Engine Rebuilding Service
TRY BEFORE YOU BUY
3633 - 4 MILE RD., N.W.
784- 2998

Have a loved one from the Grand Rapids area serving in the military?
Keep your state side or overseas soldier informed about West Michigan. The Grand Rapids Press now offers an online electronic edition (e-Edtion) for our active military.
The e-Edition is an EXACT REPLICA of the print edition.
Special rate for Active Military Personnel
Only $8 Per Month
Call for details and to subscribe. Subscriptions must be prepaid, and will require an email address for the recipient.
THE GRAND RAPIDS PRESS
Be someone who gets it.
1-800-878-1411 / 616-222-5411
SOURCE: xinpaper REASON: xmilitary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>MOTORS LIQUIDATION COMPANY<br>f/k/a GENERAL MOTORS CORPORATION,<br>*et al.*,<br>Debtors. | Chapter 11 Case No.<br>09-50026 (REG)<br>(Jointly Administered) |

**NOTICE OF DEADLINE
FOR FILING CERTAIN PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |

PLEASE TAKE NOTICE THAT, on December 18, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a **General Motors Corporation**) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered a supplemental order (the "**Supplemental Bar Date Order**") establishing (i) **February 10, 2010, at 5:00 p.m. (Eastern Time)** (the "**Property Claims Bar Date**") as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against any of the Debtors with respect to their person or real property arising from being located adjacent to, or in the proximity of, the properties listed at the end of this notice (a "**Property Proof of Claim**").

The Supplemental Bar Date Order, the Property Claims Bar Date and the procedures set forth below for the filing of Property Proofs of Claim apply to all such claims against the Debtors that arose prior to **June 1, 2009**, the date on which the Debtors commenced their cases under the United States Bankruptcy Code (the "**Bankruptcy Code**").

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROPERTY PROOF OF CLAIM.**

**1. WHO MUST FILE A PROPERTY PROOF OF CLAIM**

You **MUST** file a **Property Proof of Claim** to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to **June 1, 2009**. Acts or omissions of the Debtors that occurred before **June 1, 2009** may give rise to claims against the Debtors that must be filed by **February 10, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **June 1, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROPERTY PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**2. WHEN AND WHERE TO FILE**

All Property Proofs of Claim must be filed so as to be **actually received** on or before **February 10, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Property Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 10, 2010**. Property Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Property Proof of Claim, your filed Property Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROPERTY PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROPERTY PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Property Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidationdocket.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROPERTY PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROPERTY PROOF OF CLAIM BY THE PROPERTY CLAIMS BAR DATE**

***If you do not file a Property Proof of Claim on or before February 10, 2010 in the appropriate form in accordance with the procedures described in this Notice for any such claim you wish to assert against each of the Debtors, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything related to the claim and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.***

**A holder of a possible claim against the Debtors should consult an attorney as to whether the holder should file a Property Proof of Claim.**

DATED: December 18, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| BUICK CITY | 902 EAST HAMILTON AVENUE | FLINT, MICHIGAN 48550 |
| FIERO SITE | 900 BALDWIN AVENUE | PONTIAC, MICHIGAN 48340 |
| FLINT FLOWTHROUGH WAREHOUSE | 4002 JAMES COLE BOULEVARD | FLINT, MICHIGAN 48503 |
| GMPT - FREDERICKSBURG | 11032 TIDEWATER TRAIL | FREDERICKSBURG, VIRGINIA 22408 |
| GMPT - LIVONIA | 12200 MIDDLEBELT | LIVONIA, MICHIGAN 48150 |
| GMPT - PARMA COMPLEX | 5400 CHEVROLET BOULEVARD PO BOX 30098 | PARMA, OHIO 44130 |
| GMPT - WILLOW RUN | 2930 ECORSE ROAD | YPSILANTI, MICHIGAN 48198 |
| GMVM - MORAINE ASSEMBLY | 2601 WEST STROOP ROAD | MORAINE, OHIO 45439 |
| GMVM - PONTIAC ASSEMBLY | 2100 SOUTH OPDYKE ROAD | PONTIAC, MICHIGAN 48341 |
| GMVM - WILMINGTON ASSEMBLY | 801 BOXWOOD ROAD PO BOX 1512 - 19899 | WILMINGTON, DELAWARE 19804 |
| PCC - VALIDATION | 200 SOUTH BOULEVARD WEST | PONTIAC, MICHIGAN 48341 |
| SAGINAW NODULAR IRON | 2100 VETERANS MEMORIAL PARKWAY | SAGINAW, MICHIGAN 48605 |
| SHREVEPORT PLANT (GMVM & STAMPING) | 7600 GENERAL MOTORS BOULEVARD PO BOX 30011 - 71130-0011 | SHREVEPORT, LOUISIANA 71130 |
| STAMPING - GRAND RAPIDS | 300 36TH STREET SOUTHWEST | WYOMING, MICHIGAN 49548 |
| STAMPING - INDIANAPOLIS | 340 WHITE RIVER PARKWAY WEST DRIVE SOUTH 50 | INDIANAPOLIS, INDIANA 46206 |
| STAMPING - MANSFIELD | 2525 WEST FOURTH STREET PO BOX 2567 - 44906 | MANSFIELD, OHIO 44906 |
| STAMPING - PITTSBURGH | 1451 LEBANON SCHOOL ROAD | WEST MIFFLIN, PENNSYLVANIA 15122 |
| STAMPING - PONTIAC NORTH CAMPUS | 220 EAST COLUMBIA | PONTIAC, MICHIGAN 48340 |

PUBLIC NOTICES | PUBLIC NOTICES | PUBLIC NOTICES | PUBLIC NOTICES | PUBLIC NOTICES | PUBLIC NOTICES

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | |
|---|---|
| MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION, *et al.*, Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |

**NOTICE OF DEADLINE FOR FILING CERTAIN PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 | 38-0572515 | General Motors Corporation; GMC Truck Division; NAO Fleet Operations; GM Corporation; GM Corporation-GM Auction Department; National Car Rental; National Car Sales; Automotive Market Research |
| MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 | 38-2577506 | Saturn, LLC; Saturn Corporation; Saturn Motor Car Corporation; GM Saturn Corporation; Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |

PLEASE TAKE NOTICE THAT, on December 18, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Motors Liquidation Company (**f/k/a General Motors Corporation**) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered a supplemental order (the "**Supplemental Bar Date Order**") establishing (i) **February 10, 2010, at 5:00 p.m. (Eastern Time)** (the "**Property Claims Bar Date**") as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against any of the Debtors with respect to their persons or real property arising from being located adjacent to, or in the proximity of, the properties listed at the end of this notice (a "**Property Proof of Claim**").

The Supplemental Bar Date Order, the Property Claims Bar Date and the procedures set forth below for the filing of Property Proofs of Claim apply to all such claims against the Debtors that arose prior to **June 1, 2009**, the date on which the Debtors commenced their cases under the United States Bankruptcy Code (the "**Bankruptcy Code**").

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROPERTY PROOF OF CLAIM.**

**1. WHO MUST FILE A PROPERTY PROOF OF CLAIM**

You MUST file a Property Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to **June 1, 2009**. Acts or omissions of the Debtors that occurred before **June 1, 2009** may give rise to claims against the Debtors that must be filed by **February 10, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **June 1, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROPERTY PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**2. WHEN AND WHERE TO FILE**

All Property Proofs of Claim must be filed so as to be **actually received** on or before **February 10, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Property Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 10, 2010**. Property Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Property Proof of Claim, your filed Property Proof of Claim must (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROPERTY PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROPERTY PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Property Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidationdocket.com

**YOU SHOULD ATTACH TO YOUR COMPLETED PROPERTY PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROPERTY PROOF OF CLAIM BY THE PROPERTY CLAIMS BAR DATE**

***If you do not file a Property Proof of Claim on or before February 10, 2010 in the appropriate form in accordance with the procedures described in this Notice for any such claim you wish to assert against each of the Debtors, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything related to the claim and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.***

**A holder of a possible claim against the Debtors should consult an attorney as to whether the holder should file a Property Proof of Claim.**

DATED: December 18, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| BUICK CITY | 902 EAST HAMILTON AVENUE | FLINT, MICHIGAN 48550 |
| FIERO SITE | 900 BALDWIN AVENUE | PONTIAC, MICHIGAN 48340 |
| FLINT FLOWTHROUGH WAREHOUSE | 4002 JAMES COLE BOULEVARD | FLINT, MICHIGAN 48503 |
| GMPT - FREDERICKSBURG | 11032 TIDEWATER TRAIL | FREDERICKSBURG, VIRGINIA 22408 |
| GMPT - LIVONIA | 12200 MIDDLEBELT | LIVONIA, MICHIGAN 48150 |
| GMPT - PARMA COMPLEX | 5400 CHEVROLET BOULEVARD PO BOX 30098 | PARMA, OHIO 44130 |
| GMPT - WILLOW RUN | 2930 ECORSE ROAD | YPSILANTI, MICHIGAN 48198 |
| GMVM - MORAINE ASSEMBLY | 2601 WEST STROOP ROAD | MORAINE, OHIO 45439 |
| GMVM - PONTIAC ASSEMBLY | 2100 SOUTH OPDYKE ROAD | PONTIAC, MICHIGAN 48341 |
| GMVM - WILMINGTON ASSEMBLY | 801 BOXWOOD ROAD PO BOX 1512 - 19899 | WILMINGTON, DELAWARE 19804 |
| PCC - VALIDATION | 200 SOUTH BOULEVARD WEST | PONTIAC, MICHIGAN 48341 |
| SAGINAW NODULAR IRON | 2100 VETERANS MEMORIAL PARKWAY | SAGINAW, MICHIGAN 48605 |
| SHREVEPORT PLANT (GMVM & STAMPING) | 7600 GENERAL MOTORS BOULEVARD PO BOX 30011 - 71130-0011 | SHREVEPORT, LOUISIANA 71130 |
| STAMPING - GRAND RAPIDS | 300 36TH STREET SOUTHWEST | WYOMING, MICHIGAN 49548 |
| STAMPING - INDIANAPOLIS | 340 WHITE RIVER PARKWAY WEST DRIVE SOUTH 50 | INDIANAPOLIS, INDIANA 46206 |
| STAMPING - MANSFIELD | 2525 WEST FOURTH STREET PO BOX 2567 - 44906 | MANSFIELD, OHIO 44906 |
| STAMPING - PITTSBURGH | 1451 LEBANON SCHOOL ROAD | WEST MIFFLIN, PENNSYLVANIA 15122 |
| STAMPING - PONTIAC NORTH CAMPUS | 220 EAST COLUMBIA | PONTIAC, MICHIGAN 48340 |

(S-1/7/2010-5590102)

PUBLIC NOTICE

The Indiana Department of Environmental Management is accepting public comments on the Voluntary Remediation Work Plan for the Former Warman Avenue Scrap Yard site, located at 565 South Warman Avenue in Indianapolis, Indiana.

IDEM is seeking public comments on the Remediation Work Plan submitted by Chrysler LLC, Site #6060601 as part of their fulfillment of a voluntary cleanup.

Copies of the Remediation Work Plan and other site related documents are available for review between start date and end date at:

West Indianapolis Branch Library
1216 South Kappes Street
Indianapolis, Indiana

Or on the internet at.

Indiana Department of Environmental Management
Virtual File Cabinet
http://12.186.81.89/Pages/Public/Search.aspx
Document #53318111

IDEM will accept written comments between start date and end date.

Mail your comments to:

Erin Brittain, Project Manager
IDEM Voluntary Remediation Program
MC 66-30V IGCN 1101
Indianapolis, IN 46204-2251

For further information, contact Erin Brittain at (317) 233-2991, 1-800-451-6027, or at ebrittai@idem.in.gov.

Wheeler's Towing Service, Inc will be having a Mechanic Lien Auction January 25, 2010 at 10:00 AM. The auction will be held at Wheeler's Towing located at 2325 W. Michigan Street, Indianapolis, IN 46222. Viewing will begin the morning of the sale at 8:00 am. The following vehicles will be sold: 1997 FORD EXPLORER 1FMDU32X2VUB 01442 $1480; 2008 Mercury Mariner 4M2CU81Z 88KJ01889 $1430; 1992 BUICK RIVIERA 1G4EZ13 18NU409141 $1340; 1994 OLDS CUTLASS 1G3AG554 XR64008 14 $1800; 1999 FORD AEROSTAR 1FMDA3 1U3KZB77279 $1375; 2001 PONTIAC SUNFIRE 1G2JD 12T917174801 $2025; 1989 BUICK LESABRE 1G4HR54 C4KH530384 $1675; 1998 CHEVY CAVALIER 1G1JC5 247W7134862 $1430; 1993 CHEVY C1500 1GCEC14K XPE151780 $1375; 1996 NISSAN SENTRA 1N4AB41

**Apts. Unfurn. Southeast 610**

BEECH GROVE 1BR $110wk $300 dep. All utilities paid. No Pets. 317-414-4455

1ST MONTH FREE on 13 month lease. We pay gas & electric for 3 months. Limited time, call today! Now Open Sundays 12-5 317-783-3849

**Apts. Unfurn. South 611**

1 MONTH free rent
1 BR starting at $525
2 BR starting at $625
Stonehedge Apts
317-888-5692

1ST MONTH FREE!
2 Bedroom $495
HEAT/WATER PAID!

**Homes For Sale North 722**

CARMEL Rancher in quiet area w/new roof, motivated seller, mid $130's. Call 317-925-6000 Location Realty

**Homes For Sale Southwest 727**

NEW LIST 3BR, Family Room. $80's. 710-8978 DuBois Realty 856-4041

**Manufact Housing 741**

HANDYMAN SPECIAL!
FREE 1ST Month RENT
FREE MOBILE HOMES
Some Priced at $500 or less--some work needed HURRY-these won't last!! For more

**Office Space for Lease 789**

NEAR DOWNTOWN on 16th Street. 8K + sq ft. Office or Retail Great Rates Parking in rear 636-8318

**Retail Space for Lease 794**

4601 E 21ST ST. 1800SF Parking, retail, office, $1000/mo. 228-9444

**ATV's, Minibikes, Scooters, etc. 802**

**Cars**

CHEVY MALIBU MAXX LT '06 V6, Hatchback, Skylight, $10,990, 317-837-2009
Andy Mohr Budget Center

CHRYSLER 300 '06 Black, Gangster look, Luxury feel, Don't miss this! $10,989 Call Toll Free1-800-891-2037
Tom Roush

CHRYSLER NEWPORT '65, clean, runs good, green, $4500. Call 317-491-0805.

Check This Out!

CHRYSLER LHS '01 3.5 V6, loaded every option, high miles but very good cond. Looks, drives & runs great. $3,250. 317-440-7645

CHRYSLER PT CRUISER '08 Economical, Lots of room, 2 to choose from! $8,986 Call Toll Free 1-800-891-2037
Tom Roush

CHRYSLER SEBRING '04 Touring, Convertible, Low miles! #1P2660A Only $7,482 Call 1-800-616-0027
EdMartin.com

CHRYSLER SEBRING '97 Convertible, Great Christmas Gift, Only $4,990 Call now! 317-837-2009
Andy Mohr Budget Center

DODGE CHARGER '08 Red, Spoiler, Racing Stripes, Chrome, Loaded! $14,989 Toll Free 1-800-891-2037
Tom Roush

DODGE NEON ES '00 Silver, FWD, a/c, 2.0L, I4, auto $2,075. (317) 780-1177

DODGE STRATUS SE '02 Light Blue, 4 Door, #1P2692A Now Only $5,481 Call now! 1-800-616-0027
EdMartin.com

FORD EDGE '07 Red, Loaded, Chrome Wheels, Roof, Lthr, Nice! $22,798 Toll Free 1-800-891-2037
Tom Roush

FORD FOCUS SE '01 Burgandy, Auto, CD, PW, PL, AC, $5,995, 317-627-8307

FORD MUSTANG '98 Auto With Air, Inspected, $3,990 Call Now! 317-837-2009
Andy Mohr Budget Center

FORD MUSTANG GT '99 Convertible, Low miles, Loaded, Only $12,990 Call now! 317-837-2009
Andy Mohr Budget Center

FORD TAURUS '04-4 DR, AT, loaded, ext. warranty, Runs good. $6000. 317-638-3805

FORD TAURUS SE '05 Blue, Auto, Air, PW, PD, Tilt, Cruise, CD, $8,400, 317-627-8307

HONDA ACCORD '08 EX. V6, leather, 205K hwy mi, looks & runs great! Gold / tan. $3610. (317)370-5403

HONDA ACCORD '94 LX. Runs good, new parts, $2300 obo. (317)956-9656

HONDA ACCORD LX '93 5sp. 163K, Runs Great (317) 858-1373

HONDA ACCORD LX '00 at, 112k mi, fully loaded, 4dr 4 cyl. $6,511. (317)566-7451

HONDA ACCORD WGN '97 One Owner, Inspected, $4,990 Call 317-837-2009
Andy Mohr Budget Center

HONDA CIVIC EX '03 81K $7,995 Exl Con. 1 owner (317) 777-9369

HONDA CIVIC EX '95 2 DR, 5 Speed, Great Gas Saver! $3,986, Call Sean 317-888-9227

HONDA CIVIC LX '99 4DR, auto, moonrf, fact. CD, 164K mi's, looks & drives good, $2,800, OBO. (317) 605-8939; (317) 490-2637.

HYUNDAI SONATA '01-100K mi. Reblt title. Lady driven. Runs grt. $2795. 727-3420

JAGUAR X-TYPE '04 Black, Loaded, Clean, Priced for quick sale! $10,989 Call Toll Free 1-800-891-2037

**Cars**

MERCURY GRAND MARQUIS '03 Warranty available! $5,990 Call No[w] 8 3 7 - 2 0
Andy Mohr Budget C[enter]

MINI COOPER '05 L[...] Loaded, 5 Speed, Ex[...] Car! Call Sean for [...] 317-888-9227

MINI COOPER S '0[...] Cooper Werks, 44K [...] under warranty. L[...] Like New! Florida ca[r] tires. $21,900 (260)4[...]

NISSAN 300ZX '86 [...] Find, Inspected! [...] $2,990 Call 317-8[...]
Andy Mohr Budget C[enter]

NISSAN ALTIMA S '[...] miles, Black, $15,99[...] Sean 317-888-9227

NISSAN ALTIMA 2.5 [...] Red, PW, PL, Cruis[e] AC, Cloth, $14,990, 3[...] 8307

NISSAN ALTIMA 3.5 [...] Coupe, Red, Black L[...] Loaded, $26,491, 3[...] 8307

NISSAN MAXIMA '09 [...] Black Leather, Load[ed] 3.5, V6, Dual Sunroo[f] has it all! Only 19K [...] $33,400, Call 317-627[...]

NISSAN MAXIMA 3.5 [...] PW, PL, Tilt, Tel[e] Wheel, AM/FM/C[D] 6.3 Inch LCD Screen [...] Air, Dual Climate [...] Roof, $16,495, 317-62[...]

NISSAN MAXIMA [...] Leather, Roof, Nic[e] $10,995, Call Sean 3[...] 9227

NISSAN ROGUE '08 [...] Door, SL, AWD, S[...] BOSE Sound, 6 [...] $22,325 317-627-8301

LOW MILE[...]

NISSAN SENTRA '[...] AT, showroom cond[...] door, silver, 2 [...] power, newer tires [...] $7,400. Call (317)4[...]

OLDS ALERO '04 [...] Clean, Good miles, [...] kid car! Only $5,9[...] Toll Free1-800-891-20[37]
Tom Rou[sh]

ONE-OF-A-[...]

OLDS CUTLASS SU[PREME] CUSTOM '89, 2 dr, [...] runs excel, super [...] looks sporty, hi mil[...] price, good gas [...] $1100 obo. (317)987-[...]

PONTIAC FIREBIRD [...] Auto Trans, T-Tops [...] $4,990, Call now! 8[...]
Andy Mohr Budget C[enter]

PONTIAC GTO '04 O[...] 5.7L Engine, Real [...] Only $15,480 Call n[ow] 800-924-7457
EdMartin.c[om]

PONTIAC SUNFIR[E] [...] 4Door, Affordable! [...] $4,990, Call now! 8[...]
Andy Mohr Budget [Center]

TOYOTA AVALON '[...] Lthr, Pwr Sunroof, [...] Beautiful Car, $13,[...] now!! 1-800-924-745[7]
EdMartin.c[om]

TOYOTA AVALON [...] sun, lthr, dvd $12,8[...] 440-6874

TOYOTA CAMRY LE [...] miles, Alloys, One [...] All Power, Only $[...] Call now! 1-800-61[...]
EdMartin.c[om]

TOYOTA CELICA [...] Coupe, 5 Speed, [...] #1AL1570A Only [...] Call now! 1-800-616[...]
EdMartin.c[om]

VW JETTA GLS '0[...] Gas Mileage, Dep[...] $6,990, Call 317-[...]
Andy Mohr Budget [Center]

VW PASSAT '00, 1[...] In great cond. 2nd [...] many new parts, [...] maint. since new. [...] all power. $4100. [...] 8017 after 6pm [...] weekends

ACURAS - 18 [...]

**8B BUSINESS**

Mansfield News Journal

Get breaking news 24 hours a day, seven days a week at mansfieldnewsjournal.com

SEND US YOUR LOCAL BUSINESS NEWS
fax: 419-521-7415
e-mail: mnjnews@gannett.com

THURSDAY, JANUARY 7, 2010

**Experienced - Professional - Reliable**
**The Investment & Trust Group**
**419-525-8713**

Investments are not FDIC-insured, nor are they deposits of or guaranteed by a bank or any other entity, so you may lose money. You should carefully consider the investment objectives, risk, charges and expenses of your investments.

**Richland Bank** Member FDIC

## STOCKS OF LOCAL INTEREST

| NAME | DIV/SHR | YIELD | P/E | PREV CLS | CLOSE |
|---|---|---|---|---|---|
| ABBOTT | 1.6 | 2.90% | 14.72 | $54.02 | $54.32 |
| A K STEEL | 0.2 | 0.90% | N/A | $22.94 | $24.10 |
| ASHLAND INC | 0.3 | 0.70% | 42.76 | $40.92 | $41.61 |
| BP | 3.36 | 5.70% | 21.16 | $59.57 | $59.88 |
| CBS | 0.2 | 1.40% | 30.65 | $14.18 | $13.73 |
| CENTURYTEL INC | 2.8 | 7.60% | 10.2 | $36.72 | $35.28 |
| DTE ENERGY | 2.12 | 4.90% | 12.92 | $43.05 | $43.23 |
| EMERSON ELEC | 1.34 | 3.10% | 19.28 | $43.42 | $43.81 |
| FIRSTENERGY | 2.2 | 4.70% | 13.02 | $46.25 | $46.75 |
| FIRSTMERIT | 0.64 | 3.10% | 19.08 | $20.47 | $20.78 |
| GEN ELEC | 0.4 | 2.60% | 14.31 | $15.53 | $15.45 |
| GRMN RUPP | 0.42 | 1.50% | 24.28 | $28.07 | $28.07 |
| GOODYEAR | N/A | N/A | N/A | $15.75 | $15.83 |
| HUNTINGTN | 0.04 | 1.10% | N/A | $3.76 | $3.86 |
| HOMEDEPO | 0.9 | 3.10% | 21.48 | $28.88 | $28.78 |
| HARLEY D | 0.4 | 1.60% | 24.7 | $25.65 | $25.59 |
| IBM | 2.2 | 1.70% | 13.35 | $130.85 | $130.00 |
| JPMORGCH | 0.2 | 0.50% | 27.4 | $43.68 | $43.92 |
| KEYCORP | 0.04 | 0.70% | N/A | $6.17 | $6.13 |
| KROGER CO | 0.38 | 1.90% | 80.36 | $20.24 | $20.25 |
| MCDONALD | 2.2 | 3.50% | 15.89 | $62.30 | $61.45 |
| MARATHON | 0.96 | 3.00% | 21.89 | $32.14 | $32.85 |
| NUCOR CORP | 1.44 | 3.00% | N/A | $48.12 | $49.57 |
| PEPSICO INC | 1.8 | 2.90% | 18.45 | $61.98 | $61.36 |
| PECO II, Inc. | N/A | N/A | N/A | $5.47 | $5.75 |
| P N C FIN SVCS GR | 0.4 | 0.70% | 32.08 | $54.05 | $54.05 |
| PITTS GLASS WORKS | 2.16 | 3.60% | 38.33 | $60.64 | $61.59 |
| PARK NATL | 3.76 | 6.30% | 11.97 | $58.53 | $58.32 |
| QWEST | 0.32 | 7.50% | 10.18 | $4.46 | $4.51 |
| RR DONNELLEY | 1.04 | 4.60% | N/A | $22.66 | $22.77 |
| SPRINT | N/A | N/A | N/A | $4.13 | $4.09 |
| SHILOH INDS | N/A | N/A | N/A | $5.00 | $4.56 |
| TIMKEN CO | 0.36 | 1.50% | N/A | $24.27 | $25.00 |
| TIME WRNR | 0.75 | 2.50% | N/A | $29.09 | $29.02 |
| VIACOM B | N/A | N/A | 16.69 | $30.04 | $29.89 |
| WENDYS | 0.06 | 1.30% | N/A | $4.57 | $4.40 |
| WALMART | 1.09 | 2.00% | 15.51 | $53.69 | $53.57 |
| WORTHGN | 0.4 | 2.90% | N/A | $13.88 | $16.73 |

### Wall Street

### Stocks end flat on mixed reports

NEW YORK — Investors treaded water for a second day Wednesday as a batch of mixed economic reports and signs of division among Federal Reserve policymakers offered little new insight into the economy.

Stocks ended little changed, but modest gains pushed the Standard & Poor's 500 index to a new 15-month high. The cautious tone seen Tuesday and Wednesday comes as investors await the government's monthly employment report Friday.

The day's economic news wasn't enough to galvanize traders still trying to determine which direction the market will take in the early part of 2010.

*Associated Press*

### Business in Brief

### Some Federal Reserve officials conflicted on mortgage program

WASHINGTON — Some Federal Reserve policymakers last month were conflicted over whether to expand or cut back a program intended to drive down mortgage rates and bolster the housing market, according to a document released Wednesday.

Minutes of the Fed's closed-door meeting on Dec. 15-16 revealed that a "few members" thought that the Fed's $1.25 trillion program to buy mortgage securities from Fannie Mae and Freddie Mac might need to be expanded and extended beyond its current end date of March 31. Such an additional dose of stimulus would be especially needed if the economic recovery were to weaken, they argued.

### Service sector growing again, but hiring remains slow

NEW YORK — A gauge of the U.S. service sector returned to growth last month, aided by the holiday season's retail sales. The expansion reflected a slowly improving economy — but it was too slight to generate much hiring.

The Institute for Supply Management, a private trade group, said Wednesday its service index rose to 50.1 in December from 48.7 in November. A level above 50 signals growth.

### Lockheed Martin to cut 1,200 jobs in combination of units

BETHESDA, Md. — Defense contractor Lockheed Martin said Wednesday it plans to cut 1,200 jobs to lower costs as it combines two units.

The cuts amount to less than 1 percent of the company's total work force of about 140,000. The company says employees who will lose their jobs will be notified by early April.

Lockheed announced in November its plans to combine two units in its electronics systems business — the former Maritime Systems & Sensors business, based in Washington, D.C., and its Systems Integration unit in Owego, N.Y.

### Orange juice prices rise

NEW YORK — Orange juice futures contracts reached their highest levels in two years Wednesday as a prolonged freeze in Florida endangers crop production.

"This is purely weather driven," said Richard Feltes, senior vice president and director of commodity research at MF Global.

Prices for frozen orange juice concentrate have risen sharply this week and went as high as $1.4965 per pound.

*Associated Press*

## GM: 100s of dealerships could make comeback

**BY TOM KRISHER**
*Associated Press*

DETROIT — Hundreds of the 1,350 General Motors Co. dealers who lost their franchises last year could see them restored in a congressionally mandated arbitration process that begins later this month, the company's interim CEO said Wednesday.

CEO and Chairman Ed Whitacre Jr. also said that new Chief Financial Officer Chris Liddell is a candidate for the CEO post. And Whitacre said he's not confident about selling the Swedish Saab brand.

In a wide-ranging talk with reporters at GM's Detroit headquarters, Whitacre also predicted that GM would be profitable this year, although he said that was dependent on the economy and other factors.

The 1,350 dealerships, which were allowed to stay open until October 2010, were targeted as part of an effort to dump poor performers and better align its dealer base with much lower consumer demand for autos. In many cases, GM had dealerships too close to one another and competing on price, the company said.

Congress passed legislation late last year that forces GM and Chrysler Group LLC, which shed 789 dealers last year, to give dealers a chance to appeal closure decisions. Both companies went through bankruptcy protection earlier this year and are receiving government aid.

Whitacre said GM had a "pretty arbitrary cutoff point" for shedding dealers, and that it probably made mistakes in getting rid of some of them.

When pressed, he said "hundreds of dealers" may be closer to 100 than a thousand, but it's "a substantial number."

Restoring some dealerships could be good for the company because they would sell more cars for GM. But it also could be bad if a "lousy dealer" with a poor storefront got a franchise back, he said.



*LOU WHITMIRE/NEWS JOURNAL*
John Miller Jr., John "P.J." Kahl, Tyron Brown and Shane Fox operate Kahl'z Detailz featuring Tybo's Custom Audio and Fox Airbrushing.

## Car detail business expands, moves into Carousel District

**BY LOU WHITMIRE**
*News Journal*

MANSFIELD — Kahl'z Detailz has added new services and moved to the Carousel District.

John Miller Jr., of Mansfield, and John "PJ." Kahl, of Ontario, are expanding the business to include audio equipment, stereo systems, underbody neon lights, remote starters, body kits, window tinting, upholstery and vehicle storage. The operation relocated Dec. 19 at the site of the former Ingram Oldsmobile dealership building at 71 N. Diamond St.

In July, the two men opened at the rear of 122 W. Fourth St. but outgrew the facility. Two additional owners have since joined Miller and Kahl, with the operations renamed Kahl'z Detailz featuring Tybo Custom Audio and Fox Airbrushing.

Tyron Brown of Mansfield operates Tybo Custom Audio and Shane Fox of Ontario operates Fox Airbrushing.

Fox specializes in airbrushing vehicles, and he does wall murals and signs for businesses.

The business provides free pickup and delivery of cars and trucks within five miles of the downtown square — enabling downtown customers to have their car detailed while they're at work.

This month the business is offering a hand car wash for $10.

Kahl said the spacious building allows the expanded staff to use two wash bays and two dry bays.

A car stereo room is being constructed inside the building.

The downtown merchants said they want to become a part of the community and plan to host a car show this year. They would like to release a car calendar and are organizing a cornhole tournament in conjunction with Goodfellows.

Kahl said the new location has plenty of parking.

The shop is open 9 a.m. to 5 p.m. Mondays through Fridays.

For more information, call 419-709-1813.

*lwhitmire@nncogannett.com*
*419-521-7223*

### BLOOMING GROVE AUCTION

A total of 21 loads consigned were sold at the Blooming Grove Hay and Straw Auction on Wednesday.

Prices at the auction were:
2nd Timothy and Orchard Grass, $132.50 small square/ton;
2nd Alfalfa Mix, $105-$162.50 small square/ton;
2nd Alfalfa Orchard Grass, $147.50 small square/ton;
3rd Alfalfa, $100-$127.50 small square/ton;
3rd Timothy, $147.50 small square/ton;
4th Alfalfa, $167.50 small square/ton;
1st Timothy, $142.50 large square/ton;
1st Timothy Mix, $147.50 large square/ton;
Clover Hay, $125 small square/ton;
Wheat Straw, $15 small square/ton;
$77.50 large square/ton;
Wheat Straw, $1.60/bale; $19 large square/ton;
2nd Mix, $77.50 small square/ton;
Firewood, $30-$55/load.

### DILBERT

  

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re                                  Chapter 11 Case No.
**MOTORS LIQUIDATION COMPANY**         **09-50026 (REG)**
f/k/a GENERAL MOTORS CORPORATION, et al.,
                Debtors.               (Jointly Administered)

**NOTICE OF DEADLINE**
**FOR FILING CERTAIN PROOFS OF CLAIM**
TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 | 38-0572515 | General Motors Corporation; GMC Truck Operations; NAO Fleet Operations; GM Corporation; GM Auction Department; National Car Rental; National Car Sales; Automotive Market Research |
| MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 | 38-2577506 | Saturn, LLC; Saturn Corporation; Saturn Motor Car Corporation; GM Saturn Corporation; Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |

PLEASE TAKE NOTICE THAT, on December 18, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a **General Motors Corporation**) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered a supplemental order (the "**Supplemental Bar Date Order**") establishing (i) **February 10, 2010, at 5:00 p.m.** (Eastern Time) (the "**Property Claims Bar Date**") as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against any of the Debtors with respect to their person or real property arising from being located adjacent to, or in the proximity of, the properties listed at the end of this notice (a "**Property Proof of Claim**").

The Supplemental Bar Date Order, the Property Claims Bar Date and the procedures set forth below for the filing of Property Proofs of Claim apply to all such claims against the Debtors that arose prior to **June 1, 2009**, the date on which the Debtors commenced their cases under the United States Bankruptcy Code (the "**Bankruptcy Code**").

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROPERTY PROOF OF CLAIM.**

**1. WHO MUST FILE A PROPERTY PROOF OF CLAIM**

You **MUST** file a **Property Proof of Claim** to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to **June 1, 2009**. Acts or omissions of the Debtors that occurred before **June 1, 2009** may give rise to claims against the Debtors that must be filed by **February 10, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **June 1, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROPERTY PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**2. WHEN AND WHERE TO FILE**

All Property Proofs of Claim must be filed so as to be **actually received** on or before **February 10, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

**Or** if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

If by first-class mail, to:
The Garden City
Group, Inc.
Attn: Motors Liquidation
Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Property Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 10, 2010**. Property Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Property Proof of Claim, your filed Property Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROPERTY PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROPERTY PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Property Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidationdocket.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROPERTY PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROPERTY PROOF OF CLAIM BY THE PROPERTY CLAIMS BAR DATE**

If you do **not** file a Property Proof of Claim on or before February 10, 2010 in the appropriate form in accordance with the procedures described in this Notice for any such claim you wish to assert against each of the Debtors, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything related to the claim and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.

A holder of a possible claim against the Debtors should consult an attorney as to whether the holder should file a Property Proof of Claim.

DATED:   December 18, 2009
         New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| BUICK CITY | 902 EAST HAMILTON AVENUE | FLINT, MICHIGAN 48550 |
| FIERO SITE | 900 BALDWIN AVENUE | PONTIAC, MICHIGAN 48340 |
| FLINT FLOWTHROUGH WAREHOUSE | 4002 JAMES COLE BOULEVARD | FLINT, MICHIGAN 48503 |
| GMPT - FREDERICKSBURG | 11032 TIDEWATER TRAIL | FREDERICKSBURG, VIRGINIA 22408 |
| GMPT - LIVONIA | 12200 MIDDLEBELT | LIVONIA, MICHIGAN 48150 |
| GMPT - PARMA COMPLEX | 5400 CHEVROLET BOULEVARD PO BOX 30098 | PARMA, OHIO 44130 |
| GMPT - WILLOW RUN | 2930 ECORSE ROAD | YPSILANTI, MICHIGAN 48198 |
| GMVM - MORAINE ASSEMBLY | 2601 WEST STROOP ROAD | MORAINE, OHIO 45439 |
| GMVM - PONTIAC ASSEMBLY | 2100 SOUTH OPDYKE ROAD | PONTIAC, MICHIGAN 48341 |
| GMVM - WILMINGTON ASSEMBLY | 801 BOXWOOD ROAD PO BOX 1512 - 19899 | WILMINGTON, DELAWARE 19804 |
| PCC - VALIDATION | 200 SOUTH BOULEVARD WEST | PONTIAC, MICHIGAN 48341 |
| SAGINAW NODULAR IRON | 2100 VETERANS MEMORIAL PARKWAY | SAGINAW, MICHIGAN 48605 |
| SHREVEPORT PLANT (GMVM & STAMPING) | 7600 GENERAL MOTORS BOULEVARD PO BOX 30011 - 71130-0011 | SHREVEPORT, LOUISIANA 71130 |
| STAMPING - GRAND RAPIDS | 300 36TH STREET SOUTHWEST | WYOMING, MICHIGAN 49548 |
| STAMPING - INDIANAPOLIS | 340 WHITE RIVER PARKWAY WEST DRIVE SOUTH 30 | INDIANAPOLIS, INDIANA 46206 |
| STAMPING - MANSFIELD | 2525 WEST FOURTH STREET PO BOX 2567 - 44906 | MANSFIELD, OHIO 44906 |
| STAMPING - PITTSBURGH | 1451 LEBANON SCHOOL ROAD | WEST MIFFLIN, PENNSYLVANIA 15122 |
| STAMPING - PONTIAC NORTH CAMPUS | 220 EAST COLUMBIA | PONTIAC, MICHIGAN 48340 |

---

**Legals** | **Legals**

**PUBLIC NOTICE**
As required by law, the 2009 Cash Basis Annual Financial Report is available for public inspection at the New Bloomington Village Hall. For appointment contact Clerk/Treasurer, Dionne Gowin.
Clerk/Treasurer
202 W Buell St.
New Bloomington, Ohio 43341
(740) 499-2457
(Pub MS Jan. 7, '10 #4451089)

**LEGAL NOTICE**
The State of Ohio, Richland County Juvenile Court Case #2007DEP00094
IN THE MATTER OF KAYLEE SAWYER, DEPENDENT CHILD(REN)
TO: KRYSTAL SAWYER, MOTHER, OF KAYLEE SAWYER, LKA 135 East Cook Road, Apt H-1, Mansfield, OH 44907, whereabouts unknown.
Whereas a Motion for Permanent Custody duly verified according to law has been filed in this Court requesting that said DEPENDENT children(ren); KAYLEE SAWYER; be placed in the PERMANENT CUSTODY of Richland County Children Services.
An Order of PERMANENT CUSTODY, will result in the removal of your child(ren) from you and from your legal custody and will permanently divest you of your parental rights. You are entitled to representation by a lawyer in all proceedings in Juvenile Court. If you cannot afford a lawyer and if you meet certain requirements, the Court will appoint a lawyer for you. Ms. Smals, who may be reached at 419-774-5580 between the hours of 8:00 a.m. and 4:00 p.m., is the employee designated by the Court to arrange for the prompt appointment of counsel for indigent persons. If you wish to be represented by a lawyer but you cannot afford one, you should contact the Court as soon as possible.
YOU ARE ORDERED TO PERSONALLY APPEAR BEFORE THE JUVENILE COURT LOCATED AT 411 SOUTH DIAMOND STREET, MANSFIELD, OHIO ON: February 2, 2010 at 9:30 A.M.
IF YOU FAIL TO APPEAR YOU MAY BE FOUND IN CONTEMPT OF COURT AND LOSE OTHER VALUABLE RIGHTS. CONTACT THE COURT AT THE FOLLOWING PHONE NUMBER AS SOON AS YOU SEE THIS NOTICE: 419-774-5580.
RON SPON, JUDGE
By: Dependency Deputy Clerk
(Pub: MNJ Jan. 7, '10 #4450998)

...haun Byron

...leave ...asons

...nterim asso-...ent of busi-...for Pontiac ...s taken ...easons under ...aid Oakland ...endent Vickie

...tract through ...district and ...eading the ...a deficit ...Markavitch ...ools has ...chool ...homas ...another ...nt will be

brought in to fill out the contract for Dietz until he is able to return.

— Staff writer Diana Dillaber Murray

## Snowmobile ride to benefit Easter Seals

Easter Seals–Michigan announces the 23rd annual For Women Only Snowmobile Ride will be held at the Kewadin Resort and Casino in Sault Ste. Marie from Jan. 29-31.

Each participant raises $500 to help children and adults with disabilities.

These dedicated women raise funds throughout the year to meet their goals.

In the last 23 years, this event has raised more than $2 million for children and adults with disabilities or other special needs.

This eventwill include a meet-and-greet celebration on Friday night, and then a trek on the trails on Saturday in guided groups.

The riders will enjoy lunch at a local restaurant during the ride.

After the ride, the ladies will enjoy an evening of pampering and casino fun.

This event would not be possible without the support of its sponsors: Nelson's Speed Shop, Woody's and the Michigan Snowmobilers Association.

If you would like to learn more about the For Women Only Snowmobile Ride, support one of the riders or donate to the event, visit www.essmichigan.org or contact event manager Libby Collins via e-mail at ecollins@essmichigan.org.

— From staff reports

Search the classifieds on the internet

The Daily Oakland Press CLASSIFIED 1-800-686-2754

theoaklandpress.com

...ove Your Current Lease Vehicle?
BUY IT NOW!!
Best Prices Anywhere!
...ates as low as 3.99%*
...48-745-7337
Auburn PONTIAC GMC
...egina ~ She is Your ...l Auto Concierge!
...eginaw.com 500 S. Opdyke Rd., Pontiac
...ood for up to 60 months on any vehicles under 80,000 miles.

...edics Community Education Event

...Procedure For ...eatment Of Hip Pain"

...When: Thursday, January 21, 2010
...peaker: Michael A. Yusaf, M.D.
...ocation: Crittenton Hospital Medical Center Auditorium - North Building
...ime: 6:30 - 8:30 p.m.
...egister: Call (248) 652-5269
...ost: FREE

...mation and to register please call (248) 652-5269

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION, et al., Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |
|---|---|

**NOTICE OF DEADLINE FOR FILING CERTAIN PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 | 38-0572515 | General Motors Corporation; GMC Truck Division; NAO Fleet Operations; GM Corporation; GM Corporation-GM Auction Department; National Car Rental; National Car Sales; Automotive Market Research |
| MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 | 38-2577506 | Saturn, LLC; Saturn Corporation; Saturn Motor Car Corporation; GM Saturn Corporation; Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |

PLEASE TAKE NOTICE THAT, on December 18, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a **General Motors Corporation**) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered a supplemental order (the "**Supplemental Bar Date Order**") establishing (i) **February 10, 2010, at 5:00 p.m. (Eastern Time)** (the "**Property Claims Bar Date**") as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against any of the Debtors with respect to their person or real property arising from being located adjacent to, or in the proximity of, the properties listed at the end of this notice (a "**Property Proof of Claim**").

The Supplemental Bar Date Order, the Property Claims Bar Date and the procedures set forth below for the filing of Property Proofs of Claim apply to all such claims against the Debtors that arose prior to **June 1, 2009**, the date on which the Debtors commenced their cases under the United States Bankruptcy Code (the "**Bankruptcy Code**").

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROPERTY PROOF OF CLAIM.**

**1. WHO MUST FILE A PROPERTY PROOF OF CLAIM**

You **MUST** file a **Property Proof of Claim** to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to **June 1, 2009**. Acts or omissions of the Debtors that occurred before **June 1, 2009** may give rise to claims against the Debtors that must be filed by **February 10, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **June 1, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROPERTY PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**2. WHEN AND WHERE TO FILE**

All Property Proofs of Claim must be filed so as to be **actually received** on or before **February 10, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

Property Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before **February 10, 2010**. Property Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Property Proof of Claim, your filed Property Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROPERTY PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROPERTY PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Property Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidationdocket.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROPERTY PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROPERTY PROOF OF CLAIM BY THE PROPERTY CLAIMS BAR DATE**

***If you do not file a Property Proof of Claim on or before February 10, 2010 in the appropriate form in accordance with the procedures described in this Notice for any such claim you wish to assert against each of the Debtors, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything related to the claim and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.***

**A holder of a possible claim against the Debtors should consult an attorney as to whether the holder should file a Property Proof of Claim.**

DATED: December 18, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| BUICK CITY | 902 EAST HAMILTON AVENUE | FLINT, MICHIGAN 48550 |
| FIERO SITE | 900 BALDWIN AVENUE | PONTIAC, MICHIGAN 48340 |
| FLINT FLOWTHROUGH WAREHOUSE | 4002 JAMES COLE BOULEVARD | FLINT, MICHIGAN 48503 |
| GMPT - FREDERICKSBURG | 11032 TIDEWATER TRAIL | FREDERICKSBURG, VIRGINIA 22408 |
| GMPT - LIVONIA | 12200 MIDDLEBELT | LIVONIA, MICHIGAN 48150 |
| GMPT - PARMA COMPLEX | 5400 CHEVROLET BOULEVARD PO BOX 30098 | PARMA, OHIO 44130 |
| GMPT - WILLOW RUN | 2930 ECORSE ROAD | YPSILANTI, MICHIGAN 48198 |
| GMVM - MORAINE ASSEMBLY | 2601 WEST STROOP ROAD | MORAINE, OHIO 45439 |
| GMVM - PONTIAC ASSEMBLY | 2100 SOUTH OPDYKE ROAD | PONTIAC, MICHIGAN 48341 |
| GMVM - WILMINGTON ASSEMBLY | 801 BOXWOOD ROAD PO BOX 1512 - 19899 | WILMINGTON, DELAWARE 19804 |
| PCC - VALIDATION | 200 SOUTH BOULEVARD WEST | PONTIAC, MICHIGAN 48341 |
| SAGINAW NODULAR IRON | 2100 VETERANS MEMORIAL PARKWAY | SAGINAW, MICHIGAN 48605 |
| SHREVEPORT PLANT (GMVM & STAMPING) | 7600 GENERAL MOTORS BOULEVARD PO BOX 30011 - 71130-0011 | SHREVEPORT, LOUISIANA 71130 |
| STAMPING - GRAND RAPIDS | 300 36TH STREET SOUTHWEST | WYOMING, MICHIGAN 49548 |
| STAMPING - INDIANAPOLIS | 340 WHITE RIVER PARKWAY WEST DRIVE SOUTH 50 | INDIANAPOLIS, INDIANA 46206 |
| STAMPING - MANSFIELD | 2525 WEST FOURTH STREET PO BOX 2567 - 44906 | MANSFIELD, OHIO 44906 |
| STAMPING - PITTSBURGH | 1451 LEBANON SCHOOL ROAD | WEST MIFFLIN, PENNSYLVANIA 15122 |
| STAMPING - PONTIAC NORTH CAMPUS | 220 EAST COLUMBIA | PONTIAC, MICHIGAN 48340 |

Publish January 7, 2010