# Line changes give Whalers a lift

Sometimes, change is good.

Tyler Seguin's goal at 15:18 of the third period snapped a 3-3 tie and the Plymouth Whalers defeated the Windsor Spitfires, 4-3, in an Ontario Hockey League game played Saturday night before a sellout crowd of 3,530 at Compuware Arena.

Plymouth improves to 23-17-0-1, good for 47 points and second place in the OHL's West Division and fourth in the Western Conference. Windsor remains the top team in the OHL with a record of 31-5-0-4.

Give Plymouth head coach Mike Vellucci an assist in the win. With the game tied at 2-2 after 40 minutes, Vellucci broke up his line combinations at the start of the third period and matched Seguin with Austin Mattson and Robbie Czarnik.

All three players started the game on different lines, but clicked in a big way in the third period. Mattson broke the 2-2 tie with his second goal of the season at 5:54 (assisted by Czarnik and Seguin). Mattson and Czarnik then assisted on Seguin's game-winner.

"I was looking for some offense," Vellucci said succinctly after the game.

Earlier, Ryan Hayes scored two goals (7-8) for Plymouth. Justin Shugg scored twice for Windsor (18-19) and Harry Young scored his seventh of the year for the Spitfires.

Ex-Spitfire Matt Hackett continues to play well against his former teammates for Plymouth, stopping 49-of-52 shots as the game's third star.

Hackett's best save of the game (and maybe of the season) came with 20 seconds left second period with the game tied at 2-2. Eric Wellwood came into the Plymouth zone to the left hash mark and fed Kenny Ryan at the lower rim of the right circle. The puck was headed into the net, but Hackett slid to his left to make an outstanding glove stop.

Plymouth scored the only goal of the first period at 10:20 on a five-on-three power play. Ten seconds into the two-man-advantage, Hayes scored on a scramble just outside the blue crease the give the Whalers a 1-0 lead after one period.

Windsor went to work against Plymouth's top-ranked penalty killing unit (188-for-219 for 85.8 percent) and tied the game at 1-1 at 7:03 of the second period when Shugg threaded a shot from the high slot through traffic past Hackett, snapping a streak of 34 straight Plymouth penalty kills dating back to Dec. 12 in an 8-0 victory over Saginaw.

Hayes scored his second of the night on a Whalers power play at 13:22, tapping home a second rebound past Windsor goaltender Troy Passingham. Young replied at 16:24 with a hard shot from the right circle through traffic.

That set the stage for the decisive third period. Seguin kept the play alive in the Windsor zone on the left wing and found Mattson at the left hashmark. Mattson scored with a high shot that went top-shelf past Passingham at 5:54.

But Shugg tied the game again at 14:03, converting a rebound from Craig Duininck's shot from the right point and scoring just outside the blue crease on the left wing side of the Plymouth goal.

Seguin scored the game-winner 1:15 later when Czarnik carried the puck deep in the Windsor zone on the right wing and shot from the severe angle. Mattson redirected the puck on goal and Seguin scored on the second rebound from the left side of the Windsor goal.

**Whaler notes:** Both teams were missing significant players in the game. The Whalers played without AJ Jenks (Team USA, World Junior Championships), Michal Jordan (Czech Republic, World Junior Championships), Garrett Meurs (Team Ontario, World Under-17 Challenge) and RJ Mahalak and JR Marsden (both injured).

Windsor was without Taylor Hall, Ryan Ellis, Adam Henrique and Greg Nemisz (all with Canada, World Junior Championships), Cam Fowler (USA, World Junior Championships), Richard Panik (Slovakia, World Junior Championships) and Dylan Seguin and Scott Timmins (both hurt).

Plymouth plays in Erie next Wednesday and in St. Catharines, ON against Niagara on Thursday before returning home next Saturday to host Kitchener at 7:05 p.m. at Compuware Arena.

WALT DMOCH

Plymouth Whalers (from left) Robbie Czarnik, Austin Mattson and Tyler Seguin celebrate after scoring in the third period of Saturday night's game against Windsor.

## REC BASKETBALL STANDINGS

**REDFORD TOWNSHIP BASKETBALL STANDINGS**

**Men's**

| Team | W | L | P |
|---|---|---|---|
| Team Nike | 5 | 0 | 10 |
| The Arsenal | 4 | 1 | 8 |
| LDJ | 4 | 1 | 8 |
| Run N' Gun | 3 | 1 | 6 |
| Cheli's Chili | 2 | 2 | 4 |
| Heavyweights | 2 | 2 | 4 |
| The Dirty Dozen | 2 | 3 | 4 |
| MC Ballers | 2 | 3 | 4 |
| RP3 | 1 | 4 | 2 |
| Jay's Team | 0 | 4 | 0 |
| Team USA | 0 | 4 | 0 |

**Results**

**Heavyweights 64, The Dirty Dozen 49:** Rod Thomas poured in a game-high 21 points to lead the Heavyweights to this decisive win over The Dirty Dozen. Leading the way for The Dirty Dozen was Kevon Noriega with 20 points.

**LDJ 64, Team USA 59:** Anthony Rutledge tossed in 10 points and Chris Shepard chipped in eight as LDJ tripped up Team USA for its fourth win in five tries this season. Team USA was paced by Henry Staples' 12 points.

**Team NIKE 89, Jay's Team 84:** Rodney Hampton came off the bench to lead this high-scoring affair with 25 points and Team NIKE continued its hold on first place by racking up its fifth consecutive victory. Kieth Roberts added 18 points to the winning effort and Pat Abraham followed with 13. Jay's Team received a 24-point performance from Josh Sobas.

**Run N' Gun 82, Arsenal 66:** Run N' Gun overcame a first-half deficit with 42 second-half points and coasted victory. Brian Woodland topped the scoring charts 37 points. Drew Bradford netted 17 and Linzee Bennett followed with 13 for the winners. Arsenal was led by Dede Smith with 19 points. Donald Tinsley and Mike Robinson chipped in 15 points apiece.

**McBallers 73, RP3 71:** Troy Temple's 17 points and BJ Jones' 16 points helped lift McBallers to this nail-biting victory over RP3. RP3 got a 27-point effort out of Darren Hill.

**Scoring Leaders**

| Name (Team) | PPG |
|---|---|
| Brian Woodland (Run N' Gun) | 33 |
| Rodney Hampton (Team Nike) | 22.6 |
| Dion Sherrell (Dirty Dozen) | 22.3 |
| Rod Thomas (Heavyweights) | 20 |
| Donald Tinsley (Arsenal) | 19 |
| Darren Hill (RP3) | 19 |
| Syneca Puryear (LDJ) | 17.6 |
| Brandon (RP3) | 17.5 |
| Dan Kurtinaitis (Cheli's Chili) | 17.2 |
| Josh Sobas (Jay's Team) | 16.7 |
| David Klein (MC Ballers) | 16.6 |
| Kevon Noriega (Dirty Dozen) | 16.6 |
| Pat Abraham (Team Nike) | 15.6 |
| Kieth Roberts (Team Nike) | 15.6 |
| BJ Snow (LDJ) | 15.5 |
| Terrell Beard (MC Ballers) | 15.5 |
| Henry Staples (Team USA) | 15.2 |
| Mike Robinson (Arsenal) | 15.2 |
| Mofe (RP3) | 14.6 |
| Mike Abraham (Team Nike) | 14 |
| Will McNelson (Arsenal) | 14 |
| Bryan Dutton (Jay's Team) | 14 |
| Drew Bradford (Run N' Gun) | 13.7 |
| Dre Lawson (LDJ) | 13.4 |
| Jeff Kennedy (Run N' Gun) | 13.2 |
| Mike Bright (Cheli's Chili) | 13 |
| Anthony Rutledge (LDJ) | 12.8 |
| Troy Temple (MC Ballers) | 12.6 |
| BJ Jones (MC Ballers) | 12.4 |
| Dede Smithn (Arsenal) | 12.3 |
| Nate Labadie (Cheli's Chili) | 12.2 |
| Linzee Bennett (Run N' Gun) | 12.2 |
| Hank Hankerson (Team NIKE) | 12 |
| Antoine (Heavyweights) | 11.6 |
| Hoy Monk (Team USA) | 11.5 |
| Leroy Blyden (Heavyweights) | 11.3 |
| Chris Shepard (LDJ) | 10.8 |
| Mike Cochran (Jay's Team) | 10.5 |
| Tim Franklin (Arsenal) | 10.4 |
| Brandon (McBallers) | 10.2 |
| Jay Fontaine (Jay's Team) | 10 |

There is a reason why we average **1 million page views** each month.

HOMETOWNlife.com

**Local news.**

South Oakland Eccentric
Birmingham Eccentric
Canton Observer
Farmington Observer
Garden City Observer
Livonia Observer
Plymouth Obserer
Redford Observer
Westland Observer
Milford Times
Northville Record
Novi News
South Lyon Herald

**Local sports.**

**Local school news.**

Reader photos & videos
Weather updates
Business news features
Contests
Electronic newsletters
Obituarires
Local classifieds

24/7 HOMETOWN NEWS when you want it!

momslike me.com
HIGHSCHOOLSPORTS.NET
Grocery Coupons
Get Published!
GANNETT USA TODAY apartments.com cars.com careerbuilder.com HomeFinder USA WEEKEND

Powered by The Observer & Eccentric and Hometown Weeklies Newspapers

HOWE

Affordable Education Away From Home

Please join us for an informational reception
Thursday, Jan 7, 7-9 PM
St. John's Golf & Conference Center
44045 Five Mile Road
Plymouth, MI

125 Years of Excellence in Leadership and Academics

*Howe is listed among the top 20 boarding schools for affordability.*

- Grades 5-12, Co-ed
- 100% college attendance rate for 2009 graduates
- Ranked as JROTC honor school with distinction
- Full competitive athletic program
- Fully accredited by State of Indiana, NCA and ISACS
- Diverse international enrollment

888•462•4693 ❖ www.howemilitary.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION, *et al.*, Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |
|---|---|

**NOTICE OF DEADLINE FOR FILING CERTAIN PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |

PLEASE TAKE NOTICE THAT, on December 18, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a **General Motors Corporation**) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered a supplemental order (the "**Supplemental Bar Date Order**") establishing (i) **February 10, 2010, at 5:00 p.m. (Eastern Time)** (the "**Property Claims Bar Date**") as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against any of the Debtors with respect to their person or real property arising from being located adjacent to, or in the proximity of, the properties listed at the end of this notice (a "**Property Proof of Claim**").

The Supplemental Bar Date Order, the Property Claims Bar Date and the procedures set forth below for the filing of Property Proofs of Claim apply to all such claims against the Debtors that arose prior to **June 1, 2009**, the date on which the Debtors commenced their cases under the United States Bankruptcy Code (the "**Bankruptcy Code**").

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROPERTY PROOF OF CLAIM.**

**1. WHO MUST FILE A PROPERTY PROOF OF CLAIM**

You **MUST** file a **Property Proof of Claim** to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to **June 1, 2009**. Acts or omissions of the Debtors that occurred before **June 1, 2009** may give rise to claims against the Debtors that must be filed by **February 10, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **June 1, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROPERTY PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**2. WHEN AND WHERE TO FILE**

All Property Proofs of Claim must be filed so as to be actually received on or before **February 10, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Property Proofs of Claim will be deemed timely filed only if actually received by The Garden City Group, Inc. or the Court on or before **February 10, 2010**. Property Proofs of Claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Property Proof of Claim, your filed Property Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROPERTY PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROPERTY PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Property Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidationdocket.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROPERTY PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROPERTY PROOF OF CLAIM BY THE PROPERTY CLAIMS BAR DATE**

***If you do not file a Property Proof of Claim on or before February 10, 2010 in the appropriate form in accordance with the procedures described in this Notice for any such claim you wish to assert against each of the Debtors, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything related to the claim and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.***

**A holder of a possible claim against the Debtors should consult an attorney as to whether the holder should file a Property Proof of Claim.**

DATED: December 18, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| BUICK CITY | 902 EAST HAMILTON AVENUE | FLINT, MICHIGAN 48550 |
| FIERO SITE | 900 BALDWIN AVENUE | PONTIAC, MICHIGAN 48340 |
| FLINT FLOWTHROUGH WAREHOUSE | 4002 JAMES COLE BOULEVARD | FLINT, MICHIGAN 48503 |
| GMPT - FREDERICKSBURG | 11032 TIDEWATER TRAIL | FREDERICKSBURG, VIRGINIA 22408 |
| GMPT - LIVONIA | 12200 MIDDLEBELT | LIVONIA, MICHIGAN 48150 |
| GMPT - PARMA COMPLEX | 5400 CHEVROLET BOULEVARD PO BOX 30098 | PARMA, OHIO 44130 |
| GMPT - WILLOW RUN | 2930 ECORSE ROAD | YPSILANTI, MICHIGAN 48198 |
| GMVM - MORAINE ASSEMBLY | 2601 WEST STROOP ROAD | MORAINE, OHIO 45439 |
| GMVM - PONTIAC ASSEMBLY | 2100 SOUTH OPDYKE ROAD | PONTIAC, MICHIGAN 48341 |
| GMVM - WILMINGTON ASSEMBLY | 801 BOXWOOD ROAD PO BOX 1512 - 19899 | WILMINGTON, DELAWARE 19804 |
| PCC - VALIDATION | 200 SOUTH BOULEVARD WEST | PONTIAC, MICHIGAN 48341 |
| SAGINAW NODULAR IRON | 2100 VETERANS MEMORIAL PARKWAY | SAGINAW, MICHIGAN 48605 |
| SHREVEPORT PLANT (GMVM & STAMPING) | 7600 GENERAL MOTORS BOULEVARD PO BOX 30011 - 71130-0011 | SHREVEPORT, LOUISIANA 71130 |
| STAMPING - GRAND RAPIDS | 300 36TH STREET SOUTHWEST | WYOMING, MICHIGAN 49548 |
| STAMPING - INDIANAPOLIS | 340 WHITE RIVER PARKWAY WEST DRIVE SOUTH 50 | INDIANAPOLIS, INDIANA 46206 |
| STAMPING - MANSFIELD | 2525 WEST FOURTH STREET PO BOX 2567 - 44906 | MANSFIELD, OHIO 44906 |
| STAMPING - PITTSBURGH | 1451 LEBANON SCHOOL ROAD | WEST MIFFLIN, PENNSYLVANIA 15122 |
| STAMPING - PONTIAC NORTH CAMPUS | 220 EAST COLUMBIA | PONTIAC, MICHIGAN 48340 |

Publish: January 7 & 10, 2010

OE08685958 – 3x8

Jan 06 2010 07:35:56:351PM Post-Gazette

PITTSBURGH POST-GAZETTE ■ THURSDAY, JANUARY 7, 2010 ■ WWW.POST-GAZETTE.COM C-7

Legal Notices

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br>**MOTORS LIQUIDATION COMPANY**<br>**f/k/a GENERAL MOTORS CORPORATION, *et al.*,**<br>**Debtors.** | **Chapter 11 Case No.**<br>**09-50026 (REG)**<br>**(Jointly Administered)** |

**NOTICE OF DEADLINE**
**FOR FILING CERTAIN PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |

PLEASE TAKE NOTICE THAT, on December 18, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a **General Motors Corporation**) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered a supplemental order (the "**Supplemental Bar Date Order**") establishing (i) **February 10, 2010, at 5:00 p.m. (Eastern Time)** (the "**Property Claims Bar Date**") as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against any of the Debtors with respect to their person or real property arising from being located adjacent to, or in the proximity of, the properties listed at the end of this notice (a "**Property Proof of Claim**").

The Supplemental Bar Date Order, the Property Claims Bar Date and the procedures set forth below for the filing of Property Proofs of Claim apply to all such claims against the Debtors that arose prior to **June 1, 2009**, the date on which the Debtors commenced their cases under the United States Bankruptcy Code (the "**Bankruptcy Code**").

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROPERTY PROOF OF CLAIM.**

**1. WHO MUST FILE A PROPERTY PROOF OF CLAIM**

You **MUST** file a **Property Proof of Claim** to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to **June 1, 2009**. Acts or omissions of the Debtors that occurred before **June 1, 2009** may give rise to claims against the Debtors that must be filed by **February 10, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **June 1, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROPERTY PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**2. WHEN AND WHERE TO FILE**

All Property Proofs of Claim must be filed so as to be actually received on or before **February 10, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Property Proofs of Claim will be deemed timely filed only if actually received by The Garden City Group, Inc. or the Court on or before **February 10, 2010**. Property Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Property Proof of Claim, your filed Property Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROPERTY PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROPERTY PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Property Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidationdocket.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROPERTY PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROPERTY PROOF OF CLAIM BY THE PROPERTY CLAIMS BAR DATE**

***If you do not file a Property Proof of Claim on or before February 10, 2010 in the appropriate form in accordance with the procedures described in this Notice for any such claim you wish to assert against each of the Debtors, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything related to the claim and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.***

**A holder of a possible claim against the Debtors should consult an attorney as to whether the holder should file a Property Proof of Claim.**

DATED: December 18, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| BUICK CITY | 902 EAST HAMILTON AVENUE | FLINT, MICHIGAN 48550 |
| FIERO SITE | 900 BALDWIN AVENUE | PONTIAC, MICHIGAN 48340 |
| FLINT FLOWTHROUGH WAREHOUSE | 4002 JAMES COLE BOULEVARD | FLINT, MICHIGAN 48503 |
| GMPT - FREDERICKSBURG | 11032 TIDEWATER TRAIL | FREDERICKSBURG, VIRGINIA 22408 |
| GMPT - LIVONIA | 12200 MIDDLEBELT | LIVONIA, MICHIGAN 48150 |
| GMPT - PARMA COMPLEX | 5400 CHEVROLET BOULEVARD PO BOX 30098 | PARMA, OHIO 44130 |
| GMPT - WILLOW RUN | 2930 ECORSE ROAD | YPSILANTI, MICHIGAN 48198 |
| GMVM - MORAINE ASSEMBLY | 2601 WEST STROOP ROAD | MORAINE, OHIO 45439 |
| GMVM - PONTIAC ASSEMBLY | 2100 SOUTH OPDYKE ROAD | PONTIAC, MICHIGAN 48341 |
| GMVM - WILMINGTON ASSEMBLY | 801 BOXWOOD ROAD PO BOX 1512 - 19899 | WILMINGTON, DELAWARE 19804 |
| PCC - VALIDATION | 200 SOUTH BOULEVARD WEST | PONTIAC, MICHIGAN 48341 |
| SAGINAW NODULAR IRON | 2100 VETERANS MEMORIAL PARKWAY | SAGINAW, MICHIGAN 48605 |
| SHREVEPORT PLANT (GMVM & STAMPING) | 7600 GENERAL MOTORS BOULEVARD PO BOX 30011 - 71130-0011 | SHREVEPORT, LOUISIANA 71130 |
| STAMPING - GRAND RAPIDS | 300 36TH STREET SOUTHWEST | WYOMING, MICHIGAN 49548 |
| STAMPING - INDIANAPOLIS | 340 WHITE RIVER PARKWAY WEST DRIVE SOUTH 50 | INDIANAPOLIS, INDIANA 46206 |
| STAMPING - MANSFIELD | 2525 WEST FOURTH STREET PO BOX 2567 - 44906 | MANSFIELD, OHIO 44906 |
| STAMPING - PITTSBURGH | 1451 LEBANON SCHOOL ROAD | WEST MIFFLIN, PENNSYLVANIA 15122 |
| STAMPING - PONTIAC NORTH CAMPUS | 220 EAST COLUMBIA | PONTIAC, MICHIGAN 48340 |