## Apartment

**AVAILABLE NOW** Many locations, from $275/month. 792-0441.

### Bancroft Eddy Apartments ☆☆☆SENIORS☆☆☆

Providing apartments for persons aged 62 years and over (50 with handicap or disability).

- Rent determined by income
- Spacious 1 & 2 bedroom apts with appliances.
- Meals on wheels program
- Heat included in rent
- Air conditioned units
- Service Coordinator on site.

Contact 989-753-6300

**SELL THAT COUCH** with a little help from classified. Saginaw-754-9181 Bay City 894-2871

### The Crossings at Buena Vista

**Under New Management!**
FEATURING— 1, 2 & 3 Bedroom

Apartment Homes
1 bedrooms starting at $346
2 bedrooms starting at $413
3 bedrooms starting at $475

Restrictions apply
- Private entrance • Pool
- Free Water • Private Patio & Balcony • Central Air • Washer/Dryer Hookups • Much More

**1st and Last Month Rent FREE!** with 12 month lease

CALL TODAY!
754-9120
3670 Hess Rd. SAGINAW

## Apartment Furnished

### BAVARIAN VILLAGE APTS

2800 Williamson Road FREE Cable TV & water 1 Bedroom only $455 $500 Move in special Ask about FREE RENT
777-7991
bavarianvillageapts.com

Bond S. - upper 1 bedroom fridge, stove, and water included. Storage area. $300 + deposit. Lease. 245-2030.

Carolina 134 N. - Neat and Clean 1 bedroom upper $325 J. Barz Realty 799-5111

**CENTER & STATE** - Free heat. 2 bedroom. $475. 1st month free. 792-3600

Clairemont Village Apts & Townhomes. Fantastic specials! Call 989.799.7888

Country Ridge Townhomes. Call for new specials on 2 & 3 bedrooms. 888.311.0093.

**Easy Living!** 1 & 2 bedroom going fast. $350 moves you in. Park Place in Hemlock. 989-839-9089

**GREEN BRIAR APTS. NOW OFFERING 1/2 OFF FIRST MONTHS RENT**
- 2 bedroom deluxe town house with garage, $690.
- Upper 2 Bedroom deluxe apartment with garage. 1100 sq ft $620.
- Upper or lower apart ment with garage, $590.
- 3 Bedroom townhouse with garage, $700.
- 2 Bedroom deluxe ranch with garage. 1100 sq. ft. $640 + utilities.
793-2168

**Hidden Hollow** - 1 & 2 bedroom, $395-up. 1st mo. free. Sec. 8 OK. 799-6173

**Liberty Square Apts.** Spacious 2 BR. 1 month free. 792-3141. See our ad in Sunday's Classified.

New Amadore Apartments Beautiful studio & 1 bed - room, nice east side loca - tion! We pay heat/water. $450/500. 754-5900.

Nice 1 bedroom, 2236 King Rd. $395 per month. Leave message. (989) 777-5223

Oakridge Forest Town - houses - 3 bedroom, 1.5 bath, no pets! 790-7281

Pheasant Run Townhomes 2 & 3 Bedrooms One Month Paid (989) 793-5421 *restrictions apply

**SAGINAW CITY** - 1 bed - room apts. available, $395/month. 989-399-9955

## Apartment Unfurnished

**SAGINAW POINTE APTS.** Saginaw 1, 2, 3 and 4 bedroom apartments. EHO. 249-1700

**Freeland** - 2 bedroom, 1 bath, $750. 2 bedroom, 2 bath, $575. Nate, 737-3411.

### THE POPLARS APARTMENTS

State & Hemmeter FREE Pool, BBQ, storage, Cable TV, heat & water! 1 & 2 Bedroom SPECIAL $500 - $750 Move in & 1 Month FREE RENT!
793-0831
www.poplarsapts.com

Thomas Twp..One Bedroom Apartments, free heat & water. $495.00 monthly, lease, deposit. 233-4587, 781-8942

Webster N., 803- Large nice upper 2 bedroom, appliances, water $400. 233-6324.

**WEST SIDE** - 2 bedroom, lower, washer/dryer, water paid. $450/deposit 737-5414

**WICKLOW APARTMENTS** Saginaw Township. 2 bedroom. Starting at $515/mo. Water included. 1 year lease, no pets. 791-4319.

### Commercial, Industrial For Rent

**SHOP FOR RENT** Saginaw Twp, 7832 Koch - ville Rd. Up to 7 doors avail - able, perfect for auto/truck repair, contractors, lawn companies, tall wide doors, gas heat, plenty of paved parking for your equipment, yard. 3 $450 per month in - cludes trash, tax, insurance. Matt 989-274-3614

### Condos Townhouses

MacArthur Sq. - 2 Bedroom, 1 1/2 bath, Appliances $500 J. Barz Realty 799-5111

### Duplex For Rent

**2 BEDROOM** - Nice quiet area, garage, $575/month, $500 deposit. 989-289-3542

DUPLEX & TOWNHOME Rentals, Freeland Area, 989-239-0945.

## Duplex For Rent

**DURAND CT** .. off Weiss near VA Hospital, 2 bed - room, garage, $550 mo + deposit. (989) 529-5482.

**Freeland** - 2 bedrooms, 1.5 baths, basement, shed, 1 acre, $575/mo. 239-1046.

Hemmeter 2130, 2 bedroom, basement, garage, C/A $585 J. Barz Realty 799-5111

**RING ST.** 2-3 bedrooms basement. $450/mo. + dep. Water included. 695-9587.

**Saginaw** Twp. - 2 bedroom, new, a/c, garage, basement, $600 + utilities, 790-9595.

**SAGINAW TWP, 5686** Lessandro. 2 bedroom. Air. Garage. Basement. $675/mo. 248-789-3218

**Saginaw Twp., Auburn, Freeland** - Ranch and 2 story, 2 and 3 bedrooms starting at $700. 695-9827

**Saginaw Twp.**, 3 bedroom, 2.5 baths, den fireplace, covered patio, AC Appliances, lawn care, full basement, no pets, $1,200. 989-284-8335 David

### Garage, Parking, Storage

**INDOOR STORAGE** $69.99 RV $19.99 Motorcycle $39.99 Boat Secure Facility 14' x 14' door Call 810-736-1738

### Mobile Homes, Rent

**WINDMILL ESTATES** $350 - $375 per mo. No Pets. Bridgeport. Call 777-8000.

### Homes, Unfurnished

**1106 Court**- 2 bedroom, 1 bath $450. Section 8 ok. Wi - eSam Properties, 482-4941.

**1 & 2 bedroom** - Rent to own, with only $500 down. $400/mo. 989 239-2218

**1315 Chestnut.** $550/mo. 2 bedroom, garage. **Call ASAM 892-1600**

**1327 HOWARD** 3 bedroom basement large yard, $500 Rent or sell terms 737-1769

**1420 S. 16th.** Modern 3 bedroom. Basement, Rodarte Builders 777-2250

**1870 Ribble** - Nice 3 bed - room, fenced, garage, $600 + deposit. (989) 225-6830

**2102 Robinwood** - 3 bed - room, laundry, garage, nice, $540 + deposit. 792-2168.

**2107** Hammel, newly re - modeled 3 bedroom, securi - ty system. $520/mo+ de - posit and utilities 284.1626

**2 & 3 bedroom houses.** Sag - inaw twp/city $600/400. Call 989-213-2003.

**2 bedroom home.** 1005 Kin - ney Blvd. Buena Vista Twp. $475/mo. **(989) 239-3529**

**3 bedroom West Side**, 2 bedroom house and apt. East Side. **989-737-3643**

**611 S. Porter.** Large 2 bed - room, appliances included. 2 car garage. $500/$500 + all utilities. (989) 737-7198.

**$650 a month**, 2341 N. Clin - ton 1 block from St. Helen. Refurbished throughout, 3 bedroom, 2 full tiled bath, all appliances, no pets. **Open House Jan. 9 & 10** 12-4pm Call Linda 799-6649.

**823 N. Fayette**- 4 bed - room, 2 bath, basement $600. Section 8 ok. WeSam Properties, (989) 482-4941.

**906 N. Bond,** 2328 Morgan St. Lease with option or land contract available. Down payment required. 989-737-9454

**Bagley, 1432**- large, sharp 3 bedroom, basement, car - pet, $500. 989-233-6324.

**California** - 3 bedroom with Basement. Rodarte Builders 989-777-2250

**Clean 3 bedroom basement** garage 806 S. Bates $650 $650 deposit. 989-245-5890.

**Deleware St.**, 2 bedroom, 1 bath, laundry, $725 in - cludes utilities. 790-9595.

**East and West side homes** and Apt, available 3-4 bed - rooms starting at $300 month and up 989-213-6108

**Freeland** 1 bedroom, base - ment, garage, private. Lease. 695-9182

**Fulton, 3112** - Newly re - modeled large 2 bedroom, basement, $400. 233-6324.

**Hemlock**- 3 bedroom, 1 bath, $600 mo., $600 securi - ty deposit. (989) 233-0726.

### Homes/Apartments
1-2 Bedrooms Water paid, $290 - $350. 737-0885.

**Julia St., 2609.** Large 3 bedroom house. East side. $560/mo. (989) 799-3231.

**Mershon** - Large Clean 3 bedrooms, garage, base - ment, Sec. 8 ok, lease, $575+deposit, 245-2030

**Rent To Own** - West Side, 3 bedroom, 2 bath, low down. Call 989-245-1523

**Saginaw, MI**- 2 bedroom, Duplex for rent. Finished basement, deck and garage. Call Rob at 989.239.1535. $650/month.

**S. WASHINGTON** , 1924 3 bedroom, basement, 2 bath, $600 mo. 233-6324.

**WEST SIDE** 4 bedroom home, immediate occupancy 245-3881

**Find it here!**

## Out City State Sale

Punta Gorda, Florida 50 and bedroom, 2 bathroom cottage waterfront Peace River. 1755 S. great waterfront Bar furnished & ready to enjoy!! March-April, $1,800 month. Call (989) 792-2828. Frank@frankjanca.com

### Mobile Homes, Sale

**3 Months Free Rent** Only 5% down payment, & $335 per month for 2-3 bedroom homes at Saginaw Community Villas, 4141 Dixie Hwy. 989-777-4090.

**EDGEWOOD VILLAGE** Nice homes for sale, starting at $12,000 and up! (989) 781-0770.

### Saginaw Mobile Home
**Sales** - New & used mo - bile homes. Skyline dealer. John Shaheen 793-8420.

### Homes For Sale

**BUY A HOME** with a low down payment. Call KEN REALTY (989) 790-2773.

**CENTURY 21** SIGNATURE REALTY 921-7000

**KELLER WILLIAMS REALTY** Buyers and Sellers Call 792-8200.

**Land Contract** - 4 Bedroom BV Ranch Home $600/mo with low down payment. (989) 714-8458

**Weichert, Realtors ®** Town & Country 799-1490

West Side Saginaw, updat - ed 3 bedroom home, easy land contract terms, pay - ment under $500 per month. Call 989-652-8238

## Manufactured Homes

Teal Creek Crossing, 50 and bedroom, 2 bathroom. Miller Rd. 781-1505.

(Advertisement paragraph — fair housing notice)

All Real Estate advertising in this newspaper is subject to the Federal Fair Housing Amendments Act, the Michigan Civil Rights Act, and the Saginaw General Code which make it illegal to advertise any preference, limitations or discrimination based on race, color, religion, sex, national origin, marital status, creed, ancestry, sectional origin, sexual orientation, condition of pregnancy, or source of income, or an intention to make any such preference, limitation or discrimination. Familial status includes children under the age of 18 living with parents or legal custodians, pregnant women and people securing custody of children under 18.

The newspaper will not knowingly accept any advertising for real estate which is in violation of the law. To report discrimination, call the Office of Fair Housing and Equal Opportunity of the U.S. Department of Housing and Urban Development (HUD) at 1-800-669-9777. The HUD TTY telephone number for the hearing impaired is 212-708-1455.

**REAL ESTATE For Sale INDEX**
- Building Plans, Bids
- Business For Sale
- Comm-Indust
- Condo's, Townhomes
- Cottage, Resorts
- Exchanges
- Farms Acreage Sale
- Home Inspections
- Homes For Sale
- Income Property
- Industrial Warehouse
- Lakeshore Open
- Lots For Sale
- Mobile Home Site Sale
- Mfg. Homes Sale
- Miscellaneous Services
- Mobil Homes Sale
- Mortgages, Contracts
- Northern Mich Prop.
- Open Houses
- Out City, State
- Suburban Country
- Time Share Sale
- Wanted To Buy
- Waterfront Property

## Homes For Sale State

**Garner Place Subdivision** Webster Road/Freeland Spacious lots, out - buildings allowed. Barbara Muessig & Co. 695-9126.

Over 60 lots in Saginaw County from $18,000. 989-642-2056 beagleconstruction.com

### Snowmobiles, Accessories

**2006 Polaris FST IQ** 2 up Touring snowmobile. Like new. **Loaded!** 750 cc, 4 stroke. Electric start, re - verse, cover. Only 210 miles $6,395. (989) 882-3024

**2007 Arctic Cat Z370LX** Like new. 367 cc. Electric start, mirrors, reverse. Studded, cover, less than 100 mi. $3495 989-882-3024

**2008 used 22 ft.** enclosed Classic, All-Sport, B-nose Aluminum 7' wide, in line, 3 place Snowmobile Trailer. Front & rear ramp doors, curb door, spare tire & mount, electric brakes, LED lights, aluminum wheels, torsion axles with easy lube. Like new. $6,995. (989) 882-3024

**POLARIS** - 2006 Fusion, electric start, studded, pur - chased in 2007, showroom condition, $4,500. (989) 239-4790.

**Find it with us!**

## ATV, ORV

**POLARIS 500H.O. 2006** Yellow 720 miles, over $1500 in add-on accesso - ries. Asking $5,000. 989-295-1826.

### RECREATION TRAVEL INDEX
- Aircraft Sales
- ATV, ORV
- Bicycles, Services
- Boat Rent Charter
- Boat Slips, Docks
- Boats, Motors, Access.
- Campers, Trailers, Rent
- Campers, Trailers, Sale
- Camping Sites
- Motor Homes Rent
- Motor Homes Sale
- Personal Watercraft
- Sail Boats
- Snowmobile Accessories

### ATV, ORV

Honda, Polaris & Suzuki ATVS - Best prices and service! Stevens' Sports Midland 989-631-6450

## TRANSPORTATION INDEX
- Auto Finance, Insurance
- Auto Transport Share
- Cars Domestic
- Cars Import
- Crossovers
- Classic, Antique
- Heavy Trucks, Equipment
- SUVs
- Tires, Parts, Accessories
- Trucks For Sale
- Utility Trailers
- Vans For Sale
- Wanted Vehicles
- Motorcycles, Service

### Auto Finance, Insurance

OLDS, 1999 ALERO. As low as $99 down! Call Tony, (989) 752-3887.

PONTIAC 2003 Grand Am GT, as low as $99 down! Call Daryl. (989) 752-3887.

**REPOS** Take over payments, Financing not necessary 810-686-2776

### Cars-Domestic

**Buy Police Impounds!** Cars from $500! For list - ings 800-619-3790 x 2657

**Car & Credit** The King of Credit, guar - anteed credit or we will give you the car. 686-6555



# Honoring EAGLE SCOUTS

**BSA 2010**
BOY SCOUTS OF AMERICA
100 YEARS OF SCOUTING
CELEBRATING THE ADVENTURE
CONTINUING THE JOURNEY

### An In-Print and Online Tribute to Honor Eagle Scouts

The Saginaw News is honoring the achievement of Eagle Scouts who are an important part of our community. Honoring Eagle Scouts will be published in The Saginaw News Classifieds on Sunday, February 7. Online tributes may be viewed and printed individually to share with family and friends for 30 days. Special "tribute" ads will be 2 columns X 3" and will include a color photograph and pertinent information about the Eagle Scout.

**Deadline for submission is Tuesday, February 2 at 5 PM. The cost is just $37. Tributes are prepaid.**

## HONORING EAGLE SCOUTS

Please print information. If you wish to have the photo returned, please included a self addressed stamped envelope.

Your Name ___
Your Address ___
City ___ State ___ ZIP ___
Your Email ___
☐ Check enclosed ☐ Charge my credit card

Credit Card Type (circle one) ___
Card Number ___
Exp Date (month/year) ___ Signature (required) ___

Eagle Scout's Name ___
Council Where Earned Eagle Scout ___
Troop # ___ Year Earned Rank ___
Project ___

STOP IN OR MAIL ORDER + PAYMENT TO:
Honoring Eagle Scouts
The Flint Journal • 200 E. First St.
Flint, MI 48502-1925

Honoring Eagle Scouts
The Bay City Times • 311 Fifth Street
Bay City, MI 48708-5853

Honoring Eagle Scouts
The Saginaw News • 203 S. Washington
Saginaw, MI 48607-1283

THE FLINT JOURNAL    The Saginaw News    THE BAY CITY TIMES
mlive.com



**Johnathan Doe**
Rank earned 2009

*Project*- Building outdoor benches for mass at St. John the Evangelist Parish. Raising money to donate to Children's Leukemia Foundation.
Troop # 000 Tall Pine Council

Actual ad size: 2.142" X 3"

---

# The Bargain Post

## 3 lines - $10.59

- Each item individually priced.
- No dealers or commercial ads.
- Private party ads only.
- No discount for early cancellation.
- Additional lines $4 each
- No Real Estate or service ads.

**Items for sale for $299 or less.**

**Call: 754-9181**
Ad runs 7 days in all Saginaw News products.

**13" TV $25. 19" TV, $45.** Microwave $15, 10' wood - en ladder, $15. Electric heater $15. $35. 755-1171

**6 Fishing poles & Reels,** $75/all. (989) 395-1943, after 6 pm.

**Bar and 2 barstools** - Oak with Suede Trim. 4'8" wide, 43" high, excellent condi - tion, $150/best, 781-1608

**Baseboard, casing & cove** moldings, over 600 feet for $150. (989) 492-6136.

**BODY MAGIC Body Shaper** by Ardyss, size 32. Asking $90/best (989) 777-3029.

**Computer Desk and Top** Oak, like new, $200/best. (989) 835-4527

**Dryer $80, dryer $95,** newer. Can deliver. 989-325-0627.

**GET CASH WHATEVER YOU NEED**

**GUITA R** - Dobro Type Res - onator like new $195 Call 810-606-2253 or 922-6248.

**Kenmore dryer, nice shape.** Runs like a champ. $135. 1-810- 429-5677

**Leather Coat, vest and** chaps, like new, $200/best. Call (989) 835-4527

**Scope Leupold 3-9x40 $200** Shoulder Holster for Glock 19 $85. Floor jacks (2) Craftsman, 3.5 ton capacity $50 each. Air Compressor, Craftsman, 1.5 HP, 3 gallon, $50. Call 989-754-3641.

**Snow Blower, $125 or best.** Chainsaw, $75 or best. (989) 777-9556

**SOFA SLEEPER** - Modern. Earthtones. Like new. $275. (989) 460-3485.

**Victorian Oak Queen Bed,** dresser/mirror, good condi - tion! $299 each 792-0938.

**Whirlpool Upright Freezer,** $150. Large metal desk & matching credenza, $250 for both. (989) 793-3069.

# Service Directory

## Contracting, Roofing

**AMISH BUILT** Pole Barns any size available. Call for free estimate: (260) 768 - 8121, leave message.

## Excavating, Trenching

**CRUSHED STONE** - All sizes, stone mix for drive - ways/lots. Wirt Saginaw Stone Dock, 753-6404

## Home Repair, Improvement

A1 affordable All Around Handyman. Electrical, Plumbing, Odd Jobs. Call 989-239-2218.

## Home Repair, Improvement

**A-1 Drywall**, finishing paint, remodeling, handy - man services. 751-0103.

**AAA Quality!** State licensed. Bathroom, Kitchen remodeling, handy services. 989-714-8424

**Additions, roofs, remodel - ing, garages, any home** improvements. 695-9714

**A1 AFFORDABLE:** Lots, drives, walks, salting & se - nior discount. 989-751-0103

**J & J, Commercial and Resi - dential, Plowing Lots,** Drives, Salting. 799-8401

## Personal Services

**GREAT LAKES SPA** Table Body Shampoo, Sauna, Massages Open 7 days a week 9 a.m.-midnight, Bay City. 989-671-0208

## Snow Removal

**J A ALL Remodeling** - Kit - chens, baths, plumbing, ceramic tile, decks, coun - tertops, painting 781-4355

**D & R H ANDYMAN** - ALL home repairs, 5 yr warranty affordable rates. 714-9951.

**RELIABLE SERVICE** Parking lots, driveways & sidewalks. 989-793-5330 days, 989-799-2282 eves.

Legal Notices | Legal Notices | Legal Notices | Legal Notices | Legal Notices | Legal Notices

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
MOTORS LIQUIDATION COMPANY
f/k/a GENERAL MOTORS CORPORATION, et al.,
Debtors.

Chapter 11 Case No.
09-50026 (REG)
(Jointly Administered)

NOTICE OF DEADLINE
FOR FILING CERTAIN PROOFS OF CLAIM
TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 | 38-0572515 | General Motors Corporation GMC Truck Division NAO Fleet Operations GM Corporation GM Corporation-GM Auction Department National Car Rental National Car Sales Automotive Market Research |
| MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 | 38-2577506 | Saturn, LLC Saturn Corporation Saturn Motor Car Corporation GM Corporation Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 | 38-2555764 | Saturn Distribution Corporation |

PLEASE TAKE NOTICE THAT, on December 18, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Court") having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "Debtors") entered a supplemental order (the "Supplemental Bar Date Order") establishing (i) February 10, 2010, at 5:00 p.m. (Eastern Time) (the "Property Claims Bar Date") as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against any of the Debtors with respect to their person or real property arising from being located adjacent to, or in the proximity of, the properties listed at the end of this notice (a "Property Proof of Claim").

The Supplemental Bar Date Order, the Property Claims Bar Date and the procedures set forth below for the filing of Property Proofs of Claim apply to all such claims arising on or before June 1, 2009, the date on which the Debtors commenced their cases under the United States Bankruptcy Code (the "Bankruptcy Code").

If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com

YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROPERTY PROOF OF CLAIM.

1. WHO MUST FILE A PROPERTY PROOF OF CLAIM
You MUST file a Property Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to June 1, 2009. Acts or omissions of the Debtors that occurred before June 1, 2009 may give rise to claims against the Debtors that must be filed by February 10, 2010, notwithstanding that such claims may not have matured or become fixed or liquidated of certain prior to June 1, 2009.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

YOU SHOULD NOT FILE A PROPERTY PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.

2. WHEN AND WHERE TO FILE
All Property Proofs of Claim must be filed so as to be actually received on or before February 10, 2010 at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Property Proofs of Claim will be deemed timely filed only if actually received by The Garden City Group, Inc. or the Court on or before February 10, 2010. Property Proofs of Claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

3. WHAT TO FILE
To assert a Property Proof of Claim, your filed Property Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROPERTY PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROPERTY PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Property Proof of Claim Forms may be obtained at www.ascuorts.gov/b8forms/ or www.motorsliquidationdocket.com.

YOU SHOULD ATTACH TO YOUR COMPLETED PROPERTY PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.

4. CONSEQUENCES OF FAILURE TO FILE A PROPERTY PROOF OF CLAIM BY THE PROPERTY CLAIMS BAR DATE

If you do not file a Property Proof of Claim on or before February 10, 2010 in the appropriate form, in accordance with the procedures described in this Notice for any such claim you wish to assert against each of the Debtors, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything related to the claim and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.

A holder of a possible claim against the Debtors should consult an attorney as to whether the holder should file a Property Proof of Claim.

DATED: December 18, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

LIST OF PROPERTIES

| Site Name | Address | City, State Zip |
|---|---|---|
| BUICK CITY | 902 EAST HAMILTON AVENUE | FLINT, MICHIGAN 48550 |
| FIERO SITE | 900 BALDWIN AVENUE | PONTIAC, MICHIGAN 48340 |
| FLINT FLOWTHROUGH WAREHOUSE | 4002 JAMES COLE BOULEVARD | FLINT, MICHIGAN 48503 |
| GMPT - FREDERICKSBURG | 11032 TIDEWATER TRAIL | FREDERICKSBURG, VIRGINIA 22408 |
| GMPT - LIVONIA | 12200 MIDDLEBELT | LIVONIA, MICHIGAN 48150 |
| GMPT - PARMA COMPLEX | 5400 CHEVROLET BOULEVARD PO BOX 30108 | PARMA, OHIO 44130 |
| GMPT - WILLOW RUN | 2930 ECORSE ROAD | YPSILANTI, MICHIGAN 48198 |
| GMVM - MORAINE ASSEMBLY | 2601 WEST STROOP ROAD | MORAINE, OHIO 45439 |
| GMVM - PONTIAC ASSEMBLY | 2100 SOUTH OPDYKE ROAD | PONTIAC, MICHIGAN 48341 |
| GMVM - WILMINGTON ASSEMBLY | 801 BOXWOOD ROAD 1512 - 19899 | WILMINGTON, DELAWARE 19804 |
| PCC - VALIDATION | 200 SOUTH BOULEVARD WEST | PONTIAC, MICHIGAN 48341 |
| SAGINAW NODULAR IRON | 2100 VETERANS MEMORIAL PARKWAY | SAGINAW, MICHIGAN 48605 |
| SHREVEPORT PLANT (GMVM & STAMPING) | 7600 GENERAL MOTORS BOULEVARD PO BOX 30011 - 71130-0011 | SHREVEPORT, LOUISIANA 71130 |
| STAMPING - GRAND RAPIDS | 300 36TH STREET SOUTHWEST | WYOMING, MICHIGAN 49548 |
| STAMPING - INDIANAPOLIS | 340 WHITE RIVER PARKWAY WEST DRIVE SOUTH 50 | INDIANAPOLIS, INDIANA 46206 |
| STAMPING - MANSFIELD | 2525 WEST FOURTH STREET PO BOX 2567 - 44906 | MANSFIELD, OHIO 44906 |
| STAMPING - PITTSBURGH | 1451 LEBANON SCHOOL ROAD | WEST MIFFLIN, PENNSYLVANIA 15122 |
| STAMPING - PONTIAC NORTH CAMPUS | 220 EAST COLUMBIA | PONTIAC, MICHIGAN 48340 |

09-50026-mg    Doc 4877-3    Filed ... 19:57:43    Exhibit C

## THE FAMILY CIRCUS
### Pg 2 of 4



© 2010 Bil Keane, Inc.
Dist. by King Features Synd.
www.familycircus.com

"Step right up, Mommy! We saved you a seat on the 50-yard line."

---

▶ Public Notices

Have the money."

Commissioner King stated, "We don't have the people to fill out the paperwork to get the money and asked, "Is that what you are telling me."

Mr. Herrington replied, "It's a combination of both."

Commissioner King asked Mr. Herrington to hold on for a second and he will come back to him.

Ms. Sikes advised Commissioner King that she has not been involved in the financial area for quite a while and her understanding is, you have a pot of money and once you add that pot of money with your lease up and spending that on however many units you have, you can't keep up additional units until HUD looks at your budget. Ms. Sikes then asked Chuck Huggins to come forward and explain the financial side to the Board.

Mr. Huggins advised the members of the Board that there are two types of monies in the Section 8 Program. The first type is HAP monies and the second type is Administrative Fees and the Authority has received more money for HAP than they spent, so there's a spot to lease additional units and the administrative fees are based upon how many units an Agency has leased. Mr. Huggins reported that the Authority has under leased in the past, so the Administrative Fees are not what they should be, but the real root of the problem is that, the Section 8 Program is not making enough money to pay the Management fees that are being paid to the Central Office Cost Center.

Mr. Huggins informed the members of the Board that he would definitely recommend that the Authority hire a Section 8 Director to administer the Section 8 Program.

At this time, the Chairman asked if there were any more questions.

There was no response.

The Chairman thanked Mr. Huggins for his comments and advised him that he appreciates what he is doing for the Authority.

There being no further discussion, Commissioner King moved that the following resolution be adopted, seconded by Commissioner Murphy.

**RESOLUTION NO. 3365-09**
APPROVE THE AUTHORITY'S SECTION 8 MANAGEMENT PROGRAM (SEMAP) CERTIFICATION AND AUTHORIZE ITS SUBMISSION TO HUD.

NOW, THEREFORE, BE IT RESOLVED that, authorization is hereby given to approve the Authority's Section 8

Management Program (SEMAP) Certification and authorize its submission to HUD.

The following vote was recorded:

AYES: Commissioners Sanders, Murphy, King, and Nunley.

NAYS: None

The Chairman thereupon declared the Resolution adopted.

At this time, the Chairman advised the members of the Board that he would like to skip down to Agenda Item Number 12.

The Chairman asked the Authority's General Counsel if the Board needs to have a resolution to take an Agenda Item out of order.

The General Counsel advised Commissioner Sanders that he does not need a resolution to do so.

The Chairman then asked the Secretary to proceed with reading Agenda Item Number 12, which called for a resolution to authorize reversing the decision upheld by a panel board regarding a sex offender/felon resident in public housing.

The Secretary then asked Ms. Nicole Fagans and Ms. Marie Johnson to come forward to address the Board. The Secretary reported that he would like Ms. Fagans to present her case to the Board first and then Ms. Johnson to present her plea afterwards.

Ms. Fagans introduced herself as Ms. Nicole Fagans, who is the Manager of Greenwood Terrace Development and she advised the members of the Board that she's here today in regards to a decision that was made from a Grievance Hearing. Ms. Fagans reported that she feels the decision by the Hearing Panel was made without regard to HUD's Rules and Regulations as well as the Authority's Lease Agreement with the individual. Ms. Fagans reported that she's also here today to ask the Board to reverse that decision based on the documentation she has provided the Board. Ms. Fagans informed the members of the Board that she has asked the arresting Police Officer, as well as the Probation Officer, to answer any questions that the Board may have regarding the documents presented before them.

Commissioner King then asked Ms. Fagans, "The Probation Office is here?"

Ms. Fagans replied, "Correct."

Commissioner King then asked, "Is there evidence that Ms. Johnson's grandson was visited by any Authority in her home while Ms. Johnson was aware?"

Ms. Fagans replied, "That is Ms. Johnson's grandson, the one who was visited, and you're asking me was she aware?"

Commissioner King asked Ms. Fagans, "Did the Probation Officer visited in the home?"

Ms. Fagans replied, "He did."

Commissioner King then asked the Probation Officer to come forward to and state his name for the record.

The Probation Officer then introduced himself as Leonard Pierce. Commissioner King asked Mr. Pierce, "Did you visit in the home with this young man when Ms. Johnson was present and would know if this young man was on probation?"

Mr. Pierce's response to Commissioner King was, "Yes."

Commissioner King then asked Mr. Pierce if the post cards were sent out with Ms. Johnson's address on them.

Mr. Pierce advised Commissioner King that he had visited with Ms. Johnson's grandson on more than one occasion.

Commissioner King then asked Mr. Pierce, "Would she have known what he was on probation for?"

Mr. Pierce advised Commissioner King that he asked Ms. Johnson if she knew what her grandson was on probation for and she advised him that she did not know and he informed Ms. Johnson at that time what her grandson was on probation for.

Commissioner Murphy then asked Mr. Pierce if it's true that a convicted felon has to report their address before they go on probation or before they are actually released.

Mr. Pierce advised Commissioner Murphy that not for probation and he's not actually sure what the jail situation was regarding Ms. Johnson's grandson. Mr. Pierce further advised Commissioner Murphy that if an individual is in prison and is about to be released on parole, then the Department of Corrections will not release that individual from the Prison System until he/she has an approved residence, but with probation, before an individual is sentenced for probation, that individual may not have done one day of jail time and probation is in lieu of jail time. Mr. Pierce reported that he thinks this is what the situation was with Ms. Johnson's grandson.

Commissioner Murphy asked Mr. Pierce, "When you notified Ms. Johnson of the reason her grandson was on probation, "What was her response?"

Mr. Pierce advised Commissioner Murphy that when he informed Ms. Johnson that her grandson was visited by any Authority in her home while, Ms. Johnson was aware?"

her name and post cards would be going out to her neighbors informing them that her grandson was a sex offender; why was living at her apartment. Mr. Pierce reported that he gave Ms. Johnson's grandson a form to provide to the Manager to sign, but Ms. Johnson's grandson never returned the form to him and this is one of the reasons his probation was revoked.

Commissioner King asked Mr. Pierce if he had seen Ms. Johnson's grandson at her residence, after she was advised about her grandson's probation.

Mr. Pierce's response to Commissioner King was, "Yes."

Commissioner King then asked Mr. Pierce if the post cards were sent out with Ms. Johnson's address on them.

Mr. Pierce advised Commissioner King that he had visited with Ms. Johnson's grandson on more than one occasion.

Commissioner King then asked Mr. Pierce, "Would she have known what he was on probation for?"

Mr. Pierce advised Commissioner King that he asked Ms. Johnson if she knew what her grandson was on probation and she advised him that she did not know and he informed Ms. Johnson at that time what her grandson was on probation for.

Mr. Pierce's response was, "No."

Commissioner King asked Mr. Pierce if Ms. Johnson's grandson lived at any other addresses that he was aware of.

Mr. Pierce advised Commissioner King no, not that he was aware of.

Commissioner King asked Mr. Pierce if Ms. Johnson's grandson ever told him about any other addresses.

Mr. Pierce advised Commissioner King that Ms. Johnson's grandson never advised him of any other addresses.

Commissioner Murphy asked Mr. Pierce what was Ms. Johnson's grandson charged for.

Mr. Pierce advised Commissioner Murphy that Ms. Johnson's grandson was charged for felony carnal knowledge of a juvenile.

At this time, Ms. Nunley asked Ms. Johnson if she was aware of what her grandson was there for.

Ms. Johnson advised Ms. Nunley that her grandson advised her that he was in jail for a misdemeanor charge of smoking weed and when Mr. Pierce knocked on her door and asked for her grandson, she advised Mr. Pierce that there but as far as she having a conversation with Mr. Pierce about her grandson, that never happen.

---

Ms. Johnson advised the members of the Board that her first hearing about her grandson being charged for the crimes that are indicated was when Officer Deal came to her residence on another occasion for something else and Ms. Fagans pulled the record up.

Commissioner King asked Ms. Johnson if she was saying that Mr. Pierce never informed her that her grandson was charged with felony carnal knowledge of a juvenile.

Ms. Johnson advised Commissioner Murphy that Mr. Pierce did not and he has been to her home on more than two occasions and all he asked her was if her grandson was there and she would advise him if he was or not.

Commissioner Nunley asked Mr. Pierce if anyone in the community came forth with any concerns or complaints after the post cards were sent out.

Mr. Pierce advised Commissioner Nunley he's not sure if the post cards did go out and Ms. Johnson's grandson may have been he in violation of that condition as well and he may have to go back and see. Mr. Pierce reported that he does not have a copy of the card and that generally indicates that Ms. Johnson's grandson did not pay to have the post cards sent out.

At this time, Ms. Deal introduced herself as Meosha Deal of the Shreveport Police Department and advised the members of the Board that she personally knows that the cards did not go out because she asked Ms. Johnson's grandson if he registered to have the post cards sent out regarding his criminal charges. Ms. Deal reported that Ms. Johnson's grandson advised her that the day she arrested him for nothing at all he was going take some of his financial aid money to pay for the post cards. Ms. Deal advised that she thought she would let the Board know since the question keeps being asked. Commissioner Nunley inquired about the length of time Ms. Johnson's grandson was living with her.

Officer Deal advised Commissioner Nunley that she doesn't know how long Ms. Johnson grandson lived with her, but she was advised by Ms. Johnson's grandson that he was released from prison in March 2009.

Ms. Johnson advised the members of the Board that if she had known what her grandson was on probation for, she would not allow him to live with her knowing that she could get evicted from her unit. Ms. Johnson reported that she was made aware of her grandson's criminal charges when Officer Deal reported to her residence about another complaint.

At this time, Ms. Bell came forward to address the Board and introduced herself as Carolyn Bell, the daughter of Ms. Johnson. Ms. Bell reported that her nephew has lived with her on several occasions and when Officer Deal came to arrest her nephew, he lived on his own and the address that was originally given was not her mother's address. Ms. Bell reported that she was advised by her nephew that the Probation Officer indicated that he had to list her mother's address since he was at her house the most. Ms. Bell advised the members of the Board that she enrolled

led her nephew at Northwestern University in Natchitoches, Louisiana, and she had no knowledge about the criminal charges and had she known, she would not have applied for financial aid for him because he would not have received it. Ms. Bell reported that when her nephew was first released from prison, he lived with his mother. Ms. Bell expressed that she advised her nephew that he needs to do something with his life and she advised him that she would enrolled him in college and when she was on her way to take him to the University, she received a call to bring him back for his arrest.

Ms. Bell reported that her nephew did not live at her mother's address most of the time and where the Probation Officer came for her nephew, he was not there half of the time and Ms. Bell reported at one time, her nephew had ID with her address on it.

After further discussion, the Board decided to reverse the decision upheld by the Hearing Panel and recommended that the following resolution be adopted, seconded by the Chairman.

**RESOLUT ION NO. 3366-09**
AUTHORI ZE REVERSING THE DECISION UPHELD BY A PANEL BORD REGARD ING A SEX OFFENDER/FELO N RESI DENT IN PUBLIC HOUSING.

NOW, THEEFORE, BE IT RESOLVED that, authorization is hereby given to authorize reversing the decision upheld by a panel board regarding a sex offender/felon resident in public housing.

The following vote was recorded:

AYES: Commissioners Sanders, King, and Nunley.

NAYS: Commissioner Murphy

The Chairman thereupon declared the Resolution adopted.

At this time, the General Counsel requested to be excused from the Meeting.

The Chairman acknowledged the General Counsel's request and proceeded with the Meeting.

The next item on the Agenda called for a resolution to authorize the Authority's staff to prepare specifications and the Executive Director to solicit bid proposals for the restoration of fire damaged unit 4815 Haywood Place, Shreveport, LA 71109.

At this time, Commissioner Murphy inquired about the cause of the fire.

Commissioner Murphy asked the Secretary, "Has HUD changed the Admission and Continued Occupancy Policy?"

The Secretary replied, "The rules haven't been changed, but they always need to be revised, based upon the latest information that comes out every year and my reviewing of it right now on how this Housing Authority operates, there's definitely some things that need to be changed in the Admission and Continued Occupancy Policy. Even our Lease needs to be changed."

Commissioner Murphy asked the Secretary, "Are there any changes that we have somebody change that?"

The Secretary advised Commissioner Murphy that no, and on this Resolution, as long as the people

---

ment said, but at the moment, the unit is not habitable until the Authority renovates it.

At this time, Mr. Bogan advised Commissioner King that he thinks the normal policy for the Authority is to relocate the tenant and he doesn't know if there was an investigation done by the Shreveport Fire Department and what their determination was.

Commissioner King asked if a resident can be evicted if he/she causes damage like this to their unit. Commissioner King reported that he has a problem when a resident starts a fire and it cost the Authority a lot of money. Commissioner King reported that he understands that if a resident damage the Authority's property, he/she can be removed and whoever started this fire, they should be evicted as well.

Mr. Creed advised Commissioner King that if a resident is the cause of the fire, he/she is required to pay the deductible and it's pretty high. Commissioner King reported that if a resident makes a mistake, that resident should be held accountable for their actions.

After a brief discussion, Commissioner King moved that the following Resolution be adopted, seconded by Commissioner Murphy.

**RESOLUTION NO. 3367-09**
AUTHORIZE THE AUTHORITY'S STAFF TO PREPARE SPECIFICATIONS AND THE EXECUTIVE DIRECTOR TO SOLICIT BID PROPOSALS FOR THE RESTORATION OF FIRE DAMAGED UNIT 4815 HAYWOOD PLACE, SHREVEPORT, LA 71109.

NOW, THEREFORE, BE IT RESOLVED that, approval is hereby given to authorize the Authority's staff to prepare specifications and the Executive Director to solicit bid proposals for the restoration of fire damaged unit 4815 Haywood Place, Shreveport, LA 71109.

The following vote was recorded:

AYES: Commissioners Sanders, King, and Nunley.

NAYS: None

The Chairman thereupon declared the Resolution adopted.

The next item on the Agenda called for a resolution to approve the revised and updated Applicant's/Resident 's Screening & Selection Policy for University Oaks I & II Apartments and U. S. Goodman Plaza and not for the other Developments under the Authority.

At this time, Commissioner Murphy inquired about the cause of the fire.

Commissioner Murphy asked the Secretary, "Why is that?" The Secretary advised Commissioner Murphy that University Oaks I & II Apartments are not Public Housing and the Public Housing Units the revision would be the Admission and Continued Occupancy Policy and the Section 8 Program Units, the revision would be the Administrative Plan and they are all different documents.

Commissioner Murphy asked the Secretary, "Yes, HUD changed the Admission and Continued Occupancy Policy?"

The Secretary replied, "The rules haven't been changed, but they always need to be revised, based upon the latest information that comes out every year and my reviewing of it right now on how this Housing Authority operates, there's definitely some things that need to be changed in the Admission and Continued Occupancy Policy. Even our Lease needs to be changed."

Mr. Bogan reported that this task will be vastly different from what has been done in the past.

There being no further discussion, the Secretary advised Commissioner Murphy moved that the following Resolution be adopted, seconded by Commissioner Murphy.

**RESOLUTION NO. 3368-09**
AUTHORIZE THE EXECUTIVE

---

**DIRECTOR TO DISPOSE OF RANGES AND REFRI. REFRIGERATORS AND REMOVE FROM THE AUTHORITY'S PHYSICAL ASSET INVENTORY UPON ACTUAL DISPOSITON.**

NOW, THEREFORE, BE IT RESOLVED that the Executive Director is hereby authorized to dispose of ranges and refrigerators and remove from the Authority's physical asset inventory upon actual disposition.

The following vote was recorded:

AYES: Commissioners Sanders, Murphy, King, and Nunley.

NAYS: None

The Chairman thereupon declared the Resolution adopted.

The next item on the Agenda called for a resolution to approve amending and restating the Authority's Retirement Plan.

Commissioner King asked, "Why are we doing this?"

The Secretary advised Commissioner King that the Authority is trying to attract people to come to the Housing Authority and this resolution will allow new individuals not to wait an entire year to be a part of the Authority's Retirement Plan.

Commissioner King advised the Secretary that the waiting period is only 180 days and that's every business and there's a reason for that.

The Secretary informed Commissioner King that where he came from, that wasn't the case and nobody loses.

Commissioner King advised the Secretary that it does cost the Authority and he's not for this and he does not feel it would be fair to the other employees who had to wait their time to get into the Retirement Plan.

The Secretary reported that he does not think a person should actually work six years before they can get five years worth of benefits.

Commissioner King advised the Secretary that everybody else had to do it and it sounds like this is just for his benefit. The Secretary advised Commissioner King that this isn't just for his benefit, but for everyone else that come to work for the Authority.

Commissioner King reported that this will cost the Authority additional money and asked Mr. Huggins if he's wrong.

Mr. Huggins advised Commissioner King that he would have to actually review the Plan to make a determination.

After a brief discussion, Commissioner King made a motion to table this matter, seconded by Commissioner Murphy.

Commissioner King advised the Secretary to provide him a copy of the Authority's Plan and if he's right, he's with him.

At this time, the Chairman reported that he has one more thing that he needs to bring before the Board. The Chairman advised that the time is getting closer for the renewal of the Authority's health insurance and indicated that someone needs to get in touch with insurance companies on the Authority's Health Insurance and start making proposals for the Board to review.

Commissioner Murphy reported that the Authority is not going to be in the position that it was last year and the Authority should be getting bids now because the renewal date is March 1, 2010.

The Chairman reported that it is now November and the Board hasn't done anything.

At this time, the Chairman then reported that he needs to go in to Executive Session to discuss a personnel matter.

At this time, Commissioner Murphy made a motion to go into Executive Session to discuss a personnel matter, seconded by Commissioner Nunley and seconded.

After Executive Session, the Board reconvened to Regular Session and the Chairman stated that this concludes all matters. There being no further business to come before the Board, Commissioner Murphy moved that the Meeting be adjourned, seconded by Commissioner Nunley.

Meeting adjourned.

ATTEST:

Chairman

Secretary

The Times:
January 7, 2010

---

## NOTICE OF DEADLINE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
MOTORS LIQUIDATION COMPANY
f/k/a GENERAL MOTORS CORPORATION, et al.,
Debtors.

Chapter 11 Case No.
09-50026 (REG)
(Jointly Administered)

**NOTICE OF DEADLINE FOR FILING CERTAIN PROOFS OF CLAIM**
TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by the Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company f/k/a General Motors Corporation) | 09-50026 | 38-0572515 | General Motors Corporation GMC Truck Division NAO Fleet Operations GM Corporation GM Corporation - GM Auction Department National Car Rental National Car Sales Automotive Market Report |
| MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 | 38-2577506 | Saturn, LLC Saturn Corporation Saturn Motor Car Corporation GM Saturn Corporation Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |

PLEASE TAKE NOTICE THAT, on December 18, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Court") having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "Debtors") entered a supplemental order (the "Supplemental Bar Date Order") establishing (i) February 10, 2010, at 5:00 p.m. (Eastern Time) (the "Property Claims Bar Date") as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against any of the Debtors with respect to their prior or actual property arising from being located adjacent to, or in the proximity of, the properties listed at the end of this notice (a "Property Proof of Claim").

The Supplemental Bar Date Order, the Property Claims Bar Date and the procedures set forth below for the filing of Property Proofs of Claim apply to all such claims against the Debtors that arose prior to June 1, 2009, the date on which the Debtors commenced their cases under the United States Bankruptcy Code (the "Bankruptcy Code").

If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com

YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROPERTY PROOF OF CLAIM.

1. WHO MUST FILE A PROPERTY PROOF OF CLAIM

You MUST file a Property Proof of Claim on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to June 1, 2009. Acts or omissions of the Debtors that occurred before June 1, 2009 may give rise to claims against the Debtors that must be filed by February 10, 2010, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to June 1, 2009.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

YOU SHOULD NOT FILE A PROPERTY PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.

2. WHEN AND WHERE TO FILE

All Property Proofs of Claim must be filed so as to be actually received on or before February 10, 2010 at the following:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017
Or if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

If by first-class mail, to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Property Proofs of Claim will be deemed timely filed only if actually received by The Garden City Group, Inc. or the Court on or before

**February 10, 2010.** Property Proofs of Claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

3. WHAT TO FILE

If you file a Property Proof of Claim, your filed Property Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROPERTY PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROPERTY PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBERS OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Property Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidationdocket.com

YOU SHOULD ATTACH TO YOUR COMPLETED PROPERTY PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.

4. CONSEQUENCES OF FAILURE TO FILE A PROPERTY PROOF OF CLAIM BY THE PROPERTY CLAIMS BAR DATE

If you do not file a Property Proof of Claim on or before February 10, 2010 in the appropriate form in accordance with the procedures described in this Notice for any such claim you wish to assert against each of the Debtors, you will be forever prohibited and forbidden from asserting the claim in the future, and such of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything related to the claim and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.

A holder of a possible claim against the Debtors should consult an attorney as to whether the holder should file a Property Proof of Claim.

DATED: December 18, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| BUICK CITY | 902 EAST HAMILTON AVENUE | FLINT, MICHIGAN 48550 |
| FIERO SITE | 900 BALDWIN AVENUE | PONTIAC, MICHIGAN 48340 |
| FLINT PLOWTHROUGH WAREHOUSE | 4002 JAMES COLE BOULEVARD | FLINT, MICHIGAN 48501 |
| GMPT - FREDERICKSBURG | 11032 TIDEWATER TRAIL | FREDERICKSBURG, VIRGINIA 22408 |
| GMPT - LIVONIA | 12200 MIDDLEBELT | LIVONIA, MICHIGAN 48150 |
| GMPT - PARMA COMPLEX | 5400 CHEVROLET BOULEVARD | PARMA, OHIO 44130 |
| GMPT - WILLOW RUN | 2930 ECORSE ROAD | YPSILANTI, MICHIGAN 48198 |
| GMVM - MORAINE ASSEMBLY | 2601 WEST STROOP ROAD | MORAINE, OHIO 45439 |
| GMVM - PONTIAC ASSEMBLY | 2100 SOUTH OPDYKE ROAD | PONTIAC, MICHIGAN 48341 |
| GMVM - WILMINGTON ASSEMBLY | 801 BOXWOOD ROAD PO BOX 1512 - 19899 | WILMINGTON, DELAWARE 19804 |
| PCC - VALIDATION | 200 SOUTH BOULEVARD WEST | PONTIAC, MICHIGAN 48341 |
| SAGINAW NODULAR IRON | 2100 VETERANS MEMORIAL PARKWAY | SAGINAW, MICHIGAN 48605 |
| SHREVEPORT PLANT (GMVM & STAMPING) | 7600 GENERAL MOTORS BOULEVARD PO BOX 30011 - 71130-0011 | SHREVEPORT, LOUISIANA 71130 |
| STAMPING - GRAND RAPIDS | 300 36TH STREET SOUTH WEST | WYOMING, MICHIGAN 49548 |
| STAMPING - INDIANAPOLIS | 340 WHITE RIVER PARKWAY WEST DRIVE SOUTH 50 | INDIANAPOLIS, INDIANA 46206 |
| STAMPING - MANSFIELD | 2525 WEST FOURTH STREET PO BOX 2567 - 44906 | MANSFIELD, OHIO 44906 |
| STAMPING - PITTSBURGH | 1451 LEBANON SCHOOL ROAD | WEST MIFFLIN, PENNSYLVANIA 15122 |
| STAMPING - PONTIAC NORTH CAMPUS | 220 EAST COLUMBIA | PONTIAC, MICHIGAN 48340 |

09-50026   Doc 4877-3   Filed 01/25/10   Entered 01/25/10 15:43   Exhibit C
Pg 3 of 4

# Financial class is in session at Greenbriar Middle School

**By Ken Baka**
*kbaka@sunnews.com*



KEN BAKA/SUN NEWS

**Dana Banyasz, a financial adviser with Edward D. Jones & Co., Elyria, teaches Joey Styranka, a seventh-grader at Greenbriar Middle School, Parma, about money.**

It's 4 p.m. at Greenbriar Middle School, in Parma. Most teachers have left for the day. But school is not over.

Seven boys and one girl, ages 13 and 14, huddle in a room to learn about money: the stock market, dividends, debit, credit and credit-card scores.

On a chalk board, Dana Banyasz, a financial adviser with the Elyria branch of Edward D. Jones & Co., writes the formula used by credit-rating companies to judge a person's worthiness to borrow money.

It's information way beyond most seventh- and eighth-graders.

Fact is — it's information unknown to many adults.

"I wish I heard this guy when I was younger," whispered custodian Ray Niewiadomski.

He couldn't resist taking a seat in a corner to scout Banyasz's lessons.

Banyasz teaches at what the school calls Smart Money University Club. So does Bob Gillingham, president of a Ford dealership. Each volunteers to teach a financial-literacy class each Thursday.

The class is one of several that are part of a three-hour after-school program called Greenbriar Cafe.

Greenbriar Café is financed with a federal grant. About 180 of the school's 750 students signed up for activities ranging from being tutored to learning about yoga, bridge and chess. Of the 180, about 70 show any given afternoon, Stacey Gepperth, director, said.

Banyasz and Gillingham began to teach financial literacy in September.

"It fills a void because nobody really takes the time to teach these kids about credit or investing money or financial literacy," Gillingham said.

Gillingham previously taught such a class at a school in Brunswick.

"These kids are a lot smarter than what we give them credit for," he said. "But the catch is you have to get their intention and make it fun."

Banyasz does that by pretending students are making money in the stock market. Their collection of stocks include youth-orientated companies such as McDonald's, Gamestop, Hershey and a few computer companies, including Google.

He tells them their vicarious investment of $100,000 made $5,000, or 5 percent. But Hershey and Wendy's stocks lost value.

Why? he asked.

Students were thinking for an answer that Banyasz soon provided: "People don't have that money right now. If people are going to buy gas or buy a hamburger, they are going to buy gas."

His lesson introduced the students to a new phrase: discretionary income.

More lessons came.

One was how Google makes money from advertising. That caused Rauneet Kaur, an eighth-grade girl, to complain Google had ads for Frostys at Wendy's that were too small. Kurt McKee, an eighth-grade history teacher who helps Banyasz teach the class, explains coupons help Wendy's bring customers to spend more money.

Another lesson was about dividends. Banyasz dubbed dividends as a "bonus to you to say thank you."

A third was about credit: a loan for which a borrower pays back later.

Banyasz cautioned the students: "If you spend it, pay it back. If you can't pay it back, you probably shouldn't have spent it."

McKee reinforced the warning, saying young people get trapped in credit-card debt.

"Only in emergencies should you use the credit card," he said.

The class discussed late fees and interest rates.

A student asked, "Is it true that if you don't pay them back, you go to jail?"

No, students were told. But failing to pay cause people to lose ownership of houses.

With that the students learned other financial terms — foreclosures and mortgages — and debated the merits of spending $50,000 to fix a house bought for $100,000 if no one will rebuy the house for $150,000 or more.

Besides new vocabulary, students got math lessons: A stock that rises to $20 from $10 a share increases by 100 percent, but a stock that rises to $120 from $100 increases by 20 percent.

Banyasz recognizes the temptations of the stock market. He makes a distinction between the market and being thrifty and productive. Stocks are "not called making money," he said. "It's called investing."

He stresses the value of saving money — a lesson Gillingham learned at age 10 when noticing how his mother saved coins and bills in a box. He learned to "horde whatever money I could come by," he said.

Gillingham said he volunteered to teach financial literacy because children learn it only if someone teaches it.

"People can be part of a problem or they can be part of a solution," he said. "I'd rather be part of a solution. I'm not going to teach the world financial literacy but I could teach a class."

The school seeks more people to teach other life skills to students at Greenbriar Café.

Gepperth, program director, said after-school lessons have lowered tardiness and increased homework completion and class participation.

*Contact Baka at
(216) 986-2355.*

## CALENDAR

### TODAY

**Hillside AARP Chapter No. 4655,** 11:15 a.m. the second Thursday of each month at Seven Hills City Hall (Community Room), 7777 Summitview Drive. Light lunch and speaker.

**St. Vladimir Ukranian Orthodox Church,** 3201 Marioncliff Drive, Parma. Eastern Orthodox Christmas celebration. (440) 885-1509.

### FRIDAY

**German Central,** 7863 York Road, Parma. Fish fry, 4:30-7:30 p.m. Baked or fried cod, potato or pierogies, slaw, applesauce, dessert and coffee. Adults $8.50, seniors $6, 12 and younger $5. (440) 843-8373.

**St. Andrew Ukrainian Church,** 7700 Hoertz Road, Parma. Pyrohy Group pyrohy sales, 9 a.m. to 2 p.m. (440) 886-3258.

### SATURDAY

**Cuyahoga County Board of Elections,** 2925 Euclid Ave., Cleveland. Workshop to assist candidates, elected officials and anyone interested in running for office, 9 a.m. to 1:30 p.m. Topics include campaign finance, the vote by mail process, petitions, board of election resources and rules of conduct. Registration forms are at boe.cuyahogacounty.us. Call (216) 443-3258.

### SUNDAY

**American Legion Post 572,** 6483 State Road, Parma. Sunday

breakfasts, 9 a.m. to noon. Eggs, ham, bacon, sausage, pancakes, hash browns, toast, coffee, tea and milk. Adults $7, kids shorter than four feet tall $3. (440) 845-0572.

### MONDAY

**Independence Civic Center,** 6363 Selig Drive. Jazzercise. 5:30-6:30 p.m. Tuesday and Thursday. Registration at (330) 468-6637.

**Nicotine Anonymous,** 8-9 p.m. at Good Shepherd United Methodist Church, 5930 State Road, Parma. Support group based on the 12-step program to help people stop smoking. (440) 885-0657.

**Overeaters Anonymous,** 9:30 a.m. at Parma Heights library, 6206 Pearl Road. 12-Step program for those suffering from compulsive overeating, anorexia and bulimia. (440) 884-9028.

**Parma Senior Center,** 7001 W. Ridgewood Drive. 8 a.m. to 4 p.m. weekdays. Lunch available (except holidays). Many activities. (440) 885-8800.

**Seven Hills City Hall Gym,** 7325 Summitview Drive. Jazzercise. 6:30-7:30 p.m. Monday and Wednesday. Registration, (330) 468-6637.

### TUESDAY

**Community Theater Building,** 6652 Brecksville Road, Independence. T.O.P.S. Ohio #373 weight loss group, 9:30 a.m. (440) 838-5181.

**Cuyahoga Community College,** Western Campus, 11000 Pleasant Valley Road, Parma. Free Women in Transition eight-week program begins. (216)987-4723.

### UPCOMING

**Besant Branch of the Theosophical Society,** 2215 Brookpark Road, Parma. Meeting, 2-4 p.m. Jan. 17. Discussion of "Spiritually Interpreting the Bible" by Louis Charles. $5 donation. (216) 741-2082.

**Independence Civic Center,** 6363 Selig Drive. Independence Art Guild has a trip with stops at the West Woods Nature Center, ASM geodesic dome, Punderson State Park and downtown Burton departing at 9 a.m. and returning around 4:30 p.m. Jan. 23. Members $5, non-members $8, bus fee for non-residents $15, lunch on your own at Punderson. Register by Jan. 18. (216) 526-2223.

*Send Calendar listings to jzickefoose@sunnews.com, fax to (216) 986-2380 or mail to Jarrod Zickefoose at Sun News, 5510 Cloverleaf Parkway, Cleveland 44125 no later than the Friday before publication. Include time, date and location of event, including street address and city, and a phone number. Incomplete listings will not be published.*

## Sepik elected president of council in Parma Heights

**By Mark Holan**
*mholan@sunnews.com*



**PARMA HTS.** — The day after Mike Byrne was sworn in as the new mayor of Parma Heights, one of his most loyal councilmen, Robert Sepik, was elected the new council president at Saturday's organizational meeting. He had been president pro-tem of council.

Sepik has been a councilman for the past eight years. He garnered the most votes in the Nov. 3 election —almost 20 percent of the votes cast. Sepik and his wife, Michelle, have two children, Thomas, 12, and Kathleen, 9.

Councilwoman Lesley DeSouza was elected the new president pro-tem of council. DeSouza has been on council for the past six years. She's in the middle of her second four-year term on council.

Also elected Saturday were Jennifer Krepina as council clerk and Jackie Cornhoff as assistant council clerk. Krepina has been council clerk since Marie Gallo resigned the position this fall.

*Contact Holan at
(216) 986-2372.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 Case No. |
|---|---|
| MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION, *et al.*, Debtors. | 09-50026 (REG) (Jointly Administered) |

**NOTICE OF DEADLINE FOR FILING CERTAIN PROOFS OF CLAIM**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation)** | 09-50026 | 38-0572515 | General Motors Corporation GMC Truck Division NAO Fleet Operations GM Corporation GM Corporation- GM Auction Department National Car Rental National Car Sales Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC)** | 09-50027 | 38-2577506 | Saturn, LLC Saturn Corporation Saturn Motor Car Corporation GM Saturn Corporation Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation)** | 09-50028 | 38-2755764 | Saturn Distribution Corporation |

PLEASE TAKE NOTICE THAT, on December 18, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a **General Motors Corporation**) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered a supplemental order (the "**Supplemental Bar Date Order**") establishing (i) **February 10, 2010, at 5:00 p.m.** (Eastern Time) (the "**Property Claims Bar Date**") as the last date and time for each person or entity (including without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim based on prepetition claims against any of the Debtors with respect to their person or real property arising from being located adjacent to, or in the proximity of, the properties listed at the end of this notice (a "**Property Proof of Claim**").

The Supplemental Bar Date Order, the Property Claims Bar Date and the procedures set forth below for the filing of Property Proofs of Claim apply to all such claims against the Debtors that arose prior to **June 1, 2009**, the date on which the Debtors commenced their cases under the United States Bankruptcy Code (the "**Bankruptcy Code**").

**If you have any questions relating to this Notice, please feel free to contact the Debtors at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROPERTY PROOF OF CLAIM.**

**1. WHO MUST FILE A PROPERTY PROOF OF CLAIM**

You **MUST** file a **Property Proof of Claim** to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to **June 1, 2009**. Acts or omissions of the Debtors that occurred before **June 1, 2009** may give rise to claims against the Debtors that must be filed by **February 10, 2010**, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **June 1, 2009**.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**YOU SHOULD NOT FILE A PROPERTY PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**2. WHEN AND WHERE TO FILE**

All Property Proofs of Claim must be filed so as to be **actually received** on or before **February 10, 2010** at the following address:

If by overnight courier or hand delivery to:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017
**Or** if by hand delivery to:
United States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, New York 10004

If by first-class mail, to:
The Garden City
Group, Inc.
Attn: Motors Liquidation
Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Property Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before

**February 10, 2010**. Property Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**3. WHAT TO FILE**

If you file a Property Proof of Claim, your filed Property Proof of Claim must: (i) be written in the English language; (ii) be denominated in dollars; (iii) conform substantially to Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROPERTY PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROPERTY PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Property Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidationdocket.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROPERTY PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

**4. CONSEQUENCES OF FAILURE TO FILE A PROPERTY PROOF OF CLAIM BY THE PROPERTY CLAIMS BAR DATE**

*If you do not file a Property Proof of Claim on or before February 10, 2010 in the appropriate form in accordance with the procedures described in this Notice for any such claim you wish to assert against each of the Debtors, you will be forever prohibited and forbidden from asserting the claim in the future, and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from and will not be liable or responsible for anything related to the claim and you will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, receive any distribution in any of the Debtors' chapter 11 cases on account of your claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.*

A holder of a possible claim against the Debtors should consult an attorney as to whether the holder should file a Property Proof of Claim.

DATED: December 18, 2009
New York, New York

BY ORDER OF THE COURT

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

**LIST OF PROPERTIES**

| Site Name | Address | City, State Zip |
|---|---|---|
| BUICK CITY | 902 EAST HAMILTON AVENUE | FLINT, MICHIGAN 48550 |
| FIERO SITE | 900 BALDWIN AVENUE | PONTIAC, MICHIGAN 48340 |
| FLINT FLOWTHROUGH WAREHOUSE | 4002 JAMES COLE BOU-LEVARD | FLINT, MICHIGAN 48503 |
| GMPT – FREDERICKSBURG | 11032 TIDEWATER TRAIL | FREDERICKSBURG, VIRGINIA 22408 |
| GMPT - LIVONIA | 12200 MIDDLEBELT | LIVONIA, MICHIGAN 48150 |
| GMPT - PARMA COMPLEX | 5400 CHEVROLET BOU-LEVARD PO BOX 30098 | PARMA, OHIO 44130 |
| GMPT - WILLOW RUN | 2930 ECORSE ROAD | YPSILANTI, MICHIGAN 48198 |
| GMVM - MORAINE ASSEMBLY | 2601 WEST STROOP ROAD | MORAINE, OHIO 45439 |
| GMVM - PONTIAC ASSEMBLY | 2100 SOUTH OPDYKE ROAD | PONTIAC, MICHIGAN 48341 |
| GMVM - WILMINGTON ASSEMBLY | 801 BOXWOOD ROAD PO BOX 1512 - 19899 | WILMINGTON, DELAWARE 19804 |
| PCC - VALIDATION | 200 SOUTH BOULEVARD WEST | PONTIAC, MICHIGAN 48341 |
| SAGINAW NODULAR IRON | 300 VETERANS MEMORIAL PARKWAY | SAGINAW, MICHIGAN 48605 |
| SHREVEPORT PLANT (GMVM & STAMPING) | 7600 GENERAL MOTORS BOULEVARD PO BOX 30011 - 71130-0011 | SHREVEPORT, LOUI-SIANA 71130 |
| STAMPING - GRAND RAPIDS | 300 36TH STREET SOUTH-WEST | WYOMING, MICHIGAN 49548 |
| STAMPING - INDIANAPOLIS | 340 WHITE RIVER PARKWAY WEST DRIVE SOUTH 50 | INDIANAPOLIS, INDIANA 46206 |
| STAMPING - MANSFIELD | 2525 WEST FOURTH STREET PO BOX 2567 - 44906 | MANSFIELD, OHIO 44906 |
| STAMPING - PITTSBURGH | 1451 LEBANON SCHOOL ROAD | WEST MIFFLIN, PENNSYLVANIA 15122 |
| STAMPING - PONTIAC NORTH CAMPUS | 220 EAST COLUMBIA | PONTIAC, MICHIGAN 48340 |



# GIVE YOUR FUTURE
## *a better chance*

**ACT Prep Review**

Check out DeVry University's free ACT prep review and have your parents stay for a free Financial Aid Information Session.

The review session will help prepare students to take the ACT. Math and Science sessions will be taught by DeVry professors using official ACT review materials. Each student will receive an ACT review booklet, free of charge.

Lunch will be provided. Space is limited to the first 40 students, so please reserve your place early.

**Saturday, January 23, 2010 | 09:00am-03:30pm**

**Seven Hills Campus**
6000 Lombardo Center, Suite 200 | Seven Hills

**To register, call Jackie Calvey at 216.328.8754 or email jcalvey@devry.edu**

Program availability varies by location. ©2009 DeVry University. All rights reserved.

**DeVry University**

09-50026-mg   Doc 4877-3   Filed 01/25/10   Entered 01/25/10 19:57:43   Exhibit C

# State parks offer winter wonderland



The Kaug Wudjoo Lodge in Porcupine Mountains Wilderness State Park offers accommodations for 12. The name, pronounced (kahg-WAD"-jiw) means "place of the crouching porcupine" in Ojibwa. Park officials are taking reservations at a weekly rate of $1,225, plus an $8 non-refundable reservation fee. Contact the park for more details.

When planning a winter trip to cross-country ski or snowmobile, the necessary requirements for a top destination include decent snow, accessibility to a network of trails and some sort of cozy lodging.

Add to that list the option of finding all three in one convenient, affordable location, and the clear winner is Michigan State Parks. With more than 30 parks offering winter lodging facilities, ranging from rustic cabins to fully furnished lodge place to stay overnight on a long ride, the fully furnished lodges can't be beat," Hill said. "The lodges that are located along snowmobile trails allow snowmobilers to ride directly from the trail to the front door of the lodge. The next morning, they can be back on the trail, without having to load or unload any machines."

The lodges also make a convenient and easily accessible base camp for cross-country skiers who prefer to have electricity and heat available while still staying in the state park, close to miles of groomed trails.

State park modern lodges located along snowmo-

bile trails can be found in Porcupine Mountains Wilderness State Park, Twin Lakes State Park and P.J. Hoeft State Park. These three parks, along with Fayette State Historic Park and Proud Lake State Park, also offer groomed networks of cross-country ski trails adjacent to or near the modern lodges.

Additionally, a modern lodge adjacent to a snowmobile trail and groomed cross-country skiing will open Feb. 1, 2010 at Tahquamenon Falls State Park in the Upper Peninsula bunk beds and generally cost $35 per night during the winter months. Renters should bring their own bedding, cookware, flashlights and cookstove.

Both snowmobilers and cross-country skiers can easily access the mini-cabin at North Higgins Lake State Park and Fort Wilkins State Historic Park. Mini-cabins also are located at the following state parks with networks of groomed cross-country ski trails: P.J. Hoeft, Ludington, McLain, Muskegon, Port Crescent and Sleeper.

For winter outdoor enthusiasts who would like to get away from it all and unplug, the rustic cabins and yurts avail-

able for winter lodging might often are located right on the ski trails," Hill said. "In some of the parks where the cabins are not accessible by road, skiers will pack in their supplies and then set up a base camp to return to each evening after spending a day on the trails."

For a complete list of all state park winter lodging and to learn more about the available facilities, go online to www.michigan.gov/dnr.

Lodging reservations can be made online at www.mid-nrrservations.com.



friends don't let friends drive drunk

U.S. Department of Transportation

**NOTICE TO ALL CREDITORS**

IN THE MATTER OF: Lee J. Talladay, Revocable Living Trust.

The settlor, Lee J. Talladay, who lived at 6270 Judd Road, Milan, Michigan, died December 14, 2009. There is no personal representative of the settlor's estate to whom Letters of Authority have been issued

Creditors of the decedent are notified that all claims against the Lee J. Talladay Revocable Living Trust dated January 13, 1969, as restated and amended, will be forever barred unless presented to Matthew Thomas Talladay, Trustee, whose address is 6270 Judd Road, Milan, Michigan 48160, within four months after the date of this publication.

DATE: December 29, 2009

Notice is further given that the Trust will thereafter be assigned and distributed to the persons entitled to it.

Andrew M. Eggan, 1349 S. Huron Street, Suite 1, Ypsilanti, MI 48197, (734) 483-3626

Matthew Thomas Talladay, Trustee, 6270 Judd Road, Milan, MI 48160, (734) 645-1791.

Publish January 7, 2010

**NOTICE**

THE LIMA TOWNSHIP PLANNING COMMISSION HAS CHANGED THEIR MONTHLY MEETING DATES TO THE FOURTH TUESDAY OF EVERY MONTH. THE NEXT MEETING WILL BE JANUARY 26, 2010 AT 7:30 P.M. AT THE LIMA TOWNSHIP HALL.

Publish January 7, 2010

**STATE OF MICHIGAN PROBATE COURT COUNTY OF WASHTENAW NOTICE TO CREDITORS Decedent's Estate FILE NO. 09-1086-DE**

Estate of Ann W. Wood, deceased
Date of Birth: December 19, 1916
TO ALL CREDITORS:*
NOTICE TO CREDITORS: The decedent, Ann W. Wood, deceased, who lived at 801 West Middle Street, City of Chelsea, Michigan, died October 9, 2009

Creditors of the decedent are notified that all claims against the estate will be forever barred unless presented to Donald D. Wood and Richard T. Wood, named personal representative or proposed personal representative, or both the probate court at 101 East Huron, Ann Arbor, MI 48107, and the named/proposed personal representative within 4 months after the date of publication of this notice

December 21, 2009
KEUSCH, FLINTOFF & CONLIN, P.C.
Peter C. Flintoff P13531
119South Main, P.O. Box 187
Chelsea, MI 48118 (734) 475-8671

Donald D. Wood and Richard T. Wood
14100 Harvey Road
Grass Lake, MI 49240 (734) 475-2485
Publish January 7, 2010

** LEGAL NOTICE **

Take notice that a petition has been filed with the Ypsilanti Township Planning Commission for Special Conditional Use approval per Zoning Ordinance Sections 1402 and 2119 to permit the establishment of a "minor automotive repair facility" to be located at the property described as follows:

93 Emerick Road
Parcel K-11-10-280-012

The Planning Commission invites the public to attend a public hearing on this application to be held on TUESDAY, January 26, 2010 AT 6:30 P.M. in the Civic Center Board Room (7200 S. Huron River Drive) to comment on or raise objections, if any, to this petition.

The file and map are available for inspection at the Civic Center in the Community & Economic Development Department or call 734-485-3943 for more information. Please address written comments to: Ypsilanti Township Planning Commission, 7200 S. Huron River Drive, Ypsilanti, MI 48197 or by email at ilawson@ytown.org

Sally Richie,
Secretary

Legal Description
K-11-10-280-012

YP#10-38A-1: COM AT SW COR OF E 1/2 OF NW 1/4 OF SEC 10, TH N 02-00-00 W 98.3 FT ON C/L RD TO POB; TH N 02-00-00 W 70 FT; TH S 87-37-00 E 340.22 FT; TH S 02-36-00 W 167.34 FT; TH N 87-37-00 W 59.6 FT; TH N 03-45-00 W 98.3 FT; TH W 262.02 FT TO POB. PART NW 1/4 SEC 10, T3S-R7E, 0.68 AC.

Publish January 7, 2010

Southgate, MI 48195   to Heritage Newspapers   Southgate, MI 48195   to place your order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re       Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY
f/k/a GENERAL MOTORS CORPORATION, et al.,   09-50026 (REG)
Debtors.      (Jointly Administered)

NOTICE OF DEADLINE
FOR FILING CERTAIN PROOFS OF CLAIM

Publish January 1, 2010