Mark G. Ledwin, Esq. (ML-6873)
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER  LLP
3 Gannett Drive
White Plains, NY  10604
Tel:   (914) 872-7148
Fax:   (914) 323-7001
E-Mail:  mark.ledwin@wilsonelser.com

Attorneys for Creditor/Equipment Lessor
Relational Technology Solutions

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
                                                                       :   Chapter 11
In re:                                                                 :
                                                                       :   Case No. 09-50026-REG
GENERAL MOTORS CORP., et al.,                                          :
                                                                       :   Jointly Administered
                                       Debtors.                        :
                                                                       :
---------------------------------------------------------------------- x

**NOTICE OF WITHDRAWL OF OBJECTION BY RELATIONAL TECHNOLOGY**
**SOLUTIONS TO DEBTORS' NOTICE OF (I) INTENT TO ASSUME AND ASSIGN**
**CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF**
**PERSONAL PROPERTY, AND (II) CURE AMOUNTS RELATED THERETO**

**PLEASE TAKE NOTICE,** that Relational, LLC, f/k/a Relational Funding Corporation, and d/b/a Relational Technology Solutions ("RTS"), a creditor and party in interest herein, by and through its undersigned attorneys, hereby withdraws its Objection [Docket No. 1340] to the Debtors' Notice dated June 5, 2009, of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts and Unexpired Leases of Personal Property, and (ii) Cure Amounts related thereto (the "Objection").

**PLEASE TAKE FURTHER NOTICE,** that the forgoing Withdrawal is based upon a series of written settlements negotiated and entered into with Debtors and their assignors of the

2656142.1

issues raised by RTS in the Objection and thus is subject to and conditioned upon the Debtors and their assignors compliance with such settlements, and otherwise is without prejudice.

Dated: White Plains, New York
January 26, 2010

        **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER  LLP**

By: */s/ Mark G. Ledwin*
Mark G. Ledwin, Esq. (ML-6873)
3 Gannett Drive
White Plains, NY  10604
Tel:  (914) 872-7148
Fax:  (914) 323-7001
E-Mail: mark.ledwin@wilsonelser.com

Attorneys for Creditor/Equipment Lessor
Relational Technology Solutions

- 2 -

2656142.1

## CERTIFICATE OF SERVICE

Mark G. Ledwin, an attorney duly admitted to practice before this Court, hereby certifies that on the 26th day of January, 2009, I caused true and correct copies of the foregoing Notice to be served via the Court's ECF system on all interested parties.

Dated: White Plains, New York
January 26, 2010

>  */s/ Mark G. Ledwin*
> Mark G. Ledwin, Esq. (ML-6873)

2656142.1