**NEW HEARING DATE AND TIME: March 10, 2010 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: March 3, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
**In re**                                            :    **Chapter 11 Case No.**
                                                            :    **09-50026 (REG)**
                                                            :    **(Jointly Administered)**
**MOTORS LIQUIDATION COMPANY,** *et al.,*   :
    f/k/a General Motors Corp., *et al.*        :
                                                            :
          **Debtors.**                               :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF PLAINTIFFS IN THE ACTION**
**ENTITLED *O'CONNOR ET AL. V. GENERAL MOTORS CORPORATION***
**FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE**
**AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D)(1)**

PLEASE TAKE NOTICE THAT

The date on which the Motion of Plaintiffs in the Action Entitled

*O'Connor et al. v. General Motors Corporation* for an Entry of an Order Granting Relief

from the Automatic Stay pursuant to 11 U.S.C. § 362(d)(1) [Docket No. 4777] (the

"**Motion**") shall be heard before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, which

was originally scheduled for February 10, 2010 at 9:45 a.m (Eastern Time), has been

consensually adjourned to **March 10, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**").  The new objection deadline shall be **March 3, 2010 at 4:00 p.m. (Eastern Time)**.  The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  January 26, 2010
       New York, New York

/s/ David R. Berz
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession