# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| **GENERAL MOTORS,** *et. al.* ) | CASE NO. 09-50026 |
| ) | |
| **DEBTORS.** ) | JOINTLY ADMINISTERED |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Clarcor, Inc., a creditor and party in interest herein, hereby designates and substitutes Robert A. Guy, Jr. and the law firm of Frost Brown Todd as its counsel in the place of Waller Lansden Dortch & Davis, LLP, effective immediately.

PLEASE TAKE FURTHER NOTICE THAT the undersigned hereby requests that all notices given or required to be given in these proceedings be served at the following address:

> **Robert A. Guy, Jr.**
> **J. Matthew Kroplin**
> **FROST BROWN TODD**
> **424 Church Street, Suite 1600**
> **Nashville, TN 37219**
> **(615) 251-5557 Telephone**
> **(615) 251-5551 Facsimile**
> **bguy@fbtlaw.com Email**
> **mkroplin@fbtlaw.com Email**

Dated: January 26, 2010

Respectfully submitted,

*/s/ Robert A. Guy, Jr.*
Robert A. Guy, Jr. Esq. (TN #16715)
J. Matthew Kroplin (TN # 27363)
424 Church Street, Suite 1600
Nashville, TN 37219
(615) 251-5557 Telephone
(615) 251-5551 Facsimile
bguy@fbtlaw.com Email
mkroplin@fbtlaw.com Email

**COUNSEL FOR CLARCOR, INC.**