UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re** <br><br> MOTORS LIQUIDATION COMPANY, *et al.*, <br><br>   **f/k/a General Motors Corp.,** *et al*. <br><br><br> **Debtors.** | **Chapter 11 Case Number:** <br><br> **09-50026 (REG)** <br><br><br> (Jointly Administered) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF MILISSA A. MURRAY**

I, Milissa A. Murray, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent the ILCO Site Remediation Group, a Claimant in the above referenced proceeding.

I certify that I am a member in good standing of the bars of the State of Maryland and the District of Columbia and the United States District Courts for the District of Columbia and the District of Maryland. I certify that I have submitted the $25.00 filing fee with this motion.

Dated: January 12, 2009
       Washington, DC

                                                        /s/ Milissa A. Murray_____
                                                        Milissa A. Murray
                                                       BINGHAM McCUTCHEN LLP
                                                       2020 K Street
                                                       Washington, DC  20006
                                                       E-mail:  m.murray@bingham.com
                                                       Telephone:  (202) 373-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re**<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br><br>    **f/k/a General Motors Corp.,** *et al***.**<br><br><br>             **Debtors.** | Chapter 11 Case Number:<br><br>**09-50026 (REG)**<br><br><br>(Jointly Administered) |

### ORDER GRANTING *PRO HAC VICE* ADMISSION OF MILISSA A. MURRAY

Upon the motion of Milissa A. Murray to be admitted, *pro hac vice*, to represent the ILCO Site Remediation Group, a Claimant in the above-referenced proceeding, and upon Ms. Murray's certification that she is a member in good standing of the bar in the State of Maryland and in the District of Columbia, as well as a member in good standing of the bars of the U.S. District Courts for the District of Columbia and the District of Maryland, it is hereby

**ORDERED**, that Milissa A. Murray, Esq. of Bingham McCutchen LLP is admitted to practice, *pro hac vice*, in the above-referenced proceeding to represent the ILCO Site Remediation Group in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
       New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE