UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :
                                                                  :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                             :
    f/k/a General Motors Corp., *et al.*                      :    09-50026 (REG)
                                                                  :
        Debtors.                                            :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss
COUNTY OF SUFFOLK        )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On January 25, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by email on the parties identified on the annexed service list (Counsel for the Unsecured Creditors Committee) and by first class mail on the Office of the United States Trustee, Attn: Diana G. Adams, 33 Whitehall Street, 21st Floor, New York, NY 10004.

- Supplemental Declaration and Disclosure Statement of Rosalee M. McNamara, on Behalf of Lathrop & Gage LLP [Docket No. 4873]

Dated:  January 26, 2010              /s/ Kimberly Gargan_____
        Melville, New York            Kimberly Gargan

Sworn to before me this 26th day of January, 2010

/s/ Eamon Mason_____
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2009

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, AMY CATON, ADAM ROGOFF & GREGORY
PLOTKO
1177 AVENUE OF THE AMERICAS
NEW YORK, NY  10036
Email: acaton@kramerlevin.com, gplotko@kramerlevin.com, tmayer@kramerlevin.com,
arogoff@kramerlevin.com, rschmidt@kramerlevin.com, lmacksoud@kramerlevin.com,
jsharret@kramerlevin.com