Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
In re                                              :        **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY**, *et al.*,          :        **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*        :
:
                                    **Debtors.**   :        **(Jointly Administered)**
:
-------------------------------------------------------------x

### QUARTERLY REPORT OF NOTICED *DE MINIMIS* SALES AND CERTAIN NON-NOTICED *DE MINIMIS* SALES CONSUMMATED BY THE DEBTORS PURSUANT TO ORDER ESTABLISHING PROCEDURES FOR *DE MINIMIS* ASSET SALES DURING THE FISCAL QUARTER ENDING DECEMBER 31, 2009

**PLEASE TAKE NOTICE THAT** on August 18, 2009, the Court entered the

Order Pursuant to 11 U.S.C. §§ 105 and 363 (A) Establishing Procedures for the Disposition of

*De Minimis* Assets, and (B) Authorizing the Debtors to (i) Pay Related Fees, and (ii) Assume,

Assume and Assign, or Reject Related Executory Contracts or Unexpired Leases [Docket No.

3830] (the "*De Minimis* **Asset Sale Procedures Order**").[1]  The *De Minimis* Asset Sale

Procedures Order authorized the Debtors to implement certain procedures to consummate sales

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in *De Minimis* Asset Sale Procedures Order.

of *de minimis* assets outside of the ordinary course of business pursuant to section 363 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE THAT pursuant to paragraph 22 of the *De Minimis* Asset Sale Procedures Order, on or before the 30th day of the commencement of each fiscal quarter, the Debtors are required to file and serve on the Creditors' Committee a report summarizing (i) any Noticed *De Minimis* Sales that were consummated pursuant to the *De Minimis* Sale Procedures during the immediately preceding fiscal quarter and (ii) any Non-Noticed *De Minimis* Sales for consideration greater than $250,000 that were consummated pursuant to the *De Minimis* Sale Procedures during the immediately preceding fiscal quarter.

PLEASE FURTHER TAKE NOTICE THAT the Debtors hereby report that no Noticed *De Minimis* Sales or Non-Noticed *De Minimis* Sales for consideration greater than $250,000 were consummated during the fiscal quarter ending December 31, 2009.  An auction for various spare aircraft parts occurred on October 9, 2009 (the "**October Auction**"), at which Corporate Jet Support Inc. purchased multiple assets, each of which was for consideration of less

than $250,000.  The total value of all assets purchased at the October Auction was approximately

$312,000.


Dated:  New York, New York
          January 27, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession