Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :   **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                   :   **09-50026 (REG)**
        f/k/a General Motors Corp., *et al.*                :
                                                            :
                          Debtors.                          :   **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

### QUARTERLY REPORT OF CLAIMS SETTLED BY THE DEBTORS PURSUANT TO ORDER ESTABLISHING PROCEDURES FOR SETTLING CERTAIN CLAIMS DURING THE FISCAL QUARTER ENDING DECEMBER 31, 2009

**PLEASE TAKE NOTICE THAT** on October 6, 2009, the Court entered the Order Pursuant to Section 105(a) of title 11 of the United States Code (the **"Bankruptcy Code"**) and Rules 3007 and 9019(b) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**) Authorizing the Debtors to (i) File Omnibus Claim Objections and (ii) Establish Procedures for Settling Certain Claims [Docket No. 4180] (the "**Settlement Procedures Order**").[1]  The Settlement Procedures Order authorized the Debtors to implement procedures to settle certain claims absent Court approval.

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in Settlement Procedures Order.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Settlement Procedures Order, on or before the 30th day of the commencement of each fiscal quarter, the Debtors are required to file quarterly reports of all settlements of claims into which the Debtors entered during the previous quarter pursuant to the Settlement Procedures Order, but are not required to report settlements if they were the subject of a separate motion pursuant to Bankruptcy Rule 9019.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby report that, during the fiscal quarter ending December 31, 2009, pursuant to the Settlement Procedures Order, the Debtors entered into the settlements listed on <u>Exhibit A</u> annexed hereto.

Dated: New York, New York
January 27, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

|   | Date of Settlement | Claimant | Type of Claim | Settlement Amount/ Terms of Settlement | Proof of Claim No. |
|---|---|---|---|---|---|
| 1 | 11/16/2009 | Governors of Acadia University on behalf of Acadia University | Claim for trademark infringement filed prepetition in Canada (Acadia University v. GMCL) | $50,000.00 CDN paid by General Motors, LLC (f/k/a General Motors Company) for use of trademark and release of claim against MLC | N/A |
| 2 | 12/24/2009 | Napleton Investment Partnership LP | Administrative Claim | $38,495.96 | 14516, 60282, 67533 |