Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In re**                                    :    **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*    :
                                                             :
        Debtors.    :    **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x


**NOTICE OF WITHDRAWAL OF DEBTORS' EIGHTH OMNIBUS MOTION TO**
**REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
**OF NONRESIDENTIAL REAL PROPERTY SOLELY WITH RESPECT TO**
**<u>KNOWLEDGE LEARNING CORPORATION</u>**

PLEASE TAKE NOTICE THAT

      Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), hereby withdraw, without prejudice, the Debtors' Eighth Omnibus Motion to Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property [Docket No. 4291] solely with respect to Knowledge Learning Corporation (f/k/a KinderCare Learning Centers, Inc.).

Dated: New York, New York
      January 27, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

C:\DOCUMENTS AND SETTINGS\RODRIGUI\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\3IDEJM6Q\US_ACTIVE_KLC NOTICE OF WITHDRAWAL DOC_43292416_1.DOC

2