Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :    09-50026 (REG)
     f/k/a General Motors Corp., *et al.*         :
:
                                     Debtors.             :    (Jointly Administered)
:
-------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' THIRD OMNIBUS
OBJECTION TO CLAIMS SOLELY WITH RESPECT TO PROOF OF
CLAIM NO. 20950 FILED BY LIBERTY MUTUAL INSURANCE COMPANY**

PLEASE TAKE NOTICE THAT

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), hereby withdraw without prejudice the Debtors' Third Omnibus Objection to Claims [Docket No. 4624] solely with respect to Proof of Claim No. 20950 filed by Liberty Mutual Insurance Company. The Debtors reserve any and all rights to object to Proof of Claim No. 20950 on any basis.

Dated: New York, New York
January 27, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession