# EXHIBIT 3

| Vendor Master ID | Vendor Master Name | AlixPartners Number | Counterparty Name | Contract Status | noticed | Decision | GM Contract ID | Legal Entity | Contract Name | Start Date | End Date | Contract Type | Contract Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5716-00749080 | Knowledge Learning Corporation | 5716-00749080 | Knowledge Learning Corporation | ASSUMED JULY 10, 2009 | APA0605 | NewCo | 2744 | General Motors Coroporation | CAP | | | Agreement | 1 Model Year |

| Business Unit | Department/Functional Area | GM Business Lead | GPSC Lead | PO Balance (Value) | Contract Location | AlixPartners Category | Contract Number | PO Status | Vendor ID | Source ID | Last Modified By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VSSM | Marketing | Campbell, James M. | Mehall, Carolyn | | Decentralized | VSSM - Fleet | GM-00749080 | TBD | 905196 | CAP Deals - not in al-in_052709_leavy | july 10 closing newco update |