# EXHIBIT 4

| Row ID | GM ID | Vendor ID | Counter Party Name | Contract Type | Contract Status | Contract Name | Contract Description | GM Business Unit | GM Department |
|---|---|---|---|---|---|---|---|---|---|
| 5716-00749080 | 2744 | 905196 | Knowledge Learning Corporation | Agreement | ASSUMED JULY 10, 2009 | CAP | 1 Model Year | VSSM | Marketing |