**EXHIBIT 6**

| Property State | Property City | Property Name | Property Address | NET ANNUAL SPEND | STRATEGIC | Lease Ref # | Counterparty Name | AlixPartnersNumber | contractnumber |
|---|---|---|---|---|---|---|---|---|---|

# REDACTED

REDACTED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Spring Hill | GMVO Saturn Assembly | 100 Saturn Parkway | TBD | NO | 30000182 | KinderCare Learning Centers, Inc. | 5716-00019327 | 16313692 |
| | | | | | | | 5716-00019328 | 16313696 |
| | | | | | | | 5716-00019329 | 16313695 |
| | | | | | | | 5716-00019330 | 16313694 |
| | | | | | | | 5716-00019331 | 16313693 |
| | | | | | | | 5716-00019332 | 16313697 |
| | | | | | | | 5716-00019333 | 16313698 |
| | | | | | | | 5716-00019334 | 16313699 |

REDACTED