# EXHIBIT 7

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
**In Re** : Chapter 11
: 
**MOTORS LIQUIDATION COMPANY** (f/k/a : Case No. 09-50026 (REG)
General Motors Corp.), et al., : (Jointly Administered)
: 
Debtors. : Hon. Robert E. Gerber
: 
---------------------------------------------------------------x

**ORDER GRANTING GENERAL MOTORS LLC'S MOTION (I) FOR DECLARATORY RELIEF REGARDING THE STATUS OF A CERTAIN SUBLEASE OR, IN THE ALTERNATIVE, RELIEF FROM THE ASSUMPTION AND ASSIGNMENT OF A CERTAIN SUBLEASE TO GM PURSUANT TO RULE 60(b) AND (II) TO RESCIND THE AGREEMENT TO RESOLVE OBJECTION TO CURE NOTICE BETWEEN GM AND KNOWLEDGE LEARNING CORPORATION DATED AUGUST 14, 2009**

Upon the Motion by General Motors LLC ("**GM**") (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation Dated August 14, 2009 (the "**Motion**"),[1] all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1409; and due and proper notice of the Motion having been provided to (i) the Debtors; (ii) the attorneys for the Debtors; (iii) the United States Department of the Treasury; (iv) the attorneys for the United States Department of the Treasury;

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

(v) the attorneys for Export Development Canada; (vi) the attorneys for the Committee of Unsecured Creditors; (vii) the attorneys for the International Union, United Automobile, Aerospace and Agriculture Implement Workers of America; (viii) the Office of the United States Trustee for the Southern District of New York; (ix) Knowledge Learning Corporation ("**KLC**"); (x) the attorneys for Knowledge Learning Corporation; and (xi) all entities that requested notice in the Debtors' chapter 11 cases; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing and all of the proceedings before the Court; and the Court having found and determined just cause for the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor, it is ORDERED and DETERMINED that:

1. The Motion is granted.

2. The Debtors assumed and assigned the 2010 Model Year Competitive Assistance Program Agreement between the Debtors and KLC to GM effective July 10, 2010.

3. The Debtors did not assume and assign the Amended and Restated Sublease Agreement between the Debtors and KLC to GM.

4. The Agreement to Resolve Objection to Cure Notice between KLC and GM dated August 14, 2009 is rescinded.

3

     5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, New York       _____
     _____, 2010       United States Bankruptcy Judge

DETROIT.4044860.1

3