Timothy F. Nixon
Katherine Stadler
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

*Attorneys for Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

| | |
|---|---|
| In re : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* : f/k/a General Motors Corp., *et al.,* : **Debtors.** : : : | **Chapter 11 Case No.** **09-50026 (REG)** (Jointly Administered) |

---------------------------------------------------------- x

**APPLICATION FOR ADMISSION OF KATHERINE STADLER *PRO HAC VICE***

    1.    I, Katherine Stadler, a member in good standing of the bar of the State of Wisconsin, and the United States District Courts for the Eastern and Western Districts of Wisconsin, the United States Court of Appeals for the Seventh Circuit and the United States Supreme Court, request permission, *pro hac vice*, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, to represent Brady C. Williamson, Fee Examiner, in the above-referenced proceeding.

    2.    I am an attorney with the law firm of Godfrey & Kahn, S.C., in its Madison office, at One East Main Street, Suite 500, Madison, Wisconsin.  My telephone number is: (608) 257-3911.

4616332_1

3. I am familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules of this Court.

4. I agree to pay the $25.00 fee upon my admission *pro hac vice*.

Dated: January 28, 2010.

By:    */s/ Katherine Stadler*
      Katherine Stadler (KS-6831)

Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 287-3500
Facsimile: (414) 273-5198
E-mail: kstadler@gklaw.com

4616332_1

2