Timothy F. Nixon
Katherine Stadler
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

*Attorneys for Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | |
|---|---|
| In re | : |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.,* : | **Chapter 11 Case No.** |
| f/k/a General Motors Corp., *et al.,* : | |
| | : **09-50026 (REG)** |
| **Debtors.** : | |
| | : (Jointly Administered) |
| | : |
| | : |

------------------------------------------------------------ x

---

**ORDER OF ADMISSION FOR**
**KATHERINE STADLER TO PRACTICE,** *Pro Hac Vice*

---

Katherine Stadler, having represented that she is a member in good standing of the bar of the State of Wisconsin and the United States District Courts for the Eastern and Western Districts of Wisconsin, the United States Court of Appeals for the Seventh Circuit and the United States Supreme Court; having requested permission, *pro hac vice*, to represent Brady C. Williamson, Fee Examiner, in the above-referenced proceeding.

4617814_1

**IT IS HEREBY ORDERED** that Katherine Stadler, Esq., is admitted to practice, *pro hac vice*, in the above-referenced proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2010.

                        **BY THE COURT:**

                        _____
                        Honorable Robert E. Gerber
                        United States Bankruptcy Judge