

**The Garden City Group, Inc.**

105 Maxess Road
Melville, NY 11747
Phone 631-470-5000
Fax 631-470-5100
Toll Free 1-800-327-3664
www.gardencitygroup.com
www.gcgreorgservices.com

January 20, 2010

<u>Via FedEx</u>

Attn: Jessica Gomez
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:    *Motors Liquidation., et al.*
                *Case Co.:*  *09-50026 REG*

Dear Jessica Gomez:

    Pursuant to our conversation yesterday, I have enclosed claim withdrawals that should be docketed in the above reference case.
    Enclosed are original documents by James M. Brako, Esq on behalf of Palm Beach County Tax, requesting withdrawal of claim Nos. 62879, 62880, 62881, 62882 and 62883. Also enclosed are original documents by Judy Altazan on behalf of Louisiana Department of Revenue and Taxation requesting withdrawal of claim Nos. 2819, 2824, 2825, 2829.
    Thank you for your assistance in this matter. Please do not hesitate to contact me if you have any questions.

                                  Very truly yours,

                                  Alison Moodie
                                  Project Supervisor
                                  631-470-5176



RECEIVED JAN 21 2010 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK

Enclosures



# ANNE M. GANNON
**TAX COLLECTOR, PALM BEACH COUNTY**

Governmental Center • 301 N. Olive Avenue, 3rd Floor • West Palm Beach, FL 33401
Mailing Address • Post Office Box 3715 • West Palm Beach, FL 33402-3715
www.taxcollectorpbc.com • Tel (561) 355-2264 • Fax (561) 355-4123

**Downtown Branch**
301 North Olive Avenue
West Palm Beach

**Glades Branch**
2976 State Road 15
Belle Glade

**North County Branch**
3188 PGA Boulevard
Palm Beach Gardens

**Lake Worth Branch**
3551 South Military Trail
Lake Worth

**South County Branch**
501 South Congress Avenue
Delray Beach

**Royal Palm Beach Branch**
200 Civic Center Way
Royal Palm Beach

Direct Line: 561-355-1529

December 29, 2009

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Re: Motors Liquidation Company (f/k/a General Motors Corporation)
    Chapter 11 Case No. 09-50026 (REG)

Dear Clerk:

Enclosed are the Palm Beach County Tax Collector's Withdrawal of Claim Nos. **62879, 62880, 62881, 62882 and 62883** for the 2009 tangible, personal property taxes. I am also enclosing a copy for you to date stamp and return in the self-addressed, stamped envelope.

Thank you for your help in this matter.

Sincerely,

*Sharon Humphreys*
Sharon Humphreys
Legal Assistant

/sh

Enclosures

Copy To: Harvey R. Miller, Esq.
         Andrew D. Velez-Rivera, Esq.

N:\Legal Services\WIP\G\General Motors Corporation /Ltr to The Garden City Group, Inc. (12-29-09).doc

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                  Chapter 11

MOTORS LIQUIDATION COMPANY                    CASE NO. 09-50026 (REG)
(f/k/a GENERAL MOTORS CORPORATION

Debtor.
_____/

PALM BEACH COUNTY TAX COLLECTOR'S
WITHDRAWAL OF CLAIM NOS. 62879, 62880,
62881, 62882 and 62883



ANNE M. GANNON, Tax Collector, Palm Beach County ("GANNON"), by and through her undersigned attorney, files this withdrawal of Claims for the following: Claim No. **62879**, Acct. No. 146154, in the amount of $312.86 for 2009 Tangible, Personal Property Taxes, Claim No. **62880**, Acct. No.146153, in the amount of $138.85 for 2009 Tangible, Personal Property Taxes; Claim No. **62881**, $586.06 for 2009 Tangible, Personal Property Taxes; Claim No. **62882**, $248.07 for 2009 Tangible, Personal Property Taxes and Claim No. **62883**. The 2009 taxes are now paid.

JAN - 7 2010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Palm Beach County Tax Collector's Withdrawal of Claim Nos. 62879, 62880, 62881, 62882 and 62883* have been furnished by U.S. Mail, postage prepaid to: **Harvey R. Miller, Esq.**, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153; **Andrew D. Velez-Rivera, Esq.**, Attorney for the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 and **The Garden City Group, Inc.**, Attn: Motors Liquidation Company Claims Processing, P.O. Box 9386, Dublin, Ohio 43017-4286 this 29th day of December, 2009.

Respectfully submitted,
James M. Brako, Esq.
Office of the Tax Collector
Post Office Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2141
Facsimile: (561) 355-1110
Florida Bar No. 493211

By: _____
Attorney for Anne M. Gannon
Tax Collector, Palm Beach County

N:\Legal Services\WIP\G\General Motors Corporation\Withdrawal of Claim Nos. 62879, 62880, 62881, 62882 and 62883.doc