

BOBBY JINDAL
Governor

CYNTHIA BRIDGES
Secretary

# State of Louisiana
## Department of Revenue

April 19, 2007

CLERK
U S BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NY 10004

Gentlemen:

Subject:  General Motors Corporation
Case No. 09-50026
Amount: $28,928.00
Account No: 0239871000
Claim No: 2825



The Louisiana Department of Revenue and Taxation respectfully request that the referenced proof of claim filed be withdrawn due to the fact the liabilities reflected in this claim have been satisfied.

Thank you for your attention and cooperation in this matter.

Sincerely,

Judy Altazan
Revenue Accounts Auditor
Bankruptcy Section
Phone:(225) 219-2255

*Contributing to a better quality of life.*

617 North Third Street, Post Office Box 66658, Baton Rouge, Louisiana 70896-6658 • (225) 219-2255 • Fax (225) 219-2250 • TDD (225) 219-2114
www.revenue.louisiana.gov