BOBBY JINDAL
Governor

CYNTHIA BRIDGES
Secretary

# State of Louisiana
## Department of Revenue

April 19, 2007

CLERK
U S BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NY 10004

Gentlemen:

Subject:  Saturn Distribution Corp
         Case No. 09-50026
         Amount: $191.02
         Account No: 7282098001
         Claim No: 2829

*[THE GARDEN CITY GROUP, INC. — JAN 19 2010 stamp]*

The Louisiana Department of Revenue and Taxation respectfully request that the referenced proof of claim filed be withdrawn due to the fact the liabilities reflected in this claim have been satisfied.

Thank you for your attention and cooperation in this matter.

Sincerely,

Judy Altazan
Judy Altazan
Revenue Accounts Auditor
Bankruptcy Section
Phone:(225) 219-2255

*Contributing to a better quality of life.*
617 North Third Street, Post Office Box 66658, Baton Rouge, Louisiana 70896-6658 • (225) 219-2255 • Fax (225) 219-2250 • TDD (225) 219-2114
www.revenue.louisiana.gov