# MotleyRice LLC
## ATTORNEYS AT LAW

**Jeanette M. Gilbert**
*Licensed in NY, SC*

South Carolina Office
Direct Dial 843.216.9311
Direct Fax 843.216.9430
jgilbert@motleyrice.com

January 21, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

The Garden City Group, Inc.
Attention: Motors Liquidation Company
P.O. Box 9386
Dublin, OH 43017-4286

    Re:    Withdrawal of Claim for L.C. Jackson (MR ID 245924)
               Motors Liquidation Company, et al.,
               f/k/a General Motors Corp., et al.
               Chapter 11
               Case No. 09-50026 (REG)

Dear Sir/Madam:

    Enclosed please find the Notice of Withdrawal of Proof of Claim for the claim we submitted on behalf of L.C. Jackson (Claim Identifier 0128) that was filed on November 29, 2009.

    If anything additional is required to withdraw this claim, please let me know.

Sincerely,

Jeanette M. Gilbert

JMB/kes
Enc.

**RECEIVED JAN 25 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK**

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000
f. 843.216.9450

321 South Main St.
Providence, RI 02903
o. 401.457.7700
f. 401.457.7708

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
o. 860.882.1681
f. 860.882.1682

7 Dey St., 14th Floor
New York, NY 10007
o. 212.577.0040
f. 212.577.0044

320 Chestnut St.
Morgantown, WV 26505
o. 304.413.0456
f. 304.413.0458

www.motleyrice.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al., | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that, pursuant to Section 3006 of the Bankruptcy Code, Motley Rice LLC, hereby withdraws the proof of claim that was filed on November 24, 2009, on behalf of L. C. Jackson, claim identifier 0128.

Respectfully submitted this 21st day of January, 2010.

MOTLEY RICE LLC

By /s/ Jeanette M. Gilbert
Jeanette M. Gilbert
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216-9311
Fax: (843) 216-9430



RECEIVED JAN 25 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK