SOUTHERN DISTRICT
NEW YORK

DANA H. FOX PRO-SE
PLAINTIFF

LOWER COURT CASE: 03-CA-3653

V.

BANKRUPTCY CASE: 09-50026(REG)

GENERAL MOTORS INC.
VAL WARD DEALERSHIP
(MOTORS LIQUDATION CO.)

MOTION FOR RECONSIDERATION

NOW COMES PLAINTIFF PRO-SE WITH THIS MOTION FOR RECONSIDERATION AS ON SEPT. 16, 2009 THE COURT DENIED THE MOTION TO LIFT THE AUTOMATIC CLAIM (STAY) OF BANKRUPTCY "FOR FAILURE TO MAKE A PRIMA FACIE SHOWING OF ENTITLEMENT TO RELIEF: CLAIM #4287 IS CURRENTLY ON FILE.

THIS MATTER INVOLVES A PUBLIC SAFETY ISSUE THAT IS PREVIOUSLY LITIGATED IN FEDERAL COURT BY GEORGE BUSH SR. AND MR. FOX (SEPERATE CASE) WHO ADVIZED GEORGE SR. HOW TO PROCEED.

GENERAL MOTORS NEVER FIXED THE PROBLEM IN THE AURORA AUTOMOBILE AND THIS FACT EXTENDS BEYOND THE CURRENT BANKRUPTCY AND HAS TO BE TREATED AS A SEPERATE MATTER.

PLEASE REVIEW ALL PREVIOUS SUBMITTALS BY MR. FOX PRO-SE; HAVE CLERKS REVIEW FEDERAL CASE MENTIONED HEREIN AND GRANT THE LIFTING OF THE AUTOMATIC STAY SO THIS MATTER WILL BE SETTLED IN LOWER COURT.

I CERTIFY THIS IS
MAILED BY U.S. MAIL
ON THIS DATE 1/20/10
D.H.F.

RECEIVED
JAN 25 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

RESPECTFULLY SUBMITTED
D.H. Fox
DANA H. FOX PRO-SE