UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
et al., f/k/a General Motors Corp., et al.,

Case No.: 09-50026

Chapter 11

Debtor

-----------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Walter F. Kawalec, III, Esq._____, request admission, *pro hac vice*, before the Honorable Robert E. Gerber_____, to represent M&M Motors_____, a interested party_____ in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of New Jersey and Penna and, if applicable, the bar of the U.S. District Court for the Eastern District of Penna., and Dist. of N.J._____.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 1/21/2010
Cherry Hill, N.J._____, ~~New York~~

/s/ Walter F. Kawalec

Mailing Address:

Marshall, Dennehey, Warner, Coleman & Goggin
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
E-mail address: wfkawalec@mdwcg.com
Telephone number: (856) 414-6000

FILED U.S. BANKRUPTCY COURT S.D.OF N.Y. 2010 JAN 25 A 11:50