**Exhibit "A"**

| BOND NO. | PRINCIPAL | OBLIGEE | DESCRIPTION | BOND AMOUNT |
|---|---|---|---|---|
| K07489286 | GENERAL MOTORS CORPORATION | ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | Outboard Marine Corporation Superfund Site - Waukegan, IL 60085 | $10,500,000.00 |
| K07489778 | GENERAL MOTORS CORPORATION | THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION | Closure Bond - 68th Street Dump Superfund Site - City of Baltimore and Near the Rosedale Area of Baltimore County 21237 | $112,000.00 |
| K07490045 | GENERAL MOTORS CORPORATION | ENVIRONMENTAL PROTECTION AGENCY - | South Dayton Dump and Landfill, Moraine, OH - RI/FS prior to closure of site. | $375,000.00 |
| K07593090 | GENERAL MOTORS CORPORATION | THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION | Closure Bond - Maryland sand, gravel and stone superfund site, Cecil County, MD | $1,471,920.00 |
| K07593314 | GENERAL MOTORS CORPORATION | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | Post Closure bond - Cardington Road Landfill | $2,423,000.00 |
| K07593521 | GENERAL MOTORS CORPORATION | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | Kane and Lombard Superfund Site - Baltimore, Maryland | $2,448,334.00 |
| K07734086 | GENERAL MOTORS CORPORATION, WORLDWIDE REAL ESTATE | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | Hayford Bridge Road Groundwater, St. Charles, MO | $448,000.00 |
| K08222587 | GENERAL MOTORS CORPORATION | U.S. ENVIRONMENTAL PROTECTION AGENCY | Metamora Landfill Superfund Site, EPA ID # MID980506562 | $231,484.00 |
| K08222976 | GENERAL MOTORS CORPORATION | U.S. ENVIRONMENTAL PROTECTION AGENCY | Corrective Action - Ford Road Industrial Landfill Superfund Site, Ford Road, City of Elyria, Lorain County, OH 44035 | $589,322.00 |
| K07593107 | GENERAL MOTORS CORPORATION | STATE OF MICHIGAN | Post Closure - Willow Run Creek Area | $600,000.00 |
| K07611043 | GENERAL MOTORS CORPORATION, WORLDWIDE REAL ESTATE | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | H. Brown Company, Inc. Superfund Site | $89,000.00 |

DMEAST #12143584 v1