Robert B. Weiss
Joseph R. Sgroi
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7570
Facsimile: (313) 465-7571

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In Re** : Chapter 11
: 
**MOTORS LIQUIDATION COMPANY** (f/k/a : Case No. 09-50026 (REG)
General Motors Corp.), et al., : (Jointly Administered)
: 
  Debtors. : Hon. Robert E. Gerber
: 
---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that he caused copies to be served as follows:

1. Documents Served:   a.) Notice of General Motors LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation Dated August 14, 2009; and b.) General Motors LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation Dated August 14, 2009.

2. Served Upon:   All parties requesting Court ECF email notification

   Method of Service:   Via Court ECF email notification
   Date Served:   January 28, 2010

3.     Served Upon:    See attached Service List, Exhibit A

    Method of Service:    Via U.S. Mail unless otherwise indicated on the Service List
    Date Served:    January 28, 2010

4.     Served Upon:    See attached Service List, Exhibit B

    Method of Service:    Via U.S. Mail
    Date Served:    January 29, 2010

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2010    By: /s/ Joseph R. Sgroi
    Robert B. Weiss (Michigan Bar No. P28249)
    Joseph R. Sgroi (Michigan Bar No. P68666)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226
    Telephone: (313) 465-7570
    Facsimile: (313) 465-7571
    Email: jsgroi@honigman.com

DETROIT.4049013.1

# EXHIBIT A

General Motors LLC
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI  48226

Motors Liquidation Company
f/k/a General Motors Corp. et al.
AlixPartners, LLP
Attn:  Michelle Smith
2000 Town Center, Suite 2400
Southfield, MI  48075

Evan S. Lederman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Matthew Feldman, Esq.
United States Department of the Treasury
1500 Pennsylvania Avenue, NW, Room 2312
Washington. D.C. 20020

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price
1633 Broadway, 47th Floor
New York, NY  10019

Kenneth H. Eckstein, Esq.,
Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq.,
and Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Daniel W. Sherrick, Esq.
International Union, United Automobile, Aerospace
and Agriculture Implement Workers of America
8000 East Jefferson Avenue
Detroit, MI  48214

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY  10036

Diana G. Adams, Esq.
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Knowledge Learning Corporation
Attn: Darrell Lyons
650 NE Holladay Street
Portland, OR  97232

KinderCare Learning Centers, Inc.
Attn: Real Estate Assets
650 NE Holladay Street
Portland, OR  97232

Austin L. McMullen, Esq.
Bradley Arant Boult Cummings LLP
Knowledge Learning Corporation
1600 Division Street, Suite 700
Nashville, TN  37203
**Via Overnight Federal Express**

David S. Jones, Esq.
Matthew L. Schwartz, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY  10007

U.S. Bankruptcy Court
Judge Robert E. Gerber – Helene Blum
One Bowling Green
New York, NY  10004
**Via Federal Express**

DETROIT.4046311.1

# EXHIBIT B

Aldine Independent School District
Attn: Annettee Ramirez
14910 Aldine-Westfield Road
Houston, TX  77032

Asplundh Tree Expert Co.
Attn: Philip E. Tatoian, Jr., Esq., VP
And General Counsel
708 Blair Mill Rd
Willow Grove, PA  19090

Atlas Oil Company
124501 Ecorse Road
Taylor, MI  48180

BNSF Railway Company
Attn: Quincy Chumley
3001 Western Center Blvd
Ft. Worth, TX  76131

Bob Hastings Buick GMC, Inc.
Attn: David P. Stoetzel
800 Panorama Trail South
Rochester, NY  14625

Charles Clark Chevrolet Co.
P.O. Box 520
McAllen, TX  78505

Commonwealth Of Pennsylvania
Dept Of Labor And Industry
Reading Bankruptcy & Compl. Unit
Reading, PA  19602

Daniel W. Sherrick, Esq.
General Counsel
8000 East Jefferson Ave
Detroit, MI 48214

David V. Cooke, Esq.
Assistant City Attorney
Municipal Operations
201 West Colfax Avenue, Dept. 1207
Denver, CO  80202

Department Of The Treasury
Attn: Office Of General Counsel
1500 Pennsylvania Avenue, NW
Washington, D.C.  20220

Michael Foreman, Esq.
Dorsey & Whitney LLP
Ballard Material Products Inc.
250 Park Avenue
New York, NY  10177

Eaton Corporation
1111 Superior Avenue
Cleveland, OH  44114

Edward S. Donini, Esq.
P.O. Box 605
New Smyrna Beach, FL  32170

El Paso Corporation
Michael J. McGinnis, Senior Attorney
1001 Louisiana, Suite E 1943 A
Houston, TX  77002

Ellias Group LLC
Attn: Dan Ellias
411 Theodore Fremd Ave, Suite 102
Rye, NY 10580

Equitable Gas Bankruptcy Department
Attn: Judy Gawlowski
200 Allegheny Center Mall
Pittsburgh, PA  15212

Factory Motor Parts Company
1380 Corporate Center Curve
Eagan, MN  55121

Gay D. Pelzer
Deputy General Counsel
The University Of Iowa
Iowa City, IA  52242

GHSP, Inc.
Attn: Ron Wallish
1250 South Beechtree Street
Grand Haven, MI  49417

Gladfelter & Galvano, P.L.
Attn: Sacha Roass, Esq.
Goebel And Hawkins Grimes
1023 Manatee Ave West
Bradenton, FL  34205

Howard County Office Of Law
Camela Sandmant, Asst Cty Solicitor
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

Imperical County Treasurer
Karen Vogel, Treasurer Tax Collector
940 West Main Street, Suite 106
El Centro, CA  92243

Internal Revenue Service
Attn: Insolvency Section
290 Broadway
New York, NY  10007

Internal Revenue Service
Attn: Insolvency Section
P.O. Box 21126
Philadelphia, PA  19114

Jim Barnard Chevrolet, Inc.
Attn: Allyn Barnard, President
7107 Buffalo Road
Churchville, NY  14428

Knapp Chevrolet
815 Houston Avenue
Houston, TX  77007

Madison County Tax Collector
Attn: Lynda Hall
100 Northside Square
Huntsville, AL  35801

Meltzer, Purtill & Stelle, LLC
Attn: Forrest B. Lammiman
Broadway in Chicago LLC
300 South Wacker Drive, Suite 3500
Chicago, Il  60606

Michael A. Cox, Atty General
Kathllen Gardiner, Asst Atty General
Julius O. Curling, Asst. Atty General
3030 W. Grand Blvd, Suite 10-200
Detroit, MI  48202

Michigan Workers' Compensation
Agency
7150 Harris Dr.
Dimondale, MI  48821

| | | |
|---|---|---|
| Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-GMC, Inc.<br>Attn: Michael E. Barnard, President<br>616 Thayer Road<br>Fairport, NY  14450 | New York City Dept. Of Finance<br>Attn: Legal Affairs - Devora Cohn<br>345 Adams St, 3rd Floor<br>Brooklyn, NY  11201 | New York State Dept Taxation & Finance<br>Attn: Bankruptcy/Special Proc. Sect.<br>PO Box 5300<br>Albany, NY  12205 |
| North America Tonnage Linde, Inc.<br>Attn: Jeffrey J. Johns, Commercial Director<br>575 Mountain Avenue<br>Murray Hill, NJ  07974 | Paddock Chevrolet, Inc.<br>Attn: Duane Paddock, President<br>3232 Delaware Avenue<br>Kenmore, NY  14217 | S. Ornelas & M. Castillo Jr.<br>Ornelas, Castillo & Ornelas, PLLC<br>401 East Hillside Rd., 2nd Floor<br>Laredo, TX  78041 |
| P. Richard Hartley<br>415 E. Commerce Street, Suite 101<br>PO Box 583<br>Greenville, AL  36037 | Securities And Exchange Commission<br>Attn: Andrew N. Vollmer, Acting Gen. Counsel<br>100 F Street, ND<br>Washington, D.C.  20549 | Penske Auto Group<br>18600 South Hawthorne Boulevard<br>Torrance, CA  90504 |
| Pima County<br>Barbara Lawall, Civil Division<br>T. Roberts & G. Yusufov<br>32 N. Stone, Suite 1400<br>Tucson, AZ  85701 | The Valley Cadillac Corporation<br>Attn: Edward T. Meaghar, Jr., President<br>3100 Winton Road South<br>Rochester, NY  14623 | R. Elping, K. Dine & E. Carrig<br>1540 Broadway<br>New York, NY  11036 |
| Kevin M Schoenl<br>Connie Schoenl<br>20 Jade Creek Dr<br>Hilton, NY  14468 | Toyota Motor Sales U.S.A, Inc.<br>Attn: Tobin Lippert<br>19001 South Western Ave, HQ12<br>Torrance, CA  90509 | Shape Corp.<br>Attn: Budd Brink<br>1900 Hayes Street<br>Grand Haven, MI  49417 |
| Team Chevrolet, Inc.<br>Attn: Thomas Steigerwald, VP<br>2830 Route 16 North<br>Olean, NY  14760 | Underwood & Associates, P.C.<br>Attn: Otis M. Underwood Jr.<br>167 S. Washington St.<br>Oxford, MI  48371 | Toyota Boshoku America, Inc.<br>28000 West Park Drive<br>Novi, MI  48377 |
| United States Attorney's Office<br>Attn: Claims Unit - Room 417<br>One St. Andrews Plaza<br>New York, NY  10007 | Washington Department Of Revenue<br>Zachary Mosner, Asst. Atty General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104 | |
| 3M Company<br>Attn: Catherine Barnett Wilson<br>Office Of General Counsel<br>3M Center, Building 220-9E-02<br>St. Paul, MN  55144 | Arnall Golden Gregory LLP<br>Attn: Darryl S. Laddin & Frank N. White<br>171 17th Street, NW, Suite 2100<br>Atlanta, GA  30363 | Baker & Hostetler LLP<br>Attn: Joseph F. Hutchinson, Jr., Eric Goodman, Wendy J. Gibson<br>3200 National City Center<br>1900 E. 9th Street<br>Cleveland, OH  44114 |
| Aiken Schenk Hawkins & Riccardi P.C.<br>Attn: Barbara Lee Caldwell<br>4742 North 24th Street, Suite 100<br>Phoenix, AZ  85016 | At&T Services Inc.<br>Attn: James W. Grudus<br>One At&T Way, Room 3A218<br>Bedminster, NJ  07921 | Baker & Hostetler LLP<br>Attn: Richard Bernard, Esq.<br>45 Rockefeller Plaza<br>New York, NY  10111 |
| Airgas, Inc.<br>Attn: David Boyle, Consultant To Legal Dept<br>259 Radnor Chester Road<br>Radnor, PA 19087 | Attorney General<br>Attn: Roland Hwang, Esq.<br>Growth, Unemployment Insurance Agency<br>3030 W. Grand Boulevard, Suite 9-600<br>Detroit, MI  48202 | Baker & Hostetler LLP<br>Attn: Wendy J. Gibson, Esq.<br>3200 National City Center<br>1900 East Ninth Street<br>Cleveland, OH  44114 |

Allard & Fish, P.C.
Attn: Deborah L. Fish, Esq.
2600 Buhl Bldg
535 Griswold
Detroit, MI 48226

Alpine Electronics Of America, Inc.
Attn: Cynthia Woodruff-Neer, Esq.
19145 Gramercy Place
Torrance, CA 90501

Arcadis U.S., Inc.
Attn: Liesl Spangler,
Associate Counsel
630 Plaza Drive, Suite 100
Highlands Ranch, CO 80129

Arent Fox LLP
Christopher Giaimo, Jeffrey Rothleder
Andrea Campbell
1050 Connecticut Avenue, NW
Washington, DC 20036

Arent Fox LLP
Attn: James M. Sullivan, Esq.
1675 Broadway
New York, NY 10019

Arent Fox LLP
Attn: Mary Joanne Dowd, Esq.
1050 Connecticut Avenue, NW
Washington, DC 20036

Armstrong Teasdale, LLP
Attn: David L. Going, Esq.
One Metropolitan Square, Suite 2600
St. Louis, MO 63102

Bialson, Bergen & Schwab
Patrick M. Costello & Thomas M. Gaa
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Blue Cross And Blue Shield Of Michigan
Attn: Jeffrey Rumley, Assistant
General Counsel
600 Lafayette East #1925
Detroit, MI 48226

Borges & Associates, LLC
Attn: Wanda Borges, Esq.
575 Underhill Blvd., Suite 118
Syosset, NY 11791

Attorney General
Attn: Leslie C. Levy, Assistant
Attorney General
2115 State Capitol Building
Lincoln, NE 68509

Attorney General
Attn: Mark Browning, Assistant
Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711

Attorney General Of Ohio
Victoria D. Garry, Asst Atty General
Collections & Enforcement
441 Vine Street
Cincinnati, OH 45202

Attorney General
Michael A. Cox & Dennis J. Raterink
Labor Division
P.O. Box 30736
Lansing, MI 48909

Attorney General
Kimberly Walsh, Asst Atty General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711

Attorney General
Susan Przekop-Shaw
Asst Atty General
P.O. Box 30736
Lansing, MI 48909

Attorney General
Attn: Neal S. Mann, Asst Atty General
120 Broadway - 24th Floor
New York, NY 10271

Bingham Mccutchen LLP
Robert M Dombroff, Jeffrey S. Sabin
399 Park Avenue
New York, NY 10022

Blank Rome LLP
Attn: Marc E. Richards, Esq.
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Bodman LLP
Attn: Colin T. Darke, Marc M. Bakst
1901 St. Antoine Street
6th Floor At Ford Field
Detroit, MI 48226

Ballard Spahr Andrews & Ingersoll
Attn: Matthew G. Summers, Esq.
300 East Lombard Street, 18th Floor
Baltimore, MD 21202

Barnes & Thornburg LLP
Attn: John T. Gregg, Esq.
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503

Barnes & Thornburg LLP
Attn: Mark R. Owens, Esq.
11 South Meridian Street
Indianapolis, IN 46204

Barrick, Switzer, Long, Balsley &
Van Evera
Attn: Robert C. Pottinger, Esq.
6833 Stalter Drive, First Floor
Rockford, IL 61108

Bartlett Hackett Feinberg P.C.
Attn: Frank F. Mcginn, Esq.
155 Federal Street, 9th Floor
Boston, MA 02110

Becker, Glynn, Melamed & Muffly LLP
Attn: Chester B. Salomon, Esq.
299 Park Avenue, 16th Floor
New York, NY 10171

Berger Singerman, P.A.
Attn: Arthur J. Spector, Esq.
350 E. Las Olas Blvd, 10th Floor
Fort Lauderdale, FL 33301

Bingham McCutchen LLP
Anna M. Boelitz, Jonathan B. Alter
One State Street
Hartford, CT 06103

Blank Rome LLP
Attn: Regina Stango Kelbon, Esq.
One Logan Square
Philadelphia, PA 19103

Brady C Williamson
Godfrey & Kahn Sc
One East Main St
Madison, WI 53703

| | | |
|---|---|---|
| Brayton Purcell LLP<br>Attn: Alan R. Brayton, Christina C. Skubic, Matthew B. Lee<br>222 Rush Landing Road<br>Novato, CA  94945 | Bracewell & Giuliani LLP<br>Attn: Renee Dailey<br>225 Asylum Street, 26th Floor<br>Hartford, CT  06103 | Brooks Wilkins Sharkey & Turco<br>Matthew E. Wilkins, Paula A. Hall<br>401 S. Old Woodward Ave, Suite 460<br>Birmingham, MI  48009 |
| Buchalter Nemer, PC<br>Attn: Shawn M. Christianson, Esq.<br>333 Market Street, 25th Floor<br>San Francisco, CA  94105 | Briggs And Morgan P.A.<br>Attn: John R. McDonald, Esq.<br>2200 Ids Center<br>80 South 8th Street<br>Minneapolis, MN  55402 | Brown & Whalen, P.C.<br>Attn: Rodney A. Brown, Esq.<br>700 Third Avenue, 20th Floor<br>New York, NY  10017 |
| Burr & Forman LLP<br>Attn: D. Christopher Carson & Jennifer B. Kimble<br>420 North 20th Street, Suite 3400<br>Birmingham, AL  35203 | Brown & Connery, LLP<br>Attn: Kenneth J. Schweiker, Jr., Esq.<br>6 North Broad Street, Suite 100<br>Woodbury, NJ  08096 | Burlington Northern Sante Fe Railway Company<br>Peter M. Lee, Senior General Atty<br>2500 Lew Menk Drive<br>P.O. Box 961039<br>Ft. Worth, TX  76161 |
| Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY  10281 | Burke, Warren, Mackay & Serritella, P.C.<br>Attn: J. Kim & G. Ring<br>330 N. Wabush Ave. 22nd Floor<br>Chicago, IL  60611 | Butzel Long, PC<br>Attn: Robert Sidorsky, Eric B. Fisher<br>380 Madison Avenue<br>New York, NY  10017 |
| Caplin & Drysdale, Chartered<br>Attn: Elihu Inselbuch & Rita Tobin Mark Buttita<br>375 Park Avenue, 35th Floor<br>New York, NY  10152 | Bush Seyferth & Paige PLLC<br>Attn: Richard W. Paige<br>3001 W. Big Beaver Rd., Suite 600<br>Troy, MI  48084 | C.B. Blackard, III<br>Corporate Counsel<br>Acxiom Corporation<br>301 E Dave Ward Dr<br>Conway, AR  72033 |
| Clark Hill Plc<br>Christopher Cahill, Robert Gordon<br>151 S Old Woodward Ave, Ste 200<br>Birmingham, MI  48009 | Butzel Long, PC<br>Attn: Thomas B. Radom & Max J. Newman<br>41000 Woodward Avenue<br>Bloomfield Hills, MI  48304 | Canon U.S.A, Inc.<br>Attn: Ruth E. Weinstein<br>One Canon Plaza<br>Lake Success, NY  11042 |
| Cohen, Weiss And Simon LLP<br>Attn: Babette A. Ceccotti, Esq.<br>330 West 42nd Street<br>New York, NY  10036 | Campbell, O'brien & Mistele, P.C.<br>Attn: Robert J. Figa, Esq.<br>100 W. Big Beaver Road, Suite 385<br>Troy, MI  48084 | Carson Fischer, P.L.C.<br>Joseph Fischer, Lawrence Lichtman, Patrick Kukla, Christopher Grosman<br>4111 Andover Road, West-2nd Floor<br>Bloomfield Hills, MI  48302 |
| Connell Foley LLP<br>Attn: Stephen V. Falanga & Christopher M. Hemrick<br>888 Seventh Avenue<br>New York, NY  10106 | Caplin & Drysdale, Chartered<br>Attn: Peter Van Lockwood, Ronald Reinsel & Trevor Swett, III. Mark Buttita<br>1 Thomas Circle<br>Washington, DC  20005 | Chapell & Associates, LLC<br>Attn: Alan Chapell, Cipp<br>Consumer Privacy Ombudsman<br>297 Driggs Avenue, Suite 3a<br>Brooklyn, NY  11222 |
| Covington & Burling LLP<br>Attn: Michael St. Patrick Baxter, Esq.<br>1201 Pennsylvania Avenue NW<br>Washington, DC  20004 | Cassels Brock<br>Attn: Michael Weinczok<br>2100 Scotia Plaza - 40 King Street West<br>Toronto, ON M5H 3C2<br>**CANADA** | Cleary Gottlieb Steen & Hamilton LLP<br>A Richard Susko, D. Buell, J. Bromley S. O'Neal, D. Gottlieb, R. Lincer<br>One Liberty Plaza<br>New York, NY  10006 |
| Dana Holding Company<br>Attn: Lisa Wurster<br>PO Box 1000<br>Maumee, OH  43537 | Cohn Whitesell & Goldberg LLP<br>Attn: Michael J. Goldberg, Esq.<br>101 Arch St. Suite 1605<br>Boston, MA  02110 | Clifford Chance US LLP<br>Andrew Brozman & Sarah Campbell<br>RBS Citizens N.A.<br>31 West 52nd Street<br>New York, NY  10019 |

Day Pitney  
Richard M. Meth, Herbert K. Ryder  
P.O. Box 1945  
Morristown, NJ  07962  

Coolidge Wall Co., L.P.A.  
Attn: Ronald S. Pretekin, Esq.  
33 West First Street, Suite 600  
Dayton, OH  45402  

Cole, Schotz, Meisel Forman & Leonard, P.A.  
Attn: Stuart Komrower, Esq.  
Court Plaza North  
25 Main Street  
Hackensack, NJ  07601  

Debevoise & Plimpton LLP  
Jasmine Powers, Richard F. Hahn  
919 Third Avenue  
New York, NY  10022  

Covington & Burling LLP  
Attn: Susan Power Johnston, Esq.  
The New York Times Building  
620 Eighth Avenue  
New York, NY  10018  

County Attorney  
Attn: Belkys Escobar, Assistant County Attorney  
One Harrison Street, S.E., 5th Floor  
Leesburg, VA  20175  

Dechert LLP  
Attn: Juliet Sarkessian, Esq.  
Cira Centre  
2929 Arch Street  
Philadelphia, PA  19104  

Davis Polk & Wardwell  
Donald Bernstein & Marshall Huebner  
450 Lexington Avenue  
New York, NY  10017  

Cummings & Lockwood LLC  
Attn: John F. Carberry, Esq.  
Six Landmark Square  
Stamford, CT  06901  

Department Of Labor & Industry  
Attn: Denise A. Mertz  
Reading Bankruptcy & Compliance Unit  
625 Cherry Street, Room 203  
Reading, PA  19602  

Day Pitney LLP  
Attn: Herbert Ryder, Amish R. Doshi  
7 Times Square  
New York, NY  10036  

Dawda, Mann, Mulcahy & Sadler, Plc  
Attn: William Rosin & Kenneth Flaska  
39533 Woodward Avenue, Suite 200  
Bloomfield Hills, MI  48304  

Dickinson Wright PLLC  
Doron Yitzchaki,  Michael C. Hammer  
301 E. Liberty, Suite 500  
Ann Arbor, MI  48104  

Dickinson Wright PLLC  
Colleen Sweeney, Kerry Masters Ewald  
424 Church Street, Suite 1401  
Nashville, TN  37219  

Day Pitney LLP  
Attn: Richard M. Meth, Esq.  
200 Campus Drive  
Florham Park, NJ  07932  

Drinker Biddle & Reath LLP  
Attn: Kristen K. Going, Esq.  
1500 K Street, N.W.  
Washington, DC  20005  

Diconza Law P.C.  
Attn: Gerard Diconza, Esq.  
630 Third Avenue, 7th Floor  
New York, NY  10017  

Dealer Tire, LLC  
3711 Chester Avenue  
Cleveland, OH  44114  

Edwards Angell Palmer & Dodge LLP  
R. Hiersteiner, J. Darcey, A. Zuccarello  
J. Groves, C. Bodell & J. Whitlock  
111 Huntington Avenue  
Boston, MA  02199  

Drinker Biddle & Reath LLP  
Attn: Stephanie Wickouski, Esq.,  
Kirstin K. Going  
140 Broadway, 39th Floor  
New York, NY  10005  

Dechert LLP  
Attn: James O. Moore, Shmuel Vasser  
1095 Avenue Of The Americas  
New York, NY  10036  

Ellis & Winters, LLP  
Attn: George F. Sanders Iii  
P.O. Box 33550  
Raleigh, NC  27615  

Elliott Greenleaf  
Attn: R. Z - Aravena & T. Kittila,Esq.  
1105 North Market St. 17th Floor  
Wilmington, DE  19801  

Department Of Labor  
Attn: Deputy Solicitor Of Labor  
200 Constitution Avenue, NW  
Washington, DC  20201  

Felderstein Fitzgerald Willoughby & Pascuzzi LLP  
Attn: Paul J. Pascuzzi, Esq.  
400 Capital Mall, Suite 1450  
Sacramento, CA  95814  

Entergy Services, Inc  
Attn: Alan H. Katz, Assistant General Counsel  
639 Loyola Avenue, 26th Floor  
New Orleans, LA  70113  

Dickinson Wright PLLC  
Dawn R. Copley, James A. Plemmons  
500 Woodward Avenue, Suite 4000  
Detroit, MI  48226  

Foley & Lardner LLP  
Attn: Frank Dicastri, Esq.  
777 East Wisconsin Avenue  
Milwaukee, WI  53202  

Ervin Cohen & Jessup LLP  
Michael S. Kogan & Peter Jazayeri  
9401 Wilshire Boulevard  
Beverly Hills, CA  90212  

DLA Piper LLP  
Karol Denniston & Jennifer Nassiri  
550 S. Hope Street, Suite 2300  
Los Angeles, CA  90071

Fox Rothschild LLP
Attn: Fred Stevens, Esq.
100 Park Avenue, Suite 1500
New York, NY  10017

Friedlander Misler, PLLC
Attn: Robert E. Greenberg, Esq.
1101 Seventeenth St, NW, Ste 700
Washington, DC  20036

Gersten Savage, LLP
Attn: Paul Rachmuth
600 Lexington Avenue
New York, NY  10022

Godfrey & Kahn, S.C.
Attn: Timothy F. Nixon, Esq
780 North Water Street
Milwaukee, WI  53202

Goulston & Storrs, P.C.
Douglas B. Rosner, Gregory O. Kaden
400 Atlantic Avenue
Boston, MA  02110

Hahn & Hessen LLP
J. Divack & H. Patwardhan
488 Madison Avenue, 15th Floor
New York, NY  10022

Halperin Battaglia Raicht, LLP
Attn: Christopher J. Battaglia &
Julie D. Dayas, Esq.
555 Madison Avenue, 9th Floor
New York, NY  10022

Haynes And Boone LLP
Patrick Hughes, Peter Ruggero
Charles Beckman, Brooks Hamilton
1221 McKinney, Suite 2100
Houston, TX  77010

Hess Corporation
Attn: Elizabeth Anne Carini Currenti
1 Hess Plaza
Woodbridge, NJ  07095

Hinckley, Allen & Snyder LLP
Thomas Curran, Paul O'Donnell
Jennifer Doran
28 State Street
Boston, MA  02109

Foley & Lardner LLP
Attn: Robert H. Huey, Esq.
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, DC  20007

Foley & Lardner LLP
Attn: Jill L. Munch & Joanne Lee
321 North Clark Street, Suite 2800
Chicago, IL  60654

Fraser Trebilcock Davis & Dunlap, P.C.
Attn: G. Alan Wallace, Esq.
124 West Allegan Street, Suite 1000
Lansing, MI  48933

Fulbright & Jaworski L.L.P.
David A. Rosenzweig & Mark C. Haut
666 Fifth Avenue
New York, NY  10103

Fulbright & Jaworski L.L.P.
Attn: Michael M. Parker, Esq.
300 Convent Street, Suite 2200
San Antonio, TX  78205

Gibbons P.C.
Attn: David N. Crapo, Esq.
One Gateway Center
Newark, NJ  07102

Girrard Gibbs LLP
Attn: D. Girard & A.J. De Bartolomeo
601 California Street, Suite 1400
San Francisco, CA  94108

Golenbock Eiseman Assor Bell &
Peskoe
Jonathan Flaxer, Douglas Furth
Anthony Vassallo
437 Madison Avenue
New York, NY  10022

Harman Becker Automotive Systems
39001 West 12 Mile Road
Farmington Hills, MI  48331

Haynsworth Sinkler Boyd, P.A.
Attn: William H. Short, Jr., Esq.
PO Box 11889
Columbia, SC  29211

EDS, AN HP Company
Ayala Hassell, Bankruptcy & Insolvency,
Senior Attorney
H3-3A-05
Plano, TX  75024

Ellis & Winters LLP
Attn: George F. Sanderson Iii
P.O. Box 33550
Raleigh, NC  27636

Erman, Teicher, Miller, Zucker &
Freedman
Earle Erman, David Eisenberg,
Dianne Ruhlandt
400 Galleria Officentre, Ste. 444
Southfield, MI  48034

Farella Braun & Martel LLP
Neil A. Goteiner, Esq.
235 Montgomery Street, 17th Floor
San Francisco, CA  94104

Foley & Lardner LLP
Attn: Victor A. Vilaplana & Matthew J.
Riopelle
402 West Broadway, Suite 2100
San Diego, CA  92101

Foley & Lardner LLP
M. Aiello, S. Barbatano, S. Hilfinger
J. Simon, K. Catanese, S. Seabolt
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI  48226

Forman Holt Eliades & Ravin, LLC
Attn: Kim R. Lynch, Esq.
80 Route 4 East, Suite 290
Paramus, NJ  07652

Freeborn & Peters LLP
Aaron L. Hammer & Thomas R. Fawkes
311 South Wacker Drive, Suite 3000
Chicago, IL  60606

Fulbright & Jaworski L.L.P.
Liz Boydston, Louis R. Strubeck
2200 Ross Avenue, Suite 2800
Dallas, TX  75201

Fulbright & Jaworski L.L.P.
David A. Rosenzweig, Jaclyn L. Rabin
666 Fifth Avenue
New York, NY  10103

| | | |
|---|---|---|
| Hogan & Hartson LLP<br>Scott A. Golden & Brian J Grieco<br>875 Third Avenue<br>New York, NY 10022 | Hewlett-Packard CompaNY Lp<br>Ramona Neal, Senior Counsel<br>11311 Chinden Boulevard<br>Mail Stop 314<br>Boise, ID 83714 | Gibson, Dunn & Crutcher LLP<br>David M. Feldman, Matthew J. Williams<br>200 Park Avenue<br>New York, NY 10166 |
| Hunter & Schank Co., LPA<br>John J. Hunter, Jr., Thomas J. Schank<br>One Canton Square<br>1700 Canton Avenue<br>Toledo, OH 43604 | Hiscock & Barclay, LLP<br>Susan R. Katzoff, Esq.<br>One Park Place<br>300 South State Street<br>Syracuse, NY 13202 | Glenn M. Reisman, Esq.<br>Two Corporate Drive, Suite 234<br>Shelton, CT 06484 |
| Hunton & Williams LLP<br>Peter Partee, Richard Norton,<br>Scott H. Bernstein<br>200 Park Avenue<br>New York, NY 10166 | Industry Canada, Legal Services<br>Attn: Anne Boudreau<br>235 Queen Street<br>Ottawa, ON K1A OH5<br>**Canada** | Gorlick, Kravitz & Listhaus, P.C.<br>Attn: Barbara S. Mehlsack, Esq.<br>17 State Street, 4th Floor<br>New York, NY 10004 |
| International Union, UAW<br>Daniel Sherrick & Niraj Ganatra<br>Legal Dept.<br>8000 East Jefferson Avenue<br>Detroit, MI 48214 | Ivey, Barnum And O'mara, LLC<br>Attn: Melissa Zelen Neier, Esq.<br>170 Mason Street<br>Greenwich, CT 06830 | Greenberg Traurig, LLP<br>Attn: B. Zirinsky, N. Mitchell & A. Kadish<br>200 Park Avenue<br>New York, NY 10166 |
| Jaffe, Raitt, Heuer, & Weiss, P.C.<br>Attn: Richard E. Kruger<br>27777 Franklin Rd. Suite 2500<br>Southfield, MI 48034 | Jenner & Block LLP<br>Daniel Murray & Joseph Gromacki<br>353 N. Clark St.<br>Chicago, IL 60654 | Hahn Loeser & Parks LLP<br>Attn: Lee D. Powar & Daniel A.<br>Demarco & Rocco I. Debitetto<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114 |
| Johnson, Hearn, Vinegar, Gee & Glass<br>Attn: Jean Winborne Boyles, Esq.<br>P.O. Box 1776<br>Raleigh, NC 27602 | Johnston Barton Proctor & Rose LLP<br>Attn: Max A. Moseley, Esq.<br>569 Brookwood Village, Suite 901<br>Birmingham, AL 35209 | Haynes And Boone, LLP<br>Judith Elkin, Matthew E. Russell<br>Jonathan Hook<br>1221 Avenue Of The Americas, 26th Fl<br>New York, NY 10020 |
| Kaye Scholer LLP<br>Richard Smolev & Stewart Herman<br>425 Park Avenue<br>New York, NY 10022 | Keating Muething & Klekamp PLL<br>Attn: Jason V. Stitt, Esq.<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202 | Herrick, Feinstein LLP<br>Attn: Stephen B. Selbst & Paul Rubin<br>2 Park Avenue<br>New York, NY 10016 |
| Kelley Drye & Warren LLP<br>David Retter, Pamela Bruzzese-<br>Szczgiel, Jennifer Christian<br>James Carr, Jordan Bergman<br>101 Park Avenue<br>New York, NY 10178 | Kilpatrick & Associates, P.C.<br>Richardo Kilpatrick & Leonora<br>Baughman<br>903 N. Opdyke Road, Suite C<br>Auburn Hills, MI 48326 | Hewlett-Packard Financial Services Co<br>Attn: Amy S. Chipperson, Esq.<br>420 Mountain Avenue<br>Murray Hill, NJ 07640 |
| Kennedy, Jennik & Murray P.C.<br>Susan Jennik, Thomas Kennedy<br>Larry Magarik<br>113 University Place, 7th Fl<br>New York, NY 10003 | Kotz, Sangster, Wysocki And Berg<br>Frederick Berg & Jayson Macyda<br>400 Renaissance Center, Suite 3400<br>Detroit, MI 48243 | Hunton & Williams LLP<br>Attn: J.R. Smith<br>Riverfront Plaza, East Tower<br>Richmond, VA 23219 |
| Kohrman Jackson & Krantz, Pll<br>Attn: James W. Ehrman, Esq.<br>One Cleveland Center, 20th Floor<br>1375 East Ninth Street<br>Cleveland, OH 44114 | Lambert, Leser, Isackson, Cook &<br>Giunta, P.C.<br>Adam D. Bruski, Susan M. Cook<br>916 Washington Avenue, Suite 309<br>Bay City, MI 48708 | International Union Of Operating<br>Engineers<br>Attn: Richard Griffin, Gen. Counsel<br>1125 Seventeenth Street, NW<br>Washington, DC 20036 |

| | | |
|---|---|---|
| Kupelian Ormond & Magy, P.C.<br>Attn: Terrance Hiller, David Blau,<br>Paul Magy, Matthew Schlegel<br>25800 Northwestern Hwy, Suite 950<br>Southfield, MI  48075 | Law Offices Of Gabriel Del Virginia<br>Attn: Gabriel Del Virginia, Esq.<br>488 Madison Ave<br>New York, NY  10022 | J.L. Saffer, P.C.<br>Attn: Jennifer L. Saffer, Esq.<br>20 Vesey Street, 7th Floor<br>New York, NY  10007 |
| Latham & Watkins LLP<br>Robert Rosenberg & Adam Goldberg<br>885 Third Avenue, Suite 1000<br>New York, NY  10022 | Leclairryan P.C<br>Michael Hastings, Michael Conway<br>830 Third Avenue, 5th Floor<br>New York, NY  10022 | Jenner & Block LLP<br>Patrick Trostle & Heather Mcarn<br>919 Third Avenue, 37th Floor<br>New York, NY  10022 |
| Lawrence Jay Kraines, Esq.<br>14235 Dickens Street,  Suite 4<br>Sherman Oaks, CA  91423 | Linebarger Goggan Blair & Sampson<br>Attn: John P. Dillman, Esq.<br>PO Box 3064<br>Houston, TX  77253 | K&L Gates LLP<br>Attn: Jeffrey N. Rich & Eric T. Moser<br>599 Lexington Avenue<br>New York, NY  10022 |
| Linebarger Goggan Blair & Sampson<br>Attn: Elizabeth Weller, Esq.<br>2323 Bryan Street, Suite 1600<br>Dallas, TX  75201 | Locke Lord Bissell & Liddell LLP<br>Attn: Timothy S. McFadden, Esq.<br>111 South Wacker Drive<br>Chicago, IL  60606 | Kelley & Ferraro, L.L.P.<br>Attn: Thomas M. Wilson, Esq.<br>2200 Key Tower<br>127 Public Square<br>Cleveland, OH  44114 |
| Locke Lord Bissell & Liddell LLP<br>Attn: Kevin J. Walsh, Esq.<br>3 World Financial Ctr Fl 20<br>New York, NY  10281 | Maddin, Hauser, Wartell, Roth & Heller, P.C.<br>Kathleen H. Klaus, Michael S. Lieb<br>28400 Northwestern Hwy., 3rd Floor<br>Southfield, MI  48034 | Kerr, Russell And Weber, PLC<br>P. Warren Hunt & James Deline<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI  48226 |
| Lowenstein Sandler PC<br>Attn: Michael S. Etkin, S. Jason Teele,<br>Ira M. Levee<br>65 Livingston Avenue<br>Roseland, NJ  07068 | Mazzeo Song & Bradham LLP<br>Attn: David H. Hartheimer, Esq.<br>708 Third Avenue, 19th Floor<br>New York, NY  10017 | Klehr, Harrison, Harvey, Branzburg & Ellers LLP<br>Morton Branzburg & Brian Crowley<br>260 S. Broad Street<br>Philadelphia, PA  19102 |
| Matta Blair, Plc<br>Attn: Steven A. Matta, Esq.<br>4145 Dublin Drive, Suite 100<br>Bloomfield Hills, MI  48302 | Mckenna Long & Aldridge LLP<br>Charles Dorkey III, Jessica Mayes<br>Christopher F. Graham<br>230 Park Avenue, Suite 1700<br>New York, NY  10169 | Kramer Levin Naftalis & Frankel LLP<br>Thomas Moers Mayer, Amy<br>Caton, Adam Rogoff, Gregory Plotko<br>1177 Avenue Of The Americas<br>New York, NY  10036 |
| McCarthy, Lebit, Crystal & Liffman<br>Kimberly A. Brennan, Robert R. Kracht<br>101 West Prospect Ave, Suite 1800<br>Cleveland, OH  44115 | Meyer, Suozzi, English & Klein, P.C.<br>Attn: Hanan B. Kolko, Esq.<br>1350 Broadway, Suite 501<br>P.O. Box 822<br>New York, NY  10018 | Law Offices Of Robert E. Luna, P.C.<br>Attn: Andrea Sheehan, Esq.<br>4411 N. Central Expressway<br>Dallas, TX  75205 |
| McNamee, Lochner, Titus & Williams<br>Jacob F. Lamme, John J. Privitera<br>677 Broadway<br>AlbaNY, NY  12207 | Michigan Funds Administration<br>7201 W. Saginaw Hwy, Ste 110<br>Lansing, MI  48917 | Levy Ratner P.C.<br>Suzanne Hepner, Ryan J. Barbur<br>& Robert H. Stroup<br>80 Eighth Avenue, 8th Floor<br>New York, NY  10011 |
| Meyer, Suozzi, English & Klein, P.C.<br>Edward Lobello, Alan Marder.<br>Jil Mazer-Marino, J. Rando Cristiano<br>990 Stewart Avenue, Suite 300<br>Garden City, NY  11530 | Miller, Canfield, Paddock & Stone<br>Susan I. Robbins, Esq.<br>500 Fifth Avenue, Suite 1815<br>New York, NY  10110 | Linebarger Goggan Blair & Sampson<br>Diane W. Sanders, Esq.<br>2700 Via Fortuna Drive, Suite 400<br>P.O. Box 17428<br>Austin, TX  78760 |

Michigan Environment, Natural Resources And Agriculture Division
Attn: Celeste R. Gill
525 W. Ottawa, 6th Floor
G. Menne Williams Building
Lansing, MI  48909

Milbank, Tweed, Hadley & McCloy
Matthew S. Barr, Tyson M. Lomazow & Samuel A. Khalil
1 Chase Manhattan Plaza
New York, NY  10005

Miller, Canfield, Paddock & Stone
Donald Hutchinson, Timothy Fusco
Marc N. Swanson
150 West Jefferson Ave, Suite 2500
Detroit, MI  48226

Montgomery, Mccracken, Walker & Rhoads, LLP
Atty For Steven Kazan, Esq.
Attn: Natalie Ramsey & J. O'neil, Jr.
123 South Broad Street
Philadelphia, PA  19109

Motley Rice LLC
Jeanette M. Gilbert, Joseph F. Rice, John A. Baden Iv
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

Much Shelist Denenberg Ament And Rubenstein, P.C.
Attn: Colleen E. Mcmanus, Esq.
191 North Wacker Dr, Ste 1800
Chicago, IL  60606

Myers & Fuller, P.A.
Attn: Richard Sox, Esq.
2822 Remington Green Circle
Tallahassee, FL  32308

Narmco Group
Attn: Gary Kelly
2575 Airport Road
Windsor, ON N8W 1Z4
**CANADA**

New York State Department Of Law
Maureen F. Leary, Susan L. Taylor
Environmental Protection Bureau
The Capitol
Albany, NY  12224

Office Of The Attorney General
Andrew M. Cuomo
120 Broadway
New York, NY  10271

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Attn: Paul J. Ricotta, Esq.
One Financial Center
Boston, MA  02111

Morgan, Lewis & Bockius LLP
Andrew D Gottfried, Richard S. Toder
Howard S. Beltzer, Emmeline S. Liu
101 Park Avenue
New York, NY  10178

Morgan, Lewis & Bockius LLP
Michael A. Bloom & Rachel Jaffe Mauceri
1701 Market Street
Philadelphia, PA  19103

Motors Liquidation Company
Attn: Lawrence S. Buonomo, Esq.
500 Renaissance Center, Suite 1400
Detroit, MI  48243

Munsch Hardt Kopf & Harr, P.C.
Attn: Mary W. Koks
700 Louisiana, Suite 4600
Houston, TX  77002

N.W. Bernstein & Associates, LLC
Attn: Norman W. Bernstein, Esq.
800 Westchester Ave, Suite 319 North
Rye Brook, NY  10573

Nelson Mullins Riley & Scarborough
George Cauthen, Cameron Currie
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC  29201

Office Of The Ohio Attorney General
Attn: Lucas Ward, Esq.
150 East Gay Street, 21st Floor
Columbus, OH  43215

Orrick Herrington & Sutcliff LLP
Richard H Wyron, Roger Frankel
Columbia Center
1152 15th Street, N.W
Washington, DC  20005

Otterbourg Steindler Houston & Rosen
 Jonathan Helfat,  Steven Soll
 Daniel Wallen & Melanie Cyganowski
230 Park Avenue
New York, NY  10169

Lowenstein Sandler PC
Michael S. Etkin, S. Jason Teele, Ira M. Levee
1251 Avenue Of The Americas
New York, NY  10022

McCarter & English, LLP
Attn: Charles A. Stanziale, Jr.
Four Gateway Center
Newark, NJ  07102

McCeary, Veselka, Bragg & Allen
Attn: Michael Reed, Esq.
P.O. Box 1269
Round Rock, TX  78680

Meyer, Suozzi, English & Klein, P.C.
Attn: Edward J. Lobello, Esq.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY  10018

Michael S. Holmes, P.C.
Attn: Michael S. Holmes, Esq.
8100 Washington Avenue, Suite 120
Houston, TX  77007

Michigan Workers' Compensation Agency
7150 Harris Drive
PO Box 30016
Lansing, MI  48909

Miller Johnson
Robert D. Wolford, Thomas P. Sarb
250 Monroe Avenue, NW, Suite 800
Grand Rapids, MI  49501

Missouri Department Of Revenue
Attn: Steven A. Ginther, Esq.
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO  65105

Morrison Cohen LLP
Joseph T. Moldovan & Michael R. Dal Lago
909 Third Avenue
New York, NY  10022

Munsch Hardt Kopf & Harr, P.C.
Attn: Raymond J. Urbanik, Esq.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201

Ohio Attorney General
Michelle T. Sutter, Principal
Asst. Attorney General
Environmental Enforcement Sect.
30 E. Broad Street, 25th Floor
Columbus, OH  43215

Orrick Herrington & Sutcliffe LLP
Lorraine Mcgowen, Alyssa
Englund, Courtney Rogers,
John Ansbro
666 Fifth Avenue
New York, NY  10103

Osler, Hoskin & Harcourt LLP
Attn: Tracy C Sandler, Esq.
100 King Street West
1 First Canadian Place, Suite 6100
Toronto, ON M5X1B8
**CANADA**

Paul, Hastings, Janofsky & Walker
Attn: Harvey A. Strickon, Esq.
75 East 55th Street
New York, NY  10022

Pepper Hamilton LLP
Attn: Edward C. Toole & Linda J. Casey
3000 Two Logan Square
Eighteenth And Arch Streets
Philadelphia, PA  19103

Perdue, Brandon, Fielder, Collins &
Mott, L.L.P.
Attn: Elizabeth Banda Calvo
P.O. Box 13430
Arlington, TX  76094

Previant, Goldberg, Uelmen, Gratz,
Miller & Brueggeman, S.C.
Sara J. Geenen, Frederick Perillo
1555 N. Rivercenter Drive, Suite 202
P.O. Box 12993
Milwaukee, WI  53212

Proskauer Rose LLP
Scott Rutsky & Adam Berkowitz
1585 Broadway
New York, NY  10036

Radha R. M Narumanchi
657 Middleton Avenue
New Haven, CT  06513

Reed Smith LLP
Eric A. Schaffer, Esq.
435 Sixth Ave.
Pittsburgh, PA  15219

Parker Poe Adams & Bernstein LLP
Attn: Kiah T. Ford Iv, Esq.
Three Wachovia Center
401 S. Tryon Street, Suite 3000
Charlotte, NC  28202

Paul, Weiss, Rifkind, Wharton & Garrison
A. Kornberg, J. Koevary, R. Zubaty,
I. Pohl, A. Rosenberg, B.Hermann
M. Phillips, S. Shimshak, P. Weintraub
1285 Avenue Of The Americas
New York, NY  10019

Pepper Hamilton LLP
Attn: Henry J. Jaffe & James Carignan
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE  19899

Philip Morris Usa
Attn: Joy Tanner
615 Maury Street
Richmond, VA  23224

Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
Attn: Teresa Sadutto-Carley, Esq.
1065 Avenue Of The Americas, 18th Fl
New York, NY  10018

Porzio Bromberg & Newman P.C.
Attn: John Mairo & Robert Schechter
100 Southgate Parkway
Morristown, NJ  07962

Quarles & Brady LLP
Faye Feinstein, Christopher Combest
300 North LaSalle Street, Suite 4000
Chicago, IL  60654

Ray Quinney & Nebeker P.C.
Attn: Stephen C. Tingey
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 Market Street, Suite 1500
Wilmington, DE  19801

Richard M. Allen, Esq
223 Egremont Plain Rd, PMB 108
North Egremont, MA  01252

Nahins & Goidel, P.C.
Attn: Borah Goldstein Altschuler &
Jeffrey Chancas
377 Broadway
New York, NY  10013

Nelson Mullins Riley & Scarborough
Attn: Peter J. Haley, Esq.
200 Clarendon St  Fl 35
Boston, MA  02116

Office Of Attorney General
Carol E. Momjian, Senior Deputy
Atty General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107

Office Of Westchester County Atty
Attn: Melissa-Jean Rotini, Esq.
148 Martine Avenue, 6th Floor
White Plains, NY  10601

Orum & Roth, LLC
Attn: Mark D. Roth, Esq.
53 West Jackson Boulevard
Chicago, IL  60604

Paul Weiss Rifkind Wharton & Garrison
Andrew N. Rosenberg, Esq.
1285 Avenue Of The Americas
New York, NY  10019

Pension Benefit Guaranty Corp
Attn: Israel Goldowitz, Karen
Morris, John Menke, Ralph L Landy,
Michael A. Maricco, Esqs.
Washington, DC  20005

Pepper-Hamilton LLP
Attn: Dennis S. Kayes & Deborah
Kovsky-Apap
100 Renaissance Center, Suite 3600
Detroit, MI  48243

Pillsbury Winthrop Shaw Pittman LLP
Richard Epling, Erica Carrig
Karen Dine
1540 Broadway
New York, NY  10036

Plunkett Cooney
David A. Lerner, Douglas Bernstein
Michael A. Fleming
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI  48304

| | | |
|---|---|---|
| Rhoades Mckee<br>Attn: Terry L. Zabel, Esq.<br>161 Ottawa Avenue, NW, Suite 600<br>Grand Rapids, MI  49503 | Riddell Williams P.S.<br>Attn: Joseph E. Shickich, Esq.<br>1001 4th Avenue, Suite 4500<br>Seattle, WA  98154 | Potter Anderson & Corroon LLP<br>David Baldwin, Theresa Brown-Edwards, R. Stephen McNeill<br>Hercules Plaza, 6th Floor<br>1313 North Market St, P.O. Box 951<br>Wilmington, DE  19801 |
| Richards Kibbe & Orbe LLP<br>Michael Friedman & Keith Sambur<br>One World Financial Center<br>New York, NY  10281 | RK Chevrolet/RK Auto Group<br>2661 Virginia Beach Boulevard<br>Virginia Beach, VA  23451 | Pronske & Patel, P.C.<br>Attn: Rakhee V. Patel, Esq.<br>2200 Ross Avenue, Suite 5350<br>Dallas, TX  75201 |
| Riker, Danzig, Scherer, Hyland & Perretti LLP<br>J. Alex Kress & Kevin Larner<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ  07962 | Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>Attn: Russell P. McRory, Esq.<br>1345 Avenue Of The Americas<br>New York, NY  10105 | Rabinowitz, Lubetkin & Tully, L.L.C.<br>Attn: Jonathan I. Rabinowitz, Esq.<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ  07039 |
| Robert T. Smith, Esq.<br>1451 East Lincoln Avenue<br>Madison Heights, MI  48071 | Satterlee Stephens Burke & Burke<br>Christopher Belmonte<br>Pamela Bosswick<br>230 Park Avenue<br>New York, NY  10169 | Raytheon Professional Services LLC<br>12160 Sunrise Valley Drive<br>Reston, VA  20191 |
| Ropers Majeski Kohn & Bentley<br>Attn: N. Kathleen Strickland<br>201 Spear Street, Suite 1000<br>San Francisco, NY  94105 | Saul Ewing LLP<br>Attn: Teresa K.D. Currier, Esq.<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE  19899 | Reid And Reige, P.C.<br>Attn: Carol A. Felicetta, Esq.<br>195 Church Street<br>New Haven, CT  06510 |
| Schnader Harrison Segal & Lewis LLP<br>Attn: Barry E. Bressler, Esq.<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103 | Schnader Harrison Segal & Lewis LLP<br>Attn: Benjamin P. Deutsch, Esq.<br>140 Broadway, Suite 3100<br>New York, NY  10005 | Richard W. Martinez, APLC<br>Attn: Richard W. Martinez, Esq.<br>228 St. Charles Avenue, Suite 1310<br>New Orleans, LA  70130 |
| Securities & Exchange Commission<br>Attn: Mark Schonfeld, Regional Director<br>3 World Financial Center, Suite 400<br>New York, NY  10281 | Seyburn, Kahn, Ginn, Bess & Serlin<br>Attn: David T. Lin, Esq.<br>Great Lakes Company<br>2000 Town Center, Suite 1500<br>Southfield, MI  48075 | Riker, Danzig, Scherer, Hyland & Perretti LLP<br>J. Alex Kress & Kevin Larner<br>500 Fifth Avenue, Suite 4920<br>New York, NY  10110 |
| Shearman & Sterling LLP<br>Attn: Fredric Sosnick & Jill Frizzley<br>599 Lexington Avenue<br>New York, NY  10022 | Sheppard Mullin Richter & Hampton<br>Attn: Edward Tillinghast, Malani Cademartori, Blanka Wolfe<br>30 Rocfefeller Plaza, 24th Floor<br>New York, NY  10112 | Robert Bosch LLC<br>Attn: Judith Lowitz Adler<br>Assistant General Counsel<br>38000 Hills Tech Drive<br>Farmington Hills, MI  48331 |
| Sidley Austin LLP<br>Attn: Kenneth P. Kansa, Esq.<br>One South Dearborn<br>Chicago, IL  60603 | Silverman & Morris, P.L.L.C.<br>Geoffrey Silverman & Karin Avery<br>7115 Orchard Lake Road, Suite 500<br>West Bloomfield, MI  48322 | Robinson Waters & O'dorisio, P.C.<br>Attn: Anthony L. Leffert, Esq.<br>1099 18th Street, Suite 2600<br>Denver, CO  80202 |
| Simpson Thacher & Bartlett LLP<br>David J. Mack, Peter V. Pantaleo<br>425 Lexington Avenue<br>New York, NY  10017 | Skadden, Arps, Slate, Meagher & Flom<br>John Wm. Butler, Jr.<br>Ron W Meisler<br>155 N. Wacker Drive, Suite 2700<br>Chicago, IL  60606 | Saul Ewing LLP<br>Adam H. Isenberg, Jeffrey C. Hampton<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA  19102 |

Skadden, Arps, Slate, Meagher & Flom LLP
Kayalyn Marafioti & Gregory Fox
Four Times Square
New York, NY 10036

Stahl Cowen Crowley Addis LLC
Attn: Trent P. Cornell, Esq.
55 West Monroe Street, Suite 1200
Chicago, IL 60603

Schafer And Weiner, PLLC
Attn: Ryan D. Heilman, Esq.
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304

Squire, Sanders & Dempsey, L.L.P.
Attn: G. Christopher Meyer, Esq.
4900 Key Tower
127 Public Square
Cleveland, OH 44114

Stephen H. Gross, Esq.
35 Old Sport Hill Road
Easton, CT 06612

Schulte Roth & Zabel LLP
Attn: David Karp & Adam Harris
Partners II, LP
919 Third Avenue
New York, NY 10022

Stember Feinstein Doyle & Payne, LLC
W. Payne, J. Stember, E. Doyle
S. Pincus, P. Ewing, J. Hurt
429 Forbes Avenue
Allegheny Building Ste 1705
Pittsburgh, PA 15219

Stites & Harbison PLLC
Robert Goodrich Jr., Madison Martin
401 Church Street, Suite 800
Nashville, TN 37219

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
Attn: Brian L. Shaw, Esq.
321 N. Clark Street, Suite 800
Chicago, IL 60654

Streusand & Landon, LLP
Attn: Sabrina L. Streusand, Esq.
515 Congress Street, Ste 2523
Austin, TX 78701

Stutzman, Bromberg, Esserman & Plifka P.C.
Sander Esserman, Peter D'apice, Jo Hartwick, Jacob Newton
2323 Bryan Street, Suite 220
Dallas, TX 75201

Shinn Fu Corporation
c/o Arthur A. Chaykin, Esq.
10939 N. Pomona Ave.
Kansas City, MO 64153

Teitelbaum & Baskin, LLP
Jay Teitelbaum, K. Lewis
3 Barker Avenue, Third Floor
White Plains, NY 10601

The Church Of The Good News
1599 Columbus Avenue
Boston, MA 02119

Silvermanacampora LLP
Attn: Adam L. Rosen, Esq.
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

Tennessee Atty General's Office
Robert Cooper & Marvin Clements
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

The University Of Michigan Office Of The VP And General Counsel
Debra A. Kowich, Esq.
503 Thompson Street, Room 5048
Ann Arbor, MI 48109

Singer & Levick P.C.
Larry A. Levick, Michelle E. Shirro
16200 Addison Road, Suite 140
Addison, TX 75001

Texas Attorney General's Office
J. Casey Roy, Asst. Atty General
Bankruptcy & Collections Division
P.O. Box 12548, Mc-008
Austin, TX 78711

Torre, Lentz, Gamell, Gary & Rittmaster
Attn: Mark S. Gamell, Esq.
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753

Smith & Partners
Attn: Nicole B. Boehler
Herrenberger Strasse 12
71032 Boeblingen, **GERMANY**
07031 43996-00

Tipotex Chevrolet, Inc.
1600 N. Expressway 77/83
Brownsville, TX 78521

Troutman Sanders LLP
Brett D. Goodman, Esq.
405 Lexington Avenue
New York, NY 10174

Stark Reagan
Attn: J. Christopher Caldwell, Esq.
1111 W. Long Lake Road, Suite 202
Troy, MI 48098

Trenk Dipasquale Webster Della Fera & Sodona, P.C.
Attn: Sam Della Fera, Jr., Esq.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052

U.S. Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

Stember Feinstein Doyle And Payne
John Stember, Stephen M. Pincus
429 Forbes Avenue
Allegheny Building Ste 1705
Pittsburgh, PA 15219

TRW Automotive U.S. LLC
12001 Tech Center Drive
Livonia, MI 48150

United States Dept. Of Justice
Attn: Anti-Trust Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Stevenson & Bullock Plc
Charles D. Bullock, Sonya N. Goll
26100 American Dr Ste 500
Southfield, MI 48034

| | | |
|---|---|---|
| United States Attorney<br>For The Southern District Of NY<br>Matthew L Schwartz, David S. Jones<br>86 Chambers Street, 3rd Floor<br>New York, NY  10007 | Vinson & Elkins L.L.P.<br>Attn: Ronald L. Oran, Esq.<br>666 Fifth Avenue, 26th Floor<br>New York, NY  10103 | Stites & Harbison, PLLC<br>Attn: Brian H. Meldrum, Esq.<br>400 W. Market Street, Suite 1600<br>Louisville, KY  40202 |
| United Steelworkers<br>Attn: David R. Jury, Esq.<br>Five Gateway Center, Suite 807<br>Pittsburgh, PA  15222 | Warner Norcross & Judd LLP<br>Attn: Michael G. Cruse<br>2000 Town Center, Suite 2700<br>Southfield, MI  48075 | Sullivan, Ward, Asher & Patton, P.C.<br>Attn: David J. Selwocki, Esq.<br>1000 Maccabees Center<br>25800 Northwestern Highway<br>Southfield, MI  48037 |
| Venable LLP<br>Attn: Lawrence A. Katz, Esq.<br>8010 Towers Crescent Drive, Ste 300<br>Vienna, VA  22182 | White And Williams LLP<br>Attn: Karel S. Karpe, Esq.<br>One Penn Plaza, Suite 4110<br>New York, NY  10119 | The Garden City Group Inc<br>Attn: Ken Freda<br>105 Maxess Road<br>Melville, NY  11747 |
| Warner Norcross & Judd LLP<br>Gordon J. Toering, Stephen B. Grow<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, MI  49503 | Wilmer Cutler Pickering Hale And Dorr LLP<br>Attn: Philip Anker & Melanie Dritz Esqs<br>399 Park Avenue<br>New York, NY  10022 | Thompson Coburn LLP<br>Attn: Robert H. Brownlee, Esq.<br>One U.S. Bank Plaza, Suite 2600<br>St. Louis, MO  63101 |
| Warren, Drugan & Barrows, P.C.<br>Attn: Robert L. Barrow, Esq.<br>800 Broadway<br>San Antonio, TX  78215 | Winston & Strawn LLP<br>Matthew Botica, Mindy Cohn<br>Carey Schreiber<br>35 West Wacker Drive<br>Chicago, IL  60601 | Torys LLP<br>Alison Bauer & Timothy Martin<br>237 Park Avenue<br>New York, NY  10017 |
| Wilentz, Goldman & Spitzer, P.A.<br>Deirdre Woulfe Pacheco<br>Letitia Accarrino<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ  07095 | Wolfson Bolton PLLC<br>Scott A. Wolfson, Esq.<br>3150 Livernois Rd., Suite 275<br>Troy, MI  48083 | Troutman Sanders LLP<br>Jeffrey W. Kelley, Esq.<br>600 Peachtree Street, NE, Suite 5200<br>Atlanta, GA  30308 |
| Wilmer Cutler Pickering Hale And Dorr LLP<br>Attn: Dennis L. Jenkins, Esq.<br>60 State Street<br>Boston, MA  02109 | Union Pacific Railroad Company<br>Attn: Mary Ann Kilgore, Esq.<br>1400 Douglas Street, Stop 1580<br>Omaha, NE  68179 | Winston & Strawn LLP<br>David J. Richardson, Esq.<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA  90071 |
| United States Dept. Of Justice<br>Eric H. Holder, Jr., Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530 | Wm. David Coffey & Associates<br>Wm. David Coffey, III, Martin Alaniz<br>13810 Fm 1826<br>Austin, TX  78737 | Vedder Price P.C.<br>Michael Edelman, Michael Schein<br>1633 Broadway, 47th Floor<br>New York, NY  10019 |
| Vorys, Sater, Seymour And Pease LLP<br>Attn: Tiffany Strelow Cobb, Esq.<br>52 East Gay Street<br>Columbus, OH  43215 | Wildman, Harrold, Allen & Dixon<br>Michael Dockterman, Jonathan Young, Rene Friedman<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL  60606 | William T. Green, III, P.C.<br>Attn: William T. Green Iii, Esq.<br>11 Greenway Plaza, Suite 2820<br>Houston, TX  77046 |
| Winston & Strawn LLP<br>Carey D. Schreiber, Steven M. Schwartz<br>200 Park Avenue<br>New York, NY  10166 | Wyly-Rommel, PLLC<br>Attn: Jim Wyly<br>2311 Moores Lane<br>Texarkana, TX  75503 | Zeichner Ellman & Krause LLP<br>Stuart Krause, Bryan Leinbach<br>575 Lexington Avenue<br>New York, NY  10022 |