**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

MOTORS LIQUIDATION COMPANY, *et al.*,   Case No. 09-50026
    *f/k/a* General Motors Corp., et al.   Chapter 11
                                      Honorable Robert E. Gerber
                      Debtors.
_____/   (Jointly Administered)


## PROOF OF SERVICE

STATE OF MICHIGAN )
                          ) ss.
COUNTY OF WAYNE )

    The undersigned certifies that on February 2, 2010, a copy of ***State of Michigan Joiner in Texas Comptroller's Response to Debtors' Motion Regarding Alternative Dispute Resolution Procedures*** *were* served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

    Mark Browning
    Assistant Attorney General                      Zachary Mosner
    P.O. Box 12548                                 Assistant Attorney General
    Austin, TX 78711-2548                      800 Fifth Avenue
                                                    Ste. 2000
    Joseph H. Smolinsky                        Seattle, Washington 98104-3188
    Weil, Gothshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153

    I declare that the statements above are true and to the best of my information, knowledge and belief.

                                                                 /S/ Starkema T. Jackson
                                                                 Starkema T. Jackson, Legal Secretary
                                                                 Department of Attorney General
                                                                 3030 W. Grand Boulevard
                                                                 Suite 10-200
                                                                 Detroit, MI 48202
                                                                 (313) 456-0140