OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.
Steven B. Soll
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (917) 368-7133

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re                                              :
                                                   :    Chapter 11
MOTORS LIQUIDATION COMPANY, *et al.*,              :
    f/k/a General Motors Corp., *et al.*           :    Case No. 09-50026 (REG)
                                                   :
        Debtors.                                   :    (Jointly Administered)
-----------------------------------------------------------X

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
OF WACHOVIA FINANCIAL SERVICES, INC.

Wachovia Financial Services, Inc., by and through counsel, hereby withdraws Proof of

Claim No. 65716 filed on November 25, 2009.

Dated: February 2, 2010

                                                   OTTERBOURG, STEINDLER, HOUSTON &
                                                   ROSEN, P.C.


                                                   /s/ Steven B. soll
                                                   Steven B. Soll

                                                   Counsel for Wachovia Financial Services, Inc.

1501879.1

OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.
Steven B. Soll
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (917) 368-7133

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re                                                                  :
                                                                       :        **Chapter 11**
MOTORS LIQUIDATION COMPANY, *et al.*,        :
    f/k/a General Motors Corp., *et al.*                   :        **Case No. 09-50026 (REG)**
                                                                       :
                        **Debtors.**                             :        (Jointly Administered)
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Steven B. Soll, hereby certify that on February 2, 2010, I caused a true and correct copy of the *Notice of Withdrawal of Proof of Claim* to be served by first class mail to the party listed below and by automatic ECF notice to those parties receiving ECF in the above-captioned case.

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Dated: February 2, 2010

OTTERBOURG, STEINDLER, HOUSTON &
ROSEN, P.C.

/s/ Steven B. Soll
Steven B. Soll

Counsel for Wachovia Financial Services, Inc.

1501879.1