Carey D. Schreiber (CS 3896)
Robert J. Boudreau (RB 1021)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6761
Fax: (212) 294-4700
Email: cschreiber@winston.com
       rboudreau@winston.com

David J. Richardson
THE CREDITORS' LAW GROUP,
a Professional Corporation
2301 Hyperion Avenue, Suite A
Los Angeles, California 90027
Telephone: (323) 686-5400
Facsimile: (323) 686-5403
Email: djr@thecreditorslawgroup.com

*Counsel for LG Electronics USA, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>GENERAL MOTORS CORP., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>)<br>) Case No.: 09-50026 (REG)<br>) (Jointly Administered)<br>)<br>)<br>)<br>)<br>) |

**SUBSTITUTION OF COUNSEL FOR LG ELECTRONICS USA, INC.**

PLEASE TAKE NOTICE that, effective February 1, 2010, LG Electronics USA, Inc. ("LGE") hereby substitutes The Creditors' Law Group, a Professional Corporation, in place of Winston & Strawn LLP as its counsel of record in the above-captioned case. The contact information for new counsel is as follows:

1

David J. Richardson (State Bar No. 168592)
The Creditors' Law Group, a Professional Corporation
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:   (323) 686-5400
Facsimile:   (323) 686-5403
djr@thecreditorslawgroup.com

LGE was formerly represented in this case by Winston & Strawn, LLP ("W&S"). All papers to be served upon LGE shall be served upon The Creditors' Law Group, PC as counsel to LGE as set forth above.

Dated: February 1, 2010

THE CREDITORS' LAW GROUP,
A PROFESSIONAL CORPORATION

By:   /s/ David J. Richardson
      David J. Richardson
      Attorneys for LG Electronics USA, Inc.

The foregoing substitution of counsel is hereby acknowledged.

Dated: February 1, 2010

WINSTON & STRAWN LLP

By:   _____
      Younghee Ottley
      Attorneys for LG Electronics USA, Inc.

Dated: February 1, 2010

LG ELECTRONICS USA, INC.

By:   _____
      Richard Wingate
      General Counsel

2