UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In Re:

MOTORS LIQUIDATION COMPANY, *et al.*,
    f/k/a General Motors Corp., *et al.*,

              Debtors.

Case No. 09-50026 (REG)
Chapter 11
(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Erica B. Mallinger of Harris Beach PLLC, hereby certify that on the 2nd day of February, 2010, this office electronically filed the Oppostion Of Town Of Salina, New York To Motion Of Debtors For Entry Of Order Pursuant to 11 U.S.C. §105(a) And General Order M-390 Authorizing Implementation Of Alternative Dispute Resolution Procedures Including Mandatory Mediation, in the above-referenced matter, with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification to the CM/ECF participants.

And I hereby certify that on said date, I caused service by overnight mail, via Federal Express in a postage paid envelope of the above-referenced document on the following parties:

U.S. Attorney's Office S.D.N.Y.
Attn: Matthew L. Schwartz, Esq.
86 Chamber St., 3rd Floor
New York, NY 10007

Office of the U.S. Trustee
Attn: Diana G. Adams, Esq.
33 Whitehall St., 21st Floor
New York, NY 10004

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq.
1177 Avenue of the Americas
New York, NY 10036

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

U.S. Dept. of Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Ave NW
Room 2312
Washington, DC 20220

Cadwalader Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
1 World Financial Center
New York, NY 10281

General Motors
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center, Suite 1400
Detroit, MI 48243

C/o Motors Liquidation Company
Attn: Ted Stenger
500 Renaissance Center, Suite 1400
Detroit, MI 48243

Weil Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.
767 5th Avenue
New York, NY 10153

Executed on February 3, 2010.

/s/ Erica B. Mallinger
Erica B. Mallinger