## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF NASSAU )

    LISA STALLONE, being duly sworn, deposes and says, that deponent is not a party to the within action, is over 18 years of age and resides at Nassau County, New York.

    That on the 2nd day of February, 2010 deponent served the within **AFFIDAVIT** upon:

**TO:  SEE ATTACHED LIST**

    in this action, designated by said for that purpose(s) by depositing a true copy of same via mail and enclosed in a post-paid properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
LISA STALLONE

Sworn to before me this
2nd day of February, 2010.

_____
NOTARY PUBLIC
BARRY M. LASKY
Notary Public, State of New York
No. 02LA5050977
Qualified in Nassau County
Commission Expires July 31, 20___

Weil, Gotshal & Manges, LLP
Attorneys for Debtors
767 Fifth Avenue
New York, N.Y. 10153
Attn:  Harvey R. Miller, Esq.
       Stephen Karotkin, Esq.
       Joseph H. Smolinsky, Esq.

Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn: Ted Stenger

General Motors, LLC
300 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft, LLP
Attorneys for the United States Dept. of the Treasury
One World Financial Center
New York, N.Y. 10281
Attn: John J. Rapisardi, Esq.

The United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
Attn: Joseph Samarias, Esq.

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, N.Y. 10019
Attn:  Michael J. Edleman, Esq.
       Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel, LLP
Attorneys for the Statutory Committee of Unsecured Creditors
177 Avenue of the Americas
New York, N.Y. 10036
Attn:  Thomas Moers Mayer, Esq.
       Amy Canton, Esq.,
       Adam C. Rogoff, Esq.
       Gregory G. Plotko, Esq.

The Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, N.Y. 10004
Attn: Diana G. Adams, Esq.

The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, N.Y. 10007
Attn:   David S. Jones, Esq.
        Matthew L. Schwartz, Esq.