**Objection Deadline: February 3, 2010 at 4:00 p.m.**
**Hearing Date: February 10, 2010 at 9:45 a.m.**

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to Andorra Banc Agricol Reig, S.A.*

### IN THE UNITED STATES BANKRUPTCY
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

### CERTIFICATION OF SERVICE

I, *Lisa Marie Bonito*, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler PC, counsel to the Andorra Banc Agricol Reig, S.A..

2. On February 3, 2010, I caused a copy of the *Limited Objection of Andorra Banc Agricol Reig, S.A. to the Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. Section 105(a) and General Order M-390 Authorizing Implementation of Alternative dispute Resolution Procedures, Including Mandatory Arbitration* to be served via first class mail to the parties referenced on the service list attached hereto as Exhibit "A".

-2-

3.  On February 3, 2010, the foregoing documents were served electronically via the Court's Pacer system upon those parties entitled to receive electronic notice.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief.  If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated:   February 3, 2010                           */s/ Lisa Marie Bonito*
                                                    Lisa Marie Bonito

# EXHIBIT A

- Honorable Robert E. Gerber, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004

- Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.)

- Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger)

- General Motors, LLC, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.)

- Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.)

- United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.)

- Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.)

- Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff, Esq., and Gregory G. Plotko, Esq.)

- Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.)

- U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.).