

| Home | Award Inquiry | Claim Inquiry | Hearing Issues |
| Hearing Results | | WCC Codes | Help |

### Claimant Information

| | |
|---|---|
| Claim Number: | B557862 |
| Name: | HAROLD E MARTIN |
| Phone: | not available |
| Address: | not available |
| City, State Zip, County: | not available, |
| Sex: | M |
| Birthday: | Tuesday, October 06, 1942 |
| Marital: | M |
| Reg. Work: | SANITATION |
| Gross: | not available |
| Paid DOA: | Y |
| Work: | SANITATION |

### Filing Party Information

| | |
|---|---|
| Name: | |
| Address: | |
| City, County, Zip: | |

### Employer & Employer Attorney Information

| Employer Sequence | Number | Type | Address Sequence | Corp. Name / Trade Name / Dept. Agency / Street / City / State / ZIP |
|---|---|---|---|---|
| 1 | 01462793 | C | 1 | GENERAL MOTORS CORP |

| | |
|---|---|
| Corporate Name: | |
| Trade Name: | |
| Dept. / Agency: | C/O SEDGWICK CMS |
| Street: | P O BOX 808 |
| City / State / ZIP/ Phone: | HUNT VALLEY   MD   21030-0000   410-539-5040 |

| Employer Sequence | Attorney Sequence | Attorney Code | Employer Attorney |
|---|---|---|---|
| | | | No Attorney Listed for Employer. |

### Employer & Employer Insurer Information

| Employer Sequence | Number | Type | Address Sequence | Corp. Name / Trade Name / Dept. Agency / Street / City / State / ZIP |
|---|---|---|---|---|
| 1 | 01462793 | C | 1 | GENERAL MOTORS CORP |

| | |
|---|---|
| Corporate Name: | |
| Trade Name: | |
| Dept. / Agency: | C/O SEDGWICK CMS |
| Street: | P O BOX 808 |

EXHIBIT A

| City / State / ZIP/ Phone: | | | HUNT VALLEY  MD  21030-0000  410-539-5040 |
|---|---|---|---|
| Employer Sequence | Insurer Sequence | Insurer Code | Employer's Insurer Name / Address / Phone Number |
| 1 | 1 | I1512 | GENERAL MOTORS CORPORATION |
| | | | SEDGWICK CLAIMS MANAGEMENT SERVICES |
| | | | SANDRA YANCY |
| | | | P.O. BOX 808 |
| | | | HUNT VALLEY  MD  21030-0000  410-773-4234 |

| Employer Sequence | Insurer Sequence | Attorney Sequence | Attorney Code | Employer's Insurer's Attorney |
|---|---|---|---|---|
| 1 | 1 | 1 | A9161 | LAWRENCE  GERARD  GIAMBELLUCA |
| | | | | 25 SOUTH CHARLES STREET |
| | | | | SEMMES BOWEN SEMMES |
| | | | | BALTIMORE  MD  21201-0000  410-576-4892 |

### Accident Information

| Nature of Business: | SANITATION |
|---|---|
| Location of Accident: | PAINT DEPARTMENT |
| Foreman: | DENNIS SCOTT |
| Notice of Injury: | Y |
| Day Could Not Work: | |
| Accident Date: | Wednesday, July 31, 2002 |
| Occupational Disease: | N |
| Description of Accident: | AS I WAS GOING DOWN STEEL STEPS I SLIPPED AND FELL CAUSING ME TO CATCH MY RIGHT LEG IN BETWEEN STEPS |
| Description of Member Injured/Amputated: | RT LEG LT SHLDR |
| Amputation: | N |
| Medical Requested: | Y |
| Medical Provided: | Y |
| Date Returned to Work: | 00/00/0000 |

### Claimant's Attorney Information

| Attorney Sequence | Attorney Code | Claimant Attorney Name / Address / City / State / Zip / Phone |
|---|---|---|
| 1 | A9199 | LINDA  D.  MOELLER |
| | | 231 EAST BALTIMORE STREET SUITE 1400 |
| | | BALTIMORE  MD  21202-0000  410-783-1296 |

### Medical Information

| Physician Name: | CONCENTRA MEDICAL CE |
|---|---|
| Address: | 1419 KNECHT AVENUE |
| City, State, ZIP: | BALTIMORE  MD  21227 |
| Hospital Name: | |
| Address: | |
| City, State, ZIP: | |
| Other Claim Number: | |
| Team: | BTM |
| Date Received: | Tuesday, September 03, 2002 |
| Date Mailed: | Friday, September 06, 2002 |

| Consideration Date: | Tuesday, September 24, 2002 | |
|---|---|---|
| Public Access Public | © Copyright 2002-2010 All Rights Reserved. WFMS 3.1 |  |



| Home | Award Inquiry | Claim Inquiry | Hearing Issues |
| Hearing Results | | WCC Codes | Help |

### Statistical Award Information
Fiscal Year: 2003  Award Type: TT  Award Sequence: 1

| | | | |
|---|---|---|---|
| Claim Number: | B557862 | Fiscal Year: | 2003 |
| Claimant Name: | HAROLD E. MARTIN | Employer Code: | 01462793 |
| Insurance Code: | I1512 | Class Code: | 3808 |
| Industry Code: | 1 | Cause Code: | 9 |
| Nature of Injury Code: | 5 | Mech. Injury Flag: | N |
| Infection Flag: | N | Illeg. Emp. Flag: | N |
| Award Type: | TT | Date of Award: | 09/30/2002 |
| Award Amount: | $0.00 | Comp. Code: | |
| No. Awd Weeks: | 0 | Award Amount/Week: | $654.00 |
| Attorney Fees: | $0.00 | Medical Fees: | $0.00 |
| TT Penalty %: | 0 | TT Penalty Amount: | $0.00 |
| Part. Adl. Dep: | 0 | Adult Depend: | 0 |
| Part. Cld. Dep: | 0 | Child Depend: | 0 |
| Stipulation: | | | |

#### Parts of Body Award Information

| Award Sequence | Part of Body Code | Part of Body Description | Percent of Injury |
|---|---|---|---|
| 1 | 33 | LEG OR LEGS | 0 |
| 1 | 22 | SHOULDER | 0 |

### Statistical Award Information
Fiscal Year: 2004  Award Type: PP  Award Sequence: 2

| | | | |
|---|---|---|---|
| Claim Number: | B557862 | Fiscal Year: | 2004 |
| Claimant Name: | HAROLD E. MARTIN | Employer Code: | 01462793 |
| Insurance Code: | I1512 | Class Code: | 3808 |
| Industry Code: | 1 | Cause Code: | 9 |
| Nature of Injury Code: | 5 | Mech. Injury Flag: | N |
| Infection Flag: | N | Illeg. Emp. Flag: | N |
| Award Type: | PP | Date of Award: | 02/17/2004 |
| Award Amount: | $24570.00 | Comp. Code: | |
| No. Awd Weeks: | 105 | Award Amount/Week: | $234.00 |
| Attorney Fees: | $4634.99 | Medical Fees: | $348.52 |
| TT Penalty %: | 0 | TT Penalty Amount: | $0.00 |
| Part. Adl. Dep: | 0 | Adult Depend: | 0 |
| Part. Cld. Dep: | 0 | Child Depend: | 0 |
| Stipulation: | Y | | |

#### Parts of Body Award Information

| Award Sequence | Part of Body Code | Part of Body Description | Percent of Injury |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2 | 33 | LEG OR LEGS | 0.35 |

### Statistical Award Information
#### Fiscal Year: 2008  Award Type: PP  Award Sequence: 3

| | | | |
|---|---|---|---|
| Claim Number: | B557862 | Fiscal Year: | 2008 |
| Claimant Name: | HAROLD E. MARTIN | Employer Code: | 01462793 |
| Insurance Code: | I1512 | Class Code: | 3808 |
| Industry Code: | 1 | Cause Code: | 9 |
| Nature of Injury Code: | 5 | Mech. Injury Flag: | N |
| Infection Flag: | N | Illeg. Emp. Flag: | N |
| Award Type: | PP | Date of Award: | 09/04/2007 |
| Award Amount: | $10530.00 | Comp. Code: | |
| No. Awd Weeks: | 45 | Award Amount/Week: | $234.00 |
| Attorney Fees: | $1579.50 | Medical Fees: | $200.00 |
| TT Penalty %: | 0 | TT Penalty Amount: | $0.00 |
| Part. Adl. Dep: | 0 | Adult Depend: | 0 |
| Part. Cld. Dep: | 0 | Child Depend: | 0 |
| Stipulation: | | | |

### Parts of Body Award Information

| Award Sequence | Part of Body Code | Part of Body Description | Percent of Injury |
|---|---|---|---|
| 3 | 33 | LEG OR LEGS | 0.6 |

### Statistical Award Information
#### Fiscal Year: 2008  Award Type: AF  Award Sequence: 4

| | | | |
|---|---|---|---|
| Claim Number: | B557862 | Fiscal Year: | 2008 |
| Claimant Name: | HAROLD E. MARTIN | Employer Code: | 01462793 |
| Insurance Code: | I1512 | Class Code: | 3808 |
| Industry Code: | 1 | Cause Code: | 9 |
| Nature of Injury Code: | 5 | Mech. Injury Flag: | N |
| Infection Flag: | N | Illeg. Emp. Flag: | N |
| Award Type: | AF | Date of Award: | 09/13/2007 |
| Award Amount: | $0.00 | Comp. Code: | |
| No. Awd Weeks: | 0 | Award Amount/Week: | $0.00 |
| Attorney Fees: | $331.00 | Medical Fees: | $0.00 |
| TT Penalty %: | 0 | TT Penalty Amount: | $0.00 |
| Part. Adl. Dep: | 0 | Adult Depend: | 0 |
| Part. Cld. Dep: | 0 | Child Depend: | 0 |
| Stipulation: | | | |

Public Access
Public

© Copyright 2002-2010 All Rights Reserved.
WFMS 3.1

MARYLAND