Jan I. Berlage
Gohn, Hankey & Stichel, LLP
201 N. Charles Street
Suite 2101
Baltimore, Maryland 21201
Telephone: 410-752-9300
Facsimile: 410-752-2519

Attorneys for Creditor
Harold Martin

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

––––––––––––––––––––––––––––––––––––––––––––––x
                                                :
**In re**                                       :    Chapter 11
                                                :    Case No.: 09-50026 (REG)
**MOTORS LIQUIDATION COMPANY,** *et al.,*       :
   f/k/a General Motors Corp., *et al.*         :
                                                :    (Jointly Administered)
              **Debtors**                       :
                                                :
––––––––––––––––––––––––––––––––––––––––––––––x

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter the appearance of Jan I. Berlage and Gohn, Hankey & Stichel, LLP, as counsel for Harold Martin, a creditor in the above-captioned case. Pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and 9010 (b), and applicable Local Rules, the undersigned requests that counsel's name and address be entered on the general matrix and limited matrix for the above case, and that all notices, pleadings, orders and all papers served or required to be served in this case be sent to the following address:

        Jan I. Berlage (JB2135)  
        Gohn, Hankey & Stichel, LLP  
        201 N. Charles Street  
        Suite 2101  
        Baltimore, Maryland 21201  
        410-752-9300  
        410-752-2519 (fax)  
        jberlage@ghsllp.com

        Respectfully submitted,

        /s/ Jan I. Berlage  
        Jan I. Berlage (JB2135)  
        Gohn, Hankey & Stichel, LLP  
        201 N. Charles Street, Suite 2101  
        Baltimore, Maryland 21201  
        (410) 752-9300

        Attorney for Harold Martin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2010 a copy of Creditor Harold Martin's Counsel's Entry of Appearance and Request for Notices was served via electronically to the following:

        Weil, Gotshal & Manges LLP  
        Attorneys for the Debtors  
        Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.  
        767 Fifth Avenue  
        New York, New York 10153

        Debtors, c/o Motors Liquidation Company  
        Attn: Ted Stenger  
        500 Renaissance Center, Suite 1400  
        Detroit, Michigan 48243

General Motors, LLC
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, Michigan 48265

Cadwalader, Wickersham & Taft LLP
Attorneys for the United States Department of the Treasury
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

The United States Department of the Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220

Vedder Price, P.C.
Attorneys for Export Development Canada
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, New York 10019

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Statutory Committee of Unsecured Creditors
Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff, Esq., and Gregory G. Plotko, Esq.
1177 Avenue of the Americas
New York, New York 10036

Office of the United States Trustee for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

U.S. Attorney's Office, S.D.N.Y.
Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.
86 Chambers Street, Third Floor
New York, New York 10007

                                                      /s/ Jan I. Berlage
                                                      Jan I. Berlage