David M. Eisenberg
ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.
400 Galleria Officentre, Ste. 444
 Southfield, MI  48034
Tel:    248/827-4100
Fax:    248/827-4106
deisenberg@ermantericher.com

**Hearing Date:  February 10, 2010 at 9:45 a.m (EST)**
**Opposition Due By February 3, 2010 at 4:00 p.m. (EST)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| _____ ) | **Chapter 11** |
| **In re:** ) | |
| ) | **Case No. 09-50026 (REG)** |
| **MOTORS LIQUIDATION COMPANY., et al.,** ) | |
| **f/k/a GENERAL MOTORS CORP., et al.,** ) | **Hon. Robert E. Gerber** |
| ) | |
| **Debtors.** ) | |
| _____ ) | **(Jointly Administered)** |

**CERTIFICATE OF NO OBJECTION**

Pursuant to the Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.

1015(c) and 9007 Establishing Notice and Case Management Procedures, dated December 17,

2009 [Docket No. 4676], the undersigned hereby certifies that no answer, objection, or other

responsive pleading has been received to Erman, Teicher, Miller, Zucker & Freedman, P.C.'s

Motion to Withdraw as Counsel for Nidec Motors & Actuators (the "Motion") [Docket No.

4836].  The undersigned further states that the Court's docket has been reviewed in this case and

no answer, objection or other responsive pleading to the Motion appears thereon.  Responses to

the Motion were to be filed and served no later than February 3, 2010 at 4:00 p.m. prevailing

Eastern time.

The propose order attached to the Motion as **Exhibit A** to the Motion will therefore be submitted to the Court for immediate entry without a hearing being held to consider the relief set forth in the Motion.

Respectfully submitted,

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.

By: _____*/s/ David M. Eisenberg*_____
David M. Eisenberg (P68678)
400 Galleria Officentre, Ste. 444
Southfield, MI  48034
Tel:        248/827-4100
Fax:        248/827-4106
deisenberg@ermantericher.com

DATED:  February 4, 2010
F:\CHAP11\GENERAL MOTORS\Nidec Motors\cert non resp mot withdraw.doc