KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Adam C. Rogoff
Amy Caton
1177 Avenue of the Americas
New York, New York 10036
(212) 715-3275

*Counsel for the Official Committee of Unsecured*
*Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | ) |
| | ) |
| MOTORS LIQUIDATION COMPANY., et al. | ) Chapter 11 |
| (f/k/a General Motors Corp., et al.) | ) |
| | ) Case No. 09-50026 (REG) |
| Debtors. | ) Jointly Administered |
| | ) |

---

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK     )

### AFFIDAVIT OF SERVICE

    I, Rebecca Blake Chaikin, being duly sworn say:

    1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

    2. On February 4, 2010, I caused a true and correct copy of the **Statement Of The Official Committee Of Unsecured Creditors In Support Of The Debtors' Motion For An Order Pursuant To 11 U.S.C. § 105(a) And General Order M-390 Authorizing Implementation Of Alternative Dispute Resolution Procedures, Including Mandatory Mediation**, dated February 3, 2010 in the above-captioned matter to be served by Federal Express upon the addresses set forth in the attached **Service List A**.

1

        /s/  Rebecca Chaikin  
Rebecca Blake Chaikin

Sworn to before me this  
4th day of February, 2010

 /s/ Tracey Satz                       Tracey Satz  
Tracey Satz                             Notary Public, State of New York  
Notary Public                         No. 01SA6140845  
                                          Qualified in New York County  
                                          Commission Expires February 13, 2010

**Service List A**

Harvey R. Miller & Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Ted Stenger
Motors Liquidation Company
500 Renaissance Center
Suite 1400
Detroit, Michigan 48243

Lawrence S. Buonomo
General Motors, LLC
300 Renaissance Center
Detroit, Michigan 48265

John J. Rapisardi
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Joseph Samarias
United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

Michael J. Edelman & Michael L. Schein
Vedder Price, P.C
1633 Broadway, 47th Floor
New York, New York 10019

Diana G. Adams
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004  David S. Jones &

Matthew L. Schwartz
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007