UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                      Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,                         Case No. 09-50026 (REG)
    f/k/a General Motors Corp., et al.,

                    Debtors.


-------------------------------------------------------------x


## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*


I, Jonathan M. Ashton, a member in good standing of the bar in the State of Ohio, and the bar of the
U.S. District Court for the Northern District of Ohio, Western Division, request admission, *pro hac
vice*, before the Honorable Robert E. Gerber, to represent Douglas Groch, an unsecured creditor, in
the above referenced case.
Jonathan M. Ashton
3516 Granite Circle
Toledo, OH  43617
jashton@gallonlaw.com; atafelsk@gallonlaw.com
(419) 843-2001

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.


Dated:  February 2, 2010                    _____
Toledo, OH                                  Jonathan M. Ashton, Esq.


                                    **ORDER**

**ORDERED,**
that Jonathan M. Ashton, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in
the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has
been paid.

Dated: _____               /s/ _____
              _____, New York    UNITED STATES BANKRUPTCY JUDGE