Hearing Date: April 8, 2010 @ 2:00 p.m.

Joshua I. Divack
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
jdivack@hahnhessen.com

*Attorneys for William Hardee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------
In re

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.,

Debtors.

---------------------------------------------------------

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

### NOTICE OF ADJOURNMENT OF HEARING ON REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSES

**PLEASE TAKE NOTICE** that the hearing on the Request for Payment of Administrative Expense pursuant to 11 U.S.C. § 503(b) (the "Administrative Claim Request") [Docket No. 4539] in the above-captioned proceeding originally scheduled to be held on February 10, 2010 at 9:45 a.m. (Prevailing Eastern Time) **has been adjourned to April 8, 2010 at 2:00 p.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.  The hearing on the Administrative Claim Request will be held before the Honorable Robert E. Gerber at the United States Bankruptcy Court for the Southern District of New York, Courtroom 621, One Bowling Green, New York,

New York 10004-1408.

Dated:   February 4, 2010
         New York, New York

              **HAHN & HESSEN LLP**

            By: /s/ Joshua I. Divack
              Joshua I. Divack

            488 Madison Avenue
            New York, New York 10022
            Telephone: (212) 478-7200
            Facsimile: (212) 478-7400
            jdivack@hahnhessen.com

OF COUNSEL:

George W. Fryhofer III
Georgia Bar No. 279110
Leigh Martin May
Georgia Bar No. 473389
Alan J. Hamilton
Georgia Bar No. 320698
BUTLER, WOOTEN & FRYHOFER, LLP
2719 Buford Highway
Atlanta, Georgia 30324
Telephone:  (404) 321-1700
Facsimile:  (404) 321-1713
george@butlerwooten.com
leigh@butlerwooten.com
alan@butlerwooten.com

James C. Morton
Georgia Bar No. 526025
Suite 1350, Two Midtown Plaza
1349 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  (404) 966-5133
jcm-law@comcast.net

Stephen C. Carter
Georgia Bar No. 114675
P.O. Box 368
Hartwell, GA 30643-0368
Telephone: (706) 376-4754
Facsimile: (706) 376-3322
scc30643@yahoo.com

225040/002-1814874.1