Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**MOTORS LIQUIDATION COMPANY,** *et al.*, : **09-50026 (REG)**
      f/k/a General Motors Corp., *et al.* : 
: 
          Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------x

**AMENDMENT TO QUARTERLY REPORT OF NOTICED**
***DE MINIMIS* SALES AND CERTAIN NON-NOTICED**
***DE MINIMIS* SALES CONSUMMATED BY THE DEBTORS**
**PURSUANT TO ORDER ESTABLISHING PROCEDURES FOR *DE MINIMIS***
**ASSET SALES DURING THE FISCAL QUARTER ENDING DECEMBER 31, 2009**

**PLEASE TAKE NOTICE THAT** on August 18, 2009, the Court entered the Order Pursuant to 11 U.S.C. §§ 105 and 363 (A) Establishing Procedures for the Disposition of *De Minimis* Assets, and (B) Authorizing the Debtors to (i) Pay Related Fees, and (ii) Assume, Assume and Assign, or Reject Related Executory Contracts or Unexpired Leases [Docket No. 3830] (the "***De Minimis* Asset Sale Procedures Order**").[1]  The *De Minimis* Asset Sale Procedures Order authorized the Debtors to implement certain procedures to consummate sales

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in *De Minimis* Asset Sale Procedures Order.

US_ACTIVE:\43289420\04\72240.0639

of *de minimis* assets outside of the ordinary course of business pursuant to section 363 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to paragraph 22 of the *De Minimis* Asset Sale Procedures Order, on or before the 30th day of the commencement of each fiscal quarter, the Debtors are required to file and serve on the Creditors' Committee a report summarizing (i) any Noticed *De Minimis* Sales that were consummated pursuant to the *De Minimis* Sale Procedures during the immediately preceding fiscal quarter and (ii) any Non-Noticed *De Minimis* Sales for consideration greater than $250,000 that were consummated pursuant to the *De Minimis* Sale Procedures during the immediately preceding fiscal quarter.

**PLEASE FURTHER TAKE NOTICE THAT** on January 27, 2010 the Debtors filed the Quarterly Report of Noticed *De Minimis* Sales and Certain Non-Noticed *De Minimis* Sales Consummated by the Debtors Pursuant to Order Establishing Procedures for *De Minimis* Asset Sales During the Fiscal Quarter Ending December 31, 2009 [Docket No. 4888] (the "**Quarterly Report**").

**PLEASE TAKE FURTHER NOTICE THAT** upon further review of their records, the Debtors hereby amend the Quarterly Report to report that the Non-Noticed *De Minimis* Sales, for consideration greater than $250,000, of the Debtors' ownership interests in

certain subsidiaries that operate automobile dealerships, listed on <u>Exhibit A</u> hereto, were consummated during the fiscal quarter ending December 31, 2009.

Dated: New York, New York
       February 5, 2010

<u>Joseph H. Smolinsky</u>
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

| # | Company Name | Ownership Structure | Actions | Purchaser | Purchase Price | Closing Date |
|---|---|---|---|---|---|---|
| 1. | DDH Investments of South Texas, Inc. | Owned 86% by MLC[1] | SPA Dated 10/29/09 | HA Saturn Acquisition Company, LLC | $600,000 | 11/18/09 |
| 2. | Freeborough Automotive, Inc. | Owned 70% by MLC | SPA Dated 10/28/09 | Sherrill A. Freeborough | $400,000 | 11/20/09 |
| 3. | Hawaii Automotive Retailing Group, Inc. | Owned 72% by MLC | SPA Dated 09/24/09 | Inder Dosanjh | $400,000 | 10/8/09 |
| 4. | Lou Sobh Cerritos Saturn, Inc. | Owned 82.2% by MLC | SPA Dated 10/28/09 | Monir Lou Sobh | $700,000 | 11/20/09 |
| 5. | Prestige Saturn of Jacksonville, Inc. | Owned 65% by MLC | SPA Dated 12/16/09 | Gregory Jackson and William D. Pounds | $375,000 | 12/30/09 |
| 6. | Saturn of Central Florida, Inc. | Owned 87% by MLC | SPA Dated 11/11/09 | Saturn of Central Florida, Inc. | $325,000 | 12/30/09 |
| 7. | Saturn of Charlotte Market Area, Inc. | Owned 57% by MLC | SPA Dated 10/28/09 | Musgrave Automotive Properties, LLC | $330,000 | 11/20/09 |
| 8. | Saturn of Raleigh Market Area, Inc. | Owned 69% by MLC | SPA Dated 10/28/09 | Musgrave Automotive Properties, LLC | $450,000 | 11/20/09 |

---

[1] Motors Liquidation Company

US_ACTIVE:\43289420\04\72240.0639