> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :      09-50026 (REG)
        f/k/a General Motors Corp., et al. :
                                          :
                Debtors.                  :      (Jointly Administered)
                                          :
-------------------------------------------------------------x
```

<u>**NOTICE OF DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Duplicate Claims)**

　　　　**PLEASE TAKE NOTICE** that on February 5, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their eleventh omnibus nonsubstantive objection to claims (the "**Debtors'**

**Eleventh Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Debtors' Eleventh Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**March 10, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE OF ELEVENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors'
Eleventh Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of
Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the
Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be
found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,
and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document
Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard
copy delivered directly to Chambers), in accordance with General Order M-182 (which can be
found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on
(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New
York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,
Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,
Detroit, Michigan 48243 (Attn:  Ted Stenger); (iii) General Motors, LLC, 300 Renaissance
Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,
Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World
Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United
States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,
DC 20220 (Attn:  Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export
Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael
J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff, Esq., and Gregory G. Plotko, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); and (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), so as to be received no later than **March 3, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and served with respect to the Debtors' Eleventh Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Eleventh Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      February 5, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :        09-50026 (REG)
      f/k/a General Motors Corp., et al.:
                                        :
                          Debtors.      :        (Jointly Administered)
                                        :
------------------------------------------------------------x
```

## DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ATTACHED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## **Relief Requested**

1.      The Debtors file this eleventh omnibus nonsubstantive objection to claims

(the "**Eleventh Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the **"Bankruptcy Rules"**), and this Court's order approving procedures for the filing

of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures**

**Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims

listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit A

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "**Duplicate Claims**") are duplicates of the earlier-filed

corresponding claims identified under the heading "*Surviving Claims*" (collectively, the

"**Surviving Claims**").  The Debtors seek entry of an order disallowing and expunging from the

claims register the Duplicate Claims and preserving the Debtors' right to later object to any

Surviving Claim on any other basis.

3.      This Eleventh Omnibus Objection to Claims does not affect any of the

Surviving Claims and does not constitute any admission or finding with respect to any of the

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

Surviving Claims.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

5.    On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

6.    On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

---

[2]    The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]    The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

7.    Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Initial Debtors, among other things, to file omnibus objections to no more

than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.  The claimants that are

listed in Exhibit A have all filed claims against the Initial Debtors.

## The Relief Requested Should Be Approved by the Court

8.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

9.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  The

Debtors have compared their books and records with the proofs of claim identified on Exhibit A

and have determined that the Duplicate Claims were filed by the same claimants against the

same Debtors, for the same dollar amounts, and on account of the same obligations as the

corresponding Surviving Claims.  The Surviving Claims are the earlier filed claims as compared

to the Duplicate Claims.

10.     To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge in their entirety the Duplicate Claims.  The

Surviving Claims will remain on the claims register subject to further objections on any other

basis.

### Notice

11.     Notice of this Motion has been provided to each claimant listed on Exhibit

A and parties in interest in accordance with the Order Pursuant to 11 U.S.C. § 105(a) and Fed. R.

Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated

August 3, 2009 [Docket No. 3629].  The Debtors submit that such notice is sufficient and no

other or further notice need be provided.

12.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  New York, New York
        February 5, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                             :

In re                        :         **Chapter 11 Case No.**
                             :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :      **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*   :

                **Debtors.**     :      **(Jointly Administered)**
                             :
-----------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Duplicate Claims)**

Upon the eleventh omnibus objection to claims, dated February 5, 2010 (the

"**Eleventh Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket No. 4180], seeking

entry of an order disallowing and expunging the Duplicate Claims on the grounds that such

claims are duplicative of the corresponding Surviving Claims, all as more fully described in the

Eleventh Omnibus Objection to Claims; and due and proper notice of the Eleventh Omnibus

Objection to Claims having been provided, and it appearing that no other or further notice need

be provided; and the Court having found and determined that the relief sought in the Eleventh

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

---

[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Eleventh Omnibus Objection to Claims.

all parties in interest and that the legal and factual bases set forth in the Eleventh Omnibus

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is

      ORDERED that the relief requested in the Eleventh Omnibus Objection to Claims

is granted to the extent provided herein; and it is further

      ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" (collectively, the "**Duplicate Claims**") are disallowed and expunged; and it is further

      ORDERED that the claims listed on Exhibit A annexed hereto under the heading

"*Surviving Claims*" (collectively, the "**Surviving Claims**") will remain on the claims register,

and such claims are neither allowed nor disallowed at this time; and is further

      ORDERED that the disallowance and expungement of the Duplicate Claims does

not constitute any admission or finding with respect to any of the Surviving Claims; and it is

further

      ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit A annexed to the Eleventh Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on Exhibit A annexed hereto and (ii) any Surviving Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
        _____, 2010

_____
United States Bankruptcy Judge

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ABRASIVOS Y SERVICIOS<br><br>EULOGIO FLORES # 105 FRACCLA VICTORIA<br>67110 GUADALUPE NL CP MEXICO<br>MEXICO<br><br>Official Claim Date  11/9/2009 | 33210 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$19,007.00  (U)<br>$19,007.00  (T) | Duplicate Claim | Pgs. 1-4 | ABRASIVOS Y SERVICIOS<br><br>EULOGIO FLORES # 105 FRACCLA VICTORIA<br>GUADALUPE NL CP 67110, MEXICO<br>MEXICO<br><br>Official Claim Date  11/9/2009 | 22320 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$19,007.00  (U)<br>$19,007.00  (T) |
| AMADA MARTINEZ<br><br>MICHAEL M GUERRA<br>GUERRA MASK LLP<br>PO BOX 5371<br>MCALLEN, TX 78502<br><br>Official Claim Date  11/30/2009 | 63243 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | AMADA MARTINEZ<br><br>ATTN MICHAEL M GUERRA<br>GUERRA MASK LLP<br>PO BOX 5371<br>MCALLEN, TX 78502<br><br>Official Claim Date  11/24/2009 | 43890 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| AMADA MARTINEZ<br><br>MICHAEL M GUERRA<br>GUERRA MASK LLP<br>PO BOX 5371<br>MCALLEN, TX 78502<br><br>Official Claim Date  11/30/2009 | 63644 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | AMADA MARTINEZ<br><br>ATTN MICHAEL M GUERRA<br>GUERRA MASK LLP<br>PO BOX 5371<br>MCALLEN, TX 78502<br><br>Official Claim Date  11/24/2009 | 43890 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ANTHONY FORBES<br><br>21312 LAKE HOOK ROAD<br>HUTCHINSON, MN 55350<br><br>Official Claim Date   11/28/2009 | 62394 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$932,825.67  (U)<br>$932,825.67  (T) | Duplicate Claim | Pgs. 1-4 | ANTHONY FORBES<br><br>21312 LAKE HOOK ROAD<br>HUTCHINSON, MN 55350<br><br>Official Claim Date   11/27/2009 | 61112 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$932,825.67  (U)<br>$932,825.67  (T) |
| ARROWOOD INDEMNITY COMPANY<br><br>C/O SONNENSCHEIN NATH & ROSENTHAL LLP<br>ATTN: RICHARD ZUCKERMAN ESQ<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br><br>Official Claim Date   11/24/2009 | 65758 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | ARROWPOINT CAPITAL CORP<br><br>ATTN RICHARD ZUCKERMAN ESQ<br>C/O SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br><br>Official Claim Date   11/24/2009 | 65757 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| ASHRAF ELGOHARY<br><br>C/O KIMMEL & SILVERMAN PC<br>30 E BUTLER AVE<br>AMBLER, PA 19002<br><br>Official Claim Date   11/25/2009 | 46628 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,598.00  (U)<br>$20,598.00  (T) | Duplicate Claim | Pgs. 1-4 | ASHRAF ELGOHARY<br><br>C/O KIMMEL & SILVERMAN PC<br>30 E BUTLER AVE<br>AMBLER, PA 19002<br><br>Official Claim Date   11/25/2009 | 46626 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,598.00  (U)<br>$20,598.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BANCA DI SAN MARINO SPA<br><br>ATTN MR EMANUELO CESARINI<br>STRADA DELLA CROCE 39<br>47896 FAELANA<br>REPUBLICA DI SAN MARCO<br>SAN MARINO<br><br>Official Claim Date   11/27/2009 | 59320 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$6,944,507.48   (U)<br>$6,944,507.48   (T) | Duplicate Claim | Pgs. 1-4 | BANCA DI SAN MARINO SPA<br><br>ATTN: MR EMANUELE CESARINI<br>STRADA DELLA CROCE 39<br>47896 FACTANO<br>REPUBBLICA DI SAN MARINO<br>SAN MARINO<br><br>Official Claim Date   11/27/2009 | 59319 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$6,944,507.48   (U)<br>$6,944,507.48   (T) |
| BANCA MEDIOLANUM S.P.A.<br><br>ATTN: STEFANO GRECO<br>VIA F SFORZA 15<br>20080 BASIGLIO (MILANO) ITALY<br>ITALY<br><br>Official Claim Date   11/27/2009 | 60639 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$9,243,439.18   (U)<br>$9,243,439.18   (T) | Duplicate Claim | Pgs. 1-4 | BANCA MEDIOLANUM S.P.A.<br><br>ATTN: STEFANO GRECO<br>VIA F SFORZA 15<br>20080 BASIGLIO (MILANO) ITALY<br>ITALY<br><br>Official Claim Date   11/27/2009 | 60638 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$9,243,439.18   (U)<br>$9,243,439.18   (T) |
| BORG WARNER INC<br><br>THOMAS D LUPO<br>WILLIAMS MONTGOMERY & JOHN LTD<br>233 SOUTH WACKER DRIVE STE 6100<br>CHICAGO, IL 60606<br><br>Official Claim Date   12/1/2009 | 67828 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,574,112.37   (U)<br>$3,574,112.37   (T) | Duplicate Claim | Pgs. 1-4 | BORG WARNER INC<br><br>THOMAS D LUPO<br>WILLIAMS MONTGOMERY & JOHN LTD<br>233 SOUTH WACKER DRIVE STE 6100<br>CHICAGO, IL 60606<br><br>Official Claim Date   12/1/2009 | 67827 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,574,112.37   (U)<br>$3,574,112.37   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| C R RONDINIELLI INC<br><br>220 AVE LOS ATLETICOS<br>SAN GERMAN, PR 00683<br><br>Official Claim Date  12/7/2009 | 69134 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$456,037.91  (U)<br>$456,037.91  (T) | Duplicate Claim | Pgs. 1-4 | C R RONDINIELLI INC<br><br>220 AVE LOS ATLETICOS<br>SAN GERMAN, PR 00683<br><br>Official Claim Date  12/7/2009 | 69133 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$456,037.91  (U)<br>$456,037.91  (T) |
| CAROL BORICH<br><br>1929 ADDALEEN ROAD<br>HIGHLAND, MI 48357<br><br>Official Claim Date  11/24/2009 | 65789 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$35,530.00  (U)<br>$35,530.00  (T) | Duplicate Claim | Pgs. 1-4 | CAROL BORICH<br><br>1929 ADDALEEN ROAD<br>HIGHLAND, MI 48357<br><br>Official Claim Date  11/24/2009 | 43351 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$35,530.00  (U)<br>$35,530.00  (T) |
| CASMALIA RESOURCES SITE STEERING COMMITTEE<br><br>C/O MILISSA MURRAY ESQ<br>BINGHAM MCCUTCHEN LLP<br>2020 K STREET NW<br>WASHINGTON, DC 20006<br><br>Official Claim Date  11/25/2009 | 65979 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$106,900,000.00  (U)<br>$106,900,000.00  (T) | Duplicate Claim | Pgs. 1-4 | CASMALIA RESOURCES SITE STEERING COMMITTEE<br><br>C/O MILISSA MURRAY ESQ<br>BINGHAM MCCUTCHEN LLP<br>2020 K STREET NW<br>WASHINGTON, DC 20006<br><br>Official Claim Date  11/25/2009 | 66115 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$106,900,000.00  (U)<br>$106,900,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CHIANG, PHILIP<br><br>PETER GOLDSTEIN<br>312 W 5TH ST APT 1002<br>LOS ANGELES, CA 90013<br><br>Official Claim Date 11/30/2009 | 65585 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Duplicate Claim | Pgs. 1-4 | CHIANG, PHILIP<br><br>PETER GOLDSTEIN<br>312 W 5TH ST APT 1002<br>LOS ANGELES, CA 90013<br><br>Official Claim Date 11/30/2009 | 65491 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) |
| COMMERCIAL OIL SERVICES SITE GROUP<br><br>C/O DOUGLAS G HAYNAM GROUP COUNSEL<br>SHUMAKER LOOP & KENDRICK LLP<br>1000 JACKSON<br>TOLEDO, OH 43604<br><br>Official Claim Date 11/27/2009 | 58628 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$533,918.72 (U)<br>$533,918.72 (T) | Duplicate Claim | Pgs. 1-4 | COMMERCIAL OIL SERVICES SITE GROUP<br><br>C/O DOUGLAS G. HAYNAM, GROUP COUNSEL<br>SHUMAKER, LOOP & KENDRICK, LLP<br>1000 JACKSON<br>TOLEDO, OH 43604<br>UNITED STATES OF AMERICA<br><br>Official Claim Date 11/27/2009 | 58957 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$533,918.72 (U)<br>$533,918.72 (T) |
| CONSOLIDATED RAIL CORPORATION<br><br>ATTN JOHN K ENRIGHT ESQ<br>1717 ARCH STREET 32ND FL<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date 11/30/2009 | 64555 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,540.82 (U)<br>$30,540.82 (T) | Duplicate Claim | Pgs. 1-4 | CONSOLIDATED RAIL CORPORATION<br><br>ATTN: JOHN K ENRIGHT ESQ<br>1717 ARCH STREET 32ND FL<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date 11/30/2009 | 64554 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,540.82 (U)<br>$30,540.82 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| COUNTY OF BASTROP<br><br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date  12/4/2009 | 69140 | Motors Liquidation Company | $201.49  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$201.49  (T) | Duplicate Claim | Pgs. 1-4 | COUNTY OF BASTROP<br><br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680<br><br>Official Claim Date  12/4/2009 | 69139 | Motors Liquidation Company | $201.49  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$201.49  (T) |
| CROWN EQUIPMENT CORPORATION<br><br>LARRY KELLERMEYER<br>44 S WASHINGTON ST<br>NEW BREMEN, OH 45869<br><br>Official Claim Date  10/16/2009 | 11750 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,683.24  (U)<br>$25,683.24  (T) | Duplicate Claim | Pgs. 1-4 | CROWN EQUIPMENT CORPORATION<br><br>LARRY KELLERMEYER<br>44 S WASHINGTON ST<br>NEW BREMEN, OH 45869<br><br>Official Claim Date  10/14/2009 | 10035 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,683.24  (U)<br>$25,683.24  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CUYAHOGA COUNTY TREASURER<br><br>1219 ONTARIO STREET<br>ROOM 112 - ATTN MARK CAMPBELL<br>CLEVELAND, OH 44113<br><br>Official Claim Date  11/30/2009 | 67547 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | CUYAHOQA COUNTY TREASURER<br><br>1219 ONTARIO STREET<br>ROOM 112 - ATTN MARK CAMPBELL<br>CLEVELAND, OH 44113<br><br>Official Claim Date  11/30/2009 | 67544 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| CUYAHOGA COUNTY TREASURER<br><br>1219 ONTARIO STREET<br>ROOM 112 - ATTN MARK CAMPBELL<br>CLEVELAND, OH 44113<br><br>Official Claim Date  11/30/2009 | 67548 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | CUYAHOQA COUNTY TREASURER<br><br>1219 ONTARIO STREET<br>ROOM 112 - ATTN MARK CAMPBELL<br>CLEVELAND, OH 44113<br><br>Official Claim Date  11/30/2009 | 67544 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| CUYAHOGA COUNTY TREASURER<br><br>1219 ONTARIO STREET<br>ROOM 112 ATTN MARK CAMPBELL<br>CLEVELAND, OH 44113<br><br>Official Claim Date  11/30/2009 | 67549 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | CUYAHOQA COUNTY TREASURER<br><br>1219 ONTARIO STREET<br>ROOM 112 - ATTN: MARK CAMPBELL<br>CLEVELAND, OH 44113<br><br>Official Claim Date  11/30/2009 | 67545 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CUYAHOQA COUNTY TREASURER<br><br>1219 ONTARIO STREET<br>ROOM 112 - ATTN MARK CAMPBELL<br>CLEVELAND, OH 44113<br><br>Official Claim Date  11/30/2009 | 67546 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | CUYAHOQA COUNTY TREASURER<br><br>1219 ONTARIO STREET<br>ROOM 112 - ATTN: MARK CAMPBELL<br>CLEVELAND, OH 44113<br><br>Official Claim Date  11/30/2009 | 67545 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| D & M REAL ESTATE LLC<br><br>C/O NELSON LEVINE DELUCA & HORST LLC<br>457 HADDONFIELD RD STE 710<br>CHERRY HILL, NJ 08002<br><br>Official Claim Date  11/30/2009 | 67348 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | D & M REAL ESTATE LLC<br><br>NELSON LEVINE DELUCA & HORST LLC<br>457 HADDONFIELD RD STE 710<br>CHERRY HILL, NJ 08002<br><br>Official Claim Date  11/30/2009 | 66211 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| DENICE A ALLEN<br><br>C/O CHARLES W BOBINETTE, ATTORNEY AT LAW<br>906 OLIVE STREET, SUITE 300<br>ST LOUIS, MO 63101<br><br>Official Claim Date  11/28/2009 | 62191 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$126,478.01  (U)<br>$126,478.01  (T) | Duplicate Claim | Pgs. 1-4 | DENICE A ALLEN<br><br>C/O CHARLES W BOBINETTE ATTORNEY AT LAW<br>906 OLIVE STREET SUITE 300<br>ST LOUIS, MO 63101<br><br>Official Claim Date  11/27/2009 | 61006 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$126,478.01  (U)<br>$126,478.01  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 8

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DONAHUE LAW GROUP, P S C<br><br>410 SOUTH MAIN ST<br>SOMERSET, KY 42501<br><br>Official Claim Date   10/22/2009 | 14808 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$31,509.81   (U)<br>$31,509.81   (T) | Duplicate Claim | Pgs. 1-4 | DONAHUE LAW GROUP, P S C<br><br>410 SOUTH MAIN STREET<br>SOMERSET, KY 42501<br><br>Official Claim Date   10/22/2009 | 14807 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$31,509.81   (U)<br>$31,509.81   (T) |
| DONAHUE LAW GROUP, P S C<br><br>410 SOUTH MAIN ST<br>SOMERSET, KY 42501<br><br>Official Claim Date   10/22/2009 | 14809 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$31,509.81   (U)<br>$31,509.81   (T) | Duplicate Claim | Pgs. 1-4 | DONAHUE LAW GROUP, P S C<br><br>410 SOUTH MAIN STREET<br>SOMERSET, KY 42501<br><br>Official Claim Date   10/22/2009 | 14807 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$31,509.81   (U)<br>$31,509.81   (T) |
| DONAHUE LAW GROUP, PSC<br><br>410 SOUTH MAIN STREET<br>SOMERSET, KY 42501<br><br>Official Claim Date   10/22/2009 | 14752 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$19,112.34   (U)<br>$19,112.34   (T) | Duplicate Claim | Pgs. 1-4 | DONAHUE LAW GROUP, PSC<br><br>410 SOUTH MAIN STREET<br>SOMERSET, KY 42501<br><br>Official Claim Date   10/22/2009 | 14751 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$19,112.34   (U)<br>$19,112.34   (T) |
| DONAHUE LAW GROUP, PSC<br><br>410 SOUTH MAIN STREET<br>SOMERSET, KY 42501<br><br>Official Claim Date   10/22/2009 | 14753 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$19,112.34   (U)<br>$19,112.34   (T) | Duplicate Claim | Pgs. 1-4 | DONAHUE LAW GROUP, PSC<br><br>410 SOUTH MAIN STREET<br>SOMERSET, KY 42501<br><br>Official Claim Date   10/22/2009 | 14751 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$19,112.34   (U)<br>$19,112.34   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DOYLE TYRONE<br><br>DOYLE DORIS<br>PO BOX 12850<br>ALEXANDRIA, LA 71315<br><br>Official Claim Date  11/9/2009 | 33220 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$750,000.00  (U)<br>$750,000.00  (T) | Duplicate Claim | Pgs. 1-4 | DOYLE TYRONE<br><br>DOYLE, DORIS<br>PO BOX 12850<br>ALEXANDRIA, LA 71315<br><br>Official Claim Date  11/9/2009 | 21850 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$750,000.00  (U)<br>$750,000.00  (T) |
| EISENHAUER, MICHELE<br><br>SNYDER & DORER LAW OFFICE OF<br>214 SENATE AVE STE 600<br>CAMP HILL, PA 17011<br><br>Official Claim Date  11/30/2009 | 65314 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50.00  (U)<br>$50.00  (T) | Duplicate Claim | Pgs. 1-4 | EISENHAUER, MICHELE<br><br>SNYDER & DORER LAW OFFICE OF<br>214 SENATE AVE STE 600<br>CAMP HILL, PA 17011<br><br>Official Claim Date  11/28/2009 | 62923 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50.00  (U)<br>$50.00  (T) |
| FIRST TIME DESIGN<br><br>FIRST TIME DESIGN INC<br>C/O ALBERT A HATEM PC<br>202 MAMARONECK AVE<br>WHITE PLAINS, NY 10601<br><br>Official Claim Date  11/25/2009 | 67598 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$24,830.46  (U)<br>$24,830.46  (T) | Duplicate Claim | Pgs. 1-4 | FIRST TIME DESIGN INC<br><br>C/O ALBERT A. HATEM, PC<br>202 MAMARONECK AVENUE<br><br>WHITE PLAINS, NY 10601<br><br>Official Claim Date  11/25/2009 | 63192 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$24,830.46  (U)<br>$24,830.46  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT<br><br>ATTN:  ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS &<br>MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date  11/17/2009 | 29536 | Motors Liquidation Company | $25,056.53<br>$0.00<br>$0.00<br>$0.00<br>$25,056.53 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Duplicate Claim | Pgs. 1-4 | FORT WORTH INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS &<br>MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date  10/19/2009 | 25490 | Motors Liquidation Company | $25,056.53  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$25,056.53  (T) |
| FUGITT HOWARD<br><br>1111 UNION ST<br>CANONSBURG, PA 15312<br><br>Official Claim Date  11/30/2009 | 64292 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$2,430.00<br>$2,430.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Duplicate Claim | Pgs. 1-4 | FUGITT HOWARD<br><br>1111 UNION STREET<br>CANONSBURG, PA 15317<br><br>Official Claim Date  11/30/2009 | 64291 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,430.00  (U)<br>$2,430.00  (T) |
| GERALD K DOWD<br><br>C/O PHILIP KEITH ESQ<br>354 PINE STREET THIRD FLOOR<br>SAN FRANCISCO, CA 94104<br><br>Official Claim Date  11/27/2009 | 60589 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$22,050.88<br>$22,050.88 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Duplicate Claim | Pgs. 1-4 | GERALD K DOWD<br><br>C/O PHILIP KEITH ESQ<br>354 PINE STREET THIRD FLOOR<br>SAN FRANCISCO, CA 94104<br><br>Official Claim Date  11/27/2009 | 60588 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$22,050.88  (U)<br>$22,050.88  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| HEMINGWAY, BRITTANY<br><br>1509 GENERAL LANE<br>LONGES, SC 29568<br><br>Official Claim Date   11/27/2009 | 60645 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$4,640.00   (U)<br>$4,640.00   (T) | Duplicate Claim | Pgs. 1-4 | HEMINGWAY, BRITTANY<br><br>1509 GENERAL LN<br>LONGS, SC 29568<br><br>Official Claim Date   11/27/2009 | 60644 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$4,640.00   (U)<br>$4,640.00   (T) |
| HORACE A MITCHELL<br><br>1500 BROADWAY STE 1207<br><br>LUBBOCK, TX 79401<br><br>Official Claim Date   10/23/2009 | 15336 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$12,048.00   (P)<br>$0.00   (U)<br>$12,048.00   (T) | Duplicate Claim | Pgs. 1-4 | HORACE MITCHELL<br><br>HORACE A MITCHELL<br>1500 BROADWAY STE 1207<br>LUBBOCK, TX 79401<br><br>Official Claim Date   9/3/2009 | 1331 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$12,048.00   (P)<br>$0.00   (U)<br>$12,048.00   (T) |
| ISYSTEM USA LLC<br><br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>16776 BERNARDO CENTER DR STE 204A<br>SAN DIEGO, CA 92128<br><br>Official Claim Date   10/30/2009 | 17866 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$4,450.00   (U)<br>$4,450.00   (T) | Duplicate Claim | Pgs. 1-4 | ISYSTEM USA LLC<br><br>16776 BERNARDO CENTER DR STE 204A<br><br>SAN DIEGO, CA 92128<br><br>Official Claim Date   10/30/2009 | 17812 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$4,450.00   (U)<br>$4,450.00   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JACKIE ADENIYI<br><br>9701 S WINSTON<br>CHICAGO, IL 60643<br><br>Official Claim Date  11/28/2009 | 62672 | Motors Liquidation Company | $794.28  (S)<br>$0.00  (A)<br>$264.76  (P)<br>$0.00  (U)<br>$1,059.04  (T) | Duplicate Claim | Pgs. 1-4 | JACKIE ADENIYI<br><br>9701 S. WINSTON<br>CHICAGO, IL 60643<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/24/2009 | 44386 | Motors Liquidation Company | $794.28  (S)<br>$0.00  (A)<br>$264.76  (P)<br>$0.00  (U)<br>$1,059.04  (T) |
| JANIS ANDERSON AND ALL WRONGFUL DEATH BENEFICIARIES OF<br><br>JESSE J ANDERSON, JR, DECEASED<br>LAW OFFICE OF PAUL T BENTON<br>PO BOX 1341<br>BILOXI, MS 39533<br><br>Official Claim Date  11/30/2009 | 63223 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | JANIS ANDERSON & ALL WRONGFUL DEATH<br><br>BENEFICIARIES OF JESSE J ANDERSON<br>LAW OFFICE OF PAUL T BENTON<br>PO BOX 1341<br>BILOXI, MS 39533<br><br>Official Claim Date  11/27/2009 | 58631 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |
| JANIS ANDERSON AND ALL WRONGFUL DEATH BENEFICIARIES OF JESSE J ANDERSO<br><br>C/O LAW OFFICES OF PAUL T BENTON<br>PO BOX 1341<br><br>BILOXI, MS 39533<br><br>Official Claim Date  11/30/2009 | 67126 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | JANIS ANDERSON & ALL WRONGFUL DEATH<br><br>BENEFICIARIES OF JESSE J ANDERSON<br>LAW OFFICE OF PAUL T BENTON<br>PO BOX 1341<br>BILOXI, MS 39533<br><br>Official Claim Date  11/27/2009 | 58631 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JULIE FORBES<br><br>21312 LAKE HOOK ROAD<br>HUTCHINSON, MN 55350<br><br>Official Claim Date  11/28/2009 | 62393 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$130,914.18  (U)<br>$130,914.18  (T) | Duplicate Claim | Pgs. 1-4 | JULIE FORBES<br><br>21312 LAKE HOOK ROAD<br>HUTCHINSON, MN 55350<br><br>Official Claim Date  11/27/2009 | 61111 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$130,914.18  (U)<br>$130,914.18  (T) |
| KATHIE ISENBERG<br><br>PO BOX 915<br>32324 NORTH MONROE ROAD<br>DEER PARK, WA 99006<br><br>Official Claim Date  11/21/2009 | 33348 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$856.72  (P)<br>$0.00  (U)<br>$856.72  (T) | Duplicate Claim | Pgs. 1-4 | KATHIE ISENBERG<br><br>PO BOX 915<br>32324 NORTH MONROE ROAD<br>DEER PARK, WA 99006<br><br>Official Claim Date  11/20/2009 | 65846 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$856.72  (P)<br>$0.00  (U)<br>$856.72  (T) |
| LAFAYETTE CONSOLIDATED GOVERNMENT<br><br>ATTN LEGAL OFFICER/ BANRUPTCY DEPT<br>CUSTOMER SERVICE DIVISION<br>PO BOX 4024<br>LAFAYETTE, LA 70502<br><br>Official Claim Date  11/20/2009 | 65965 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$343.55  (P)<br>$0.00  (U)<br>$343.55  (T) | Duplicate Claim | Pgs. 1-4 | LAFAYETTE CONSOLIDATED GOVERNMENT<br><br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 4024<br>CUSTOMER SERVICE DIVISION<br>LAFAYETTE, LA 70502<br><br>Official Claim Date  11/20/2009 | 31131 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$343.55  (P)<br>$0.00  (U)<br>$343.55  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br><br>AS SUCCESSOR INDENTURE TRUSTEE<br>400 MADISON AVE 4TH FLOOR<br>ATTN ROBERT BICE<br>NEW YORK, NY 10017<br><br>Official Claim Date  11/30/2009 | 64638 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | LAW DEBENTURE TRUST COMPANY OF NEW YORK<br><br>AS SUCCESSOR INDENTURE TRUSTEE<br>ATTN MR ROBERT BICE<br>400 MADISON AVENUE 4TH FLOOR<br>NEW YORK, NY 10017<br><br>Official Claim Date  11/27/2009 | 60006 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br><br>AS SUCCESSOR INDENTURE TRUSTEE<br>400 MADISON AVENUE 4TH FLOOR<br>ATTN MR ROBERT BICE<br>NEW YORK, NY 10017<br><br>Official Claim Date  11/30/2009 | 64637 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,500,000.00  (U)<br>$12,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | LAW DEBENTURE TRUST COMPANY OF NEW YORK<br><br>AS SUCCESSOR ENDENTURE TRUSTEE<br>ATTN MR ROBERT BICE<br>400 MADISON AVENUE 4TH FLOOR<br>NEW YORK, NY 10017<br><br>Official Claim Date  11/27/2009 | 60007 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,500,000.00  (U)<br>$12,500,000.00  (T) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br><br>AS SUCCESSOR INDENTURE TRUSTEE<br>400 MADISON AVENUE 4TH FLOOR<br>ATTN MR ROBERT BICE<br>NWE YORK, NY 10017<br><br>Official Claim Date  11/30/2009 | 64636 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,400,000.00  (U)<br>$1,400,000.00  (T) | Duplicate Claim | Pgs. 1-4 | LAW DEBENTURE TRUST COMPANY OF NEW YORK<br><br>AS SUCCESSOR INDENTURE TRUSTEE<br>ATTN MR ROBERR BICE<br>400 MADISON AVENUE 4TH FLOOR<br>NEW YORK, NY 10017<br><br>Official Claim Date  11/27/2009 | 60008 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,400,000.00  (U)<br>$1,400,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br><br>AS SUCCESSOR INDENTURE TRUSTEE<br>400 MADISON AVENUE 4TH FLOOR<br>ATTN MR ROBERT BICE<br>NEW YORK, NY 10007<br><br>Official Claim Date  11/30/2009 | 64634 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$46,000,000.00  (U)<br>$46,000,000.00  (T) | | Duplicate Claim | Pgs. 1-4 | LAW DEBENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR<br><br>INDENTURE TRUSTEE<br>400 MADISON AVENUE 4TH FLOOR<br>ATTN MR ROBERT RICE<br>NEW YORK, NY 10017<br><br>Official Claim Date  11/27/2009 | 60010 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$46,000,000.00  (U)<br>$46,000,000.00  (T) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br><br>AS SUCCESSOR INDENTURE TRUSTEE<br>400 MADISON AVENUE 4TH FLOOR<br>ATTN MR ROBERT BICE<br>NEW YORK, NY 10017<br><br>Official Claim Date  11/30/2009 | 64633 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,040,000.00  (U)<br>$20,040,000.00  (T) | | Duplicate Claim | Pgs. 1-4 | LAW DEBENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE<br><br>400 MADISON AVENUE 4TH FLOOR<br>ATTN MR ROBERT BICE<br><br>NEW YORK, NY 10017<br><br>Official Claim Date  11/27/2009 | 60011 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,040,000.00  (U)<br>$20,040,000.00  (T) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br><br>AS SUCCESSOR INDENTURE TRUSTEE<br>ATTN MR ROBERT BREE<br>400 MADISON AVENUE 4TH FLOOR<br>NEW YORK, NY 10017<br><br>Official Claim Date  11/30/2009 | 64632 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,000,000.00  (U)<br>$31,000,000.00  (T) | | Duplicate Claim | Pgs. 1-4 | LAW DEBENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE<br><br>400 MADISON AVENUE 4TH FLOOR<br>ATTN MR ROBERT BICE<br><br>NEW YORK, NY 10017<br><br>Official Claim Date  11/27/2009 | 60012 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,000,000.00  (U)<br>$31,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE<br><br>ATTN ROBERT BICE<br>400 MADISON AVENUE 4TH FLOOR<br><br>NEW YORK, NY 10017<br><br>Official Claim Date 11/30/2009 | 64635 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,800,000.00 (U)<br>$58,800,000.00 (T) | Duplicate Claim | Pgs. 1-4 | LAW DEBENTURE TRUST COMPANY OF NEW YORK<br><br>AS SUCCESSOR INDENTURE TRUSTEE<br>ATTN MR ROBERT BICE<br>400 MADISON AVENUE 4TH FLOOR<br>NEW YORK, NY 10017<br><br>Official Claim Date 11/27/2009 | 60009 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,800,000.00 (U)<br>$58,800,000.00 (T) |
| LINDEN KILDARE CISD<br><br>ATTN DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710<br><br>Official Claim Date 11/23/2009 | 36765 | Motors Liquidation Company | $16.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$16.61 (T) | Duplicate Claim | Pgs. 1-4 | LINDEN KILDARE CISD<br><br>DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT L L P<br>PO BOX 2007<br>TYLER, TX 75710<br><br>Official Claim Date 11/23/2009 | 36764 | Motors Liquidation Company | $16.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$16.61 (T) |
| LISA SMITH<br><br>8928 ROUTE 242<br>LITTLE VALLEY, NY 14755<br><br>Official Claim Date 11/27/2009 | 60553 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) | Duplicate Claim | Pgs. 1-4 | LISA SMITH<br><br>8928 ROUTE 242<br>LITTLE VALLEY, NY 14755<br><br>Official Claim Date 11/27/2009 | 60555 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LUGO AUTO SALES INC<br><br>220 AVE LOS ATLETICOS<br><br>SAN GERMAN, PR 00683<br><br>Official Claim Date  12/7/2009 | 69136 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,228,678.72  (U)<br>$1,228,678.72  (T) | Duplicate Claim | Pgs. 1-4 | LUGO AUTO SALES INC<br><br>ALFREDO CARDONA<br>220 AVE LOS ATLETICOS<br>SAN GERMAN, PR 00683<br><br>Official Claim Date  12/7/2009 | 69135 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,228,678.72  (U)<br>$1,228,678.72  (T) |
| MARIA CARRISOSA & ANASTACIO SORIA INDIVIDUALLY & ON BEHALF OF THE<br><br>ESTATES OF BLANCA VASQUEZ, DECEASED & MARISOL VASQUEZ DECEASED & AS<br>ATTN: RON SIMON<br>SIMON AND LUKE LLP<br>2929 ALLEN PARKWAY 42ND FLOOR<br>HOUSTON, TX 77019<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/19/2009 | 30089 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MARIA CARRISOSA & ANASTACIO SORIA INDIVIDUALLY & ON BEHALF OF THE<br><br>ESTATES OF BLANCA VASQUEZ DECEASED & MARISOL VASQUEZ DECEASED & AS<br>ATTN: RON SIMON<br>SIMON AND LUKE, LLP<br>2929 ALLEN PARKWAY 42ND FLOOR<br>HOUSTON, TX 77019<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/19/2009 | 30088 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MARIA CARRISOSA ET AL<br><br>ATTN RON SIMON SIMON & LUKE LLP<br>2929 ALLEN PARKWAY 42ND FLOOR<br>HOUSTON, TX 77019<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/19/2009 | 30090 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MARIA CARRISOSA ET AL<br><br>ATTN RON SIMON SIMON & LUKE LLP<br>2929 ALLEN PARKWAY 42ND FLOOR<br>HOUSTON, TX 77019<br><br>Official Claim Date  11/19/2009 | 30087 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) |
| MARIA CARRISOSA ET AL<br><br>ATTN: RON SIMON, SIMON & LUKE LLP<br>2929 ALLEN PARKWAY 42ND FLOOR<br>HOUSTON, TX 77019<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/19/2009 | 30091 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MARIA CARRISOSA ET AL<br><br>ATTN RON SIMON SIMON & LUKE LLP<br>2929 ALLEN PARKWAY 42ND FLOOR<br>HOUSTON, TX 77019<br><br>Official Claim Date  11/19/2009 | 30087 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) |
| MARY WILLIAMS<br><br>201 PARK STONE WAY<br>MARIETTA, GA 30066<br><br>Official Claim Date  11/23/2009 | 37136 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$350,000.00  (U)<br>$350,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MARY WILLIAMS<br><br>201 PARK STONE WAY<br>MARIETTA, GA 30066<br><br>Official Claim Date  11/23/2009 | 36235 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$350,000.00  (U)<br>$350,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MATT DAVID<br><br>STEVENS, BONITA<br>173 INTREPID LN<br>SYRACUSE, NY 13205<br><br>Official Claim Date  11/27/2009 | 58986 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,845.62  (U)<br>$6,845.62  (T) | Duplicate Claim | Pgs. 1-4 | MATT DAVID<br><br>MATT, DAVID<br>173 INTREPID LN<br>SYRACUSE, NY 13205<br><br>Official Claim Date  11/27/2009 | 58984 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,845.62  (U)<br>$6,845.62  (T) |
| MERCHANTS INSURANGE GROUP<br><br>C/O ALBERT HATEM P C<br>202 MAMARONECK AVE<br>WHITE PLAINS, NY 10601<br><br>Official Claim Date  11/25/2009 | 67597 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$24,830.46  (U)<br>$24,830.46  (T) | Duplicate Claim | Pgs. 1-4 | MERCHANTS INSURANCE GROUP<br><br>C/O ALBERT HATEM, P.C.<br>202 MAMARONECK AVENUE<br>WHITE PLAINS, NY 10601<br><br>Official Claim Date  11/25/2009 | 63191 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$24,830.46  (U)<br>$24,830.46  (T) |
| MITCHELL R CANTY<br><br>8146 REYNOLDSWOOD DR<br>REYNOLDSBURG, OH 43068<br><br>Official Claim Date  11/17/2009 | 28542 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$500,000.00  (P)<br>$0.00  (U)<br>$500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | MITCHELL R CANTY<br><br>8146 REYNOLDSWOOD DRIVE<br>REYNOLDSBURG, OH 43068<br><br>Official Claim Date  8/18/2009 | 1154 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$500,000.00  (P)<br>$0.00  (U)<br>$500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NATIONWIDE MUTUAL INSURANCE COMPANY<br><br>C/O SNYDER & DORER LAW OFFICE OF<br>214 SENATE AVE STE 600<br>CAMP HILL, PA 17011<br><br>Official Claim Date  11/30/2009 | 63776 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,911.52  (U)<br>$12,911.52  (T) | Duplicate Claim | Pgs. 1-4 | NATIONWIDE MUTUAL INSURANCE COMPANY<br><br>SNYDER & DORER LAW OFFICE OF<br>214 SENATE AVE STE 600<br>CAMP HILL, PA 17011<br><br>Official Claim Date  11/28/2009 | 62924 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,911.52  (U)<br>$12,911.52  (T) |
| NEW JERSEY SELF INSURERS GUARANTY ASSOCIATION<br><br>C/O MCCARTER & ENGLISH LLP<br>ATTN CHARLES A STANZIALE JR<br>FOUR GATEWAY CENTER  100 MULBERRY STREET<br>NEWARK, NJ 07102<br><br>Official Claim Date  11/30/2009 | 65720 | Motors Liquidation Company | $9,000,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,500,000.00  (U)<br>$16,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | NEW JERSEY SELF INSURERS GUARANTY ASSOCIATION<br><br>C/O MCCARTER & ENGLISH, LLP<br>ATTN:  CHARLES A. STANZIALE, JR.<br>FOUR GATEWAY CENTER, 100 MULBERRY STREET<br>NEWARK, NJ 07102<br><br>Official Claim Date  11/27/2009 | 59735 | Motors Liquidation Company | $9,000,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,500,000.00  (U)<br>$16,500,000.00  (T) |
| NOBLE INTERNATIONAL, LTD<br><br>HARRINGTON DRAGICH PLLC<br>ATTN: DAVID DRAGICH<br>21043 MACK AVENUE<br>GROSSE POINTE, MI 48236<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  12/1/2009 | 67646 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$13,324,245.84  (U)<br>$13,324,245.84  (T) | Duplicate Claim | Pgs. 1-4 | NOBLE INTERNATIONAL LTD<br><br>C/O HARRINGTON DRAGICH PLLC<br>ATTN DAVID DRAGICH<br>21043 MACK AVENUE<br>GROSSE POINTE, MI 48236<br><br>Official Claim Date  11/30/2009 | 64808 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$13,324,245.84  (U)<br>$13,324,245.84  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| OKD FOUR LTD<br><br>250 E 5TH ST<br>STE 1200<br>CINCINNATI, OH 45202<br><br>Official Claim Date   10/7/2009 | 5659 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$49,154.52  (U)<br>$49,154.52  (T) | Duplicate Claim | Pgs. 1-4 | OKD FOUR, LTD<br><br>250 EAST FIFTH STREET, SUITE 1200<br><br>CINCINNATI, OH 45202<br><br>Official Claim Date   9/18/2009 | 3050 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$49,154.52  (U)<br>$49,154.52  (T) |
| REMY INTERNATIONAL INC<br><br>C/O N KATHLEEN STRICKLAND ESQ<br>ROPERS MAJESKI KOHN BENTLEY<br>201 SPEAR ST STE 1000<br>SAN FRANCISCO, CA 94111<br><br>Official Claim Date   11/24/2009 | 65749 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,354,200.00  (U)<br>$16,354,200.00  (T) | Duplicate Claim | Pgs. 1-4 | REMY INTERNATIONAL, INC<br><br>N. KATHLEEN STRICKLAND, ESQ.<br>ROPERS MAJESKI KOHN BENTLEY<br>201 SPEAR ST STE 1000<br>SAN FRANCISCO, CA 94111<br>UNITED STATES OF AMERICA<br><br>Official Claim Date   11/24/2009 | 43411 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,354,200.00  (U)<br>$16,354,200.00  (T) |
| ROBERT DINNIGAN AS FATHER & NATURAL GUARDIAN OF<br><br>AMANDA DINNIGAN AN INFANT<br>LIPSIG SHAPEY MANUS & MOVERMAN PC<br>40 FULTON ST, 25TH FL<br>NEW YORK, NY 10038<br><br>Official Claim Date   10/26/2009 | 16451 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | ROBERT DINNIGAN AS FATHER & NATURAL GUARDIAN<br><br>OF AMANDA DINNIGAN AN INFANT<br>C/O LIPSIG SHAPEY MANUS & MOVERMAN PC<br>40 FULTON ST, 25TH FL<br>NEW YORK, NY 10038<br><br>Official Claim Date   10/26/2009 | 16449 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ROBERT DINNIGAN AS FATHER AND NATURAL GUARDIAN<br><br>OF AMANDA DINNIGAN AN INFANT<br>C/O LIPSIG SHAPEY MANUS & MOVERMAN PC<br>40 FULTON ST, 25TH FL<br>NEW YORK, NY 10038<br><br>Official Claim Date  10/26/2009 | 16450 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | ROBERT DINNIGAN AS FATHER & NATURAL GUARDIAN<br><br>OF AMANDA DINNIGAN AN INFANT<br>C/O LIPSIG SHAPEY MANUS & MOVERMAN PC<br>40 FULTON ST, 25TH FL<br>NEW YORK, NY 10038<br><br>Official Claim Date  10/26/2009 | 16449 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| RONALD E RUSSELL<br><br>3160 HIGH BRIDGE RD<br>BRETHREN, MI 49619<br><br>Official Claim Date  12/7/2009 | 69061 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$76,095.00  (U)<br>$76,095.00  (T) | Duplicate Claim | Pgs. 1-4 | RONALD E RUSSELL<br><br>3160 HIGHBRIDGE RD<br>BRETHREN, MI 49619<br><br>Official Claim Date  11/28/2009 | 62318 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$76,095.00  (U)<br>$76,095.00  (T) |
| SANDRA SLAYMAKER<br><br>C/O JAMES L MITCHELL<br>2911 TURTLE CREEK BLVD #1400<br>DALLAS, TX 75219<br><br>Official Claim Date  1/5/2010 | 69709 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | SANDRA SLAYMAKER<br><br>C/O JAMES L MITCHELL<br>2911 TURTLE CREEK BLVD #1400<br>DALLAS, TX 75219<br><br>Official Claim Date  1/4/2010 | 69696 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SCOTT HENDRICKSON<br><br>LAW OFFICES OF ELLEN D MORGAN<br>7923 BIG BEND BLVD<br>WEBSTER GROVES, MO 63119<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/27/2009 | 61605 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T) | Duplicate Claim | Pgs. 1-4 | SCOTT HENDRICKSON<br><br>LAW OFFICES OF ELLEN E MORGAN<br>7923 BIG BEND BLVD<br>WEBSTER GROVES, MO 63119<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/27/2009 | 61604 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T) |
| SHENANDOAH COUNTY TAX COLLECTOR<br><br>SHENANDOAH COUNTY TREASURER'S OFFICE<br>PO BOX 365<br>WOODSTOCK, VA 22664<br><br>Official Claim Date  11/17/2009 | 61802 | Motors Liquidation Company | $72,855.47  (S)<br>$0.00  (A)<br>$72,855.47  (P)<br>$0.00  (U)<br>$145,710.94  (T) | Duplicate Claim | Pgs. 1-4 | SHENANDOAH COUNTY TAX COLLECTOR<br><br>PO BOX 365<br>WOODSTOCK, VA 22664<br><br>Official Claim Date  11/17/2009 | 28537 | Motors Liquidation Company | $72,855.47  (S)<br>$0.00  (A)<br>$72,855.47  (P)<br>$0.00  (U)<br>$145,710.94  (T) |
| SUBIA, KATHY SUSAN<br><br>C/O JOHNSON BRYN R PLC<br>1019 S STAPLEY DR<br>MESA, AZ 85204<br><br>Official Claim Date  11/13/2009 | 23959 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-4 | SUBIA, KATHY SUSAN<br><br>C/O ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DR STE 700<br>NEWPORT BEACH, CA 92660<br><br>Official Claim Date  11/13/2009 | 23954 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SYLVIA WINKLE | 61608 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | | SYLVIA WINKLE | 61607 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | | $0.00  (A) |
| LAW OFFICES OF ELLEN E MORGAN | | | $50,000.00  (P) | | | | LAW OFFICES OF ELLEN E MORGAN | | | $50,000.00  (P) |
| 7923 BIG BEND BOULEVARD | | | | | | | 7923 BIG BEND BOULEVARD | | | |
| WEBSTER GROVES, MO 63119 | | | $0.00  (U) | | | | WEBSTER GROVES, MO 63119 | | | $0.00  (U) |
| Official Claim Date  11/27/2009 | | | $50,000.00  (T) | | | | Official Claim Date  11/27/2009 | | | $50,000.00  (T) |
| TAMMY WHITE | 68715 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | | TAMMY WHITE | 62834 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | | $0.00  (A) |
| 14870 E SHASTA ST | | | $2,000.00  (P) | | | | 14870 E SHASTA ST | | | $2,000.00  (P) |
| CLAREMORE, OK 74017 | | | | | | | CLAREMORE, OK 74017 | | | |
| UNITED STATES OF AMERICA | | | $0.00  (U) | | | | | | | $0.00  (U) |
| Official Claim Date  12/4/2009 | | | $2,000.00  (T) | | | | Official Claim Date  11/28/2009 | | | $2,000.00  (T) |
| TECUMSEH PRODUCTS CO (JANESVILLE OLD LANDFILL) | 60559 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | | TECUMSEH PRODUCTS CO (JANESVILLE OLD LANDFILL) | 60558 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | | $0.00  (A) |
| DEAN & FULKERSON PC | | | $0.00  (P) | | | | DEAN FULKERSON PC | | | $0.00  (P) |
| C/O JAMES K OBRIEN | | | | | | | C/O JAMES K OBRIEN | | | |
| 801 W BIG BEAVER RD STE 500 | | | $2,570,000.00  (U) | | | | 801 W BIG BEAVER RD STE 500 | | | $2,570,000.00  (U) |
| TROY, MI 48084 | | | | | | | TROY, MI 48084 | | | |
| | | | $2,570,000.00  (T) | | | | | | | $2,570,000.00  (T) |
| Official Claim Date  11/27/2009 | | | | | | | Official Claim Date  11/27/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TERRANCE J TICHY<br><br>C/O RICHARD L DEMSEY CO, LPA<br>1350 EUCLID AVE STE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date  11/18/2009 | 29770 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500,000.00  (U)<br>$2,500,000.00  (T) | Duplicate Claim | Pgs. 1-4 | TERRANCE J TICHY<br><br>C/O RICHARD L DEMSEY CO LPA<br>1350 EUCLID AVENUE SUITE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date  11/17/2009 | 28660 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500,000.00  (U)<br>$2,500,000.00  (T) |
| THE EAST OHIO GAS COMPANY<br><br>445 WEST MAIN STREET<br>C/O MARK D REASER<br>CLARKSBURG, WV 26301<br><br>Official Claim Date  11/27/2009 | 59302 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$187,712.00  (U)<br>$187,712.00  (T) | Duplicate Claim | Pgs. 1-4 | THE EAST OHIO GAS COMPANY<br><br>445 WEST MAIN STREET<br>C/O MARK D REASER<br>CLARKSBURG, WV 26301<br><br>Official Claim Date  11/27/2009 | 59301 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$187,712.00  (U)<br>$187,712.00  (T) |
| THE LAKELAND SITE PRP GROUP<br><br>C/O CHRISTOPHER COMBEST<br>QUARLES & BRADY LLP<br>300 NORTH LASALLE STREET STE 4000<br>CHICAGO, IL 60654<br><br>Official Claim Date  11/27/2009 | 60954 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,770,923.72  (U)<br>$2,770,923.72  (T) | Duplicate Claim | Pgs. 1-4 | THE LAKELAND SITE PRP GROUP<br><br>C/O CHRISTOPHER COMBEST<br>QUARLES & BRADY LLP<br>300 NORTH LASALLE STREET, SUITE 400<br>CHICAGO, IL 60654<br><br>Official Claim Date  11/27/2009 | 59844 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,770,923.72  (U)<br>$2,770,923.72  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| UGF BANCA S P A<br><br>PIAZZA DELLA COSTITUZIONE 2<br>40128 BOLOGNA ITALY<br>ITALY<br><br>Official Claim Date  11/30/2009 | 65323 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,226,392.30  (U)<br>$9,226,392.30  (T) | Duplicate Claim | Pgs. 1-4 | UGF BANCA S.P.A.<br><br>PIAZZA DELLA COSTITUZIONE, 2<br>40128 BOLOGNA ITALY<br>ITALY<br><br>Official Claim Date  11/30/2009 | 64237 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,226,392.30  (U)<br>$9,226,392.30  (T) |
| UNITED STATES OF AMERICA<br><br>C/O UNITED STATES ATTORNEY'S OFFICE<br>NATALIE N KUEHLER, AUSA<br>86 CHAMBERS ST 3RD FLOOR<br>NEW YORK, NY 10007<br><br>Official Claim Date  11/30/2009 | 67362 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-4 | UNITED STATES OF AMERICA<br><br>C/O UNITED STATES ATTORNEY'S OFFICE<br>NATALIE N KUEHLER, AUSA<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY 10007<br><br>Official Claim Date  11/30/2009 | 64064 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| WAYNE HAMILTON<br><br>930 HICKORY GROVE AVE<br>MEDINA, OH 44256<br><br>Official Claim Date  12/2/2009 | 68088 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,197.99  (U)<br>$1,197.99  (T) | Duplicate Claim | Pgs. 1-4 | WAYNE HAMILTON<br><br>930 HICKORY GROVE AVE<br>MEDINA, OH 44256<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/30/2009 | 64908 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,197.99  (U)<br>$1,197.99  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eleventh Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WILLIAM H WALKENHORST<br><br>C/O GREGORY K ALLSBERRY, ATTORNEY<br>615 E CHERRY ST<br>PO BOX 184<br>TROY, MO 63379<br><br>Official Claim Date  11/27/2009 | 60691 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$100,000.00  (P)<br>$0.00  (U)<br>$100,000.00  (T) | Duplicate Claim | Pgs. 1-4 | WILLIAM H WALKENHORST<br><br>C/O GREGORY K ALLSBERRY, ATTORNEY<br>615 E CHERRY ST<br>PO BOX 184<br>TROY, MO 63379<br><br>Official Claim Date  11/27/2009 | 60690 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$100,000.00  (P)<br>$0.00  (U)<br>$100,000.00  (T) |
| WILLIAM H WALKENHORST<br><br>C/O GREGORY K ALLSBERRY, ATTORNEY<br>615 E CHERRY ST<br>PO BOX 184<br>TROY, MO 63379<br><br>Official Claim Date  11/27/2009 | 60692 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$100,000.00  (P)<br>$0.00  (U)<br>$100,000.00  (T) | Duplicate Claim | Pgs. 1-4 | WILLIAM H WALKENHORST<br><br>C/O GREGORY K ALLSBERRY, ATTORNEY<br>615 E CHERRY ST<br>PO BOX 184<br>TROY, MO 63379<br><br>Official Claim Date  11/27/2009 | 60690 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$100,000.00  (P)<br>$0.00  (U)<br>$100,000.00  (T) |
| WINTER, JENNIFER L<br><br>STOFKO DENNIS J<br>PO BOX 5500<br>JOHNSTOWN, PA 15904<br><br>Official Claim Date  10/5/2009 | 3086 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,829.48  (U)<br>$18,829.48  (T) | Duplicate Claim | Pgs. 1-4 | WINTER, JENNIFER L<br><br>STOFKO DENNIS J<br>PO BOX 5500<br>JOHNSTOWN, PA 15904<br><br>Official Claim Date  10/5/2009 | 3085 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,829.48  (U)<br>$18,829.48  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WINTER, TRACE L | 3088 | Motors Liquidation Company | $0.00  (S) | Duplicate Claim | Pgs. 1-4 | WINTER, TRACE L | 3087 | Motors Liquidation Company | $0.00  (S) |
|  |  |  | $0.00  (A) |  |  |  |  |  | $0.00  (A) |
| STOFKO DENNIS J PO BOX 5500 | | | $0.00  (P) | | | STOFKO DENNIS J PO BOX 5500 | | | $0.00  (P) |
| JOHNSTOWN, PA 15904 | | | $18,829.48  (U) | | | JOHNSTOWN, PA 15904 | | | $18,829.48  (U) |
| Official Claim Date  10/5/2009 | | | $18,829.48  (T) | | | Official Claim Date  10/5/2009 | | | $18,829.48  (T) |

| Claims to be Disallowed and Expunged Totals | 84 | $9,098,924.38  (S) |
|---|---|---|
|  |  | $0.00  (A) |
|  |  | $888,368.50  (P) |
|  |  | $400,444,134.87  (U) |
|  |  | $410,431,427.75  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.