Hearing Date and Time: April 8, 2010 at 2:00 p.m.
Objection Deadline: March 16, 2010 at 5:00 p.m.
Reply Deadline: March 30, 2010 at 5:00 p.m.

BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
Robert M. Dombroff
Jeffrey S. Sabin
Jared R. Clark

Attorneys for Deutsche Bank AG

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY, *et al.*,** | : | Case No. 09-50026 (REG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE that the hearing on Deutsche Bank AG's Motion for Relief from Automatic Stay to Effect Setoff [Doc. No. 4529] previously scheduled for March 2, 2010 at 11:00 a.m. has been adjourned to April 8, 2010 at 2:00 p.m.  The objection deadline has been adjourned to March 16, 2010 at 5:00 p.m., and the deadline for replies to objections has been adjourned to March 30, 2010 at 5:00 p.m.

Dated: New York, New York
       February 8, 2010

                                                     BINGHAM McCUTCHEN LLP

                                                     By: /s/ Jared R. Clark
                                                         Robert M. Dombroff
                                                         Jeffrey S. Sabin
                                                         Jared R. Clark
                                                         399 Park Avenue
                                                         New York, NY 10022
                                                         (212) 705-7000

Attorneys for Deutsche Bank AG

A/73288786.1