HUNTON & WILLIAMS LLP
Peter S. Partee
Richard P. Norton
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

and

J.R. Smith (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Attorneys for Philip Morris USA*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.* | : | |
| (f/k/a GENERAL MOTORS CORP., et al.), | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that Hunton & Williams LLP no longer represents Philip Morris USA in connection with the above-referenced jointly administered bankruptcy cases and hereby withdraws its Notice of Appearance and Request for Service of Papers as counsel for Philip Morris USA in the cases. Hunton & Williams LLP further requests that the following persons and addresses be removed from the Court's mailing matrix and the official service list maintained in the case:

        Peter S. Partee
        HUNTON & WILLIAMS LLP
        200 Park Avenue
        New York, New York 10166
        Telephone: (212) 309-1000
        Facsimile: (212) 309-1100

Email: ppartee@hunton.com

Richard P. Norton
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
Email: rnorton@hunton.com

Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
Email: sbernstein@hunton.com

J.R. Smith
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone:  (804) 788-8200
Facsimile: (804) 788-8218
Email: jrsmith@hunton.com

Dated:  New York, New York
February 9, 2010

HUNTON & WILLIAMS LLP

By:   */s/ Peter S. Partee*
　　Peter S. Partee
　　Richard P. Norton
　　Scott H. Bernstein
　　200 Park Avenue
　　New York, New York 10166
　　Telephone:  (212) 309-1000
　　Facsimile:   (212) 309-1100

*Attorneys for Philip Morris USA*

HUNTON & WILLIAMS LLP
Peter S. Partee
Richard P. Norton
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

and

J.R. Smith (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Attorneys for Philip Morris USA*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.* | : | |
| (f/k/a GENERAL MOTORS CORP., et al.), | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ): SS
COUNTY OF NEW YORK   )

Constance Andonian being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. February 9, 2010, I filed the foregoing *Notice of Withdrawal of Appearance and Request for Removal from Service List* (the "Notice") with the Clerk of Court using the CM/ECF system, which sent a notification of such filing to all parties requesting electronic service via the Court's CM/ECF system and served a true and correct copy of the Notice on the parties listed on the annexed service list by United States Postal Service first class mail, postage prepaid**.**

Dated: New York, New York
            February 9, 2010

                                                                                    Constance Andonian

Sworn to before me on this
9th day of February 2010

_____
            Notary Public

## SERVICE LIST

The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, NY 10004

General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-3000

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Joseph R. Sgroi, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Garden City Group Claims Agent
105 Maxess Road
Melville, NY 11747

Brian S. Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Eric Fisher, Esq.
Butzel Long, A Professional Corporation
380 Madison Avenue
22nd Floor
New York, NY 10017

Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

65000.008100 EMF_US 29713869v4