

D & M Oil Field Services
DBA
# D & M Contracting Co.
P.O. Box 362, Randolph, OH 44265
1-800-334-0003 • 330-935-2801 • FAX 330-935-2925

**Contracting**

*Environmental & Conservation Contractors • Lakes, Ponds, & Wildlife Development*

January 19, 2010

United States Bankruptcy Court, SDNY
One Bowling Green
Room 534
New York, NY 10004
Attn: Doug Wagner

RECEIVED
FEB 8 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

**RE: General Motors / Hilltop Landfill**

Dear Sir,

We are writing to you in regard to our dedication to General Motors & particularly Chevrolet vehicles. Our Company & I have been dedicated to G.M. since 1978; along with family members have purchased dozens of vehicles since then all Chevrolets. Attached please find photo's of our G.M. vehicles we presently own & drive, including 10 vehicles the latest being a 2010.

Since 1992 our Company has been maintaining a closed landfill in Canfield, Ohio, as a Sub-contractor for Conestoga Rovers & Associates of which G.M. was the main generator of waste at this site. As you know G.M. filed Bankruptcy June 1, 2009, at which time we were asked by G.M. thru C.R.A. to continue our service so as not to pollute the environment. G.M. in turn asked us to be patient that they would pay us. G.M. extended the work orders and P.O. amounts to cover our services which included G.M.'s fees for disposal costs of which we also had to pay.

Had G.M. told us we would not be paid we would have contacted the Ohio EPA of whom we are vendors. The EPA would have paid us, and re-covered their costs from General Motors. G.M. the bankruptcy court for G.M. and the people involved blatantly lied to us. As per attached e-mail dated Oct. 27, 2009 we are less likely to be paid.

Gentlemen, we are a small company, whom we have laid off all of Employee's but 3 due to the fact of the financial hardship G.M. has put on us. They owe us $67,869.16 per attached invoices. i am expecting to be contacted by General Motors and Motors Liquidation and explained how G.M. can just walk away from there environmental obligations after saying they would be responsible.

If we are not paid there will never be another G.M. vehicle purchased by D & M Contracting Co. or our family members along with discouraging anyone we are in contact with from buying G.M. venicles.
Please contact me at #330-802-0457.

Respectfully,

Dale Miller

W.M.B.E.   Woman Minority Business Enterprise

## DALE MILLER

| | |
|---|---|
| **From:** | "Shepherd, Ryan" <rrshepherd@craworld.com> |
| **To:** | <DMILLER88@neo.rr.com> |
| **Cc:** | "Filing" <Filing@craworld.com> |
| **Sent:** | Monday, June 01, 2009 4:19 PM |
| **Subject:** | GM Bankruptcy - Hilltop Landfill (CRA 4706) |

Hi Dale/
As we discussed today, GM has now officially declared bankruptcy in the US. Please continue with all critical aspects for Hilltop Landfill, including leachate collection and disposal activities. We cannot allow leachate to flow past the collection systems into the creek.  For now, please continue to sign the manifests as you have in the past. Hopefully, we will be provided with additional guidance from GM very soon.  If you have any questions, please feel free to call me.

Thanks and Regards,
Ryan Shepherd, P.Eng.
Associate
Conestoga-Rovers & Associates
651 Colby Drive
Waterloo, Ontario
Canada  N2V 1C2
Phone: (519) 884-0510
Fax: (519) 884-0525
Cell: (519) 502-4885
24-Hour Emergency Spill Response: 1-800-679-9082

## DALE MILLER

| | |
|---|---|
| **From:** | "Shepherd, Ryan" <rrshepherd@craworld.com> |
| **To:** | <DMILLER88@neo.rr.com> |
| **Cc:** | "Filing" <Filing@craworld.com> |
| **Sent:** | Monday, August 31, 2009 3:41 PM |
| **Subject:** | Old Toth/Hilltop Leachate Collection and Disposal Activities (CRA 4706) |

Hi Dale/
As discussed, we have been instructed by Doug Wagner on behalf of Motors Liquidation Company (MLC) to continue with our leachate collection and disposal activities at Hilltop Landfill until the end of September 2009. We are sending  MLC a change order with additional budget for these activities today.  I will e-mail you to confirm when this change order is approved by MLC.

Best Regards,
Ryan Shepherd, P.Eng.
Associate
Conestoga-Rovers & Associates
651 Colby Drive
Waterloo, Ontario
Canada  N2V 1C2
Phone: (519) 884-0510
Fax: (519) 884-0525
Cell: (519) 502-4885
www.CRAworld.com
24-Hour Emergency Spill Response: 1-800-679-9082

## DALE MILLER

**From:** "Shepherd, Ryan" <rrshepherd@craworld.com>
**To:** <DMILLER88@neo.rr.com>
**Sent:** Tuesday, October 27, 2009 12:21 PM
**Subject:** FW: Old Toth/Hilltop Landfill Invoices (CRA 4706)

Hi Dale - see below e-mail info - not good news. I will keep you updated. Ryan

---

**From:** Richardson, Shannon
**Sent:** Tuesday, October 27, 2009 9:23 AM
**To:** Shepherd, Ryan
**Subject:** RE: Old Toth/Hilltop Landfill Invoices (CRA 4706)

Ryan,
The call went ok but we have no additional information on payment schedule. I have a call with Ian and Glenn and some of the accounting folks this afternoon to begin sifting through all of the information provided by MLC yesterday. I have another follow up call with MLC on November 9th. The Old Toth Landfill is a liability only site so it is less likely to be paid (especially pre October 9th invoices) than the others but we are working hard to recover what we can.
Shannon

---

**From:** Shepherd, Ryan
**Sent:** Tuesday, October 27, 2009 8:18 AM
**To:** Richardson, Shannon
**Subject:** RE: Old Toth/Hilltop Landfill Invoices (CRA 4706)

Hi Shannon
How did the call go? Do you have an update on payment? Thanks, Ryan

---

**From:** Richardson, Shannon
**Sent:** Monday, October 19, 2009 8:29 PM
**To:** Shepherd, Ryan
**Subject:** RE: Old Toth/Hilltop Landfill Invoices (CRA 4706)

Hi Ryan,
I will be sure to let you know.
Shannon

---

**From:** Shepherd, Ryan
**Sent:** Monday, October 19, 2009 5:01 PM
**To:** Richardson, Shannon
**Subject:** RE: Old Toth/Hilltop Landfill Invoices (CRA 4706)

Hi Shannon - Please let me know how your discussion with Tony goes. I need to know when they will be paying our AR for Hilltop (non GM-owned site). Thanks, Ryan

---

September 1, 2009

Sheila Abraham
Catherine A. Stroup, Esq.
Ohio EPA
Lazarus Government Center
50W. Town Street, Suite 700
Columbus, OH 43215

Re: Hilltop / Toth Landfill, Canfield, Ellsworth Township, Mahoning County, OH

This letter serves as notice that Motors Liquidation Company (f/k/a General Motors Corporation) is no longer capable of funding or conducting any environmental remediation and maintenance at the Hilltop (Old Toth) Landfill (the Facility) in Mahoning County, Ellsworth Township, OH as provided for in the September 30, 1990 Director's Final Findings and Orders. Specifically, as of September 30, 2009, Motors Liquidation Company will no longer empty and dispose of the contents of the two on-site leachate collection tanks at the Facility. In order to accommodate Ohio EPA's need to make alternate arrangements for environmental remediation and maintenance of the Facility, Motors Liquidation Company will continue to empty and dispose of the contents of the two on-site leachate collection tanks until and on September 30, 2009, in a manner commensurate with Motors Liquidation Company's past practice at the Facility. Motors Liquidation Company's willingness to empty and dispose of the contents of the two on-site leachate collection tanks until and on September 30, 2009 shall in no way be construed to waive or otherwise prejudice Motors Liquidation Company's status or rights as a Chapter 11 Debtor or its rights under the July 5, 2009, United States Bankruptcy Court for the Southern District of New York Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., A U.S. Treasury Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief. Any and all of Motors Liquidation Company's liabilities with respect the Facility shall cease not later than September 30, 2009.

Sincerely yours,

Motors Liquidation Company

By:

James M. Redwine

cc:    James Wells, GE Commercial & Industrial

## DALE MILLER

| | |
|---|---|
| **From:** | "Shepherd, Ryan" <rrshepherd@craworld.com> |
| **To:** | <DMILLER88@neo.rr.com> |
| **Sent:** | Tuesday, October 27, 2009 12:21 PM |
| **Subject:** | FW: Old Toth/Hilltop Landfill Invoices (CRA 4706) |

Hi Dale - see below e-mail info - not good news.  I will keep you updated.  Ryan

---

**From:** Richardson, Shannon
**Sent:** Tuesday, October 27, 2009 9:23 AM
**To:** Shepherd, Ryan
**Subject:** RE: Old Toth/Hilltop Landfill Invoices (CRA 4706)

Ryan,
The call went ok but we have no additional information on payment schedule. I have a call with Ian and Glenn and some of the accounting folks this afternoon to begin sifting through all of the information provided by MLC yesterday. I have another follow up call with MLC on November 9th. The Old Toth Landfill is a liability only site so it is less likely to be paid (especially pre October 9th invoices) than the others but we are working hard to recover what we can.
Shannon

---

**From:** Shepherd, Ryan
**Sent:** Tuesday, October 27, 2009 8:18 AM
**To:** Richardson, Shannon
**Subject:** RE: Old Toth/Hilltop Landfill Invoices (CRA 4706)

Hi Shannon
How did the call go?  Do you have an update on payment?  Thanks, Ryan

---

**From:** Richardson, Shannon
**Sent:** Monday, October 19, 2009 8:29 PM
**To:** Shepherd, Ryan
**Subject:** RE: Old Toth/Hilltop Landfill Invoices (CRA 4706)

Hi Ryan,
I will be sure to let you know.
Shannon

---

**From:** Shepherd, Ryan
**Sent:** Monday, October 19, 2009 5:01 PM
**To:** Richardson, Shannon
**Subject:** RE: Old Toth/Hilltop Landfill Invoices (CRA 4706)

Hi Shannon - Please let me know how your discussion with Tony goes.  I need to know when they will be paying our AR for Hilltop (non GM-owned site).  Thanks, Ryan

10:15 AM
01/19/10
Accrual Basis

# D. & M. CONTRACTING CO.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|------|------|-----|------|----------|--------------|--------|
| **GENERAL MOTORS INC.** | | | | | | |
| **JOB# 02 TRANSFER LEACHATE** | | | | | | |
| Invoice | 6/2/2009 | 9951 | INV. #9951 ... | 6/2/2009 | 20,260.98 | 20,260.98 |
| Invoice | 6/5/2009 | 9940 | INV. #9940 ... | 6/5/2009 | 18,549.03 | 18,549.03 |
| Invoice | 7/1/2009 | 9965 | INV. #9965 ... | 7/1/2009 | 10,772.57 | 10,772.57 |
| Invoice | 8/1/2009 | 9375 | INV. #9975 ... | 8/1/2009 | 12,968.07 | 12,968.07 |
| Invoice | 9/1/2009 | 9967 | INV. #9967 H... | 9/1/2009 | 5,318.51 | 5,318.51 |
| Total JOB# 02 TRANSFER LEACHATE | | | | | 67,869.16 | 67,869.16 |
| Total GENERAL MOTORS INC. | | | | | 67,869.16 | 67,869.16 |
| **TOTAL** | | | | | 67,869.16 | 67,869.16 |

Page 1




**D & M Oil Field Serivices**
DBA

# D & M Contracting Co.

P.O. Box 362, Randolph, OH 44265
1-800-334-0003 • 330-935-2801 • FAX 330-935-2925

*Environmental & Conservation Contractors* • *Lakes, Ponds, & Wildlife Development*

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 6/5/2009 | 9940 |

| BILL TO | SHIP TO |
|---------|---------|
| GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>651 COLBY DRIVE, WATERLOO<br>ONTARIO, CANADA N2V 1C2<br>ATTN: MR. RYAN SHEPHERD | GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>HILLTOP LANDFILL<br>CANFIELD, OHIO |

| P.O. NO. | 10-001409 |
|----------|-----------|

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | * MAINTAIN, TRANSFER& TRANSPORT LEACHATE & CHECK HILLTOP LANDFILL, CANFIELD, OHIO*<br>( MAY 2009 )<br>* SEE ATTACHED DAILY JOB REPORTS * | |
| LANDFIL... | 05/01/09 1). CHECK TANKS, LINES & SITE. 2). BLEED AIR, PURGE & WALK OUT LINE FROM TANK #3 TO TANK #1 TO ALLOW LEACHATE TO DRAIN FROM TANK #3 TO TANK #1. | 299.99 |
| LANDFIL... | 05/03/09 1). CHECKED TANKS, LINES & SITE. 2). TANK #1 NEAR FULL, SHUT OFF TANK #2 & 3 | 224.25 |
| LANDFIL... | 05/04/09 1). SAFETY MEETING. 2). CHECK TANKS, LINES & SITE. 3). HOOK UP LINES & SITE 4). TRANSPORT 5040 GALLONS LEACHATE TO DISPOSAL FACILITY | 2,019.25 |
| LANDFIL... | 05/05/09 1). SAFETY MEETING. 2). CHECK TANKS, LINES & SITE. 3). HOOK UP LINES, PUMPS PUMP 5040 GALLONS TO TRANSPORT. 4). TRANSPORT 5040 GALLONS TO DISPOSAL FACILITY. | 2,019.25 |
| LANDFIL... | 05/06/09 1). CHECKED TANKS, LINES & SITE | 224.25 |
| LANDFIL... | 05/07/09 1). CHECKED TANKS, LINES & SITE. 2). BLED AIR FORM LINE FROM TANK #3 | 261.50 |
| LANDFIL... | 05/08/09 1). SHIPPED LEACHATE. CHECKED TANKS, LINES & SITE ( 4760 GALLONS ) | 1,977.00 |
| LANDFIL... | 05/10/09 1). CHECKED TANKS, LINES & SITE | 224.25 |
| VARIOUS... | MILLER & COMPANY SANITATION SERVICES FOR HILLTOP LANDFILL | 101.59 |
| LANDFIL... | 05/11/09 1). SAFETY MEETING. 2). CHECK TANKS, LINES & SITE. 3). HOOK UP LINES & PUMPS PUMP 5040 GALLONS LEACHATE TO 5000 GALLON TRANSPORT TANKER. 4). SHIP 5050 GALLONS TO THE DISPOSAL FACILITY | 2,019.25 |
| LANDFIL... | 05/12/09 1). CHECKED TANKS, LINES & SITE<br>( Continued to Page #2 ) | 224.25 |

| * IT'S BEEN A PLEASURE WORKING WITH YOU * | **Total** | |
|--------------------------------------------|-----------|---|

W.M.B.E. - Woman Minority Business Enterprise



D & M Oil Field Services
DBA

# D & M Contracting Co.



P.O. Box 362, Randolph, OH 44265
1-800-334-0003 • 330-935-2801 • FAX 330-935-2925

Environmental & Conservation Contractors   •   Lakes, Ponds, & Wildlife Development


# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 6/5/2009 | 9940 |

| BILL TO | SHIP TO |
|---------|---------|
| GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>651 COLBY DRIVE. WATERLOO<br>ONTARIO. CANADA N2V 1C2<br>ATTN: MR. RYAN SHEPHERD | GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>HILLTOP  LANDFILL<br>CANFIELD, OHIO |

| P.O. NO. | 10-001409 |
|----------|-----------|

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | ( Page #2 ) | |
| LANDFIL... | 05/13/09  1). CHECKED TANKS, LINES & SITE | 224.25 |
| LANDFIL... | 05/14/09  1). SAFETY MEETING. 2). HOOK UP LINES & PUMPS. 3). PUMP 4900 GALLONS LEACHATE TO 5000 GALLON TANKER. 4). SHIP & TRANSPORT 4900 GALLON TO DISPOSAL SITE. | 2,019.25 |
| LANDFIL... | 05/15/09  1). CHECKED TANKS. LINES & SITE | 224.25 |
| LANDFIL... | 05/18/09  1). CHECKED TANKS, LINES & SITE | 224.25 |
| LANDFIL... | 05/19/09  1). CHECKED TANKS. LINES & SITE | 224.25 |
| LANDFIL... | 05/20/09  1). SAFETY MEETING. 2). CHECK TANKS. LINES & SITE. 3). HOOK UP PUMPS, PUMP 5040 GALLONS TO TANKER. 4). TRANSPORT & DISPOSE 5040 GALLONS TO DISPOSAL - MANIFEST #1600 | 2,019.25 |
| LANDFIL... | 05/22/09  1). CHECKED TANKS. LINES & SITE | 224.25 |
| LANDFIL... | 05/25/09  1). CHECKED TANKS. LINES & SITE | 224.25 |
| LANDFIL... | 05/26/09  1). CHECKED TANKS. LINES & SITE | 224.25 |
| LANDFIL... | 05/29/09  1). SAFETY MEETING. 2). CHECK TANKS. LINES & SITE. 3). HOOK UP LINES & PUMPS 4). PUMP & LOAD 5040 GALLONS ONTO TANKER. 5). TRANSPORT & DISPOSE OF 5050 GALLONS-MANIFEST#1601 | 2,019.25 |
| LANDFIL... | 05/31/09  1). CHECKED TANKS. LINES & SITE | 224.25 |
| DISPOSA... | LEACHATE DISPOSAL FEE FROM ALLIANCE WASTEWATER TREATMENT PLANT | 1,102.45 |

| * IT'S  BEEN  A  PLEASURE  WORKING  WITH  YOU * | **Total** | **$18,549.03** |
|---|---|---|



**D&M**

**Contracting**

D & M Oil Field Services
DBA

# D & M Contracting Co.

P.O. Box 362, Randolph, OH 44265
1-800-334-0003 • 330-935-2801 • FAX 330-935-2925

*Environmental & Conservation Contractors  •  Lakes, Ponds, & Wildlife Development*

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/2/2009 | 9951 |

| BILL TO | SHIP TO |
|---|---|
| GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>651 COLBY DRIVE, WATERLOO<br>ONTARIO, CANADA N2V 1C2<br>ATTN: MR. RYAN SHEPHERD | GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>HILLTOP LANDFILL<br>CANFIELD, OHIO |

| P.O. NO. | 10-001409 |
|---|---|

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| | * MAINTAIN, TRANSFER & TRANSPORT LEACHABLE & CHECK HILLTOP LANDFILL, CANDIED, OH *<br>( JUNE 2009 )<br>* SEE ATTACHED DAILY JOB REPORTS * | |
| LANDFIL... | 06/02/09  1). CHECKED TANKS, LINES & SITE | 224.25 |
| LANDFIL... | 06/03/09  1). CHECKED TANKS, LINES & SITE | 224.25 |
| LANDFIL... | 06/04/09  1). SAFETY MEETING. 2). CHECK TANKS, LINES & SITE. 3). HOOK UP PUMPS, LOAD<br>4865 GALLONS ON TRANSPORT. 4). TRANSPORT 4865 GALLON, MANIFEST 1602<br>TO DISPOSAL. | 2,019.25 |
| LANDFIL... | 06/05/09  1). CHANGED VALVES ON JUNCTION, CAM LOCK FITTING THAT WAS CRACKED.<br>PER RYAN SHEPHERD. | 1,985.00 |
| LANDFIL... | 06/07/09  1). CHECKED TANKS, LINES & SITE | 224.25 |
| LANDFIL... | 06/09/09  1). CHECKED TANKS, LINES & SITE | 224.00 |
| VARIOUS... | MILLER & COMPANY SANITATION SERVICES FOR HILLTOP LANDFILL | 104.35 |
| LANDFIL... | 06/11/09  1). CHECKED TANKS, LINES & SITE | 224.50 |
| LANDFIL... | 06/12/09  1). SAFETY MEETING. 2). CHECK SITE, LINES & TANKS. 3). HOOK UP PUMP & LINES.<br>4). PUMP & LOAD TANKER. 5). LOADED 4410 GALLONS LEACHATE, MANIFEST #1603<br>6). TRANSPORT 4410 GALLONS LEACHATE TO DISPOSAL FACILITY. | 2,216.51 |
| LANDFIL... | 06/17/09  1). CHECKED TANKS, LINES & SITE | 224.50 |
| LANDFIL... | 06/18/09  1). SAFETY MEETING. 2). CHECK TANKS, LINES & SITE. 3). HOOKUP PUMPS & LINE<br>PUMP & LOAD 5040 GALLONS, MANIFEST #1604. 4). TRANSPORTED & DISPOSED OF<br>LEACHATE. NOTE: DRIVES & ROADS SEVERELY WASHED OUT, DUE TO HEAVY RAINS.<br>( Page #2 ) | 2,019.25 |

| * IT'S  BEEN  A  PLEASURE  WORKING  WITH  YOU  * | **Total** | |
|---|---|---|

W.M.B.E.  Woman Minority Business Enterprise



**D & M Oil Field Services**
DBA

# D & M Contracting Co.

**Contracting**

P.O. Box 362, Randolph, OH 44265
1-800-334-0003 • 330-935-2801 • FAX 330-935-2925

*Environmental & Conservation Contractors  •  Lakes, Ponds, & Wildlife Development*

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 6/2/2009 | 9951 |

| BILL TO | SHIP TO |
|---------|---------|
| GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>651 COLBY DRIVE. WATERLOO<br>ONTARIO. CANADA N2V 1C2<br>ATTN: MR. RYAN SHEPHERD | GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>HILLTOP  LANDFILL<br>CANFIELD, OHIO |

| P.O. NO. | 10-001409 |
|----------|-----------|

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| LANDFIL... | 06/19/09  1).  SAFETY MEETING. 2).  CHECK TANKS, LINES & SITE.  3).  HOOK UP PUMPS. 4).  PUMP & LOAD 5040 GALLON LEACHATE, MANIFEST #1605. 5).  TRANSPORT & DISPOSE OF 5040 GALLONS. | 2,019.25 |
| LANDFIL... | 06/21/09  1).  CHECK TANKS. LINES & SITE - NOTE:  ROADWAYS, WALKWAYS & PATHS EXTREMELY WASHED OUT FROM TORRENTIAL RAINS. | 224.25 |
| LANDFIL... | 06/22/09  1).  SAFETY MEETING. 2).  CHECK TANKS. LINES & SITE. 3).  HOOK UP LINES & PUMPS 4).  PUMP & LOAD 5040 GALLONS ONTO TANKER TRANSPORT 5).  TRANSPORT 5040 GALLONS TO DISPOSAL FACILITY - MANIFEST#1606 | 2,019.25 |
| LANDFIL... | 06/24/09  1).  CHECKED TANKS, LINES & SITE | 224.25 |
| LANDFIL... | 06/27/09  1).  CHECKED TANKS, LINES & SITE.  NOTE:  ROADWAY WASHED OUT MORE FROM SEVERE STORM ON THURSDAY 06/25/09. BECOMING IMPASSIBLE. | 224.25 |
| LANDFIL... | 06/29/09  1).  SAFETY MEETING. 2).  CHECK TANKS. LINES & SITE. 3).  HOOK UP PUMP & LINES 4).  PUMP 5040 GALLONS OF LEACHATE ONTO 5000 GALLON TANKER. 5).  TRANSPORT & DISPOSE OF 5040 GALLONS OF LEACHATE MANIFEST #1607 | 2,019.25 |
| DISPOSA... | LEACHATE DISPOSAL FEE FOR CITY OF ALLIANCE WASTEWATER TREATMENT PLANT | 3,840.37 |

| * IT'S  BEEN  A PLEASURE  WORKING  WITH  YOU * | **Total** | $20,260.98 |
|-----------------------------------------------|-----------|------------|



**D&M Contracting**

D & M Oil Field Services
DBA

# D & M Contracting Co.

P.O. Box 362, Randolph, OH 44265
1-800-334-0003 • 330-935-2801 • FAX 330-935-2925

*Environmental & Conservation Contractors • Lakes, Ponds, & Wildlife Development*

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 7/1/2009 | 9965 |

| BILL TO | SHIP TO |
|---------|---------|
| GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>651 COLBY DRIVE, WATERLOO<br>ONTARIO. CANADA N2V 1C2<br>ATTN: MR. RYAN SHEPHERD | GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>HILLTOP LANDFILL<br>CANFIELD, OHIO |

| P.O. NO. | 10-001409 |
|----------|-----------|

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | * MAINTAIN. TRANSFER & TRANSPORT LEACHATE & CHECK HILLTOP LANDFILL, CANFIELD, OH *<br>* JULY 2009 *<br>* SEE ATTACHED DAILY JOB REPORTS * | |
| LANDFIL... | 07/02/09 1). CHECKED TANKS. LINES & SITE | 224.25 |
| LANDFIL... | 07/04/09 1). CHECKED TANKS. LINES & SITE. NOTE! GATE WAS OPEN UPON ARRIVAL, NO ONE ON SITE, MOWING HAD BEEN DONE BEHIND FENCE, POSSIBLY LEFT GATE OPEN. | 224.25 |
| LANDFIL... | 07/06/09 1). CHECKED TANKS. LINES & SITE. NOTE! ROADWAY & WALKWAY IN VERY BAD CONDITION. DUE TO STORMS. | 224.25 |
| LANDFIL... | 07/10/09 1). SAFETY MEETING. 2). CHECK TANKS. LINES & SITE. 3). HOOK UP PUMPS & LINES. 4). LOAD 5040 GALLONS LEACHATE. 5). TRANSPORT 5040 GALLONS, MANIFEST #1608 6). DRAIN LINES & PUMPS | 1,856.75 |
| VARIOUS... | MILLER & COMPANY SANITATION SERVICES FOR HILLTOP LANDFILL | 102.82 |
| LANDFIL... | 07/13/09 1). CHECKED TANKS. LINES & SITE | 224.25 |
| LANDFIL... | 07/15/09 1). CHECKED TANKS. LINES & SITE | 224.25 |
| LANDFIL... | 07/16/09 1). CHECK TANKS. LINES & SITE | 224.25 |
| LANDFIL... | 07/20/09 1). SAFETY MEETING. 2). CHECK TANKS. LINES & SITE. 3). HOOK UP PUMPS & LINES 4). PUMP 2500 GALLONS LEACHATE TO TANKER | 2,339.00 |
| LANDFIL... | 07/23/09 1). CHECKED TANKS. LINES & SITE | 224.25 |
| LANDFIL... | 07/24/09 1). SAFETY MEETING. 2). CHECK TANKS. LINES & SITE. 3). HOOK UP PUMPS & LINES 4). PUMPED LOAD 5040 GALLONS LEACHATE. 5). TRANSPORTED & ADIPOSE OF 5040 GALLONS @ DISPOSAL FACILITY. | 2,024.29 |

| * IT'S BEEN A PLEASURE WORKING WITH YOU * | **Total** | |
|---|---|---|

W.M.B.E.  Woman Minority Business Enterprise




D & M Oil Field Services
DBA

# D & M Contracting Co.

P.O. Box 362, Randolph, OH 44265
1-800-334-0003 • 330-935-2801 • FAX 330-935-2925

**Contracting**

Environmental & Conservation Contractors  •  Lakes, Ponds, & Wildlife Development

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 7/1/2009 | 9965 |

| BILL TO | SHIP TO |
|---------|---------|
| GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>651 COLBY DRIVE. WATERLOO<br>ONTARIO. CANADA N2V 1C2<br>ATTN: MR. RYAN SHEPHERD | GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>HILLTOP LANDFILL<br>CANFIELD, OHIO |

| P.O. NO. | 10-001409 |
|----------|-----------|

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | ( Page #2 ) | |
| LANDFIL... | 07/29/09  1).  CHECKED TANKS. LINES & SITE.   NOTE!  ROADWAY & WALKS ARE EXTREMELY WASHED OUT & DANGEROUS. | 224.25 |
| LANDFIL... | 07/31/09  1). SAFETY MEETING. 2).  HOOK UP PUMP & LINES. 3).  PUMP & LOAD 5040 GALLONS LEACHATE, MANIFEST #1612.  4).  TRANSPORT & DISPOSE 5040 GALLONS | 2,019.25 |
| DISPOSA... | DISPOSAL FEE FOR MONTH FROM CITY OF ALLIANCE WASTEWATER TREATMENT PLANT | 636.46 |

| * IT'S  BEEN  A  PLEASURE  WORKING  WITH  YOU * | **Total** | $10,772.57 |
|---|---|---|

W.M.B.E.   Woman Minority Business Enterprise




**D & M**

**Contracting**

D & M Oil Field Services
DBA

# D & M Contracting Co.

P.O. Box 362, Randolph, OH 44265
**1-800-334-0003 • 330-935-2801 • FAX 330-935-2925**

*Environmental & Conservation Contractors   •   Lakes, Ponds, & Wildlife Development*

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/1/2009 | 9975 |

| BILL TO | SHIP TO |
|---------|---------|
| GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>651 COLBY DRIVE, WATERLOO<br>ONTARIO, CANADA  N2V 1C2<br>ATTN: MR. RYAN SHEPHERD | GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>HILLTOP  LANDFILL<br>CANFIELD, OHIO |

| P.O. NO. | 10-001409 |
|----------|-----------|

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  | *MAINTAIN, TRANSFER & TRANSPORT LEACHATE & CHECK HILLTOP LANDFILL, CANFIELD, OH *<br>* AUGUST 2009 *<br>* SEE ATTACHED DAILY JOB REPORTS * |  |
| LANDFIL... | 08/07/09  1).  CHECKED TANKS, LINES & SITE | 224.25 |
| LANDFIL... | 08/09/09  1).  CHECKED TANKS, LINES & SITE | 224.25 |
| LANDFIL... | 08/11/09  1).  SAFETY MEETING. 2).  CHECK TANKS, LINES & SITE. 3).  HOOK UP PUMPS,<br>PUMP & LOAD  5040 GALLONS LEACHATE, MANIFEST#1613. 4).  TRANSPORT 5040<br>GALLONS TO DISPOSAL FACILITY.<br>NOTE! ROADWAYS & WALKWAYS VERY "DANGEROUS" FROM WASHOUTS!!! | 2,019.25 |
| VARIOUS... | MILLER & COMPANY SANITATION SERVICES FOR HILLTOP LANDFILL | 104.36 |
| LANDFIL... | 08/14/09  1).  CHECKED TANKS, LINES & SITE. 2).  MOVED STRAW BOX OUT FROM WINTERIZATION<br>NOTE:  BOX SERVICE WAS CHARGED @ $20.00 PER DAY, SINCE DEC. 2008 | 5,665.00 |
| LANDFIL... | 08/18/09  1).  SAFETY MEETING. 2).  CHECKED TANKS, LINES & SITE. 3).  HOOK UP PUMPS &<br>LINES. 4).  PUMP 5040 GALLONS INTO TANK TRANSPORT. 5).  TRANSPORTED 5040<br>GALLONS, MANIFEST #1614.<br>NOTE:  ROADWAYS & WASHOUT VERY DANGEROUS FROM WASHOUTS!! | 2,019.25 |
| LANDFIL... | 08/21/09  1).  SAFETY MEETING. NOTE! SEE WARNING ABOUT THE DANGER OF WASHOUTS ON<br>ROADWAYS & WALKWAYS. 2).  CHECK TANKS, LINES & SITE. 3).  HOOK UP LINES &<br>PUMPS. 4).  PUMP & LOAD 4725 GALLONS. 5).  TRANSPORT & DISPOSE OF LEACHATE.<br>6).  SHIPPED 4725 GALLONS , MANIFEST #1615. | 2,019.25 |
| LANDFIL... | 08/29/09  1).  CHECKED TANKS, LINES & SITE | 224.25 |
| DISPOSA... | DISPOSAL FEE FROM CITY OF ALLIANCE WASTEWATER PLANT | 468.21 |

| * IT'S  BEEN A PLEASURE WORKING WITH YOU * | **Total** | **$12,968.07** |
|---|---|---|

W.M.B.E   Woman Minority Business Enterprise



D & M Oil Field Services
DBA

# D & M Contracting Co.

P.O. Box 362, Randolph, OH 44265
1-800-334-0003 • 330-935-2801 • FAX 330-935-2925

**Contracting**

*Environmental & Conservation Contractors • Lakes, Ponds, & Wildlife Development*

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/1/2009 | 9975 |

| BILL TO | SHIP TO |
|---------|---------|
| GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>651 COLBY DRIVE. WATERLOO<br>ONTARIO. CANADA N2V 1C2<br>ATTN: MR. RYAN SHEPHERD | GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>HILLTOP LANDFILL<br>CANFIELD, OHIO |

| P.O. NO. | 10-001409 |
|----------|-----------|

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | *MAINTAIN, TRANSFER & TRANSPORT LEACHATE & CHECK HILLTOP LANDFILL, CANFIELD, OH *<br>* AUGUST 2009 *<br>* SEE ATTACHED DAILY JOB REPORTS * | |
| LANDFIL... | 08/07/09 1). CHECKED TANKS, LINES & SITE | 224.25 |
| LANDFIL... | 08/09/09 1). CHECKED TANKS, LINES & SITE | 224.25 |
| LANDFIL... | 08/11/09 1). SAFETY MEETING. 2). CHECK TANKS. LINES & SITE. 3). HOOK UP PUMPS,<br>PUMP & LOAD 5040 GALLONS LEACHATE. MANIFEST#1613. 4). TRANSPORT 5040<br>GALLONS TO DISPOSAL FACILITY.<br>NOTE! ROADWAYS & WALKWAYS VERY "DANGEROUS" FROM WASHOUTS!!! | 2,019.25 |
| VARIOUS... | MILLER & COMPANY SANITATION SERVICES FOR HILLTOP LANDFILL | 104.36 |
| LANDFIL... | 08/14/09 1). CHECKED TANKS, LINES & SITE. 2). MOVED STRAW BOX OUT FROM WINTERIZATION<br>NOTE: BOX SERVICE WAS CHARGED @ $20.00 PER DAY, SINCE DEC. 2008 | 5,665.00 |
| LANDFIL... | 08/18/09 1). SAFETY MEETING. 2). CHECKED TANKS. LINES & SITE. 3). HOOK UP PUMPS &<br>LINES. 4). PUMP 5040 GALLONS INTO TANK TRANSPORT. 5). TRANSPORTED 5040<br>GALLONS, MANIFEST #1614.<br>NOTE: ROADWAYS & WASHOUT VERY DANGEROUS FROM WASHOUTS!! | 2,019.25 |
| LANDFIL... | 08/21/09 1). SAFETY MEETING. NOTE! SEE WARNING ABOUT THE DANGER OF WASHOUTS ON<br>ROADWAYS & WALKWAYS. 2). CHECK TANKS, LINES & SITE. 3). HOOK UP LINES &<br>PUMPS. 4). PUMP & LOAD 4725 GALLONS. 5). TRANSPORT & DISPOSE OF LEACHATE.<br>6). SHIPPED 4725 GALLONS . MANIFEST #1615. | 2,019.25 |
| LANDFIL... | 08/29/09 1). CHECKED TANKS, LINES & SITE | 224.25 |
| DISPOSA... | DISPOSAL FEE FROM CITY OF ALLIANCE WASTEWATER PLANT | 468.21 |

| * IT'S BEEN A PLEASURE WORKING WITH YOU * | **Total** | $12,968.07 |
|--------------------------------------------|-----------|------------|




D & M Oil Field Services
DBA

# D & M Contracting Co.

P.O. Box 362, Randolph, OH 44265
1-800-334-0003 • 330-935-2801 • FAX 330-935-2925

**Contracting**

*Environmental & Conservation Contractors* • *Lakes, Ponds, & Wildlife Development*

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 9/1/2009 | 9987 |

| BILL TO | SHIP TO |
|---------|---------|
| GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>651 COLBY DRIVE, WATERLOO<br>ONTARIO, CANADA N2V 1C2<br>ATTN: MR. RYAN SHEPHERD | GENERAL MOTORS<br>C/O CONESTOGA ROVERS & ASSOC.<br>HILLTOP LANDFILL<br>CANFIELD, OHIO |

| P.O. NO. | 10-001409 |
|----------|-----------|

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | * MAINTAIN, TRANSER, TRANSPORT LEACHATE & CHECK HILLTOP LANDFILL, CANFIELD, OHIO*<br>* SEPTEMBER 2009 *<br>* SEE ATTACHED DAILY JOB REPORTS * | |
| LANDFIL... | 09/05/09  1).  CHECKED TANKS, LINES & SITE | 224.25 |
| LANDFIL... | 09/11/09  1).  SHIPPED LEACHATE, CHECKED TANKS, LINES & SITE.  3).  HAULED TO WASTEWATER PLANT.  4).  GRASS IS HIGH ON SITE.  5).  CREEK STILL HAS ORANGE IN IT. | 1,977.00 |
| LANDFIL... | 09/18/09  CHECKED TANKS, LINES & SITE | 224.25 |
| VARIOUS... | MILLER & COMPANY SANITATION SERVICES FOR HILLTOP LANDFILL | 105.90 |
| LANDFIL... | 09/21/09  1).  CHECK TANKS, LINES & SITE.  NOTE!  ROADWAY & WALKWAYS "NOT" SAFE | 224.25 |
| LANDFIL... | 09/24/09  1).  CHECKED TANKS, LINES & SITE | 224.25 |
| LANDFIL... | 09/26/09  1).  SAFETY MEETING.  2).  CHECK TANKS, LINES & SITE.  3).  HOOK UP LINES & PUMPS  4).  PUMP & LOAD 5040 GALLONS LEACHATE.  5).  SHIP 5040 GALLON TO DISPOSAL FACILITY, MANIFEST #1616.  6).  LOAD PUMPS & EQUIPMENT. | 2,019.25 |
| DISPOSA... | DISPOSAL FEE FROM CITY OF ALLIANCE WASTEWATER PLANT | 319.36 |

| * IT'S  BEEN  A  PLEASURE  WORKING  WITH  YOU  * | **Total** | **$5,318.51** |
|---|---|---|



The City of

# Alliance, OHIO, 44601

"The Carnation City"    12251  ROCKHILL AVE., N.E.

DEPT. OF WASTEWATER TREATMENT

JOSEPH A. AMABELI

PHONE 330/829-2220
FAX 330/821-4629

## INVOICE

To:    D & M Contracting Co.
P.O. Box 362
Randolph, OH 44265

Date:    March 31, 2009

| | |
|---|---|
| Leachate treated March, 2009 | 45115 |
| Base Cost of Treatment (Gal.x .0275) | $1,240.66 |

**TOTAL INVOICE AMOUNT:**                    $1,240.66

PLEASE REMIT TO THE ABOVE ADDRESS WITHIN 30 DAYS

+186

$1,426.76



The City of

# Alliance, OHIO, 44601

12251 ROCKHILL AVE., N.E.

DEPT. OF WASTEWATER TREATMENT

JOSEPH A. AMABELI

PHONE 330/829-2220
FAX 330/821-4629

# INVOICE

To:   D & M Contracting Co.
P.O. Box 362
Randolph, OH 44265

Date:   **May 1, 2009**

| | 44,835.00 |
|---|---|
| Leachate treated April, 2009 | |
| Base Cost of Treatment (gallons X .0275) | $1,232.96 |

**TOTAL INVOICE AMOUNT:**                              $1,232.96

PLEASE REMIT TO THE ABOVE ADDRESS WITHIN 30 DAYS

+15%

$1417.90



The City of
# Alliance,
*"The Carnation City"*

OHIO, 44601

12251 ROCKHILL AVE., N.E.

DEPT. OF WASTEWATER TREATMENT

JOSEPH A. AMABELI

PHONE 330/829-2220
FAX 330/821-4629

## INVOICE

**To:**   D & M Contracting Co.
P.O. Box 362
Randolph, OH 44265

**Date:**   June 3, 2009

| | |
|---|---|
| | 0 |
| Prior Gallons Treated This Year | 34860 |
| Leachate treated this quarter | |
| Total Gallons Treated This Year | |
| Base Cost of Treatment (gallons X $.0275) | $958.65 |

**TOTAL INVOICE AMOUNT:**                                          $958.65

PLEASE REMIT TO THE ABOVE ADDRESS WITHIN 30 DAYS

$ 110245



The City of
# Alliance, OHIO, 44601
"The Carnation City"     12251 ROCKHILL AVE., N.E.

DEPT. OF WASTEWATER TREATMENT
JOSEPH A. AMABELI

PHONE 330/829-2220
FAX 330/821-4629

## INVOICE

To:     D & M Contracting Co.
P.O. Box 362
Randolph, OH 44265

Date:    July 10, 2009

| | |
|---|---|
| Prior Gallons Treated This Year | 128,415.00 |
| Leachate treated this quarter | 109,130.00 |
| Total Gallons Treated This Year | 237,545.00 |
| Base Cost of Treatment | $3,001.08 |

1ST QUARTER INVOICE LATE FEE                      $360.90

1st QUARTER BOD ADJUSTMENT                      -$22.53
**TOTAL INVOICE AMOUNT:**                         $3,339.45

PLEASE REMIT TO THE ABOVE ADDRESS WITHIN 30 DAYS

*+ 1590*

*$3,840.37*

UE 11:50 AM    ALLIANCE WASTEWATER    FAX No. 330 821 4629    P. 002



faxed



The City of

# Alliance,
OHIO, 44601

*"The Carnation City"*   12251 ROCKHILL AVE., N.E.

DEPT. OF WASTEWATER TREATMENT

JOSEPH A. AMABELI

PHONE 330/829-2220
FAX 330/821-4629

## INVOICE

To:   D & M Contracting Co.
P.O. Box 362
Randolph, OH 44265

Date:   **August 4, 2009**

| | |
|---|---|
| Prior Gallons Treated This Year | |
| Leachate treated during July | 20,125.00 |
| Total Gallons Treated This Year | |
| Base Cost of Treatment (gallons X $0.0275) | $553.44 |

**TOTAL INVOICE AMOUNT:**   $553.44

PLEASE REMIT TO THE ABOVE ADDRESS WITHIN 30 DAYS

÷15%

$636.46



The City of

# Alliance, OHIO, 44601

"The Carnation City"     12251 ROCKHILL AVE., N.E.

DEPT. OF WASTEWATER TREATMENT

JOSEPH A. AMABELI

PHONE 330/829-2220
FAX 330/821-4629

## INVOICE

To:   D & M Contracting Co.
P.O. Box 362
Randolph, OH 44265

Date:   **September 2, 2009**

| | |
|---|---|
| Prior Gallons Treated This Year | 14,805.00 |
| Leachate treated August, 2009 | 14,805.00 |
| Total Gallons Treated This Month | $407.14 |
| Base Cost of Treatment (gallons X $.0275) | |

**TOTAL INVOICE AMOUNT:**                                    $407.14

+1570

PLEASE REMIT TO THE ABOVE ADDRESS WITHIN 30 DAYS        $468.21



The City of

# Alliance,

OHIO, 44601

*"The Carnation City"*    12251 ROCKHILL AVE., N.E.

DEPT. OF WASTEWATER TREATMENT

JOSEPH A. AMABELI

PHONE 330/829-2220
FAX 330/821-4629

## INVOICE

To:    D & M Contracting Co.
P.O. Box 362
Randolph, OH 44265

Date:    **September 30, 2009**

| | |
|---|---|
| Prior Gallons Treated This Year | 10,080.00 |
| Leachate treated September, 2009 | 10,080.00 |
| Total Gallons Treated This Month | |
| Base Cost of Treatment (gallons X $.0275) | $277.20 |

**TOTAL INVOICE AMOUNT:**    $277.20

PLEASE REMIT TO THE ABOVE ADDRESS WITHIN 30 DAYS

$15%
$319.36



The City of
# Alliance, OHIO, 44601

"The Carnation City"   12251 ROCKHILL AVE., N.E.

DEPT. OF WASTEWATER TREATMENT
JOSEPH A. AMABELI

PHONE 330/829-2220
FAX 330/821-4629

## INVOICE

To:   D & M Contracting Co.
      P.O. Box 362
      Randolph, OH 44265

Date:   October 9, 2009

| | |
|---|---|
| Prior Gallons Treated This Year | 237,545.00 |
| Leachate treated this quarter | 45,210.00 |
| Total Gallons Treated This Year | 282,755.00 |
| Base Cost of Treatment | $1,243.28 |



LATE FEE FROM 2ND QUARTER LATE PAYMENT          $333.95

TSS SURCHARGE                                   $154.24

**TOTAL INVOICE AMOUNT:**                       $1,731.47

PLEASE REMIT TO THE ABOVE ADDRESS WITHIN 30 DAYS

























