Feb. 4, 2010

William D. Hanline
12 Baldwin Road
Decatur, AL 35603
(256) 350-7181

Honorable Robert E. Gerber,
United States Bankruptcy Judge,
Room 621
The United States Bankruptcy Court
of the Southern District of New York.
1 Bowling Green,
New York, New York 10004



Re: Information Request:

**Honorable Judge Gerber:**

I started my employment with General Motors Corporation in 1984 and worked over 15 years for GM, Corp. until 1999 when I was transferred to Delphi Corp. because of the GM spun-off of Delphi as an independent entity. I retired from Delphi on the 1st of January 2009.

During the course of my employment I became interested in and started researching the overall operations of the not-for-profit corporations that were jointly established and administered pursuant UAW national collective bargaining agreements (CBAs) between the union and automakers. However, being a GM employee I concentrated most of my efforts researching the UAW/GM Human Resource Center in Auburn Hills, Michigan, which was later renamed the UAW/GM Center for Human Resources ("UAW/GM CHR") and was relocated to Walker Avenue, in Detroit, Michigan.

The purpose of my request is simple; it is for education reasons, I am assisting a college student with his research for his doctorial dissertation

After GM sought protection from its creditors by filing bankruptcy, I became curious how the UAW/GM "CHR" was addressed by the GM bankruptcy process. After reviewing the list of creditors, reading nearly 5,000 docket titles filed by the SDBC of New York, and after reading the Master Sales Agreement between General Motors Corporation (Motor Liquidation Corp.) and the U.S. Treasury, I failed to find even a mention of the UAW/GM "CHR" let alone how it was treated (addressed) by GM and UAW attorneys, the U.S. Treasury, the Car Czar or Judge Robert E. Gerber for that matter.

The latter is unique; for I know GM is the sole financial supporter of the UAW/GM "CHR". I cannot believe the Treasury, the Car Czar and or the Court did not address this

issue because the amount of money contributed by GM annually is staggering; it is over 100 million dollars a year. (RE: Attachments, most recent 990 IRS tax forms available by the IRS relating to the UAW/GM "CHR", 2008, 990 Tax Form not available yet)

As mentioned earlier this an information request. If you would, please answer all the following questions in their numerical order.

*1) Was GM's philanthropic contributions to UAW/GM "Center for Human Resources" addressed during any of the bankruptcy proceedings?*

2) I understand why Judge Berber issued an ordered approving the UAW Retirees' Settlement Agreement which was also the UAW-GM "CBA" prior to his order approving the Master Sales Agreement. However, Judge Berber's order approving the UAW/NGMCO "CBA" (Retirees Settlement Agreement) simultaneously abolished the old joint funding guidelines between GM Corp. and the UAW, and in turn created a new parameter for the funding of the UAW/GM "CHR". *Please, identify any and all court documentation, whether dockets and/or transcripts, where I can find language pertaining to those changes?* (e.g., such as any court mandated reductions in the new GM Company's annual contributions to the CHR if any)

3) I have in my possession written statements from UAW and GM officials that claim the UAW/GM "Center for Human Resources" is an independent entity, separate from GM and the UAW. *Since it is a separate entity, why wasn't the UAW/GM "CHR" identified as a creditor?*

I understand how busy you must be, but I do hope you will cordially respond to the three questions above in a timely manner. I will be happy to pay for any copying, however, before you send me hard copies and since GM dockets were made transparent on the internet, I would appreciate you sending me the titles and docket numbers by email before any copying is done. Furthermore, please notify me of any cost to me before fulfilling my request.

Thank you for your assistance and help

**William D. Hanline**
12 Baldwin Road
Decatur, AL 35603
(256) 350-7181
Skiphanline@AOL.com


CC:
Senator Richard Shelby
Senator Jeff Sessions
U.S. Re. Robert B. Aderholt

Form **990**

Department of the Treasury
Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No 1545-0047

**2007**

Open to Public Inspection

**A** For the 2007 calendar year, or tax year beginning 01-01-2007 and ending 12-31-2007

**B** Check if applicable
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Final return
- ☐ Amended return
- ☐ Application pending

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization
UAW-GM Center for Human Resources

Number and street (or P O box if mail is not delivered to street address) Room/suite
200 Walker Street

City or town, state or country, and ZIP + 4
Detroit, MI 48207

**D** Employer identification number
38-3211550

**E** Telephone number
(313) 324-5290

**F** Accounting method ☐ Cash ☑ Accrual
☐ Other (specify) ▶

- ● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Web site: ▶ www.uaw-gm org

**J** Organization type (check only one) ▶ ☑ 501(c) (5) ◀ (insert no ) ☐ 4947(a)(1) or ☐ 527

**K** Check here ▶ ☐ if the organization is not a 509(a)(3) supporting organization and its gross receipts are normally **not** more than 25,000 A return is not required, but if the organization chooses to file a return, be sure to file a complete return

**H** and **I** are not applicable to section 527 organizations
**H(a)** Is this a group return for affiliates? ☐ Yes ☑ No
**H(b)** If "Yes" enter number of affiliates ▶ _____
**H(c)** Are all affiliates included? ☐ Yes ☐ No
(If "No," attach a list See instructions )
**H(d)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☑ No

**I** Group Exemption Number ▶

**M** Check ▶ ☑ if the organization is **not** required to attach Sch B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts Add lines 6b, 8b, 9b, and 10b to line 12 ▶ 127,206,306

## Part I   Revenue, Expenses, and Changes in Net Assets or Fund Balances (See the instructions.)

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received | | |
| a | Contributions to donor advised funds | 1a | |
| b | Direct public support (not included on line 1a) | 1b | |
| c | Indirect public support (not included on line 1a) | 1c | |
| d | Government contributions (grants) (not included on line 1a) | 1d | |
| e | Total (add lines 1a through 1d) (cash $ _____ noncash $ _____ ) | 1e | |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | 126,662,856 |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | 543,450 |
| 5 | Dividends and interest from securities | 5 | |
| 6a | Gross rents | 6a | |
| b | Less rental expenses | 6b | |
| c | Net rental income or (loss) subtract line 6b from line 6a | 6c | |
| 7 | Other investment income (describe ▶ ) | 7 | |
| 8a | Gross amount from sales of assets other than inventory    (A) Securities 8a    (B) Other 8a | | |
| b | Less cost or other basis and sales expenses    8b    8b | | |
| c | Gain or (loss) (attach schedule)    8c    8c | | |
| d | Net gain or (loss) Combine line 8c, columns (A) and (B) | 8d | |
| 9 | Special events and activities (attach schedule) If any amount is from **gaming,** check here ▶☐ | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1b)   9a | | |
| b | Less direct expenses other than fundraising expenses   9b | | |
| c | Net income or (loss) from special events Subtract line 9b from line 9a | 9c | |
| 10a | Gross sales of inventory, less returns and allowances   10a | | |
| b | Less cost of goods sold   10b | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) Subtract line 10b from line 10a | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | |
| 12 | **Total revenue** Add lines 1e, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11 | 12 | 127,206,306 |
| 13 | Program services (from line 44, column (B)) | 13 | |
| 14 | Management and general (from line 44, column (C)) | 14 | |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | **Total expenses** Add lines 16 and 44, column (A) | 17 | 136,152,444 |
| 18 | Excess or (deficit) for the year Subtract line 17 from line 12 | 18 | -8,946,138 |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 143,536,044 |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | 474,547 |
| 21 | Net assets or fund balances at end of year Combine lines 18, 19, and 20 | 21 | 135,064,453 |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.    Cat No 11282Y    Form **990** (2007)

For some reason the standards set by President Obama's Auto Task Force seem very anti-worker and un-American. If not, why did the Task Force find a 100 million dollar a year philanthropy project that GM is committed to more important than forcing GM to drop that project and use that money to live up to its social and contractual commitments GM made to its workers and communities GM operated in over the decades? The UAW/GM "CHR" is of very little value to or help to the city of Detroit; instead it only serves as a conduit to benefit and relieve General Motors Co. of its burden to make the payrolls for the administration cost of various non-profit employee programs and other corporate sponsored programs such as NASCAR.

I called then emailed the U.S. Trustees whose names were recorded on the bankruptcy documents requesting information about the UAW/GM "Center for Human Resources" (Re: Please read the letter attached to this email) I believe if you were to contact them and Judge Berber of the Southern District Bankruptcy Court of New York and especially the Car Czar of Obama's' Auto Task Force, I would come closer to receiving meaningful answers to my request for information. The U.S. Trustees are listed below:

**Andrew D. Velez-Rivera**
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004
(212) 510-0500
Fax : (212) 668-2255

COPY

Mr. Velez-Rivera told me he would forward a copy of my request to **Brian Shoichi Masumoto** whose is located in the same office Building.

Please contact Trustees **Rivera** and **Masumoto** and ask them to fulfill my request.

Thank you,

William D. Hanline