Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In re**                                                    :    **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                    :    **09-50026 (REG)**
         f/k/a General Motors Corp., *et al.*                :
                                                             :
                            Debtors.                         :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

**NOTICE OF CANCELLATION OF**
**HEARING ON FEBRUARY 10, 2010 at 9:45 a.m.**

PLEASE TAKE NOTICE that the hearing before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **February 10, 2010 at 9:45 a.m. (Eastern Time)** (the "**February 10 Hearing**") has been **cancelled** due to inclement weather.

PLEASE TAKE FURTHER NOTICE that all matters originally scheduled for the February 10 Hearing have been adjourned to **February 23, 2010 at 9:00 a.m.**

Dated: New York, New York
February 9, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession