UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>      f/k/a General Motors Corp., *et al.*<br><br>                    Debtors. | **Chapter 11**<br><br>**Case No.: 09-50026 (REG)**<br><br>**(Jointly Administered)** |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that The Quaker Oats Company ("Quaker"), by its counsel, Goldberg Segalla LLP, appears in the above-captioned bankruptcy case and demands, pursuant to sections 102(1), 342 and 1109(b) of Title 11, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case, be given and served upon:

           Goldberg Segalla LLP
           665 Main Street, Suite 400
           Buffalo, New York 14203
           Attention:      Bruce W. Hoover, Esq.
                             bhoover@goldbergsegalla.com
                             Christopher J. Belter, Esq.
                             cbelter@goldbergsegalla.com
           Telephone No.:  (716) 566-5400
           Fax No.:        (716) 566-5401

This request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether written or oral and whether

transmitted or conveyed by mail, delivery, telephone, facsimile, telecopier, electronic file transfer, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Quaker's (i) right to have final orders in non-core matters entered only after de novo review by a higher court, (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding relating hereto, (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Quaker is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved.

DATED:   February 10, 2010
         Buffalo, New York

GOLDBERG SEGALLA LLP

/s/ Bruce W. Hoover
Bruce W. Hoover, Esq. (BH0550)
Christopher J. Belter, Esq. (CB7251)
*Counsel for MasTec North America, Inc.*
665 Main Street, Suite 400
Buffalo, New York 14203
Telephone: (716) 566-5400
Facsimile: (716) 566-5401
bhoover@goldbergsegalla.com
cbelter@goldbergsegalla.com

573370.1