CUMMINGS & LOCKWOOD LLC
John F. Carberry, Esq. (JC-6702)
Six Landmark Square
Stamford, CT 06901
Telephone: (203) 351-4280
Facsimile: (203) 708-3933
jcarberry@cl-law.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| MOTORS LIQUIDATION COMPANY, *et al.*, ) | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
OF EMIGRANT BUSINESS CREDIT CORP.**

Emigrant Business Credit Corp., by and through counsel, hereby withdraws Proof of Claim No. 684 filed on November 30, 2009.

Dated: February 11, 2010

                              **CUMMINGS & LOCKWOOD LLC**

                              /s/ JOHN F. CARBERRY
                              JOHN F. CARBERRY

                              *Counsel for Emigrant Business Credit Corp.*

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2010, a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF EMIGRANT BUSINESS CREDIT CORP. was filed electronically. Notice of this filing will be served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, first-class, postage prepaid, on the party listed below.

The Garden City Group, Inc.
Attn.: Motors Liquidation Company
P.O. box 9386
Dublin, OH 43017-4286

By /s/ JOHN F. CARBERRY
JOHN F. CARBERRY

2611637_1.doc 2/11/2010