**Spett.**

**UNITED STATES**

**BANKRUPTCY COURT**

**FOR THE SOUTHERN**

**DISTRICT OF NEW YORK**

**NEW YORK CITY**

Oggetto:**Motors Liquidation Company**

Admission to the passive

The undersigned **D'Agostino Giovanni** and **Tascillo Lauretta**, registered holders of deposit

Securities account n°**000047016027** with the passive in the proceedings of **Motors Liquidation**

**Company case n°09-50026**,for the ownership of General Motors shares in Euro code

**ISN XS 0171943649 EXPIRING 2033** the following documentation :

1) N1 Securities certificate no.**1604/1409724/0** under **D'Agostino Giovanni Tascillo Lauretta**
2) N1 Securities certificate no.**1604/1409724/0** under **D'Agostino Giovanni Tascillo Lauretta**
3) POST OFFICE certificate confirming the purchase of shares
4) Certificate regularly translated in English from "**SOCIETE GENERALE SECURYTIES SERVICES.**
   Such documentation has been released on date **20/11/2009 from POSTE ITALIANE** (where
   Are deposit shares) and received the **27/11/2009** as the envelope's copy prove.

From the above, excellent **BANKRUPTCY COURT** please accept and admit the validity of the
Request admission to the passive together with temporarily documentation and add this
Request the original present documentation

P:S:
**Insured n° ra 2572 7664 9 it**
**POSTED ON   25/11/2009**
**Truly yours**

D'Agostino Giovanni

Tascillo Lauretta

**SOCIETE GENERALE**
Securities Services

Milan, November 20, 2009

**Motors Liquidation Company (f/k/a General Motors Corporation) Chapter 11, Case No. 09-50026 (JREG) (Jointly Administered)**

## STATEMENT

Société Générale Securities Services S.p.A., represented by Mr. Capellini Adriano, in his capacity as Chief Operative Officer, having its registered office in Milan, Via Benigno Crespi, 19/A,
in order to allow its depositor holding securities issued and/or guaranteed by General Motors Corporation to file a proof of claim against Motors Liquidation Company (f/k/a General Motors Corporation) (**General Motors**)

## CERTIFIES

That, at the date of November 20, 2009, Poste Italiane S.P.A., having its registered office in Roma, Viale Europa 190, is the depositor of the following securities issued and/or guaranteed by General Motors listed below and that upon request your holding has been blocked on our system and on Euroclear Bank without release of any electronic instruction reference number with reference to the above listed General Motors debt instruments.

| Issuer | ISIN Code | Currency | Nominal Amount | Euroclear Account # | Société Générale Securities Services S.p.A. Account # |
|---|---|---|---|---|---|
| MOTORS LIQUIDATION COMPANY | XS0171943649 | Eur | 10,000.00 | 91030 | 290/998666 |

Yours faithfully,

*[signature]*

Capellini Adriano
Chief Operative Officer

Société Générale Securities Services S.p.A

Milan, November 20, 2009

**SGSS S.p.A.**

Sede legale in Torino
Direzione Generale:
Via Benigno Crespi, 19 A
20159 Milano

Tel. +39 02 9178.1
Fax. +39 02 9178.9999
www.sg-securities-services.com
www.socgen.com

Capitale Sociale € 111.309.007,08
interamente versato
Banca iscritta all'Albo delle Banche
cod. 5622

Iscrizione al Registro delle
Imprese di Torino, Codice
Fiscale e P. IVA 03126570013
Aderente al Fondo Interbancario

# Banco **Posta**

Posteitaliane S.p.A.
Direzione Operazioni

Viale Europa, 175 - 00144 ROMA
Codice Fiscale 97103880585 Partita IVA 01114601006

DEPOSITO TITOLI N. 16014/1409724/0
CAT.: CUSTODIA
PRESSO U.P.: CAIAZZO

NOTA    000000000585631
NREG E995    07 000000072 00001

55
DBN01-1-2/1
DC00S1341

CON RIFERIMENTO ALLE VOSTRE ISTRUZIONI
VI COMUNICHIAMO L'ESECUZIONE
DELL'OPERAZIONE SOTTOINDICATA

Spett.le
D'AGOSTINO GIOVANNI TASCILLO
VIA PALMIERI 132
81013 CAIAZZO CE

D'AGOSTINO GIOVANNI TASCILLO

COMPRA

I SEGUENTI TITOLI CON GODIMENTO REGOLARE AI PREZZI
SOTTO INDICATI PER CONSEGNA E PAGAMENTO PER:
CONTANTI

| DESCRIZIONE TITOLO CODICE TITOLO | QUANTITA NOMINALE DIVISA | PREZZO DIVISA | CONTROVALORE |
|---|---|---|---|
| GEN MOTORS 8.375% 33 XS0171943649 | 6.000,00 EUR | 96,2500 EUR | 5.775,00 |
| | | Rateo (%) Imposta su dietimi | 7,8702 60,80 |
| | | COMMISSIONI BOLLI | 20,21 0,56 |
| | | TOTALE EURO | 6.207,18 |

ADDEBITIAMO L'IMPORTO SUL C/C N. 000047016027
VALUTA 13/06/2007

DATA ESECUZIONE 08/06/2007
ORA ESECUZIONE 16:36

PAESE E PIAZZA DI ESECUZIONE DELL'ORDINE
ITALIA EUROTLX - SSO

ROMA,  08/06/2007

L'imposta di bollo, quando dovuta, viene corrisposta in modo virtuale ai sensi del D.M. 7-12-1960 autorizzazione
del Ministero delle Finanze N. v/40/1812/94

DBN01-1-2 P.1/1

**Banco Posta**
Posteitaliane S.p.A.
Direzione Operazioni

Viale Europa, 175 - 00144 ROMA
Codice Fiscale 97103880585 Partita IVA 01114601006

DEPOSITO TITOLI N. 16014/1409724/0
CAT.: CUSTODIA
PRESSO U.P.: CAIAZZO

NOTA      000000000580430
NREG E995     07 000000070 00001

55
DBN01-1-1/1
DC00S1341

CON RIFERIMENTO ALLE VOSTRE ISTRUZIONI
VI COMUNICHIAMO L'ESECUZIONE
DELL'OPERAZIONE SOTTOINDICATA

Spett.le
D'AGOSTINO GIOVANNI TASCILLO
VIA PALMIERI 132
81013 CAIAZZO CE

D'AGOSTINO GIOVANNI TASCILLO

COMPRA

I SEGUENTI TITOLI CON GODIMENTO REGOLARE AI PREZZI
SOTTO INDICATI PER CONSEGNA E PAGAMENTO PER:
CONTANTI

| DESCRIZIONE TITOLO | QUANTITA/VALORE NOMINALE | PREZZO | CONTROVALORE IN |
|---|---|---|---|
| GEN MOTORS 8.375% 33 XS0171943649 | 4.000,00 EUR | 97,5000 EUR | 3.900,00 |

|  |  |
|---|---|
| Rateo (%) | 7,7325 |
| Imposta su dietimi | 39,84 |
| COMMISSIONI | 13,65 |
| BOLLI | 0,38 |
| TOTALE EURO | 4.183,49 |

ADDEBITIAMO L'IMPORTO SUL C/C N. 000047016027
VALUTA 07/06/2007

DATA ESECUZIONE 04/06/2007
ORA ESECUZIONE 12:14

PAESE E PIAZZA DI ESECUZIONE DELL'ORDINE
ITALIA EUROTLX - SSO

ROMA,  04/06/2007

L'imposta di bollo, quando dovuta, viene corrisposta in modo virtuale ai sensi del D.M. 7-12-1960 autorizzazione
del Ministero delle Finanze N. v/40/1812/94

DBN01-1-1 P.1/1

**Posteitaliane**

**Bancoposta**
Operazioni
Servizio Investimenti
Titoli

Gentili Sig.ri
**D'Agostino Giovanni Tascillo Laura**
Via Palmieri, 132
Frazione S.Giovanni e Paolo
81013   CAIAZZO

Roma, 20/11/2009

## ATTESTAZIONE

Con la presente certificazione, si attesta che i Sig.ri **D'Agostino Giovanni** (c.f. DGSGNN55T19B362H) Tascillo Laura (c.f. TSCLRA25D48B362L) alla data odierna, risultano essere titolari dei seguenti strumenti finanziari:

| ISIN | DESCRIZIONE | QUANTITA' |
|---|---|---|
| XS0171943649 | GEN MOTORS 8.375% 33 | 10.000 |

Si attesta altresì che i titoli suddetti sono stati acquistati in data 04/06/2007 per un valore nominale di euro 4.000, in data 08/06/2007 per un valore nominale euro 6.000 e giacenti sul depostio titoli n. 16014/1409724/0.

Distinti saluti.

IL DIRIGENTE

**Poste Italiane Spa**
00144 Roma (RM)  Viale Europa 175   T (+39) 0659583358   FAX (+39) 0659580318
Sede Legale  00144 Roma Viale Europa 190  Partita IVA 01114601006  Codice Fiscale 97103880585
Capitale Sociale Euro 1.306.110.000 i.v. Registro delle Imprese di Roma n. 97103880585/1996