5/5/2010

1.) My Dear Friends: At geneal motor Liquidation Company.

I geting hurt on my Job. At geneal motors. The Year of 1986, I had a nervaus Breakdawn, And my life was not the same.

I Also, send you a Letter, telling you. About My Husband Death. And What had happen to him. I want $700.000. Dollars.

Back in 1982 & 85... Geneal Motor File a white man of his Job. And a week of to. He pass away. They Fine out He was sick. And they put him back of the Insurance so his Family can get Pay. Why geneal Motor could not pay me back in the Days for my husband Death. I don't No, At this time. But I want my Pay now. A 100.000 OR 700.000 Dollars.  over

FEB -1 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF N. YORK

* * *

2.) My Husband was on my Insurance back then.

I will not Cancel my Claim At this time.

The peoples, At Geneal motors telling me, Not to sale out I told them. That I didn't No that I was still Selling out from Geneal motors.

From: Betsy Bradfield

Sign. Betsy Bradfield

Whosoever, Read this Letter. I pray that GOD, will Bless you wheresoever you turneth in this Life, and prospereth Greatly in this world.  Pro 17:8
Phone NO. 601 488-4816 OR Call
601-906 5949

❖ ❖ ❖ ❖ ❖ ❖ ❖

1/15/2010

My Dear Friends, At Geneal Motors, liquidation Company's

Please For give me, I have made a grade Mistake on the Frist Letter, That I Send you about the money. I want you to no That I was talking about youral Send Me. 1,000,000 Dollars OR 700,000 Dollars.

it Came to me why I was siting down, That I have made a grade Mistake. On the other Letter that I have send to you (From Betsy Bradfield, To Motors liquidation Company's

Phone NO. 601-488-4876 or (601) Call 906-5909-7

I Remmber that 700,000 Dollars in the being.

1/20/10

My Dear Friends, At Liquidation Company's

I make a mistake on the money. I was try to tell you to send me One Million Dollars. OR Seven hundred thousand Dollars.

(( Just like this.
$ 1,000,000,000 OR
700,000 ⁰⁰ ))

From: Betsy Bradfield
I will not A send another letter. Unless youral didn't understand this one.

Write me back and let me No. That youral understand.
CC God Bless you all