*The Farmers Automobile Insurance Association*    *Pekin Life Insurance Company*

*Pekin Insurance Company*                         *PAC, Inc.*

### Depend on your hometown professionals®

January 27, 2010

UNITED STATES BANKRUPTCY COURT, SDNY
ONE BOWLING GREEN
ROOM 534
NEW YORK, NEW YORK 10004-0000


Claim Number 60-V84769 84795
Date of Loss - 12/17/2008
Vehicle- 2001 Western Snowplow and 2001 Western 1000 Salt Spreader
Case-09-50026

This is a follow up to previous correspondence of August 12, 2009. General Motors. Esis/Motors Liquidation have been previously put on notice in regards to our insureds loss of December 17, 2008. As a prevention of spoilation the vehicle is at :

Rhodes Auto S/S/S
510 W 10th Street
Streator, Illinois  61364
Phone Number- 815-673-3737
Stock #- 9C7C18

If the vehicle is not inspected within 30 days of the date of this letter, Friday, February 26, 2010, the salvage will be disposed .

Please notify us of your intentions in writing. If there are any questions please contact me at 1-800-447-0122, ext.2226

*Terry Wade*

Terry Wade - Subrogation Specialist
tw


cc
ESIS
PO Box 300
Mail Code 482C19B61
Detroit, Mi  48265-3000
Page 1

2505 Court Street
Pekin, Illinois 61558-0001
Telephone (309) 346-1161
www.pekininsurance.com


RECEIVED FEB - 1 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

*The Farmers Automobile Insurance Association*  *Pekin Life Insurance Company*

*Pekin Insurance Company*  *PAC, Inc.*

**Depend on your hometown professionals**

UNITED STATES BANKRUPTCY COURT, SDNY

CC:
Chevrolet Motor Division/General Motors Corporation
300 Renaissance Ct
Detroit, Mi  48243-1402

Alix Partners-Motors Liquidation Company
2100 McKinney
Suite 800
Dallas, Tx  75301-0000

The Garden City Group
Attn. Motors Liquidation Company
PO Box 9386
Dublin, Ohio 43017-4286

The Garden City Group, Inc.
Attn, Motors Liquidation Company Claims Processing
5151 Blazer Parkway , Suite A
Dublin, Ohio  43017-0000

United States Bankruptcy Court, SDNY
One Bowling Green
Room 534
New York, New York   10004-0000

2505 Court Street
Pekin, Illinois 61558-0001
Telephone (309) 346-1161
www.pekininsurance.com