**New Presentment Date: February 26, 2010 at 12:00 noon (Eastern Time)**
**New Objection Deadline: February 26, 2010 at 11:30 a.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 11 Case No.
                                                                :   09-50026 (REG)
                                                                :   (Jointly Administered)
MOTORS LIQUIDATION COMPANY, et al.,                             :
        f/k/a General Motors Corp., et al.                      :
                                                                :
        Debtors.                                                :
----------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT OF PRESENTMENT OF STIPULATION AND AGREED ORDER BETWEEN DEBTORS AND WESTCHESTER FIRE INSURANCE COMPANY FOR MODIFICATION OF THE AUTOMATIC STAY

PLEASE TAKE NOTICE THAT

The date on which the Stipulation and Agreed Order Between Debtors and Westchester Fire Insurance Company Providing for Modification of the Automatic Stay [Docket No. 4908] (the "**Stipulation**") shall be presented before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, which was originally scheduled for February 16, 2010 at 12:00 noon (Eastern Time), has been consensually adjourned to allow the parties to file an amended stipulation.  The new presentment date shall be **February 26, 2010 at 12:00 noon**

**(Eastern Time)** (the "**Presentment Date**").  The new objection deadline shall be

**February 26, 2010 at 11:30 a.m. (Eastern Time).**  The Presentment Date may be

further adjourned from time to time without further notice other than an announcement

on the Presentment Date.


Dated: February 12, 2010
       New York, New York

/s/ David R. Berz
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession