**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | :   **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : |
|     f/k/a **General Motors Corp.,** *et al.* | :   **09-50026 (REG)** |
| | : |
| Debtors. | :   **(Jointly Administered)** |
| | : |

-----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                            ) ss
COUNTY OF SUFFOLK      )

I, Alison Moodie, being duly sworn, depose and state:

1.     I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On February 11, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on Friedman and Friedman, P.A., Attn: Gary A. Friedman, Esq., 2600 Douglas Road, Suite 1011, Coral Gables, FL 33134 (Attorney for Alida Albertini):

- Stipulation and Agreed Order between Debtors and Alida Albertini Providing for Limited Modification of the Automatic Stay [Docket No. 4974].

Dated: February 12, 2010
          Melville, New York                                  /s/ Alison Moodie
                                                                          Alison Moodie


Sworn to before me this 12th day of February, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012