Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
MOTORS LIQUIDATION COMPANY, et al.,         :    09-50026 (REG)
    f/k/a General Motors Corp., et al.      :
                                            :
                        Debtors.            :    (Jointly Administered)
                                            :
------------------------------------------------------------x
```

### NOTICE OF WITHDRAWAL OF DEBTORS' ELEVENTH
### OMNIBUS MOTION TO REJECT CERTAIN EXECUTORY CONTRACTS
### SOLELY WITH RESPECT TO ELECTRO-MOTIVE DIESEL, INC.

PLEASE TAKE NOTICE THAT:

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), hereby withdraw, without prejudice, the Debtors' Eleventh Omnibus Motion to Reject Certain

Executory Contracts [Docket No. 4988] solely with respect to their agreements with

Electro-Motive Diesel, Inc.

Dated: New York, New York
February 16, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession