# EXHIBIT A

## Julie Johnson

**From:** michael.hilfinger@gm.com
**Sent:** Thursday, May 14, 2009 10:50 AM
**To:** Julie Johnson
**Subject:** Re: Gary Grondin Relocation Services

GM approves the move. The address is correct.

Thanks

Michael L. Hilfinger
General Motors Corporation
EDES Worldwide Real Estate
200 Renaissance Center
Mail Code: 482-B38-C96
Detroit, MI 48265

313-665-6603
313-665-6745 (fax)

Julie Johnson <Jjohnson@dmsmoving.com>    To "michael.hilfinger@gm.com" <michael.hilfinger@gm.com>
                                          cc
05/14/2009 10:23 AM                       Subject Gary Grondin Relocation Services

Good Morning Mr. Hilfinger
We have booked a move for Mr. Gary Grondin as part of the Milford Project. We will be moving him from 1831 Grondinwood Court in Milford to 11479 Clyde Rd. in Fenton, MI. I wanted to make sure he is eligible for a direct bill and to make sure we use the correct billing address on this.

We have on file: Edes Worldwide Real Estaste
                 200 Renaissance Center
                 Mail Code 482-B38-C96
                 Detroit, I 48265

*Julie Johnson*
Relocation Services Manager
DMS Moving Systems
800-521-5225
Monday-Friday 8am-5pm EST



Atlas Van Lines Agent



**MOVING SYSTEMS**

7441 Haggerty Road
Canton, Michigan 48187-0130
Phone (734) 207-8200 · FAX (734) 207-8209

Remit Payments To:
P.O. Box 87130
Canton, Michigan 48187-0130

TO   EDS WORLDWIDE REAL ESTATE
     ATTN: MICHAEL HILFINGER/GM
     200 RENAISSANCE CENTER
     MAIL CODE: 482-B38-C96
     DETROIT, MI  48265

INVOICE NUMBER
I3277-001
INVOICE DATE
6/02/09
P.O.
MILFORD PROJ
CUSTOMER NUMBER
MILFORD

ORDER NUMBER: I3277

| GRONDIN GARY | MILFORD | MI FENTON | MI | 7 |
|---|---|---|---|---|

GARY GRONDIN - MILFORD PROJECT
MILFORD, MI  TO  FENTON, MI
35,680 LBS  -  25 MILES

| | | | |
|---|---|---|---|
| TRANSPORTATION | | | 6,946.90 |
| FUEL SURCHARGE | 25.00 | 0.60EA | 15.00 |
| ADDITIONAL TRANS. ORIGIN | 35,680 | 1.45CW | 517.36 |
| CONTAINERS | | | 3,536.40 |
| PACKING | | | 4,734.15 |
| UNPACKING | | | 21.20 |
| THIRD PARTY ORI & DEST | | | 1,300.00 |
| BULKY: RIDING MOWER | 1 | 77.40EA | 77.40 |
| BULKY: GRAND PIANO | 1 | 87.10EA | 87.10 |
| LONG CARRY - DESTINATION | 35,680 | 1.75CW | 624.40 |
| VALUATION | 170,000 | 1.25CW | 2,125.00 |

TOTAL DUE
PLEASE PAY THIS AMOUNT  →  19,984.91

**COMBINATION UNIFORM HOUSEHOLD GOODS BILL OF LADING AND FREIGHT BILL**

ORIGINAL -- NOT NEGOTIABLE

SHIPPER'S NO. 13277          CARRIER'S NO. L-1819

CARRIER: DMS Moving Systems    ADDRESS: 248 561 1991    TELEPHONE NO. _____

SHIPPER: GRONDIN GARY
ADDRESS: 1831 Grondinwood Court
CITY: MILFORD    STATE: MI    ZIP: 48380

CONSIGNEE: GRONDIN GARY
ADDRESS: 11179 Clyde Rd.
CITY: FENTON    STATE: MI    ZIP: 48430

IN CASE OF NEED, CONTACT: 248-684-7822 cell / 810-064-7822
AGREED PICK-UP DATE/PER. OF TIME: 5/26/09 - 5/27/09
ACTUAL PICK-UP DATE: _____
AGREED DELIVERY DATE/PER. OF TIME: 5/28/09 - 5/29/09
ACTUAL DELIVERY DATE: _____

BILL TO: EBEG WORLDWIDE REAL ESTATE
ADDRESS: 200 RENAISSANCE CENTER
CITY: DETROIT    STATE: MI    ZIP: 48265

ESTIMATED COST: _____
MAX. AMT. REQUIRED (EST. +10%): _____
TO BE PAID ON DELIVERY $: _____    BALANCE DUE IN 30 DAYS
MIN. CHARGE: _____    METHOD OF PAYMENT: _____
DRIVER: _____
VEHICLE NO.: _____
CARRIER'S FILE NO.: _____
TARIFF M.P.S.C. NO.: _____

|       | ORIGINAL | REWEIGH |
|-------|----------|---------|
| GROSS | 55500    | 49020   |
| TARE  | 34260    | 34580   |
| NET   | 21240    | 14440   | TOTAL 35680 |

| CHARGED FOR MATERIAL PACKING AND UNPACKING | CONTAINERS QTY | RATE | CHARGE | PACKING QTY | RATE | CHARGE | UNPACKING QTY | RATE | CHARGE |
|---|---|---|---|---|---|---|---|---|---|
| Barrel, Dish-pack (Ctn) | 49 | 10.25 | 502.25 | 49 | 26.90 | 1318.10 | | | |
| Cartons, 1½ cubic feet | 119 | 2.95 | 351.05 | 119 | 7.25 | 862.75 | | | |
| 3 cubic feet | 78 | 3.75 | 292.50 | 78 | 10.70 | 834.60 | | | |
| 4½ cubic feet | 69 | 4.95 | 341.55 | 69 | 11.85 | 817.65 | | | |
| 6 cubic feet | 14 | 5.20 | 72.80 | 14 | 13.65 | 191.10 | | | |
| Wardrobe Carton | 32 | 25.00 | 801.60 | 32 | 3.10 | 99.20 | | | |
| Crib Mattress Carton | | | | | | | | | |
| Mattress Cartons: Twin Bed Size | 4 | 12.75 | 51.00 | 4 | 6.40 | 125.60 | 4 | 2.30 | 9.20 |
| Double Bed Size | | | | | | | | | |
| King or Queen Size | 3 | 24.10 | 72.30 | 3 | 10.15 | 30.45 | 3 | 4.00 | 12.00 |
| Mat. Covers Paper/Plastic: Twin Size | | | | | | | | | |
| Double Bed Size | | | | | | | | | |
| King or Queen Size | | | | | | | | | |
| Card. Cont. Spec. Designed for Mirrors | 43 | 24.45 | 1051.35 | 43 | 12.90 | 554.70 | | | |
| Wooden Boxes or Crates | xxxx | xxxxx | xxxxxx | | | | xxxx | xxxxx | xxxxx |
| TOTALS | | | 3536.40 | | | 4734.15 | | | 21. |

| TRANSPORTATION CHARGES | RATE | AMOUNT |
|---|---|---|
| RULE 8(A)(1) ACTUAL WEIGHT 35680    MILES 25 | 19.47 | 6946.90 |
| RATE PER HUNDRED, 10,000 LBS. OR MORE $ .60/MILE FUEL | | 15.00 |
| RULE 8(A)(2) CONSTRUCTIVE WEIGHT (Min.) cu. ft. x 6    LBS. | | |
| RULE 8(G) & (H) CONSTRUCTIVE WEIGHT (No zones) cu. ft. x 7 | | |
| WEIGHT ADDITIVE (Describe): | | |
| TOTAL CONTAINER, PACKING AND UNPACKING | | 8291.75 |
| SERVICE CHARGES: RIDING MOWER BULKY | | 77.40 |
| EXCESSIVE CARRY 100' ORIG    ELEVATOR    STAIRS | 1.75 | 624.40 |
| CARTAGE TO OR FROM WAREHOUSE    MILES | | |
| TRANSIT STORAGE: FROM    TO | | |
| S.I.T. VALUATION CHARGE (ADDTL. LIABILITY 10% OF BASE STORAGE RATE) | | 87.10 |
| XXXXXXXXXXXXXX GRAND PIANO | | |
| APPLIANCE SERVICES - ORIGIN    THIRD PARTY ORIGIN & DEST | | 1300.00 |
| APPLIANCE SERVICES - DESTINATION | | |
| ADDTL. TRANSPORTATION CHARGE COUNTY OAKLAND | 1.45 | 517.36 |
| ADDTL. LIABILITY CHARGE 1.25 CENTS PER $100 OF DECLARED VALUE $170,000 | | 2125.00 |
| ADDTL. LABOR    MEN FOR    HOURS | | |
| BULKY ARTICLE: (Describe) | | |
| ADVANCED CHARGES | | |
| TOTAL | | 19984.91 |
| PAID TO APPLY | | |
| BALANCE DUE | | |

SHIPPER X [signature]
DATE 5/28/09

UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 60 CENTS PER POUND, PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR AN AMOUNT EQUAL TO $1.50 FOR EACH POUND OF WEIGHT IN THE SHIPMENT WHICHEVER IS GREATER. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING

$ _____ (To be completed by person signing below)

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT OR THE WORDS "60 CENTS PER POUND PER ARTICLE." OTHERWISE, THE SHIPMENT WILL BE DEEMED RELEASED TO A MAXIMUM VALUE EQUAL TO $1.50 TIMES THE WEIGHT OF THE SHIPMENT IN POUNDS.

SHIPPER REQUESTS REPLACEMENT VALUE PROTECTION AND UNDERSTANDS THAT THE DECLARED OR RELEASED VALUE OF THE SHIPMENT MUST BE A MINIMUM VALUATION OF $3.50 PER POUND TIMES THE ACTUAL NET WEIGHT OF THE SHIPMENT. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING

$ _____ PER LB. OR $ _____ TOTAL VALUATION
SHIPPER HEREBY ELECTS:
[ ] OPTION A - NO DEDUCTIBLE
[ ] OPTION B - $300 DEDUCTIBLE

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF.

CARRIER AGREES TO TRANSPORT THE GOODS AND EFFECTS TENDERED BY THE SHIPPER SUBJECT TO THE PRECEDING TERMS AND CONDITIONS.

X _____ CARRIER OR AUTHORIZED AGENT

THE ABOVE SHIPMENT WAS RECEIVED IN APPARENT GOOD CONDITION AS NOTED BELOW OR AS NOTED ON INVENTORY

PREPAYMENT $ _____    RECEIVED BY _____    DATE _____
BALANCE $ _____    RECEIVED BY _____    DATE _____
CONSIGNEE OR AGENT OF CONSIGNEE _____    DATE _____

It is hereby acknowledged and agreed that this shipment is moving under Rule 10: Vehicle Space Engaged by Shipper: _____ cu. ft. X 7 _____ lbs.
Shipment moving at Minimum Weight of _____ lbs.
Actual Weight _____ lbs.
X _____ Consignor, Shipper or Agent

## CONTRACT TERMS AND CONDITIONS OF MICHIGAN INTRASTATE
## COMBINATION UNIFORM HOUSEHOLD GOODS BILL OF LADING

This contract is subject to all the rules, regulations, rates and charges in carrier's currently effective applicable tariff on file with the Michigan Public Service Commission including, but not limited to, the following terms and conditions:

SECTION 1. The carrier shall be liable for physical loss or damage to any articles from external cause while being carried or held in storage-in-transit EXCEPT for condition or flavor of perishable articles, and EXCEPT documents, currency, money, jewelry, watches, precious stones or articles of extraordinary value which are not specifically listed on the bill of lading, and EXCEPT loss or damage caused by or resulting:

(a) From an act, omission or order of shipper;
(b) From insects, moth, vermin and ordinary wear and tear;
(c) From defect or inherent vice of the article, including susceptibility to damage because of atmospheric conditions such as temperature and humidity or changes therein;
(d) From (1) hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack (A) by any government or sovereign power, or by any authority maintaining or using military, naval or air forces, or (B) by military, naval or air forces; or (C) by an agent of any such government power, authority or forces; (2) any weapon of war employing atomic fission or radioactive force whether in time of peace or war; (3) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating, or defending against such an occurrence, seizure or destruction under quarantine or customs regulations, confiscations by order of any government or public authority, or risks of contraband or illegal transportation or trade;
(e) From strikes, lockouts, labor disturbances, riots, civil commotions, or the acts of any person or persons taking part in any such occurrence or disorder;
(f) From Acts of God when the shipper releases the value of each article in the shipment to a value not exceeding 60 cents per pound per article; or
(g) From breakage of china, glassware, bric-a-brac or similar articles of a brittle or fragile nature unless packed by the carrier or unless such breakage results from negligence of the carrier when the shipper has released the value of each article in the shipment to a value not exceeding 60 cents per pound per article;
(h) From breakage of linoleum, clay heating elements, gas or electric heaters or for failure of the mechanical functions of pianos, radios, ranges, phonographs, televisions, clocks, refrigerators or other instruments or appliances when the shipper releases the entire shipment to a value not exceeding 60 cents per pound per article.

SUBJECT, in addition to the foregoing, to the further following limitations on the carrier's liability:

The carrier's maximum liability shall be either:

(1) The amount of the actual loss or damage not exceeding $1.50 times the actual weight (in pounds) of the shipment, or the lump sum declared value, whichever is greater; or
(2) The actual loss or damage not exceeding sixty (60) cents per pound of the weight of any lost or damaged article when the shipper has released the shipment to carrier in writing, with liability limited to sixty (60) cents per pound per article.

SECTION 2. The carrier shall not be liable for delay caused by highway obstruction, or faulty or impassable highways, or lack of capacity of any highway, bridge or ferry, or caused by breakdown or mechanical defect of vehicles or equipment, or from any cause other than negligence of the carrier, nor shall the carrier be bound to transport by any particular schedule, means, vehicle or otherwise than with reasonable dispatch. Every carrier shall have the right in case of physical necessity to forward said property by any carrier or route between the point of shipment and the point of destination.

SECTION 3. Shipper shall:
(a) Be liable for any and all charges applicable under carrier's tariffs, and pay therefore as provided in said tariffs; and
(b) Indemnify carrier against loss or damage caused by inclusion in the shipment of explosives or dangerous articles or goods.

SECTION 4. If for any reason other than the fault of carrier, delivery cannot be made at address shown on the face hereof, or at any changed address of which carrier has been notified, carrier, at its option, may cause articles contained in shipment to be stored in a warehouse selected by it at the point of delivery or at other available points, and there held without liability on the part of the carrier, at the cost of the owner, and subject to a lien for all accrued tariff and other lawful charges.

SECTION 5. If shipment is refused by consignee at destination, or if shipper, consignee or owner of property fails to receive or claim it within fifteen (15) days after written notice by United States mail addressed to shipper and consignee at post office addresses shown on the face hereof, or if shipper fails or refuses to pay lawfully applicable charges in accordance with carrier's applicable tariff, carrier may sell the property at its option, upon notice to all persons known to claim an interest in the property, in any manner authorized by the laws of the State of Michigan. The proceeds of any sale shall be applied toward payment of lawful charges applicable to shipment and toward expenses of notice, advertising and sale of storing, caring for and maintaining property prior to sale, and the balance, if any, shall be held for delivery, on demand, to any person to whom carrier would have been bound to deliver the goods.

SECTION 6. As a condition precedent to recovery, a claim for any loss or damage, injury or delay, must be filed in writing with carrier within 30 days after delivery to consignee as shown on face hereof, or in case of failure to make delivery, then within nine (9) months after a reasonable time for delivery has elapsed; and suit must be instituted against carrier within two (2) years and one (1) day from the date when notice in writing is given by carrier to the claimant that carrier has disallowed the claim or any part or parts thereof specified in the notice. Where a claim is not filed or suit is not instituted thereon in accordance with the foregoing provisions, carrier shall not be liable and such a claim will not be paid.

# Brookfield Global Relocation Services

## Origin & Destination Load Report

Customer's Name __Grandin, Gary__

Registration # __I3277__

ORIGIN:     Verification of Loading

I confirm that I have walked through the house and all items I have requested to be moved have been loaded on the van.

X __Terese M. Brandt__    __5/28/09__
Customer's Signature        Date

__[signature]__    __5/28/09__
Driver's Signature    Date

I confirm that I have inspected my origin residence and real estate and am releasing the carrier of any liability, except as listed below:

__Terese M. Brandt__    __5/28/09__
Customer's Signature        Date

X __[signature]__    __5/28/09__
Driver's Signature    Date

DESTINATION:    Verification of Delivery

I confirm that all items I have requested to be loaded on the van have been moved and delivered.

__Terese M. Brandt__    __6/1/09__
Customer's Signature    Date

__[signature]__    _____
Driver's Signature    Date

I confirm that I have inspected my destination residence and real estate and am releasing the carrier of any liability, except as listed below:

X __Terese M. Brandt__    __6-1-09__
Customer's Signature    Date

__[signature] 2600__    __6-1-09__
Driver's Signature    Date

QF-066 Rev. 4/23/09