BARNES & THORNBURG LLP
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

John T. Gregg
Telephone: (616) 742-3930
Email: jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a GENERAL MOTORS CORP, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT IN SUPPORT OF THE MOTION OF DMS MOVING SYSTEMS
FOR ENTRY OF ORDER AWARDING ADMINISTRATIVE CLAIM
FOR POST-PETITION EXPENSES PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

Under the penalties of perjury, I, Scott Johnson, affirm that the following representations are true:

1. I am a Controller for DMS Moving Systems.

2. I am at least twenty-one years of age and mentally competent to make this affidavit.

3. I reviewed the facts alleged in the Motion of DMS Moving Systems for Entry of Order Awarding Administrative Claim for Post-Petition Expenses Pursuant to 11 U.S.C. § 503(b)(1)(A) filed contemporaneously herewith, and I am familiar with its contents.

4. DMS Moving Systems is an entity that provides relocation services. DMS Moving Systems is located at 7441 Haggerty Road, Canton, Michigan 48187-0130.

5. On or about May 14, 2009, DMS Moving Systems agreed to provide certain relocation services to General Motors Corporation, EDES Worldwide Real Estate ("GM").

6. DMS Moving Systems provided the initial portion of the relocation services on May 28, 2009 and May 29, 2009.

7. The expenses associated with these services amount to $5,901.51.

8. DMS Moving Systems rendered the remaining relocation services on the morning and afternoon of June 1, 2009.

9. The expenses associated with these services amount to $14,083.40.

10. On the morning of June 1, 2009, prior to DMS Moving Systems providing the remaining relocation services, GM filed for protection under Chapter 11 of the Bankruptcy Code.

11. DMS Moving Systems rendered services to GM after the commencement of the GM bankruptcy case.

**Further Affiant Sayeth Naught.**

*Scott Johnson*
Scott Johnson, Controller, DMS Moving Systems

STATE OF MICHIGAN        )
                         ) SS:
COUNTY OF WAYNE          )

Before me, a Notary Public in and for said County and State, personally appeared Scott Johnson, Controller for DMS Moving Systems, who acknowledged the execution of the foregoing Affidavit, and who, having been duly sworn states that any representations contained therein are true to the best of his knowledge, information and belief.

Witness my hand and Notarial Seal this *12TH* day of February, 2010.

Notary Signature *Susan J Brannan*
Notary, Printed  SUSAN J. BRANNAN

My Commission Expires: 09/24/2010    County of Residence: WAYNE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing **Affidavit in Support of the Motion of DMS Moving Systems for Entry of Order Awarding Administrative Claim for Post-Petition Expenses Pursuant to 11 U.S.C. § 503(b)(1)(A)**, was served on this 16th day of February, 2010, via the Court's ECF system on those parties registered to receive notice.

/s/John T. Gregg
John T. Gregg

INDS01 DCUNNINGHAM 1180925v1