UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                              Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,                 Case No. 09-50026 (REG)
    f/k/a General Motors Corp., et al.,

                    Debtors.

----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jonathan M. Ashton, a member in good standing of the bar in the State of Ohio, and the bar of the U.S. District Court for the Northern District of Ohio, Western Division, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Douglas Groch, an unsecured creditor, in the above referenced case.

Jonathan M. Ashton
3516 Granite Circle
Toledo, OH  43617
jashton@gallonlaw.com; atafelsk@gallonlaw.com
(419) 843-2001

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: February 2, 2010
Toledo, OH
                                            _____
                                            Jonathan M. Ashton, Esq.

## ORDER

**ORDERED,** that Jonathan M. Ashton, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
       _____, New York

                                            /s/ _____
                                            UNITED STATES BANKRUPTCY JUDGE