# EXHIBIT A

INTERIM AND FINAL FEE APPLICATIONS/ QUARTERLY REPORTS OF AP SERVICES, LLC
RECEIVED AS OF FEBRUARY 16, 2010

MOTORS LIQUIDATION COMPANY, *et al.*, DEBTORS
CHAPTER 11 CASE NO. 09-50026 (REG)

**INTERIM AND FINAL FEE APPLICATIONS**

| LAW FIRM/PROFESSIONAL | DATE FEE APPLICATION SUBMITTED[1] | PERIOD COVERED BY FEE APPLICATION | FEES REQUESTED | EXPENSES REQUESTED |
|---|---|---|---|---|
| LFR, Inc. | 11/12/2009 | 6/01/2009-9/30/2009 | $ 633,772.80 | $ 43,447.98 |
| Honigman Miller Schwartz & Cohn LLP | 11/16/2009 | 6/01/2009-9/30/2009 | 2,297,160.00 | 16,799.46 |
| Jones Day | 11/16/2009 | 6/01/2009-9/30/2009 | 455,396.65 | 4,359.53 |
| Butzel Long | 11/16/2009 | 6/10/2009-9/30/2009 | 237,775.50 | 21,265.87 |
| Jenner & Block LLP | 11/16/2009 | 6/01/2009-9/30/2009 | 4,950,322.95 | 270,439.26 |
| Evercore Group (Final) | 11/16/2009 | 6/01/2009-7/10/2009 | 16,029,032.00 | 2,920.62 |
| Baker McKenzie | 11/16/2009 | 6/01/2009-9/30/2009 | 1,262,789.76 | 21,619.20 |
| FTI Consulting, Inc. | 11/16/2009 | 6/03/2009-9/30/2009 | 4,435,036.25 | 74,500.84 |
| Alan Chappell (Final) | 11/16/2009 | 6/08/2009-10/4/2009 | 72,900.00 | 0.00 |
| Brownfield Partners, LLC | 11/16/2009 | 6/01/2009-9/30/2009 | 213,914.75 | 16,294.80 |
| Kramer Levin Naftalis & Frankel LLP | 11/16/2009 | 6/03/2009-9/30/2009 | 4,593,910.50 | 85,047.77 |
| Lowe, Fell & Skogg, LLC | 11/18/2009 | 6/01/2009-7/10/2009 | 261,840.25 | 19,212.25 |
| Claro Group, LLC | 11/20/2009 | 6/01/2009-9/30/2009 | 189,563.00 | 888.05 |
| Weil, Gotshal & Manges LLP | 01/13/2010 | 6/01/2009-9/30/2009 | 17,910,963.25 | 595,206.67 |
| | | **TOTAL INTERIM AND FINAL FEE APPLICATIONS:** | **$53,544,377.66** | **$1,172,002.30** |

4675983_1

**QUARTERLY REPORTS**

| LAW FIRM/PROFESSIONAL | DATE REPORT SUBMITTED[1] | PERIOD COVERED BY QUARTERLY REPORT | FEES REQUESTED | EXPENSES REQUESTED |
|---|---|---|---|---|
| AP Services, LLC | 10/22/2009 | 6/01/2009-8/31/2009 | 21,884,798.48 | 1,171,226.60 |
| | 01/16/2010 | 9/01/2009-11/30/2009 | 11,863,361.58 | 825,743.93 |
| | | **TOTAL QUARTERLY REPORTS:** | **$33,748,160.06** | **$1,996,970.53** |
| | | **GRAND TOTAL:** | **$87,292,537.72** | **$3,168,972.83** |

NO FEE APPLICATION ON FILE AS OF FEBRUARY 16, 2010

| LAW FIRM/PROFESSIONAL |
|---|
| Godfrey & Kahn, S.C. |
| Togut, Segal & Segal LLP |
| Epiq Bankruptcy Solutions, LLC |

---

[1]  Total pages of all fee applications and quarterly reports:  5,090

4675983_1