**NEW PRESENTMENT DATE AND TIME: March 5, 2010 at 12:00 noon (Eastern Time)**
**NEW OBJECTION DEADLINE: March 5, 2010 at 11:30 a.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                            :
**In re**                                   :   Chapter 11 Case No.
                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :   09-50026 (REG)
    f/k/a General Motors Corp., *et al.*    :
                                            :
                        Debtors.            :   **(Jointly Administered)**
                                            :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**PRESENTMENT OF ORDER PURSUANT TO**
**11 U.S.C. §§ 105(a) AND 363(b) AUTHORIZING EMPLOYMENT**
**AND RETENTION OF HILCO INDUSTRIAL LLC AND MAYNARDS**
**INDUSTRIES (1991) INC. AS EXCLUSIVE MARKETING AND SALES**
**AGENTS TO THE DEBTORS** *NUNC PRO TUNC* **TO OCTOBER 1, 2009**

PLEASE TAKE NOTICE that the date on which the Application of

Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing the

Employment and Retention of Hilco Industrial LLC and Maynards Industries (1991) Inc.

as Exclusive Marketing and Sales Agents to the Debtors *Nunc Pro Tunc* to October 1,

2009 [Docket No. 4984] (the "**Application**"), which was originally scheduled to be

presented before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One

Bowling Green, Room 621, New York, New York 10004 on March 1, 2010 at 12:00

US_ACTIVE:\43310676\02\43310676_2.DOC\.

noon (Eastern Time), has been extended to **March 5, 2010 at 12:00 noon (Eastern Time)**.  The new objection deadline shall be **March 5, 2010 at 11:30 a.m. (Eastern Time)**.

Dated: February 17, 2010
       New York, New York

                                      /s/ Stephen Karotkin
                                      Harvey R. Miller
                                      Stephen Karotkin
                                      Joseph H. Smolinsky

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Debtors
                                      and Debtors in Possession