1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 09-50026

- - - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


MOTORS LIQUIDATION COMPANY, et al.,

f/k/a GENERAL MOTORS CORPORATION, et al.,


       Debtors.



- - - - - - - - - - - - - - - - - - - - - -x


        United States Bankruptcy Court

        One Bowling Green

        New York, New York


        January 14, 2010

        9:37 AM


B E F O R E:

HON. ROBERT E. GERBER

U.S. BANKRUPTCY JUDGE

```
                                                                    2
 1
 2    HEARING re Debtors' First Omnibus Objection to Claims (Amended
 3    and Superseded Claims).
 4
 5    HEARING re Debtors' Second Omnibus Objection to Claims (Amended
 6    and Superseded Claims)
 7
 8    HEARING re Debtors' Third Omnibus Objection to Claims
 9    (Duplicate Claims).
10
11    HEARING re Debtors' Fourth Omnibus Objection to Claim
12    (Duplicate Claims).
13
14    HEARING re Debtors' Fifth Omnibus Objection to Claims (Claims
15    with Insufficient Documentation).
16
17
18
19
20
21
22
23
24    Transcribed by:   Pnina Eilberg
25
```

```
                                                                    3
 1

 2    A P P E A R A N C E S :

 3    WEIL, GOTSHAL & MANGES, LLP

 4         Attorneys for Debtors

 5         767 Fifth Avenue

 6         New York, NY 10153

 7

 8    BY:    JOSEPH H. SMOLINSKY, ESQ.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1          P R O C E E D I N G S

2          THE COURT: Have seats, please. Okay. GM 9:30

3    calendar. Mr. Smolinsky, good morning.

4          MR. SMOLINSKY: Good morning. I remember when we were

5    the headline event, it's obviously not today.

6          THE COURT: That was then, now is now.

7          MR. SMOLINSKY: Joseph Smolinsky from Weil, Gotshal &

8    Manges on behalf of the debtors.

9          We have before you today the first five omnibus claims

10   objections. We've received a total of four objections or

11   responses with respect to these five motions. We're in the

12   process of resolving them. We should have them resolved by the

13   next hearing date. So, Your Honor, we've received no other

14   objections. We've properly served and we'd like to -- we've

15   amended the schedules to the order to delete those four

16   claimants and we'd like to put the hearing on those four claims

17   over to the February 10th hearing.

18         THE COURT: Certainly, Mr. Smolinsky. That's all

19   agreeable to me.

20         MR. SMOLINSKY: Thank you, Your Honor.

21         THE COURT: Okay. And am I correct that we don't have

22   anything further on GM today?

23         MR. SMOLINSKY: That's correct, Your Honor.

24         THE COURT: Okay. Thank you. Thank you.

25         (Proceedings Concluded at 9:38 AM)

```
                                                                    5
 1
 2                        C E R T I F I C A T I O N
 3
 4     I, Pnina Eilberg, certify that the foregoing transcript is a
 5     true and accurate record of the proceedings.
 6
 7     _____
 8     Pnina Eilberg
 9     AAERT Certified Electronic Transcriber (CET**D-488)
10
11     Veritext
12     200 Old Country Road
13     Suite 580
14     Mineola, NY 11501
15
16     Date:   January 15, 2010
17
18
19
20
21
22
23
24
25
```