**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY., et al. ) | 09-50026 (REG) |
| f/k/a General Motors Corporation, et al. ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

**WITHDRAWAL OF CROSSROADS CHEVROLET BUICK, INC.'S**
**PROOF OF CLAIM (#59201)**

CROSSROADS CHEVROLET BUICK, INC. n/k/a BOB KRUMPHOLZ, INC., hereby withdraws its **Proof of Claim (recorded as claim #59201)** in the amount of $253,269.93 filed on November 27, 2009 in the above-captioned bankruptcy proceeding.

Dated: February 18, 2010                Respectfully Submitted,

CROSSROADS CHEVROLET BUICK, INC.
n/k/a BOB KRUMPHOLZ, INC.

By:    /s/ Thomas V. Askounis
Thomas V. Askounis
Askounis & Darcy, PC
401 North Michigan Avenue
Suite 550
Chicago, Illinois 60611
(312) 784-2400 Telephone
(312) 784-2410 Facsimile
taskounis@askounisdarcy.com

U:\Clients\Crossroads Chevrolet Buick, Inc\General Motors BK\withdrawal of claim.wpd.Claim 59201.wpd
1032.20384