Torsten Rueter
Friedenstr. 34
33818 Leopoldshohe
Germany

The Garden City Group, Inc.
ATTN: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, OH 43107-4286
USA

# Withdrawal of claim 21584 against Motors Liquidation Company

Dear Sir/Madam,

In October 2009 I filed a claim over $9,203.00 against Motors Liquidation Company which was confirmed by you as received and added to the claims register on 9 November 2009 under claim ID 21584 in my name.

However I subsequently sold the GM bonds that I held at that time, meaning the basis for my claim ceased to exist. Accordingly I hereby notify you of the withdrawal of my claim.

Please take this letter as my confirmation and agreement to remove my claim from the claims register.

In case of any questions please do not hesitate to contact me at the address above or via e-mail at ruetert@web.de.

Sincerely,

*[signature]*

Torsten Rueter

RECEIVED FEB 16 2010