

# WATAUGA COUNTY TAX ADMINISTRATION

*Courthouse, Suite 21 – 842 West King Street – Boone, NC 28607 – (828) 265-8036*
*FAX (828) 265-8140*

February 10, 2010

US Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 534
New York, NY 10004

RE: General Motors Corp.

To Whom It May Concern:

I would like to request that the Proof of Claim filed by this office on October 1, 2009 be withdrawn or dismissed. The monies owed were satisfied in full on December 15, 2009.

Thank you.

Sincerely,

Larry Warren, Tax Collections Director