Wylie Moore Jr.

7016 Wren,s Creek Lane

Knoxville, TN 37918


The Garden City Group, Inc.

Attn: Motors Liquidation Co. Claims Processing

P.O. Box 9386

Dublin, Ohio 43017-4286


2-03-10

Gentlemen

We hereby withdraw our claim to you for 500 shares of XGM stock. We sold it.

Copies of all documents that we sent to you are included herein.


Wylie Moore Jr.

Dana B. Moore

1

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor (Check Only One): <br> ☒ Motors Liquidation Company (f/k/a General Motors Corporation) <br> ☐ MLCS, LLC (f/k/a Saturn, LLC) <br> ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) <br> ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | Case No. <br> 09-50026 (REG) <br> 09-50027 (REG) <br> 09-50028 (REG) <br> 09-13558 (REG) | Your Claim is Scheduled As Follows: |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): **Wylie Jr. + Dana B. Moore**

**Name and address where notices should be sent:**
Wylie Moore
7016 Wrens Crk. Lane
Knoxville, TN 37918-8444

Telephone number: 865-851-7014
Email Address: wyliemoorejr@comcast.net

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** $ **9920.00**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** **Preferred Stk. 500 shs. XGM**
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** **Tax ID 2515**

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Equipment ☐ Other
Describe:
Value of Property: $_____ Annual Interest Rate_____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____
Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**
Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
Amount entitled to priority:
$_____
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

| Date: 10-01-09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br><br> Wylie Moore Jr. <br> **Wylie Moore Jr.** <br><br> Dana B. Moore <br> **Dana B. Moore** | FOR COURT USE ONLY <br><br> FEB 1 6 2010 <br> U.S. BANKRUPTCY COURT <br> SO. DIST. OF NEW YORK |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)



USAA INVESTMENT MANAGEMENT COMPANY

# BROKERAGE TRADE CONFIRMATION

In accordance with your instructions we are pleased to confirm the below transaction for your account and risk subject to terms listed on reverse side.

**THIS CONFIRMATION IS NOT AN INVOICE. REMITTANCE OF FUNDS OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.**

See reverse side for symbol explanation.

WYLIE MOORE JR    AND
DANA B MOORE    JTWROS
7016 WRENS CREEK LN
KNOXVILLE    TN    37918-8444

| | |
|---|---|
| Sales & Service: | 1-800-531-8144 |
| in San Antonio: | (210) 456-7586 |
| TouchLine Trader: | 1-800-531-8777 |
| in San Antonio: | (210) 498-8777 |
| USAA NUMBER: | 500098 |
| ACCOUNT NUMBER: | 64610320 |
| ACCOUNT TYPE: | CASH |

## PURCHASE TRADE EXECUTION

| Quantity | Description | Symbol |
|---|---|---|
| 300.000 | GENERAL MTRS CORP<br>SR NT 7/15/41 | XGM |

| Trade Date | Settlement Date | Coupon/Maturity | Market Where Executed | CUSIP | CAP | Transaction Number |
|---|---|---|---|---|---|---|
| 06/05/07 | 06/08/07 | | OVER THE COUNTER - (NSCC) | 370442774 | A | N6221 |

| Price | Principal Amount | Commission/Markup/Down | State Tax/Interest | Load Ind | Misc. Fee | | Total Amount |
|---|---|---|---|---|---|---|---|
| 19.84000 | 5,952.00 | .00 | .00 | | .00 | .00 | 5,952.00 |

## ADDITIONAL INFORMATION

THANK YOU FOR TRADING WITH USAA BROKERAGE SERVICES

**IMPORTANT TAX INFORMATION:**    Please retain this copy for your permanent records.
Fees may be imposed for duplicate or replacement copies.
**ALL ORDERS UNSOLICITED UNLESS OTHERWISE SPECIFIED**

USAA Brokerage Services is a discount brokerage service of USAA Investment Management Company.
9800 Fredericksburg Road San Antonio, TX 78288

IR



USAA INVESTMENT MANAGEMENT COMPANY

# BROKERAGE TRADE CONFIRMATION

In accordance with your instructions we are pleased to confirm the below transaction for your account and risk subject to terms listed on reverse side.

**THIS CONFIRMATION IS NOT AN INVOICE. REMITTANCE OF FUNDS OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.**

See reverse side for symbol explanation.

WYLIE MOORE JR    AND
DANA B MOORE     JTWROS
7016 WRENS CREEK LN
KNOXVILLE   TN  37918-8444

Sales & Service: 1-800-531-8144
  in San Antonio: (210) 456-7586
TouchLine Trader: 1-800-531-8777
  in San Antonio: (210) 498-8777

USAA NUMBER: 500098
ACCOUNT NUMBER: 64610320
ACCOUNT TYPE: CASH

## PURCHASE TRADE EXECUTION

| Quantity | Description | Symbol |
|---|---|---|
| 200.000 | GENERAL MTRS CORP SR NT 7/15/41 | XGM |

| Trade Date | Settlement Date | Coupon/Maturity | Market Where Executed | CUSIP | CAP | Transaction Number |
|---|---|---|---|---|---|---|
| 06/05/07 | 06/08/07 | | OVER THE COUNTER - (NSCC) | 370442774 | A | N6218 |

| Price | Principal Amount | Commission/Markup/Down | State Tax/Interest | Load Ind | Misc. Fee | | Total Amount |
|---|---|---|---|---|---|---|---|
| 19.84000 | 3,968.00 | 13.95 | .00 | | .00 | .00 | 3,981.95 |

## ADDITIONAL INFORMATION

THANK YOU FOR TRADING WITH USAA BROKERAGE SERVICES

**IMPORTANT TAX INFORMATION:**   Please retain this copy for your permanent records.

Fees may be imposed for duplicate or replacement copies.

**ALL ORDERS UNSOLICITED UNLESS OTHERWISE SPECIFIED**

USAA Brokerage Services is a discount brokerage service of USAA Investment Management Company.
9800 Fredericksburg Road  San Antonio, TX 78288

IR