Bradley W. Cundiff
COYNE, CUNDIFF & HILLEMANN, P.C.
11230 Veterans Memorial Parkway
Lake St. Louis, MO 63367
Telephone (636) 561-2686
Facsimile (636)561-0040

Attorney for Creditor Christene Gowen

**UNITED STATES BANRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                           :
In re                                                      :   **Chapter 11 Case No.**
                                                           :
**MOTORS LIQUIDATION COMPANY, et al.,**                    :   **09-50026 (REG)**
      **f/k/a General Motors Corp., et al.**               :
                                                           :   **(Jointly Administered)**
                    Debtors.                               :
-----------------------------------------------------------x

## NOTICE OF WITHDRAW OF PROOF OF CLAIM PREVIOUSLY FILED

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Creditor, CHRISTENE GOWEN, by and through counsel, COYNE, CUNDIFF & HILLEMANN, P.C., and respectfully withdraws the Proof of Claim previously filed on behalf of Creditor CHRISTENE GOWEN, claim # 20265, for the reason that Ms. Gowen's Missouri workers' compensation claim is being covered under the "post" bankruptcy General Motors Entity and her claim is thus not a proper claim under this bankruptcy claim.

Dated: February 10, 2010

COYNE, CUNDIFF & HILLEMANN, P.C.
Attorney for Creditor Christine Gowen
11230 Veterans Memorial Parkway
Lake St. Louis, MO 63367
(636) 561-2686 Phone
(636) 561-0040 Fax

_____
BRADLEY W. CUNDIFF  #41291

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was mailed via U.S. Mail, postage prepaid, this _____ day of February, 2010, to the following parties:

-Weil, Gotshal & Manges LLP, attorneys for Debtors, 767 Fifth Avenue, New York, New York, 10152 (Attn: Harvey R. Millers, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);
-The Debtors/c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger);
-General Motors, LLC, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.);

_____
Bradley W. Cundiff

2