**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                          :
**In re**                                                 :    **Chapter 11 Case No.**
                                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                 :    **09-50026 (REG)**
**f/k/a General Motors Corp.,** *et al.*                  :
                                                          :
**Debtors.**                                              :    **(Jointly Administered)**
                                                          :
-----------------------------------------------------------x

## WITHDRAWAL AND SUBSTITUION OF COUNSEL

**PLEASE TAKE NOTICE** that 3M Company and 3M Purification Inc. (formerly CUNO, Inc.), creditors in this matter, is hereby substituting its counsel in the above referenced case. Catherine Barnett Wilson withdraws and substitutes Alan E. Brown.

The undersigned hereby requests that copies of all notices given and all papers (including, but not limited to, pleadings, motions, applications, orders and reports), served or filed in this case, be served on the undersigned at the following office address, email address and telephone number.

>   Alan E. Brown
>   3M Company
>   Office of General Counsel
>   3M Center, Building 220-9E-02
>   St. Paul, MN  55144-1000
>   (651) 736-6739 (phone)
>   (651) 736-9469 (fax)
>   arbrown@mmm.com

3M 682422v1

Dated: 2/9/10

**3M COMPANY AND
3M PURFICIATION INC.**

*/s/ Alan Brown*

Alan E. Brown   (MN Bar #319545)
3M Company
Office of General Counsel
3M Center, Building 220-9E-02
St. Paul, MN  55144-1000
(651) 736-6739 (phone)
(651) 736-9469 (fax)
arbrown@mmm.com

Dated: 2-9-10

**3M COMPANY AND
3M PURFICATION INC.**

*/s/ Catherine Barnett Wilson*

Catherine Barnett Wilson
(MN Bar #138551)
3M Company
Office of General Counsel
3M Center, Building 220-9E-02
St. Paul, MN  55144-1000
(651) 736-1791 (phone)
(651) 736-9469 (fax)
cbwilson@mmm.com

3M 682422v1

## CERTIFICATE OF SERVICE

I, Patty Meagher, certify that I caused one true and correct copy of the Withdrawal and Substitution of Counsel to be sent on February 10, 2010 in the manner indicated below:

### Via UPS

U.S. Bankruptcy Court
Attn: Clerk of Court
Southern District of New York
One Bowling Green
New York, NY 10004

### Via electronic mail

Attorney for Debtor
Mr. Stephen Karotkin
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
stephen.karotkin@weil.com

3M COMPANY AND
3M PURFICATION INC.

Patty Meagher
3M Company
Office of General Counsel
3M Center, Building 220-9E-02
St. Paul, MN 55144-1000
(651) 736-3366 (phone)
(651) 736-9469 (fax)
pmeagher@mmm.com

3M 682422v1