Brent A. Lance
THE LANCE LAW FIRM
5520 Saint Charles Street
Cottleville, Missouri 63304
Telephone: (636) 498-1100
Facsimile: (636) 498-1102



Attorney for Creditor Susan Picou

**UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                                    :    Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY, et al.,**                      :    09-50026 (REG)
     **f/k/a General Motors Corp., et al.**                  :
                                                             :    (Jointly Administered)
                              **Debtors.**                   :
------------------------------------------------------------x

### NOTICE OF WITHDRAW OF PROOF OF
### CLAIM PREVIOUSLY FILED

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Creditor, SUSAN PICOU, by and through counsel, THE LANCE LAW FIRM, and respectfully withdraws the Proof of Claim previously filed on behalf of Creditor SUSAN PICOU, claim # 12204, for the reason that Ms. Picou's Missouri workers' compensation claim is being covered under the "post" bankruptcy General Motors Entity and her claim is thus not a proper claim under this bankruptcy claim.

Dated: Cottleville, Missouri

February 8, 2010

Respectfully submitted,

THE LANCE LAW FIRM

_____
BRENT A. LANCE, #123581
Attorney for Creditor
5520 Saint Charles Street
St. Charles, MO 63304
TEL: (636) 498-1100
FAX: (636) 498-1102

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was mailed via U.S. Mail, postage prepaid, this 4th day of February, 2010, to the following parties:

-Weil, Gotshal & Manges LLP, attorneys for Debtors, 767 Fifth Avenue, New York, New York, 10152 (Attn: Harvey R. Millers, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);
-The Debtors/c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger);
-General Motors, LLC, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.);

_____
Brent A. Lance

2