Brent A. Lance
THE LANCE LAW FIRM
5520 Saint Charles Street
Cottleville, Missouri 63304
Telephone: (636) 498-1100
Facsimile: (636) 498-1102

Attorney for Creditor Frances Reed

**UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, et al.,                         :    09-50026 (REG)
       f/k/a General Motors Corp., et al.                   :
                                                            :    (Jointly Administered)
                       Debtors.                             :
-----------------------------------------------------------x

### NOTICE OF WITHDRAW OF PROOF OF CLAIM PREVIOUSLY FILED

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Creditor, FRANCES REED, by and through counsel, THE LANCE LAW FIRM, and respectfully withdraws the Proof of Claim previously filed on behalf of Creditor FRANCES REED, claim # 12206, for the reason that Ms. Reed's Missouri workers' compensation claim is being covered under the "post" bankruptcy General Motors Entity and her claim is thus not a proper claim under this bankruptcy claim.

Dated: Cottleville, Missouri

February 8, 2010

Respectfully submitted,

THE LANCE LAW FIRM

_____
BRENT A. LANCE, #123581
Attorney for Creditor
5520 Saint Charles Street
St. Charles, MO 63304
TEL: (636) 498-1100
FAX: (636) 498-1102

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was mailed via U.S. Mail, postage prepaid, this 9th day of February, 2010, to the following parties:

-Weil, Gotshal & Manges LLP, attorneys for Debtors, 767 Fifth Avenue, New York, New York, 10152 (Attn: Harvey R. Millers, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);
-The Debtors/c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger);
-General Motors, LLC, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.);

_____
Brent A. Lance