| | |
|---|---|
| BARNES & THORNBURG LLP | Hearing Date and Time: |
| 171 Monroe Avenue, NW, Suite 1000 | April 8, 2010 at 9:45 a.m. (Eastern time) |
| Grand Rapids, Michigan  49503 | |
| Telephone:  (616) 742-3930 | Objection Deadline: |
| Facsimile:  (616) 742-3999 | April 1, 2010 at 5:00 p.m. (Eastern time) |

John T. Gregg (Admitted Pro Hac Vice)
Telephone:  (616) 742-3930
Email:  jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) | Case No.  09-50026 (REG) |
| f/k/a GENERAL MOTORS CORP, *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on February 16, 2010, DMS Moving Systems ("Movant"), filed its Motion for Entry of Order Awarding Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(A) (the "Motion"), a copy of which is attached hereto.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will be held on **April 8, 2010, at 9:45 a.m. (Eastern Time)** (the "Hearing") before the Honorable Robert E. Gerber, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 621, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motion (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, (c) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) - registered users of the

Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) must be submitted in hard-copy form directly to the chambers of the Honorable Robert E. Gerber, United States Bankruptcy Judge, and (e) and must be served upon (i) counsel for the Movant, Barnes & Thornburg LLP, 171 Monroe Avenue, NW, Suite 1000, Grand Rapids, Michigan 49503 (Attn: John T. Gregg); (ii) counsel for the Debtors, Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Stephen Karotkin, and Joseph H. Smolinsky); (iii) counsel for the United States Department of Treasury, Cadwalader, Wickersham & Taft, LLP, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi); (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams); (v) counsel for the statutory committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Kenneth H. Eckstein, Thomas M. Mayer, Adam C. Rogoff and Gordon Z. Novod); and (vi) all entities that requested notice in this case via ECF, in each case so as to be **received** no later than **5:00 p.m. (Eastern Time)** on **April 1, 2010** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made in writing and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing. If no objections to the Request are timely filed and served in accordance with the procedures set froth herein, the Bankruptcy Court may enter an order granting the Request **without further notice**.

2

Dated: February 19, 2010

                BARNES & THORNBURG LLP
                Counsel to DMS Moving Systems


By:   /s/John T. Gregg
       John T. Gregg
Business Address:
171 Monroe Avenue, NW
Suite 1000
Grand Rapids, Michigan 49503
(616) 742-3930

GRDS01 396699v1