BARNES & THORNBURG LLP
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

John T. Gregg (Admitted Pro Hac Vice)
Telephone: (616) 742-3930
Email: jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a GENERAL MOTORS CORP, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

Document Served:  -  **NOTICE OF HEARING**

-  **MOTION OF DMS MOVING SYSTEMS FOR ENTRY OF ORDER AWARDING ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

The undersigned hereby certifies that a copy of the document(s) listed above was served upon all parties that requested notice in this case via ECF and upon the parties listed in the attached Exhibit A via Federal Express on the date stated below:

Date served: February 19, 2010

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/John T. Gregg
John T. Gregg
Barnes & Thornburg LLP

# EXHIBIT A

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
*Counsel for the Debtors*

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York 10281
*Counsel for the United States*
*Department of Treasury*

Diana G. Adams, Esq.
Office of the United States Trustee
for the Southern District of New York,
33 Whitehall Street, 21st Floor,
New York, New York 10004

Kenneth H. Eckstein, Esq.
Thomas M. Mayer, Esq.
Adam C. Rogoff, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
*Counsel for the Statutory Committee*
*of Unsecured Creditors*

GRDS01 396755v1