**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re**<br><br>**MOTORS LIQUIDATION COMPANY, et al.,**<br>**f/k/a General Motors Corp., et al.,**<br><br>**Debtors.** | **Chapter 11 Case No.  09-50026 (REG)**<br><br>**AFFIRMATION IN SUPPORT OF**<br>**D&M REAL ESTATE, LLC, T/A THE**<br>**HORSE TAVERN & GRILL AND THE**<br>**HORSE, INC., T/A THE HORSE**<br>**TAVERN & GRILL'S NOTICE OF**<br>**WITHDRAWAL OF OBJECTION**<br><br>**Judge Robert E. Gerber** |

**NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS' MOTION FOR ENTRY**

**OF ORDER AUTHORIZING IMPLEMENTATION OF ALTERNATIVE DISPUTE**

**RESOLUTION PROCEDURES**

D&M Real Estate, LLC, T/A The Horse Tavern & Grill and The Horse, Inc., T/A The

Horse Tavern & Grill, by and through counsel, hereby withdraws its objection to Debtors'

Motion for Entry of Order Authorizing Implementation of Alternative Dispute Resolution

Procedures.

Dated: February 22, 2010

Respectfully submitted,

**NELSON, LEVINE, de LUCA & HORST, LLC**

By:  *s/ William Dirk Pastorick*
William Dirk Pastorick, Esquire
457 Haddonfield Road
Suite 710
Cherry Hill, NJ 08002
Attorneys for Defendant, D&M Real Estate,
LLC, t/a The Horse Tavern & Grill and The
Horse, Inc., t/a The Horse Tavern & Grill

TO:   **VIA ELECTRONIC FILING**
All counsel on Master Service List

**VIA REGULAR MAIL**
William C. Roeger, Jr. Esquire
William G. Roark, Esquire
Hamburg, Rubin, Mulin, Maxwell & Lupin
210 W. Walnut Street
P.O. Box 259
Perkasie, PA 18944

Francis J. Grey, Jr., Esquire
Monica V. Pennisi Marsico, Esquire
Lavin, O'Neil, Ricci, Cedrone & Disipio
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re**<br><br>**MOTORS LIQUIDATION COMPANY, et al.,**<br>**f/k/a General Motors Corp., et al.,**<br><br>**Debtors.** | **Chapter 11 Case No.  09-50026 (REG)**<br><br>**CERTIFICATE OF SERVICE** |

I, William Dirk Pastorick, hereby certify that a true and correct copy of D&M Real Estate, LLC, t/a The Horse Tavern & Grill and The Horse, Inc., t/a The Horse Tavern & Grill's Withdrawal of Objection to Debtors' Motion for Entry of Order Authorizing Alternative Dispute Resolution Procedures was served on February 22, 2010, upon counsel listed below by United States Mail, postage prepaid.

| | |
|---|---|
| Monica V. Pennisi Marsico, Esquire<br>Lavin, O'Neil, Ricci, Cedrone & DiSipio<br>Suite 500<br>190 North Independence Mall West<br>6th and Race Streets<br>Philadelphia, PA  19106 | William C. Roeger, Jr., Esquire<br>William G. Roark, Esquire<br>Hamburg, Rubin, Mullin, Maxwell & Lupin<br>210 W. Walnut Street<br>P.O. Box 259<br>Perkasie, PA  18944 |

**NELSON LEVINE de LUCA & HORST, LLC**


**BY:** _s/ William Dirk Pastorick_
         William Dirk Pastorick, Esq.