UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MOTORS LIQUIDATION COMPANY, et al.,<br>f/k/a General Motors Corp., et al.,<br><br>Debtors. | Chapter 11 Case No. 09-50026 (REG)<br><br>**AFFIRMATION IN SUPPORT OF <u>D&M REAL ESTATE, LLC, T/A THE HORSE TAVERN & GRILL AND THE HORSE, INC., T/A THE HORSE TAVERN & GRILL'S NOTICE OF WITHDRAWAL OF OBJECTION</u>**<br><br>Judge Robert E. Gerber |

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

PLEASE TAKE NOTICE THAT:

D&M Real Estate, LLC, T/A The Horse Tavern & Grill and The Horse, Inc., T/A The Horse Tavern & Grill, by and through counsel, hereby withdraws its Motion for Relief From Automatic Stay, filed on January 21, 2010, returnable on March 2, 2010.

Dated: February 23, 2010

    Respectfully submitted,

    **NELSON, LEVINE, de LUCA & HORST, LLC**

By: *s/ William Dirk Pastorick*
     William Dirk Pastorick, Esquire
     457 Haddonfield Road
     Suite 710
     Cherry Hill, NJ 08002
     Attorneys for Defendant, D&M Real Estate, LLC, t/a The Horse Tavern & Grill and The Horse, Inc., t/a The Horse Tavern & Grill

TO:   **VIA ELECTRONIC FILING**
       All counsel on Master Service List

**VIA REGULAR MAIL**
William C. Roeger, Jr. Esquire
William G. Roark, Esquire
Hamburg, Rubin, Mulin, Maxwell & Lupin
210 W. Walnut Street
P.O. Box 259
Perkasie, PA 18944

Francis J. Grey, Jr., Esquire
Monica V. Pennisi Marsico, Esquire
Lavin, O'Neil, Ricci, Cedrone & Disipio
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**MOTORS LIQUIDATION COMPANY, et al.,**<br>f/k/a General Motors Corp., et al.,<br><br>Debtors. | **Chapter 11 Case No.  09-50026 (REG)**<br><br><u>**CERTIFICATE OF SERVICE**</u> |

    I, William Dirk Pastorick, hereby certify that a true and correct copy of D&M Real Estate, LLC, t/a The Horse Tavern & Grill and The Horse, Inc., t/a The Horse Tavern & Grill's Withdrawal of Motion for Relief From Automatic Stay was served on February 23, 2010, upon counsel listed below by United States Mail, postage prepaid.

| | |
|---|---|
| Monica V. Pennisi Marsico, Esquire<br>Lavin, O'Neil, Ricci, Cedrone & DiSipio<br>Suite 500<br>190 North Independence Mall West<br>6th and Race Streets<br>Philadelphia, PA  19106 | William C. Roeger, Jr., Esquire<br>William G. Roark, Esquire<br>Hamburg, Rubin, Mullin, Maxwell & Lupin<br>210 W. Walnut Street<br>P.O. Box 259<br>Perkasie, PA  18944 |

                                              **NELSON LEVINE de LUCA & HORST, LLC**

                                       **BY:**   *s/ William Dirk Pastorick*
                                                     William Dirk Pastorick, Esq.