**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                            :
**In re**                                   :       **Chapter 11 Case No.**
                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :       **09-50026 (REG)**
      f/k/a **General Motors Corp.,** *et al.*   :
                                            :
                          **Debtors.**      :       **(Jointly Administered)**
                                            :
----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

Upon the eighth omnibus objection to claims, dated January 7, 2010 (the "**Eighth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180]; and (ii) establishing the deadline for filing proofs of claim against the Initial Debtors[2] and the procedures relating to the filing of proofs of claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order disallowing and expunging the Claims with Insufficient Documentation on the grounds that such claims fail to provide sufficient documentation to ascertain the validity of the claim, all as more

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Eighth Omnibus Objection to Claims.

[2]     The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation) Case No. 09-50026, MLCS, LLC (f/k/a Saturn, LLC) Case No. 09-50027, MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) Case No. 09-50028, and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) Case No. 09-13558.

fully described in the Eighth Omnibus Objection to Claims; and due and proper notice of the

Eighth Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Eighth Omnibus Objection to Claims is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Eighth Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit A** annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "**Claims with Insufficient Documentation**") are disallowed and expunged

from the claims registry; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit A annexed to the Eighth Omnibus Objection

to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or

expunged pursuant to this Order; and it is further

ORDERED that to the extent a disallowed and expunged claim is a workers'

compensation claim with respect to an employee residing or employed in any state other than the

states of Alabama, Georgia, New Jersey, and Oklahoma, the disallowance of such claim shall not

affect the claimant's rights to continue receiving benefits from General Motors LLC (f/k/a

NGMCO, Inc.), the purchaser of substantially all the assets of General Motors Corporation; and

it is further

ORDERED that to the extent a disallowed and expunged claim is for principal

under a public debt security issued by the Debtors, the disallowance of such claim shall not

affect the right of the claimant to participate in recoveries as a holder of securities under any

proof of claim filed by an indenture trustee in respect of the subject issuance; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
        February **23**, 2010


                                        s/ *Robert E. Gerber*
                                        United States Bankruptcy Judge