**Eighth Omnibus Objection**       **Exhibit A**       **Motors Liquidation Company, et al.**
                                                       Case No. 09-50026 (REG), Jointly Administered

| | | | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| AASI CUST OF IRA FBO<br>GEORGE M KAMENITSA<br>6715 FREDMOOR DR<br>TROY, MI 48098 | 10467 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| AASI CUST OF IRA FBO<br>JACK DOBBS<br>8317 39TH AVE N<br>NEW HOPE, MN 55427 | 11399 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| AASI CUST OF IRA FBO<br>SUZANNE M. BARKLEY<br>11131 KOLINA LANE<br>SUN CITY, AZ 85351 | 16029 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$6,252.00  (P)<br>$0.00  (U)<br>$6,252.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ALCOCER, JOSEPH<br>PO BOX 88<br>PIRU, CA 93040 | 8297 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ALICE V HOWARD<br>3170  WEILACHER DR<br>WARREN, OH 44481 | 6408 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| Eighth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| :--- | :--- | :--- | :--- | :--- | ---: |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| :--- | :--- | :--- | :--- | :--- | :--- |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| ANTONIO PARATORE<br>SQUARE CLAIR-MATIN 32<br>CH- 1213 PETIT-LANCY SWITZERLAND<br>SWITZERLAND | 14350 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BENETTA M WASHINIFSKY<br>4287 N HILL DR<br>HOLLY, MI 48442 | 7443 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BERNARD FRIDRICK (DECEASED)<br>ATTN: JOHN S FRIDRICK<br>5329 KARAFIT ROAD<br>CELINA, OH 45822 | 5008 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BILL A GASPER<br>189 HILLSIDE AVE<br>ROANOKE, IN 46783 | 567 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BOCHETTI JOSEPH M<br>DBA ELECTRIC SERVICES UNLIMITE<br>414 BOSTON ST<br>TOPSFIELD, MA 01983 | 2500 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| BODNER, KAREN<br>6463 MYRTLE HILL RD<br><br>VALLEY CITY, OH 44280 | 15813 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BOSQUEZ JR, JULIAN<br>2515 PACKARD RD<br><br>SAND CREEK, MI 49279 | 4848 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BRUKER WOLFGANG UND ANITA<br>WOLFGANG UND ANITA BRUKER<br>RIEMERSTR. 9<br>71263 WEIL DER STADT GERMANY<br>GERMANY | 17903 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BULLOCK, WILLIAM J<br>9102 DANZIG ST<br><br>LIVONIA, MI 48150 | 19094 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BURCH, RITA R<br>LEGAL SERVICES FOR THE ELDERLY<br>237 MAIN ST, STE 1015<br>BUFFALO, NY 14203 | 9450 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BURCH, RITA R<br>237 MAIN ST STE 1015<br>LEGAL SERVICES FOR THE ELDERLY<br>BUFFALO, NY 14203 | 9451 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CLARENCE FERRELL<br>CGM IRA CUSTODIAN<br>7572 STATE ROUTE 378<br>WILLOW WOOD, OH 45696 | 6151 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CLARENCE FERRELL<br>7572 STATE ROUTE 378<br>WILLOW WOOD, OH 45696 | 6153 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CLARENCE FERRELL AND<br>SHARON A FERRELL JTWROS<br>7572 STATE ROUTE 378<br>WILLOW WOOD, OH 45696 | 6152 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

| Eighth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|

Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CONTRACT WELDING & FABRICATING INC<br>385 SUMPTER RD<br>BELLEVILLE, MI 48111 | 2905 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DEBORAH DEVOLE<br>2 PRESCOTT CT<br>OFALLON, MO 63366 | 26613 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DIANE B ALLEN<br>2161 COLLEGE DR<br>GLENDALE HTS, IL 60139 | 20864 | MLCS, LLC | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DOROTHY HARDEMAN<br>CGM IRA ROLLOVER CUSTODIAN<br>1144 W DORCLIFF HEIGHTS<br>ASHLAND, KY 41102 | 6150 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DOROTHY HARDEMAN<br>1144 W DORCLIFF HEIGHTS<br>ASHLAND, KY 41102 | 6154 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ECONOMIC RESEARCH SERVICES<br>4901 TOWER CT<br>TALLAHASSEE, FL 32303 | 9838 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| FOWLER, DONALD<br>418 E SUMMER ST<br>C/O BERNICE LUSTFELDT<br>PAXTON, IL 60957 | 5901 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| FOWLER, DONALD L<br>3770 EMERALD AVE<br>ST JAMES CITY, FL 33956 | 16012 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GAIL B BROYLES TRUST<br>DATED SEP 7 1990<br>3503 HOLLY<br>DENISON, TX 75020 | 5495 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GAIL BROYLES<br>3503 HOLLY<br>DENISON, TX 75020 | 5493 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GAIL BROYLES<br>3503 HOLLY<br>DENISON, TX 75020 | 5494 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GERRY A HOPKINS<br>APT 15<br>6321 SAINT ANDREWS DRIVE<br>CANFIELD, OH 44406 | 20119 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| GORMAN, DANIEL G<br>1847 SHORE DR S APT 801<br>SOUTH PASADENA, FL 33707 | 4210 | Motors Liquidation Company | $127,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$73,000.00  (U)<br>$200,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| HARRIET C BRYANT<br>8 CANTERBURY DR<br>NEWNAN, GA 30263 | 14956 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000.00  (U)<br>$25,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| HENRY JACOBSON<br>C/O MERRILL LYNCH<br>GLOBAL WEALTH MANAGEMENT<br>PEPPER PIKE PLACE<br>30195 CHAGRIN BOULEVARD STE 120E<br>PEPPER PIKE, OH 44124<br>UNITED STATES OF AMERICA | 6385 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighth Omnibus Objection | | **Exhibit A** | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered | |
|---|---|---|---|---|---|

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| HERBERT H BUXBAUM<br>CGM IRA CUSTODIAN<br>32 CHICHESTER ROAD<br>MONROE TOWNSHIP, NJ 08831 | 10747 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| HERBERT H BUXBAUM<br>32 CHICHESTER ROAD<br>MONROE TOWNSHIP, NJ 08831 | 10748 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| HILLIARD LYONS CUST FOR<br>DONALD E BALICK IRA<br>102 JAYSON RD<br>WILMINGTON, DE 19803 | 7729 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| HUGH MCALLISTER<br>27025 OAKWOOD CIR APT 118T<br>OLMSTED FALLS, OH 44138 | 15655 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| IRA FBO ROBERT P HEADRICK<br>PERSHING LLC AS CUSTODIAN<br>ROLLOVER ACCOUNT<br>317 SUNNYSIDE LANE<br>DEBARY, FL 32713 | 5193 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES D SKANDALARIS TTEE<br>JAMES D SKANDALARIS<br>2485 WORCESTER<br>ORCHARD LAKE, MI 48323 | 8867 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| JAMES M BRYANT<br>8 CANTERBURY DR<br>NEWNAN, GA 30263 | 14957 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$75,000.00 (U)<br>$75,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| JAMES VACHUSKA<br>5315 INDIAN VALLEY RD<br>FRANKLIN, TN 37064 | 27884 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| JAMES VACHUSKA<br>5315 INDIAN VALLEY RD<br>FRANKLIN, TN 37064 | 27885 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| JASON BAIRD<br>C/O JOHN J. KALO, ESQ.<br>4500 E COURT ST<br>BURTON, MI 48509 | 16510 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JENKINS, WARREN M<br>3440 N ERIE ST<br>TOLEDO, OH 43611 | 3628 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 9

**Eighth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| JIMMIE L BRADFORD IRA<br>FCC AS CUSTODIAN<br>316 SPRUCE DRIVE<br>MT VERNON, IL 62864 | 4904 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,000.00 (U)<br>$11,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| JOHN RICHARDSON<br>9325 GRIZZLY BEAR LN<br>BROOKSVILLE, FL 34613 | 15254 | Motors Liquidation Company | $744.26 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$744.26 (T) | Insufficient Documentation | Pgs. 1-4 |
| JULIO DANIEL RODRIGUEZ<br>ATTN: LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DR, STE 700<br>NEWPORT BEACH, CA 92660 | 25387 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| JULIO DANIEL RODRIGUEZ IND & SUC IN INT TO JESSICA VIOLETA RODRIGUEZ<br>LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DRIVE SUITE 700<br>NEWPORT BEACH, CA 92660 | 25390 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| JULIO DANIEL RODRIGUEZ SUC IN INT TO ESTATE OF BELEN VIOLETA RODRIGUEZ<br>ATTN LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DRIVE STE 700<br>NEWPORT BEACH, CA 92660 | 25388 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JULIO DANIEL RODRIQUEZ, AS GUARDIAN TO ISAAC DANIEL RODRIGUEZ<br>LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DRIVE SUITE 700<br>NEWPORT BEACH, CA 92660 | 25389 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| KATHLEEN H PETERS<br>15400 COURTNEY LANE<br>WRIGHT CITY, MO 63390 | 15808 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| KATHLEEN H PETERS<br>15400 COURTNEY LANE<br>WRIGHT CITY, MO 63390 | 15809 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| KATHLEEN H PETERS<br>15400 COURTNEY<br>WRIGHT CITY, MO 63390 | 15810 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| LARRY C COX<br>3096 HEISS RD<br>MONROE, MI 48162 | 8274 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$635,000.00 (U)<br>$635,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 11

**Eighth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LEWIS, WILLIAM H<br>PO BOX 660<br>CAIRO, IL 62914 | 8140 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| LOIS VANDERMALLIE<br>2070 BAIRD ROAD<br>PENFIELD, NY 14526 | 12045 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MARIANNE TROMPETER<br>OFTERDINGENSTRASSE 61<br>D 45279 ESSEN GERMANY<br>GERMANY | 12508 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$72,821.40 (U)<br>$72,821.40 (T) | Insufficient Documentation | Pgs. 1-4 |
| MARINA RAMIREZ<br>LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DR SUITE 700<br>NEWPORT BEACH, CA 92660 | 24323 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MARINA RAMIREZ FOR THE ESTATE OF JASMINE RAMIREZ<br>LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DR SUITE 700<br>NEWPORT BEACH, CA 92660 | 24326 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| MARINA RAMIREZ GUARDIAN AT LITEM FOR ESMERELDA RAMIREZ<br>LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DR SUITE 700<br>NEWPORT BEACH, CA 92660 | 24324 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MILLER, ROBERT J<br>499 MCDONALD DR<br>HOUGHTON LAKE, MI 48629 | 10070 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>JANET C RAGEN<br>IRA ROLLOVER DATED 08/02/00<br>8739 S KENNETH AVENUE<br>HOMETOWN, IL 60456 | 2484 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>DAVID M ZAMEK<br>IRA ROLLOVER DATED 06/17/93<br>5595 SEABREEZE LANE<br>STERLING HTS, MI 48310 | 2694 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>LARRY D LEE<br>IRA STD/ROLLOVER DTD 01/03/89<br>688 27TH STREET<br>SAN FRANCISCO, CA 94131 | 2695 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,704.00 (U)<br>$10,704.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>VICTOR A KING<br>IRA ROLLOVER DATED 08/12/92<br>7071 SO FRANKLIN ST<br>LITTLETON, CO 80122 | 6265 | Motors Liquidation Company | $10,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$20,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>SPENCER R BLACK<br>IRA R/O DTD 2/2/84<br>141 CHARLESCREST<br>WEST SENECA, NY 14224 | 7040 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 14

| | | | | | |
|---|---|---|---|---|---|
| **Eighth Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.** |
| | | | | | **Case No. 09-50026 (REG), Jointly Administered** |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>NANCY KING<br>IRA STANDARD DATED 06/04/08<br>4037 KILBOURNE ROAD<br>COLUMBIA, SC 29205 | 7422 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>WILLIAM J OBRIEN JR.<br>IRA ROLLOVER DATED 04/18/02<br>6620 SW 71ST LN # 6<br>SOUTH MIAMI, FL 33143 | 7616 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,483.30 (U)<br>$10,483.30 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>NANCY BALDWIN<br>IRA STANDARD DATED 06/27/01<br>1099 S OCEAN BLVD APT 106<br>BOCA RATON, FL 33432 | 10260 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>ALEXANDER H KOWALEWSKI<br>IRA STANDARD DATED 03/03/86<br>132 PAYNE AVENUE<br>NORTH TONAWANDA, NY 14120 | 10761 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>MARYANN KOWALEWSKI<br>IRA ROLLOVER DATED 09/23/98<br>132 PAYNE AVENUE<br>NORTH TONAWANDA, NY 14120 | 11001 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| MS&CO C/F<br>ELOISE JULIUS<br>IRA STANDARD DATED 04/07/08<br>3300 DARBY RD APT 3211<br>HAVERFORD, PA 19041 | 11722 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>BARBARA DESANTIS<br>IRA ROLLOVER DATED 09/25/02<br>3392 SW BOBALINK WAY<br>PALM CITY, FL 34990 | 11782 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>DORIS MUCHNIKOFF<br>IRA ROLLOVER DATED 04/15/03<br>195-27 N CENTRE AVE<br>ROCKVILLE CENTRE, NY 11570 | 14032 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>RICHARD L PITTENGER<br>IRA ROLLOVER DATED 07/17/02<br>2111 GRANGE HALL RD<br>FENTON, MI 48430 | 14421 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>SHARON K PHILLIPS<br>IRA STANDARD DATED 04/06/94<br>3114 SW 37TH<br>OKLAHOMA CITY, OK 73119 | 16025 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NEIRA, ALEJANDRO E<br>PO BOX 1277<br>O FALLON, MO 63366 | 12194 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| PAVEL MILI<br>79965 MAIN ST<br>MEMPHIS, MI 48041 | 14312 | MLCS, LLC | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RICHARD GREEN<br>714 HARWAY AVE<br>CHESAPEAKE, VA 23325 | 1791 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RICHARD S DENNIS<br>15391 DUMAY ST<br>SOUTHGATE, MI 48195 | 20856 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RICHARD ZIMMERMAN<br>PO BOX 171<br>NEWTON FALLS, OH 44444 | 12765 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RICHARD ZIMMERMAN<br>PO BOX 171<br>NEWTON FALLS, OH 44444 | 12766 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighth Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>

**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| RITTER SR, DANIEL S<br>16327 COUNTY ROAD 7<br><br>METAMORA, OH 43540 | 15653 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROBERT LANDUCCI<br>5900 ARLINGTON AVE APT 10 R<br><br>BRONX, NY 10471<br>UNITED STATES OF AMERICA | 17960 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROBERT LEWIS<br>25629 BROOKDALE LN<br><br>EUCLID, OH 44117 | 5963 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROBERT MILLER<br>499 MCDONALD DR<br><br>HOUGHTON LAKE, MI 48629 | 10071 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RONALD B GOODWIN<br>343 QUIET HARBOR DRIVE<br><br>HENDERSON, NV 89052 | 28948 | Motors Liquidation Company | $3,770,852.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,770,852.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ROSS MELODY<br>ROSS, MELODY<br>107 EAST ROSS STREET<br><br>IRON RIVE, MI 49935 | 2025 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500.00  (U)<br>$3,500.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| SCRIVENS, GENUS R<br>5356 EASTPORT AVE<br><br>DAYTON, OH 45427 | 23351 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$3,000,000.00 (P)<br>$0.00 (U)<br>$3,000,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SMITH, ROBERT A<br>3070 EL PASO DR<br><br>COLUMBUS, OH 43204 | 17187 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| THOMAS, BETTYE J<br>623 SOUTH JENISON AVENUE<br><br>LANSING, MI 48915 | 3892 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| THOMAS, MEREDITH L<br>1046 BLUEBELL LN<br><br>DAVISON, MI 48423 | 17591 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$50,000.00 (P)<br>$0.00 (U)<br>$50,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| WELLS FARGO BANK ROLLOVER C/F<br>JAMES O JACKSON<br>6806 SE 2ND COURT<br>DES MOINES, IA 50315 | 10267 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered | |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | |
|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| WILCOX, FRANK R<br>445 E HAMPTON RD<br>ESSEXVILLE, MI 48732 | 2277 | | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| WILLIAM MOORE<br>496 3RD ST SW<br>WARREN, OH 44483 | 16579 | | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| WISDOM, JOANN<br>1915 S 29TH CT<br>KANSAS CITY, KS 66106 | 44171 | | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| **Claims to be Disallowed and Expunged Totals** | 97 | | | $3,908,596.26  (S)<br>$0.00  (A)<br>$3,081,252.00  (P)<br>$36,191,508.70  (U)<br>$43,181,356.96  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.