Hearing Date and Time: March 2, 2010 at 11:00 a.m. (Eastern Time)
Objection Deadline: February 23, 2010 at 4:00 p.m. (Ester Time)

Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq. (*Pro Hac Vice Admission Granted*)

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:    (212) 668-5927
Facsimile:    (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

*Attorneys for Creditor, Remy International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------- x : | Chapter 11 |
| In re                                 : | |
|                                       : | Case No. 09-50026(REG) |
| MOTORS LIQUIDATION COMPANY, et al.,   : | |
|                                       : | (Jointly Administered) |
| Debtors.                              : | |
|                                       : | |
| ------------------------------------- x | |

**LIMITED OBJECTION OF REMY INTERNATIONAL, INC. TO
MOTION OF DEBTORS FOR ENTRY OF ORDER PURSUANT TO 11
U.S.C. §§ 105(a) AND 363 IN AID OF IMPLEMENTATION OF SALE**

On August 12, 2009, Remy filed its 2004 request in this proceeding. Among the items requested are the documents mentioned in paragraph 7 of Debtors' motion entitled: Pre-1986 Insurance Policies, and Royal Settlement Agreement. Remy's 2004 production request has been continued since August, 2009 because Debtors were attempting to locate the requested

RC1/5507621.3/KNS

documents. Remy is still awaiting receipt of the insurance policies and the Royal Settlement documents, mentioned in paragraph 7 of Debtors' motion, all of which clearly come within the scope of Remy's 2004 production request. Remy is continuing to work with Debtor to receive these documents and hence files this limited objection as a placeholder to ensure that these documents will be produced by Debtors to Remy. Hence, Remy does not oppose this motion as long as in granting this motion, the Court orders Debtors to provide to Remy the documents listed in paragraph 7 entitled : Pre-1986 Insurance Policies and Royal Settlement Agreement.

Dated: February 23, 2010
San Francisco, CA

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By: s/ N. Kathleen Strickland
N. KATHLEEN STRICKLAND, Esq.
Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:(415) 543-4800
Facsimile: (415) 972-6301
Email:     kstrickland@rmkb.com

GEOFFREY W. HEINEMAN, Esq.
Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:(212) 668-5927
Facsimile: (212) 668-5929
Email:     gheineman@rmkb.com

Attorneys for Creditor
REMY INTERNATIONAL, INC.