Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq. (*Pro Hac Vice Admission Granted*)

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:    (212) 668-5927
Facsimile:    (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

*Attorneys for Creditor, Remy International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------- x
                                        :    Chapter 11
In re                                   :
                                        :    Case No. 09-50026(REG)
MOTORS LIQUIDATION COMPANY, et al.,     :
                                        :    (Jointly Administered)
             Debtors.                   :
                                        :
                                        :
--------------------------------------- x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 23, 2010, copies of the limited objection of Remy International, Inc. to Motion of Debtors' for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 363 in Aid of Implementation of Sale was caused to be served by U.S. mail upon the entities on the attached service list.

Date:  February 23, 2010                         Respectfully submitted,


                                                 _/S/ Stephan Choo_____
                                                 Stephan Choo


RC1/5508745.1/SC7

## SERVICE LIST

| | |
|---|---|
| The Debtors,<br>c/o Motors Liquidation Company<br>Attn: Ted Stenger<br>500 Renaissance Center, Suite 1400<br>Detroit, MI 48243 | General Motors Corporation<br>c/o Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Wil, Gotchal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| General Motors, LLC<br>Attn: Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, MI 48265 | U.S. Attorney's Office, S.D.N.Y.<br>Attn: David S. Jones<br>         Matthew L. Schwartz<br>86 Chambers Street, Third Floor<br>New York, NY 10007 |
| The Debtors,<br>c/o Motors Liquidation Company<br>Attn: Warren Command Center<br>Mailcode 480-206-114<br>Cadillac Building<br>30009 Van Dyke Avenue<br>Warren MI 48090-9025 | U.S. Treasury<br>Attn: Joseph Samarias, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220 |
| Attorneys for the US Department of the Treasury<br>Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi<br>One World Financial Center<br>New York, NY 10281 | Export Development Canada<br>Vedder Price, P.C.<br>Attn: Michael J. Edelman and<br>         Michael L. Schein<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Office of the U.S. Trustee of the SDNY<br>Attn: Diana G. Adams<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Office Committee of Unsecured Creditors<br>Attn: Thomas Moers Mayer, Adam C. Rogoff,<br>         Amy Caton, Gregory G. Plotko<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |