| Ninth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| AASI CUST OF IRA FBO<br>BRENDA W WRIGHT<br>142 PRESTWOOD LN<br>MOORESVILLE, NC 28117 | 30665 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,186.81 (U)<br>$13,186.81 (T) | Insufficient Documentation | Pgs. 1-4 |
| AASI CUST OF IRA FBO<br>GIRARD D SENSOLI<br>4312 RIDGE RD<br>PINCKNEY, MI 48169 | 36993 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| AGOSTINO, JOSEPH<br>724 NEW YORK AVE APT 7<br>MARTINSBURG, WV 25401 | 23384 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ALBERT P FILMANSKI<br>3121 DOUBLE EAGLE COURT<br>SPRING HILL, FL 34606 | 21876 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| ALLSTATE INSURANCE COMPANY<br>CLAIM #4305859201 BUDA<br>ATTN DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 753 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,436.80  (U)<br>$30,436.80  (T) | Insufficient Documentation | Pgs. 1-4 |
| ALLSTATE INSURANCE COMPANY<br>CLAIM 0133458299 WHITE<br>ATTN: DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 755 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,437.05  (U)<br>$16,437.05  (T) | Insufficient Documentation | Pgs. 1-4 |
| ALLSTATE INSURANCE COMPANY<br>CLAIM 0124174657 FREEMAN/WALDROP<br>ATTN: DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 760 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,405.00  (U)<br>$12,405.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| ALLSTATE INSURANCE COMPANY CLAIM 0120309646 PHILLIPS<br>ATTN DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 746 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,815.74  (U)<br>$16,815.74  (T) | Insufficient Documentation | Pgs. 1-4 |
| ARNSWALD, KERRY N<br>1587 MARY LN W<br>ARBOR VITAE, WI 54568 | 19075 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| Ninth Omnibus Objection | | | **Exhibit A** | | **Motors Liquidation Company, et al.** <br> Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| BENDA KOGYO CO LTD <br> 9 LONGHAI RD HUANHAI ECONOMIC <br> & TECHNOLOGICAL DEVELOPMENT ZONE <br> QINGDAO SHANDONG CN 266108 CHINA (PEOPLE'S REP) <br> CHINA (PEOPLE'S REP) | 44176 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $205,233.45 (U) <br> $205,233.45 (T) | Insufficient Documentation | Pgs. 1-4 |
| BENDA KOGYO CO LTD <br> 9 LONGHAI RD HUANHAI ECONOMIC <br> QINGDAO SHANDONG CN 266108 CHINA (PEOPLE'S REP) <br> CHINA (PEOPLE'S REP) | 44179 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $205,233.45 (U) <br> $205,233.45 (T) | Insufficient Documentation | Pgs. 1-4 |
| BLACK, EDWARD VINSON <br> 1301 WESTBEND DR <br> O FALLON, MO 63368 | 23477 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BRUCE M KENDALL <br> 3206 ASCOT LN <br> FALLSTON, MD 21047 | 36956 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| BULLOCK, THOMAS F <br> 203 FAIRWOOD RD APT K <br> BEL AIR, MD 21014 | 44682 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninth Omnibus Objection                                             Exhibit A                                              **Motors Liquidation Company, et al.**
                                                                                                                           Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BULLOCK, WILLIAM J<br>BULLOCK, WILLIAM J<br>9102 DANZIG ST<br>LIVONIA, MI 48150<br>UNITED STATES OF AMERICA | 22085 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| CIKAUTXO SK SRO<br>BUDOVATELSKA 6<br>NOVE ZAMKY SK 940 01 SLOVAKIA<br>SLOVAKIA | 39414 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,825.55 (U)<br>$3,825.55 (T) | Insufficient Documentation | Pgs. 1-4 |
| CIKAUTXO SK SRO<br>BUDOVATEFSKA 6<br>940 64 NOVE ZAMKY SLOVAKIA SLOVAK REPUBLIC<br>SLOVAKIA | 39415 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,825.55 (U)<br>$3,825.55 (T) | Insufficient Documentation | Pgs. 1-4 |
| CODYS TRANSPORTATION SYSTEMS LLC<br>6421 PERKINS ROAD BUILDING C, SUITE B<br>BATON ROUGE, LA 70808 | 21622 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,500.00 (U)<br>$34,500.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| CODYS TRANSPORTATION SYSTEMS LLC<br>GREAT LAKES REINSURANCE UK PLC<br>6421 PERKINS ROAD BUILDING C, SUITE B<br>BATON ROUGE, LA 70808 | 21623 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,500.00 (U)<br>$34,500.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| CUYAHOGA COUNTY TREASURER<br>1219 ONTARIO ST., ROOM 112<br>CLEVELAND, OH 44113 | 14919 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

| Ninth Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CYNTHIA O JORDAN<br>PO BOX 902109<br><br>KANSAS CITY, MO 64190 | 33029 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DALE & MARILYN RUDOLPH<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES<br>STE 500<br>PITTSBURGH, PA 15219 | 30664 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DEBORAH DEVOLE<br>2 PRESCOTT CT<br><br>OFALLON, MO 63366 | 28040 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DIETER KNOBLAUCH<br>GRUENDENSEESTRASSE 25<br>60386 FRANKFURT/MAIN, GERMANY<br><br>GERMANY | 22100 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,300.00 (U)<br>$4,300.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| DIETER KNOBLAUCH<br>GRUENDENSEESTR. 25<br>D-60386 FRANKFURT AM MAIN<br><br>GERMANY | 33287 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,300.00 (U)<br>$4,300.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 5

| Ninth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| DONALD M ADKISON & ELIZABETH ADKISON<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES SUITE 500<br>PITTSBURGH, PA 15219 | 44689 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| H. ROBERT SINYKIN, CGM IRA ROLLOVER CUSTODIAN<br>H R SINYKIN<br>10490 WILSHIRE BLVD 301<br>LOS ANGELES, CA 90024 | 62522 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| HEIDT, CARL R<br>6797 SOMERSET DR<br>BRIGHTON, MI 48116 | 23378 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| HELEN M GRAY<br>1928 CANADAIR CT<br>PORT ORANGE, FL 32128 | 23572 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| HELEN M GRAY<br>1928 CANADAIR CT<br>PORT ORANGE, FL 32128 | 23573 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Ninth Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>

**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| HERBERT OESTERLEIN<br>AN DER AU 7<br>83324 RUHPOLDING GERMANY<br><br>GERMANY | 22608 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JAMES PARKER<br>15763 SNOWDEN ST<br><br>DETROIT, MI 48227 | 62052 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JAMES VACHUSKA<br>5315 INDIAN VALLEY RD<br><br>FRANKLIN, TN 37064 | 27886 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JANE SIMKINS<br>3220 TWIN SILO DR<br><br>BLUE BELL, PA 19422 | 23628 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,000.00  (U)<br>$14,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |
| JANE SIMKINS<br>3220 TWIN SILO DR<br><br>BLUE BELL, PA 19422 | 23629 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,000.00  (U)<br>$14,000.00  (T) | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 7

| Ninth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| JANICE MOUTON, INDIVIDUALLY & AS EXECUTRIX OF THE ESTATE OF<br>ALCEE G MOUOTON, DECEASED<br>C/O SEAN BROON<br>HOWRY BROON LLP<br>1900 PEARL STREET<br>AUSTIN, TX 78705 | 64882 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JOHN OPIE<br>930 TROMBLEY RD<br>GROSSE POINTE PARK, MI 48230 | 45577 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JOHN PROSSER<br>255 MURPHY CREEK LN<br>FAYETTEVILLE, GA 30215 | 18583 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JOHN PROSSER<br>10874 CLEARWATER DR<br>HAMPTON, GA 30228 | 18584 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JOHN STANLEY<br>122 GROVE AVE<br>DAYTON, OH 45404 | 28067 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| Ninth Omnibus Objection | | | | \_Motors Liquidation Company, et al.\_ Case No. 09-50026 (REG), Jointly Administered | |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| JULIO RODRIGUEZ<br>9 WILTON WAY<br><br>Sicklerville, NJ 08081<br>UNITED STATES OF AMERICA | 19992 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| JURASOVICH DAVID<br>9431 W BELOIT RD APT 308<br><br>MILWAUKEE, WI 53227 | 61787 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| JURASOVICH DAVID<br>JURASOVICH, JORDAN<br>9431 W BELOIT RD APT 308<br><br>MILWAUKEE, WI 53227 | 61788 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| KENNETH J CLEVELAND<br>2612 BREEZEWAY ST<br><br>NORTH BRANCH, MI 48461 | 20873 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$366,000.00 (P)<br>$0.00 (U)<br>$366,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| KENNETH L MASSIE & DIANA G MASSIE<br>C/O MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES - SUITE 500<br>PITTSBURGH, PA 15219 | 29723 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninth Omnibus Objection | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** ||||||
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| LARRY B BOGGESS<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES STE 500<br>PITTSBURGH, PA 15219 | 32990 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| LARRY B BOGGESS<br>MCKENNA & ASSOCIATES PC<br>438 BOULEVARD OF THE ALLIES-SUITE 500<br>PITTSBUTGH, PA 15219 | 44663 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| LILLY L SUMMERS & FLOYD A SUMMERS<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES<br>STE 500<br>PITTSBURGH, PA 15219 | 30669 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| LILY STAR BREGMAN &<br>ANDREW BREGMAN TTEES<br>U/A DTD DEC 2 1988<br>FBO LEWIS BREGMAN TRUST<br>11752 LAKE ASTON CT #210<br>TAMPA, FL 33626 | 61757 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| LILY STAR BREGMAN &<br>ANDREW BREGMAN TTEES<br>LILY STAR BREGMAN TRUST<br>U/A DTD DEC 2 1988<br>11752 LAKE ASTON CT #210<br>TAMPA, FL 33626 | 61758 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| LOWELL DOUGLAS SAMMONS<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES<br>STE 500<br>PITTSBURGH, PA 15219 | 30668 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MARION MARTIN<br>1481 GOLDEN ROD CT<br>BELCAMP, MD 21017 | 48469 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MARX, JAMES L<br>6152 RIVERSIDE DR<br>WAKE FOREST, NC 27587 | 32971 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MARX, JAMES L<br>6152 RIVERSIDE DR<br>WAKE FOREST, NC 27587 | 33517 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES<br>STE 500<br>PITTSBURGH, PA 15219 | 33519 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Ninth Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| MILLER, BRIAN<br>CRAIG A. ALTMAN<br>19 S 21ST ST<br>PHILADELPHIA, PA 19103 | 28164 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MONIKA RITTER<br>AN DER AU 7<br>83324 RUHPOLDING GERMANY<br>GERMANY | 22609 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MS & CO C/F<br>BARBARA GRIFFING<br>235 EAST 95TH ST APT 32<br>NEW YORK, NY 10128 | 23400 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS JUDITH SOMMER<br>15 VENUS ROAD<br>SYOSSET, NY 11791 | 20039 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MS JUDITH SOMMER<br>15 VENUS RD<br>SYOSSET, NY 11791 | 20040 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| MS MARY LOU REESE<br>CGM IRA CUSTODIAN<br>DTD 09/27/00<br>700 SE 7TH AVE #3<br>POMPANO BEACH, FL 33060 | 28963 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>BARBARA GRIFFING<br>IRA STANDARD DATED 04/11/08<br>235 EAST 95TH STREET APT 32<br>NEW YORK, NY 10128 | 23401 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,000.00 (U)<br>$19,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>ROBERT AMADIO<br>IRA STANDARD DATED 11/10/03<br>434 RAMSEY RD<br>YARDLEY, PA 19067 | 23620 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>WARREN W BONTHIUS<br>IRA STANDARD DATED 11/04/91<br>2774 W BROADMOORE DR<br>HAYDEN LAKE, ID 83835 | 26622 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MS&CO C/F<br>PETER L SIBLEY<br>IRA STANDARD DATED 01/26/83<br>731 3RD STREET<br>MT PLEASANT, SC 29464 | 28993 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 13

| | | | | | |
|---|---|---|---|---|---|
| **Ninth Omnibus Objection** | | **Exhibit A** | | **Motors Liquidation Company, et al.** | |
| | | | | **Case No. 09-50026 (REG), Jointly Administered** | |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| MYRTLE GIVENS<br>4452 SAHARA PL<br>FORT WORTH, TX 76115 | 14830 | MLCS, LLC | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MYRTLE GIVENS<br>4452 SAHARA PL<br>FORT WORTH, TX 75115 | 14831 | MLC of Harlem, Inc. | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| MYRTLE GIVENS<br>4452 SAHARA PL<br>FORT WORTH, TX 76115 | 14832 | MLCS Distribution Corporation | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| PAULA DEATON<br>3816 ROCKY MOUND DR<br>WENTZVILLE, MO 63385 | 28038 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| PETER LECOUREZOS CUST FOR<br>KATERINA C LECOUREZOS UNYUTMA<br>UNTIL AGE 21<br>3338 89TH ST<br>JACKSON HEIGHTS, NY 11372 | 28019 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 14

| Ninth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| PETER LECOUREZOS CUST FOR KATERINA LECOUREZOS<br>C/O PETER LECOUREZOS CUST FOR KATERINA LECOUREZOS<br>UNYTMA UNTIL AGE 21<br>33 38 89TH ST<br>JACKSON HTS, NY 11372 | 28020 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| QINGDAO BENDA AUTOMOBILE PARTS CO<br>9 LONGHAI RD<br>JUANHAI ECONOMIC & TECH DEVELOPMENT<br>XONE266108 QUINGDAO SHANDONG CHINA (PEOPLE'S REP)<br><br>CHINA (PEOPLE'S REP) | 44177 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$205,233.45  (U)<br>$205,233.45  (T) | Insufficient Documentation | Pgs. 1-4 |
| QINGDAO BENDA AUTOMOBILE PARTS CO<br>9 LONGHAI RD HUANHAI ECONOMIC<br>& TECHNOLOGICAL DEVELOPMENT ZONE<br>QINGDAO SHANDONG CN 266108 CHINA (PEOPLE'S REP)<br><br>CHINA (PEOPLE'S REP) | 44178 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$205,233.45  (U)<br>$205,233.45  (T) | Insufficient Documentation | Pgs. 1-4 |
| QINGDAO BENDA AUTOMOBILE PARTS CO LTD<br>#9 LONGHAI RD HUANHAI ECONOMIC<br>& TECH DEV ZONE CHENGYANG DIST<br>QINGDAO 266108 CHINA CHINA<br>CHINA (PEOPLE'S REP) | 44175 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$205,233.45  (U)<br>$205,233.45  (T) | Insufficient Documentation | Pgs. 1-4 |
| RANKIN JACK (ESTATE OF) (667178)<br>C/O WISE & JULIAN<br>156 N MAIN ST STOP 1<br>EDWARDSVILLE, IL 62025 | 33123 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| Ninth Omnibus Objection | | | | | **Motors Liquidation Company, et al.** |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RAYMOND R MCMULLEN<br>ATTN ROBERT W PHILLIPS<br>C/O SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC<br>707 BERKSHIRE BLVD - PO BOX 521<br>EAST ALTON, IL 62024 | 31579 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROBERT SMITH<br>1388 E CIDER MILL RD<br>COLUMBIA CITY, IN 46725 | 37005 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| ROBINSON, DANES<br>PO BOX 190285<br>BURTON, MI 48519 | 61746 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RONALD BARNETT & SHARON BARNETT<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES  STE 500<br>PITTSBURGH, PA 15219 | 36996 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| RONALD P SANTOR<br>617 LIVINGSTON DR<br>NEW LENOX, IL 60451 | 44586 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Ninth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| SAFECO INSURANCE<br>PO BOX 515097<br>LOS ANGELES, CA 90051 | 11852 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,068.22 (U)<br>$13,068.22 (T) | Insufficient Documentation | Pgs. 1-4 |
| SALEM BOLUS SALAH<br>& SAMIA SALEM SALAH JT WROS<br>51060 WESTON DR<br>PLYMOUTH, MI 48170 | 36990 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SALEM BOLUS SALAH<br>& SAMIA SALEM SALAH JT WROS<br>51060 WESTON DR<br>PLYMOUTH, MI 48170 | 36991 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SALEM BOLUS SALAH<br>& SAMIA SALEM SALAH JT WROS<br>51060 WESTON DR<br>PLYMOUTH, MI 48170 | 36992 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SOPHIA WARD<br>13140 SYCAMORE AVE<br>GRANDVIEW, MO 64030 | 28007 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| SOUTHWEST-TEX LEASING CO., INC.<br>338 NE LOOP 410<br>SAN ANTONIO, TX 78216 | 14397 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **Ninth Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INS CO<br>PILLEMER & PILLEMER<br>14724 VENTURA BLVD #401<br>SHERMAN OAKS, CA 91403 | 27193 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,622.47 (U)<br>$27,622.47 (T) | Insufficient Documentation | Pgs. 1-4 |
| STEPHEN SALAS<br>212 ADAMS ST<br>BAY CITY, MI 48708 | 20129 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| STEPHEN SALAS<br>212 ADAMS ST<br>BAY CITY, MI 48708 | 20130 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| TRANSPORATION LOGISTIC CORPORATION AKA TLC<br>ATTN RICHARD TANNELL<br>100 NORTH CENTRAL SUITE 901<br>RICHARDSON, TX 75080 | 59188 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400,000.00 (U)<br>$400,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| WILKES BILLY JOE JR<br>2200 FORSYTHE AVE<br>MONROE, LA 71201 | 23391 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |
| WILKES BILLY JOE JR<br>WILKES, JOHNNIE<br>2200 FORSYTHE AVE<br>MONROE, LA 71201 | 23392 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Insufficient Documentation | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| Ninth Omnibus Objection | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| WILLIAM J KNIERIM<br>MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES<br>STE 500<br>PITTSBURGH, PA 15219 | 30658 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| WISE & JULIAN<br>RE: SENF JACK M<br>156 N MAIN ST STOP 1<br>EDWARDSVILLE, IL 62025<br>UNITED STATES OF AMERICA | 33103 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| WISE & JULIAN<br>RE: FRANKS ARNOLD<br>156 N MAIN ST STOP 1<br>EDWARDSVILLE, IL 62025<br>UNITED STATES OF AMERICA | 33131 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-4 |
| **Claims to be Disallowed and Expunged Totals** | 95 | | $0.00 (S)<br>$0.00 (A)<br>$366,000.00 (P)<br>$3,402,390.44 (U)<br>$3,768,390.44 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.