**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| _____ ) | **Chapter 11** |
| **In re:** ) |  |
| ) | **Case No. 09-50026 (REG)** |
| **MOTORS LIQUIDATION COMPANY.,** *et al.,* ) |  |
| **f/k/a GENERAL MOTORS CORP.,** *et al.,* ) | **Hon. Robert E. Gerber** |
| ) |  |
| **Debtors.** ) |  |
| _____ ) | **(Jointly Administered)** |

**ORDER AUTHORIZING THE WITHDRAWAL OF**
**ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.**
**AS COUNSEL FOR NIDEC MOTORS & ACTUATORS**

THIS MATTER is before the Court upon Erman, Teicher, Miller, Zucker & Freedman, P.C.'s Motion to Withdraw as Counsel for Nidec Motors & Actuators (the "Motion"). Notice of the Motion has been duly served upon all required parties and no responses have been filed thereto. The court finds good cause for entry of this order and is otherwise fully advised in the premises,

NOW, THEREFORE;

IT IS HEREBY ORDERED that the law firm of Erman, Teicher, Miller, Zucker & Freedman, P.C. is authorized to withdraw as counsel for Nidec Motors & Actuators in connection with this proceeding.

IT IS FURTHER ORDERED that the withdrawal of Erman, Teicher, Miller, Zucker & Freedman, P.C. as counsel for Nidec Motors & Actuators shall be effective immediately.

Dated: New York, New York
*February 23, 2010*

*s/ Robert E. Gerber*
United States Bankruptcy Judge