UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                           :
                                                                :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al*.,       :
     f/k/a General Motors Corp., *et al*.              :    09-50026 (REG)
                                                                :
                     Debtors.                            :    (Jointly Administered)
                                                                :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss
COUNTY OF SUFFOLK    )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On February 22, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on Lafonza Earl Washington, 7010 Cranwood Drive, Flint, MI 48505:

- Order Denying Motion for Failure to Show a Prima Facie Entitlement to Relief re: Ex Parte Motion of Statutory Judgment-Order Creditor Lafonza Earl Washington [Docket No. 5035].

Dated: February 23, 2010
     Melville, New York                             /s/ Alison Moodie
                                                              Alison Moodie

Sworn to before me this 23rd day of February, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012