UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,                            :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                     :
                                                                 :
                       Debtors.                                 :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

### ORDER GRANTING DEBTORS' OBJECTION TO PROOFS OF CLAIM NOS. 04620 & 07291 FILED BY THERESA L. MARCHBANKS

Upon the objection dated December 11, 2009 (the "**Objection**")[1] to Proofs of Claim Nos. 04620 and 07291 filed by Theresa L. Marchbanks (the "**Claims**") of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order establishing the deadline for filing proofs of claim of certain Debtors and procedures relating to the filing of proofs of claim (the "**Bar Date Order**") [Docket No. 4079], seeking entry of an order disallowing and expunging the Claims on the grounds that such Claims do not include sufficient documentation to ascertain the validity of the Claims, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of title 11 of the United States Code, the Claims are disallowed and expunged in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
February **23**, 2010

*s/ Robert E. Gerber*
United States Bankruptcy Judge