COMMONWEALTH OF KENTUCKY
**DEPARTMENT OF REVENUE**
FRANKFORT
40620
revenue.ky.gov

February 9, 2010

To:    Garden City Group Claims Agent
       105 Maxess Road
       Melville, KY 11747

Re:    Bankruptcy No. 09-50026
       General Motors Corporation

    This is to inform you that the Commonwealth of Kentucky, Department of Revenue has received the necessary information for the above referenced bankruptcy. Therefore proof of claim #23 is hereby withdrawn.

    If you have any questions feel free to contact the Division of Collections.

Sincerely,

*M. Lindsay*

Michael Lindsay
Division of Collections
Bankruptcy Unit
PO Box 5222
Frankfort KY 40602
Phone No. (502) 564-4921 Ext. 4479
Fax No. (502) 564-8479

[RECEIVED FEB 23 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK]



KentuckyUnbridledSpirit.com        An Equal Opportunity Employer M/F/D

# Southern District of New York
# Claims Register

## 09-50026-reg Motors Liquidation Company

**Judge:** Robert E. Gerber  **Chapter:** 11
**Office:** Manhattan  **Last Date to file claims:**
**Trustee:**  **Last Date to file (Govt):**

| Creditor: (953) KENTUCKY DEPARTMENT OF REVENUE LEGAL BRANCH - BANKRUPTCY SECTION ATTN: LEANNE WARREN P O BOX 5222 FRANKFORT KY 40602 | Claim No: 23 Original Filed Date: 06/22/2009 Original Entered Date: 06/22/2009 | Status: Filed by: CR Entered by: Howard, Jennifer Modified: |
|---|---|---|
| **Total claimed:** | | |
| **History:** Details 23-1 06/22/2009 Claim #23 filed by KENTUCKY DEPARTMENT OF REVENUE, total amount claimed: $0 (Howard, Jennifer ) | | |
| **Description:** (23-1) NON FILED WITHHOLDING & SALES TAX RETURNS | | |
| **Remarks:** | | |

## Claims Register Summary

**Case Name:** Motors Liquidation Company
**Case Number:** 09-50026-reg
**Chapter:** 11
**Date Filed:** 06/01/2009
**Total Number Of Claims:** 1

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| Unsecured | | |
| Secured | | |
| Priority | | |
| Unknown | | |
| Administrative | | |
| Total | $0.00 | $0.00 |

| PACER Service Center |
|---|
| Transaction Receipt |
| 02/22/2010 17:13:21 |

https://ecf.nysb-mega.uscourts.gov/cgi-bin/SearchClaims.pl?130575506594203-L_414_0-1    2/22/2010