UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                              :
                                                   :   **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY, *et al*.,**          :
    f/k/a General Motors Corp., *et al.*  :   **09-50026 (REG)**
                                                   :
        Debtors.              :   (Jointly Administered)
                                                   :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                              ) ss
COUNTY OF SUFFOLK      )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On February 23, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Eighth Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 5039].

Dated: February 24, 2010
       Melville, New York                       /s/ Alison Moodie
                                                                        Alison Moodie

Sworn to before me this 24th day of February, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012

# EXHIBIT A

| | |
|---|---|
| AASI CUST OF IRA FBO<br>GEORGE M KAMENITSA<br>6715 FREDMOOR DR<br>TROY, MI 48098-1763 | AASI CUST OF IRA FBO<br>JACK DOBBS<br>8317 39TH AVE N<br>NEW HOPE, MN 55427-1118 |
| AASI CUST OF IRA FBO<br>SUZANNE M. BARKLEY<br>11131 KOLINA LANE<br>SUN CITY, AZ 85351-4353 | ALCOCER, JOSEPH<br>PO BOX 88<br>PIRU, CA 93040-0088 |
| ALICE V HOWARD<br>3170 WEILACHER DR<br>WARREN, OH 44481-9185 | ANTONIO PARATORE<br>SQUARE CLAIR-MATIN 32<br>CH- 1213 PETIT-LANCY SWITZERLAND |
| BENETTA M WASHINIFSKY<br>4287 N HILL DR<br>HOLLY, MI 48442-1818 | BERNARD FRIDRICK (DECEASED)<br>ATTN: JOHN S FRIDRICK<br>5329 KARAFIT ROAD<br>CELINA, OH 45822-8119 |
| BILL A GASPER<br>189 HILLSIDE AVE<br>ROANOKE, IN 46783-8832 | BOCHETTI JOSEPH M<br>DBA ELECTRIC SERVICES UNLIMITE<br>414 BOSTON ST<br>TOPSFIELD, MA 01983-1544 |
| BODNER, KAREN<br>6463 MYRTLE HILL RD<br>VALLEY CITY, OH 44280-9796 | BOSQUEZ JR, JULIAN<br>2515 PACKARD RD<br>SAND CREEK, MI 49279-9757 |
| BRUKER WOLFGANG UND ANITA<br>WOLFGANG UND ANITA BRUKER<br>RIEMERSTR. 9<br>71263 WEIL DER STADT GERMANY | BULLOCK, WILLIAM J<br>9102 DANZIG ST<br>LIVONIA, MI 48150-3978 |
| BURCH, RITA R<br>237 MAIN ST STE 1015<br>LEGAL SERVICES FOR THE ELDERLY<br>BUFFALO, NY 14203-2717 | CLARENCE FERRELL AND<br>SHARON A FERRELL JTWROS<br>7572 STATE ROUTE 378<br>WILLOW WOOD, OH 45696-9012 |
| CONTRACT WELDING & FABRICATINGINC<br>385 SUMPTER RD<br>BELLEVILLE, MI 48111-2932 | DEBORAH DEVOLE<br>2 PRESCOTT CT<br>OFALLON, MO 63366 |
| DIANE B ALLEN<br>2161 COLLEGE DR<br>GLENDALE HTS, IL 60139-1717 | DOROTHY HARDEMAN<br>CGM IRA ROLLOVER CUSTODIAN<br>1144 W DORCLIFF HEIGHTS<br>ASHLAND, KY 41102-9439 |

DOUGLAS GROCH
C/O KEVIN J BOISSONEAULT
3516 GRANITE CIRCLE
TOLEDO, OH 43617

ECONOMIC RESEARCH SERVICES
4901 TOWER CT
TALLAHASSEE, FL 32303-7995

FOWLER, DONALD
418 E SUMMER ST
C/O BERNICE LUSTFELDT
PAXTON, IL 60957-1742

FOWLER, DONALD L
3770 EMERALD AVE
ST JAMES CITY, FL 33956-2205

GAIL B BROYLES TRUST
DATED SEP 7 1990
3503 HOLLY
DENISON, TX 75020-3711

GERRY A HOPKINS
APT 15
6321 SAINT ANDREWS DRIVE
CANFIELD, OH 44406-9581

GORMAN, DANIEL G
1847 SHORE DR S APT 801
SOUTH PASADENA, FL 33707-4730

HENRY JACOBSON
C/O MERRILL LYNCH
GLOBAL WEALTH MANAGEMENT
PEPPER PIKE PLACE
30195 CHAGRIN BOULEVARD STE 120E
PEPPER PIKE, OH 44124

HERBERT H BUXBAUM
CGM IRA CUSTODIAN
32 CHICHESTER ROAD
MONROE TOWNSHIP, NJ 08831-2650

HILLIARD LYONS CUST FOR
DONALD E BALICK IRA
102 JAYSON RD
WILMINGTON, DE 19803-4918

HUGH MCALLISTER
27025 OAKWOOD CIR APT 118T
OLMSTED FALLS, OH 44138-3619

IRA FBO ROBERT P HEADRICK
PERSHING LLC AS CUSTODIAN
ROLLOVER ACCOUNT
317 SUNNYSIDE LANE
DEBARY, FL 32713-3613

JAMES D SKANDALARIS TTEE
JAMES D SKANDALARIS
2485 WORCESTER
ORCHARD LAKE, MI 48323

JAMES M BRYANT
8 CANTERBURY DR
NEWNAN, GA 30263-5542

JAMES VACHUSKA
5315 INDIAN VALLEY RD
FRANKLIN, TN 37064

JASON BAIRD
C/O JOHN J. KALO, ESQ.
4500 E COURT ST
BURTON, MI 48509-1820

JENKINS, WARREN M
3440 N ERIE ST
TOLEDO, OH 43611-3254

JIMMIE L BRADFORD IRA
FCC AS CUSTODIAN
316 SPRUCE DRIVE
MT VERNON, IL 62864-2328

JOHN RICHARDSON
9325 GRIZZLY BEAR LN
BROOKSVILLE, FL 34613-3925

KATHLEEN H PETERS
15400 COURTNEY LANE
WRIGHT CITY, MO 63390

LARRY C COX  
3096 HEISS RD  
MONROE, MI 48162-9457

LEWIS, WILLIAM H  
PO BOX 660  
CAIRO, IL 62914-0660

LOIS VANDERMALLIE  
2070 BAIRD ROAD  
PENFIELD, NY 14526-1547

MARIANNE TROMPETER  
OFTERDINGENSTRASSE 61  
D 45279 ESSEN GERMANY

MARINA RAMIREZ  
LAMAR B BROWN  
ROBINSON CALCAGNIE & ROBINSON  
620 NEWPORT CENTER DR SUITE 700  
NEWPORT BEACH, CA 92660

MS&CO C/F  
ALEXANDER H KOWALEWSKI  
IRA STANDARD DATED 03/03/86  
132 PAYNE AVENUE  
NORTH TONAWANDA, NY 14120-5410

MS&CO C/F  
BARBARA DESANTIS  
IRA ROLLOVER DATED 09/25/02  
3392 SW BOBALINK WAY  
PALM CITY, FL 34990-2624

MS&CO C/F  
DAVID M ZAMEK  
IRA ROLLOVER DATED 06/17/93  
5595 SEABREEZE LANE  
STERLING HTS, MI 48310-7453

MS&CO C/F  
DORIS MUCHNIKOFF  
IRA ROLLOVER DATED 04/15/03  
195-27 N CENTRE AVE  
ROCKVILLE CENTRE, NY 11570-3643

MS&CO C/F  
ELOISE JULIUS  
IRA STANDARD DATED 04/07/08  
3300 DARBY RD APT 3211  
HAVERFORD, PA 19041-1070

MS&CO C/F  
JANET C RAGEN  
IRA ROLLOVER DATED 08/02/00  
8739 S KENNETH AVENUE  
HOMETOWN, IL 60456-1019

MS&CO C/F  
LARRY D LEE  
IRA STD/ROLLOVER DTD 01/03/89  
688 27TH STREET  
SAN FRANCISCO, CA 94131-1866

MS&CO C/F  
MANUEL S WEISS  
IRA ROLLOVER DATED 10/09/96  
46 BLUE ANCHOR CAY ROAD  
CORONADO, CA 92118-3201

MS&CO C/F  
MARILYN L CLARK  
IRA ROLLOVER DATED 01/18/01  
250 SPRINGWOOD ROAD  
SAGAMORE HLS, OH 44067-1820

MS&CO C/F  
NANCY BALDWIN  
IRA STANDARD DATED 06/27/01  
1099 S OCEAN BLVD APT 106  
BOCA RATON, FL 33432-7651

MS&CO C/F  
NANCY KING  
IRA STANDARD DATED 06/04/08  
4037 KILBOURNE ROAD  
COLUMBIA, SC 29205-1564

MS&CO C/F  
RICHARD L PITTENGER  
IRA ROLLOVER DATED 07/17/02  
2111 GRANGE HALL RD  
FENTON, MI 48430-1629

MS&CO C/F  
SHARON K PHILLIPS  
IRA STANDARD DATED 04/06/94  
3114 SW 37TH  
OKLAHOMA CITY, OK 73119-3253

MS&CO C/F  
SPENCER R BLACK  
IRA R/O DTD 2/2/84  
141 CHARLESCREST  
WEST SENECA, NY 14224-3809

MS&CO C/F  
VICTOR A KING  
IRA ROLLOVER DATED 08/12/92  
7071 SO FRANKLIN ST  
LITTLETON, CO 80122-1319

MS&CO C/F
WILLIAM J OBRIEN JR.
IRA ROLLOVER DATED 04/18/02
6620 SW 71ST LN # 6
SOUTH MIAMI, FL 33143-3260

NEIRA, ALEJANDRO E
PO BOX 1277
O FALLON, MO 63366-9077

PAVEL MILI
79965 MAIN ST
MEMPHIS, MI 48041-4641

RICHARD GREEN
714 HARWAY AVE
CHESAPEAKE, VA 23325-2515

RICHARD S DENNIS
15391 DUMAY ST
SOUTHGATE, MI 48195-2621

RICHARD ZIMMERMAN
PO BOX 171
NEWTON FALLS, OH 44444-0171

RITTER SR, DANIEL S
16327 COUNTY ROAD 7
METAMORA, OH 43540-9728

ROBERT LANDUCCI
5900 ARLINGTON AVE APT 10 R
BRONX, NY 10471

ROBERT LEWIS
25629 BROOKDALE LN
EUCLID, OH 44117-1810

ROBERT MILLER
499 MCDONALD DR
HOUGHTON LAKE, MI 48629-8716

RONALD B GOODWIN
343 QUIET HARBOR DRIVE
HENDERSON, NV 89052-5601

ROSS MELODY
ROSS, MELODY
107 EAST ROSS STREET
IRON RIVE, MI 49935

SCRIVENS, GENUS R
5356 EASTPORT AVE
DAYTON, OH 45427-2732

SMITH, ROBERT A
3070 EL PASO DR
COLUMBUS, OH 43204-2114

THOMAS, BETTYE J
623 SOUTH JENISON AVENUE
LANSING, MI 48915-1135

THOMAS, MEREDITH L
1046  BLUEBELL  LN
DAVISON, MI 48423-7906

WELLS FARGO BANK ROLLOVER C/F
JAMES O JACKSON
6806 SE 2ND COURT
DES MOINES, IA 50315-6356

WILCOX, FRANK R
445 E HAMPTON RD
ESSEXVILLE, MI 48732-8703

WILLIAM MOORE
496 3RD ST SW
WARREN, OH 44483-6418

WISDOM, JOANN
1915 S 29TH CT
KANSAS CITY, KS 66106-2909