**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On February 23, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Ninth Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 5041].

Dated: February 24, 2010                /s/Kimberly Gargan
       Melville, New York               Kimberly Gargan


Sworn to before me this
24th day of February, 2010

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
My Commission Expires: February 28, 2011

# EXHIBIT A

| | |
|---|---|
| AASI CUST OF IRA FBO<br>BRENDA W WRIGHT<br>142 PRESTWOOD LN<br>MOORESVILLE NC 28117 | AASI CUST OF IRA FBO<br>GIRARD D SENSOLI<br>4312 RIDGE RD<br>PINCKNEY MI 48169-8204 |
| AGOSTINO, JOSEPH<br>724 NEW YORK AVE APT 7<br>MARTINSBURG WV 25401-2151 | ALBERT P FILMANSKI<br>3121 DOUBLE EAGLE COURT<br>SPRING HILL FL 34606 |
| ALLSTATE INSURANCE COMPANY CLAIM 0120309646 PHILLIPS<br>ATTN DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE VA 24018 | ARNSWALD, KERRY N<br>1587 MARY LN W<br>ARBOR VITAE WI 54568-9517 |
| BENDA KOGYO CO LTD<br>9 LONGHAI RD HUANHAI ECONOMIC<br>& TECHNOLOGICAL DEVELOPMENT ZONE<br>QINGDAO SHANDONG CN 266108 CHINA (PEOPLE'S REP) | BLACK, EDWARD VINSON<br>1301 WESTBEND DR<br>O FALLON MO 63368-8826 |
| BRUCE M KENDALL<br>3206 ASCOT LN<br>FALLSTON MD 21047-1114 | BULLOCK, THOMAS F<br>203 FAIRWOOD RD APT K<br>BEL AIR MD 21014-4660 |
| BULLOCK, WILLIAM J<br>BULLOCK, WILLIAM J<br>9102 DANZIG ST<br>LIVONIA MI 48150-3978 | CIKAUTXO SK SRO<br>BUDOVATEFSKA 6<br>940 64 NOVE ZAMKY SLOVAKIA SLOVAK REPUBLIC |
| CODYS TRANSPORTATION SYSTEMS LLC<br>GREAT LAKES REINSURANCE UK PLC<br>6421 PERKINS ROAD BUILDING C, SUITE B<br>BATON ROUGE LA 70808-6200 | CUYAHOGA COUNTY TREASURER<br>1219 ONTARIO ST., ROOM 112<br>CLEVELAND OH 44113-1697 |
| CYNTHIA O JORDAN<br>PO BOX 902109<br>KANSAS CITY MO 64190-2109 | DEBORAH DEVOLE<br>2 PRESCOTT CT<br>OFALLON MO 63366 |
| DIETER KNOBLAUCH<br>GRUENDENSEESTRASSE 25<br>60386 FRANKFURT/MAIN, GERMANY | H. ROBERT SINYKIN, CGM IRA ROLLOVER CUSTODIAN<br>H R SINYKIN<br>10490 WILSHIRE BLVD 301<br>LOS ANGELES CA 90024 |
| HEIDT, CARL R<br>6797 SOMERSET DR<br>BRIGHTON MI 48116-8804 | HELEN M GRAY<br>1928 CANADAIR CT<br>PORT ORANGE FL 32128-6929 |

| | |
|---|---|
| HERBERT OESTERLEIN<br>AN DER AU 7<br>83324 RUHPOLDING GERMANY | JAMES PARKER<br>15763 SNOWDEN ST<br>DETROIT MI 48227-3361 |
| JAMES VACHUSKA<br>5315 INDIAN VALLEY RD<br>FRANKLIN TN 37064 | JANE SIMKINS<br>3220 TWIN SILO DR<br>BLUE BELL PA 19422 |
| JANICE MOUTON, INDIVIDUALLY & AS EXECUTRIX OF THE ESTATE OF<br>ALCEE G MOUOTON, DECEASED<br>C/O SEAN BROON<br>HOWRY BROON LLP<br>1900 PEARL STREET<br>AUSTIN TX 78705 | JOHN OPIE<br>930 TROMBLEY RD<br>GROSSE POINTE PARK MI 48230-1860 |
| JOHN PROSSER<br>255  MURPHY  CREEK  LN<br>FAYETTEVILLE GA 30215-2455 | JOHN STANLEY<br>122 GROVE AVE<br>DAYTON OH 45404-1933 |
| JULIO RODRIGUEZ<br>9 WILTON WAY<br>SICKLERVILLE NJ 08081 | JURASOVICH DAVID<br>9431 W BELOIT RD APT 308<br>MILWAUKEE WI 53227-4352 |
| JURASOVICH DAVID<br>JURASOVICH, JORDAN<br>9431 W BELOIT RD APT 308<br>MILWAUKEE WI 53227-4352 | KENNETH J CLEVELAND<br>2612 BREEZEWAY ST<br>NORTH BRANCH MI 48461-9761 |
| LILY STAR BREGMAN &<br>ANDREW BREGMAN TTEES<br>LILY STAR BREGMAN TRUST<br>U/A DTD DEC 2 1988<br>11752 LAKE ASTON CT #210<br>TAMPA FL 33626-3133 | MARION MARTIN<br>1481 GOLDEN ROD CT<br>BELCAMP MD 21017-1684 |
| MARX, JAMES L<br>6152 RIVERSIDE DR<br>WAKE FOREST NC 27587-9540 | MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES<br>STE 500<br>PITTSBURGH PA 15219-1331 |
| MILLER, BRIAN<br>CRAIG A. ALTMAN<br>19 S 21ST ST<br>PHILADELPHIA PA 19103-3149 | MS JUDITH SOMMER<br>15 VENUS RD<br>SYOSSET NY 11791-6516 |
| MS MARY LOU REESE<br>CGM IRA CUSTODIAN<br>DTD 09/27/00<br>700 SE 7TH AVE #3<br>POMPANO BEACH FL 33060-9548 | MS&CO C/F<br>WARREN W BONTHIUS<br>IRA STANDARD DATED 11/04/91<br>2774 W BROADMOORE DR<br>HAYDEN LAKE ID 83835-8890 |

| | |
|---|---|
| MS&CO C/F<br>PETER L SIBLEY<br>IRA STANDARD DATED 01/26/83<br>731 3RD STREET<br>MT PLEASANT SC 29464-2825 | MS&CO C/F<br>BARBARA GRIFFING<br>IRA STANDARD DATED 04/11/08<br>235 EAST 95TH STREET APT 32<br>NEW YORK NY 10128-4012 |
| MS&CO C/F<br>ROBERT AMADIO<br>IRA STANDARD DATED 11/10/03<br>434 RAMSEY RD<br>YARDLEY PA 19067-4639 | MYRTLE GIVENS<br>4452 SAHARA PL<br>FORT WORTH TX 76115-3600 |
| PAULA DEATON<br>3816 ROCKY MOUND DR<br>WENTZVILLE MO 63385 | PETER LECOUREZOS CUST FOR<br>KATERINA C LECOUREZOS UNYUTMA<br>UNTIL AGE 21<br>3338 89TH ST<br>JACKSON HEIGHTS NY 11372-1665 |
| RANKIN JACK (ESTATE OF) (667178)<br>C/O WISE & JULIAN<br>156 N MAIN ST STOP 1<br>EDWARDSVILLE IL 62025-1972 | RAYMOND R MCMULLEN<br>ATTN ROBERT W PHILLIPS<br>C/O SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC<br>707 BERKSHIRE BLVD - PO BOX 521<br>EAST ALTON IL 62024 |
| ROBERT SMITH<br>1388 E CIDER MILL RD<br>COLUMBIA CITY IN 46725 | ROBINSON, DANES<br>PO BOX 190285<br>BURTON MI 48519-0285 |
| RONALD P SANTOR<br>617 LIVINGSTON DR<br>NEW LENOX IL 60451-1628 | SAFECO INSURANCE<br>PO BOX 515097<br>LOS ANGELES CA 90051 |
| SALEM BOLUS SALAH<br>& SAMIA SALEM SALAH JT WROS<br>51060 WESTON DR<br>PLYMOUTH MI 48170-3386 | SOPHIA WARD<br>13140 SYCAMORE AVE<br>GRANDVIEW MO 64030-3589 |
| SOUTHWEST-TEX LEASING CO., INC.<br>338 NE LOOP 410<br>SAN ANTONIO TX 78216-4735 | STATE FARM MUTUAL AUTOMOBILE INS CO<br>PILLEMER & PILLEMER<br>14724 VENTURA BLVD #401<br>SHERMAN OAKS CA 91403 |
| STEPHEN SALAS<br>212 ADAMS ST<br>BAY CITY MI 48708-5844 | TRANSPORATION LOGISTIC CORPORATION AKA TLC<br>ATTN RICHARD TANNELL<br>100 NORTH CENTRAL SUITE 901<br>RICHARDSON TX 75080 |
| WILKES BILLY JOE JR<br>2200 FORSYTHE AVE<br>MONROE LA 71201-3613 | WILKES BILLY JOE JR<br>WILKES, JOHNNIE<br>2200 FORSYTHE AVE<br>MONROE LA 71201-3613 |

WISE & JULIAN
RE: FRANKS ARNOLD
156 N MAIN ST  STOP 1
EDWARDSVILLE IL 62025-1972