**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a **General Motors Corp.,** *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss
COUNTY OF SUFFOLK   )

I, Kimberly Gargan, being duly sworn, depose and state:

1.    I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On February 23, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) [Docket No. 5045].

Dated: February 24, 2010          /s/Kimberly Gargan
           Melville, New York            Kimberly Gargan


Sworn to before me
24th day of February, 2010

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
My Commission Expires: February 28, 2011

# EXHIBIT A

| | |
|---|---|
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP I<br>C/O APPALOOSA MANAGEMENT LP<br>ATTN: KENNETH MAIMAN<br>51 JOHN F KENNEDY PKWY<br>SHORT HILLS, NJ 07078 | APPALOOSA INVESTMENT LIMITED PARTNERSHIP I<br>C/O GREENBERG TRAURIG LLP<br>ATTN: NANCY A MITCHELL ESQ<br>200 PARK AVE<br>NEW YORK, NY 10166 |
| AURELIUS INVESTMENT LLC<br>ATTN DAN GROPPER<br>535 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10022 | AURELIUS INVESTMENT LLC<br>C/O GREENBURG TRAURIG, LLP<br>ATTN NANCY A MITCHELL ESQ<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| BUTLER, DANIEL<br>124 S GRAHAM ST<br>PITTSBURGH, PA 15206-3418 | COMERICA LEASING CORP<br>BODMAN LLP<br>C/O COHN T DARKE ESQ<br>1901 ST ANTOINE ST 6TH FLOOR AT FORD FIELD<br>DETROIT, MI 48226 |
| COPELAND HOLLY<br>COPELAND, AURORA<br>620 NEWPORT CENTER DR STE 700<br>NEWPORT BEACH, CA 92660-8014 | COUNTY OF BASTROP<br>ATTN: MICHAEL REED<br>MCCREARY, VESELKA, BRAGG & ALLEN, P C<br>700 JEFFREY WAY, SUITE 100<br>P O BOX 1269<br>ROUND ROCK, TX 78680 |
| DOUG BELDEN, HILLSBOROUGH CTY TAX COLLECTO<br>P O BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | DRAWBRIDGE DSO SECURITIES LLC<br>ATTN CONSTANTINE M DAKOHAS<br>1345 AVENUE OF THE AMERICAS  46TH FLOOR<br>NEW YORK, NY 10105 |
| DRAWBRIDGE DSO SECURITIES LLC<br>GREENBERG TRAURIG LLP<br>ATTN NANCY A MITCHELL ESQ<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | DUVAL COUNTY<br>C/O DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>THE TERRACE II, 2700 VIA FORTUNA DR, STE 400, PO BOX 17428<br>AUSTIN, TX 78760-7428 |
| ELLIOTT INTERNATIONAL LP<br>C/O ELLIOTT MANAGEMENT CORPORATION<br>ATTN ELLIOT GREENBERG<br>712 FIFTH AVENUE 35TH FLOOR<br>NEW YORK, NY 10019 | ELLIOTT INTERNATIONAL LP<br>GREENBERG TRAUNG LLP<br>ATTN NANCY A MITCHELL ESQ<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| ENTERPRISE HOLDINGS INC (F/K/A ENTERPRISE REN<br>ATTN THOMAS P LAFFEY<br>600 CORPORATE PARK DRIVE<br>ST LOUIS, MO 63105 | ENTERPRISE HOLDINGS INC (F/K/A ENTERPRISE REN<br>C/O PAUL WEISS RIFKIND WHARTON GARRISON LLP<br>ATTN ALAN W KORNBERG AND JONATHAN T KOEVARY<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | GREGG COUNTY<br>ATTN: ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST, SUITE 1600<br>DALLAS, TX 75201 |
| HAWKINS, BARBARA<br>WILLIE GARY<br>221 EAST OSCEOLA ST<br>STUART, FL 34994-2213 | LUIS ALBERTO VILLA AND ANGELA VILLA, ET AL.<br>C/O WATTS GUERRA CRAFT LLP<br>555 N CARANCAHUA<br>STE 1400<br>CORPUS CHRISTI, TX 78478 |

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY<br>RANDALL W MAY MANAGING COUNSEL<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2 5 15<br>COLUMBUS, OH 43215 | NYS DEPT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 |
| ONEX DEBT OPPORTUNITY FUND LTD<br>C/O ONEX CREDIT PARTNERS LLC<br>ATTN: MICHAEL J GELBLAT<br>910 SYLVAN AVE STE 100<br>ENGLEWOOD CLIFFS, NJ 07632 | PAYNE JOHN EDWARD<br>1019 S STAPLEY DR<br>MESA, AZ 85204-5013 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>P O BOX 280946<br>HARRISBURG, PA 17128-0946 | PERRY PARTNERS INTERNATIONAL INC<br>C/O PERRY CAPITAL<br>ATTN JAMES SORRENTINO<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| PERRY PARTNERS INTERNATIONAL INC<br>GREENBERG TRAURIG LLP<br>ATTN NANCY A MITCHELL ESQ<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | REDWOOD CAPITAL MANAGEMENT LLC<br>C/O REDWOOD CAPITAL MANAGEMENT LLC<br>ATTN: JONATHAN KOLATCH<br>910 SYLVAN AVE<br>ENGLEWOOD, NJ 07632 |
| REMY INTERNATIONAL, INC<br>C/O N KATHLEEN STRICKLAND, ESQ<br>ROPERS MAJESKI KOHN & BENTLEY<br>201 SPEAR STREET SUITE 1000<br>SAN FRANCISCO, CA 94105 | ROBBIN DUROW AND RANDALL DUROW<br>CELLINO & BARNES, PC<br>ATTN: DENIS J BASTIBLE, ESQ<br>350 MAIN STREET, 25TH FLOOR<br>BUFFALO, NY 14202 |
| SENSOR-NITE INDUSTRIAL<br>JOSEPH R GRIFFIN<br>EPIQ SENSOR-NITE USA<br>14165 FENTON RD STE 204C<br>FENTON, MI 48430 | SERRA CHEVROLET INC<br>MAX A MOSELEY JOHNSTON BARTON PROCTOR &<br>ROSE LLP<br>569 BROOKWOOD VILLAGE SUITE 901<br>BIRMINGHAM, AL 35209 |
| SHENANDOAH COUNTY TAX COLLECTOR<br>PO BOX 365<br>WOODSTOCK, VA 22664 | STATE OF IOWA<br>IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES, IA 50306 |
| STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896 | SUBIA, KATHY<br>621 S SUN RD<br>APACHE JUNCTION, AZ 85119-7541 |
| THOMAS LAMPHIEAR AND DELORES LAMPHIEAR<br>ATTN:  THADD J LLAURADO<br>MURPHY & PRACHTHAUSER<br>330 EAST KILBOURN AVE SUITE 1200<br>MILWAUKEE, WI 53202 | VALWOOD IMPROVEMENT AUTHORITY<br>ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT,<br>LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0340 |