Robert B. Weiss
Joseph R. Sgroi
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7570
Facsimile: (313) 465-7571

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In Re**                                                    :    Chapter 11
                                                             :
**MOTORS LIQUIDATION COMPANY** (f/k/a                        :    Case No. 09-50026 (REG)
General Motors Corp.), et al.,                               :    (Jointly Administered)
                                                             :
            Debtors.                                         :    Hon. Robert E. Gerber
                                                             :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that he caused copies to be served as follows:

1. Document Served:   Notice of Adjournment of Hearing on General Motors LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation Dated August 14, 2009.

2. Served Upon:       All parties requesting Court ECF email notification

   Method of Service: Via Court ECF email notification

3. Served Upon:       See attached Service List

   Method of Service: Via U.S. Mail unless otherwise indicated on the Service List

4. Date Served:       February 25, 2010

2

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2010         By:   /s/ Joseph R. Sgroi
                                               Robert B. Weiss (Michigan Bar No. P28249)
                                               Joseph R. Sgroi (Michigan Bar No. P68666)
                                     2290 First National Building
                                     660 Woodward Avenue
                                     Detroit, MI  48226
                                     Telephone:  (313) 465-7570
                                     Facsimile:  (313) 465-7571
                                     Email:  jsgroi@honigman.com

DETROIT.4049013.1

General Motors LLC
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI  48226

Motors Liquidation Company
f/k/a General Motors Corp. et al.
AlixPartners, LLP
Attn:  Michelle Smith
2000 Town Center, Suite 2400
Southfield, MI  48075

Evan S. Lederman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Matthew Feldman, Esq.
United States Department of the Treasury
1500 Pennsylvania Avenue, NW, Room 2312
Washington. D.C. 20020

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price
1633 Broadway, 47th Floor
New York, NY  10019

Kenneth H. Eckstein, Esq.,
Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Daniel W. Sherrick, Esq.
International Union, United Automobile, Aerospace and Agriculture Implement Workers of America
8000 East Jefferson Avenue
Detroit, MI  48214

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY  10036

Diana G. Adams, Esq.
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Knowledge Learning Corporation
Attn: Darrell Lyons
650 NE Holladay Street
Portland, OR  97232

KinderCare Learning Centers, Inc.
Attn: Real Estate Assets
650 NE Holladay Street
Portland, OR  97232

Austin L. McMullen, Esq.
Bradley Arant Boult Cummings LLP
Knowledge Learning Corporation
1600 Division Street, Suite 700
Nashville, TN  37203
**Via Overnight Federal Express**

David S. Jones, Esq.
Matthew L. Schwartz, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY  10007

U.S. Bankruptcy Court
Judge Robert E. Gerber – Helene Blum
One Bowling Green
New York, NY  10004
**Via Federal Express**

DETROIT.4046311.1

| | | |
|---|---|---|
| Aldine Independent School District<br>Attn: Annettee Ramirez<br>14910 Aldine-Westfield Road<br>Houston, TX  77032 | Asplundh Tree Expert Co.<br>Attn: Philip E. Tatoian, Jr., Esq., VP<br>And General Counsel<br>708 Blair Mill Rd<br>Willow Grove, PA  19090 | Atlas Oil Company<br>124501 Ecorse Road<br>Taylor, MI  48180 |
| BNSF Railway Company<br>Attn: Quincy Chumley<br>3001 Western Center Blvd<br>Ft. Worth, TX  76131 | Bob Hastings Buick GMC, Inc.<br>Attn: David P. Stoetzel<br>800 Panorama Trail South<br>Rochester, NY  14625 | Charles Clark Chevrolet Co.<br>P.O. Box 520<br>McAllen, TX  78505 |
| Commonwealth Of Pennsylvania<br>Dept Of Labor And Industry<br>Reading Bankruptcy & Compl. Unit<br>Reading, PA  19602 | Daniel W. Sherrick, Esq.<br>General Counsel<br>8000 East Jefferson Ave<br>Detroit, MI 48214 | David V. Cooke, Esq.<br>Assistant City Attorney<br>Municipal Operations<br>201 West Colfax Avenue, Dept. 1207<br>Denver, CO  80202 |
| Department Of The Treasury<br>Attn: Office Of General Counsel<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C.  20220 | Michael Foreman, Esq.<br>Dorsey & Whitney LLP<br>Ballard Material Products Inc.<br>250 Park Avenue<br>New York, NY  10177 | Eaton Corporation<br>1111 Superior Avenue<br>Cleveland, OH  44114 |
| Edward S. Donini, Esq.<br>P.O. Box 605<br>New Smyrna Beach, FL  32170 | El Paso Corporation<br>Michael J. McGinnis, Senior Attorney<br>1001 Louisiana, Suite E 1943 A<br>Houston, TX  77002 | Ellias Group LLC<br>Attn: Dan Ellias<br>411 Theodore Fremd Ave, Suite 102<br>Rye, NY 10580 |
| Equitable Gas Bankruptcy Department<br>Attn: Judy Gawlowski<br>200 Allegheny Center Mall<br>Pittsburgh, PA  15212 | Factory Motor Parts Company<br>1380 Corporate Center Curve<br>Eagan, MN  55121 | Gay D. Pelzer<br>Deputy General Counsel<br>The University Of Iowa<br>Iowa City, IA  52242 |
| GHSP, Inc.<br>Attn: Ron Wallish<br>1250 South Beechtree Street<br>Grand Haven, MI  49417 | Gladfelter & Galvano, P.L.<br>Attn: Sacha Roass, Esq.<br>Goebel And Hawkins Grimes<br>1023 Manatee Ave West<br>Bradenton, FL  34205 | Howard County Office Of Law<br>Camela Sandmant, Asst Cty Solicitor<br>George Howard Building<br>3430 Courthouse Drive<br>Ellicott City, MD  21043 |
| Imperical County Treasurer<br>Karen Vogel, Treasurer Tax Collector<br>940 West Main Street, Suite 106<br>El Centro, CA  92243 | Internal Revenue Service<br>Attn: Insolvency Section<br>290 Broadway<br>New York, NY  10007 | Internal Revenue Service<br>Attn: Insolvency Section<br>P.O. Box 21126<br>Philadelphia, PA  19114 |
| Jim Barnard Chevrolet, Inc.<br>Attn: Allyn Barnard, President<br>7107 Buffalo Road<br>Churchville, NY  14428 | Knapp Chevrolet<br>815 Houston Avenue<br>Houston, TX  77007 | Madison County Tax Collector<br>Attn: Lynda Hall<br>100 Northside Square<br>Huntsville, AL  35801 |
| Meltzer, Purtill & Stelle, LLC<br>Attn: Forrest B. Lammiman<br>Broadway in Chicago LLC<br>300 South Wacker Drive, Suite 3500<br>Chicago, Il  60606 | Michael A. Cox, Atty General<br>Kathllen Gardiner, Asst Atty General<br>Julius O. Curling, Asst. Atty General<br>3030 W. Grand Blvd, Suite 10-200<br>Detroit, MI  48202 | Michigan Workers' Compensation<br>Agency<br>7150 Harris Dr.<br>Dimondale, MI  48821 |

Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-GMC, Inc.
Attn: Michael E. Barnard, President
616 Thayer Road
Fairport, NY 14450

North America Tonnage Linde, Inc.
Attn: Jeffrey J. Johns, Commercial Director
575 Mountain Avenue
Murray Hill, NJ 07974

P. Richard Hartley
415 E. Commerce Street, Suite 101
PO Box 583
Greenville, AL 36037

Pima County
Barbara Lawall, Civil Division
T. Roberts & G. Yusufov
32 N. Stone, Suite 1400
Tucson, AZ 85701

Kevin M Schoenl
Connie Schoenl
20 Jade Creek Dr
Hilton, NY 14468

Team Chevrolet, Inc.
Attn: Thomas Steigerwald, VP
2830 Route 16 North
Olean, NY 14760

United States Attorney's Office
Attn: Claims Unit - Room 417
One St. Andrews Plaza
New York, NY 10007

3M Company
Attn: Catherine Barnett Wilson
Office Of General Counsel
3M Center, Building 220-9E-02
St. Paul, MN 55144

Aiken Schenk Hawkins & Riccardi P.C.
Attn: Barbara Lee Caldwell
4742 North 24th Street, Suite 100
Phoenix, AZ 85016

Airgas, Inc.
Attn: David Boyle, Consultant To Legal Dept
259 Radnor Chester Road
Radnor, PA 19087

New York City Dept. Of Finance
Attn: Legal Affairs - Devora Cohn
345 Adams St, 3rd Floor
Brooklyn, NY 11201

Paddock Chevrolet, Inc.
Attn: Duane Paddock, President
3232 Delaware Avenue
Kenmore, NY 14217

Securities And Exchange Commission
Attn: Andrew N. Vollmer, Acting Gen. Counsel
100 F Street, ND
Washington, D.C. 20549

The Valley Cadillac Corporation
Attn: Edward T. Meaghar, Jr., President
3100 Winton Road South
Rochester, NY 14623

Toyota Motor Sales U.S.A, Inc.
Attn: Tobin Lippert
19001 South Western Ave, HQ12
Torrance, CA 90509

Underwood & Associates, P.C.
Attn: Otis M. Underwood Jr.
167 S. Washington St.
Oxford, MI 48371

Washington Department Of Revenue
Zachary Mosner, Asst. Atty General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

Arnall Golden Gregory LLP
Attn: Darryl S. Laddin & Frank N. White
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

At&T Services Inc.
Attn: James W. Grudus
One At&T Way, Room 3A218
Bedminster, NJ 07921

Attorney General
Attn: Roland Hwang, Esq.
Growth, Unemployment Insurance Agency
3030 W. Grand Boulevard, Suite 9-600
Detroit, MI 48202

New York State Dept Taxation & Finance
Attn: Bankruptcy/Special Proc. Sect.
PO Box 5300
Albany, NY 12205

S. Ornelas & M. Castillo Jr.
Ornelas, Castillo & Ornelas, PLLC
401 East Hillside Rd., 2nd Floor
Laredo, TX 78041

Penske Auto Group
18600 South Hawthorne Boulevard
Torrance, CA 90504

R. Elping, K. Dine & E. Carrig
1540 Broadway
New York, NY 11036

Shape Corp.
Attn: Budd Brink
1900 Hayes Street
Grand Haven, MI 49417

Toyota Boshoku America, Inc.
28000 West Park Drive
Novi, MI 48377

Baker & Hostetler LLP
Attn: Joseph F. Hutchinson, Jr., Eric Goodman, Wendy J. Gibson
3200 National City Center
1900 E. 9th Street
Cleveland, OH 44114

Baker & Hostetler LLP
Attn: Richard Bernard, Esq.
45 Rockefeller Plaza
New York, NY 10111

| | | |
|---|---|---|
| Allard & Fish, P.C.<br>Attn: Deborah L. Fish, Esq.<br>2600 Buhl Bldg<br>535 Griswold<br>Detroit, MI  48226 | Attorney General<br>Attn: Leslie C. Levy, Assistant<br>Attorney General<br>2115 State Capitol Building<br>Lincoln, NE  68509 | Ballard Spahr Andrews & Ingersoll<br>Attn: Matthew G. Summers, Esq.<br>300 East Lombard Street, 18th Floor<br>Baltimore, MD  21202 |
| Alpine Electronics Of America, Inc.<br>Attn: Cynthia Woodruff-Neer, Esq.<br>19145 Gramercy Place<br>Torrance, CA  90501 | Attorney General<br>Attn: Mark Browning, Assistant<br>Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX  78711 | Barnes & Thornburg LLP<br>Attn: John T. Gregg, Esq.<br>171 Monroe Avenue, NW, Suite 1000<br>Grand Rapids, MI  49503 |
| Arcadis U.S., Inc.<br>Attn: Liesl Spangler,<br>Associate Counsel<br>630 Plaza Drive, Suite 100<br>Highlands Ranch, CO  80129 | Attorney General Of Ohio<br>Victoria D. Garry, Asst Atty General<br>Collections & Enforcement<br>441 Vine Street<br>Cincinnati, OH  45202 | Barnes & Thornburg LLP<br>Attn: Mark R. Owens, Esq.<br>11 South Meridian Street<br>Indianapolis, IN  46204 |
| Arent Fox LLP<br>Christopher Giaimo, Jeffrey Rothleder<br>Andrea Campbell<br>1050 Connecticut Avenue, NW<br>Washington, DC  20036 | Attorney General<br>Michael A. Cox & Dennis J. Raterink<br>Labor Division<br>P.O. Box 30736<br>Lansing, MI  48909 | Barrick, Switzer, Long, Balsley &<br>Van Evera<br>Attn: Robert C. Pottinger, Esq.<br>6833 Stalter Drive, First Floor<br>Rockford, IL  61108 |
| Arent Fox LLP<br>Attn: James M. Sullivan, Esq.<br>1675 Broadway<br>New York, NY  10019 | Attorney General<br>Kimberly Walsh, Asst Atty General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX  78711 | Bartlett Hackett Feinberg P.C.<br>Attn: Frank F. Mcginn, Esq.<br>155 Federal Street, 9th Floor<br>Boston, MA  02110 |
| Arent Fox LLP<br>Attn: Mary Joanne Dowd, Esq.<br>1050 Connecticut Avenue, NW<br>Washington, DC  20036 | Attorney General<br>Susan Przekop-Shaw<br>Asst Atty General<br>P.O. Box 30736<br>Lansing, MI  48909 | Becker, Glynn, Melamed & Muffly LLP<br>Attn: Chester B. Salomon, Esq.<br>299 Park Avenue, 16th Floor<br>New York, NY  10171 |
| Armstrong Teasdale, LLP<br>Attn: David L. Going, Esq.<br>One Metropolitan Square, Suite 2600<br>St. Louis, MO  63102 | Attorney General<br>Attn: Neal S. Mann, Asst Atty General<br>120 Broadway - 24th Floor<br>New York, NY  10271 | Berger Singerman, P.A.<br>Attn: Arthur J. Spector, Esq.<br>350 E. Las Olas Blvd, 10th Floor<br>Fort Lauderdale, FL  33301 |
| Bialson, Bergen & Schwab<br>Patrick M. Costello & Thomas M. Gaa<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA  94306 | Bingham Mccutchen LLP<br>Robert M Dombroff, Jeffrey S. Sabin<br>399 Park Avenue<br>New York, NY  10022 | Bingham McCutchen LLP<br>Anna M. Boelitz, Jonathan B. Alter<br>One State Street<br>Hartford, CT  06103 |
| Blue Cross And Blue Shield Of Michigan<br>Attn: Jeffrey Rumley, Assistant<br>General Counsel<br>600 Lafayette East #1925<br>Detroit, MI  48226 | Blank Rome LLP<br>Attn: Marc E. Richards, Esq.<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY  10174 | Blank Rome LLP<br>Attn: Regina Stango Kelbon, Esq.<br>One Logan Square<br>Philadelphia, PA  19103 |
| Borges & Associates, LLC<br>Attn: Wanda Borges, Esq.<br>575 Underhill Blvd., Suite 118<br>Syosset, NY  11791 | Bodman LLP<br>Attn: Colin T. Darke, Marc M. Bakst<br>1901 St. Antoine Street<br>6th Floor At Ford Field<br>Detroit, MI  48226 | Brady C Williamson<br>Godfrey & Kahn Sc<br>One East Main St<br>Madison, WI  53703 |

Brayton Purcell LLP
Attn: Alan R. Brayton, Christina C. Skubic, Matthew B. Lee
222 Rush Landing Road
Novato, CA  94945

Bracewell & Giuliani LLP
Attn: Renee Dailey
225 Asylum Street, 26th Floor
Hartford, CT  06103

Brooks Wilkins Sharkey & Turco
Matthew E. Wilkins, Paula A. Hall
401 S. Old Woodward Ave, Suite 460
Birmingham, MI  48009

Buchalter Nemer, PC
Attn: Shawn M. Christianson, Esq.
333 Market Street, 25th Floor
San Francisco, CA  94105

Briggs And Morgan P.A.
Attn: John R. McDonald, Esq.
2200 Ids Center
80 South 8th Street
Minneapolis, MN  55402

Brown & Whalen, P.C.
Attn: Rodney A. Brown, Esq.
700 Third Avenue, 20th Floor
New York, NY  10017

Burr & Forman LLP
Attn: D. Christopher Carson & Jennifer B. Kimble
420 North 20th Street, Suite 3400
Birmingham, AL  35203

Brown & Connery, LLP
Attn: Kenneth J. Schweiker, Jr., Esq.
6 North Broad Street, Suite 100
Woodbury, NJ  08096

Burlington Northern Sante Fe Railway Company
Peter M. Lee, Senior General Atty
2500 Lew Menk Drive
P.O. Box 961039
Ft. Worth, TX  76161

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY  10281

Burke, Warren, Mackay & Serritella, P.C.
Attn: J. Kim & G. Ring
330 N. Wabush Ave. 22nd Floor
Chicago, IL  60611

Butzel Long, PC
Attn: Robert Sidorsky, Eric B. Fisher
380 Madison Avenue
New York, NY  10017

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch & Rita Tobin Mark Buttita
375 Park Avenue, 35th Floor
New York, NY  10152

Bush Seyferth & Paige PLLC
Attn: Richard W. Paige
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084

C.B. Blackard, III
Corporate Counsel
Acxiom Corporation
301 E Dave Ward Dr
Conway, AR  72033

Clark Hill PLC
Christopher Cahill, Robert Gordon
151 S Old Woodward Ave, Ste 200
Birmingham, MI  48009

Butzel Long, PC
Attn: Thomas B. Radom & Max J. Newman
41000 Woodward Avenue
Bloomfield Hills, MI  48304

Canon U.S.A, Inc.
Attn: Ruth E. Weinstein
One Canon Plaza
Lake Success, NY  11042

Cohen, Weiss And Simon LLP
Attn: Babette A. Ceccotti, Esq.
330 West 42nd Street
New York, NY  10036

Campbell, O'brien & Mistele, P.C.
Attn: Robert J. Figa, Esq.
100 W. Big Beaver Road, Suite 385
Troy, MI  48084

Carson Fischer, P.L.C.
Joseph Fischer, Lawrence Lichtman, Patrick Kukla, Christopher Grosman
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302

Connell Foley LLP
Attn: Stephen V. Falanga & Christopher M. Hemrick
888 Seventh Avenue
New York, NY  10106

Caplin & Drysdale, Chartered
Attn: Peter Van Lockwood, Ronald Reinsel & Trevor Swett, III. Mark Buttita
1 Thomas Circle
Washington, DC  20005

Chapell & Associates, LLC
Attn: Alan Chapell, Cipp
Consumer Privacy Ombudsman
297 Driggs Avenue, Suite 3a
Brooklyn, NY  11222

Covington & Burling LLP
Attn: Michael St. Patrick Baxter, Esq.
1201 Pennsylvania Avenue NW
Washington, DC  20004

Cassels Brock
Attn: Michael Weinczok
2100 Scotia Plaza - 40 King Street West
Toronto, ON M5H 3C2
**CANADA**

Cleary Gottlieb Steen & Hamilton LLP
A Richard Susko, D. Buell, J. Bromley
S. O'Neal, D. Gottlieb, R. Lincer
One Liberty Plaza
New York, NY  10006

Dana Holding Company
Attn: Lisa Wurster
PO Box 1000
Maumee, OH  43537

Cohn Whitesell & Goldberg LLP
Attn: Michael J. Goldberg, Esq.
101 Arch St. Suite 1605
Boston, MA  02110

Clifford Chance US LLP
Andrew Brozman & Sarah Campbell
RBS Citizens N.A.
31 West 52nd Street
New York, NY  10019

| | | |
|---|---|---|
| Day Pitney<br>Richard M. Meth, Herbert K. Ryder<br>P.O. Box 1945<br>Morristown, NJ  07962 | Coolidge Wall Co., L.P.A.<br>Attn: Ronald S. Pretekin, Esq.<br>33 West First Street, Suite 600<br>Dayton, OH  45402 | Cole, Schotz, Meisel Forman &<br>Leonard, P.A.<br>Attn: Stuart Komrower, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ  07601 |
| Debevoise & Plimpton LLP<br>Jasmine Powers, Richard F. Hahn<br>919 Third Avenue<br>New York, NY  10022 | Covington & Burling LLP<br>Attn: Susan Power Johnston, Esq.<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018 | County Attorney<br>Attn: Belkys Escobar, Assistant<br>County Attorney<br>One Harrison Street, S.E., 5th Floor<br>Leesburg, VA  20175 |
| Dechert LLP<br>Attn: Juliet Sarkessian, Esq.<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19104 | Davis Polk & Wardwell<br>Donald Bernstein & Marshall Huebner<br>450 Lexington Avenue<br>New York, NY  10017 | Cummings & Lockwood LLC<br>Attn: John F. Carberry, Esq.<br>Six Landmark Square<br>Stamford, CT  06901 |
| Department Of Labor & Industry<br>Attn: Denise A. Mertz<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street, Room 203<br>Reading, PA  19602 | Day Pitney LLP<br>Attn: Herbert Ryder, Amish R. Doshi<br>7 Times Square<br>New York, NY  10036 | Dawda, Mann, Mulcahy & Sadler, Plc<br>Attn: William Rosin & Kenneth Flaska<br>39533 Woodward Avenue, Suite 200<br>Bloomfield Hills, MI  48304 |
| Dickinson Wright PLLC<br>Doron Yitzchaki,  Michael C. Hammer<br>301 E. Liberty, Suite 500<br>Ann Arbor, MI  48104 | Dickinson Wright PLLC<br>Colleen Sweeney, Kerry Masters Ewald<br>424 Church Street, Suite 1401<br>Nashville, TN  37219 | Day Pitney LLP<br>Attn: Richard M. Meth, Esq.<br>200 Campus Drive<br>Florham Park, NJ  07932 |
| Drinker Biddle & Reath LLP<br>Attn: Kristen K. Going, Esq.<br>1500 K Street, N.W.<br>Washington, DC  20005 | Diconza Law P.C.<br>Attn: Gerard Diconza, Esq.<br>630 Third Avenue, 7th Floor<br>New York, NY  10017 | Dealer Tire, LLC<br>3711 Chester Avenue<br>Cleveland, OH  44114 |
| Edwards Angell Palmer & Dodge LLP<br>R. Hiersteiner, J. Darcey, A. Zuccarello<br>J. Groves, C. Bodell & J. Whitlock<br>111 Huntington Avenue<br>Boston, MA  02199 | Drinker Biddle & Reath LLP<br>Attn: Stephanie Wickouski, Esq.,<br>Kirstin K. Going<br>140 Broadway, 39th Floor<br>New York, NY  10005 | Dechert LLP<br>Attn: James O. Moore, Shmuel Vasser<br>1095 Avenue Of The Americas<br>New York, NY  10036 |
| Ellis & Winters, LLP<br>Attn: George F. Sanders Iii<br>P.O. Box 33550<br>Raleigh, NC  27615 | Elliott Greenleaf<br>Attn: R. Z - Aravena & T. Kittila,Esq.<br>1105 North Market St. 17th Floor<br>Wilmington, DE  19801 | Department Of Labor<br>Attn: Deputy Solicitor Of Labor<br>200 Constitution Avenue, NW<br>Washington, DC  20201 |
| Felderstein Fitzgerald<br>Willoughby & Pascuzzi LLP<br>Attn: Paul J. Pascuzzi, Esq.<br>400 Capital Mall, Suite 1450<br>Sacramento, CA  95814 | Entergy Services, Inc<br>Attn: Alan H. Katz, Assistant General<br>Counsel<br>639 Loyola Avenue, 26th Floor<br>New Orleans, LA  70113 | Dickinson Wright PLLC<br>Dawn R. Copley, James A. Plemmons<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI  48226 |
| Foley & Lardner LLP<br>Attn: Frank Dicastri, Esq.<br>777 East Wisconsin Avenue<br>Milwaukee, WI  53202 | Ervin Cohen & Jessup LLP<br>Michael S. Kogan & Peter Jazayeri<br>9401 Wilshire Boulevard<br>Beverly Hills, CA  90212 | DLA Piper LLP<br>Karol Denniston & Jennifer Nassiri<br>550 S. Hope Street, Suite 2300<br>Los Angeles, CA  90071 |

Fox Rothschild LLP
Attn: Fred Stevens, Esq.
100 Park Avenue, Suite 1500
New York, NY  10017

Friedlander Misler, PLLC
Attn: Robert E. Greenberg, Esq.
1101 Seventeenth St, NW, Ste 700
Washington, DC  20036

Gersten Savage, LLP
Attn: Paul Rachmuth
600 Lexington Avenue
New York, NY  10022

Godfrey & Kahn, S.C.
Attn: Timothy F. Nixon, Esq
780 North Water Street
Milwaukee, WI  53202

Goulston & Storrs, P.C.
Douglas B. Rosner, Gregory O. Kaden
400 Atlantic Avenue
Boston, MA  02110

Hahn & Hessen LLP
J. Divack & H. Patwardhan
488 Madison Avenue, 15th Floor
New York, NY  10022

Halperin Battaglia Raicht, LLP
Attn: Christopher J. Battaglia &
Julie D. Dayas, Esq.
555 Madison Avenue, 9th Floor
New York, NY  10022

Haynes And Boone LLP
Patrick Hughes, Peter Ruggero
Charles Beckman, Brooks Hamilton
1221 McKinney, Suite 2100
Houston, TX  77010

Hess Corporation
Attn: Elizabeth Anne Carini Currenti
1 Hess Plaza
Woodbridge, NJ  07095

Hinckley, Allen & Snyder LLP
Thomas Curran, Paul O'Donnell
Jennifer Doran
28 State Street
Boston, MA  02109

Foley & Lardner LLP
Attn: Robert H. Huey, Esq.
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, DC  20007

Foley & Lardner LLP
Attn: Jill L. Munch & Joanne Lee
321 North Clark Street, Suite 2800
Chicago, IL  60654

Fraser Trebilcock Davis & Dunlap, P.C.
Attn: G. Alan Wallace, Esq.
124 West Allegan Street, Suite 1000
Lansing, MI  48933

Fulbright & Jaworski L.L.P.
David A. Rosenzweig & Mark C. Haut
666 Fifth Avenue
New York, NY  10103

Fulbright & Jaworski L.L.P.
Attn: Michael M. Parker, Esq.
300 Convent Street, Suite 2200
San Antonio, TX  78205

Gibbons P.C.
Attn: David N. Crapo, Esq.
One Gateway Center
Newark, NJ  07102

Girrard Gibbs LLP
Attn: D. Girard & A.J. De Bartolomeo
601 California Street, Suite 1400
San Francisco, CA  94108

Golenbock Eiseman Assor Bell &
Peskoe
Jonathan Flaxer, Douglas Furth
Anthony Vassallo
437 Madison Avenue
New York, NY  10022

Harman Becker Automotive Systems
39001 West 12 Mile Road
Farmington Hills, MI  48331

Haynsworth Sinkler Boyd, P.A.
Attn: William H. Short, Jr., Esq.
PO Box 11889
Columbia, SC  29211

EDS, AN HP Company
Ayala Hassell, Bankruptcy & Insolvency,
Senior Attorney
H3-3A-05
Plano, TX  75024

Ellis & Winters LLP
Attn: George F. Sanderson Iii
P.O. Box 33550
Raleigh, NC  27636

Erman, Teicher, Miller, Zucker &
Freedman
Earle Erman, David Eisenberg,
Dianne Ruhlandt
400 Galleria Officentre, Ste. 444
Southfield, MI  48034

Farella Braun & Martel LLP
Neil A. Goteiner, Esq.
235 Montgomery Street, 17th Floor
San Francisco, CA  94104

Foley & Lardner LLP
Attn: Victor A. Vilaplana & Matthew J.
Riopelle
402 West Broadway, Suite 2100
San Diego, CA  92101

Foley & Lardner LLP
M. Aiello, S. Barbatano, S. Hilfinger
J. Simon, K. Catanese, S. Seabolt
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI  48226

Forman Holt Eliades & Ravin, LLC
Attn: Kim R. Lynch, Esq.
80 Route 4 East, Suite 290
Paramus, NJ  07652

Freeborn & Peters LLP
Aaron L. Hammer & Thomas R. Fawkes
311 South Wacker Drive, Suite 3000
Chicago, IL  60606

Fulbright & Jaworski L.L.P.
Liz Boydston, Louis R. Strubeck
2200 Ross Avenue, Suite 2800
Dallas, TX  75201

Fulbright & Jaworski L.L.P.
David A. Rosenzweig, Jaclyn L. Rabin
666 Fifth Avenue
New York, NY  10103

| | | |
|---|---|---|
| Hogan & Hartson LLP<br>Scott A. Golden & Brian J Grieco<br>875 Third Avenue<br>New York, NY  10022 | Hewlett-Packard CompaNY Lp<br>Ramona Neal, Senior Counsel<br>11311 Chinden Boulevard<br>Mail Stop 314<br>Boise, ID  83714 | Gibson, Dunn & Crutcher LLP<br>David M. Feldman, Matthew J. Williams<br>200 Park Avenue<br>New York, NY  10166 |
| Hunter & Schank Co., LPA<br>John J. Hunter, Jr., Thomas J. Schank<br>One Canton Square<br>1700 Canton Avenue<br>Toledo, OH  43604 | Hiscock & Barclay, LLP<br>Susan R. Katzoff, Esq.<br>One Park Place<br>300 South State Street<br>Syracuse, NY  13202 | Glenn M. Reisman, Esq.<br>Two Corporate Drive, Suite 234<br>Shelton, CT  06484 |
| Hunton & Williams LLP<br>Peter Partee, Richard Norton,<br>Scott H. Bernstein<br>200 Park Avenue<br>New York, NY  10166 | Industry Canada, Legal Services<br>Attn: Anne Boudreau<br>235 Queen Street<br>Ottawa, ON K1A OH5<br>**Canada** | Gorlick, Kravitz & Listhaus, P.C.<br>Attn: Barbara S. Mehlsack, Esq.<br>17 State Street, 4th Floor<br>New York, NY  10004 |
| International Union, UAW<br>Daniel Sherrick & Niraj Ganatra<br>Legal Dept.<br>8000 East Jefferson Avenue<br>Detroit, MI  48214 | Ivey, Barnum And O'mara, LLC<br>Attn: Melissa Zelen Neier, Esq.<br>170 Mason Street<br>Greenwich, CT  06830 | Greenberg Traurig, LLP<br>Attn: B. Zirinsky, N. Mitchell & A. Kadish<br>200 Park Avenue<br>New York, NY  10166 |
| Jaffe, Raitt, Heuer, & Weiss, P.C.<br>Attn: Richard E. Kruger<br>27777 Franklin Rd. Suite 2500<br>Southfield, MI  48034 | Jenner & Block LLP<br>Daniel Murray & Joseph Gromacki<br>353 N. Clark St.<br>Chicago, IL  60654 | Hahn Loeser & Parks LLP<br>Attn: Lee D. Powar & Daniel A.<br>Demarco & Rocco I. Debitetto<br>200 Public Square, Suite 2800<br>Cleveland, OH  44114 |
| Johnson, Hearn, Vinegar, Gee & Glass<br>Attn: Jean Winborne Boyles, Esq.<br>P.O. Box 1776<br>Raleigh, NC  27602 | Johnston Barton Proctor & Rose LLP<br>Attn: Max A. Moseley, Esq.<br>569 Brookwood Village, Suite 901<br>Birmingham, AL  35209 | Haynes And Boone, LLP<br>Judith Elkin, Matthew E. Russell<br>Jonathan Hook<br>1221 Avenue Of The Americas, 26th Fl<br>New York, NY 10020 |
| Kaye Scholer LLP<br>Richard Smolev & Stewart Herman<br>425 Park Avenue<br>New York, NY  10022 | Keating Muething & Klekamp PLL<br>Attn: Jason V. Stitt, Esq.<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH  45202 | Herrick, Feinstein LLP<br>Attn: Stephen B. Selbst & Paul Rubin<br>2 Park Avenue<br>New York, NY  10016 |
| Kelley Drye & Warren LLP<br>David Retter, Pamela Bruzzese-Szczgiel, Jennifer Christian<br>James Carr, Jordan Bergman<br>101 Park Avenue<br>New York, NY  10178 | Kilpatrick & Associates, P.C.<br>Richardo Kilpatrick & Leonora Baughman<br>903 N. Opdyke Road, Suite C<br>Auburn Hills, MI  48326 | Hewlett-Packard Financial Services Co<br>Attn: Amy S. Chipperson, Esq.<br>420 Mountain Avenue<br>Murray Hill, NJ  07640 |
| Kennedy, Jennik & Murray P.C.<br>Susan Jennik, Thomas Kennedy<br>Larry Magarik<br>113 University Place, 7th Fl<br>New York, NY  10003 | Kotz, Sangster, Wysocki And Berg<br>Frederick Berg & Jayson Macyda<br>400 Renaissance Center, Suite 3400<br>Detroit, MI  48243 | Hunton & Williams LLP<br>Attn: J.R. Smith<br>Riverfront Plaza, East Tower<br>Richmond, VA  23219 |
| Kohrman Jackson & Krantz, Pll<br>Attn: James W. Ehrman, Esq.<br>One Cleveland Center, 20th Floor<br>1375 East Ninth Street<br>Cleveland, OH  44114 | Lambert, Leser, Isackson, Cook & Giunta, P.C.<br>Adam D. Bruski, Susan M. Cook<br>916 Washington Avenue, Suite 309<br>Bay City, MI  48708 | International Union Of Operating Engineers<br>Attn: Richard Griffin, Gen. Counsel<br>1125 Seventeenth Street, NW<br>Washington, DC  20036 |

Kupelian Ormond & Magy, P.C.
Attn: Terrance Hiller, David Blau,
Paul Magy, Matthew Schlegel
25800 Northwestern Hwy, Suite 950
Southfield, MI  48075

Law Offices Of Gabriel Del Virginia
Attn: Gabriel Del Virginia, Esq.
488 Madison Ave
New York, NY  10022

J.L. Saffer, P.C.
Attn: Jennifer L. Saffer, Esq.
20 Vesey Street, 7th Floor
New York, NY  10007

Latham & Watkins LLP
Robert Rosenberg & Adam Goldberg
885 Third Avenue, Suite 1000
New York, NY  10022

Leclairryan P.C
Michael Hastings, Michael Conway
830 Third Avenue, 5th Floor
New York, NY  10022

Jenner & Block LLP
Patrick Trostle & Heather Mcarn
919 Third Avenue, 37th Floor
New York, NY  10022

Lawrence Jay Kraines, Esq.
14235 Dickens Street, Suite 4
Sherman Oaks, CA  91423

Linebarger Goggan Blair & Sampson
Attn: John P. Dillman, Esq.
PO Box 3064
Houston, TX  77253

K&L Gates LLP
Attn: Jeffrey N. Rich & Eric T. Moser
599 Lexington Avenue
New York, NY  10022

Linebarger Goggan Blair & Sampson
Attn: Elizabeth Weller, Esq.
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Locke Lord Bissell & Liddell LLP
Attn: Timothy S. McFadden, Esq.
111 South Wacker Drive
Chicago, IL  60606

Kelley & Ferraro, L.L.P.
Attn: Thomas M. Wilson, Esq.
2200 Key Tower
127 Public Square
Cleveland, OH  44114

Locke Lord Bissell & Liddell LLP
Attn: Kevin J. Walsh, Esq.
3 World Financial Ctr Fl 20
New York, NY  10281

Maddin, Hauser, Wartell, Roth &
Heller, P.C.
Kathleen H. Klaus, Michael S. Lieb
28400 Northwestern Hwy., 3rd Floor
Southfield, MI  48034

Kerr, Russell And Weber, PLC
P. Warren Hunt & James Deline
500 Woodward Avenue, Suite 2500
Detroit, MI  48226

Lowenstein Sandler PC
Attn: Michael S. Etkin, S. Jason Teele,
Ira M. Levee
65 Livingston Avenue
Roseland, NJ  07068

Mazzeo Song & Bradham LLP
Attn: David H. Hartheimer, Esq.
708 Third Avenue, 19th Floor
New York, NY  10017

Klehr, Harrison, Harvey, Branzburg
& Ellers LLP
Morton Branzburg & Brian Crowley
260 S. Broad Street
Philadelphia, PA  19102

Matta Blair, Plc
Attn: Steven A. Matta, Esq.
4145 Dublin Drive, Suite 100
Bloomfield Hills, MI  48302

Mckenna Long & Aldridge LLP
Charles Dorkey III, Jessica Mayes
Christopher F. Graham
230 Park Avenue, Suite 1700
New York, NY  10169

Kramer Levin Naftalis & Frankel LLP
Thomas Moers Mayer, Amy
Caton, Adam Rogoff, Gregory Plotko
1177 Avenue Of The Americas
New York, NY  10036

McCarthy, Lebit, Crystal & Liffman
Kimberly A. Brennan, Robert R. Kracht
101 West Prospect Ave, Suite 1800
Cleveland, OH  44115

Meyer, Suozzi, English & Klein, P.C.
Attn: Hanan B. Kolko, Esq.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY  10018

Law Offices Of Robert E. Luna, P.C.
Attn: Andrea Sheehan, Esq.
4411 N. Central Expressway
Dallas, TX  75205

McNamee, Lochner, Titus & Williams
Jacob F. Lamme, John J. Privitera
677 Broadway
AlbaNY, NY  12207

Michigan Funds Administration
7201 W. Saginaw Hwy, Ste 110
Lansing, MI  48917

Levy Ratner P.C.
Suzanne Hepner, Ryan J. Barbur
& Robert H. Stroup
80 Eighth Avenue, 8th Floor
New York, NY  10011

Meyer, Suozzi, English & Klein, P.C.
Edward Lobello, Alan Marder.
Jil Mazer-Marino, J. Rando Cristiano
990 Stewart Avenue, Suite 300
Garden City, NY  11530

Miller, Canfield, Paddock & Stone
Susan I. Robbins, Esq.
500 Fifth Avenue, Suite 1815
New York, NY  10110

Linebarger Goggan Blair & Sampson
Diane W. Sanders, Esq.
2700 Via Fortuna Drive, Suite 400
P.O. Box 17428
Austin, TX  78760

Michigan Environment, Natural Resources And Agriculture Division
Attn: Celeste R. Gill
525 W. Ottawa, 6th Floor
G. Menne Williams Building
Lansing, MI  48909

Milbank, Tweed, Hadley & McCloy
Matthew S. Barr, Tyson M. Lomazow & Samuel A. Khalil
1 Chase Manhattan Plaza
New York, NY  10005

Miller, Canfield, Paddock & Stone
Donald Hutchinson, Timothy Fusco
Marc N. Swanson
150 West Jefferson Ave, Suite 2500
Detroit, MI  48226

Montgomery, Mccracken, Walker & Rhoads, LLP
Atty For Steven Kazan, Esq.
Attn: Natalie Ramsey & J. O'neil, Jr.
123 South Broad Street
Philadelphia, PA  19109

Motley Rice LLC
Jeanette M. Gilbert, Joseph F. Rice, John A. Baden Iv
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

Much Shelist Denenberg Ament And Rubenstein, P.C.
Attn: Colleen E. Mcmanus, Esq.
191 North Wacker Dr, Ste 1800
Chicago, IL  60606

Myers & Fuller, P.A.
Attn: Richard Sox, Esq.
2822 Remington Green Circle
Tallahassee, FL  32308

Narmco Group
Attn: Gary Kelly
2575 Airport Road
Windsor, ON N8W 1Z4
**CANADA**

New York State Department Of Law
Maureen F. Leary, Susan L. Taylor
Environmental Protection Bureau
The Capitol
Albany, NY  12224

Office Of The Attorney General
Andrew M. Cuomo
120 Broadway
New York, NY  10271

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Attn: Paul J. Ricotta, Esq.
One Financial Center
Boston, MA  02111

Morgan, Lewis & Bockius LLP
Andrew D Gottfried, Richard S. Toder
Howard S. Beltzer, Emmeline S. Liu
101 Park Avenue
New York, NY  10178

Morgan, Lewis & Bockius LLP
Michael A. Bloom & Rachel Jaffe Mauceri
1701 Market Street
Philadelphia, PA  19103

Motors Liquidation Company
Attn: Lawrence S. Buonomo, Esq.
500 Renaissance Center, Suite 1400
Detroit, MI  48243

Munsch Hardt Kopf & Harr, P.C.
Attn: Mary W. Koks
700 Louisiana, Suite 4600
Houston, TX  77002

N.W. Bernstein & Associates, LLC
Attn: Norman W. Bernstein, Esq.
800 Westchester Ave, Suite 319 North
Rye Brook, NY  10573

Nelson Mullins Riley & Scarborough
George Cauthen, Cameron Currie
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC  29201

Office Of The Ohio Attorney General
Attn: Lucas Ward, Esq.
150 East Gay Street, 21st Floor
Columbus, OH  43215

Orrick Herrington & Sutcliff LLP
Richard H Wyron, Roger Frankel
Columbia Center
1152 15th Street, N.W
Washington, DC  20005

Otterbourg Steindler Houston & Rosen
Jonathan Helfat,  Steven Soll
Daniel Wallen & Melanie Cyganowski
230 Park Avenue
New York, NY  10169

Lowenstein Sandler PC
Michael S. Etkin, S. Jason Teele, Ira M. Levee
1251 Avenue Of The Americas
New York, NY  10022

McCarter & English, LLP
Attn: Charles A. Stanziale, Jr.
Four Gateway Center
Newark, NJ  07102

McCeary, Veselka, Bragg & Allen
Attn: Michael Reed, Esq.
P.O. Box 1269
Round Rock, TX  78680

Meyer, Suozzi, English & Klein, P.C.
Attn: Edward J. Lobello, Esq.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY  10018

Michael S. Holmes, P.C.
Attn: Michael S. Holmes, Esq.
8100 Washington Avenue, Suite 120
Houston, TX  77007

Michigan Workers' Compensation Agency
7150 Harris Drive
PO Box 30016
Lansing, MI  48909

Miller Johnson
Robert D. Wolford, Thomas P. Sarb
250 Monroe Avenue, NW, Suite 800
Grand Rapids, MI  49501

Missouri Department Of Revenue
Attn: Steven A. Ginther, Esq.
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO  65105

Morrison Cohen LLP
Joseph T. Moldovan & Michael R. Dal Lago
909 Third Avenue
New York, NY  10022

Munsch Hardt Kopf & Harr, P.C.
Attn: Raymond J. Urbanik, Esq.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201

Ohio Attorney General
Michelle T. Sutter, Principal
Asst. Attorney General
Environmental Enforcement Sect.
30 E. Broad Street, 25th Floor
Columbus, OH  43215

Orrick Herrington & Sutcliffe LLP
Lorraine Mcgowen, Alyssa
Englund, Courtney Rogers,
John Ansbro
666 Fifth Avenue
New York, NY  10103

Osler, Hoskin & Harcourt LLP
Attn: Tracy C Sandler, Esq.
100 King Street West
1 First Canadian Place, Suite 6100
Toronto, ON M5X1B8
**CANADA**

Paul, Hastings, Janofsky & Walker
Attn: Harvey A. Strickon, Esq.
75 East 55th Street
New York, NY  10022

Pepper Hamilton LLP
Attn: Edward C. Toole & Linda J. Casey
3000 Two Logan Square
Eighteenth And Arch Streets
Philadelphia, PA  19103

Perdue, Brandon, Fielder, Collins &
Mott, L.L.P.
Attn: Elizabeth Banda Calvo
P.O. Box 13430
Arlington, TX  76094

Previant, Goldberg, Uelmen, Gratz,
Miller & Brueggeman, S.C.
Sara J. Geenen, Frederick Perillo
1555 N. Rivercenter Drive, Suite 202
P.O. Box 12993
Milwaukee, WI  53212

Proskauer Rose LLP
Scott Rutsky & Adam Berkowitz
1585 Broadway
New York, NY  10036

Radha R. M Narumanchi
657 Middleton Avenue
New Haven, CT  06513

Reed Smith LLP
Eric A. Schaffer, Esq.
435 Sixth Ave.
Pittsburgh, PA  15219

Parker Poe Adams & Bernstein LLP
Attn: Kiah T. Ford Iv, Esq.
Three Wachovia Center
401 S. Tryon Street, Suite 3000
Charlotte, NC  28202

Paul, Weiss, Rifkind, Wharton & Garrison
A. Kornberg, J. Koevary, R. Zubaty,
I. Pohl, A. Rosenberg, B.Hermann
M. Phillips, S. Shimshak, P. Weintraub
1285 Avenue Of The Americas
New York, NY  10019

Pepper Hamilton LLP
Attn: Henry J. Jaffe & James Carignan
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE  19899

Philip Morris Usa
Attn: Joy Tanner
615 Maury Street
Richmond, VA  23224

Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
Attn: Teresa Sadutto-Carley, Esq.
1065 Avenue Of The Americas, 18th Fl
New York, NY  10018

Porzio Bromberg & Newman P.C.
Attn: John Mairo & Robert Schechter
100 Southgate Parkway
Morristown, NJ  07962

Quarles & Brady LLP
Faye Feinstein, Christopher Combest
300 North LaSalle Street, Suite 4000
Chicago, IL  60654

Ray Quinney & Nebeker P.C.
Attn: Stephen C. Tingey
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 Market Street, Suite 1500
Wilmington, DE  19801

Richard M. Allen, Esq
223 Egremont Plain Rd, PMB 108
North Egremont, MA  01252

Nahins & Goidel, P.C.
Attn: Borah Goldstein Altschuler &
Jeffrey Chancas
377 Broadway
New York, NY  10013

Nelson Mullins Riley & Scarborough
Attn: Peter J. Haley, Esq.
200 Clarendon St  Fl 35
Boston, MA  02116

Office Of Attorney General
Carol E. Momjian, Senior Deputy
Atty General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107

Office Of Westchester County Atty
Attn: Melissa-Jean Rotini, Esq.
148 Martine Avenue, 6th Floor
White Plains, NY  10601

Orum & Roth, LLC
Attn: Mark D. Roth, Esq.
53 West Jackson Boulevard
Chicago, IL  60604

Paul Weiss Rifkind Wharton & Garrison
Andrew N. Rosenberg, Esq.
1285 Avenue Of The Americas
New York, NY  10019

Pension Benefit Guaranty Corp
Attn: Israel Goldowitz, Karen
Morris, John Menke, Ralph L Landy,
Michael A. Maricco, Esqs.
Washington, DC  20005

Pepper-Hamilton LLP
Attn: Dennis S. Kayes & Deborah
Kovsky-Apap
100 Renaissance Center, Suite 3600
Detroit, MI  48243

Pillsbury Winthrop Shaw Pittman LLP
Richard Epling, Erica Carrig
Karen Dine
1540 Broadway
New York, NY  10036

Plunkett Cooney
David A. Lerner, Douglas Bernstein
Michael A. Fleming
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI  48304

Rhoades Mckee
Attn: Terry L. Zabel, Esq.
161 Ottawa Avenue, NW, Suite 600
Grand Rapids, MI  49503

Riddell Williams P.S.
Attn: Joseph E. Shickich, Esq.
1001 4th Avenue, Suite 4500
Seattle, WA  98154

Potter Anderson & Corroon LLP
David Baldwin, Theresa Brown-Edwards, R. Stephen McNeill
Hercules Plaza, 6th Floor
1313 North Market St, P.O. Box 951
Wilmington, DE  19801

Richards Kibbe & Orbe LLP
Michael Friedman & Keith Sambur
One World Financial Center
New York, NY  10281

RK Chevrolet/RK Auto Group
2661 Virginia Beach Boulevard
Virginia Beach, VA  23451

Pronske & Patel, P.C.
Attn: Rakhee V. Patel, Esq.
2200 Ross Avenue, Suite 5350
Dallas, TX  75201

Riker, Danzig, Scherer, Hyland & Perretti LLP
J. Alex Kress & Kevin Larner
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Russell P. McRory, Esq.
1345 Avenue Of The Americas
New York, NY  10105

Rabinowitz, Lubetkin & Tully, L.L.C.
Attn: Jonathan I. Rabinowitz, Esq.
293 Eisenhower Parkway, Suite 100
Livingston, NJ  07039

Robert T. Smith, Esq.
1451 East Lincoln Avenue
Madison Heights, MI  48071

Satterlee Stephens Burke & Burke
Christopher Belmonte
Pamela Bosswick
230 Park Avenue
New York, NY  10169

Raytheon Professional Services LLC
12160 Sunrise Valley Drive
Reston, VA  20191

Ropers Majeski Kohn & Bentley
Attn: N. Kathleen Strickland
201 Spear Street, Suite 1000
San Francisco, NY  94105

Saul Ewing LLP
Attn: Teresa K.D. Currier, Esq.
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

Reid And Reige, P.C.
Attn: Carol A. Felicetta, Esq.
195 Church Street
New Haven, CT  06510

Schnader Harrison Segal & Lewis LLP
Attn: Barry E. Bressler, Esq.
1600 Market Street, Suite 3600
Philadelphia, PA  19103

Schnader Harrison Segal & Lewis LLP
Attn: Benjamin P. Deutsch, Esq.
140 Broadway, Suite 3100
New York, NY  10005

Richard W. Martinez, APLC
Attn: Richard W. Martinez, Esq.
228 St. Charles Avenue, Suite 1310
New Orleans, LA  70130

Securities & Exchange Commission
Attn: Mark Schonfeld, Regional Director
3 World Financial Center, Suite 400
New York, NY  10281

Seyburn, Kahn, Ginn, Bess & Serlin
Attn: David T. Lin, Esq.
Great Lakes Company
2000 Town Center, Suite 1500
Southfield, MI  48075

Riker, Danzig, Scherer, Hyland & Perretti LLP
J. Alex Kress & Kevin Larner
500 Fifth Avenue, Suite 4920
New York, NY  10110

Shearman & Sterling LLP
Attn: Fredric Sosnick & Jill Frizzley
599 Lexington Avenue
New York, NY  10022

Sheppard Mullin Richter & Hampton
Attn: Edward Tillinghast, Malani Cademartori, Blanka Wolfe
30 Rocfeeller Plaza, 24th Floor
New York, NY  10112

Robert Bosch LLC
Attn: Judith Lowitz Adler
Assistant General Counsel
38000 Hills Tech Drive
Farmington Hills, MI  48331

Sidley Austin LLP
Attn: Kenneth P. Kansa, Esq.
One South Dearborn
Chicago, IL  60603

Silverman & Morris, P.L.L.C.
Geoffrey Silverman & Karin Avery
7115 Orchard Lake Road, Suite 500
West Bloomfield, MI  48322

Robinson Waters & O'dorisio, P.C.
Attn: Anthony L. Leffert, Esq.
1099 18th Street, Suite 2600
Denver, CO  80202

Simpson Thacher & Bartlett LLP
David J. Mack, Peter V. Pantaleo
425 Lexington Avenue
New York, NY  10017

Skadden, Arps, Slate, Meagher & Flom
John Wm. Butler, Jr.
Ron W Meisler
155 N. Wacker Drive, Suite 2700
Chicago, IL  60606

Saul Ewing LLP
Adam H. Isenberg, Jeffrey C. Hampton
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102

Skadden, Arps, Slate, Meagher &
Flom LLP
Kayalyn Marafioti & Gregory Fox
Four Times Square
New York, NY  10036

Squire, Sanders & Dempsey, L.L.P.
Attn: G. Christopher Meyer, Esq.
4900 Key Tower
127 Public Square
Cleveland, OH  44114

Stember Feinstein Doyle & Payne, LLC
W. Payne, J. Stember, E. Doyle
S. Pincus, P. Ewing, J. Hurt
429 Forbes Avenue
Allegheny Building Ste 1705
Pittsburgh, PA  15219

Streusand & Landon, LLP
Attn: Sabrina L. Streusand, Esq.
515 Congress Street, Ste 2523
Austin, TX  78701

Teitelbaum & Baskin, LLP
Jay Teitelbaum, K. Lewis
3 Barker Avenue, Third Floor
White Plains, NY  10601

Tennessee Atty General's Office
Robert Cooper & Marvin Clements
Bankruptcy Division
PO Box 20207
Nashville, TN  37202

Texas Attorney General's Office
J. Casey Roy, Asst. Atty General
Bankruptcy & Collections Division
P.O. Box 12548, Mc-008
Austin, TX  78711

Tipotex Chevrolet, Inc.
1600 N. Expressway 77/83
Brownsville, TX  78521

Trenk Dipasquale Webster Della
Fera & Sodona, P.C.
Attn: Sam Della Fera, Jr., Esq.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ  07052

TRW Automotive U.S. LLC
12001 Tech Center Drive
Livonia, MI  48150

Stahl Cowen Crowley Addis LLC
Attn: Trent P. Cornell, Esq.
55 West Monroe Street, Suite 1200
Chicago, IL  60603

Stephen H. Gross, Esq.
35 Old Sport Hill Road
Easton, CT  06612

Stites & Harbison PLLC
Robert Goodrich Jr., Madison Martin
401 Church Street, Suite 800
Nashville, TN  37219

Stutzman, Bromberg, Esserman &
Plifka P.C.
Sander Esserman, Peter D'apice,
Jo Hartwick, Jacob Newton
2323 Bryan Street, Suite 220
Dallas, TX  75201

The Church Of The Good News
1599 Columbus Avenue
Boston, MA  02119

The University Of Michigan Office Of
The VP And General Counsel
Debra A. Kowich, Esq.
503 Thompson Street, Room 5048
Ann Arbor, MI  48109

Torre, Lentz, Gamell, Gary & Rittmaster
Attn: Mark S. Gamell, Esq.
100 Jericho Quadrangle, Suite 309
Jericho, NY  11753

Troutman Sanders LLP
Brett D. Goodman, Esq.
405 Lexington Avenue
New York, NY  10174

U.S. Treasury
Attn:  Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220

United States Dept. Of Justice
Attn: Anti-Trust Division
950 Pennsylvania Avenue, NW
Washington, DC  20530

Schafer And Weiner, PLLC
Attn: Ryan D. Heilman, Esq.
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI  48304

Schulte Roth & Zabel LLP
Attn: David Karp & Adam Harris
Partners II, LP
919 Third Avenue
New York, NY  10022

Shaw Gussis Fishman Glantz Wolfson
& Towbin LLC
Attn: Brian L. Shaw, Esq.
321 N. Clark Street, Suite 800
Chicago, IL  60654

Shinn Fu Corporation
c/o Arthur A. Chaykin, Esq.
10939 N. Pomona Ave.
Kansas City, MO  64153

Silvermanacampora LLP
Attn: Adam L. Rosen, Esq.
100 Jericho Quadrangle, Suite 300
Jericho, NY  11753

Singer & Levick P.C.
Larry A. Levick, Michelle E. Shirro
16200 Addison Road, Suite 140
Addison, TX  75001

Smith & Partners
Attn: Nicole B. Boehler
Herrenberger Strasse 12
71032 Boeblingen, **GERMANY**
07031  43996-00

Stark Reagan
Attn: J. Christopher Caldwell, Esq.
1111 W. Long Lake Road, Suite 202
Troy, MI  48098

Stember Feinstein Doyle And Payne
John Stember, Stephen M. Pincus
429 Forbes Avenue
Allegheny Building  Ste 1705
Pittsburgh, PA  15219

Stevenson & Bullock Plc
Charles D. Bullock, Sonya N. Goll
26100 American Dr Ste 500
Southfield, MI  48034

United States Attorney
For The Southern District Of NY
Matthew L Schwartz, David S. Jones
86 Chambers Street, 3rd Floor
New York, NY  10007

Vinson & Elkins L.L.P.
Attn: Ronald L. Oran, Esq.
666 Fifth Avenue, 26th Floor
New York, NY  10103

Stites & Harbison, PLLC
Attn: Brian H. Meldrum, Esq.
400 W. Market Street, Suite 1600
Louisville, KY  40202

United Steelworkers
Attn: David R. Jury, Esq.
Five Gateway Center, Suite 807
Pittsburgh, PA  15222

Warner Norcross & Judd LLP
Attn: Michael G. Cruse
2000 Town Center, Suite 2700
Southfield, MI  48075

Sullivan, Ward, Asher & Patton, P.C.
Attn: David J. Selwocki, Esq.
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48037

Venable LLP
Attn: Lawrence A. Katz, Esq.
8010 Towers Crescent Drive, Ste 300
Vienna, VA  22182

White And Williams LLP
Attn: Karel S. Karpe, Esq.
One Penn Plaza, Suite 4110
New York, NY  10119

The Garden City Group Inc
Attn: Ken Freda
105 Maxess Road
Melville, NY  11747

Warner Norcross & Judd LLP
Gordon J. Toering, Stephen B. Grow
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503

Wilmer Cutler Pickering Hale And Dorr LLP
Attn: Philip Anker & Melanie Dritz Esqs
399 Park Avenue
New York, NY  10022

Thompson Coburn LLP
Attn: Robert H. Brownlee, Esq.
One U.S. Bank Plaza, Suite 2600
St. Louis, MO  63101

Warren, Drugan & Barrows, P.C.
Attn: Robert L. Barrow, Esq.
800 Broadway
San Antonio, TX  78215

Winston & Strawn LLP
Matthew Botica, Mindy Cohn
Carey Schreiber
35 West Wacker Drive
Chicago, IL  60601

Torys LLP
Alison Bauer & Timothy Martin
237 Park Avenue
New York, NY  10017

Wilentz, Goldman & Spitzer, P.A.
Deirdre Woulfe Pacheco
Letitia Accarrino
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ  07095

Wolfson Bolton PLLC
Scott A. Wolfson, Esq.
3150 Livernois Rd., Suite 275
Troy, MI  48083

Troutman Sanders LLP
Jeffrey W. Kelley, Esq.
600 Peachtree Street, NE, Suite 5200
Atlanta, GA  30308

Wilmer Cutler Pickering Hale And Dorr LLP
Attn: Dennis L. Jenkins, Esq.
60 State Street
Boston, MA  02109

Union Pacific Railroad Company
Attn: Mary Ann Kilgore, Esq.
1400 Douglas Street, Stop 1580
Omaha, NE  68179

Winston & Strawn LLP
David J. Richardson, Esq.
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071

United States Dept. Of Justice
Eric H. Holder, Jr., Attorney General
950 Pennsylvania Avenue, NW
Washington, DC  20530

Wm. David Coffey & Associates
Wm. David Coffey, III, Martin Alaniz
13810 Fm 1826
Austin, TX  78737

Vedder Price P.C.
Michael Edelman, Michael Schein
1633 Broadway, 47th Floor
New York, NY  10019

Vorys, Sater, Seymour And Pease LLP
Attn: Tiffany Strelow Cobb, Esq.
52 East Gay Street
Columbus, OH  43215

Wildman, Harrold, Allen & Dixon
Michael Dockterman, Jonathan Young, Rene Friedman
225 West Wacker Drive, Suite 3000
Chicago, IL  60606

William T. Green, III, P.C.
Attn: William T. Green Iii, Esq.
11 Greenway Plaza, Suite 2820
Houston, TX  77046

Winston & Strawn LLP
Carey D. Schreiber, Steven M. Schwartz
200 Park Avenue
New York, NY  10166

Wyly-Rommel, PLLC
Attn: Jim Wyly
2311 Moores Lane
Texarkana, TX  75503

Zeichner Ellman & Krause LLP
Stuart Krause, Bryan Leinbach
575 Lexington Avenue
New York, NY  10022