**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                   :    **Chapter 11**
                                                        :
**MOTORS LIQUIDATION COMPANY**, *et al.,*               :    **Case No. 09-50026 (REG)**
          **f/k/a General Motors Corp.,** *et al.,*     :
                                                        :
                          **Debtors.**                  :    **(Jointly Administered)**
                                                        :
-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Gargan, being duly sworn, depose and state:

1.     I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the

debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business

address is 105 Maxess Road, Melville, New York 11747.

2.     On February 24, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors,

I caused a true and correct copy of the following document to be served by first class mail, postage

prepaid, on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Seventh Omnibus Objection to Claims (Duplicate Claims) [Docket No. 5052].

Dated: February 25, 2010                    /s/Kimberly Gargan_____
        Melville, New York                  Kimberly Gargan


Sworn to before me this
25th day of February, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

ATLAS TECHNOLOGIES INC
LASKY & STEINBERG PC
ATTN  BARRY M LASKY ESQ
595 STEWART AVE SUITE 410
GARDEN CITY NY 11530

BOTETOURT COUNTY
P O BOX 100
FINCASTLE VA 24090-0100

BRYAN COUNTY TREASURER
402 W EVERGREEN
DURANT OK 74701

CARL BILLETER
1560 HUNTSHIRE DR
HOLT MI 48842-2020

CASTILLE, JOSEPHINA
GREGORY MORENO
3500 W BEVERLY BLVD
MONTEBELLO CA 90640-1541

CITY OF LIVONIA MICHIGAN
DEPARTMENT OF LAW
33000 CIVIC CENTER DRIVE
LIVONIA MI 48154

CRS SITE GROUP, FOR THE BENEFIT OF ITS MEMBERS
C/O DOUG MCWILLIAMS & SHERRI DAHL
SQUIRE SANDERS & DEMPSEY LLP
4900 KEY TOWER, 127 PUBLIC SQUARE
CLEVELAND OH 44114-1304

EFREN NINO ORTIZ INDIVIDUALLY
ATTN JOSH W HOPKINS
SICO WHITE HOELSCHER & BRAUGH LLP
802 NORTH CARANCAHUA STE 900
CORPUS CHRISTI TX 78470-0116

EMANUEL JIMENEZ OCANA
C/O LANDGON & EMISON
ATTN ROBERT L LANGDON
PO BOX 220 911 MAIN
LEXINGTON MO 64067-0220

FRANCZKOWSKI, NANCY
C/O EVANS PORTNOY & QUINN
36TH FLOOR ONE OXFORD CENTRE, 301 GRANT STREET
PITTSBURGH PA 15219

BOONE COUNTY COLLECTOR
PATRICIA S LENSMEYER
GOVERNMENT CENTER 9TH & ASH
801 E WALNUT  RM 118
COLUMBIA MO 65201-4890

BRUCE KENDALL
3206 ASCOT LN
FALLSTON MD 21047-1114

CAMPBELL, RONNEICE O.
3100 W POLK ST FL 2
CHICAGO IL 60612-3909

CARTER COUNTY TREASURER
20 B ST SW, STE 104
ARDMORE OK 73401-6415

CEDRIC JACKSON
C/O WILLIAM G BUCHHOLZ
ATTORNEY FOR CEDRIC JACKSON
230 S BEMISTON SUITE 1100
CLAYTON MO 63105

CITY OF NEW HAVEN CITY COLLECTOR
PO BOX 236
NEW HAVEN MO 63068-0236

DELPHI AUTOMOTIVE SYSTEMS LLC
ATTN: JOHN D SHEEHAN
5725 DELPHI DR
TROY MI 48098-2815

ELLIOTT D CHIELPEGIAN TTEE F/T
ELLIOTT D CHIELPEGIAN APC PSP
UTA DTD 3-10-82
7485 N WOODSON AVE
FRESNO CA 93711-0374

FORD, CLAYTON
C/O HALL & HEYGOOD
2605 AIRPORT FWY STE 100
FORT WORTH TX 76111-2373

FRANKLIN CITY TREASURER
PO BOX 179
FRANKLIN VA 23851-0179

GARY W NYSTEDT (SEP) (IRA)
17235 5TH AVE NO
PLYMOUTH MN 55447

GENUS R SCRIVENS
5356 EASTPORT AVE
DAYTON OH 45417-8832

HALL, MICHAEL
SARLES FREY & JOSEPH
5800 MAIN STREET
WILLIAMSVILLE NY 14221-8220

HAROLD MARTIN
6501 HAZELWOOD AVE
BALTIMORE MD 21237-1905

JAMES E KETCHEM
27 MARYLN LN
HAWK POINT MO 63349

JAMES LUECKE
3845 WEST COLLEGE AVE
MILWAUKEE WI 53221

JIMSEY WALTON INDIVIDUALLY THE ESTATE OF MICHAEL C
WALTON AS REPRESENTED BY THE INDEPENDENT EXECUTOR
STEVEN L WALTON BRYAN SCOTT WALTON & MICHAEL C WALTON JR
C/O MICHAEL J LOWENBERG THE O QUINN LAW FIRM, 440 LOUISIANA STE 2300
HOUSTON TX 77002-4205

JO E ARNOLD
PO BOX 764
MOUNT MORRIS MI 48458-0764

JUDITH THOMPSON
6326  HARRISON   ST
GARDEN CITY MI 48135-2559

JULIA G HARTMAN
412 CLINTON DR
GOWER MO 64454-9130

KEYSTONE AUTOMOTIVES INC
MAX A MOSELEY JOHNSTON BARTON PROCTOR & ROSE LLP
569 BROOKWOOD VILLAGE SUITE 901
BIRMINGHAM AL 35209

LUMPKIN, MICHAEL R
FICKLEY R BRUCE LAW OFFICES OF
PO BOX 4005
ROANOKE VA 24015-0005

MALINDA CHASE
6430 LIBERTY VALLEY DR
KATY TX 77449-4250

MARIANNE TROMPETER
OFTERDINGENSTRASSE 61
D 45279 ESSEN
D 45279 ESSEN, GERMANY

MATHIS PAUL C
42416 BROWNSTONE DR
NOVI MI 48377-2885

MILKA MICHAJLOV
BEHRINGWEG 5
RINTELN 31737 GERMANY

MONTROSE CHEVROLET CADILLAC
C/O MICHAEL THOMPSON
1127 W MAIN ST
KENT OH 44240-2007

MORRIS HORWITZ
ANNABELLE HORWITZ
810 AUDUBON WAY
UNIT HP307
LINCOLNSHIRE IL 60069

MS SARAHJUAN GILVARY
ERIC G ZAJAC ESQUIRE
ZAJAC & ARIAS, LLC
1818 MARKET ST 30TH FLR
PHILADELPHIA PA 19103

NIDEC MOTORS & ACTUATORS
ATTN DAVID M EISENBERG, ESQ
ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN
400 GALLERIA OFFICENTRE, STE 444
SOUTHFIELD MI 48034

NOTHWEHR MEAGHAN
ATTN: THOMAS G SIRACUSA
C/O POWER ROGERS & SMITH
70 W MADISON ST STE 550
CHICAGO IL 60602-4212

POLK COUNTY COLLECTOR
102 E BROADWAY ST STE 6
BOLIVAR MO 65613-1687

RICHARD MEISELMAN
350 EAST HARRISON ST
LONG BEACH NY 11561

RICHARDSON INDEPENDENT SCHOOL DISTRICT
C/O ELIZABETH BANDA CALVO
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
PO BOX 13430
ARLINGTON TX 76094-0430

RITA C AKINS
8542 NICHOLS RD
FLUSHING MI 48433-9223

RIVERSIDE COUNTY TAX COLLECTOR
ATTN ISMAEL O VARGAS
4080 LEMON ST 4TH FL
RIVERSIDE CA 92501

ROLAND AND MARGRIT BISCHOFF
SONNENWENDSTR 38
67098 BAD DURKHEIM
GERMANY

RON SIMON
SIMON & LUKE LLP
2929 ALLEN PARKWAY
42ND FLOOR
HOUSTON TX 77019-7100

SANDRA AHAUS IRA
SANDRA AHAUS
10548 PENN AVE SO
BLOOM MN 55431

SCHOENL, KEVIN M
CELLINO & BARNES PC
16 E MAIN ST STE 6
ROCHESTER NY 14614-1803

SCREVEN COUNTY TAX COMMISSIONER
PO BOX 86
SYLVANIA GA 30467-0086

SHELBY COUNTY TRUSTEE
PO BOX 2751
MEMPHIS TN 38101-2751

ST BENOIT PRIVATE MANAGEMENT SA
38 AVENUE DE LA FAIENCERIE
L-1510 LUXEMBOURG

SYLVIA MILLER
2492 NW 67TH ST
BOCA RATON FL 33496-2003

TAX COLLECTOR, SANTA ROSA COUNTY
ATTN: DELINQUENT TAX DEPARTMENT
P O BOX 7100
MILTON FL 32572

TERRANCE J TICHY
C/O RICHARD L. DEMSEY CO., LPA
1350 EUCLID AVE, SUITE 1550
CLEVELAND OH 44115

THE HORACE MANN COMPANIES A/S/O DEBRA BLACKWELDER
DOUGLAS, KNIGHT & ASSOCIATES, INC
PO BOX 10517
BRADENTON FL 34282

THE HORACE MANN COMPANIES A/S/O MARK KAOBEL
C/O THE AUDIT GROUP, INC
PO BOX 10539
BRADENTON FL 34282

THOMAS BROWN
3202 BRYNMAWR PL
FLINT MI 48504-2506

TIFFANY WOMER
C/O LAW OFFICE OF DONALD D ZUCCARELLO
3209 WEST END AVENUE
NASHVILLE TN 37203

TK HOLDINGS INC
DON A SCHIEMANN ESQ
TK HOLDINGS INC
2500 TAKATA DRIVE
AUBURN HILLS MI 48326

TOWN OF GUILFORD
31 PARK ST
GUILFORD CT 06437-2629

UNIVAR USA INC
GARVEY SCHUBERT BARER
1191 SECOND AVENUE
18TH FLOOR
SEATTLE WA 98101

VAN TONGERLOO, ROBERT J
64245 TIPPERARY DR
WASHINGTON MI 48095-2558

VANESSA HICKS
3719 EVERGREEN PKWY
FLINT MI 48503-4565

WARREN COUNTY COLLECTOR
ATTN: LINDA STUDE
105 S MARKET ST
WARRENTON MO 63383-1903

WILLIAMSON COUNTY TRUSTEE
C/O YOST ROBERTSON NOWAK PLLC
WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS
PO BOX 681346
FRANKLIN TN 37068-1346

YADIRA ERICA SALCIDO MEDRANO
WIGINGTON RUMLEY DUNN, LLP
800 N SHORELINE BLVD
14TH FLOOR, SOUTH TOWER
CORPUS CHRISTI TX 78401