HEARING DATE AND TIME: March 2, 2010 at 11:00 a.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                      :    Chapter 11 Case No.
                                           :    09-50026 (REG)
                                           :    (Jointly Administered)
                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,      :
    f/k/a General Motors Corp., *et al.*   :
                                           :
Debtors.                                   :
------------------------------------------------------------x

### DECLARATION OF CARRIANNE BASLER IN RESPONSE TO MOTION OF SANG CHUL LEE AND DUKSON LEE FOR ORDER PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001 AND LOCAL BANKRUPTCY RULE 4001-1 MODIFYING THE AUTOMATIC STAY TO ALLOW CONTINUATION OF PRE-PETITION LITIGATION [DOCKET NO. 3023]

I, Carrianne Basler, hereby declare under penalty of perjury:

1. I am a managing director for AlixPartners, LLP and an authorized representative of AP Services, LLC ("APS"), which is currently acting as crisis manager to Motors Liquidation Company and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"). As part of my work I have knowledge of the claims register maintained by the Debtors in these chapter 11 cases. I submit this declaration in further support of the Debtors' Objection dated July 29, 2009 [Docket No. 3485] to the

*Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation* [Docket No. 3023]. I have personal knowledge of the facts stated herein and I am competent to make this declaration.

2. Upon information and belief, exhibit A is a true and correct copy of the Affidavit of Service of Barbara Kelley Keane and the relevant portions of the service lists attached thereto. Exhibit A indicates that between September 24, 2009 and September 26, 2009 the Debtors' claims and noticing agent, The Garden City Group, Inc., served Sang Chul Lee, Dukson Lee, Jin Ah Lee, and the Kimm Law Firm each with a proof of claim form and the Notice of Bar Dates for Filing of Proofs of Claim indicating that the bar date for filing prepetition claims was November 30, 2009.

3. Upon information and belief, on February 22, 2010, The Garden City Group, Inc., received a proof of claim from Sang Chul Lee and Dukson Lee (the "**Lees**"). The Lees' proof of claim was filed nearly three months after the bar date and shortly after counsel for the Debtors informed counsel for the Lees that the claims register in these chapter 11 cases did not reflect any proofs of claim filed by or on behalf of the Lees, Jin Ah Lee, or the Kimm Law Firm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: February 25, 2010

By: *[signature]*
Carrianne Basler
AP Services, LLC
Authorized Representative