# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
| | |
|---|---|
| In re | : |
| | : Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : |
| f/k/a General Motors Corp., *et al.* | : 09-50026 (REG) |
| | : |
| Debtors. | : (Jointly Administered) |
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF SUFFOLK     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.  I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  Between September 24, 2009 and September 26, 2009, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case, I caused to be served true and correct copies of the documents identified below addressed to each of the individuals and entities in the service lists attached hereto as Exhibit "A" (all parties listed in the Debtor's Schedules of Assets and Liabilities) and Exhibit "B" (including but not limited to all parties who filed a Notice of Appearance, the master service list, the creditor matrix and all other parties in interest) as follows:

    (i) **Notice Of Bar Dates for Filing of Proofs of Claim (the "Notice")** and a customized **Proof of Claim** form addressed to each of the individuals and entities identified in the service list attached hereto as Exhibit "A"; and

    (ii) **Notice** and a **Proof of Claim** form addressed to each of the individuals and entities identified in the service list attached hereto as Exhibit "B"

by depositing same in sealed, postage paid envelopes at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Barbara Kelley Keane

Sworn to before me this
14th day of October, 2009

/s/ Eamon Mason
Notary Public – State of New York
No 01MA6187254
My Commission Expires May 19, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
MOTORS LIQUIDATION COMPANY                                     :    09-50026 (REG)
f/k/a GENERAL MOTORS CORPORATION,                              :
et al.,                                                        :
                                                               :
                          Debtors.                             :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM
## (INCLUDING CLAIMS UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE)

TO ALL PERSONS AND ENTITIES WITH CLAIMS (INCLUDING CLAIMS UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE) AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc.<br>CKS of Harlem |

PLEASE TAKE NOTICE THAT, on September 16, 2009, the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered an order (the "**Bar Date Order**") establishing (i) **November 30, 2009, at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("**Proof of Claim**") based on prepetition claims, including a claim under section 503(b)(9) of the Bankruptcy Code, as described more fully below (a "**503(b)(9) Claim**"), against any of the Debtors (the "**General Bar Date**"); and (ii) **November 30, 2009, at 5:00 p.m. (Eastern Time)** as the last date and time for each governmental unit (as defined in section 101(27) of the Bankruptcy Code) to file a Proof of Claim based on prepetition claims against any of the Debtors (the "**Governmental Bar Date**" and, together with the General Bar Date, the "**Bar Dates**").

The Bar Date Order, the Bar Dates and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the Debtors (other than those set forth below as being specifically excluded) that arose prior to **June 1, 2009**, the date on which the Debtors commenced their cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

**If you have any questions relating to this Notice, please feel free to contact AlixPartners at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com. In addition, you may contact the Official Committee of Unsecured Creditors through its website at www.motorsliquidationcreditorscommittee.com or at 1-212-715-3275.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

1.  **WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a **Proof of Claim** to vote on a chapter 11 plan filed by the Debtors or to share in any of the Debtors' estates if you have a claim that arose prior to **June 1, 2009**, including a 503(b)(9) Claim, and it is not one of the other types of claims described in Section 2 below. Acts or omissions of the Debtors that arose before **June 1, 2009** may give rise to claims against the Debtors that must be filed by the applicable Bar Date, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to **June 1, 2009.**

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured. Further, claims include unsecured claims, secured claims, priority claims, and 503(b)(9) Claims (as defined in Section 2(d) below).

2.  **WHO NEED NOT FILE A PROOF OF CLAIM**

You need not file a Proof of Claim if:

(a) Your claim is listed on the Schedules (as defined below) and (i) is **not** described in the Schedules as "disputed," "contingent," or "unliquidated," (ii) you do **not** dispute the amount or nature of the claim set forth in the Schedules, and (iii) you do **not** dispute that the claim is an obligation of the specific Debtor against which the claim is listed on the Schedules;

(b) Your claim has been paid in full;

(c) You hold an interest in any of the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants or rights to purchase, sell or subscribe to such a security or interest; **provided, however**, that interest holders who wish to assert claims (as opposed to ownership interests) against any of the Debtors that arise out of or relate to the ownership or purchase of an interest, including claims arising out of or relating to the sale, issuance, or distribution of the interest, must file Proofs of Claim on or before the applicable Bar Date, unless another exception identified herein applies;

(d) You hold a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative claim; **provided, however, 503(b)(9) Claims are subject to the General Bar Date as provided above.** Section 503(b)(9) provides in part: "...there shall be allowed administrative expenses...including...(9) the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business." **Accordingly, if you have a 503(b)(9) Claim, you must file a Proof of Claim on or before the General Bar Date;**

(e) You hold a claim that has been allowed by an order of the Court entered on or before the applicable Bar Date;

(f) You hold a claim against any of the Debtors for which a separate deadline is fixed by the Court (whereupon you will be required to file a Proof of Claim by that separate deadline);

(g) You are a Debtor in these cases having a claim against another Debtor;

(h) You are an affiliate (as defined in section 101(2) of the Bankruptcy Code) of any Debtor as of the Bar Date;

(i) You hold a claim for which you have already properly filed a Proof of Claim against any of the Debtors with the Clerk of the Court or The Garden City Group, Inc., the Debtors' claims agent, utilizing a claim form that substantially conforms to the Proof of Claim Form (as defined below) or Official Form 10; or

(j) You hold a claim that is limited exclusively to the repayment of principal, interest and other fees and expenses on or under any agreements (a "**Debt Claim**") governing any debt security issued by any of the Debtors pursuant to an indenture (together, the "**Debt Instruments**") if the indenture trustee or similar fiduciary under the applicable indenture or fiscal and paying agency agreement files a Proof of Claim against the applicable Debtor, on or before the Bar Date, on account of all Debt Claims against such Debtor under the applicable Debt Instruments, **provided, however,** that any holder of a Debt Claim wishing to assert a claim arising out of or relating to a Debt Instrument, other than a Debt Claim, shall be required to file a Proof of Claim with respect to such claim on or before the Bar Date, unless another exception identified herein applies. Debt Instruments include those agreements listed at the end of this Notice.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

**3.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you hold a claim arising from the rejection of an executory contract or unexpired lease, you must file a Proof of Claim based on such rejection by the later of (i) the applicable Bar Date, and (ii) the date which is **thirty days** following the entry of the order approving such rejection or you will be forever barred from doing so. Notwithstanding the foregoing, if you are a party to an executory contract or unexpired lease and you wish to assert a claim on account of unpaid amounts accrued and outstanding as of June 1, 2009 pursuant to that executory contract or unexpired lease (other than a rejection damages claim), you must file a Proof of Claim for such amounts on or before the applicable Bar Date unless an exception identified above applies.

**4.    WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be **actually received** on or before the applicable Bar Date at the following address:

| If by overnight courier or hand delivery to: | If by first-class mail, to: |
|---|---|
| The Garden City Group, Inc.<br>Attn: Motors Liquidation Company Claims Processing<br>5151 Blazer Parkway, Suite A<br>Dublin, Ohio 43017 | The Garden City Group, Inc.<br>Attn: Motors Liquidation Company Claims Processing<br>P.O. Box 9386<br>Dublin, Ohio 43017-4286 |

Or if by hand delivery to:

United States Bankruptcy Court, SDNY
One Bowling Green
Room 534
New York, New York 10004

Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before the applicable Bar Date. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

5.  **WHAT TO FILE**

If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States; (iii) conform substantially to the form provided with this Notice ("**Proof of Claim Form**") or Official Bankruptcy Form No. 10; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

Additional Proof of Claim Forms may be obtained at www.uscourts.gov/bkforms/ or www.motorsliquidation.com.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

6.  **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

*Except with respect to claims of the type set forth in Section 2 above, any creditor who fails to file a Proof of Claim on or before the applicable Bar Date in the appropriate form in accordance with the procedures described in this Notice for any claim such creditor holds or wishes to assert against each of the Debtors, will be forever barred – that is, forbidden – from asserting the claim against each of the Debtors and their respective estates (or filing a Proof of Claim with respect to the claim), and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to the claim, and the holder will not be permitted to vote to accept or reject any chapter 11 plan filed in these chapter 11 cases, participate in any distribution in any of the Debtors' chapter 11 cases on account of the claim, or receive further notices with respect to any of the Debtors' chapter 11 cases.*

7.  **THE DEBTORS' SCHEDULES, ACCESS THERETO, AND CONSEQUENCES OF AMENDMENT THEREOF**

You may be listed as the holder of a claim against one or more of the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "**Schedules**"). If you rely on the Debtors' Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules.

As set forth above, if you agree with the classification and amount of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim is only against the specified Debtor, and if your claim is not described as "disputed", "contingent", or "unliquidated", you need not file a Proof of Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Schedules may be examined by interested parties on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the Internet at www.motorsliquidation.com and www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.). Copies of the Schedules may also be examined by interested parties between the hours of 9:00 a.m. and 4:30 p.m. (Eastern Time) at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 511, New York, New York 10004. Copies of the Debtors' Schedules may also be obtained by written request to the Debtors' claims agent at the address and telephone number set forth below:

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286
1-703-286-6401

   In the event that the Debtors amend their Schedules to (a) designate a claim as disputed, contingent, unliquidated, or undetermined, (b) change the amount of a claim reflected therein, (c) change the classification of a claim reflected therein, or (d) add a claim that was not listed on the Schedules, the Debtors will notify you of the amendment. In such case, the deadline for you to file a Proof of Claim on account of any such claim is the later of (a) the applicable Bar Date and (b) the date that is **thirty days** after the Debtors provide notice of the amendment.

**A holder of a possible claim against the Debtors should consult an attorney regarding any matters not covered in this Notice, such as whether the holder should file a Proof of Claim.**

DATED: September 16, 2009            BY ORDER OF THE COURT
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

## Certain Debt Instruments

| | Debt Instrument | CUSIP, ISIN, or Swiss Security Numbers |
|---|---|---|
| 1 | Indenture, dated as of Nov. 15, 1990, between GM and Citibank as indenture trustee | CUSIP Nos. 370442AN5, 370442AJ4, 370442AR6, 37045EAG3, 37045EAS7 |
| 2 | Indenture, dated as of Dec. 7, 1995, between GM and Citibank as indenture trustee | CUSIP Nos. 370442AT2, 370442AU9, 370442AV7, 370442AZ8, 370442BB0, 370442816, 370442774, 370442766, 370442758, 370442741, 370442733, 370442725, 370442BQ7, 370442BT1, 370442717, 370442BW4, 370442BS3, 370442121, 370442691 |
| 3 | Trust Indenture, dated as of July 1, 1995, between Michigan Strategic Fund and Dai-Ichi Kangyo Trust Company of New York ($58,800,000 Multi-Modal Interchangeable Rate Pollution Control Refunding Revenue Bonds) | CUSIP No. 594693AQ6 |
| 4 | Indenture of Trust, dated as of July 1, 1994, between City of Moraine, Ohio and Dai-Ichi Kangyo Trust Company of New York ($12,500,000 Solid Waste Disposal Revenue Bonds) | CUSIP No. 616449AA2 |
| 5 | Indenture of Trust, dated as of July 1, 1999, between City of Moraine, Ohio and Dai-Ichi Kangyo Trust Company of New York ($10,000,000 Solid Waste Disposal Revenue Bonds) | CUSIP No. 616449AB0 |
| 6 | Trust Indenture, dated as of Dec. 1, 2002, among City of Fort Wayne, Indiana, JPMorgan Chase Bank and Bank One Trust Company, N.A., ($31,000,000 Pollution Control Revenue Refunding Bonds) | CUSIP No. 455329AB8 |
| 7 | Trust Indenture, dated as of Mar. 1, 2002, between Ohio Water Development Authority and JPMorgan Chase Bank ($20,040,000 State of Ohio Pollution Control Refunding Revenue Bonds) | CUSIP No. 667596AU2 |
| 8 | Indenture of Trust, dated as of Dec. 1, 2002, between Ohio Water Development Authority and JPMorgan Chase Bank ($46,000,000 State of Ohio Solid Waste Revenue Bonds) | CUSIP No. 67759ABC2 |
| 9 | Trust Indenture, dated as of Apr. 1, 1984, among City of Indianapolis, Indiana, Bankers Trust Company and The Indiana National Bank ($1,400,000 Pollution Control Revenue Bonds) | CUSIP No. 455329AB8 |

| 10 | Fiscal and Paying Agency Agreement, dated as of July 3, 2003, between GM, Deutsche Bank AG London, as fiscal agent and paying agent, and Banque Générale du Luxembourg S.A., as paying agent | ISIN Nos. XS0171942757, XS0171943649 |
|---|---|---|
| 11 | Fiscal and Paying Agency Agreement, dated as of July 10, 2003, between GM Nova Scotia Finance Company, GM, as guarantor, Deutsche Bank Luxembourg S.A., as fiscal agent and paying agent, and Banque Générale du Luxembourg S.A., as paying agent | ISIN Nos. XS0171922643, XS0171908063. |
| 12 | Bond Purchase and Paying Agency Agreement dated May 28, 1986 between GM and Credit Suisse | Swiss Security No. 876 926 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| KIMBROUGH, TERRY L | 3728 MANOR CT | | | | INDIANAPOLIS | IN | 46218-1649 |
| KIMBROUGH, THURMAN R | 1905 RED ROCK RD | | | | TUSCUMBIA | AL | 35674-7025 |
| KIMBROUGH, VIVIAN | 18173 SAINT AUBIN ST | | | | DETROIT | MI | 48234-1216 |
| KIMBROUGH, WAH | 2502 SANTA ROSA DR SW | | | | ATLANTA | GA | 30331-7044 |
| KIMBROUGH, WILLIAM | 166 SHARP RD | | | | SOMERVILLE | AL | 35670-5748 |
| KIMBROUGH, WILLIAM I | 812 ELMHURST AVE | | | | BRISTOL | PA | 19007-2608 |
| KIMBROUGH, YOLANDA S | 408 CLAIRCREST DR | | | | ANTIOCH | TN | 37013-4076 |
| KIMCHI T NGUYEN | 50 VINCE DR | | | | ROCHESTER | NY | 14606-3475 |
| KIMDOLYN CHARLES | 1321 MANN AVE | | | | FLINT | MI | 48503-3243 |
| KIME, ANITA L | 1002 COLUMBUS AVE | | | | DEFIANCE | OH | 43512-3137 |
| KIME, DON M | 4760 W JACKSON RD | | | | ALMA | MI | 48801-9505 |
| KIME, EVELYN M | PO BOX 127 | | | | BURT | MI | 48417-0127 |
| KIME, GREGORY D | 206 PINEVIEW DR | | | | FENTON | MI | 48430-3628 |
| KIME, GREGORY DAVID | 206 PINEVIEW DR | | | | FENTON | MI | 48430-3628 |
| KIME, JAMES W | 132 BALDWIN AVE | | | | ROYAL OAK | MI | 48067-1842 |
| KIME, MARY | 60251 LESTER LN | | | | COLON | MI | 49040-9717 |
| KIMENER, JAMES L | 1803 VERSAILLES DR | | | | KOKOMO | IN | 46902-5960 |
| KIMERA BOWMAN | 2104 SIBLEY DR | | | | KOKOMO | IN | 46902-4599 |
| KIMERER, DONALD U | 810 SOUTHWESTERN RUN | NO 9 | | | YOUNGSTOWN | OH | 44514 |
| KIMERER, GLENN R | 1361 JENNIFER CT | | | | YUBA CITY | CA | 95993-1729 |
| KIMERY, DENNIS L | PO BOX 85013 | | | | WESTLAND | MI | 48185-0013 |
| KIMERY, DONNA MARIE | PO BOX 846 | | | | WAYNE | MI | 48184-0846 |
| KIMES CANTRELL | 1911 E SIEBENTHALER AVE | | | | DAYTON | OH | 45414-5333 |
| KIMES, BRUCE A | 880 ESTHER AVE NW | | | | WARREN | OH | 44483-1285 |
| KIMES, CHARLES L | 11791 S 200 W | | | | FAIRMOUNT | IN | 46928-9322 |
| KIMES, CLAUDIA J | 2587 REEVES RD NE | | | | WARREN | OH | 44483 |
| KIMES, CLIFTON C | 934 KENNY NELSON RD | | | | LEWISBURG | TN | 37091-6676 |
| KIMES, RANDY E | 8130 BAXTER RD | | | | DAVISON | MI | 48423-9380 |
| KIMEWON, LEONARD I | 29 PARTRIDGE DR | | | | KINCHELOE | MI | 49788-1306 |
| KIMI GUDRITZ | 3866 VANGUARD DR | | | | SAGINAW | MI | 48604-1823 |
| KIMI MATSUSHINO IRA | FCC AS CUSTODIAN | 5633 V STREET | | | SACRAMENTO | CA | 95817-1734 |
| KIMI MATSUSHINO ROTH IRA | FCC AS CUSTODIAN | 5633 V STREET | | | SACRAMENTO | CA | 95817-1734 |
| KIMI VAIL | 5598 STILL MEADOW LN | | | | GRAND BLANC | MI | 48439-3439 |
| KIMIKO DONALDSON | 1012 WILLOW GROVE CT | | | | ROCHESTER HILLS | MI | 48307-2544 |
| KIMIKO MAKITA | 11 FORT GEORGE HILL/APT. 21H | | | | NEW YORK | NY | 10040-2547 |
| KIMIKO NICKERSON | 352 ALTA PINE DR | | | | ALTADENA | CA | 91001-4002 |
| KIMILEE NICKERSON | 8879 GOLFSIDE CT | | | | SHEPHERD | MI | 48883-9047 |
| KIMIS, CHERYL I | 2454 WHITNEY AVE | | | | MANSFIELD | OH | 44906-1199 |
| KIMIS, GEORGE | 2454 WHITNEY AVE | | | | MANSFIELD | OH | 44906-1199 |
| KIMIS, JOHN P | 10182 E PLEASANT VIEW WAY | | | | TUCSON | AZ | 85748-7652 |
| KIMIT MURPHY | 1520 WAYNE ST | | | | FLINT | MI | 48503-4254 |
| KIMLA LOWERY | 99 SEVEN ESTATES DR | | | | WINFIELD | MO | 63389-2508 |
| KIMLER, DAVID A | 36830 PARK PLACE DR | | | | STERLING HTS | MI | 48310-4227 |
| KIMLER, DOUGLAS G | 8720 COOLEY BEACH DR | | | | WHITE LAKE | MI | 48386-4321 |
| KIMLER, VICTOR P | 29551 MINGLEWOOD CT | | | | FARMINGTON HILLS | MI | 48334-3017 |
| KIMLEY K EDWARDS | 905  E TROTWOOD BLVD | | | | TROTWOOD | OH | 45426-3158 |
| KIMLING, DELPHINE | 1336 WINDWOOD LANE | | | | FLINT | MI | 48507-0505 |
| KIMM LAW FIRM | 418 BANCKER STREET | | | | ENGLEWOOD | NJ | 07631 |
| KIMM LAW FIRM | ATT: MICHAEL S. KIMM | ATTORNEY FOR ROLLOVER CASE PLAINTIFFS | 41W BANCKER STREET | | ENGLEWOOD | NJ | 07631 |
| KIMM LAW FIRM | ATTN: MICHAEL S. KIMM | ATTYS FOR SANG CHUL LEE AND DUKSON LEE | AS PLAINTIFFS AND NATURAL GUARDIANS OF JIN AH LEE, DECEDENT | 41 W. BANCKER STREET | ENGLEWOOD | NJ | 07631 |
| KIMM, FRANCIS E | 9603 S 400 W | | | | PENDLETON | IN | 46064-9524 |
| KIMM, GEORGE Y | 5304 TIVOLI DR | | | | DESTIN | FL | 32550-4261 |
| KIMM, MARVELLA C | 3431 FOREST TER | | | | ANDERSON | IN | 46013-5257 |
| KIMM, MARY J | 1168 W 550 S | | | | ANDERSON | IN | 46013-9775 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| LECKINGTON, CLAUDE J | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LECLAIR RYAN | BRIAN K. TELFAIR | PO BOX 2499 | | | RICHMOND | VA | 23218-2499 |
| LECLAIR RYAN | BRIAN K. TELFAIR, ESQ. | PO BOX 2499 | | | RICHMOND | VA | 23218-2499 |
| LECLERC, JAMES R | STATE FARM INSURANCE | PO BOX 2371 | | | BLOOMINGTON | IL | 61702-2371 |
| LECOMPTE, DONALD J | GUY WILLIAM S | PO BOX 509 | | | MCCOMB | MS | 39649-0509 |
| LECTRO COMMUNICATION INC | 4885 N STATE ROAD 9 | | | | ANDERSON | IN | 46012-1094 |
| LECTRON PRODUCTS INC | 1400 S LIVERNOIS RD | | | | ROCHESTER HILLS | MI | 48307-3362 |
| LEDBETTER, KEITH | BOONE ALEXANDRA | 205 LINDA DR | | | DAINGERFIELD | TX | 75638-2107 |
| LEDDY, JAMES K | KELLEY & FERRARO LLP | 1300 EAST NINTH STREET, 1901 BOND COURT BUILDING | | | CLEVELAND | OH | 44114 |
| LEDERER, SANDRA | WISE & JULIAN | PO BOX 1108 | | | ALTON | IL | 62002-1108 |
| LEDFORD, DAVID C | BOONE ALEXANDRA | 205 LINDA DR | | | DAINGERFIELD | TX | 75638-2107 |
| LEDFORD, JACK T | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEDFORD, MARY | PO BOX 148 | | | | HANSVILLE | WA | 98340-0148 |
| LEDFORD, SIDNEY | BURNS JAMES D | 2200 4TH AVE | | | SEATTLE | WA | 98121-2025 |
| LEDO, BENJAMIN J | ANGELOS PETER G | 100 N CHARLES STREET, ONE CHARLES CENTER | | | BALTIMORE | MD | 21201-3812 |
| LEDOUX, CARLA | HENNESSY LAW OFFICES OF J PATRICK | 401 EDWARDS ST STE 1310 | | | SHREVEPORT | LA | 71101-5526 |
| LEDOUX, JACK | HENNESSY LAW OFFICES OF J PATRICK | 401 EDWARDS ST STE 1310 | | | SHREVEPORT | LA | 71101-5526 |
| LEDUC, EMILE | LIPMAN DAVID M | 5901 SW 74TH ST STE 304 | | | MIAMI | FL | 33143-5163 |
| LEE COUNTY TAX COLLECTOR | ATTN: LEGAL OFFICER / BANKRUPTCY DEPT. | PO BOX 1609 | | | FORT MYERS | FL | 33902-1609 |
| LEE ENTERPRISES | MARY JUNCK | 201 N. HARRISON ST., | | | DAVENPORT | IA | 52801 |
| LEE, AARON | KAHN & ASSOCIATES | 17295 CHESTERFIELD AIRPORT ROAD SUITE 200 | | | CHESTERFIELD | MO | 63005 |
| LEE, ALMA | SYLVESTER STEPHEN T | 20 LESLIE LN | | | MONROE | LA | 71203-2715 |
| LEE, ANTONIA | COCHRAN FIRM MEMPHIS | ONE COMMERCE SQUARE 26TH FLOOR | | | MEMPHIS | TN | 38103 |
| LEE, BENNIE | GUY WILLIAM S | PO BOX 509 | | | MCCOMB | MS | 39649-0509 |
| LEE, BILLY | 600 CORPORATE PARK DR | | | | SAINT LOUIS | MO | 63105-4204 |
| LEE, BOB | KELLEY & FERRARO LLP | 1300 EAST NINTH STREET, 1901 BOND COURT BUILDING | | | CLEVELAND | OH | 44114 |
| LEE, BOBBY R | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, BRENDA | 3619 N 13TH ST | | | | PHILADELPHIA | PA | 19140-4207 |
| LEE, BROOKE E | KIMMEL & SILVERMAN | 89 N HADDON AVE | | | HADDONFIELD | NJ | 08033-2423 |
| LEE, CARLOS M | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, CHESLIE | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, CORNELIUS | COON & ASSOCS BRENT | 917 FRANKLIN ST STE 210 | | | HOUSTON | TX | 77002-1751 |
| LEE, DAVID W | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, DEUK | LEE & ASSOCIATES GINAM | 880 W 1ST ST APT 523 | | | LOS ANGELES | CA | 90012-2473 |
| LEE, DILLARD | BEVAN & ASSOCIATES | 10360 NORTHFIELD ROAD, BEVAN PROFESSIONAL BLDG | | | NORTHFIELD | OH | 44067 |
| LEE, DONALD | 17 GOWDYS LN | | | | LAKE CITY | SC | 29560-7831 |
| LEE, DUKSON | GULBRANDSEN RICHARD M | 414 E SOUTHERN AVE | | | MESA | AZ | 85204-4922 |
| LEE, EDWARD L | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, EMMETT | PORTER & MALOUF PA | 4670 MCWILLIE DR | | | JACKSON | MS | 39206-5621 |
| LEE, FREDERICK B | JACOBS & CRUMPLAR P.A. | PO BOX 1271 | 2 EAST 7TH ST, | | WILMINGTON | DE | 19899-1271 |
| LEE, GEORGE | PORTER & MALOUF PA | 4670 MCWILLIE DR | | | JACKSON | MS | 39206-5621 |
| LEE, GEORGE A | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| LEE, HERMAN E | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, HILDA MAE | BEVAN & ASSOCIATES | 10360 NORTHFIELD ROAD, BEVAN PROFESSIONAL BLDG | | | NORTHFIELD | OH | 44067 |
| LEE, JAMES | ANGELOS PETER G LAW OFFICES OF | 100 N CHARLES STREET, ONE CHARLES CENTER 22ND FLOOR | | | BALTIMORE | MD | 21202 |
| LEE, JAMES | BEVAN & ASSOCIATES | 10360 NORTHFIELD ROAD, BEVAN PROFESSIONAL BLDG | | | NORTHFIELD | OH | 44067 |
| LEE, JEFF | PORTER & MALOUF PA | 4670 MCWILLIE DR | | | JACKSON | MS | 39206-5621 |
| LEE, JERRY D | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, JESSE J | BOONE ALEXANDRA | 205 LINDA DR | | | DAINGERFIELD | TX | 75638-2107 |
| LEE, JIN AH | GULBRANDSEN RICHARD M | 414 E SOUTHERN AVE | | | MESA | AZ | 85204-4922 |
| LEE, JOHNNIE P | DONALDSON & BLACK | 208 W WENDOVER AVE | | | GREENSBORO | NC | 27401-1307 |
| LEE, JOYCE A | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, JUNGIL | GULBRANDSEN RICHARD M | 414 E SOUTHERN AVE | | | MESA | AZ | 85204-4922 |
| LEE, JUSTIN | 2530 BAMESLEY PL | | | | BALTIMORE | MD | 21244-8016 |
| LEE, KENNETH E | ANGELOS PETER G LAW OFFICES OF | 100 N CHARLES STREET, ONE CHARLES CENTER 22ND FLOOR | | | BALTIMORE | MD | 21202 |
| LEE, LOYAL | GOLDBERG PERSKY JENNINGS & WHITE PC | 4800 FASHION SQUARE BLVD STE 260 | | | SAGINAW | MI | 48604-2602 |
| LEE, MAURICE | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, MAYNARD B | ANGELOS PETER G LAW OFFICES OF | 100 N CHARLES STREET, ONE CHARLES CENTER 22ND FLOOR | | | BALTIMORE | MD | 21202 |
| LEE, MICHAEL | CONSUMER LEGAL SERVICES | 13000 W BLUEMOUND ROAD SUITE 305 | | | ELM GROVE | WI | 53122 |
| LEE, MIRACLE | ELCO | PO BOX 970910 | | | COCONUT CREEK | FL | 33097-0910 |
| LEE, NANCY | 8127 VERGIE HARRIS RD | | | | BAXTER | TN | 38544-4339 |
| LEE, OTHELL | WEITZ & LUXENBERG | 180 MAIDEN LANE | | | NEW YORK | NY | 10038 |
| LEE, PARKER DON | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, RALPH | GOLDBERG PERSKY JENNINGS & WHITE PC | 4800 FASHION SQUARE BLVD STE 260 | | | SAGINAW | MI | 48604-2602 |
| LEE, RANDOLPH RICHARD | BOONE ALEXANDRA | 205 LINDA DR | | | DAINGERFIELD | TX | 75638-2107 |
| LEE, RAYMOND R | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, REX A | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, ROLLAND | KELLEY & FERRARO LLP | 1300 EAST NINTH STREET, 1901 BOND COURT BUILDING | | | CLEVELAND | OH | 44114 |
| LEE, RORY | GUY WILLIAM S | PO BOX 509 | | | MCCOMB | MS | 39649-0509 |
| LEE, ROSS | EKENNA NWAJEI & CO LLP | 4221 WILSHIRE BLVD STE 392 | | | LOS ANGELES | CA | 90010-3537 |
| LEE, SAMANTHA | GRESHAM DARRYL D | 80 MONROE AVE STE 650 | | | MEMPHIS | TN | 38103-2466 |
| LEE, SANDY | LIPMAN DAVID M | 5901 SW 74TH ST STE 304 | | | MIAMI | FL | 33143-5163 |
| LEE, SANG CHUL | GULBRANDSEN RICHARD M | 414 E SOUTHERN AVE | | | MESA | AZ | 85204-4922 |
| LEE, SCOTT | KAHN & ASSOCIATES | 55 PUBLIC SQ STE 650 | | | CLEVELAND | OH | 44113-1909 |
| LEE, SCOTT | LAW OFFICE OF SCOTT KAMRATZ | 22845 VENTURA BLVD. STE. 523 | | | WOODLAND HILLS | CA | 93164 |
| LEE, SHELTON | ANGELOS PETER G | 100 N CHARLES STREET, ONE CHARLES CENTER | | | BALTIMORE | MD | 21201-3812 |
| LEE, STACEY | GRAY & PROUTY | 3170 4TH AVE FL 3 | | | SAN DIEGO | CA | 92103-5850 |
| LEE, TERRY JR | GRESHAM DARRYL D | 80 MONROE AVE STE 650 | | | MEMPHIS | TN | 38103-2466 |
| LEE, TERRY P | GRESHAM DARRYL D | 80 MONROE AVE STE 650 | | | MEMPHIS | TN | 38103-2466 |
| LEE, TINA | 17840 CARVER RD | | | | HUDSON | IL | 61748-7566 |
| LEE, TRESSI | 1238 BEECHWOOD DR | | | | VILLE PLATTE | LA | 70586-7676 |
| LEE, WALKER H | DONALDSON & BLACK | 208 W WENDOVER AVE | | | GREENSBORO | NC | 27401-1307 |
| LEE, WILLIAM P | BILMS KEVIN P | 430 CRAWFORD ST STE 202 | | | PORTSMOUTH | VA | 23704-3813 |
| LEE, WILLIAM | HOWARD BRENNER & GARRIGAN-NASS | 1608 WALNUT ST, 17TH FLOOR | | | PHILADELPHIA | PA | 19103 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| LEE HODO | 2409 STONE CREEK DR | | | | PLANO | TX | 75075-2941 |
| LEE HOEFFEL | 360 KOERBER DR | | | | DEFIANCE | OH | 43512-3318 |
| LEE HOFFPAUIR INC. | 2301 US HIGHWAY 281 | | | | MARBLE FALLS | TX | 78654-4323 |
| LEE HOFFPAUIR INC. | JAMES HOFFPAUIR | 2301 US HIGHWAY 281 | | | MARBLE FALLS | TX | 78654-4323 |
| LEE HOLLAND | 8900 CARROLL RD | | | | BILOXI | MS | 39532-9703 |
| LEE HOON | 6039 MANOR HOUSE WAY | | | | DUBLIN | OH | 43017-2550 |
| LEE HORNE | 224 JUPITER RD | | | | NEWARK | DE | 19711-3029 |
| LEE HOSKINS | PO BOX 24 | | | | KETTLE ISLAND | KY | 40958-0024 |
| LEE HOUDE | 4605 S FRANK SMITH RD | | | | CHASE | MI | 49623-9768 |
| LEE HOWARD | 12983 BEACON COVE LN | | | | FORT MYERS | FL | 33919-8204 |
| LEE HOWARD | 2426 LYNN AVE | | | | DAYTON | OH | 45406-1922 |
| LEE HUBER | 5382 S MARIGOLD WAY | | | | GILBERT | AZ | 85298-8677 |
| LEE HUSTON (IRA) | FCC AS CUSTODIAN | 6625 WARRENS WAY | | | ELKRIDGE | MD | 21075-5561 |
| LEE HYDE | 10223 SUMMERFIELD RD | | | | TEMPERANCE | MI | 48182-9723 |
| LEE HYUNG JOO | 2425 NEIL ARMSTRONG DR APT 2B | | | | WEST LAFAYETTE | IN | 47906-3869 |
| LEE I, JAMES A. | 8327 TUBSPRING RD | | | | ALMONT | MI | 48003-8218 |
| LEE II, NATHANIEL | 5246 ORCHARD LN | | | | N RIDGEVILLE | OH | 44039-2218 |
| LEE II, ROBERT E | 6261 MURRAY HILL RD | | | | EXCELSIOR | MN | 55331-8699 |
| LEE II, JAMES A | 8327 TUBSPRING RD | | | | ALMONT | MI | 48003-8218 |
| LEE II, LARRY D | 3901 STILLWELL AVE | | | | LANSING | MI | 48911-2160 |
| LEE II, NATHANIEL | 5246 ORCHARD LN | | | | N RIDGEVILLE | OH | 44039-2218 |
| LEE III, DOUGLAS | 69665 WELDING RD | | | | RICHMOND | MI | 48062-5210 |
| LEE III, JAMES E | 4409 WEBSTER LAPIDUM RD | | | | HAVRE DE GRACE | MD | 21078-1337 |
| LEE III, JAMES T | 5208 GREENWOOD RD | | | | SHREVEPORT | LA | 71109-5406 |
| LEE J ESCHENWECK | 1245 CHESANING RD | | | | MONTROSE | MI | 48457-9367 |
| LEE J FONAREV (ROTH IRA) | FCC AS CUSTODIAN | 602 HUDSON AVE | | | RIVERVALE | NJ | 07675-6221 |
| LEE J HARNISCHFEGER | 8 GLENORA GARDENS APT 4 | | | | ROCHESTER | NY | 14615-- 00 |
| LEE J HOFFMAN | 1 STARLING CT | | | | PHOENIXVILLE | PA | 19460-1069 |
| LEE J LASHLEY | 218 SPRING STREET | | | | BEDFORD | PA | 15522-1108 |
| LEE J NEMETZ | DONNA M NEMETZ | 8 DARTMOUTH DR | | | GREENSBURG | PA | 15601-1051 |
| LEE J OBERHAUSEN & | JANICE A OBERHAUSEN JTWROS TOD | 125 ANTLERS TRACE | | | COXS CREEK | KY | 40013-7546 |
| LEE J PETERS & WANDA J | PETERS LIVING TRUST | WANDA J PETERS TTEE UA DTD | 02/20/91 | 6297 E MORADA LN | STOCKTON | CA | 95212-9482 |
| LEE J REED & | JAN S REED JT TEN | 18 LARCHMONT ROAD | | | BURLINGTON | NJ | 08016-2926 |
| LEE J STACY | 57 SHERIDAN ST | | | | PONTIAC | MI | 48342-1471 |
| LEE J SZLAGA & | ALICE M SZLAGA JTTEN | 93 WATERGATE DRIVE | | | LANGHORNE | PA | 19053-1545 |
| LEE J. POLSTER, INC. | ATTENTION: LEE J POLSTER | 11111 SANTA MONICA BLVD STE 150 | | | LOS ANGELES | CA | 90025-7364 |
| LEE JACKSON | 5129 MOCERI LN | | | | GRAND BLANC | MI | 48439-4329 |
| LEE JACOBS | 16737 SAVOIE ST | | | | LIVONIA | MI | 48154-3321 |
| LEE JACOBS | 288 LEECE RD | | | | ORTONVILLE | MI | 48462-8622 |
| LEE JAMES (478857) - LEE JAMES | ANGELOS PETER G LAW OFFICES OF | 100 N CHARLES STREET , ONE CHARLES CENTER 22ND FLOOR | | | BALTIMORE | MD | 21202 |
| LEE JAMES JR (ESTATE OF) (503741) - LEE JAMES | BEVAN & ASSOCIATES | 10360 NORTHFIELD ROAD , BEVAN PROFESSIONAL BLDG | | | NORTHFIELD | OH | 44067 |
| LEE JAMES WOOD TTEE | LEE JAMES WOOD TRUST | U/A DTD 3/3/08 | 10113 NORD AVE S | | BLOOMINGTON | MN | 55437-2305 |
| LEE JANET | PO BOX 826 | | | | DILLON | CO | 80435-0826 |
| LEE JANSSEN MOTOR CO. | 1221 W US HIGHWAY 6 | | | | HOLDREGE | NE | 68949-3124 |
| LEE JANSSEN MOTOR CO. | R JANSSEN | 1221 W US HIGHWAY 6 | | | HOLDREGE | NE | 68949-3124 |
| LEE JAY | 3939 SAINT ANDREWS CT | | | | MASON | OH | 45040-2098 |
| LEE JEFFREY | 64 CLAREMONT AVE | | | | LONG BEACH | CA | 90803-3408 |
| LEE JERRY D (626620) | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510 |
| LEE JESSE | LEE, JESSE | | | | | | |
| LEE JESSE | LEE, JESSICA | | | | | | |
| LEE JIN AH 2D ACTION | LEE, DUKSON | 190 MOORE ST STE 272 | | | HACKENSACK | NJ | 07601-7418 |
| LEE JIN AH 2D ACTION | LEE, JIN AH | 190 MOORE ST STE 272 | | | HACKENSACK | NJ | 07601-7418 |
| LEE JIN AH 2D ACTION | LEE, JUN GIL | 190 MOORE ST STE 272 | | | HACKENSACK | NJ | 07601-7418 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| LEE JIN AH 2D ACTION | LEE, JUNGIL | 190 MOORE ST STE 272 | | | HACKENSACK | NJ | 07601-7418 |
| LEE JIN AH 2D ACTION | LEE, SANG CHUL | 190 MOORE ST STE 272 | | | HACKENSACK | NJ | 07601-7418 |
| LEE JIN AH 3D ACTION | LEE, DUKSON | 414 E SOUTHERN AVE | | | MESA | AZ | 85204-4922 |
| LEE JIN AH 3D ACTION | LEE, JIN AH | 414 E SOUTHERN AVE | | | MESA | AZ | 85204-4922 |
| LEE JIN AH 3D ACTION | LEE, JUNGIL | 414 E SOUTHERN AVE | | | MESA | AZ | 85204-4922 |
| LEE JIN AH 3D ACTION | LEE, SANG CHUL | 414 E SOUTHERN AVE | | | MESA | AZ | 85204-4922 |
| LEE JIN-WOO | 3472 SUMMIT RIDGE DRIVE | | | | ROCHESTER HLS | MI | 48306-2959 |
| LEE JISHR C ESTATE OF HSAI-YIN LEE | 6466 SHAGBARK DR | | | | TROY | MI | 48098-5233 |
| LEE JOHN | 3793 E NANITCH CIR S | | | | SALEM | OR | 97306-9734 |
| LEE JOHN | PO BOX 925 | | | | PINEHURST | ID | 83850-0925 |
| LEE JOHN D | DBA PACT | 21 SAMUEL DR | | | IOWA CITY | IA | 52245-5652 |
| LEE JOHNNIE P (625057) | DONALDSON & BLACK | 208 W WENDOVER AVE | | | GREENSBORO | NC | 27401-1307 |
| LEE JOHNS | 4143 RIVINGTON ST | | | | KALAMAZOO | MI | 49008-3265 |
| LEE JOHNSON | 1119 AVON WAY | | | | JACKSON | MS | 39206-2102 |
| LEE JOHNSON | 1222 KING AVE | | | | INDIANAPOLIS | IN | 46222-3641 |
| LEE JOHNSON | 12441 BELLS FERRY RD | | | | CANTON | GA | 30114-8429 |
| LEE JOHNSON | 1543 POUND DR | | | | FLINT | MI | 48532-4558 |
| LEE JOHNSON | 1910 W GENESEE ST | | | | FLINT | MI | 48504-3805 |
| LEE JOHNSON | 2295 N STEWART RD | | | | MANSFIELD | OH | 44903-9157 |
| LEE JOHNSON | 553 DELAWARE AVE | | | | ELYRIA | OH | 44035-6662 |
| LEE JOHNSON | 664 RED PINE DR | | | | FLINT | MI | 48506-5230 |
| LEE JOHNSON CHEVROLET, INC. | BRETT JOHNSON | 11845 NE 85TH ST | | | KIRKLAND | WA | 98033-8042 |
| LEE JOHNSON CHEVROLET-MAZDA | 11845 NE 85TH ST | | | | KIRKLAND | WA | 98033-8042 |
| LEE JOHNSON JR | 946 WOODLAND PASS SOUTHEAST | | | | SMYRNA | GA | 30082-4118 |
| LEE JOHNSON JR | PO BOX 28302 | | | | DETROIT | MI | 48228-0302 |
| LEE JONES | 12 BARLETTA CT | | | | BALTIMORE | MD | 21237-4510 |
| LEE JONES | 16123 KARIN ST | | | | TAYLOR | MI | 48180-4856 |
| LEE JONES | 1779 THERESA DR | | | | CLARKSVILLE | TN | 37043-5908 |
| LEE JONES | 18 JOHNNY BERNARD LOOP | | | | RUSSELL SPRINGS | KY | 42642-8691 |
| LEE JONES | 513 SW 17TH ST | | | | GRAND PRAIRIE | TX | 75051-1432 |
| LEE JONES | 5179 E COUNTY LINE RD | | | | CAMBY | IN | 46113-8625 |
| LEE JONES | 7152 GATEWAY PARK DRIVE | | | | CLARKSTON | MI | 48346-2574 |
| LEE JONES | 857 EMGE RD | | | | O FALLON | MO | 63366-2120 |
| LEE JONES | 9010 ANN AVE | | | | KANSAS CITY | KS | 66112-3614 |
| LEE JOPPIE | 181 SHERMAN ST, BOX 34 | | | | VERMONTVILLE | MI | 49096 |
| LEE JOYCE A (429293) | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510 |
| LEE JR, ALBERT H | 6161 BENSCH CT | | | | ALGER | MI | 48610-8501 |
| LEE JR, BASIL M | 1401 ASHLAND DR | | | | BATON ROUGE | LA | 70806-7838 |
| LEE JR, CHARLES P | 1190 BLUEBERRY TRL | | | | DECATUR | GA | 30033-3004 |
| LEE JR, CLAYTON E | 4709 LANDER RD | | | | CHAGRIN FALLS | OH | 44022-2189 |
| LEE JR, CURTIS R | PO BOX 13261 | | | | FLINT | MI | 48501-3261 |
| LEE JR, CURTISS | 46 MARYKNOLL DR | | | | BUFFALO | NY | 14218-2730 |
| LEE JR, EARL | 650 PELICAN LN | | | | FLORISSANT | MO | 63031-2238 |
| LEE JR, ERNEST C | 1013 BRISTOL LAKES RD APT 204 | | | | MOUNT DORA | FL | 32757-7502 |
| LEE JR, GEORGE | 4650 SPURWOOD DR | | | | SAGINAW | MI | 48603-3113 |
| LEE JR, GEORGE N | 970 MILLER AVE | | | | COLUMBUS | OH | 43206-1746 |
| LEE JR, HAROLD A | 3802 ASHTON RD | | | | COLUMBUS | OH | 43227-1202 |
| LEE JR, JAMES E | 13810 LONESOME PINE DR NE | | | | FLINTSTONE | MD | 21530-3126 |
| LEE JR, JAMES E | 3144 VALLEY FORGE TRL | | | | FOREST HILL | TX | 76140-1859 |
| LEE JR, JAMES H | 2221 MEMPHIS DR | | | | NORMAN | OK | 73071-2015 |
| LEE JR, JOHN | 1505 LAUREL OAK DR | | | | ANTIOCH | TN | 37013-1523 |
| LEE JR, JOHN | 610 ATHENS ST | | | | SAGINAW | MI | 48601-1400 |
| LEE JR, JOHN F | 605 E 5TH ST | | | | VIDALIA | GA | 30474-5306 |
| LEE JR, MATTHEW | 136 AMBERFIELD CT | | | | BOWLING GREEN | KY | 42104-8590 |
| LEE JR, MYRTH O | 19 COVENTRY DR | | | | BELLA VISTA | AR | 72714-5103 |