**NEW HEARING DATE AND TIME: June 15, 2010 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: June 8, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
**In re**                                                   :    Chapter 11 Case No.
                                                            :    09-50026 (REG)
                                                            :    (Jointly Administered)
**MOTORS LIQUIDATION COMPANY, *et al.*,**                   :
    **f/k/a General Motors Corp., *et al.***            :
                                                            :
    **Debtors.**                                         :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION FOR RELIEF
FROM STAY, OR IN THE ALTERNATIVE, APPLICATION FOR FEDERAL
RULE OF BANKRUPTCY PROCEDURE 2004 EXAMINATION
<u>FILED ON BEHALF OF THE SCHAEFER GROUP, INC</u>**

PLEASE TAKE NOTICE THAT

The date on which the Motion for Relief from Stay, or in the Alternative, Application for Federal Rule of Bankruptcy Procedure 2004 Examination filed by Susan R. Katzoff on behalf of The Schaefer Group, Inc. [Docket No. 3880] (the "**Motion**"), which was originally scheduled to be heard before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004 on March 10, 2010 at 9:45 a.m (Eastern Time), has been adjourned to **June 15,**

2

**2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**").  The new objection deadline shall be

**June 8, 2010 at 4:00 p.m. (Eastern Time)**. The Hearing may be further adjourned from

time to time without further notice other than an announcement at the Hearing.


Dated:  February 25, 2010
         New York, New York

                                     /s/ David Berz
                                     Harvey R. Miller
                                     Stephen Karotkin
                                     Joseph H. Smolinsky
                                     David R. Berz

                                     WEIL, GOTSHAL & MANGES LLP
                                     767 Fifth Avenue
                                     New York, New York 10153
                                     Telephone: (212) 310-8000
                                     Facsimile: (212) 310-8007

                                     Attorneys for Debtors
                                     and Debtors in Possession