**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :     09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                :
                                                            :
               Debtors.                          :     (Jointly Administered)
                                                            :
------------------------------------------------------------x

### AMENDED NOTICE OF MATTERS
### SCHEDULED FOR HEARING ON MARCH 2, 2010 at 11:00 a.m.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

    1.    Debtors' Third Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 4624]**

        Response Deadline:            January 7, 2010 at 4:00 p.m.

        Responses Filed:

            A.    Response of Liberty Mutual Insurance Company (the "**Liberty Response**") to Debtors' Third Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 4752]**

            B.    Response of Claimant ILCO Site Remediation Group ("**ILCO**," and the response, the "**ILCO Response**") to Debtor's Third Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 4762]**

            C.    Response of Sharyl Y. Carter (the "**Carter Response**") to Debtor's Third Omnibus Objection to Claims (Duplicate Claims) [**Docket No. 4771, 4772, and 4773**]

        Reply Filed:                  None to date.

Additional Documents:

    D.    Order Granting Debtors' Third Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 4808]**

    E.    Notice of Withdrawal of Debtors' Third Omnibus Objection to Claims Solely with Respect to Proof of Claim No. 20950 filed by Liberty Mutual Insurance Company **[Docket No. 4891]**

**Status:** This matter will be going forward as a status conference only. The Liberty Response has been resolved, and the ILCO Response and the Carter Response will be adjourned to a future hearing date. The Debtors have reached an agreement in principal with ILCO and will submit an agreed order at a future date. With respect to the Carter Response, the Debtors will establish a hearing date to go forward with the matter.

2. Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 363 in Aid of Implementation of Sale (the "**Debtors' Motion in Aid of Implementation of 363 Transaction**") [**Docket No. 4956**]

    Response Deadline:    February 23, 2010 at 4:00 p.m.

    Responses Filed:

    A.    Limited Objection of Remy International, Inc. to Debtors' Motion in Aid of Implementation of 363 Transaction (the "**Remy Objection**") **[Docket No. 5040]**

    B.    Limited Objection of New York State Department of Environmental Conservation to Debtors' Motion in Aid of Implementation of 363 Transaction (the "**NYSDEC Objection**") **[Docket No. 5049]**

    Replies Filed:    None to date.

    Additional Documents:    None to date.

**Status:** This matter will be going forward. The Debtors are working towards a consensual order and will attempt to resolve both the Remy Objection and the NYSDEC Objection before the hearing.

3. Motion of Sarajuan Gilvary for Relief from the Automatic Stay to Continue a Separate Litigation (the "**Gilvary Automatic Stay Motion**") **[Docket No. 4541]**

    Response Deadline:    December 23, 2009 at 11:00 a.m.

Response Filed: None to date.

Reply Filed:

  A. Gilvary's Reply the Pompey Objection **[Docket No. 4709]**

Additional Documents:

  B. Stipulation and Agreed Order Resolving the Gilvary Automatic Stay Motion (the "**Gilvary Stipulation**") **[Docket No. 4632]**

  C. Pompey Dodge's Objection to the Gilvary Stipulation (the "**Pompey Objection**") [Docket No. 4699]

**Status:** This matter will be going forward.

4. Motion of Marla Soffer, Administratrix of the Estate of David Arenas, Deceased, for Relief from the Automatic Stay to Continue a Separate Litigation ("**Soffer's Automatic Stay Motion**") **[Docket No. 4703]**

Response Deadline: February 3, 2010 at 4:00 p.m.

Responses Filed:

  A. M&M Motors' Opposition to Soffer's Automatic Stay Motion **[Docket No. 4722]**

  B. Debtors' Response to Soffer's Automatic Stay Motion **[Docket No. 4726]**

Reply Filed:

  C. Soffer's Reply to M&M Motors' Opposition **[Docket No. 4783]**

Additional Documents: None to date.

**Status:** This matter will be going forward.

## II. UNCONTESTED MATTERS:

5. Status Conference regarding Motion of ACE American Insurance Company and Affiliated Companies to Compel Debtors to Assume or Reject Insurance Polices and Related Agreements [**Docket No. 3272**]

Response Deadline: February 5, 2010

Responses Filed: None to date.

|   |   |
|---|---|
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status:**   This matter will be going forward as a status conference only.

6. Debtors' Objection to Proofs of Claim Nos. 02109 & 14938 filed by Lafonza Earl Washington [**Docket No. 4912**]

|   |   |
|---|---|
| Response Deadline: | February 23, 2010 at 4:00 p.m. |
| Responses Filed: | None to date. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status:**   This matter will be going forward.

7. Debtors' Objection to Proof of Claim No. 903 filed by Susan B. Angell and Prudence Reid [**Docket No. 4913**]

|   |   |
|---|---|
| Response Deadline: | February 23, 2010 at 4:00 p.m. |
| Responses Filed: | None to date. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status:**   This matter will be going forward as a status conference only.  The parties have reached an agreement in principal and will adjourn the matter to a holding date until the agreement is documented.

8. Debtors' Eleventh Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts [**Docket No. 4988**]

|   |   |
|---|---|
| Response Deadline: | February 23, 2010 at 4:00 p.m. |
| Responses Filed: | None to date. |
| Replies Filed: | None to date. |
| Additional Document: |   |

    A.    Notice of Withdrawal of Debtors' Eleventh Omnibus Motion of Reject Certain Executory Contracts Solely with Respect to Electro-Motive Diesel, Inc. **[Docket No. 4992]**

**Status:**    This matter will be going forward.

### III.    ADJOURNED MATTERS:

9.    **Motion of Sang Chul Lee and Dukson Lee for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Pre-Petition Litigation ("Lee's Automatic Stay Motion") [Docket No. 3023]**

    **Response Deadline:**    July 10, 2009 at 4:00 p.m.

    **Responses Filed:**

        A.    **Debtors' Opposition to Lee's Automatic Stay Motion [Docket No. 3485]**

    **Replies Filed:**    None to date.

    **Additional Documents:**

        B.    **Declaration of Carrianne Basler in Response to Lee's Automatic Stay Motion [Docket No. 5060]**

    **Status:**    **This matter has been adjourned to April 8, 2010 at 9:45 a.m.**

10.    Debtors' First Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 4622]**

    Response Deadline:    January 7, 2010 at 4:00 p.m.

    Response Filed:

        A.    Response of Del Norte Chevrolet-Olds and Larry Allen (the "**Del Norte Response**") to Debtors' First Omnibus Objection filed by Lowell F. Sutherland on behalf of Del Norte Chevrolet-Olds and Larry Allen **[Docket No. 4778]**

    Reply Filed:    None to date.

    Additional Document:

      B.    Order Granting Debtors' First Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 4806]**

**Status:**    This matter has been adjourned to a future hearing date to be confirmed with Chambers.

11.    Debtors' Third Omnibus Motion Pursuant to 11 U.S.C. §365 to Reject Certain Unexpired Leases of Nonresidential Real Property (Tricon Verizon Leasing Only) **[Docket No. 3044]**

Response Deadline:    July 17, 2009. at 4:00 p.m.

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter has been adjourned to a future hearing date to be confirmed with Chambers.

12.    Debtors' Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors [**Docket No. 4324**]

Response Deadline:    Not specified.

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter has been adjourned to a future hearing date to be confirmed with Chambers.

13.    General Motors LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation Dated August 14, 2009 [**Docket No. 4895**]

Response Deadline:    March 5, 2010

Responses Filed:    None to date.

        Replies Filed:        None to date.

        Additional Documents:        None to date.

        **Status:**        This matter has been adjourned to March 10, 2010 at 9:45 a.m.

14. Debtors' Motion to Assume and Assign Certain Unexpired Leases of Equipment and Related Executory Contracts (Only as to the 1991 A-3 Lease) **[Docket No. 4331]**

        Response Deadline:        November 6, 2009 at 4:00 p.m.

        Responses Filed:

        A.    Limited Objection of GE Capital Corporation and U.S. Bank, as Owner Trustee on its Behalf, to Debtors' Motion to Assume and Assign Certain Unexpired Leases of Equipment and Related Executory Contracts **[Docket No. 4386]**

        B.    Reply of General Foods Credit Investors No. 2 Corporation to Limited Objection of GE Capital Corporation and U.S. Bank, as Owner Trustee On its Behalf, to Debtors' Motion to Assume and Assign Certain Unexpired Leases of Equipment and Related Executory Contracts **[Docket No. 4857]**

        Reply Filed:        None to date.

        Additional Documents:        None to date.

        **Status:**        This matter has been adjourned to March 10, 2010 at 9:45 a.m.

15. Debtors' Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3212]**

        Response Deadline:        July 29, 2009 at 4:00 p.m.

        Response Filed:

        A.    Objection of Wells Fargo Bank Northwest, N.A., to Motion by Debtors for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3534]**

        Reply Filed:

        B.    Debtors' Reply to Objection of Wells Fargo Bank Northwest, N.A., to Motion by Debtors for Entry of Order Authorizing Rejection of Certain Person Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3585]**

Additional Documents:

        C.    Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors **[Docket No. 3619]**

**Status:** This matter has been adjourned to a future hearing date to be confirmed with Chambers.

16. Motion for Relief from Stay by Volba Taxi Inc., Sangria Taxi LLC, Lacoste Taxi Inc., Kroshka Taxi Inc., Two Hump Taxi LLC, Praga Taxi Inc., Black Label Taxi LLC, Torpedo Taxi Inc., Hublot Taxi Inc., Student Taxi Inc., Prada Taxi Inc., Kormilitsa Taxi Inc., Piguet Taxi Inc., Pumo Taxi Inc., Bratishka Taxi Inc., Persik Taxi Inc., Yagodka Taxi Inc., Malinka Taxi Inc., Murzik Taxi Inc., Jack Daniels Taxi LLC, Tequila Taxi LLC, Calvados Taxi LLC, Cognac Taxi LLC, Grappa Taxi LLC, Patron Taxi LLC, Bazar Taxi Inc., Downtown Taxi Management, LLC, Tunnel Taxi Management, LLC, Victory Taxi Garage Inc., Mamed Dzhaniyev, Vladimir Basin, Evgeny A. Friedman (Evgeny Friedman and the plaintiffs in the action entitled, Friedman v. General Motors Corp., 08 Civ.2458 (SAS) **[Docket No. 2759]**

    Response Deadline:    August 13, 2009 at 4:00 p.m.

    Response Filed:    None to date.

    Reply Filed:    None to date.

    Additional Documents:    None to date.

    **Status:** This matter has been adjourned to April 29, 2010 at 9:45 a.m.

### III. WITHDRAWN MATTERS:

17. D&M Real Estate, LLC, t/a the Horse Tavern & Grill and the Horse, Inc., t/a the Horse Tavern & Grill's Motion for Relief From Automatic Stay ("**D&M's Automatic Stay Motion**") **[Docket No. 4856]**

    Response Deadline:    Not specified.

<u>Responses Filed</u>:    None.

<u>Replies Filed</u>:    None.

<u>Additional Documents</u>:

A.    Notice of Withdrawal of D&M's Automatic Stay Motion [**Docket No. 5038**]

**Status:**    This matter has been withdrawn.

Dated:  New York, New York
       March 1, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession