UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :
                                                                 :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al*.,                            :
    f/k/a General Motors Corp., *et al.*                         :   09-50026 (REG)
                                                                 :
            Debtors.                                             :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On February 25, 2010, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following documents to be served by overnight delivery on the parties identified on Exhibit A annexed hereto (affected contract parties and their respective counsel):

    - Notice of (1) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto ("**Form 2004A-1**"); and

    - Notice of (1) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Non-Residential Real Property and (II) Cure Amounts Related Thereto ("**Form 2004A-2**").

3.  On February 25, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of **Form 2004A-1** to be served by overnight delivery on PNC Leasing LLC, One PNC Plaza, 18th Floor, 249 Fifth Avenue, Pittsburgh, PA 05222.

1

2

4. On February 25, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of **Form 2004A-2** to be served by overnight delivery on Textron Financial Corporation, Attn: Jane M. Lavoie, 40 Westminster Street, Providence, RI 02903.

Dated:  March 1, 2010                                   /s/Kimberly Gargan
       Melville, New York                            Kimberly Gargan

Sworn to before me this
1st day of March, 2010.


/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

| | |
|---|---|
| AMERICAN FAMILY INSURANCE<br>ATTN: PHILLIP HANNIFAN<br>6000 AMERICAN PKWY<br>MADISON WI 53783-0001 | BINGHAM MCCUTCHEN LLP<br>ATTN: BRUCE SILVERS<br>ONE STATE STREET<br>HARTFORD CT 06103-3178 |
| BTMU CAPITAL CORPORATION<br>ATTN: PHILLIP KIRKHAM<br>420 FIFTH AVENUE<br>NEW YORK NY 10018 | EDWARDS ANGELL PALMER & DODGE LLP<br>ATTY FOR U.S. BANK NAT'L ASSOC. AND U.S. BANK TRUST NAT'L ASSOC.<br>ATT: RICH HIERSTEINER, J. DARCEY, A. ZUCCARELLO, J. GROVES,<br>C. BODELL & J. WHITLOCK<br>111 HUNTINGTON AVENUE<br>BOSTON MA 02199-7613 |
| PHYSICIANS MUTUAL INSURANCE COMPANY<br>ATTN: PAUL PROCYK<br>THREE GATEWAY CENTER<br>NEWARK NJ 07102-4077 | PRUCO LIFE INSURANCE CO. OF NEW JERSEY<br>ATTN: PAUL PROCYK<br>THREE GATEWAY CENTER<br>NEWARK NJ 07102-4077 |
| PRUDENTIAL ANNUITIES LIFE ASSURANCE CORP.<br>ATTN: PAUL PROCYK<br>THREE GATEWAY CENTER<br>NEWARK NJ 07102-4077 | PRUDENTIAL RETIREMENT INSURANCE & ANNUITY CO<br>ATTN: PAUL PROCYK<br>THREE GATEWAY CENTER<br>NEWARK NJ 07102-4077 |
| THE PRUDENTIAL INSURANCE CO. OF AMERICA<br>ATTN: PAUL PROCYK<br>THREE GATEWAY CENTER<br>NEWARK NJ 07102-4077 | U.S. BANK TRUST NATIONAL ASSOCIATION<br>ATTN: DEBORAH IBRAHIM<br>225 ASYLUM STREET, 23RD FLOOR<br>HARTFORD CT 06103-2819 |
| WELLS FARGO BANK NORTHWEST, N.A. AS INDENTURE TRUSTEE<br>ATTN: SCOTT ROSEVEAR<br>79 SOUTH MAIN STREET<br>3RD FLOOR<br>SALT LAKE CITY UT 84111 | WINSTON & STRAWN LLP<br>ATTN: ARNOLD G. GOUGH JR.<br>35 W. WACKER DRIVE<br>CHICAGO IL 60601-9703 |