UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                              :     Chapter 11
                                                    :
                                                    :     Case No. 09-50026
Motors Liquidation Company *et. al.*                :
                                                    :
                           Debtors.                 :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On the 1st day of March, 2010, I caused to be served a copy of the following documents: (a) Transfer of Claim Other than for Security [Docket No. 5064] and (b) Form 210B Notice upon the parties listed on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Kimberly Murray_
    Kimberly Murray

Sworn to before me this 1st day of
March, 2010

/s/ Nancy Formica_____
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Queens County
Commission Expires August 8, 2010

# EXHIBIT A

**TRANSFEROR**
Industrial Control Tech EFT Computer Control Technology
128 Grantham Ave Unit 2
Saint Catharines ON L2P 3H2 Canada

**TRANSFEREE**
Corre Opportunities Fund, L.P.
Control Technology
Attn: Claims Processing (Bankruptcy)
1370 Avenue of the Americas, 29th Floor
New York, NY 10019

**United States Bankruptcy Court**

**For the Southern District of New York**

In re Motors Liquidation Company *et. al.*          Case No. 09-50026

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No. 64508 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on February 26, 2010.

**TRANSFEROR**
Industrial Control Tech EFT Computer Control Technology
128 Grantham Ave Unit 2
Saint Catharines ON L2P 3H2 Canada

**TRANSFEREE**
Corre Opportunities Fund, L.P.
Control Technology
Attn: Claims Processing (Bankruptcy)
1370 Avenue of the Americas, 29th Floor
New York, NY 10019

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Melville, New York
Date: March 1, 2010

CLERK OF THE COURT
By:  The Garden City Group, Inc.
    as Claims and Noticing Agent