

JACOB F. LAMME
*Direct Dial*
(518) 447-3348

lamme@mltw.com

March 1, 2010

**By ECF Filing and Electronic Mail**

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 621
New York, New York 10004-5660

    Re:    **In re Motors Liquidation Company, f/k/a General Motors Corp., Docket No. 09-50026 (REG)**

Dear Judge Gerber:

    Please accept this letter on behalf of the St. Regis Mohawk Tribe, which joins in the limited objection filed by the State of New York to the Debtors' motion for an order pursuant to 11 U.S.C. §§ 101(5) and 363 in aid of implementation of sale.

    For the reasons set forth in New York's limited objection, we respectfully request that the Court delete the paragraph in the proposed order that would allow the Debtors to enter into future settlements with New GM that amend, change or modify the provisions of the Master Sale and Purchase Agreement without notice to parties in interest and without further Court approval.

    Thank you for the Court's attention to this matter.

                     Respectfully submitted,

                     */s/ Jacob F. Lamme*

                     Jacob F. Lamme (JL-0819)
                     lamme@mltw.com