UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
In re                                                      :    Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,    :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.    :
                                                           :
                  Debtors.    :    (Jointly Administered)
                                                           :
-------------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM #45839

TO:    THE HONORABLE ROBERT E. GERBER,
         UNITED STATES BANKRUPTCY JUDGE:

      James W. Giddens, as trustee for the SIPA liquidation of Lehman Brothers Inc. ("LBI"), by and through his undersigned counsel, in accordance with the agreements with the Debtors regarding the assumption and assignment to General Motors LLC of the GM 2004 A-1 and GM 2004 A-2 leverage leases, hereby withdraws Proof of Claim No. 45839 filed on behalf of LBI, on November 25, 2009, in the above-referenced proceeding.

Dated: March 1, 2010
       New York, New York

                                        /s/ Daniel S. Lubell
                                        Daniel S. Lubell, Esq.

                                        HUGHES HUBBARD & REED LLP
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        Telephone: (212) 837-6000
                                        Facsimile: (212) 422-4726

                                        Attorneys for James W. Giddens, Trustee for
                                        the SIPA Liquidation of Lehman Brothers Inc.