**By Electronic Mail**

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 621
New York, New York 10004-5660

    Re:    In re Motors Liquidation Company, f/k/a General Motors Corp.,
             Docket No. 09-50026 (REG)

Dear Judge Gerber:

      Please accept this letter on behalf of the States of Missouri, Massachusetts, Michigan, New Jersey, North Carolina, and Ohio, and the California Department of Toxic Substances Control joining in the limited objection filed by the State of New York to the Debtor's motion for an order pursuant to 11 U.S.C. §§ 101(5) and 363 in aid of implementation of sale. For the reasons set forth in New York's limited objection, we respectfully request that the Court delete the paragraph in the proposed order that would allow the Debtors to enter into future settlements with New GM that amend, change or modify the provisions of the Master Sale and Purchase Agreement without notice to parties in interest and without further Court approval. Thank you.

                                          Respectfully submitted,

                                          /s/ Jeff Klusmeier
                                          JEFF KLUSMEIER
                                          Assistant Attorney General
                                          Missouri Bar No. 59601
                                          Missouri Attorney General's Office
                                          P.O. Box 899
                                          Jefferson City, Missouri 65102
                                          (573) 751-0284
                                          (573) 751-4254 (facsimile)
                                          Jeff.klusmeier@ago.mo.gov

cc:    All Parties on Attached Service List

**Certification of Service**

      I hereby certify that on the 1st day of March 2010, via electronic or first class mail and/or the Electronic Docket, the State of Missouri and other States Joinder in the State of New York's Limited Objections To Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363 In Aid of Sale, upon the parties listed below in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

/s/  Jeff Klusmeier
JEFF KLUSMEIER
Assistant Attorney General
Missouri Bar No. 59601
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-0284
(573) 751-4254 (facsimile)
Jeff.klusmeier@ago.mo.gov

Harvey R. Miller
Stephen Karotkin
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
stephen.karotkin@weil.com

Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Joseph.Smolinsky@weil.com

Patrick J. Trostle
Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
ptrostle@jenner.com

Joseph R. Sgroi
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
jsgroi@honigman.com

Robert B. Weiss
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
Detroit, MI 48226
rweiss@honigman.com

Motors Liquidation Company
General Motors LLC
500 Renaissance Center
Detroit, Michigan 48243
Attn.: Ted Stenger/ L. Buonomo

Tricia A. Sherick
Honigman Miller Schwartz and Cohn, LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226
Email: tsherick@honigman.com

Andrew D. Velez-Rivera
Brian Shoichi Masumoto
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Gordon Z. Novod
Thomas Mayer
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, New York 10007
gnovod@kramerlevin.com

Matthew Schwartz
Natalie Kuehler
Office of the United States Attorney
86 Chamber Street
New York, NY 10036
Natalie.Kuehler@usdoj.gov