Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq. (*Pro Hac Vice Admission Granted*)

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:    (212) 668-5927
Facsimile:    (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

*Attorneys for Creditor, Remy International, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026(REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF REMY INTERNATIONAL, INC. TO MOTION OF DEBTORS FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363 IN AID OF <u>IMPLEMENTATION OF SALE</u>**

PLEASE TAKE NOTICE that the undersigned hereby withdraws the Limited Objection of Remy International, Inc. to the above-entitled motion, filed on February 23, 2010.

RC1/5515372.2/SC7

Dated: March 1, 2010
      San Francisco, CA

Respectfully submitted,

By: /s/ N. Kathleen Strickland
    N. KATHLEEN STRICKLAND, Esq.
    ROPERS MAJESKI KOHN & BENTLEY
    201 Spear Street, Suite 1000
    San Francisco, CA 94105
    Telephone: (415) 543-4800
    Facsimile: (415) 972-6301
    Email: kstrickland@rmkb.com

    GEOFFREY W. HEINEMAN, Esq.
    ROPERS MAJESKI KOHN & BENTLEY
    17 State Street, Suite 2400
    New York, NY 10004
    Telephone: (212) 668-5927
    Facsimile: (212) 668-5929
    Email: gheineman@rmkb.com

Attorneys for Creditor
REMY INTERNATIONAL, INC.

RC1/5515372.2/SC7        -2-