**FOLEY & LARDNER LLP**

Ann Marie Uetz  (*admitted pro hac vice*)
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Email: auetz@foley.com
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for FANUC Robotics America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                    :    Chapter 11
                                          :
GENERAL MOTORS CORP., *et al.*,           :    Case No. 09-50026 (REG)
                                          :
                         Debtors          :    Jointly Administered
                                          :
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
## FOR FANUC ROBOTICS AMERICA, INC.

PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP as counsel for FANUC Robotics America, Inc. hereby withdraws its appearance in the above-captioned matter.

This notice is in respect to Foley & Lardner LLP only and is not intended to affect service independently requested by FANUC Robotics America, Inc. or counsel therefore or their continued listing in the mailing matrix and service list for this case.

Dated: March 2, 2010

                                                FOLEY & LARDNER LLP

                                                /s/ Ann Marie Uetz
                                                Ann Marie Uetz *(Admitted Pro Hac Vice)*
                                                FOLEY & LARDNER LLP
                                                One Detroit Center
                                                500 Woodward Avenue, Suite 2700
                                                Detroit, MI 48226-3489

Telephone: (313) 234-7100
Facsimile: (313) 234-2800
*Attorneys for FANUC Robotics America, Inc.*