UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          *

                                                          No. 09-50026

MOTORS LIQUIDATION COMPANY              *

                                                          Chapter 11

          Debtor                                *

WITHDRAWAL OF CLAIMS NO. 36788, 36789 AND 69928
OF HAMILTON COUNTY TRUSTEE

          Comes now Hamilton County Trustee, 625 Georgia Avenue, Room 210, Chattanooga, TN

37402,  through counsel, and respectfully withdraws its claim number 36788 filed November 23,

2009, in the amount of $104.00; claim number 36789 filed November 23, 2009, in the amount of

$234.00; and claim number 69928 filed January 30, 2010, in the amount of $234.00 which is an

amendment to claim no. 36789.  Said taxes represented in all of the referenced claims have been

paid in full.

                              Respectfully submitted,

                              SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

                              By:    /s/ Scott N. Brown, Jr.
                                        Scott N. Brown, Jr., Esq.    BPR #1212
                                        Attorneys for Hamilton County Trustee
                                        P. O. Box 1749
                                        Chattanooga, TN 37401-1749
                                        423/756-7000

                              Certificate of Service
This is to certify that a copy of the foregoing Withdrawal of Claims No. 36788, 36789 and 69928
of Hamilton County Trustee has been mailed to the foregoing by U. S. Mail this 2nd day of March,
2010.

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P. O. Box 9386
Dublin, OH 43017-4286

Stephen Karotkin
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
                                        /s/ Scott N. Brown, Jr.

F:\Library\users\Kathy\KATHY\Ham Co Trustee\Motors Liquidation withdrawal.wpd