**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
|     f/k/a **General Motors Corp.**, *et al.* | : | |
| | : | |
|                          **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' OBJECTION TO PROOFS OF
## CLAIM NOS. 02109 & 14938 FILED BY LAFONZA EARL WASHINGTON

Upon the objection dated January 29, 2010 (the "**Objection**") to Proofs of

Claim Nos. 02109 and 14938 filed by Lafonza Earl Washington (the "**Claims**") of Motors

Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as

debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11,

United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's Order Pursuant to

Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing

the Deadline for Filing Proofs of Claim (Including Claims Under Bankruptcy Code

Section 503(b)(9)) and Procedures Relating Thereto and Approving the Form and

Manner of Notice Thereof [Docket No. 4079], seeking entry of an order disallowing and

expunging claim numbers 02109 and 14938 on the grounds that such claims are

duplicative and fail to allege facts sufficient to support a claim, all as more fully

described in the Objection; and due and proper notice of the Objection having been

provided, and it appearing that no other or further notice need be provided; and the Court

having found and determined that the relief sought in the Objection is in the best interests

of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Objection establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted as

provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

Claims are disallowed and expunged in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: New York, New York
        *March 2, 2010*

*s/ Robert E. Gerber*
United States Bankruptcy Judge

A:\POC OBJECTION - LAFONZA WASHINGTON.DOC