| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 1 | Centerpoint Properties Corporation | Centerpoint Realty Services Corporation<br>Attn.: Legal Department<br>401 N. Michigan Avenue, Suite 300<br>Chicago, IL 60611 | Purchase and Sale Agreement | 10/02/1997 | 03/02/2010 |
| 2 | Centerpoint Realty Services Corporation | Centerpoint Realty Services Corporation<br>Attn.: Legal Department<br>401 N. Michigan Avenue, Suite 300<br>Chicago, IL 60611 | Purchase and Sale Agreement | 10/02/1997 | 03/02/2010 |
| 3 | New United Motor Manufacturing, Inc. | Schnader Harrison Segal & Lewis LLP<br>Counsel to New United Motor Manufacturing, Inc.<br>Attn.: George Kalikman<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br><br>K. Kelley McKenzie<br>General Counsel<br>New United Motor Manufacturing, Inc.<br>45500 Fremont Blvd<br>Fremont, CA 94538 | Shareholders' Agreement | 02/21/1984 | 03/02/2010 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 4 | Toyota Motor Corporation & New United Motor Manufacturing, Inc. | Katsumi Ikeda<br>General Manager, International Legal Affairs<br>Toyota Motor Corporation<br>1 Toyota-Cho, Toyota-Shi<br>Aichi, Japan 471-8571<br><br>Foley & Lardner LLP<br>Counsel to Toyota Motor Corporation<br>Attn.: Matthew Riopelle<br>402 West Broadway<br>Suite 2100<br>San Diego, CA 92101-3542<br><br>Schnader Harrison Segal & Lewis LLP<br>Counsel to New United Motor Manufacturing, Inc.<br>Attn.: George Kalikman<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br><br>K. Kelley McKenzie<br>General Counsel<br>New United Motor Manufacturing, Inc.<br>45500 Fremont Blvd<br>Fremont, CA 94538 | Vehicle Supply Agreement | 02/21/1984 | 03/02/2010 |
| 5 | New United Motor Manufacturing, Inc. | Schnader Harrison Segal & Lewis LLP<br>Counsel to New United Motor Manufacturing, Inc.<br>Attn.: George Kalikman<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br><br>K. Kelley McKenzie<br>General Counsel<br>New United Motor Manufacturing, Inc.<br>45500 Fremont Blvd<br>Fremont, CA 94538 | Product Responsibility Agreement for PJJ | 05/24/1994 | 03/02/2010 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 6 | Toyota Motor Corporation & New United Motor Manufacturing, Inc. | Katsumi Ikeda<br>General Manager, International Legal Affairs<br>Toyota Motor Corporation<br>1 Toyota-Cho, Toyota-Shi<br>Aichi, Japan 471-8571<br><br>Foley & Lardner LLP<br>Counsel to Toyota Motor Corporation<br>Attn.: Matthew Riopelle<br>402 West Broadway<br>Suite 2100<br>San Diego, CA 92101-3542<br><br>Schnader Harrison Segal & Lewis LLP<br>Counsel to New United Motor Manufacturing, Inc.<br>Attn.: George Kalikman<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br><br>K. Kelley McKenzie<br>General Counsel<br>New United Motor Manufacturing, Inc.<br>45500 Fremont Blvd<br>Fremont, CA 94538 | Memorandum of Understanding Regarding Manufacture of Light Trucks at NUMMI | 04/24/1989 | 03/02/2010 |
| 7 | New United Motor Manufacturing, Inc. | Schnader Harrison Segal & Lewis LLP<br>Counsel to New United Motor Manufacturing, Inc.<br>Attn.: George Kalikman<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br><br>K. Kelley McKenzie<br>General Counsel<br>New United Motor Manufacturing, Inc.<br>45500 Fremont Blvd<br>Fremont, CA 94538 | Agreement on Manufacture of Toyota-Specific Vehicles | 03/31/1986 | 03/02/2010 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 8 | New United Motor Manufacturing, Inc. | Schnader Harrison Segal & Lewis LLP<br>Counsel to New United Motor Manufacturing, Inc.<br>Attn.: George Kalikman<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br><br>K. Kelley McKenzie<br>General Counsel<br>New United Motor Manufacturing, Inc.<br>45500 Fremont Blvd<br>Fremont, CA 94538 | Product Responsibility Agreement for Toyota-Specific Vehicles | 03/31/1986 | 03/02/2010 |
| 9 | New United Motor Manufacturing, Inc. | Schnader Harrison Segal & Lewis LLP<br>Counsel to New United Motor Manufacturing, Inc.<br>Attn.: George Kalikman<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br><br>K. Kelley McKenzie<br>General Counsel<br>New United Motor Manufacturing, Inc.<br>45500 Fremont Blvd<br>Fremont, CA 94538 | Agreement for Dispatch of Technical Service Instructor | 04/20/1993 | 03/02/2010 |
| 10 | New United Motor Manufacturing, Inc. | Schnader Harrison Segal & Lewis LLP<br>Counsel to New United Motor Manufacturing, Inc.<br>Attn.: George Kalikman<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br><br>K. Kelley McKenzie<br>General Counsel<br>New United Motor Manufacturing, Inc.<br>45500 Fremont Blvd<br>Fremont, CA 94538 | Memorandum of Understanding Regarding Pricing and Production | 03/22/2006 | 03/02/2010 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 11 | New United Motor Manufacturing, Inc. | Schnader Harrison Segal & Lewis LLP<br>Counsel to New United Motor Manufacturing, Inc.<br>Attn.: George Kalikman<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br><br>K. Kelley McKenzie<br>General Counsel<br>New United Motor Manufacturing, Inc.<br>45500 Fremont Blvd<br>Fremont, CA 94538 | Agreement for Allocation of NUMMI Production between GM and Toyota Motor Corporation | 09/01/1986 | 03/02/2010 |
| 12 | New United Motor Manufacturing, Inc. | Schnader Harrison Segal & Lewis LLP<br>Counsel to New United Motor Manufacturing, Inc.<br>Attn.: George Kalikman<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br><br>K. Kelley McKenzie<br>General Counsel<br>New United Motor Manufacturing, Inc.<br>45500 Fremont Blvd<br>Fremont, CA 94538 | NUMMI Tooling Fee Memo of Understanding | 11/02/1994 | 03/02/2010 |
| 13 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights, NJ 07922 | Mobile Equipment Lease No. 11 | 07/01/2008 | 02/28/2010 |
| 14 | First American Capital | RBS Asset Finance<br>Attn: Mike O'Grady<br>71 South Whacker Drive<br>28th Floor<br>Mail Stop IH2800<br>Chicago, IL 60680 | Mobile Equipment Lease No. 1203 | 08/01/1999 | 02/28/2010 |
| 15 | First American Capital | RBS Asset Finance<br>Attn: Mike O'Grady<br>71 South Whacker Drive<br>28th Floor<br>Mail Stop IH2800<br>Chicago, IL 60680 | Mobile Equipment Lease No. 1218 | 06/01/1999 | 02/28/2010 |
| 16 | First American Capital | Mishawaka Leasing Company Inc.<br>Capital Preferred Yield Fund III, IV<br>Attn: Denise Jones<br>7901 Southpark Plaza, Suite 204<br>Littleton, CO 80120 | Mobile Equipment Lease No. 1231 | 09/01/1999 | 02/28/2010 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 17 | First American Capital | Mishawaka Leasing Company Inc.<br>Capital Preferred Yield Fund III, IV<br>Attn:  Denise Jones<br>7901 Southpark Plaza, Suite 204<br>Littleton, CO  80120 | Mobile Equipment Lease No.1234 | 12/01/1999 | 02/28/2010 |
| 18 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights,  NJ   07922 | Mobile Equipment Lease No. 12 | 04/01/2000 | 02/28/2010 |
| 19 | First American Capital | RBS Asset Finance<br>Attn:  Mike O'Grady<br>71 South Whacker Drive<br>28th Floor<br>Mail Stop IH2800<br>Chicago, IL  60680 | Mobile Equipment Lease No. 1317 | 04/01/2004 | 02/28/2010 |
| 20 | First American Capital | Wells Fargo Equipment Finance Inc.,<br>C/O C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI  48381 | Mobile Equipment Lease No.1537 | 11/01/1999 | 02/28/2010 |
| 21 | First American Capital | Mishawaka Leasing Company Inc.<br>Capital Preferred Yield Fund III, IV<br>Attn:  Denise Jones<br>7901 Southpark Plaza, Suite 204<br>Littleton, CO  80120 | Mobile Equipment Lease No. 1639 | 02/01/2000 | 02/28/2010 |
| 22 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights,  NJ   07922 | Mobile Equipment Lease No. 17 | 02/01/2006 | 02/28/2010 |
| 23 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights,  NJ   07922 | Mobile Equipment Lease No. 19 | 04/01/2000 | 02/28/2010 |
| 24 | Remarketing Services Inc. | ICON Income Fund<br>Attn:  Craig Jackson<br>100 Fifth Ave,  4th Floor<br>New York,  NY  10011 | Mobile Equipment Lease No. 1A | 03/01/2001 | 02/28/2010 |
| 25 | Remarketing Services Inc. | ICON Income Fund<br>Attn:  Craig Jackson<br>100 Fifth Ave,  4th Floor<br>New York, NY  10011 | Mobile Equipment Lease No. 1 | 04/01/2001 | 02/28/2010 |
| 26 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights,  NJ   07922 | Mobile Equipment Lease No. 22 | 05/01/2001 | 02/28/2010 |
| 27 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights,  NJ   07922 | Mobile Equipment Lease No. 24 | 07/01/2000 | 02/28/2010 |
| 28 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights,  NJ   07922 | Mobile Equipment Lease No. 28 | 07/01/2001 | 02/28/2010 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 29 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights, NJ  07922 | Mobile Equipment Lease No. 29 | 07/01/2001 | 02/28/2010 |
| 30 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights, NJ  07922 | Mobile Equipment Lease No. 2 | 06/01/2002 | 02/28/2010 |
| 31 | Yale Financial | Zion Credit Corporation<br>Attn:  R. Peterson<br>37 W 100 South<br>Salt Lake City, UT  84101 | Mobile Equipment Lease No. 2 | 11/01/2001 | 02/28/2010 |
| 32 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights, NJ  07922 | Mobile Equipment Lease No. 31 | 01/01/2002 | 02/28/2010 |
| 33 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights, NJ  07922 | Mobile Equipment Lease No. 34 | 02/01/2005 | 02/28/2010 |
| 34 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights, NJ  07922 | Mobile Equipment Lease No. 35 | 06/01/2002 | 02/28/2010 |
| 35 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights, NJ  07922 | Mobile Equipment Lease No. 36 | 08/01/2002 | 02/28/2010 |
| 36 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights, NJ  07922 | Mobile Equipment Lease No. 43 | 10/01/2002 | 02/28/2010 |
| 37 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights, NJ  07922 | Mobile Equipment Lease No. 46 | 11/01/2002 | 02/28/2010 |
| 38 | Yale Financial | Zion Credit Corporation<br>Attn:  R. Peterson<br>37 W 100 South<br>Salt Lake City, UT  84101 | Mobile Equipment Lease No. 4 | 01/01/2002 | 02/28/2010 |
| 39 | First American Capital | First American Capital<br>C/O  C4 Capital Corporation<br>Attn:  Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI  48381 | Mobile Equipment Lease No. 5010 | 10/01/2003 | 02/28/2010 |
| 40 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights, NJ  07922 | Mobile Equipment Lease No. 51 | 08/01/1998 | 02/28/2010 |
| 41 | Yale Financial | Zion Credit Corporation<br>Attn:  R. Peterson<br>37 W 100 South<br>Salt Lake City, UT  84101 | Mobile Equipment Lease No. 6 | 11/01/2003 | 02/28/2010 |

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 42 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights, NJ  07922 | Mobile Equipment Lease No. 7 | 12/01/1999 | 02/28/2010 |
| 43 | Yale Financial | Zion Credit Corporation<br>Attn:  R. Peterson<br>37 W 100 South<br>Salt Lake City,  UT  84101 | Mobile Equipment Lease No. 7 | 12/01/1999 | 02/28/2010 |
| 44 | First American Capital | IBJTC Business Credit Corp.<br>Mizuho Corporate Bank (USA) - Whitehall Branch<br>Attn: Thomas Babbino<br>1251 Avenue of the Americas<br>32nd Floor<br>New York, NY  10020 | Mobile Equipment Lease No. 922 | 12/01/1999 | 02/28/2010 |
| 45 | First American Capital | Mishawaka Leasing Company Inc.<br>Capital Preferred Yield Fund III, IV<br>Attn:  Denise Jones<br>7901 Southpark Plaza, Suite 204<br>Littleton, CO  80120 | Mobile Equipment Lease No. 943 | 12/01/1999 | 02/28/2010 |
| 46 | Connell Equipment Leasing Company | Connell Equipment Leasing<br>Attn: Gloria Sorkin<br>200 Connell Dr., 4th Floor<br>Berkely Heights,  NJ   07922 | Mobile Equipment Lease No. 9 | 12/01/1999 | 02/28/2010 |
| 47 | First American Capital | Mishawaka Leasing Company Inc.<br>Capital Preferred Yield Fund III, IV<br>Attn:  Denise Jones<br>7901 Southpark Plaza, Suite 204<br>Littleton, CO  80120 | Mobile Equipment Lease No. SPO147 | 12/01/1999 | 02/28/2010 |
| 48 | First American Capital | Mishawaka Leasing Company Inc.<br>Capital Preferred Yield Fund III, IV<br>Attn:  Denise Jones<br>7901 Southpark Plaza, Suite 204<br>Littleton, CO  80120 | Mobile Equipment Lease No. SPO172 | 12/01/1999 | 02/28/2010 |
| 49 | First American Capital | Mishawaka Leasing Company Inc.<br>Capital Preferred Yield Fund III, IV<br>Attn:  Denise Jones<br>7901 Southpark Plaza, Suite 204<br>Littleton, CO  80120 | Mobile Equipment Lease No. SPO38 | 12/01/1999 | 02/28/2010 |
| 50 | First American Capital | RBS Asset Finance<br>Attn:  Mike O'Grady<br>71 South Whacker Drive<br>28th Floor<br>Mail Stop IH2800<br>Chicago, IL  60680 | Mobile Equipment Lease No. SPO94 | 12/01/1999 | 02/28/2010 |