United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004-1408

Honorable Robert E. Gerber
Sir:

I received notice that General Motors Corp. had filed for Chapter 11 bankruptcy on June 1, 2009. Case Number 09-50026 [ REG ].

My account # is C 0010991986. I had 198.6 common shares on September-10-2007. My shares were held by:
Computershare Trust Co.
205 Royal Street
Canton Massachusetts 02021

Are these shares worthless?

If you cannot help me then could you tell me who to contact for any information?

Respectively

*Danny B. Campbell Sr.*
Danny B. Campbell Sr.
7581 Granny Valley Road
Gloucester, Va. 23061
E Mail danirose2@netscape.com
February 12 2010