LAURA J. MONROE, 14272300
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P. O. Box 817
LUBBOCK, TX 79408
(806) 744-5091
FAX (806) 744-9953
lmonroe@pbfcm.com

ATTORNEY FOR HOCKLEY COUNTY TAX OFFICE

## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | § IN PROCEEDINGS UNDER |
| | § CHAPTER 11 OF THE |
| GENERAL MOTORS CORP., ET AL | § BANKRUPTCY ACT |
| | § |
| DEBTOR | § NO. 09-50026 (REG) |

## WITHDRAWAL OF CLAIM NO. 12
## FOR TAXES OF THE HOCKLEY COUNTY TAX OFFICE

Claimant, HOCKLEY COUNTY TAX OFFICE, filed Secured Claim Number 12 for Taxes of Hockley County Tax Office in the amount of $21.77. Claimant wishes to withdraw this claim since the ad valorem taxes have been paid in full.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(806) 744-5091    FAX: (806) 744-9953
lmonroe@pbfcm.com

By _____
LAURA J. MONROE
Bar No:14272300