DANA H. FOX PRO-SE
1625-2 PARKMEADOWS DR
FT. MYERS, FLA. 33907

U.S. BANKRUPTCY COURT (SOUTHERN DISTRICT)
1 BOWLING GREEN
N.Y., N.Y. 10004

RE: 09-50026 (REG)
CLAIM #42

RECEIVED
FEB 22 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

DEAR COURT:

PLEASE FIND A COPY OF A FOR RECONSIDERATION MAILED ON 1/20/2010 [SEE COPY OF MAIL RECEIPT TO 10004 ZIP]

A TELEPHONE CALL TO AMANDA HU ON 2/16/10 INFORMS MR. FOX PRO-SE THAT SHE DOES NOT HAVE THIS MOTION DOCKETED.

MR. FOX DOES NOT OBJECT TO MEDIATION YET CONTINUES TO MOTION FOR THE CASE TO RETURN TO CIRCUIT COURT WHERE CONTEMPT FINDINGS AWAIT BEFORE JUDGE LYNN GERALD JR. IN FLORIDA.

MR. FOX MOTIONS THE COURT TO ACCEPT HANDWRITTEN PLEADINGS.

RESPECTFULLY SUBMITTED
D__H-Fx PRO-SE

CC: GARDEN CITY GROUP
DUBLIN, OHIO
NOTE FLORIDA ADDRESS
NOT 1500A LAFAYETTE RD.
NH.

I WANT MY MONEY BACK AND A NEW CAR.

BANKRUPTCY COURT
SOUTHERN DISTRICT
NEW YORK

DANA H. FOX PRO-SE )
PLAINTIFF )
) LOWER COURT CASE: 03-CA-3653
V. )
) BANKRUPTCY CASE: 09-50026 (REG)
GENERAL MOTORS INC. )
VAL WARD DEALERSHIP )
(MOTORS LIQUIDATION CO.) )

**RECEIVED FEB 22 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK**

MOTION FOR RECONSIDERATION

NOW COMES PLAINTIFF PRO-SE WITH THIS MOTION FOR RECONSIDERATION AS ON SEPT. 16, 2009 THE COURT DENIED THE MOTION TO LIFT THE AUTOMATIC CLAIM (STAY) OF BANKRUPTCY "FOR FAILURE TO MAKE A PRIMA FACIE SHOWING OF ENTITLEMENT TO RELIEF: CLAIM #4287 IS CURRENTLY ON FILE.

THIS MATTER INVOLVES A PUBLIC SAFETY ISSUE THAT IS PREVIOUSLY LITIGATED IN FEDERAL COURT BY GEORGE BUSH SR. AND MR. FOX (SEPERATE CASE) WHO ADVIZED GEORGE SR. HOW TO PROCEED. GENERAL MOTORS NEVER FIXED THE PROBLEM IN THE AURORA AUTOMOBILE AND THIS FACT EXTENDS BEYOND THE CURRENT BANKRUPTCY AND HAS TO BE TREATED AS A SEPERATE MATTER.

PLEASE REVIEW ALL PREVIOUS SUBMITTALS BY MR. FOX PRO-SE, HAVE CLERKS REVIEW FEDERAL CASE MENTIONED HERE-IN AND GRANT THE LIFTING OF THE AUTOMATIC STAY SO THIS MATTER WILL BE SETTLED IN LOWER COURT.

I CERTIFY THIS IS
MAILED BY U.S. MAIL
ON THIS DATE 1/20/10
DHF.

RESPECTFULLY SUBMITTED
DHFox
DANA H. FOX PRO-SE

```
         MOCKSVILLE POST OFFICE
        MOCKSVILLE, North Carolina
               270282042
             3631970028 -0099
01/20/2010    (800)275-8777    04:25:13 PM
```

|                     | Sales Receipt |         |
|---------------------|---------------|---------|
| Product             | Sale  Unit    | Final   |
| Description         | Qty   Price   | Price   |
| NEW YORK NY 10004   |               | $0.44   |
| Zone-4 First-Class  |               |         |
| Letter              |               |         |
| 0.20 oz.            |               |         |
| Issue PVI:          |               | $0.44   |
| Total:              |               | $0.44   |
| Paid by:            |               |         |
| Cash                |               | $1.00   |
| Change Due:         |               | -$0.56  |

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000100621332
Clerk: 08

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
*****************************************
*****************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
*****************************************
*****************************************

Customer Copy