**NEW HEARING DATE AND TIME: April 29, 2010 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: April 22, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :    **Chapter 11 Case No.**
                                                                 :    **09-50026 (REG)**
                                                                 :    **(Jointly Administered)**
**MOTORS LIQUIDATION COMPANY,** *et al.,*                        :
      **f/k/a General Motors Corp.,** *et al.*                   :
                                                                 :
            **Debtors.**                                         :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF PLAINTIFFS**
**IN THE ACTION ENTITLED *PAIKAI ET AL. V. GENERAL MOTORS***
***CORPORATION* FOR ENTRY OF AN ORDER GRANTING RELIEF FROM**
**THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)**

PLEASE TAKE NOTICE THAT

The hearing on the Motion of Plaintiffs in the Action Entitled *Paikai et al. v. General Motors Corporation* for an Entry of an Order Granting Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d)(1) [Docket No. 4776] (the "**Motion**"), which was originally scheduled to occur before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on March 10, 2010 at 9:45 a.m. (Eastern Time), has been adjourned to **April 29, 2010 at**

2

**9:45 a.m. (Eastern Time)** (the "**Hearing**").  The new objection deadline shall be **April 22, 2010 at 4:00 p.m. (Eastern Time)**. The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  March 2, 2010
       New York, New York

    /s/ David Berz
    Harvey R. Miller
    Stephen Karotkin
    Joseph H. Smolinsky
    David R. Berz

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession