**HEARING DATE AND TIME: April 8, 2010 at 9:45 a.m. (Eastern Time)**
**OBJECTION DEADLINE: April 7, 2010 at 4:00 p.m. (Eastern Time)**

Keith N. Costa (KC-1213)
Martin Domb (MD-4109)
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
*Attorneys for Zinn Companies, Inc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                              Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.*,                              Case No. 09-50026 (REG)
(f/k/a General Motors Corp., *et al.*)

                     Debtors.                             (Jointly Administered)
---------------------------------------------------------------x

**MOTION OF ZINN COMPANY, INC. FOR AN ORDER COMPELLING DEBTORS**
**AND THEIR SUCCESSOR TO COMPLY WITH THEIR**
**PAYMENT OBLIGATION UNDER WIND-DOWN AGREEMENT**

**EXHIBITS PACKAGE**

{NY094837;1}