# EXHIBIT C

**GM**

General Motors LLC
Dealer Business Planning Group
Mail Code 482-A06-C66
100 GM Renaissance Center
Detroit, MI 48265-1000

FEDEX AIRBILL 7981 5666 6725

November 20, 2009

Zinn Companies, Inc.
16100 Pines Blvd.
Pembroke Pines, FL 33027

Attention:  Mr. Craig Zinn

This letter is written in connection with that certain Supplemental Wind-Down Agreement ("Supplemental Agreement") dated November 10, 2009, executed and delivered by Zinn Companies, Inc. ("Dealer"). Pursuant to the terms of the Supplemental Agreement, Dealer agreed to terminate its Buick, Pontiac, GMC Dealer Agreements between GM and Dealer effective on November 10, 2009. Please be advised that the termination date for the Buick, Pontiac, GMC Dealer Agreements has been extended to November 20, 2009. All other terms and conditions of the Supplemental Wind-Down Agreement remain in full force and effect.

Please confirm your agreement with this letter by returning a signed facsimile copy to Jeff Bennett. If you have any questions, please direct them to Jeff Bennett at 313-667-5504.

Sincerely,

Tony Napoleon
Zone Manager
General Motors LLC

ACKNOWLEDGED AND AGREED
THIS 30  DAY OF November_____, 2009

Zinn Companies, Inc., a Florida Corporation

By: _____

Name: Craig M. Zinn

Title:  President

Date:  November 30, 2009

cc:  Field Manager - Dealer Support: Southeast-Mike Johnson
Field Manager - Distribution: Southeast-Ross Bird
Fixed Operations Zone Manager: Michael Farnum
Regional Warranty Coordinator: Steven Sparks (SE)
Lowe, Fell & Skogg, LLC (Regional Attorney): slowe@lfslaw.com
GM Parts: Southeast-Erica Hudson-Biggens
Customer Consultant, Fleet and Commercial: Debbie.Francisco@gm.com,
Shirley.Stimage@gm.com
OE Tools: (dlrstat@servicesolutions.spx.com)
GM Co-op: Loria Savage: (lsavage@cecom.com)