# EXHIBIT E

## Alan Jockers

**From:** Steve Friend [sfriend@czag.net]
**Sent:** Wednesday, January 06, 2010 1:18 PM
**To:** 'Alan Jockers'
**Cc:** 'JZEZULKA@CZAG.NET'
**Subject:** FW: Zinn Pembroke Pines Wind Down Payment
**Importance:** High
**Attachments:** Zinn Waiver Letter.doc

**From:** tony.napoleon@gm.com [mailto:tony.napoleon@gm.com]
**Sent:** Wednesday, January 06, 2010 12:45 PM
**To:** sfriend@czag.net
**Subject:** Fw: Zinn Pembroke Pines Wind Down Payment

Steve, See the note below on receipt of the waiver letter.

Tony Napoleon
Zone Manager - RCC Atlanta
678-240-9917
678-240-9955(fax)
tony.napoleon@gm.com

----- Forwarded by Tony Napoleon/US/GM/GMC on 01/06/2010 12:43 PM -----

**Heather Zawol/C/US/GM/GMC**

01/06/2010 12:24 PM

To Tony Napoleon/US/GM/GMC@GM
cc Gregory D. Ross/US/GM/GMC@GM, Jeffery Bennett/C/US/GM/GMC@GM
Subject Re: Zinn Pembroke Pines Wind Down Payment Link

Hi Tony,
I have not received the waiver letter yet. Did he mention if he faxed or mailed it? If it was mailed it's quite possible we won't receive it until tomorrow. If he faxed it, you may want to tell him to send it again to my attention.

Thank You!

Heather Zawol
Dealer Contractual Manager
Channel Vantage, Inc.
on site at
General Motors LLC
ph) 313-667-5444
fax) 313-667-5461/5462
heather.zawol@gm.com

**Tony Napoleon/US/GM/GMC**

To Jeffery Bennett/C/US/GM/GMC

1/29/2010

01/06/2010 12:12 PM                    cc  Gregory D. Ross/US/GM/GMC@GM, Heather Zawol/C/US/GM/GMC@GM

Subject  Re: Zinn Pembroke Pines Wind Down Payment Link

Heather, Could you verify that you received the Waiver letter from Steve Friend? Let me know, as in speaking with him today, he said that he sent it in.

They are looking for their funds payment.

THANX,

Tony Napoleon
Zone Manager - RCC Atlanta
678-240-9917
678-240-9955(fax)
tony.napoleon@gm.com

**Jeffery Bennett/C/US/GM/GMC**                        To  Gregory D. Ross/US/GM/GMC@GM, Tony Napoleon/US/GM/GMC@GM
                                                       cc  Heather Zawol/C/US/GM/GMC@GM
01/05/2010 08:50 AM                                    Subject  Zinn Pembroke Pines Wind Down Payment

Greg/Tony,

Craig Zinn has completed all requirements of his wind down to be paid the final 75% however since the new arbitration legislation was passed, we also need to get the attached waiver letter before we will terminate or make the final payment. Can one of you reach out to Mr. Zinn to get the attached waiver completed?

Please make sure you reply to Heather Zawol as well as I am transitioning to a new position this week and am in and out of the office. Thanks.


Jeff Bennett
Senior Contractual Manager
ChannelVantage, Inc.
Onsite at General Motors

100 Renaissance Center
Mail Code 482-A06-C66
Detroit, MI  48265
Phone: (313) 667-5504
Fax: (313) 667-5461
Email: jeffery.bennett@gm.com



Nothing in this message is intended to constitute an electronic signature unless a specific statement to

1/29/2010

the contrary is included in this message.

Confidentiality Note: This message is intended only for the person or entity to which it is addressed. It may contain confidential and/or privileged material. Any review, transmission, dissemination or other use, or taking of any action in reliance upon this message by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this message in error, please contact the sender and delete it from your computer.

1/29/2010