# EXHIBIT F



General Motors LLC
Dealer Contractual Group
Mail Code 482-A06-C66
100 GM Renaissance Center
Detroit, MI 48265-1000

January 5, 2010

Zinn Companies, Inc.
1841 North State Road 7
Hollywood, FL 33021

Re: Waiver of Rights With Respect to Recently Enacted Federal Dealer Legislation

Dear Mr. Craig Zinn:

This letter is being delivered to Zinn Companies, Inc. ("Dealer") in connection with your request to terminate the Dealer Sales and Service Agreement(s) (the "Dealer Agreement(s)") with General Motors LLC ("GM") pursuant to the terms of the Wind-Down Agreement dated as of June 2, 2009 (the "Wind-Down Agreement"). All initially capitalized terms used but not otherwise defined herein shall have the meaning set forth for such terms in the Wind-Down Agreement.

In addition to Dealer's satisfaction of the conditions for termination as set forth in the Wind-Down Agreement, including, without limitation, the execution by Dealer of the Supplemental Wind-Down Agreement, Dealer must execute this letter in the space provided below. By executing in the space provided below, Dealer hereby (i) acknowledges and specifically agrees that the Wind-Down Agreement, the Supplemental Wind-Down Agreement and this letter constitute legally binding agreements that were the result of voluntary negotiations between Dealer and GM as expressly permitted by and exempted from certain provisions of recently enacted federal legislation addressing dealer issues related to industry restructuring (the "Recently Enacted Legislation"), and (ii) waives any rights set forth in the Recently Enacted Legislation, including, without limitation, any and all rights to arbitrate thereunder. Please note that, without an executed copy of this letter, GM will be unable to terminate the Dealer Agreements and make the Final Payment Amount in accordance with the terms of the Wind-Down Agreement.

If the foregoing accurately reflects the agreement between Dealer and GM with respect to the subject matter of this letter, please so indicate by executing in the space provided below and returning a fully executed copy of this letter to **Heather Zawol**.

GENERAL MOTORS LLC

ACKOWLEDGED AND ACCEPTED THIS
___ DAY OF JANUARY, 2010

By: _____
Title: _____