# EXHIBIT H



**CRAIG ZINN**
**AUTOMOTIVE GROUP**

Corporate Offices

1850 North State Road 7
Hollywood, Florida 33021
954.967.4111
Fax 954.985-3844

Alan N. Jockers, Esq.
In-House General Counsel
Direct No. (954) 967-4110
Direct Fax (954) 985-7117
ajockers@czag.net

January 18, 2010

<u>VIA OVERNIGHT MAIL & EMAIL</u>
Bishopj@adr.org

American Arbitration Association
John Bishop, Vice President
2200 Century Parkway, Suite 300
Atlanta, GA 30345

      RE:    Zinn Companies, Inc. f/k/a/ Pines Pontiac-GMC-Buick Demand for
              Arbitration against General Motors, LLC pursuant to the Automobile
              Industry Special Binding Arbitration Program

Dear Mr. Bishop:

Enclosed please find two copies of Zinn Companies, Inc.'s Demand for Arbitration, along with its share of the required filing fee, in the amount of $1,625.00. Please advise me immediately if anything else is necessary in order to initiate these proceedings.

Sincerely yours,

Alan N. Jockers, Esq.

Encls.  1) Automobile Industry Special Binding Arbitration Program Demand for Arbitration
         2) Check #1001 for $1,625.00

Cc w/ encls. via Overnight Mail & email, tony.napoleon@gm.com:
    General Motors, LLC
    100 Renaissance Center
    Detroit MI, 48265-1000

Cc w/ encls. via email: J. Martine Hayes, Esq., counsel for Zinn Companies, Inc.

    


American Arbitration Association
*Dispute Resolution Services Worldwide*

## AUTOMOBILE INDUSTRY SPECIAL BINDING ARBITRATION PROGRAM
### Demand for Arbitration Pursuant To
### Section 747, Consolidated Appropriations Act of 2010 - For General Motors, LLC Dealers

| Name of Manufacturer<br>General Motors, LLC | | | Name of Representative (if known) | | |
|---|---|---|---|---|---|
| Address<br>100 Renaissance Center | | | Name of Firm (if applicable) | | |
| | | | Representative's Address | | |
| City<br>Detroit | State<br>MI | Zip Code<br>48265-1000 | City | State | Zip Code |
| Phone No.<br>678-240-9917 | | Fax No.<br>678-240-9955 | Phone No. | | Fax No. |
| Email Address:<br>tony.napoleon@gm.com | | | Email Address: | | |

Amount Enclosed $ 1,625.00    In accordance with Fee Schedule:   ☐ Flexible Fee Schedule   ☒ Standard Fee Schedule

Hearing locale Broward County, Florida    ☒ Requested by Claimant

Estimated time needed for hearings overall:  _____ hours or  3.00  days
☐ Desk Arbitration Acceptable (Documents only or Documents plus Teleconferencing)
☐ Video Conference Acceptable

You are hereby notified that copies of this demand are being filed with the American Arbitration Association's Case Management Center, located in (check one)   ☒ Atlanta, GA   ☐ Fresno, CA, with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

| Signature (may be signed by a representative)    Date:<br>[signature]    1/18/10 | Name of Representative<br>J. Martin Hayes |
|---|---|
| Name of Dealer/Operator<br>Zinn Companies, Inc. f/k/a Pines Pontiac-GMC-Buick | Name of Firm (if applicable)<br>Akerman Senterfitt |
| Check box of GM Line/Make to be Arbitrated:<br>☒ Buick   ☐ Cadillac   ☐ Chevrolet   ☒ GMC Truck<br>GM BAC CODE: 130566 | |

| Address (to be used in connection with this case)<br>c/o Alan N. Jockers, 1850 North State Road 7 | | | Representative's Address<br>106 E. College Ave., Ste. 1200 | | |
|---|---|---|---|---|---|
| City<br>Hollywood | State<br>Fl | Zip Code<br>33021 | City<br>Tallahassee | State<br>FL | Zip Code<br>32301 |
| Phone No.<br>954-967-4110 | | Fax No.<br>954-985-7117 | Phone No.<br>850-425-1647 | | Fax No.<br>850-224-1247 |
| Email Address:<br>ajockers@czag.net | | | Email Address:<br>martin.hayes@akerman.com | | |

To begin proceedings, please send a copy of this Demand in compliance with Section 747, of the Consolidated Appropriations Act of 2010, provided for in the Rules, to the AAA.

Please visit our website at www.adr.org if you would like to file this case online.
AAA Customer Service can be reached at 800-778-7879.

**CZAG DEALER SERVICES**
1850 N STATE ROAD 7
HOLLYWOOD, FL 33021

Floridian Community Bank
63-1531-670

1/18/2010

PAY TO THE ORDER OF: AMERICAN ARBITRATION ASSOCIATION        $ **1,625.00

One Thousand Six Hundred Twenty-Five Only**************************************************************** DOLLARS

AMERICAN ARBITRATION ASSOCIATION
2200 CENTURY PARKWAY, SUITE 300
ATLANTA, GA 30345

AUTHORIZED SIGNATURE

MEMO    RE ZINN COMPANIES INC DEMAND FOR ARBITRATIO

⑆00100⑆ ⑈067015313⑈ 2000009379⑈

**CZAG DEALER SERVICES**                                    1001

**CZAG DEALER SERVICES**                                    1001

PRODUCT DLT103    USE WITH 91663 ENVELOPE        PRINTED IN USA    A
X04