# EXHIBIT J

09-50026-mg    Doc 5104-12    Filed 03/02/10    Entered 03/02/10 17:30:30    Exhibit J
Pg 1 of 2

ACCOUNTS RECEIVABLE STATEMENT

STATEMENT DATE: 02/19/10    STATEMENT PERIOD: 02/13/10 - 02/19/10
SETTLEMENT DATE: 02/25/10                       REMIT TO:

```
PINES PONTIAC-GMC-BUICK            GENERAL MOTORS LLC
1841 NORTH STATE ROAD 7            P.O. BOX 70595
HOLLYWOOD  FL  33021-4510          CHICAGO,              IL 60673
```

****************************************************************************

```
DOCUMENT                              DOCUMENT             DOCUMENT
DATE       DESCRIPTION                NUMBER               AMOUNT
02/12/10   BALANCE FORWARD            000079466977         62,959.92 CR
           SUB-TOTAL                                       62,959.92 CR

16 17053 ACTIVITY:
02/19/10   LETTER AGREEMENT PROGRAM   000079512676         677,753.25 CR
           SUB-TOTAL                                       677,753.25 CR

           CREDIT OWED ON 02/25/10                         740,713.17 CR
```

IF EFT HAS BEEN ELECTED BY THIS ACCOUNT DO
NOT REMIT PAYMENT FOR ANY BALANCE DUE

0328

PAGE:    1
****************************************************************************