# EXHIBIT K




March 6, 2009

Mr. Steven Friend, Group GM
Zinn Companies, Inc.
Dba Pines Pontiac-GMC-Buick
16100 Pines Blvd.
Pembroke Pines, FL 33027

Re:  Dealer Audit Report:   SALES & SFE              Country:        USA
     Region:                VSSM Southeast           Dealer Code:    B 39 251; T 53 517; P 17 053
     GMAS Audit Code:       ANDLVSCODENAA090         Site Code:      06090
     GMAS Auditor(s):       Dana Rush                BAC Code:       130566
     Audit Period:          8/23/2007 - 2/22/2009
     CSI Extended:          09/20/2003 - 8/22/2007
     Audit Contact Period:  02/23/2009 – 03/06/2009

As a result of this audit at your dealership, deviations from GM VSSM incentive program guidelines and policies were identified. During the audit period, 8/23/2007 – 2/22/2009 approximately 369 cases were analyzed. For the extended audit **09/20/2003-8/22/2007** approximately **89 CSI** cases were analyzed. Sales incentive payment eligibility is dependent on compliance with all relevant program guidelines and policies. Deviations identified are summarized below and details of the audit and non-compliant items are shown on the attached documents.

| Deviation Category | Deviation Description | Cases / Lines | Debit Amount (Local Currency) |
|---|---|---|---|
|  |  |  | $ |
| 1 | **Documentation Not Received** | 25/25 | 27,081.79 |
|  | **Total GM Claim for CSI Intervention (SFE)** |  | TBD |
|  | **Total Debit and Damages** |  | $27,081.79 |

Pines Pontiac GMC Buick should review its dealership administrative process to ensure all staff members are acquainted with Southeast Region VSSM sales incentive requirements for sales incentive documentation and guidelines. This confirms our meeting on March 6, 2009 and review of the audit findings. If the proposed debit amount is not accepted or if you disagree with GM's request for reimbursement, then you have until April 6, 2009 to initiate the mediation process per the GM Dealer Agreement.

Dana Rush, GMAS                                    Mr. Steven Friend, Group General Manager

General Motors Corporation        100 Renaissance Center            (313) 665-3584
GM Audit Services                 MC 482 A38 D82                    Fax (313) 665-3534
                                  Detroit, MI 48265-1000