# EXHIBIT L

# CRAIG ZINN
### AUTOMOTIVE GROUP

Corporate Offices

2300 North State Road 7
Hollywood, Florida 33021
954.967.4111
Fax 954.985.3844

Alan N. Jockers, Esq.
In-House General Counsel
Direct No. (954) 967-4110
Direct Fax (954) 985-7117
ajockers@czag.net

April 3, 2009

**VIA OVERNIGHT MAIL & FACSIMILE**
(617) 973-9532

Nancy Connelly
Mediation Works Incorporated
Third Floor
4 Faneuil Hall
Boston, MA 02109-1632

Ref:
Dep: USED CAR

Date: 04/03/2009
Wgt: 0.1 LBS
DV:                    0.00

SHIPPING:        11.34
SPECIAL:          0.28
HANDLING:        0.00
TOTAL:          11.62

Svcs: STANDARD OVERNIGHT
TRCK: 9357 3705 2713

RE:    Request for Mediation - GM Audit of Zinn Companies, Inc. d/b/a Pines
       Pontiac-GMC-Buick

Dear Ms. Connelly:

I am providing legal representation to Zinn Companies, Inc. d/b/a Pines Pontiac-GMC-Buick
("PPG" or the "Dealership") in regard to the above referenced matter.  Enclosed please find the
Dealership's Filing Form requesting mediation, its one page summary of the dispute, and check
number 57829 in the amount of $1,000.00.

Please contact me if anything else is required to initiate the mediation process.

Sincerely yours,

Alan N. Jockers, Esq.

Encls.

Cc via Facsimile: (313) 667-5462
William T. Hepburn, Jr., JMAC Secretary

      

# GENERAL MOTORS DISPUTE RESOLUTION PROCESS

## REQUEST FOR MEDIATION
### Filing Form

**INSTRUCTIONS:**

- Type or Print clearly all information requested on the form and sign in the space provided.
- Attach a one-page description of the specific facts involved in your dispute and briefly explain why you are seeking mediation.
- Forward the completed filing form and the one-page description with a Deposit Check (payable to "Mediation Works Incorporated") for $1,000.00 to the Administrator listed below. A photocopy of the filing form and attachments should be sent to the JMAC Secretary. The Deposit will be applied toward the requesting party's mediation expenses.

*The Mediation will be conducted in accordance with procedures outlined in the General Motors Dispute Resolution Process.*

## Party Requesting Mediation:

Company*:  Zinn Companies, Inc. d/b/a Pines Pontiac-GMC-Buick

By:  Patricia A. Parke                          Title:  Corporate Secretary

Street Address: 2300 N. State Rd. 7            Phone:  954/967-4111

City, State, Zip: Hollywood, FL 33021          Fax:  954/985-7117

## Party Whose Decision or Action will be the Subject of the Mediation:

Company*:  General Motors Corporation

Name:  Dana Rush                               Title:  GM Audit Services

Street Address:  100 Renaissance Center        Phone:  313/665-3584

City, State, Zip Detroit, MI 48265-1000        Fax:  313/665-3534
      Mail Code 482 A38 D82

If additional parties are involved in the dispute, attach a separate sheet listing above information for each additional party.
* Corporate Name and DBA Name

## Attach a one-page description of the specific facts involved in your dispute: (Required)

If you have any questions, please do not hesitate to call the Administrator or the JMAC Secretary.

**GM Dispute Resolution Process Administrator**
Nancy Connelly
Mediation Works Incorporated
Third Floor
4 Faneuil Hall
Boston , MA 02109-1632
Phone: 617-973-9739 Ext 24 or 800-894-8323
Fax:    617-973-9532
E-mail: nconnelly@mwi.org

**JMAC Secretary**
William T. Hepburn, Jr.
General Motors Corporation
MC: 482-A07-C66
100 Renaissance Center
Detroit, MI 48265-1000
Phone: 313-665-1833
FAX:    313-667-5462
E-mail: william.t.hepburnjr@gm.com

Print Name:  Patricia A. Parke

Signature of Dealer: _Patricia A. Parke_        Date: _4/3/09_

REQUEST FOR MEDIATION
ONE PAGE DESCRIPTION OF FACTS INVOLVED IN DISPUTE
BETWEEN GENERAL MOTORS AND PINES PONTIAC-GMC-BUICK

The dispute arises from the Audit Results Package which General Motors hand delivered to Pines Pontiac-GMC-Buick ("PPG" or the "Dealership") on March 6, 2009. The Dealership formally responded on April 3, 2009. In summary, and without waiver of any right or remedy it may have, the Dealership disagrees with GM's request for reimbursement and the proposed debit amounts are not accepted, therefore mediation has been requested in regard to the entire audit.

In regard to the "Documentation Not Received" item for $27,081.79 and "Deviation Notice – Missing Documentation" aspect of the audit, the Dealership provided GM with documentation on April 3, 2009 which supports the Dealership's incentive eligibility for a number of the deliveries at issue.

In regard to the "Total GM Claim for CSI Intervention (SFE)" for an unstated amount, the Dealership has not been provided with adequate information or documentation which would enable it to respond to the claim. For example, it is not clear whether any of the alleged deviations resulted in PPG's receipt of any incentive payments. Additionally, the Dealership objected to the audit because it was conducted in violation of Florida law. As evidenced in the Audit Results Package, the audit covered a period that was more than 18 months prior to the date incentives were paid. PPG therefore requested an explanation as to why the statutory protections it has been afforded under Florida law have been ignored. In pertinent part, Florida Statute section 320.64(25) provides:

> *Audit of incentive payments shall only be for an 18-month period immediately following the date the incentive was paid.* An applicant or licensee shall not deny a claim or charge a motor vehicle dealer back subsequent to the payment of the claim unless the applicant or licensee can show that the claim was false or fraudulent or that the motor vehicle dealer failed to substantially comply with the reasonable written and uniformly applied procedures of the applicant or licensee for such repairs or incentives.

Additionally, the Dealership was not afforded with the full amount of time it is allowed under Florida law to respond to the audit. The audit results package was incomplete, but nonetheless required a response within a 30 day period. Florida law requires "a reasonable period after the meeting within which to respond to the proposed charge-backs, with such period to be commensurate with the volume of claims under consideration, but in no case less than 45 days after the meeting."

**PINES PONTIAC GMC BUICK**

16100 PINES BLVD.
PEMBROKE PINES, FLORIDA 33027

74-478 / 724

CHECK No. 57829

**57829**

PAY **ONE THOUSAND DOLLARS AND 00/100**

| DATE | AMOUNT |
|---|---|
| 04/02/09 | $1,000.00 |

TO THE ORDER OF

**MEDITION WORKS INCORPORATED
3RD FLOOR,4 FANEUIL HALL
BOSTON MA 02109**

ZINN COMPANIES, INC.
VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED DETAILS ON BACK

AUTHORIZED SIGNATURE

COMERICA BANK   ANN ARBOR, N.A.   ANN ARBOR, MI

AUTHORIZED SIGNATURE

⑈057829⑈ ⑆072404786⑆ 2176974364⑈

| NAME | NUMBER | DATE |
|---|---|---|
| MEDITION WORKS INCORPORATED | | 04/02/09 |

S
D

| ACCT# | AMOUNT | CTRL# | DESC | PO# |
|---|---|---|---|---|
| 7230 | 1000.00 | | MEDIATION FEE- GM/PPG | |
| 7230 | 0.00 | | AUDIT | |

REMITTANCE ADVICE
DETACH AND RETAIN

**PINES PONTIAC GMC TRUCK**
16100 PINES BLVD.
PEMBROKE PINES, FLORIDA 33027

| CHECK NO. | NET AMOUNT | |
|---|---|---|
| 57829 | | $1,000.00 |