# EXHIBIT N

 **MEDIATION WORKS INCORPORATED**

April 8, 2009                                                                                              Via Email

Craig Zinn Automotive Group
By Alan Jockers, Esq.
2300 North State Road 7
Hollywood, FL 33201
ajockers@czag.net

Re:
<u>Mediation of Craig Zinn Automotive Group d/b/a Pines Pontiac GMC Buick with General Motors</u>
MWI Case # 2009-0294

Dear Att. Jockers,

We **received your Request for Mediation** on April 3, 2009 under the guidelines of the General Motors Dispute Resolution Process [the 'Process']. We also received on april 6, 2009 your filing fee/retainer in the form of check #57829 for $1,000.

Please note: under Mandatory Mediation, Page 1 of the Process, the parties will **withhold implementation** of any contested decision and will **stay proceedings** in any other venue until the completion of the Mediation under these procedures. Further, on Page 2, delivery of a completed filing, and notice by the program administrator to the other party, will automatically **defer any action** on the eligible issue in dispute pending the outcome of mediation.

As the **next step** in the Process, we forwarded the Request for Mediation to General Motors upon receipt. General Motors responded that they have no objection to the filing based upon its opinion that the dispute is within the scope of the Process. Further, GM identified their attendees as Bill Nicholson, GM Decision-maker, and Ron Spies, Corporate Audit.

We will move the process forward with the selection of the GM Dealer-Mediator and the GM Management-Mediator who will comprise the mediator panel along with the Independent Facilitator. Shortly, you will receive a roster of Dealer and Management-Mediator Candidates for your rank-ordering.

Please feel free to contact me at any time if I can provide assistance or you would like a status up-date. Thank you.

Cordially,

*Nancy A. Connelly*

Nancy A. Connelly, GM Program Administrator 617-973-9739 x25 / toll-free direct 800-894-8323
Cc: Lynn Garrett, GM Coordinator