# EXHIBIT O

APR-23-2009  17:21                                                                               P.01
                                                              300 18 10                          PAGE  02





March 6, 2009

Mr. Steven Friend, Group GM
Zinn Companies, Inc.
Dba Pines Pontiac-GMC-Buick
16100 Pines Blvd.
Pembroke Pines, FL 33027

Re:  Dealer Audit Report:   SALES & SFE
     Region:                VSSM Southeast              Country:       USA
     GMAS Audit Code:       ANDLVSCODENAA090            Dealer Code:   B 39 251; T 53 517; P 17 053
     GMAS Auditor(s):       Dana Rush                  Site Code:     06090
     Audit Period:          8/23/2007 – 2/22/2009      BAC Code:      130566
     CSI Extended:          09/20/2003 - 8/22/2007
     Audit Contact Period:  02/23/2009 – 03/06/2009

As a result of this audit at your dealership, deviations from GM VSSM incentive program guidelines and policies were identified. During the audit period, 8/23/2007 – 2/22/2009 approximately 369 cases were analyzed. For the extended audit 09/20/2003–8/22/2007 approximately 89 CSI cases were analyzed. Sales incentive payment eligibility is dependent on compliance with all relevant program guidelines and policies. Deviations identified are summarized below and details of the audit and non-compliant items are shown on the attached documents.

### REVISED DEBIT SUMMARY – APRIL 23, 2009

| Deviation Category | Deviation Description | Cases / Lines | Debit Amount (Local Currency) |
|---|---|---|---|
| 1 | Documentation Not Received | ~~25/25~~ 23/25 | $ ~~27,081.79~~ 25,271.79 |
|  | Total GM Claim for CSI Intervention (SFE) |  | TBD 531,400.00 |
|  | Total Debit and Damages |  | ~~-$27,081.79~~ $556,671.79 |

Pines Pontiac GMC Buick should review its dealership administrative process to ensure all staff members are acquainted with Southeast Region VSSM sales incentive requirements for sales incentive documentation and guidelines. This confirms our meeting on March 6, 2009 and review of the audit findings. If the proposed debit amount is not accepted or if you disagree with GM's request for reimbursement, then you have until April 6, 2009 to initiate the mediation process per the GM Dealer Agreement.

_____                                    _____
Dana Rush, GMAS                                              Mr. Steven Friend, Group General Manager

General Motors Corporation           100 Renaissance Center
GM Audit Services                    MC 482 A38 D82                        (313) 665-3584
                                     Detroit, MI 48265-1000                Fax (313) 665-3534