# EXHIBIT Q

 **MEDIATION WORKS INCORPORATED**

June 22, 2009                                                                                         Via Email

Attorney Alan Jockers for
  Craig M. Zinn, President
  Pines Pontiac-GMC-Buick
In-House General Counsel
Craig Zinn Automotive Group
2300 North State Road 7
Hollywood, FL 33021
ajockers@CZAG.NET

RE:    Pines Pontiac-GMC-Buick Mediation with General Motors Corporation
       MWI Case # 2009-0294

Dear Attorney Jockers:

We received your Request for Mediation on 4/06/2009 and forwarded the filing to GM. Please see recent correspondence from GM:

> "Please be advised that, due to the filing of GM's bankruptcy petition on Monday, June 1, 2009, an automatic stay on claims such as these was ordered by the federal bankruptcy court. Accordingly, we will not be proceeding with mediations in light of the automatic stay. The automatic stay is in effect until further notice."

Please note that we will begin the process of returning your retainer fee in the amount of $1000.

Feel free to contact me at any time if I can provide assistance.

Thank you.

Cordially,

*Nancy A. Connelly*

Nancy A. Connelly, GM Alternate Dispute Resolution Program Manager at MWI
617-973-9739 x25  /  toll-free direct 800-894-8323

cc: Lynn Garrett, GM Mediation/Litigation Coordinator - via Email