**HEARING DATE AND TIME: April 8, 2010 at 9:45 a.m. (Eastern Time)**
                               **OBJECTION DEADLINE: April 7, 2010 at 4:00 p.m. (Eastern Time)**

Keith N. Costa (KC-1213)
Martin Domb (MD-4109)
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
*Attorneys for Zinn Companies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, (f/k/a General Motors Corp., *et al.*) | Case No. 09-50026 (REG) |
|             Debtors. | (Jointly Administered) |

-------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION OF ZINN COMPANY, INC. FOR ORDER COMPELLING DEBTORS AND THEIR SUCCESSOR TO COMPLY WITH PAYMENT OBLIGATION UNDER WIND-DOWN AGREEMENT**

     PLEASE TAKE NOTICE that upon the Motion dated March 2, 2010 (the "Motion") of Zinn Company, Inc. ("Zinn") for an order compelling the debtors Motors Liquidation Company (f/k/a General Motors Corporation) et al. and/or their successor, General Motors LLC (both entities referred to herein as "GM"), to pay Zinn forthwith the sum of $677,753, plus applicable interest, pursuant to the terms of the Wind-Down Agreement between GM and Zinn dated as of June 1, 2009, and the Supplemental Wind-Down Agreement dated as of November 20, 2009 (amended so as to be effective November 30, 2009), free of any set-offs or deductions from such sum as GM may claim, all as more fully set forth in the Motion, a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **April 8, 2010 at 9:45 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

     PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at

{NY094517;1}

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242 on the undersigned counsel for Zinn and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff, Esq., and Gregory G. Plotko, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); and (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.), so as to be received no later than **April 7, 2010, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
       March 2, 2010

                                          s/ *Keith N. Costa*

                                          Keith N. Costa (KC-1213)
                                          Martin Domb (MD-4109)
                                          AKERMAN SENTERFITT LLP
                                          335 Madison Avenue, 26th Floor
                                          New York, New York 1017
                                          Telephone: (212) 880-3800
                                          Facsimile: (212) 880-8965

                                          *Attorneys for Zinn Companies, Inc*

{NY094517;1}                    - 2 -