IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 09-50026-11 |
| MOTORS LIQUIDATING CORP., | § | |
| f/k/a GENERAL MOTORS CORP., | § § | |
| DEBTOR | § § | CHAPTER 11 |

## NOTICE OF WITHDRAWAL OF AMENDED
## PROOF OF CLAIM NO. 30940 FILED BY CITY OF McALLEN

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, **City of McAllen,** by and through its undersigned attorney, and shows the Court as follows:

1. On or about November 16, 2009, City of McAllen filed an Amended Proof of Claim for ad valorem property taxes in the amount of $ 28,848.89.

2. City of McAllen hereby withdraws that Proof of Claim.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
2700 Via Fortuna Drive, Ste. 400 (78746)
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)

By:*/s/ Diane W. Sanders*
   DIANE W. SANDERS
   State Bar No. 16415500

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Claim has been served on the parties listed below on this 3rd day of March, 2010.

Motors Liquidating Corporation
300 Renaissance Center
Detroit, Michigan  45265
**DEBTOR**

Stephen Karotkin
Weil Gotshal & Manges LLP
767 Fifth Aveune
New York, NY 10153
**ATTORNEY FOR DEBTOR**

Office of the U.S. Trustee
33 Whitehall St.
21st Floor
New York, NY 10004
**TRUSTEE**

General Motors/Motors Liquidation Co.
C/O The Garden City Group, Inc.
P O Box 9386
Dublin, Oh 43017
**CLAIMS AGENT**

                                        */s/ Diane W. Sanders*
                                        DIANE W. SANDERS