# MARTIN, MALEC & LEOPOLD, P. C.
ATTORNEYS AT LAW
1007 OLIVE ST., FIFTH FLOOR
ST. LOUIS, MISSOURI 63101
PHONE (314) 231-3323
FAX (314) 231-6739
mmllaw@swbell.net

JAMES M. MARTIN
JOHN MALEC*
HEIDI L. LEOPOLD*

* ALSO ADMITTED ILLINOIS

ILLINOIS OFFICE
119 East Mill
Waterloo, IL 62298
(618) 939-7186

February 19, 2010



RECEIVED FEB 23 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, OH 43017-4286

Re:   Frank L. Pugh
      GMC #09-0026 (REG)

Gentlemen:

We forwarded a claim to you on behalf of Frank L. Pugh, for which we have an acknowledgment of receipt dated 11/16/2009. Mr. Pugh is a General Motors employee who sustained injuries under the Missouri Workers' Compensation Act.

The directions from the Bankruptcy Court, per letter received from the Missouri Division of Workers' Compensation on 10/5/2009, required us to file proof of claim by first class mail, hand delivery, or overnight courier to your group.

The notice stated that we are not allowed to deliver proofs of claim by facsimile, telecopy or electronic mail transmission.

We received an omnibus objection to the claim, despite the fact that we filed the claim in a timely fashion. We have now been informed by our client received an omnibus objection to his claim, despite the fact that this case has been settled under the Missouri Workers' Compensation Act.

I would appreciate it if you would advise me of the status of this matter.

Very truly yours,

MARTIN, MALEC & LEOPOLD, P.C.

James M. Martin

JMM:mc

cc:   United States Bankruptcy Court\
      Southern District of New York
      #1 Bowling Green, Room 534
      New York, NY 10004

      Frank L. Pugh
      7105 Indiana
      Kansas City, MO 64132