# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-50026-11 |
| MOTORS LIQUIDATING CORP., | § | |
| f/k/a GENERAL MOTORS CORP., | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |

## NOTICE OF WITHDRAWAL OF AMENDED
## PROOF OF CLAIM NO. 22354 FILED BY SAN PATRICIO COUNTY

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, **San Patricio County,** by and through its undersigned attorney, and shows the Court as follows:

1. On or about October 28, 2009, San Patricio County filed an Amended Proof of Claim for ad valorem property taxes in the amount of $ 164.30.

2. San Patricio County hereby withdraws that Proof of Claim.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
2700 Via Fortuna Drive, Ste. 400 (78746)
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)


By:*/s/ Diane W. Sanders*
　　DIANE W. SANDERS
　　State Bar No. 16415500

1

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Claim has been served on the parties listed below on this 3rd day of March, 2010.

Motors Liquidating Corporation
300 Renaissance Center
Detroit, Michigan  45265
**DEBTOR**

Stephen Karotkin
Weil Gotshal & Manges LLP
767 Fifth Aveune
New York, NY 10153
**ATTORNEY FOR DEBTOR**

Office of the U.S. Trustee
33 Whitehall St.
21st Floor
New York, NY 10004
**TRUSTEE**

General Motors/Motors Liquidation Co.
C/O The Garden City Group, Inc.
P O Box 9386
Dublin, Oh 43017
**CLAIMS AGENT**

                                          */s/ Diane W. Sanders*
                                          DIANE W. SANDERS