**QUARLES & BRADY LLP**
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
Christopher Combest (IL ARDC No. 06224701) (admitted *pro hac vice*)

*Counsel for UPS Capital Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____
                                            :
In re:                                      :     Chapter 11
                                            :     Case No. 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al.*,       :
   f/k/a General Motors Corp., *et al.*,    :
                                            :     Jointly Administered
                     Debtors.               :
_____ :

## NOTICE OF WITHDRAWAL OF CLAIM NUMBER 44303

UPS Capital Corporation ("UPS"), by its undersigned counsel, hereby withdraws its Proof of Claim Number 44303, filed against Motors Liquidation Company (f/k/a General Motors Corporation) ("Debtor"), Case No. 09-50026 (REG), on November 24, 2009, pursuant to that certain "Purchase and Settlement Agreement" dated November 30, 2009, among Debtor, General Motors LLC, and UPS Capital Corporation.

Dated: March 3, 2010                QUARLES & BRADY LLP

                                    By:    /s/ Christopher Combest
                                           Christopher Combest (CC-3529)
                                    300 North LaSalle Street, Suite 4000
                                    Chicago, Illinois 60654
                                    Telephone: (312) 715-5000
                                    Facsimile: (312) 715-5155
                                    E-mail: Christopher.Combest@quarles.com

                                    *Counsel for UPS Capital Corporation*

QB\9848519.1