IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-50026 |
| | § | |
| GENERAL MOTORS CORPORATION | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
## OF PROOF OF CLAIM NO. 25443

**YOU ARE HEREBY NOTIFIED** that **Jackson County's** claim no. 25443 in the amount of **$257.74** is **WITHDRAWN**. The claim is being withdrawn because the taxes are paid.

Date: 3/3/10

Respectfully submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP

_____
JOHN P. DILLMAN
State Bar No. 05874400
TARA L. GRUNDEMEIER
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 - Telecopier

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-50026 |
| | § | |
| GENERAL MOTORS CORPORATION | § | |
| | § | |
| Debtor(s) | § | CHAPTER 11 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Jackson County's Notice of Withdrawal of Proof of Claim No. 25443** shall be served via electronic means if available, otherwise by regular, first class mail upon the following entities on 3/3/10

Debtor(s)

General Motors Corporation
300 Renaissance Center
Detroit, MI 48265-3000

Attorney in Charge for Debtor(s)

Joseph R. Sgroi
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Trustee

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

JOHN P. DILLMAN
State Bar No. 05874400
**TARA L. GRUNDEMEIER**
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier