**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On March 2, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the party identified on Exhibit A annexed hereto (attorney for movant):

- Stipulation and Agreed Order Between the Debtors and Westchester Fire Insurance Company Providing for Modification of the Automatic Stay [Docket No. 5080].

Dated: March 4, 2010            /s/ Kimberly Gargan
       Melville, New York       Kimberly Gargan


Sworn to before me this 4th day of March, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

BALLARD SPAHR LLP
ATTN VINCENT J MARRIOTT III
ATTY FOR WESTCHESTER FIRE INSURANCE CO
1735 MARKET STREET 51ST FL
PHILADELPHIA, PA 19103