**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On March 2, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (affected parties):

- Eleventh Omnibus Order Pursuant to 11 U.S.C. § 365 of the Bankruptcy Code to Reject Certain Executory Contracts [Docket No. 5084].

 Dated: March 3, 2010                    /s/ Kimberly Gargan
        Melville, New York               Kimberly Gargan

Sworn to before me this
3rd day of March, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| CENTERPOINT REALTY SERVICES CORPORATION<br>401 N MICHIGAN AVE STE 3000<br>ATTN: LEGAL DEPARTMENT<br>CHICAGO, IL 60611-4257 | CONNELL EQUIPMENT LEASING CO<br>ATT: GLORIA SORKIN<br>200 CONNELL DRIVE 4TH FLOOR<br>BERKELEY HEIGHTS, NJ 07922 |
| FIRST AMERICAN CAPITAL<br>C/O C4 CAPITAL CORPORATION<br>ATTN PATRICK M CURRAN<br>2557 OUR LAND ACRES<br>MILFORD, MI 48381 | FOLEY & LARDNER LLP<br>ATTN MATTHEW RIOPELLE ESQ<br>402 WEST BROADWAY SUITE 2100<br>SAN DIEGO, CA 92101-3542 |
| IBJTC BUSINESS CREDIT CORPORATION<br>ATTN THOMAS BABBINO<br>1251 AVE OF AMERICAS 32ND FL<br>NEW YORK, NY 10020 | ICON INCOME FUND TEN LLC<br>ATTN: CRAIG JACKSON<br>100 5TH AVE FL 4<br>NEW YORK, NY 10011-6910 |
| MISHAWAKA LEASING COMPANY, INC.<br>ATTN: DENISE JONES<br>7901 SOUTHPARK PLAZA<br>SUITE 204<br>LITTLETON, CO 80120 | NEW UNITED MOTOR MANUFACTURING INC<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>C/O GEORGE KALIKMAN<br>ONE MONTGOMERY ST SUITE 2200<br>SAN FRANCISCO, CA 94104 |
| NEW UNITED MOTOR MANUFACTURING, INC.<br>NEW UNITED MOTOR MANUFACTURING, INC. (NUMMI)<br>K KELLEY MCKENZIE, ESQ., GENERAL COUNSEL<br>45500 FREMONT BLVD<br>FREMONT, CA 94538 | RBS ASSET FINANCE<br>ATTN: MIKE O'GRADY<br>71 SOUTH WHACKER DRIVE<br>28TH FLOOR, MAIL STOP IH2800<br>CHICAGO, IL 60680 |
| TOYOTA MOTOR CORPORATION<br>ATTN: MR. KATSUMI IKEDA, GEN. MGR. INT'L LEGAL AFFAIRS<br>1 TOYOTO-CHO, TOYOTA-SHU<br>AICHI 471-8571 JAPAN | WELLS FARGO EQUIPMENT FINANCE INC<br>C/O C4 CAPITAL<br>ATT: PATRICK M CURRAN<br>2557 OUR LAND ACRES<br>MILFORD, MI 48381 |
| ZION CREDIT CORPORATION<br>ATTN : R. PETERSON<br>37 W 100 SOUTH<br>SALT LAKE CITY, UT 84101 | |