**New Hearing Date and Time:  April 8, 2010 at 2:00 p.m. (Eastern Time)**
          **New Objection Date and Time:  April 5, 2010 at 4:00 p.m. (Eastern Time)**

Robert B. Weiss
Joseph R. Sgroi
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226
Telephone: (313) 465-7570
Facsimile: (313) 465-7571

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | : | |
|---|---|---|
| **In Re** | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY** (f/k/a General Motors Corp.), et al., | : | Case No. 09-50026 (REG) |
| | : | (Jointly Administered) |
| Debtors. | : | Hon. Robert E. Gerber |
| | : | |

-------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON GENERAL MOTORS LLC'S MOTION (I) FOR DECLARATORY RELIEF REGARDING THE STATUS OF A CERTAIN SUBLEASE OR, IN THE ALTERNATIVE, RELIEF FROM THE ASSUMPTION AND ASSIGNMENT OF A CERTAIN SUBLEASE TO GM PURSUANT TO RULE 60(b) AND (II) TO RESCIND THE AGREEMENT TO RESOLVE OBJECTION TO CURE NOTICE BETWEEN GM AND KNOWLEDGE LEARNING CORPORATION DATED AUGUST 14, 2009**

**PLEASE TAKE NOTICE THAT:**

      The date on which General Motors LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation Dated August 14, 2009 [Docket No. 4895] (the "**Motion**"), which was originally scheduled for hearing before the Honorable Robert E. Gerber, United States Bankruptcy Judge,

Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on March 2, 2010 at 11:00 a.m. (Eastern Time), has been adjourned to **April 8, 2010 at 2:00 p.m. (Eastern Time)**. The new deadline to file any objections and responses to the Motion is **April 5, 2010 at 4:00 p.m. (Eastern Time)**.

|  |  |
|---|---|
|  | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>Counsel for General Motors LLC |
| Dated: March 4, 2010 | By: /s/ Joseph R. Sgroi<br>Robert B. Weiss (Michigan Bar No. P28249)<br>Joseph R. Sgroi (Michigan Bar No. P68666)<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Telephone: (313) 465-7570<br>Facsimile: (313) 465-7571<br>Email: jsgroi@honigman.com |

DETROIT.4075653.2

2