Robert B. Weiss
Joseph R. Sgroi
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7570
Facsimile: (313) 465-7571

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In Re** : Chapter 11
:
**MOTORS LIQUIDATION COMPANY** (f/k/a : Case No. 09-50026 (REG)
General Motors Corp.), et al., : (Jointly Administered)
:
Debtors. : Hon. Robert E. Gerber
:
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that he caused copies to be served as follows:

1. Document Served: Notice of Adjournment of Hearing on General Motors LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation Dated August 14, 2009.

2. Served Upon: All parties requesting Court ECF email notification

   Method of Service: Via Court ECF email notification

3. Served Upon: See attached Service List

   Method of Service: Via U.S. Mail unless otherwise indicated on the Service List

4. Date Served: March 4, 2010

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 4, 2010          By:   /s/ Joseph R. Sgroi
                                             Robert B. Weiss (Michigan Bar No. P28249)
                                             Joseph R. Sgroi (Michigan Bar No. P68666)
                                   2290 First National Building
                                   660 Woodward Avenue
                                   Detroit, MI  48226
                                   Telephone:  (313) 465-7570
                                   Facsimile:  (313) 465-7571
                                   Email:  jsgroi@honigman.com

DETROIT.4049013.1

General Motors LLC
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI  48226

Motors Liquidation Company
f/k/a General Motors Corp. et al.
AlixPartners, LLP
Attn:  Michelle Smith
2000 Town Center, Suite 2400
Southfield, MI  48075

Evan S. Lederman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Matthew Feldman, Esq.
United States Department of the Treasury
1500 Pennsylvania Avenue, NW, Room 2312
Washington. D.C. 20020

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price
1633 Broadway, 47th Floor
New York, NY  10019

Kenneth H. Eckstein, Esq.,
Thomas Moers Mayer, Esq., Adam C. Rogoff, Esq., and Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Daniel W. Sherrick, Esq.
International Union, United Automobile, Aerospace and Agriculture Implement Workers of America
8000 East Jefferson Avenue
Detroit, MI  48214

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY  10036

Diana G. Adams, Esq.
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Knowledge Learning Corporation
Attn: Darrell Lyons
650 NE Holladay Street
Portland, OR  97232

KinderCare Learning Centers, Inc.
Attn: Real Estate Assets
650 NE Holladay Street
Portland, OR  97232

Austin L. McMullen, Esq.
Bradley Arant Boult Cummings LLP
Knowledge Learning Corporation
1600 Division Street, Suite 700
Nashville, TN  37203
**Via 2-Day Federal Express**

David S. Jones, Esq.
Matthew L. Schwartz, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY  10007

U.S. Bankruptcy Court
Judge Robert E. Gerber – Helene Blum
One Bowling Green
New York, NY  10004
**Via 2-Day Federal Express**

DETROIT.4046311.1

| | | |
|---|---|---|
| Aldine Independent School District<br>Attn: Annettee Ramirez<br>14910 Aldine-Westfield Road<br>Houston, TX  77032 | Asplundh Tree Expert Co.<br>Attn: Philip E. Tatoian, Jr., Esq., VP<br>And General Counsel<br>708 Blair Mill Rd<br>Willow Grove, PA  19090 | Atlas Oil Company<br>124501 Ecorse Road<br>Taylor, MI 48180 |
| BNSF Railway Company<br>Attn: Quincy Chumley<br>3001 Western Center Blvd<br>Ft. Worth, TX  76131 | Bob Hastings Buick GMC, Inc.<br>Attn: David P. Stoetzel<br>800 Panorama Trail South<br>Rochester, NY  14625 | Charles Clark Chevrolet Co.<br>P.O. Box 520<br>McAllen, TX  78505 |
| Commonwealth Of Pennsylvania<br>Dept Of Labor And Industry<br>Reading Bankruptcy & Compl. Unit<br>Reading, PA  19602 | Daniel W. Sherrick, Esq.<br>General Counsel<br>8000 East Jefferson Ave<br>Detroit, MI 48214 | David V. Cooke, Esq.<br>Assistant City Attorney<br>Municipal Operations<br>201 West Colfax Avenue, Dept. 1207<br>Denver, CO  80202 |
| Department Of The Treasury<br>Attn: Office Of General Counsel<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C.  20220 | Michael Foreman, Esq.<br>Dorsey & Whitney LLP<br>Ballard Material Products Inc.<br>250 Park Avenue<br>New York, NY  10177 | Eaton Corporation<br>1111 Superior Avenue<br>Cleveland, OH  44114 |
| Edward S. Donini, Esq.<br>P.O. Box 605<br>New Smyrna Beach, FL  32170 | El Paso Corporation<br>Michael J. McGinnis, Senior Attorney<br>1001 Louisiana, Suite E 1943 A<br>Houston, TX  77002 | Ellias Group LLC<br>Attn: Dan Ellias<br>411 Theodore Fremd Ave, Suite 102<br>Rye, NY 10580 |
| Equitable Gas Bankruptcy Department<br>Attn: Judy Gawlowski<br>200 Allegheny Center Mall<br>Pittsburgh, PA  15212 | Factory Motor Parts Company<br>1380 Corporate Center Curve<br>Eagan, MN  55121 | Gay D. Pelzer<br>Deputy General Counsel<br>The University Of Iowa<br>Iowa City, IA  52242 |
| GHSP, Inc.<br>Attn: Ron Wallish<br>1250 South Beechtree Street<br>Grand Haven, MI  49417 | Gladfelter & Galvano, P.L.<br>Attn: Sacha Roass, Esq.<br>Goebel And Hawkins Grimes<br>1023 Manatee Ave West<br>Bradenton, FL  34205 | Howard County Office Of Law<br>Camela Sandmant, Asst Cty Solicitor<br>George Howard Building<br>3430 Courthouse Drive<br>Ellicott City, MD  21043 |
| Imperical County Treasurer<br>Karen Vogel, Treasurer Tax Collector<br>940 West Main Street, Suite 106<br>El Centro, CA  92243 | Internal Revenue Service<br>Attn: Insolvency Section<br>290 Broadway<br>New York, NY  10007 | Internal Revenue Service<br>Attn: Insolvency Section<br>P.O. Box 21126<br>Philadelphia, PA  19114 |
| Jim Barnard Chevrolet, Inc.<br>Attn: Allyn Barnard, President<br>7107 Buffalo Road<br>Churchville, NY  14428 | Knapp Chevrolet<br>815 Houston Avenue<br>Houston, TX  77007 | Madison County Tax Collector<br>Attn: Lynda Hall<br>100 Northside Square<br>Huntsville, AL  35801 |
| Meltzer, Purtill & Stelle, LLC<br>Attn: Forrest B. Lammiman<br>Broadway in Chicago LLC<br>300 South Wacker Drive, Suite 3500<br>Chicago, Il  60606 | Michael A. Cox, Atty General<br>Kathllen Gardiner, Asst Atty General<br>Julius O. Curling, Asst. Atty General<br>3030 W. Grand Blvd, Suite 10-200<br>Detroit, MI  48202 | Michigan Workers' Compensation<br>Agency<br>7150 Harris Dr.<br>Dimondale, MI  48821 |

| | | |
|---|---|---|
| Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-GMC, Inc.<br>Attn: Michael E. Barnard, President<br>616 Thayer Road<br>Fairport, NY  14450 | New York City Dept. Of Finance<br>Attn: Legal Affairs - Devora Cohn<br>345 Adams St, 3rd Floor<br>Brooklyn, NY  11201 | New York State Dept Taxation & Finance<br>Attn: Bankruptcy/Special Proc. Sect.<br>PO Box 5300<br>Albany, NY  12205 |
| North America Tonnage Linde, Inc.<br>Attn: Jeffrey J. Johns, Commercial Director<br>575 Mountain Avenue<br>Murray Hill, NJ  07974 | Paddock Chevrolet, Inc.<br>Attn: Duane Paddock, President<br>3232 Delaware Avenue<br>Kenmore, NY  14217 | S. Ornelas & M. Castillo Jr.<br>Ornelas, Castillo & Ornelas, PLLC<br>401 East Hillside Rd., 2nd Floor<br>Laredo, TX  78041 |
| P. Richard Hartley<br>415 E. Commerce Street, Suite 101<br>PO Box 583<br>Greenville, AL  36037 | Securities And Exchange Commission<br>Attn: Andrew N. Vollmer, Acting Gen. Counsel<br>100 F Street, ND<br>Washington, D.C.  20549 | Penske Auto Group<br>18600 South Hawthorne Boulevard<br>Torrance, CA  90504 |
| Pima County<br>Barbara Lawall, Civil Division<br>T. Roberts & G. Yusufov<br>32 N. Stone, Suite 1400<br>Tucson, AZ  85701 | The Valley Cadillac Corporation<br>Attn: Edward T. Meaghar, Jr., President<br>3100 Winton Road South<br>Rochester, NY  14623 | R. Elping, K. Dine & E. Carrig<br>1540 Broadway<br>New York, NY  11036 |
| Kevin M Schoenl<br>Connie Schoenl<br>20 Jade Creek Dr<br>Hilton, NY  14468 | Toyota Motor Sales U.S.A, Inc.<br>Attn: Tobin Lippert<br>19001 South Western Ave, HQ12<br>Torrance, CA  90509 | Shape Corp.<br>Attn: Budd Brink<br>1900 Hayes Street<br>Grand Haven, MI  49417 |
| Team Chevrolet, Inc.<br>Attn: Thomas Steigerwald, VP<br>2830 Route 16 North<br>Olean, NY  14760 | Underwood & Associates, P.C.<br>Attn: Otis M. Underwood Jr.<br>167 S. Washington St.<br>Oxford, MI  48371 | Toyota Boshoku America, Inc.<br>28000 West Park Drive<br>Novi, MI  48377 |
| United States Attorney's Office<br>Attn: Claims Unit - Room 417<br>One St. Andrews Plaza<br>New York, NY  10007 | Washington Department Of Revenue<br>Zachary Mosner, Asst. Atty General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104 | |
| 3M Company<br>Attn: Catherine Barnett Wilson<br>Office Of General Counsel<br>3M Center, Building 220-9E-02<br>St. Paul, MN  55144 | Arnall Golden Gregory LLP<br>Attn: Darryl S. Laddin & Frank N. White<br>171 17th Street, NW, Suite 2100<br>Atlanta, GA  30363 | Baker & Hostetler LLP<br>Attn: Joseph F. Hutchinson, Jr., Eric Goodman, Wendy J. Gibson<br>3200 National City Center<br>1900 E. 9th Street<br>Cleveland, OH  44114 |
| Aiken Schenk Hawkins & Riccardi P.C.<br>Attn: Barbara Lee Caldwell<br>4742 North 24th Street, Suite 100<br>Phoenix, AZ  85016 | At&T Services Inc.<br>Attn: James W. Grudus<br>One At&T Way, Room 3A218<br>Bedminster, NJ  07921 | Baker & Hostetler LLP<br>Attn: Richard Bernard, Esq.<br>45 Rockefeller Plaza<br>New York, NY  10111 |
| Airgas, Inc.<br>Attn: David Boyle, Consultant To Legal Dept<br>259 Radnor Chester Road<br>Radnor, PA 19087 | Attorney General<br>Attn: Roland Hwang, Esq.<br>Growth, Unemployment Insurance Agency<br>3030 W. Grand Boulevard, Suite 9-600<br>Detroit, MI  48202 | |

Allard & Fish, P.C.
Attn: Deborah L. Fish, Esq.
2600 Buhl Bldg
535 Griswold
Detroit, MI  48226

Alpine Electronics Of America, Inc.
Attn: Cynthia Woodruff-Neer, Esq.
19145 Gramercy Place
Torrance, CA  90501

Arcadis U.S., Inc.
Attn: Liesl Spangler,
Associate Counsel
630 Plaza Drive, Suite 100
Highlands Ranch, CO  80129

Arent Fox LLP
Christopher Giaimo, Jeffrey Rothleder
Andrea Campbell
1050 Connecticut Avenue, NW
Washington, DC  20036

Arent Fox LLP
Attn: James M. Sullivan, Esq.
1675 Broadway
New York, NY  10019

Arent Fox LLP
Attn: Mary Joanne Dowd, Esq.
1050 Connecticut Avenue, NW
Washington, DC  20036

Armstrong Teasdale, LLP
Attn: David L. Going, Esq.
One Metropolitan Square, Suite 2600
St. Louis, MO  63102

Bialson, Bergen & Schwab
Patrick M. Costello & Thomas M. Gaa
2600 El Camino Real, Suite 300
Palo Alto, CA  94306

Blue Cross And Blue Shield Of Michigan
Attn: Jeffrey Rumley, Assistant
General Counsel
600 Lafayette East #1925
Detroit, MI  48226

Borges & Associates, LLC
Attn: Wanda Borges, Esq.
575 Underhill Blvd., Suite 118
Syosset, NY  11791

Attorney General
Attn: Leslie C. Levy, Assistant
Attorney General
2115 State Capitol Building
Lincoln, NE  68509

Attorney General
Attn: Mark Browning, Assistant
Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711

Attorney General Of Ohio
Victoria D. Garry, Asst Atty General
Collections & Enforcement
441 Vine Street
Cincinnati, OH  45202

Attorney General
Michael A. Cox & Dennis J. Raterink
Labor Division
P.O. Box 30736
Lansing, MI  48909

Attorney General
Kimberly Walsh, Asst Atty General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711

Attorney General
Susan Przekop-Shaw
Asst Atty General
P.O. Box 30736
Lansing, MI  48909

Attorney General
Attn: Neal S. Mann, Asst Atty General
120 Broadway - 24th Floor
New York, NY  10271

Bingham Mccutchen LLP
Robert M Dombroff, Jeffrey S. Sabin
399 Park Avenue
New York, NY  10022

Blank Rome LLP
Attn: Marc E. Richards, Esq.
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

Bodman LLP
Attn: Colin T. Darke, Marc M. Bakst
1901 St. Antoine Street
6th Floor At Ford Field
Detroit, MI  48226

Ballard Spahr Andrews & Ingersoll
Attn: Matthew G. Summers, Esq.
300 East Lombard Street, 18th Floor
Baltimore, MD  21202

Barnes & Thornburg LLP
Attn: John T. Gregg, Esq.
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI  49503

Barnes & Thornburg LLP
Attn: Mark R. Owens, Esq.
11 South Meridian Street
Indianapolis, IN  46204

Barrick, Switzer, Long, Balsley &
Van Evera
Attn: Robert C. Pottinger, Esq.
6833 Stalter Drive, First Floor
Rockford, IL  61108

Bartlett Hackett Feinberg P.C.
Attn: Frank F. Mcginn, Esq.
155 Federal Street, 9th Floor
Boston, MA  02110

Becker, Glynn, Melamed & Muffly LLP
Attn: Chester B. Salomon, Esq.
299 Park Avenue, 16th Floor
New York, NY  10171

Berger Singerman, P.A.
Attn: Arthur J. Spector, Esq.
350 E. Las Olas Blvd, 10th Floor
Fort Lauderdale, FL  33301

Bingham McCutchen LLP
Anna M. Boelitz, Jonathan B. Alter
One State Street
Hartford, CT  06103

Blank Rome LLP
Attn: Regina Stango Kelbon, Esq.
One Logan Square
Philadelphia, PA  19103

Brady C Williamson
Godfrey & Kahn Sc
One East Main St
Madison, WI  53703

Brayton Purcell LLP
Attn: Alan R. Brayton, Christina C. Skubic, Matthew B. Lee
222 Rush Landing Road
Novato, CA  94945

Bracewell & Giuliani LLP
Attn: Renee Dailey
225 Asylum Street, 26th Floor
Hartford, CT  06103

Brooks Wilkins Sharkey & Turco
Matthew E. Wilkins, Paula A. Hall
401 S. Old Woodward Ave, Suite 460
Birmingham, MI  48009

Buchalter Nemer, PC
Attn: Shawn M. Christianson, Esq.
333 Market Street, 25th Floor
San Francisco, CA  94105

Briggs And Morgan P.A.
Attn: John R. McDonald, Esq.
2200 Ids Center
80 South 8th Street
Minneapolis, MN  55402

Brown & Whalen, P.C.
Attn: Rodney A. Brown, Esq.
700 Third Avenue, 20th Floor
New York, NY  10017

Burr & Forman LLP
Attn: D. Christopher Carson & Jennifer B. Kimble
420 North 20th Street, Suite 3400
Birmingham, AL  35203

Brown & Connery, LLP
Attn: Kenneth J. Schweiker, Jr., Esq.
6 North Broad Street, Suite 100
Woodbury, NJ  08096

Burlington Northern Sante Fe Railway Company
Peter M. Lee, Senior General Atty
2500 Lew Menk Drive
P.O. Box 961039
Ft. Worth, TX  76161

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY  10281

Burke, Warren, Mackay & Serritella, P.C.
Attn: J. Kim & G. Ring
330 N. Wabush Ave. 22nd Floor
Chicago, IL  60611

Butzel Long, PC
Attn: Robert Sidorsky, Eric B. Fisher
380 Madison Avenue
New York, NY  10017

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch & Rita Tobin Mark Buttita
375 Park Avenue, 35th Floor
New York, NY  10152

Bush Seyferth & Paige PLLC
Attn: Richard W. Paige
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084

C.B. Blackard, III
Corporate Counsel
Acxiom Corporation
301 E Dave Ward Dr
Conway, AR  72033

Clark Hill PLC
Christopher Cahill, Robert Gordon
151 S Old Woodward Ave, Ste 200
Birmingham, MI  48009

Butzel Long, PC
Attn: Thomas B. Radom & Max J. Newman
41000 Woodward Avenue
Bloomfield Hills, MI  48304

Canon U.S.A, Inc.
Attn: Ruth E. Weinstein
One Canon Plaza
Lake Success, NY  11042

Cohen, Weiss And Simon LLP
Attn: Babette A. Ceccotti, Esq.
330 West 42nd Street
New York, NY  10036

Campbell, O'brien & Mistele, P.C.
Attn: Robert J. Figa, Esq.
100 W. Big Beaver Road, Suite 385
Troy, MI  48084

Carson Fischer, P.L.C.
Joseph Fischer, Lawrence Lichtman, Patrick Kukla, Christopher Grosman
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302

Connell Foley LLP
Attn: Stephen V. Falanga & Christopher M. Hemrick
888 Seventh Avenue
New York, NY  10106

Caplin & Drysdale, Chartered
Attn: Peter Van Lockwood, Ronald Reinsel & Trevor Swett, III. Mark Buttita
1 Thomas Circle
Washington, DC  20005

Chapell & Associates, LLC
Attn: Alan Chapell, Cipp
Consumer Privacy Ombudsman
297 Driggs Avenue, Suite 3a
Brooklyn, NY  11222

Covington & Burling LLP
Attn: Michael St. Patrick Baxter, Esq.
1201 Pennsylvania Avenue NW
Washington, DC  20004

Cassels Brock
Attn: Michael Weinczok
2100 Scotia Plaza - 40 King Street West
Toronto, ON M5H 3C2
**CANADA**

Cleary Gottlieb Steen & Hamilton LLP
A Richard Susko, D. Buell, J. Bromley
S. O'Neal, D. Gottlieb, R. Lincer
One Liberty Plaza
New York, NY  10006

Dana Holding Company
Attn: Lisa Wurster
PO Box 1000
Maumee, OH  43537

Cohn Whitesell & Goldberg LLP
Attn: Michael J. Goldberg, Esq.
101 Arch St. Suite 1605
Boston, MA  02110

Clifford Chance US LLP
Andrew Brozman & Sarah Campbell
RBS Citizens N.A.
31 West 52nd Street
New York, NY  10019

| | | |
|---|---|---|
| Day Pitney<br>Richard M. Meth, Herbert K. Ryder<br>P.O. Box 1945<br>Morristown, NJ 07962 | Coolidge Wall Co., L.P.A.<br>Attn: Ronald S. Pretekin, Esq.<br>33 West First Street, Suite 600<br>Dayton, OH 45402 | Cole, Schotz, Meisel Forman &<br>Leonard, P.A.<br>Attn: Stuart Komrower, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 |
| Debevoise & Plimpton LLP<br>Jasmine Powers, Richard F. Hahn<br>919 Third Avenue<br>New York, NY 10022 | Covington & Burling LLP<br>Attn: Susan Power Johnston, Esq.<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 | County Attorney<br>Attn: Belkys Escobar, Assistant<br>County Attorney<br>One Harrison Street, S.E., 5th Floor<br>Leesburg, VA 20175 |
| Dechert LLP<br>Attn: Juliet Sarkessian, Esq.<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104 | Davis Polk & Wardwell<br>Donald Bernstein & Marshall Huebner<br>450 Lexington Avenue<br>New York, NY 10017 | Cummings & Lockwood LLC<br>Attn: John F. Carberry, Esq.<br>Six Landmark Square<br>Stamford, CT 06901 |
| Department Of Labor & Industry<br>Attn: Denise A. Mertz<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street, Room 203<br>Reading, PA 19602 | Day Pitney LLP<br>Attn: Herbert Ryder, Amish R. Doshi<br>7 Times Square<br>New York, NY 10036 | Dawda, Mann, Mulcahy & Sadler, Plc<br>Attn: William Rosin & Kenneth Flaska<br>39533 Woodward Avenue, Suite 200<br>Bloomfield Hills, MI 48304 |
| Dickinson Wright PLLC<br>Doron Yitzchaki, Michael C. Hammer<br>301 E. Liberty, Suite 500<br>Ann Arbor, MI 48104 | Dickinson Wright PLLC<br>Colleen Sweeney, Kerry Masters Ewald<br>424 Church Street, Suite 1401<br>Nashville, TN 37219 | Day Pitney LLP<br>Attn: Richard M. Meth, Esq.<br>200 Campus Drive<br>Florham Park, NJ 07932 |
| Drinker Biddle & Reath LLP<br>Attn: Kristen K. Going, Esq.<br>1500 K Street, N.W.<br>Washington, DC 20005 | Diconza Law P.C.<br>Attn: Gerard Diconza, Esq.<br>630 Third Avenue, 7th Floor<br>New York, NY 10017 | Dealer Tire, LLC<br>3711 Chester Avenue<br>Cleveland, OH 44114 |
| Edwards Angell Palmer & Dodge LLP<br>R. Hiersteiner, J. Darcey, A. Zuccarello<br>J. Groves, C. Bodell & J. Whitlock<br>111 Huntington Avenue<br>Boston, MA 02199 | Drinker Biddle & Reath LLP<br>Attn: Stephanie Wickouski, Esq.,<br>Kirstin K. Going<br>140 Broadway, 39th Floor<br>New York, NY 10005 | Dechert LLP<br>Attn: James O. Moore, Shmuel Vasser<br>1095 Avenue Of The Americas<br>New York, NY 10036 |
| Ellis & Winters, LLP<br>Attn: George F. Sanders Iii<br>P.O. Box 33550<br>Raleigh, NC 27615 | Elliott Greenleaf<br>Attn: R. Z - Aravena & T. Kittila,Esq.<br>1105 North Market St. 17th Floor<br>Wilmington, DE 19801 | Department Of Labor<br>Attn: Deputy Solicitor Of Labor<br>200 Constitution Avenue, NW<br>Washington, DC 20201 |
| Felderstein Fitzgerald<br>Willoughby & Pascuzzi LLP<br>Attn: Paul J. Pascuzzi, Esq.<br>400 Capital Mall, Suite 1450<br>Sacramento, CA 95814 | Entergy Services, Inc<br>Attn: Alan H. Katz, Assistant General<br>Counsel<br>639 Loyola Avenue, 26th Floor<br>New Orleans, LA 70113 | Dickinson Wright PLLC<br>Dawn R. Copley, James A. Plemmons<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226 |
| Foley & Lardner LLP<br>Attn: Frank Dicastri, Esq.<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202 | Ervin Cohen & Jessup LLP<br>Michael S. Kogan & Peter Jazayeri<br>9401 Wilshire Boulevard<br>Beverly Hills, CA 90212 | DLA Piper LLP<br>Karol Denniston & Jennifer Nassiri<br>550 S. Hope Street, Suite 2300<br>Los Angeles, CA 90071 |

| | | |
|---|---|---|
| Fox Rothschild LLP<br>Attn: Fred Stevens, Esq.<br>100 Park Avenue, Suite 1500<br>New York, NY  10017 | Foley & Lardner LLP<br>Attn: Robert H. Huey, Esq.<br>Washington Harbour<br>3000 K Street, N.W., Suite 600<br>Washington, DC  20007 | EDS, AN HP Company<br>Ayala Hassell, Bankruptcy & Insolvency,<br>Senior Attorney<br>H3-3A-05<br>Plano, TX  75024 |
| Friedlander Misler, PLLC<br>Attn: Robert E. Greenberg, Esq.<br>1101 Seventeenth St, NW, Ste 700<br>Washington, DC  20036 | Foley & Lardner LLP<br>Attn: Jill L. Munch & Joanne Lee<br>321 North Clark Street, Suite 2800<br>Chicago, IL  60654 | Ellis & Winters LLP<br>Attn: George F. Sanderson Iii<br>P.O. Box 33550<br>Raleigh, NC  27636 |
| Gersten Savage, LLP<br>Attn: Paul Rachmuth<br>600 Lexington Avenue<br>New York, NY  10022 | Fraser Trebilcock Davis & Dunlap, P.C.<br>Attn: G. Alan Wallace, Esq.<br>124 West Allegan Street, Suite 1000<br>Lansing, MI  48933 | Erman, Teicher, Miller, Zucker & Freedman<br>Earle Erman, David Eisenberg, Dianne Ruhlandt<br>400 Galleria Officentre, Ste. 444<br>Southfield, MI  48034 |
| Godfrey & Kahn, S.C.<br>Attn: Timothy F. Nixon, Esq<br>780 North Water Street<br>Milwaukee, WI  53202 | Fulbright & Jaworski L.L.P.<br>David A. Rosenzweig & Mark C. Haut<br>666 Fifth Avenue<br>New York, NY  10103 | Farella Braun & Martel LLP<br>Neil A. Goteiner, Esq.<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104 |
| Goulston & Storrs, P.C.<br>Douglas B. Rosner, Gregory O. Kaden<br>400 Atlantic Avenue<br>Boston, MA  02110 | Fulbright & Jaworski L.L.P.<br>Attn: Michael M. Parker, Esq.<br>300 Convent Street, Suite 2200<br>San Antonio, TX  78205 | Foley & Lardner LLP<br>Attn: Victor A. Vilaplana & Matthew J. Riopelle<br>402 West Broadway, Suite 2100<br>San Diego, CA  92101 |
| Hahn & Hessen LLP<br>J. Divack & H. Patwardhan<br>488 Madison Avenue, 15th Floor<br>New York, NY  10022 | Gibbons P.C.<br>Attn: David N. Crapo, Esq.<br>One Gateway Center<br>Newark, NJ  07102 | Foley & Lardner LLP<br>M. Aiello, S. Barbatano, S. Hilfinger<br>J. Simon, K. Catanese, S. Seabolt<br>One Detroit Center<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI  48226 |
| Halperin Battaglia Raicht, LLP<br>Attn: Christopher J. Battaglia &<br>Julie D. Dayas, Esq.<br>555 Madison Avenue, 9th Floor<br>New York, NY  10022 | Girrard Gibbs LLP<br>Attn: D. Girard & A.J. De Bartolomeo<br>601 California Street, Suite 1400<br>San Francisco, CA  94108 | Forman Holt Eliades & Ravin, LLC<br>Attn: Kim R. Lynch, Esq.<br>80 Route 4 East, Suite 290<br>Paramus, NJ  07652 |
| Haynes And Boone LLP<br>Patrick Hughes, Peter Ruggero<br>Charles Beckman, Brooks Hamilton<br>1221 McKinney, Suite 2100<br>Houston, TX  77010 | Golenbock Eiseman Assor Bell & Peskoe<br>Jonathan Flaxer, Douglas Furth<br>Anthony Vassallo<br>437 Madison Avenue<br>New York, NY  10022 | Freeborn & Peters LLP<br>Aaron L. Hammer & Thomas R. Fawkes<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL  60606 |
| Hess Corporation<br>Attn: Elizabeth Anne Carini Currenti<br>1 Hess Plaza<br>Woodbridge, NJ  07095 | Harman Becker Automotive Systems<br>39001 West 12 Mile Road<br>Farmington Hills, MI  48331 | Fulbright & Jaworski L.L.P.<br>Liz Boydston, Louis R. Strubeck<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX  75201 |
| Hinckley, Allen & Snyder LLP<br>Thomas Curran, Paul O'Donnell<br>Jennifer Doran<br>28 State Street<br>Boston, MA  02109 | Haynsworth Sinkler Boyd, P.A.<br>Attn: William H. Short, Jr., Esq.<br>PO Box 11889<br>Columbia, SC  29211 | Fulbright & Jaworski L.L.P.<br>David A. Rosenzweig, Jaclyn L. Rabin<br>666 Fifth Avenue<br>New York, NY  10103 |

| | | |
|---|---|---|
| Hogan & Hartson LLP<br>Scott A. Golden & Brian J Grieco<br>875 Third Avenue<br>New York, NY 10022 | Hewlett-Packard CompaNY Lp<br>Ramona Neal, Senior Counsel<br>11311 Chinden Boulevard<br>Mail Stop 314<br>Boise, ID 83714 | Gibson, Dunn & Crutcher LLP<br>David M. Feldman, Matthew J. Williams<br>200 Park Avenue<br>New York, NY 10166 |
| Hunter & Schank Co., LPA<br>John J. Hunter, Jr., Thomas J. Schank<br>One Canton Square<br>1700 Canton Avenue<br>Toledo, OH 43604 | Hiscock & Barclay, LLP<br>Susan R. Katzoff, Esq.<br>One Park Place<br>300 South State Street<br>Syracuse, NY 13202 | Glenn M. Reisman, Esq.<br>Two Corporate Drive, Suite 234<br>Shelton, CT 06484 |
| Hunton & Williams LLP<br>Peter Partee, Richard Norton,<br>Scott H. Bernstein<br>200 Park Avenue<br>New York, NY 10166 | Industry Canada, Legal Services<br>Attn: Anne Boudreau<br>235 Queen Street<br>Ottawa, ON K1A OH5<br>**Canada** | Gorlick, Kravitz & Listhaus, P.C.<br>Attn: Barbara S. Mehlsack, Esq.<br>17 State Street, 4th Floor<br>New York, NY 10004 |
| International Union, UAW<br>Daniel Sherrick & Niraj Ganatra<br>Legal Dept.<br>8000 East Jefferson Avenue<br>Detroit, MI 48214 | Ivey, Barnum And O'mara, LLC<br>Attn: Melissa Zelen Neier, Esq.<br>170 Mason Street<br>Greenwich, CT 06830 | Greenberg Traurig, LLP<br>Attn: B. Zirinsky, N. Mitchell & A. Kadish<br>200 Park Avenue<br>New York, NY 10166 |
| Jaffe, Raitt, Heuer, & Weiss, P.C.<br>Attn: Richard E. Kruger<br>27777 Franklin Rd. Suite 2500<br>Southfield, MI 48034 | Jenner & Block LLP<br>Daniel Murray & Joseph Gromacki<br>353 N. Clark St.<br>Chicago, IL 60654 | Hahn Loeser & Parks LLP<br>Attn: Lee D. Powar & Daniel A.<br>Demarco & Rocco I. Debitetto<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114 |
| Johnson, Hearn, Vinegar, Gee & Glass<br>Attn: Jean Winborne Boyles, Esq.<br>P.O. Box 1776<br>Raleigh, NC 27602 | Johnston Barton Proctor & Rose LLP<br>Attn: Max A. Moseley, Esq.<br>569 Brookwood Village, Suite 901<br>Birmingham, AL 35209 | Haynes And Boone, LLP<br>Judith Elkin, Matthew E. Russell<br>Jonathan Hook<br>1221 Avenue Of The Americas, 26th Fl<br>New York, NY 10020 |
| Kaye Scholer LLP<br>Richard Smolev & Stewart Herman<br>425 Park Avenue<br>New York, NY 10022 | Keating Muething & Klekamp PLL<br>Attn: Jason V. Stitt, Esq.<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202 | Herrick, Feinstein LLP<br>Attn: Stephen B. Selbst & Paul Rubin<br>2 Park Avenue<br>New York, NY 10016 |
| Kelley Drye & Warren LLP<br>David Retter, Pamela Bruzzese-Szczgiel, Jennifer Christian<br>James Carr, Jordan Bergman<br>101 Park Avenue<br>New York, NY 10178 | Kilpatrick & Associates, P.C.<br>Richardo Kilpatrick & Leonora Baughman<br>903 N. Opdyke Road, Suite C<br>Auburn Hills, MI 48326 | Hewlett-Packard Financial Services Co<br>Attn: Amy S. Chipperson, Esq.<br>420 Mountain Avenue<br>Murray Hill, NJ 07640 |
| Kennedy, Jennik & Murray P.C.<br>Susan Jennik, Thomas Kennedy<br>Larry Magarik<br>113 University Place, 7th Fl<br>New York, NY 10003 | Kotz, Sangster, Wysocki And Berg<br>Frederick Berg & Jayson Macyda<br>400 Renaissance Center, Suite 3400<br>Detroit, MI 48243 | Hunton & Williams LLP<br>Attn: J.R. Smith<br>Riverfront Plaza, East Tower<br>Richmond, VA 23219 |
| Kohrman Jackson & Krantz, Pll<br>Attn: James W. Ehrman, Esq.<br>One Cleveland Center, 20th Floor<br>1375 East Ninth Street<br>Cleveland, OH 44114 | Lambert, Leser, Isackson, Cook & Giunta, P.C.<br>Adam D. Bruski, Susan M. Cook<br>916 Washington Avenue, Suite 309<br>Bay City, MI 48708 | International Union Of Operating Engineers<br>Attn: Richard Griffin, Gen. Counsel<br>1125 Seventeenth Street, NW<br>Washington, DC 20036 |

| | | |
|---|---|---|
| Kupelian Ormond & Magy, P.C.<br>Attn: Terrance Hiller, David Blau,<br>Paul Magy, Matthew Schlegel<br>25800 Northwestern Hwy, Suite 950<br>Southfield, MI  48075 | Law Offices Of Gabriel Del Virginia<br>Attn: Gabriel Del Virginia, Esq.<br>488 Madison Ave<br>New York, NY  10022 | J.L. Saffer, P.C.<br>Attn: Jennifer L. Saffer, Esq.<br>20 Vesey Street, 7th Floor<br>New York, NY  10007 |
| Latham & Watkins LLP<br>Robert Rosenberg & Adam Goldberg<br>885 Third Avenue, Suite 1000<br>New York, NY  10022 | Leclairryan P.C<br>Michael Hastings, Michael Conway<br>830 Third Avenue, 5th Floor<br>New York, NY  10022 | Jenner & Block LLP<br>Patrick Trostle & Heather Mcarn<br>919 Third Avenue, 37th Floor<br>New York, NY  10022 |
| Lawrence Jay Kraines, Esq.<br>14235 Dickens Street,  Suite 4<br>Sherman Oaks, CA  91423 | Linebarger Goggan Blair & Sampson<br>Attn: John P. Dillman, Esq.<br>PO Box 3064<br>Houston, TX  77253 | K&L Gates LLP<br>Attn: Jeffrey N. Rich & Eric T. Moser<br>599 Lexington Avenue<br>New York, NY  10022 |
| Linebarger Goggan Blair & Sampson<br>Attn: Elizabeth Weller, Esq.<br>2323 Bryan Street, Suite 1600<br>Dallas, TX  75201 | Locke Lord Bissell & Liddell LLP<br>Attn: Timothy S. McFadden, Esq.<br>111 South Wacker Drive<br>Chicago, IL  60606 | Kelley & Ferraro, L.L.P.<br>Attn: Thomas M. Wilson, Esq.<br>2200 Key Tower<br>127 Public Square<br>Cleveland, OH  44114 |
| Locke Lord Bissell & Liddell LLP<br>Attn: Kevin J. Walsh, Esq.<br>3 World Financial Ctr Fl 20<br>New York, NY  10281 | Maddin, Hauser, Wartell, Roth & Heller, P.C.<br>Kathleen H. Klaus, Michael S. Lieb<br>28400 Northwestern Hwy., 3rd Floor<br>Southfield, MI  48034 | Kerr, Russell And Weber, PLC<br>P. Warren Hunt & James Deline<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI  48226 |
| Lowenstein Sandler PC<br>Attn: Michael S. Etkin, S. Jason Teele,<br>Ira M. Levee<br>65 Livingston Avenue<br>Roseland, NJ  07068 | Mazzeo Song & Bradham LLP<br>Attn: David H. Hartheimer, Esq.<br>708 Third Avenue, 19th Floor<br>New York, NY  10017 | Klehr, Harrison, Harvey, Branzburg & Ellers LLP<br>Morton Branzburg & Brian Crowley<br>260 S. Broad Street<br>Philadelphia, PA  19102 |
| Matta Blair, Plc<br>Attn: Steven A. Matta, Esq.<br>4145 Dublin Drive, Suite 100<br>Bloomfield Hills, MI  48302 | Mckenna Long & Aldridge LLP<br>Charles Dorkey III, Jessica Mayes<br>Christopher F. Graham<br>230 Park Avenue, Suite 1700<br>New York, NY  10169 | Kramer Levin Naftalis & Frankel LLP<br>Thomas Moers Mayer, Amy<br>Caton, Adam Rogoff, Gregory Plotko<br>1177 Avenue Of The Americas<br>New York, NY  10036 |
| McCarthy, Lebit, Crystal & Liffman<br>Kimberly A. Brennan, Robert R. Kracht<br>101 West Prospect Ave, Suite 1800<br>Cleveland, OH  44115 | Meyer, Suozzi, English & Klein, P.C.<br>Attn: Hanan B. Kolko, Esq.<br>1350 Broadway, Suite 501<br>P.O. Box 822<br>New York, NY  10018 | Law Offices Of Robert E. Luna, P.C.<br>Attn: Andrea Sheehan, Esq.<br>4411 N. Central Expressway<br>Dallas, TX  75205 |
| McNamee, Lochner, Titus & Williams<br>Jacob F. Lamme, John J. Privitera<br>677 Broadway<br>AlbaNY, NY  12207 | Michigan Funds Administration<br>7201 W. Saginaw Hwy, Ste 110<br>Lansing, MI  48917 | Levy Ratner P.C.<br>Suzanne Hepner, Ryan J. Barbur<br>& Robert H. Stroup<br>80 Eighth Avenue, 8th Floor<br>New York, NY  10011 |
| Meyer, Suozzi, English & Klein, P.C.<br>Edward Lobello, Alan Marder.<br>Jil Mazer-Marino, J. Rando Cristiano<br>990 Stewart Avenue, Suite 300<br>Garden City, NY  11530 | Miller, Canfield, Paddock & Stone<br>Susan I. Robbins, Esq.<br>500 Fifth Avenue, Suite 1815<br>New York, NY  10110 | Linebarger Goggan Blair & Sampson<br>Diane W. Sanders, Esq.<br>2700 Via Fortuna Drive, Suite 400<br>P.O. Box 17428<br>Austin, TX  78760 |

Michigan Environment, Natural Resources And Agriculture Division
Attn: Celeste R. Gill
525 W. Ottawa, 6th Floor
G. Menne Williams Building
Lansing, MI  48909

Milbank, Tweed, Hadley & McCloy
Matthew S. Barr, Tyson M. Lomazow & Samuel A. Khalil
1 Chase Manhattan Plaza
New York, NY  10005

Miller, Canfield, Paddock & Stone
Donald Hutchinson, Timothy Fusco
Marc N. Swanson
150 West Jefferson Ave, Suite 2500
Detroit, MI  48226

Montgomery, Mccracken, Walker & Rhoads, LLP
Atty For Steven Kazan, Esq.
Attn: Natalie Ramsey & J. O'neil, Jr.
123 South Broad Street
Philadelphia, PA  19109

Motley Rice LLC
Jeanette M. Gilbert, Joseph F. Rice, John A. Baden Iv
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

Much Shelist Denenberg Ament And Rubenstein, P.C.
Attn: Colleen E. Mcmanus, Esq.
191 North Wacker Dr, Ste 1800
Chicago, IL  60606

Myers & Fuller, P.A.
Attn: Richard Sox, Esq.
2822 Remington Green Circle
Tallahassee, FL  32308

Narmco Group
Attn: Gary Kelly
2575 Airport Road
Windsor, ON N8W 1Z4
**CANADA**

New York State Department Of Law
Maureen F. Leary, Susan L. Taylor
Environmental Protection Bureau
The Capitol
Albany, NY  12224

Office Of The Attorney General
Andrew M. Cuomo
120 Broadway
New York, NY  10271

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Attn: Paul J. Ricotta, Esq.
One Financial Center
Boston, MA  02111

Morgan, Lewis & Bockius LLP
Andrew D Gottfried, Richard S. Toder
Howard S. Beltzer, Emmeline S. Liu
101 Park Avenue
New York, NY  10178

Morgan, Lewis & Bockius LLP
Michael A. Bloom & Rachel Jaffe Mauceri
1701 Market Street
Philadelphia, PA  19103

Motors Liquidation Company
Attn: Lawrence S. Buonomo, Esq.
500 Renaissance Center, Suite 1400
Detroit, MI  48243

Munsch Hardt Kopf & Harr, P.C.
Attn: Mary W. Koks
700 Louisiana, Suite 4600
Houston, TX  77002

N.W. Bernstein & Associates, LLC
Attn: Norman W. Bernstein, Esq.
800 Westchester Ave, Suite 319 North
Rye Brook, NY  10573

Nelson Mullins Riley & Scarborough
George Cauthen, Cameron Currie
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC  29201

Office Of The Ohio Attorney General
Attn: Lucas Ward, Esq.
150 East Gay Street, 21st Floor
Columbus, OH  43215

Orrick Herrington & Sutcliff LLP
Richard H Wyron, Roger Frankel
Columbia Center
1152 15th Street, N.W
Washington, DC  20005

Otterbourg Steindler Houston & Rosen
Jonathan Helfat,  Steven Soll
Daniel Wallen & Melanie Cyganowski
230 Park Avenue
New York, NY  10169

Lowenstein Sandler PC
Michael S. Etkin, S. Jason Teele, Ira M. Levee
1251 Avenue Of The Americas
New York, NY  10022

McCarter & English, LLP
Attn: Charles A. Stanziale, Jr.
Four Gateway Center
Newark, NJ  07102

McCeary, Veselka, Bragg & Allen
Attn: Michael Reed, Esq.
P.O. Box 1269
Round Rock, TX  78680

Meyer, Suozzi, English & Klein, P.C.
Attn: Edward J. Lobello, Esq.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY  10018

Michael S. Holmes, P.C.
Attn: Michael S. Holmes, Esq.
8100 Washington Avenue, Suite 120
Houston, TX  77007

Michigan Workers' Compensation Agency
7150 Harris Drive
PO Box 30016
Lansing, MI  48909

Miller Johnson
Robert D. Wolford, Thomas P. Sarb
250 Monroe Avenue, NW, Suite 800
Grand Rapids, MI  49501

Missouri Department Of Revenue
Attn: Steven A. Ginther, Esq.
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO  65105

Morrison Cohen LLP
Joseph T. Moldovan & Michael R. Dal Lago
909 Third Avenue
New York, NY  10022

Munsch Hardt Kopf & Harr, P.C.
Attn: Raymond J. Urbanik, Esq.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201

| | | |
|---|---|---|
| Ohio Attorney General<br>Michelle T. Sutter, Principal<br>Asst. Attorney General<br>Environmental Enforcement Sect.<br>30 E. Broad Street, 25th Floor<br>Columbus, OH  43215 | Parker Poe Adams & Bernstein LLP<br>Attn: Kiah T. Ford Iv, Esq.<br>Three Wachovia Center<br>401 S. Tryon Street, Suite 3000<br>Charlotte, NC  28202 | Nahins & Goidel, P.C.<br>Attn: Borah Goldstein Altschuler &<br>Jeffrey Chancas<br>377 Broadway<br>New York, NY  10013 |
| Orrick Herrington & Sutcliffe LLP<br>Lorraine Mcgowen, Alyssa<br>Englund, Courtney Rogers,<br>John Ansbro<br>666 Fifth Avenue<br>New York, NY  10103 | Paul, Weiss, Rifkind, Wharton & Garrison<br>A. Kornberg, J. Koevary, R. Zubaty,<br>I. Pohl, A. Rosenberg, B.Hermann<br>M. Phillips, S. Shimshak, P. Weintraub<br>1285 Avenue Of The Americas<br>New York, NY  10019 | Nelson Mullins Riley & Scarborough<br>Attn: Peter J. Haley, Esq.<br>200 Clarendon St  Fl 35<br>Boston, MA  02116 |
| Osler, Hoskin & Harcourt LLP<br>Attn: Tracy C Sandler, Esq.<br>100 King Street West<br>1 First Canadian Place, Suite 6100<br>Toronto, ON M5X1B8<br>**CANADA** | Pepper Hamilton LLP<br>Attn: Henry J. Jaffe & James Carignan<br>Hercules Plaza, Suite 5100<br>1313 Market Street, P.O. Box 1709<br>Wilmington, DE  19899 | Office Of Attorney General<br>Carol E. Momjian, Senior Deputy<br>Atty General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA  19107 |
| Paul, Hastings, Janofsky & Walker<br>Attn: Harvey A. Strickon, Esq.<br>75 East 55th Street<br>New York, NY  10022 | Philip Morris Usa<br>Attn: Joy Tanner<br>615 Maury Street<br>Richmond, VA  23224 | Office Of Westchester County Atty<br>Attn: Melissa-Jean Rotini, Esq.<br>148 Martine Avenue, 6th Floor<br>White Plains, NY  10601 |
| Pepper Hamilton LLP<br>Attn: Edward C. Toole & Linda J. Casey<br>3000 Two Logan Square<br>Eighteenth And Arch Streets<br>Philadelphia, PA  19103 | Platzer, Swergold, Karlin, Levine,<br>Goldberg & Jaslow, LLP<br>Attn: Teresa Sadutto-Carley, Esq.<br>1065 Avenue Of The Americas, 18th Fl<br>New York, NY  10018 | Orum & Roth, LLC<br>Attn: Mark D. Roth, Esq.<br>53 West Jackson Boulevard<br>Chicago, IL  60604 |
| Perdue, Brandon, Fielder, Collins &<br>Mott, L.L.P.<br>Attn: Elizabeth Banda Calvo<br>P.O. Box 13430<br>Arlington, TX  76094 | Porzio Bromberg & Newman P.C.<br>Attn: John Mairo & Robert Schechter<br>100 Southgate Parkway<br>Morristown, NJ  07962 | Paul Weiss Rifkind Wharton & Garrison<br>Andrew N. Rosenberg, Esq.<br>1285 Avenue Of The Americas<br>New York, NY  10019 |
| Previant, Goldberg, Uelmen, Gratz,<br>Miller & Brueggeman, S.C.<br>Sara J. Geenen, Frederick Perillo<br>1555 N. Rivercenter Drive, Suite 202<br>P.O. Box 12993<br>Milwaukee, WI  53212 | Quarles & Brady LLP<br>Faye Feinstein, Christopher Combest<br>300 North LaSalle Street, Suite 4000<br>Chicago, IL  60654 | Pension Benefit Guaranty Corp<br>Attn: Israel Goldowitz, Karen<br>Morris, John Menke, Ralph L Landy,<br>Michael A. Maricco, Esqs.<br>Washington, DC  20005 |
| Proskauer Rose LLP<br>Scott Rutsky & Adam Berkowitz<br>1585 Broadway<br>New York, NY  10036 | Ray Quinney & Nebeker P.C.<br>Attn: Stephen C. Tingey<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT  84145 | Pepper-Hamilton LLP<br>Attn: Dennis S. Kayes & Deborah<br>Kovsky-Apap<br>100 Renaissance Center, Suite 3600<br>Detroit, MI  48243 |
| Radha R. M Narumanchi<br>657 Middleton Avenue<br>New Haven, CT  06513 | Reed Smith LLP<br>Attn: Kurt F. Gwynne, Esq.<br>1201 Market Street, Suite 1500<br>Wilmington, DE  19801 | Pillsbury Winthrop Shaw Pittman LLP<br>Richard Epling, Erica Carrig<br>Karen Dine<br>1540 Broadway<br>New York, NY  10036 |
| Reed Smith LLP<br>Eric A. Schaffer, Esq.<br>435 Sixth Ave.<br>Pittsburgh, PA  15219 | Richard M. Allen, Esq<br>223 Egremont Plain Rd, PMB 108<br>North Egremont, MA  01252 | Plunkett Cooney<br>David A. Lerner, Douglas Bernstein<br>Michael A. Fleming<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI  48304 |

Rhoades Mckee
Attn: Terry L. Zabel, Esq.
161 Ottawa Avenue, NW, Suite 600
Grand Rapids, MI  49503

Riddell Williams P.S.
Attn: Joseph E. Shickich, Esq.
1001 4th Avenue, Suite 4500
Seattle, WA  98154

Potter Anderson & Corroon LLP
David Baldwin, Theresa Brown-Edwards, R. Stephen McNeill
Hercules Plaza, 6th Floor
1313 North Market St, P.O. Box 951
Wilmington, DE  19801

Richards Kibbe & Orbe LLP
Michael Friedman & Keith Sambur
One World Financial Center
New York, NY  10281

RK Chevrolet/RK Auto Group
2661 Virginia Beach Boulevard
Virginia Beach, VA  23451

Pronske & Patel, P.C.
Attn: Rakhee V. Patel, Esq.
2200 Ross Avenue, Suite 5350
Dallas, TX  75201

Riker, Danzig, Scherer, Hyland & Perretti LLP
J. Alex Kress & Kevin Larner
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Attn: Russell P. McRory, Esq.
1345 Avenue Of The Americas
New York, NY  10105

Rabinowitz, Lubetkin & Tully, L.L.C.
Attn: Jonathan I. Rabinowitz, Esq.
293 Eisenhower Parkway, Suite 100
Livingston, NJ  07039

Robert T. Smith, Esq.
1451 East Lincoln Avenue
Madison Heights, MI  48071

Satterlee Stephens Burke & Burke
Christopher Belmonte
Pamela Bosswick
230 Park Avenue
New York, NY  10169

Raytheon Professional Services LLC
12160 Sunrise Valley Drive
Reston, VA  20191

Ropers Majeski Kohn & Bentley
Attn: N. Kathleen Strickland
201 Spear Street, Suite 1000
San Francisco, NY  94105

Saul Ewing LLP
Attn: Teresa K.D. Currier, Esq.
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

Reid And Reige, P.C.
Attn: Carol A. Felicetta, Esq.
195 Church Street
New Haven, CT  06510

Schnader Harrison Segal & Lewis LLP
Attn: Barry E. Bressler, Esq.
1600 Market Street, Suite 3600
Philadelphia, PA  19103

Schnader Harrison Segal & Lewis LLP
Attn: Benjamin P. Deutsch, Esq.
140 Broadway, Suite 3100
New York, NY  10005

Richard W. Martinez, APLC
Attn: Richard W. Martinez, Esq.
228 St. Charles Avenue, Suite 1310
New Orleans, LA  70130

Securities & Exchange Commission
Attn: Mark Schonfeld, Regional Director
3 World Financial Center, Suite 400
New York, NY  10281

Seyburn, Kahn, Ginn, Bess & Serlin
Attn: David T. Lin, Esq.
Great Lakes Company
2000 Town Center, Suite 1500
Southfield, MI  48075

Riker, Danzig, Scherer, Hyland & Perretti LLP
J. Alex Kress & Kevin Larner
500 Fifth Avenue, Suite 4920
New York, NY  10110

Shearman & Sterling LLP
Attn: Fredric Sosnick & Jill Frizzley
599 Lexington Avenue
New York, NY  10022

Sheppard Mullin Richter & Hampton
Attn: Edward Tillinghast, Malani Cademartori, Blanka Wolfe
30 Rocfefeller Plaza, 24th Floor
New York, NY  10112

Robert Bosch LLC
Attn: Judith Lowitz Adler
Assistant General Counsel
38000 Hills Tech Drive
Farmington Hills, MI  48331

Sidley Austin LLP
Attn: Kenneth P. Kansa, Esq.
One South Dearborn
Chicago, IL  60603

Silverman & Morris, P.L.L.C.
Geoffrey Silverman & Karin Avery
7115 Orchard Lake Road, Suite 500
West Bloomfield, MI  48322

Robinson Waters & O'dorisio, P.C.
Attn: Anthony L. Leffert, Esq.
1099 18th Street, Suite 2600
Denver, CO  80202

Simpson Thacher & Bartlett LLP
David J. Mack, Peter V. Pantaleo
425 Lexington Avenue
New York, NY  10017

Skadden, Arps, Slate, Meagher & Flom
John Wm. Butler, Jr.
Ron W Meisler
155 N. Wacker Drive, Suite 2700
Chicago, IL  60606

Saul Ewing LLP
Adam H. Isenberg, Jeffrey C. Hampton
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102

Skadden, Arps, Slate, Meagher & Flom LLP
Kayalyn Marafioti & Gregory Fox
Four Times Square
New York, NY  10036

Squire, Sanders & Dempsey, L.L.P.
Attn: G. Christopher Meyer, Esq.
4900 Key Tower
127 Public Square
Cleveland, OH  44114

Stember Feinstein Doyle & Payne, LLC
W. Payne, J. Stember, E. Doyle
S. Pincus, P. Ewing, J. Hurt
429 Forbes Avenue
Allegheny Building Ste 1705
Pittsburgh, PA  15219

Streusand & Landon, LLP
Attn: Sabrina L. Streusand, Esq.
515 Congress Street, Ste 2523
Austin, TX  78701

Teitelbaum & Baskin, LLP
Jay Teitelbaum, K. Lewis
3 Barker Avenue, Third Floor
White Plains, NY  10601

Tennessee Atty General's Office
Robert Cooper & Marvin Clements
Bankruptcy Division
PO Box 20207
Nashville, TN  37202

Texas Attorney General's Office
J. Casey Roy, Asst. Atty General
Bankruptcy & Collections Division
P.O. Box 12548, Mc-008
Austin, TX  78711

Tipotex Chevrolet, Inc.
1600 N. Expressway 77/83
Brownsville, TX  78521

Trenk Dipasquale Webster Della Fera & Sodona, P.C.
Attn: Sam Della Fera, Jr., Esq.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ  07052

TRW Automotive U.S. LLC
12001 Tech Center Drive
Livonia, MI  48150

Stahl Cowen Crowley Addis LLC
Attn: Trent P. Cornell, Esq.
55 West Monroe Street, Suite 1200
Chicago, IL  60603

Stephen H. Gross, Esq.
35 Old Sport Hill Road
Easton, CT  06612

Stites & Harbison PLLC
Robert Goodrich Jr., Madison Martin
401 Church Street, Suite 800
Nashville, TN  37219

Stutzman, Bromberg, Esserman & Plifka P.C.
Sander Esserman, Peter D'apice,
Jo Hartwick, Jacob Newton
2323 Bryan Street, Suite 220
Dallas, TX  75201

The Church Of The Good News
1599 Columbus Avenue
Boston, MA  02119

The University Of Michigan Office Of The VP And General Counsel
Debra A. Kowich, Esq.
503 Thompson Street, Room 5048
Ann Arbor, MI  48109

Torre, Lentz, Gamell, Gary & Rittmaster
Attn: Mark S. Gamell, Esq.
100 Jericho Quadrangle, Suite 309
Jericho, NY  11753

Troutman Sanders LLP
Brett D. Goodman, Esq.
405 Lexington Avenue
New York, NY  10174

U.S. Treasury
Attn:  Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220

United States Dept. Of Justice
Attn: Anti-Trust Division
950 Pennsylvania Avenue, NW
Washington, DC  20530

Schafer And Weiner, PLLC
Attn: Ryan D. Heilman, Esq.
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI  48304

Schulte Roth & Zabel LLP
Attn: David Karp & Adam Harris
Partners II, LP
919 Third Avenue
New York, NY  10022

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
Attn: Brian L. Shaw, Esq.
321 N. Clark Street, Suite 800
Chicago, IL  60654

Shinn Fu Corporation
c/o Arthur A. Chaykin, Esq.
10939 N. Pomona Ave.
Kansas City, MO  64153

Silvermanacampora LLP
Attn: Adam L. Rosen, Esq.
100 Jericho Quadrangle, Suite 300
Jericho, NY  11753

Singer & Levick P.C.
Larry A. Levick, Michelle E. Shirro
16200 Addison Road, Suite 140
Addison, TX  75001

Smith & Partners
Attn: Nicole B. Boehler
Herrenberger Strasse 12
71032 Boeblingen, **GERMANY**
07031  43996-00

Stark Reagan
Attn: J. Christopher Caldwell, Esq.
1111 W. Long Lake Road, Suite 202
Troy, MI  48098

Stember Feinstein Doyle And Payne
John Stember, Stephen M. Pincus
429 Forbes Avenue
Allegheny Building  Ste 1705
Pittsburgh, PA  15219

Stevenson & Bullock Plc
Charles D. Bullock, Sonya N. Goll
26100 American Dr Ste 500
Southfield, MI  48034

United States Attorney
For The Southern District Of NY
Matthew L Schwartz, David S. Jones
86 Chambers Street, 3rd Floor
New York, NY  10007

Vinson & Elkins L.L.P.
Attn: Ronald L. Oran, Esq.
666 Fifth Avenue, 26th Floor
New York, NY  10103

Stites & Harbison, PLLC
Attn: Brian H. Meldrum, Esq.
400 W. Market Street, Suite 1600
Louisville, KY  40202

United Steelworkers
Attn: David R. Jury, Esq.
Five Gateway Center, Suite 807
Pittsburgh, PA  15222

Warner Norcross & Judd LLP
Attn: Michael G. Cruse
2000 Town Center, Suite 2700
Southfield, MI  48075

Sullivan, Ward, Asher & Patton, P.C.
Attn: David J. Selwocki, Esq.
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48037

Venable LLP
Attn: Lawrence A. Katz, Esq.
8010 Towers Crescent Drive, Ste 300
Vienna, VA  22182

White And Williams LLP
Attn: Karel S. Karpe, Esq.
One Penn Plaza, Suite 4110
New York, NY  10119

The Garden City Group Inc
Attn: Ken Freda
105 Maxess Road
Melville, NY  11747

Warner Norcross & Judd LLP
Gordon J. Toering, Stephen B. Grow
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503

Wilmer Cutler Pickering Hale And
Dorr LLP
Attn: Philip Anker & Melanie Dritz Esqs
399 Park Avenue
New York, NY  10022

Thompson Coburn LLP
Attn: Robert H. Brownlee, Esq.
One U.S. Bank Plaza, Suite 2600
St. Louis, MO  63101

Warren, Drugan & Barrows, P.C.
Attn: Robert L. Barrow, Esq.
800 Broadway
San Antonio, TX  78215

Winston & Strawn LLP
Matthew Botica, Mindy Cohn
Carey Schreiber
35 West Wacker Drive
Chicago, IL  60601

Torys LLP
Alison Bauer & Timothy Martin
237 Park Avenue
New York, NY  10017

Wilentz, Goldman & Spitzer, P.A.
Deirdre Woulfe Pacheco
Letitia Accarrino
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ  07095

Wolfson Bolton PLLC
Scott A. Wolfson, Esq.
3150 Livernois Rd., Suite 275
Troy, MI  48083

Troutman Sanders LLP
Jeffrey W. Kelley, Esq.
600 Peachtree Street, NE, Suite 5200
Atlanta, GA  30308

Wilmer Cutler Pickering Hale And
Dorr LLP
Attn: Dennis L. Jenkins, Esq.
60 State Street
Boston, MA  02109

Union Pacific Railroad Company
Attn: Mary Ann Kilgore, Esq.
1400 Douglas Street, Stop 1580
Omaha, NE  68179

Winston & Strawn LLP
David J. Richardson, Esq.
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071

United States Dept. Of Justice
Eric H. Holder, Jr., Attorney General
950 Pennsylvania Avenue, NW
Washington, DC  20530

Wm. David Coffey & Associates
Wm. David Coffey, III, Martin Alaniz
13810 Fm 1826
Austin, TX  78737

Vedder Price P.C.
Michael Edelman, Michael Schein
1633 Broadway, 47th Floor
New York, NY  10019

Vorys, Sater, Seymour And Pease LLP
Attn: Tiffany Strelow Cobb, Esq.
52 East Gay Street
Columbus, OH  43215

Wildman, Harrold, Allen & Dixon
Michael Dockterman, Jonathan
Young, Rene Friedman
225 West Wacker Drive, Suite 3000
Chicago, IL  60606

William T. Green, III, P.C.
Attn: William T. Green Iii, Esq.
11 Greenway Plaza, Suite 2820
Houston, TX  77046

Winston & Strawn LLP
Carey D. Schreiber, Steven M. Schwartz
200 Park Avenue
New York, NY  10166

Wyly-Rommel, PLLC
Attn: Jim Wyly
2311 Moores Lane
Texarkana, TX  75503

Zeichner Ellman & Krause LLP
Stuart Krause, Bryan Leinbach
575 Lexington Avenue
New York, NY  10022