Bankruptcy Court Southern
District of New York.

Lisa Gross
Claimant

09-50026(REG)

General Motors.
debtor

RECEIVED
MAR - 2 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Request for leave to file
Pro Se.

My name is Lisa Gross on 7/19/2009
I filed on objection to the
363 Sale, because ~~My case was~~
~~added to~~ I received documentation
regarding the bankruptcy. Docket
entry on Motors Liquidation site
#2248 at that time I also included
a financial affidavit and current

address states. My status is still the same except my address has changed. My new address is 6440 NE 43rd #251 #204 Terrace, Kansas city. Missouri. 64117. Respectfully

Lisa P. Gross
816-256-4660
6460 NE 43rd Terrace #204
Kansas City Mo. 64117.
lisagross5@aol.com
2/24/2010

Note: My objection was not docketed until 7/22/09 but filed as of 7/19/2009