Bank rup. Court of...
Southern District of New York,

Lisa Gross
    Claimant

General Motors
    Debtors

09-50026 (Reg)

Request for Leave to file
Claim against

Upon and or prior to the closing
of the 363 Sale of G m assets.
The corporation took on new Iden-
tities such as G.m. LLC. Vehicle
Aquisition holdings LLC, Motor Liquid-
ation Co, and New Gm. Therefore
I respectfully ask the following
(a) Releef to File Claim against

Which ever above listed party is
the currently responsible party in
such matters. and or any unlisted party Respectfully

Lisa P. Gross
6460 NE 43rd Terrace #204
Kansas City Mo. 64117,
816-756-4660
lisagross5@aol.com .

2/24/2010