US Bankruptcy Court, Southern
District of New York.

Lisa Gross
~~In re of:~~ Claimant

}  09-50026 (REG)

General Motors
Debtor

RECEIVED MAR -2 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Request for Relief
from Automatic Stay

Comes now Lisa P. Gross requesting of the Court for Relief from Automatic Stay. On 7/19/2009 I filed an objection to the 363 sale of which was filed on 7/22/09 and is listed as docket entry #2248 on the Motors liquidation co. website.

the Court neither made an order regarding my objection nor a response. Anyhow I stated that I had a title 7 civil rights suit filed against the General Motors Corporation that was in the 10th Circuit Court of Appeals that had been fully briefed but not yet ruled on prior to the Comensement of this chapter 11 filing. Therefore I respectfully ask the Court for relief regarding The Title 7 in 10th Circuit from the automatic stay due to this chapter 11 filing with the General Motors Corporation of which is now called General Motors Company. Respectfully

Lisa P. Gross
6460 NE 43rd Terrace #204
Kansas City Mo. 64117
816-756-4460
lisagross5@aol.com

2/24/2010