US Bankruptcy Court, Southern district of New York.

Lisa Gross
Claimant

General Motors
debtor.

09-50026(REG)

RECEIVED MAR 2 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Request for leave to Proceed without Payment of fees.

---

I Lisa gross filed an objection to the 363 sale on 7/19/2009 filed on 7/22/2009 in the objection I mailed an affidavit of my current financial status the status is still the same all income/assets information is current therefore

I respectfully ask the court to grant me leave to proceed without payment of fees. Respectfully.

Lisa P. Gross
6460 NE 43rd Terrace #204
Kansas City Mo. 64117.
lisagross5@aol.com.
816-756-4660