US Bankruptcy court, Southern District of New York.

Lisa Gross
  Claimant

09-50026 (REG)

General Motors
  debtor.

RECEIVED MAR -2 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Request for leave to file without notice to interested Parties

---

I Lisa Gross am financially burdened and lack the financial resources to send notice to all interested Parties on this case, therefore I respectfully ask the court for leave

to file without notice to interested parties and if possible if the Court might electronically notify available interested parties

Respectfully,

Lisa P. Gross
816-756-4660
6460 NE 43rd Terrace
Kansas City Mo. 64117
816-756-4660
lisagross5@aol.com

[signature]
2/24/2010