**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No. 09-50026-REG |
| Debtors. | Honorable Robert E. Gerber |

-------------------------------------------------------------x

## SUBTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that PEPPER HAMILTON LLP hereby substitutes Laura Linn Noggle for Deborah Kovsky-Apap in the above-captioned case on behalf of Pilkington North America, Inc., a party in interest.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. 1109(b) and Bankruptcy Rules 2002 and 9010(b), demand is made that all notices given or required to be given, and all papers served or required to be served, be given and served upon:

> PEPPER HAMILTON LLP
> Laura Linn Noggle (LN 9542)
> The New York Times Building
> 37th Floor
> 620 Eighth Avenue
> New York, NY 10018-1405
> Telephone: (212) 808-2700
> Email: nogglel@pepperlaw.com

Dated: March 5, 2010                    **PEPPER HAMILTON LLP**

                                        /s/ Laura Linn Noggle
                                       Laura Linn Noggle (LN 9542)
                                       The New York Times Building
                                       37th Floor
                                       620 Eighth Avenue
                                       New York, NY 10018-1405
                                       Telephone: (212) 808-2700
                                       Email: nogglel@pepperlaw.com

#12236979 v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | |
|---|---|
| In Re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No. 09-50026-REG |
| Debtors. | Honorable Robert E. Gerber |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I hereby certify that on March 5, 2010, a copy of the foregoing SUBTITUTION OF COUNSEL was electronically filed with the Court and served upon the parties so registered via ECF.  This document is available for viewing and downloading from the Court's ECF system.


                       BY: /s/ Laura Linn Noggle
                              Laura Linn Noggle

#12236979 v1