**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No. 09-50026-REG |
| Debtors. | Honorable Robert E. Gerber |

------------------------------------------------------------x

## SUBTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that PEPPER HAMILTON LLP hereby substitutes Laura Linn Noggle for Deborah Kovsky-Apap in the above-captioned case on behalf of Urban Science Applications, Inc., a party in interest.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. 1109(b) and Bankruptcy Rules 2002 and 9010(b), demand is made that all notices given or required to be given, and all papers served or required to be served, be given and served upon:

> PEPPER HAMILTON LLP
> Laura Linn Noggle (LN 9542)
> The New York Times Building
> 37th Floor
> 620 Eighth Avenue
> New York, NY 10018-1405
> Telephone:  (212) 808-2700
> Email: nogglel@pepperlaw.com

Dated:  March 5, 2010                **PEPPER HAMILTON LLP**

                                                     /s/ Laura Linn Noggle
                                      Laura Linn Noggle (LN 9542)
                                      The New York Times Building
                                      37th Floor
                                      620 Eighth Avenue
                                      New York, NY 10018-1405
                                      Telephone:  (212) 808-2700
                                      Email: nogglel@pepperlaw.com

#12236979 v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 11 |
| GENERAL MOTORS CORP, et al., | Case No. 09-50026-REG |
| Debtors. | Honorable Robert E. Gerber |

-------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 5, 2010, a copy of the foregoing SUBTITUTION OF COUNSEL was electronically filed with the Court and served upon the parties so registered via ECF.  This document is available for viewing and downloading from the Court's ECF system.


                BY:  /s/ Laura Linn Noggle
                        Laura Linn Noggle

#12236979 v1