IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| GENERAL MOTORS CORPORATION | § | |
| | § | CASE NO. 09-50026 |
| DEBTOR | § | |

### NOTICE OF WITHDRAWAL OF BEXAR COUNTY PROOF OF CLAIM NO. 9259

NOW COMES Bexar County and files this Notice of Withdrawal of Proof of Claim No. 9259. In support thereof, Bexar County respectfully represents the following:

1. Bexar County filed its secured proof of claim herein on October 13, 2009 in the amount of $31,175.07.

2. The tax debt to subject to Bexar County's proof of claim is paid in full.

3. Bexar County desires to withdraw its proof of claim no. 9259 filed herein based upon the reasons stated above.

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-4422 - *Voice*
(210) 226-4308 - *Fax*

By:   /s/ David G. Aelvoet
David G. Aelvoet
State Bar No. 00786959
Don Stecker
State Bar No. 19095300

Attorney for Bexar County

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Notice of Withdrawal of Bexar County Proof of Claim 9259* was served this 5th day of March, 2010 by First Class Mail upon the following:

Debtor:
    General Motors Corporation
    300 Renaissance Center
    Detroit, MI 48265-3000

Attorney for Debtor:
    Stephen Karotkin
    Weil, Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, NY 10153

    /s/ David G. Aelvoet
    David G. Aelvoet
    Don Stecker