### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| GENERAL MOTORS CORPORATION | § | |
| | § | CASE NO. 09-50026 |
| DEBTOR | § | |

## NOTICE OF WITHDRAWAL OF JUDSON ISD PROOF OF CLAIM NO. 423

NOW COMES Judson ISD and files this Notice of Withdrawal of Proof of Claim No. 423. In support thereof, Judson ISD respectfully represents the following:

1. Judson ISD filed its secured proof of claim herein on July 2, 2009 in the amount of $1,892.66.

2. The tax debt to subject to Judson ISD's proof of claim is paid in full.

3. Judson ISD desires to withdraw its proof of claim no. 423 filed herein based upon the reasons stated above.

Respectfully submitted,

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-4422 - *Voice*
(210) 226-4308 - *Fax*

By:  /s/ David G. Aelvoet
David G. Aelvoet
State Bar No. 00786959
Don Stecker
State Bar No. 19095300

Attorney for Judson ISD

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Withdrawal of Judson ISD Proof of Claim No. 423* was served this 5th day of March, 2010 by First Class Mail upon the following:

Debtor:
    General Motors Corporation
    300 Renaissance Center
    Detroit, MI 48265-3000

Attorney for Debtor:
    Stephen Karotkin
    Weil, Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, NY 10153

                                                          /s/ David G. Aelvoet
                                                          David G. Aelvoet
                                                          Don Stecker