UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | * | |
| | | No. 09-50026 |
| MOTORS LIQUIDATION COMPANY | * | |
| | | Chapter 11 |
| Debtor | * | |

### WITHDRAWAL OF CLAIM NO. 36791
### OF HAMILTON COUNTY TRUSTEE

Comes now Hamilton County Trustee, 625 Georgia Avenue, Room 210, Chattanooga, TN 37402, through counsel, and respectfully withdraws its claim number 36791 filed November 23, 2009, in the amount of $994.00. Said taxes represented in claim number 36791 have been paid in full.

Respectfully submitted,

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

By:   */s/ Scott N. Brown, Jr.*
    Scott N. Brown, Jr., Esq.    BPR #1212
    Attorneys for Hamilton County Trustee
    P. O. Box 1749
    Chattanooga, TN 37401-1749
    423/756-7000

Certificate of Service

This is to certify that a copy of the foregoing Withdrawal of Claim No. 36791 of Hamilton County Trustee has been mailed to the foregoing by U. S. Mail this 5th day of March, 2010, and serviced to parties listed on the Court's filing receipt via electronic transmission.

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P. O. Box 9386
Dublin, OH 43017-4286

Stephen Karotkin
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

   */s/ Scott N. Brown, Jr.*

F:\Library\users\Kathy\KATHY\Ham Co Trustee\Motors Liquidation 36791 withdrawal.wpd