**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, et al.,           :    09-50026 (REG)
    f/k/a General Motors Corp., et al.        :
                                              :
                    Debtors.                  :    (Jointly Administered)
                                              :
-------------------------------------------------------------x
```

**STIPULATION OF SETTLEMENT REGARDING**
**MASTER SALE AND PURCHASE AGREEMENT**

This stipulation of settlement (the "**Stipulation of Settlement**") is entered into by Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") and General Motors, LLC (f/k/a NGMCO, Inc.) ("**New GM**" and together with the Debtors, the "**Parties**"), for the purpose of resolving certain disputes between the Parties and ambiguities arising under that certain Master Sale and Purchase Agreement, by and among MLC, Saturn LLC, Saturn Distribution Corporation and Chevrolet Saturn of Harlem, as Sellers, and New GM as Purchaser, dated as of June 26, 2009 (the "**MSPA**").

**RECITALS**

**WHEREAS**, on June 26, 2009 the Parties entered into the MSPA and on July 10, 2009, the Debtors consummated the sale of substantially all of their assets pursuant thereto (the "**Sale**"); and

**WHEREAS** certain issues arose under the MSPA regarding whether specific assets constitute Purchased Assets[1] now owned by New GM or Retained Assets owned by the Debtors.

**WHEREAS** in order to avoid the costs and uncertainties attendant to the litigation of these issues, the Parties seek to resolve certain disputes (the "**Disputes**") arising under the MSPA on the terms and conditions set forth herein; and

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the Parties that:

## AGREEMENT

1.  <u>Performance Undertakings</u>.  Annexed hereto on <u>Schedule I</u> is a schedule of performance bonds, sureties, permit bonds, and cash collateralized letters of credit securing the Debtors' performance (collectively, the "**Performance Undertakings**").  The Performance Undertakings and all Restricted Cash held in connection with respect thereto will constitute Excluded Assets under the MSPA.

2.  <u>Appeal Bonds</u>.  Annexed hereto as <u>Schedule II</u> is a schedule of appeal bonds posted by the Debtors in connection with appeals prosecuted by the Debtors (collectively, the "**Appeal Bonds**").  As stated in the MSPA, the Appeal Bonds shall constitute Purchased Assets. The Debtors shall take all reasonable direction from New GM in connection with the prosecution of any appeal that is the subject of an Appeal Bond.  New GM agrees to reimburse the Debtors for all direct and indirect costs associated with the prosecution of the subject appeals. To the extent an appeal results in a liability in excess of its related Appeal Bond, such liability shall constitute a Retained Liability under the MSPA.

---

[1] Capitalized terms used herein and not otherwise defined will have the meaning ascribed to them in the MSPA.

3. <u>Workers' Compensation Cash Collateral</u>.  To the extent the Debtors are entitled to any funds from the states listed on <u>Schedule III</u> attached hereto from the proceeds of sureties posted by the Debtors, such proceeds shall constitute Excluded Assets.  As set forth in the MSPA, all liability in those states relating to self-insured workers' compensation plans shall constitute Retained Liabilities.

4. <u>Breakage Fees</u>.  Annexed hereto as <u>Schedule IV</u> is a schedule of amounts estimated to be available for release from such funds escrowed with the administrative agent for certain Debtors' prepetition secured lenders to compensate such lenders for potential breakage costs associated with termination of the Amended and Restated Credit Agreement dated as of July 20, 2006 on a day that was not the last day of an Interest Period (collectively, the "**Breakage Fee Escrow**").  The Breakage Fee Escrow shall constitute Purchased Assets.  New GM shall be responsible for any amounts due to the lenders, if any, for breakage fees should they exceed the Breakage Fee Escrow.

5. <u>Insurance Policies</u>.  The MSPA shall be amended to provide that all pre-1986 excess liability insurance policies will constitute Excluded Assets.

6. <u>Royal Settlement Agreement</u>.  In connection with the settlement agreement between the Debtors and Arrowood Indemnity Company (f/k/a Royal Indemnity Company), Arrowpoint Capital Corp., Arrowpoint Group, Inc. (f/k/a Royal Group, Inc.), Royal & Sun Alliance Insurance plc and RSA Insurance Group plc (f/k/a Royal & Sun Alliance Insurance Group plc) (collectively, "**Royal**"), dated July 16, 2008 (the "**Royal Settlement Agreement**"), Royal is holding proceeds of a letter of credit in the amount of $14,500,000.00 as collateral for the payment of claims as provided in the Royal Settlement Agreement.  To the extent the

Debtors are entitled to a return of funds from Royal under the Royal Settlement Agreement, such funds shall constitute an Excluded Asset.

7. <u>Micro-Heat</u>. Any recovery resulting from the Debtors' proof of claim filed in the chapter 11 case of Micro-Heat, Inc. [Claim No. 67] in the amount of $21,109,539.90 shall constitute an Excluded Asset.

8. <u>Brethauer Litigation</u>. Any recovery resulting from the Brethauer Litigation (as defined in the Motion), including, without limitation, the judgment in favor of MLC in the amount of $242,028.72 plus interest shall constitute an Excluded Asset.

9. This Stipulation is subject in all respects to approval by the Bankruptcy Court. Upon such approval, this Stipulation and Settlement shall be binding upon the Parties, and may not be changed, altered or modified except in writing, signed by the Parties or their duly authorized attorneys and approved by the Bankruptcy Court.

10. The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Stipulation of Settlement.

[**Signature Page Follows**]

Stipulated and Agreed:

| **MOTORS LIQUIDATION COMPANY** | **GENERAL MOTORS, LLC** |
|---|---|
| By: /s/ Thomas A. Morrow | By: /s/ Lawrence S. Buonomo |
| Name: Thomas A. Morrow | Name: Lawrence S. Buonomo |
| Title: Vice President | Title: Attorney-In-Fact |

## **Schedule I**

## **Performance Undertakings**

| Description and Type of Performance Undertaking | Issuer and Bond No. | Date of Issuance | Face Amount at Petition Date | Status/Amounts Drawn |
|---|---|---|---|---|
| Closure bond - Cadillac/Luxury Car Engineering and Manufacturing Division: Pontiac Fiero Assembly - 900 Baldwin Ave. Pontiac, MI 48340 | ACE-USA/Westchester Fire Insurance Company - K07489158 | 10/24/2008 | $159,004.00 | In Force, no amounts drawn |
| Closure bond - Cadillac/Luxury Car Engineering and Manufacturing Division: Pontiac - 220 East Columbia Ave., Pontiac, MI 48340 | ACE-USA/Westchester Fire Insurance Company - K0748916A | 10/24/2008 | $126,578.00 | In Force, no amounts drawn |
| Post Closure bond - Cadillac/Luxury Car Engineering and Manufacturing Division: Flint Operations - 902 E. Leith St., Flint, MI 48550 | ACE-USA/Westchester Fire Insurance Company - K07489171 | 10/24/2008 | $3,372,759.00 | In Force, no amounts drawn |
| Post Closure - GM Foundry Landfill - Danville, IL | ACE-USA/Westchester Fire Insurance Company - K07489195 | 10/24/2008 | $102,390.00 | In Force, no amounts drawn |
| Post Closure bond - Worldwide Facilities Group-Coldwater Road - 1245 East Coldwater Road, Flint, MI 48505 | ACE-USA/Westchester Fire Insurance Company - K07489225 | 10/24/2008 | $2,226,303.00 | In Force, no amounts drawn |
| Outboard Marine Corporation Superfund Site - Waukegan, IL 60085 | ACE-USA/Westchester Fire Insurance Company - K07489286 | 10/30/2008 | $10,500,000.00 | In Force, no amounts drawn |
| Closure Bond - 68th Street Dump Superfund Site - City of Baltimore and Near the Rosedale Area of Baltimore County 21237 | ACE-USA/Westchester Fire Insurance Company - K07489778 | 7/31/2008 | $112,000.00 | In Force, no amounts drawn |
| South Dayton Dump and Landfill, Moraine, OH - RI/FS prior to closure of site. Moraine, Ohio | ACE-USA/Westchester Fire Insurance Company - K07490045 | 9/14/2008 | $375,000.00 | In Force, no amounts drawn |
| Closure Bond - Maryland | ACE- | 10/30/2008 | $1,471,920.00 | In Force, no amounts |

| | | | | |
|---|---|---|---|---|
| sand, gravel and stone superfund site, Cecil County, MD | USA/Westchester Fire Insurance Company - K07593090 | | | drawn |
| Post Closure - Willow Run Creek Area - Ypsilanti Township, MI | ACE-USA/Westchester Fire Insurance Company - K07593107 | 10/30/2008 | $600,000.00 | In Force, no amounts drawn |
| Post Closure - Rooseveltown Hwy, St. Lawrence County, Massena, NY | ACE-USA/Westchester Fire Insurance Company - K07593119 | 10/30/2008 | $22,071,714.00 | In Force, no amounts drawn |
| Post Closure bond - Cardington Road Landfill - 1855 Cardington Road, Moraine, OH 45409 | ACE-USA/Westchester Fire Insurance Company - K07593314 | 11/3/2008 | $2,423,000.00 | In Force, no amounts drawn |
| Kane and Lombard Superfund Site - Baltimore, Maryland | ACE-USA/Westchester Fire Insurance Company - K07593521 | 11/16/2008 | $2,448,334.00 | In Force, no amounts drawn |
| Former General Motors Landfill   RTN: 3-3939; 63 Western Avenue, Framingham, MA 01702 Engineered Barrier Monitoring and Maintenance | ACE-USA/Westchester Fire Insurance Company - K07593867 | 12/21/2008 | $786,944.00 | In Force, no amounts drawn |
| H. Brown Company, Inc. Superfund Site - Walker, MI | ACE-USA/Westchester Fire Insurance Company - K07611043 | 3/30/2009 | $89,000.00 | In Force, no amounts drawn |
| Hayford Bridge Road Groundwater, St. Charles, MO | ACE-USA/Westchester Fire Insurance Company - K07734086 | 9/10/2008 | $448,000.00 | In Force, no amounts drawn |
| Pontiac Centerpoint Campus Site (sections 3 & 4 of Township T2N, Range R10E, Pontiac, Michigan - Corrective Action | ACE-USA/Westchester Fire Insurance Company - K07736757 | 1/4/2009 | $206,980.00 | In Force, no amounts drawn |
| Post-Closure - EPA ID No. INR000021436 - Former Allison Gas Turbine, 2701 West Raymond Street, Indianapolis, IN 46013 | ACE-USA/Westchester Fire Insurance Company - K08181974 | 05/23/2009 | $868,158.00 | In Force, no amounts drawn |
| Corrective Action - EPA ID No. IND 980503825 - Former General Motors/Delphi Energy & Engine | ACE-USA/Westchester Fire Insurance Company - | 05/23/2009 | $1,200,435.00 | In Force, no amounts drawn |

| | | | | |
|---|---|---|---|---|
| Management Systems, 2900 South Scatterfield Road, Anderson, IN | K08182012 | | | |
| Closure - EPA ID No. IND980700801 - WFG Anderson, 2915 Dr. Martin Luther King Blvd., Anderson, IN 46016 | ACE-USA/Westchester Fire Insurance Company - K0818205A | 05/23/2009 | $377,752.00 | In Force, no amounts drawn |
| Metamora Landfill Superfund Site, EPA ID # MID980506562 - 1636 Dryden Road, Town of Metamora, Lapeer County, MI 48455 | ACE-USA/Westchester Fire Insurance Company - K08222587 | 3/24/2009 | $231,484.00 | In Force, no amounts drawn |
| Corrective Action - Ford Road Industrial Landfill Superfund Site, Ford Road, City of Elyria, Lorain County, OH 44035 | ACE-USA/Westchester Fire Insurance Company - K08222976 | 2/25/2009 | $589,322.00 | In Force, no amounts drawn |

Total: $50,787,077.00

| **Permit Bonds** | **Issuer and Bond No.** | **Date of Issuance** | **Face Amount at Petition Date** | **Status/Amounts Drawn** |
|---|---|---|---|---|
| Permit to complete the scope of work specified in the Charter Township of Lansing, Ingham County, Resolution PC08-01 Exhibit B | SAFECO INSURANCE COMPANY OF AMERICA - 285028240 | 2/25/2008 | 5,000,000.00 (reduced to 3,000,000.00 on 9/4/09) | In Force, no amounts drawn |

Total: $3,000,000.00

| **Description of Letter of Credit** | **Letter of Credit No.** | **Issuer** | **Face Amount at Petition Date** | **Status/Amounts Drawn** |
|---|---|---|---|---|
| LETTER OF CREDIT FOR NJ DEPT. OF ENVIRONMENTAL PROTECTION. 1300 Raritan Road, Clark, NJ 07066 | PG751177 | THE CHASE MANHATTAN BANK, N.A. | $12,500,000.00 | In Force, no amounts drawn |
| LINDEN ROAD MI LANDFILL SITE. Flint Township, MI | GM/MDSTANBY Acct# 131365 | BANK OF NEW YORK | $90,543.58 | In Force, no amounts drawn |

Total: $12,590,543.58

| **Type of Policy** | **Policy No.** | **Policy Period** | **Status/Amounts Drawn** |
|---|---|---|---|

| ALL STATES[1] UST/AST state certificates | UST/AST 0907326 | 4/1/2009-4/1/2010 | $4,000,000.00 Policy in force, no amounts drawn. |
|---|---|---|---|
| ALL STATES POLLUTION | POLLUTION 0907325 | 4/1/2009-4/1/2010 | $8,000,000.00 Policy in force, no amounts drawn. |
| GM LOCOMOTIVE GROUP (RCRA) - 9301 West 55th Street, McCook, IL 60525 | CLOSURE/POST CLOSURE 0907328 | 4/1/2009 - 4/1/2010 | $604,945.00 Policy in force, no amounts drawn |
| GM CORP. FORMER DELPHI CHASSIS DIVISION (RCRA), LIVONIA - 13000 Eckles Road, Livonia, MI 48150 | CORRECTIVE ACTION 0907329 | 4/1/2009 - 4/1/2010 | $3,794,191.00 Policy in force, no amounts drawn |
| WORLDWIDE FACILITIES GROUP - TRENTON (RCRA) CLOSURE - 1445 Parkway Avenue, Trenton, NJ 08628 | CLOSURE 0907330 | 4/1/2009 - 4/1/2010 | $293,500.00 Policy in force, no amounts drawn |
| WFG ELYRIA (RCRA) - POST CLOSURE - 1400 Lowell St., Elyria, OH 44035 | CLOSURE/POST CLOSURE 0907327 | 4/1/2009 - 4/1/2010 | $3,042,497.00 Policy in force, no amounts drawn |
| WFG MORAINE FORMER HARRISON DAYTON (RCRA) - POST CLOSURE - 3600 Dryden Rd, Moraine, OH 45439 | CLOSURE/POST CLOSURE 0907327 | 4/1/2009 - 4/1/2010 | $2,711,000.00 Policy in force, no amounts drawn |

Total:  $22,446,133.00

---

[1] At various times during the prepetition period, MLC deposited collateral totaling $12,000,000 (the "**Prepetition Collateral**") to collateralize its obligations under the All States UST/AST and All States Pollution insurance programs. The All States UST/AST and All States Pollution insurance programs are Excluded Assets under the MSPA. The Prepetition Collateral was, however, Restricted Cash and a Purchased Asset under the MSPA, and ownership has been transferred to New GM. On or about July 23, 2009, MLC deposited $12,000,000 to re-collateralize its obligations under the All States UST/AST and All States Pollution insurance programs (the "**Postpetition Collateral**"). The Postpetition Collateral remains the property of MLC. Unless specifically listed herein, nothing in this Stipulation affects the classification, distribution, or disposition of any Restricted Cash relating to any insurance contracts, policies, or programs as Retained Assets or Purchased Assets under the MSPA.

## Schedule II

## Appeal Bonds

| Description of Appeal | Issuer/Bond No. | Date of Issuance | Face Amount at Petition Date |
|---|---|---|---|
| Suspensive Appeal - IVY JEAN WILLIAMS, ET AL. | MOTORS INSURANCE CORPORATION - M2020970-B | 11/11/2008 | $5,250,000.00 |
| Appeal - Case no. MVRB 79-01, 80-01, 81-01,82-01, 83-01, 84-01, and 85-01 - North Shore, Inc. d/b/a Muller Pontiac/GMC Mazda, Grossinger Autoplex, Inc., Joe Mitchell Buick/GMC Truck Inc., Castle Buick-Pontiac, Inc. and Loren Buick, Inc. | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA - 105104139 | 4/15/2009 | $1,300,000.00 |
| Tax Appeal - Case No.363 F.R. 2008 - Tax Year Ending 12/31/04 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA - 105235531 | 2/17/2009 | $2,310,000.00 |
| Tax Appeal - Case No.695 F.R. 2008 - Tax Year Ending 12/31/05 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA - 105235532 | 2/17/2009 | $478,500.00 |

Total  $9,338,500.00

## Schedule III

## Sureties for Self-Insured Workers Compensation

**Georgia**

| Issuer | Date of Issuance | Amount Outstanding/Draws |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA – Bond No. 104203286 | 12/19/2008 | Issued in the amount of $16,355,000.00; drawn in full July, 2009 |

Total: $16,355,000.00

**New Jersey**

| Issuer | Date of Issuance | Amount Outstanding/Draws |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA – Bond No. 104699317 | 5/5/2009 | Issued in the amount of $9,000,000.00; drawn in full July, 2009 |
| SAFECO – Bond No. 6571113 | 5/20/2009 | Issued in the amount of $50,000.00; In Force, no amounts drawn |

Total: $9,050,000.00

**Oklahoma**

| Issuer | Date of Issuance | Amount Outstanding/Draws |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA – Bond No. '104699292 | 4/14/2009 | Issued in the amount of $8,400,000.00; drawn in full July, 2009 |

Total: $8,400,000.00

## Schedule IV

## Breakage Fees

| Bank | Account Number | Escrowed Amount |
|---|---|---|
| Citibank[1] | 4630000-023 | $4,885,547.59 |

---

[1] Held on behalf of numerous lenders.