2/6/10

DANA H. FOX PRO-SE
1625-2 PARKMEADOWS DR.
FT. MYERS, FLA. 33907

5199

U.S. BANKRUPTCY COURT (SOUTHERN DISTRICT)
1 BOWLING GREEN
N.Y., N.Y. 10004

RE: 09-50026 (REG)
CLAIM #42

**RECEIVED FEB 22 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK**

DEAR COURT:

PLEASE FIND A COPY OF A FOR RECONSIDERATION MAILED ON 1/20/2010 [SEE COPY OF MAIL RECEIPT TO 10004 ZIP.] A TELEPHONE CALL TO AMANDA HU ON 2/16/10 INFORMS MR. FOX PRO-SE THAT SHE DOES NOT HAVE THIS MOTION DOCKETED.

MR. FOX DOES NOT OBJECT TO MEDIATION YET CONTINUES STILL TO MOTION FOR THE CASE TO RETURN TO CIRCUIT COURT WHERE CONTEMPT FINDING AWAIT BEFORE JUDGE LYNN GERALD JR. IN FLORIDA.

MR. FOX MOTIONS THE COURT TO ACCEPT HANDWRITTEN PLEADINGS.

RESPECTFULLY SUBMITTED

D—H—Fx PRO-SE

CC: GARDEN CITY GROUP
DUBLIN, OHIO

NOTE FLORIDA ADDRESS
NOT 1500A LAFAYETTE RD.
    NH.

Endorsed Order:
   Motion for reconsideration denied.
   S/REG
   USBJ
   3/5/10

I WANT MY MONEY BACK AND A NEW CAR.


RECEIVED
FEB 22 2010