PRESENTMENT DATE AND TIME: March 9, 2010 noon (Eastern Time)
OBJECTION DEADLINE: March 9, 2010 at 11:30am (Eastern Time)

Eric G. Zajac, Esquire
ZAJAC & ARIAS, LLC
1818 Market St., 30th Flr.
Philadelphia, PA 19103
215-575-7615
215-575-7640 Fax

**Attorneys for Movants**
**Sarajuan Gilvary & Marla Soffer, Esquire**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____x
                                           :
In re:                                     :    Chapter 11
                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,      :    Case No. 09-50026
        f/k/a General Motors Corp., *et al.*, :
                Debtors                    :    (Jointly Administered)
_____x

### NOTICE OF PRESENTMENT OF PROPOSED ORDER RULING ON MOTIONS TO LIFT AUTOMATIC STAYS (DOCUMENT NO's 4541 and 4703)

PLEASE TAKE NOTICE that upon the annexed proposed order, dated March 2, 2010 (the "Order") of Movants Sarajuan Gilvary and Marla Soffer, Esquire (collectively, the "Movants"), the Movants will present the attached proposed Order to the Honorable Robert E. Gerber, United States Bankruptcy Judge, for signature on March 9, 2010 noon (Eastern Time).

PLEASE TAKE FURTHER NOTICE that any responses or objections to the proposed Order must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.); (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (vii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.); (viii) Marshall, Dennehey, Warner, Coleman & Goggin, Woodland Falls Corporate Park, Suite 300, 200 Lake Drive East, Cherry Hill, NJ 08002, (Attn: Walter E. Kawalec, Esquire); and (ix) Kennedy, Lipski & McDade, 1818 Market Street, 25th Floor, Philadelphia, Pennsylvania 19103 (Attn: Nancy E. Campbell, Esquire), so as to be received no later than **11:30 a.m. on March 9, 2010 (Eastern Time)** (the "**Objection Deadline**"). Unless objections are received by the Objection Deadline, the Stipulation and Order may be signed.

Dated: New York, New York

March 4, 2010

/s/ Eric G. Zajac, Esquire
ZAJAC & ARIAS, LLC
1818 Market St., 30th Flr.
Philadelphia, PA 19103
215-575-7615
215-575-7640 Fax

**Attorneys for Movants**
**Sarajuan Gilvary & Marla Soffer, Esq.**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————————x
                                                :
In re:                                          :    Chapter 11
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,           :    Case No. 09-50026
      f/k/a General Motors Corp., *et al.*,     :
                        Debtors                 :
———————————————————————————x

## ORDER

FOR THE REASONS SET FORTH ON THE RECORD during a hearing conducted on March 2, 2010:

1. the Motion for Relief from Stay filed by Sarajuan Gilvary (Document No: **4541**) is GRANTED;

2. The Motion for Relief from Stay filed by Marla Soffer, Esquire, Administratrix of the Estate of David Arenas, deceased (Document No: **4703**) is GRANTED.

3. Any stays imposed by 11 U.S.C. § 362 and/or other provisions of the Bankruptcy Code in the cases captioned *Sara Gilvary v. Pompey Dodge, Inc. et al.,* Philadelphia County, Pennsylvania, Court of Common Pleas, March Term, 2007 No. 03736 and *Soffer v. M&M Motors*, Pennsylvania Superior Court, Eastern District, No. 2011 EDA 2008 (on appeal from the Court of Common Pleas, November Term, 2007 no. 02064), are LIFTED to the extent they were any impediment to Movants proceeding against the dealerships, Pompey Dodge, Inc., and M&M Motors ("the dealerships") in the respective state court actions.

4. For the reasons stated in more detail on the record, to the extent that any stays imposed under federal law have been an impediment to pursuit of the state law claims against the dealerships, they no longer are.

5. To the extent that any Party or interested person seeks further relief or clarification from the Bankruptcy Court with respect to any matter of federal law, this Court shall retain jurisdiction without prejudice to any party taking or opposing any position before this Court.

6. The dealerships have 15 business days from the date of entry of this Order to file

protective proofs of claim for indemnification if they so choose.

Dated: New York, New York
March 2, 2010

| | |
|---|---|
| Nancy E. Campbell, Esquire | Eric G. Zajac, Esquire |
| Kennedy, Lipski & McDade | ZAJAC & ARIAS, L.L.C. |
| 1818 Market Street, 25th Floor | 1818 Market St., 30th Flr. |
| Philadelphia, Pennsylvania 19103 | Philadelphia, PA 19103 |
| Telephone: (215) 430-6350 | Telephone: (215) 575-7615 |
| Fax: (215) 430-6351 | Fax: (215) 575-7640 |
| *Attorneys for Respondent Pompey Dodge, Inc.* | *Attorneys for Movants* |
| *(Document No. 4541)* | |

Joseph H. Smolinsky, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Telephone: 212 310 8000
Fax: 212 310 8007
*Attorneys for Debtors and Debtors in Possession*

Walter E. Kawalec, Esquire
Marshall Dennehey Warner
 Coleman & Goggin
Woodland Falls Corporate Park, Suite 300
200 Lake Drive East
Cherry Hill, NJ 08002
Telephone: (856) 414-6000
Fax: (856) 414-6077
*Attorneys for Respondent, M&M Motors (Document No. 4703)*

David Jones, Esquire
Asst. U.S. Attorney
Southern District of New York
86 Chambers St., 3rd floor
New York, New York 10007
Telephone: (212) 637 2739
Fax: (212) 637-2686
*Attorneys for the United States Treasury*

So Ordered this_____day of March, 2010.

_____
United States Bankruptcy Judge