UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
: Case No. 09-50026 (REG)
In re :
:
MOTORS LIQUIDATION COMPANY *et al.*, : (Chapter 11)
f/k/a GENERAL MOTORS CORP. *et al.*, :
:
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------- x

# APPOINTMENT OF COMMITTEE OF UNSECURED
# CREDITORS HOLDING ASBESTOS RELATED CLAIMS

As of March 2, 2010, Diana G. Adams, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors holding asbestos related claims who are willing to serve on the Official Committee of Unsecured Creditors Holding Asbestos Related Claims of Motors Liquidation Company, and affiliated debtors in possession:

1. Mark Butitta as Special Administrator of the
    Estate of Salvatore Butitta
    2429 S. Alpine Road
    Rockford, Illinois  61108
    Tel. No. (815) 509-1172

2. Sally Maziarz as Special Administratrix of the
    Estate of Jerome Maziarz
    520 Hayes Road
    Bowling Green, Kentucky  42103
    Tel. No. (270) 781-7907

3.  Charles Cantrell
    18405 Clarkdale Avenue
    Artesia, California  90701
    Tel. No. (562) 405-2143

Dated: New York, New York
       March 2, 2010

>                                    DIANA G. ADAMS
>                                    UNITED STATES TRUSTEE
>
> By:    /s/ Brian S. Masumoto
>        Brian Masumoto
>        Trial Attorney
>
>        33 Whitehall Street, 21st Floor
>        New York, New York  10004
>        Tel. No. (212) 510-0500