**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                             :

In re                                   :       **Chapter 11 Case No.**
                                             :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :      **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*  :

                                 :

                    **Debtors.**      :      **(Jointly Administered)**
                                             :
---------------------------------------------------------------x

### NOTICE OF ADJOURNED MATTERS AND CANCELLATION OF HEARING SCHEDULED FOR MARCH 10, 2010 at 9:45 a.m.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**PLEASE TAKE NOTICE THAT** - As set forth below, all matters scheduled for consideration at the hearing on **March 10, 2010 at 9:45 a.m.** (the "**Hearing**") in the above-captioned chapter 11 cases either have been adjourned or are uncontested and will be adjudicated pursuant to a Certificate of No Objection to be filed by the Debtors. Accordingly, the Hearing has been cancelled.

### I.     UNCONTESTED MATTERS:

    1.     Debtors' Tenth Omnibus Objection to Claims (Workers' Compensation Claims) [**Docket No. 4947**]

          Response Deadline:        March 3, 2010 at 4:00 p.m.

          Responses Filed:         None to date.

          Replies Filed:           None to date.

          Additional Documents:      None to date.

          **Status:**       A Certificate of No Objection will be filed.

    2.     Debtors' Eleventh Omnibus Objection to Claims [**Docket No. 4958**]

          Response Deadline:         March 3, 2010 at 4:00 p.m.

Responses Filed:         None to date.

Replies Filed:           None to date.

Additional Documents:    None to date.

**Status:**      A Certificate of No Objection will be filed.


## II.    ADJOURNED MATTERS:

3.    Debtors' Third Omnibus Motion Pursuant to 11 U.S.C. §365 to Reject Certain
      Unexpired Leases of Nonresidential Real Property (Tricon Verizon Leasing Only)
      **[Docket No. 3044]**

      Response Deadline:        Not specified.

      Responses Filed:          None to date.

      Replies Filed:            None to date.

      Additional Documents:     None to date.

      **Status:**      This matter has been adjourned to April 8, 2010 at 9:45 a.m.


4.    Julie and David Brittingham's Application for an Order Pursuant to Rule 2004 of
      the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the
      Production of Documents and (B) the Oral Examination of Individuals Designated
      by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket
      Nos. 3664, 3665]**

      Response Deadline:        April 22, 2010 at 4:00 p.m.

      Responses Filed:          None to date.

      Replies Filed:            None to date.

      Additional Document(s):   None to date.

      **Status:**      This matter has been adjourned to April 29, 2010 at 9:45 a.m.

5.    Remy International Inc.'s Application for an Order Pursuant to Rule 2004 of the
      Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the
      Production of Documents and (B) the Oral Examination of Individuals Designated
      by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket
      Nos. 3769, 3770]**

      Response Deadline:        April 22, 2010 at 4:00 p.m.

Response Filed:          None to date.

Reply Filed:          None to date.

Additional Document(s):    None to date.

**Status:**    This matter has been adjourned to April 29, 2010 at 9:45 a.m.

6.    Motion for Relief from the Automatic Stay filed by The Schafer Group Inc., or in the Alternative, for an Order Pursuant to Federal Rules of Bankruptcy Procedure 2004 Compelling an Examination and Production of Documents **[Docket No. 3880]**

Response Deadline:    June 8, 2010 at 4:00 p.m.

Response Filed:    None to date.

Reply Filed:    None to date.

Additional Document(s):    None to date.

**Status:**    This matter has been adjourned to June 15, 2010 at 9:45 a.m.

7.    Debtors' Motion for Entry of Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors [**Docket No. 4324**]

Response Deadline:    Not specified.

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter will be presented on March 25, 2010 at 9:45 a.m.

8.    Motion of Plaintiffs in the Action Entitled *Sidner et al. v. General Motors Corporation,* for Entry of an Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) **[Docket No. 4775]**

Response Deadline:    April 22, 2010 at 4:00 p.m.

Response Filed:    None to date.

Reply Filed:    None to date.

Additional Document(s):    None to date.

**Status:**        This matter has been adjourned to April 29, 2010 at 9:45 a.m.

9.        Motion of Plaintiffs in the Action Entitled *Paikai et al. v. General Motors Corporation*, for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) **[Docket No. 4776]**

Response Deadline:        April 22, 2010 at 4:00 p.m.

Response Filed:        None to date.

Reply Filed:        None to date.

Additional Document(s):        None to date.

**Status:**        This matter has been adjourned to April 29, 2010 at 9:45 a.m.

10.        Motion of Plaintiffs in the Action Entitled *O'Connor et al. v. General Motors Corporation*, for Entry of an Order Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) **[Docket No. 4777]**

Response Deadline:        April 22, 2010 at 4:00 p.m.

Response Filed:        None to date.

Reply Filed:        None to date.

Additional Document(s):        None to date.

**Status:**        This matter has been adjourned to April 29, 2010 at 9:45 a.m.

*[Intentionally Left Blank]*

11.    General Motors LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation Dated August 14, 2009 [**Docket No. 4895**]

Response Deadline:        April 5, 2010 at 4:00 p.m.

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter has been adjourned to April 8, 2010 at 2:00 p.m.

Dated:    New York, New York
    March 8, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession