**NEW PRESENTMENT DATE AND TIME: March 11, 2010 at 12:00 noon (Eastern Time)**
**NEW OBJECTION DEADLINE: March 11, 2010 at 11:30 a.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                        :
**In re**                               :   Chapter 11 Case No.
                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :   09-50026 (REG)
    f/k/a General Motors Corp., *et al.*    :
                                        :
                    Debtors.            :   (Jointly Administered)
                                        :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**PRESENTMENT OF ORDER PURSUANT TO**
**11 U.S.C. §§ 105(a) AND 363(b) AUTHORIZING EMPLOYMENT**
**AND RETENTION OF HILCO INDUSTRIAL LLC AND MAYNARDS**
**INDUSTRIES (1991) INC. AS EXCLUSIVE MARKETING AND SALES**
**AGENTS TO THE DEBTORS** *NUNC PRO TUNC* **TO OCTOBER 1, 2009**

PLEASE TAKE NOTICE that the date on which the Application of

Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing the

Employment and Retention of Hilco Industrial LLC and Maynards Industries (1991) Inc.

as Exclusive Marketing and Sales Agents to the Debtors *Nunc Pro Tunc* to October 1,

2009 [Docket No. 4984] (the "**Application**") will be presented before the Honorable

Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New

York, New York 10004, has been extended from March 9, 2010 at 12:00 noon (Eastern

US_ACTIVE:\43329164\02\72240.0639

Time) to **March 11, 2010 at 12:00 noon (Eastern Time)**. The new objection deadline shall be **March 11, 2010 at 11:30 a.m. (Eastern Time)**.

Dated: New York, New York
      March 8, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession