**HEARING DATE AND TIME: March 10, 2010 at 9:45 a.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                           :    **Chapter 11 Case No.**
                                                :
**MOTORS LIQUIDATION COMPANY**, *et al.*,       :    **09-50026 (REG)**
   f/k/a General Motors Corp., *et al.*         :
                                                :
                     Debtors.                   :    **(Jointly Administered)**
                                                :
------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**

Pursuant to 28 U.S.C. § 1746 and the Order Establishing Notice and Case Management Procedures, dated August 3, 2009 [Docket No. 3629], the undersigned hereby certifies as follows:

**Debtors' Eleventh Omnibus Objection to Claims**

No response has been received with respect to the Debtors' Eleventh Omnibus Objection to Claims [Docket No. 4958] (the "**Eleventh Omnibus Objection**"). Accordingly, the proposed order (the "**Eleventh Omnibus Objection Order**") annexed to the Eleventh Omnibus Objection will be submitted to the Court for immediate entry without a hearing being held to consider the relief set forth therein.

US_ACTIVE:\43329309\01\72240.0639

**Debtors' Tenth Omnibus Objection to Claims**

With respect to the Debtors' Tenth Omnibus Objection to Claims (Workers' Compensation Claims) [Docket No. 4947] (the "**Debtors' Tenth Omnibus Objection**"), the Debtors were informally contacted by certain claimants, before the deadline to object to the Debtors' Tenth Omnibus Objection, regarding objections to the relief sought in the Debtors' Tenth Omnibus Objection with respect to their claims (collectively, the "**Informal Objections**"). The Debtors are continuing to work on a resolution of the Informal Objections and have revised the proposed order annexed to the Debtors' Tenth Omnibus Objection (as revised, the "**Revised Tenth Omnibus Objection Order**") to remove the claims relating to the Informal Objections. Accordingly, the relief set forth in the Debtors' Tenth Omnibus Objection, as modified by the Revised Tenth Omnibus Objection Order, is uncontested. The Revised Tenth Omnibus Objection Order will therefore be submitted to the Court for immediate entry without a hearing being held to consider the relief set forth in the Debtors' Tenth Omnibus Objection. The hearing with respect to the Informal Objections, has been adjourned to April 8, 2010 at 9:45 a.m.

[*The Remainder Of This Page Has Intentionally Been Left Blank*]

**Conclusion**

Based on the foregoing, it is respectfully requested that the Court enter (i) the Eleventh Omnibus Objection Order, and (ii) the Revised Tenth Omnibus Objection Order.

Dated: New York, New York
March 8, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession