**PRESENTMENT DATE AND TIME: March 9, 2010 noon (Eastern Time)**
**OBJECTION DEADLINE: March 9, 2010 at 11:30am (Eastern Time)**

Eric G. Zajac, Esquire
ZAJAC & ARIAS, LLC
1818 Market St., 30th Flr.
Philadelphia, PA 19103
215-575-7615
215-575-7640 Fax

**Attorneys for Movants**
**Sarajuan Gilvary & Marla Soffer, Esquire**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――x
                                      :
In re:                                :    Chapter 11
                                      :
MOTORS LIQUIDATION COMPANY, *et al.*, :    Case No. 09-50026
         f/k/a General Motors Corp., *et al.*, :
              Debtors                 :    (Jointly Administered)
―――――――――――――――――――――――x


**REPLY OF MOVANT SARAJUAN GILVARY TO OBJECTION**
**OF RESPONDENT POMPEY DODGE TO PROPOSED ORDER RULING ON**
**MOTION TO LIFT AUTOMATIC STAY (DOCUMENT NO's 4541)**

     Movant never agreed to remove Paragraph 4 of the proposed Order. The undersigned at one point during e-mail dialogue over the language of the proposed Order proposed to remove the Paragraph as redundant to other language, <u>if</u> Respondent agreed to the other alternative language elsewhere in the proposed Order. Respondent did not agree to the alternative language but instead raised a new objection that it had not previously raised. Accordingly, any claim that the undersigned agreed to remove Paragraph 4 is misleading. Finally, Respondent has failed to articulate how Paragraph 4 in any way deviates from the Court's rulings on the Motion.

Dated: New York, New York

March 9, 2010

/s/ Eric G. Zajac, Esquire
ZAJAC & ARIAS, LLC
1818 Market St., 30th Flr.
Philadelphia, PA 19103
215-575-7615
215-575-7640 Fax

**Attorneys for Movant
Sarajuan Gilvary**

cc:

Nancy E. Campbell, Esquire
Kennedy, Lipski & McDade
1818 Market Street, 25th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 430-6350
Fax: (215) 430-6351
*Attorneys for Respondent Pompey Dodge, Inc.(Document No. 4541)*

Joseph H. Smolinsky, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Telephone: 212 310 8000
Fax: 212 310 8007
*Attorneys for Debtors and Debtors in Possession*

Walter E. Kawalec, Esquire
Marshall Dennehey Warner
 Coleman & Goggin
Woodland Falls Corporate Park, Suite 300
200 Lake Drive East
Cherry Hill, NJ 08002
Telephone: (856) 414-6000
Fax: (856) 414-6077
*Attorneys for Respondent, M&M Motors (Document No. 4703)*

David Jones, Esquire
Asst. U.S. Attorney
Southern District of New York
86 Chambers St., 3rd floor
New York, New York 10007
Telephone: (212) 637 2739
Fax: (212) 637-2686
*Attorneys for the United States Treasury*