To:             United States Bankruptcy Court
                District of New York

From:           Indiana Department of Revenue

Date:           February 25, 2010

Name:           Saturn Corporation

Case #          09-50027 (REG)



Notice of Withdrawal of Claim

Creditor, Indiana Department of Revenue hereby files its Notice of Withdrawal of Proof of Claim # 11799 pursuant to Bankruptcy Rule 3006.

Upon further investigation, the Indiana Department of Revenue has determined that these tax liabilities are no longer due and owing. As a result, the Department submits this Notice of Withdrawal for the purpose of notifying the Court and all interested parties that its Proof of Claim is hereby withdrawn.

/s/ Carol Lushell Tax Analyst, Indiana Department of Revenue