**GREG H. BOWER**
**ADA COUNTY PROSECUTING ATTORNEY**

**RAY J. CHACKO**
Deputy Prosecuting Attorney
200 W. Front Street, Rm 3191
Boise, ID 83702
(208) 287-7700
Idaho State Bar No. 5862



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-50026 (REG) |
| | ) | |
| General Motors Corporation, et al., | ) | **WITHDRAWAL OF PROOFS OF CLAIM** |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

COMES NOW, the Ada County Treasurer, by and through the Ada County Prosecuting Attorney's Office, and hereby moves this Court to withdraw the Proofs of Claim for property taxes for Parcel Number P1GENMOTCO1 in the amount of $13.26, Parcel Number P1GENMOTCO2 in the amount of $13.26, Parcel Number P1GENMOTC03 in the amount of $203.36 and Parcel Number P1GENMOTC04 in the amount of $12.00, all located in Ada County, Idaho, for the year 2009, filed with this Court on November 28, 2009, in the above Chapter 11.

DATED this 26th day of February 2010.

GREG H. BOWER
Ada County Prosecuting Attorney

By: _____
Ray J. Chacko
Deputy Prosecuting Attorney

WITHDRAWAL OF PROOFS OF CLAIM - Page 1
g:\rjc\bankruptcy\general motors corporation\pleadings\withdrawal of proof of claim.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February 2010, I served a true and correct copy of the foregoing WITHDRAWAL OF PROOFS OF CLAIM to the following person(s) by the following method:

| | |
|---|---|
| U.S. TRUSTEE<br>33 WHITEHALL STREET<br>21ST FLOOR<br>NEW YORK, NY 10004 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |
| HARVEY R. MILLER<br>WEIL, GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 | _____ Hand Delivery<br>__X__ U.S. Mail<br>_____ Certified Mail<br>_____ Telecopy (FAX) |

Cheri Adams, Legal Assistant

WITHDRAWAL OF PROOF OF CLAIM - Page 2

g:\rjc\bankruptcy\general motors corporation\pleadings\withdrawal of proof of claim.doc