

BOBBY JINDAL
Governor

CYNTHIA BRIDGES
Secretary

# State of Louisiana
### Department of Revenue

February 11, 2010

U S BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NY  10004

Subject:   General Motors Acceptance Corp
           Case No: 09-50026
           Amount: Undetermined
           Account No: 9542994001
           Claim No: 955



Gentlemen:

The Louisiana Department of Revenue respectfully request that the referenced proof of claim be withdrawn as it was filed in error.

Thank you for your attention and cooperation in this matter.

Sincerely,

Judy Altazan
Bankruptcy Section
Collection Division
Phone:  (225) 219-2255

*Contributing to a better quality of life.*

617 North Third Street, Post Office Box 66658, Baton Rouge, Louisiana 70896-6658 • (225) 219-2255 • Fax (225) 219-2250 • TDD (225) 219-2114
www.revenue.louisiana.gov