

BOBBY JINDAL  
Governor

CYNTHIA BRIDGES  
Secretary

# State of Louisiana
### Department of Revenue

February 11, 2010

U S BANKRUPTCY COURT  
ONE BOWLING GREEN  
NEW YORK, NY  10004

Subject:   GMAC INC  
           Case No: 09-50026  
           Amount: $4,292.60  
           Account No:  6033922001  
           Claim No: 69434



Gentlemen:

The Louisiana Department of Revenue respectfully request that the referenced proof of claim be withdrawn as it was filed in error.

Thank you for your attention and cooperation in this matter.

Sincerely,

Judy Altazan  
Bankruptcy Section  
Collection Division  
Phone:  (225) 219-2255

*Contributing to a better quality of life.*

617 North Third Street, Post Office Box 66658, Baton Rouge, Louisiana 70896-6658 • (225) 219-2255 • Fax (225) 219-2250 • TDD (225) 219-2114  
www.revenue.louisiana.gov