James C. Moon (JM 0946)
MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
(305) 358-6363

*Attorneys for Alidi Albertini*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MOTORS LIQUIDATION COMPANY, *et al.*
f/k/a General Motors corp., *et al.*

Debtors.
_____/

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 60001 FILED BY ALIDA ALBERTINI

Alida Albertini, by and through undersigned counsel, hereby move this Court, pursuant to the Stipulation and Agreed Order Between Debtors and Alida Albertini Providing for Limited Modification of the Automatic Stay, hereby withdraws Claim no. 60001 / 3773837 in its entirety.

Dated: February 25, 2010
Miami, Florida

/s/ James Moon
James C. Moon (JM 0946)
jmoon@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Alida Albertini*