To:        United States Bankruptcy Court
           District of New York

From:      Indiana Department of Revenue

Date:      February 10, 2010

Name:      Autoliv ASP Inc

Case #     09-50026



Notice of Withdrawal of Claim

Creditor, Indiana Department of Revenue hereby files its Notice of Withdrawal of Proof of Claim # 17783 pursuant to Bankruptcy Rule 3006.

Upon further investigation, the Indiana Department of Revenue has determined that these tax liabilities are no longer due and owing. As a result, the Department submits this Notice of Withdrawal for the purpose of notifying the Court and all interested parties that its Proof of Claim is hereby withdrawn.

/s/ Carol Lushell Tax Analyst, Indiana Department of Revenue