IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-50026 |
| Motors Liquidation Company | § | |
| f/k/a General Motors Corporation, et al. | § | CHAPTER 11 |
| | § | |
| DEBTOR(S) | § | |



### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FOR KERR COUNTY

PLEASE TAKE NOTICE that Kerr County hereby withdraws its Proof of Claim (No. 75) in the amount of $11,505.78 filed on June 15, 2009 for Ad Valorem taxes on property situated in Kerr County, Texas. The taxes to which this claim pertains have been paid.

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

By: /s/ Jerry Shiever
Jerry Shiever
Bar No. 18262000
Attorney for Claimant
3301 Northland Drive, Ste. 505
Austin, Texas 78731
Phone: (512) 302-0190
Fax:   (512) 302-1802

## CERTIFICATE OF SERVICE

I, Jerry Shiever, do hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim has been served on the parties listed below via U.S. Mail on this 4th day of March, 2010.

/s/ Jerry Shiever
Jerry Shiever



The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Al Koch
AP Services, LLC, an affiliate of AlixPartners, LLP
2000 Town Center
Suite 2400
Southfield, Michigan 48075

Thomas Moers Mayer, Esq.
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004