IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-50027 |
| MLCS, LLC | § | |
| f/k/a Saturn, LLC | § | CHAPTER 11 |
| | § | |
| DEBTOR(S) | § | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FOR CITY OF PHARR

PLEASE TAKE NOTICE that City of Pharr hereby withdraws its Proof of Claim (No. 73) in the amount of $436.38 filed on June 15, 2009 for Ad Valorem taxes on property situated in Hidalgo County, Texas. Upon further investigation, the property included in the claim is not believed to be part of the bankruptcy estate.

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

By: /s/ John T. Banks
    John T. Banks
    Bar No. 01684250
    Attorney for Claimant
    3301 Northland Drive, Ste. 505
    Austin, Texas 78731
    Phone: (512) 302-0190
    Fax:   (512) 302-1802

## CERTIFICATE OF SERVICE

I, John T. Banks, do hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim has been served on the parties listed below via U.S. Mail on this 4th day of March, 2010.

/s/ John T. Banks
John T. Banks



The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Al Koch
AP Services, LLC, an affiliate of AlixPartners, LLP
2000 Town Center
Suite 2400
Southfield, Michigan 48075

Thomas Moers Mayer, Esq.
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004