IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN RE:

MLCS, LLC                                    §        CASE NO.  09-50027
f/k/a Saturn, LLC                            §
                                             §        CHAPTER 11
DEBTOR(S)                                    §
                                             §
                                             §

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FOR HIDALGO COUNTY

PLEASE TAKE NOTICE that Hidalgo County hereby withdraws its Proof of Claim (No. 72) in the amount of $16,635.43 filed on June 15, 2009 for Ad Valorem taxes on property situated in Hidalgo County, Texas. Upon further investigation, the property included in the claim is not believed to be part of the bankruptcy estate.

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

By:  /s/ John T. Banks
     John T. Banks
     Bar No. 01684250
     Attorney for Claimant
     3301 Northland Drive, Ste. 505
     Austin, Texas 78731
     Phone: (512) 302-0190
     Fax:    (512) 302-1802

## CERTIFICATE OF SERVICE

I, John T. Banks, do hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim has been served on the parties listed below via U.S. Mail on this 4th day of March, 2010.

/s/ John T. Banks
John T. Banks

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Al Koch
AP Services, LLC, an affiliate of AlixPartners, LLP
2000 Town Center
Suite 2400
Southfield, Michigan 48075

Thomas Moers Mayer, Esq.
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004