|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | **Presentment Date and Time**<br>April 8, 2010<br>at 9:45 A.M. |

------------------------------------------------------------x
In re                                                              :
**Bankruptcy of Motors Liquidation Company**   :  **Chapter 11**
**(f/k/a General Motors Corporation) ("MLC")**  :
                                                                     :  Case No. 09 - 50026 (REG)
            **Debtor.**                                       :
------------------------------------------------------------x

## RESCHEDULED NOTICE OF MOTION OF ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a) AFTER MATERIAL DEFAULT AND OPPORTUNITY FOR HEARING

PLEASE TAKE NOTICE that upon the motion of Stanley R. Stasko, the undersigned will present the attached proposed order to the Honorable Robert E. Gerber, United States Bankruptcy Judge, for signature on April 8, 2010 at 9:45 A.M..

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: March 8, 2010

_____
Stanley R. Stasko
27653 Lexington Pkwy Southfield, Michigan 48076
#313-670-6917
Pro Se Litigant

To:
Motors Liquidation Company
(f/k/a General Motors Corporation)
Weil, Gotshal & Manges LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Debtor

Stanley R. Stasko
27653 Lexington Pkwy
Southfield, Michigan 48076
Telephone: (313) 670-6917
Plaintiff
Pro Se Litigant

Document prepared by Stanley R. Stasko 27653 Lexington Pkwy
Southfield, Michigan 48076 Telephone # 313-670-6917