UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                       :
**Bankruptcy of Motors Liquidation Company**                :
**(f/k/a General Motors Corporation) ("MLC")**              :
                                                            :
           Debtor.                                          :
------------------------------------------------------------x

<u>Presentment Date and Time</u>
April 8, 2010
at 9:45 A.M.

Chapter <u>11</u>

Case No. 09 - 50026 (REG)

**ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a) AFTER MATERIAL DEFAULT**

Upon the motion (the "<u>Motion</u>"), dated February 16, 2010 of Stanley R. Stasko (the Creditor) for an order, pursuant to section 362(d) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in 767 Fifth Avenue New York, New York 10153 (the "Property"; the location of Principal Assets of Business Debtor) to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property. The Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in Bankruptcy of Motors Liquidation Company (f/k/a General Motors Corporation) ("MLC"), United States Bankruptcy Court – Southern District of New York, Case # 09-50026 (REG) by section 362(a) of the Bankruptcy Code is vacated under section 362(d)(1) of the Bankruptcy Code as to the Plaintiff's interests in the Property to allow the Plaintiff's enforcement of its rights in, and remedies in and to, the Property associated with the civil action Stasko vs. General Motors Corporation, United States District Court Eastern District of Michigan, Case # 2:09-CV-14827.

Dated: _____, 2010

_____
Honorable Robert E. Gerber
UNITED STATES BANKRUPTCY JUDGE
Southern District of New York
New York, New York