UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                        :
**Bankruptcy of Motors Liquidation Company**                 :    Chapter 11
**(f/k/a General Motors Corporation) ("MLC")**               :
                                                             :    Case No. 09 - 50026 (REG)
            Debtor.                                          :
------------------------------------------------------------x

## AFFIRMATION OF SERVICE

A copy of the (1) Rescheduled Notice of Motion of Order, and (2) Order Modifying the Automatic Stay has been served upon the Debtor in the manner indicated below:

Name of Debtor Served:     Motors Liquidation Company

                           (f/k/a General Motors Corporation)

                           Weil, Gotshal & Manges LLP

                           1300 Eye Street, N.W., Suite 900, Washington, D.C. 20005

Date of Service: March 8, 2010

Method of Service and Declaration: I, Stanley R. Stasko, served Debtor by U.S. Priority mail a copy of the above specified items. I declare under the penalty of perjury that the information contained in this Affirmation of Service is true and correct.

Signature of Server: _____     Date: March 8, 2010

Server's Address: 27653 Lexington Pkwy Southfield, Michigan 48076 #313-670-6917