UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :
**Bankruptcy of Motors Liquidation Company**                     :    Chapter <u>11</u>
**(f/k/a General Motors Corporation) ("MLC")**                   :
                                                                 :    Case No. 09 - 50026 (REG)
              **Debtor.**                                                    :
-----------------------------------------------------------------x

## AFFIRMATION OF SERVICE

A courtesy copy of the (1) Rescheduled Notice of Motion of Order, and (2) Order

Modifying the Automatic Stay has been submitted to:

United States District Court – Eastern District of Michigan

Case: 2:09-CV-14827

Honorable Julian Abele Cook

United States District Court Judge


Date of Service: March 8, 2010

Method of Service and Declaration: I, Stanley R. Stasko, submitted in person a courtesy

copy of the above specified items. I declare under the penalty of perjury that the

information contained in this Affirmation of Service is true and correct.

Signature of Server: _____          Date: March 8, 2010

Server's Address: 27653 Lexington Pkwy Southfield, Michigan 48076 #313-670-6917