## NOTICE OF CLAIMS PURCHASE AGREEMENT

(Proof of Claim)

Power Motion Sales Inc, a(n) Missouri Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto BLUE HERON MICRO OPPORTUNITIES FUND LLP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $722.00 (proof of claim amount, defined as the "Claim") against Motors Liquidation Company et. al. f/k/a General Motors Corporation et. al (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 09-50026 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the _1st_ day of _March_, 2010.

X WITNESS _____
(Signature)

X CHRIS TRENBURY    PRESIDENT
(Print Name and Title of Witness)

_POWER MOTION SALES_
(Company Name)

_____
(Signature of Corporate Officer)

Vickie Trenblay
(Print Name and Title of Corporate Officer)

WITNESS _____
(Signature)

BLUE HERON MICRO OPPORTUNITIES FUND LLP

_____
(Signature of Fund Representative)

_____
(Print Name, Blue Heron Micro Opportunities Fund LLP)

Exhibit "A"