United States Bankruptcy Court

Southern District Of New York

In re: **Motors Liquidation Company, et al.**    Case No. **09-50026**
*f/k/a General Motors Corp., et al.*

Court ID (Court use only) _____

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>**Blue Heron Micro Opportunities Fund, LLP** | Name of Transferor<br>**Power-Motion Sales, Inc.** |
| Name and Address where notices to transferee should be sent:<br><br>**Blue Heron Micro Opportunities Fund, LLP**<br>**P.O. Box 14610**<br>**Surfside Beach, SC  29587**<br>**Attn: Claims Processing Dept.**<br><br>Phone:<br>(803) 810-8055 | Court Record Address of Transferor<br>(Court Use Only) |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____ |
| Name and Address where transferee payments should be sent (if different from above)<br><br><br><br>Phone: *Same as Above* | Name and Current Address of Transferor<br>**Power-Motion Sales, Inc.**<br>**652 Axminister Drive**<br>**Fenton, MO  63026**<br><br>Claim Amount:    **$722.00**<br>Phone: |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:<br><br>Court Claim # (if known):    **12120**<br><br>Date Claim Filed:    **10/19/2009** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/David P. Tonner                    Date:    **3/9/2010**
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**