UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
In re:                                              :        Chapter 11
                                                    :
                                                    :        Case No. 09-50026
                                                    :
Motors Liquidation Company, et al,                  :
                                                    :
                              Debtors.              :
-------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray **,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On the 10th day of March, 2010, I caused to be served a copy of the following documents: (a) Transfer of Claim Other than for Security [Docket No. 5235] and (b) Form 210B Notice upon the parties listed on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Kimberly Murray_
    Kimberly Murray

Sworn to before me this 10th day of
March, 2010

/s/ Nancy Formica_____
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Queens County
Commission Expires August 8, 2010

# EXHIBIT A

**<u>TRANSFEROR</u>**
Power-Motion Sales, Inc.
652 Axminister Drive
Fenton, MO 63026

**<u>TRANSFEREE</u>**
Blue Heron Micro Opportunities Fund, LLP
Attn: Claims Processing Dept.
P.O. Box 14610
Surfside Beach, SC 29587

# United States Bankruptcy Court

## For the Southern District Of New York

In re Motors Liquidation Company, et al.,                                              Case No. 09-50026

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 12120 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on March 9, 2010.

**Name and address of Transferor**
Power-Motion Sales, Inc.
652 Axminister Drive
Fenton, MO 63026

**Name and address of Transferee**
Blue Heron Micro Opportunities Fund, LLP
Attn: Claims Processing Dept.
P.O. Box 14610
Surfside Beach, SC 29587

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Melville, New York
Date: March 10, 2010

CLERK OF THE COURT
By: The Garden City Group, Inc.
    as Claims and Noticing Agent