UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                          :
                                               :  Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,          :
    f/k/a General Motors Corp., *et al.*   :  09-50026 (REG)
                                               :
    Debtors.                             :  (Jointly Administered)
                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Alison Moodie, being duly sworn, depose and state:

1.  I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On March 5, 2010, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on Maddin Hauser Wartell Roth & Heller PC, Attn: Kathleen H. Klaus, 28400 Northwestern Highway, 3rd Floor, Southfield, MI 48034 (counsel for MTech Associates. LLC):

    - Stipulation and Agreed Order Regarding Abandonment of Certain Property ("Abandonment Order") [Docket No. 5193].

3.  On March 10, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the Abandonment Order to be served by first class mail, postage prepaid, on MTech Associates, Attn: Legal Department, 28388 Franklin Road, Southfield, MI 48034.

Dated: March 11, 2010                    /s/ Alison Moodie
    Melville, New York                   Alison Moodie

Sworn to before me this 11th day of March, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012