Lauren M. Webb
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024
Telephone: (618) 259-2222
Facsimile: (618) 259-2251

*Counsel for the SimmonsCooper Cancer Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                  :
In re:                                      :      Chapter 11
                                                  :      Case No. 09-50026-reg
GENERAL MOTORS CORPORATION, et al.,  :
                                                  :
           Debtors.                        :
-----------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

COME NOW the SimmonsCooper Cancer Claimants ("Cancer Claimants") represented by Simmons Browder Gianaris Angelides & Barnerd LLC, f/k/a SimmonsCooper LLC, by and through counsel Lauren M. Webb of Simmons Browder Gianaris Angelides & Barnerd LLC (herein after the "Simmons Firm"), and hereby respectfully request admission of Lauren M. Webb, *pro hac* vice, to represent the Cancer Claimants, creditors in the above-referenced case. The grounds for the Motion are as follows:

(i)      The Cancer Claimants are those individuals represented by the Simmons Firm with "malignant" cancer personal injury claims against the Debtors resulting from exposure to asbestos contained in Debtors' products;

(ii)     Under the Local Rule 2090-1(b) for the Bankruptcy Court for the Southern District of New York, an attorney in "good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court" upon motion to the Court;

(iii)    Lauren M. Webb is a member in good standing of the bar of the State of Mississippi, as well as of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi;

(iv)    Contact information for Lauren M. Webb is at the offices of Simmons Browder Gianaris Angelides & Barnerd LLC, 707 Berkshire Boulevard, Post Office Box 521, East Alton, Illinois, 62024, email lwebb@simmonsfirm.com, phone (618) 259-2222, fax (618) 259-2251;

(v)    The applicable filing fee was paid to the Clerk of Court upon filing of this Motion.

DATED: March 11, 2010.

Respectfully submitted,

SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By    */s/ Lauren M. Webb*
Lauren M. Webb, MS #102096
lwebb@simmonsfirm.com
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024
Phone (618) 259-2222
Fax (618) 259-2251

Counsel for the SimmonsCooper
Cancer Claimants