Lauren M. Webb
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024
Telephone: (618) 259-2222
Facsimile: (618) 259-2251

*Counsel for the SimmonsCooper Cancer Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re:                                          :    Chapter 11
                                                :    Case No. 09-50026-reg
GENERAL MOTORS CORPORATION, et al.,             :
                                                :
        Debtors.                                :
-----------------------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE

**ORDERED,**

that Lauren M. Webb of Simmons Browder Gianaris Angelides & Barnerd LLC is admitted, *pro hac* vice, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York to represent the SimmonsCooper Cancer Claimants.

Dated: _____, ____, 2010
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE