UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                        :
                                                             :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,        :
    f/k/a General Motors Corp., *et al.*           :   09-50026 (REG)
                                                             :
        Debtors.                             :   (Jointly Administered)
                                                             :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Alison Moodie, being duly sworn, depose and state:

1.   I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On March 10, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (Arrowpoint Capital Corp.):

- Stipulation and Agreed Order Among the Debtors, Arrowood Indemnity Company, Arrowpoint Capital Corp., and Arrowpoint Group, Inc. Regarding Proofs of Claim [Docket No. 5237].


Dated: March 11, 2010                    /s/ Alison Moodie
      Melville, New York                  Alison Moodie


Sworn to before me this 11th day of March, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012

# EXHIBIT A

ARROWPOINT CAPITAL CORP  
ATTN RICHARD ZUCKERMAN ESQ  
C/O SONNENSCHEIN NATH & ROSENTHAL LLP  
1221 AVENUE OF THE AMERICAS  
NEW YORK NY 10020  

ARROWPOINT CAPITAL CORP  
ATTN JAMES F MOEHAN, GENERAL COUNSEL  
ARROWOOD INDEMNITY COMPANY  
3600 ARCO CORPORATE DR  
CHARLOTTE NC 28273-8316