**EDMUND G. BROWN JR.**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

RONALD REAGAN BUILDING
300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013

Public: (213) 897-2000
Telephone: (213) 897-2618
Facsimile: (213) 897-4951
joyce.aguinsolmos@doj.ca.gov

March 8, 2010

United States Bankrtupcty Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE:   Motors Liquidation Company
      Case No.: 09-50026
      Honorable Robert E. Gerber
      Application for *Pro Hac Vice* Admission
          For: Olivia W. Karlin, Esq.

Dear Clerk:

In accordance with the web-site instructions, enclosed on behalf of Olivia W. Karlin, for filing and processing, is the original Motion for Admission to Practice *Pro Hac Vice*, Order Granting Admission to Practice *Pro Hac Vice*, $25.00 fee required and a disk copy of same. Please note that a courtesy copy of this letter, along with copies the Motion and Order are being forwarded to Judge Robert E. Gerber, in MS Word as well as pdf formats.

In addition to the above, you will also find enclosed the "Attorney Password Application – Live System" to be processed. Kindly process and provide Ms. Karlin with her password.

For convenience, I have enclosed a self-addressed FedEx envelope for return of conformed copies, password and executed Acknowledgement of Receipt of check.

If I can be of further assistance in the processing of same, please contact me at your earliest convenience.

Sincerely,

Joyce AguinsOlmos
Legal Secretary to
OLIVIA W. KARLIN
Deputy Attorney General

For   EDMUND G. BROWN JR.
      Attorney General

/JAO
Enclosures
cc:   Honorable Robert E. Gerber

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re: Motors Liquidation Company

                              Debtor                Case No.:   09-50026

-----------------------------------------------------------x    Chapter    11

                            Plaintiff

                        Adversary Proceeding No.: _____

               V

                            Defendant

[RECEIVED MAR 10 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK]

-----------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

I, _____Olivia W. Karlin_____, request admission, *pro hac vice*, before the Honorable __Robert E. Gerber__ to represent California Department of Toxic Substances Control, a __Creditor__ in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of __California__ and, if applicable, the bar of the U.S. District Court for the __Central__ District of __Central__.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 3/5/10

Los Angeles, CA _____, New York

/s/ Olivia W. Karlin

Mailing Address:
California Attorney General's Office
300 South Spring Street
Los Angeles, CA 90013
E-mail address: olivia.karlin@doj.ca.gov
Telephone number: (213) 897-0473

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Motors Liquidation Company

                      Debtor          Case No.: 09-50026
-----------------------------------------------------------x   Chapter 11

                     Plaintiff

                                                               Adversary Proceeding No.: _____

                V

                    Defendant

-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of ___Olivia W. Karlin___, to be admitted, ***pro hac vice***, to represent ___California Department of Toxic Substances Control___, (the "Client") a ___creditor___ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of ___California___ and, if applicable, the bar of the U.S. District Court for the ___Central___ District of ___California___, it is hereby

**ORDERED**, that ___Olivia W. Karlin___, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE