**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY | ) | Case No. 09-50026 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert E. Gerber |

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

ORDERED, that Lauren M. Webb, Esq. is admitted to practice, ***pro hac***

***vice***, in the above referenced case, in the United States Bankruptcy Court, Southern

District of New York, provided that the filing fee has been paid.

Dated: ***March  2010***
          New York, New York

                                                    */s/ Robert E. Gerber*
                                                    UNITED STATES BANKRUPTCY JUDGE