| Tenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| ALBERTA BEAVERS<br>J MARK KELL/HENRY M MILLER<br>ATTORNEYS AT LAW<br>5770 MEXICO RD  SUITE A<br>ST PETER, MO 63376 | 28175 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ANDREW J. BOBECK<br>PO BOX 171<br>LAKEVIEW, NY 14085 | 18880 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$200,000.00  (U)<br>$200,000.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ANGELETHA FARR-HUTCHINSON<br>APT 2098<br>100 HOLLOW TREE LANE<br>HOUSTON, TX 77090 | 21585 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ARNETTA RILEY<br>C/O LYNN D BARNETT ATTORNEY AT LAW<br>906 OLIVE SUITE 400<br>ST LOUIS, MO 63101 | 23871 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$631,398.76  (U)<br>$631,398.76  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| AYRON WOMACK<br>C/O ROBERT J LENZE PC<br>ATTORNEY AT LAW<br>3703 WATSON RD<br>ST LOUIS, MO 63109 | 14979 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Tenth Omnibus Objection**          **Exhibit A**          **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AYRON WOMACK<br>C/O ROBERT J LENZE PC<br>ATTORNEY AT LAW<br>3703 WATSON RD<br>ST LOUIS, MO 63109 | 14980 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| AYRON WOMACK<br>C/O ROBERT J LENZE PC<br>ATTORNEY AT LAW<br>3703 WATSON RD<br>ST LOUIS, MO 63109 | 14981 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| AYRON WOMACK<br>C/O ROBERT J. LENZE, P.C.<br>ATTORNEY AT LAW<br>3703 WATSON RD<br>ST LOUIS, MO 63109 | 21049 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| BARBARA KOWALSKY<br>243 SHENANDOAH RD<br>HOPEWELL JUNCTION, NY 12533 | 607 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$72,000.00 (P)<br>$0.00 (U)<br>$72,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| BELINDA GLASCOFF<br>DOBSON, GOLDBERG, BERNS & RICH, LLC<br>C/O MICHAEL C GOLDBERG<br>5017 WASHINGTON PLACE, 3RD FLOOR<br>ST LOUIS, MO 63108 | 16696 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| **Tenth Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.** |
| | | | | | **Case No. 09-50026 (REG), Jointly Administered** |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BEY MILLER BEY<br>C/O REED & BRUHN PC<br>6464 W MAIN ST STE 1B<br>BELLEVILLE, IL 62223 | 31713 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| BLOCK, LARRY A<br>6135 SCOTT RD<br>MOUNT MORRIS, MI 48458 | 18084 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| BYRNE, ROBERT F<br>1854 RINGSTED DR<br>SOLVANG, CA 93463 | 23120 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| CAROL A SCHULTE<br>C/O STEVEN J STREEN<br>ATTORNEY AT LAW PC<br>1220 WASHINGTON, 3RD FLOOR<br>KANSAS CITY, MO 64105 | 22254 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$980,000.00 (U)<br>$980,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| CAROLYN BOGAN<br>RICHARD G HUGHES<br>ATTORNEY AT LAW<br>101 MARKET ST STE 1540<br>ST LOUIS, MO 63101 | 15732 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Tenth Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CEDRIC JACKSON<br>C/O WILLIAM G BUCHHOLZ II<br>ATTORNEY FOR CEDRIC JACKSON<br>230 S BEMISTON, SUITE 1100<br>CLAYTON, MO 63105 | 29108 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$35,000.00 (U)<br>$35,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| CHARLES E AUGUSTINE<br>ATTN RONALD D EDELMAN ATTORNEY<br>PO BOX 220167<br>ST LOUIS, MO 63122 | 23052 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$37,655.00 (U)<br>$37,655.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| CHRISTINE DORSEN<br>DOBSON, GOLDBERG, BERNS AND RICH, LLC<br>C/O MICHAEL C GOLDBERG<br>5017 WASHINGTON PLACE, 3RD FL<br>ST LOUIS, MO 63108 | 16692 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| CINDY J NAPOLITANO<br>DOBSON, GOLDBERG, BERNS & RICH, LLC<br>C/O MICHAEL C GOLDBERG<br>5017 WASHINGTON PLACE, 3RD FLOOR<br>ST LOUIS, MO 63108 | 16695 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| CINDY REYNOLDS SCHMITZ<br>C/O ANKERHOLZ AND SMITH<br>SUITE 510<br>6900 COLLEGE BOULEVARD<br>OVERLAND PARK, KS 66211<br>UNITED STATES OF AMERICA | 25400 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$150,000.00 (P)<br>$0.00 (U)<br>$150,000.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Tenth Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANNY ATKINS<br>MARC S WALLIS<br>NEWMAN BRONSON & WALLIS ATTORNEYS AT LAW<br>2300 WEST PORT PLAZA DRIVE<br>ST LOUIS, MO 63146 | 25335 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DARLENE GATISON<br>C/O ANKERHOLZ AND SMITH<br>SUITE 510<br>6900 COLLEGE BOULEVARD<br>OVERLAND PARK, KS 66211<br>UNITED STATES OF AMERICA | 25402 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$150,000.00 (P)<br>$0.00 (U)<br>$150,000.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DAVID WALKER<br>7218 PEACOCK LN<br>ENGLEWOOD, FL 34224 | 14561 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DELBERT L BROOKS<br>DOBSON GOLDBERG BERNS & RICH LLC<br>C/O MICHAEL C GOLDBERG<br>5017 WASHINGTON PLACE<br>3RD FL<br>ST LOUIS, MO 63108 | 16686 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DENICE R TUNSTALL<br>C/O JAMES F MALONE, ATTORNEY AT LAW<br>8000 MARYLAND AVE STE 1000<br>ST LOUIS, MO 63105 | 37154 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Tenth Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWARD E BENFIELD<br>SCOTT E SCHONBRUN<br>7382 PERSHING AVE 1 EAST<br>UNIVERSITY CITY, MD 63130 | 17005 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$51,111.20 (P)<br>$0.00 (U)<br>$51,111.20 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| FRANK PUGH<br>7105 INDIANA<br>KANSAS CITY, MO 64132 | 28177 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| GARY CRAIG<br>ATTN DAVID G HUGHES<br>MOGAB AND HUGHES ATTORNEYS PC<br>701 MARKET ST STE 1510<br>ST LOUIS, MO 63101 | 18809 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| GARY MATTHIESEN<br>KARLL LAW CENTER, LLC<br>1682 OLD GRAVIOUS RD<br>HIGH RIDGE, MO 63049 | 16322 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$300,000.00 (U)<br>$300,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| HENRY A LES JR<br>5237 FIELD RD<br>CLIO, MI 48420 | 12629 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ISSERLIS, CARLA<br>112 HONEY LOCUST DR<br>NORTH LAS VEGAS, NV 89031 | 21443 | Motors Liquidation Company | $3,777,120.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,777,120.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Tenth Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JACQUELINE GREEN<br>15354 E BENWOOD DR<br>MOORPARK, CA 93021 | 12223 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000,000.00 (U)<br>$5,000,000,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JACQUELINE GREEN<br>15354 E BENWOOD DR<br>MOORPARK, CA 93021 | 17770 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000,000.00 (U)<br>$5,000,000,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JACQUELINE GREEN<br>15354 E BENWOOD DR<br>MOORPARK, CA 93021 | 12080 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000,000.00 (U)<br>$5,000,000,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JACQUELYN LUCAS<br>C/O STEVEN I TOYBES ATTORNEY<br>9666 OLIVE BLVD SUITE 300<br>ST LOUIS, MO 63132 | 20192 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,089.50 (U)<br>$21,089.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JACQUELYN LUCAS<br>C/O STEVEN I TOYBES ATTORNEY<br>9666 OLIVE BLVD SUITE 300<br>ST LOUIS, MO 63132 | 20198 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,732.94 (U)<br>$28,732.94 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JACQUELYN LUCAS<br>C/O STEVEN I TOYBES, ATTORNEY<br>9666 OLIVE BLVD, STE 300<br>ST LOUIS, MO 63132 | 20588 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,604.41 (U)<br>$24,604.41 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Tenth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES A TAYLOR<br>11192 HEATHERWOOD TRL<br>FOWLERVILLE, MI 48836 | 28292 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JAMES C SLAYTON<br>16200 TUCKER RD<br>HOLLY, MI 48442 | 7038 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JAMES E KETCHEM<br>C/O EMPLOYEE ATTORNEY<br>ATTN: RADFORD R. RAINES<br>105 CHURCH ST<br>O'FALLON, MO 63366 | 15834 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JAMES R STARNES<br>6188 BALMORAL TER<br>CLARKSTON, MI 48346 | 46094 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JANICE L EVANS<br>PO BOX 941<br>BOLINGBROOK, IL 60440 | 18075 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 8

**Tenth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JASON CURTIS<br>DOBSON, GOLDBERG, BERNS & RICH, LLC<br>C/O MICHAEL C GOLDBERG<br>5017 WASHINGTON PLACE, 3RD FLOOR<br>ST LOUIS, MO 63108 | 16694 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JIMMY COLLINS<br>23044 COUNTRY VIEW LN<br>FLAT ROCK, MI 48134 | 12874 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JOE WASKIS<br>1927 W LOMBARD ST<br>BALTIMORE, MD 21223 | 36966 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JOHN DOTY<br>DOBSON, GOLDBERG, BERNS AND RICH, LLC<br>C/O MICHAEL C GOLDBERG<br>5017 WASHINGTON PLACE, 3RD FL<br>ST LOUIS, MO 63108 | 16690 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JOHNNY DARRYL JACKSON<br>FRANK J NIESEN JR<br>ATTORNEY AT LAW<br>319 N 4TH STREET - # 200<br>ST LOUIS, MO 63102 | 32774 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Tenth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JONES, KENNETH W<br>PO BOX 2921<br>PORT ARANSAS, TX 78373 | 26795 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JOSEPH EMMENDORFER<br>DOBSON GOLDBERG BERNS & RICH LLC<br>C/O MICHAEL C GOLDBERG<br>5017 WASHINGTON PLACE<br>3RD FL<br>ST LOUIS, MO 63108 | 16687 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JOSEPH GAROFALO<br>ANDREW H MARTY<br>5500 MEXICO ROAD SUITE 200<br>ST PETERS, MO 63376 | 28173 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$300,000.00 (U)<br>$300,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JUAN H WILSON<br>1612 LEE ST<br>MCKEESPORT, PA 15132 | 10670 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JUDITH THOMPSON<br>30078 HENNEPIN<br>GARDEN CITY, MI 48135 | 16323 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Tenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JULIE E KING<br>JAMES F MALONE ATTORNEY AT LAW<br>8000 MARYLAND AVE SUITE 1000<br>ST LOUIS, MO 63105 | 36223 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| KAREN A MULROY<br>C/O EVANS & DIXON LLC<br>ATTORNEYS AT LAW<br>515 OLIVE ST 11TH FLOOR<br>ST LOUIS, MO 63101 | 26722 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| KARLA HILDRED<br>5328 KIRKLAND DR<br>ST LOUIS, MO 63121 | 31413 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| LAWRENCE, EDWARD DAVID<br>2805 PLAINFIELD AVE<br>FLINT, MI 48506 | 15426 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| LEON BEASINGER<br>3127 WOODROW AVE<br>FLINT, MI 48506 | 22892 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Tenth Omnibus Objection**    **Exhibit A**    [Motors Liquidation Company, et al.]

Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LEROY HARMON<br>C/O DANIEL K JUNCKER<br>1803 N BELT WEST<br>BELLEVILLE, IL 62226 | 13264 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| LUANN K RICORD<br>DOBSON, GOLDBERG, BERNS AND RICH, LLC<br>C/O MICHAEL C GOLDBERG<br>5017 WASHINGTON PLACE, 3RD FL<br>ST LOUIS, MO 63108 | 16688 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| LUJUNE BEANE<br>DAVID J. RAUSCHER, P.C.<br>500 CHESTERFIELD CENTER, STE. 355<br>CHESTERFIELD, MO 63017 | 18430 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$300,000.00 (U)<br>$300,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| MACIAS, ANNAMARIE A<br>C/O ROSE, KLEIN & MARIAS LLP<br>3633 E INLAND EMPIRE BLVD STE 400<br>ONTARIO, CA 91764 | 43377 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| MARCIA L FIELDS<br>2111 E SANTA FE ST<br>OLATHE, KS 66062 | 25401 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$150,000.00 (P)<br>$0.00 (U)<br>$150,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| MARK TANNER<br>C/O ATTORNEY JEFFREY GAULT<br>222 S CENTRAL, SUITE 500<br>CLAYTON, MO 63105 | 17082 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Tenth Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NANCY MEEGAN<br>C/O TIMOTHY L HILL ATTORNEY AT LAW<br>701 MARKET STREET STE 275<br>ST LOUIS, MO 63101 | 19746 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| PATRICK D STOVALL<br>DOBSON, GOLDBERG, BERNS & RICH, LLC<br>C/O MICHAEL C GOLDBERG<br>5017 WASHINGTON PLACE, 3RD FLOOR<br>ST LOUIS, MO 63108 | 16693 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| PAUL C MATHIS<br>42416 BROWNSTONE DR<br>NOVI, MI 48377 | 1460 | Motors Liquidation Company | $428,448.71 (S)<br>$0.00 (A)<br>$428,448.71 (P)<br>$0.00 (U)<br>$856,897.42 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| PAUL C MATHIS<br>42416 BROWNSTONE DR<br>NOVI, MI 48377 | 18859 | Motors Liquidation Company | $428,448.71 (S)<br>$0.00 (A)<br>$428,448.71 (P)<br>$428,448.71 (U)<br>$1,285,346.13 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| PAULA MAJOR<br>DOBSON, GOLDBERG, BERNS AND RICH, LLC<br>C/O MICHAEL C GOLDBERG<br>5017 WASHINGTON PLACE, 3RD FL<br>ST LOUIS, MO 63108 | 16691 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| REBECCA L SCHIEFFER<br>1635 N HWY W<br>ELSBERRY, MO 63343 | 16895 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Tenth Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| RICHARD G BROWN<br>C/O MICHAEL J HAIGHT ESQ<br>3100 BROADWAY STE 1400<br>KANSAS CITY, MO 64111 | 14486 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$48,767.20 (U)<br>$48,767.20 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| RICHLAND COUNTY EMER<br>332 CONGRESS PARK DR<br>DAYTON, OH 45459 | 33341 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$716.00 (P)<br>$0.00 (U)<br>$716.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ROBERT BALTIMORE<br>KEVIN D WAYMAN ATTORNEY AT LAW LLC<br>12620 LAMPLIGHTER SQ., #311<br>ST LOUIS, MO 63128 | 14382 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ROBERT BALTIMORE<br>KEVIN D WAYMAN ATTORNEY AT LAW LLC<br>12620 LAMPLIGHTER SQ., #311<br>ST LOUIS, MO 65128 | 14383 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ROBERT BALTIMORE<br>KEVIN D WAYMAN, ATTORNEY AT LAW LLC<br>12620 LAMPLIGHTER SQ., #311<br>ST LOUIS, MO 63128 | 14384 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ROBERT BALTIMORE<br>KEVIN D WAYMAN, ATTORNEY AT LAW LLC<br>12620 LAMPLIGHTER SQ., #311<br>ST LOUIS, MO 65128 | 14385 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 14

| | | | | | |
|---|---|---|---|---|---|
| **Tenth Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBERT BALTIMORE<br>KEVIN D WAYMAN, ATTORNEY AT LAW LLC<br>12620 LAMPLIGHTER SQ., #311<br>ST LOUIS, MO 63128 | 14386 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ROBERT BALTIMORE<br>C/O KEVIN D WAYMAN, ATTORNEY AT LAW LLC<br>12620 LAMPLIGHTER SQ., #311<br>ST LOUIS, MO 63128 | 14387 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ROBERT L STEVENSON<br>8210 HAYES ST<br>COOPERSVILLE, MI 49404 | 44295 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$188,720.00   (P)<br>$0.00   (U)<br>$188,720.00   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| RUBY WEBB<br>C/O ROBERT S MERLIN & RAY B MARGLOUS PC<br>101 S HANLEY RD # 1075<br>ST LOUIS, MO 63105 | 12051 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$100,000.00   (U)<br>$100,000.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| SAMUEL F FISHER<br>C/O STEVEN I TOYBES, ATTY<br>9666 OLIVE BLVD, STE 300<br>ST LOUIS, MO 63132 | 23314 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Tenth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SAMUEL F FISHER<br>C/O STEVEN I TOYBES, ATTORNEY<br>9666 OLIVE BLVD SUITE 300<br>ST LOUIS, MO 63132 | 23318 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| SANDRA SARPY<br>PO BOX 881214<br>LOS ANGELES, CA 90009 | 8645 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| SASSE, JUDY L<br>12691 GRATIOT RD<br>SAGINAW, MI 48609 | 17048 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| SHANTEL V POWELL<br>DAVID J RAUSCHER, P.C.<br>500 CHESTERFIELD CENTER, STE. 355<br>CHESTERFIELD, MO 63017 | 18431 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$300,000.00 (U)<br>$300,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| STEEPROCK, ALYCE J<br>13 CANDLEWOOD GDNS<br>BALDWINSVILLE, NY 13027 | 23874 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| STEPHEN L ROBINSON<br>3204 STATE ROUTE 14<br>ROOTSTOWN, OH 44272 | 3178 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$606,000.00 (U)<br>$606,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Tenth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEVE A MILLS<br>STEVEN K BROWN, ESQ<br>LAW OFFICES OF STEVEN K BROWN<br>1221 LOCUST ST SUITE 500,<br>ST LOUIS, MO 63103 | 17973 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,943.75 (U)<br>$32,943.75 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| SUSAN E. GARRETT<br>THE BOHRER LAW FIRM LLC<br>7503 BIG BEND BLVD<br>ST LOUIS, MO 63119 | 38332 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$72,000.00 (U)<br>$72,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| SUSIE A WILEY<br>4415 BECKENHAM PLACE<br>UPPER MARLBORO, MD 20772 | 13746 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| SYLVIA MYERS<br>8333 N ALLENTON DRIVE<br>KANSAS CITY, MO 64151 | 25403 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$150,000.00 (P)<br>$0.00 (U)<br>$150,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| TEESHA REDEEMER<br>ROBERT S MERLIN C/O RAY B MARGLOUS, PC<br>101 S HANLEY RD #1075<br>CLAYTON, MO 63105 | 12016 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| TERENCE B. DOZIER<br>3050 1758TH ST APT<br>KANSAS CITY, KS 66104 | 18469 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **Tenth Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| THOMAS PLASICK<br>PATRICIA L BROWNLEE<br>231 S BEMISTON #700<br>ST LOUIS, MO 63165 | 12890 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| **Claims to be Disallowed and Expunged Totals** | **93** | | $4,634,017.42 (S)<br>$0.00 (A)<br>$1,769,444.62 (P)<br>$15,010,401,640.27 (U)<br>$15,016,805,102.31 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.