Hearing Date and Time: April 29, 2010 at 9:45 a.m.
Objection Deadline: April 8, 2010 at 5:00 p.m.
Reply Deadline: April 22, 2010 at 5:00 p.m.

BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
Robert M. Dombroff
Jeffrey S. Sabin
Jared R. Clark

*Attorneys for Deutsche Bank AG*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------X
In re:                                 :    Chapter 11
                                       :
**MOTORS LIQUIDATION COMPANY, *et al.*,**  :    Case No. 09-50026 (REG)
                                       :
           Debtors.                    :    (Jointly Administered)
---------------------------------------X

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE that the hearing on Deutsche Bank AG's Motion for Relief from Automatic Stay to Effect Setoff [Doc. No. 4529] previously scheduled for April 8, 2010 at 2:00 p.m. has been adjourned to April 29, 2010 at 9:45 a.m., the objection deadline has been adjourned to April 8, 2010 at 5:00 p.m., and the deadline for replies to objections has been adjourned to April 22, 2010 at 5:00 p.m.

Dated: New York, New York
       March 12, 2010

                                BINGHAM McCUTCHEN LLP

                                By: /s/ Jared R. Clark
                                    Robert M. Dombroff
                                    Jeffrey S. Sabin
                                    Jared R. Clark
                                    399 Park Avenue
                                    New York, NY 10022
                                    (212) 705-7000
                                *Attorneys for Deutsche Bank AG*

A/73288786.2