**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss
COUNTY OF SUFFOLK    )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On March 15, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the party identified on Exhibit A annexed hereto (Great American Group):

- Order Pursuant To 11 U.S.C. §§ 327(a), 328(a) And Fed. R. Bankr. P.2014 Authorizing Retention And Employment Of Great American Group Advisory & Valuation Services, L.L.C. As Appraiser *Nunc Pro Tunc* To February 22, 2010 [Docket No. 5254];

3. Also, on March 15, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit B annexed hereto (Hilco Industrial LLC and Maynards Industries Inc.):

- Order Pursuant To 11 U.S.C. §§ 105(A) And 363(B) Authorizing The Employment And Retention Of Hilco Industrial LLC And Maynards Industries (1991) Inc. As Exclusive Marketing And Sales Agents To The Debtors *Nunc Pro Tunc* To October 1, 2009 [Docket No. 5255].

Dated:  March 15, 2010                                      /s/ Alison Moodie
       Melville, New York                              Alison Moodie

Sworn to before me this 15th  day of March, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

GREAT AMERICAN GROUP
ATTN MARK NAUGHTON SVP & GEN COUNSEL
9 PARKWAY NORTH SUITE 300
DEERFIELD IL 60015

# EXHIBIT B

HILCO TRADING, LLC  
ATTN: JOSEPH A. MALFITANO  
5 REVERE DR  
NORTHBROOK IL 60062

MAYNARDS INDUSTRIES (1991) INC.  
ATTN: TASO SOFIKITIS  
21700 NORTHWESTERN HIGHWAY, SUITE 1180  
SOUTHFIELD MI 48075