## **EXHIBIT B**

Schedule of Attorneys and Paraprofessionals

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

Summary of Time Recorded in Connection With Rendering
<u>Services to the Debtors for October 1, 2009 - January 31, 2010</u>

### ATTORNEYS

| Position | Name | Admitted to Practice | Rate | Time | Amount |
|---|---|---|---|---|---|
| Partner | Larry P. Ellsworth | 1973 | 560 | 0.2 | 112.00 |
| Partner | E. Lynn Grayson | 1986 | 580 | 4.5 | 2,610.00 |
| Partner | Joseph P. Gromacki | 1992 | 712 | 12.1 | 8,615.20 |
| Partner | Daniel R. Murray | 1970 | 767 | 9.3 | 7,133.10 |
| Partner | Patrick J. Trostle | 1992 | 700 | 2.5 | 1,750.00 |
| **Partner Total** | | | | **28.6** | **20,220.3** |
| Associate | David K. Anna | 2007 | 274 | 0.5 | 137.00 |
| Associate | Gregory S. Knudsen | 2008 | 274 | 46.5 | 12,741.00 |
| Associate | Andrew J. Olejnik | 2004 | 339 | 9.8 | 3,322.20 |
| **Associate Total** | | | | **56.8** | **16,200.20** |
| **Total Attorney Time** | | | | **85.4** | **36,420.50** |

### PARAPROFESSIONALS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Senior Paralegal | Michael H. Matlock | 260 | 34.5 | 8,970.00 |
| Project Assistant | Marc A. Patterson | 160 | 1.7 | 272.00 |
| **Total Paraprofessional Time** | | | **36.2** | **9,242.00** |

### SUMMARY

| Description | Amount |
|---|---|
| **Total Amount for Services Rendered (Attorneys and Paraprofessionals)** | **$45,662.50** |
| **Less 50% Non-Working Travel Time** | ($0.00) |
| **Total Amount of Fees Requested for Services Rendered (October 1, 2009 - January 31, 2010)** | **$45,662.50** |