# **EXHIBIT C**

Summary of Project Matters

09-50026-mg    Doc 5263-3    Filed 03/15/10    Entered 03/15/10 16:18:06    Exhibit C
Pg 1 of 2

Exhibit C
Summary of Project Matters

Schedules of Fees by Project Matter

MATTER NUMBER 10010   363 Sale

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | E. Lynn Grayson | 580 | 4.5 | 2,610.00 |
| | TOTAL | | 4.5 | 2,610.00 |

MATTER NUMBER 10100   RETENTION/BILLING/FEE APPLICATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Larry P. Ellsworth | 500 | 0.2 | 112.00 |
| Partner | Joseph P. Gromacki | 712 | 6.7 | 4,770.40 |
| Partner | Daniel R. Murray | 767 | 2.2 | 1,687.40 |
| Partner | Patrick J. Trostle | 712 | 0.9 | 630.00 |
| Associate | David K. Anna | 274 | 0.5 | 137.00 |
| Associate | Gregory S. Knudsen | 274 | 38.3 | 10,494.20 |
| Associate | Andrew J. Olejnik | 339 | 8.3 | 2,813.70 |
| Senior Paralegal | Michael H. Matlock | 260 | 33.4 | 8,684.00 |
| Project Assistant | Marc A. Patterson | 160 | 1.7 | 272.00 |
| | TOTAL | | 92.2 | 29,600.70 |

MATTER NUMBER 10126   CASE ADMINISTRATION

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Partner | Joseph P. Gromacki | 712 | 5.4 | 3,844.80 |
| Partner | Daniel R. Murray | 767 | 7.1 | 5,445.70 |
| Partner | Patrick J. Trostle | 700 | 1.6 | 1,120.00 |
| Associate | Gregory S. Knudsen | 274 | 8.2 | 2,246.80 |
| Associate | Andrew J. Olejnik | 339 | 1.5 | 508.50 |
| Senior Paralegal | Michael H. Matlock | 260 | 1.1 | 286.00 |
| | TOTAL | | 24.9 | 13,451.80 |