# **EXHIBIT D**

Schedule of Expense Categories

Exhibit D
Schedule of Expense Categories

## SUMMARY OF EXPENSES

Categories of Expenses for which Jenner & Block Seeks Reimbursement

| Description | Amount |
|---|---:|
| Business Meals | 1,033.95 |
| Corporate Filing/Retrieval Fees | 2,244.00 |
| Local Counsel Fees | 255.95 |
| Overnight Courier/UPS, Federal Express | 294.46 |
| In-city Transportation - Overtime | 60.30 |
| Pacer Charges | 152.16 |
| Photocopy Expense | 468.69 |
| Off-site Photocopy - IKON Office Solutions | 1,501.65 |
| Westlaw Research | 197.81 |
| **TOTAL EXPENSES** | 6,208.97 |