# **EXHIBIT E**

Detailed List of Expenses

Exhibit E
Detailed List of Expenses

## EXPENSES

Detailed List of Expenses for which Jenner & Block Seeks Reimbursement

| Date | Description | Amount |
|---|---|---|
| 6/15/2009 | Federal Express | $49.30 |
| 6/24/2009 | Ikon Office Solutions - printing expense 06/24/2009 | $1,501.65 |
| 7/6/2009 | Business meals - J. Gromacki 07/06/200 New York, NY - to attend various GM meetings | $90.05 |
| 7/6/2009 | Business meals - J. Gromacki 07/09/2009 New York, NY - various GM meetings and hearings - dinner with K. Hudolin, A. Segovia, J. Gromacki, M. Wolf, M. Hill, D. Anna, M. Resslar, R. Wallace, R. Gietz, H. Pais | $823.34 |
| 8/28/2009 | UPS | $24.39 |
| 8/28/2009 | UPS | $26.16 |
| 8/28/2009 | UPS | $26.16 |
| 8/28/2009 | UPS | $26.16 |
| 8/28/2009 | UPS | $4.67 |
| 8/28/2009 | UPS | $8.84 |
| 8/28/2009 | UPS | $8.84 |
| 8/28/2009 | UPS | $8.84 |
| 8/31/2009 | Carey, Scott & Douglas, PLLC - local counsel fees re Marion Smith v. GM & Warner Pontiac 6/5/09 through 6/15/09 | $230.87 |
| 9/1/2009 | Westlaw Business Payment Center - UCC Fee, obtained specified SEC filings | $193.73 |
| 9/3/2009 | UPS | $12.93 |
| 9/22/2009 | UPS | $8.75 |
| 9/22/2009 | UPS | $11.09 |
| 9/22/2009 | UPS | $12.84 |
| 9/22/2009 | UPS | $11.09 |
| 9/25/2009 | UPS | $14.26 |
| 10/2/2009 | Photocopy & Related Expenses | $2.44 |
| 10/5/2009 | Network Printing | $28.53 |
| 10/5/2009 | Pacer charges - 10/05/2009 | $77.68 |
| 10/5/2009 | Pacer charges - 10/05/2009 | $2.64 |
| 10/5/2009 | Pacer charges - 10/05/2009 | $2.80 |
| 10/5/2009 | Pacer charges - 7/1/09-9/30/09 | $36.48 |
| 10/5/2009 | Pacer charges 10/05/2009 | $19.68 |
| 10/8/2009 | UPS | $10.28 |
| 10/8/2009 | UPS | $7.55 |
| 10/12/2009 | Photocopy-NQue | $0.27 |
| 10/16/2009 | Business meals for N. Berger, D. Garcia and Z. Sorman 6/29/09 | $35.66 |

Exhibit E<br>Detailed List of Expenses

| Date | Description | Amount |
|---|---|---:|
| 10/16/2009 | Business meals for N. Berger, D. Garcia, F. Eichenlaub and Z. Sorman, 6/30/09 and 7/4/09 | $84.90 |
| 10/16/2009 | Transportation - N. Berger 6/29/09 | $60.30 |
| 10/20/2009 | Photocopy-NQue | $1.89 |
| 10/23/2009 | Network Printing | $48.06 |
| 10/30/2009 | Photocopy-NQue | $11.16 |
| 10/31/2009 | Carey, Scott & Douglas, PLLC - local counsel fees re Marion Smith v. GM & Warner Pontiac 9/11/2009 | $25.08 |
| 11/2/2009 | Network Printing | $6.66 |
| 11/2/2009 | Photocopy-NQue | $0.18 |
| 11/2/2009 | UPS | $10.14 |
| 11/3/2009 | Network Printing | $2.34 |
| 11/4/2009 | Network Printing | $0.99 |
| 11/5/2009 | Network Printing | $3.60 |
| 11/6/2009 | Network Printing | $25.20 |
| 11/9/2009 | Network Printing | $46.35 |
| 11/9/2009 | Photocopy & Related Expenses | $39.87 |
| 11/10/2009 | Network Printing | $27.27 |
| 11/11/2009 | Network Printing | $9.27 |
| 11/11/2009 | Photocopy & Related Expenses | $4.40 |
| 11/12/2009 | Network Printing | $4.23 |
| 11/12/2009 | Network Printing | $3.42 |
| 11/12/2009 | UPS | $12.17 |
| 11/13/2009 | Network Printing | $28.89 |
| 11/13/2009 | Network Printing | $4.14 |
| 11/13/2009 | Photocopy & Related Expenses | $40.38 |
| 11/16/2009 | Network Printing | $21.78 |
| 11/17/2009 | Network Printing | $53.01 |
| 11/20/2009 | Photocopy-NQue | $16.02 |
| 11/24/2009 | Network Printing | $1.44 |
| 11/30/2009 | Westlaw Research | $4.08 |
| 12/1/2009 | Network Printing | $8.64 |
| 12/2/2009 | Network Printing | $2.61 |
| 12/3/2009 | Network Printing | $7.38 |
| 12/14/2009 | Network Printing | $4.32 |
| 12/15/2009 | Commissioner of Revenue Services - Sean C. Herring - 2009 Occupational Tax - Registration #45877743-000 2009 Form 472, 12/15/2009 | $565.00 |

Exhibit E
Detailed List of Expenses

| Date | Description | Amount |
|---|---|---|
| 12/16/2009 | Commissioner of Revenue Services - Sean C. Herring - 2008 Occupational Tax - Registration #45877743-000 Notice #09002421875 #09002421875, 12/16/2009 | $549.00 |
| 12/17/2009 | Commissioner of Revenue Services - Jennifer D. Dlugosz - 2009 occupational Tax - Registration #45878071-000 2009 Form 472, 12/17/2009 | $565.00 |
| 12/17/2009 | Commissioner of Revenue Services - Ryan K. Harding - 2009 Occupational Tax - Juris #428917 2009 Form 472, 12/17/2009 | $565.00 |
| 12/21/2009 | Photocopy-NQue | $5.94 |
| 1/6/2010 | Pacer charges 01/06/2010 | $0.24 |
| 1/6/2010 | Pacer charges 01/06/2010 | $11.92 |
| 1/6/2010 | Pacer charges 01/06/2010 | $0.72 |
| 1/13/2010 | Network Printing | $4.77 |
| 1/22/2010 | Network Printing | $3.24 |
| | **TOTAL** | **$6,208.97** |