# **EXHIBIT F-1**

Detailed Time Records - October

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

JENNER RETENTION/BILLING/FEE APPLICATION                  MATTER NUMBER -    10100

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/12/09 | GSK | 1.10 | Reviewed September invoice for compliance with bankruptcy guidelines (.7); conferred with D. Murray re same (.4). | 301.40 |
| 10/14/09 | DRM | .20 | Reviewed September fee statement with G. Knudsen. | 153.40 |
| 10/15/09 | JPG | 1.00 | Followed up with C. Besslar re various billing matters (.2); reviewed billing issues and prepared response to C. Besslar (.8). | 712.00 |
| 10/16/09 | GSK | .40 | Reviewed September invoice for compliance with bankruptcy guidelines. | 109.60 |
| 10/19/09 | GSK | .10 | Reviewed September invoice for compliance with bankruptcy guidelines. | 27.40 |
| 10/20/09 | GSK | 1.70 | Reviewed September invoice for compliance with bankruptcy guidelines (.5); reviewed precedent interim fee application (.3); began drafting same for Motors Liquidation Company (.9). | 465.80 |
| 10/22/09 | GSK | .70 | Continued drafting interim fee application for Motors Liquidation Company. | 191.80 |
| 10/27/09 | JPG | .80 | Worked on review of invoices. | 569.60 |
| 10/30/09 | DRM | .20 | Reviewed and finalized September statement with G. Knudsen. | 153.40 |
| 10/30/09 | GSK | .80 | Conferred with D. Murray re finalizing September invoice for Motors Liquidation Company (.3); finalized and sent same (.5). | 219.20 |
| | | 7.00 | PROFESSIONAL SERVICES | 2,903.60 |

MATTER TOTAL                                              $ 2,903.60

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CASE ADMINISTRATION                                    MATTER NUMBER -    10126

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/01/09 | DRM | .40 | Telephone conference with S. Karotkin re discussions with U.S. Trustee and filing of supplemental declaration (.2); memorandum to J. Gromacki and M. Terrien re same (.2). | 306.80 |
| 10/05/09 | PJT | .50 | Reviewed bankruptcy court pleadings over several days. | 350.00 |
| 10/06/09 | GSK | .10 | Worked on factual research re possible disclosure issue. | 27.40 |
| 10/08/09 | GSK | .50 | Edited supplemental affidavit for subsequent disclosures. | 137.00 |
| 10/09/09 | GSK | .80 | Met with D. Murray re supplemental affidavit and followed up re same. | 219.20 |
| 10/14/09 | DRM | .30 | Memoranda to and from G. Knudsen re disclosures to be made in supplemental disclosure statement. | 230.10 |
| 10/15/09 | DRM | .50 | Conferred with S. Karotkin and J. Gromacki re status of discussions with U.S. Trustee's office and reviewed memoranda from S. Karotkin, J. Gromacki and R. Weiss re same. | 383.50 |
| 10/15/09 | GSK | .50 | Drafted letter to Alix Partners in response to request for detail of invoicing. | 137.00 |
| 10/16/09 | DRM | 1.20 | Reviewed drafts of supplemental conflicts declaration and conferred with G. Knudsen re same (.5); telephone conference with B. Masumoto re supplemental conflicts declaration and memoranda to and from J. Gromacki and G. Knudsen re same (.7). | 920.40 |
| 10/16/09 | JPG | 1.80 | Followed up with D. Murray re discussions with Office of United States Trustee (.3); prepared correspondence re same and related follow up (1.5). | 1,281.60 |
| 10/16/09 | GSK | 1.80 | Drafted revised version of second supplemental affidavit (1.4); conferred with D. Murray re same (.4). | 493.20 |
| 10/19/09 | JPG | .50 | Reviewed second supplemental declaration (.3); followed up re same with D. Murray (.2). | 356.00 |
| 10/20/09 | DRM | .50 | Finalized supplemental declaration and sent memorandum to S. Karotkin and R. Weiss re same. | 383.50 |

LAW OFFICES

Page 2

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/20/09 | JPG | .50 | Worked on matters re filing of second supplemental declaration and reviewed revised draft of same. | 356.00 |
| 10/21/09 | DRM | .50 | Telephone conference with S. Karotkin re supplemental declaration and memoranda to and from J. Gromacki re same re same. | 383.50 |
| 10/21/09 | JPG | .50 | Worked on matters re filing of second supplemental declaration. | 356.00 |
| 10/23/09 | DRM | 1.50 | Memoranda to and from S. Karotkin, J. Gromacki, M. Terrien and M. Matlock re filing of supplemental declaration and finalized same for filing (1.); further memoranda to and from S. Karotkin, J. Gromacki and M. Matlock re filing of supplemental disclosure (.5). | 1,150.50 |
| 10/23/09 | MHM | .70 | Reviewed filing procedures and service precedents re supplemental declaration in support of retention (.3); telephone conferences with Garden City Group re service of same (.2); worked on e-filing and transmittal for service (.2). | 182.00 |
| | | 13.10 | PROFESSIONAL SERVICES | 7,653.70 |

MATTER TOTAL                                         $ 7,653.70

# **EXHIBIT F-2**

Detailed Time Records - November

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

JENNER RETENTION/BILLING/FEE APPLICATION                    MATTER NUMBER -    10100

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 11/02/09 | MHM | .70 | Prepared transmittal letter to chamber re courtesy copy and draft order (.4); prepared diskette re same (.3). | 182.00 |
| 11/02/09 | GSK | 3.30 | Drafted interim fee application for Motors Liquidation Company. | 904.20 |
| 11/03/09 | DRM | 1.00 | Met with A. Olejnik and G. Knudsen re compliance with U.S. Trustee's office request re billing format and follow-up telephone conference with M. Churilla and J. Calton re same (.8); reviewed memoranda from R. Brooks and J. Calton following up re same (.2). | 767.00 |
| 11/03/09 | AJO | 1.60 | Reviewed memorandum re submission of fee applications and monthly fee statements (.3); met with G. Knudsen re draft interim fee application (.5); met with D. Murray and G. Knudsen re same (.4); e-mailed M. Matlock re same (.2); reviewed draft interim fee application (.2). | 542.40 |
| 11/03/09 | GSK | 1.20 | Conferred with A. Olejnik and D. Murray re process for interim fee application and followed up re same. | 328.80 |
| 11/04/09 | JPG | .40 | Reviewed interim fee application and other billing matters. | 284.80 |
| 11/04/09 | LPE | .20 | Conferred with G. Knudsen and reviewed records re basis of June-September fee application in bankruptcy proceeding. | 112.00 |
| 11/04/09 | DKA | .50 | Reviewed descriptions in billing report to bankruptcy court and conferred with G. Knudsen re same. | 137.00 |
| 11/04/09 | GSK | 3.60 | Drafted interim fee application for Motors Liquidation Company. | 986.40 |
| 11/05/09 | AJO | .10 | Conferred with G. Knudsen re preparation of interim fee application. | 33.90 |
| 11/05/09 | GSK | 5.30 | Drafted interim fee application for Motors Liquidation Company (5.1); sent same to A. Olejnik for review (.2). | 1,452.20 |
| 11/06/09 | MHM | 3.10 | Worked on retrieving data for fee application. | 806.00 |
| 11/06/09 | AJO | .50 | Reviewed draft fee application and conferred with G. Knudsen re same. | 169.50 |

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 11/06/09 | GSK | 1.60 | Conferred with A. Olejnik re necessary edits to interim fee application (.3); edited same (1.2); sent same to D. Murray for review (.1). | 438.40 |
| 11/09/09 | MHM | 5.50 | Reviewed and verified invoice totals for fee application. | 1,430.00 |
| 11/09/09 | GSK | 1.20 | Continued drafting interim fee application for first compensation period (.9); reviewed October invoice for compliance with bankruptcy guidelines (.3). | 328.80 |
| 11/10/09 | DRM | .20 | Reviewed fee application draft prepared by G. Knudsen and conferred with him re same. | 153.40 |
| 11/10/09 | MHM | 5.90 | Continued review of invoices and preparation of summary of fees, hours and expenses incurred during quarterly application period. | 1,534.00 |
| 11/10/09 | GSK | .60 | Reviewed draft of first interim application for compensation with D. Murray (.3); edited same (.2); sent same to J. Gromacki for review (.1). | 164.40 |
| 11/11/09 | MXP | 1.70 | Worked on preparing exhibit for fee application. | 272.00 |
| 11/11/09 | MHM | 6.10 | Continued review and verification of matter data for interim fee application (3.8); worked on transferring data to exhibits (2.3). | 1,586.00 |
| 11/11/09 | GSK | 1.80 | Continued drafting first draft of interim fee application. | 493.20 |
| 11/12/09 | DRM | .20 | Reviewed draft bill for October and conferred with G. Knudsen re same. | 153.40 |
| 11/12/09 | MHM | 5.00 | Reviewed and revised matter summaries and attorney summary (1.8); worked on preparing disbursement detail and summary (3.2). | 1,300.00 |
| 11/12/09 | JPG | .50 | Reviewed and commented on fee application. | 356.00 |
| 11/12/09 | AJO | .50 | Reviewed draft first interim fee application and sent comments to G. Knudsen. | 169.50 |
| 11/12/09 | GSK | 5.80 | Began editing application charts for first draft of interim fee application (4.7); sent same to A. Olejnik and D. Murray for review (.2); reviewed October invoice for compliance with bankruptcy guidelines (.9). | 1,589.20 |
| 11/13/09 | DRM | .10 | Conferred with A. Olejnik re revisions to fee application. | 76.70 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 11/13/09 | MHM | 6.30 | Continued review and verification of disbursement detail and summaries (3.9); reviewed and revised various exhibits (2.1); corresponded and conferred with G. Knudsen re same (.3). | 1,638.00 |
| 11/13/09 | JPG | 1.30 | Reviewed fee application and comments re same. | 925.60 |
| 11/13/09 | AJO | 1.20 | Met with G. Knudsen re edits to first interim fee application (.2); conferred with M. Matlock re fee application submission process (.2); reviewed and commented on draft interim fee application (.8). | 406.80 |
| 11/13/09 | GSK | 2.30 | Inserted final charts into first interim fee application (1.9); conferred with A. Olejnik re comments on same and followed up re same (.4). | 630.20 |
| 11/14/09 | GSK | 1.10 | Edited first interim fee application based on comments from A. Olejnik. | 301.40 |
| 11/15/09 | AJO | .10 | E-mailed G. Knudsen re finalization of first interim fee application. | 33.90 |
| 11/16/09 | MHM | .80 | Corresponded with Garden City Group re service of fee application (.2); worked on preparing full electronic copy of fee application for service (.6). | 208.00 |
| 11/16/09 | AJO | 4.10 | Reviewed and edited final version of first interim fee application for filing (2.1); conferred with G. Knudsen re same (.1); conferred with M. Matlock re same and service (.2); conferred with P. Trostle re same (.2); e-mailed D. Murray re same (.2); finalized and filed same (1.3). | 1,389.90 |
| 11/16/09 | PJT | .90 | Reviewed fee application and related exhibits (.7); conferred with A. Olejnik re fee application (.2). | 630.00 |
| 11/16/09 | GSK | 2.30 | Made final edits to Motors Liquidation Company interim fee application (2.1); conferred with A. Olejnik re same (.2). | 630.20 |
| 11/17/09 | GSK | .20 | Reviewed October invoice for compliance with bankruptcy guidelines. | 54.80 |
| 11/19/09 | DRM | .30 | Revised fee statement for October and reviewed with G. Knudsen. | 230.10 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---:|
| 11/19/09 | GSK | .30 | Conferred with D. Murray re October invoices for Motors Liquidation Company and followed up re same. | 82.20 |
| 11/20/09 | GSK | .20 | Drafted cover letter for Motors Liquidation Company October invoice (.1); finalized invoice (.1). | 54.80 |
| | | 79.60 | PROFESSIONAL SERVICES | 23,967.10 |

MATTER TOTAL                                                          $ 23,967.10

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CASE ADMINISTRATION                                                                     MATTER NUMBER -      10126

| | | | | |
|---|---|---|---|---|
| 11/04/09 | DRM | .10 | Memorandum to G. Knudsen re additional supplemental disclosure and conferred with T. Monson re same. | 76.70 |
| 11/04/09 | MHM | .40 | Finalized, filed and arranged for service of change of address. | 104.00 |
| | | 0.50 | PROFESSIONAL SERVICES | 180.70 |

MATTER TOTAL                                                           $ 180.70

# **EXHIBIT F-3**

Detailed Time Records - December

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

363 SALE                                                              MATTER NUMBER -    10010

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 12/08/09 | ELG | .50 | Reviewed update from F. Eichenlaub re sand piles and Saginaw site issues with Motors Liquidation Company (.2); reviewed nature of further support needed for Motors Liquidation Company response (.3). | 290.00 |
| 12/09/09 | ELG | .50 | Reviewed Motors Liquidation Company position on sand piles and reviewed regulatory issues re same (.3); conferred further with P. Boye-Williams re other facts at issue (.2). | 290.00 |
| 12/10/09 | ELG | 2.50 | Reviewed master service agreement and master lease/subdivision property re environmental concerns (1.9); prepared comments for J. Walle re same and master service agreement insights (.6). | 1,450.00 |
| 12/11/09 | ELG | 1.00 | Reviewed master lease/subdivision properties re support for sand pile management (.7); conferred with P. Boye-Williams re same and support for Motors Liquidation Company response (.3). | 580.00 |
| | | 4.50 | PROFESSIONAL SERVICES | 2,610.00 |

MATTER TOTAL                                                          $ 2,610.00

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| JENNER RETENTION/BILLING/FEE APPLICATION | | | | MATTER NUMBER - | 10100 |
|---|---|---|---|---|---|
| 12/14/09 | GSK | .30 | Reviewed November invoice for compliance with Bankruptcy Court guidelines. | | 82.20 |
| 12/16/09 | GSK | .10 | Conferred with D. Murray re November invoice for Motors Liquidation Company. | | 27.40 |
| 12/21/09 | JPG | .50 | Reviewed billing and worked on other administrative matters. | | 356.00 |
| 12/21/09 | GSK | .50 | Finalized November invoice for Motors Liquidation Company (.3); conferred with D. Murray re same (.1); sent same to notice parties (.1). | | 137.00 |
| | | 1.40 | PROFESSIONAL SERVICES | | 602.60 |

MATTER TOTAL                                            $ 602.60

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CASE ADMINISTRATION                                                          MATTER NUMBER -    10126

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 12/22/09 | PJT | .20 | Conferred with D. Murray re schedule for first interim fee hearing. | 140.00 |
| 12/30/09 | JPG | .80 | Worked on matters re W-9 for Motors Liquidation Company and interest allocation. | 569.60 |
| 12/30/09 | GSK | .30 | Assembled and sent Motors Liquidation Company materials to J. Gromacki per request. | 82.20 |
|  |  | 1.30 | PROFESSIONAL SERVICES | 791.80 |

MATTER TOTAL                                                         $ 791.80

# **EXHIBIT F-4**

Detailed Time Records - January

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

JENNER RETENTION/BILLING/FEE APPLICATION                    MATTER NUMBER -    10100

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/08/10 | AJO | .20 | Reviewed order appointing fee committee (.1); e-mailed D. Murray and G. Knudsen re exemplar spreadsheet for transmitting budget to Fee Committee (.1). | 67.80 |
| 1/11/10 | JPG | 1.50 | Worked on conflict matters (0.5); worked on billing matters (0.5); worked on matters re fee administrator (0.5). | 1,068.00 |
| 1/13/10 | JPG | .70 | Reviewed bills. | 498.40 |
| 1/19/10 | GSK | .30 | Reviewed back-ups of expenses matters for compliance with bankruptcy guidelines. | 82.20 |
| 1/20/10 | GSK | .40 | Conferred with M. Churilla re Motors Liquidation Company invoicing (.1); conferred with D. Murray and R. Harding re expense items in Motors Liquidation Company invoice (.3). | 109.60 |
| 1/26/10 | GSK | .10 | Conferred with D. Murray and R. Harding re expense matters on December invoice. | 27.40 |
| 1/27/10 | GSK | .60 | Conferred with P. Harris, D. Murray and R. Harding re expenses on December invoice for Motors Liquidation Company (.5); drafted cover letter to for December invoice (.1). | 164.40 |
| 1/28/10 | GSK | .10 | Conferred with D. Murray re final review of December invoice. | 27.40 |
| 1/29/10 | GSK | .30 | Finalized Motors Liquidation Company December invoice and sent same off to notice parties. | 82.20 |
| | | 4.20 | PROFESSIONAL SERVICES | 2,127.40 |

MATTER TOTAL                                    $ 2,127.40

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CASE ADMINISTRATION                                     MATTER NUMBER -    10126

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 1/08/10 | DRM | .90 | Participated in telephone conferences with B. Williamson and P. Trostle and memoranda to and from J. Gromacki, G. Knudsen and A. Olejnik re same. | 690.30 |
| 1/11/10 | DRM | .70 | Met with K. Stadler re fee examiner process. | 536.90 |
| 1/11/10 | AJO | 1.20 | Prepared for conference with K. Stadler re fee examiner process for case by reviewing procedures and fee examiner pleadings (.5); attended conference with K. Stadler, D. Murray and G. Knudsen (.7). | 406.80 |
| 1/11/10 | GSK | .80 | Conferred with K. Stadler, D. Murray and A. Olejnik re process for Motors Liquidation Company fee examiner. | 219.20 |
| 1/12/10 | AJO | .30 | Met with D. Murray and G. Knudsen re preparation of monthly budget. | 101.70 |
| 1/12/10 | GSK | 2.30 | Prepared chart of February budget as requested by Motors Liquidation Company fee examiner (1.6); conferred with A. Olejnik and D. Murray re same (.3); conferred with D. Murray and J. Gromacki re same (.2); edited same per discussions (.2). | 630.20 |
| 1/13/10 | DRM | .50 | Met with B. Williamson, J. Gromacki and G. Knudsen re fee examiner process. | 383.50 |
| 1/13/10 | JPG | 1.30 | Prepared for meeting with B. Williamson (0.3); met with B. Williamson re video conference and related follow-up (0.7); worked on matters re case management (0.3). | 925.60 |
| 1/13/10 | PJT | .90 | Met with fee examiner re fee application. | 630.00 |
| 1/13/10 | GSK | .70 | Conferred with B. Williamson, J. Gromacki, D. Murray and P. Trostle re fee examination process for Motors Liquidation Company. | 191.80 |
| 1/14/10 | GSK | .20 | Conferred with D. Murray re February budget as requested by Motors Liquidation Company fee examiner. | 54.80 |
| 1/26/10 | GSK | .20 | Researched entity re supplemental disclosure. | 54.80 |
| | | 10.00 | PROFESSIONAL SERVICES | 4,825.60 |

MATTER TOTAL                                           $ 4,825.60