UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re: Motors Liquidation Company

                        Debtor

Case No.:    09-50026

-----------------------------------------------------------------x    Chapter    11

                        Plaintiff

Adversary Proceeding No.: _____

           V

                        Defendant

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, _____Olivia W. Karlin_____, request admission, *pro hac vice*, before the Honorable __Robert E. Gerber__ to represent <u>California Department of Toxic Substances Control</u>, a __Creditor__ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of __California__ and, if applicable, the bar of the U.S. District Court for the __Central__ District of __Central__.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: <u>3/5/10</u>

<u>Los Angeles, CA</u>, New York

*Olivia W. Karlin* (signature)

Mailing Address:

<u>California Attorney General's Office</u>

<u>300 South Spring Street</u>

<u>Los Angeles, CA 90013</u>

E-mail address: <u>olivia.karlin@doj.ca.gov</u>

Telephone number: <u>(213) 897-0473</u>