**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re: Motors Liquidation Company

                              Debtor

Case No.:    09-50026

-----------------------------------------------------------------x    Chapter    11

                             Plaintiff

Adversary Proceeding No.: _____

          V

                             Defendant

-----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of ___Olivia W. Karlin___, to be admitted, *pro hac vice*, to represent __California Department of Toxic Substances Control__, (the "Client") a __creditor__ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __California__ and, if applicable, the bar of the U.S. District Court for the __Central__ District of __California__, it is hereby

**ORDERED**, that___Olivia W. Karlin___, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York     /s/ _____
                                                   UNITED STATES BANKRUPTCY JUDGE