**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-50026 |
| | § | (JOINTLY ADMINISTERED) |
| MOTORS LIQUIDATION COMPANY, et al., | § | |
| f/k/a General Motors Corp., et al., | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |

**TRAVIS COUNTY'S NOTICE WITHDRAWING**
**TRAVIS COUNTY'S PROOF OF CLAIM (CLAIM NO. 1434)**

**TO THE HONORABLE JUDGE OF SAID BANKRUPTCY COURT:**

**COMES NOW,** Nelda Wells Spears, Travis County Tax Collector for and on behalf of the following taxing authorities: Travis County, City of Austin, Austin Independent School District, Del Valle Independent School District, Austin Community College, and Travis County Hospital District (hereinafter the "Travis County"), by and through her attorney of record, David Escamilla, Travis County Attorney, and files this Travis County's Notice Withdrawing Travis County's Proof of Claim (claim no. 1434). In support thereof, Travis County would show that the 2009 property taxes in Travis County's Proof of Claim have been paid in full by the Debtor.

**WHEREFORE, PREMISES CONSIDERED**, Travis County respectfully withdraws

226762-1

Travis County's Proof of Claim (claim no. 1434), filed on September 21, 2009.

                              **Respectfully submitted,**

                              **DAVID ESCAMILLA**
                              **Travis County Attorney**
                              P.O. Box 1748
                              Austin, Texas  78767
                              (512) 854-9513 Telephone
                              (512) 854-4808 Telecopier

By:    */s/ Karon Y. Wright*
            **KARON Y. WRIGHT**
            Assistant County Attorney
            Texas Bar No. 22044700
            karon.wright@co.travis.tx.us

# CERTIFICATE OF SERVICE

I, Karon Y. Wright, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Travis County's Notice Withdrawing Travis County's Proof of Claim (Claim No. 1434)** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **15th** day of **March 2010** and mailed by United States First Class Mail to any party listed below that is not registered.

*/s/ Karon Y. Wright*

**CLAIMS AGENT**
The Garden City Group, Inc.
GM Claims Agent
P.O. Box 9386
Dublin, Ohio 43017

**DEBTOR'S ATTORNEY**
Weil, Gotshal & Manges, LLP
Attn: Harvey R. Miller
767 Fifth Avenue
New York, New York 10153

**TRUSTEE**
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

226762-1