## THE LAW OFFICE OF
# CRAIG L. WHITE

CRAIG L. WHITE
Board Certified-Civil Trial Advocacy
National Board of Trial Advocacy

111 West Olmos Drive
San Antonio, Texas 78212

Telephone
(210) 930-7700

Facsimile
(210) 930-9353

E-Mail
craigwhite@111westolmos.com

March 8, 2010



United States Bankruptcy Court
Southern District of New York
One Bowling green
New York, NY 10004-1408

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

RE: **United States Bankruptcy Court Southern District of New York; In re: Motors Liquidation Company, et al, f/k/a General Motors Corp., et al; Chapter 11 Case No. 09-50026 (REG)**

To Whom It May Concern:

Please be advised that Clarence and Olivia Sobeczek no longer wish to pursue their claim against General Motors Corporation, et al, and therefore, my firm no longer represents the Sobeczeks in this matter. You may contact the Sobeczeks directly at 430 Settlers View, Adkins, Texas 78101.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Craig L. White

CLW/vh
Cc: Clarence and Olivia Sobeczek
    430 Settlers View
    Adkins, Texas 78101