**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re: Motors Liquidation Company

                                  Debtor

------------------------------------------------------------------x

Case No.:   09-50026
Chapter     11

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of _____Olivia W. Karlin_____, to be admitted, *pro hac vice*, to represent ___California Department of Toxic Substances Control___, (the "Client") a __creditor__ in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __California__ and, if applicable, the bar of the U.S. District Court for the __Central__ District of __California__, it is hereby

**ORDERED**, that___Olivia W. Karlin___, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **March 16, 2010**
New York, New York                           ***s/ Robert E. Gerber***
                                                         UNITED STATES BANKRUPTCY JUDGE