Timothy F. Nixon
Katherine Stadler (Admitted *Pro Hac Vice*)
Carla O. Andres (Admission *Pro Hac Vice*, Pending)

**GODFREY & KAHN, S.C.**
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

Attorneys for Fee Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY *et al.,* | Case No. 09-50026 |
| f/k/a General Motors Corp. *et al.,* | (Jointly Administered) |
| Debtors. | Honorable Robert E. Gerber |

------------------------------------------------------------ x

## APPLICATION FOR ADMISSION OF CARLA O. ANDRES *PRO HAC VICE*

1.  I, Carla O. Andres, a member in good standing of the bar of the State of Wisconsin, and the United States District Courts for the Eastern and Western Districts of Wisconsin and the United States Court of Appeals for the Seventh Circuit, request permission, *pro hac vice*, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, to represent Brady C. Williamson, Fee Examiner, in the above-referenced proceeding.

2.  I am an attorney with the law firm of Godfrey & Kahn, S.C., in its Green Bay office, at 333 Main Street, Suite 600, Green Bay, Wisconsin. My telephone number is: (920) 432-9300.

4731510_1

3. I am familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules of this Court.

4. I agree to pay the $25.00 fee upon my admission *pro hac vice*.

Dated: March 4, 2010
Madison, Wisconsin

By:     /s/ *Carla O. Andres*
Carla O. Andres (CA-3129)

GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone:  (414) 287-3500
Facsimile:  (414) 273-5198
E-mail: candres@gklaw.com

4731510_1

2