**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY *et al.,* f/k/a General Motors Corp. *et al.,* | Case No. 09-50026 (Jointly Administered) |
| Debtors. | Honorable Robert E. Gerber |

------------------------------------------------------------ x

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

**ORDERED,** that Carla O. Andres, Esq. is admitted to practice, ***pro hac vice,*** in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: March _____, 2010
New York, New York

_____
Hon. Robert E. Gerber
United States Bankruptcy Judge

4731514_1