UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                       :
                                                            :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al*.,                       :
    f/k/a General Motors Corp., *et al*.                 :   09-50026 (REG)
                                                            :
    Debtors.                                              :   (Jointly Administered)
                                                            :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On March 15, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Tenth Omnibus Objection to Claims (Workers Compensation Claims) [Docket No. 5256].

Dated: March 16, 2010                     /s/ Alison Moodie
      Melville, New York                 Alison Moodie

Sworn to before me this 16th day of March, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ALBERTA BEAVERS<br>J MARK KELL/HENRY M MILLER<br>ATTORNEYS AT LAW<br>5770 MEXICO RD SUITE A<br>ST PETER, MO 63376 | ANDREW J. BOBECK<br>PO BOX 171<br>LAKEVIEW, NY 14085 |
| ANGELETHA FARR-HUTCHINSON<br>APT 2098<br>100 HOLLOW TREE LANE<br>HOUSTON, TX 77090-1731 | ARNETTA RILEY<br>C/O LYNN D BARNETT ATTORNEY AT LAW<br>906 OLIVE SUITE 400<br>ST LOUIS, MO 63101 |
| AYRON WOMACK<br>C/O ROBERT J LENZE PC<br>ATTORNEY AT LAW<br>3703 WATSON RD<br>ST LOUIS, MO 63109 | BARBARA KOWALSKY<br>243 SHENANDOAH RD<br>HOPEWELL JUNCTION, NY 12533 |
| BEY MILLER BEY<br>C/O REED & BRUHN PC<br>6464 W MAIN ST STE 1B<br>BELLEVILLE, IL 62223 | BLOCK, LARRY A<br>6135 SCOTT RD<br>MOUNT MORRIS, MI 48458 |
| BYRNE, ROBERT F<br>1854 RINGSTED DR<br>SOLVANG, CA 93463-2292 | CAROL A SCHULTE<br>C/O STEVEN J STREEN<br>ATTORNEY AT LAW PC<br>1220 WASHINGTON, 3RD FLOOR<br>KANSAS CITY, MO 64105 |
| CAROLYN BOGAN<br>RICHARD G HUGHES<br>ATTORNEY AT LAW<br>101 MARKET ST STE 1540<br>ST LOUIS, MO 63101 | CEDRIC JACKSON<br>C/O WILLIAM G BUCHHOLZ II<br>ATTORNEY FOR CEDRIC JACKSON<br>230 S BEMISTON, SUITE 1100<br>CLAYTON, MO 63105 |
| CHARLES E AUGUSTINE<br>ATTN RONALD D EDELMAN ATTORNEY<br>PO BOX 220167<br>ST LOUIS, MO 63122 | CINDY REYNOLDS SCHMITZ<br>C/O ANKERHOLZ AND SMITH<br>SUITE 510<br>6900 COLLEGE BOULEVARD<br>OVERLAND PARK, KS 66211 |
| DANNY ATKINS<br>MARC S WALLIS<br>NEWMAN BRONSON & WALLIS ATTORNEYS AT LAW<br>2300 WEST PORT PLAZA DRIVE<br>ST LOUIS, MO 63146 | DAVID WALKER<br>7218 PEACOCK LN<br>ENGLEWOOD, FL 34224-9089 |
| DENICE R TUNSTALL<br>C/O JAMES F MALONE, ATTORNEY AT LAW<br>8000 MARYLAND AVE STE 1000<br>ST LOUIS, MO 63105-3906 | EDWARD E BENFIELD<br>SCOTT E SCHONBRUN<br>7382 PERSHING AVE 1 EAST<br>UNIVERSITY CITY, MD 63130 |
| FRANK PUGH<br>7105 INDIANA<br>KANSAS CITY, MO 64132 | FRANK PUGH<br>JAMES M MARTIN ATTORNEY<br>1007 OLIVE 5TH FL<br>ST LOUIS, MO 63101 |

| | |
|---|---|
| GARY CRAIG<br>ATTN DAVID G HUGHES<br>MOGAB AND HUGHES ATTORNEYS PC<br>701 MARKET ST STE 1510<br>ST LOUIS, MO 63101 | GARY MATTHIESEN<br>KARLL LAW CENTER, LLC<br>1682 OLD GRAVIOUS RD<br>HIGH RIDGE, MO 63049 |
| HENRY A LES JR<br>5237 FIELD RD<br>CLIO, MI 48420-8220 | ISSERLIS, CARLA<br>112 HONEY LOCUST DR<br>NORTH LAS VEGAS, NV 89031-7908 |
| JACQUELINE GREEN<br>15354 E BENWOOD DR<br>MOORPARK, CA 93021-1643 | JACQUELYN LUCAS<br>C/O STEVEN I TOYBES ATTORNEY<br>9666 OLIVE BLVD SUITE 300<br>ST LOUIS, MO 63132 |
| JAMES A TAYLOR<br>11192 HEATHERWOOD TRL<br>FOWLERVILLE, MI 48836 | JAMES C SLAYTON<br>16200 TUCKER RD<br>HOLLY, MI 48442-9745 |
| JAMES E KETCHEM<br>C/O EMPLOYEE ATTORNEY<br>ATTN: RADFORD R. RAINES<br>105 CHURCH ST<br>O'FALLON, MO 63366 | JAMES R STARNES<br>6188 BALMORAL TER<br>CLARKSTON, MI 48346-3339 |
| JANICE L EVANS<br>PO BOX 941<br>BOLINGBROOK, IL 60440-1083 | JIMMY COLLINS<br>23044 COUNTRY VIEW LN<br>FLAT ROCK, MI 48134-1161 |
| JOE WASKIS<br>1927 W LOMBARD ST<br>BALTIMORE, MD 21223-2233 | JOHNNY DARRYL JACKSON<br>FRANK J NIESEN JR<br>ATTORNEY AT LAW<br>319 N 4TH STREET - # 200<br>ST LOUIS, MO 63102 |
| JONES, KENNETH W<br>PO BOX 2921<br>PORT ARANSAS, TX 78373-2921 | JOSEPH EMMENDORFER<br>DOBSON GOLDBERG BERNS & RICH LLC<br>C/O MICHAEL C GOLDBERG<br>5017 WASHINGTON PLACE<br>3RD FL<br>ST LOUIS, MO 63108 |
| JOSEPH GAROFALO<br>ANDREW H MARTY<br>5500 MEXICO ROAD SUITE 200<br>ST PETERS, MO 63376 | JUAN H WILSON<br>1612 LEE ST<br>MCKEESPORT, PA 15132-4734 |
| JUDITH THOMPSON<br>30078 HENNEPIN<br>GARDEN CITY, MI 48135 | KAREN A MULROY<br>C/O EVANS & DIXON LLC<br>ATTORNEYS AT LAW<br>515 OLIVE ST 11TH FLOOR<br>ST LOUIS, MO 63101 |

| | |
|---|---|
| KARLA HILDRED<br>5328 KIRKLAND DR<br>ST LOUIS, MO 63121-1414 | LAWRENCE, EDWARD DAVID<br>2805 PLAINFIELD AVE<br>FLINT, MI 48506-1866 |
| LEON BEASINGER<br>3127 WOODROW AVE<br>FLINT, MI 48506-3034 | LEROY HARMON<br>C/O DANIEL K JUNCKER<br>1803 N BELT WEST<br>BELLEVILLE, IL 62226 |
| MACIAS, ANNAMARIE A<br>C/O ROSE, KLEIN & MARIAS LLP<br>3633 E INLAND EMPIRE BLVD STE 400<br>ONTARIO, CA 91764 | MARCIA L FIELDS<br>2111 E SANTA FE ST<br>OLATHE, KS 66062-1606 |
| MARK TANNER<br>C/O ATTORNEY JEFFREY GAULT<br>222 S CENTRAL, SUITE 500<br>CLAYTON, MO 63105 | NANCY MEEGAN<br>C/O TIMOTHY L HILL ATTORNEY AT LAW<br>701 MARKET STREET STE 275<br>ST LOUIS, MO 63101 |
| PAUL C MATHIS<br>42416 BROWNSTONE DR<br>NOVI, MI 48377-2885 | REBECCA L SCHIEFFER<br>1635 N HWY W<br>ELSBERRY, MO 63343 |
| RICHARD G BROWN<br>C/O MICHAEL J HAIGHT ESQ<br>3100 BROADWAY STE 1400<br>KANSAS CITY, MO 64111 | RICHLAND COUNTY EMER<br>332 CONGRESS PARK DR<br>DAYTON, OH 45459 |
| ROBERT BALTIMORE<br>KEVIN D WAYMAN ATTORNEY AT LAW LLC<br>12620 LAMPLIGHTER SQ., #311<br>ST LOUIS, MO 63128 | ROBERT L STEVENSON<br>8210 HAYES ST<br>COOPERSVILLE, MI 49404-9712 |
| RUBY WEBB<br>C/O ROBERT S MERLIN & RAY B MARGLOUS PC<br>101 S HANLEY RD # 1075<br>ST LOUIS, MO 63105 | SANDRA SARPY<br>PO BOX 881214<br>LOS ANGELES, CA 90009-7214 |
| SASSE, JUDY L<br>12691 GRATIOT RD<br>SAGINAW, MI 48609-9656 | SHANTEL V POWELL<br>DAVID J RAUSCHER, P.C.<br>500 CHESTERFIELD CENTER, STE. 355<br>CHESTERFIELD, MO 63017 |
| SHANTEL V POWELL<br>SHANTEL V POWELL<br>1151 BELRUE AVE<br>ST LOUIS, MO 63130 | STEEPROCK, ALYCE J<br>13  CANDLEWOOD GDNS<br>BALDWINSVILLE, NY 13027-2649 |

| | |
|---|---|
| STEPHEN L ROBINSON<br>3204 STATE ROUTE 14<br>ROOTSTOWN, OH 44272-9792 | STEVE A MILLS<br>STEVEN K BROWN, ESQ<br>LAW OFFICES OF STEVEN K BROWN<br>1221 LOCUST ST SUITE 500,<br>ST LOUIS, MO 63103 |
| SUSAN E. GARRETT<br>THE BOHRER LAW FIRM LLC<br>7503 BIG BEND BLVD<br>ST LOUIS, MO 63119 | SUSIE A WILEY<br>4415 BECKENHAM PLACE<br>UPPER MARLBORO, MD 20772 |
| SYLVIA MYERS<br>8333 N ALLENTON DRIVE<br>KANSAS CITY, MO 64151 | TERENCE B. DOZIER<br>3050 1758TH ST APT<br>KANSAS CITY, KS 66104 |
| THOMAS PLASICK<br>PATRICIA L BROWNLEE<br>231 S BEMISTON #700<br>ST LOUIS, MO 63165 | |