**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY *et al.,* | : | Case No. 09-50026 |
| f/k/a General Motors Corp. *et al.,* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Honorable Robert E. Gerber |

------------------------------------------------------------ x

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

**ORDERED,** that Carla O. Andres, Esq. is admitted to practice, ***pro hac vice,*** in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: March **_17,_** 2010
New York, New York

*s/ Robert E. Gerber*
Hon. Robert E. Gerber
United States Bankruptcy Judge

4731514_1