Chapter 11 Case #
09-50026 (Reg)

10 March 10, 2010

Office of the Clerk of the Bankruptcy Court
US Bankruptcy Court
Southern District of New York
One Bowling Green  10004
New York, New York ~~10004~~-1408



Dear Sirs,

Re: General Motors Corporation, Chapter 11 Case No 09-50026 (REG).

Please change my address to 13373 N Plaza Del Rio Drive
Apartment 2230
Peoria, AZ 85381

Former address was 14323 W Colt Lane
Sun City West, AZ 853754

Thank you,

*James M DeMott*
James M DeMott