# JAKE W. RODD

111 E. 1st Street #26
Jacksonville, Florida 32206
**904-418-1907**

March 10, 2010

Motors Liquidation Company
2101 Cedar Springs Road, Suite 1100
Dallas, TX 75201

**ATTN: ADR Claims Team**

> IN RE: Motors Liquidation Company, etal, ("Debtors")
> Case No. 09-50026 (REG) - Capping Claim Letter
> Jake W. Rodd, Claimant
> Claim File #49687
> Docket #4925

Dear Motors Liquidation Company:

By this letter, I, the undersigned, am the below-referenced claimant, and hereby submit my claim to the capping procedures established in the Order Pursuant to 11 U. S. C. 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (the ADR Procedures"), Docket No. 4925, entered by the United States Bankruptcy Court for the Southern District of New York on February 23, 2010.

Accordingly, I hereby propose to cap my claim at the amount specified below (the "Claim Amount Cap"):

| Claimant's Name | Proof of Claim No. | Original Filed Amount | Claim Amount Cap |
|---|---|---|---|
| **JAKE W. RODD** | **49687** | **$500,000.00** | **$500,000.00** |

I understand and agree that the Claim Amount Cap includes all damages and relief to which I believe I am entitled, including all interest, taxes, legal fees, other fees, and costs. If the Claim Amount Cap is accepted by the Debtors, I understand that I am required to submit my claim to the

ATTN: ADR Claims Team
Page Two
March 10, 2010         /

Motors Liquidation Company ADR Procedures and acknowledge that my claim may be a "designated Claim" as such term is used under the ADR Procedures.

Very truly yours,

*[signature]*

JAKE W. RODD

CC: Pablo Falabella, Esq.
    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153

Courtesy copies also furnished to HONORABLE ROBERT E. GERBER, United States Bankruptcy Judge, Room 621, United States Bankruptcy Court Southern District N.Y., One Bowling Green, New York, New York, 10004, to WEIL, GOTSHAL & MANGES LLP, Attorneys for Debtors, 767 Fifth Avenue, New York, New York, 10153, (Attn: Joseph H. Smolinsky, Esq.), Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan, 48243 (Attn: Ted Stenger), General Motors, LLC, 300 Renaissance Center, Detroit Michigan, 48265 (Attn: Lawrence S. Buonomo, Esq.), Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York, 10281 (Attn: John J. Rapisardi, Esq.), United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D. C. 20220, (Attn: Joseph Samarias, Esq.), Vedder Price, P. C., 1633 Broadway, 47th Floor, New York, New York, 10019 (Attn: Michael J. Edelman, Esq.), Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York, 10036, (Attn: Thomas Moers Mayer, Esq.), Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.) and U. S. Attorney's Office, S. D. N. Y., 86 Chambers Street, Third Floor, New York, New York, 10007 (Attn: David S. Jones, Esq.) by United States Mail Delivery, this _____ day of March, 2010, A. D.

*[signature]*

Jake W. Rodd
111 East 1st St. #26
Jacksonville, Florida 32206