UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                           :
                                                                :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,    :
    f/k/a General Motors Corp., *et al.*          :    09-50026 (REG)
                                                                :
                  Debtors.                    :    (Jointly Administered)
                                                                :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss
COUNTY OF SUFFOLK   )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On March 15, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Eleventh Omnibus Objection to Claims (Duplicate Claims) [Docket No. 5262].

Dated: March 16, 2010                       /s/ Alison Moodie_
       Melville, New York                   Alison Moodie

Sworn to before me this 16th day of March, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No 01MA6187254
Commission Expires May 19, 2012

# EXHIBIT A

ABRASIVOS Y SERVICIOS
EULOGIO FLORES # 105 FRACCLA VICTORIA
67110 GUADALUPE NL CP MEXICO

AMADA MARTINEZ
MICHAEL M GUERRA
GUERRA MASK LLP
PO BOX 5371
MCALLEN, TX 78502

ANTHONY FORBES
21312 LAKE HOOK ROAD
HUTCHINSON, MN 55350

ANTHONY FORBES
MICHAEL A BRYANT
1505 DIVISION STREET
WAITE PARK, MN 56387

ASHRAF ELGOHARY
C/O KIMMEL & SILVERMAN PC
30 E BUTLER AVE
AMBLER, PA 19002

BANCA DI SAN MARINO SPA
ATTN MR EMANUELO CESARINI
STRADA DELLA CROCE 39
47896 FAELANA
REPUBLICA DI SAN MARCO

BANCA MEDIOLANUM S.P.A.
ATTN: STEFANO GRECO
VIA F SFORZA 15
20080 BASIGLIO (MILANO) ITALY

BORG WARNER INC
THOMAS D LUPO
WILLIAMS MONTGOMERY & JOHN LTD
233 SOUTH WACKER DRIVE STE 6100
CHICAGO, IL 60606

C R RONDINIELLI INC
220 AVE LOS ATLETICOS
SAN GERMAN, PR 00683-4527

CAROL BORICH
1929 ADDALEEN ROAD
HIGHLAND, MI 48357-3009

CASMALIA RESOURCES SITE STEERING COMMITTEE
C/O MILISSA MURRAY ESQ
BINGHAM MCCUTCHEN LLP
2020 K STREET NW
WASHINGTON, DC 20006-1806

CHIANG, PHILIP
PETER GOLDSTEIN
312 W 5TH ST APT 1002
LOS ANGELES, CA 90013-1756

COMMERCIAL OIL SERVICES SITE GROUP
C/O DOUGLAS G HAYNAM GROUP COUNSEL
SHUMAKER LOOP & KENDRICK LLP
1000 JACKSON
TOLEDO, OH 43604

CONSOLIDATED RAIL CORPORATION
ATTN JOHN K ENRIGHT ESQ
1717 ARCH STREET 32ND FL
PHILADELPHIA, PA 19103

COUNTY OF BASTROP
C/O MICHAEL REED
MCCREARY VESELKA BRAGG & ALLEN PC
700 JEFFREY WAY, SUITE 100
PO BOX 1269
ROUND ROCK, TX 78680

CROWN EQUIPMENT CORPORATION
LARRY KELLERMEYER
44 S WASHINGTON ST
NEW BREMEN, OH 45869

D & M REAL ESTATE LLC
C/O NELSON LEVINE DELUCA & HORST LLC
457 HADDONFIELD RD STE 710
CHERRY HILL, NJ 08002-2201

DENICE A ALLEN
C/O CHARLES W BOBINETTE, ATTORNEY AT LAW
906 OLIVE STREET, SUITE 300
ST LOUIS, MO 63101

DONAHUE LAW GROUP, P S C
410 SOUTH MAIN ST
SOMERSET, KY 42501

DOYLE TYRONE
DOYLE DORIS
PO BOX 12850
ALEXANDRIA, LA 71315-2850

| | |
|---|---|
| FIRST TIME DESIGN<br>FIRST TIME DESIGN INC<br>C/O ALBERT A HATEM PC<br>202 MAMARONECK AVE<br>WHTE PLAINS, NY 10601-5312 | FORT WORTH INDEPENDENT SCHOOL DISTRICT<br>ATTN: ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 |
| FUGITT HOWARD<br>435 FRANKLIN AVE<br>CANONSBURG, PA 15317-2021 | GERALD K DOWD<br>C/O PHILIP KEITH ESQ<br>354 PINE STREET THIRD FLOOR<br>SAN FRANCISCO, CA 94104 |
| HEMINGWAY, BRITTANY<br>PO BOX 203<br>LONGES, SC 29568 | HORACE A MITCHELL<br>1500 BROADWAY STE 1207<br>LUBBOCK, TX 79401 |
| ISYSTEM USA LLC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>16776 BERNARDO CENTER DR STE 204A<br>SAN DIEGO, CA 92128-2559 | JACKIE ADENIYI<br>9701 S WINSTON<br>CHICAGO, IL 60643 |
| JANIS ANDERSON AND ALL WRONGFUL DEATH BEN<br>JESSE J ANDERSON, JR, DECEASED<br>LAW OFFICE OF PAUL T BENTON<br>PO BOX 1341<br>BILOXI, MS 39533 | JULIE FORBES<br>21312 LAKE HOOK ROAD<br>HUTCHINSON, MN 55350 |
| JULIE FORBES<br>MICHAEL A BRYANT<br>1505 DIVISION STREET<br>WAITE PARK, MN 56387 | KATHIE ISENBERG<br>PO BOX 915<br>32324 NORTH MONROE ROAD<br>DEER PARK, WA 99006 |
| LAFAYETTE CONSOLIDATED GOVERNMENT<br>ATTN LEGAL OFFICER/ BANRUPTCY DEPT<br>CUSTOMER SERVICE DIVISION<br>PO BOX 4024<br>LAFAYETTE, LA 70502-4024 | LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>AS SUCCESSOR INDENTURE TRUSTEE<br>400 MADISON AVE 4TH FLOOR<br>ATTN ROBERT BICE<br>NEW YORK, NY 10017 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVENUE<br>ATTN DAVID F RETTER ESQ KRISTEN ELLIOT ESQ<br>NEW YORK, NY 10178 | LINDEN KILDARE CISD<br>ATTN DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710-2007 |
| LISA SMITH<br>8928 ROUTE 242<br>LITTLE VALLEY, NY 14755 | MARIA CARRISOSA & ANASTACIO SORIA INDIVIDUA<br>ESTATES OF BLANCA VASQUEZ, DECEASED &<br>MARISOL VASQUEZ DECEASED & AS<br>ATTN: RON SIMON<br>SIMON AND LUKE LLP<br>2929 ALLEN PARKWAY 42ND FLOOR<br>HOUSTON, TX 77019-7101 |
| MARY WILLIAMS<br>201 PARK STONE WAY<br>MARIETTA, GA 30066 | MARY WILLIAMS<br>C/O JAMES J LONG, ESQ<br>127 PEACHTREE STREET NE STE 1515<br>ATLANTA, GA 30303 |

| | |
|---|---|
| MATT DAVID<br>STEVENS, BONITA<br>173 INTREPID LN<br>SYRACUSE, NY 13205-2548 | MITCHELL R CANTY<br>8146 REYNOLDSWOOD DR<br>REYNOLDSBURG, OH 43068 |
| NATIONWIDE MUTUAL INSURANCE COMPANY<br>C/O SNYDER & DORER LAW OFFICE OF<br>214 SENATE AVE STE 600<br>CAMP HILL, PA 17011-2382 | NEW JERSEY SELF INSURERS GUARANTY ASSOCIAT<br>C/O MCCARTER & ENGLISH LLP<br>ATTN CHARLES A STANZIALE JR<br>FOUR GATEWAY CENTER  100 MULBERRY STREET<br>NEWARK, NJ 07102 |
| NOBLE INTERNATIONAL, LTD<br>HARRINGTON DRAGICH PLLC<br>ATTN: DAVID DRAGICH<br>21043 MACK AVENUE<br>GROSSE POINTE, MI 48236 | OKD FOUR LTD<br>250 E 5TH ST<br>STE 1200<br>CINCINNATI, OH 45202 |
| REMY INTERNATIONAL INC<br>C/O N KATHLEEN STRICKLAND ESQ<br>ROPERS MAJESKI KOHN BENTLEY<br>201 SPEAR ST STE 1000<br>SAN FRANCISCO, CA 94111 | ROBERT DINNIGAN AS FATHER & NATURAL GUARDI<br>AMANDA DINNIGAN AN INFANT<br>LIPSIG SHAPEY MANUS & MOVERMAN PC<br>40 FULTON ST, 25TH FL<br>NEW YORK, NY 10038-5075 |
| RONALD E RUSSELL<br>3160 HIGH BRIDGE RD<br>BRETHREN, MI 49619 | SANDRA SLAYMAKER<br>C/O JAMES L MITCHELL<br>2911 TURTLE CREEK BLVD #1400<br>DALLAS, TX 75219 |
| SCOTT HENDRICKSON<br>LAW OFFICES OF ELLEN D MORGAN<br>7923 BIG BEND BLVD<br>WEBSTER GROVES, MO 63119 | SHENANDOAH COUNTY TAX COLLECTOR<br>SHENANDOAH COUNTY TREASURER'S OFFICE<br>PO BOX 365<br>WOODSTOCK, VA 22664 |
| SUBIA, KATHY SUSAN<br>C/O JOHNSON BRYN R PLC<br>1019 S STAPLEY DR<br>MESA, AZ 85204-5013 | TAMMY WHITE<br>14870 E SHASTA ST<br>CLAREMORE, OK 74017 |
| TECUMSEH PRODUCTS CO (JANESVILLE OLD LANDF<br>DEAN & FULKERSON PC<br>C/O JAMES K OBRIEN<br>801 W BIG BEAVER RD STE 500<br>TROY, MI 48084 | TERRANCE J TICHY<br>C/O RICHARD L DEMSEY CO, LPA<br>1350 EUCLID AVE STE 1550<br>CLEVELAND, OH 44115 |
| THE EAST OHIO GAS COMPANY<br>445 WEST MAIN STREET<br>C/O MARK D REASER<br>CLARKSBURG, WV 26301 | THE LAKELAND SITE PRP GROUP<br>C/O CHRISTOPHER COMBEST<br>QUARLES & BRADY LLP<br>300 NORTH LASALLE STREET STE 4000<br>CHICAGO, IL 60654 |
| UGF BANCA S P A<br>PIAZZA DELLA COSTITUZIONE 2<br>40128 BOLOGNA ITALY | WAYNE HAMILTON<br>930 HICKORY GROVE AVE<br>MEDINA, OH 44256 |

WILLIAM H WALKENHORST
C/O GREGORY K ALLSBERRY, ATTORNEY
615 E CHERRY ST
PO BOX 184
TROY, MO 63379

WINTER, JENNIFER L
STOFKO DENNIS J
PO BOX 5500
JOHNSTOWN, PA 15904-5500