**Hearing Date and Time: April 29, 2010 at 9:45 a.m. (Eastern Time)**
**Objection Date and Time: April 22, 2010 at 4:00 p.m. (Eastern Time)**

Plante & Moran, PLLC
Michael Colella, Partner
27400 Northwestern Highway
PO Box 307
Southfield, MI 48037
Telephone: (248) 223-3611
Facsimile: (248) 603-5582

*Accountants for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :        09-50026 (REG)
f/k/a General Motors Corp., et al.        :
                                          :
                Debtors.                  :        (Jointly Administered)
                                          :
-------------------------------------------------------------------x
```

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE**
**GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C § 330**

**FIRST INTERIM FEE APPLICATION**

Name of Applicant:        **Plante & Moran, PLLC**

Time Period:              October 9, 2009 through and including January 31, 2010

Role in the Case:         Accountants for the Debtors and Debtors in Possession

Current Application:      Total Fees Requested:          $ 354,195.70
                          Total Expenses Requested:      $     5,247.32

Prior Applications:       N/A

**SUMMARY OF FIRST INTERIM FEE APPLICATION OF PLANTE & MORAN, PLLC**
**SERVICES RENDERED FOR THE PERIOD OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

| PROFESSIONALS BY LEVEL | CERT[1] | DATE | PRACTICE AREA[2] | BILL RATE[3] STND/ BLEND | TOTAL HOURS BILLED[3] | TOTAL COMP |
|---|---|---|---|---|---|---|
| Colella, Michael | CPA/CIRA | 1980/2004 | FSS | $410 | 224.3 | $90,999.50 |
| Eckles, Jeff | CPA | 1983 | ERS | $390 | 38.8 | 14,352.00 |
| Farmer, Doug | CICA | 2005 | TAX | $335 | 198.2 | 61,320.20 |
| Greenway, Denise | CPA | 1989 | TAX | $400 | 21.2 | 8,480.00 |
| Jolley, Mark | CPA | 1983 | TAX | $415 | 5.7 | 2,365.50 |
| Lewis, Forrest | CPA | 1976 | TAX | $375 | 54.6 | 19,502.60 |
| Ruppal, Curtis | CPA | 1993 | TAX | $335 | 39.9 | 12,281.00 |
| Weed, Tim | CPA/CIRA | 1988/1997 | ROI | $395 | 17.0 | 6,715.00 |
| Woods, John | CPA | 1985 | PSD | $335 | 53.0 | 17,404.30 |
| Others (less than 5 hrs) | | | TAX | $380 | 2.0 | 760.00 |
| **Total Partners** | | | **ALL** | **$358** | **654.7** | **$234,180.10** |
| | | | | | | |
| Brown, Furney (Alex) | CPA | 2008 | TCS | $230 | 39.9 | $8,487.00 |
| Hoekstra, Peggy | CPA/CIA | 1994/2005 | FSS | $155 | 131.9 | 20,406.00 |
| Merkel, Mike | CPA | 2007 | TAX | $244 | 32.0 | 7,564.00 |
| Zajac, Mark | CICA | 2008 | ERS | $165 | 214.6 | 33,400.00 |
| Others (less than 5 hrs) | | | FSS/TAX | $305 | 5.3 | 1,616.30 |
| **Total Associates** | | | **ALL** | **$169** | **423.7** | **$ 71,473.30** |
| | | | | | | |
| Aguirre, Monica | | | ERS | $140 | 77.5 | $10,850.00 |
| Knapp, Carol | | | FSS | $112 | 5.9 | 660.80 |
| Tousain, Alina | CPA | 2009 | FSS | $170 | 182.4 | 31,037.50 |
| Others (less than 5 hrs) | | | FSS | $150 | 1.0 | 150.00 |
| **Total Staff** | | | **ALL** | **$160** | **266.8** | **$ 42,698.30** |
| | | | | | | |
| Campbell, Michelle | n/a | n/a | ADM | $ 80 | 20.7 | $1,656.00 |
| Denham, Sharon | n/a | n/a | ADM | $ 80 | 12.1 | 968.00 |
| Moosekian, Kim | n/a | n/a | ADM | $ 80 | 6.3 | 504.00 |
| Others (less than 5 hrs) | n/a | n/a | ADM | $ 82 | 32.9 | 2,716.00 |
| **Total Parapro/Admin** | | | **ALL** | **$ 81** | **72.0** | **$   5,844.00** |
| | | | | | | |
| **Total All Personnel** | | | **ALL** | **$250** | **1,417.2** | **$354,195.70** |

| | Transportation | Hotel | Dinner | Total |
|---|---|---|---|---|
| **Total Expenses** | $2,640.67 | $2,262.98 | $343.67 | $5,247.32 |

---

[1]CIA – Certified Internal Auditor; CICA – Certified Internal Control Auditor; CIRA – Certified Insolvency & Restructuring Advisor; CPA – Certified Public Accountant

[2]ADM – Paraprofessional/Admin; ERS – Enterprise Risk Management; FSS – Financial Support Services; PSD – Professional Standards Department; ROI – Restructuring and Operations Improvement; TAX – Tax Compliance and Consulting; TCS – Technology Consulting Services

[3]Individual rate shown represents standard billing rate; non-working travel time is billed at 50% of standard rate.

**Hearing Date and Time: April 29, 2010 at 9:45 a.m. (Eastern Time)**
**Objection Date and Time: April 22, 2010 at 4:00 p.m. (Eastern Time)**

Plante & Moran, PLLC
Michael Colella, Partner
27400 Northwestern Highway
PO Box 307
Southfield, MI 48037
Telephone: (248) 223-3611
Facsimile: (248) 603-5582

*Accountants for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                            :
In re                                       :      Chapter 11 Case No.
                                            :
MOTORS LIQUIDATION COMPANY, et al.,         :      09-50026 (REG)
f/k/a General Motors Corp., et al.          :
                                            :
                        Debtors.            :        (Jointly Administered)
                                            :
-------------------------------------------------------------------x
```

**FIRST APPLICATION OF PLANTE & MORAN, PLLC, AS ACCOUNTANTS FOR THE
DEBTORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY
<u>EXPENSES INCURRED FROM OCTOBER 9, 2009 THROUGH JANUARY 31, 2010</u>**

**TABLE OF CONTENTS**

**Page**

Preliminary Statement.................................................................................................................. 2

Background.................................................................................................................................. 4

Summary of Professional Compensation and Reimbursement of Expenses Requested...................... 4

Summary of Services Performed by P&M During the Compensation Period .................................... 7

Actual and Necessary Disbursements of P&M ...............................................................................10

The Requested Compensation Should Be Allowed.......................................................................... 10

Notice ........................................................................................................................................ 16

Conclusion ................................................................................................................................. 16

Exhibits        A    Certification

                B    Summary of Services Rendered by Professional by Level

                C    Expense Summary by Type
                     Expense Summary by Professional
                     Expense Summary by Professional and Type

                D    Hours and Compensation by Project and Work Codes
                     Hours by Project by Month
                     Compensation by Project Code by Month

                E    Project and Work Code Descriptions

                F    Summary of Detail Hours and Fees by Professional by Work Code

                G    Detail Hours and Fees by Professional by Work Code

                H    Expenses by Date by Professional

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Plante & Moran, PLLC (**"P&M"**), Accountants for Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and its affiliated debtors in these chapter 11 cases, as debtors and debtors in possession (together with MLC, the "**Debtors**"), for its first application (the "**Application**"), pursuant to sections 330(a) and 331 of title 11, United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for the interim allowance of compensation for professional services performed by P&M for the period commencing October 9, 2009 through and including January 31, 2010 (the "**Compensation Period**"), and for reimbursement of its actual and necessary expenses incurred during the Compensation Period, respectfully represents:

<u>**Preliminary Statement**</u>

1.     These chapter 11 cases are among the largest and most complex ever filed in the United States. At the inception of these cases, General Motors Corporation ("**GM**," now known as Motors Liquidation Company) was the largest Original Equipment Manufacturer ("**OEM**") of automobiles in the United States and the second largest in the world, employed approximately 235,000 employees worldwide, and had, as of March 31, 2009, consolidated reported global assets and liabilities of approximately $82,290,000,000 and $172,810,000,000, respectively. As a result of the economic collapse and liquidity crisis that began to surface during the end of 2007 and exploded in 2008, GM and its affiliated debtors commenced these chapter 11 cases and sold substantially all of their assets pursuant to section 363(b) of the Bankruptcy Code to NGMCO, Inc. ("**New GM**"), a purchaser sponsored by the United States Department of the Treasury (the "**U.S. Treasury**") ("the "**363 Transaction**").

2.     P&M assembled a team of professionals of sufficient capacity and expertise devoted to serving the needs of the Debtors and critical to preserving the value of the MLC assets, for the creditors, employees, and other stakeholders.

3.       The size, complexity, and pace of the Debtors' chapter 11 cases is astonishing by any measurement. P&M coordinated its efforts directly with the MLC Board of Directors and the management team including chief restructuring officer, Al Koch, Chief Financial Officer, James Selzer and other personnel provided by AP Services, LLC (**"APS"**).

4.       The professional services performed and expenses incurred were actual and necessary to preserve and protect the value of the Debtors' assets. In the perspective of the complexity and scale of these cases, P&M's charges for professional services performed and expenses incurred are reasonable under the applicable standards. P&M respectfully asks that the Court grant the Application and allow interim compensation for professional services performed and reimbursement for expenses as requested.

5.       This Application has been prepared in accordance with the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on June 20, 1991 (the "**Fee and Disbursement Guidelines**") and the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "**Amended Guidelines**," and together with the Fee and Disbursement Guidelines, the "**Local Guidelines**"), the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 adopted on January 30, 1996 (the "**UST Guidelines**"), and the Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 3711] (the "**Administrative Order**," and together with the Local Guidelines and the UST Guidelines, the "**Guidelines**"). Pursuant to the UST Guidelines, the Debtors have reviewed this Application and approved and support interim allowance of the amounts requested by P&M for professional services performed and expenses incurred during the Compensation Period.

**Background**

6.      On June 1, 2009 (the "**Commencement Date**"), MLC and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.      On March 17, 2010, the Debtors filed an application to retain and employ P&M as their Accountants *nunc pro tunc* to October 9, 2010 [Docket No. 5292].  Further, *nunc pro tunc* retention was appropriate in view of the transition of various services from New GM to MLC since the sale, the actual scope of services to be provided by P&M and to be included in the Engagement Letter took some time to finalize. Because the Debtors needed the services of P&M to commence in October, P&M agreed to commence rendering services well prior to the time all of the terms of its Engagement Letter had been finalized. The Debtors submitted in its application of employment of P&M that in view of the value of the services rendered by P&M since October, and the fact that this Application was delayed through no fault of P&M, *nunc pro tunc* retention as requested was appropriate. At the time this fee application was prepared, no objections have been filed to P&M's retention, and the Debtors are awaiting an objection deadline and presentment hearing date scheduled for March 31, 2010 for the order authorizing it to retain P&M as their Accountants to render accounting, tax and consulting services in the prosecution of their chapter 11 cases.

**Summary of Professional Compensation
and Reimbursement of Expenses Requested**

8.      P&M seeks allowance of interim compensation for professional services performed during the Compensation Period in the amount of $354,195.70, and for reimbursement of expenses incurred in connection with the rendition of such services in the amount of $5,247.32. During the

4

Compensation Period, P&M expended a total of approximately 1,417.2 hours in connection with the necessary services performed.

9.      P&M did not receive any payments during the Compensation Period for fees or expenses invoiced for the Compensation Period. P&M now seeks payment by the Debtors of all amounts allowed pursuant to the Administrative Order.

10.      P&M regularly monitors its charges and expenses before and after the submission of monthly fee statements for fairness, compliance with all rules and requirements and potential errors. During the Compensation Period, P&M did not have any significant reduction to its services rendered or request for expense reimbursement.  P&M will continue to diligently monitor its charges and expenses and, where appropriate, make appropriate reductions.

11.      There is no agreement or understanding between P&M and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these cases.

12.      Prior to the commencement of these chapter 11 cases, P&M did not receive any payment from GM as a retainer or in connection with (i) GM's efforts prior to the commencement of these chapter 11 cases to restructure its obligations out of court, (ii) the preparation for GM's chapter 11 cases, nor (iii) any other bankruptcy related matters.

13.      The fees charged by P&M in these cases are billed in accordance with P&M's existing billing rates and procedures in effect during the Compensation Period. The rates P&M charges for the services rendered by its professionals and all other staff in these chapter 11 cases are the same rates P&M charges for professional services rendered in comparable bankruptcy and nonbankruptcy related matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable bankruptcy and nonbankruptcy cases in a competitive national accountancy and consulting market.

14.     Annexed hereto as Exhibit "A" is a certification regarding compliance with the Guidelines.

15.     Annexed hereto as Exhibit "B," pursuant to the UST Guidelines, is a schedule of P&M professionals and admin/paraprofessionals who have performed services for the Debtors during the Compensation Period, the position/level in which each such individual is employed by P&M, the area in which each individual practices, the hourly billing rate charged by P&M for services performed by such individuals, the year in which each professional first achieved their position and CPA or other relevant Certification, if applicable, and the aggregate number of hours expended in this matter and fees billed therefore.

16.     Annexed hereto as Exhibit "C" is a summary schedule specifying the categories of expenses for which P&M is seeking reimbursement and the total amount for each expense category. An itemized schedule of all such expenses, subject to redaction where necessary to protect the Debtors' estates, is annexed hereto as Exhibit "H."

17.     Annexed hereto as Exhibit "D," pursuant to the UST Guidelines, is a summary of P&M's time records billed by professional during the Compensation Period using project categories and work codes hereinafter described, also annexed hereto as Exhibit "E".    P&M maintains computerized records of the time spent by all P&M professionals and other staff in connection with the prosecution of the Debtors' chapter 11 cases.  Copies of these computerized records have been furnished to the Debtors and, subject to redaction or modification to protect the Debtors' estates, a summary by professional by project work code has been annexed hereto as Exhibit "F," and the detailed listing of time entries by project work code has been annexed hereto as Exhibit "G," in the format specified by the UST Guidelines.

18.     To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Compensation Period, but were not processed prior to the

preparation of this Application, P&M reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

### Summary of Services Performed by
### P&M During the Compensation Period

19.    MLC originated under a very unique bankruptcy arrangement and its board of directors and management team are charged with the mission of administering, maintaining, safeguarding and liquidating certain assets of GM.  During 2009, the Company's core accounting records were maintained without the benefit of automated accounting and financial reporting systems and MLC relied on New GM, under the TSA, for certain key activities. Thus, the period tested was under the "prior informal control structure/environment".

20.    Management in executing control and judgment in carrying out day-to-day activities recognized the need to transition from a "prior informal control structure/environment" as soon as practical. Because of management's actions, MLC is transitioning to a new environment that includes: corporate governance documents; tailored policies and controls; a new accounting system (MAS 2000) with general ledger, reporting and other modules; and, notification, monitoring and exception reporting.

21.    MLC's board of directors has fiduciary duties to various constituencies and oversight responsibility of the estate. MLC's board of directors retained P&M through management to: perform cash receipts and disbursements procedural testing for the period July 10, 2009 through December 31, 2009; and assess, design and test the Company's internal control structure/environment for operational effectiveness.

22.    During the Compensation Period, P&M provided the following services: tax compliance and tax consulting services; periodic verification/testing procedures on amounts financially reported; assess, assist in implementing and periodic monitoring of MLC system of internal control; and, other accounting and consulting services on an as requested basis. P&M accounting and internal control structure/environment related services were guided by directives

7

from the board of directors and determined collectively with Jim Selzer, CFO, and Scott Hamilton, Controller. P&M tax services were determined collectively with Rick Zablocki, Chief Tax Officer, based on a joint review of MLC's continuing requirements and agreement with MLC with regard to the nature, timing and extent of the services provided.

23.    Testing procedures performed by P&M, as agreed to by the board of directors and management, included monitoring and evaluating MLC's cash receipts and disbursements and the operation of its internal controls for the period from July 10, 2009 through December 31, 2009.

24.    Our substantive testing of cash related activity and balances included: comparing information reflected in the accounting records for each selected transaction to the relevant contracts, invoices, cash summaries, bank deposit information and other source documents; determining whether  appropriate approvals and authorizations were obtained in accordance with the Company's internal policies, procedures, and US Bankruptcy Court requirements; determining whether MLC retained and can produce the adequate and sufficient supporting documentation for each selected transaction; comparing month end bank balance per MLC bank reconciliation to balance per bank statement and reviewed reconciling items for reasonableness.  Additional specific procedures were performed on disbursements for professional fees due to the unique characteristics of these payments and US Bankruptcy Court requirements.

25.    Internal control structure/environment efforts focused on developing corporate governance documents, policies and procedures appropriate to MLC's situation and integrating control testing with substantive testing for cash related activities and balances.  This included assessing and testing the 2009 prior informal control structure/environment as well as planning for the future (new) internal control environment.

26.    A significant element to assisting MLC in developing the new (post New GM dependent structure) related to assessing and implementing technology controls associated with MLC's core accounting systems and the information technology (IT) infrastructure, including

General Controls, Accounts Payable (Vendor Setup and Maintenance, Purchase Order and Voucher Maintenance) and Accounts Receivable, implemented as of January 2010. At the time of our review, the FAS (Fixed Asset Application) and the FRX (Consolidated Reporting Application) modules where under development and therefore will be assessed at a later date.

27.    Tax services provided by P&M during the Compensation Period primarily focused on advising and planning for MLC's transition away from New GM for tax services under the TSA agreement and consulting and planning on federal, state and local and other tax related matters. During January 2010, MLC and New GM agreed for P&M rather than New GM to prepared the "B Period (July 10, 2009 – December 31, 2009) tax returns" for MLC.  This added to the importance and urgency of the tax planning burden on MLC with P&M's assistance during the Compensation Period.

28.    Tax related consulting services provided included: planning, research and consulting related to foreign income tax returns (Nova Scotia), Section 363 multistate  tax return (WA, DE, TX, OH), sales, use, and gross receipts (excise) tax returns and personal property tax returns; preparation of sales, use, and gross receipts (excise) tax memorandum; assistance with corporate reorganization plans to reduce accounting and tax and compliance burden and sale of assets; and,  tax planning and consultation related to transition between accounting staff and systems, including consultation on data points necessary to properly accrue ongoing sales and seller's use tax obligations.

29.    Transition for tax preparation services and other assistance also included: calculation of estimated tax payments and tax return extension payments; tax policies and procedures; research on state, local and international tax matters and issues; research on bad debt expense and swap agreements issues; tax planning around timing of gain or loss recognition in sale of properties; analysis and planning for tax issues arising from the Chapter 11 Bankruptcy including: terminating filing responsibility, reduction of favorable tax attributes (net operating losses), intercompany tax assets and liabilities especially where not all entities are in bankruptcy; review of sales or seller's use tax exemptions related to liquidation sale of assets.

30.     P&M also provided tax planning related to consummated and potential future transactions, particularly involving the sale of assets, and the plan of reorganization and reporting requirements associated with retained tax incentives, grants or credits.

## Actual and Necessary Disbursements of P&M

31.     As set forth in Exhibit C hereto, P&M has disbursed $5,247.32 as expenses incurred in providing professional services during the Compensation Period. These expenses are reasonable and necessary in light of the types of services performed and the size and complexity of the Debtors' cases. P&M has made every effort to minimize its disbursements and the actual expenses incurred in providing professional services were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors, their estates, and creditors.

32.     Out of pocket expenses are substantially comprised of travel related expenses for staff from out of town offices (typically 2 hours or farther away) and parking expenses at MLC's offices in Detroit.  Travel for out of town staff was limited to the extent possible. All travel related expenses are in compliance with the MLC Expense Policies (published on website). All overnight accommodations are at MLC preferred (or less expensive) hotels. Mileage reimbursement is P&M (and IRS approved) rate of $0.50 per mile.

33.     Expense reimbursements are passed through at actual cost incurred without a markup or profit on the service to P&M.

34.     P&M does not invoice the debtors' estate as expense for photocopies, facsimiles, cellular phone or overtime expenses for any personnel.

## The Requested Compensation Should Be Allowed

35.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. 11 U.S.C. § 331. Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary

services rendered . . . and reimbursement for actual, necessary expenses." *Id.*

§ 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded to [a] professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
>> (A) the time spent on such services;
>>
>> (B) the rates charged for such services;
>>
>> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>>
>> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and
>>
>> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>>
>> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*Id.* § 330(a)(3)

36.    An analysis of these factors relative to the services P&M performed during the Application Period is set forth below:

### *Time Spent on Services*

37.    The professional services performed by P&M on behalf of the Debtors during the Compensation Period required an aggregate expenditure of 1,417.2 recorded hours by P&M partners, associates, staff and paraprofessional/administrative support. Of the aggregate time expended, 654.7 hours were by partners, 423.7 hours were by associates, 266.8 hours were by staff, and 72.0 hours were by administrative/paraprofessionals of P&M. Individual days worked in excess of 10 hours per day totaled eight for the entire P&M team with only one of those days in excess of 12 hours.

11

38.     Preparation of our retention documents and fee applications represents 7 percent of total fees during the compensation period.

### The Rates Charged for Services

39.     During the Compensation Period, P&M billed the Debtors for time expended based on hourly rates ranging from $112 to $410 per hour for practice professionals and $80 to $100 for administrative/paraprofessionals. Allowance of compensation in the amount requested would result in an overall blended hourly billing rate of approximately $250 (based on regular billing rates in effect at the time of the performance of services), consisting of a $358 blended rate for all partners and a $157 rate for all non partners. The billing rates for each professional are within the rate schedule included in our retention application.

### Necessity of Services

40.     The foregoing professional services performed by P&M were actual, necessary, and appropriate to the administration of the Debtors' chapter 11 cases. The professional services performed by P&M were in the best interests of the Debtors and other parties in interest and critical to successfully govern, administer, monitor account and report its cash and cash transactions and safeguard its assets with reasonable but not absolute assurance. Such services provided were necessary for the preservation and maximization of value for all stakeholders and to the orderly administration of the Debtor' chapter 11 estates.

41.     Tax preparation services are required to comply with legal requirements.  Tax consulting services are beneficial to the estate by minimizing the amount of taxes paid and maximizing amounts available to be paid to MLC creditors and stakeholders.  Assistance in developing and establishing a strong internal control structure is necessary to safeguard assets, ensure payments made are authorized and appropriate and amounts reported are accurate. Validation procedures performed on controls and cash transactions and balances are also necessary to know and

ensure the internal control structure in place is operating as designed and provide the board of directors with assurance that their fiduciary duties in these areas are met.

### *Reasonableness of Time Spent on Services*

42.    Applicant respectfully submits that the services performed were performed within a reasonable amount of time, especially in light of the complexity of Debtors' cases and the nature of the issues addressed therein.

43.    During the Compensation Period, the time spent by partners was more prominent due to the complexity, importance, and nature of the issues and tasks involved. It is particularly important to note that the internal control structure/environment was ad hoc and the accounting methods and systems were newly created and evolving through and past the Compensation Period. This required a higher than usual percentage of partner time. As a result, the average experience level of all mid level staff (associates) was very low to the balance heavy partner time required to still achieve an overall blended rate of approximately $250.

44.    There were many meetings and conferences involving multiple P&M specialists representing different areas with specialized knowledge required for consulting and concurring with assessments and decisions critical to the estate. Based on the reason specific individuals participated in such activities, the project category or work code used for time reporting purposes could be different. For example, the tax area includes bankruptcy, federal and state/local tax specialists.

45.    The professional services were performed expeditiously and efficiently. The time constraints facing MLC, the board of directors reporting requirements and responsibilities, the public visibility of Debtor's chapter 11 case and the scrutiny related to the use of public funds have required P&M to devote significant time in providing accounting, tax and consulting services on behalf of the Debtor. Compensation for such services as requested is commensurate with the complexity, importance, nature of the issues and tasks involved.

13

*Certifications, Skills and Experience*

46.     The professional services performed by P&M were rendered by members of its Financial Support Services, Enterprise Risk Management, Technology Consulting Services, Tax Compliance and Consulting, and Professional Standards practice groups and from several offices. P&M enjoys a national reputation for its expertise in accounting, tax and consulting.  Substantially all of P&M's core team of professionals possess one or more of the following certifications: Certified Public Accountant (CPA), Certified Insolvency and Reorganization Advisor (CIRA), Certified Internal Auditor (CIA), and Certified Internal Control Auditor (CICA).

*Customary Fees for the Type of Services Rendered*

47.     Applicant respectfully represents that the fees requested herein are the customary charges for the type of services rendered and are based upon the hours actually spent and multiplied by the normal billing rate for work of this nature by P&M. The billing rate is the hourly rate charged by the P&M for professional and administrative/paraprofessional services rendered in comparable bankruptcy and non-bankruptcy related matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable bankruptcy and non-bankruptcy cases in a competitive national legal market.

48.     Whenever possible, P&M sought to minimize the costs of its services to the Debtor by utilizing talented staff and paraprofessionals to handle more routine aspects of the work performed.

49.     A core P&M team was utilized throughout the duration of the Compensation Period in each project category area to minimize start up or investment time required. We also used one point of contact to minimize the costs of intra-P&M communication and education about the Debtor' circumstances wherever practical.

50.     P&M does not invoice as expense for photocopies, facsimiles, cellular phone or overtime expenses for any personnel. P&M's standard billing rate practice is to invoice

administrative staff time performed directly for bankruptcy and non-bankruptcy clients based on standard hourly rates. P&M's regular practice is not to include components for those charges in overhead when establishing billing rates for its professionals and to charge these hours to the specific clients served during the regular course of the rendition of services.

51.    Each of the out-of-pocket expense categories do not exceed the maximum rate set by the UST Guidelines or Local rules.

*Overall*

52.    P&M submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Application were necessary for and beneficial to the preservation and maximization of value for all stakeholders and the orderly administration of the Debtors' chapter 11 estates. P&M worked assiduously to anticipate or respond to the issues that have arisen and played a critical role in expeditiously, economically and seamlessly. Such services and expenditures were necessary to and in the best interests of the Debtors' estates and creditors. The compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors, their estates, and all parties in interest.

53.    Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, and tasks involved. The professional services were performed expediently and efficiently. Whenever possible, P&M sought to minimize the costs of its services to the Debtors by utilizing talented associates or staff to handle tasks that could be effectively delegated or more routine aspects of services performed.

54.    In sum, the services rendered by P&M were necessary and beneficial to the Debtors' estate and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought herein is warranted.

**Notice**

55.     Notice of this Application has been provided by attorneys for the Debtors to parties in interest in accordance with the Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 3, 2009 [Docket No. 3629]. P&M submits that such notice is sufficient and no other or further notice need be provided.

56.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

**Conclusion**

56.     P&M respectfully requests the Court enter an Order authorizing (i) an interim allowance of compensation for professional services rendered during the Compensation Period in the amount of $359,443.02, consisting of $354,195.70 representing 100% of fees incurred during the Compensation Period, and reimbursement of $5,247.32 representing 100% of actual and necessary expenses incurred during the Compensation Period; (ii) that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to P&M's right to seek additional compensation for services performed and expenses incurred during the Compensation Period, which were not processed at the time of this Application; (iii) directing payment by the Debtors of the difference between the amounts allowed and the amounts previously paid ($0) by the Debtors pursuant to the Administrative Order; and (iv) such other and further relief as is just.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as is just.

Dated: Southfield, MI March 17, 2010

Michael Colella, Partner

Plante & Moran, PLLC
27400 Northwestern Highway
PO Box 307
Southfield, MI 48037
Telephone: (248) 223-3611
Facsimile: (248) 603-5582

Accountants for Debtors
and Debtors in Possession

**EXHIBIT TO INTERIM FEE APPLICATION BY PLANTE & MORAN, PLLC**
**FOR THE PERIOD OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

## Exhibit A

## Certification

**Hearing Date and Time: April 29, 2010 at 9:45 a.m. (Eastern Time)**
**Objection Date and Time: April 22, 2010 at 4:00 p.m. (Eastern Time)**

Plante & Moran, PLLC
Michael Colella, Partner
27400 Northwestern Highway
PO Box 307
Southfield, MI 48037
Telephone: (248) 223-3611
Facsimile: (248) 603-5582

*Accountants for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                              :
**In re**                                     :        **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :        **09-50026 (REG)**
**f/k/a General Motors Corp.,** *et al.*      :
                                              :
                    **Debtors.**              :        **(Jointly Administered)**
                                              :
------------------------------------------------------------------x


**CERTIFICATION UNDER GUIDELINES FOR FEES**
**AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT**
**OF FIRST APPLICATION OF PLANTE & MORAN, PLLC**
**FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, Michael Colella, hereby certify that:

1.      I am a partner with the applicant firm, Plante & Moran, PLLC ("**P&M**"), with

responsibility for the chapter 11 cases of Motors Liquidation Company (f/k/a General Motors

Corporation) ("**MLC**") and its affiliated debtors, as debtors and debtors in possession in the above-

captioned cases (collectively with MLC, the "**Debtors**"), in respect of compliance with the

Guidelines for Fees and Disbursements for Professionals in Southern District of New York

Bankruptcy Cases adopted by the Court on June 20, 1991 (the "**Fee and Disbursement Guidelines**")

and the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of

New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "**Amended Guidelines**,"

and together with the Fee and Disbursement Guidelines, the "**Local Guidelines**"), the U.S. Trustee

Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

Under 11 U.S.C. § 330 adopted on January 30, 1996 (the "**UST Guidelines**") and the Order Pursuant

to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Professionals [Docket No. 3711] (the "**Administrative Order**," and

together with the Local Guidelines and the UST Guidelines, the "**Guidelines**").

2.      This certification is made in respect of P&M's application, dated March 17, 2010 (the

"**Application**"), for interim compensation and reimbursement of expenses for the period

commencing October 9, 2009 (*nunc pro tunc*) through and including January 31, 2010 (the

"**Compensation Period**") in accordance with the Guidelines.

3.      In respect of section 2 of the Fee and Disbursement Guidelines, I certify that the

Debtors reviewed the fee application and have approved it.

4.      In respect of section B.1 of the Local Guidelines, I certify that:

     a.      I have read the Application;

     b.      to the best of my knowledge, information, and belief formed after reasonable
inquiry, the fees and disbursements sought fall within the Local Guidelines;

     c.      the fees and disbursements sought are billed at rates in accordance with those
customarily charged by P&M and generally accepted by P&M's clients; and

     d.      in providing a reimbursable service, P&M does not make a profit on that
service, whether the service is performed by P&M in-house or through a
third party.

5.      In respect of section B.2 of the Amended Guidelines and as required by the

Administrative Order, I certify that P&M was not required to provide counsel for the debtors and the

statutory committee of unsecured creditors appointed in these cases (the "**Committee**") and the

Debtors, with a statement of P&M's fees and disbursements accrued during the previous month, due

to the debtors *nunc pro tunc* filing of its application to employ Plante & Moran, PLLC and pending order from this court.

6.    In respect of section B.3 of the Local Guidelines, I certify that the Debtors, attorneys for the debtors, attorneys for the Committee, and the United States Trustee for the Southern District of New York are each being provided with a copy of the Application.

Dated: Southfield, Michigan
      March 17, 2010

Michael Colella
PLANTE & MORAN, PLLC
27400 Northwestern Hwy
PO Box 307
Southfield, MI 48037
Telephone: (248) 223-3611
Facsimile: (248) 603-5582

Accountants for Debtors
and Debtors in Possession

**EXHIBIT TO INTERIM FEE APPLICATION BY PLANTE & MORAN, PLLC
FOR THE PERIOD OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

**Exhibit B**

**Summary of Services Rendered by Professional by Level**

**EXHIBIT B**

**SUMMARY OF FIRST INTERIM FEE APPLICATION OF PLANTE & MORAN, PLLC**
**SERVICES RENDERED FOR THE PERIOD OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

| PROFESSIONAL BY LEVEL | CERT[1] | DATE | PRACTICE AREA[2] | BILL RATE[3] STND/ BLEND | TOTAL HOURS BILLED[3] | TOTAL COMP |
|---|---|---|---|---|---|---|
| Colella, Michael | CPA/CIRA | 1980/2004 | FSS | $410 | 224.3 | $90,999.50 |
| Eckles, Jeff | CPA | 1983 | ERS | $390 | 38.8 | 14,352.00 |
| Farmer, Doug | CICA | 2005 | TAX | $335 | 198.2 | 61,320.20 |
| Greenway, Denise | CPA | 1989 | TAX | $400 | 21.2 | 8,480.00 |
| Jolley, Mark | CPA | 1983 | TAX | $415 | 5.7 | 2,365.50 |
| Lewis, Forrest | CPA | 1976 | TAX | $375 | 54.6 | 19,502.60 |
| Ruppal, Curtis | CPA | 1993 | TAX | $335 | 39.9 | 12,281.00 |
| Weed, Tim | CPA/CIRA | 1988/1997 | ROI | $395 | 17.0 | 6,715.00 |
| Woods, John | CPA | 1985 | PSD | $335 | 53.0 | 17,404.30 |
| Others (less than 5 hrs) | | | TAX | $380 | 2.0 | 760.00 |
| **Total Partners** | | | **ALL** | **$358** | **654.7** | **$234,180.10** |
| | | | | | | |
| Brown, Furney (Alex) | CPA | 2008 | TCS | $230 | 39.9 | $8,487.00 |
| Hoekstra, Peggy | CPA/CIA | 1994/2005 | FSS | $155 | 131.9 | 20,406.00 |
| Merkel, Mike | CPA | 2007 | TAX | $244 | 32.0 | 7,564.00 |
| Zajac, Mark | CICA | 2008 | ERS | $165 | 214.6 | 33,400.00 |
| Others (less than 5 hrs) | | | FSS/TAX | $305 | 5.3 | 1,616.30 |
| **Total Associates** | | | **ALL** | **$169** | **423.7** | **$ 71,473.30** |
| | | | | | | |
| Aguirre, Monica | | | ERS | $140 | 77.5 | $10,850.00 |
| Knapp, Carol | | | FSS | $112 | 5.9 | 660.80 |
| Tousain, Alina | CPA | 2009 | FSS | $170 | 182.4 | 31,037.50 |
| Others (less than 5 hrs) | | | FSS | $150 | 1.0 | 150.00 |
| **Total Staff** | | | **ALL** | **$160** | **266.8** | **$ 42,698.30** |
| | | | | | | |
| Campbell, Michelle | n/a | n/a | ADM | $ 80 | 20.7 | $1,656.00 |
| Denham, Sharon | n/a | n/a | ADM | $ 80 | 12.1 | 968.00 |
| Moosekian, Kim | n/a | n/a | ADM | $ 80 | 6.3 | 504.00 |
| Others (less than 5 hrs) | n/a | n/a | ADM | $ 82 | 32.9 | 2,716.00 |
| **Total Parapro/Admin** | | | **ALL** | **$ 81** | **72.0** | **$  5,844.00** |
| | | | | | | |
| **Total All Personnel** | | | **ALL** | **$250** | **1,417.2** | **$354,195.70** |

---

[1]CIA – Certified Internal Auditor; CICA – Certified Internal Control Auditor; CIRA – Certified Insolvency & Restructuring Advisor; CPA – Certified Public Accountant

[2]ADM – Paraprofessional/Admin; ERS – Enterprise Risk Management; FSS – Financial Support Services; PSD – Professional Standards Department; ROI – Restructuring and Operations Improvement; TAX – Tax Compliance and Consulting; TCS – Technology Consulting Services

[3]Individual rate shown represents standard billing rate; non-working travel time is billed at 50% of standard rate.

**EXHIBIT TO INTERIM FEE APPLICATION BY PLANTE & MORAN, PLLC**
**FOR THE PERIOD OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

## Exhibit C

**Expense Summary by Type**
**Expense Summary by Professional**
**Expense Summary by Professional and Type**

# EXHIBIT C

**EXPENSE SUMMARY BY PLANTE & MORAN, PLLC**
**INTERIM PERIOD OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

| EXPENSE BY TYPE | AMOUNTS |
|---|---|
| Transportation | $2,640.67 |
| Hotel | 2,262.98 |
| Meals | 343.67 |
| **TOTAL EXPENSES REQUESTED** | **$5,247.32** |

| EXPENSE BY PROFESSIONAL | AMOUNTS |
|---|---|
| Brown, Furney (Alex) | $ 327.57 |
| Colella, Michael | 93.00 |
| Farmer, Doug | 2,033.86 |
| Hoekstra, Peggy | 60.00 |
| Ruppal, Curtis | 88.50 |
| Tousain, Alina | 141.00 |
| Zajac, Mark | 2,503.39 |
| **TOTAL EXPENSES REQUESTED** | **$5,247.32** |

| PROFESSIONAL | TRANSPORTATION | HOTEL | MEALS | TOTAL |
|---|---|---|---|---|
| Brown, Furney (Alex) | $ 227.00 | $ 100.57 | $ - | $ 327.57 |
| Colella, Michael | 93.00 | | | 93.00 |
| Farmer, Doug | 913.75 | 922.30 | 197.81 | 2,033.86 |
| Hoekstra, Peggy | 60.00 | | | 60.00 |
| Ruppal, Curtis | 88.50 | | | 88.50 |
| Tousain, Alina | 141.00 | | | 141.00 |
| Zajac, Mark | 1,117.42 | 1,240.11 | 145.86 | 2,503.39 |
| **TOTAL EXPENSES REQUESTED** | **$2,640.67** | **$2,262.98** | **$343.67** | **$5,247.32** |

**EXHIBIT TO INTERIM FEE APPLICATION BY PLANTE & MORAN, PLLC
FOR THE PERIOD OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

# Exhibit D

**Hours and Compensation by Project and Work Codes
Hours by Project by Month
Compensation by Project Code by Month**

**EXHIBIT D**

**COMPENSATION BY WORK CODE FOR SERVICES RENDERED BY PLANTE & MORAN, PLLC
INTERIM PERIOD OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

**HOURS AND COMPENSATION BY PROJECT AND WORK CODES**

| CODE | PROJECT | HOURS | AMOUNT |
|------|---------|-------|--------|
| | **CONTROLS** | | |
| GOV | Corporate Governance | 82.9 | $ 26,005.00 |
| PPP | Process, Policies and Procedures | 316.6 | 80,659.90 |
| RCM | Risk Control Matrix | 128.2 | 26,912.50 |
| SYS | Information Technology Systems and Security | 50.8 | 14,076.00 |
| | **TESTING** | | |
| DIS | Cash Disbursements | 228.0 | 50,230.00 |
| REC | Cash Receipts | 96.5 | 17,638.00 |
| CAS | Cash Reconciliations and Balances | 67.7 | 14,793.80 |
| RPT | Reporting (Financial and to the BOD) | 52.0 | 19,635.50 |
| | **TAX** | | |
| FDC | Federal Consulting | 118.0 | 45,370.50 |
| FDR | Federal Returns | | |
| SLC | State and Local Consulting | 72.8 | 21,933.40 |
| SLR | State and Local Returns | | |
| | **ADMINISTRATIVE** | | |
| RET | Retention | 92.6 | 18,654.00 |
| FEE | Fee Statements and Applications | 25.7 | 6,049.00 |
| FEX | Fee Examiner | | |
| | **TRAVEL** | | |
| NWT | Non-Working Travel | 85.4 | 12,238.10 |
| | | | |
| | **TOTAL** | **1,417.2** | **$354,195.70** |

**HOURS BY PROJECT CODE BY MONTH**

| HOURS | October | November | December | January | Oct-Jan |
|-------|---------|----------|----------|---------|---------|
| Controls | 6.5 | 97.0 | 145.6 | 329.4 | 578.5 |
| Testing | 6.0 | 12.6 | 102.0 | 323.6 | 444.2 |
| Tax | 4.1 | 77.0 | 78.0 | 31.7 | 190.8 |
| Travel | | 8.2 | 9.3 | 67.9 | 85.4 |
| Admin | 1.1 | 70.5 | 15.3 | 31.4 | 118.3 |
| **TOTAL** | **17.7** | **265.3** | **350.2** | **784.0** | **1,417.2** |

**COMPENSATION BY PROJECT CODE BY MONTH**

| COMPENSATION | October | November | December | January | Oct-Jan |
|--------------|---------|----------|----------|---------|---------|
| Controls | $2,440.00 | $26,765.50 | $38,723.40 | $ 79,724.50 | $147,653.40 |
| Testing | 2,460.00 | 5,106.00 | 27,687.00 | 67,044.30 | 102,297.30 |
| Tax | 1,609.00 | 27,857.20 | 25,810.30 | 12,027.40 | 67,303.90 |
| Travel | | 1,545.60 | 1,655.50 | 9,037.00 | 12,238.10 |
| Admin | 451.00 | 13,419.00 | 2,532.00 | 8,301.00 | 24,703.00 |
| **TOTAL** | **$6,960.00** | **$74,693.30** | **$96,408.20** | **$176,134.20** | **$354,195.70** |

**EXHIBIT TO INTERIM FEE APPLICATION BY PLANTE & MORAN, PLLC
FOR THE PERIOD OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

## Exhibit E

## Project and Work Code Descriptions

**EXHIBIT E**

**PROJECT AND WORK CODE DESCRIPTIONS FOR PLANTE & MORAN, PLLC
INTERIM PERIOD OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

| | CONTROLS |
|---|---|
| GOV | **Corporate Governance** - Development of policies (6) governing the Board of Directors and corporate behavior, including Corporate Governance Overview and Principles, Code of Business Conduct, Fraud Policy, Whistle-Blower Protection, Environmental, Record Retention and Document Destruction |
| PPP | **Process, Policies and Procedures** - Development and drafting of financial and operating processes, policies and procedures (25), including desktop instructions where requested |
| RCM | **Risk Control Matrix** – Identifying, developing and drafting key financial and operating processes (11), risks (3) and mitigating controls (180) and implementing them into the individual policies & procedures (25) |
| SYS | **Information Technology Systems and Security** - Review of MAS 200, FAS, and FRX application controls, integration of IT controls with cash and non-cash process areas, and control improvements in the areas of vendor setup, vendor maintenance, accounts payable, accounts receivable and general controls |
| | **TESTING** |
| DIS | **Cash Disbursements** - Assess existence, accuracy, completeness and authorization of cash disbursements reflected in the accounting records when compared to the relevant contracts, invoices, cash summaries, bank accounts and other source documents |
| REC | **Cash Receipts** - Assess existence, accuracy, completeness and authorization of cash receipts reflected in the accounting records when compared to the relevant contracts, invoices, cash summaries, bank accounts and other source documents |
| CAS | **Cash Reconciliations and Balances** - Compare cash balances reflected in the accounting records to balances per bank statement. Review bank reconciliations and reconciling items for reasonableness |
| RPT | **Reporting (Treasury, MOR and BOD)** – Validate and/or consult on: Treasury Reports (TR) filed under DIP loan (TARP), and Monthly Operating Reports (MOR) filed with the Bankruptcy Court; present P&M reports and attend meetings with independent BOD members and regular BOD meetings |
| | **TAX** |
| FDC | **Federal Consulting** - Planning and consulting regarding tax consequences of the Section 363 Sale, sale of assets and disposition of claims under proposed Plan(s) of Reorganization, relating to required tax returns for federal and foreign jurisdictions for the period from July 10, 2009 through December 31, 2009 (not done by New GM under its Transition Services Agreement) and subsequent tax periods |
| FDR | **Federal Returns** - Preparation of federal (and foreign if required) tax returns, quarterly estimated taxes and reports associated with retained tax incentives, grants or credits |
| SLC | **State and Local Consulting** - Planning and consulting regarding tax consequences of the Section 363 Sale, sale of assets and disposition of claims under proposed Plan(s) of Reorganization, for the required tax returns or reports under state, local, sales and personal property jurisdictions for the period from July 10, 2009 through December 31, 2009 and subsequent tax periods |
| SLR | **State and Local Returns** - Preparation of state, sales and use, real and personal property tax returns and reports, quarterly estimated taxes and reports associated with retained tax incentives, grants or credits |
| | **ADMINISTRATIVE** |
| RET | **Retention** - Research, preparation, review, and delivery of retention documents (engagement letter, affidavit, disclosures of conflicts, application for employment) for filing; internal workflows for client acceptance and project reporting; various discussions re retention by management and/or BOD |
| FEE | **Fee Statements and Applications** - Preparation of monthly, interim and final fee applications |
| FEX | **Fee Examiner** - Preparation of responses to reports, inquiries and requests from Fee Examiner |
| | **TRAVEL** |
| NWT | **Non-Working Travel** – Time spent traveling to/from home office area (generally 2 hours or more) and MLC or other location for MLC meetings, field work, etc. |

**EXHIBIT TO INTERIM FEE APPLICATION BY PLANTE & MORAN, PLLC
FOR THE PERIOD OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

**Exhibit F**

**Summary of Detail Hours and Fees by Professional by Work Code**

**P&M Summary of Detail Hours and Fees by Professional by Work Code**
**For The Period October 9, 2009 Through January 31, 2010**

| WORK CODE BY PERSON | HOURS | FEES | WORK CODE BY PERSON | HOURS | FEES |
|---|---|---|---|---|---|
| **CAS** | **67.7** | **14,793.80** | **RCM** | **128.2** | **26,912.50** |
| Colella, Mike | 15.4 | 6,314.00 | Aguirre, Monica | 31.8 | 4,452.00 |
| Farmer, Doug | 0.4 | 134.00 | Colella, Mike | 3.3 | 1,353.00 |
| Hoekstra, Peggy | 18.9 | 2,929.50 | Farmer, Doug | 26.1 | 8,743.50 |
| Knapp, Carol | 5.9 | 660.80 | Woods, Jon | 7.7 | 2,579.50 |
| Tousain, Alina | 26.2 | 4,454.00 | Zajac, Mark | 59.3 | 9,784.50 |
| Woods, Jon | 0.9 | 301.50 | **REC** | **96.5** | **17,638.00** |
| **DIS** | **228.0** | **50,230.00** | Colella, Mike | 9.4 | 3,854.00 |
| Colella, Mike | 48.4 | 19,844.00 | Farmer, Doug | 0.4 | 134.00 |
| Farmer, Doug | 1.4 | 469.00 | Hoekstra, Peggy | 77.0 | 11,935.00 |
| Hoekstra, Peggy | 34.8 | 5,394.00 | Tousain, Alina | 9.3 | 1,581.00 |
| Tousain, Alina | 142.7 | 24,288.50 | Woods, Jon | 0.4 | 134.00 |
| Woods, Jon | 0.7 | 234.50 | **RET** | **92.6** | **18,654.00** |
| **FDC** | **118.0** | **45,370.50** | Bowman, Florence | 2.0 | 160.00 |
| Addison, Butch | 1.1 | 467.50 | Bynum, Emiko | 2.0 | 200.00 |
| Colella, Mike | 11.0 | 4,510.00 | Campbell, Michelle | 6.5 | 520.00 |
| Eckles, Jeff | 29.3 | 11,427.00 | Caston, Luci | 2.2 | 220.00 |
| Gove, Veronica | 1.6 | 128.00 | Colella, Mike | 14.4 | 5,904.00 |
| Greenway, Denise | 21.2 | 8,480.00 | Crist, Elizabeth | 2.0 | 160.00 |
| Jolley, Mark | 5.7 | 2,365.50 | Crist, Elizabeth | 1.7 | 136.00 |
| Lewis, Forrest | 47.2 | 17,700.00 | deManincor, Faith | 3.0 | 240.00 |
| Monaghan, Michael | 0.9 | 292.50 | Denham, Sharon | 12.1 | 968.00 |
| **FEE** | **25.7** | **6,049.00** | Givens, Tracey | 4.5 | 360.00 |
| Campbell, Michelle | 13.6 | 1,088.00 | Gove, Veronica | 0.2 | 16.00 |
| Colella, Mike | 12.1 | 4,961.00 | Hengesbaugh, Mary | 1.0 | 80.00 |
| **GOV** | **82.9** | **26,005.00** | Johnson, Sue | 4.2 | 336.00 |
| Colella, Mike | 17.7 | 7,257.00 | Kuchera, Barbara | 2.3 | 184.00 |
| Farmer, Doug | 44.8 | 15,008.00 | Major, Sandra | 2.7 | 216.00 |
| Woods, Jon | 2.2 | 737.00 | Moosekian, Kim | 6.3 | 504.00 |
| Zajac, Mark | 18.2 | 3,003.00 | Risi, Thomas | 3.5 | 1,137.50 |
| **NWT** | **85.4** | **12,238.10** | Russell, Robert | 1.0 | 150.00 |
| Brown, Furney | 6.0 | 690.00 | Vanden Boom, Laurence | 1.5 | 120.00 |
| Colella, Mike | 4.7 | 963.50 | Weed, Tim | 17.0 | 6,715.00 |
| Eckles, Jeff | 4.0 | 780.00 | Weimer, Claire | 2.0 | 160.00 |
| Farmer, Doug | 30.4 | 5,107.20 | Woods, Jon | 0.5 | 167.50 |
| Hoekstra, Peggy | 0.5 | 39.00 | **RPT** | **52.0** | **19,635.50** |
| Lewis, Forrest | 5.2 | 977.60 | Campbell, Michelle | 0.6 | 48.00 |
| Merkel, Mike | 2.0 | 244.00 | Colella, Mike | 42.5 | 17,425.00 |
| Ruppal, Curtis | 6.5 | 1,092.00 | Hoekstra, Peggy | 0.7 | 108.50 |
| Woods, Jon | 2.1 | 352.80 | Tousain, Alina | 4.2 | 714.00 |
| Zajac, Mark | 24.0 | 1,992.00 | Woods, Jon | 4.0 | 1,340.00 |
| **PPP** | **316.6** | **80,659.90** | **SLC** | **72.8** | **21,933.40** |
| Aguirre, Monica | 45.7 | 6,398.00 | Corrigan, J A | 1.8 | 478.80 |
| Colella, Mike | 34.9 | 14,309.00 | Eckles, Jeff | 5.5 | 2,145.00 |
| Farmer, Doug | 89.3 | 29,915.50 | Lewis, Forrest | 2.2 | 825.00 |
| Merkel, Mike | 0.1 | 24.40 | Merkel, Mike | 29.9 | 7,295.60 |
| Woods, Jon | 34.5 | 11,557.50 | Ruppal, Curtis | 33.4 | 11,189.00 |
| Zajac, Mark | 112.1 | 18,455.50 | **SYS** | **50.8** | **14,076.00** |
| | | | Brown, Furney | 33.9 | 7,797.00 |
| | | | Colella, Mike | 10.5 | 4,305.00 |
| | | | Farmer, Doug | 5.4 | 1,809.00 |
| | | | Zajac, Mark | 1.0 | 165.00 |

| | | |
|---|---|---|
| **Grand Total** | **1,417.2** | **354,195.70** |

**EXHIBIT TO INTERIM FEE APPLICATION BY PLANTE & MORAN, PLLC
FOR THE PERIOD OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

**Exhibit G**

**Detail Hours and Fees by Professional by Work Code**

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| GOV | | | 82.9 | 26,005.00 |
| 10/15/09 | Colella, Mike | Initial review of files and preparation of items to discuss at kickoff meeting | 0.5 | 205.00 |
| 10/26/09 | Colella, Mike | Initial review of files and preparation of items to discuss at kickoff meeting | 0.3 | 123.00 |
| 12/08/09 | Farmer, Doug | Prep and schedule development for BOD meeting - Corporate Governance | 1.1 | 368.50 |
| 12/17/09 | Colella, Mike | Prep written notes summarizing significant matters discussed with BOD and email to other PM team members with related expectations and dates | 0.6 | 246.00 |
| 12/18/09 | Farmer, Doug | Draft Corporate Governance Principles, policies & procedures - Principles | 2.5 | 837.50 |
| | | Draft policies and procedures - Corporate Governance Board Roles & Responsibilities | 2.7 | 904.50 |
| 12/21/09 | Farmer, Doug | Draft Corporate Governance Principles, policies & procedures - Principles | 3.1 | 1,038.50 |
| | | Draft policies and procedures - Corporate Governance Board Roles & Responsibilities | 2.0 | 670.00 |
| 01/07/10 | Colella, Mike | Identified items to be considerations in drafting of corporate governance documents for consideration by Farmer | 1.0 | 410.00 |
| | Farmer, Doug | Draft Corporate Governance Principles Document | 3.2 | 1,072.00 |
| | | Non-related financial interest policy | 1.8 | 603.00 |
| 01/08/10 | Farmer, Doug | Draft and develop corporate governance - Code of Business Conduct Policy | 1.3 | 435.50 |
| | | Media and other inquiries policy | 1.3 | 435.50 |
| 01/12/10 | Colella, Mike | Preparation for controls meeting with MLC (Hamilton) on same day re | 1.2 | 492.00 |
| | | Scan of standard corporate governance principles template for applicability | 0.2 | 82.00 |
| | Zajac, Mark | Draft and develop corporate governance policies - fraud policy | 2.0 | 330.00 |
| | | Draft and develop corporate governance policies - whistle-blower protection | 1.0 | 165.00 |
| 01/13/10 | Colella, Mike | Review/assistance in corporate governance documents | 0.6 | 246.00 |
| | Farmer, Doug | Control review corporate governance record retention and fraud policy | 1.6 | 536.00 |
| | Zajac, Mark | Draft and develop corporate governance policies - record retention and document destruction  - Accounting Records section | 0.7 | 115.50 |
| | | Draft and develop corporate governance policies - record retention and document destruction  - Corporate Records section | 1.8 | 297.00 |
| | | Draft and develop corporate governance policies - record retention and document destruction  - Electronic Records Retention Section | 1.2 | 198.00 |
| | | Draft and develop corporate governance policies - record retention and document destruction  - IRS Procedure 98-25 Section | 0.8 | 132.00 |
| | | Draft and develop corporate governance policies - record retention and document destruction  - Litigation Holds section | 1.3 | 214.50 |
| | | Draft and develop corporate governance policies - record retention and document destruction  - Purpose | 0.2 | 33.00 |
| | | Draft and develop corporate governance policies - relationship with government employees | 1.2 | 198.00 |
| 01/14/10 | Farmer, Doug | Research BOD Meeting Presentations for information regarding initial Board selections. | 1.5 | 502.50 |
| | Zajac, Mark | Research BOD Meeting Presentations for information regarding initial Board selections. | 1.8 | 297.00 |
| | | Review corp gov policies - Role of Board and Management, Board Leadership | 5.4 | 891.00 |
| | | Review corporate governance policies - claims and stock trading | 0.8 | 132.00 |
| 01/18/10 | Colella, Mike | Email initial drafts of various governance documents along with related comments, suggestions and update to MLC (Hamilton) for review | 0.8 | 328.00 |
| | Farmer, Doug | Update CG Code of Business conduct for Wood's edits | 0.7 | 234.50 |
| | | Update CG Whistleblower policy for Woods edits | 0.8 | 268.00 |
| | | Update Corporate Governance Principles document for Woods edits | 1.2 | 402.00 |
| 01/19/10 | Farmer, Doug | Update CG Fraud and record retention policy for Woods edits | 1.8 | 603.00 |
| 01/20/10 | Farmer, Doug | Corporate governance code of conduct research, edit and update | 1.4 | 469.00 |
| | | Corporate governance principles document research, edit and update | 2.3 | 770.50 |
| | | Review and update RCM for corporate governance key controls | 0.9 | 301.50 |

MLC (Case #09-50026) - Plante & Moran January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| 01/26/10 | Colella, Mike | Discussions with Farmer (PM) re possible revisions to corporate governance draft documents and related items to discuss with management | 1.2 | 492.00 |
| | | Draft items to be specifically addressed by management and/or legal counsel prior to forwarding to BOD and emailing along with draft corporate governance documents to MLC (Selzer, Hamilton) | 0.7 | 287.00 |
| | | Meeting and discussions with MLC (Hamilton) and PM (Farmer) re draft corporate governance documents and list of specific discussion items | 1.4 | 574.00 |
| | | Review corporation governance draft documents (Principles, Code of Conduct, Fraud, Whistle Blower & Record Retention) and forward comments to Farmer (PM) for consideration and edits | 3.8 | 1,558.00 |
| | Farmer, Doug | Corporate Governance Finalization for sending to WGM | 3.4 | 1,139.00 |
| | | Draft overview of memo to WGM for review and Signoff on CGP | 3.3 | 1,105.50 |
| | | Meeting and discussion with Hamilton and Colella regarding draft corporate governance documents and list of specific discussing items | 1.4 | 469.00 |
| 01/27/10 | Colella, Mike | Prepare email to MLC (Selzer and Hamilton) re updated drafts of corporate governance documents and items highlighted for legal input and consideration | 1.1 | 451.00 |
| | | Review Board minutes for corporate structure, BOD and related matters impacting proposed corporate governance and follow-up for additional or missing information | 2.2 | 902.00 |
| | Farmer, Doug | Discussions with Colella regarding possible revisions to corporate governance draft documents and related items to discuss with MLC | 1.2 | 402.00 |
| | | Draft and develop corporate governance principles for inclusion of environmental component | 0.9 | 301.50 |
| | | Include suggested edits recommended by Colella - all 5 corporate Gov policies | 1.7 | 569.50 |
| | | Review notes and edits and preparation for meeting with Hamilton | 1.7 | 569.50 |
| 01/28/10 | Colella, Mike | Add to list of significant items to highlight for WGM review of proposed corporate governance documents | 0.4 | 164.00 |
| | | Communication to/from MLC (Selzer) re comments to PM draft governance documents and follow-up items | 0.3 | 123.00 |
| | | Discussions with MLC (Hamilton) re comments to PM draft governance documents and follow-up items | 0.8 | 328.00 |
| | | Review WGM summary of TARP requirements in connection with corporate governance documents | 0.4 | 164.00 |
| | Woods, Jon | Review corp governance documents & forward comments to Farmer (PM) | 2.2 | 737.00 |
| 01/30/10 | Colella, Mike | Draft selected sections to BOD report | 0.2 | 82.00 |

MLC (Case #09-50026) - Plante & Moran, PLLC - 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|-------------------------------------------------|-------|------|
| PPP | | | 316.6 | 80,659.90 |
| 10/28/09 | Farmer, Doug | Review MLC initial policy and procedure documents | 2.1 | 703.50 |
| 10/29/09 | Farmer, Doug | Develop action plans to improve & complete policies and procedures | 0.9 | 301.50 |
| 11/03/09 | Colella, Mike | Initial review of files and preparation of items to discuss at kickoff meeting | 0.4 | 164.00 |
| | Woods, Jon | Initial review of files and prep to discuss controls at kickoff meeting | 4.1 | 1,373.50 |
| 11/04/09 | Colella, Mike | Preparation and discussions with MLC (Selzer) re testing approach | 0.6 | 246.00 |
| | Farmer, Doug | Draft and develop key business processes - Final Reporting & Taxes | 3.6 | 1,206.00 |
| | | Draft and outline for development of key business processes | 1.0 | 335.00 |
| | | Planning and scoping and forwarding to Colella & Woods (PM) | 1.3 | 435.50 |
| 11/05/09 | Colella, Mike | Review initial MLC policies & procedures manual & consider additions | 0.8 | 328.00 |
| | Farmer, Doug | Draft and develop key business processes - Gain/Loss/Disposition of Assets | 2.1 | 703.50 |
| | | Draft and develop policies and procedures - Payroll/Staffing | 2.3 | 770.50 |
| | Zajac, Mark | Draft and develop key business processes - Gain/Loss - Disposition of Assets | 1.5 | 247.50 |
| 11/06/09 | Colella, Mike | Identify planning consideration of policies and procedures required | 1.0 | 410.00 |
| | Farmer, Doug | Draft and develop key business processes - Revenue & Rent | 1.6 | 536.00 |
| | | Draft policies and procedures - Assets Held for Disposition | 2.6 | 871.00 |
| 11/09/09 | Woods, Jon | Review policy and procedures manual and draft comments | 1.8 | 603.00 |
| | Zajac, Mark | Draft and develop key business processes - Revenue - Other | 2.7 | 445.50 |
| 11/10/09 | Woods, Jon | Develop and draft proposed action plan and approach to internal control procedures | 2.3 | 770.50 |
| | Zajac, Mark | Draft and develop key business processes - Payroll / Staffing | 2.4 | 396.00 |
| | | Draft policies and procedures - Assets Held for Disposition | 1.2 | 198.00 |
| 11/11/09 | Colella, Mike | Policy and procedures/internal controls working meeting w/ Hamilton & Woods | 1.9 | 779.00 |
| | | Preliminary planning for area | 1.8 | 738.00 |
| | Farmer, Doug | Draft and develop key business processes - Payroll/Staffing & Non Payroll Prof Services | 1.4 | 469.00 |
| | | Draft and develop policies and procedures - Assets Held for Disposition | 1.5 | 502.50 |
| | Woods, Jon | Policy and procedures/internal controls working meeting w/ Hamilton & Colella | 1.9 | 636.50 |
| | | Review comments on policy and procedures and proposed direction | 2.2 | 737.00 |
| 11/16/09 | Woods, Jon | Review/revise key business process/internal control matrices | 1.5 | 502.50 |
| 11/17/09 | Zajac, Mark | Draft and develop key business processes - Non Payroll Professional Services | 3.3 | 544.50 |
| 11/18/09 | Farmer, Doug | Draft and develop key business processes - Non Payroll Other Expense | 1.3 | 435.50 |
| | | Draft policies and procedures - Payroll/Staffing | 3.1 | 1,038.50 |
| | | Update meeting to discuss policies and procedures with Zajac | 1.0 | 335.00 |
| | Zajac, Mark | Draft and develop key business processes - Assets Held for Disposition | 3.4 | 561.00 |
| | | Update meeting to discuss policies and procedures with Farmer | 1.0 | 165.00 |
| 11/19/09 | Colella, Mike | Update meeting (by phone) and status check with Woods and Farmer | 0.7 | 287.00 |
| | Farmer, Doug | Update integration meeting and status check with Colella and Woods | 0.7 | 234.50 |
| | Woods, Jon | Update integration meeting and status check with Colella and Farmer | 0.7 | 234.50 |
| | Zajac, Mark | Draft and develop key business processes - Taxes | 3.3 | 544.50 |
| 11/20/09 | Colella, Mike | Partial review of PM drafts proposed for policies & procedures manual | 0.7 | 287.00 |
| | Zajac, Mark | Draft and develop key business processes - Cash & Treasury | 2.6 | 429.00 |
| | | Drafting policies and procedures - Organizational Chart update to agree with key business processes | 2.2 | 363.00 |
| 11/23/09 | Farmer, Doug | Draft and develop key business processes - Financial Reporting | 1.2 | 402.00 |
| 11/24/09 | Farmer, Doug | Develop-Cash & Treasury-key risks and mitigating controls | 1.8 | 603.00 |
| | | Draft and develop key business processes - Assets Held for Disposition | 2.3 | 770.50 |
| 12/01/09 | Colella, Mike | Working session w/ Woods & Farmer re: internal controls, policies & procedures | 0.9 | 369.00 |
| | | Working session w/ Woods re: internal controls on financial reporting | 0.8 | 328.00 |
| | Farmer, Doug | Draft and develop key business processes - Cash & Treasury & Info Tech | 2.7 | 904.50 |
| | | Working session w/ Woods & Farmer re: 2009 testing plan | 0.5 | 167.50 |

MLC (Case #09-50026) - Plante & Moran, PLLC - 4th Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| | | Working session w/ Woods & Farmer re: internal controls, policies & procedures | 0.9 | 301.50 |
| | Woods, Jon | Working session w/ Colella & Farmer re: internal controls, policies & procedures | 0.9 | 301.50 |
| | | Working session w/ Colella re: internal controls on financial reporting | 0.8 | 268.00 |
| 12/02/09 | Farmer, Doug | Draft and develop key business processes - Information Technology | 3.8 | 1,273.00 |
| | Merkel, Mike | Forward info re tax portion of Risk Control Matrix to Farmer | 0.1 | 24.40 |
| 12/03/09 | Farmer, Doug | Preparation and schedule development for BOD meeting - key business processes | 1.5 | 502.50 |
| 12/04/09 | Farmer, Doug | Draft and develop key business processes - Claims Administration | 3.3 | 1,105.50 |
| 12/05/09 | Woods, Jon | Review/edit proposed approach to internal controls for Dec BOD mtg | 4.9 | 1,641.50 |
| 12/06/09 | Colella, Mike | Edit and draft additional sections in document to BOD for 12/17 BOD mtg | 1.2 | 492.00 |
| | Farmer, Doug | Review/edit proposed approach to internal controls for Dec BOD mtg | 0.4 | 134.00 |
| | Woods, Jon | Review/edit proposed approach to internal controls for Dec BOD mtg | 1.3 | 435.50 |
| 12/07/09 | Colella, Mike | Review and edit portions drafted by others re BOD document for 12/17 BOD mtg | 3.4 | 1,394.00 |
| | Farmer, Doug | Prep/schedule development for BOD meeting - Policies & procedures | 1.8 | 603.00 |
| | Woods, Jon | Review/edit proposed approach to internal controls for Dec BOD mtg | 2.4 | 804.00 |
| 12/08/09 | Colella, Mike | Edit and draft additional sections in document to BOD for 12/17 BOD mtg | 2.2 | 902.00 |
| | Woods, Jon | Review/edit proposed approach to internal controls for Dec BOD mtg | 2.1 | 703.50 |
| 12/10/09 | Colella, Mike | Revised Report to BOD relating to internal controls | 1.8 | 738.00 |
| | Farmer, Doug | Preparation and schedule development for BOD meeting - General Status and planning - forecasting of required tasks | 1.5 | 502.50 |
| | Woods, Jon | Review/edit proposed approach to internal controls for Dec BOD mtg | 1.3 | 435.50 |
| 12/11/09 | Colella, Mike | Mtg with Famer & Woods on BOD Presentation | 1.0 | 410.00 |
| | Farmer, Doug | Working meeting with Colella and Woods on BOD presentation | 1.0 | 335.00 |
| | Woods, Jon | Review/edit proposed approach to internal controls for Dec BOD mtg | 0.8 | 268.00 |
| | | Working meeting with Colella and Farmer on BOD presentation | 1.0 | 335.00 |
| 12/16/09 | Woods, Jon | Review/edit proposed approach to internal controls for Dec BOD mtg | 2.3 | 770.50 |
| | Zajac, Mark | Draft policies and procedures - Organizational Chart | 1.5 | 247.50 |
| | | Integrate P&P's with Controls from RCM | 2.0 | 330.00 |
| 12/17/09 | Aguirre, Monica | Meeting to discuss policies and procedures with Zajac and Farmer | 1.0 | 140.00 |
| | Farmer, Doug | Meeting to discuss policies and procedures with Aguirre and Zajac | 1.0 | 335.00 |
| | | Prep information used by Colella in BOD presentation and subsequent meeting with independent BOD members | 1.7 | 569.50 |
| | Zajac, Mark | Draft policies and procedures - Authorized Signers | 1.0 | 165.00 |
| | | Meeting to discuss policies and procedures with Aguirre and Farmer | 1.0 | 165.00 |
| | | Review email from Colella re MLC BOD mtg outcome (along w/ attachments) | 0.7 | 115.50 |
| 12/18/09 | Aguirre, Monica | Meeting to discuss policies and procedures with Zajac | 0.7 | 98.00 |
| | Woods, Jon | Review/edit proposed approach to internal controls for Dec BOD mtg | 2.2 | 737.00 |
| | Zajac, Mark | Draft policies and procedures - Authorized Signers | 2.3 | 379.50 |
| | | Review expense policy rec'd from MLC, Communicate objections to Aguirre and review | 3.0 | 495.00 |
| 01/04/10 | Aguirre, Monica | Review All Policies and Procedures for standard formatting - Asset Sales | 0.6 | 84.00 |
| | | Review All Policies and Procedures for standard formatting - Compliance | 0.6 | 84.00 |
| | | Review All Policies and Procedures for standard formatting - F/R | 0.6 | 84.00 |
| | | Review All Policies and Procedures for standard formatting - NonPayroll | 0.6 | 84.00 |
| | | Review All Policies and Procedures for standard formatting - Other Rev | 0.6 | 84.00 |
| | | Review All Policies and Procedures for standard formatting - Rent | 0.6 | 84.00 |
| | | Review All Policies and Procedures for standard formatting - Revenue | 0.6 | 84.00 |
| | | Review All Policies and Procedures for standard formatting - Staffing | 0.6 | 84.00 |
| | | Review All Policies and Procedures for standard formatting - Taxes | 0.6 | 84.00 |
| | | Review All Policies and Procedures for standard formatting - Treasury | 0.6 | 84.00 |
| 01/05/10 | Aguirre, Monica | Implement standard formatting changes from review - Asset Sales | 2.1 | 294.00 |

MLC (Case #09-50026) - Plante & Moran, PLLC - 7th Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| | | Implement standard formatting changes from review - NonPayroll | 1.4 | 196.00 |
| | | Implement standard formatting changes from review - Revenue | 2.7 | 378.00 |
| | | Implement standard formatting changes from review - Staffing | 1.8 | 252.00 |
| | Zajac, Mark | Review MLC policies and procedures | 1.5 | 247.50 |
| 01/06/10 | Aguirre, Monica | Implement standard formatting changes from review - F/R | 2.9 | 406.00 |
| | | Implement standard formatting changes from review - Other Revenue | 1.6 | 224.00 |
| | | Implement standard formatting changes from review - Rent | 2.4 | 336.00 |
| | | Implement standard formatting changes from review - Taxes | 1.1 | 154.00 |
| | Zajac, Mark | Prepare review and edit preliminary draft of policies prior to call with Colella on 1/7/10 Prepared a status update memo for Farmer for meeting prior to conference call | 2.3 | 379.50 |
| | | Review formatting changes of policies and control matrix that Aguirre worked on for processes Revenue, F/R, Rent, and Taxes. | 2.2 | 363.00 |
| 01/07/10 | Aguirre, Monica | Implement standard formatting changes from review - Asset Sales | 1.6 | 224.00 |
| | | Implement standard formatting changes from review - Compliance | 2.8 | 392.00 |
| | | Review all changes made to all schedules - Finalize | 1.6 | 224.00 |
| | Farmer, Doug | Draft procedures for approving and distributing changes to policies and procedures manual | 1.5 | 502.50 |
| | Zajac, Mark | Create work streams template to manage policies and procedures work development. | 2.0 | 330.00 |
| | | Planning for next steps and testing strategy | 1.0 | 165.00 |
| | | Review formatting changes of policies and control matrix that Aguirre worked on - Asset Sales | 1.3 | 214.50 |
| | | Review formatting changes of policies and control matrix that Aguirre worked on - Compliance | 1.9 | 313.50 |
| | | Review formatting changes of policies and control matrix that Aguirre worked on - Other Revenue | 0.9 | 148.50 |
| | | Review formatting changes of policies and control matrix that Aguirre worked on - Staffing and Payroll Process. | 0.9 | 148.50 |
| | | Status assessment and determination of next steps. | 1.0 | 165.00 |
| 01/08/10 | Aguirre, Monica | Link controls matrix items with specific policies - Compliance | 1.3 | 182.00 |
| | | Link controls matrix items with specific policies - Other Revenue | 2.8 | 392.00 |
| | | Link controls matrix items with specific policies - Expenses | 1.9 | 266.00 |
| | | Link controls matrix items with specific policies - Revenue | 2.0 | 280.00 |
| | Farmer, Doug | Review policy for cash receipts | 0.6 | 201.00 |
| | | Review, update, and draft organizational chart policy | 0.7 | 234.50 |
| | Zajac, Mark | Draft and develop policies and procedures - Cash Disbursements | 2.1 | 346.50 |
| | | Draft and develop policies and procedures - Cash Receipts | 1.2 | 198.00 |
| | | Draft and develop policies and procedures - Other Revenue | 2.0 | 330.00 |
| | | Review linking of Policies to control matrix Aguirre worked on. | 1.9 | 313.50 |
| 01/11/10 | Aguirre, Monica | Link controls matrix items with specific policies - Rent | 2.1 | 294.00 |
| | | Link controls matrix items with specific policies - Taxes | 1.7 | 238.00 |
| | | Link controls matrix items with specific policies - Assets Sales | 2.4 | 336.00 |
| | | Link controls matrix items with specific policies - F/R | 1.8 | 252.00 |
| 01/12/10 | Colella, Mike | Debrief with PM (Farmer and Zajak) re controls meeting with MLC (Hamilton) | 0.8 | 328.00 |
| | | Follow up on items discussed during controls meeting with MLC (Hamilton) and email requested information re controls to Hamilton | 0.8 | 328.00 |
| | | Meeting with MLC (Hamilton) and PM (Farmer and Zajak) re policies and procedures, corporate governance, key controls and controls testing ("controls") | 2.0 | 820.00 |
| | | Review of sample forms and templates prior to forwarding to MLC (Hamilton) | 0.2 | 82.00 |
| | Farmer, Doug | Debrief with PM (Colella and Zajac) re controls meeting with MLC (Hamilton) | 0.8 | 268.00 |
| | | Discuss sample documents to be provided to Hamilton based on his request | 0.7 | 234.50 |
| | | Draft investment policy | 1.7 | 569.50 |

MLC (Case #09-50026) - Plante & Moran, PLLC - Jan 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| | | Meeting with MLC (Hamilton) and PM (Colella and Zajac) re policies and procedures, corporate governance, key controls and controls testing ("controls") | 2.0 | 670.00 |
| | | Orientation meeting and discussions with PM Controls Team (Farmer, Zajac) for first day visit to MLC | 1.4 | 469.00 |
| | | Preparation for controls meeting with MLC (Hamilton) on same day re controls | 1.2 | 402.00 |
| | | Review rental income policy | 0.9 | 301.50 |
| | Zajac, Mark | Debrief with PM (Farmer and Colella) re controls meeting with MLC (Hamilton) | 0.8 | 132.00 |
| | | Meeting with MLC (Hamilton) and PM (Farmer and Colella) re policies and procedures, corporate governance, key controls and controls testing ("controls") | 2.0 | 330.00 |
| | | Meeting with MLC (Hamilton, Thorson) re sample templates and forms sent and debrief MLC (Thorson) on future state of policies and procedures related to financial reporting and accounting close | 1.0 | 165.00 |
| | | Orientation meeting and discussions with PM Controls Team (Farmer, Zajac) for first day visit to MLC | 1.4 | 231.00 |
| | | Prep for controls meeting with MLC (Hamilton) on same day re controls | 1.2 | 198.00 |
| 01/13/10 | Farmer, Doug | Authorized signers / level of commitment policy | 0.9 | 301.50 |
| | | Review cash disbursements policy and procedures | 1.7 | 569.50 |
| | | Review other income policy and procedures | 0.8 | 268.00 |
| 01/14/10 | Farmer, Doug | Consider annual independent accountant policy | 0.8 | 268.00 |
| | | Draft and develop policies and procedures - incoming / outgoing wire transfers | 2.0 | 670.00 |
| | | Draft policy and procedure for approval and changes to Policies and Procedures | 2.0 | 670.00 |
| | | Research and review TSA for Policy and procedures components | 1.8 | 603.00 |
| | Zajac, Mark | Draft and develop policies and procedures - incoming / outgoing wire transfers | 2.0 | 330.00 |
| 01/18/10 | Zajac, Mark | Draft and develop RCM - Cash Disbursements | 0.8 | 132.00 |
| | | Draft and develop RCM - Other Revenue | 1.5 | 247.50 |
| | | Draft and develop RCM - Rental Income | 2.2 | 363.00 |
| | | Draft and develop RCM - US Trustee Compliance | 2.0 | 330.00 |
| 01/19/10 | Zajac, Mark | Draft and develop policies and procedures - Asset Sales | 3.3 | 544.50 |
| | | Draft and develop policies and procedures - Leased Employees & Staffing | 3.7 | 610.50 |
| | | Meeting with MLC (Hamilton, Nowicke, Berreondo, Healy) re policies and controls around asset sales and dispositions. | 1.1 | 181.50 |
| 01/20/10 | Colella, Mike | Updating work and plan to integrate controls work with procedural testing and forward comments to Tousain and Farmer | 1.4 | 574.00 |
| | Zajac, Mark | Discuss controls over investment transactions with Hoekstra to integrate current practice with contemplated new policies and procedures | 0.5 | 82.50 |
| | | Draft and develop policies and procedures - Asset Held for Disposition | 2.0 | 330.00 |
| | | Draft and develop policies and procedures - Asset Sales | 2.0 | 330.00 |
| | | Draft and develop policies and procedures - Investment Policy | 1.5 | 247.50 |
| | | Draft and develop policies and procedures - Rental income Revenue | 2.0 | 330.00 |
| 01/21/10 | Colella, Mike | Review initial drafts of selected policies & procedures | 1.6 | 656.00 |
| | Farmer, Doug | Research, review and update claims, and Cash policies | 1.9 | 636.50 |
| | | Review leased employees sand staffing policy | 3.0 | 1,005.00 |
| | Zajac, Mark | Draft and develop policies and procedures - Rental income Revenue | 2.5 | 412.50 |
| 01/22/10 | Colella, Mike | Email to Farmer (PM) re questions on Policies and Procedures summary | 0.2 | 82.00 |
| | Farmer, Doug | Research, review and drafting of environmental policy | 2.5 | 837.50 |
| | Zajac, Mark | Draft and develop policies and procedures - Cash Receipts - Purpose | 1.2 | 198.00 |
| | | Draft and develop policies and procedures - Cash Receipts - Remaining | 2.8 | 462.00 |
| | | Draft and develop policies and procedures - Other Revenue | 2.0 | 330.00 |
| | | Organizing files and planning for subsequent work activities | 0.5 | 41.50 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| | | Planning for subsequent week | 1.0 | 165.00 |
| 01/25/10 | Farmer, Doug | Review cash receipts policy | 1.0 | 335.00 |
| | | Review cash treasury policy | 1.1 | 368.50 |
| | Zajac, Mark | Draft and develop policies and procedures - Cash & Treasury - Purpose, General Policies and Controls | 2.3 | 379.50 |
| | | Draft and develop policies and procedures - Cash & Treasury - Remaining | 2.7 | 445.50 |
| | | Draft and develop policies and procedures - Compliance with Financing Agreements | 1.3 | 214.50 |
| 01/26/10 | Zajac, Mark | Draft and develop policies and procedures - Taxes - General | 1.6 | 264.00 |
| | | Draft and develop policies and procedures - Taxes - Purpose | 0.6 | 99.00 |
| | | Draft and develop policies and procedures - Taxes - Remaining | 2.3 | 379.50 |
| | | Draft and develop policies and procedures - US Trustee Compliance | 3.0 | 495.00 |
| 01/27/10 | Colella, Mike | Edit various policies and procedures based on / meeting with MLC (Hamilton) | 1.8 | 738.00 |
| | | Summarize notes and provide suggestions for additional potential changes to policies and procedures during discussions with Farmer (PM) | 2.2 | 902.00 |
| | Farmer, Doug | Discussions with Colella re his notes and suggestions for additional potential changes to policies and procedures from his meeting with Hamilton | 2.2 | 737.00 |
| 01/28/10 | Colella, Mike | Discussions with Farmer (PM) re adding segregation of duties section to BOD report | 0.3 | 123.00 |
| | | Obtain, read and forward claims related information to Farmer (PM) for input into policies and procedures | 0.5 | 205.00 |
| | Farmer, Doug | Research and review Cash Treasury Policy | 1.4 | 469.00 |
| 01/29/10 | Colella, Mike | Read, edit and forward comments for draft Tax Policy to Eckles (PM Tax) and Farmer (PM Controls) | 1.2 | 492.00 |
| | Farmer, Doug | Research and review Compliance with Financing Agreement Policy | 2.1 | 703.50 |
| | | Research and review of Compliance Reporting Policy | 0.7 | 234.50 |
| 10/09/09 | Colella, Mike | Initial review of files and preparation of items to discuss at kickoff meeting | 2.7 | 1,107.00 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|-----------------------------------------------|-------|------|
| RCM | | | 128.2 | 26,912.50 |
| 11/05/09 | Farmer, Doug | Develop outline for Risk assessment and key control matrix | 1.7 | 569.50 |
| | Zajac, Mark | Continue developing outline for Risk assessment and key control matrix | 2.4 | 396.00 |
| 11/12/09 | Colella, Mike | Review risk and control matrix with Farmer and Woods (PM) | 0.7 | 287.00 |
| | Farmer, Doug | Review risk and control matrix with Colella and Woods (PM) | 0.7 | 234.50 |
| | Woods, Jon | Review risk and control matrix with Colella and Farmer (PM) | 0.7 | 234.50 |
| 11/17/09 | Zajac, Mark | Develop RCM - Payroll / Staffing  - key risks and mitigating controls | 0.7 | 115.50 |
| 11/18/09 | Farmer, Doug | Research and Develop risk and key control matrix | 0.9 | 301.50 |
| | Woods, Jon | Review key business process/internal control matrices | 1.2 | 402.00 |
| | Zajac, Mark | Develop RCM - various areas | 0.9 | 148.50 |
| 11/19/09 | Farmer, Doug | Develop risk and key control matrix - IT - key risks and mitigating controls | 2.3 | 770.50 |
| | Woods, Jon | Review key business process/internal control matrices | 0.5 | 167.50 |
| | Zajac, Mark | Develop RCM - Payroll / Staffing & Taxes - key risks and mitigating controls | 3.2 | 528.00 |
| 11/20/09 | Zajac, Mark | Develop RCM - Taxes & Non Payroll  Services - key risks and mitigating | 2.2 | 363.00 |
| 11/21/09 | Zajac, Mark | Develop RCM - Taxes & Non Payroll  Services - key risks and mitigating | 1.4 | 231.00 |
| 11/27/09 | Aguirre, Monica | Develop RCM and place key controls into Policies & Procedures - Revenue & Assets | 2.7 | 378.00 |
| 12/01/09 | Farmer, Doug | Develop RCM - Financial Reporting - key risks and mitigating controls | 1.4 | 469.00 |
| | Woods, Jon | Review key business process/internal control matrices for completeness and integration into testing | 1.7 | 569.50 |
| | Zajac, Mark | Update Control Matrix w/ prior suggestions | 3.0 | 495.00 |
| 12/02/09 | Farmer, Doug | Develop RCM - Assets Held for Disposition - key risks and mitigating controls | 2.1 | 703.50 |
| | Zajac, Mark | Update Control Matrix w/ prior suggestions - Revenue | 1.2 | 198.00 |
| | | Update Control Matrix w/prior suggestions - Claims Administration | 2.9 | 478.50 |
| | | Update Control Matrix w/prior suggestions - Financial Reporting | 2.4 | 396.00 |
| | | Update Control Matrix w/prior suggestions - Non-Payroll Expenses | 2.4 | 396.00 |
| | | Update Control Matrix w/prior suggestions - Treasury | 1.1 | 181.50 |
| 12/03/09 | Colella, Mike | Review internal controls matrix and key controls (approx 200) for all areas | 1.4 | 574.00 |
| | Woods, Jon | Review updated key business process/internal control matrices | 2.4 | 804.00 |
| | Zajac, Mark | Finish Control Matrix - Non-Payroll Expenses | 1.1 | 181.50 |
| | | Finish Control Matrix - Revenue | 2.6 | 429.00 |
| | | Prepared Internal Controls Portion of BOD Meeting Materials. | 2.3 | 379.50 |
| 12/04/09 | Farmer, Doug | Preparation and schedule development for BOD meeting - Risks & controls | 2.0 | 670.00 |
| 12/07/09 | Farmer, Doug | Develop RCM Roll Up and Review of Risk & Control Matrix | 1.7 | 569.50 |
| 12/08/09 | Farmer, Doug | Develop RCM - Claims Admin- key risks and mitigating controls | 3.0 | 1,005.00 |
| 12/09/09 | Farmer, Doug | Develop RCM - Revenue All - key risks and mitigating controls | 3.1 | 1,038.50 |
| 12/17/09 | Aguirre, Monica | Review Draft RCM's for key risks and mitigating controls - Employees & Staffing | 0.4 | 56.00 |
| | | Review Draft RCM's for key risks and mitigating controls - Non-Payroll Expenses | 2.3 | 322.00 |
| | | Review Draft RCM's for key risks and mitigating controls - Revenue | 2.3 | 322.00 |
| | | Review Draft RCM's for key risks and mitigating controls - Treasury | 2.0 | 280.00 |
| 12/18/09 | Aguirre, Monica | Develop RCM - Revenue Rent - key risks and mitigating controls - Control Descriptions | 2.4 | 336.00 |
| | | Develop RCM - Revenue Rent - key risks and mitigating controls - Prevent/Detect Identification | 3.1 | 434.00 |
| | | Develop RCM - Revenue Rent - key risks and mitigating controls - Risks | 1.8 | 252.00 |
| 12/28/09 | Aguirre, Monica | Develop RCM - Place key controls into Policies & Procedures - Taxes, IT and Non Payroll | 3.0 | 420.00 |
| 12/29/09 | Aguirre, Monica | Develop RCM - Place key controls into Policies & Procedures - F/R | 2.9 | 406.00 |
| | | Develop RCM - Place key controls into Policies & Procedures - Payroll | 1.2 | 168.00 |
| | | Develop RCM - Place key controls into Policies & Procedures - Taxes | 1.7 | 238.00 |
| 12/30/09 | Aguirre, Monica | Develop RCM - Place key controls into Policies & Procedures - Treasury, Claims Admin, F/R | 3.5 | 490.00 |

MLC (Case #09-50026) - Plante & Moran January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| 12/31/09 | Aguirre, Monica | Develop RCM - Place key controls into Policies & Procedures - Assets, Revenue Other | 2.5 | 350.00 |
| 01/08/10 | Zajac, Mark | Draft and develop RCM - Cash Receipts | 0.8 | 132.00 |
| 01/20/10 | Farmer, Doug | Review and update RCM for CD, CR | 1.8 | 603.00 |
| | | Review IT report and update RCM for IT Controls | 2.1 | 703.50 |
| | Zajac, Mark | Draft and develop RCM - Leased Employees & Staffing | 2.0 | 330.00 |
| 01/21/10 | Farmer, Doug | Review updated RCM for policy and controls changes | 2.1 | 703.50 |
| | Zajac, Mark | Draft and develop RCM - Cash Disbursements - General Disbursement Policies and Controls | 0.7 | 115.50 |
| | | Draft and develop RCM - Cash Disbursements - Manual Checks | 0.2 | 33.00 |
| | | Draft and develop RCM - Cash Disbursements - Purchase Orders, Positive Pay, Unclaimed Checks | 1.1 | 181.50 |
| | | Draft and develop RCM - Cash Disbursements - Purpose Section | 0.4 | 66.00 |
| | | Draft and develop RCM - Cash Disbursements - Vendor Supplier Selection | 0.9 | 148.50 |
| | | Draft and develop RCM - Cash Disbursements - Wire Transfers | 0.7 | 115.50 |
| 01/25/10 | Zajac, Mark | Draft and develop RCM - Compliance with Financing Agreements | 1.7 | 280.50 |
| 01/26/10 | Zajac, Mark | Draft and develop RCM - Taxes | 3.0 | 495.00 |
| 01/27/10 | Zajac, Mark | Draft and develop RCM - Non-Payroll Expenditures - Control Descriptions | 2.1 | 346.50 |
| | | Draft and develop RCM - Non-Payroll Expenditures - Control Freq, Prevent/Detect identification | 1.2 | 198.00 |
| | | Draft and develop RCM - Non-Payroll Expenditures - Key/Operational, Assertions | 1.3 | 214.50 |
| | | Draft and develop RCM - Non-Payroll Expenditures - Risks | 1.4 | 231.00 |
| 01/28/10 | Colella, Mike | Mtg w PM (Woods, Farmer) re approach to non-cash controls testing for 2009 | 1.2 | 492.00 |
| | Farmer, Doug | Mtg w PM (Woods, Colella) re approach to non-cash controls testing for 2009 | 1.2 | 402.00 |
| | Woods, Jon | Mtg w PM (Colella, Farmer) re approach to non-cash controls testing for 2009 | 1.2 | 402.00 |
| | Zajac, Mark | Draft and develop RCM - Cash & Treasury - Control Descriptions | 1.1 | 181.50 |
| | | Draft and develop RCM - Cash & Treasury - Control Freq, Prevent/Detect identification | 2.2 | 363.00 |
| | | Draft and develop RCM - Cash & Treasury - Key/Operational, Assertions | 0.8 | 132.00 |
| | | Draft and develop RCM - Cash & Treasury - Risks | 0.9 | 148.50 |
| | | Draft and develop RCM - Compliance Reporting | 2.0 | 330.00 |
| 01/29/10 | Zajac, Mark | Draft and develop RCM - Asset Sales | 2.5 | 412.50 |
| | | Draft and develop RCM - Assets Held for Disposition | 1.5 | 247.50 |
| | | Draft and develop RCM - Compliance Reporting | 1.0 | 165.00 |

MLC (Case #09-50026) - Plante & Moran January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| SYS | | | 50.8 | 14,076.00 |
| 12/16/09 | Colella, Mike | Planning for Accounting System/IT security meeting | 0.4 | 164.00 |
| 12/17/09 | Colella, Mike | Planning and other discussions with (Hamilton) re IT controls for new accounting system, cash receipts and disbursements data | 1.3 | 533.00 |
| 12/18/09 | Colella, Mike | Discussions with (Hamilton) re IT controls for new accounting system, cash receipts and disbursements data | 0.3 | 123.00 |
| 01/07/10 | Colella, Mike | Discussions with MLC (Hamilton) re substantive testing, internals control testing and systems security | 0.5 | 205.00 |
| 01/19/10 | Brown, Furney | Debrief with Colella (PM) after his other MLC discussions re next steps and planned scheduling | 0.2 | 46.00 |
| | | Meeting with JCS Mark Bartnik to discuss MAS 200, FAS, FRX application controls | 1.2 | 276.00 |
| | | Review of project documentation (Matrices and Policies Examples) | 2.6 | 598.00 |
| | | Systems controls and security meeting with MLC (Hamilton) and PM (Colella) | 0.6 | 138.00 |
| | | Systems controls meeting with PM (Colella, Zajac) to discuss integration of IT controls with cash and non-cash process areas | 1.0 | 230.00 |
| | | Systems related timing and hours and project management discussion with Colella (PM) | 0.4 | 92.00 |
| | | Systems security and controls meeting with PM (Colella) re high level area guidance | 0.7 | 161.00 |
| | Colella, Mike | Debrief with Brown (PM) after his other MLC discussions re next steps and planned scheduling | 0.2 | 82.00 |
| | | Discuss status update with MLC (Hamilton) | 0.2 | 82.00 |
| | | Read PM draft and email MLC (Hamilton) that more edits will be forthcoming | 0.4 | 164.00 |
| | | Systems controls and security meeting with MLC (Hamilton) and PM (Brown) | 0.6 | 246.00 |
| | | Systems controls meeting with PM (Brown and Zajac) to discuss integration of IT controls with cash and non-cash process areas | 1.0 | 410.00 |
| | | Systems related timing and hours and project management/communication discussion with Brown (PM) | 0.4 | 164.00 |
| | | Systems security and controls meeting with PM (Brown) to provide high level area guidance and expectations | 0.7 | 287.00 |
| | Zajac, Mark | Systems controls meeting with PM (Brown and Colella) to discuss integration of IT controls with cash and non-cash process areas | 1.0 | 165.00 |
| 01/20/10 | Brown, Furney | Discussions with Colella (PM) re systems design items identified in Payables | 0.2 | 46.00 |
| | | Documentation of meeting notes with JCS  MAS 200 application controls | 2.1 | 483.00 |
| | | Interview meeting with Kurt Kauth to understand IT General Controls | 2.4 | 552.00 |
| | | Meeting with JCS Bartnik and O'Brien re MAS 200 application controls | 2.7 | 621.00 |
| | | Prep for Interview meeting with Kurt Kauth to understand IT General Controls | 1.0 | 230.00 |
| | | Review of MAS 200, FAS, and FRX application controls | 0.6 | 138.00 |
| | | Scheduling of Contact Meetings | 0.1 | 23.00 |
| | Colella, Mike | Discussions with Brown (PM) re systems design items identified in Payables | 0.2 | 82.00 |
| 01/21/10 | Brown, Furney | Documentation of IT General Controls meeting notes with Kurt Kauth | 1.5 | 345.00 |
| | | Documentation of update and status review meeting | 2.2 | 506.00 |
| | | Update and status review meeting with JCS Bartnik, O'Brien, and MLC | 1.4 | 322.00 |
| 01/22/10 | Brown, Furney | Documentation of interview meeting with Peter Lundberg and Deb Doyle | 1.1 | 253.00 |
| | | Interview meeting with JCS - Deb Doyle  Overview discussion of FAS application | 0.4 | 92.00 |
| | | Interview meeting with JCS - Peter Lundberg  Overview discussion of FAS application | 0.4 | 92.00 |
| 01/25/10 | Brown, Furney | Documentation review of MAS 200 application security users | 0.6 | 138.00 |
| 01/27/10 | Brown, Furney | Draft Power Point of Systems and Security Assessment for management/BOD | 4.9 | 1,127.00 |

MLC (Case #09-50026) - Plante & Moran January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| 1/27/2010 | Colella, Mike | Review draft prepared by Brown (PM) re IT Systems Control Overview findings re key controls implemented and recommended control improvements in the areas of vendor setup and maintenance, Accts Payable/Disbursements, Accts Receivable/Cash Receipts, General Controls (operations, access, change management) | 1.2 | 492.00 |
| | | Review of proposed IT Summary Test Scope and Schedule for  by quarter | 0.4 | 164.00 |
| 01/28/10 | Brown, Furney | Revision of Board presentation slide deck | 0.4 | 92.00 |
| | Colella, Mike | Follow-up w Farmer (PM) re questions/suggestions to Brown (PM) draft IT Systems Control Overview findings for integrated follow-up | 1.4 | 574.00 |
| | | Summarize questions and suggestions to draft IT Systems Control Overview findings on key controls recommendations by Brown (PM) | 0.8 | 328.00 |
| | Farmer, Doug | Discussion with Colella regarding adding segregation of duties section to BOD Report | 0.3 | 100.50 |
| | | Follow-ups discussions with Colella re IT Systems Controls Overview draft | 1.4 | 469.00 |
| | | Research and review IT audit report for internal controls | 1.0 | 335.00 |
| | | Review comments re: Brown IT Systems Controls Overview draft | 1.2 | 402.00 |
| 01/29/10 | Brown, Furney | Discussion and review of IT systems report with Farmer | 1.5 | 345.00 |
| | | Prep and revisions to IT systems report | 3.7 | 851.00 |
| | Colella, Mike | Follow-up with PM (Brown and Farmer) re IT systems | 0.1 | 41.00 |
| | Farmer, Doug | Discussion and review of IT systems report with Brown | 1.5 | 502.50 |
| 01/31/10 | Colella, Mike | Review Zajak (PM) email (and attachments) to MLC (Hamilton) re use of MAS "VendorMasterAuditReport" | 0.4 | 164.00 |

MLC (Case #09-50026) - Plante & Moran January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| CAS | | | 67.7 | 14,793.80 |
| 10/22/09 | Colella, Mike | Initial engagement planning and preparation | 0.6 | 246.00 |
| 11/04/09 | Colella, Mike | Preparation and discussions with MLC (Selzer) re testing approach | 0.3 | 123.00 |
| 11/11/09 | Colella, Mike | Preliminary planning for area | 1.6 | 656.00 |
| 12/01/09 | Colella, Mike | Working session w/ Woods & Farmer re: 2009 testing plan | 0.5 | 205.00 |
| | Woods, Jon | Working session w/ Colella & Farmer re: 2009 testing plan | 0.5 | 167.50 |
| 12/09/09 | Colella, Mike | Update integration meeting and status check with Woods and Farmer | 0.4 | 164.00 |
| | Farmer, Doug | Update integration meeting and status check with Colella and Woods | 0.4 | 134.00 |
| | Woods, Jon | Update integration meeting and status check with Colella and Farmer | 0.4 | 134.00 |
| 12/10/09 | Colella, Mike | Revised Report to BOD relating to testing of cash transactions | 3.6 | 1,476.00 |
| 12/17/09 | Colella, Mike | Email communications with  (Hamilton) re cash transactions | 0.4 | 164.00 |
| | | Preliminary review of portion of  Daily Cash Report with cash transaction databases | 0.8 | 328.00 |
| | | Schedule and plan cash transaction testing for the following week | 0.3 | 123.00 |
| 12/18/09 | Colella, Mike | Conf call with  (Hamilton) and PM (Tousain) re cash transactions | 1.2 | 492.00 |
| | | Preliminary review of portion of  Daily Cash Report with cash transaction databases for testing | 1.4 | 574.00 |
| | | Preparation and discussions with PM (Tousain) re planning and scheduling cash transaction testing for following week and possible approaches | 0.8 | 328.00 |
| | Tousain, Alina | Call with Hamilton to go through MLC Daily Cash Position -Excel database | 0.5 | 85.00 |
| | | Planning for Cash Reconciliations and Cash Balances | 0.8 | 136.00 |
| | | Study at high level and write up about MLC Daily Cash Position Functionality | 1.3 | 221.00 |
| 12/21/09 | Tousain, Alina | Cash Balances: processed MLC database by supplementing it with additional data; identified possible reconciliation strategies | 0.5 | 85.00 |
| | | Discussions with PM (Colella) re planning and scheduling cash transaction testing for following week and possible approaches | 0.3 | 51.00 |
| | | Email communications with MLC (Hamilton and Rosenthal) re cash transactions, access to printers, fax, SharePoint and other technology matters | 0.3 | 51.00 |
| | | Meeting with MLC (Brian Rosenthal) - obtaining and discussing: Dacor Monthly Cash GL Downloads; Monthly Reporting; Key Agreements | 1.1 | 187.00 |
| | | Read notes summarizing significant matters discussed with BOD | 0.2 | 34.00 |
| | | Reading P&M testing strategy identified in report to BOD and preliminary key controls included in preliminary risk and controls matrix | 1.3 | 221.00 |
| | | Meeting with MLC (Hamilton)- discussing: Receipts and Disb Subcategories, Bank Statements, Cash Reconciliations, Treasury Report and MOR | 2.0 | 340.00 |
| 12/23/09 | Colella, Mike | Preliminary determination of testing for cash reconciliation, including related discussion with PM (Tousain) | 0.2 | 82.00 |
| | Tousain, Alina | Email communications with MLC (Hamilton and Rosenthal) re cash transactions, reports and reconciliations | 1.5 | 255.00 |
| | | Preliminary determination of testing for cash reconciliation, including related discussion with PM (Colella) | 0.2 | 34.00 |
| | | Scanning and coding support documentation for cash transactions | 0.6 | 102.00 |
| 12/28/09 | Tousain, Alina | Email communications with MLC (Hamilton and Rosenthal) and PM (Colella) re cash transactions, reports and reconciliations | 1.7 | 289.00 |
| 12/29/09 | Tousain, Alina | Email communications with MLC (Hamilton and Rosenthal)re cash transactions, reports and reconciliations | 1.0 | 170.00 |
| | | Scanning and coding support documentation for cash transactions | 1.4 | 238.00 |
| 12/30/09 | Tousain, Alina | Meeting with MLC (Diane and Brian Rosenthal) to get understanding and walkthrough MLC daily and monthly reconciliations | 2.7 | 459.00 |
| 01/06/10 | Colella, Mike | Develop template for project management for cash reconciliation and cash balance testing | 0.8 | 328.00 |
| | Tousain, Alina | Emails with MLC staff in order to collect documentation or clarify issues related to CR and CD testing | 1.1 | 187.00 |
| 01/20/10 | Colella, Mike | Draft certain items for BOD report consideration | 0.8 | 328.00 |

MLC (Case #09-50026) - Plante & Moran January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| 01/20/10 | Tousain, Alina | Reformat Oct, Nov and Dec Bank Statements provided by client to use in testing | 2.5 | 425.00 |
| 01/21/10 | Hoekstra, Peggy | Design and document testing procedures for cash reconciliations | 2.8 | 434.00 |
| | | Discussion with MLC (Diane Kerton) regarding bank reconciliations | 0.5 | 77.50 |
| | | Identify and document bank balances as of selected test dates | 1.5 | 232.50 |
| | | Meet with MLC (Hamilton) regarding bank reconciliation information | 0.5 | 77.50 |
| | | Meet with MLC (Hamilton) regarding MOR and treasury reports | 0.5 | 77.50 |
| | | Scan bank statements and reconciliations for master funding, payroll and disbursements accounts | 1.1 | 170.50 |
| 01/22/10 | Colella, Mike | Assisting in dealing with reconciliation issues involving cash transaction database provided by MLC and amounts reported in the Treasury report | 1.2 | 492.00 |
| | Hoekstra, Peggy | Discussion with Carol Knapp (PM) regarding work to be performed related to MLC bank reconciliations for July-September 2009 | 1.0 | 155.00 |
| | Knapp, Carol | Assistance with Review of July, August, Sept bank reconciliation records | 4.9 | 548.80 |
| | | Discussion with Hoekstra (PM) regarding work to be performed related to MLC bank reconciliations for July-September 2009 | 1.0 | 112.00 |
| | Tousain, Alina | Assisting in dealing with reconciliation issues involving cash transaction database provided by MLC and amounts reported in the Treasury report from Colella (P&M) | 1.2 | 204.00 |
| | | Update testing spreadsheets for each category based on new data in December Cash database, including testing the totals to ensure integrity | 2.0 | 340.00 |
| 01/23/10 | Hoekstra, Peggy | Discussion with MLC (Hamilton) re: status of bank accounts | 0.3 | 46.50 |
| | | Obtain and scan listing of MLC bank accounts | 0.5 | 77.50 |
| | | Update bank reconciliation testing | 0.9 | 139.50 |
| | | Update P&M status report | 0.3 | 46.50 |
| | Tousain, Alina | Update Project Mgmt Summary for test results to date and updated transactions selected | 1.0 | 170.00 |
| 01/25/10 | Colella, Mike | Cash reconciliations work review | 0.3 | 123.00 |
| | Hoekstra, Peggy | Update bank reconciliation testing | 2.1 | 325.50 |
| | | Update P&M status report | 0.3 | 46.50 |
| | Tousain, Alina | Meeting with Hamilton (MLC)- Cash Restrictions and OCPs testing  Issues | 1.0 | 170.00 |
| 01/28/10 | Colella, Mike | Assess status of cash reconciliation issues | 0.2 | 82.00 |
| 01/29/10 | Hoekstra, Peggy | Discussions with MLC (Hamilton) re: status of bank account reconciliations | 0.5 | 77.50 |
| | | Update P&M status report | 0.3 | 46.50 |
| 01/30/10 | Hoekstra, Peggy | Document testing of reconciliations | 2.5 | 387.50 |
| | | Set up cash reconciliation testing worksheet | 2.8 | 434.00 |
| | | Upload cash reconciliations from MLC SharePoint site | 0.5 | 77.50 |

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| DIS | | | 228.0 | 50,230.00 |
| 12/02/09 | Colella, Mike | Update integration meeting and status check with Farmer and Woods | 0.7 | 287.00 |
| | Farmer, Doug | Planning, preparation and schedule development for BOD meeting | 0.7 | 234.50 |
| | | Update integration meeting and status check with Colella and Woods | 0.7 | 234.50 |
| | Woods, Jon | Update integration meeting and status check with Colella and Farmer | 0.7 | 234.50 |
| 12/14/09 | Colella, Mike | Cash disbursements testing - assist with issues and open items | 0.6 | 246.00 |
| 12/15/09 | Colella, Mike | Cash disbursements testing - assist with issues and open items | 1.3 | 533.00 |
| | Tousain, Alina | Cash Disbursements - Agreed Procedures Comparison w/ other services | 2.6 | 442.00 |
| 12/16/09 | Colella, Mike | Preliminary development re scoping for procedural testing for 2009 and related staffing | 1.2 | 492.00 |
| 12/18/09 | Tousain, Alina | Planning for Cash Disbursements | 1.4 | 238.00 |
| 12/21/09 | Tousain, Alina | Cash Disbursements: processed MLC database by supplementing it with additional data; created statistics for sampling purposes | 0.5 | 85.00 |
| | | Insurance Disbursements Testing: created the substantive testing matrix for this category, reviewed 60% of invoices | 2.0 | 340.00 |
| 12/22/09 | Tousain, Alina | Claims Disbursements testing: created the substantive testing matrix for this category, reviewed 100% of invoices; | 0.5 | 85.00 |
| | | Environmental Disbursements testing: created the substantive testing matrix for this category, reviewed 100% of invoices; | 2.5 | 425.00 |
| | | Insurance Disbursements Testing: created the substantive testing matrix for this category, reviewed 100% of invoices; read agreements with AON and CRS; reviewed D&O Policy | 2.0 | 340.00 |
| | | Obtained and stored requested support documentation for cash transactions testing | 1.0 | 170.00 |
| | | Read MLC Expense Policy | 0.7 | 119.00 |
| | | TSA Disbursements testing: created the substantive testing matrix for this category, reviewed 70% of invoices; reviewed GM billings | 2.1 | 357.00 |
| 12/23/09 | Colella, Mike | Discussions and follow-up with  (Hamilton) re key agreements for key controls and other matters required for testing | 1.2 | 492.00 |
| | | Discussions with  (Selzer) re key deliverables to be drafted for next BOD meeting (2/18) and key activities & targeted dates to meet deadlines | 0.4 | 164.00 |
| | | Review initial cash disbursements substantive testing, including discussions w/ PM (Tousain) | 1.4 | 574.00 |
| | Tousain, Alina | Determine the set of controls to document and understand for the following 2009 disbursement categories: insurance, TSA costs, environmental costs, claims, splinter union payroll, splinter union other benefits | 2.7 | 459.00 |
| | | Review initial cash disbursements substantive testing, including discussions w/ PM (Colella) | 1.4 | 238.00 |
| | | TSA Disbursements testing: created the substantive testing matrix for this category, reviewed 100% of invoices; reviewed GM billings; reviewed subcontractor proposal to understand services and fee ranges | 2.1 | 357.00 |
| 12/28/09 | Tousain, Alina | Based on discussion with Hamilton about services provided by certain vendors, reassessed the disbursements categories and statistics | 1.4 | 238.00 |
| | | Scanning and coding support documentation for cash transactions | 1.4 | 238.00 |
| | | Splinter Payroll Disbursements testing: created the substantive testing matrix for this category, reviewed 100% of invoices; review GM payroll detail | 2.7 | 459.00 |
| | | Splinter Union Other Liab Disbursements testing: created the substantive testing matrix for this category, reviewed 100% of invoices | 1.8 | 306.00 |
| 12/29/09 | Tousain, Alina | Checked bank statements for 100% of the following disbursements: Insurance, TSA, Claims, Environmental, Splinter Union Payroll and Splinter Union Other Liab | 2.1 | 357.00 |
| | | Read Splinter Union Settlement Agreement | 1.7 | 289.00 |
| | | Read TSA contract and prepared summary -70% complete | 2.5 | 425.00 |
| 12/30/09 | Colella, Mike | Identification of certain testing procedures relating to cash disbursements for professional fees and related email to (Tousain) PM | 0.8 | 328.00 |

MLC (Case #09-50026) - Plante & Moran, PLLC - 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| | | Read certain provisions of Expense Policy and note areas for comment | 0.8 | 328.00 |
| | | Read summaries of certain sections in key agreements (TSA, Master Lease, Wind Down) noting follow up items | 1.2 | 492.00 |
| | | Review Levels of Authority and noting issues re implementation | 0.4 | 164.00 |
| | Tousain, Alina | Identification of certain testing procedures relating to cash disbursements for professional fees and related email to (Colella) PM | 0.8 | 136.00 |
| 01/04/10 | Tousain, Alina | Determine the set of controls to document and understand for the following 2009 disbursement categories: investments, admin disb., other non-mfg expenses, plant wind down expenses, BOD fees and Professionals fees | 2.2 | 374.00 |
| | | Splinter Union Settlement Agreement- prepared summary- 100% complete | 2.5 | 425.00 |
| | | TSA prepared summary and collected supplemental schedules-100% complete | 1.8 | 306.00 |
| 01/05/10 | Colella, Mike | Further inquiry and review re the existence of other material provisions in other key contracts | 1.3 | 533.00 |
| | | Review and assistance re cash disbursement testing | 1.7 | 697.00 |
| | | Review summaries of certain sections in key agreements (TSA, Master Lease, Wind Down) noting comments for future testing consideration | 2.2 | 902.00 |
| | Tousain, Alina | Professional Fees- meeting with Courtney Pozmantier (MLC) to discuss the disb. process, the approval process, the documentation available for each category of professionals and other | 1.3 | 221.00 |
| | | Review and assistance re cash disbursement testing with Colella (P&M) | 1.7 | 289.00 |
| | | Splinter Union Other Liab Disbursements testing - documentation of disb. process, reading and collection of support documentation | 1.8 | 306.00 |
| 01/06/10 | Colella, Mike | Analytical review of cash disbursements transaction detail and summary in connection with substantive testing | 1.8 | 738.00 |
| | | Analytical review of cash receipts transaction detail and summary in connection with substantive testing | 1.2 | 492.00 |
| | | Assistance to Tousain (PM) in substantive testing of professional fees | 1.5 | 615.00 |
| | | Develop template for project management for cash disbursement testing | 0.8 | 328.00 |
| | | Reading of Tier Secured Creditor order in connection with testing related disbursements | 0.8 | 328.00 |
| | | Review of cash disbursements substantive testing to date for activity through November | 0.9 | 369.00 |
| | Tousain, Alina | Assistance from Colella (P&M) in substantive testing of professional fees | 1.5 | 255.00 |
| | | Cash DisbTesting - OCPs- reading of blanket court order; review court approved list of OCPs; compare management's current OCPs list to court approved list of OCPs and discuss differences with Hamilton (MLC) | 1.5 | 255.00 |
| | | Update files and drives for cash disbursements testing, agreements summaries and other client provided data | 1.2 | 204.00 |
| 01/07/10 | Tousain, Alina | Confirmed invoices were in compliance with the court order/approved documents for selected OCP fees disbursements | 0.3 | 51.00 |
| | | Determined whether MLC adequately retained sufficient supporting documentation for selected OCP fee disbursements | 0.4 | 68.40 |
| | | Determined whether selected OCP fee disbursements were accurately and completely reflected in the accounting records | 0.1 | 17.20 |
| | | Emails with MLC staff in order to collect documentation or clarify issues related to CR and CD testing | 1.2 | 204.00 |
| | | For selected OCP fees disbursed, compared info from acctg records to contracts, invoices, cash summaries, bank statement other docs | 1.1 | 190.30 |
| | | Review for appropriate approvals and authorizations in accordance with internal policies and court requirements for OCPs | 0.3 | 52.20 |
| | | Reviewed court order authorizing debtor to employ OCP professionals | 0.3 | 52.50 |
| | | Reviewed OCP's filed the Declarations and Disclosure statement | 0.5 | 88.00 |
| | | TSA Contract meeting with Bryan Gaston (MLC) | 1.5 | 255.00 |
| | | TSA Contract meeting with Michelle Smith no other MLC staff | 0.5 | 85.00 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| | | Update project management summary for all testing completed to date | 1.2 | 204.00 |
| 01/08/10 | Colella, Mike | Cash disbursement testing assistance re issues and open items | 1.6 | 656.00 |
| 01/12/10 | Colella, Mike | Preliminary scan of TSA for items impacting controls testing | 0.6 | 246.00 |
| 01/18/10 | Colella, Mike | Follow-up with Tousain (PM) and related emails re status and assistance required in connection with cash disbursements testing | 0.3 | 123.00 |
| | Tousain, Alina | Confirmed invoices were in compliance with the court order/approved documents for selected OCP fees disbursements | 0.3 | 51.00 |
| | | Cash DisbTesting - OCPs | 2.2 | 374.00 |
| | | Review of documentation re disbursement | 0.5 | 85.50 |
| | | Determined whether selected OCP fee disbursements were accurately and completely reflected in the accounting records | 0.2 | 34.40 |
| | | Follow-up with Colella (PM) and related emails re status and assistance required in connection with cash disbursements testing | 0.3 | 51.00 |
| | | For selected OCP fees disbursed, compared info from acctg records to contracts, invoices, cash summaries, bank statement other docs | 1.3 | 224.90 |
| | | Review for appropriate approvals and authorizations in accordance with internal policies and court requirements for OCPs | 0.4 | 69.60 |
| | | Reviewed OCP's filed the Declarations and Disclosure statement | 0.3 | 52.50 |
| 01/19/10 | Colella, Mike | Discuss status update with MLC (Hamilton) | 0.1 | 41.00 |
| | | Review/assist cash disbursements testing | 0.2 | 82.00 |
| | Tousain, Alina | Confirmed invoices were in compliance with the court order/approved documents for selected OCP fees disbursements | 0.6 | 102.00 |
| | | Asset Sales Meeting with Bill and Eric from MLC:  to discuss the sales process, the approval process, the documentation available  and other | 1.1 | 187.00 |
| | | Assistance cash disbursements testing with Colella (P&M) | 0.2 | 34.00 |
| | | Determined whether MLC adequately retained sufficient supporting documentation for selected OCP fee disbursements | 0.8 | 136.00 |
| | | Determined whether selected OCP fee disbursements were accurately and completely reflected in the accounting records | 0.3 | 51.30 |
| | | Emails with MLC staff in order to collect documentation or clarify issues related to CD testing | 1.2 | 204.00 |
| | | For selected OCP fees disbursed, compared info from acctg records to contracts, invoices, cash summaries, bank statement other docs | 2.5 | 430.00 |
| | | Review for appropriate approvals and authorizations in accordance with internal policies and court requirements for OCPs | 0.5 | 86.50 |
| | | Reviewed OCP's filed the Declarations and Disclosure statement | 1.3 | 226.20 |
| 01/20/10 | Colella, Mike | Assistance in testing disbursement activity for December | 1.5 | 615.00 |
| | | Review coverage from cash disbursements testing to date and assist Tousain (PM) in selecting remaining to be tested and reduced testing | 2.5 | 1,025.00 |
| | Tousain, Alina | Assistance in selecting remaining items to be tested and reduced testing approach from Colella (P&M) with input from Woods (P&M) | 2.5 | 425.00 |
| | | Assistance in testing disbursement activity for December from Colella (P&M) | 1.0 | 170.00 |
| | | Cash Disb. Testing- December 2009 Disb database-  prepare individual testing spreadsheets for each expense category | 1.5 | 255.00 |
| | | Cash Disb. Testing- December 2009 Disb database-  compile statistics | 0.2 | 34.00 |
| | | Cash Disb. Testing- December 2009 Disb database- determine for each professional disb transaction the:  type of professional | 0.1 | 17.00 |
| | | Cash Disb. Testing- December 2009 Disb database- determine for each transaction the: materiality levels and tiers | 0.2 | 34.00 |
| | | Cash Disb. Testing- December 2009 Disb database- determine for each transaction the: MOR expense category | 1.0 | 170.00 |
| 01/21/10 | Colella, Mike | Assistance in assessing and testing December activity | 2.1 | 861.00 |
| | | Cash disbursements (database, issues, analysis, summary, policies and procedures impact) w/ Tousain | 1.3 | 533.00 |
| | | Draft certain items for BOD report consideration | 0.8 | 328.00 |

MLC (Case #09-50026) - Plante & Moran - Jan 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| | | Review cash disbursements (database, issues, analysis, summary, policies and procedures impact) | 1.2 | 492.00 |
| | Tousain, Alina | Cash disbursements (database, issues, analysis, summary, policies and procedures impact) with Colella (P&M | 1.3 | 221.00 |
| | | Update Cash Disb database through December 2009 with new database provided by Hamilton | 1.7 | 289.00 |
| | | Update Cash Disb testing sheets through December 2009 with updated information provided by Hamilton | 1.3 | 221.00 |
| | | Working with Colella re: assessing and testing December activity | 2.1 | 357.00 |
| 01/22/10 | Colella, Mike | Identifying findings to be considered disclosing in report to management and/or BOD | 1.1 | 451.00 |
| | | Review adjusted and combined (November & December) Cash Disbursements database | 1.4 | 574.00 |
| | | Update status report for items discussed with Hamilton (MLC) yesterday | 0.4 | 164.00 |
| | Tousain, Alina | Meeting with Hamilton (MLC) to clarify: difference between old and new cash disb databases, differences between treasury report and new database, differences between splinter unio disb and MOR schedule and to obtain support dor intercompany transfers | 1.5 | 255.00 |
| | | Update testing spreadsheets for each category based on new data in Nov Cash Disb database, including testing the totals to ensure integrity | 2.5 | 425.00 |
| 01/23/10 | Colella, Mike | Analytical review of cash disbursements database for testing coverage and developing ideas how to reduce testing | 2.2 | 902.00 |
| | Tousain, Alina | Emails with MLC and P&M staff in order to collect documentation or clarify issues related to CD testing | 1.0 | 170.00 |
| | | Update testing spreadsheets for each category based on new data in December Cash Disb database, including testing the totals to ensure integrity-100% complete | 1.8 | 306.00 |
| 01/24/10 | Colella, Mike | High level review of disbursements testing performed by Tousain (PM) over the weekend and email back re comments | 0.4 | 164.00 |
| | Hoekstra, Peggy | Obtain/review Strasbourg and Heard Settlement support & document test results | 1.8 | 279.00 |
| 01/25/10 | Colella, Mike | Cash disbursements work review and assistance in open items & issues | 1.8 | 738.00 |
| | Hoekstra, Peggy | Document conclusion on testing procedures for Administrative and Personnel Costs | 0.8 | 124.00 |
| | | Document testing procedures for Administrative and Personnel Costs | 1.9 | 294.50 |
| | | Obtain/scan support for testing of Administrative and Personnel Costs | 1.5 | 232.50 |
| | | Review support documentation for testing of Administrative and Personnel Costs | 1.6 | 248.00 |
| | Tousain, Alina | Confirmed invoices were in compliance with the court order/approved documents for selected OCP fees disbursements | 0.2 | 34.00 |
| | | Assistance in cash disb open items and issues from Colella (P&M) | 1.0 | 170.00 |
| | | Cash DisbTesting - OCPs | 0.5 | 85.00 |
| | | Determined whether MLC adequately retained sufficient supporting documentation for selected OCP fee disbursements | 0.5 | 85.00 |
| | | Determined whether selected OCP fee disbursements were accurately and completely reflected in the accounting records | 0.2 | 34.00 |
| | | For selected OCP fees disbursed, compared info from acctg records to contracts, invoices, cash summaries, bank statement other docs | 1.3 | 221.00 |
| | | Review for appropriate approvals and authorizations in accordance with internal policies and court requirements for OCPs | 0.5 | 85.00 |
| | | Reviewed OCP's filed the Declarations and Disclosure statement | 0.3 | 51.00 |
| | | Update Cash Disb database through December 2009 with new database provided by Controller | 1.5 | 255.00 |
| | | Cash Disbursements Testing - Follow-up on issues & open items | 2.0 | 340.00 |
| 01/26/10 | Colella, Mike | Cash disbursements follow-up items from Tousain (PM) | 0.6 | 246.00 |
| | | Summarize items for consideration for inclusion in report to BOD | 0.5 | 205.00 |

MLC (Case #09-50026) - Plante & Moran, PLLC - 4th Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|---------------------------------------------|-------|------|
| 1/26/2010 | Hoekstra, Peggy | Document conclusion on testing procedures for Other Non-Mfg Costs | 1.6 | 248.00 |
| | | Document testing procedures for Other Non-Mfg Costs | 1.3 | 201.50 |
| | | Obtain and scan support for testing of Other Non-Mfg Costs | 1.9 | 294.50 |
| | | Review BOD minutes for authorization of N A Dismantling contract | 0.9 | 139.50 |
| | | Review support documentation for testing of Other Non-Mfg Costs | 2.3 | 356.50 |
| | Tousain, Alina | Confirmed invoices were in compliance with the court order/approved documents for selected OCP fees disbursements | 1.7 | 289.00 |
| | | Reviewed court final term loan adequate protection order | 0.3 | 51.00 |
| | | Cash Disbursements Testing - Assist Hoekstra with issues & open items | 1.5 | 255.00 |
| | | Determined whether MLC adequately retained sufficient supporting documentation for selected OCP fee disbursements | 1.0 | 170.00 |
| | | Determined whether selected OCP fee disbursements were accurately and completely reflected in the accounting records | 0.1 | 17.00 |
| | | Determined whether selected term loan agent fee disbursements were accurately and completely reflected in the accounting records | 0.5 | 85.00 |
| | | Emails with MLC and P&M staff in order to collect documentation or clarify issues related to CD testing | 1.0 | 170.00 |
| | | For selected OCP fees disbursed, compared info from acctg records to contracts, invoices, cash summaries, bank statement other docs | 1.0 | 170.00 |
| | | For selected term loan agent fees, compared disbursements to contracts, invoices, summaries, statements and other documents | 0.5 | 85.00 |
| | | Review appropriate approvals and authorizations were in accordance with the internal policies and court procedures for term loan agents | 0.2 | 34.00 |
| | | Review for appropriate approvals and authorizations in accordance with internal policies and court requirements for OCPs | 0.4 | 68.00 |
| | | Reviewed OCP's filed the Declarations and Disclosure statement | 0.3 | 51.00 |
| 01/27/10 | Colella, Mike | Review cash disbursement issues and assisted Tousain (PM) with proposed follow-up activities for resolution | 0.8 | 328.00 |
| | Tousain, Alina | Assistance Colella (PM) with proposed follow-up activities for resolution- Environmental Disb, Splinter Union Payroll and Professional Fees | 1.0 | 170.00 |
| | | Determined whether MLC adequately retained sufficient supporting documentation for selected retained professional fee disbursements | 0.4 | 68.00 |
| | | Determined whether selected retained professional fee disbursements were accurately and completely reflected in the accounting records | 0.1 | 17.00 |
| | | For selected retained professional fees disbursements confirmed invoices were in compliance with the court order/approved documents | 0.2 | 34.00 |
| | | For selected retained professional fees, compare disbursements to contracts, invoices, cash summaries, bank statements & other docs | 0.5 | 85.00 |
| | | Reviewed court order establishing procedures for interim compensation and reimbursement of expenses of professionals ("retained") | 0.3 | 51.00 |
| | | Reviewed for selected retained professionals the court order for employment, applications for employment and engagement letter to understand fee arrangement and payment terms | 1.0 | 170.00 |
| | | Reviewed for selected retained professionals the interim fee application (for proper handling inclusion or inclusion of retainer amounts and monthly payments received) | 0.3 | 51.00 |
| | | Reviewed appropriate approvals and authorizations in accordance with the internal policies and court requirements for retained professionals. | 0.2 | 34.00 |
| | | Cash Disbursement Testing - Retained professionals | 2.0 | 340.00 |
| | | Assist in testing of Admin Disb and Other Non-Manufacturing Disb | 2.0 | 340.00 |
| 01/28/10 | Colella, Mike | Review cash disbursement issues and open items in and follow-up with Tousain (PM) with approach action items | 1.3 | 533.00 |
| | Hoekstra, Peggy | Discussions with MLC (Hamilton) re: status of bank account reconciliations | 0.7 | 108.50 |
| | | Document BOD Fee testing | 0.8 | 124.00 |
| | | Document conclusion on testing procedures for Wind Down Expenses | 1.0 | 155.00 |

MLC (Case #09-50026) - Plante & Moran 5th &6th Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| | | Document testing procedures for Wind Down Expenses | 1.2 | 186.00 |
| | | Obtain and scan support for testing of Wind Down Expenses | 2.2 | 341.00 |
| | | Review BOD minutes for documentation of BOD Fee Authorization | 1.5 | 232.50 |
| | | Review support documentation for testing of Wind Down Expenses | 2.8 | 434.00 |
| | | Update P&M status report | 0.3 | 46.50 |
| | Tousain, Alina | Cash DisbTesting - Retained professionals | 0.5 | 85.00 |
| | | Cash disbursement issues and open items follow-up with Colella (PM) with approach action items | 1.5 | 255.00 |
| | | Determined whether MLC adequately retained sufficient supporting documentation for selected retained professional fee disbursements | 0.3 | 51.00 |
| | | Determined whether selected retained professional fee disbursements were accurately and completely reflected in the accounting records | 0.1 | 17.00 |
| | | For selected retained professional fees disbursements confirmed invoices were in compliance with the court order/approved documents | 0.3 | 51.00 |
| | | For selected retained professional fees, compare disbursements to contracts, invoices, cash summaries, bank statements & other docs | 0.5 | 85.00 |
| | | Integrate Hoekstra Admin & Investment testing into master cash disb file | 0.5 | 85.00 |
| | | Reviewed for selected retained professionals the court order for employment, applications for employment and engagement letter to understand fee arrangement and payment terms | 1.0 | 170.00 |
| | | Reviewed for selected retained professionals the interim fee application (for proper handling inclusion or inclusion of retainer amounts and monthly payments received) | 0.4 | 68.00 |
| | | Reviewed appropriate approvals and authorizations in accordance with the internal policies and court requirements for retained professionals. | 0.4 | 68.00 |
| | | Update files with MLC provided info (agreements summaries) | 1.0 | 170.00 |
| | | Cash Disbursements Testing - Assist re BOD Fees & Plant Wide Costs Testing | 2.0 | 340.00 |
| 01/29/10 | Colella, Mike | Discussions with MLC (Selzer, Hamilton) re BOD draft report approach, process and expected timing | 0.2 | 82.00 |
| | | Partial proforma drafting of BOD Report to begin listing items to include | 0.8 | 328.00 |
| | | Payments and supporting documentation including discussions with MLC (Hamilton and/or Selzer) | 0.6 | 246.00 |
| | Hoekstra, Peggy | Document conclusion on testing procedures for Environmental Expenses | 0.9 | 139.50 |
| | | Document testing procedures for Environmental Expenses | 1.9 | 294.50 |
| | | Obtain and scan support for testing of Environmental Expenses | 1.7 | 263.50 |
| | | Review splinter union schedule | 1.6 | 248.00 |
| | | Review support documentation for testing of Environmental Expenses | 1.1 | 170.50 |
| | | Update testing of Wind-down and environmental expenses | 1.5 | 232.50 |
| | Tousain, Alina | Cash Disbursements Testing - Assist Hoekstra with issues & open items | 1.2 | 204.00 |
| | | Reviewed documentation for retained professional fee disbursements | 1.4 | 238.00 |
| | | Determined whether selected retained professional fee disbursements were accurately and completely reflected in the accounting records | 0.2 | 34.00 |
| | | Emails with MLC and P&M staff in order to collect documentation or clarify issues related to CD testing | 1.5 | 255.00 |
| | | For selected retained professional fees disbursements confirmed invoices were in compliance with the court order/approved documents | 0.3 | 51.00 |
| | | For selected retained professional fees, compare disbursements to contracts, invoices, cash summaries, bank statements & other docs | 1.5 | 255.00 |
| | | Reviewed for selected retained professionals the court order for employment, applications for employment and engagement letter to understand fee arrangement and payment terms | 1.5 | 255.00 |
| | | Reviewed for selected retained professionals the interim fee application (for proper handling inclusion or inclusion of retainer amounts and monthly payments received) | 0.5 | 85.00 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| | | Reviewed appropriate approvals and authorizations  in accordance with the internal policies and court requirements for retained professionals. | 0.6 | 102.00 |
| 01/30/10 | Colella, Mike | Assess status and open items for cash receipts and cash disbursements | 0.8 | 328.00 |
| | Tousain, Alina | Cash DisbTesting - Retained professionals | 1.5 | 255.00 |
| | | Combine the Nov and Dec 2009 Cash Disb Databases | 2.2 | 374.00 |
| | | Compile summary pivot tables for Cash Disb showing Sampling Methodology and Approach | 1.0 | 170.00 |
| | | Determined whether MLC adequately retained sufficient supporting documentation for selected retained professional fee disbursements | 0.5 | 85.00 |
| | | Determined whether selected retained professional fee disbursements were accurately and completely reflected in the accounting records | 0.2 | 34.00 |
| | | For Nov and Dec 2009 Cash Disb Databases create 3 summarized categories of issues and comments for each transaction | 0.8 | 136.00 |
| | | For selected retained professional fees disbursements confirmed invoices were in compliance with the court order/approved documents | 0.3 | 51.00 |
| | | For selected retained professional fees, compare disbursements to contracts, invoices, cash summaries, bank statements & other docs | 0.5 | 85.00 |
| | | Reviewed for selected retained professionals the court order for employment, applications for employment and engagement letter to understand fee arrangement and payment terms | 1.1 | 187.00 |
| | | Reviewed for selected retained professionals the interim fee application (for proper handling inclusion or inclusion of retainer amounts and monthly payments received) | 0.1 | 17.00 |
| | | Reviewed appropriate approvals and authorizations  in accordance with the internal policies and court requirements for retained professionals. | 0.3 | 51.00 |
| 01/31/10 | Colella, Mike | Review testing and findings in cash disbursements database | 1.1 | 451.00 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| REC | | | 96.5 | 17,638.00 |
| 11/24/09 | Colella, Mike | Update integration meeting and status check with Woods and Farmer | 0.4 | 164.00 |
| | Farmer, Doug | Update integration meeting and status check with Colella and Woods | 0.4 | 134.00 |
| | Woods, Jon | Update integration meeting and status check with Colella and Farmer | 0.4 | 134.00 |
| 12/15/09 | Colella, Mike | Cash receipts testing - assist with issues and open items | 0.5 | 205.00 |
| | Tousain, Alina | Cash Receipts - Agreed Procedures Comparison w/ other services | 1.9 | 323.00 |
| 12/18/09 | Tousain, Alina | Planning for Cash Receipts | 0.8 | 136.00 |
| 12/21/09 | Tousain, Alina | Cash Receipts: processed MLC database by supplementing it with additional data; created statistics for sampling purposes | 0.5 | 85.00 |
| 12/23/09 | Colella, Mike | Review initial cash receipts procedural testing | 0.8 | 328.00 |
| 01/06/10 | Colella, Mike | Develop template for project management for cash receipts testing | 0.8 | 328.00 |
| | Hoekstra, Peggy | Mtg with PM (Tousain) re testing procedures and scope | 1.0 | 155.00 |
| | | Review Key agreements, including bankruptcy filing and P&M services listing | 1.0 | 155.00 |
| | | Set up cash receipt testing workpapers in Excel | 3.0 | 465.00 |
| | Tousain, Alina | Review information available and prepare to  assign work to Hoekstra | 1.2 | 204.00 |
| | | Assist in determining testing procedures and scope | 1.0 | 170.00 |
| 01/07/10 | Colella, Mike | Review cash receipts transaction detail and selecting specific transactions for substantive testing | 1.2 | 492.00 |
| | Hoekstra, Peggy | Document sampling methodology for cash receipts | 0.7 | 108.50 |
| | | Meet with MLC (Hamilton) regarding lease income recognition | 0.5 | 77.50 |
| | | Recalculate client lease workpaper & agree to supporting lease income schedule | 2.0 | 310.00 |
| | | Review and extract master lease agreement | 1.1 | 170.50 |
| | | Review MLC Levels of Authority document | 0.3 | 46.50 |
| | | Review risk and control matrix for lease income, document controls | 0.9 | 139.50 |
| | | Review TSA agreement between MLC and new GM | 1.3 | 201.50 |
| | | Scan lease agreement and client prepared supporting workpapers | 0.5 | 77.50 |
| | Tousain, Alina | Cash Receipts Testing - Assist Peggy Hoekstra (P&M) | 0.8 | 136.00 |
| 01/08/10 | Hoekstra, Peggy | Discussions with MLC (Hamilton and Rosenthal) re: access to printers, fax, SharePoint and other technology matters | 0.5 | 77.50 |
| | | Document sampling methodology for investment income | 0.5 | 77.50 |
| | | Meet with MLC (Hamilton) re investment income, purchases and discount | 0.5 | 77.50 |
| | | Review of investment workpapers prepared by client | 1.0 | 155.00 |
| | | Scan Goldman Sachs and JP Morgan investment statements | 0.5 | 77.50 |
| 01/09/10 | Hoekstra, Peggy | Trace investment statements to investment workpapers prepared by client | 1.5 | 232.50 |
| 01/11/10 | Hoekstra, Peggy | Discussions with MLC (Hamilton) re: asset redemptions | 0.3 | 46.50 |
| | | Recalculate discount amortization | 0.7 | 108.50 |
| | | Revisions to Cash receipt workpapers and sampling methodology | 1.5 | 232.50 |
| | | Trace DIP financing to supporting documentation | 0.8 | 124.00 |
| | | Trace investment redemptions to supporting documentation | 2.7 | 418.50 |
| | | Trace investment statements to investment workpapers prepared by client | 1.5 | 232.50 |
| 01/13/10 | Colella, Mike | Review/assistance in substantive cash receipts testing | 0.8 | 328.00 |
| | Hoekstra, Peggy | Discussions with MLC Hamilton re other income and workers comp refunds | 0.5 | 77.50 |
| | | Document Investment income testing procedures and conclusion | 2.1 | 325.50 |
| | | Document other income testing procedures and conclusion | 1.3 | 201.50 |
| | | Document rental income testing procedures and conclusion | 0.7 | 108.50 |
| | | Document UST loan & investment redemption testing procedures & conclusion | 1.1 | 170.50 |
| | | Obtain/review supporting documentation for Workers Comp refunds/misc income | 1.8 | 279.00 |
| | | Review of Treasury Report prepared by client.  Trace rental income per support to Treasury Report | 1.5 | 232.50 |
| 01/15/10 | Hoekstra, Peggy | Design and document test procedures for asset sales-Dealer Stock Purchases | 1.4 | 217.00 |
| | | Design and document test procedures for asset sales-M&E | 1.1 | 170.50 |
| | | Design and document test procedures for asset sales-scrap proceeds | 0.5 | 77.50 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| | | Discussion with MLC (Bill Nowicke) regarding asset sales | 0.4 | 62.00 |
| | | Discussions with MLC (Hamilton) regarding asset sales | 0.7 | 108.50 |
| | | Document sampling methodology for other asset sales | 1.2 | 186.00 |
| | | Obtain/review supporting documentation for Asset Sales-M&E | 1.2 | 186.00 |
| | | Obtain/review supporting documentation for dealer stock purchases | 1.1 | 170.50 |
| | | Update PM project progress report regarding cash receipt testing staus | 0.4 | 62.00 |
| 01/16/10 | Hoekstra, Peggy | Update documentation of GM Dealership stock purchases | 1.0 | 155.00 |
| | | Update documentation of investment income testing | 1.5 | 232.50 |
| | | Update documentation of other income testing | 1.2 | 186.00 |
| | | Update P&M status report | 0.3 | 46.50 |
| 01/18/10 | Tousain, Alina | Cash Receipts Testing - Assist Peggy Hoekstra (P&M) | 1.0 | 170.00 |
| 01/19/10 | Colella, Mike | Review/assist cash receipts testing with Tousain | 0.2 | 82.00 |
| | Hoekstra, Peggy | Additional testing of investments-purchases-cash disbursement transactions | 1.8 | 279.00 |
| | | Mtg w MLC (Nowicke, Berreondo & Healy) and PM (Tousain and Zajac) re asset sales | 1.1 | 170.50 |
| | | Review and extract asset marketing agreement | 1.8 | 279.00 |
| | | Review and extract deminimus sale agreement | 1.5 | 232.50 |
| | | Update and document tests of assets sales | 1.7 | 263.50 |
| | | Update and document tests of other income | 1.8 | 279.00 |
| | | Update asset sale testing methodology | 0.8 | 124.00 |
| | | Update P&M status report | 0.3 | 46.50 |
| 01/20/10 | Hoekstra, Peggy | Discuss controls over investment transactions with Zajac to integrate current practice with contemplated new policies and procedures | 0.5 | 77.50 |
| | | Follow up with MLC (Healy & Hamilton) re GM scrap sales proceeds and Maynard documentation | 0.5 | 77.50 |
| | | Review and extract MLC Investment policy | 1.3 | 201.50 |
| | | Review bankruptcy orders for investment restrictions | 1.6 | 248.00 |
| | | Test and document compliance with investment policy and court restrictions | 2.5 | 387.50 |
| | | Trace and agree investment roll forward to discount amortization and investment income workpapers prepared by client | 2.2 | 341.00 |
| | | Update documentation of asset sales | 1.1 | 170.50 |
| | | Update P&M status report | 0.3 | 46.50 |
| 01/21/10 | Colella, Mike | Cash receipts-database, issues, analysis, summary, policies & procedures impact | 1.7 | 697.00 |
| | Hoekstra, Peggy | Update asset sale testing | 1.5 | 232.50 |
| | | Update investment testing | 1.5 | 232.50 |
| | | Update other income testing | 0.9 | 139.50 |
| | | Update P&M status report | 0.3 | 46.50 |
| | | Update testing methodology for asset sales | 0.9 | 139.50 |
| 01/22/10 | Tousain, Alina | Provide support and assistance to cash receipts testing | 1.1 | 187.00 |
| 01/23/10 | Hoekstra, Peggy | Discussion with MLC (Hamilton) re: classification of dealership stock sales | 0.4 | 62.00 |
| | | Document asset sale testing related to GM stakes in various dealerships | 2.6 | 403.00 |
| 01/24/10 | Colella, Mike | High level review of receipts testing performed by Hoekstra (PM) | 0.2 | 82.00 |
| 01/25/10 | Colella, Mike | Cash receipts work review and communication of items to be included in BOD report | 0.8 | 328.00 |
| | | Investment income, receipts and disbursements related testing | 0.6 | 246.00 |
| | Hoekstra, Peggy | Discussion with Berreondo re Maynard asset sale supporting documentation | 0.3 | 46.50 |
| 01/26/10 | Colella, Mike | Cash receipts and cash reconciliation follow-up items and issues with Hoekstra (PM) | 0.4 | 164.00 |
| 01/28/10 | Colella, Mike | Review cash receipts testing results by Hoekstra (PM) and Develop approach to reporting results to BOD | 0.7 | 287.00 |
| 01/30/10 | Hoekstra, Peggy | Changes to Cash Receipt database format | 2.0 | 310.00 |
| | Tousain, Alina | Compile support pivot tables for Cash Receipts showing Sampling Methodology and Approach | 1.0 | 170.00 |
| 01/31/10 | Colella, Mike | Review testing and findings in cash receipts database | 0.3 | 123.00 |
| | Hoekstra, Peggy | Review Dacor GL (NewGM) for cash receipts transaction information | 0.5 | 77.50 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| RPT | | | 52.0 | 19,635.50 |
| 10/16/09 | Colella, Mike | Initial onsite mtg & discussions with MLC (Selzer, Hamilton) re engagement | 2.5 | 1,025.00 |
| 10/19/09 | Colella, Mike | Discussions and response to MLC (Hamilton) re liquidation accounting | 0.8 | 328.00 |
| 11/04/09 | Colella, Mike | Selective reading of Monthly Operating Report (MOR) for August | 0.5 | 205.00 |
| 11/05/09 | Colella, Mike | Review monthly operating report (MOR) for August | 1.2 | 492.00 |
| 11/08/09 | Colella, Mike | Review technical professional reporting requirements and considerations for reporting to BOD | 1.8 | 738.00 |
| 11/09/09 | Colella, Mike | Review various court documents to familiarize myself with the case | 3.5 | 1,435.00 |
| 11/10/09 | Colella, Mike | Review MLC public website for information posted for understanding | 1.5 | 615.00 |
| 11/20/09 | Colella, Mike | Follow up on accounting and reporting related items for MOR | 0.4 | 164.00 |
| | | Selective reading of Monthly Operating Report (MOR) for September | 0.4 | 164.00 |
| 11/30/09 | Colella, Mike | Read technical guidance & update testing procedures | 0.2 | 82.00 |
| 12/01/09 | Colella, Mike | Prep & conf call w MLC (Hamilton) re P&M info for 12/17 BOD mtg | 0.8 | 328.00 |
| 12/03/09 | Colella, Mike | Draft outline and suggestions for document to BOD for 12/17 BOD mtg | 1.2 | 492.00 |
| 12/05/09 | Colella, Mike | Planning related to scope and procedures for 2009 & 2010 procedural testing | 1.8 | 738.00 |
| 12/07/09 | Colella, Mike | Planning and development of scope & procedures for 2009 procedural testing for reporting to the BOD | 3.8 | 1,558.00 |
| | | Planning and development of scope & procedures for 2010 procedural testing for reporting to the BOD | 1.4 | 574.00 |
| 12/08/09 | Colella, Mike | Planning related to scope and procedures for 2009 & 2010 procedural testing | 2.4 | 984.00 |
| 12/09/09 | Colella, Mike | Discussions with Selzer & Hamilton relating to draft report to BOD | 1.2 | 492.00 |
| 12/10/09 | Colella, Mike | Discuss with (Hamilton) regarding BOD report changes and timing of delivery | 0.2 | 82.00 |
| 12/11/09 | Colella, Mike | Discussions with (Hamilton) re the October MOR report | 0.6 | 246.00 |
| | | Identify key items to discuss relating to the P&M drafted BOD package | 0.8 | 328.00 |
| | | Review BOD draft document for clean up edits, discussions with Selzer and incorporate additional agreed upon suggested edits | 1.4 | 574.00 |
| 12/16/09 | Campbell, Michelle | Assist in completing the report to BOD | 0.6 | 48.00 |
| | Colella, Mike | Preparation of summary notes for presentation to  BOD on 12/17 | 1.4 | 574.00 |
| 12/17/09 | Colella, Mike | Participation in meeting with  BOD on 12/17 | 1.0 | 410.00 |
| | | Prep for BOD meeting re Independent Accountant role and direct communication w/out Mngmt | 0.5 | 205.00 |
| | | Prep written notes summarizing significant matters discussed with BOD and email to other PM team members with related expectations and dates | 0.8 | 328.00 |
| | | Preparation for BOD meeting re procedural testing | 0.8 | 328.00 |
| 12/22/09 | Tousain, Alina | Email communications with MLC (Hamilton and Rosenthal) re cash transactions, reports and reconciliations | 0.5 | 85.00 |
| 01/05/10 | Tousain, Alina | Splinter Union MOR Support Schedule through 11-30-09 reconciled to cash disb. database (Payroll and Other Obligations) | 1.0 | 170.00 |
| 01/06/10 | Colella, Mike | Status update discussion with MLC (Selzer) | 0.3 | 123.00 |
| 01/14/10 | Colella, Mike | Project management and status assessment | 0.8 | 328.00 |
| 01/20/10 | Colella, Mike | Identified additional areas and items to be included in Procedures Testing Report based on evolved understanding and updated testing approach | 0.6 | 246.00 |
| | | Identified comments re MOR for November for possible recommendations to MLC (Hamilton) and forwarded to Woods for consolidation | 0.8 | 328.00 |
| 01/21/10 | Tousain, Alina | Compare Treasury Report for Nov, Dec and YTD 2009 to new Cash Disb database | 1.5 | 255.00 |
| | | Emails with MLC staff in order to collect documentation or clarify issues related to CD testing | 1.2 | 204.00 |
| 01/22/10 | Colella, Mike | Discussion with Hamilton (MLC) re possible automation of Treasury report in the new accounting system | 0.2 | 82.00 |
| 01/28/10 | Colella, Mike | Discussions with WOODS (PM) in preparation for MOR meeting with Hamilton (MLC) | 0.8 | 328.00 |
| | | Discussions with WOODS (PM) re BOD report draft contents and presentation | 0.4 | 164.00 |
| | | Identify certain items to be included on BOD report | 0.5 | 205.00 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|-----------------------------------------------|-------|------|
| 1/28/2010 | Colella, Mike | Meeting with MLC (Hamilton) and PM (Woods) re disclosures and classification of financial info in MOR | 1.1 | 451.00 |
| | | Summarize comments and suggested considerations re financial reporting in Monthly Operating Reports (MOR) | 1.0 | 410.00 |
| | Woods, Jon | Discussions with Colella in preparation for MOR meeting with Hamilton | 0.8 | 268.00 |
| | | Review Nov MOR for Presentation & Disclosure recommendations to MLC | 3.2 | 1,072.00 |
| 01/29/10 | Colella, Mike | Follow-up discussions with MLC (Hamilton) re MOR disclosures | 0.1 | 41.00 |
| 01/30/10 | Colella, Mike | Draft selected sections to BOD report | 0.6 | 246.00 |
| | | Research liquidation accounting info for Hamilton (MLC) | 0.3 | 123.00 |
| | Hoekstra, Peggy | Review of MOR worksheets | 0.7 | 108.50 |
| 10/12/09 | Colella, Mike | Initial review of files and preparation of items to discuss at kickoff meeting | 2.1 | 861.00 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|-----------------------------------------------|-------|------|
| FDC | | | 118.0 | 45,370.50 |
| 10/11/09 | Lewis, Forrest | Email Eckles & Ruppal on timing of sale of assets/basis reduction & article | 0.3 | 112.50 |
| 10/14/09 | Colella, Mike | Initial review of files and preparation of items to discuss at kickoff meeting | 1.0 | 410.00 |
| 10/20/09 | Colella, Mike | Initial engagement planning | 0.6 | 246.00 |
| 10/22/09 | Colella, Mike | Discussion with PM Tax (Ruppal & Eckles) re scope of tax work | 0.2 | 82.00 |
| | Eckles, Jeff | Discussion with PM (Ruppal  & Colella) re scope of tax work | 0.2 | 78.00 |
| 10/27/09 | Colella, Mike | Discussion with MLC (Zablocki) re tax service requirements | 0.4 | 164.00 |
| | Lewis, Forrest | Email w/ Colella & Hamilton re debtor tax staff needs for next 30 days | 0.3 | 112.50 |
| 10/29/09 | Eckles, Jeff | Prepare notes re scope of tax work & initial meeting with Zablocki | 0.3 | 117.00 |
| 10/31/09 | Lewis, Forrest | Email to Eckles, Colella,  & Ruppal re: 505b procedure to shorten statute of limitations on any quarterly tax returns | 0.2 | 75.00 |
| 11/01/09 | Lewis, Forrest | Preparation agenda items per Colella re: tax planning meeting | 0.8 | 300.00 |
| 11/02/09 | Colella, Mike | Preparation for initial tax mtgs w/ MLC tax | 0.4 | 164.00 |
| | Eckles, Jeff | Initial scan of 363 sale document for general understanding of transaction | 0.5 | 195.00 |
| | | Preparation of agenda for the 11/4 kickoff meeting | 1.6 | 624.00 |
| | Lewis, Forrest | Highlight provisions in 363 sale doc to PM team | 1.0 | 375.00 |
| | | Prep list of tax agenda items and send tentative list to Eckles & Ruppal | 1.4 | 525.00 |
| | | Research and send article R Zablocki | 1.0 | 375.00 |
| 11/03/09 | Colella, Mike | Preparation for 11/4 tax meeting w/ MLC | 0.6 | 246.00 |
| | Eckles, Jeff | Prep agenda & additional discussion topics for 11/4 meeting | 1.9 | 741.00 |
| | Gove, Veronica | Type, edit and finalize outline for 11/4 mtg, e/m to Eckles | 0.8 | 64.00 |
| | Lewis, Forrest | Send info to Zablocki re: tax issues | 1.0 | 375.00 |
| 11/04/09 | Colella, Mike | Kickoff  tax mtg with MLC (Zablocki) & PM (Eckles, Ruppal, Lewis, Colella) | 3.2 | 1,312.00 |
| | | Preparation for Nov 4 tax meeting with MLC | 0.5 | 205.00 |
| | Eckles, Jeff | Debriefing comments to Colella & Lewis (PM) after 11/4 tax mtg | 0.4 | 156.00 |
| | | Kick-off  tax mtg with MLC (Zablocki) & PM (Eckles, Ruppal, Lewis, Colella) | 3.2 | 1,248.00 |
| | | Review private letter ruling from 363 sale | 0.2 | 78.00 |
| | Lewis, Forrest | Kick-off  tax mtg with MLC (Zablocki) & PM (Eckles, Ruppal, Lewis, Colella) | 3.2 | 1,200.00 |
| | | Send info to Zablocki re: qualified settlement funds | 1.0 | 375.00 |
| 11/05/09 | Eckles, Jeff | Review private letter ruling from the 363 sale | 0.5 | 195.00 |
| | | Tax research | 0.6 | 234.00 |
| | Jolley, Mark | Review private letter ruling from the 363 sale and forward comments to Eckles | 2.4 | 996.00 |
| | Lewis, Forrest | Refer to private letter ruling on reorganization | 0.7 | 262.50 |
| | | Research/send info on conformity of federal and state taxable periods to Zablocki | 0.7 | 262.50 |
| | | Send first day tax order to Ruppal, Eckles and Colella and related items for consideration to Zablocki | 0.3 | 262.50 |
| | | Send info re prompt assessment of tax to shorten statute of limitations to Zablocki | 0.7 | 262.50 |
| 11/06/09 | Colella, Mike | Follow up items related to 11/4 tax meeting | 0.5 | 205.00 |
| | Eckles, Jeff | Review and reply to emails from Zablocki (MLC) and Forrest (PM) | 0.4 | 156.00 |
| | | Tax research | 0.4 | 156.00 |
| | Lewis, Forrest | Analyzed detail of first day tax order, send findings to Eckles & Ruppal (PM) | 1.0 | 375.00 |
| | | Email Eckles re tax issues | 0.2 | 75.00 |
| | | Email Eckles re: change in acctg method and research | 0.5 | 187.50 |
| | | Email with Zablocki re NOL | 0.2 | 75.00 |
| | | Locate articles on bankruptcy taxation for Zablocki & send per his request | 0.8 | 300.00 |
| | | Research re NOL issues | 1.0 | 375.00 |
| 11/10/09 | Eckles, Jeff | Initial review of tax memo prepared by WGM re to tax issues for POR | 0.5 | 195.00 |
| | Gove, Veronica | Assist Eckles prepare for conference call | 0.2 | 16.00 |
| | Lewis, Forrest | Email to Zablocki,  Eckles & Ruppal, re: Unsecured Claims | 0.6 | 225.00 |
| | | Email with Eckles & Ruppal, Weil Gotschal re trust | 0.6 | 225.00 |
| | | Review Weil Gotschal memo on tax issues per Zablocki | 1.8 | 675.00 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| 11/11/09 | Colella, Mike | Preliminary planning for area | 0.7 | 287.00 |
| | Eckles, Jeff | Discussions with Lewis regarding the Weil Gotschall tax planning memo | 0.4 | 156.00 |
| | | Review of Weil tax planning memo and discussions with Lewis | 0.6 | 234.00 |
| | Lewis, Forrest | Draft memo on tax issues per Zablocki | 0.7 | 262.50 |
| 11/12/09 | Colella, Mike | Read & respond to tax related emails (PM and Weil) | 0.5 | 205.00 |
| | Eckles, Jeff | Review PM memo on WGM tax memo and discuss w/ Lewis (PM) | 0.9 | 351.00 |
| | Lewis, Forrest | Discuss PM memo on WGM tax planning issues w Eckles (PM) | 0.9 | 337.50 |
| | | Edit trust planning memo for Sec 362(e)/468B & send to Eckles & Zablocki | 2.3 | 862.50 |
| 11/13/09 | Eckles, Jeff | Finalize PM memo on the Weil tax memo & discuss with Zablocki | 1.0 | 390.00 |
| 11/17/09 | Eckles, Jeff | Conference call with Zablocki re update on current tax matters | 0.7 | 273.00 |
| 11/18/09 | Eckles, Jeff | Call w MLC (Zablocki) & PM (Lewis, Merkel, Ruppal) re WGM tax memo | 0.6 | 234.00 |
| | Lewis, Forrest | Call w MLC (Zablocki) & PM (Eckles, Merkel, Ruppal) re WGM tax memo | 0.6 | 225.00 |
| | | Call with Zablocki re: 505b letters for monthly and certain other state taxes | 0.3 | 112.50 |
| | | Research on various conflicting authorities on tax basis of assets | 0.5 | 187.50 |
| 11/19/09 | Eckles, Jeff | Prep and conf call with Zablocki and Goldring re POR tax issues | 1.3 | 507.00 |
| | Jolley, Mark | Tax mtg in Chicago with Goldring (Weil), Monaghan & Lewis | 0.7 | 290.50 |
| | Lewis, Forrest | Phone conf with Ruppal re: G Reorg and 363 sale treatment questions | 0.4 | 150.00 |
| | | Phone conf with Zablocki, & Eckles to follow up re: Chicago mtg | 0.3 | 112.50 |
| | | Tax mtg in Chicago with Goldring (Weil), Jolley & Monaghan re trusts | 0.7 | 262.50 |
| | Monaghan, Michael | Tax mtg in Chicago with Goldring (Weil), Jolley & Lewis | 0.7 | 227.50 |
| 11/22/09 | Lewis, Forrest | Email Zablocki re use of request for prompt determination on certain taxes | 0.2 | 75.00 |
| | | Send details on BC 1146 document tax exemption to Ruppal, at his request | 1.8 | 675.00 |
| 11/23/09 | Eckles, Jeff | Discuss with Zablocki various current tax matters | 0.4 | 156.00 |
| | | Review and reply to e-mails with Zablocki and Lewis re POR tax issues | 0.5 | 195.00 |
| | Lewis, Forrest | Make edits/additions to email to Zablocki | 0.3 | 112.50 |
| 11/24/09 | Lewis, Forrest | Compile notes from tax planning  mtg in Chicago for Zablocki | 1.1 | 412.50 |
| 11/25/09 | Gove, Veronica | Assist Eckles prepare for conference call | 0.2 | 16.00 |
| 11/30/09 | Colella, Mike | Read technical guidance & update testing procedures | 0.2 | 82.00 |
| | Eckles, Jeff | Prep agenda for the 12/1/09 meeting with Zablocki | 0.4 | 156.00 |
| | | Research IRC section 142 related to tax-exempt financing issues & discuss w/ Zablocki | 0.6 | 234.00 |
| | Jolley, Mark | Conf call w/ Zablocki & Merkel re: attorney's memo on tax issues | 0.8 | 332.00 |
| | Lewis, Forrest | PDF mtg notes, send to Zablocki | 0.3 | 112.50 |
| 12/01/09 | Eckles, Jeff | Phone conf w/ Jolley and Lewis discuss agenda for 1:30 conf call w/ Zablocki | 0.4 | 156.00 |
| | | Tax research regarding IRC Section 468B Qualified Settlement Fund tax rules | 0.6 | 234.00 |
| | Gove, Veronica | Assist Eckles prepare for conference call | 0.2 | 16.00 |
| | Jolley, Mark | Phone conf w/ Eckles and Lewis discuss agenda for 1:30 conf call w/ Zablocki | 0.4 | 166.00 |
| | | Phone conf w/ Eckles, Lewis, Merkel, Ruppal and Zablocki re: tax matters | 1.4 | 581.00 |
| | Lewis, Forrest | Compile & send info on deductions for a qualified settlement fund to Zablocki,  at his request | 1.7 | 637.50 |
| | | Compile & send info on tax issues | 1.4 | 525.00 |
| | | Conf with Eckles and Jolley re agenda for 1:30 PM phone conf w/ Zablocki | 0.4 | 150.00 |
| | | Phone conf with Eckles, Jolley, Merkel, Ruppal, and Zablocki,  re: tax planning | 1.4 | 525.00 |
| 12/02/09 | Eckles, Jeff | Meeting with Zablocki regarding the tax projections | 0.7 | 273.00 |
| | | Review emails and discussion with Lewis re Qualified Settlement Fund (QSF) deductible expenses & alternative minimum tax | 0.3 | 117.00 |
| | | Review of tax projections prepared by Zablocki | 0.7 | 273.00 |
| | Lewis, Forrest | Answer question for Eckles re QSF & alternative minimum tax in bankruptcy | 0.3 | 112.50 |
| | | Arrange for Southfield tax dept. to purchase tax service on 468B | 0.3 | 112.50 |
| | Monaghan, Michael | Forward AMT info to Eckles | 0.2 | 65.00 |
| 12/03/09 | Gove, Veronica | Distribution of Zablocki (MLC) contact information to team | 0.2 | 16.00 |
| 12/04/09 | Eckles, Jeff | Discussions with Zablocki and Ratze re Zablocki access to PM tax research software | 0.3 | 117.00 |

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| | | Review of e-mails and response to Colella re update to the Board | 0.2 | 78.00 |
| 12/05/09 | Eckles, Jeff | Prepare tax update memo for Colella to discuss with the Board re tax services | 0.5 | 195.00 |
| 12/07/09 | Eckles, Jeff | Review of info re Nova Scotia entity tax issues and discussions with Zablocki and Greenway (part of call) | 1.2 | 468.00 |
| | Greenway, Denise | Conference call re ULC structure of with Eckles/Zablocki | 0.7 | 280.00 |
| | Lewis, Forrest | Research re real estate tax issues per Zablocki | 3.9 | 1,462.50 |
| 12/09/09 | Eckles, Jeff | Discuss with Zablocki and Greenway regarding Nova Scotia entity tax issues | 0.5 | 195.00 |
| 12/10/09 | Greenway, Denise | NSULC - research Canada CODI and Bad Debt general provisions | 1.5 | 600.00 |
| | Lewis, Forrest | Answer question from Zablocki re definition of insolvency under Sec 108 | 0.1 | 37.50 |
| 12/11/09 | Colella, Mike | Discussion with (Zablocki) re PM tax services and requirements | 0.2 | 82.00 |
| 12/12/09 | Lewis, Forrest | Analyze newly released IRS Notice 2009-2 and forward to Zablocki,  with comments on implications cc to Eckles, Ruppal, Merkel | 0.6 | 225.00 |
| 12/14/09 | Addison, Butch | NSULC structure tax implications counsel to Greenway. | 1.1 | 467.50 |
| | Greenway, Denise | Call Webb re preview of MLC conference call | 0.5 | 200.00 |
| | | Conf call Zablocki, Webb, and GM Legal/Tax (Larry/Ann) re. background of NSULC structure and related transactions & update Eckles | 1.0 | 400.00 |
| | | Create spreadsheet econ balance sheet; issue list; update ppt for meeting comments; update spreadsheet for meeting comments | 0.7 | 280.00 |
| | | Debriefing call with Rick and Webb re GM legal call 12/10; formulate next steps; further issue identification re bad debt expense | 0.5 | 200.00 |
| | | Discuss with Addison (PM) re  bad debt issues | 1.1 | 440.00 |
| 12/17/09 | Colella, Mike | Discussion with  (Rick) re P&M tax services provided | 0.2 | 82.00 |
| | | Prep written notes summarizing significant matters discussed with BOD and email to other PM team members with related expectations and dates | 0.4 | 164.00 |
| | Greenway, Denise | Conf call Zablocki (MLC) and Collins Barrow (Canadian affiliate) | 1.3 | 520.00 |
| 12/18/09 | Eckles, Jeff | Discussion with Zablocki re MLC preparing the 2009 B period income tax returns | 0.3 | 117.00 |
| 12/21/09 | Eckles, Jeff | Review of memo prepared by Zablocki re MLC preparing the 2009 B period tax returns and discussions with Zablocki | 0.5 | 195.00 |
| | Lewis, Forrest | recommend an amount be built into quotes on tax returns for preparation of request for prompt determination | 0.2 | 75.00 |
| | | research tax issues | 1.0 | 375.00 |
| | | Research treatment of ERT income in tax service on Qualified Settlement Funds, email conclusions to Eckles | 1.0 | 375.00 |
| 12/28/09 | Eckles, Jeff | Discuss with Zablocki re MLC preparing the 2009 B period income tax returns | 0.2 | 78.00 |
| 01/06/10 | Lewis, Forrest | Locate relevant court documents for this case and send to Eckles &Colella | 0.4 | 150.00 |
| 01/12/10 | Greenway, Denise | Conf call w/ Zablocki re: MLC/ULC matters | 0.6 | 240.00 |
| | Lewis, Forrest | Received email from Zablocki, MLC on MOR and related tax issues, replied to him | 0.2 | 75.00 |
| 01/13/10 | Lewis, Forrest | Read MLC monthly financial report per Zablocki, MLC with regard to tax treatment of settlement with splinter unions | 0.6 | 225.00 |
| 01/14/10 | Eckles, Jeff | Discussion with Zablocki and Lewis regarding tax treatment of settlement with splinter unions | 0.3 | 117.00 |
| | | Review of write-up on settlement with splinter unions | 0.3 | 117.00 |
| | Lewis, Forrest | Looked at definitions of assumed and retained liabilities in MSPA with regard to tax treatment of settlement with splinter unions in preparation for phone conf with Zablocki, MLC | 0.4 | 150.00 |
| | | Looked at tax rules with regard to tax treatment of settlement with splinter unions in preparation for phone conf with Zablocki, MLC | 1.6 | 600.00 |
| | | Phone conf with Eckles, PM with regard to tax treatment of settlement with splinter unions | 0.3 | 112.50 |
| 01/15/10 | Eckles, Jeff | Conf call with Zablocki and Lewis re splinter unions  settlement tax issues | 0.4 | 156.00 |
| | Lewis, Forrest | Phone conf with Eckles, PM and Zablocki, MLC on tax treatment of settlement with splinter unions | 0.4 | 150.00 |
| | | Send copy of IRS regulation to Zablocki, MLC at his request | 0.3 | 112.50 |

MLC (Case #09-50026) - Plante & Moran January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| 01/18/10 | Colella, Mike | Emails to tax team relating to organization and retention of necessary documents | 0.2 | 82.00 |
|  | Lewis, Forrest | Project management and planning | 0.6 | 225.00 |
| 01/19/10 | Eckles, Jeff | Summarize services rendered in Nov and Dec | 0.9 | 351.00 |
|  | Greenway, Denise | Read escrow agreement, lock-up agreement & NS lawsuit; email Zablocki re inconsistencies in factual assumptions re GMNS Finance's balance sheet and relationship with GMNS Investments | 2.2 | 880.00 |
| 01/21/10 | Greenway, Denise | MLC Research and draft memo re various international tax issues | 3.8 | 1,520.00 |
| 01/22/10 | Colella, Mike | Email to Eckles (PM) re tax update | 0.1 | 41.00 |
|  | Eckles, Jeff | Conf call with Zablocki and Greenway (PM) re Canadian  and US Nova Scotia entity tax issues | 0.4 | 156.00 |
|  | Greenway, Denise | Conf call with Zablocki and Eckles (PM) re Canadian  and US Nova Scotia entity tax issues | 0.4 | 160.00 |
|  |  | Updates/revisions to memo | 0.1 | 40.00 |
| 01/24/10 | Greenway, Denise | Teleconference w/ Webb re review of memo & impact of Dec bankruptcy filing | 0.5 | 200.00 |
| 01/25/10 | Colella, Mike | Prep for tax update and coordination meeting with Eckles (PM) | 0.1 | 41.00 |
|  |  | Update and coordination meeting with Eckles (PM) in connection with tax services | 0.6 | 246.00 |
|  | Eckles, Jeff | Tax update and coordination meeting with Colella | 0.6 | 234.00 |
| 01/27/10 | Colella, Mike | Messages left for Eckles (PM) re results of PM tax / meeting with MLC (Rick) | 0.2 | 82.00 |
|  | Eckles, Jeff | Meeting with Zablocki, Hamilton, Ruppal and Merkel to discuss tax return | 1.9 | 741.00 |
| 01/28/10 | Colella, Mike | Emails with Eckles (PM) re results of PM / tax meeting with MLC (Rick) and assistance on team policies and procedures | 0.2 | 82.00 |
| 01/29/10 | Greenway, Denise | Amortization of loan costs; disc Merkel re character consent fee US law; discussion w/ Zablocki re presentation of US tax issues | 1.5 | 600.00 |
|  |  | Prep for conference call; research Section 128 Canada tax act re: defn bankrupt; research Section 61.4 | 1.6 | 640.00 |
|  |  | Research status NSULC; draft memo | 2.4 | 960.00 |
|  |  | Teleconference Zablocki re review of draft memo | 0.8 | 320.00 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| SLC | | | 72.8 | 21,933.40 |
| 10/22/09 | Ruppal, Curtis | Discussion with PM (Eckles & Colella) re scope of tax work | 0.2 | 67.00 |
| 10/23/09 | Eckles, Jeff | Discussion with Ruppal (PM) re state and local tax matters | 0.2 | 78.00 |
| | Ruppal, Curtis | Discussion with Eckles (PM) re state and local tax matters | 0.2 | 67.00 |
| 11/04/09 | Ruppal, Curtis | Kick-off tax mtg with MLC (Zablocki) & PM (Eckles, Ruppal, Lewis, Colella) | 3.2 | 1,072.00 |
| 11/18/09 | Eckles, Jeff | Follow up re MI bsns tax issues on 363 sale transaction | 0.3 | 117.00 |
| | Merkel, Mike | Call w MLC (Zablocki) & PM (Lewis, Eckles, Ruppal) re WGM tax memo | 0.6 | 146.40 |
| | | Call with Ruppal re tax research requests by MLC (Zablocki) | 0.9 | 219.60 |
| | Ruppal, Curtis | Call w MLC (Zablocki) & PM (Lewis, Eckles, Merkel) re WGM tax memo | 0.6 | 201.00 |
| | | Call with Merkel re tax research requests by MLC (Zablocki) | 0.9 | 301.50 |
| 11/19/09 | Corrigan, J A | Discuss Activity Tax issues with Curtis Ruppal (PM) | 0.6 | 159.60 |
| | | Discuss Activity Tax issues with Ruppal (PM) | 0.6 | 159.60 |
| | Ruppal, Curtis | Discuss Activity Tax issues with Julie Corrigan (PM) | 0.6 | 201.00 |
| | | Phone call with Zablocki re: non-income taxes related to 363 sale | 0.5 | 167.50 |
| | | Phone conf with Lewis re G reorg and sale treatment | 0.4 | 134.00 |
| | | Review state issues for discussion with Eckles | 0.3 | 100.50 |
| | | Tax research per Zablocki | 2.1 | 703.50 |
| 11/20/09 | Merkel, Mike | Call Ruppal (PM) and then conf w Zablocki (MLC) re state tax research conclusions | 1.1 | 268.40 |
| | Ruppal, Curtis | Call Merkel (PM) and then conf w Zablocki (MLC) re state tax research findings | 1.1 | 368.50 |
| 11/23/09 | Merkel, Mike | Discussion with Zablocki re issues | 0.1 | 24.40 |
| | | Research tax question | 1.4 | 341.60 |
| 11/24/09 | Merkel, Mike | Discuss tax issues w/ Zablocki | 0.1 | 24.40 |
| | | Summarize tax conclusion in preparation for call with Zablocki | 0.4 | 97.60 |
| 11/30/09 | Corrigan, J A | research tax issues | 0.6 | 159.60 |
| | Merkel, Mike | Discuss status with Ruppal and required research necessary at this point | 0.3 | 73.20 |
| | | Research Delaware treatment of G reorganization | 0.2 | 48.80 |
| | Ruppal, Curtis | Call w/ Merkel re: non-income taxes | 0.3 | 100.50 |
| | | Call with Zablocki re: non-income taxes with 363 sale, sales & use & personal property returns | 0.5 | 167.50 |
| 12/01/09 | Eckles, Jeff | Prep for and meeting with Zablocki and Merkel re numerous tax matters | 3.5 | 1,365.00 |
| | Merkel, Mike | Phone Conf mtg w/ Eckles, Jolley, Merkel, Ruppal and Zablocki re tax planning | 1.4 | 341.60 |
| | | Research DE gross receipts tax applicability to Section 363 reorg as well as definition of gross receipts | 4.8 | 1,171.20 |
| | Ruppal, Curtis | Phone Conf mtg w/ Eckles, Jolley, Merkel, Lewis and Zablocki re tax planning | 1.4 | 469.00 |
| 12/03/09 | Merkel, Mike | Discuss research memo progress and tax year end for Michigan with Zablocki | 0.1 | 24.40 |
| 12/04/09 | Merkel, Mike | Gather & forward copy of the MBT definition of "tax year" for Zablocki | 0.2 | 48.80 |
| 12/05/09 | Lewis, Forrest | Send sales tax question to Ruppal and Merkel, re: BC 1146 | 0.2 | 75.00 |
| 12/06/09 | Merkel, Mike | Research 363 transaction affect on taxation in DE | 2.9 | 707.60 |
| 12/07/09 | Merkel, Mike | Section 363 multistate return, Send draft of several states to Zablocki for comments/suggestions. Additional research re state tax issues | 3.9 | 951.60 |
| | Ruppal, Curtis | Call with Zablocki re gross receipts taxed related to the 363 transaction | 0.4 | 134.00 |
| 12/08/09 | Merkel, Mike | Call Delaware to discuss treatment of sale of assets | 1.8 | 439.20 |
| | | Discuss State 363 summary w/ Ruppal | 0.2 | 48.80 |
| | | Research State tax issue | 0.6 | 146.40 |
| | | Research State tax issue | 1.2 | 292.80 |
| | Ruppal, Curtis | Research State tax issue | 1.1 | 368.50 |
| | | Research State tax issue | 1.7 | 569.50 |
| | | Research State tax issue | 1.3 | 435.50 |
| | | Research State tax issue | 0.7 | 234.50 |
| | | Research State tax issue | 0.8 | 268.00 |
| | | Research State tax issue | 1.2 | 402.00 |
| | | Research State tax issue | 0.9 | 301.50 |
| | | Research State tax issue | 1.0 | 335.00 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| 12/09/09 | Lewis, Forrest | Read draft of Ruppal gross receipts memo to Zablocki and reply | 0.7 | 262.50 |
| 12/10/09 | Ruppal, Curtis | Call with Zablocki to review draft gross receipts tax memorandum | 0.3 | 100.50 |
| 12/11/09 | Merkel, Mike | Further WA research into applicability of casual transaction exclusion for sale from  to new GM | 2.6 | 634.40 |
| | Ruppal, Curtis | Additional gross receipts tax research and revise draft memorandum | 2.2 | 737.00 |
| | | Call with Zablocki re: sales and use tax compliance and process | 0.4 | 134.00 |
| | | Correspondence with Speed Tax regarding ability to integrate with 's 200 software | 0.6 | 201.00 |
| | | Follow up call with Zablocki regarding sales and use tax compliance | 0.6 | 201.00 |
| 12/14/09 | Ruppal, Curtis | Edit memorandum on state gross receipts taxes related to the 363 transaction | 1.1 | 368.50 |
| 12/15/09 | Ruppal, Curtis | Edit memorandum on state gross receipts taxes related to the 363 transaction | 0.2 | 67.00 |
| 12/17/09 | Merkel, Mike | Mtg with Zablocki & Ruppal re sales & use tax transition and personal property tax compliance | 2.5 | 610.00 |
| | | Second meeting w/ Zablocki & Ruppal  and with tax staff of New GM regarding the same (sales/use and personal property tax) | 0.5 | 122.00 |
| | Ruppal, Curtis | Mtg with Zablocki & Ruppal re sales & use tax transition and personal property tax compliance | 2.5 | 837.50 |
| | | Second meeting w/ Zablocki & Merkel and with tax staff of New GM regarding the same (sales/use and personal property tax) | 0.5 | 167.50 |
| 12/19/09 | Ruppal, Curtis | Call with Hamilton to walk through MLC Daily Cash Position -Excel database | 0.8 | 268.00 |
| 12/20/09 | Ruppal, Curtis | Prepare high level write up re MLC Daily Cash Position Functionality | 0.1 | 33.50 |
| 12/21/09 | Ruppal, Curtis | Conference call with Zablocki and Anton Donde, Speed Tax re sales & use tax compliance software | 0.8 | 268.00 |
| 01/19/10 | Lewis, Forrest | Get more info on property tax issues for Zablocki per his request | 1.1 | 412.50 |
| | | Send info on property tax authorities interest to Zablocki | 0.2 | 75.00 |
| 01/27/10 | Eckles, Jeff | Review of 2010 Illinois annual report, Tax research and discussion with Hord | 0.8 | 312.00 |
| | Merkel, Mike | Email to Zablocki to f/u on Sales and Property Tax filings - updated list of returns - filing of final returns - copies of prior filed returns | 0.2 | 48.80 |
| | | Meeting with Zablocki and Hamilton (MLC) and Eckles (PM) regarding sales and use tax compliance, personal property tax compliance and appeals, and income tax compliance for year ending 12/31/2009 | 1.9 | 463.60 |
| | Ruppal, Curtis | Meeting with Zablocki and Hamilton (MLC) and Eckles and Merkel (PM) regarding sales and use tax compliance, personal property tax compliance and appeals, and income tax compliance for year ending 12/31/2009 | 1.9 | 636.50 |
| 01/28/10 | Eckles, Jeff | Additional tax research into state statute and discussions with Zablocki | 0.7 | 273.00 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| FEE | | | 25.7 | 6,049.00 |
| 01/06/10 | Colella, Mike | Hours and description review for fee application | 0.5 | 205.00 |
| 01/08/10 | Campbell, Michelle | Compile and review Oct-Dec hours for January fee application | 6.0 | 480.00 |
| 01/09/10 | Campbell, Michelle | Compile and review Oct-Dec hours for January fee application | 4.5 | 360.00 |
| 01/13/10 | Campbell, Michelle | Compile and review Oct-Dec hours for January fee application | 0.9 | 72.00 |
| 01/14/10 | Campbell, Michelle | Compile and review Oct-Dec hours for January fee application | 1.6 | 128.00 |
| 01/15/10 | Campbell, Michelle | Compile and review Oct-Dec hours for January fee application | 0.6 | 48.00 |
| | Colella, Mike | Review of hours and description for fee application | 1.2 | 492.00 |
| 01/16/10 | Colella, Mike | Review hours and descriptions | 2.2 | 902.00 |
| 01/17/10 | Colella, Mike | Review hours and descriptions for fee preparation and related follow up | 3.2 | 1,312.00 |
| 01/18/10 | Colella, Mike | Review hours and descriptions for fee preparation and related follow up | 3.4 | 1,394.00 |
| 01/19/10 | Colella, Mike | Hours and description review for fee application | 1.3 | 533.00 |
| 01/29/10 | Colella, Mike | Approval on PM internal time posting changes to increase time summary efficiencies | 0.3 | 123.00 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|---|---|---|---|---|
| RET | | | 92.6 | 18,654.00 |
| 10/21/09 | Colella, Mike | Retention related activities | 0.8 | 328.00 |
| 10/31/09 | Colella, Mike | Retention related activities | 0.3 | 123.00 |
| 11/01/09 | Risi, Thomas | Assist in drafting portions of engagement letter for retention | 2.0 | 650.00 |
| 11/02/09 | Colella, Mike | Conf call w/ WGM (Russell) and Weed (MP) re P&M retention & fee process | 0.2 | 82.00 |
| | | Edits to P&M engagement letter to be retained | 0.6 | 246.00 |
| | Weed, Tim | Conf call w/ Weil (Russell) and Colella (PM) re P&M retention & fee process | 0.2 | 79.00 |
| 11/03/09 | Weed, Tim | Review pleadings from Weil re retention | 1.0 | 395.00 |
| 11/04/09 | Denham, Sharon | Conflict check | 1.5 | 120.00 |
| | Kuchera, Barbara | Client numbers for conflict check | 0.5 | 40.00 |
| | Weed, Tim | Skim Master Conflicts listing and develop conflicts plan | 0.2 | 79.00 |
| | Weimer, Claire | Conflict check | 1.0 | 80.00 |
| 11/05/09 | Bynum, Emiko | Client numbers for conflict checks to Sharon Denham | 2.0 | 200.00 |
| | Colella, Mike | Research court documents for compensation of professionals | 0.4 | 164.00 |
| | | Review court procedures relating to retention & interim compensation | 0.8 | 328.00 |
| | | Review master retention list for conflicts | 0.6 | 246.00 |
| | Crist, Elizabeth | Conflict check | 2.0 | 160.00 |
| | deManincor, Faith | Conflict check | 3.0 | 240.00 |
| | Denham, Sharon | Meet w/ Weed re progress on conflict check for MLC application for employment | 1.5 | 120.00 |
| | Hengesbaugh, Mary | Conflict check | 1.0 | 80.00 |
| | Johnson, Sue | Conflict check | 1.2 | 96.00 |
| | Kuchera, Barbara | Client numbers for conflict check | 1.0 | 80.00 |
| | Major, Sandra | Conflict check | 2.7 | 216.00 |
| | Moosekian, Kim | Conflict check | 2.5 | 200.00 |
| | Vanden Boom, Laurence | Conflict check | 1.5 | 120.00 |
| | Weed, Tim | Meet w/ Denham re progress on conflict check for MLC Application for PM employment | 1.5 | 592.50 |
| | Weimer, Claire | Conflict check | 1.0 | 80.00 |
| 11/06/09 | Bowman, Florence | Conflict check | 0.3 | 24.00 |
| | Caston, Luci | Conflict check | 2.2 | 220.00 |
| | Colella, Mike | Retention related activities | 0.5 | 205.00 |
| | Crist, Elizabeth | Conflict check | 1.7 | 136.00 |
| | Denham, Sharon | Conflict check | 2.0 | 160.00 |
| | Johnson, Sue | Review court document for Weed (PM) relating to retention | 0.5 | 40.00 |
| | Kuchera, Barbara | Client numbers for conflict check | 0.8 | 64.00 |
| 11/09/09 | Bowman, Florence | Conflict check | 1.0 | 80.00 |
| 11/10/09 | Bowman, Florence | Conflict check | 0.7 | 56.00 |
| | Denham, Sharon | Conflict check | 1.8 | 144.00 |
| | Givens, Tracey | Conflict check | 4.5 | 360.00 |
| | Weed, Tim | Review preliminary conflicts results and follow up on 1% client data request with J. Smith | 1.0 | 395.00 |
| 11/11/09 | Colella, Mike | Follow up on retention related items (conflicts check, retention docs) | 1.2 | 492.00 |
| | Weed, Tim | Prep timekeeping and other requirements for engagement team | 1.3 | 513.50 |
| 11/12/09 | Weed, Tim | Continue checking PM Conflicts & emails to PM partners re connections | 1.7 | 671.50 |
| 11/13/09 | Denham, Sharon | Conflict check | 1.5 | 120.00 |
| | Risi, Thomas | Conflict check | 0.5 | 162.50 |
| | Weed, Tim | Delegate conflict disclosure drafting to Denham | 1.1 | 434.50 |
| | | Forward partner responses on unresolved relationships to Denham | 0.4 | 158.00 |
| | Woods, Jon | Research conflict/independence issues re temp staffing assistance to MLC | 0.5 | 167.50 |
| 11/16/09 | Weed, Tim | Identify additional conflicts to investigate | 0.2 | 79.00 |
| 11/17/09 | Denham, Sharon | Conflict check | 0.3 | 24.00 |
| | Weed, Tim | Additional conflict data to Denham | 0.3 | 118.50 |
| 11/20/09 | Colella, Mike | Review potential conflicts/disclosures re PM municipal clients | 0.8 | 328.00 |
| 11/23/09 | Colella, Mike | Meet with Weed re retention application | 0.4 | 164.00 |
| | | Review affidavit, disclosures of conflicts and application for employment | 0.8 | 328.00 |

MLC (Case #09-50026) - Plante & Moran January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| | Weed, Tim | Delegate additional conflict check follow up to Russell (PM) | 0.3 | 118.50 |
| | | Meet with Colella re retention application | 0.4 | 158.00 |
| 11/24/09 | Colella, Mike | Prep/review re affidavit, disclosures of conflicts and application for employment | 1.2 | 492.00 |
| | Moosekian, Kim | Revise retention documents | 3.8 | 304.00 |
| | Weed, Tim | Draft application & affidavit and communicate with Moosekian & Colella | 2.4 | 948.00 |
| 11/25/09 | Denham, Sharon | Conflict check | 1.5 | 120.00 |
| | Russell, Robert | Assist in conflict check for top 100 unsecured & top 100 suppliers | 1.0 | 150.00 |
| | Weed, Tim | Edit Retention docs, delegate changes to Denham & follow up to Russell | 2.0 | 790.00 |
| 12/01/09 | Colella, Mike | Review initial draft of P&M conflicts in connection w/ P&M retention | 0.2 | 82.00 |
| | Weed, Tim | Delegate verification of Conflict check disclosure and required changes to Denham (PM) | 1.5 | 592.50 |
| 12/02/09 | Colella, Mike | Review and edit retention documents and list of conflicts | 0.9 | 369.00 |
| | Weed, Tim | Changes to conflicts disclosure | 0.5 | 197.50 |
| 12/04/09 | Denham, Sharon | Conflict check | 1.5 | 120.00 |
| | Johnson, Sue | Verify list of Former Clients for conflict check | 2.5 | 200.00 |
| 12/07/09 | Campbell, Michelle | Typing and other assistance relating to retention documents | 3.8 | 304.00 |
| | Denham, Sharon | Conflict check | 0.5 | 40.00 |
| | Weed, Tim | Final changes to conflicts disclosure | 1.0 | 395.00 |
| 12/08/09 | Campbell, Michelle | Edit retention documents | 2.2 | 176.00 |
| 12/11/09 | Campbell, Michelle | Edit retention documents | 0.5 | 40.00 |
| 12/21/09 | Gove, Veronica | Scan and e-mail tax info required to be retained | 0.2 | 16.00 |
| 01/14/10 | Risi, Thomas | Assistance on revisions to engagement letter | 1.0 | 325.00 |
| 01/24/10 | Colella, Mike | Update and revise internal workflows for client acceptance and setting up client in our practice management system | 1.8 | 738.00 |
| 01/27/10 | Colella, Mike | Discussion with MLC (Hamilton) re PM retention status and key open item | 0.1 | 41.00 |
| | | Review open items required to finalize PM retention documents | 0.4 | 164.00 |
| 01/28/10 | Colella, Mike | Email re conf call with Brookes (WGM) re PM retention | 0.1 | 41.00 |
| | | Review open items to complete PM retention documents | 0.4 | 164.00 |
| 01/29/10 | Colella, Mike | Discussion with Selzer (MLC) re application process | 0.1 | 41.00 |
| | | Revising retention documents (application & affidavit) | 1.8 | 738.00 |

MLC (Case #09-50026) - Plante & Moran - January 2010 Fee Application - Detail Time Entries

| DATE | PERSON | DETAIL TIME DESCRIPTION BY PROJECT WORK CODE | HOURS | FEES |
|------|--------|----------------------------------------------|-------|------|
| NWT | | | 85.4 | 12,238.10 |
| 11/04/09 | Colella, Mike | Travel to/from Sfld (PM) &  Detroit (MLC) for meeting (50% Rate) | 1.0 | 205.00 |
| | Eckles, Jeff | Travel time for meeting with Zablocki and Jim Seltzer (50% Rate) | 1.0 | 195.00 |
| | Lewis, Forrest | Drove to/from Dewitt, Southfield, and Detroit, MI (50% Rate) | 5.2 | 977.60 |
| 11/11/09 | Woods, Jon | Travel to/from SF office to MLC Ren Cen (50% Rate) | 1.0 | 168.00 |
| 12/01/09 | Eckles, Jeff | Travel time for Dec 1, 2009 meeting with Zablocki (50% Rate) | 1.0 | 195.00 |
| | Merkel, Mike | Travel to/from  mtg w/ Zablocki in Detroit to discuss tax issues and filing requirements (50% Rate) | 1.0 | 122.00 |
| 12/02/09 | Eckles, Jeff | Travel to Southfield Office to MLC-RenCen (50% rate) | 1.0 | 195.00 |
| 12/11/09 | Colella, Mike | Travel from PM Southfield office to MLC Detroit (50% Rate) | 0.5 | 102.50 |
| 12/17/09 | Colella, Mike | Travel to/from PM Southfield office to MLC Detroit (50% Rate) | 1.0 | 205.00 |
| | Ruppal, Curtis | Round trip travel to/from Grand Rapids (50% Rate) | 4.0 | 672.00 |
| 12/23/09 | Colella, Mike | Travel to/from PM Southfield office to MLC Detroit (50% Rate) | 0.8 | 164.00 |
| 01/06/10 | Hoekstra, Peggy | Travel to MLC from Southfield West (50% Rate) | 0.5 | 39.00 |
| 01/07/10 | Colella, Mike | Travel from PM Southfield to MLC Detroit (50% Rate) | 0.4 | 82.00 |
| 01/11/10 | Farmer, Doug | Travel from Kalamazoo to Detroit @ Travel Rate (50% Rate) | 2.5 | 420.00 |
| | Zajac, Mark | Travel from Kalamazoo to Detroit @ Travel Rate (50% Rate) | 3.0 | 249.00 |
| 01/12/10 | Colella, Mike | Travel - Travel from PM Southfield to MLC Detroit (50% Rate) | 0.6 | 123.00 |
| 01/13/10 | Colella, Mike | Travel - Travel from PM Southfield to MLC Detroit (50% Rate) | 0.4 | 82.00 |
| | Farmer, Doug | Travel from Detroit to Chicago  (50% Rate) | 4.5 | 756.00 |
| | | Travel from Southfield to Detroit  (50% Rate) | 0.5 | 84.00 |
| 01/14/10 | Zajac, Mark | Travel from Detroit to Chicago  (50% Rate) | 5.0 | 415.00 |
| 01/15/10 | Farmer, Doug | Travel from Detroit to Chicago (50% Rate) | 4.7 | 789.60 |
| 01/18/10 | Zajac, Mark | Travel from Chicago to Detroit (50% Rate) | 4.0 | 332.00 |
| 01/19/10 | Brown, Furney | Travel to MLC corporate headquarters Detroit, MI (50% Rate) | 3.0 | 345.00 |
| | Farmer, Doug | Travel from Chicago to Detroit (50% Rate) | 4.7 | 789.60 |
| 01/21/10 | Brown, Furney | Travel home from MLC corporate headquarters Detroit, MI (50% Rate) | 3.0 | 345.00 |
| | Farmer, Doug | Travel from Detroit to Chicago (50% Rate) | 4.5 | 756.00 |
| | Zajac, Mark | Travel from Detroit to Chicago (50% Rate) | 4.0 | 332.00 |
| 01/24/10 | Farmer, Doug | Travel from Chicago to Detroit (50% Rate) | 4.5 | 756.00 |
| 01/25/10 | Zajac, Mark | Travel from Chicago to Detroit (50% Rate) | 4.0 | 332.00 |
| 01/27/10 | Eckles, Jeff | Travel to 1-27-10 meeting (50% Rate) | 1.0 | 195.00 |
| | Merkel, Mike | Travel to/from meeting with Zablocki & Hamilton and Eckles & Merkel (50% Rate) | 1.0 | 122.00 |
| | Ruppal, Curtis | Travel to mtg with Zablocki & Hamilton and Eckles & Merkel (50% Rate) | 2.5 | 420.00 |
| 01/28/10 | Farmer, Doug | Travel from Detroit to Chicago (50% Rate) | 4.5 | 756.00 |
| | Woods, Jon | Travel to/from Southfield & MLC RenCen (50% Rate) | 1.1 | 184.80 |
| | Zajac, Mark | Travel from Detroit to Chicago (50% Rate) | 4.0 | 332.00 |
| **Grand Total** | | | **1,417.2** | **354,195.70** |

**EXHIBIT TO INTERIM FEE APPLICATION BY PLANTE & MORAN, PLLC
FOR THE PERIOD OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

**Exhibit H**

**Expenses by Date by Professional**

MLC (Case # 09-50026) - First Interim Fee Application - January 2010

**Plante & Moran, PLLC - Detail Expenses by Date by Professional**
**For The Period October 9, 2009 Through January 31, 2010**

| STAFF | DATE | Miles | Car Rental | Transport | Hotel | Dinner | TOTAL | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Colella, Michael | 10/31/09 | | $ - | $ 12.00 | $ - | $ - | $ 12.00 | $6/day for 10/14, 16 at MLC |
| Colella, Michael | 11/30/09 | | | 9.00 | | | 9.00 | $9/day for 11/11 at MLC |
| Tousain, Alina | 12/21/09 | | | 81.00 | | | 81.00 | $12/day for 12/21, 22, 23, 28, 29, 30; $9 for 12/20 |
| Colella, Michael | 12/31/09 | | | 24.00 | | | 24.00 | $12/day for 12/11, 17 at MLC |
| Zajac, Mark | 01/11/10 | | | - | 100.57 | | 100.57 | |
| Farmer, Doug | 01/11/10 | 140 | | 70.00 | | | 70.00 | Mileage only Kalamazoo to Southfield |
| Zajac, Mark | 01/12/10 | | | - | 100.57 | 7.51 | 108.08 | |
| Farmer, Doug | 01/12/10 | 36 | | 38.00 | | 26.36 | 64.36 | Mileage Sfd to Det-Round Trip |
| Zajac, Mark | 01/13/10 | | | 12.00 | 100.57 | 5.82 | 118.39 | $12 parking at MLC |
| Farmer, Doug | 01/13/10 | 296 | | 164.75 | | | 164.75 | Mileage Sfd to Det  & Det-Chicago + $4.75 Tolls |
| Zajac, Mark | 01/14/10 | | | 33.58 | | 6.14 | 39.72 | $12 parking at MLC $21.58 rental car gas |
| Zajac, Mark | 01/15/10 | | 209.35 | 229.04 | | | 229.04 | $209 Car Rental (Detroit/Chicago), $15 gas+$4.69 tolls |
| Zajac, Mark | 01/18/10 | | | 367.40 | | 21.84 | 389.24 | Air r/t: $293 ORD-DTW, Taxis: $22 Home-ORD $52 DTW |
| Farmer, Doug | 01/18/10 | 278 | | 143.75 | | | 143.75 | Mileage Chicago-Detroit + $4.75 Tolls |
| Zajac, Mark | 01/18/10 | | | - | 164.45 | 21.84 | 186.29 | |
| Brown, Alex | 01/19/10 | 217 | | 113.50 | 100.57 | | 214.07 | Mileage Cleveland-Detroit + $5.00 Tolls; $100.57 Hotel |
| Zajac, Mark | 01/19/10 | | | - | 164.45 | 18.54 | 182.99 | |
| Farmer, Doug | 01/19/10 | | | 12.00 | 164.45 | 30.91 | 207.36 | |
| Brown, Alex | 01/20/10 | 217 | | 113.50 | | | 113.50 | Mileage Detroit-Cleveland + $5.00 Tolls |
| Zajac, Mark | 01/20/10 | | | - | 164.45 | 25.02 | 189.47 | |
| Farmer, Doug | 01/20/10 | | | 12.00 | 164.45 | 36.27 | 212.72 | |
| Zajac, Mark | 01/21/10 | | | 52.00 | | 6.24 | 58.24 | Taxi $52 MLC-DTW |
| Farmer, Doug | 01/21/10 | 278 | | 143.75 | | | 143.75 | Mileage Det-Chi + Tolls $4.75 |
| Farmer, Doug | 01/24/10 | 278 | | 143.75 | 148.35 | 23.55 | 315.65 | Mileage Chi-Det + $4.75Tolls |
| Zajac, Mark | 01/25/10 | | | 363.40 | 148.35 | | 511.75 | Air $289 ORD-DTW, Taxis $22 Home-ORD, $52 DTW-MLC |
| Farmer, Doug | 01/25/10 | | | 12.00 | 148.35 | 28.32 | 188.67 | $12 parking at MLC |
| Zajac, Mark | 01/26/10 | | | - | 148.35 | 4.65 | 153.00 | |
| Farmer, Doug | 01/26/10 | | | 12.00 | 148.35 | 26.20 | 186.55 | $12 parking at MLC |
| Zajac, Mark | 01/27/10 | | | - | 148.35 | 28.26 | 176.61 | |
| Farmer, Doug | 01/27/10 | | | 12.00 | 148.35 | 26.20 | 186.55 | $12 parking at MLC |
| Ruppal, Curtis | 01/27/10 | 153 | | 88.50 | | | 88.50 | Mileage Grand Rapids - Detroit, $12 Parking at MLC |
| Zajac, Mark | 01/28/10 | | | 60.00 | | | 60.00 | Taxi $60 MLC-DTW |
| Farmer, Doug | 01/28/10 | 278 | | 149.75 | | | 149.75 | Mileage Detroit-Chicago + $4.75 Tolls; $6.00 Parking |
| Tousain, Alina | 01/31/10 | | | 60.00 | | | 60.00 | $12/day for 01/5, 6, 7, 18, 19; $6/day for 1/23, 30 |
| Colella, Michael | 01/31/10 | | | 48.00 | | | 48.00 | $12/day for 01/5, 6, 7, 12 at MLC |
| Hoekstra, Peggy | 01/31/10 | - | | 60.00 | - | | 60.00 | $12/day for 1/6, 7, 11, 13; $6/day for 1/23, 30) |
| **TOTAL** | | 2,171 | $ 209.35 | $ 2,640.67 | $ 2,262.98 | $ 343.67 | $ 5,247.32 | |

| STAFF | Miles | Car Rental | Transport | Hotel | Dinner | TOTAL | COMMENTS |
|---|---|---|---|---|---|---|---|
| Brown, Alex (Furney) | 434 | $ - | $ 227.00 | $ 100.57 | $ - | $ 327.57 | Out of Town - 1 night/2 days |
| Colella, Michael | - | | 93.00 | | | 93.00 | In Town - parking |
| Farmer, Doug | 1,584 | | 913.75 | 922.30 | 197.81 | 2,033.86 | Out of Town - 6 nights/7 days |
| Hoekstra, Peggy | | | 60.00 | | | 60.00 | In Town - parking |
| Ruppal, Curtis | 153 | | 88.50 | | | 88.50 | Out of Town - no nights/1 day |
| Tousain, Alina | | | 141.00 | | | 141.00 | In Town - parking |
| Zajac, Mark | - | 209.35 | 1,117.42 | 1,240.11 | 145.86 | 2,503.39 | Out of Town - 9 nights/10 days |
| **TOTAL** | 2,171 | $ 209.35 | $ 2,640.67 | $ 2,262.98 | $ 343.67 | $ 5,247.32 | |

| DATE | Miles | Car Rental | Transport | Hotel | Dinner | TOTAL |
|---|---|---|---|---|---|---|
| 10/31/09 | | $ - | $ 12.00 | $ - | $ - | $ 12.00 |
| 11/30/09 | | | 9.00 | | | 9.00 |
| 12/31/09 | | | 105.00 | | | 105.00 |
| 1/31/2010 | 2,171 | 209.35 | 2,514.67 | 2,262.98 | 343.67 | 5,121.32 |
| TOTAL | 2,171 | $ 209.35 | $ 2,640.67 | $ 2,262.98 | $ 343.67 | $ 5,247.32 |

| NOTES | |
|---|---|
| | Mileage calculated at P&M (and IRS) mileage rate of $0.50/mile |
| | Air travel purchased in coach |
| | Parking is primarily at MLC offices at RenCen, although a few charges are at certain hotels |
| | Hotel used is generally at the Marriott RenCen using MLC corporate discount rate |
| | Meals represent dinners for out of town personnel |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                          :
In re                                                     :          Chapter 11 Case No.
                                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                 :          **09-50026 (REG)**
**f/k/a General Motors Corp.,** *et al.*                  :
                                                          :
                        **Debtors.**                      :          **(Jointly Administered)**
                                                          :
-------------------------------------------------------------------x


### ORDER GRANTING APPLICATION(S) FOR ALLOWANCE OF
### INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
### PLANTE & MORAN, PLLC AS ACCOUNTANTS
### TO THE DEBTORS *NUNC PRO TUNC* TO OCTOBER 9, 2009


Upon consideration of the Application(s) for Allowance of Interim Compensation and Reimbursement of Expenses (the "Application(s)") for professional services rendered and expenses incurred during the period commencing October 9, 2009 through January 31, 2010; and a hearing having been held before this Court to consider the Application(s) on _____; and notice having been giving pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and  (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby

ORDERED that the Applications(s) is/are granted to the extent set forth in Schedule "A."

Date: New York, New York
       _____


                                        _____
                                        United States Bankruptcy Judge
                                        Southern District of New York

Case No.: 09-50026 (REG)
Case Name: Motors Liquidation Company

**CURRENT FEE PERIOD: OCTOBER 9, 2009 THROUGH JANUARY 31, 2010**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| | | | | | |
| Plante & Moran, PLLC | January 31, 2010 | $354,195.70 | $    - | $5,247.32 | $    - |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SCHEDULE A(1)                    DATE: _____                    INITIALS:_____USBJ

Case No.:09-50026 (REG)
Case Name: Motors Liquidation Company

## SUMMARY: ALL FEE PERIODS
## (INCLUDING THIS PERIOD)

| APPLICANT | TOTAL FEES REQUESTED* | TOTAL FEES AWARDED** | TOTAL EXPENSES REQUESTED | TOTAL EXPENSES AWARDED |
|---|---|---|---|---|
| Plante & Moran, PLLC | $354,195.70 | $           - | $5,247.32 | $           - |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Includes fees previously requested but not awarded (held back fees).
**Fees held back are treated as not having been awarded.

SCHEDULE A(2)                    DATE: _____                    INITIALS:_____USBJ