HEARING DATE AND TIME: APRIL 8, 2010 AT 9:45 A.M. (EASTERN TIME)
OBJECTION DEADLINE: APRIL 1, 2010 AT 4:00 P.M. (EASTERN TIME)

Elihu Inselbuch
Rita C. Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Trevor W. Swett III
Kevin C. Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Proposed Attorneys for Movant Official Committee
of Unsecured Creditors Holding Asbestos-Related Claims*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, : | Chapter 11 Case No. |
|        f/k/a General Motors Corp., *et al.* : | |
| : | 09-50026 (REG) |
| : | |
| : | (Jointly Administered) |
| : | |
| : | |
---------------------------------------------------------------x

## NOTICE OF HEARING

      PLEASE TAKE NOTICE that upon the annexed application, dated March 18, 2010

(the "Application"), of the Official Committee of Unsecured Creditors Holding Asbestos-

Related Claims (the "Asbestos Claimants Committee" or "ACC"), for an order authorizing the

retention and employment of Legal Analysis Systems, Inc. ("LAS") as consultant to the ACC

347644

on the valuation of asbestos liabilities, *nunc pro tunc* to March 15, 2010, all as more fully set forth in the Application, a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **April 8, 2010 at 9:45 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections, if any, to the Application should be served on the proposed counsel for the ACC, Caplin & Drysdale, Chartered, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq., Trevor W. Swett, Esq., Kevin C. Maclay, Esq., and Rita C. Tobin, Esq.).

PLEASE TAKE FURTHER NOTICE that any responses or objections, if any, to the Application must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDG), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors Company, 300 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue, NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) the members of the ACC, until the attorneys for the ACC have been retained; (xi) if appointed, the legal representative for holders of future asbestos personal injury claims; and (xii) all entities that requested notice in these chapter 11 cases under Bankruptcy Rule 2002, so as to be received no later than **April 1, 2010 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served with respect to the Application, the ACC may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the

- 3 -

Application, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, NY
      March 18, 2010

      Respectfully submitted,

      CAPLIN & DRYSDALE, CHARTERED

      /s/ Elihu Inselbuch
      Elihu Inselbuch
      Rita C. Tobin
      Caplin & Drysdale, Chartered
      375 Park Avenue, 35th Floor
      New York, NY 10152-3500
      Telephone: (212) 319-7125
      Facsimile: (212) 644-6755

      Trevor W. Swett
      Kevin C. Maclay
      Caplin & Drysdale, Chartered
      One Thomas Circle, N.W.
      Suite 1100
      Washington, D.C. 20005
      Telephone: (202) 862-5000
      Facsimile: (202) 429-3301

      *Proposed Attorneys for Movant Official*
      *Committee of Unsecured Creditors Holding*
      *Asbestos-Related Claims*