**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                             :
In re                                        :    Chapter 11 Case No.
                                             :
MOTORS LIQUIDATION COMPANY, et al.,          :    09-50026 (REG)
     f/k/a General Motors Corp., et al.      :
                                             :
                    Debtors.                 :    (Jointly Administered)
                                             :
-------------------------------------------------------------x
```

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR MARCH 25, 2010 at 9:45 a.m.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**PLEASE TAKE NOTICE THAT** - As set forth below, all matters scheduled for consideration at the hearing on **March 25, 2010 at 9:45 a.m.** (the "**Hearing**") in the above-captioned chapter 11 cases are uncontested and will be adjudicated pursuant to a Certificate of No Objection to be filed by the Debtors or have been adjourned.  Accordingly, **this Hearing has been cancelled.**

**I.    CERTIFICATE OF NO OBJECTION:**

1.   Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 365, and 362(d)(1) and Fed. R. Bankr. P. 9019 to (I) Approve Settlement Agreements and Compromises Regarding Certain Personal Property Equipment Leases and (II) Reject Certain Personal Property Equipment Leases **[Docket No. 5185]**

   Response Deadline:       March 18, 2010 at 4:00 p.m.

   Response Filed:          None to date.

   Reply Filed:             None to date.

   Additional Document(s):  None to date.

   **Status:**    Certificate of No Objection to be filed.

US_ACTIVE:\43339097\04\72240.0639

2.      Notice of Debtors' Twelfth Omnibus Motion to Reject Certain Executory Contracts **[Docket No. 5242]**

       Response Deadline:      March 18, 2010 at 4:00 p.m.

       Response Filed:      None to date.

       Reply Filed:      None to date.

       Additional Document(s):      None to date.

       **Status:**      Certificate of No Objection to be filed.

## II.    ADJOURNED MATTERS:

3.      Motion for Relief from Stay filed by Stanley R. Stasko **[Docket No. 5151]**

       Response Deadline:      April 5, 2010 pursuant to Rescheduled Notice of Motion.

       Response Filed:      None to date.

       Reply Filed:      None to date.

       Additional Document(s):      None to date.

       **Status:**      This matter was previously rescheduled by Rescheduled Notice of Motion to April 8, 2010 at 9:45 a.m.

Dated: March 19, 2010
      New York, New York

                                     /s/ Joseph H. Smolinsky
                                     Harvey R. Miller
                                     Stephen Karotkin
                                     Joseph H. Smolinsky

                                     WEIL, GOTSHAL & MANGES LLP
                                     767 Fifth Avenue
                                     New York, New York 10153
                                     Telephone: (212) 310-8000
                                     Facsimile: (212) 310-8007

                                     Attorneys for Debtors
                                     and Debtors in Possession