| | |
|---|---|
| LATHAM & WATKINS LLP<br>Keith Simon<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: keith.simon@lw.com<br><br>and<br><br>Douglas Bacon<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: douglas.bacon@lw.com<br><br>Attorneys for GE Capital Corporation and its affiliates | SULLIVAN & WORCESTER LLP<br>Richard Hiersteiner<br>Jeanne P. Darcey<br>One Post Office Square<br>Boston, MA 02109<br>Telephone: (617) 338-2800<br>Facsimile: (617) 338-2880<br>Email: rhiersteiner@sandw.com<br>            jdarcey@sandw.com<br><br>Attorneys for U.S. Bank National Association and U.S. Bank Trust National Association, as Owner Trustee |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** )<br>     )<br>**MOTORS LIQUIDATION COMPANY, et al.** )<br>     )<br>     **Debtors.** )<br>     )<br>     ) | **Chapter 11**<br><br>**Case No. 09-50026 (REG)**<br><br>**Jointly Administered** |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF GE CAPITAL CORPORATION AND CERTAIN OF ITS AFFILIATES AND U.S. BANK, AS OWNER TRUSTEE ON ITS BEHALF, TO DEBTORS' MOTION TO ASSUME AND ASSIGN CERTAIN UNEXPIRED LEASES OF EQUIPMENT AND <u>RELATED EXECUTORY CONTRACTS</u>**

PLEASE TAKE NOTICE THAT:

General Electric Capital Corporation and certain of its affiliates (collectively, "<u>GECC</u>"), and U.S. Bank National Association, as Owner Trustee, by and through their undersigned counsel, hereby withdraw the Limited Objection of GE Capital Corporation and Certain of its Affiliates and U.S. Bank, as Owner Trustee on its Behalf, to Debtors' Motion to Assume and

CH\1155872.2

Assign Certain Unexpired Leases of Equipment and Related Executory Contracts (Docket No. 4386) ("the Objection"). This withdrawal of the Objection shall not affect the rights of GECC under (i) the Stipulation and Order Resolving Objection to Sale Motion, entered by the court on July 2, 2009 [Docket No. 2947] or (ii) the Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 365, and 362(d)(1) and Fed. R. Bankr. P. 9019 to (I) Approve Settlement Agreements and Compromises Regarding Certain Personal Property Equipment Leases and (II) Reject Certain Personal Property Equipment Leases. [Dkt. No. 5185].

Dated: March 19, 2010
New York, NY

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ *Douglas Bacon*
Keith Simon
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

-and-

Douglas Bacon
233 S. Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Attorneys for GE Capital Corporation and its affiliates

-and-

CH\1155872.2

2

**Sullivan & Worcester LLP**

By: /s/ *Richard Hiersteiner*
    Richard Hiersteiner
    Jeanne P. Darcey
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Facsimile: (617) 338-2880

Attorneys for U.S. Bank National Association, as Owner Trustee