**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Motors Liquidation Company ) | Case No. 09-50026 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Honorable Robert E. Gerber |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Amy L. Bennecoff, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Abel Parra, Michael Carpino, David Varnes, and Valerie and George Smith, unrelated creditors and parties in interest in the above-referenced case.

I certify that I am member in good standing of the bar in the State of Pennsylvania, and of the bar of the State of New Jersey.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: March 8, 2010
Ambler, Pennsylvania

/s/ Amy L. Bennecoff
Amy L. Bennecoff
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
abennecoff@lemonlaw.com
Phone: 215-540-8888
Fax: 215-540-8817



RECEIVED
MAR 17 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Motors Liquidation Company | Case No. 09-50026 (Jointly Administered) |
| Debtors. | Honorable Robert E. Gerber |

### ORDER FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Amy L. Bennecoff dated March 8, 2010, to be admitted pro hac vice in this bankruptcy; it is hereby

**ORDERED**, that Amy L. Bennecoff is admitted to practice, pro hac vice, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York provided that the filing fee has been paid.

Dated: _____

_____, New York

_____
UNITED STATES BANKRUPTCY JUDGE