**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
            :
In re:      :    Chapter 11 Case No.:
            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*   :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,   :
            :    (Jointly Administered)
    Debtors.   :
            :    Ref. Docket Nos. 5304, 5305, 5306, 5307
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 18, 2010, I caused to be served the:

    a. "Application to Retain and Employ Caplin & Drysdale, Chartered as Counsel to the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims *Nunc Pro Tunc* to October 6, 2009," dated March 12, 2010 [Docket No. 5304],

    b. "Notice of Hearing," related to the *"Application to Retain and Employ Caplin & Drysdale, Chartered as Counsel to the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims Nunc Pro Tunc to October 6, 2009"* dated March 18, 2010 [Docket No. 5305],

    c. "Application to Retain and Employ Legal Analysis Systems, Inc. as Consultant on the Valuation of Asbestos Liabilities to the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims *Nunc Pro Tunc* to March 15, 2010," dated March 18, 2010 [Docket No. 5306], and

    d. "Notice of Hearing," related to the *"Application to Retain and Employ Legal Analysis Systems, Inc. as Consultant on the Valuation of Asbestos Liabilities to the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims Nunc Pro Tunc to March 15, 2010"* dated March 18, 2010 [Docket No. 5307],

    by causing true and correct copies to be:

    i. delivered by email to the parties listed on the attached Exhibit A,

    ii. delivered by facsimile to the parties listed on the attached Exhibit B,

  iii. enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to the parties listed on the attached Exhibit C, and

  iv. enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the party listed on the attached Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                      /s/ Sidney Garabato
                       Sidney Garabato

Sworn to before me this
19th day of March, 2010

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10-24-??

**EXHIBIT A**

**EMAIL ADDRESSES**

arbrown@mmm.com
blc@ashrlaw.com
david.boyle@airgas.com
dfish@allardfishpc.com
cwoodruff-neer@alpine-usa.com
elizabeth.spangler@arcadis-us.com
giaimo.christopher@arentfox.com
rothleder.jeffrey@arentfox.com
campbell.andrea@arentfox.com
sullivan.james@arentfox.com
dowd.mary@arentfox.com
dgoing@armstrongteasdale.com
dladdin@agg.com
frank.white@agg.com
jg5786@att.com
hwangr@michigan.gov
leslie.levy@nebraska.gov
bk-mbrowning@oag.state.tx.us
victoria.garry@ohioattorneygeneral.gov
raterinkd@michigan.gov
bk-kwalsh@oag.state.tx.us
przekopshaws@michigan.gov
neal.mann@oag.state.ny.us
jhutchinson@bakerlaw.com
egoodman@bakerlaw.com
wgibson@bakerlaw.com
rbernard@bakerlaw.com
mmoseley@bakerdonelson.com
summersm@ballardspahr.com
jgregg@btlaw.com
mark.owens@btlaw.com
rcpottinger@bslbv.com
ffm@bostonbusinesslaw.com
csalomon@beckerglynn.com
aspector@bergersingerman.com
patrick@bbslaw.com
tom@bbslaw.com
anna.boelitz@bingham.com
robert.dombroff@bingham.com
jeffrey.sabin@bingham.com
jonathan.alter@bingham.com

mrichards@blankrome.com
kelbon@blankrome.com
jrumley@bcbsm.com
cdarke@bodmanllp.com
mbakst@bodmanllp.com
borgeslawfirm@aol.com
renee.dailey@bgllp.com
bwilliam@gklaw.com
bankruptcy.asbpo.asbdom@braytonlaw.com
jmcdonald@briggs.com
wilkins@bwst-law.com
hall@bwst-law.com
kschweiker@brownconnery.com
rbrown@brownwhalen.com
schristianson@buchalter.com
jkim@burkelaw.com
gring@burkelaw.com
peter.lee@bnsf.com
ccarson@burr.com
jkimble@burr.com
paige@bsplaw.com
sidorsky@butzel.com
fishere@butzel.com
seidel@butzel.com
radom@butzel.com
newman@butzel.com
cbblac@acxiom.com
douglas.mintz@cwt.com
john.rapisardi@cwt.com
peter.friedman@cwt.com
zachary.smith@cwt.com
rfiga@comlawone.com
rweinstein@cusa.canon.com
ei@capdale.com
pvnl@capdale.com
kcm@capdale.com
rer@capdale.com
tws@capdale.com
brcy@carsonfischer.com
mweinczok@casselsbrock.com
alan@chapellassociates.com

**EMAIL ADDRESSES**

ccahill@clarkhill.com
rgordon@clarkhill.com
bsusko@cgsh.com
dbuell@cgsh.com
jbromley@cgsh.com
soneal@cgsh.com
dgottlieb@cgsh.com
rlincer@cgsh.com
andrew.brozman@cliffordchance.com
sarah.campbell@cliffordchance.com
bceccotti@cwsny.com
goldberg@cwg11.com
skomrower@coleschotz.com
sfalanga@connellfoley.com
chemrick@connellfoley.com
pretekin@coollaw.com
belkys.escobar@loudoun.gov
mbaxter@cov.com
sjohnston@cov.com
jcarberry@cl-law.com
lisa.wurster@dana.com
donald.bernstein@dpw.com
gm@dmms.com
rmeth@daypitney.com
hryder@daypitney.com
adoshi@daypitney.com
info@dealertire.com
jpowers@debevoise.com
rfhahn@debevoise.com
james.moore@dechert.com
juliet.sarkessian@dechert.com
shmuel.vasser@dechert.com
contact-ocfo@dol.gov
dmertz@state.pa.us
csweeney@dickinsonwright.com
dcopley@dickinsonwright.com
dyitzchaki@dickinsonwright.com
jplemmons2@dickinsonwright.com
kewald@dickinsonwright.com
mchammer3@dickinsonwright.com
gdiconza@dlawpc.com

karol.denniston@dlapiper.com
jennifer.nassiri@dlapiper.com
kristin.going@dbr.com
stephanie.wickouski@dbr.com
ayala.hassell@hp.com
rhiersteiner@eapdlaw.com
jdarcey@eapdlaw.com
azuccarello@eapdlaw.com
jgroves@eapdlaw.com
cbodell@eapdlaw.com
jwhitlock@eapdlaw.com
cwjones@eapdlaw.com
rxza@elliottgreenleaf.com
tak@elliottgreenleaf.com
george.sanderson@elliswinters.com
akatz@entergy.com
deisenberg@ermanteicher.com
druhlandt@ermanteicher.com
eerman@ermanteicher.com
mkogan@ecjlaw.com
pjazayeri@ecjlaw.com
ngoteiner@fbm.com
ppascuzzi@ffwplaw.com
rhuey@foley.com
vavilaplana@foley.com
mriopelle@foley.com
fdicastri@foley.com
jmurch@foley.com
jlee@foley.com
jsimon@foley.com
kcatanese@foley.com
maiello@foley.com
sbarbatano@foley.com
shilfinger@foley.com
sseabolt@foley.com
klynch@formanlaw.com
fstevens@foxrothschild.com
gwallace@fraserlawfirm.com
ahammer@freebornpeters.com
tfawkes@freebornpeters.com
rgreenberg@dclawfirm.com

2

**EMAIL ADDRESSES**

| | |
|---|---|
| bguy@fbtlaw.com | bshort@hsblawfirm.com |
| mkroplin@fbtlaw.com | prubin@herrick.com |
| drosenzweig@fulbright.com | sselbst@herrick.com |
| lboydston@fulbright.com | ecurrenti@hess.com |
| mhaut@fulbright.com | ramona.neal@hp.com |
| lstrubeck@fulbright.com | amy.chipperson@hp.com |
| mparker@fulbright.com | bjgrieco@hhlaw.com |
| jrabin@fulbright.com | tcurran@haslaw.com |
| prachmuth@gerstensavage.com | skatzoff@hblaw.com |
| dcrapo@gibbonslaw.com | sagolden@hhlaw.com |
| dfeldman@gibsondunn.com | tsherick@honigman.com |
| mjwilliams@gibsondunn.com | jsgroi@honigman.com |
| ajd@girardgibbs.com | rweiss@honigman.com |
| dcg@girardgibbs.com | jrhunter@hunterschank.com |
| glenn.reisman@ge.com | tomschank@hunterschank.com |
| tnixon@gklaw.com | anne.boudreau@ic.gc.ca |
| jberlage@ghsllp.com | rgriffin@iuoe.org |
| bhoover@goldbergsegalla.com | memberservices@iuawfcu.com |
| cbelter@goldbergsegalla.com | nganatra@uaw.net |
| dfurth@golenbock.com | mneier@ibolaw.com |
| jflaxer@golenbock.com | jlsaffer@jlsaffer.com |
| bmehlsack@gkllaw.com | rkruger@jaffelaw.com |
| drosner@goulstonstorrs.com | dmurray@jenner.com |
| gkaden@goulstonstorrs.com | ptrostle@jenner.com |
| kadisha@gtlaw.com | jboyles@jhvgglaw.com |
| mitchelln@gtlaw.com | mhb@johnstonbarton.com |
| zirinskyb@gtlaw.com | eric.moser@klgates.com |
| hpatwardhan@hahnhessen.com | jeff.rich@klgates.com |
| jdivack@hahnhessen.com | rsmolev@kayescholer.com |
| dademarco@hahnlaw.com | jstitt@kmklaw.com |
| ldpowar@hahnlaw.com | twilson@kelley-ferraro.com |
| cbattaglia@halperinlaw.net | kdwbankruptcydepartment@kelleydrye.com |
| jdyas@halperinlaw.net | lmagarik@kjmlabor.com |
| info@harmanbecker.de | sjennik@kjmlabor.com |
| brooks.hamilton@haynesboone.com | tmurray@kjmlabor.com |
| jonathan.hook@haynesboone.com | pwh@krwlaw.com |
| patrick.hughes@haynesboone.com | jed@krwlaw.com |
| peter.ruggero@haynesboone.com | ecf@kaalaw.com |
| charles.beckham@haynesboone.com | mbranzburg@klehr.com |
| judith.elkin@haynesboone.com | jwe@kjk.com |
| matthew.russell@haynesboone.com | fberg@kotzsangster.com |

3

**EMAIL ADDRESSES**

| | |
|---|---|
| jmacyda@kotzsangster.com | cdorkey@mckennalong.com |
| acaton@kramerlevin.com | cgraham@mckennalong.com |
| lmacksoud@kramerlevin.com | jmayes@mckennalong.com |
| tmayer@kramerlevin.com | lamme@mltw.com |
| arogoff@kramerlevin.com | privitera@mltw.com |
| rschmidt@kramerlevin.com | elobello@msek.com |
| jsharret@kramerlevin.com | hkolko@msek.com |
| dmb@kompc.com | msholmes@cowgillholmes.com |
| mws@kompc.com | gillcr@michigan.gov |
| psm@kompc.com | funds@michigan.gov |
| abruski@lambertleser.com | wcacinfo@michigan.gov |
| scook@lambertleser.com | mbarr@milbank.com |
| adam.goldberg@lw.com | skhalil@milbank.com |
| robert.rosenberg@lw.com | tlomazow@milbank.com |
| gabriel.delvirginia@verizon.net | ecfsarbt@millerjohnson.com |
| sheehan@txschoollaw.com | ecfwolfordr@millerjohnson.com |
| larrykraines@gmail.com | hutchinson@millercanfield.com |
| michael.conway@leclairryan.com | robbins@millercanfield.com |
| michael.hastings@leclairryan.com | fusco@millercanfield.com |
| rbarbur@lrbpc.com | swansonm@millercanfield.com |
| rstroup@lrbpc.com | pricotta@mintz.com |
| shepner@lrbpc.com | sdnyecf@dor.mo.gov |
| klewis@lewispllc.com | joneil@mmwr.com |
| dallas.bankruptcy@publicans.com | nramsey@mmwr.com |
| houston_bankruptcy@publicans.com | agottfried@morganlewis.com |
| austin.bankruptcy@publicans.com | rtoder@morganlewis.com |
| kwalsh@lockelord.com | eliu@morganlewis.com |
| tmcfadden@lockelord.com | hbeltzer@morganlewis.com |
| ilevee@lowenstein.com | rmauceri@morganlewis.com |
| metkin@lowenstein.com | bankruptcy@morrisoncohen.com |
| steele@lowenstein.com | jgilbert@motleyrice.com |
| khk@maddinhauser.com | jbaden@motleyrice.com |
| msl@maddinhauser.com | jrice@motleyrice.com |
| smatta@mattablair.com | lawrence.s.buonomo@gm.com |
| dhartheimer@mazzeosong.com | tstenger@alixpartners.com |
| cstanziale@mccarter.com | cmcmanus@muchshelist.com |
| kab@mccarthylebit.com | mkoks@munsch.com |
| rrk@mccarthylebit.com | rurbanik@munsch.com |
| gbragg@mvbalaw.com | rsox@dealerlawyer.com |
| mreed@mvbalaw.com | nwbernstein@nwbllc.com |
| sveselka@mvbalaw.com | dbrody@borahgoldstein.com |

4

Pg 8 of 16

**EMAIL ADDRESSES**

| | |
|---|---|
| gkelly@narmco.com | kayesd@pepperlaw.com |
| cameron.currie@nelsonmullins.com | ebcalvo@pbfcm.com |
| george.cauthen@nelsonmullins.com | joy.e.tanner@altria.com |
| peter.haley@nelsonmullins.com | erica.carrig@pillsburylaw.com |
| maureen.leary@oag.state.ny.us | karen.dine@pillsburylaw.com |
| susan.taylor@oag.state.ny.us | richard.epling@pillsburylaw.com |
| cmomjian@attorneygeneral.gov | tsadutto@platzerlaw.com |
| info@andrewcuomo.com | dlerner@plunkettcooney.com |
| lucas.ward@ohioattorneygeneral.gov | dbernstein@plunkettcooney.com |
| mjr1@westchestergov.com | mfleming@plunkettcooney.com |
| michelle.sutter@ohioattorneygeneral.gov | rmschechter@pbnlaw.com |
| aenglund@orrick.com | jsmairo@pbnlaw.com |
| crogers@orrick.com | dbaldwin@potteranderson.com |
| rwyron@orrick.com | rmcneill@potteranderson.com |
| rfrankel@orrick.com | tbrown-edwards@potteranderson.com |
| lmcgowen@orrick.com | sjg@previant.com |
| jansbro@orrick.com | fp@previant.com |
| email@orumroth.com | aberkowitz@proskauer.com |
| tsandler@osler.com | rpatel@pronskepatel.com |
| dwallen@oshr.com | srutsky@proskauer.com |
| jhelfat@oshr.com | faye.feinstein@quarles.com |
| ssoll@oshr.com | christopher.combest@quarles.com |
| oshr-gm-bk@oshr.com | jrabinowitz@rltlawfirm.com |
| chipford@parkerpoe.com | rrm_narumanchi@hotmail.com |
| arosenberg@paulweiss.com | stingey@rqn.com |
| harveystrickon@paulhastings.com | lee_cooper@raytheon.com |
| akornberg@paulweiss.com | eschaffer@reedsmith.com |
| bhermann@paulweiss.com | kgwynne@reedsmith.com |
| ipohl@paulweiss.com | cfelicetta@reidandriege.com |
| jkoevary@paulweiss.com | tlzabel@rhoadesmckee.com |
| jmontemurro@paulweiss.com | rmallenski@aol.com |
| mphillips@paulweiss.com | richardnotice@rwmaplc.com |
| rzubaty@paulweiss.com | mfriedman@rkollp.com |
| pweintraub@paulweiss.com | jshickich@riddellwilliams.com |
| sshimshak@paulweiss.com | akress@riker.com |
| maricco.michael@pbgc.gov | rkchevysales@rkautogroup.net |
| caseyl@pepperlaw.com | judith.adler@us.bosch.com |
| carignanj@pepperlaw.com | rsmith@cniinc.cc |
| toolee@pepperlaw.com | rpm@robinsonbrog.com |
| jaffeh@pepperlaw.com | aleffert@rwolaw.com |
| nogglel@pepperlaw.com | kstrickland@rmkb.com |

**EMAIL ADDRESSES**

cbelmonte@ssbb.com
pbosswick@ssbb.com
aisenberg@saul.com
jhampton@saul.com
tcurrier@saul.com
glee@schaferandweiner.com
rheilman@schaferandweiner.com
bdeutsch@schnader.com
bbressler@schnader.com
adam.harris@srz.com
david.karp@srz.com
mschonfeld@gibsondunn.com
dlin@seyburn.com
bshaw100@shawgussis.com
fsosnick@shearman.com
jfrizzley@shearman.com
bwolfe@sheppardmullin.com
etillinghast@sheppardmullin.com
mcademartori@sheppardmullin.com
achaykin@shinnfuamerica.com
kkansa@sidley.com
avery@silvermanmorris.com
arosen@silvermanacampora.com
mgrant@stblaw.com
ppantaleo@stblaw.com
levick@singerlevick.com
mshriro@singerlevick.com
kayalyn.marafioti@skadden.com
jack.butler@skadden.com
nboehler@cbmlaw.com
cmeyer@ssd.com
tcornell@stahlcowen.com
ccaldwell@starkreagan.com
wpayne@stemberfeinstein.com
edoyle@stemberfeinstein.com
jstember@stemberfeinstein.com
efeinstein@stemberfeinstein.com
shgross5@yahoo.com
cbullock@sbplclaw.com
sgoll@sbplclaw.com
nashvillebankruptcyfilings@stites.com

bmeldrum@stites.com
streusand@streusandlandon.com
brousseau@sbep-law.com
esserman@sbep-law.com
hartwick@sbep-law.com
d'apice@sbep-law.com
newton@sbep-law.com
dselwocki@swappc.com
jteitelbaum@tblawllp.com
marvin.clements@ag.tn.gov
lischen@tcwtgn.com
djr@thecreditorslawgroup.com
kenneth_freda@gardencitygroup.com
casey.roy@oag.state.tx.us
dkowich@umich.edu
rbrownlee@thompsoncoburn.com
jesse@tipotexchevrolet.com
mgamell@tlggr.com
abauer@torys.com
tmartin@torys.com
sdellafera@trenklawfirm.com
brett.goodman@troutmansanders.com
jeffrey.kelley@troutmansanders.com
paula.christ@trw.com
joseph.samarias@do.treas.gov
mkilgore@up.com
david.jones6@usdoj.gov
jeffrey.oestericher@usdoj.gov
matthew.schwartz@usdoj.gov
joseph.cordaro@usdoj.gov
natalie.kuehler@usdoj.gov
antitrust.atr@usdoj.gov
askdoj@usdoj.gov
djury@usw.org
mjedelman@vedderprice.com
mschein@vedderprice.com
lakatz@venable.com
roran@velaw.com
tscobb@vorys.com
gtoering@wnj.com
crusemg@wnj.com

**EMAIL ADDRESSES**

sgrow@wnj.com
rbarrows@wdblaw.com
rbarrows800@gmail.com
zacharym@atg.wa.gov
harvey.miller@weil.com
joseph.smolinsky@weil.com
stephen.karotkin@weil.com
karpek@whiteandwilliams.com
dockterman@wildman.com
young@wildman.com
friedman@wildman.com
dpacheco@wilentz.com
laccarrino@wilentz.com

uncbill@msn.com
dennis.jenkins@wilmerhale.com
philip.anker@wilmerhale.com
melanie.dritz@wilmerhale.com
cschreiber@winston.com
mbotica@winston.com
mcohn@winston.com
sschwartz@winston.com
wdcoffeylaw@yahoo.com
swolfson@wolfsonbolton.com
jwyly@wylyrommel.com
skrause@zeklaw.com
bleinbach@zeklaw.com

**EXHIBIT B**

| NAME | FAX NUMBER |
|---|---|
| ATLAS OIL COMPANY | (313) 731-0264 |
| BOB HASTINGS BUICK GMC INC D STOETZEL | (585) 586-3492 |
| CHARLES CLARK CHEVROLET CO | (956) 686-1623 |
| DANIEL W SHERRICK GENERAL COUNSEL | (313) 823-6016 |
| DEPARTMENT OF THE TREASURY GEN COUNSEL | (202) 622-6415 |
| DORSEY  WHITNEY LLP M FOREMAN | (212) 953-7201 |
| EATON CORPORATION | (216) 523-4787 |
| FACTORY MOTOR PARTS COMPANY | (651) 454-4999 |
| GHSP INC R WALLISH | (616) 842-7230 |
| INTERNAL REVENUE SERVICE INSOLVENCY | (212) 436-1931 |
| INTERNAL REVENUE SERVICE INSOLVENCY | (215) 516-2555 |
| JIM BARNARD CHEVROLET INC A BARNDARD | (585) 293-1884 |
| KNAPP CHEVROLET | (713) 331-3057 |
| MIKE BARNARD CHEVROLET CADILLAC | (315) 331-8421 |
| NEW YORK CITY DEPT OF FINANCE | (718) 403-3650 |
| NY STATE DEPT TAXATION  FINANCE D COHN | (518) 457-0617 |
| PADDOCK CHEVROLET INC D PADDOCK | (716) 876-4016 |
| PENSKE AUTO GROUP | (310) 370-4230 |
| PIMA COUNTY | (520) 620-6556 |
| PYEONG HWA AUTOMOTIVE CO LTD | 82-53-350-6106 |
| SCHOENL KEVIN M | (215) 751-2205 |
| SECURITIES EXCHANGE COMMISSION A VOLLMER | (202) 772-9371 |
| SHAPE CORP B BRINK | (616) 846-3464 |
| TEAM CHEVROLET INC T STEIGERWALD | (716) 373-6377 |
| THE VALLEY CADILLAC CORP E MEAGHAR JR | (585) 427-8430 |
| TORRES EDWARD ZUNIGA | (480) 515-4744 |
| TOYOTA BOSHOKU AMERICA INC | (248) 624-8597 |
| TOYOTA MOTOR SALES USA INC T LIPPERT | (310) 381-7688 |
| UNITED STATES ATTORNEYS OFFICE ROOM 417 | (212) 637-2685 |

# EXHIBIT C

# GENERAL MOTORS CORPORATION
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADRIAN ENVIRONMENTAL MANAGEMENT, INC. | C/O KENNETH RICHARDS 7533 WILLOW CREEK DRIVE CANTON MI 48187 |
| AIMS/DYKEMA GOSSETT PLLC | 10 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| AIMS/LATHROP & GAGE LC | 2345 GRAND BLVD. KANSAS CITY MO 64108 |
| AIMS/STEPHENS & STEPHENS | 410 MAIN STREET BUFFALO NY 14202 |
| ARCADIS BBL | 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| ARCADIS BBL | ATTN: CHRIS PETERS 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| ARCADIS GERAGHTY & MILLER, INC. | ATTN: CHRIS PETERS 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| BT2, INC. | ATTN: MARK HUBER 2830 DAIRY DRIVE MADISON WI 53718-6751 |
| CHARTER TOWNSHIP OF FLINT | ATTN: SANDRA S WRIGHT 1490 S. DYE ROAD FLINT MI 48532 |
| CHARTER TOWNSHIP OF YPSILANTI | LARRY J. DOE, TREASURER 7200 S. HURON RIVER DR. YPSILANTI MI 48197 |
| CHARTER TWP. OF GENESEE | ATTN: TOM MANNOR, TREASURER 7244 N. GENESSE ROAD P.O. BOX 215 GENESEE MI 48437 |
| CITY OF SAGINAW, TREASURER | 1315 S. WASHINGTON AVE. SAGINAW MI 48601 |
| CITY OF SIOUX CITY | CITY TREASURER P.O. BOX 447 SIOUX CITY IA 51102 |
| CLEAN HARBORS ENVIRONMENTAL SERVICES | P.O. BOX 3442 BOSTON MA 02241-3442 |
| CONESTOGA-ROVERS & ASSOC. | ATTN: BETH LANDALE 22055 NIAGARA FALLS BLVD. SUITE #3 NIAGARA FALLS NY 14304 |
| CONESTOGA-ROVERS & ASSOCIATES | 22055 NIAGARA FALLS BLVD SUTIE #3 NIAGARA FALLS NY 14304 |
| ENCORE ENVIRONMENTAL CONSORTIUM | ATTN: MARK QUILTER P.O. BOX 66 6723 TOWPATH ROAD SYRACUSE NY 13214 |
| ENVIRON INTERNATIONAL CORPORATION | 214 CARNEGIE STREET PRINCETON NJ 08540 |
| ENVIRON INTERNATIONAL CORPORATION | 214 CARNEGIE STREET PRINCETON NJ 08540-1980 |
| FAVERO GEOSCIENCES | ATTN: DAVE FAVERO 1210 SOUTH 5TH STREET, SUITE 2 SPRINGFIELD IL 62703 |
| GENERAL OIL COMPANY, INC. | 35796 VERONICA ST. LIVONIA MI 48150 |
| GLOBAL ENVIRONMENTAL ENGINEERING INC. | 6140 HILL 23 DRIVE SUITE 1 FLINT MI 48507 |
| GROUNDWATER & ENVIRONMENTAL SVCS, INC | 440 CREAMERY WAY SUITE 500 EXTON PA 19341-2577 |
| HALEY & ALDRICH DESIGN AND CONTRUCTION | 56 ROLAND STREET BOSTON MA 02129-1400 |
| HALEY & ALDRICH OF NEW YORK | 200 TOWN CENTRE DRIVE, STE 2 ROCHESTER NY 14623-4264 |
| HDR ENGINEERING | ATTN: DICK BELL 8404 INDIAN HILLS DRIVE OMAHA NE 68114 |
| IOWA DEPT OF NATIONAL RESOURCES | HAZARDOUS WASTE REMEDIAL FUND 502 E. 9TH STREET DES MOINES IA 50319 |
| J.A. LOMBARDO & ASSOCIATES | ATTN: JOSEPH A. LOMBARDO 445 S. LIVERNOIS - SUITE 202 ROCHESTER MI 48307 |
| NOVA CONSULTANTS, INC | 21580 NOVI ROAD #300 NOVI MI 48375 |
| O'BRIEN & GERE ENGINEERS, INC. | ATTN: TERRY L. BROWN 5000 BRITTONFIELD PKWY SYRACUSE NY 13057-9226 |
| ROYAL ENVIRONMENTAL, INC. | 720 LEXINGTON AVENUE P.O. BOX 15719 ROCHESTER NY 14615 |
| SEVENSON ENVIRONMENTAL SERVICES, INC. | 2749 LOCKPORT ROAD NIAGARA FALLS NY 14302 |
| THE BANK OF NEW YORK | FINANCIAL CONTROL BILLING DEPARTMENT P.O. BOX 19445 NEWARK NJ 07195-0445 |
| THE BARTECH GROUP | 17199 NORTH LAUREL PARK DR. SUITE224 LIVONIA MI 48152 |
| TOWN OF FRAMINGHAM | TAX COLLECTOR'S OFFICE 150 CONCORD ST FRAMINGHAM MA 01702 |
| WASHTENAW COUNTY TREASURER | P.O. BOX 8645 200 N. MAIN ST STE 200 ANN ARBOR MI 48107-8645 |
| WASTE MANAGEMENT | P.O. BOX 9001054 LOUISVILLE KY 40290-1054 |
| WDC EXPLORATION & WELLS | 500 MAIN STREET WOODLAND CA 95695 |
| YOUNG'S ENVIRONMENTAL CLEANUP, INC | G-5305 NORTH DORT HIGHWAY FLINT MI 48505 |

**Total Creditor Count 39**

# EXHIBIT D

GENERAL MOTORS CORPORATION

### Service List

| Claim Name | Address Information |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DIANA G ADAMS<br>33 WHITEHALL STREET<br>NEW YORK, NY 10004 |