Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

----------------------------------------------------------------X
                                                                )
In re                                                           )        Chapter 11
                                                                )
MOTORS LIQUIDATION COMPANY, *et al.*,                           )
f/k/a GENERAL MOTORS CORP., *et al.*,                           )
                                                                )        Case No. 09-50026 (REG)
                                                                )
              Debtors.                                          )        Jointly Administered
----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 16, 2010, she caused true and correct copies of the *Application of Dean M. Trafelet as Proposed Legal Representative for Future Asbestos Personal Injury Claimants to Retain and Employ Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation as His Counsel as of February 24, 2010* [Doc. No. 5275] to be served on the parties below by the method indicated and by United States First Class Mail, postage prepaid, on all parties on the Master Service List and on all parties receiving notice via the Court's ECF System.

**By Electronic Mail**
Harvey R. Miller
harvey.miller@weil.com
Stephen Karotkin
stephen.karotkin@weil.com
Joseph H. Smolinsky
Joseph.smolinsky@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
767 Fifth Avenue
New York, NY 10153
**Counsel for the Debtors**

**By Electronic Mail**
Lawrence Buonomo
lawrence.buonomo@gm.com
**General Motors Company**
300 Renaissance Center
Detroit, Michigan 48265

**By Electronic Mail**
Kenneth H. Eckstein
keckstein@kramerlevin.com
Thomas Moers Mayer
tmayer@kramerlevin.com
Adam C. Rogoff
arogoff@kramerlevin.com
Amy Caton
acaton@kramerlevin.com
Gregory G. Plotko
gplotko@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Counsel for Official Committee of Unsecured Creditors**

**By Electronic Mail**
John J. Rapisardi
john.rapisardi@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**Counsel for**
**Vehicle Acquisition Holdings LLC**

**By Facsimile**
Diana G. Adams
**Office of the United States Trustee for the Southern District of New York**
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile: (212) 668-225506

**By Electronic Mail**
Ted Stenger
tstenger@alixpartners.com
**Debtors c/o Motors Liquidation Company**
300 Renaissance Center
Detroit, Michigan 48265

**By Electronic Mail**
Michael J. Edelman
mjedelman@vedderprice.com
Michael L. Schein
mschein@vedderprice.com
Vedder Price, PC
1633 Broadway, 47th Floor
New York, NY 10019
**Counsel for Export Development Canada**

**By Electronic Mail**
David S. Jones
david.jones6@usdoj.gov
Matthew L. Schwartz
matthew.schwartz@usdoj.gov
**United States Attorney's Office**
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007

-2-

-3-

          */s/ Jo E. Hartwick*

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900