UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
: 
In re: : Chapter 11 Case No.:
:
MOTORS LIQUIDATION COMPANY, *et al.*, : 09-50026 (REG)
f/k/a General Motors Corp., *et al.*, :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 5279, 5293, 5296
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 17, 2010, I caused to be served the:

    a. "Second Interim Application of FTI Consulting, Inc. for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in the Case for the Period October 1, 2009 through January 31, 2010," dated March 16, 2010 [Docket No. 5279],

    b. "Summary Sheet Pursuant to United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330," to which is attached the "Second Application of Butzel Long, a Professional Coporation, as Special Counsel to the Official Committee of Unsecured Creditors of Motors Liquidation Company, f/k/a General Motors Corporation, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2009 through January 31, 2010," dated March 17, 2010 [Docket No. 5293],

    a. "Second Interim Application of Kramer Levin Naftalis & Frankel LLP, as Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from October 1, 2009 through January 31, 2010," dated March 17, 2010 [Docket No. 5296], and

    by causing true and correct copies to be:

i. delivered by email to the parties listed on the attached Exhibit A,

ii. enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to the parties listed on the attached Exhibit B, and

iii. enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the party listed on the attached Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sidney Garabato

Sworn to before me this
19th day of March, 2010

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES

# EXHIBIT A

**EMAIL ADDRESSES**

| | |
|---|---|
| arbrown@mmm.com | mrichards@blankrome.com |
| blc@ashrlaw.com | kelbon@blankrome.com |
| david.boyle@airgas.com | jrumley@bcbsm.com |
| dfish@allardfishpc.com | cdarke@bodmanllp.com |
| cwoodruff-neer@alpine-usa.com | mbakst@bodmanllp.com |
| elizabeth.spangler@arcadis-us.com | borgeslawfirm@aol.com |
| giaimo.christopher@arentfox.com | renee.dailey@bgllp.com |
| rothleder.jeffrey@arentfox.com | bwilliam@gklaw.com |
| campbell.andrea@arentfox.com | bankruptcy.asbpo.asbdom@braytonlaw.com |
| sullivan.james@arentfox.com | jmcdonald@briggs.com |
| dowd.mary@arentfox.com | wilkins@bwst-law.com |
| dgoing@armstrongteasdale.com | hall@bwst-law.com |
| dladdin@agg.com | kschweiker@brownconnery.com |
| frank.white@agg.com | rbrown@brownwhalen.com |
| jg5786@att.com | schristianson@buchalter.com |
| hwangr@michigan.gov | jkim@burkelaw.com |
| leslie.levy@nebraska.gov | gring@burkelaw.com |
| bk-mbrowning@oag.state.tx.us | peter.lee@bnsf.com |
| victoria.garry@ohioattorneygeneral.gov | ccarson@burr.com |
| raterinkd@michigan.gov | jkimble@burr.com |
| bk-kwalsh@oag.state.tx.us | paige@bsplaw.com |
| przekopshaws@michigan.gov | sidorsky@butzel.com |
| neal.mann@oag.state.ny.us | fishere@butzel.com |
| jhutchinson@bakerlaw.com | seidel@butzel.com |
| egoodman@bakerlaw.com | radom@butzel.com |
| wgibson@bakerlaw.com | newman@butzel.com |
| rbernard@bakerlaw.com | cbblac@acxiom.com |
| mmoseley@bakerdonelson.com | douglas.mintz@cwt.com |
| summersm@ballardspahr.com | john.rapisardi@cwt.com |
| jgregg@btlaw.com | peter.friedman@cwt.com |
| mark.owens@btlaw.com | zachary.smith@cwt.com |
| rcpottinger@bslbv.com | rfiga@comlawone.com |
| ffm@bostonbusinesslaw.com | rweinstein@cusa.canon.com |
| csalomon@beckerglynn.com | ei@capdale.com |
| aspector@bergersingerman.com | pvnl@capdale.com |
| patrick@bbslaw.com | kcm@capdale.com |
| tom@bbslaw.com | rer@capdale.com |
| anna.boelitz@bingham.com | tws@capdale.com |
| robert.dombroff@bingham.com | brcy@carsonfischer.com |
| jeffrey.sabin@bingham.com | mweinczok@casselsbrock.com |
| jonathan.alter@bingham.com | alan@chapellassociates.com |

**EMAIL ADDRESSES**

| | |
|---|---|
| ccahill@clarkhill.com | karol.denniston@dlapiper.com |
| rgordon@clarkhill.com | jennifer.nassiri@dlapiper.com |
| bsusko@cgsh.com | kristin.going@dbr.com |
| dbuell@cgsh.com | stephanie.wickouski@dbr.com |
| jbromley@cgsh.com | ayala.hassell@hp.com |
| soneal@cgsh.com | rhiersteiner@eapdlaw.com |
| dgottlieb@cgsh.com | jdarcey@eapdlaw.com |
| rlincer@cgsh.com | azuccarello@eapdlaw.com |
| andrew.brozman@cliffordchance.com | jgroves@eapdlaw.com |
| sarah.campbell@cliffordchance.com | cbodell@eapdlaw.com |
| bceccotti@cwsny.com | jwhitlock@eapdlaw.com |
| goldberg@cwg11.com | cwjones@eapdlaw.com |
| skomrower@coleschotz.com | rxza@elliottgreenleaf.com |
| sfalanga@connellfoley.com | tak@elliottgreenleaf.com |
| chemrick@connellfoley.com | george.sanderson@elliswinters.com |
| pretekin@coollaw.com | akatz@entergy.com |
| belkys.escobar@loudoun.gov | deisenberg@ermanteicher.com |
| mbaxter@cov.com | druhlandt@ermanteicher.com |
| sjohnston@cov.com | eerman@ermanteicher.com |
| jcarberry@cl-law.com | mkogan@ecjlaw.com |
| lisa.wurster@dana.com | pjazayeri@ecjlaw.com |
| donald.bernstein@dpw.com | ngoteiner@fbm.com |
| gm@dmms.com | ppascuzzi@ffwplaw.com |
| rmeth@daypitney.com | rhuey@foley.com |
| hryder@daypitney.com | vavilaplana@foley.com |
| adoshi@daypitney.com | mriopelle@foley.com |
| info@dealertire.com | fdicastri@foley.com |
| jpowers@debevoise.com | jmurch@foley.com |
| rfhahn@debevoise.com | jlee@foley.com |
| james.moore@dechert.com | jsimon@foley.com |
| juliet.sarkessian@dechert.com | kcatanese@foley.com |
| shmuel.vasser@dechert.com | maiello@foley.com |
| contact-ocfo@dol.gov | sbarbatano@foley.com |
| dmertz@state.pa.us | shilfinger@foley.com |
| csweeney@dickinsonwright.com | sseabolt@foley.com |
| dcopley@dickinsonwright.com | klynch@formanlaw.com |
| dyitzchaki@dickinsonwright.com | fstevens@foxrothschild.com |
| jplemmons2@dickinsonwright.com | gwallace@fraserlawfirm.com |
| kewald@dickinsonwright.com | ahammer@freebornpeters.com |
| mchammer3@dickinsonwright.com | tfawkes@freebornpeters.com |
| gdiconza@dlawpc.com | rgreenberg@dclawfirm.com |

2

**EMAIL ADDRESSES**

| | |
|---|---|
| bguy@fbtlaw.com | bshort@hsblawfirm.com |
| mkroplin@fbtlaw.com | prubin@herrick.com |
| drosenzweig@fulbright.com | sselbst@herrick.com |
| lboydston@fulbright.com | ecurrenti@hess.com |
| mhaut@fulbright.com | ramona.neal@hp.com |
| lstrubeck@fulbright.com | amy.chipperson@hp.com |
| mparker@fulbright.com | bjgrieco@hhlaw.com |
| jrabin@fulbright.com | tcurran@haslaw.com |
| prachmuth@gerstensavage.com | skatzoff@hblaw.com |
| dcrapo@gibbonslaw.com | sagolden@hhlaw.com |
| dfeldman@gibsondunn.com | tsherick@honigman.com |
| mjwilliams@gibsondunn.com | jsgroi@honigman.com |
| ajd@girardgibbs.com | rweiss@honigman.com |
| dcg@girardgibbs.com | jrhunter@hunterschank.com |
| glenn.reisman@ge.com | tomschank@hunterschank.com |
| tnixon@gklaw.com | anne.boudreau@ic.gc.ca |
| jberlage@ghsllp.com | rgriffin@iuoe.org |
| bhoover@goldbergsegalla.com | memberservices@iuawfcu.com |
| cbelter@goldbergsegalla.com | nganatra@uaw.net |
| dfurth@golenbock.com | mneier@ibolaw.com |
| jflaxer@golenbock.com | jlsaffer@jlsaffer.com |
| bmehlsack@gkllaw.com | rkruger@jaffelaw.com |
| drosner@goulstonstorrs.com | dmurray@jenner.com |
| gkaden@goulstonstorrs.com | ptrostle@jenner.com |
| kadisha@gtlaw.com | jboyles@jhvgglaw.com |
| mitchelln@gtlaw.com | mhb@johnstonbarton.com |
| zirinskyb@gtlaw.com | eric.moser@klgates.com |
| hpatwardhan@hahnhessen.com | jeff.rich@klgates.com |
| jdivack@hahnhessen.com | rsmolev@kayescholer.com |
| dademarco@hahnlaw.com | jstitt@kmklaw.com |
| ldpowar@hahnlaw.com | twilson@kelley-ferraro.com |
| cbattaglia@halperinlaw.net | kdwbankruptcydepartment@kelleydrye.com |
| jdyas@halperinlaw.net | lmagarik@kjmlabor.com |
| info@harmanbecker.de | sjennik@kjmlabor.com |
| brooks.hamilton@haynesboone.com | tmurray@kjmlabor.com |
| jonathan.hook@haynesboone.com | pwh@krwlaw.com |
| patrick.hughes@haynesboone.com | jed@krwlaw.com |
| peter.ruggero@haynesboone.com | ecf@kaalaw.com |
| charles.beckham@haynesboone.com | mbranzburg@klehr.com |
| judith.elkin@haynesboone.com | jwe@kjk.com |
| matthew.russell@haynesboone.com | fberg@kotzsangster.com |

**EMAIL ADDRESSES**

| | |
|---|---|
| jmacyda@kotzsangster.com | cdorkey@mckennalong.com |
| acaton@kramerlevin.com | cgraham@mckennalong.com |
| lmacksoud@kramerlevin.com | jmayes@mckennalong.com |
| tmayer@kramerlevin.com | lamme@mltw.com |
| arogoff@kramerlevin.com | privitera@mltw.com |
| rschmidt@kramerlevin.com | elobello@msek.com |
| jsharret@kramerlevin.com | hkolko@msek.com |
| dmb@kompc.com | msholmes@cowgillholmes.com |
| mws@kompc.com | gillcr@michigan.gov |
| psm@kompc.com | funds@michigan.gov |
| abruski@lambertleser.com | wcacinfo@michigan.gov |
| scook@lambertleser.com | mbarr@milbank.com |
| adam.goldberg@lw.com | skhalil@milbank.com |
| robert.rosenberg@lw.com | tlomazow@milbank.com |
| gabriel.delvirginia@verizon.net | ecfsarbt@millerjohnson.com |
| sheehan@txschoollaw.com | ecfwolfordr@millerjohnson.com |
| larrykraines@gmail.com | hutchinson@millercanfield.com |
| michael.conway@leclairryan.com | robbins@millercanfield.com |
| michael.hastings@leclairryan.com | fusco@millercanfield.com |
| rbarbur@lrbpc.com | swansonm@millercanfield.com |
| rstroup@lrbpc.com | pricotta@mintz.com |
| shepner@lrbpc.com | sdnyecf@dor.mo.gov |
| klewis@lewispllc.com | joneil@mmwr.com |
| dallas.bankruptcy@publicans.com | nramsey@mmwr.com |
| houston_bankruptcy@publicans.com | agottfried@morganlewis.com |
| austin.bankruptcy@publicans.com | rtoder@morganlewis.com |
| kwalsh@lockelord.com | eliu@morganlewis.com |
| tmcfadden@lockelord.com | hbeltzer@morganlewis.com |
| ilevee@lowenstein.com | rmauceri@morganlewis.com |
| metkin@lowenstein.com | bankruptcy@morrisoncohen.com |
| steele@lowenstein.com | jgilbert@motleyrice.com |
| khk@maddinhauser.com | jbaden@motleyrice.com |
| msl@maddinhauser.com | jrice@motleyrice.com |
| smatta@mattablair.com | lawrence.s.buonomo@gm.com |
| dhartheimer@mazzeosong.com | tstenger@alixpartners.com |
| cstanziale@mccarter.com | cmcmanus@muchshelist.com |
| kab@mccarthylebit.com | mkoks@munsch.com |
| rrk@mccarthylebit.com | rurbanik@munsch.com |
| gbragg@mvbalaw.com | rsox@dealerlawyer.com |
| mreed@mvbalaw.com | nwbernstein@nwbllc.com |
| sveselka@mvbalaw.com | dbrody@borahgoldstein.com |

4

**EMAIL ADDRESSES**

| | |
|---|---|
| gkelly@narmco.com | kayesd@pepperlaw.com |
| cameron.currie@nelsonmullins.com | ebcalvo@pbfcm.com |
| george.cauthen@nelsonmullins.com | joy.e.tanner@altria.com |
| peter.haley@nelsonmullins.com | erica.carrig@pillsburylaw.com |
| maureen.leary@oag.state.ny.us | karen.dine@pillsburylaw.com |
| susan.taylor@oag.state.ny.us | richard.epling@pillsburylaw.com |
| cmomjian@attorneygeneral.gov | tsadutto@platzerlaw.com |
| info@andrewcuomo.com | dlerner@plunkettcooney.com |
| lucas.ward@ohioattorneygeneral.gov | dbernstein@plunkettcooney.com |
| mjr1@westchestergov.com | mfleming@plunkettcooney.com |
| michelle.sutter@ohioattorneygeneral.gov | rmschechter@pbnlaw.com |
| aenglund@orrick.com | jsmairo@pbnlaw.com |
| crogers@orrick.com | dbaldwin@potteranderson.com |
| rwyron@orrick.com | rmcneill@potteranderson.com |
| rfrankel@orrick.com | tbrown-edwards@potteranderson.com |
| lmcgowen@orrick.com | sjg@previant.com |
| jansbro@orrick.com | fp@previant.com |
| email@orumroth.com | aberkowitz@proskauer.com |
| tsandler@osler.com | rpatel@pronskepatel.com |
| dwallen@oshr.com | srutsky@proskauer.com |
| jhelfat@oshr.com | faye.feinstein@quarles.com |
| ssoll@oshr.com | christopher.combest@quarles.com |
| oshr-gm-bk@oshr.com | jrabinowitz@rltlawfirm.com |
| chipford@parkerpoe.com | rrm_narumanchi@hotmail.com |
| arosenberg@paulweiss.com | stingey@rqn.com |
| harveystrickon@paulhastings.com | lee_cooper@raytheon.com |
| akornberg@paulweiss.com | eschaffer@reedsmith.com |
| bhermann@paulweiss.com | kgwynne@reedsmith.com |
| ipohl@paulweiss.com | cfelicetta@reidandriege.com |
| jkoevary@paulweiss.com | tlzabel@rhoadesmckee.com |
| jmontemurro@paulweiss.com | rmallenski@aol.com |
| mphillips@paulweiss.com | richardnotice@rwmaplc.com |
| rzubaty@paulweiss.com | mfriedman@rkollp.com |
| pweintraub@paulweiss.com | jshickich@riddellwilliams.com |
| sshimshak@paulweiss.com | akress@riker.com |
| maricco.michael@pbgc.gov | rkchevysales@rkautogroup.net |
| caseyl@pepperlaw.com | judith.adler@us.bosch.com |
| carignanj@pepperlaw.com | rsmith@cniinc.cc |
| toolee@pepperlaw.com | rpm@robinsonbrog.com |
| jaffeh@pepperlaw.com | aleffert@rwolaw.com |
| nogglel@pepperlaw.com | kstrickland@rmkb.com |

**EMAIL ADDRESSES**

| | |
|---|---|
| cbelmonte@ssbb.com | bmeldrum@stites.com |
| pbosswick@ssbb.com | streusand@streusandlandon.com |
| aisenberg@saul.com | brousseau@sbep-law.com |
| jhampton@saul.com | esserman@sbep-law.com |
| tcurrier@saul.com | hartwick@sbep-law.com |
| glee@schaferandweiner.com | d'apice@sbep-law.com |
| rheilman@schaferandweiner.com | newton@sbep-law.com |
| bdeutsch@schnader.com | dselwocki@swappc.com |
| bbressler@schnader.com | jteitelbaum@tblawllp.com |
| adam.harris@srz.com | marvin.clements@ag.tn.gov |
| david.karp@srz.com | lischen@tcwtgn.com |
| mschonfeld@gibsondunn.com | djr@thecreditorslawgroup.com |
| dlin@seyburn.com | kenneth_freda@gardencitygroup.com |
| bshaw100@shawgussis.com | casey.roy@oag.state.tx.us |
| fsosnick@shearman.com | dkowich@umich.edu |
| jfrizzley@shearman.com | rbrownlee@thompsoncoburn.com |
| bwolfe@sheppardmullin.com | jesse@tipotexchevrolet.com |
| etillinghast@sheppardmullin.com | mgamell@tlggr.com |
| mcademartori@sheppardmullin.com | abauer@torys.com |
| achaykin@shinnfuamerica.com | tmartin@torys.com |
| kkansa@sidley.com | sdellafera@trenklawfirm.com |
| avery@silvermanmorris.com | brett.goodman@troutmansanders.com |
| arosen@silvermanacampora.com | jeffrey.kelley@troutmansanders.com |
| mgrant@stblaw.com | paula.christ@trw.com |
| ppantaleo@stblaw.com | joseph.samarias@do.treas.gov |
| levick@singerlevick.com | mkilgore@up.com |
| mshriro@singerlevick.com | david.jones6@usdoj.gov |
| kayalyn.marafioti@skadden.com | jeffrey.oestericher@usdoj.gov |
| jack.butler@skadden.com | matthew.schwartz@usdoj.gov |
| nboehler@cbmlaw.com | joseph.cordaro@usdoj.gov |
| cmeyer@ssd.com | natalie.kuehler@usdoj.gov |
| tcornell@stahlcowen.com | antitrust.atr@usdoj.gov |
| ccaldwell@starkreagan.com | askdoj@usdoj.gov |
| wpayne@stemberfeinstein.com | djury@usw.org |
| edoyle@stemberfeinstein.com | mjedelman@vedderprice.com |
| jstember@stemberfeinstein.com | mschein@vedderprice.com |
| efeinstein@stemberfeinstein.com | lakatz@venable.com |
| shgross5@yahoo.com | roran@velaw.com |
| cbullock@sbplclaw.com | tscobb@vorys.com |
| sgoll@sbplclaw.com | gtoering@wnj.com |
| nashvillebankruptcyfilings@stites.com | crusemg@wnj.com |

**EMAIL ADDRESSES**

sgrow@wnj.com
rbarrows@wdblaw.com
rbarrows800@gmail.com
zacharym@atg.wa.gov
harvey.miller@weil.com
joseph.smolinsky@weil.com
stephen.karotkin@weil.com
karpek@whiteandwilliams.com
dockterman@wildman.com
young@wildman.com
friedman@wildman.com
dpacheco@wilentz.com
laccarrino@wilentz.com

uncbill@msn.com
dennis.jenkins@wilmerhale.com
philip.anker@wilmerhale.com
melanie.dritz@wilmerhale.com
cschreiber@winston.com
mbotica@winston.com
mcohn@winston.com
sschwartz@winston.com
wdcoffeylaw@yahoo.com
swolfson@wolfsonbolton.com
jwyly@wylyrommel.com
skrause@zeklaw.com
bleinbach@zeklaw.com

**EXHIBIT B**

# GENERAL MOTORS CORPORATION
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADRIAN ENVIRONMENTAL MANAGEMENT, INC. | C/O KENNETH RICHARDS 7533 WILLOW CREEK DRIVE CANTON MI 48187 |
| AIMS/DYKEMA GOSSETT PLLC | 10 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| AIMS/LATHROP & GAGE LC | 2345 GRAND BLVD. KANSAS CITY MO 64108 |
| AIMS/STEPHENS & STEPHENS | 410 MAIN STREET BUFFALO NY 14202 |
| ARCADIS BBL | 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| ARCADIS BBL | ATTN: CHRIS PETERS 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| ARCADIS GERAGHTY & MILLER, INC. | ATTN: CHRIS PETERS 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| BT2, INC. | ATTN: MARK HUBER 2830 DAIRY DRIVE MADISON WI 53718-6751 |
| CHARTER TOWNSHIP OF FLINT | ATTN: SANDRA S WRIGHT 1490 S. DYE ROAD FLINT MI 48532 |
| CHARTER TOWNSHIP OF YPSILANTI | LARRY J. DOE, TREASURER 7200 S. HURON RIVER DR. YPSILANTI MI 48197 |
| CHARTER TWP. OF GENESEE | ATTN: TOM MANNOR, TREASURER 7244 N. GENESSE ROAD P.O. BOX 215 GENESEE MI 48437 |
| CITY OF SAGINAW, TREASURER | 1315 S. WASHINGTON AVE. SAGINAW MI 48601 |
| CITY OF SIOUX CITY | CITY TREASURER P.O. BOX 447 SIOUX CITY IA 51102 |
| CLEAN HARBORS ENVIRONMENTAL SERVICES | P.O. BOX 3442 BOSTON MA 02241-3442 |
| CONESTOGA-ROVERS & ASSOC. | ATTN: BETH LANDALE 22055 NIAGARA FALLS BLVD. SUITE #3 NIAGARA FALLS NY 14304 |
| CONESTOGA-ROVERS & ASSOCIATES | 22055 NIAGARA FALLS BLVD SUTIE #3 NIAGARA FALLS NY 14304 |
| ENCORE ENVIRONMENTAL CONSORTIUM | ATTN: MARK QUILTER P.O. BOX 66 6723 TOWPATH ROAD SYRACUSE NY 13214 |
| ENVIRON INTERNATIONAL CORPORATION | 214 CARNEGIE STREET PRINCETON NJ 08540 |
| ENVIRON INTERNATIONAL CORPORATION | 214 CARNEGIE STREET PRINCETON NJ 08540-1980 |
| FAVERO GEOSCIENCES | ATTN: DAVE FAVERO 1210 SOUTH 5TH STREET, SUITE 2 SPRINGFIELD IL 62703 |
| GENERAL OIL COMPANY, INC. | 35796 VERONICA ST. LIVONIA MI 48150 |
| GLOBAL ENVIRONMENTAL ENGINEERING INC. | 6140 HILL 23 DRIVE SUITE 1 FLINT MI 48507 |
| GROUNDWATER & ENVIRONMENTAL SVCS, INC | 440 CREAMERY WAY SUITE 500 EXTON PA 19341-2577 |
| HALEY & ALDRICH DESIGN AND CONTRUCTION | 56 ROLAND STREET BOSTON MA 02129-1400 |
| HALEY & ALDRICH OF NEW YORK | 200 TOWN CENTRE DRIVE, STE 2 ROCHESTER NY 14623-4264 |
| HDR ENGINEERING | ATTN: DICK BELL 8404 INDIAN HILLS DRIVE OMAHA NE 68114 |
| IOWA DEPT OF NATIONAL RESOURCES | HAZARDOUS WASTE REMEDIAL FUND 502 E. 9TH STREET DES MOINES IA 50319 |
| J.A. LOMBARDO & ASSOCIATES | ATTN: JOSEPH A. LOMBARDO 445 S. LIVERNOIS - SUITE 202 ROCHESTER MI 48307 |
| NOVA CONSULTANTS, INC | 21580 NOVI ROAD #300 NOVI MI 48375 |
| O'BRIEN & GERE ENGINEERS, INC. | ATTN: TERRY L. BROWN 5000 BRITTONFIELD PKWY SYRACUSE NY 13057-9226 |
| ROYAL ENVIRONMENTAL, INC. | 720 LEXINGTON AVENUE P.O. BOX 15719 ROCHESTER NY 14615 |
| SEVENSON ENVIRONMENTAL SERVICES, INC. | 2749 LOCKPORT ROAD NIAGARA FALLS NY 14302 |
| THE BANK OF NEW YORK | FINANCIAL CONTROL BILLING DEPARTMENT P.O. BOX 19445 NEWARK NJ 07195-0445 |
| THE BARTECH GROUP | 17199 NORTH LAUREL PARK DR. SUITE224 LIVONIA MI 48152 |
| TOWN OF FRAMINGHAM | TAX COLLECTOR'S OFFICE 150 CONCORD ST FRAMINGHAM MA 01702 |
| WASHTENAW COUNTY TREASURER | P.O. BOX 8645 200 N. MAIN ST STE 200 ANN ARBOR MI 48107-8645 |
| WASTE MANAGEMENT | P.O. BOX 9001054 LOUISVILLE KY 40290-1054 |
| WDC EXPLORATION & WELLS | 500 MAIN STREET WOODLAND CA 95695 |
| YOUNG'S ENVIRONMENTAL CLEANUP, INC | G-5305 NORTH DORT HIGHWAY FLINT MI 48505 |

**Total Creditor Count 39**

# GENERAL MOTORS CORPORATION
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ATLAS OIL COMPANY | 124501 ECORSE ROAD TAYLOR MI 48180 |
| BOB HASTINGS BUICK GMC, INC. | ATT: DAVID P. STOETZEL 800 PANORAMA TRAIL SOUTH ROCHESTER NY 14625 |
| CHARLES CLARK CHEVROLET CO. | P.O. BOX 520 MCALLEN TX 78505 |
| DANIEL W. SHERRICK, GENERAL COUNSEL | 8000 EAST JEFFERSON AVE DETROIT MI 48214 |
| DEPARTMENT OF THE TREASURY | ATTN: OFFICE OF GENERAL COUNSEL 1500 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20220 |
| DORSEY & WHITNEY LLP | ATTN: MICHAEL FOREMAN, ESQ. ATTY FOR BALLARD MATERIAL PRODUCTS INC. 250 PARK AVENUE NEW YORK NY 10177 |
| EATON CORPORATION | 1111 SUPERIOR AVENUE CLEVELAND OH 44114 |
| FACTORY MOTOR PARTS COMPANY | 1380 CORPORATE CENTER CURVE EAGAN MN 55121 |
| GHSP, INC. | ATTN: RON WALLISH 1250 SOUTH BEECHTREE STREET GRAND HAVEN MI 49417 |
| INTERNAL REVENUE SERVICE | ATTN: INSOLVENCY SECTION 290 BROADWAY NEW YORK NY 10007 |
| INTERNAL REVENUE SERVICE | ATTN: INSOLVENCY SECTION P.O. BOX 21126 PHILADELPHIA PA 19114 |
| JIM BARNARD CHEVROLET, INC. | ATT: ALLYN BARNARD, PRESIDENT 7107 BUFFALO ROAD CHURCHVILLE NY 14428 |
| KNAPP CHEVROLET | 815 HOUSTON AVENUE HOUSTON TX 77007 |
| MIKE BARNARD CHEVROLET-CADILLAC-BUICK | PONTIAC-GMC, INC. ATT: MICHAEL E. BARNARD, PRESIDENT 616 THAYER ROAD FAIRPORT NY 14450 |
| NEW YORK CITY DEPT. OF FINANCE | ATTN: LEGAL AFFAIRS - DEVORA COHN 345 ADAMS ST- 3RD FLOOR BROOKLYN NY 11201 |
| NEW YORK STATE DEPT TAXATION & FINANCE | ATTN: BANKRUPTCY/SPECIAL PROC. SECT. PO BOX 5300 ALBANY NY 12205 |
| OFFICE OF THE UNITED STATES TRUSTEE | DIANA G ADAMS 33 WHITEHALL STREET NEW YORK NY 10004 |
| PADDOCK CHEVROLET, INC. | ATT: DUANE PADDOCK, PRESIDENT 3232 DELAWARE AVENUE KENMORE NY 14217 |
| PENSKE AUTO GROUP | 18600 SOUTH HAWTHORNE BOULEVARD TORRANCE CA 90504 |
| PIMA COUNTY | C/O BARBARA LAWALL, CIVIL DIVISION T. ROBERTS & G. YUSUFOV DEPUTY COUNTY ATTORNEYS TUCSON AZ 85701 |
| PYEONG HWA AUTOMOTIVE CO., LTD. | 1032 DAECHEON-DONG DALSEO-GU KOREA, REPUBLIC OF |
| SCHOENL KEVIN M | SCHOENL, CONNIE 20 JADE CREEK DR HILTON NY 14468 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW N. VOLLMER ACTING GEN. COUNSEL 100 F STREET, ND WASHINGTON DC 20549 |
| SHAPE CORP. | ATTN: BUDD BRINK 1900 HAYES STREET GRAND HAVEN MI 49417 |
| TEAM CHEVROLET, INC. | ATT: THOMAS STEIGERWALD, VICE PRESIDENT ROUTE 16 OLEAN NY 14760 |
| THE VALLEY CADILLAC CORPORATION | ATT: EDWARD T. MEAGHAR, JR., PRESIDENT 3100 WINTON ROAD SOUTH ROCHESTER NY 14623 |
| TORRES EDWARD ZUNIGA | BERMUDEZ, GENOVEVA C/O COHEN & ASSOCIATES SCOTTSDALE AZ 85255 |
| TOYOTA BOSHOKU AMERICA, INC. | 28000 WEST PARK DRIVE NOVI MI 48377 |
| TOYOTA MOTOR SALES U.S.A, INC. | ATT: TOBIN LIPPERT 19001 SOUTH WESTERN AVE, HQ12 TORRANCE CA 90509 |
| UNITED STATES ATTORNEY'S OFFICE | ATTN: CLAIMS UNIT - ROOM 417 ONE ST. ANDREWS PLAZA NEW YORK NY 10007 |

**Total Creditor Count 30**

GENERAL MOTORS CORPORATION

## Service List

| Claim Name | Address Information |
|---|---|
| RAYTHEON PROFESSIONAL SERVICES LLC | 12160 SUNRISE VALLEY DRIVE<br>RESTON, VA 20191 |

**EXHIBIT C**

GENERAL MOTORS CORPORATION

**Service List**

| Claim Name | Address Information |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DIANA G ADAMS<br>33 WHITEHALL STREET<br>NEW YORK, NY 10004 |