# Bowman and Brooke LLP
### ATTORNEYS AT LAW

MINNEAPOLIS • PHOENIX • DETROIT • SAN JOSE • LOS ANGELES • RICHMOND

**PHOENIX**
Phoenix Plaza
Suite 1700
2929 North Central Ave.
Phoenix, AZ 85012-2761
602/248-0899 (Tel)
602/248-0947 (Fax)

**MINNEAPOLIS**
Suite 2600
150 South Fifth Street
Minneapolis, MN 55402-4244
612/339-8682 (Tel)
612/672-3200 (Fax)

**DETROIT**
Suite 600
50 West Big Beaver Road
Troy, MI 48084-5293
313/871-3000 (Tel)
313/871-3006 (Fax)

**SAN JOSE**
Suite 200
1741 Technology Drive
San Jose, CA 95110-1355
408/279-5393 (Tel)
408/279-5845 (Fax)

**LOS ANGELES**
Suite 700
879 West 190th Street
Gardena, CA 90247-7468
310/768-3068 (Tel)
310/719-1019 (Fax)

**RICHMOND**
Riverfront Plaza West Tower
Suite 1500
901 East Byrd Street
Richmond, VA 23219-4080
804/649-8200 (Tel)
804/649-1762 (Fax)

**OF COUNSEL**

**LAS VEGAS**
Law Offices of
Greg W. Marsh
702/387-0052

**MINNEAPOLIS**
Kenneth Ross
Attorney At Law
952/933-1195

Ward & Ward, L.L.C.
612/872-1100

**DETROIT**
Bliss McGlynn, P.C.
248/649-6090

www.bowmanandbrooke.com

Gina M. Zarling
Direct Dial: (602) 308-4285
E-Mail: gina.m.zarling@phx.bowmanandbrooke.com

May 4, 2004

Michael S. Kimm
190 Moore Street, Suite 272
Hackensack, New Jersey 07601

Re: **_Jin Ah Lee v. General Motors Corporation, et al._**
    **US District Court Docket No.: CV031532PCTJAT**

Dear Mr. Kimm:

Pursuant the initial disclosure statement, enclosed please find documents bates labeled LEE 000001 through LEE 000131.

Please feel free to contact my office should you have any questions regarding the foregoing.

Very truly yours,

BOWMAN AND BROOKE LLP

Gina M. Zarling
Paralegal

GMZ/mla
Enclosure(s)

::ODMA\PCDOCS\PHX\169842\1

# ARIZONA TRAFFIC ACCIDENT REPORT

**ADOT USE ONLY** — JUL 1 4 2003 5 4 5 1

**Agency Report Number:** 2003-043607

**POLICE ONLY** - FORWARD COPY TO: ADOT TRAFFIC RECORDS SECTION 064R, 206 S. 17TH AVE., PHOENIX, ARIZONA 85007-3233

| Year/Month/Day | Hour | NCIC No. | Officer ID No. |
|---|---|---|---|
| 2003/06/01 | 16 30 | 0799 | 05894 |

Total No. of Sheets: 17

**COMPLETE THE FOLLOWING SUPPLEMENT IF ANY ○ (circle) AND ANY ◇ (diamond) ARE CHECKED**

## Section 2
- Total Units: 1
- Total Injuries: 3
- Total Fatalities: 1
- Estimated Total Damage Compared to Limit: ☑ Over
- ☑ Fatal
- Prop: ☑ Tow Away at Least One (1) Vehicle from Scene
- Persons Transported for Immediate Medical Care: ☑ Yes
- District or Grid No: 0 3 0 1 4

## Section 3 - Location
- On Highway/Road/Street: 160
- City: Kayenta/Tsegi (☑ Outside)
- County: Navajo
- Intersecting Street, Road / M.P. or R.P.: ☑ At  380.6

## Section 4 - Traffic Unit No. 1
- Driver: Hong Jun Jeon — Sex: M — Inj: 3
- Date of Birth: 01/03/80
- Address: New England School of English 36 JFK Street
- City: Cambridge — State: MA — Zip: 02138-
- Telephone: 617-868-2647
- Plate Number: 4XLT007 — State: CA — Year: 03
- Owner/Carrier Name: ALAMO CAR RENTAL
- Address: LAS VEGAS — City: LAS VEGAS — State: NV
- Safety Device Code: 3
- Body Style: 4-DOOR
- Make: MALIBU — Color: WHITE — Year: 03
- VIN: 1G1NDS2J63M619959
- Removed to: CHIEF TOWING KAYENTA (☑ Disabled)
- Removed by: CHIEF TOW TRUCK
- Orders of: DRIVER
- Posted Speed Limit: 65
- Expiration Date: 06/20/2003
- Insurance Company: ALAMO CAR RENTAL
- Telephone: 800-407-4411
- Policy Number: ID-FGTY6YVPR

## Section 5 - Passengers

| Unit No. | Seat Pos. | Sfty. Dev. | Name | Address | City | State | Zip | Age | Sex | Inj. Sev. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 3 | JOON KYU JANG | N.E.S.E. 36 JFK STREET | CAMBRIDGE | MA | 02138- | 24 | M | 3 |
| 1 | 4 | 1 | JIN AH LEE | N.E.S.E. 36 JFK STREET | CAMBRIDGE | MA | 02138- | 22 | F | 5 |
| 1 | 6 | 1 | HONG JU EYIM | N.E.S.E. 36 JFK STREET | CAMBRIDGE | MA | 02138- | 21 | F | 3 |

**Seating Position:** 07 04 01 / 08 05 02 / 09 09 03
**Safety Devices:** 1-None used, 2-Lap belt, 3-Lap & shoulder, 4-Airbag deployed, 5-Child restraint, 6-Protective helmet, 7-Passive belt, 8-Passive & lap, 9-Other, 0-Unknown; 10-Not in Passenger Compart, 11-Motorcycle, Bus, 12-Other, 13-Unknown, 14-Pedalcyclist
**Injury Severity Codes:** 1-No injury, 2-Possible injury, 3-Non incapacitating injury, 4-Incapacitating injury, 5-Fatal injury, 6-Not Reported / Unknown

## Section 7 - Witnesses

| Name | Address | City | State | Telephone | Age |
|---|---|---|---|---|---|
| PHILOMENA CLITSO | PO BOX 3595 | KAYENTA | AZ | 928-265-7414 | 37 |
| BRIAN MARTINEZ | 200 S MARSHAL ST #11 | CASA GRANDE | AZ | 520-876-4747 | 29 |
| PAULINE REED | 200 S MARSHAL ST #11 | CASA GRANDE | AZ | 520-876-4747 | 44 |

## Section 8
- Photos Taken: ☑ Yes
- Photographer's Name: CI SNYDER
- Agency Name: NAVAJO NATION CRIMINAL INVESTIGAT / Arizona Department of Public Safety
- Investigation at Scene: ☑ Yes
- Date Investigated: 06/01/2003
- Time Investigated: 18 00
- Date Completed: 06/12/2003
- Officer's Signature: GERALD JOHNSON
- Badge No.: 5894

H.A 4739

LEE 000001