# EXHIBIT 8

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| LECKINGTON, CLAUDE J | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE | 600 | | NORFOLK | VA | 23510-2212 |
| LECLAIR RYAN | BRIAN K. TELFAIR | PO BOX 2499 | | | RICHMOND | VA | 23218-2499 |
| LECLAIR RYAN | BRIAN K. TELFAIR, ESQ. | PO BOX 2499 | | | RICHMOND | VA | 23218-2499 |
| LECLERC, JAMES R | STATE FARM INSURANCE | PO BOX 2371 | | | BLOOMINGTON | IL | 61702-2371 |
| LECOMPTE, DONALD J | GUY WILLIAM S | PO BOX 509 | | | MCCOMB | MS | 39649-0509 |
| LECTRO COMMUNICATION INC | 4885 N STATE ROAD 9 | | | | ANDERSON | IN | 46012-1094 |
| LECTRON PRODUCTS INC | 1400 S LIVERNOIS RD | | | | ROCHESTER HILLS | MI | 48307-3362 |
| LEDBETTER, KEITH | BOONE ALEXANDRA | 205 LINDA DR | | | DAINGERFIELD | TX | 75638-2107 |
| LEDDY, JAMES K | KELLEY & FERRARO LLP | 1300 EAST NINTH STREET, 1901 BOND COURT BUILDING | | | CLEVELAND | OH | 44114 |
| LEDERER, SANDRA | WISE & JULIAN | PO BOX 1108 | | | ALTON | IL | 62002-1108 |
| LEDFORD, DAVID C | BOONE ALEXANDRA | 205 LINDA DR | | | DAINGERFIELD | TX | 75638-2107 |
| LEDFORD, JACK T | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE | 600 | | NORFOLK | VA | 23510-2212 |
| LEDFORD, MARY | PO BOX 148 | | | | HANSVILLE | WA | 98340-0148 |
| LEDFORD, SIDNEY | BURNS JAMES D | 2200 4TH AVE | | | SEATTLE | WA | 98121-2025 |
| LEDO, BENJAMIN J | ANGELOS PETER G | 100 N CHARLES STREET, ONE CHARLES CENTER | | | BALTIMORE | MD | 21203-3812 |
| LEDOUX, CARLA | HENNESSY LAW OFFICES OF J PATRICK | 401 EDWARDS ST STE 1310 | | | SHREVEPORT | LA | 71101-5526 |
| LEDOUX, JACK | HENNESSY LAW OFFICES OF J PATRICK | 401 EDWARDS ST, STE 1310 | | | SHREVEPORT | LA | 71101-5526 |
| LEDUC, EMILE | LIPMAN DAVID M | 5901 SW 74TH ST STE 304 | | | MIAMI | FL | 33143-5163 |
| LEE COUNTY TAX COLLECTOR | ATTN: LEGAL OFFICER / BANKRUPTCY DEPT. | PO BOX 1609 | | | FORT MYERS | FL | 33902-1609 |
| LEE ENTERPRISES | MARY JUNCK | 201 N. HARRISON ST. | | | DAVENPORT | IA | 52801 |
| LEE, AARON | KAHN & ASSOCIATES | 17295 CHESTERFIELD AIRPORT ROAD SUITE 200 | | | CHESTERFIELD | MO | 63005 |
| LEE, ALMA | SYLVESTER STEPHEN T | 20 LESLIE LN | | | MONROE | LA | 71203-2715 |
| LEE, ANTONIA | COCHRAN FIRM MEMPHIS | ONE COMMERCE SQUARE 26TH FLOOR | | | MEMPHIS | TN | 38103 |
| LEE, BENNIE | KIMMEL & SILVERMAN | 89 N HADDON AVE | | | HADDONFIELD | NJ | 08033 |
| LEE, BILLY | GUY WILLIAM S | PO BOX 509 | | | MCCOMB | MS | 39649-0509 |
| LEE, BOB | KELLEY & FERRARO LLP | 1300 EAST NINTH STREET, 1901 BOND COURT BUILDING | | | CLEVELAND | OH | 44114 |
| LEE, BOBBY R | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE | 600 | | NORFOLK | VA | 23510-2212 |
| LEE, BRENDA | 3619 N 13TH ST | | | | PHILADELPHIA | PA | 19140-4207 |
| LEE, BROOKE E | KIMMEL & SILVERMAN | 89 N HADDON AVE | | | HADDONFIELD | NJ | 08033-2423 |
| LEE, CARLOS M | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE | 600 | | NORFOLK | VA | 23510-2212 |
| LEE, CHESIE | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE | 600 | | NORFOLK | VA | 23510-2212 |
| LEE, CORNELIUS | COON & ASSOCS BRENT | 917 FRANKLIN ST STE 210 | | | HOUSTON | TX | 77002-1751 |
| LEE, DAVID W | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE | 600 | | NORFOLK | VA | 23510-2212 |
| LEE, DEUK | LEE & ASSOCIATES GINAM | 880 W 1ST ST APT 523 | | | LOS ANGELES | CA | 90012-2473 |
| LEE, DILLARD | BEVAN & ASSOCIATES | 10360 NORTHFIELD ROAD, BEVAN PROFESSIONAL BLDG | | | NORTHFIELD | OH | 44067 |
| LEE, DONALD | 17 COWDYS LN | | | | LAKE CITY | SC | 29560-7831 |
| LEE, DUKSON | GULBRANDSEN RICHARD M | 414 E SOUTHERN AVE | | | MESA | AZ | 85204-4922 |
| LEE, EDWARD L | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE | 600 | | NORFOLK | VA | 23510-2212 |
| LEE, EMMETT | PORTER & MALOUF PA | 4670 MCWILLIE DR | | | JACKSON | MS | 39206-5621 |
| LEE, FREDERICK B | JACOBS & CRUMPLAR P A | PO BOX 1271 | 2 EAST 7TH ST. | | WILMINGTON | DE | 19899-1271 |
| LEE, GEORGE | PORTER & MALOUF PA | 4670 MCWILLIE DR | | | JACKSON | MS | 39206-5621 |
| LEE, GEORGE A | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE | 600 | | NORFOLK | VA | 23510-2212 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| LEE, HERMAN E | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, HILDA MAE | BEVAN & ASSOCIATES | 10360 NORTHFIELD ROAD, BEVAN PROFESSIONAL BLDG | | | NORTHFIELD | OH | 44067 |
| LEE, JAMES | ANGELOS PETER G LAW OFFICES OF | 100 N CHARLES STREET, ONE CHARLES CENTER 22ND FLOOR | | | BALTIMORE | MD | 21202 |
| LEE, JAMES | BEVAN & ASSOCIATES | 10360 NORTHFIELD ROAD, BEVAN PROFESSIONAL BLDG | | | NORTHFIELD | OH | 44067 |
| LEE, JEFF | PORTER & MALOUF PA | 4670 MCWILLIE DR | | | JACKSON | MS | 39206-5621 |
| LEE, JERRY D | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, JESSE J | BOONE ALEXANDRA | 205 LINDA DR | | | DAINGERFIELD | TX | 75638-2107 |
| LEE, JIN AH | GULBRANDSEN RICHARD M | 414 E SOUTHERN AVE | | | MESA | AZ | 85204-4922 |
| LEE, JOHNNIE P | DONALDSON & BLACK | 208 W WENDOVER AVE | | | GREENSBORO | NC | 27402-1307 |
| LEE, JOYCE A | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, JUNGIL | GULBRANDSEN RICHARD M | 414 E SOUTHERN AVE | | | MESA | AZ | 85204-4922 |
| LEE, JUSTIN | 2530 BAMESLEY PL | | | | BALTIMORE | MD | 21244-8016 |
| LEE, KENNETH E | ANGELOS PETER G LAW OFFICES OF | 100 N CHARLES STREET, ONE CHARLES CENTER 22ND FLOOR | | | BALTIMORE | MD | 21202 |
| LEE, LOYAL | GOLDBERG PERSKY JENNINGS & WHITE PC | 4800 FASHION SQUARE BLVD STE 260 | | | SAGINAW | MI | 48604-2602 |
| LEE, MAURICE | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, MAYNARD B | ANGELOS PETER G LAW OFFICES OF | 100 N CHARLES STREET, ONE CHARLES CENTER 22ND FLOOR | | | BALTIMORE | MD | 21202 |
| LEE, MICHAEL | CONSUMER LEGAL SERVICES | 13000 W BLUEMOUND ROAD SUITE 305 | | | ELM GROVE | WI | 53122 |
| LEE, MIRACLE | ELCO | PO BOX 970910 | | | COCONUT CREEK | FL | 33097-0910 |
| LEE, NANCY | 8127 VERGIE HARRIS RD | | | | BAXTER | TN | 38544-4339 |
| LEE, OTHEL | WEITZ & LUXENBERG | 180 MAIDEN LANE | | | NEW YORK | NY | 10038 |
| LEE, PARKER DON | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, RALPH | GOLDBERG PERSKY JENNINGS & WHITE PC | 4800 FASHION SQUARE BLVD STE 260 | | | SAGINAW | MI | 48604-2602 |
| LEE, RANDOLPH RICHARD | BOONE ALEXANDRA | 205 LINDA DR | | | DAINGERFIELD | TX | 75638-2107 |
| LEE, RAYMOND R | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, REX A | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| LEE, ROLLAND | KELLEY & FERRARO LLP | 1300 EAST NINTH STREET, 1901 BOND COURT BUILDING | | | CLEVELAND | OH | 44114 |
| LEE, RORY | GUY WILLIAM S | PO BOX 509 | | | MCCOMB | MS | 39649-0509 |
| LEE, ROSS | EKENNA NWABEI & CO LLP | 4221 WILSHIRE BLVD STE 392 | | | LOS ANGELES | CA | 90010-3537 |
| LEE, SAMANTHA | GRESHAM DARRYL D | 80 MONROE AVE STE 650 | | | MEMPHIS | TN | 38103-2466 |
| LEE, SANDY | LIPMAN DAVID M | 5901 SW 74TH ST STE 304 | | | MIAMI | FL | 33143-5163 |
| LEE, SANG CHUL | GULBRANDSEN RICHARD M | 414 E SOUTHERN AVE | | | MESA | AZ | 85204-4922 |
| LEE, SCOTT | KAHN & ASSOCIATES | 55 PUBLIC SQ STE 650 | | | CLEVELAND | OH | 44113-1909 |
| LEE, SCOTT | LAW OFFICE OF SCOTT KAMRATZ | 22845 VENTURA BLVD STE 523 | | | WOODLAND HILLS | CA | 93164 |
| LEE, SHELTON | ANGELOS PETER G | 100 N CHARLES STREET, ONE CHARLES CENTER | | | BALTIMORE | MD | 21202-3812 |
| LEE, STACEY | GRAY & PROUTY | 3170 4TH AVE FL 3 | | | SAN DIEGO | CA | 92103-5850 |
| LEE, TERRY JR | GRESHAM DARRYL D | 80 MONROE AVE STE 650 | | | MEMPHIS | TN | 38103-2466 |
| LEE, TERRY P | GRESHAM DARRYL D | 80 MONROE AVE STE 650 | | | MEMPHIS | TN | 38103-2466 |
| LEE, TINA | 17240 CARVER RD | | | | HUDSON | IL | 61748-7566 |
| LEE, TRESSI | 1238 BEECHWOOD DR | | | | VILLE PLATTE | LA | 70586-7676 |
| LEE, WALKER H | DONALDSON & BLACK | 208 W WENDOVER AVE | | | GREENSBORO | NC | 27401-1307 |
| LEE, WILLIAM | BILMS KEVIN P | 430 CRAWFORD ST STE 202 | | | PORTSMOUTH | VA | 23704-3813 |
| LEE, WILLIAM | HOWARD BRENNER & GARRIGAN-NASS | 1608 WALNUT ST, 17TH FLOOR | | | PHILADELPHIA | PA | 19103 |