# Exhibit 9



JOHN TREBON
JOHN TREBON, P.C.
308 N. Agassiz
Flagstaff, Arizona 86001
(928) 779-1713

Local counsel for Plaintiffs.
AZ. State Bar No. 005375

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF COCONINO

| | |
|---|---|
| JIN AH LEE, decedent, by her estate representative, JUNGIL LEE, SANG CHUL LEE, decedent's father, and DUKSON LEE, decedent's mother, <br><br> Plaintiffs, <br><br> v. <br><br> ANC CAR RENTAL CORP., GENERAL MOTORS CORP., and HONG-JUN JEON, <br><br> Defendants. | Case No.: CV 2005-307 <br><br> **REQUEST TO EXCEED PRELIMINARY LIMIT ON INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS** <br><br> (Assigned to Honorable Fred Newton) <br><br> (Proposed order attached) |

The Plaintiffs, by and through local counsel, John Trebon, requests that the Court allow the Plaintiffs to exceed the initial, presumptive amount of interrogatories and requests for production of documents set by Rules 33.1, Ariz. R. Civ. Pro. (40 interrogatories) and Rule 34 (10 requests for production of documents). Due to the complexity of the case, and the need to obtain, and focus on relevant information, it would be both productive and less expensive for the parties to obtain documentary evidence at the outset of the case. Therefore, we request that the Court approve the propoundment of the attached interrogatories and requests for production of documents.

Respectfully submitted this 24 day of September, 2007.

**JOHN TREBON, P.C.**

By: _____
John Trebon
Local counsel for Plaintiffs

The original of the foregoing was delivered this 25 day of September, 2007, to:

Clerk of Court
Coconino County Superior Court
200 N. San Francisco Street
Flagstaff, AZ 86001

And a copy delivered to:

Honorable Fred Newton
Coconino County Superior Court Judge, Division II

And to:

Timothy M. Medcoff
Quarles & Brady LLP
One South Church Avenue, Suite 1700
Tucson, AZ 85701-1621
*Attorneys for Defendant ANC Rental Corp.*

Thomas Klein, Esq.
Abram Bowman, Esq.
Bowman and Brooke, LLP
2929 North Central Avenue, Suite 1700
Phoenix, AZ 85012
*Attorneys for Defendant General Motors Corp.*

1  G. Peter Spiess
2  Spiess & Associates PC
   420 West Roosevelt Street
3  Phoenix, AZ 85003
4  *Attorney for Defendant Hong-Jun Jeon*

5  And mailed to:
6
7  Michael S. Kimm

8  By: _S. Bollhoefer_ (signature)
9      S. Bollhoefer