

**JUDY H. HASSELL**
*Chief Deputy*

Telephone (205) 481-4131

Fax Transmissions
Only
(205) 481-4207

**BESSEMER DIVISION**
P.O. Box 1190
Bessemer, Alabama 35021-1190

# GROVER DUNN
### ASSISTANT TAX COLLECTOR – JEFFERSON COUNTY

March 10, 2010

**US Bankruptcy Court
Chapter 11, Clerk
One Bowling Green
New York, NY 10004-1408**

RE:  Motors Liquidation Company (fka General Motors Corp.)
     Bankruptcy Case No. 09-50026 REG)
     Parcel ID:  90-37-505829.010-PP
                 90-37-505829.020-PP

*(Stamp: THE GARDEN CITY GROUP, INC. MAR 18 2010)*

Gentlemen:

Please withdraw the claims that were filed for 2009 taxes on the above referenced parcels. (Copy of Claims Enclosed). The 2009 taxes have been paid.

Thank you for your assistance in this matter.

Sincerely,

*(signature)*

Grover Dunn
Assistant Tax Collector
Bessemer Division

GD:eb

Enclosure

Copy to:  The Garden City Group, Inc.

**PROOF OF CLAIM**

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| Case No. |
|---|
| 09-50026 (REG) |
| 09-50027 (REG) |
| 09-50028 (REG) |
| 09-13558 (REG) |

Name of Debtor (Check Only One):
- Motors Liquidation Company (f k a General Motors Corporation)
- MLCS, LLC (f k a Saturn, LLC)
- MLCS Distribution Corporation (f k a Saturn Distribution Corporation)
- MLC of Harlem, Inc. (f k a Chevrolet-Saturn of Harlem, Inc.)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be made pursuant to 11 U.S.C. § 503.

**Your Claim is Scheduled As Follows:**

Motors Liquidation Company

Priority: $0.00

Contingent / Unliquidated

Name of Creditor (the person or other entity to whom the debtor owes money or property): JEFFERSON COUNTY TAX COLLECTOR

Name and address where notices should be sent:

JEFFERSON COUNTY TAX COLLECTOR
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 1190
GROVER DUNN, ASSISTANT TAX COLLECTOR
BESSEMER, AL 35021-1190

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number: _____
(if known)

Filed on: _____

Telephone number: (205) 481-4131
Email Address:

THE GARDEN CITY GROUP, INC. — NOV 2 2009

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed, June 1, 2009:** $12.37

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** 2009 Ad Valorem Tax

3. **Last four digits of any number by which creditor identifies debtor:** 8442
2009 BILL # 318442  PARCEL ID 90-37-505829.020-PP  UNIT # 52-0

3a. Debtor may have scheduled account as: _____

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____

Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

*COPY FOR ACKNOWLEDGEMENT*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) & § 507(a)(2).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:

$12.37

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Date: 10/22/09

/s/ Grover Dunn

Jefferson County Asst Tax Collector

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Modified B10 (GCG) (12 08)

FOR COURT USE ONLY
RECEIVED MAR 16 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Case No.
- 09-50026 (REG)
- 09-50027 (REG)
- 09-50028 (REG)
- 09-13558 (REG)

Name of Debtor (Check Only One):
- Motors Liquidation Company (f k a General Motors Corporation)
- MLCS, LLC (f k a Saturn, LLC)
- MLCS Distribution Corporation (f k a Saturn Distribution Corporation)
- MLC of Harlem, Inc. (f k a Chevrolet-Saturn of Harlem, Inc.)

NOTE: This form should not be used to make a claim for administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item 5). All other requests for payment of administrative expense should be filed pursuant to 11 U.S.C. § 503.

Your Claim is Scheduled As Follows:

Motors Liquidation Company

Priority: $0.00

Contingent / Unliquidated

Name of Creditor (the person or other entity to whom the debtor owes money or property): **JEFFERSON COUNTY TAX COLLECTOR**

Name and address where notices should be sent:

JEFFERSON COUNTY TAX COLLECTOR
ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.
PO BOX 1190
GROVER DUNN, ASSISTANT TAX COLLECTOR
BESSEMER, AL 35021-1190

Telephone number: **(205) 481-4131**
Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (if known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

THE GARDEN [CITY GROUP INC.] — NOV [?] 2009

1. **Amount of Claim as of Date Case Filed, June 1, 2009:** $230.83

2. **Basis for Claim:** 2009 Ad Valorem Tax

3. **Last four digits of any number by which creditor identifies debtor:** 8443
   2009 BILL # 318443 PARCEL ID 90-37-505829.010-PP UNIT#52-0

3a. Debtor may have scheduled account as:

4. **Secured Claim** (See instruction #4)
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
   Nature of property or right of setoff:
   Describe:
   Value of Property: $_____    Annual Interest Rate: _____
   Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____
   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

   [Stamp: ACKNOWLEDGEMENT]

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☒ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case — 11 U.S.C. § 503(b)(9); § 507(a)(2).

☐ Other — Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:
**$230.83**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Date: 10/22/09

*[Signature: Grover Dunn]*

**Jefferson County Asst. Tax Collector**

FOR COURT USE ONLY
RECEIVED MAR 16 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

Modified B10 (GCG) (12/08)