UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :
                                                                  :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                             :
     f/k/a General Motors Corp., *et al.*  :   09-50026 (REG)
                                                                  :
        Debtors.            :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Laurie M. Thornton, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On March 22, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors [Docket No. 5315].

Signed in Seattle, Washington this        /s/ Laurie M. Thornton
23rd day of March, 2010.                  LAURIE M. THORNTON

Sworn to before me in Seattle, Washington this 23rd day of March, 2010.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012.
License No. 99205

# EXHIBIT A

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP<br>STEPHANIE WICKOUSKI<br>KRISTIN K. GOING<br>140 BROADWAY, 39TH FLOOR<br>NEW YORK, NY 10005 | EDWARDS ANGELL PALMER & DODGE LLP<br>ATTY FOR US BANK NAT'L ASSOC & US BANK TRUST NAT'L ASSOC<br>ATTN RICH HIERSTEINER J DARCEY A ZUCCARELLO J GROVES<br>C BODELL & J WHITLOCK<br>111 HUNTINGTON AVENUE<br>BOSTON, MA 02199-7613 |
| GENERAL FOODS CREDIT INVESTORS NO. 2 CORPORATION<br>C/O PHILLIP MORRIS CAPITAL CORPORATION<br>225 HIGH RIDGE ROAD, SUITE 300 WEST<br>STAMFORD, CT 06905 | KAYE SCHOLER LLP<br>ATTN RICHARD G SMOLEV<br>425 PARK AVENUE<br>NEW YORK, NY 10022-3598 |
| KAYE SCHOLER LLP<br>RICHARD G. SMOLEV<br>311 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>MATTHEW S. BARR, TYSON M. LOMAZOW, SAMUEL KHALIL<br>ONE CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |
| STATE STREET BANK AND TRUST COMPANY OF<br>CONNECTICUT, NATIONAL ASSOCIATION<br>225 ASYLUM STREET, 23RD FLOOR<br>HARTFORD, CT 06103 | WELLS FARGO BANK NORTHWEST NATIONAL ASSOCIATION<br>79 SOUTH MAIN STREET 3RD FLOOR<br>SALT LAKE CITY, UT 84111 |