**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re                                              :
                                                   :    **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.***,**       :
          **f/k/a General Motors Corp.,** *et al.*  :     **09-50026 (REG)**
                                                   :
          **Debtors.**                             :    **(Jointly Administered)**
                                                   :

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON    )
                                      ) ss
COUNTY OF KING              )

I, Laurie M. Thornton, being duly sworn, depose and state:

1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent

for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.

Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.    On March 22, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the

Debtors, I caused a true and correct copy of the following documents to be served by first class

mail, postage prepaid, on each of the GM 2000A Pass Through Trust Pass Through Certificate

holders listed on the Register maintained by Manufacturers and Traders Trust Company, as

successor 2000A Pass Through Trustee; on each of the GM 2001 A-1, GM 2001 A-2, GM 2001

A-3, GM 2001 A-4, GM 2001 A-5, GM 2001 A-6, GM 2001 A-7, and GM 2001 A-8 Trust

Certificate holders listed on the Register maintained by Wells Fargo Bank Northwest, N.A., as

2001 A-1 Indenture Trustee, 2001 A-2 Indenture Trustee, 2001 A-3 Indenture Trustee, 2001 A-4

Indenture Trustee, 2001 A-5 Indenture Trustee, 2001 A-6 Indenture Trustee, 2001 A-7 Indenture

Trustee, and 2001 A-8 Indenture Trustee, respectively; and on each of the Trustees:

- Order Pursuant to Fed. R. Bankr. P. 9019 Approving Global Settlement Agreement and Compromise [Docket No. 5317]; and

- Order Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 365 Approving (1) Omnibus Settlement Agreement and Compromise and (II) Rejection of Certain Personal Property Equipment Lease Agreements [Docket No. 5318].

Signed in Seattle, Washington this 23rd day of March, 2010.

/s/ Laurie M. Thornton
LAURIE M. THORNTON

Sworn to before me in Seattle, Washington this 23rd day of March, 2010.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012.
License No. 99205