# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: General Motors Corporation | § § § § | CHAPTER 11 |
| DEBTOR(S) | § | CASE NO.: 09-50026-11 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Rockwall County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. Rockwall County filed its secured claim on or about October 23, 2009, in the amount of $2.10, which claim is designated as claim number 15026 on the claims register. That claim is no longer owed by the Debtor(s). Therefore, Rockwall County hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on 23rd day of March, 2010, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By: _____
Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie Spindler Huffman, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900