SULLIVAN & WORCESTER LLP
Richard Hiersteiner
Jeanne P. Darcey
Amy A. Zuccarello
Judy A. Groves
Charlotte P. Bodell
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Facsimile: (617) 338-2880
Email: rhiersteiner@sandw.com
   jdarcey@sandw.com
   azuccarello@sandw.com
   jgroves@sandw.com
   cbodell@sandw.com

*Attorneys for U.S. Bank National Association
and U.S. Bank Trust National Association*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | ) Case No. 09-50026 (REG) |
| **f/k/a General Motors corp.,** *et al*. | ) |
| | ) Jointly Administered |
| **Debtors.** | ) |
| | ) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT Richard Hiersteiner, Jeanne P. Darcey, Amy A. Zuccarello, Judy A. Groves and Charlotte P. Bodell, attorneys for U.S. Bank National Association and U.S. Bank Trust National Association, have the following new firm affiliation and address:

Sullivan & Worcester LLP
One Post Office Square
Boston, MA  02109
Telephone: 617-338-2800
Facsimile: 617-338-2880
Email: rhiersteiner@sandw.com
   jdarcey@sandw.com
   azuccarello@sandw.com
   jgroves@sandw.com
   cbodell@sandw.com

{B1066246; 1}

PLEASE TAKE FURTHER NOTICE THAT, effective immediately, all notices given or required to be given and all papers served in this case should be served at the above address.

Dated: March 24, 2010
Boston, MA

**Sullivan & Worcester LLP**

By: /s/ *Charlotte P. Bodell* _____
    Richard Hiersteiner
    Jeanne P. Darcey
    Amy A. Zuccarello
    Judy A. Groves
    Charlotte P. Bodell
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Facsimile: (617) 338-2880
Email: rhiersteiner@sandw.com
       jdarcey@sandw.com
       azuccarello@sandw.com
       jgroves@sandw.com
       cbodell@sandw.com

*Attorneys for U.S. Bank National Association and
U.S. Bank Trust National Association*