**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **MOTORS LIQUIDATION COMPANY,** *et al.***,** ) | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors corp.,** *et al.* ) | |
| ) | **Jointly Administered** |
| ) | |
| **Debtors.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Charlotte P. Bodell, hereby certify that on this 24th day of March, 2010, copies of the Notice of Change of Address were served by electronic means via the Court's CM/ECF system on the parties registered with the CM/ECF system for such service.

Dated: March 24, 2010
Boston, MA

**Sullivan & Worcester LLP**

By: /s/ *Charlotte P. Bodell*
        Charlotte P. Bodell
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Facsimile: (617) 338-2880
Email: cbodell@sandw.com

{B1066297; 1}