B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Motors Liquidation Company (f/k/a General Motors Corporation)

Debtors.

Case No. 09-50026 (REG)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

The Royal Bank of Scotland Plc
Name of Transferee

Koch Supply & Trading, LP
Name of Transferor

Name and Address where notices to transferee should be sent:
RBS Securities Inc.
Distressed and Special Situations
600 Washington Boulevard
Stamford, Connecticut 06901

Court Claim # (if known): 23239
Amount of Claim: $20,196,111.66
Date Claim Filed: 11/11/09
Debtor: Motors Liquidation Company (f/k/a General Motors Corporation)

Phone: 203-897-6502
Last Four Digits of Acct #: _____

Phone: 316-828-6852
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____                                 Date: 3/25/10
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

585085.1/9999-00999