LOWE, FELL & SKOGG, LLC
370 17th Street, Suite 4900
Denver, CO 80202
720-359-8200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
MOTORS LIQUIDATION COMPANY, et al.,                            :    09-50026 (REG)
    f/k/a General Motors Corp., et al.                       :
                                                               :
                     Debtors.                                 :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL
### OF FIRST APPLICATION OF LOWE, FELL & SKOGG, LLC, AS ATTORNEYS FOR THE DEBTORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2009, THROUGH JULY 10, 2009

PLEASE TAKE NOTICE THAT:

    Lowe, Fell & Skogg, LLC hereby withdraws the First Application of Lowe, Fell & Skogg, LLC as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2009, Through July 10, 2009 [Docket No. 4474].

Dated: New York, New York
       March 26, 2010

                                            /s/ Henry I. Lowe
                                            Henry I. Lowe
                                            LOWE, FELL & SKOGG, LLC
                                            370 17th Street, Suite 4900
                                            Denver, CO 80202
                                            720-359-8200

US_ACTIVE:\43348259\01\43348259_1.DOC\72240.0639