UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re:                                          :      Chapter 11
                                                :
                                                :      Case No. 09-50026
                                                :
Motors Liquidation Company, et al,              :
                                                :
                    Debtors.                    :
------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On the 26th day of March, 2010, I caused to be served a copy of the following documents: (a) Transfer of Claim Other than for Security [Docket No. 5374] and (b) Form 210B Notice upon the parties listed on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Kimberly Murray_
    Kimberly Murray

Sworn to before me this 26th day of
March, 2010

/s/ Nancy Formica_____
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Queens County
Commission Expires August 8, 2010

# EXHIBIT A

**Transferor**
Koch Supply & Trading, LP
C/O John Wingale, Senior Counsel
Koch Companies Public Sector, LLC
4111 E. 37th Street North
Witchita, KS 67220


**Transferee**
The Royal Bank of Scotland PLC
RBS Securities Inc,
Distressed and Special Situations
600 Washington Boulevard
Stamford, Ct 06901

**United States Bankruptcy Court**

**For the Southern District Of New York**

In re Motors Liquidation Company, et al.,                                         Case No. 09-50026

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

     Claim No. 23239 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on March 25, 2010.

**Name and address of Transferor**
Koch Supply & Trading, LP
C/O John Wingale, Senior Counsel
Koch Companies Public Sector, LLC
4111 E. 37th Street North
Witchita, KS 67220

**Name and address of Transferee**
The Royal Bank of Scotland PLC
RBS Securities Inc,
Distressed and Special Situations
600 Washington Boulevard
Stamford, Ct 06901

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Melville, New York
Date: March 26, 2010

                         CLERK OF THE COURT
                         By:  The Garden City Group, Inc.
                             as Claims and Noticing Agent