Hearing Date and Time:  April 29, 2010 at 9:45 a.m. (Prevailing Eastern Time)
Objection Date and Time:  April 22, 2010 4:00 p.m. (Prevailing Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                              :
**In re**                                     :    **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.* :
                                              :
       Debtors.             :    **(Jointly Administered)**
                                              :
------------------------------------------------------------x

# NOTICE OF HEARING ON FIRST AND SECOND
# INTERIM APPLICATIONS FOR ALLOWANCE OF
# COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
# AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES

PLEASE TAKE NOTICE that a hearing (the "**Hearing**") will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **April 29, 2010 at 9:45 a.m**. **(Eastern Time)**, or as soon thereafter as counsel may be heard, to consider the first and second interim applications for allowance of compensation and reimbursement of expenses set forth on "**Exhibit A**" and "**Exhibit B**" annexed hereto (collectively, the "**Applications**").

PLEASE TAKE FURTHER NOTICE that the Applications have been filed electronically with the Bankruptcy Court and, as such, may be examined and inspected by

US_ACTIVE:\43345556\03\72240.0639

interested parties on (i) the Court's website (http://www.nysb.uscourts.gov) or (ii) the website of the Debtors' court-approved claims and noticing agent, The Garden City Group, Inc., (http://www.motorsliquidationdocket.com).

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Applications must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (xii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (xiii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (xiv) the members of the Official Committee of Unsecured Creditors Holding Asbestos Related Claims; (xv) the Fee Examiner, Brady C. Williamson, One East Main Street, Madison, Wisconsin 53703; and (xvi) the professional whose Application is the subject of the objection, so as to be received no later than **April 22, 2010 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served with respect to the Applications, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order approving the fees and expenses requested which may be entered with no further notice or opportunity to be heard offered to any party.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
      March 26, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## **Exhibit A**

## **First Interim Fee Applications**

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| LFR Inc. | 4436 | June 1, 2009 to Sept. 30, 2009 | $633,772.80 | $43,447.98 |
| Honigman Miller Schwartz and Cohn LLP | 4446 | June 1, 2009 to Sept. 30, 2009 | $2,297,160.00 | $16,799.46 |
| Jones Day | 4448 | June 1, 2009 to Sept. 30, 2009 | $455,396.65 | $4,359.53 |
| Butzel Long, a professional corporation | 4450 | June 1, 2009 to Sept. 30, 2009 | $237,775.50 | $21,265.87 |
| Jenner & Block LLP | 4451 | June 1, 2009 to Sept. 30, 2009 | $4,950,322.95 | $270,439.26 |
| Evercore Group L.L.C. | 4453 | June 1, 2009 to Sept. 30, 2009 | $16,029,032.00 | $2,920.62 |
| Baker & McKenzie LLP | 4454 | June 1, 2009 to Sept. 30, 2009 | $1,262,789.76 | $21,619.20 |
| FTI Consulting, Inc. | 4455 | June 1, 2009 to Sept. 30, 2009 | $4,435,036.25 | $74,500.84 |
| Alan Chapell | 4456 | June 1, 2009 to Sept. 30, 2009 | $72,900.00 | $0.00 |
| Brownfield Partners, LLC | 4457 | June 1, 2009 to Sept. 30, 2009 | $213,914.75 | $16,294.80 |
| Kramer, Levin Naftalis & Frankel LLP | 4459 | June 1, 2009 to Sept. 30, 2009 | $4,593,910.50 | $85,047.77 |
| The Claro Group, LLC | 4506 | June 1, 2009 to Sept. 30, 2009 | $189,563.00 | $888.05 |
| Weil, Gotshal & Manges LLP | 4803 | June 1, 2009 to Sept. 30, 2009 | $17,910,963.25 | $595,206.67 |

## Exhibit B

## Second Interim Fee Applications

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Jenner & Block LLP | 5263 | Oct. 1, 2009 to Jan. 31, 2010 | $45,662.50 | $6,208.97 |
| LFR Inc. | 5270 | Oct. 1, 2009 to Jan. 31, 2010 | $1,034,548.40 | $182,730.34 |
| FTI Consulting, Inc. | 5279 | Oct. 1, 2009 to Jan. 31, 2010 | $2,066,666.00 | $18,756.18 |
| Jones Day | 5285 | Oct. 1, 2009 to Jan. 31, 2010 | $10,297.00 | $1,232.09 |
| The Claro Group, LLC | 5290 | Oct. 1, 2009 to Jan. 31, 2010 | $652,010.50 | $9,138.41 |
| Brownfield Partners, LLC | 5291 | Oct. 1, 2009 to Jan. 31, 2010 | $381,757.40 | $27,480.81 |
| Butzel Long, a professional corporation | 5293 | Oct. 1, 2009 to Jan. 31, 2010 | $258,825.50 | $12,188.98 |
| Plante & Moran, PLLC | 5294 | Oct. 1, 2009 to Jan. 31, 2010 | $354,195.70 | $5,247.32 |
| Weil, Gotshal & Manges LLP | 5295 | Oct. 1, 2009 to Jan. 31, 2010 | $5,903,901.25 | $377,157.81 |
| Kramer, Levin Naftalis & Frankel LLP | 5296 | Oct. 1, 2009 to Jan. 31, 2010 | $1,149,758.75 | $31,383.31 |