Exhibit B

# WEIL, GOTSHAL & MANGES LLP

1300 EYE STREET, NW

SUITE 900

WASHINGTON, DC 20005

(202) 682-7000

FAX: (202) 857-0939

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW

WRITER'S DIRECT LINE

June 25, 2009

**BY E-MAIL AND U.S. MAIL**

Lisa Gross
1310 Wabash
Kansas City, MO 64127

Re:  **General Motors Corporation, Bankruptcy Case No. 09-50026**

Dear Ms. Gross:

I write in response to the June 23rd filing you made with the United States Bankruptcy Court for the Southern District of New York regarding the above-referenced case. I note that in your filing you object to any language in the filings of the Debtors that would dissolve your claims in the bankruptcy or dissolve your claims in the Tenth Circuit Court of Appeals.

If you have a lawsuit pending against the Debtors, you have a claim against the Debtors in their bankruptcy proceedings. A committee has been established to represent the interests of unsecured creditors. Counsel for the Official Committee of Unsecured Creditors of General Motors Corporation can be contacted as follows:

Gordon Z. Novod, Thomas Moers Mayer
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-3275
(212) 715-8000 (fax)

WEIL, GOTSHAL & MANGES LLP

Lisa Gross
June 25, 2009
Page 2


        The Committee should be able to answer questions you may have about filing a proof of claim in the bankruptcy proceedings.


                                    Sincerely,

                                    Brianna N. Benfield*

---

* Admitted to practice in Virginia only.  Practicing under the supervision of members of the District of Columbia Bar.