# Exhibit D

09-50026-mg    Doc 5379-4    Filed 03/26/10    Entered 03/26/10 16:54:59    Exhibit D
Pg 1 of 3

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| LISA GROSS, | ) |
| | ) |
| Appellant, | ) |
| | ) Case No. 08-3236 |
| v. | ) |
| | ) |
| GENERAL MOTORS, | ) |
| | ) |
| Appellee. | ) |

### APPELLEE'S RESPONSE TO APPELLANT'S
### MOTION FOR RELIEF FROM AUTOMATIC STAY

In response to Appellant's "Motion for Relief From Automatic Stay," Appellee General Motors Corporation states that the stay remains in effect as to General Motors Corporation. Appellee, however, does not oppose Appellant's motion to lift the stay provided that, pursuant to FED. R. APP. P. 43(b), the Court enters an Order substituting General Motors LLC as the proper and new Appellee in this matter going forward.

WHEREFORE, for the foregoing reasons, Appellee General Motors Corporation respectfully states that it does not oppose Appellant's motion and further requests that the Court enter an Order substituting General Motors LLC as the Appellee in this matter, and for whatever other and further relief the Court deems just and proper.

Respectfully submitted,

LATHROP & GAGE LLP

/s/ Shelley I. Ericsson
David C. Vogel          Kansas No. 18129
Shelley I. Ericsson     Kansas No. 78023
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2684
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
dvogel@lathropgage.com
sericsson@lathropgage.com

Attorneys for Appellee General Motors Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was served, by first class United States mail, postage prepaid, on the following this 18th day of February, 2010:

Lisa Gross
6460 NE 43rd Terrace, #204
Kansas City, Missouri  64117

Appellant Pro Se

/s/ Shelley I. Ericsson
An Attorney for Appellee