Exhibit F

# WEIL, GOTSHAL & MANGES LLP

1300 I STREET, N.W.
SUITE 900
WASHINGTON, D.C. 20005
(202) 682-7000
FAX: (202) 857-0940

BEIJING
BOSTON
BUDAPEST
DALLAS
DUBAI
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW

DIRECT LINE
202-682-7206
brianna.benfield@weil.com

March 24, 2010

**BY FEDEX**

Lisa Gross
6460 NE 43rd Terrace
Number 204
Kansas City, MO  64117

        Re:    **Request for Relief from Automatic Stay
In re: Motors Liquidation Company
Chapter 11 Case No. 09-50026**

Dear Ms. Gross:

        We are bankruptcy counsel to Motors Liquidation Company (f/k/a General Motors Corporation) ("MLC") in the above-referenced chapter 11 case (the "Bankruptcy Case"). We write in response to the Request for Relief from the Automatic Stay (the "Request"), which you filed in the Bankruptcy Case on March 2, 2010. Your Request indicates that you wish to proceed with an appeal (the "Appeal") of an employment discrimination case against MLC currently pending before the United States Court of Appeals for the Tenth Circuit, case number 08-3236.

        On July 10, 2009, MLC consummated the sale of substantially all of its assets to NGMCO, Inc. (n/k/a General Motors, LLC) pursuant to that certain Amended and Restated Master Sale and Purchase Agreement ("MPA"). Pursuant to the MPA, General Motors, LLC assumed certain liabilities, including liabilities for employment discrimination claims brought by any employee that is or was covered by the UAW Collective Bargaining Agreement. MLC believes that liability for your employment discrimination claim was therefore assumed by General Motors, LLC. We have taken the

WEIL, GOTSHAL & MANGES LLP

Lisa Gross
March 24, 2010
Page 2

liberty of speaking to General Motors, LLC and they acknowledge that they should be substituted in as the true party in your Appeal.

General Motors, LLC is not a debtor in the Bankruptcy Case and is not subject to the automatic stay. Therefore your motion to lift the stay is not necessary, rather you should seek to substitute General Motors, LLC for MLC in your Appeal before the Tenth Circuit. We would therefore urge you to withdraw your lift stay request pending in the Bankruptcy Case. Please let us know as soon as possible whether you agree to do so. Unless we hear otherwise, we intend to file an objection on the foregoing grounds later this week.

Should you have any questions regarding the forgoing, please do not hesitate to contact the undersigned.

Sincerely,

Brianna N. Benfield