DANIEL W. LINNA JR., ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226
Telephone: (313) 465-7508
Facsimile: (313) 465-7509

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In Re**                                                   :   Chapter 11
                                                            :
**MOTORS LIQUIDATION COMPANY** (f/k/a                       :   Case No. 09-50026 (REG)
General Motors Corp.), et al.,                              :   (Jointly Administered)
                                                            :
          Debtors.                                          :   Hon. Robert E. Gerber
                                                            :
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Daniel W. Linna Jr., request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent General Motors LLC in the above referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan, and of the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

My address is:     Daniel W. Linna Jr.
                   Honigman Miller Schwartz and Cohn LLP
                   2290 First National Building
                   660 Woodward Avenue
                   Detroit, MI  48226
                   Telephone:  (313) 465-7508
                   Facsimile:  (313) 465-7509
                   Email:  dlinna@honigman.com

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for General Motors LLC

Dated: March 31, 2010        By:    /s/ Daniel W. Linna Jr.
    Daniel W. Linna Jr. (Michigan Bar No. P68863)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7508
Facsimile: (313) 465-7509
Email: dlinna@honigman.com

DETROIT.4122897.1

DANIEL W. LINNA JR., ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226
Telephone: (313) 465-7508
Facsimile: (313) 465-7509

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
**In Re**                                                        :   Chapter 11
                                                                 :
**MOTORS LIQUIDATION COMPANY** (f/k/a                            :   Case No. 09-50026 (REG)
General Motors Corp.), et al.,                                   :   (Jointly Administered)
                                                                 :
    Debtors.                                                     :   Hon. Robert E. Gerber
                                                                 :
-----------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Daniel W. Linna Jr., to be admitted, ***pro hac vice***, to represent General Motors LLC, in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan, it is hereby

**ORDERED**, that Daniel W. Linna Jr., Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____                    /s/_____
                                         UNITED STATES BANKRUPTCY JUDGE
_____, New York

DETROIT.4122903.1