DANIEL W. LINNA JR., ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226
Telephone: (313) 465-7508
Facsimile: (313) 465-7509

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
**In Re** : Chapter 11
: 
**MOTORS LIQUIDATION COMPANY** (f/k/a : Case No. 09-50026 (REG)
General Motors Corp.), et al., : (Jointly Administered)
: 
Debtors. : Hon. Robert E. Gerber
: 
----------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Daniel W. Linna Jr., to be admitted, ***pro hac vice***, to represent General Motors LLC, in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan, it is hereby

**ORDERED**, that Daniel W. Linna Jr., Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: *April 1, 2010*          *s/ Robert E. Gerber*
       *New York,*  New York    UNITED STATES BANKRUPTCY JUDGE

DETROIT.4122903.1