# Exhibit B

MIED (Rev. 5/05) Request for Clerk's Entry of Default

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Stanley R. Stasko
Pro Se Litigant

   Plaintiff(s),        Case No. 2:09-CV-14827

v.              Judge Julian Abele Cook, Jr.

General Motors Corporation     Magistrate Judge Virginia M. Morgan

   Defendant(s).

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

General Motors Corporation _____ for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on _____ December 11, 2009 _____ at

   G.M. Global Hqts., 300 Renaissance Center, P.O. Box 300 Detroit, Michigan 48265 _____ by

   certified mail.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: March 17, 2010

Stanley R. Stasko - Pro Se Litigant
27653 Lexington Pkwy
Southfield, Michigan 48076
313-670-6917
srstasko@netscape.com

Original - Court
1st copy - Plaintiff
Copies - All other parties

37

Approved, SCAO

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | DEFAULT REQUEST, AFFIDAVIT,<br>ENTRY, AND JUDGMENT<br>(SUM CERTAIN) | CASE NO.<br>2:09-CV-14827<br>Judge: Cook, Julian Abele |
|---|---|---|

Court address: United States District Court
Eastern District of Michigan

MJ: Morgan, Virginia M.

Court telephone no.

**Plaintiff name, address, and telephone no.**
Stanley R. Stasko
27653 Lexington Pkwy
Southfield, Michigan 48076
313-670-6917

v

**Defendant name, address, and telephone no.**
General Motors Corporation
General Motors - Global Hqts.
300 Renaissance Center
P.O. Box 300
Detroit, Michigan 48265
#313-556-5000

**Plaintiff's attorney, bar no., address, and telephone no.**
Pro Se Litigant

**Defendant's attorney, bar no., address, and telephone no.**

[FILED MAR 19 AM 11:22]

USE NOTE: Plaintiff must complete the Request and Affidavit and the Default Judgment before filing with the court.

**REQUEST AND AFFIDAVIT**
1. I request a default entry against __General Motors Corporation__ for failure to appear.
2. The claim against the defaulted party is for a sum certain or for a sum, which by computation can be made certain, and the plaintiff requests judgment in the amount of $__2,775,266__ from the defaulted party.
3. The defaulted party is not an infant or incompetent person.
4. ☐ It is unknown whether the defaulted party is in the military service. ☒ The defaulted party is not in the military service.
   ☐ The defaulted party is in the military but there has been notice of pendency of the action and adequate time and opportunity to appear and defend has been provided. Attached, as appropriate, is a waiver of rights and protections provided under the Servicemembers Civil Relief Act. Facts upon which this conclusion is based are: (specify)

Applicant/Attorney signature ___ 3/19/2010 ___ Bar no.

Subscribed and sworn to before me on __3-19-2010__, __Oakland__ County, Michigan.

My commission expires: __3-2-2013__    Signature: _____
Deputy court clerk/Notary public

Notary public, State of Michigan, County of __Wayne__.

**DEFAULT ENTRY** The default of the party named above for failure to appear is entered.

Date _____    Court clerk _____

**DEFAULT JUDGMENT**    IT IS ORDERED this judgment is granted in favor of the plaintiff(s) as follows.
*Attach bill of costs if statutory limit is exceeded.
Damages: $ _____   Costs: $ _____   Attorney fee/Other: $ _____   Total judgment: $ _____
This judgment will earn interest at statutory rates, computed from the filing date of the complaint.
Judgment interest accrued thus far is $ _____ and is based on: If needed, attach separate sheet.
   ☐ the statutory rate of _____ % from _____ to _____.
   ☐ the statutory 6-month rate(s) of _____ % from _____ to _____.

Date _____   Court clerk/Judge _____

This judgment has been entered and will be final unless, within 21 days of the default judgment date, a motion to set aside the default is filed.

**CERTIFICATE OF MAILING**    I certify that on this date I served a copy of this default entry and judgment on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

Date _____    Signature _____

MCL 32.517, MCL 600.2441, MCL 600.5759, MCL 600.6013,
MC 07a (3/09) DEFAULT REQUEST, AFFIDAVIT, ENTRY, AND JUDGMENT (SUM CERTAIN)    MCR 2.603(B)(2), 50 USC 521