**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

———————————————————— x
                                                                      :

In re                                                      :         Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,     :         Case No. 09-50026(REG)

        f/k/a General Motors Corp, et al.        :         (Jointly Administered)

                Debtors                          :

———————————————————— x

**CREDITOR'S VOLUNTARY DISMISSAL**

    **COMES NOW**, Creditor Lindsy Wilson, as Next Friend for Kennedy Wilson, a minor, by and through counsel and hereby voluntarily dismisses her claim in this bankruptcy.

                                        Respectfully submitted,

                                        **LANGDON & EMISON**

                                        By: _/s/_____
                                        J. Kent Emison, Mo. Bar# 29721
                                        David A. Brose, Mo. Bar# 56244
                                        911 Main Street
                                        Lexington, Missouri 64067
                                        Telephone: 660-259-6175
                                        Facsimile: 660-259-4571
                                        kemison@langdonemison.com
                                        dbrose@langdonemison.com
                                        ATTORNEY FOR CLAIMANT

[RECEIVED MAR 29 2010 U.S. BANKRUPTCY COURT, SDNY]