UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
                                                     :
In re                                                :   Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,                  :   Case No. 09-50026(REG)
      f/k/a General Motors Corp, et al.        :   (Jointly Administered)
               Debtors                     :
———————————————————————— x

RECEIVED MAR 29 2010

### CREDITOR'S VOLUNTARY DISMISSAL

**COMES NOW**, Creditor Ricardo Javier Quiroz Galvez, by and through counsel and hereby voluntarily dismisses his claim in this bankruptcy.

Respectfully submitted,

**LANGDON & EMISON**

By: _____
J. Kent Emison, Mo. Bar# 29721
David A. Brose, Mo. Bar# 56244
911 Main Street
Lexington, Missouri 64067
Telephone: 660-259-6175
Facsimile: 660-259-4571
kemison@langdonemison.com
dbrose@langdonemison.com
ATTORNEYS FOR CLAIMANT