UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

MAR 2 9 2010

|  |  |  |
|---|---|---|
| | x | |
| | : | |
| In re | : | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY, et al.,** | : | **Case No. 09-50026(REG)** |
| f/k/a **General Motors Corp, et al.** | : | **(Jointly Administered)** |
| **Debtors** | : | |
| | x | |

## CREDITOR'S VOLUNTARY DISMISSAL

**COMES NOW**, Creditor Mayra Rubi Jimenez Ocana, by and through counsel and hereby voluntarily dismisses her claim in this bankruptcy.

Respectfully submitted,

**LANGDON & EMISON**

By: _____

J. Kent Emison, Mo. Bar# 29721
David A. Brose, Mo. Bar# 56244
911 Main Street
Lexington, Missouri 64067
Telephone:  660-259-6175
Facsimile: 660-259-4571
kemison@langdonemison.com
dbrose@langdonemison.com
ATTORNEYS FOR CLAIMANT