# MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

COUNSELORS AT LAW

| | | |
|---|---|---|
| ONE COMMERCE PLAZA<br>SUITE 1705<br>ALBANY, NEW YORK 12260<br>518-465-5551<br>FACSIMILE: 518-465-2033<br><br>1300 CONNECTICUT AVENUE, N.W.<br>SUITE 600<br>WASHINGTON, DC 20036<br>202-955-6340<br>FACSIMILE: 202-223-0358 | 990 STEWART AVENUE, SUITE 300<br>P.O. BOX 9194<br>GARDEN CITY, NEW YORK 11530-9194<br>516-741-6565<br>FACSIMILE: 516-741-6706<br>E-MAIL: meyersuozzi@msek.com<br>WEBSITE: http://www.msek.com | 1350 BROADWAY, SUITE 501<br>P.O. BOX 822<br>NEW YORK, NEW YORK 10018-0026<br>212-239-4999<br>FACSIMILE: 212-239-1311<br><br>425 BROADHOLLOW ROAD, SUITE 405<br>P.O. BOX 9064<br>MELVILLE, NEW YORK 11747-9064<br>631-249-6565<br>FACSIMILE: 631-777-6906<br><br>JIL MAZER-MARINO |

April l, 2010

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      Re:   In re Motors Liquidation Company., et al.
            Chapter 11
            Case No. 09-50026 (REG)

Dear Judge Gerber:

      This firm and Russell R. Johnson III, Esq. are co-counsel to Shreveport Red River Utilities, LLC.

      A hearing on the Motion of Shreveport Red River Utilities, LLC for Allowance and Payment of Post-Petition Claim and Motion to Enforce Adequate Assurance of Payment Agreement Pursuant to 11 U.S.C. § 366 (c) [Docket No. 4527] is adjourned, on consent of Debtors to April 29 at 9:45.

                                       Respectfully submitted,

                                       /s/ *Jil Mazer-Marino*

                                       Jil Mazer-Marino

JMM:kg
Encs.

743426