**GMSPO/NUMMI**
**Service Parts Purchase Manual**

# NUMMI Service Parts Purchase Manual
# For
# Prizm, Vibe and Future Programs

# GMSPO/NUMMI
## Service Parts Purchase Manual

1. Definitions..................................................................................................................3
2. Purchasing ................................................................................................................4
   2.1. Sourcing ...........................................................................................................4
   2.2. Production Part Approval Process (PPAP)......................................................4
   2.3. Identification of Supply Base and Launch Timeline ........................................4
   2.4. Payment Remittance .........................................................................................5
3. Order Placement by GMSPO....................................................................................5
   3.1. Order Description Table...................................................................................5
   3.2. Receiving Orders ..............................................................................................6
   3.3. Order Acknowledgements ................................................................................6
   3.4. Backorder Status ..............................................................................................6
   3.5. Invoices.............................................................................................................7
   3.6. VOR Handling..................................................................................................7
4. Supply Chain Management.......................................................................................7
   4.1. EDI Transmission.............................................................................................7
   4.2. Shipping Schedules...........................................................................................7
   4.3. Backorders........................................................................................................7
5. Packaging Requirements ..........................................................................................7
6. Logistics....................................................................................................................8
   6.2. Packaging Requirements for Hazardous Matter...............................................8
   6.3. Documentation Required..................................................................................9
   6.4. Guidelines for Tendering Shipments ..............................................................10
7. Compliance with Customs Requirements ..............................................................11
   7.1. Marking of Parts .............................................................................................11
   7.2. Harmonized Tariff Codes (HTC)....................................................................11
8. Problem Notification..............................................................................................11
9. Accessories.............................................................................................................11
10. Signatures...............................................................................................................13

**GMSPO/NUMMI**
**Service Parts Purchase Manual**

# 1. Definitions

## 1.1. Acronyms Referenced Within This Document

| ASN | Advanced Shipping Notification |
|---|---|
| CR | Cost Recovery |
| CVN | Collaborative Visibility Network |
| EDI | Electronic Data Interchange |
| EFT | Electronic Funds Transfer |
| FOL | Full Overlap |
| GEP | Global EFT Process |
| GMNA | General Motors North American Operations |
| GMSPO | General Motors Service and Parts Operations (North American) |
| GQTS | Global Quality Tracking System |
| HTC | Harmonized Tariff Codes |
| IATA | International Air Transport Association |
| IMCO | Intergovernmental Maritime Consultative Organization |
| LTL | Less Than Truckload |
| MNS-2 | Multilateral Netting System |
| MSDS | Material Safety Data Sheets |
| PPAP | Production Part Approval Process |
| PRCS | Product Release & Change System |
| PRR | Problem Reporting and Resolution |
| RSC | Regular Slotted Container |
| SCM | Supply Chain Manager |
| SID | Shipment Identification |
| SLI | Schneider Logistics, Inc. |
| SORP | Start of Regular Production |
| SPAC | Service Parts Assistance Center |
| UPDS | Union Pacific Distributor Services |
| VOR | Vehicle Off Road |

**GMSPO/NUMMI**
**Service Parts Purchase Manual**

---

2. <u>Purchasing</u>

   2.1. Sourcing

   2.1.1. NUMMI shall have the exclusive right to supply NUMMI produced service parts to GMSPO.

   2.1.2. All fluids, lubricants, chemicals and batteries that are common with other current and future GM vehicle programs will be sourced by GMSPO direct from prime suppliers. For those fluids, lubricants, chemicals and batteries that are unique to NUMMI joint venture vehicle programs, GMSPO will source direct with the prime supplier as identified by NUMMI.

   2.1.3. When NUMMI and GMSPO agree to discontinue any service part, NUMMI and GMSPO will make every effort to ensure that there is no interruption of NUMMI-supplied service parts during the transition period. Refer to Service Parts Supply Agreement section 2.2 (b) for additional terms and conditions.

   2.2. Production Part Approval Process (PPAP)

   2.2.1. NUMMI will be responsible for obtaining PPAP equivalent approval for all production and service parts that are made by NUMMI by ensuring compliance to the NUMMI Supplier Quality Assurance Manual procedures and inspection standards.

   2.2.2. GMSPO will be responsible for obtaining PPAP approval for all service parts that are manufactured or shipped from North American suppliers, and all fluids, lubricants, chemicals and batteries.

   2.2.3. NUMMI will be responsible for resolving supplier quality issues for the parts that are made by NUMMI for current and future program parts.

   2.3. Identification of Supply Base and Launch Timeline

   2.3.1. NUMMI to identify in writing to GMSPO Purchasing, all serviceable components and assemblies, as well as pricing, for the parts that will be purchased from NUMMI. This spreadsheet will be used to add parts to contract. NUMMI shall supply GM with the complete list of service part pricing data for NUMMI supplied parts at -12 weeks before the Start of Regular Production (SORP). If part pricing information is available prior to the -12 weeks, NUMMI agrees to supply it to GMSPO.

   2.3.2. Upon request, NUMMI will assist GMSPO by identifying, in writing, to GMSPO Purchasing, serviceable components and assemblies manufactured in North America, the North American Supplier name, the supplier address, and part number for all current and future products at least 90 days prior to SORP.

**GMSPO/NUMMI**
**Service Parts Purchase Manual**

---

### 2.4. Payment Remittance

2.4.1. Payment for shipments into GMSPO warehouse facilities will be made based on the payment term of GM MNS-2 Date (2nd day of the 2nd month on average) from date of receipt by GMSPO for all parts and accessories.

2.4.2. GMSPO and NUMMI will use the Global EFT Process (GEP) payment system that uses EDS to electronically transfer payment files to one common bank in U.S. currency.

2.4.3. Discrepancies in quantity will need to be addressed with the GMSPO receiving location as indicated in Section 8.1.1 of this manual.

2.4.4. GMSPO shall be point of contact for all aftersales pricing discrepancies.

2.4.5. The shipment bill-of-lading number provided on the Advance Shipment Notification will be referenced on the remittance.

2.4.6. Payment for shipments sent directly to GMSPO Dealers (VOR orders) will be based on the part number and quantity referenced on the bill-of-lading extended by the price on the agreed transfer pricing in effect on the date of shipment.

## 3. Order Placement by GMSPO

### 3.1. Order Description Table

The following table describes the order types, destinations, frequency, and delivery requirements for the orders that will be placed by GMSPO:

| Order Type | Description | Ship Destination | Frequency of Order | Standard of Service |
|---|---|---|---|---|
| Stock Order – Ground | To replenish warehouse stock levels based on reorder point. I.e. min bank. | Multiple warehousing facilities within United States | GMSPO reviews inventory levels daily. Requirements will be determined during the week and sent on Fridays | Schedules will be transmitted via EDI (Electronic Data Interchange) once each week on Saturday by 11:50 pm EST. Delivery from NUMMI to GMSPO's Logistic Support company (see 6.3) |
| Emergency Orders (ex., UCO's, past dues, IO's) | To replenish warehouse stock levels when GMSPO is at a minimum stocking level. | Multiple warehousing facilities within United States | Daily review. Orders will be sent once each day via email by 12:00pm Eastern Standard Time – US. | Orders will be sent once each day based on supplier availability by 8:00pm EST. Delivery from NUMMI to the GMSPO Logistics Support Company (see 6.3) |



| VOR (Vehicle Off Road – Customer Down) | Emergency orders for direct delivery to the dealer. NUMMI will ship overnight by Fed Ex, using 3rd party billing # (for Fed Ex) provided by GMSPO. | GM US and Canadian dealer addresses to be provided on order. | Daily review. Orders will be sent as required by e mail to NUMMI | Orders will be as required by e mail to NUMMI for resolution – next day Fed Ex. Shipment (see 3.2.1) |
|---|---|---|---|---|

### 3.2. Receiving Orders from GMSPO

3.2.1. When a VOR (SPAC) order is emailed (In-House parts or Supplier parts) to NUMMI, it will include:

> Fed Ex 3rd party billing # to GMSPO

> Dealer order. Detailing the following:

- Dealer Code

- Dealer Address- Control #

- Order #

- SPAC Case #

- Toyota Part Number

### 3.3. Order Acknowledgements

3.3.1. For in-house parts and supplier parts, NUMMI will provide GMSPO SPAC an email or fax within 24 hours with promise ship date and or shipping information which will include FedEx tracking #.

3.3.2. For Production Withdrawals, GMSPO SPAC will forward request, with GM and Toyota part numbers, via e mail or fax to the NUMMI Product Planning Department. Payment will be made with a Fixed Order (FO) issued by the GMSPO Purchasing Department. Shipping and any special packaging requirements will be charged to the FEDEX account number provided.

### 3.4. Backorder Status

3.4.1. NUMMI to provide GMSPO SPAC with estimated shipping date for each VOR back order for In-house parts as requested.

3.4.2. If shipping promise cannot be met for In-house parts, a detailed explanation of the reasons must be provided to SPAC within 24 hours of order.

3.4.3. Up-assemblies or production parts to satisfy VOR back orders (on supplier parts and in-house parts) will be required for a part that is not available to ship within 3 business days.

- 3.4.4. SPAC department will have a NUMMI single-point of contact for In-House parts and single-point of contact for Supplier parts

3.5. VOR Invoices

- 3.5.1. Invoices for VOR orders (SPAC) requests should be sent to the GMSPO SHIP DIRECT INVOICING monthly.

3.6. VOR Handling

- 3.6.1. All VOR shipments will ship via FedEx and move under FedEx account number provided by SPAC unless otherwise advised.

4. **Supply Chain Management**

4.1. EDI Transmission of Shipping Information to GMSPO

- 4.1.1. NUMMI will transmit via EDI (Electronic Data Interchange-UNEDIFACT) shipping information for all order types to GMSPO. ASN (Advanced Shipping Notification) will be sent by NUMMI within 24 hours following delivery to the freight forwarder. The ASN will be transmitted to GMSPO via EDIFACT. Stock orders will be transmitted via EDI. Separate orders are required for hazardous material in order for NUMMI to comply with the GMSPO and/or IATA requirements. Air-Emergency will be transmitted manually via email or fax.

- 4.1.2. NUMMI will receive thirteen (13) weeks firm stock orders and three (3) weeks forecast for planning purposes.

4.2. Shipping Schedules

- 4.2.1. Initial Orders (total or partial quantity) must be shipped via ground no later than 2 weeks prior to SORP.

- 4.2.2. Supersessions – NUMMI will determine the current part to be shipped subject to engineering verification from GMSPO. GMSPO will continue to order the old part number until a new number is available, unless Engineering disposition is "Urgent Removal – Dispose".

4.3. Backorders

- 4.3.1. NUMMI will communicate their backorder status including promise information (date, pieces, etc.) to the GMSPO SCM contact via email.

5. **Packaging Requirements**

5.1. All products must comply with the GMSPO Packaging Standards and Guidelines found on www.gmsupplypower.com.

5.2. Parts are to be packaged "1" per merchandising pack. If other than "1", NUMMI is to notify GMSPO Packaging Engineering. NUMMI is responsible to provide advance notice of packaging changes.

5.3. As parts are released in the GMSPO PRCS system, GMSPO Packaging Engineering will be requesting NUMMI packaging information on the part number level.

5.4. GMSPO Distributor Engineering has the authority to revise any packaging that results in poor package/part protection.

5.5. Small Parts Packaging - This will consist of parts that are less than 1638 cubic mm. These parts will be packaged in either a poly bag or in a chipboard carton with the appropriate GM graphics material or label. Total package weight cannot exceed .454 gr. (1 pound).

5.6. Medium Parts Packaging - This will consist of parts that are between 1638 cubic mm (100 cubic inches) and 14748 cubic mm (900 cubic inches). These parts will be packaged in corrugated cartons with appropriate GM label.

5.7. Large Parts Packaging - Large parts (fenders, doors, hoods, deck lids, side panels, instrument panels, fascias, etc.) packaging may require special packaging (foam-in-place, honeycomb blocks, Styrofoam inserts, etc.) These will be packaged in corrugated cartons with appropriate GM label.

5.8. A product identification label identifying the part number must be placed on the non-Class A surface on each sheet metal part as well as on the exterior of the carton.

5.9. Bare Metal Packaging - Non-fragile painted/galvanized bare metal parts (frames, supports, exhaust parts, etc.) will be unitized with an appropriate GM label only.

5.10. Packaging requirements set forth in section 5 are not applicable to VOR orders with the exception of GM part number and country of origin identification to be on package.

6. **Logistics**

6.1. All products must comply with the most recent GMSPO Logistics Standards and Guidelines found on www.gmsupplypower.com.

6.2. Packaging Requirements for Hazardous Material

6.2.1. Material of different classes cannot be mixed together or over packed with other items.

6.2.2. Material must be packaged, labeled, and documented to meet IATA (air) / IMCO (ocean) regulations. Proper labeling required for asbestos, explosive, magnetized and compressed gas parts.

# GMSPO/NUMMI
## Service Parts Purchase Manual

Material Safety Data Sheets (MSDS) are required for chemical products or chemical products in kits.

6.3. Documentation Required to Tender Shipment to Carrier. Shipper must provide and complete:

    6.3.1. Bill of Lading

        6.3.1.1.    Each bill of lading must be completely filled out.

        6.3.1.2.    For Truck Shipments, prepare one bill of lading for material going to one facility.

        6.3.1.3.    Information required on the bill of lading:
- Unique Shipment Identification (SID) Number (use bill of lading number whenever possible).
- SLI confirmation number (also on all packing slips).
- GMSPO facility dock number. If material in a shipment is destined to more than one dock at a facility, note the predominant dock number.
- The notation "Packing Slip Attached" advises GMSPO that the packing slip was attached when the carrier picked up the shipment.
- **All Bills must be billed – Third Party Billed to:**
  - **GM Service Parts Operations**
    **C/O Schneider Logistics**
    **P.O. Box 2654**
    **Green Bay, WI 54306-2654**

    6.3.2. Master Bill of Lading

        6.3.2.1.    Create a MASTER BILL OF LADING if shipping two or more bills to a GMSPO facility. Attach the Master Bill of Lading to the bills. This will ensure that only one shipment is scheduled for pick up and prevents the supplier from being non-compliant.

    Example: Bill of Lading 12345 LTL shipment to Pontiac on 4/01/01

    Bill of Lading 12346 LTL shipment to Pontiac on 4/01/01

        6.3.2.2.    Prepare a Master Bill of Lading as a cover sheet for both Bills of Lading so GMSPO is only charged for one shipment, and supplier is compliant with guidelines.

    6.3.3. Packing Slips

        6.3.3.1.    Attach copies of all packing slips to the bill of lading. Do not place the packing slips inside containers.

        6.3.3.2.    Note the packing slip with the following information:
- Unique Shipment Identification (SID) Number (use bill of

lading number whenever possible).
- SLI confirmation number.
- Number of pallets consisting of one part number or mixed load (pallet containing more than one part number), e.g., 12345678 @ 2 pallets, 234567890 @ 1 pallet, mixed load @ 1 pallet.

6.4. Guidelines for Tendering Shipments

6.4.1. Refer to latest version of shipping guidelines on GM Supply Power Web Site ( www.gmsupplypower.com). General guidelines are:
- Use SUMIT CVN to tender all shipments. All shipments must be confirmed on CVN by noon (CST) one day prior to the required pick up date. If you are having any issues with SUMIT CVN please call Schneider Logistics Inc. (SLI) at 1-800-558-0017. Suppliers unable to use the 800 number, call 920-592-6777.
- Provide CVN/SLI with the following information for each shipment:
  o Origin (Supplier name & SUMIT identification number)
  o Destination (GMSPO facility name & number)
  o Bill of Lading number.
  o Part numbers.
  o Total number of pallets and/or racks.
  o Total weight of product being shipped.
  o Supplier's point of contact & phone number.
- Write SLI confirmation number on all packing slips & attach slips to bill of lading.
- Write the following information on the bill of lading:
  o SLI confirmation number.
  o GMSPO facility dock number
  o "Packing Slip Attached."
- Immediately notify SLI & your GMSPO Supplier Manager of problems or changes.
- Ship freight.
- Update SUMIT CVN "Send Ship Notice.
- Transmit EDIFACT DESADV, i.e., ASN, within 30 minutes of pick up
- All Bills must be billed - Third Party Billed to:
  - GM Service Parts Operations
    C/O Schneider Logistics
    P.O. Box 2654
    Green Bay, WI 54306-2654

6.4.2. Mode of Transportation

6.4.2.1. If Full Truckload confirm shipment via SUMIT CVN and use UPDS for shipment. SLI will tender this to UPDS

6.4.2.2. If Less than Truckload-LTL (Less than 5,000 lbs, and or less

than 15' of trailer space) confirm shipment via SUMIT CVN and SLI will tend this to a LTL carrier and assign a pickup date and time based on capacity and priority.

## 7. Compliance with Customs Requirements

### 7.1. Marking of Parts

7.1.1. NUMMI will ensure that proper Country of Origin markings are displayed on individual unit packs, if unitized, and individual parts, if bulk.

### 7.2. Harmonized Tariff Codes (HTC)

7.2.1. NUMMI must provide appropriate and sufficient technical information for GM Tax Staff identification. The method to provide this information will be mutually agreed to by both parties.

## 8. Problem Reporting and Resolution Process

### 8.1. GMSPO Problem Notification to NUMMI

8.1.1. Upon receiving material, or as a direct result of a customer complaint, GMSPO finds a quality, packaging or shipping non-conformance GMSPO will notify NUMMI issuing a Problem Report/Resolution (PRR) (GP 5) via the Global Quality Tracking System (GQTS) on www.gmsupplypower.com. The PRR will include a complete nonconformance description and quantity nonconforming.

8.1.2 For any apparent transportation related shortages, overages or apparent physical damage caused by transportation, the SPO receiving location will use the established PC114 process for filing claims. NUMMI will be held harmless where transportation is the perceived cause of the damage provided all packaging specifications were followed.

8.1.3 It may not be immediately apparent to any GMSPO *location* if the NUMMI warehouse or the carrier was the source of the nonconformance. Therefore, the PRR will be used by the GMSPO location for each and any Supplier related incident where quality, packaging, shipping guidelines nonconformance, or piece count discrepancy exists. In these cases, NUMMI is responsible for resolving the problem within the specified and established timelines.

8.1.4 In these cases, NUMMI shall be exempt from any and all freight related debits.

### 8.2. NUMMI Responsibilities

8.2.1. NUMMI Service Parts Operations to advise GMSPO of corrective action, regarding problem notification, in accordance with paragraph

**GMSPO/NUMMI**
**Service Parts Purchase Manual**

---

4.4 (Supplier Requirements) of the Corporate General Procedures GP5 (Supplier Quality Processes and Measurements Procedures).

### 8.3. Procedure

8.3.1. NUMMI will act as the communication link between NUMMI and GMSPO for the PRR process relative to NUMMI supplied non-conforming parts. All PRR's will be routed through NUMMI for NUMMI non-conforming parts.

### 8.4. Cost Recovery Notice (CR)

8.4.1. A Cost Recovery Notice may be issued if it has already been determined that nonconforming material can be reworked by GMSPO. The CR will include quantity reworked and the dollar amount, which will be billed to NUMMI through GMSPO Financial. The CR will be issued on the GQTS web site to NUMMI with the initial PRR.

8.4.2. GMSPO will provide advance notice of intent to debit NUMMI for any costs incurred by GM due to NUMMI's failure to comply with the terms of the Supply Contract. All notices will be supported with proper justifying documentation.

## 9. Accessories

9.1. NUMMI will allow GM Accessories to buy direct from the suppliers on parts that will be modified and offered as a GM Accessory.

9.2. GM will not instruct the suppliers to modify any tooling.

9.3. Purchases of accessories created with NUMMI tooling will be included in the TMC royalty calculation.

9.4. GM Accessory Group will provide a list of components to NUMMI as a formal request to obtain permission to purchase direct from suppliers. NUMMI will not withhold information unreasonably.

9.5. GMSPO will be responsible for PPAP approval for all accessories.

[Intentionally Left Blank]

## 10. Signatures

10.1.  The below signatures of representatives from NUMMI and General Motors Service and Parts Operations authorize the implementation of this document related to current and future programs and will adhere to the conditions set forth herein effective this __17__ day of June, 2008.

**General Motors Service Parts Operation:**

*[signature: H. M. Ray]*

H. M. Ray
Director of Global Aftersales Supply Chain
and Logistics

**New United Motor Manufacturing, Inc.:**

*[signature: L. McColgan]*

L. McColgan
General Manager of General Affairs, IT,
Purchasing and Corporate Planning