## FOURTH AMENDMENT TO
## VEHICLE SUPPLY AGREEMENT

NEW UNITED MOTOR MANUFACTURING, INC., a corporation organized and existing under the laws of the State of California ("JV Company"), GENERAL MOTOR CORPORATION, a corporation organized and existing under the laws of the State of Delaware ("GM"), and TOYOTA MOTOR CORPORATION, a corporation organized and existing under the laws of Japan ("Toyota"), hereby agree to amend the VEHICLE SUPPLY AGREEMENT dated February 21, 1984, as amended on March 31, 1986, April 24, 1989 and August 26, 1992 ("Agreement"), as follows:

1. Section 2.1. of the Agreement, entitled "Agreement Term," is hereby deleted and replaced by the following Section:

    "2.1. Agreement Term:  This Agreement shall become binding upon its execution by each of the parties hereto and shall remain in full force and effect until the dissolution of JV Company."

2. Section 3.2 of the Agreement, entitled "The Products" is hereby deleted and replaced by the following Section:

    "3.2    The Products:  The products to be supplied and purchased hereunder shall be certain automotive vehicles manufactured for sale to GM by the JV Company under license from Toyota which are variations of Toyota's front-wheel drive "Sprinter" ("Vehicles" or "GM-Specific Vehicles") and optional equipment therefor manufactured or procured by the JV Company (the "Optional Equipment").  The Vehicles and the Optional Equipment (collectively, the "Products") will be more particularly described in technical advance information (the "Technical Advance Information") to be furnished from time to time by the JV Company to GM.  Any additional automotive vehicle manufactured for sale to GM by the JV Company under license from Toyota will be the subject of a separate agreement between GM, Toyota and the JV Company."

*I*

3. This Amendment shall be effective as of February 1, 1997.

IN WITNESS WHEREOF, the parties have caused this Amendment to be executed in duplicate by their duly authorized representatives.

| NEW UNITED MOTOR MANUFACTURING, INC. | GENERAL MOTORS CORPORATION |
|---|---|
| By: _____[signature]_____<br>Iwao Itoh<br>President | By: _____<br>Paul W. Schmidt<br>Executive in Charge<br>NAO Finance |

TOYOTA MOTOR CORPORATION

By: _____
Koichiro Noguchi
Director

2

3.  This Amendment shall be effective as of February 1, 1997.

IN WITNESS WHEREOF, the parties have caused this Amendment to be executed in duplicate by their duly authorized representatives.

| NEW UNITED MOTOR MANUFACTURING, INC. | GENERAL MOTORS CORPORATION |
|---|---|
| By: _____<br>Iwao Itoh<br>President | By:  *P. W. Schmidt* (signature)<br>Paul W. Schmidt<br>Executive in Charge<br>NAO Finance |

TOYOTA MOTOR CORPORATION

By: _____
    Koichiro Noguchi
    Director

3

3.   This Amendment shall be effective as of February 1, 1997.

IN WITNESS WHEREOF, the parties have caused this Amendment to be executed in duplicate by their duly authorized representatives.

| NEW UNITED MOTOR MANUFACTURING, INC. | GENERAL MOTORS CORPORATION |
|---|---|
| By: _____ <br> Iwao Itoh <br> President | By: _____ <br> Paul W. Schmidt <br> Executive in Charge <br> NAO Finance |

TOYOTA MOTOR CORPORATION

By: _____
Koichiro Noguchi
Director

4