## McMullen, Austin L

| From: | diane.n.dehoyos@gm.com |
|---|---|
| Sent: | Wednesday, July 29, 2009 7:14 AM |
| To: | Belli, Pamela |
| Cc: | McMullen, Austin L; Gonzalez, Rene; Dixit, Naeha |
| Subject: | RE: Formal Objection - Knowledge Learning Center Corp - Docket # 3030 |
| Attachments: | GM Reconciliation-Kinder Care (CCLC).xls; 301662 GM Tution Subsidy P4 09 Invoice #5435.pdf; 301662 GM Tution Subsidy P5 09 Invoice #5436.pdf; 301662 GM Tution Subsidy P6 & 2nd Qtr 09 Invoice #5437.pdf; June 8 invoice.pdf; July 7 invoice.pdf; July 24-mr.pdf |

Per my vme, I am in need of the agreement between GM and your organization,. It is imperative that I receive ths document today.

Thanks ,
Diane

Diane N. De Hoyos
GPSC - VSSM Global Commodity Manager - Advertising/Media
Mail Code: 482-A30-C76
100 Renaissance Center, 30th Floor, Cube C46
Detroit, MI 48265
Phone: 313.665.3555     Cell: 586.899.2469
E-mail   diane.n.dehoyos@gm.com


Confidentiality Notice:

The documents accompanying this transmission contain confidential privileged information. The information is the property of the sender and intended only for use by the individual or
entity named above. The recipient of this information is prohibited from disclosing the contents of the information to another party. If you are neither the intended recipient or the employee
or agent responsible for delivery to the intended recipient, you are hereby notified that disclosure of contents in any manner is strictly prohibited.


"Belli, Pamela" <pbelli@cclc.com>

07/24/2009 03:48 PM

To <diane.n.dehoyos@gm.com>
cc "McMullen, Austin L" <AMcMullen@BABC.COM>, "Gonzalez, Rene" <RGonzalez@klcorp.com>
Subject RE: Formal Objection - Knowledge Learning Center Corp - Docket # 3030


Hi Diane – thanks for meeting with us yesterday.  Attached are the details you requested, please find the completed template and 6 invoices (the last three are invoices for attorney's fees).  Our client contact that we've been sending invoices to is below:

2/5/2010