UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

——————————————————— x
                                          :
                                          :
In re                                     :     **Chapter 11**
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :     **Case No. 09-50026(REG)**
                                          :
    f/k/a General Motors Corp, et al.   :     (Jointly Administered)
                                          :
        Debtors               :
——————————————————— x

MAR 2 9 2010

## CREDITOR'S VOLUNTARY DISMISSAL

**COMES NOW**, Creditor Alejandro Jimenez Gomez, by and through counsel and hereby voluntarily dismisses his claim in this bankruptcy.

        Respectfully submitted,

        **LANGDON & EMISON**

        By: _/s/ J. Kent Emison_
        J. Kent Emison, Mo. Bar# 29721
        David A. Brose, Mo. Bar# 56244
        911 Main Street
        Lexington, Missouri 64067
        Telephone: 660-259-6175
        Facsimile: 660-259-4571
        kemison@langdonemison.com
        dbrose@langdonemison.com
        ATTORNEYS FOR CLAIMANT