UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

MAR 29 2010

———————————————————— x

                              :

**In re**                                :       **Chapter 11**

**MOTORS LIQUIDATION COMPANY, et al.,**    :       **Case No. 09-50026(REG)**

     **f/k/a General Motors Corp, et al.**    :       **(Jointly Administered)**

              **Debtors**                :

———————————————————— x

## CREDITOR'S VOLUNTARY DISMISSAL

**COMES NOW**, Creditor Sebastiana Alcudia Narbaez, by and through counsel and hereby voluntarily dismisses her claim in this bankruptcy.

                        Respectfully submitted,

                        **LANGDON & EMISON**

                        By:_____

                        J. Kent Emison, Mo. Bar# 29721
                        David A. Brose, Mo. Bar# 56244
                        911 Main Street
                        Lexington, Missouri 64067
                        Telephone:  660-259-6175
                        Facsimile: 660-259-4571
                        kemison@langdonemison.com
                        dbrose@langdonemison.com
                        ATTORNEYS FOR CLAIMANT