UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

MAR 29 2010

---------------------------------------------------------- x
                                                           :
In re                                                      :    Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, et al.,                        :    Case No. 09-50026(REG)
                                                           :
            f/k/a General Motors Corp, et al.              :    (Jointly Administered)
                                                           :
                        Debtors                            :
                                                           :
---------------------------------------------------------- x

### CREDITOR'S VOLUNTARY DISMISSAL

**COMES NOW**, Creditor Gerardo M. Loera, by and through counsel and hereby voluntarily dismisses his claim in this bankruptcy.

                                    Respectfully submitted,

                                    **LANGDON & EMISON**

                                    By: _____
                                    J. Kent Emison, Mo. Bar# 29721
                                    David A. Brose, Mo. Bar# 56244
                                    911 Main Street
                                    Lexington, Missouri 64067
                                    Telephone: 660-259-6175
                                    Facsimile: 660-259-4571
                                    kemison@langdonemison.com
                                    dbrose@langdonemison.com
                                    ATTORNEYS FOR CLAIMANT