# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

RECEIVED MAR 3 0 2010 U.S. BANKRUPTCY COURT, SDNY

| Debtor Name and Case Number: | ■ **Motors Liquidation Company, Case No. 09-50026** |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Susan B. Angell et al. (products liability class action plaintiffs) |
| Claim Number (if known): | 00903 |
| Date Claim Filed: | July 16, 2009 |
| Total Amount of Claim Filed: | $615,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 3/28/10

Print Name: Thomas P. Sobran

Title (if applicable): _____