# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

In re                       :      Case No. 09-50026 (REG)

                          :      Chapter 11 (Jointly Administered)

MOTORS LIQUIDATION CORP., *et al.,*  :

                          :

      Debtors.              :

------------------------------------------------------x

### AFFIDAVIT OF WILLIAM HARDEE IN SUPPORT OF
### REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSES

STATE OF GEORGIA     )
                       ) ss:
HART COUNTY         )

PERSONALLY APPEARED before the undersigned officer duly authorized to

administer oaths, WILLIAM HARDEE, who, first being sworn, on oath deposes and says as

follows:

1.

My name is William Hardee. I am over the age of 18 years, of sound mind, and am

suffering from no disease or defect that would render me incompetent to testify as a witness

before this Court. I make this affidavit from my personal knowledge in support of my Request

for Payment of Administrative Expenses in this bankruptcy case.

2.

On June 11, 2009, I was seriously injured when the 1995 Chevrolet S-10 pickup truck I

was driving rolled over after being struck by another vehicle that failed to yield the right of way

at an intersection controlled by a stop sign. I did nothing to cause or contribute to causing this

crash. When the crash occurred, I was wearing my seat belt and shoulder harness. During the

roll over portion of the event, I suffered many injuries, including injury to my spinal cord when

the truck roof on my driver's side of the pickup collapsed and smashed into the top of my head



and neck as it crushed into the driver's compartment almost flat with the level of the bottom of my driver's window. Attached as Exhibit A is a photograph of the truck taken after the roll over, showing the collapse of the roof on my side. The roof did not collapse on the passenger's side. The passenger on that side of the pickup did not receive any significant injury in the collision or rollover. The spinal cord injury from the collapsing roof has left me partially paralyzed and unable to effectively move parts of my body or to feel sensation in parts of my body, among numerous other effects and damages.

3.

I have never owned the pickup truck I was driving on June 11, 2009. On that date my mother owned the pickup truck. My grandfather bought the truck on or about February 10, 2007 ago and gave it to my mother at that time. I had, however, driven the truck regularly before the crash.

4.

Before June 11, 2009 I never was told, read or otherwise was warned or informed that the roof of the pickup truck I was driving was unreasonably dangerous or could fail and collapse and cause catastrophic injury in an otherwise survivable roll over accident like this one.

FURTHER AFFIANT SAYETH NAUGHT.

William Hardee
_____
William Hardee

SWORN TO AND SUBSCRIBED
before me this 29 day of March, 2010.

Cori Jo Cleveland
_____
Notary Public

[Notary Seal]



2

## Exhibit A



EXHIBIT A