# United States Bankruptcy Court
## Southern District of New York

In Re:      Motors Liquidation Company, et al.
Case No:   09-50026

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM NO. 14608 HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**The Seaport Group LLC**

Name of Transferor:
**Seton Company**

Name and address where notices to transferee should be sent:

The Seaport Group, LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017
Attn: Jay Sommer

Court Claim # (if known):   14608
Amount of Claim:   $598.00
Date Claim Filed:   10/22/2009

Name and Address of Transferor:
Seton Company
7001 Orchard Lake Blvd.
West Bloomfield, MI 48322
Attn: David Acquesta

Phone:  212-616-7728
Last Four Digits of Acct #:  N/A

Phone:  248-865-0220
Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
Should be sent (if different from above):

Phone:  N/A
Last Four Digits of Acct. #:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Jonathan Silverman
    Transferee/Transferee's Agent   General Counsel    Date: 4/5/10

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18U.S.C .152 &3571

--DEADLINE TO OBJECT TO TRANSFER--

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## TRANSFER NOTICE

Seton Company ("Assignor") transfers and assigns unto The Seaport Group LLC, with an address at 360 Madison Avenue, 22nd Floor, New York, NY 10017, its successors and assigns ("Assignee"), pursuant to the terms of a TRADE CONFIRMATION between Assignor and Assignee dated March 31, 2010 (the "Agreement") all of the Assignor's right, title and interest in, to and under the Claim of Assignor, as set forth in the Agreement, against Motors Liquidation Company (f/k/a General Motors Corporation) (the "Debtor"), in the aggregate amount of $598.00 representing claim number 14608 of the Assignor pending against the Debtor in the United States Bankruptcy Court for the Southern District of New York, administered as Case No. 09-50026.

Dated as of March 31, 2010

ASSIGNOR:

SETON COMPANY

By: _[signature]_

Name: DAVID ACEVEDO
Title: OC & SECRETARY