UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
In re:                                              :      Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:      Case No. 09-50026

Motors Liquidation Company, et al,       :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Debtors.   :
-------------------------------------------------------------X

　　　　　　　　　　　　AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
　　　　　　　　　　　　　　　　) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray , being of full age, states as follows:

　　1.　　I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case.  My business address is 105 Maxess Road, Melville, New York 11747.

　　2.　　On the  5th day of April, 2010, I caused to be served a copy of the following documents: (a) Transfer of Claim Other than for Security [Docket No. 5235] and (b) Form 210B Notice upon the parties listed on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Kimberly Murray_
　　　　　　　　　　　　　　　　　　　　　　　　　　　 Kimberly Murray

Sworn to before me this 5th day of
April, 2010

/s/ Nancy Formica_____
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Queens County
Commission Expires August 8, 2010

# EXHIBIT A

**TRANSFEROR**
Seton Company
Attn: David Acquesta
7001 Orchard Lake Blvd.
West Bloomfield, MI 48322

**TRANSFEREE**
The Seaport Group, LLC
Attn: Jay Sommer
360 Madison Ave, 22nd Floor
New York, NY 10017

**United States Bankruptcy Court**

**For the Southern District Of New York**

In re Motors Liquidation Company, et al.,                                    Case No. 09-50026

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

    Claim No. 14608 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on April 5, 2010.

**Name and address of Transferor**
Seton Company
Attn: David Acquesta
7001 Orchard Lake Blvd.
West Bloomfield, MI 48322

**Name and address of Transferee**
The Seaport Group, LLC
Attn: Jay Sommer
360 Madison Ave, 22nd Floor
New York, NY 10017

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Melville, New York
Date: April 5, 2010

                      CLERK OF THE COURT
                      By: The Garden City Group, Inc.
                          as Claims and Noticing Agent