Roger Frankel (admitted *pro hac vice*)
Richard H. Wyron (admitted *pro hac vice*)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

– and –

Lorraine S. McGowen
Alyssa D. Englund
Courtney M. Rogers
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
MOTORS LIQUIDATION COMPANY, et al.                      :   Case No. 09-50026 (REG)
                                                        :
                                Debtors                 :   Jointly Administered
                                                        :
------------------------------------------------------- x
```

### NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Orrick, Herrington & Sutcliffe LLP **("Orrick")**, hereby withdraws its appearance as counsel to the Unofficial GM Dealers Committee **(the "Dealer Committee")**[1], in connection with the above-referenced bankruptcy proceedings, as the Dealer Committee's interests in this matter have concluded.

---

[1] The Dealer Committee was formed prior to the Petition Date by the GM National Dealer Council (the "**NDC**") in coordination with the National Automobile Dealers Association ("**NADA**"). The NDC's dealer members, consisting of 15 GM dealers elected by all GM dealers, serve as liaisons with GM on virtually all matters pertaining to the sale and servicing of GM vehicles and represent the interests of the more than 6,000 GM dealers throughout the United States. The NDC formed the Dealer Committee, and retained counsel, to be a voice for the dealer body's collective interests in connection with GM's restructuring efforts. The members of the Dealer Committee, who collectively

**PLEASE TAKE FURTHER NOTICE** that this withdrawal of appearance applies to Orrick as well as each of the attorneys listed below as counsel to the Dealer Committee.

Dated: April 2, 2010
      Washington, DC

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By:     */s/ Roger Frankel*
Roger Frankel (admitted *pro hac vice*)
Richard H. Wyron (admitted *pro hac vice*)
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

– and –

Lorraine S. McGowen
Alyssa D. Englund
Courtney M. Rogers
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

---

sell and service vehicles under a variety of GM brands in locations all over the country, are Ballweg Automotive Group, Bradshaw Automotive Group, Inc., Dudley Martin Chevrolet (whose principal is the NADA representative to the NDC), Hudson Pontiac Buick GMC Truck, Inc., Paddock Chevrolet, Inc. (whose principal is the Chair of the NDC), and Ron Tonkin Dealership (whose principal is the Vice-chair of NADA). NADA serves as an *ex officio* member of the Dealer Committee.