**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

MOTORS LIQUIDATION COMPANY,              Case No. 09-50026-REG
                                         Honorable ROBERT E. GERBER
    Debtor.                              Chapter 11

_____/

## OAKLAND COUNTY TREASURER'S WITHDRAWAL OF PROOF OF CLAIM #904

**NOW COMES** Creditor, Oakland County Treasurer, by and through its attorneys, KILPATRICK & ASSOCIATES, P.C., and hereby withdraws the Proof of Claim #904 in the amount of $16,785,643.50 filed on July 9, 2009.

Respectfully submitted:

**KILPATRICK & ASSOCIATES, P.C.**
Attorneys for Creditor, Oakland County Treasurer


/S/ LEONORA K. BAUGHMAN
LEONORA K. BAUGHMAN (P33534)
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
(248) 377-0700
ecf@kaalaw.com

Dated:   April 5, 2010