Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                    :
**In re**                                               :    **Chapter 11 Case No.**
                                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :    **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*          :
                                                                    :
                                        Debtors.      :    **(Jointly Administered)**
                                                                    :
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 903 FILED BY SUSAN B. ANGELL AND PRUDENCE REID

PLEASE TAKE NOTICE THAT:

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), hereby withdraw, without prejudice, the Debtors' Objection to Proof of Claim No. 903 Filed by Susan B. Angell and Prudence Reid [Docket No. 4913].[1]

[*The Remainder Of This Page Has Intentionally Been Left Blank*]

---

[1] Proof of Claim No. 903 was voluntarily withdrawn on March 30, 2010 [Docket No. 5410].

US_ACTIVE:\43354657\01\72240.0639

Dated: New York, New York
April 5, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession