**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE:**

MOTORS LIQUIDATION COMPANY,   Case No. 09-50026-REG
                              Honorable ROBERT E. GERBER
    Debtor.                   Chapter 11
_____/

### PROOF OF SERVICE OF OAKLAND COUNTY TREASURER'S WITHDRAWAL OF PROOF OF CLAIM #904

**SHAMIKA SMITH** certifies that on the 5th day of April, 2010, served a copy of the OAKLAND COUNTY TREASURER'S WITHDRAWAL OF PROOF OF CLAIM #904 and PROOF OF SERVICE, in the above-captioned matter, with the Clerk of the Court using the ECF system which will send notification of such filing upon the following:

Joseph R. Sgroi                          jsgroi@honigman.com

U.S. Trustee

Office of the U.S. Trustee               via ecf e-mail

And by depositing same in a United States postal box located in Auburn Hills, Michigan, with the lawful amount of postage fully prepaid thereon, upon the following:

Motors Liquidation Company

                              /S/ SHAMIKA SMITH
                              **SHAMIKA SMITH**, an employee of
                              KILPATRICK & ASSOCIATES, P.C.
                              By: Richardo I. Kilpatrick (P35275)
                              903 N. Opdyke Road, Suite C
                              Auburn Hills, MI 48326
                              (248) 377-0700
                              ecf@kaalaw.com