HEARING DATE AND TIME: Apr. 8, 2010 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: Apr. 1, 2010 at 4:00 p.m. (Eastern Time)

Elihu Inselbuch
Rita C. Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Telephone:  (212) 319-7125
Facsimile:  (212) 644-6755

Trevor W. Swett III
Kevin C. Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301

*Proposed Attorneys for Movant Official Committee*
*of Unsecured Creditors Holding Asbestos-Related Claims*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
In re                                              :
MOTORS LIQUIDATION COMPANY, *et al*.,   :    Chapter 11 Case No.
    f/k/a General Motors Corp., *et al.*     :
                                                   :    09-50026 (REG)
                                                   :
                                                   :    (Jointly Administered)
                                                   :
                                                   :
----------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746 and the Second Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated March 19, 2010 (the "**Second Amended Order**") [D.I. 5308], the undersigned hereby certifies as follows:

Doc# 348877

- 2 -

1. On March 18, 2010, the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims (the "**Asbestos Claimants Committee**" or "**ACC**") filed the application ("**Application**") for entry of an order authorizing the retention and employment of Legal Analysis Systems, Inc. ("**LAS**") as consultant to the ACC on the valuation of asbestos liabilities, *nunc pro tunc* to March 15, 2010 [D.I. 5306].

2. The deadline for submitting objections to the ACC's Application was April 1, 2010 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**").

3. No objections have been filed and served with respect to the ACC's Application.

4. An electronic copy of the proposed order that was annexed to the Application will be re-submitted to the Court, along with this Certificate of No Objection, pursuant to the Second Amended Order.

Based on the foregoing, it is respectfully requested that the proposed order be entered at the earliest convenience of the Court.

Dated:  April 5, 2010
       New York, NY

                          Respectfully submitted,

                          CAPLIN & DRYSDALE, CHARTERED

/s/ Elihu Inselbuch
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone:  (212) 319-7125
Facsimile:  (212) 644-6755
E-mail: ei@capdale.com; rct@capdale.com

Trevor W. Swett III
Kevin C. Maclay
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301
E-mail: tws@capdale.com; kcm@capdale.com

*Proposed Attorneys for Movant Official Committee of Unsecured Creditors Holding Asbestos-Related Claims*