BARNES & THORNBURG LLP
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

John T. Gregg (Admitted Pro Hac Vice)
Telephone: (616) 742-3930
Email: jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) | Case No. 09-50026 (REG) |
| f/k/a GENERAL MOTORS CORP, *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## WITHDRAWAL OF MOTION OF DMS MOVING SYSTEMS FOR ENTRY OF ORDER AWARDING ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)(1)(A)

DMS Moving Systems hereby files this withdrawal of its Motion for Entry of Order Awarding Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(A) [DOCKET NO. 4993] with prejudice.

Dated: April 6, 2010

**DMS MOVING SYSTEMS**

By: /s/John T. Gregg
One of its Attorneys

John T. Gregg (Admitted Pro Hac Vice)
BARNES & THORNBURG LLP
171 Monroe Avenue, NW
Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999
jgregg@btlaw.com

Attorneys for DMS Moving Systems

GRDS01 398810v1