**HEARING DATE AND TIME: APRIL 8, 2010 AT 9:45 A.M. (EASTERN TIME)**
**OBJECTION DEADLINE: APRIL 1, 2010 AT 4:00 P.M. (EASTERN TIME)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,  :    Chapter 11 Case No.
    f/k/a General Motors Corp., *et al.*    :
                                                     :    09-50026 (REG)
                                                     :
                                                     :    (Jointly Administered)
                                                     :
                                                     :
---------------------------------------------------------------x

**ORDER APPROVING AND AUTHORIZING RETENTION AND EMPLOYMENT OF LEGAL ANALYSIS SYSTEMS, INC. AS CONSULTANT ON THE VALUATION OF ASBESTOS LIABILITIES TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS HOLDING ASBESTOS-RELATED CLAIMS**
*NUNC PRO TUNC* **TO MARCH 15, 2010**

      Upon the application (the "Application") dated March 18, 2010, of the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims (the "Asbestos Claimants Committee" or "ACC") to retain and employ Legal Analysis Systems, Inc. ("LAS") as consultant to the ACC on the valuation of asbestos liabilities, *nunc pro tunc* to March 15, 2010; and the Court being satisfied, based on the Application and the supporting Declaration of Mark Peterson Under Rules 2014 and 2016 of Federal Rules of Bankruptcy Procedure and Section 328 of the U.S. Bankruptcy Code in Support of the Application for Order Authorizing the Employment and Retention of Legal Analysis Systems, Inc. *Nunc Pro Tunc* to March 15, 2010 as Consultant on the Valuation of Asbestos Liabilities to the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims (the "Peterson Declaration") that:

      Legal Analysis Systems, Inc. neither holds nor represents any interest adverse to the Debtors' estates, and that its employment is necessary and in the best interests of the estate and its

347655

creditors; and it appearing that due and proper notice of the Application has been given; and good and sufficient cause appearing therefor;

IT IS, on this **6th** day of *April*, 2010;

**ORDERED** as follows:

1. The Application is hereby granted.

2. The ACC is hereby authorized to retain and employ Legal Analysis Systems, Inc. as consultant on the valuation of asbestos liabilities to the ACC, *nunc pro tunc* to March 15, 2010.

3. Legal Analysis Systems, Inc. shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court, and such other procedures as have been or may be fixed by order of the Court.

*s/ Robert E. Gerber*
Honorable Robert E. Gerber
United States Bankruptcy Judge