Mrs. Sonja Kolb
Hans-Memling Strasse 1
91438 Bad Windsheim
Germany

March 21, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408
USA



Dear Sir/Madam,

i owned bonds of "Motors liquidation company , WKN 894450 XS0171942757"

and filed a proof of claim (Claim Number 38135) , which is in status pending.

I hereby will inform you, that I have sold these bonds and therefore I wish to withdraw my claim.

Yours truly

Sonja Kolb