# MORRIS**BART**, L.L.C.
## ATTORNEYS AT LAW

First Bank and Trust Tower, 909 Poydras Street, 20th Floor
New Orleans, Louisiana 70112-4000

Telephone 504.525.8000
Fax 504.599.3380

WRITER'S DIRECT DIAL (504) 599-3237

Morris Bart, LA
Terry B. Loup, LA, MS, TX
Glenn Lieberman, LA
Vincent L. Bowers, LA
Kenneth M. Altman, LA, MS, FL
Joan M. LeBlanc, LA
Arlen Garfunkel, LA, TX
Craig A. Gentry, LA, MS
Vallie Schwartz, LA, MS, TX
Amy Kent Edmond, LA, TN, AL
Janet M. Buggee, LA
Stephanie A. Sanborn, LA, CA
Roderick A. James, LA
James L. Leathem, LA
Jessica Hardie Davidson, LA, AL
Rebecca A. Coman, LA
David M. (Matt) Kittrell, MS
Tanika D. Wells, LA
Dennis N. Thomson, LA, AL, AR
Sandra D. Guidry, LA, TX
Luis F. Barrios, LA
Andrea Ribando, LA
Cristin Fitzgerald, LA
Todd Soileau, LA
Jason J. Ruiz, MS
Benjamin J. Brown, LA, AL
Angela M. Elly, LA
Jana Lindner Vorbeck, LA
Scott Bishop, MS
Stephanie Coulter, LA
Rachel Culotta, LA
Reed Bowman, LA
Jeff Keiser, LA
Thomas H. Prince, LA, MS, CO
Katherine A. Gurley, LA
Rebecca Massa, LA
Abby L. Roberts, LA
Tyra Spencer, LA
Ashleigh E. Bergeron, LA

**ADMINISTRATOR**
Clarence J. Nugent

March 18, 2010

RECEIVED
APR - 2 2010
U.S. BANKRUPTCY COURT SDNY

The Garden City Group, Inc.
ATTN: Motors Liquidation Company Claims Processing
P. O. Box 9386
Dublin, OH 43017-4286

In Re:  Motor Liquidation Company
        f/k/a General Motors Corporation, et al
        Claim No.:   09-50026(REG)

Dear Sir/Madam:

Enclosed please a copy of our Motion to Withdraw as Counsel of Record for Harrel Huskey and Linda Huskey. Please forward all future correspondence to Mr. and Mrs. Huskey directly and remove our name from your registry.

Sincerely,

V. Schwartz

Vallie Schwartz

VS/rab

Enclosure

Alexandria
318.561.7700

Baton Rouge
225.925.8000

Lafayette
337.233.4200

Lake Charles
337.477.4600

Monroe
318.398.1999

Shreveport
318.222.9000

Biloxi/Gulfport
228.432.9000

Hattiesburg
601.583.8000

www.morrisbart.com

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

FILE NUMBER: 2005-01918

DIVISION "G"

HARREL HUSKEY AND LINDA HUSKEY

VERSUS

ROSS DOWNING CHEVROLET, INC. AND GENERAL MOTORS CORPORATION

FILED: __MAR 0 5 2010__    S/BARBARA YERBY
DEPUTY CLERK

## AMENDED MOTION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD

**ON MOTION** of Morris Bart, L.L.C., Counsel of Record for Harrel Huskey and Linda Huskey, they aver that they would like to amend their original Motion and Order to Withdraw as Counsel of Record to correct a typographical error in the original Motion and to read as follows:

"**ON MOTION** of Morris Bart, L.L.C., Counsel of Record for Harrel Huskey and Linda Huskey, they aver that they desire to withdraw as counsel of record for Harrel Huskey and Linda Huskey, that undersigned counsel has notified Harrel Huskey and Linda Huskey and opposing counsel of the withdrawal (see exhibit "A" and "B", respectively), that there are no currently pending hearing or trial dates, and that Harrel Huskey and Linda Huskey's last known address is 231 Guzzardo Lane, Independence, Louisiana 70443.

**IT IS HEREBY ORDERED** movers Morris Bart, L.L.C. be and are hereby permitted to withdraw as counsel of record for Harrel Huskey and Linda Huskey and that their names be removed from the records thereof."

Amite, Louisiana, this ___8___ day of ___March___, 2010.

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 2nd day of March, 2010, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by depositing same in the United States mail, properly addressed and postage prepaid and/or by telecopier.

_____
VALLIE SCHWARTZ #24872