Saturday, March 27, 2010

Judge Robert E. Gerber
One Bowling Green
New York, NY 10004-1408


Sir:

I have been receiving pages and pages of incomprehensible legal notices, some bearing your signature. Am I to understand that you have made my GM stock worthless? And that you will apply legal sanctions if I even try to dispose of any of my GM shares?

Another paper signed by three New York attorneys notifies of the sale of "substantially all of (General Motors Corp) assets". That has always been an argument of the Brokers for buying stock, that even if a company failed, sale of their assets would repay the stockholders. But now, how can GM continue to manufacture and sell automobiles if their assets are being sold off? I bought shares of GM stock in the final days in hopes of propping up the company, but they went bankrupt anyway.

And GM today is spending hundreds of millions of dollars advertising on radio, TV, print, and the Internet. Where is all this money coming from if they are bankrupt?


Yours most sincerely and respectfully,

*Gordon Atteberry*

Gordon Atteberry
3860 Canyon Cove Dr
Lake Havasu City, AZ  86404-2353