**DENENA & POINTS**

A PROFESSIONAL CORPORATION

ATTORNEYS

CHAD D. POINTS
cdp@denenapoints.com

WRITER'S DIRECT DIAL
713.337.9502

APR -5 2010

March 30, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

*USPS Mail*

Re:   Chapter 11 Case No. 09-50026 (REG); In re Motors Liquidation Company, et al., f/k/a General Motors Corp., etal – Proof of Claim No. 446

Dear Sir/Madam:

Please be advised that Chad D. Points and Anthony M. Denena, counsel for *Patricia Seals, as Wrongful Death Beneficiary of Decedent Karen Beth Seals and as Representative of the Estate of Karen Beth Seals*, have relocated their offices effective **Tuesday, March 30, 2010** as follows:

**Denena & Points, P.C.**
**1776 Yorktown, Suite 340**
**Houston, Texas  77056**
**713.807.9500 Office**
**713.337.9520 Fax**

Please update your system accordingly. As such, all future communications regarding this claim should be forwarded to the new address and/or fax number effective March 30, 2010. If you have any questions, please contact our office.

Very truly yours,

Denena & Points, P.C.

Chad D. Points