March 21, 2010

Mr. Karl Schürrle
Dorfstrasse 19
91602 Dürrwangen
Germany
e-mail: schuerrle@onlinehome.de



The Garden City Group
ATTN: Motors Liquidation Company
P.O: Box 9386
Dublin, Ohio 43017-4286

Dear Sir/Madam,

i owned bonds of "Motors liquidation company , WKN 894450 XS0171942757" and filed a proof of claim (Claim Number 26647) , which is in status pending. I hereby will inform you, that I have sold these bonds and therefore I wish to withdraw my claim.

Yours truly
Karl Schürrle