Hearing Date and Time: June 15, 2010 at 9:45 a.m.
Objection Deadline: May 26, 2010 at 5:00 p.m.
Reply Deadline: June 9, 2010 at 5:00 p.m.

BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
Robert M. Dombroff
Jeffrey S. Sabin
Jared R. Clark

*Attorneys for Deutsche Bank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------X
In re:                                  :    Chapter 11
                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.,*  :    Case No. 09-50026 (REG)
                                        :
        Debtors.                        :    (Jointly Administered)
---------------------------------------X

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE that the hearing on Deutsche Bank AG's Motion for Relief from Automatic Stay to Effect Setoff [Doc. No. 4529] previously scheduled for April 29, 2010 at 9:45 a.m. has been adjourned to June 15, 2010 at 9:45 a.m., the objection deadline has been adjourned to May 26, 2010 at 5:00 p.m., and the deadline for replies to objections has been adjourned to June 9, 2010 at 5:00 p.m.

Dated:  New York, New York
        April 6, 2010

                                        BINGHAM McCUTCHEN LLP

                                        By: /s/ Jared R. Clark
                                            Robert M. Dombroff
                                            Jeffrey S. Sabin
                                            Jared R. Clark
                                            399 Park Avenue
                                            New York, NY 10022
                                            (212) 705-7000
                                        *Attorneys for Deutsche Bank AG*

A/73288786.3