**Presentment Date and Time: April 20, 2010 at 12:00 noon (Eastern Time)**
**Objection Deadline: April 20, 2010 at 11:30 a.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
MOTORS LIQUIDATION COMPANY, et al.,         :   09-50026 (REG)
    f/k/a General Motors Corp., et al.      :
                                            :
                    Debtors.                :   (Jointly Administered)
                                            :
------------------------------------------------------------x
```

**NOTICE OF PRESENTMENT FOR
ENTRY OF STIPULATION AND AGREED
ORDER PURSUANT TO 11 U.S.C. § 365
AUTHORIZING DEBTORS' REJECTION OF CERTAIN
EXECUTORY CONTRACTS WITH LINDEN
DEVELOPMENT, LLC AND DUKE BALTIMORE, LLC**

PLEASE TAKE NOTICE that Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") will present the stipulation and agreed order (the "**Stipulation and Order**") between the Debtors, Linden Development Company, LLC ("**Linden**") and Duke Baltimore, LLC ("**Duke**"), pursuant to section 365 of title 11, United States Code (the "**Bankruptcy Code**"), authorizing the Debtors' rejection of certain executory contracts with Linden and Duke, all as more fully set forth in the

Stipulation and Order, to the Honorable Robert E. Gerber, United States Bankruptcy Judge, for approval and signature at Room 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on **April 20, 2010 at 12:00 noon (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Stipulation and Order must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312,

Washington, DC 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (xii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (xiii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (xiv) the members of the Official Committee of Unsecured Creditors Holding Asbestos Related Claims; and (xv) the attorneys for Linden Development Company, LLC, and Duke Baltimore, LLC, 312 Walnut Street, Suite 1400, Cincinnati, Ohio 45202 (Attn: Louis F. Solimine, Esq.), so as to be received no later than **April 20, 2010 at 11:30 a.m. (Eastern Time)** (the "**Objection Deadline**").

Dated: New York, New York
April 6, 2010

          WEIL, GOTSHAL & MANGES LLP

          /s/ Joseph H. Smolinsky
          Harvey R. Miller
          Stephen Karotkin
          Joseph H. Smolinsky
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors and
          Debtors in Possession

**Presentment Date and Time: April 20, 2010 at 12:00 noon (Eastern Time)**
**Objection Deadline: April 20, 2010 at 11:30 a.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                                        :    **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                    :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*                     :
                                                             :
                           Debtors.                          :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

### STIPULATION AND AGREED ORDER PURSUANT
### TO 11 U.S.C. § 365 AUTHORIZING DEBTORS' REJECTION
### OF CERTAIN EXECUTORY CONTRACTS WITH
### LINDEN DEVELOPMENT, LLC AND DUKE BALTIMORE, LLC

This Stipulation and Order (the "**Stipulation and Order**") is entered into among Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), Linden Development, LLC ("**Linden**"). and Duke Baltimore, LLC (as assignee of Duke Realty Limited Partnership) ("**Duke**", and together with the Debtors and Linden, the "**Parties**"), by and through their respective undersigned counsel, for the purpose of authorizing the Debtors to reject certain executory contracts (the "**Executory Contracts**") with Linden and Duke and to resolve the Linden Objection (defined below). A list identifying and describing the Executory Contracts is attached hereto as **Annex I**.

## RECITALS

**WHEREAS**, the Parties have entered into the Executory Contracts listed and described on **Annex I** hereto; and

**WHEREAS**, on October 23, 2009, the Debtors filed that certain Eighth Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property (the "**Rejection Motion**"); and

**WHEREAS**, the Rejection Motion included certain of the Executory Contracts, but not all of the agreements between the Parties; and

**WHEREAS**, on November 2, 2009, Linden filed that certain Limited Objection of Linden Development, LLC, to Debtors' Eighth Omnibus Motion to Reject Certain Executory Contracts and Unexpired Leases (the "**Linden Objection**"); and

**WHEREAS**, the Linden Objection contested the relief sought in the Rejection Motion on the limited basis that the Debtors did not also seek the rejection of certain additional documents and agreements between the Parties; and

**WHEREAS**, the Parties have agreed to consensually resolve the Linden Objection on the terms set forth below.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the Parties that:

## AGREEMENT

1. The Executory Contracts listed and described on **Annex I** attached hereto and all agreements (including deed restrictions), exhibits, amendments, and supplements related thereto are deemed rejected pursuant to section 365 of the Bankruptcy Code, effective as of the rejection dates (the "**Rejection Dates**") set forth on **Annex I**.

2. Upon entry of this Stipulation and Order by the Court, the Debtors' Rejection Motion with respect to Linden and the Linden Objection shall be deemed withdrawn.

3. The Parties agree that all issues relating to the allowance, amount, priority and treatment of any claim, right or remedy asserted by Linden or Duke with respect to the rejection of the Executory Contracts are preserved, and the Debtors' defense(s) and/or right to object to the allowance, amount, priority and treatment of any claim, right or remedy asserted by Linden or Duke with respect to the rejection of the Executory Contracts are so too preserved.

4. Linden and Duke each shall have until **5:00 p.m. (Eastern Time)** on the date that is **thirty (30) days** after entry of this Stipulation and Order to file a proof of claim with respect to any claim for damages arising from the rejection of the Executory Contracts.

5. This Stipulation and Order contains the entire understanding of the Parties hereto with regard to the matters addressed herein, and supersedes all prior and contemporaneous discussions, negotiations, understandings, and agreements, whether oral or written, express or implied, between and among the parties hereto regarding the subject matter of this Stipulation and Order.

6. This Stipulation and Order is binding upon the Parties, and may not be changed, altered or modified except in writing, signed by the Parties or their duly authorized attorneys and approved by the Court.

7. The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Stipulation and Order.

Stipulated and Agreed:

| **WEIL, GOTSHAL & MANGES LLP** | **LINDEN DEVELOPMENT, LLC and DUKE BALTIMORE, LLC** |
|---|---|
| By: /s/ Joseph H. Smolinsky | By: /s Louis F. Solimine |
| Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 | Louis F. Solimine<br>312 Walnut Street<br>Suite 1400<br>Cincinnati, Ohio  45202<br>Telephone: (513) 352-6784<br>Facsimile: (513) 241-4771 |
| *Attorneys for Debtors*<br>*and Debtors in Possession* | *Attorneys for Linden Development, LLC and*<br>*Duke Baltimore, LLC* |

**SO ORDERED** this ___ day of ___, 2010

_____
**UNITED STATES BANKRUPTCY JUDGE**

| | **ANNEX I - EXECUTORY CONTRACTS** | | | | |
|---|---|---|---|---|---|
| | **Contract Counterparty** | **Counterparty Address** | **Contract Description** | **Contract Date** | **Rejection Date** |
| 1 | Linden Development, LLC | Linden Development, LLC<br>Attn: Legal Department<br>3950 Shackleford Road, Suite 350<br>Duluth, GA 30096 | Purchase and Sale Agreement (including any Exhibit(s) to the Purchase and Sale Agreement including, without limitation, the deed restrictions in the Quitclaim Deed recorded at DB5693-0278, the Deed recorded at DB5693-0261 and the Deed recorded at DB5693-0241, all with and by the County Clerk for Union County, New Jersey) | 12/19/2007 | 10/31/2009 |
| 2 | Linden Development, LLC | Linden Development, LLC<br>Attn: Legal Department<br>3950 Shackleford Road, Suite 350<br>Duluth, GA 30096 | Confidentiality Agreement | 6/4/2007 | 10/31/2009 |
| 3 | Linden Development, LLC | Linden Development, LLC<br>Attn: Legal Department<br>3950 Shackleford Road, Suite 350<br>Duluth, GA 30096 | Purchase and Sale Agreement (including any Exhibit(s) to the Purchase and Sale Agreement including, without limitation, the deed restrictions in the Deed recorded at DB 5745-0597 with and by the County Clerk for Union County, New Jersey) | 7/1/2008 | 10/31/2009 |
| 4 | Duke Baltimore LLC (as assignee of Duke Realty Limited Partnership) | Duke Realty Limited Partnership<br>Attn: Legal Department<br>3950 Shackleford Road, Suite 350<br>Duluth, GA 30096 | Purchase and Sale Agreement (including any Exhibit(s) to the Purchase and Sale Agreement including, without limitation, the deed restrictions in the Special Warranty Deed recorded among the Land Records of Baltimore City in Liber FMC 7313, Folio 272) | 12/21/2005 | 10/31/2009 |
| 5 | Duke Construction Limited Partnership | Duke Realty Limited Partnership<br>Attn: Legal Department<br>3950 Shackleford Road, Suite 350<br>Duluth, GA 30096 | Confidentiality and Acknowledgement Statement | 6/17/2005 | 10/31/2009 |