**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, et al.,           :    09-50026 (REG)
      f/k/a General Motors Corp., et al.      :
                                              :
                          Debtors.            :    (Jointly Administered)
                                              :
-------------------------------------------------------------x
```

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 8, 2010 at 9:45 a.m.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

I.  **CONTESTED MATTERS:**

   A.  Application to Employ Caplin & Drysdale, Chartered as Counsel to the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims *Nunc Pro Tunc* to October 6, 2009 ("**Caplin & Drysdale's Retention Application**") **[Docket Nos. 5302 and 5304]**

   Response Filed:

   1.  United States Trustee's Objections to Caplin & Drysdale's Retention Application **[Docket No. 5389]**

   Reply Filed:

   2.  The Official Committee of Unsecured Creditors Holding Asbestos-Related Claims Reply In Support of Caplin & Drysdale's Retention Application **[Docket No. 5420]**

   Additional Documents:    None to date.

   **Status:**    This matter is going forward.

B.     Stanley R. Stasko's Motion for Relief from the Automatic Stay ("**Stasko's Automatic Stay Motion**") **[Docket No. 5151]**

  Response Filed:

  1. Debtors' Opposition to Stasko's Automatic Stay Motion **[Docket No. 5390]**

  Reply Filed:

  2. Stanely R. Stasko's Reply to Debtors' Opposition to Stasko's Automatic Stay Motion **[Docket No. 5442]**

  Additional Document:

  3. Rescheduled Notice of Motion Filed by Stasko **[Docket No. 5232]**

  **Status:**     This matter is going forward.

C.     Motion of Sang Chul Lee and Dukson Lee to File Proof of Claim After Claims Bar Date, or Alternatively, to File Amended Proof of Claim ("**Lee's Motion to File a Proof of Claim After the Bar Date**") **[Docket No. 5328]**

  Response Filed:

  1. Debtors' Opposition to Lee's Motion to File a Proof of Claim After the Bar Date **[Docket No. 5398]**

  Reply Filed:

  2. Lee's Reply to Debtors' Opposition to Lee's Motion to File a Proof of Claim After the Bar Date **[Docket No. 5429]**

  Additional Documents:

  3. Declaration of Michael S. Kimm In Support of Lee's Motion to File a Proof of Claim After the Bar Date **[Docket No. 5329]**

  4. Declaration of Michael S. Kimm In Support of Lee's Reply to Debtors' Opposition to Lee's Motion to File a Proof of Claim After the Bar Date **[Docket No. 5430]**

  **Status:**     This matter is going forward.

D. Motion of Sang Chul Lee and Dukson Lee for Relief from the Automatic Stay ("**Lee's Automatic Stay Motion**") **[Docket No. 3023]**

   Response Filed:

   1. Debtors' Opposition to Lee's Automatic Stay Motion **[Docket No. 3485]**

   Reply Filed:

   2. Lee's Reply to Debtors' Opposition to Lee's Automatic Stay Motion **[Docket No. 5330]**

   Additional Document:

   3. Declaration of Carrianne Basler in Response Lee's Automatic Stay Motion **[Docket No. 5060]**

   **Status:** This matter is going forward.

E. William Hardee's Request for Payment of Administrative Expenses ("**Hardee's Administrative Expense Request**") **[Docket No. 4539]**

   Response Filed:

   1. Debtors' Response to Hardee's Administrative Expense Request **[Docket No. 4945]**

   Reply Filed:

   2. Hardee's Reply to Debtors' Response to Hardee' Administrative Expense Request **[Docket No. 5412]**

   Additional Documents:    None to date.

   **Status:** This matter is going forward.

II. **UNCONTESTED MATTERS:**

   A. Motion to Appoint Dean M. Trafelet as Legal Representative for Future Asbestos Personal Injury Claimants **[Docket No. 5214]**

      Responses Filed:    None to date.

      Reply Filed:    None to date.

        Additional Documents:    None to date.

        **Status:**    This matter is going forward.

III.    **ADJOURNED MATTERS:**

A.    Boyd Bryant's Motion for an Order Allowing Plaintiffs to File a Class Proof of Claim **[Docket No. 4560]**

        Responses Filed:    None to date.

        Reply Filed:    None to date.

        Additional Documents:    None to date.

        **Status:**    This matter will be adjourned to a date to be confirmed with Chambers.

B.    Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Resolution Procedures, Including Mandatory Mediation (the "**Debtors' ADR Motion**") **[Docket No. 4780]**

        Responses Filed:    **Seventeen in total**.

1.    Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Resolution Procedures, Including Mandatory Mediation filed by Amy Caton on behalf of Official Committee of Unsecured Creditors of General Motors Corporation **[Docket No. 4942]**

2.    Texas Comptroller's Response to Debtors' Motion Regarding Alternative Dispute Resolution Procedures filed by Mark Edwin Browning on behalf of Texas Comptroller of Public Accounts **[Docket No. 4860]** (the "**Texas Response**")

3.    State of Washington Joinder in Objection of Texas to ADR Procedures filed by Zachary Mosner on behalf of Washington State Tax Agencies **[Docket No. 4869]** (the "**Washington Response**")

4.    Commonwealth of Pennsylvania, Department of Revenue Joinder in Texas Comptroller's Response to Debtors' Motion Regarding Alternative Dispute Resolution Procedures filed by Carol E. Momjian on behalf of

        Commonwealth of Pennsylvania, Department of Revenue **[Docket No. 4920]** (the "**Pennsylvania Response**")

5. State of Michigan Joinder in Texas Comptroller's Response to Debtors' Motion Regarding Alternative Dispute Resolution Procedures filed by Julius O. Curling on behalf of State of Michigan, Department of Treasury **[Docket No. 4921]** (the "**Michigan Response**")

6. Objection of Designated Claimant to Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Resolution Procedures, Including Mandatory Mediation filed by Jake W. Rodd **[Docket No. 4925 & 5001]** (the "**Rodd Responses**")

7. Opposition of Town of Salina, New York to Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Resolution Procedures Including Mandatory Mediation filed by Lee E. Woodard on behalf of Town of Salina **[Docket No. 4927]** (the "**Salina Response**")

8. Response of Atlas Technologies, Inc. to Debtors' request for the entry of an Order pursuant to 11 USC § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Resolution Procedures, including Mandatory Mediation filed by Barry M. Lasky on behalf of Atlas Technologies, Inc. **[Docket No. 4931]** (the "**Atlas ADR Response**")

9. Limited Objection of Andorra Banc Agricol Reig, S.A. to Motion of Debtors for Entry of Order Pursuant to 11 U.S.C §105(A) and General Order M-390 Authorizing Implementation of Alternative Dispute Resolution Procedures, Including Mandatory Arbitration filed by Samuel Jason Teele on behalf of Andorra Banc Agricol Reig, S.A. **[Docket No. 4934]** (the "**Andorra Response**")

10. Limited Objection of Detroit Diesel Corporation to Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. § 105(A) and General Order M-390 Authorizing Implementation of Alternative Dispute Resolution Procedures, Including Mandatory Mediation filed by Michael T. Conway on Behalf of Detroit Diesel Corporation **[Docket No. 4936]** (the "**Detroit Diesel Response**")

11. Objection of Bright Bay GMC Truck, Inc. to Debtors' Motion for Alternative Dispute Resolution Procedures filed by Jeffrey Bard on behalf of Bright Bay GMC Truck, Inc. **[Docket No. 4937]** (the "**Bright Bay Response**")

12. Limited Objection of the Dex-Cool and Anderson Class Claimants to Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. § 105(A) and

> General Order M-390 Authorizing Implementation of Alternative Dispute Resolution Procedures, Including Mandatory Mediation (Docket # 4780) filed by Paul A. Rachmuth on behalf of Dex-Cool/Gasket Class Action and Anderson Class Action Classes **[Docket No. 4938]** (the "**Dex-Cool and Anderson Response**")

13. Limited Objection of Ad Hoc Committee of Consumer Victims of General Motors to the Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Resolution Procedures, Including Mandatory Mediation filed by Benjamin P. Deutsch on behalf of Ad Hoc Committee of Consumer Victims of General Motors **[Docket No. 4940]** (the "**Ad Hoc Committee Response**")

14. D&M Real Estate, LLC t/a The Horse Tavern & Grill and The Horse, Inc. t/a the Horse Tavern & Grill's Response in Objection to Debtors' Motion Regarding Alternative Dispute Resolution Procedures (Affirmation in Support of D&M Real Estate, LLC, T/A The Horse Tavern & Grill and The Horse, Inc., T/A The Horse Tavern & Grill's Motion for Relief from Automatic Stay) filed by William Dirk Pastorick on behalf D&M Real Estate, LLC t/a The Horse Tavern & Grill and The Horse, Inc. t/a the Horse Tavern & Grill **[Docket No. 4943]** (the "**D&M Response**")

15. Ohio Department of Taxation's Joinder in Texas Comptroller's Response to Debtors' Motion Regarding Alternative Dispute Resolution Procedures filed by Victoria D. Garry on behalf of Ohio Department of Taxation **[Docket No. 4944]** (the "**Ohio Response**")

16. City of Anderson's Objection to Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. 105(A) and General Order M-390 Authorizing Implementation of Alternative Dispute Resolution Procedures Including Mandatory Mediation filed by Ann Marie Bauer on behalf of City of Anderson **[Docket No. 4997]** (the "**Anderson Response**")

17. Onondaga's Objection to the Debtors' Motion Seeking Authorization to Implement ADR Procedures filed by Kevin C. Murphy on behalf of Onondaga **[Docket No. 4999]** (the "**Onondaga Response**")

<u>Reply Filed</u>:

18. Omnibus Reply of the Debtors to Objections to Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Resolution Procedures, Including Mandatory Mediation **[Docket No. 4957]** (the "**Debtors' Omnibus Reply**")

Additional Document:

19. Supplement to Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Resolution Procedures, Including Mandatory Mediation **[Docket No. 4911]**

**Status:** On February 23, 2010, the Court entered an Order Approving the Debtors' ADR Motion with respect to certain types of claims and adjourning to April 8, 2010 the following types of claims: (a) tax claims (including tax indemnity claims relating to leveraged fixed equipment lease transactions), (b) indemnity claims relating to asbestos liability, and (c) all other Unliquidated/Litigation Claims that are *not* Initial Subject Claims[1] (collectively, the "**Remaining Claims**"). The Debtors continue to work towards a consensual order with respect to the Remaining Claims, and a hearing to consider the Remaining Claims has been adjourned to April 29, 2010 at 9:45 a.m.

C. General Motors LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation Dated August 14, 2009 ("**New GM's Reconsideration Motion**") [**Docket No. 4895**]

Response Filed:

1. Knowledge Learning Corporation's Response to New GM's Reconsideration Motion **[Docket No. 5405]**

**Reply Filed:** None to date.

**Additional Documents:** None to date.

**Status:** This matter has been adjourned to April 29, 2010 at 9:45 a.m.

D. Zinn Company, Inc.'s Motion to Compel Debtors to Comply with Payment Obligations Under Wind-down Agreement ("**Zinn's Motion to Compel**") **[Docket No. 5104]**

---

[1] All capitalized terms used in this section of the Agenda shall have the meanings ascribed to such terms in the Debtors' Omnibus Reply.

Response Filed:

1. Debtors' Response to Zinn's Motion to Compel **[Docket No. 5386]**

Reply Filed:    None to date

Additional Documents:    None to date.

**Status:**    This matter has been adjourned to April 29, 2010 at 9:45 a.m.

E. Debtors' First Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 4622]**

Response Filed:

1. Response of Del Norte Chevrolet-Olds and Larry Allen to Debtors' First Omnibus Objection **[Docket No. 4778]**

Reply Filed:    None to date

Additional Document:

2. Order Granting Debtors' First Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 4806]**

**Status:**    This matter has been adjourned to April 29, 2010 at 9:45 a.m.

F. Debtors' Third Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 4624]**

Responses Filed:

1. Response of Liberty Mutual Insurance Company to Debtors' Third Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 4752]**

2. Response of ILCO Site Remediation Group to Debtor's Third Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 4762]**

3. Response of Sharyl Y. Carter to Debtor's Third Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 4771, 4772, and 4773]**

Reply Filed:    None to date.

Additional Documents:

    4.    Order Granting Debtors' Third Omnibus Objection to Claims (Duplicate Claims) **[Docket No. 4808]**

    5.    Notice of Withdrawal of Debtors' Third Omnibus Objection to Claims Solely with Respect to Proof of Claim No. 20950 filed by Liberty Mutual Insurance Company **[Docket No. 4891]**

**Status:** This matter has been adjourned to April 29, 2010 at 9:45 a.m.

G.    Pretrial Conference in *Motors Liquidation Company v. Bayerische Motoren Werke Aktiengesellschaft*, Adversary Proceeding No. 10-05006 (REG) (Bankr. S.D.N.Y. 2010).

**Status:** This matter has been adjourned to May 27, 2010 at 9:45 a.m.

IV.    **WITHDRAWN MATTERS**

A.    DMS Moving System's Motion for Payment of Administrative Expenses **[Docket No. 4993]**

Response Filed:    None.

Reply Filed:    None.

Additional Document:

    1.    Notice of Withdrawal of DMS Moving System's Motion for Payment of Administrative Expenses **[Docket No. 5434]**

**Status:**    This matter has been withdrawn.

B.    Debtors' Objection to Proof of Claim No. 903 filed by Susan B. Angell and Prudence Reid [**Docket No. 4913**]

Response Filed:    None.

Reply Filed:    None.

Additional Documents:

    1.    Withdrawal of Proof of Claim No. 903 filed by Counsel to Angell *et al.* [**Docket No. 5410**]

    2.    Notice of Withdrawal of Debtors' Objection to Proof of Claim No. 903 filed by Susan B. Angell and Prudence Reid [**Docket No. 5425**]

**Status:**   This matter has been withdrawn.

V.   **RESOLVED MATTERS**

A.   Application to Retain Legal Analysis Systems, Inc. as Consultant to the Official Committee Of Unsecured Creditors Holding Asbestos-Related Claims *Nunc Pro Tunc* to March 15, 2010 ("**Legal Analysis System's Retention Application**") **[Docket No. 5306]**

Response Filed:   None to date.

Reply Filed:   None to date.

Additional Document:

1.   Order Granting Legal Analysis System's Retention Application **[Docket No. 5435]**

**Status:**   Legal Analysis System's Retention Application has been granted **[Docket No. 5435]**

Dated: April 6, 2010
New York, New York

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession