UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                               :
                                                    :    Chapter 11
MOTORS LIQUIDATION COMPANY, *et al.*,               :
        f/k/a General Motors Corp., *et al.*       :    Case No. 09-50026 (REG)
                                                    :
            Debtors.                                :    (Jointly Administered)
                                                    :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On April 5, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (Proposed Counsel for the Official Committee Holding Asbestos Related Claims), and by first class mail on Plante & Moran, PLLC, Attn: Michael A. Colella, 27400 Northwestern Highway, P.O. Box 307, Southfield, Michigan 48034 (affected party):

- Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 Authorizing the Retention and Employment of Plante & Moran, PLLC as Accountants and Consultants *Nunc Pro Tunc* to October 9, 2009 [Docket No. 5421].

Dated: April 6, 2010                    /s/ Alison Moodie
       Melville, New York               Alison Moodie

Sworn to before me this 6th day of April, 2010.

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| CAPLIN & DRYSDALE, CHARTERED<br>PROPOSED ATTY FOR UNSECURED CREDITORS HOLDING ASBESTOS- CLAIMS<br>ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III<br>ONE THOMAS CIRCLE, NW, SUITE 1100<br>WASHINGTON DC 20005<br>email: kcm@capdale.com; tws@capdale.com | CAPLIN & DRYSDALE, CHARTERED<br>PROPOSED ATTY FOR UNSECURED CREDITORS HOLDING ASBESTOS- CLAIMS<br>ATTN: ELIHU INSELBUCH, RITA C. TOBIN<br>375 PARK AVENUE, 35TH FLOOR<br>NEW YORK NY 10152<br>email: ei@capdale.com; rct@capdale.com; |