**BROWN & CONNERY, LLP**
Kenneth J. Schweiker, Jr., Esquire
6 North Broad Street
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 (facsimile)
kschweiker@brownconnery.com

*Attorneys for SAP America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY, et al.,** f/k/a General Motors Corp., *et al.* | **Case No. 09-50026 (REG)** |
| **Debtors.** | **(Jointly Administered)** |

**WITHDRAWAL OF NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS AND PLEADINGS**

PLEASE TAKE NOTICE that Brown & Connery, LLP ("**B&C**") hereby withdraws the

*Notice of Appearance and Request for Service of Papers and Pleadings*, dated June 3, 2009

[Docket No. 362], that B&C filed on behalf of SAP America, Inc., and B&C hereby requests that

it be removed from all service lists, including but not limited to, removal by the Clerk of the

Court from electronic mailing lists for these cases.

Dated: Woodbury, New Jersey
          April 7, 2010

                                        **BROWN & CONNERY, LLP**

                                        */s/ Kenneth J. Schweiker, Jr.*
                                        Kenneth J. Schweiker, Jr.
                                        6 North Broad Street, Suite 100
                                        Woodbury, NJ 08096
                                        (856) 812-8900
                                        (856) 853-9933 (facsimile)
                                        kschweiker@brownconnery.com

1258776.1