Sander L. Esserman (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

---------------------------------------------------------------X
                                        )
In re                                   )    Chapter 11
                                        )
MOTORS LIQUIDATION COMPANY, *et al.*,   )
f/k/a GENERAL MOTORS CORP., *et al.*,   )
                                        )    Case No. 09-50026 (REG)
                                        )
              Debtors.                  )    Jointly Administered
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 2, 2010, she caused true and correct copies of the *Application of Dean M. Trafelet as Proposed Legal Representative for Future Asbestos Personal Injury Claimants to Retain and Employ Analysis, Research & Planning Corporation as His Asbestos Claims Valuation Consultant as of March 1, 2010 and Notice of Presentment of the Application* [Doc. No 5413] to be served on the parties below by the method indicated and by United States mail on all parties on the Master Service List and on all parties receiving notice via the Court's ECF System.

| | |
|---|---|
| **By Electronic Mail**<br>Harvey R. Miller<br>harvey.miller@weil.com<br>Stephen Karotkin<br>stephen.karotkin@weil.com<br>Joseph H. Smolinsky<br>joseph.smolinsky@weil.com<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>767 Fifth Avenue<br>New York, NY 10153<br>**Counsel for the Debtors** | **By Electronic Mail**<br>Lawrence Buonomo<br>lawrence.buonomo@gm.com<br>**General Motors Company**<br>300 Renaissance Center<br>Detroit, Michigan 48265 |
| **By Electronic Mail**<br>Kenneth H. Eckstein<br>keckstein@kramerlevin.com<br>Thomas Moers Mayer<br>tmayer@kramerlevin.com<br>Amy Caton<br>acaton@kramerlevin.com<br>Lauren Macksoud<br>lmacksoud@kramerlevin.com<br>Jennifer Sharret<br>jsharret@kramerlevin.com<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>**Counsel for Official Committee of Unsecured Creditors** | **By Electronic Mail**<br>John J. Rapisardi<br>john.rapisardi@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>**Counsel for**<br>**Vehicle Acquisition Holdings LLC** |
| **By Electronic Mail**<br>James L. Bromley<br>jbromley@cgsh.com<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>**Counsel for UAW** | **By Electronic Mail**<br>Ted Stenger<br>tstenger@alixpartners.com<br>**Debtors c/o Motors Liquidation Company**<br>300 Renaissance Center<br>Detroit, Michigan 48265 |
| **By Electronic Mail**<br>Michael J. Edelman<br>mjedelman@vedderprice.com<br>Michael L. Schein<br>mschein@vedderprice.com<br>Vedder Price, PC<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>**Counsel for Export Development Canada** | **By Electronic Mail**<br>David S. Jones<br>david.jones6@usdoj.gov<br>Matthew L. Schwartz<br>matthew.schwartz@usdoj.gov<br>**United States Attorney's Office**<br>Southern District of New York<br>86 Chambers Street, Third Floor<br>New York, NY 10007 |

-3-

**By Facsimile**
Diana G. Adams
**Office of the United States Trustee for the
Southern District of New York**
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile: 212-668-2256

                                      */s/ Jo E. Hartwick*

                                      STUTZMAN, BROMBERG,
                                      ESSERMAN & PLIFKA,
                                      A PROFESSIONAL CORPORATION
                                      2323 Bryan Street, Suite 2200
                                      Dallas, Texas 75201
                                      Telephone: (214) 969-4900