Elihu Inselbuch
Rita C. Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Trevor W. Swett III
Kevin C. Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Attorneys for Official Committee of Unsecured
Creditors Holding Asbestos-Related Claims*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re                                                      :
MOTORS LIQUIDATION COMPANY, *et al.*,    :      Chapter 11
      f/k/a General Motors Corp., *et al.*  :
                                                           :      Case No. 09-50026 (REG)
                                                           :
                                                           :      (Jointly Administered)
                                                           :
                                                           :
-------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** ***PRO HAC VICE***

    I, Kevin C. Maclay, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims, an official committee appointed by the U.S. Trustee in the above-referenced case.

DOC# 348067

*I certify that I am a member in good standing* of the bars of the State of Maryland and of the District of Columbia, and the bars of the U.S. District Court for the District of Columbia and the U.S. District Court for the District of Maryland.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 8, 2010
      Washington, D.C.

/s/ Kevin C. Maclay
Kevin C. Maclay
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
kcm@capdale.com
Telephone: (202) 862-7841
Facsimile:  (202) 429-3301

*Attorneys for Official Committee of Unsecured Creditors Holding Asbestos-Related Claims*