**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,              :       Chapter 11
    f/k/a General Motors Corp., *et al.*       :
                                                   :       Case No. 09-50026 (REG)
                                                   :
                                                   :       (Jointly Administered)
                                                   :
                                                   :
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kevin C. Maclay (the "movant"), to be admitted, ***pro hac vice***, to represent the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims, an official committee appointed by the U.S. Trustee in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Maryland and the District of Columbia, and the bars of the U.S. District Court for the District of Columbia and the U.S. District Court for the District of Maryland, it is hereby

**ORDERED,** that Kevin C. Maclay, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
    _____, New York    /s/_____
                                                          UNITED STATES BANKRUPTCY JUDGE

DOC# 348070