Elihu Inselbuch
Rita C. Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Trevor W. Swett III
Kevin C. Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Attorneys for Official Committee of Unsecured
Creditors Holding Asbestos-Related Claims*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,    :    Chapter 11
    f/k/a General Motors Corp., *et al*.   :
                                                :    Case No. 09-50026 (REG)
                                                :
                                                :    (Jointly Administered)
                                                :
                                                :
---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

    I, Todd E. Phillips, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims, an official committee appointed by the U.S. Trustee in the above-referenced case.

DOC# 349051

- 2 -

*I certify that I am a member in good standing* of the bars of the State of California and of the District of Columbia, and the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 8, 2010
Washington, D.C.

/s/ Todd E. Phillips
Todd E. Phillips
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
tep@capdale.com
Telephone: (202) 862-7850
Facsimile:  (202) 429-3301

*Attorneys for Official Committee of Unsecured Creditors Holding Asbestos-Related Claims*