**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,    :      Chapter 11
    f/k/a General Motors Corp., *et al.*    :
                                                            :      Case No. 09-50026 (REG)
                                                            :
                                                            :      (Jointly Administered)
                                                            :
                                                            :
---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Todd E. Phillips (the "movant"), to be admitted, ***pro hac vice***, to represent the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims, an official committee appointed by the U.S. Trustee in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bars of the State of California and the District of Columbia, and the bar of the U.S. District Court for the Central District of California, it is hereby

**ORDERED,** that Todd E. Phillips, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
    _____, New York      /s/ _____
                                                              UNITED STATES BANKRUPTCY JUDGE

DOC# 349052