# EXHIBIT B

INTERIM AND FINAL FEE APPLICATIONS/ QUARTERLY REPORTS OF AP SERVICES, LLC
RECEIVED AS OF APRIL 8, 2010

MOTORS LIQUIDATION COMPANY, *et al.*, DEBTORS
CHAPTER 11 CASE NO. 09-50026 (REG)

**INTERIM AND FINAL FEE APPLICATIONS**

| LAW FIRM/PROFESSIONAL | DATE FEE APPLICATION SUBMITTED[1] | PERIOD COVERED BY FEE APPLICATION | FEES REQUESTED | EXPENSES REQUESTED |
|---|---|---|---|---|
| 1. Alan Chapell (Final) | 11/16/2009 | 06/08/2009-10/04/2009 | 72,900.00 | 0.00 |
| 2. Baker McKenzie | 11/16/2009 | 06/01/2009-09/30/2009 | 1,262,789.76 | 21,619.20 |
| 3. Brownfield Partners, LLC | 11/16/2009 | 06/01/2009-09/30/2009 | 213,914.75 | 16,294.80 |
| | 03/17/2010[2] | 10/01/2009-01/31/2010 | 381,757.40 | 27,480.81 |
| 4. Butzel Long, PC | 11/16/2009 | 06/10/2009-09/30/2009 | 237,775.50 | 21,265.87 |
| | 03/17/2010[2] | 10/01/2009-01/31/2010 | 258,825.50 | 12,188.98 |
| 5. Claro Group, LLC | 11/20/2009 | 06/01/2009-09/30/2009 | 189,563.00 | 888.05 |
| | 03/17/2010[2] | 10/01/2009-01/31/2010 | 652,010.50 | 9,138.41 |
| 6. Evercore Group (Final) | 11/16/2009 | 06/01/2009-07/10/2009 | 16,029,032.00 | 2,920.62 |
| 7. FTI Consulting, Inc. | 11/16/2009 | 06/03/2009-09/30/2009 | 4,435,036.25 | 74,500.84 |
| | 03/16/2010[2] | 10/01/2009-01/31/2010 | 2,066,666.00 | 18,756.18 |
| 8. Honigman Miller Schwartz & Cohn LLP | 11/16/2009 | 06/01/2009-09/30/2009 | 2,297,160.00 | 16,799.46 |
| 9. Jenner & Block LLP | 11/16/2009 | 06/01/2009-09/30/2009 | 4,950,322.95 | 270,439.26 |
| | 03/15/2010[2] | 10/01/2009-01/31/2010 | 45,662.50 | 6,208.97 |
| 10. Jones Day | 11/16/2009 | 06/01/2009-09/30/2009 | 455,396.65 | 4,359.53 |
| 11. Kramer Levin Naftalis & Frankel LLP | 11/16/2009 | 06/01/2009-09/30/2009 | 4,593,910.50 | 85,047.77 |
| | 03/17/2010[2] | 10/01/2009-01/31/2010 | 1,149,758.75 | 31,383.31 |
| 12. LFR, Inc. | 11/12/2009 | 06/01/2009-09/30/2009 | 633,772.80 | 43,447.98 |
| | 03/15/2010[2] | 10/01/2009-01/31/2010 | 1,034,548.40 | 182,730.34 |
| 13. Lowe, Fell & Skogg, LLC | 11/18/2009 | 06/01/2009-07/10/2009 | 261,840.25 | 19,212.25 |

| Law Firm/Professional | Date Fee Application Submitted[1] | Period Covered by Fee Application | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| 14. Plante & Moran, PLLC | 03/17/2010[2] | 10/09/2009-01/31/2010 | 354,195.70 | 5,247.32 |
| 15. Weil, Gotshal & Manges LLP | 01/13/2010 | 06/01/2009-09/30/2009 | 17,910,963.25 | 595,206.67 |
|  | 03/17/2010[2] | 10/01/2009-01/31/2010 | 5,903,901.25 | 398,725.81 |
| **TOTAL INTERIM AND FINAL FEE APPLICATIONS:** | | | **$65,391,703.66** | **$1,863,862.43** |

**QUARTERLY REPORTS**

| Law Firm/Professional | Date Report Submitted[1] | Period covered by Quarterly Report | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| AP Services, LLC | 10/22/2009 | 6/01/2009-8/31/2009 | 21,884,798.48 | 1,171,226.60 |
|  | 01/16/2010 | 9/01/2009-11/30/2009 | 11,863,361.58 | 825,743.93 |
| **TOTAL QUARTERLY REPORTS:** | | | **$33,748,160.06** | **$1,996,970.53** |
| **GRAND TOTAL:** | | | **$99,139,863.72** | **$3,860,832.96** |

No Fee Application on File as of April 8, 2010

| Law Firm/Professional | Law Firm/Professional |
|---|---|
| Deloitte Tax LLP | Legal Analysis Systems, Inc. |
| Epiq Bankruptcy Solutions, LLC | Stuart Maue |
| Godfrey & Kahn, S.C. | Togut, Segal & Segal LLP |
| Great American Group Advisory & Valuation Services |  |
| Hilco Industrial, LLC and Maynards Industries, Inc. |  |

---

[1] Total pages of all fee applications and quarterly reports: 7,773
[2] Professional's second interim fee application. The Fee Examiner's report to the Court on April 29, 2010 will be limited to the first interim and final fee applications on file (excluding Plante & Moran, PLLC's first interim fee application filed March 17, 2010.)