**EXHIBIT C**

MOTORS LIQUIDATION COMPANY, *et al.*
Case No. 09-50026 (REG)

Professional Fees Paid as Reported in the Debtors' Monthly Operating Reports
(Rounded to Nearest Thousand)

| Professional | July 10, 2009 thru August 31, 2009 | Sept. 1, 2009 thru Sept. 30, 2009 | Oct. 1, 2009 thru Oct. 31, 2009 | Nov. 1, 2009 thru Nov. 30, 2009 | Dec. 1, 2009 thru Dec. 31, 2009 | Jan. 1, 2010 thru Jan. 31, 2010 | TOTAL Amount Paid |
|---|---|---|---|---|---|---|---|
| AP Services LLC | $18,818,000 | $6,489,000 | $4,116,000 | $0 | $8,455,000 | $0 | **$37,878,000** |
| Baker & McKenzie | 0 | 0 | 963,000 | 0 | 23,000 | 0 | **$986,000** |
| Brownfield Partners, LLC | 0 | 59,000 | 79,000 | 48,000 | 78,000 | 0 | **$264,000** |
| Butzel Long, PC | 0 | 0 | 0 | 212,000 | 35,000 | 0 | **$247,000** |
| Chapell & Associates | 0 | 57,000 | 0 | 0 | 0 | 0 | **$57,000** |
| Cravath, Swaine & Moore, LLP* | 0 | 0 | 280,000 | 0 | 0 | 0 | **$280,000** |
| Evercore Group, LLC | 0 | 0 | 11,167,000 | 526,000 | 0 | 0 | **$11,693,000** |
| FTI Consulting, Inc. | 0 | 2,397,000 | 613,000 | 613,000 | 456,000 | 403,000 | **$4,482,000** |
| Garden City Group | 0 | 1,065,000 | 0 | 1,051,000 | 1,224,000 | 1,339,000 | **$4,679,000** |
| Honigman Miller, LLP | 0 | 1,807,000 | 0 | 0 | 0 | 0 | **$1,807,000** |
| Jenner & Block, LLP | 0 | 4,056,000 | 0 | 174,000 | 9,000 | 0 | **$4,239,000** |
| Jones Day | 0 | 0 | 369,000 | 0 | 4,000 | 0 | **$373,000** |
| Kramer, Levin, Naftalis & Frankel, LLP | 0 | 3,144,000 | 260,000 | 365,000 | 677,000 | 0 | **$4,446,000** |
| LFR, Inc. | 0 | 136,000 | 121,000 | 245,000 | 257,000 | 0 | **$759,000** |
| Lowe, Fell & Skogg | 0 | 229,000 | 0 | 0 | 0 | 0 | **$229,000** |
| The Claro Group, LLC | 0 | 130,000 | 13,000 | 9,000 | 0 | 0 | **$152,000** |
| Weil Gotshal & Manges, LLP | 0 | 11,866,000 | 1,564,000 | 1,527,000 | 0 | 1,600,000 | **$16,557,000** |
| **TOTAL:** | **$18,818,000** | **$31,435,000** | **$19,545,000** | **$4,770,000** | **$11,218,000** | **$3,342,000** | **$89,128,000** |

* Pursuant to a court order, Cravath, Swaine & Moore, LLP's professional fees were offset against its retainer during the period.