UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                             :
                                                                  :      Chapter 11
MOTORS LIQUIDATION COMPANY, *et al.*,     :
    f/k/a General Motors Corp., *et al.*              :      Case No. 09-50026 (REG)
                                                                  :
    Debtors.                                               :      (Jointly Administered)
                                                                  :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                            ) ss
COUNTY OF SUFFOLK )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On April 6, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Counsel for Hollis Campbell):

- Stipulation and Agreed Order between Debtors and Hollis Campbell Providing for Limited Modification of the Automatic Stay [Docket No. 5433].

Dated:  April 7, 2010                                    /s/ Alison Moodie
        Melville, New York                              Alison Moodie


Sworn to before me this 7th day of April, 2010.

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| LINDELL & FARSON P.A.<br>JAMES FARSON, ESQ.<br>12276 SAN JOSE BLVD, SUITE 126<br>JACKSONVILLE FL 32223-8630 | TEITELBAUM & BASKIN, LLP<br>ATTN: RON BASKIN, ESQ.<br>3 BARKER AVENUE<br>THIRD FLOOR<br>WHITE PLAINS NY 10601 |