UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY | ) | Case No. 09-50026 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert E. Gerber |

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

**ORDERED,** that Todd E. Phillips, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: *April 9, 2010*
    New York, New York

    */s/ Robert E. Gerber*
    UNITED STATES BANKRUPTCY JUDGE