CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Andrew Brozman, Esq.
Sarah Campbell, Esq.

*Attorneys for The Royal Bank of Scotland plc,*
*ABN AMRO Bank N.V. and RBS Citizens N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that the law firm of Clifford Chance US LLP, as counsel for The Royal Bank of Scotland plc, ABN AMRO Bank N.V. and RBS Citizens N.A., hereby withdraws its Notice of Appearance and Request for Service of Papers, filed on June 1, 2009 (Docket No. 66) and requests to be removed from the Court's mailing matrix and service list for the above-captioned matter.

Dated: New York, NY
April 9, 2010

**CLIFFORD CHANCE US LLP**
By: /s/ Andrew Brozman
Andrew Brozman, Esq.
Sarah Campbell, Esq.
31 W. 52nd Street
New York, New York 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375

*Attorneys for The Royal Bank of Scotland plc,*
*ABN AMRO Bank N.V. and RBS Citizens N.A.*