CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Andrew Brozman, Esq.
Sarah Campbell, Esq.

*Attorneys for The Royal Bank of Scotland plc,
ABN AMRO Bank N.V. and RBS Citizens N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF CLAIM No. 66026**

1. On June 1, 2009 Motors Liquidation Company (f/k/a General Motors Corporation) ("Motors") and certain of its subsidiaries and affiliated (collectively with Motors, the "Debtors") commenced voluntary cases under chapter 11 of the Bankruptcy Code. The court ordered November 30, 2009 as the deadline to file proofs of claim against the Debtors (the "Bar Date").

2. ICX Corporation (the "Claimant") timely submitted a proof of claim [Claim No. 66026] (the "Claim") against Motors Liquidation Company (f/k/a General Motors Corp.), a debtor in these chapter 11 cases. A copy of the file stamped Claim cover page is annexed as Exhibit A.

3. Claimant, by its undersigned counsel, hereby withdraws the Claim without prejudice.

Dated: New York, NY
April 9, 2010

**CLIFFORD CHANCE US LLP**
By: /s/ Andrew Brozman
Andrew Brozman, Esq.
Sarah Campbell, Esq.
31 W. 52nd Street
New York, New York 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375

*Attorneys for The Royal Bank of Scotland plc,*
*ABN AMRO Bank N.V. and RBS Citizens N.A.*