# EXHIBIT A



| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor** (Check Only One)  |  Case No

☒ Motors Liquidation Company (f/k/a General Motors Corporation)  —  09-50026 (REG)
☐ MLCS LLC (f/k/a Saturn LLC)  —  09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)  —  09-50028 (REG)
☐ MLC of Harlem Inc (f/k/a Chevrolet Saturn of Harlem Inc)  —  09-13558 (REG)

**Your Claim is Scheduled As Follows**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (See Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): ICX Corporation

**Name and address where notices should be sent:**
RBS Citizens N A
Global Restructuring Group    (see attached for additional notice parties)
53 State Street, 9th Floor
Boston, MA 02109
Attention   Gavin A Taylor
Telephone number   (617) 994-7362
Email Address   Gavin.A.Taylor@CITIZENSBANK.com

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number _____ (If known)

Filed on _____

**Name and address where payment should be sent (if different from above):**

FILED - 66026
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

Stamp: THE GARDEN CITY GROUP, INC — NOV 30 2009

If an amount is identified above you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor you do not need to file this proof of claim form EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED UNLIQUIDATED or CONTINGENT a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions you need not file again

1. **Amount of Claim as of Date Case Filed June 1 2009**    $ See Attached

If all or part of your claim is secured complete item 4 below however if all of your claim is unsecured do not complete item 4. If all or part of your claim is entitled to priority complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9) complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges

2. **Basis for Claim**   Lease Transactions
(See instruction #2 on reverse side)

3. **Last four digits of any number by which creditor identifies debtor** _____
   3a. Debtor may have scheduled account as _____
   (See instruction #3 on reverse side)

4. **Secured Claim** (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff   ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☐ Other
Describe

Value of Property $_____    Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim if any $_____
Basis for perfection _____
Amount of Secured Claim $_____     Amount Unsecured $_____

6. **Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7. **Documents** Attach redacted copies of any documents that support the claim such as promissory notes purchase orders invoices itemized statements of running accounts contracts judgments mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side)

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available please explain in an attachment

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories check the box and state the amount**

Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier – 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase lease or rental of property or services for personal family or household use – 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8)
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case 11 U.S.C. § 503(b)(9) & 507(a)(2)
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__)

Amount entitled to priority
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date  11/23/09   Signature The person filing this claim must sign it. Sign and print name and title if any of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney if any   [signature]

FOR COURT USE ONLY

Stamp: 2009 NOV 24 P 3: [?]  U.S. BANKRUPTCY COURT  FILED

Penalty for presenting fraudulent claim   Fine of up to $500,000 or imprisonment for up to 5 years or both   18 U.S.C. §§ 152 and 3571
Modified B10 (GCG) (12/08)

11-30-09A11:13 RCVD