CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019-6131
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Andrew Brozman, Esq.
Sarah Campbell, Esq.

*Attorneys for The Royal Bank of Scotland plc,
ABN AMRO Bank N.V. and RBS Citizens N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Damien A. Morris, Senior Assistant Managing Clerk, do hereby certify, that on April 9, 2010, I caused a true and correct copy of the foregoing 1) Notice of With Withdrawal of Appearance and Request for Removal from Service of Papers and 2) Notice of Withdrawal of Claim No. 66026 to be filed electronically with the court and served (i) electronically through the Court's ECF System on all parties requesting electronic service and (ii) on the parties listed below via regular mail:

Motors Liquidating Corporation
300 Renaissance Center
Detroit, MI 45265
**Debtor**

Stephen Karotkin
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**Attorney for Debtor**

Office of the U.S. Trustee
33 Whitehall St.
21st Floor
New York, NY 10004
**Trustee**

General Motors/Motors Liquidation Co.
C/O The Garden City Group, Inc.
PO Box 9386
Dublin, OH 43017
**Claims Agent**

Dated:  April 9, 2010    CLIFFORD CHANCE US LLP
       New York, New York

                                            By: /s/ Damien A. Morris
                                               Damien A. Morris
                                               Clifford Chance US LLP
                                               31 West 52nd Street
                                               New York, New York 10019
                                               (212) 878-8000