UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| In re | : | |
| | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | |
| f/k/a General Motors Corp., *et al.* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Danielle Zahaba, being duly sworn, depose and state:

1.  I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.

Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.  On April 8, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (representatives for Asbestos Personal Injury claimants):

- Order Pursuant to Sections 105 and 1109 of the Bankruptcy Code Appointing Dean M. Trafelet as Legal Representative for Future Asbestos Personal Injury Claimants [Docket No. 5459].

Signed in Seattle, Washington this                /s/ Danielle Zahaba
9th day of April, 2010.                           DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 9th day of April, 2010.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| DEAN M. TRAFELET | STUTZMAN BROMBERG ESSERMAN & PLIFKA P C |
| LEGAL REPRESENTATIVE ASBESTOS PERSONAL INJURY CLAIMANTS | ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS |
| 50 WEST SCHILLER | ATTN SANDER ESSERMAN PETER D'APICE JO HARTWICK JACOB NEWTON |
| CHICAGO IL 60610 | 2323 BRYAN STREET SUITE 2200 |
| | DALLAS TX 75201 |