**File a Claim action:**

09-50027-reg MLCS, LLC

## U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Richard G. Smolev entered on 4/9/2010 at 4:10 PM and filed on 4/9/2010
**Case Name:**   MLCS, LLC
**Case Number:**   09-50027-reg
**Document Number:** 5

**Docket Text:**
Withdrawal of Claim(s): */Notice Of Withdrawal Of Proofs Of Claim Nos. 50601, 50602 Filed By HNB Investment Corp.,* filed by Richard G. Smolev on behalf of Phillip Morris Capital Corporation.(Smolev, Richard)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\admetus\PDF Files\General Motors Corp\Court Stamped POCs\Notice of Withdrawal of Claims 50601 and 50602 against MLCS LLC.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=4/9/2010] [FileNumber=7506162-0] [
5ccd28b9164c42f7f9f1f162d905fe651fad45126395d47673770369b999523cd7bbc5
466d2c841eaacc3cc3ef20d1f0f84778e9af116cf29e42a1984ed63168]]

**09-50027-reg Notice will be electronically mailed to:**

Stephen Karotkin on behalf of Debtor MLCS, LLC
theodore.tsekerides@weil.com;Shai.Waisman@weil.com;michele.meises@weil.com;ilusion.rodriguez@weil.com;nathan.pierce@weil.com;pablo.falabella@weil.com;Russell

Richard G. Smolev on behalf of Interested Party Phillip Morris Capital Corporation
rsmolev@kayescholer.com, maosbny@kayescholer.com;rcappiello@kayescholer.com

**09-50027-reg Notice will not be electronically mailed to:**

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004