| Counterparty Name | Contract Name | Contract Description | Start Date | End Date | Contract Type |
|---|---|---|---|---|---|
| National Union Fire Insurance Company & its affiliates including, but not limited to: American Home Assurance Company, The Insurance Company of the State of Pennsylvania, Commerce and Industry Insurance Company, AIU Insurance Company, AIG Casualty Company | Payment (Indemnity) Agreement | Indemnity Agreement, Indemnity Trust Agreement & Addendum #1, #1A, #2,#3 | 9/1/1993 | 9/1/1994 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Policy & Funding Schedule | Indemnity Agreement | 9/1/1993 | 9/1/1994 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Policy & Funding Schedule & Addendum | Indemnity Agreement | 9/1/1994 | 9/1/1995 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Policy & Funding Schedule & Addendum | Indemnity Agreement | 9/1/1995 | 9/1/1996 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Policy & Funding Schedule | Indemnity Agreement | 9/1/1996 | 9/1/1997 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Policy & Funding Schedule | Indemnity Agreement | 9/1/1997 | 9/1/1998 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Policy & Funding Schedule | Indemnity Agreement & Addendum #1 &#2 | 9/1/1998 | 9/1/1999 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Policy & Funding Schedule | Indemnity Agreement | 9/1/1999 | 9/1/2000 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Policy & Funding Schedule | Indemnity Agreement | 9/1/2000 | 9/1/2001 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Policy & Funding Schedule | Indemnity Agreement & Addendum #1 to Policy & Funding Schedule | 9/1/2001 | 9/1/2002 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Policy & Funding Schedule | Indemnity Agreement & Addendum | 9/1/2002 | 9/1/2003 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Policy & Funding Schedule | Indemnity Agreement | 9/1/2003 | 9/1/2004 | Indemnity Agreement |

| Counterparty Name | Contract Name | Contract Description | Start Date | End Date | Contract Type |
|---|---|---|---|---|---|
| National Union Fire Insurance Company & its affiliates | Policy & Funding Schedule | Indemnity Agreement & Addendum | 9/1/2004 | 9/1/2005 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Payment Agreement, Direct Payment Of Fees and Losses Addendum to Payment Agreement, Schedule of Policies and Payments & Addendum, 2004 Addendum to Payment Agreement | Paid Loss Payments Plan | 9/1/2005 | 9/1/2006 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Schedules of Polices and Payments | Paid Loss Payments Plan & 06 Addendum to payment agreement, direct payment of fees and losses addendum to payment agreement | 9/1/2006 | 9/1/2007 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Schedules of Polices and Payments | Paid Loss Payment Plan | 9/1/2007 | 9/1/08 | Indemnity Agreement |
| National Union Fire Insurance Company & its affiliates | Schedules of Polices and Payments, Addendum #1 to Direct Payment of Fees and Losses effective 9/1/07 | Paid Loss Payment Plan | 9/1/2008 | 9/1/09 | Indemnity Agreement |