Norman D. Orr, Esq. (admitted *pro hac vice*)
Gloria M. Chon, Esq. (admitted *pro hac vice*)
Kemp Klein Law Firm
201 W. Big Beaver Rd., Ste. 600
Troy, MI 48084
Phone:  (248) 740-5693
Fax:  (248) 528-5129
norman.orr@kkue.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| In Re: | ) | Chapter 11 |
|  | ) | Case No. 09-50026 (REG) |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | ) |  |
| **f/k/a General Motors Corp.,** *et al.* | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM ECF SERVICE LIST**

PLEASE TAKE NOTICE that Kemp Klein Law Firm hereby withdraws its appearance as counsel to Custom Automotive Services, Inc. ("CAS") in the above-referenced case and that this withdrawal applies to Kemp Klein Law Firm as well as each of the attorneys listed below as counsel to CAS.

PLEASE TAKE FURTHER NOTICE Kemp Klein Law Firm requests to be removed from the electronic filing in reference to this case.

E-mail addresses to be removed:    norman.orr@kkue.com, and
gloria.chon@kkue.com, both effective immediately.

Dated:  April 12, 2010

**KEMP KLEIN LAW FIRM**

By:    */s/ Norman D. Orr*
Norman D. Orr (admitted *pro hac vice*)
Gloria M. Chon (admitted *pro hac vice*)
201 W. Big Beaver Rd., Ste. 600
Troy, MI 48084
norman.orr@kkue.com
#659512    (248) 740-5693