UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re:                                              :         Chapter 11
                                                    :
                                                    :         Case No. 09-50026

Motors Liquidation Company, et al,                  :
                                                    :
                            Debtors.                :
------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On the 12th day of April, 2010, I caused to be served a copy of the following documents: (a) Transfer of Claim Other than for Security Docket No. 5455 and (b) Form 210B Notice upon the parties listed on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                                  /s/ Chanpreet Kondal
                                                                  Chanpreet Kondal

Sworn to before me this 12th day of
April, 2010

/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Queens County
Commission Expires August 8, 2010

# EXHIBIT A

**Transferor**
General Foods Credit Investors No. 2 Corporation
c/o Philip Morris Capital Corporation
225 High Ridge Road
Suite 300 West
Stamford, CT 06905
Attention: Alex Russo, Vice President

**Transferee**
Goldman Sachs Lending Partners LLC
200 West Street
New York, NY 10282

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** Motors Liquidation Company, et al, | **Case No. 09-50026** |
| | **Docket No. 5455** |

_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A Claim has been filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the transferor. As evidence of the transfer of that claim, the transferor filed a Transfer of Claim Other than for Security in the clerk's office of this court on April 7, 2010.

| Alleged Transferor: | Transferee: |
|---|---|
| General Foods Credit Investors No.2 Corporation | Goldman Sachs Lending Partners LLC |
| c/o Philip Morris Capital Corporation | 200 West Street |
| 225 High Ridge Road | New York, NY 10282 |
| Suite 300 West | |
| Stamford, CT 06905 | |

| | |
|---|---|
| Claim No.: 7021 | [Full] Transfer:  X |
| Date Claim Filed: | Transfer Amount:  $22,400,000.00 |

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed within twenty one (21) days of the mailing of this Notice with:

> United States Bankruptcy Court
> Southern District of New York
> One Bowling green
> New York, NY 10004-1408

If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/12/2010

/s/ The Garden City Group, Inc.
By:  The Garden City Group, Inc.
    as claims agent for the debtor(s)

_____

If you have any questions regarding this notice, you may contact The Garden City Group, Inc. at telephone: 631-470-6894.

_____

FOR CLAIMS AGENT USE ONLY:
This notice was mailed to the transferor and transferee named above by first class mail, postage prepaid on 4/12/10.