UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                             :        Chapter 11
                                                   :
                                                   :        Case No. 09-50026
                                                   :
Motors Liquidation Company, et al,                 :
                                                   :
                            Debtors.               :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On the 12th day of April, 2010, I caused to be served a copy of the following documents: (a) Transfer of Claim Other than for Security Docket No. 5456 and (b) Form 210B Notice upon the parties listed on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Chanpreet Kondal_
    Chanpreet Kondal

Sworn to before me this 12th day of
April, 2010

/s/ Nancy Formica_____
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Queens County
Commission Expires August 8, 2010

# EXHIBIT A

**Transferor**
General Foods Credit Investors No. 2 Corporation
c/o Philip Morris Capital Corporation
225 High Ridge Road
Suite 300 West
Stamford, CT 06905
Attention: Alex Russo, Vice President

**Transferee**
Goldman Sachs Lending Partners LLC
200 West Street
New York, NY 10282

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

**In re:** Motors Liquidation Company, et al,                     **Case No. 09-50026**
                                                                                        **Docket No. 5456**
_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A Claim has been filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the transferor. As evidence of the transfer of that claim, the transferor filed a Transfer of Claim Other than for Security in the clerk's office of this court on April 7, 2010.

| Alleged Transferor: | Transferee: |
|---|---|
| General Foods Credit Investors No.2 Corporation<br>c/o Philip Morris Capital Corporation<br>225 High Ridge Road<br>Suite 300 West<br>Stamford, CT 06905 | Goldman Sachs Lending Partners LLC<br>200 West Street<br>New York, NY 10282 |

Claim No.: 70212                                             [Full] Transfer:   X

Date Claim Filed:                                            Transfer Amount:   1,600,00.00

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The alleged transferor of the claim is hereby notified that objections must be filed within twenty one (21) days of the mailing of this Notice with:

> United States Bankruptcy Court
> Southern District of New York
> One Bowling green
> New York, NY 10004-1408

If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/12/2010

                                                                /s/ The Garden City Group, Inc._____
                                                                By:  The Garden City Group, Inc.
                                                                        as claims agent for the debtor(s)

If you have any questions regarding this notice, you may contact The Garden City Group, Inc. at telephone: 631-470-6894.

_____

FOR CLAIMS AGENT USE ONLY:
This notice was mailed to the transferor and transferee named above by first class mail, postage prepaid on 4/12/10.