Robert B. Weiss
Joseph R. Sgroi
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue, 2290 First National Building
Detroit, MI  48226
Telephone: (313) 465-7570
Facsimile: (313) 465-7571

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| **In Re** | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY** (f/k/a General Motors Corp.), et al., | : | Case No. 09-50026 (REG) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Hon. Robert E. Gerber |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Adjournment of Hearing on General Motors LLC's Motion (I) For Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief From the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation Dated August 14, 2009, was served this 13th day of April 2010 by the clerk's ECF notification via email and to the parties on the attached Matrix, via first-class U.S. mail.

                                HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                Counsel for General Motors LLC

Dated: April 13, 2010           By:  /s/ Joseph R. Sgroi
                                    Robert B. Weiss (Michigan Bar No. P28249)
                                    Joseph R. Sgroi (Michigan Bar No. P68666)
                                2290 First National Building
                                660 Woodward Avenue
                                Detroit, MI  48226
                                Telephone:  (313) 465-7570
                                Facsimile:  (313) 465-7571
                                Email:  jsgroi@honigman.com

DETROIT.4136291.1