Richard M. Cieri
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Ray C. Schrock (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:     (312) 861-2000
Facsimile:      (312) 861-2200

Mark E. McKane (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500

*Counsel to the Creditor*
*New United Motor Manufacturing, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**MOTORS LIQUIDATION COMPANY,** *et al.***,**<br>         **f/k/a General Motors Corp.,** *et al.*<br><br>                    **Debtors.** | **Chapter 11**<br><br>**Case No. 09-50026 (REG)**<br>**(Jointly Administered)** |

**NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF**
**OF NEW UNITED MOTOR MANUFACTURING, INC.**

PLEASE TAKE NOTICE THAT Richard M. Cieri, Ray C. Shrock and Mark E. McKane

of the law firm of Kirkland & Ellis LLP shall be substituted in place of Benjamin P. Deutsch and

Ralph G. Wellington of the firm of Schnader Harrison Segal & Lewis LLP to represent New

United Motor Manufacturing, Inc. ("NUMMI"), the Creditor, in the above-referenced cases.  All

future pleadings and other papers should be served upon Richard M. Cieri, Ray C. Shrock and Mark E. McKane at the addresses indicated below.

Respectfully submitted this 13th day of April, 2010

By_____/s/ Richard M. Cieri_____     By_____/s/ Benjamin P. Deutsch_____

| | |
|---|---|
| Richard M. Cieri | Benjamin P. Deutsch |
| KIRKLAND & ELLIS LLP | Ralph G. Wellington |
| 601 Lexington Avenue | Schnader Harrison Segal & Lewis LLP |
| New York, NY 10022-4611 | 140 Broadway, Suite 3100 |
| Telephone: (212) 446-4800 | New York, New York |
| Facsimile: (212) 446-4900 | Telephone: (212) 973-8798 |
| Email: richard.cieri@kirkland.com | Fax: (212) 972-8798 |

Ray C. Schrock (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:     (312) 861-2000
Facsimile:      (312) 861-2200
Email: ray.schrock@kirkland.com

Mark E. McKane (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500
Email: mark.mckane@kirkland.com