Richard M. Cieri
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Ray C. Schrock (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

Mark E. McKane (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

*Counsel to the Creditor*
*New United Motor Manufacturing, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**MOTORS LIQUIDATION COMPANY,** *et al.***,**<br>     **f/k/a General Motors Corp.,** *et al.*<br><br>                    **Debtors.** | **Chapter 11**<br><br>**Case No. 09-50026 (REG)**<br>**(Jointly Administered)** |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Ray C. Schrock, a member in good standing of the bar of the State of Illinois, request

admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent New United Motor

Manufacturing, Inc. ("NUMMI"), the Creditor, in the above-referenced cases.

My address is Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654; my e-

mail address is ray.schrock@kirkland.com; my telephone number is (312) 862-2413.

I agree to pay the fee of $25 upon entry of an order admitting me to practice pro hac vice.

New York, New York
Dated:  April 13, 2010

Respectfully submitted,

*/s/  Ray C. Schrock*

Ray C. Schrock
Partner, Kirkland & Ellis LLP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:**<br><br>**MOTORS LIQUIDATION COMPANY,** *et al.*,<br>　　　**f/k/a General Motors Corp.,** *et al.*<br><br>　　　　　　**Debtors.** | **Chapter 11**<br><br>**Case No. 09-50026 (REG)**<br>**(Jointly Administered)** |

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF RAY C. SCHROCK**

Upon the motion of Ray C. Schrock dated April 12, 2010, for admission *pro hac vice*, in this bankruptcy proceeding; it is hereby

**ORDERED**, that Ray C. Schrock is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2010
　　　New York, New York

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE