Richard M. Cieri
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Ray C. Schrock (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:     (312) 861-2000
Facsimile:      (312) 861-2200

Mark E. McKane (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500

*Counsel to the Creditor*
*New United Motor Manufacturing, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**MOTORS LIQUIDATION COMPANY,** *et al.*,<br>         f/k/a General Motors Corp., *et al.*<br><br>                    **Debtors.** | **Chapter 11**<br><br>**Case No. 09-50026 (REG)**<br>**(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mark E. McKane, a member in good standing of the bar of the State of Illinois, the bar of the State of California and the bar of the District of Columbia, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent New United Motor Manufacturing, Inc. ("NUMMI"), the Creditor, in the above-referenced cases.

My address is Kirkland & Ellis LLP, 555 California Street, San Francisco, CA 94104-1501; my e-mail address is mmckane@kirkland.com; my telephone number is (415) 439-1400.

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

San Francisco, California  
Dated:  April 13, 2010

Respectfully submitted,

*/s/  Mark E. McKane*  
Mark E. McKane  
Partner, Kirkland & Ellis LLP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**MOTORS LIQUIDATION COMPANY,** *et al.*,<br>   f/k/a General Motors Corp., *et al.*<br><br>**Debtors.** | Chapter 11<br><br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MARK E. McKANE

Upon the motion of Mark E. McKane dated April 12, 2010, for admission *pro hac vice*, in this bankruptcy proceeding; it is hereby

**ORDERED**, that Mark E. McKane is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: _____, 2010
        New York, New York

                                                _____
                                                UNITED STATES BANKRUPTCY JUDGE