UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss
COUNTY OF SUFFOLK   )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On April 12, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on Deloitte Tax LLP, Attn: Roland Young, 1633 Broadway, 37th Floor, New York, NY 10019:

    - Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b)(1) Authorizing the Employment of Deloitte Tax LLP to Provide Certain Tax Advisory Services *Nunc Pro Tunc* to January 1, 2010 [Docket No. 5477].

Dated: April 14, 2010                         /s/ Kimberly Gargan
       Melville, New York                     Kimberly Gargan

Sworn to before me this 14th day of April, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012