## ANNEX 1

### TO TWELFTH OMNIBUS ORDER PURSUANT TO
### 11 U.S.C. § 365 OF THE BANKRUPTCY CODE
### TO REJECT CERTAIN EXECUTORY CONTRACTS

| | Contract Counterparty | Counterparty Address | Contract Description | Contract Date | Rejection Date |
|---|---|---|---|---|---|
| 1 | CIT Leasing | Atel Equipment Corp<br>Attn: Russell H. Wilder, CLP<br>600 California Street<br>6th Floor<br>San Francisco, CA 94108 | Mobile Equipment Lease No. 462 | 11/1/2001 | 3/31/2010 |
| 2 | First American Capital | Wells Fargo Equipment Finance Inc.<br>C/O C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI 48381 | Mobile Equipment Lease No. 1368 | 9/1/1999 | 3/31/2010 |
| 3 | CIT Leasing | Atel Equipment Corp<br>Attn: Russell H. Wilder, CLP<br>600 California Street<br>6th Floor<br>San Francisco, CA 94108 | Mobile Equipment Lease No. 455 | 1/1/2001 | 3/31/2010 |
| 4 | First American Capital | Republic Financial<br>C/O C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI 48381 | Mobile Equipment Lease No. 1529 | 2/1/2000 | 3/31/2010 |
| 5 | First American Capital | ATSI<br>C/O C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI 48381 | Mobile Equipment Lease No. 7 | 3/1/2000 | 3/31/2010 |
| 6 | First American Capital | Wells Fargo Equipment Finance Inc.<br>C/O C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI 48381 | Mobile Equipment Lease No. 1615 | 4/1/2000 | 3/31/2010 |
| 7 | First American Capital | Wells Fargo Equipment Finance Inc.<br>C/O C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI 48381 | Mobile Equipment Lease No. 88 | 5/1/1997 | 3/31/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 8 | C4 Capital Corporation | C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI  48381 | Mobile Equipment Lease No. 2382 | 5/1/2001 | 3/31/2010 |
| 9 | CIT Leasing | Atel Equipment Corp<br>Attn: Russell H. Wilder, CLP<br>600 California Street<br>6th Floor<br>San Francisco, CA  94108 | Mobile Equipment Lease No. 223 | 11/1/2001 | 3/31/2010 |
| 10 | First American Capital | Wells Fargo Equipment Finance Inc.<br>C/O C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI  48381 | Mobile Equipment Lease No. 1645 | 5/1/2000 | 3/31/2010 |
| 11 | First American Capital | Wells Fargo Equipment Finance Inc.<br>C/O C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI  48381 | Mobile Equipment Lease No. 1643 | 5/1/2000 | 3/31/2010 |
| 12 | CIT Leasing | Atel Equipment Corp<br>Attn: Russell H. Wilder, CLP<br>California Street<br>6th Floor<br>San Francisco, CA  94108 | Mobile Equipment Lease No. 459 | 1/1/2002 | 3/31/2010 |
| 13 | First American Capital | Wells Fargo Equipment Finance Inc.<br>C/O C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI  48381 | Mobile Equipment Lease No. 1551 | 4/1/2000 | 3/31/2010 |
| 14 | First American Capital | ATSI<br>C/O C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI  48381 | Mobile Equipment Lease No. 413 | 4/1/2006 | 3/31/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | First American Capital | Republic Financial<br>C/O C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI  48381 | Mobile Equipment Lease No. 1284 | 7/1/1999 | 3/31/2010 |
| 16 | First American Capital | Wells Fargo Equipment Finance Inc.<br>C/O C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI  48381 | Mobile Equipment Lease No. 347 | 2/1/1997 | 3/31/2010 |
| 17 | First American Capital | Republic Financial<br>C/O C4 Capital<br>Attn: Patrick M. Curran<br>2557 Our Land Acres<br>Milford, MI  48381 | Mobile Equipment Lease No. 1531 | 2/1/2000 | 3/31/2010 |
| 18 | C4 Capital | GE Mellon<br>Attn: Christopher Smyth<br>10 Riverview Drive<br>Danbury, CT  06810 | Mobile Equipment Lease No. 1252 | 7/1/1999 | 3/31/2010 |
| 19 | Wells Fargo | Wells Fargo Equipment Finance Inc.,<br>C/O C4 Capital,<br>2557 Our Land Acres<br>Milford, MI  48381<br>Patrick M. Curran<br>248-514-3714<br>patmcurran@c4capital.com | Mobile Equipment Lease No. 25 | 12/1/1995 | 3/31/2010 |
| 20 | First American Capital | GE Mellon<br>Attn: Christopher Smyth<br>10 Riverview Drive<br>Danbury, CT  06810 | Mobile Equipment Lease No. 1520 | 1/1/2006 | 3/31/2010 |

| 21 | Niject Services Company | Niject Services Company<br>Attn: Legal Department<br>1 West 3rd Street, Suite 1005<br>Tulsa, OK 74103-3500<br><br>Ingersoll Rand Industrial Technologies<br>Matthew Piedmonte, Engineered Product Services Manager<br>800-B Beaty Street<br>Davidson, NC  28036 USA | Compressed Air Supply Agreement | 4/15/2000 | 2/26/2010 |