IN THE UNITED STATE BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Motors Liquidation Company | ) | Case No.  09-50026-reg |
| | ) | |
| Debtors | ) | |

WITHDRAWAL OF CLAIM NO. 85

FILED BY THE STATE OF WASHINGTON, DEPARTMENT OF REVENUE

Pursuant to Federal Rule of Bankruptcy Procedure 3006, the State of Washington,

Department of Revenue hereby withdraws Claim No. 85 filed on 11/19/2009.

Respectfully submitted,

State of Washington
Department of Revenue


By:  /s/ Doug Houghton
Its:  Revenue Agent 3
Tel:  (206) 727-5338
Fax: (206) 727-5319