**NEW HEARING DATE AND TIME: May 27, 2010 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: May 20, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                   :    **09-50026 (REG)**
       f/k/a General Motors Corp., *et al.*                 :
                                                            :
                               Debtors.                     :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF PLAINTIFFS IN THE ACTION ENTITLED FRIEDMAN V. GENERAL MOTORS CORP. FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE THAT

The hearing on the Motion of Plaintiffs in the Action entitled Friedman v. General Motors Corp., 08 civ 2458 (SAS) for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) [Docket No. 2759] (the "**Motion**"), which was originally scheduled to occur before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on April 29, 2010 at 9:45 a.m. (Eastern Time), has been adjourned to **May 27, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**"). The new objection deadline shall be **May**

**20, 2010 at 4:00 p.m. (Eastern Time)**. The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
　　　　April 14, 2010

　　　　　　　　　　　　　　　　　　　　　/s/ David Berz
　　　　　　　　　　　　　　　　　　　　　Harvey R. Miller
　　　　　　　　　　　　　　　　　　　　　Stephen Karotkin
　　　　　　　　　　　　　　　　　　　　　Joseph H. Smolinsky
　　　　　　　　　　　　　　　　　　　　　David R. Berz

　　　　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 310-8007

　　　　　　　　　　　　　　　　　　　　　Attorneys for Debtors
　　　　　　　　　　　　　　　　　　　　　and Debtors in Possession