UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                          :        Chapter 11
                                                :
                                                :        Case No. 09-50026
                                                :
Motors Liquidation Company, et al.              :
                                                :
                           Debtors.             :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On the 16th day of April, 2010, I caused to be served a copy of the following documents: (a) Transfer of Claim Other than for Security Docket No. 5513 and (b) Form 210B Notice upon the parties listed on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Chanpreet Kondal
    Chanpreet Kondal

Sworn to before me this 16th day of
April, 2010

/s/ Nancy Formica_____
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Queens County
Commission Expires August 8, 2010

# EXHIBIT A

**Transferor**
Engine Control & Monitoring
P.O. Box 40
Los Altos, CA 94023

**Transferee**
Blue Heron Special Situations Fund (1)
c/o Blue Heron Micro Opportunities Fund, LLP
P.O. Box 14610
Surfside Beach, SC 29587
Att: Claims Processing Dept.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re:** Motors Liquidation Company, et al.     **Case No.** 09-50026
                                                   **Docket No.** 5513

___

### NOTICE OF TRANSFER OF CLAIM

A Claim has been filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the transferor. As evidence of the transfer of that claim, the transferor filed a Transfer of Claim Other than for Security in the clerk's office of this court on April 16, 2010.

Alleged Transferor:

Engine Control & Monitoring
P.O. Box 40
Los Altos, CA 94023

Transferee:

Blue Heron Special Situations Fund (1)
c/o Blue Heron Micro Opportunities Fund, LLP
P.O. Box 14610
Surfside Beach, SC 29587
Att: Claims Processing Dept.

Claim No.: 6080

Date Claim Filed: 10/8/2009

Full Transfer:   X

Transfer Amount:  3,000.00

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed within twenty one (21) days of the mailing of this Notice with:

> United States Bankruptcy Court
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/16/2010

/s/ The Garden City Group, Inc.
By:  The Garden City Group, Inc.
     as claims agent for the debtor(s)

If you have any questions regarding this notice, you may contact The Garden City Group, Inc. at telephone: 631-470-6894.

___

FOR CLAIMS AGENT USE ONLY:
This notice was mailed to the transferor and transferee named above by first class mail, postage prepaid on 4/16/10.