**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                              :
                                                                   :  **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.*,                          :
    f/k/a General Motors Corp., *et al.*        :  **09-50026 (REG)**
                                                                   :
        Debtors.            :  **(Jointly Administered)**
                                                                   :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                       ) ss
COUNTY OF SUFFOLK )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On April 15, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by First Class Mail on the parties identified on Exhibit A annexed hereto:

- Stipulation and Agreed Order Between The Debtors, General Motors LLC, and ACE American Insurance Company Pursuant to 11 U.S.C. § 365 Authorizing Debtors' Assumption and Assignment of Certain Insurance Policies and Agreements [Docket No. 5508].

Dated: April 16, 2010                        /s/ Alison Moodie
       Melville, New York              Alison Moodie

Sworn to before me this 16th day of April, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

ACE AMERICAN INS CO, ET AL
BRAZELON LESS & FELDMAN PC
ATTN JEFFREY A LESS ESQ AND HELEN HEIFETS ESQ
1515 MARKET ST SUITE 700
PHILADEPHIA PA 19102-1907

ACE AMERICAN INS CO, ET AL
C/O ACE AMERICAN INS CO
436 WALNUT STREET WA40K
PHILADELPHIA PA 19106

WASSERMAN GRUBIN & ROGERS, LLP
ATTY FOR ACE AMERICA INSURANCE COMPANY,ET AL
ATTN: ANDREW K. LIPETZ, ESQUIRE
1700 BROADWAY, 42ND FLOOR
NEW YORK NY 10019