UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                           :
                                                                :    Chapter 11 Case No.
**MOTORS LIQUIDATION COMPANY**, *et al*.,                       :
    f/k/a General Motors Corp., *et al*.    :    09-50026 (REG)
                                                                :
        Debtors.         :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxees Road, Melville, New York 11747.

2. On April 14, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (affected parties):

- Twelfth Omnibus Order Pursuant to 11 U.S.C. § 365 of the Bankruptcy Code to Reject Certain Executory Contracts [Docket No. 5496].

Dated: April 16, 2010                    /s/ Alison Moodie
      Melville, New York        Alison Moodie

Sworn to before me this 16th day of April, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ATEL EQUIPMENT CORP<br>ATT: RUSSELL H WILDER CLP<br>600 CALIFORNIA STREET 6TH FLOOR<br>SAN FRANCISCO CA 94108 | C4 CAPITAL CORPORATION<br>C4 CAPITAL<br>ATTN: PATRICK M. CURRAN<br>2557 OUR LAND ACRES<br>MILFORD MI 48381 |
| ELECTRO-MOTIVE DEISEL, INC.<br>GREENBRIAR EQUITY GROUP LLC<br>ATTN: JOHN DAILEADER<br>555 THEODORE FREMD AVENUE, SUITE A-201<br>RYE NY 10580 | FIRST AMERICAN CAPITAL<br>C/O C4 CAPITAL CORPORATION<br>ATTN PATRICK M CURRAN<br>2557 OUR LAND ACRES<br>MILFORD MI 48381 |
| GE MELLON<br>C4 CAPITAL<br>ATTN: CHRISTOPHER SMYTH<br>10 RIVERVIEW DRIVE<br>DANBURY CT 06810 | GE MELLON<br>FIRST AMERICAN CAPITAL<br>ATTN: CHRISTOPHER SMYTH<br>10 RIVERVIEW DRIVE<br>DANBURY CT 06810 |
| INGERSOLL RAND INDUSTRIAL TECHNOLOGIES<br>MATTHEW PIEDMONTE, ENGINEERED PRODUCT<br>SERVICES MANAGER<br>800 B BEATY STREET<br>DAVIDSON NC 28036 | NIJECT SERVICES COMPANY<br>ATTN: LEGAL DEPARTMENT<br>1 WEST 3RD STREET, SUITE 1005<br>TULSA OK 74103-3500 |
| REPUBLIC FINANCIAL<br>C/O C4 CAPITAL<br>ATT: PATRICK M CURRAN<br>2557 OUR LAND ACRES<br>MILFORD MI 48381 | WELLS FARGO EQUIPMENT FINANCE INC<br>C/O C4 CAPITAL<br>ATT: PATRICK M CURRAN<br>2557 OUR LAND ACRES<br>MILFORD MI 48381 |