**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                                                :
                                                                                       :    **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.*,       :
    f/k/a General Motors Corp., *et al.*              :    **09-50026 (REG)**
                                                                                       :
          Debtors.                  :    (Jointly Administered)
                                                                                       :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                         ) ss
COUNTY OF SUFFOLK   )

I, Alison Moodie, being duly sworn, depose and state:

1.   I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On April 15, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on Stutzman Bromberg Esserman & Plifka PC, Attn: Sander Esserman, Peter D'Apice, Jo Hartwick, Jacob Newton, 2323 Bryan Street, Suite 2200, Dallas, TX 75201:

- Order Granting Application of Dean M. Trafelet as Legal Representative for Future Asbestos Personal Injury Claimants to Retain and Employ Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation as His Counsel as of February 24, 2010 [Docket No. 5506].

Dated: April 16, 2010                              /s/ Alison Moodie
      Melville, New York                      Alison Moodie

Sworn to before me this 16th day of April, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012