UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                : 
                                                     : **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.*,            :
        f/k/a General Motors Corp., *et al.*         :  **09-50026 (REG)**
                                                     :
                Debtors.                             :  (Jointly Administered)
                                                     :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On April 15, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on John Mealer, 6333 Gardenia Lane, Show Low, AZ 85901:

- Endorsed Order Denying Motion of John Lewis Mealer for Administrative Claim [Docket No. 5507].

 Dated: April 16, 2010            /s/ Alison Moodie
        Melville, New York        Alison Moodie

Sworn to before me this 16th day of April, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012