Timothy F. Nixon
Eric J. Wilson (Admission *Pro Hac Vice*, Pending)

GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

Attorneys for Fee Examiner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY *et al.*,     f/k/a General Motors Corp. *et al.*, | Case No. 09-50026 (Jointly Administered) |
| Debtors. | Honorable Robert E. Gerber |

------------------------------------------------------- x

# APPLICATION FOR ADMISSION OF ERIC J. WILSON *PRO HAC VICE*

1.  I, Eric J. Wilson, a member in good standing of the bar of the State of Wisconsin, and the United States District Courts for the Eastern and Western Districts of Wisconsin, request permission, *pro hac vice*, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, to represent Brady C. Williamson, Fee Examiner, in the above-referenced proceeding.

2.  I am an attorney with the law firm of Godfrey & Kahn, S.C., in its Madison office, at One East Main Street, Suite 500, Madison, Wisconsin. My telephone number is: (608) 257-3911.

4863313_1

3. I am familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules of this Court.

4. I agree to pay the $25.00 fee upon my admission *pro hac vice*.

Dated: Madison, Wisconsin
April 16, 2010.

By:     /s/ *Eric J. Wilson*
         Eric J. Wilson (WI State Bar No. 1047241)

GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 287-3500
Facsimile: (414) 273-5198
E-mail: ewilson@gklaw.com

4863313_1

2