09-50026-mg    Doc 5528    Filed 04/20/10    Entered 04/20/10 14:23:43    Main Document
Pg 1 of 1

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Yazaki North America, Inc. |
| Claim Number (if known): | 195 |
| Date Claim Filed: | 6/18/2009 |
| Total Amount of Claim Filed: | $226,773.06 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4/20/2010

Print Name: Dawn R. Copley

Title (if applicable): Attorney and Agent for Yazaki North America, Inc.

US_ACTIVE:¥43219392¥02¥72240.0639