UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MOTORS LIQUIDATION COMPANY,                          Chapter 11
                                                      Case No. 09-50026-reg
                                        Debtor.       Jointly Administered

_____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2010, I electronically filed **a Withdrawal of Claim** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- David B. Aaronson     david.aaronson@dbr.com

- Letitia Accarrino     laccarrino@wilentz.com

- David G. Aelvoet     sanantonio.bankruptcy@publicans.com

- Anna Conlon Aguilar     aaguilar@conlonaguilar.com

- Martin Alaniz     martin.alaniz@gmail.com

- Derek P. Alexander     dalexand@debevoise.com

- Jonathan Bradley Alter     jonathan.alter@bingham.com

- Carla O. Andres     candres@gklaw.com

- Philip D. Anker     philip.anker@wilmerhale.com

- Gary L. Antoniewicz     gantoni@boardmanlawfirm.com

- Joel D. Applebaum     japplebaum@clarkhill.com

- W. David Arnold     darnold@rcolaw.com

- Thomas V. Askounis     taskounis@askounisdarcy.com

- Karin F. Avery     avery@silvermanmorris.com

- Douglas Bacon     douglas.bacon@lw.com

- Todd Murray Bailey     todd.bailey@ftb.ca.gov

- Marc M. Bakst     mbakst@bodmanllp.com

- David J. Baldwin     dbaldwin@potteranderson.com

- Elizabeth Banda    kwilliams@pbfcm.com
- John T. Banks    jbanks@pbfcm.com
- Salvatore A. Barbatano    sbarbatano@foley.com
- Leslie S. Barr    lbarr@windelsmarx.com
- William M. Barron    wbarron@sgrlaw.com
- Robert L. Barrows    rbarrows@wdblaw.com
- Robert N. Bassel    ecfbbassel@gmail.com
- Donald F. Baty    dbaty@honigman.com
- Leonora K. Baughman    ecf@kaalaw.com
- Matthew K. Beatman    mbeatman@zeislaw.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com
- Howard S. Beltzer    hbeltzer@morganlewis.com
- Walter Benzija    wbenzija@halperinlaw.net
- Frederick A. Berg    fberg@kotzsangster.com
- Jan I. Berlage    JBerlage@GHSLLP.com
- Daniel J. Bernard    dbernard@vmclaw.com
- Richard J. Bernard    rbernard@bakerlaw.com
- David R. Berz    gregory.bailey@weil.com
- Kellie M. Blair    kblair@mattablair.com
- Kevin Blaney    kblaney@kevinblaney.com
- Steven Harris Blatt    sblatt@dealerlaw.com
- David M. Blau    dmb@kompc.com
- Don W. Blevins    dwblevins@mcalpinelawfirm.com
- Charlotte P. Bodell    cbodell@sandw.com
- Anna Boelitz    anna.boelitz@bingham.com
- Phillip W. Bohl    phillip.bohl@gpmlaw.com
- Wanda Borges    borgeslawfirm@aol.com

- Jean Winborne Boyles    jboyles@jhvgmlaw.com
- Kimberly A. Brennan    kab@mccarthylebit.com
- Lynn M. Brimer    lbrimer@stroblpc.com
- James L. Bromley    maofiling@cgsh.com
- Mark L. Brown    markb@lakinchapman.com
- Scott N. Brown    snb@smrw.com
- William J. Brown    wbrown@phillipslytle.com
- Theresa V. Brown-Edwards    bankruptcy@potteranderson.com
- Mark Edwin Browning    BK-MBROWNING@OAG.STATE.TX.US
- Robert H. Brownlee    rbrownlee@thompsoncoburn.com
- Andrew P. Brozman    andrew.brozman@cliffordchance.com
- Adam D. Bruski    adbruski@lambertleser.com
- Deborah M. Buell    maofiling@cgsh.com
- Charles D. Bullock    cbullock@sbplclaw.com
- John R. Burns    john.burns@bakerd.com
- Christopher M. Cahill    ccahill@clarkhill.com
- Barbara Lee Caldwell    blc@ashrlaw.com
- James Christopher Caldwell    ccaldwell@starkreagan.com
- John M. Callagy    jcallagy@kelleydrye.com
- Carollynn H.G. Callari    ccallari@venable.com
- Judy B. Calton    jcalton@honigman.com
- Nancy E. Campbell    nancy.campbell@zurichna.com
- John F. Carberry    jcarberry@cl-law.com
- James C. Carignan    carignanj@pepperlaw.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Linda J. Casey    caseyl@pepperlaw.com
- Katherine R. Catanese    kcatanese@foley.com

- George B. Cauthen    george.cauthen@nelsonmullins.com

- Babette A. Ceccotti    bceccotti@cwsny.com

- Joseph M. Cerra    jcerra@formanlaw.com

- Teresa H. Chan    kkansa@sidley.com

- Jeffrey Chang    jchang@wildman.com

- J Eric Charlton    echarlton@hiscockbarclay.com

- Sarah M. Chen    schen@lockelord.com

- Eugene J. Chikowski    eugene.chikowski@flastergreenberg.com

- Jennifer Anne Christian    jchristian@kelleydrye.com

- Shawn M. Christianson    schristianson@buchalter.com

- Robert N. H. Christmas    rchristmas@nixonpeabody.com

- Ilissa Churgin Hook    ecfmail@yablaw.com

- Marvin E. Clements    agbanknewyork@ag.tn.gov

- Tiffany Strelow Cobb    tscobb@vorys.com

- Wm. David Coffey    wdcoffeylaw@yahoo.com

- Dennis J. Connolly    dconnolly@alston.com

- Michael T. Conway    michael.conway@leclairryan.com

- Susan M. Cook    smcook@lambertleser.com

- Joseph N. Cordaro    joseph.cordaro@usdoj.gov

- Joseph Corneau    jcorneau@klestadt.com

- Trent P. Cornell    tcornell@stahlcowen.com

- Keith N. Costa    keith.costa@akerman.com

- Jeffrey L. Coxon    rellis@warrenyoung.com

- David N. Crapo    dcrapo@gibbonslaw.com

- Randall D. Crocker    rcrocker@vonbriesen.com

- Brian Crowley    bcrowley@klehr.com

- Michael G. Cruse    mcruse@wnj.com

- Louis A. Curcio    lcurcio@sonnenschein.com
- Julius O. Curling    curlingj@michigan.gov
- Thomas H. Curran    tcurran@haslaw.com
- Teresa K.D. Currier    tcurrier@saul.com
- Vincent D'Agostino    vdagostino@lowenstein.com
- Peter D'Apice    dapice@sbep-law.com
- Renee M. Dailey    renee.dailey@bgllp.com
- Timothy J. Dance    tdance@swlaw.com
- Colin Thomas Darke    cdarke@bodmanllp.com
- Michael S. Davi    mdavi@velaw.com
- Ashley Davis    ashley.davis@myfloridalegal.com
- Jeffrey S. Davis    jsdesqtx@yahoo.com
- James E. DeLine    jed@krwlaw.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
- Sam Della Fera    sdellafera@trenklawfirm.com
- Melissa Detrick    detrick@marshall-melhorn.com
- Benjamin P. Deutsch    bdeutsch@schnader.com
- Frank W. DiCastri    fdicastri@foley.com
- Gerard DiConza    gdiconza@dlawpc.com
- Maria J. DiConza    diconzam@gtlaw.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Joshua Ian Divack    jdivack@hahnhessen.com
- Michael Dockterman    dockterman@wildman.com
- J. Ted Donovan    TDonovan@Finkgold.com
- Charles E. Dorkey    cdorkey@mckennalong.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com

- Dennis J. Drebsky    ddrebsky@nixonpeabody.com

- Kathryn E. Driscoll    kdriscoll@pmppc.com

- Lawrence P. Eagel    eagel@bragarwexler.com

- David G. Ebert    debert@ingramllp.com

- Michael James Edelman    mjedelman@vedderprice.com

- Erica L. Edman    eedman@pillsburywinthrop.com

- James W. Ehrman    jwe@kjk.com

- Steven B. Eichel    seichel@crowell.com

- David M. Eisenberg    deisenberg@ermanteicher.com

- Dan Elias    delias@eliasgroup.com

- Erin L. Eliasen    eleliasen@stoel.com

- Judith Elkin    judith.elkin@haynesboone.com

- Bruce N. Elliott    elliott@cmplaw.com

- Alyssa Englund    aenglund@orrick.com

- Richard L. Epling    richard.epling@pillsburylaw.com

- Earle I. Erman    eerman@ermanteicher.com

- Belkys Escobar    belkys.escobar@loudoun.gov

- Michael S. Etkin    metkin@lowenstein.com

- Amy Evans    aevans@crosslaw.com

- Kerry M Ewald    kewald@dickinsonwright.com

- Stephen Vincent Falanga    sfalanga@connellfoley.com

- Clement J. Farley    cfarley@mccarter.com

- Robert Michael Farquhar    mfarquhar@winstead.com

- William L. Farris    farrisw@sullcrom.com

- Thomas R. Fawkes    tfawkes@freebornpeters.com

- Carol A. Felicetta    cfelicetta@reidandreige.com

- Richard L. Ferrell    Ferrell@taftlaw.com

- Alyson M. Fiedler    afiedler@schiffhardin.com
- Robert J. Figa    rfiga@comlawone.com
- Andrea Fischer    afischer@olshanlaw.com
- Deborah L. Fish    dfish@allardfishpc.com
- Eric Fisher    fishere@butzel.com
- Matthew F. Fitzsimmons    matthew.fitzsimmons@po.state.ct.us
- Elizabeth K. Flaagan    eflaagan@faegre.com
- Steven B. Flancher    flanchers@michigan.gov
- Daniel J. Flanigan    tbackus@polsinelli.com
- Kenneth A. Flaska    gm@dmms.com
- Jonathan L. Flaxer    jflaxer@golenbock.com
- Neysa Ann Fligor    sccbankruptcy@cco.sccgov.org
- Stephen B. Foley    sfoley@sbfpc.com
- Shawn Randall Fox    sfox@mcguirewoods.com
- Mark S. Frankel    mfrankel@couzens.com
- Scott J. Freedman    sfreedman@dilworthlaw.com
- James H. Freeman    jfreeman@gsblaw.com
- William R. Fried    wrfried@herrick.com
- Mark J. Friedman    mark.friedman@dlapiper.com
- Michael Friedman    mfriedman@rkollp.com
- Timothy A. Fusco    fusco@millercanfield.com
- Michael G. Gallacher    mgallacher@comcast.net
- Mark S. Gamell    mgamell@tlggr.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Samir Gebrael    sgebrael@klestadt.com
- Sara J. Geenen    sjg@previant.com
- Robert T. Gibson    rgibson@gibsonlawfirm.net

- Wendy J. Gibson    wgibson@bakerlaw.com

- Jeanette M. Gilbert    jgilbert@motleyrice.com

- Celeste R. Gill    gillcr@michigan.gov

- Steven A. Ginther    sdnyecf@dor.mo.gov

- Andrew C. Gold    agold@herrick.com

- Matthew J. Gold    mgold@kkwc.com

- Scott A. Golden    sagolden@hhlaw.com

- Michelle Goldis    michelle.goldis@wilmerhale.com

- Sonya N. Goll    sgoll@sbplclaw.com

- Brett D. Goodman    brett.goodman@troutmansanders.com

- Robert D. Gordon    rgordon@clarkhill.com

- Neil Andrew Goteiner    ngoteiner@fbm.com

- Garry M. Graber    ggraber@hodgsonruss.com

- Brian M. Graham    bgraham@salawus.com

- Christopher F. Graham    cgraham@mckennalong.com

- William F. Gray    wgray@torys.com

- John T. Gregg    jgregg@btlaw.com

- Nancy Grim    nancy.grim@nancygrimlaw.net

- Stephen M. Gross    sgross@mcdonaldhopkins.com

- Stephen B. Grow    sgrow@wnj.com

- Robert A. Guy    bguy@fbtlaw.com

- Elizabeth A. Haas    info@thehaaslawfirm.com

- Paul R. Hage    phage@jaffelaw.com

- Angel Hagmaier    angel@angelhagmaier.com

- Richard F. Hahn    rfhahn@debevoise.com

- Paula A. Hall    hall@bwst-law.com

- Matthew A. Hamermesh    mhamermesh@hangley.com

- Michael C. Hammer     mchammer3@dickinsonwright.com
- Gary A. Hansz     gah@wwrplaw.com
- David Henry Hartheimer     dharthei@bellatlantic.net
- Michael E. Hastings     michael.hastings@leclairryan.com
- Ryan D. Heilman     rheilman@schaferandweiner.com
- Geoffrey W. Heineman     gheineman@rmkb.com
- Christopher M. Hemrick     chemrick@connellfoley.com
- Suzanne Hepner     shepner@lrbpc.com
- Allan Hill     ahill@phillipslytle.com
- Terrance A. Hiller     tah@kompc.com
- Mark D. Hofstee     markh@bolhouselaw.com
- Michael S. Holmes     , mshatty@yahoo.com
- Jonathan Hook     jonathan.hook@haynesboone.com
- Bruce W. Hoover     bhoover@goldbergsegalla.com
- P. Warren Hunt     pwh@krwlaw.com
- John J. Hunter     jrhunter@hunterschank.com
- Donald J. Hutchinson     hutchinson@millercanfield.com
- Roland Hwang     hwangr@michigan.gov
- Elihu Inselbuch     eb@capdale.com
- Robert M. Isackson     risackson@orrick.com
- Adam H. Isenberg     aisenberg@saul.com
- Steve Jakubowski     sjakubowski@colemanlawfirm.com
- Peter F. Jazayeri     pjazayeri@ecjlaw.com
- Susan Jennik     sjennik@kjmlabor.com
- Nan E. Joesten     njoesten@fbm.com
- John J. Jolley     jay.jolley@fnf.com
- Andrew A. Jones     ajones@whdlaw.com

- Roland Gary Jones     rgj592005@gmail.com
- John E. Jureller     jjureller@klestadt.com
- Gregory O. Kaden     gkaden@goulstonstorrs.com
- Allen G. Kadish     kadisha@gtlaw.com
- Ken Kansa     kkansa@sidley.com
- Olivia W. Karlin     olivia.karlin@doj.ca.gov
- Stephen Karotkin     theodore.tsekerides@weil.com
- Karel S. Karpe     karpek@whiteandwilliams.com
- Andrew C. Kassner     andrew.kassner@dbr.com
- Clifford A. Katz     ckatz@platzerlaw.com
- Susan R. Katzoff     skatzoff@hiscockbarclay.com
- Thomas M. Kennedy     tkennedy@kjmlabor.com
- Thomas L. Kent     tomkent@paulhastings.com
- Richardo I. Kilpatrick     ecf@kaalaw.com
- Jennifer B. Kimble     jkimble@burr.com
- Michael S. Kimm     kimmlaw@msn.com
- Michael S. Kimm     msk@kimmlaw.com
- Christopher K. Kiplok     kiplok@hugheshubbard.com
- Theodore A. Kittila     tak@elliottgreenleaf.com
- Kathleen H. Klaus     khk@maddinhauser.com
- Patrick A. Klingman     pklingman@sfmslaw.com
- Jeff Klusmeier     jeff.klusmeier@ago.mo.gov
- Anthony J. Kochis     akochis@wolfsonbolton.com
- Thomas F. Koegel     tkoegel@flk.com
- Mary W. Koks     mkoks@munsch.com
- Stuart Komrower     skomrower@coleschotz.com
- Deborah Kovsky-Apap     kovskyd@pepperlaw.com

- Debra A. Kowich    dkowich@umich.edu
- Robert R. Kracht    rrk@mccarthylebit.com
- Rein F. Krammer    rkrammer@masudafunai.com
- Stuart A. Krause    skrause@zeklaw.com
- J. Alex Kress    akress@riker.com
- Richard E. Kruger    rkruger@jaffelaw.com
- Patrick J. Kukla    pkukla@carsonfischer.com
- Gary W. Kullmann    gkullmann@kkdpc.com
- Carl N. Kunz    ckunz@morrisjames.com
- Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com
- Darryl S. Laddin    bkrfilings@agg.com
- Michael C. Lambert    mclambert@lawpost-nyc.com
- Jacob F. Lamme    lamme@mltw.com
- Forrest B. Lammiman    flammiman@mpslaw.com
- Barry M. Lasky    BMLPC@aol.com
- Stuart A. Laven    slaven@beneschlaw.com
- James N. Lawlor    jlawlor@wmd-law.com
- Robert L. LeHane    KDWBankruptcyDepartment@Kelleydrye.com
- Maureen F. Leary    maureen.leary@oag.state.ny.us
- Mark G. Ledwin    mark.ledwin@wilsonelser.com
- David S. Lefere    davidl@bolhouselaw.com
- Eugene Leff    eleff@oag.state.ny.us
- Anthony L. Leffert    egarfield@rwolaw.com
- Michael S. Leib    msl@maddinhauser.com
- Robert J. Lemons    gillad.matiteyahu@weil.com
- David A. Lerner    dlerner@plunkettcooney.com
- Ira M. Levee    ilevee@lowenstein.com

- Larry A. Levick    levick@singerlevick.com
- Leslie C. Levy    leslie.levy@nebraska.gov
- Kenneth M. Lewis    klewis@lewispllc.com
- Kim Martin Lewis    kim.lewis@dinslaw.com
- Barry E. Lichtenberg    barryster@att.net
- Demetra Liggins    demetra.liggins@tklaw.com
- Harry A. Light    light@fec.net
- David T. Lin    dlin@seyburn.com
- Thomas K. Lindahl    tlindahl@kotzsangster.com
- Daniel W. Linna    dlinna@honigman.com
- Andrew K. Lipetz    alipetz@wgrlaw.com
- Edward J. LoBello    elobello@msek.com
- Eric Lopez Schnabel    schnabel.eric@dorsey.com
- Cynthia Jordan Lowery    cynthialowery@mvalaw.com
- Kim R. Lynch    klynch@formanlaw.com
- John S. Mairo    jsmairo@pbnlaw.com
- Tristan Manthey    tmanthey@hellerdraper.com
- Kayalyn A. Marafioti    kmarafio@skadden.com
- Michael A. Maricco    maricco.michael@pbgc.gov
- James M. Martin    mmllaw@swbell.net
- Timothy Brian Martin    tmartin@torys.com
- Richard W. Martinez    Richardnotice@rwmaplc.com
- Victor J. Mastromarco    vmastromar@aol.com
- Steven A. Matta    smatta@mattablair.com
- Kristin B. Mayhew    abothwell@pepehazard.com
- Jil Mazer-Marino    jmazermarino@msek.com
- Mark L. McAlpine    mlmcalpine@mcalpinelawfirm.com

- Lauren M. McEvoy    Lauren.McEvoy@thompsonhine.com

- D. Douglas McGaw    dougmcgaw@aol.com

- Frank McGinn    ffm@bostonbusinesslaw.com

- Austin L. McMullen    amcmullen@babc.com

- Barbara S Mehlsack    bmehlsack@gkllaw.com

- Brian H. Meldrum    bmeldrum@stites.com

- Marc B. Merklin    mmerklin@brouse.com

- Christopher A. Merritt    cmerritt@rjlps.com

- Richard M. Meth    msteen@foxrothschild.com

- G. Christopher Meyer    cmeyer@ssd.com

- P. Richard Meyer    richard@meyerandwilliams.com

- Robert N. Michaelson    rmichaelson@klgates.com

- Angela Z. Miller    amiller@phillipslytle.com

- Harvey R. Miller    harvey.miller@weil.com

- Gerald L. Mills    gerald.mills@bex.net

- Mary P. Miras    marymiras@paulhastings.com

- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com

- James P. Moloy    jmoloy@dannpecar.com

- Carol E. Momjian    cmomjian@attorneygeneral.gov

- James C. Moon    jmoon@melandrussin.com

- Timothy D. Moratzka    tdm@mcmlaw.com

- Max Anderson Moseley    mmoseley@bakerdonelson.com

- Eric T. Moser    eric.moser@klgates.com

- Zachary Mosner    washbcu@atg.wa.gov

- Jill L. Murch    jmurch@foley.com

- Daniel R. Murray    dmurray@jenner.com

- Milissa A. Murray    m.murray@bingham.com

- Lauren Nachinson     Lauren.Nachinson@quarles.com

- Jennifer L. Nassiri     jennifer.nassiri@dlapiper.com

- Kenneth A. Nathan     knathan@nathanzousmer.com

- David L. Neale     kjm@lnbrb.com

- Michael A. Nedelman     mnedelman@nglegal.com

- Melissa Z. Neier     mneier@ibolaw.com

- Arthur C. Neiwirth     aneiwirthcourt@qpwblaw.com

- James D. Newbold     James.Newbold@illinois.gov

- Robert E. Nies     rnies@wolffsamson.com

- Timothy F. Nixon     tnixon@gklaw.com

- Laura L. Noggle     nogglel@pepperlaw.com

- Michael E. Norton     mnorton@nortonlawassociates.com

- Matthew D. Novello     mdnovello@mcalpinelawfirm.com

- Gordon Z. Novod     gnovod@kramerlevin.com

- Michael B. O'Neal     moneal@wnj.com

- Sean A. O'Neal     soneal@cgsh.com

- Cheryl Tama Oblander     ctama@butlerrubin.com

- Ronald Oran     roran@velaw.com

- Mark Russell Owens     mowens@btlaw.com

- Gregory Oxford     goxford@icclawfirm.com

- Richard W. Paige     paige@bsplaw.com

- Ingrid S. Palermo     ipalermo@bsk.com

- Charles N. Panzer     cpanzer@sillscummis.com

- Merritt A. Pardini     merritt.pardini@kattenlaw.com

- Larry E. Parres     lparres@lewisrice.com

- Peter S. Partee     ppartee@hunton.com

- Paul J. Pascuzzi     ppascuzzi@ffwplaw.com

- William Dirk Pastorick     tprete@nldhlaw.com
- Rakhee V. Patel     rpatel@pronskepatel.com
- Frederick Perillo     fp@previant.com
- Debra Beth Pevos     dpevos@swappc.com
- John C. Phillips     jcp@pgslaw.com
- Robert W. Phillips     rphillips@simmonscooper.com
- Deborah J. Piazza     dpiazza@hodgsonruss.com
- Christine A.M. Pierpont     cpierpont@ssd.com
- James A. Plemmons     jplemmons2@dickinsonwright.com
- Gregory G. Plotko     gplotko@kramerlevin.com
- Robert C. Pottinger     rcpottinger@bslbv.com
- Susan Power-Johnston     sjohnston@cov.com
- Jasmine Powers     jpowers@debevoise.com
- Ronald S. Pretekin     pretekin@coollaw.com
- Jessica E. Price     jprice@brouse.com
- John J. Privitera     privitera@mltw.com
- Gerrit M. Pronske     gpronske@pronskepatel.com
- Susan Przekop-Shaw     przekopshaws@michigan.gov
- Jonathan I. Rabinowitz     jrabinowitz@rltlawfirm.com
- Paul A. Rachmuth     prachmuth@gerstensavage.com
- Marie T. Racine     mracine@racinelaw.us
- Mark L. Radtke     mradtke@shawgussis.com
- Matthew Rainis     mrainis@lwrlawyer.com
- Dennis Jay Raterink     raterinkd@michigan.gov
- Eric T. Ray     eray@balch.com
- Timothy M. Reardon     tmreardon@nnblaw.com
- Michael Reed     nycourts@mvbalaw.com

- Marc E. Richards    mrichards@blankrome.com

- Paul J. Ricotta    pricotta@mintz.com

- David D. Ritter    ecf@krcl.com, dritter@krcl.com

- Marianne Goldstein Robbins    MGR@PREVIANT.COM

- Courtney Rogers    crogers@orrick.com

- Adam C. Rogoff    arogoff@kramerlevin.com

- Adam L. Rosen    filings@spallp.com

- Sanford Philip Rosen    rpc@rosenpc.com

- Adina H. Rosenbaum    arosenbaum@citizen.org

- Andrew Neil Rosenberg    mtattnall@paulweiss.com

- Robert J. Rosenberg    adam.goldberg@lw.com

- Donn Rosenblum    donn.rosenblum@ohioattorneygeneral.gov

- David A. Rosenzweig    DRosenzweig@Fulbright.com

- Douglas B. Rosner    drosner@goulstonstorrs.com

- Robert R. Ross    rrross@fedex.com

- Melissa-Jean Rotini    mjr1@westchestergov.com

- Gerolyn P. Roussel    rousselp@bellsouth.net

- George V. Royle    george.royle@lw.com

- John A. Ruemenapp    jruemenapp@wyrpc.com

- John A. Ruemenapp    jruemenapp@wysr-law.com

- Jayson B. Ruff    jruff@mcdonaldhopkins.com

- Dianne Ruhlandt    druhlandt@ermanteicher.com

- Matthew E. Russell    matthew.russell@haynesboone.com

- Scott K. Rutsky    srutsky@proskauer.com

- Herbert K. Ryder    hryder@pitneyhardin.com

- Jeffrey S. Sabin    jeffrey.sabin@bingham.com

- Jennifer Lauren Saffer    jlsaffer@jlsaffer.com

- Chester B. Salomon    csalomon@beckerglynn.com

- Kimberly Salomon    ksalomon@formanlaw.com

- Diane W. Sanders    austin.bankruptcy@publicans.com

- George Franklin Sanderson    george.sanderson@elliswinters.com

- Thomas P. Sarb    ecfsarbt@millerjohnson.com

- Thomas J. Schank    tomschank@hunterschank.com

- Robert T. Schmidt    rschmidt@kramerlevin.com

- Kenneth M. Schneider    smpcecf@gmail.com

- Thomas W. Schouten    tschouten@dunnsslaw.com

- Carey D. Schreiber    cschreiber@winston.com

- Jonathan R. Schulz    schulz@bsplaw.com

- Kathlyn Schwartz    kathlyn.schwartz@akerman.com

- Matthew L. Schwartz    matthew.schwartz@usdoj.gov

- Steven Schwartz    sschwart@winston.com

- Kenneth J. Schweiker    kschweiker@brownconnery.com

- Barry N. Seidel    bseidel@kslaw.com

- Stephen B. Selbst    sselbst@herrick.com

- Jacob B. Sellers    jacob.sellers@leonard.com

- David J. Selwocki    brogers@swappc.com

- Joseph R. Sgroi    jsgroi@honigman.com

- Mark H. Shapiro    shapiro@steinbergshapiro.com

- Jennifer Sharret    jsharret@kramerlevin.com

- Mary Kay Shaver    mkshaver@varnumlaw.com

- Brian L. Shaw    bshaw100@shawgussis.com

- Andrea Sheehan    sheehan@txschoollaw.com

- Tricia A. Sherick    tsherick@honigman.com

- Joseph E. Shickich    jshickich@riddellwilliams.com

- Matthew J. Shier    mshier@pinnaclelawgroup.com

- Michael P. Shuster    mpshuster@hahnlaw.com

- Robert Sidorsky    sidorsky@butzel.com

- Paul H. Silverman    PSilverman@mclaughlinstern.com

- John A. Simon    jsimon@foley.com

- Rebecca H. Simoni    rsimoni@vonbriesen.com

- Christina C. Skubic    bankruptcy@braytonlaw.com

- Edward Smith    easmith@venable.com

- Robert T. Smith    rsmith@cniinc.cc

- Richard G. Smolev    rsmolev@kayescholer.com

- Joseph H. Smolinsky    Joseph.Smolinsky@weil.com

- Steven B. Soll    ssoll@oshr.com, awilliams@oshr.com

- Fredric Sosnick    karen.park@shearman.com

- Nathan R. Soucy    soucy@cwg11.com

- Arthur J. Spector    aspector@bergersingerman.com

- Katherine Stadler    kstadler@gklaw.com

- Charles A. Stanziale    cstanziale@mccarter.com

- Jeffrey S. Stein    Kenneth_Freda@gardencitygroup.com

- Leslie Stein    lstein@plunkettcooney.com

- Fred Stevens    fstevens@foxrothschild.com

- Jason V. Stitt    jstitt@kmklaw.com

- Sharon L. Stolte    sstolte@stinsonmoheck.com

- N. Kathleen Strickland    kstrickland@rmkb.com

- Harvey A. Strickon    harveystrickon@paulhastings.com

- James M. Sullivan    sullivan.james@arentfox.com

- Lowell F. Sutherland    sutherlandgerber@sbcglobal.net

- Michelle T. Sutter    msutter@ag.state.oh.us

- Marc N. Swanson    swansonm@millercanfield.com

- Matthew A. Swanson    matthew.swanson@leonard.com

- Colleen M. Sweeney    csweeney@dickinsonwright.com

- Craig Tadlock    craig@tadlocklawfirm.com

- Stanley B. Tarr    tarr@blankrome.com

- Samuel Jason Teele    jteele@lowenstein.com

- Jeffrey T. Testa    jtesta@mccarter.com

- Gordon J. Toering    gtoering@wnj.com

- Patrick J. Trostle    ptrostle@jenner.com

- Tonya A. Trumm    tatrumm@michaelbest.com

- Peter Tsao    peter.tsao@kirkland.com

- Debra S. Turetsky    dturetsky@reedsmith.com

- Marshall C. Turner    marshall.turner@husch.com

- Ann Marie Uetz    auetz@foley.com

- Raymond J. Urbanik    rurbanik@munsch.com

- Shmuel Vasser    shmuel.vasser@dechert.com

- Wendy S. Walker    wwalker@morganlewis.com

- G. Alan Wallace    gwall@fraserlawfirm.com

- Kimberly A. Walsh    bk-kwalsh@oag.state.tx.us

- Sean M. Walsh    swalsh@gmhlaw.com

- Timothy W. Walsh    twalsh@llgm.com

- David H. Wander    dwander@wanderlaw.com

- Lucas Ward    lucas.ward@ohioattorneygeneral.gov

- Eric G. Waxman    ewaxman@westermanllp.com

- Lauren M. Webb    lwebb@simmonsfirm.com

- Jeffrey T. Wegner    jeffrey.wegner@kutakrock.com

- Martin James Weis    weismj@dilworthlaw.com

- Eric A. Weiss    eaweiss@mdwcg.com
- Robert B. Weiss    rweiss@honigman.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Michael R. Wernette    mwernette@schaferandweiner.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Stephanie Wickouski    stephanie.wickouski@dbr.com
- Matthew E. Wilkins    wilkins@bwst-law.com
- Eric J. Wilson    ewilson@gklaw.com
- Jeffrey C. Wisler    jcw@cblhlaw.com
- Blanka K. Wolfe    bwolfe@sheppardmullin.com
- Robert D. Wolford    ecfwolfordr@millerjohnson.com
- Scott A. Wolfson    swolfson@wolfsonbolton.com
- Lee E. Woodard    bkemail@harrisbeach.com
- Cynthia Woodruff-Neer    cwoodruff-neer@alpine-usa.com
- Karon Y. Wright    karon.wright@co.travis.tx.us
- Dwight Yellen    dyellen@ballonstoll.com
- Doron Yitzchaki    dyitzchaki@dickinsonwright.com
- Jonathan W. Young    young@wildman.com
- S. Alyssa Young    ayoung@leaderberkon.com
- German Yusufov    pcaocvbk@pcao.pima.gov
- Terry L. Zabel    ecf-tlz@rhoadesmckee.com
- Rafael X. Zahralddin    rxza@elliottgreenleaf.com
- Eric Zajac    eric@teamlawyers.com
- Bruce R. Zirinsky    zirinskyb@gtlaw.com
- Edward P. Zujkowski    ezujkowski@emmetmarvin.com

and I certify that I served a copy via First Class Mail upon:

      Motors Liquidation Company
      c/o AlixPartners
      Attn:  Tim Neis
      500 Renaissance Center, Suite 1400
      Detroit, Michigan 48243

                      /s/ Dawn R. Copley
                      Dawn R. Copley (DRC-4234)
                      Dickinson Wright PLLC
                      500 Woodward Avenue, Suite 4000
                      Detroit, Michigan  48226
                      Phone: (313) 223-3500
                      dcopley@dickinsonwright.com

DETROIT 20934-41 1117247