**HEARING DATE AND TIME: Apr. 8, 2010 at 9:45 a.m. (Eastern Time)**
**OBJECTION DEADLINE: Apr. 1, 2010 at 4:00 p.m. (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,    :          Chapter 11 Case No.
     f/k/a General Motors Corp., *et al.*  :
                                         :          09-50026 (REG)
                                         :
                                         :          (Jointly Administered)
                                         :
                                         :
-------------------------------------------------------------------x

**ORDER APPROVING AND AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF CAPLIN & DRYSDALE, CHARTERED,**
**AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**HOLDING ASBESTOS-RELATED CLAIMS *NUNC PRO TUNC* TO MARCH 5, 2010**

        Upon the application (the "**Application**") dated March 10, 2010, of the Official Committee

of Unsecured Creditors Holding Asbestos-Related Claims (the "**Asbestos Claimants**

**Committee**" or "**ACC**") to retain and employ Caplin & Drysdale, Chartered ("**Caplin &**

**Drysdale**") as counsel to the ACC, *nunc pro tunc* to October 6, 2010; and the Court being satisfied,

based on the Application and the supporting declaration and supplemental declaration of Elihu

Inselbuch in support thereof that Caplin & Drysdale represents no interest adverse to the Debtors'

estates, and that its employment is necessary and in the best interests of the estate and its creditors;

and it appearing that due and proper notice of the Application has been given; and good and

sufficient cause appearing therefor, and in consideration of the objection (the "**Objection**") filed by

the Office of the United States Trustee (the "**UST**") solely with respect to the Application's request

that Caplin & Drysdale's retention be authorized with retroactive effect as of October 6, 2009 (the

"**2009 Retroactivity Request**"),

      IT IS ORDERED AS FOLLOWS:

             1.      The Application is hereby granted in part, as more fully set forth below.

344029

2.      The ACC is hereby authorized to retain and employ Caplin & Drysdale

pursuant to sections 328 and 1103 as counsel to the ACC, *nunc pro tunc* to March 5, 2010.

3.       For the reasons stated on the record at the hearing of April 8, 2010, the

Court reserves decision on the 2009 Retroactivity Request, and this Order is without prejudice to

the respective positions of the ACC and the UST on that issue.

4.      In conformity with the comments made by this Court from the bench at

the April 8, 2010 hearing, Caplin & Drysdale shall disclose to the UST its time records for the

period covered by the 2009 Retroactivity Request, and, after conferring with the UST, shall

report to the Court by letter whether further proceedings will be necessary with respect to the

2009 Retroactivity Request.

5.      Caplin & Drysdale shall be compensated in accordance with the

procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal

Rules of Bankruptcy Procedure, the rules of this Court, and such other procedures as have been

or may be fixed by order of the Court.


New York, New York                              *s/ **Robert E. Gerber***
Dated:  April **21**, 2010                         Honorable Robert E. Gerber
                                                United States Bankruptcy Judge


2