Judge copy

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
One Bowling Green
Room 534
New York, New York 10004-1408

APR 19 2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

In re

DELPHI CORPORATION, et al.,
CADILLAC FISHER BODY (FLEETWOOD GMC)
MET LIFE INSURANCE CO      Debtors.
-SEDWICK -INSURANCE- CO.
DEFENDANT(S) RESPONDENTS
JOINTLY AND SEVERALLY

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

(05-50026)

DEAR CLERK, Please time Stamp the attached Petition, and return a Copy to Me in the Self Address envelope enclosed

*[signature]*

Respectfully,

Paul C. Mathis
42416 Brownstone dr.
Novi Mi 48377

AFFIDAVIT IN SUPPORT

CASE.

STATE OF MICHIGAN)                                        09-50026
OAKLAND COUNTY  ) ss

I paul C. Mathis being duly sworn according to law, hereby swears due to poverty his pleadings cannot be filed electroniclly before the court which is indicia from the record.

SUSBCRIBED AND SWORN TO BEFORE ME, *Paul Mathis*

THIS  31st  DAY OF  March 2010

MARIA HOWE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires: July 17, 2015
Acting In the County of Oakland

X *Paul C. Mathis*

*Maria Howe*

NOTICE BY MAIL

US ATORNEY'S OFFICE/ATTN: DAVID S. JONES. ESQ AND MATTHEW L. SCHWARTZ ESQ S.D.N.Y. 86 CHAMBERS STREET THIRD FLOOR, NEW YORK, NEW YORK, 10007
HON. ROBERT E. GERBER US BANKRUPTCY JUDGE, ROOM 621 SOUTHERN DISTRICT OF NEW YORK, NEW YORK, ONE BOWLING GREEN, NEW YORK, NEW YORK 10004-1048
WEIL, GOTSHAL & MANGES LLP, 767 FIFTH AVENUE, NEW YORK, NY 10153
GARDEN CITY GROUP, INC, GM CLAIMS AGENT, P.O. BOX 9386 DUBLIN OH 43017
LAWRENCE BUONOMO ESQ GENERAL MOTORS CORP, DETROIT, MI 48226
KURTZMAN CARSON, 2335 ALASKA, EL SEGUNDO CA 90245
MET LIFE INSURANCE CO, ONE MADISON AVENUE NY 10010 (HOURLY CLAIM).
SEDWICK INSURANCE CARRIER FOR GENERAL MOTORS CORP, PO BOX 14607 LEXINGTON KY 40512-4607
MATTHEW FELDMAN ESQ, U.S. TREASURY DEPT 1500 PENNSYLVANIA AVE, NW, ROOM 2312 WASHINGTON DC 20220
DIANA G. ADAMS ESQ, 33 WHITALL STREET 21 FLOOR OFFICE OF UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK, NY 10004
MICHEAL J. EDELMAN ESQ AND MICHEAL SCHEIN ESQ ATTORNEY FOR CREDITOR CMTE 1633 BROADWAY 47 FLOOR, NEW YORK, NY 10019

ALL OF THE ABOVE PERSONS WILL BE SERVED BY UNITED STATES MAIL

SUBSCRIBED AND SWORN TO BEFORE ME,

NOTARY PUBLIC, THIS 31st DAY March 2010

MARIA HOWE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires: July 17, 2015
Acting in the County of Oakland

x Paul C. Mathis

Maria Howe

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT COURT OF NEW YORK

IN THE MATTER OF:                    CASE. 05-44481
PAUL C. MATHIS , PETITIONER                09-50026
INTER ALIA
ALL PERSONS SIMARILY SISUATED


V CADILLAC FISHER BODY(FLEEWTOOD GMC)
   GENERAL MOTORS/DELPHI CORPORATION
   MET LIFE INSURANCE CO (HOURLY)
   SEDWICK INSURANCE CARRIER FOR GENERAL MOTORS(WORKERS DISABILITY)
   JOINTLY AND SEVERALLY ET AL,.
DEFENDANT(S) RESPONDENTS)

---

NOTICE FOR HEARING

TO: HON. ROBERTE. GERBER
    UNITED STATES BANKRUPTCY JUDGE
    COURTROOM 621 ONE BOWLING GREEN
    NEW YORK, NY 10004


PLEASE TAKE NOTICE, THAT A HEARING WILL BE HELD IN THE COURTROOM OF THE HONORABLE .ROBERT E. GERBER, ON THE ATTACHED PETITION FOR REMAND TO THE DEPARTMENT OF JUSTICE OR A JURY TRIAL ORDERED .

AS SOON AS THE HONORABLE COURT DOCKET WILL PERMIT ACCORDING TO LAW, FOR THE PETITION TO BE HEARD NOT TO EXCEED (90) DAYS.

FURTHER, ALL PARTIES WILL BE NOTICE ON THE ATTACHED AFFIDAVIT

MOTION FOR RECONSIDERATION

BEFORE UNITED STATE  JUDGE
BANKRUPTCY COURT TORT. CLAIM (CIVIL)
ON CONSENT AGREEMENT .

CASE 05-44481 (JOINERS)
     09-50026

TO: HON ROBERT E. GERBER
    COURTROOM 621 ONE BOWLING GREEN
    NEW YORK, NEW YORK    10004

THE DECISION OF THE TRIAL COURT IS AGANIST
THE GREAT OF EVIDENCE.

THE DECISION OF THE TRIAL COURT IS CLEARLY ERRONEOUS

THE DECISION OFF THE TRIAL COURT IS A MANIFEST INJUSTICE


RESPECTFULLY SUBMITTED
/s/ Paul C. Mathis
PAUL C. MATHIS
42416 BROWNSTONE DR.
NOVI MI 48377


4/ 3/10

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF: | Case 05-44481 |
| | 09-50026 |
| PAUL C. MATHIS inter alia | Erisa 1974 Sec. ⅟ 3000 |
| | HUMAN RIGHTS VIOLATIONS |
| ALL PERSONS SIMARILY SISUATED | 28U.S.C. ⅟ 139(a) |
| OBLIGEE/ PETITIONER | 11 U.S.CA ⅟ 1132(a)(1)(B) |

VS

CADILLAC FISHER BODY(FLEETWOOD GMC)

GENERAL MOTORS/DELPHI CORPORATION

MET LIFE INSURANCE CO

SEDWICK INSURANCE CO FOR GENERAL MOTORS(WORKERS DISABILITY UNIT

JOINTLY AND SEVERALLY ET AL
DEFENDANTS/OBLIGOR

---

TO: HON. ROBERT E, GERBER
    UNITED STATES BANKRUPTCY JUDGE
    COURTROOM 621 ONE BOWLING GREEN
    NEW YORK, NY 10004


JURY DEMAND
FEDERAL RULES CIVIL PROCEDURE RULE 5)d)

NOW COMES Paul C. Mathis who moves the honorable Court on the above
entitled cause for a Jury Trial

TO WIT:

This matter dates July 27, 2007 where defendant(s) Agent entered into a Consent Agreement. from that dat of more than (4) years this matter has been tossed from judge to judge, in all that time; defendants have made NO attempt file an reponse to Petitioners demand for Payment of this Claim(Exhibit 1A).

It appears that the only way to properly adjudicate this matter is to have a Jury Trial on the Merits of this cruel and unusual matter is for a jury too decide it" this is a political matter'

1

KNOWLEDGE IS POWER, AND A SLAVE TO THE TRUTH !

DEFAULT JUDGMENT BY DEFENDANTS   837 F. Supp 1312; 22 F,3rd at 27-28

Defendant(s) have NOT filed a response; in over ((4) Years it's unclear, how the Court could allow them to file anything in this matter see Santos v Murdock, 243 F3rd 681, 683(2d Cir 2001). Defendant(s) have yet, to prove that no isue of genuine fact; as to why the Judgment has NOT been Satisfied to this date; every law or statute holds that every day that the judgment has not been satisfied then every day thereafter is the first day of the judgment entered by the Court 137 N.W 2d 845, 847 Erisa Act of 1974 ¶ 3000 infra also compells the Court to order a Jury Trial in this matter; this is a matter of Health and Welfare no to be taken lightly by the Judicial System  28 U.S.C. ¶ 1331; Demery v Extenbank Deferred Compensation Plan, 216 F3rd 286, 290(2d Cir 2000); 42 U.S.C. ¶ 2000-E-28 U.S.C. 1346(a)(1)-26 U.S.C. ¶ 1 see also green v Montgomery 219 F3rd 52.55(2d Cir 2000

Further there is no remedies to exhaust in this case  Constutional protection does not fade with time; it only shows that justice is grossly lacking Lee v Habib, 424 F.2d 891(DC Cir 1970); CF Pattern v DEnnis, 134 F2d 137, 138(9th (Cir 1943 46 A.2d 137, 141 of Terry 274-482 a.2d at 464 for the reason and more the Court must, in the interest order a Jury Trial in this Matter forthwith. see 105 P.2d 342,345- <u>42 U.S.C.¶ 1983 Cole v General Motors, 641 F.Supp 28</u> Cases cited for relief for Paul C. Mathis(a Contract is legal and binding if this Court looks closer; it will find that defendants certification of no objection has NO merit on its face, laws on satisfied judgment control!

*Paul C Mathis*

Paul C. Mathis
42416 Brownstone Dr.
Novi  Mi 48377

( HEARING HELD)

<u>STARE DECISIS</u>
THE AWARD JUDGMENT IS OPEN: AND THIS IS  ONE OF THE REASONS IT'S OPEN
QUESTION HOW DOES SOCIAL SECURITY EFFECT FURTHER  COMPENSATION PAYMENTS

. . . if respondents had paid the judgment that still runs legally on
the judgment of 1990 workers disability claim; Court Ordered modification
(Exhibit 1A)   was Never paid on the Order, When Defendant(s) Agent saw that
Paul C. Mathis had no Counsel for some time. I geuss, they said to there self
why pay this, he, can;t possibly no  how to attack us oh no

Court have been handling colateral attack on judgment some examples
Webb v Hass 1999 Me 74,-5 728 A.2d 1261; cook v Cook, 574 A.2d 1353(Me 1990);
Morse Bros,. Inc. v Webster, 2000 Me 70-14, 772 A2d 842


Assuming that the court reasonable;· · ·  for the judgment to be closed
the Claim; would have too be <u>Satisfied</u>, no such paper exist, and prior Counsel
COULD NOT . . .   Knowlingly Waive for Mr. Mathis, Where the Constutitional
Protection exist Only Mr. Mathis can waive such a Right . Further, Defendant(s)
are subject to that Order for Modification, and the effects of Retroactive
Application. for manny reasons the court must remand this cause to the
department of justice, or order a Jury Trial!


Justice Say No More

*Paul C. Mathis* (signature)
Respectfully Submitted

Paul C. Mathis
42416 Brownstone Dr.
Novi mi 48377

3

CONCLUSIVE EVIDENCE

. . .  CONCLUSIVE EVIDENCE void of smoke no illusions by the mere circumstances a preponderance of the evidence: riddled in this Soap Opera (Exhibit 1A).The law agrees with Paul C. Mathis see Mc Cormick on Civil matters at 793 (2d ed). 1972 of lke purport 21 So. 2d 878, 880 that by the evidence; here is evil,hardships, void of law of justice it's said, NO one is bigger than the LAW, is that true Petitioner ask Justice; what Amendment is that?

TRUTH SPOKEN DEFENDANTS AGENT: Where the Consent Agreement Made on the Proofs: Undisputed Claim of $415,969.62
          for a payment of $428,448.71
Petitioner sign Mailed Papers(Contract) back to Defendants Agent(Contract Joiners). (Exhibit 1 A).

Justice Says No More


Respectfully Submitted

*Paul C. Mathis* (signature)

Paul C. Mathis
42416 Brownstone Dr.
Novi, Mi 48377

*[handwritten: Exhibit 1A]*
*[handwritten: Consent Agreement]*

**LIQUIDITY SOLUTIONS, INC.**
One University Plaza, Suite 312
Hackensack, NJ 07601
Tel: (201) 968-0001 Fax: (201) 968-0010

July 27, 2007

Paul C Mathis
17265 Coral Gables St
Southfield, MI 48076-4784

Attn: Accounting Dept. /Collections

RE:  **DELPHI CORPORATION et AL**
Jointly Administered Case No. 05-44481
(US Bankruptcy Court, Southern District of New York)

Dear Creditor:

We are writing you to express an indication of our interest in your allowed and undisputed claim of $415,969.62 for a payment of $428,448.71. This indication is valid through August 10, 2007 and is subject to further due diligence and mutually agreeable documents of transfer.

This indication of interest is on a first come first serve basis. This may be rescinded for any reason whatsoever without further notice or obligation from either party. We are not responsible for typographical errors.

*If you are interested in offering your claim, please sign twice on the last page where indicated and return the two page agreement to us.*

*[handwritten: Contract Established By law legal Duty]*
*[handwritten: Please find necessary signature (Paul) 09]*

Sincerely,

*[handwritten: on form enclosed]*
*[handwritten: thank you]*
*[signature] Paul C Mathis*

Jim Yenzer
jyenzer@liquiditysolutions.com

RELIEF SOUGHT

Wherefore the Court being advised in this matter, Petitioner
request the relief sought in the attached Petition
for a Jury Demand or other relief on remand to the United States
Department of Justice Civil Rights Disability Department
on the proofs submitted in this Cause.

Respectfully Submitted

Paul C. Mathis
42416 Brownstone Dr.
Novi , Mi 48377