■ ...Items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Williams_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
_Williams_                        2-5-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

EEOC Commission
1801 L Street
Washington, D.C.
20507

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 0100 0008 4730 803

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE
SOUTHERN MID 207
05 FEB 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Mr. Jodie Miller
17265 Coral Gables
Southfield, MI 48076

Complaint About RM Congile
SSA Benefits

Mailed 2-2-2007
Post Marked

C013