Jay Teitelbaum
Ron Baskin
TEITELBAUM & BASKIN, LLP
3 Barker Avenue, Third Floor
White Plains, New York 10601
Telephone: (914) 437-7670
Facsimile: (914) 437-7672

James Farson, Esq.
Lindell & Farson, P.A.
12276 San Jose Boulevard, Suite 126
Jacksonville, Florida 32223-8630
Phone: (904)880-4013
Attorneys for Hollis Campbell

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                              :
**In re**                                                     :    **Chapter 11 Case No.**
                                                              :    **09-50026 (REG)**
                                                              :    **(Jointly Administered)**
**MOTORS LIQUIDATION COMPANY**, *et al.*,                     :
        f/k/a **General Motors Corp.**, *et al.*              :
                                                              :
        **Debtors.**                                          :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**
**FILED BY HOLLIS CAMPBELL**

**PLEASE TAKE NOTICE** that Hollis Campbell, by and through her undersigned counsel, and pursuant to and in accordance with the terms and conditions provided for in the Stipulation and Agreed Order dated March 22, 2010 (the "Stipulation Order"), a copy of which is attached hereto as Exhibit A, is withdrawing her proof of claim filed January 12, 2010 and numbered 69814.

1

**TEITELBAUM & BASKIN, LLP**

/s/ Ron Baskin
Jay Teitelbaum
Ron Baskin
3 Barker Avenue, Third Floor
White Plains, New York 10601
Telephone: (914) 437-7670
Facsimile: (914) 437 – 7672


James Farson, Esq.
Lindell & Farson, P.A.
12276 San Jose Boulevard, Suite 126
Jacksonville, Florida 32223-8630
Phone: (904)880-4013


Attorneys for Hollis Campbell