**Presentation Date and Time: April 20, 2010 at 12:00 noon (Eastern Time)**
**Objection Deadline: April 20, 2010 at 11:30 a.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :    09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
--------------------------------------------------------------x
```

### STIPULATION AND AGREED ORDER PURSUANT
### TO 11 U.S.C. § 365 AUTHORIZING DEBTORS' REJECTION
### OF CERTAIN EXECUTORY CONTRACTS WITH
### LINDEN DEVELOPMENT, LLC AND DUKE BALTIMORE, LLC

This Stipulation and Order (the "**Stipulation and Order**") is entered into among

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as

debtors in possession (collectively, the "**Debtors**"), Linden Development, LLC ("**Linden**"). and

Duke Baltimore, LLC (as assignee of Duke Realty Limited Partnership) ("**Duke**", and together

with the Debtors and Linden, the "**Parties**"), by and through their respective undersigned

counsel, for the purpose of authorizing the Debtors to reject certain executory contracts (the

"**Executory Contracts**") with Linden and Duke and to resolve the Linden Objection (defined

below).  A list identifying and describing the Executory Contracts is attached hereto as **Annex I**.

## RECITALS

**WHEREAS**, the Parties have entered into the Executory Contracts listed and described on **Annex I** hereto; and

**WHEREAS**, on October 23, 2009, the Debtors filed that certain Eighth Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property (the "**Rejection Motion**"); and

**WHEREAS**, the Rejection Motion included certain of the Executory Contracts, but not all of the agreements between the Parties; and

**WHEREAS**, on November 2, 2009, Linden filed that certain Limited Objection of Linden Development, LLC, to Debtors' Eighth Omnibus Motion to Reject Certain Executory Contracts and Unexpired Leases (the "**Linden Objection**"); and

**WHEREAS**, the Linden Objection contested the relief sought in the Rejection Motion on the limited basis that the Debtors did not also seek the rejection of certain additional documents and agreements between the Parties; and

**WHEREAS**, the Parties have agreed to consensually resolve the Linden Objection on the terms set forth below.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the Parties that:

## AGREEMENT

1.      The Executory Contracts listed and described on **Annex I** attached hereto and all agreements (including deed restrictions), exhibits, amendments, and supplements related thereto are deemed rejected pursuant to section 365 of the Bankruptcy Code, effective as of the rejection dates (the "**Rejection Dates**") set forth on **Annex I**.

2.       Upon entry of this Stipulation and Order by the Court, the Debtors' Rejection Motion with respect to Linden and the Linden Objection shall be deemed withdrawn.

3.       The Parties agree that all issues relating to the allowance, amount, priority and treatment of any claim, right or remedy asserted by Linden or Duke with respect to the rejection of the Executory Contracts are preserved, and the Debtors' defense(s) and/or right to object to the allowance, amount, priority and treatment of any claim, right or remedy asserted by Linden or Duke with respect to the rejection of the Executory Contracts are so too preserved.

4.       Linden and Duke each shall have until **5:00 p.m. (Eastern Time)** on the date that is **thirty (30) days** after entry of this Stipulation and Order to file a proof of claim with respect to any claim for damages arising from the rejection of the Executory Contracts.

5.       This Stipulation and Order contains the entire understanding of the Parties hereto with regard to the matters addressed herein, and supersedes all prior and contemporaneous discussions, negotiations, understandings, and agreements, whether oral or written, express or implied, between and among the parties hereto regarding the subject matter of this Stipulation and Order.

6.       This Stipulation and Order is binding upon the Parties, and may not be changed, altered or modified except in writing, signed by the Parties or their duly authorized attorneys and approved by the Court.

7.       The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Stipulation and Order.

Stipulated and Agreed:

**WEIL, GOTSHAL & MANGES LLP**

**LINDEN DEVELOPMENT, LLC and DUKE BALTIMORE, LLC**

By: /s/ Joseph H. Smolinsky

By: /s/ Louis F. Solimine

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Louis F. Solimine
312 Walnut Street
Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 352-6784
Facsimile: (513) 241-4771

*Attorneys for Debtors
and Debtors in Possession*

*Attorneys for Linden Development, LLC and
Duke Baltimore, LLC*

SO ORDERED THIS *21st* DAY OF *April*, 2010

*s/ Robert E. Gerber*
HON. ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

| | ANNEX I - EXECUTORY CONTRACTS | | | | |
|---|---|---|---|---|---|
| | **Contract Counterparty** | **Counterparty Address** | **Contract Description** | **Contract Date** | **Rejection Date** |
| 1 | Linden Development, LLC | Linden Development, LLC Attn: Legal Department 3950 Shackleford Road, Suite 350 Duluth, GA 30096 | Purchase and Sale Agreement (including any Exhibit(s) to the Purchase and Sale Agreement including, without limitation, the deed restrictions in the Quitclaim Deed recorded at DB5693-0278, the Deed recorded at DB5693-0261 and the Deed recorded at DB5693-0241, all with and by the County Clerk for Union County, New Jersey) | 12/19/2007 | 10/31/2009 |
| 2 | Linden Development, LLC | Linden Development, LLC Attn: Legal Department 3950 Shackleford Road, Suite 350 Duluth, GA 30096 | Confidentiality Agreement | 6/4/2007 | 10/31/2009 |
| 3 | Linden Development, LLC | Linden Development, LLC Attn: Legal Department 3950 Shackleford Road, Suite 350 Duluth, GA 30096 | Purchase and Sale Agreement (including any Exhibit(s) to the Purchase and Sale Agreement including, without limitation, the deed restrictions in the Deed recorded at DB 5745-0597 with and by the County Clerk for Union County, New Jersey) | 7/1/2008 | 10/31/2009 |
| 4 | Duke Baltimore LLC (as assignee of Duke Realty Limited Partnership) | Duke Realty Limited Partnership Attn: Legal Department 3950 Shackleford Road, Suite 350 Duluth, GA 30096 | Purchase and Sale Agreement (including any Exhibit(s) to the Purchase and Sale Agreement including, without limitation, the deed restrictions in the Special Warranty Deed recorded among the Land Records of Baltimore City in Liber FMC 7313, Folio 272) | 12/21/2005 | 10/31/2009 |
| 5 | Duke Construction Limited Partnership | Duke Realty Limited Partnership Attn: Legal Department 3950 Shackleford Road, Suite 350 Duluth, GA 30096 | Confidentiality and Acknowledgement Statement | 6/17/2005 | 10/31/2009 |