Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                      :

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

**QUARTERLY REPORT OF NOTICED *DE MINIMIS* SALES AND CERTAIN
NON-NOTICED *DE MINIMIS* SALES CONSUMMATED BY THE DEBTORS
PURSUANT TO ORDER ESTABLISHING PROCEDURES FOR *DE MINIMIS*
ASSET SALES DURING THE FISCAL QUARTER ENDING MARCH 31, 2010**

**PLEASE TAKE NOTICE THAT** on August 18, 2009, the Court entered the

Order Pursuant to 11 U.S.C. §§ 105 and 363 (A) Establishing Procedures for the Disposition of

*De Minimis* Assets, and (B) Authorizing the Debtors to (i) Pay Related Fees, and (ii) Assume,

Assume and Assign, or Reject Related Executory Contracts or Unexpired Leases [Docket No.

3830] (the "***De Minimis* Asset Sale Procedures Order**").[1]  The *De Minimis* Asset Sale

Procedures Order authorized the Debtors to implement certain procedures to consummate sales

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in *De Minimis* Asset Sale Procedures Order.

of *de minimis* assets outside of the ordinary course of business pursuant to section 363 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to paragraph 22 of the *De Minimis* Asset Sale Procedures Order, on or before the 30th day of the commencement of each fiscal quarter, the Debtors are required to file and serve on the Creditors' Committee a report summarizing (i) any Noticed *De Minimis* Sales that were consummated pursuant to the *De Minimis* Sale Procedures during the immediately preceding fiscal quarter and (ii) any Non-Noticed *De Minimis* Sales for consideration greater than $250,000 that were consummated pursuant to the *De Minimis* Sale Procedures during the immediately preceding fiscal quarter.

**PLEASE FURTHER TAKE NOTICE THAT** the Debtors hereby report that the Non-Noticed *De Minimis* Sale for consideration greater than $250,000, set forth on <u>Exhibit A</u> hereto, was consummated during the fiscal quarter ending March 31, 2010. The Debtors also report that no Noticed *De Minimis* Sales were consummated during the fiscal quarter ending March 31, 2010.

Dated: New York, New York
April 22, 2010

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

2

**Exhibit A**

| Asset Description | Location of Asset | Purchaser | Purchase Price | Closing Date |
|---|---|---|---|---|
| Residential Property | 1831 Grondinwood Court Milford, Michigan | Thomas C. Lapham | $411,000.00 | 3/8/2010 |