**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

APR 13 2010

**WITHDRAWAL OF CLAIM**

| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026 |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | GERARDO ISAEL GUTIERREZ MINOR BY & THROUGH HIS MOTHER MARGARITA CARDOZA ATTN: ROGER S BRAUGH, JR SICO, WHITE, HOELSCHER & BRAUGH, LLP 802 N CARANCAHUA SUITE 900 CORPUS CHRISTI, TX 78470 |
| Claim Number (if known): | 151 |
| Date Claim Filed: | 6/18/2009 |
| Total Amount of Claim Filed: | $5,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4/8/2010

Print Name: Roger S. Braugh Jr.

Title (if applicable): _____