**NEW HEARING DATE AND TIME: May 27, 2010 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: May 20, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**  :  **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*, : **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.* :
:
        **Debtors.** : **(Jointly Administered)**
:
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON JULIE AND DAVID
BRITTINGHAM'S APPLICATION FOR AN ORDER PURSUANT TO RULE
2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
AUTHORIZING AND DIRECTING (A) THE PRODUCTION OF
DOCUMENTS AND (B) THE ORAL EXAMINATION OF INDIVIDUALS
DESIGNATED BY THE DEBTORS AND BELIEVED TO HAVE
<u>KNOWLEDGE OF THE RELEVANT MATTERS</u>**

PLEASE TAKE NOTICE THAT

      The hearing on the Application of Julie and David Brittingham for an

Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing

and Directing (A) The Production of Documents and (B) the Oral Examination of

Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant

Matters [Docket No. 3665] (the "**Motion**"), which was originally scheduled to occur

before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on April 29, 2010 at 9:45 a.m. (Eastern Time), has been adjourned to **May 27, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**"). The new objection deadline shall be **May 20, 2010 at 4:00 p.m. (Eastern Time)**. The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
April 22, 2010

/s/ David Berz
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession