# EXHIBIT A

(Summary of Recommended Deductions)

**Exhibit A**

Summary of Recommended Deductions

Weil, Gotshal & Manges LLP

First Interim Fee Application

*In re Motors Liquidation Co. et al.*

| Fee Category | Recommended Disallowance |
|---|---|
| Project staffing | $0.00 |
| Firm retention and compensation | $0.00 |
| Conflicts checks | $0.00 |
| Double billing | $1,281.00 |
| Non-working travel time | $13,761.25 |
| Time increments | $0.00 |
| Long billing days | $32,311.20 |
| Transitory billers | $0.00 |
| Summer associates | $190,275.00 |
| Law clerks | $54,860.00 |
| Legal research | $0.00 |
| Block billing | $0.00 |
| Clerical/administrative | $0.00 |
| Vague entries | $15,546.53 |
| **Fees -- recommended disallowance** | **$308,034.98** |
| | |
| **Fee Discount (5%)** | **$880,146.41** |
| | |
| **Fees -- Total Recommended Disallowance** | **$1,188,181.39** |

| Expense Category | Recommended Disallowance |
|---|---|
| Pre-petition | $756.99 |
| Mistakenly charged | $3,114.45 |
| Airfare | $2,686.87 |
| Hotel | $3,947.37 |
| Meals | $26,882.62 |
| Local transportation | $6,274.67 |
| Administrative | $2,869.96 |
| Computerized legal research | $0.00 |
| Personal expenses | $1,034.64 |
| Meeting expenses | $44,464.14 |
| Electrical work | $8,607.43 |
| Bermuda trip | $1,571.37 |
| **Expenses -- recommended disallowance** | **$102,210.51** |

**Fees and Expenses**

| **Total Recommended Disallowance** | **$1,290,391.90** |
|---|---|