# EXHIBIT B

(Summary of Hours and Fees by Position and Individual Computed at Actual Rate)

# EXHIBIT B
## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT ACTUAL RATE
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0094 | Berz, David R. | PARTNER | $430.00 | $860.00 | 853.70 | $730,527.00 |
| 0663 | Smolinsky, Joseph H. | PARTNER | $412.50 | $825.00 | 782.80 | $644,366.25 |
| 0080 | Karotkin, Stephen | PARTNER | $475.00 | $950.00 | 620.20 | $582,492.50 |
| 0020 | Miller, Harvey R. | PARTNER | $475.00 | $950.00 | 435.20 | $412,490.00 |
| 0069 | Warren, Irwin H. | PARTNER | $950.00 | $950.00 | 414.80 | $394,060.00 |
| 0615 | Shim, Soo-Jin | PARTNER | $725.00 | $725.00 | 384.00 | $278,400.00 |
| 0082 | Tanenbaum, Jeffrey L. | PARTNER | $950.00 | $950.00 | 228.00 | $216,600.00 |
| 0139 | Gietz, Raymond O. | PARTNER | $450.00 | $900.00 | 227.00 | $199,575.00 |
| 0567 | Neuwirth, John A. | PARTNER | $760.00 | $760.00 | 257.00 | $195,320.00 |
| 0070 | Waksman, Ted S. | PARTNER | $925.00 | $925.00 | 180.90 | $167,332.50 |
| 0496 | Boerst, Juergen | PARTNER | $745.00 | $805.00 | 209.00 | $164,621.00 |
| 0246 | Guy, Ray T. | PARTNER | $850.00 | $850.00 | 189.90 | $161,415.00 |
| 0462 | Ginsburg, Richard A. | PARTNER | $790.00 | $790.00 | 193.70 | $153,023.00 |
| 3102 | Lemons, Robert J. | PARTNER | $725.00 | $725.00 | 192.60 | $139,635.00 |
| 0196 | Goldring, Stuart J. | PARTNER | $900.00 | $900.00 | 149.70 | $134,730.00 |
| 0406 | Blanchard, Kimberly S. | PARTNER | $900.00 | $900.00 | 122.20 | $109,980.00 |
| 0595 | Azcuy-Diaz, Beatriz | PARTNER | $725.00 | $725.00 | 147.00 | $106,575.00 |
| 0561 | Albanese, Anthony J. | PARTNER | $760.00 | $760.00 | 73.20 | $55,632.00 |
| 0212 | Hird, David B. | PARTNER | $790.00 | $790.00 | 69.70 | $55,063.00 |
| 0539 | Osterman, Jeffrey D. | PARTNER | $790.00 | $790.00 | 62.50 | $49,375.00 |
| 0223 | Lefkowitz, David S. | PARTNER | $950.00 | $950.00 | 50.20 | $47,690.00 |
| 0163 | Kam, Michael K. | PARTNER | $875.00 | $875.00 | 53.80 | $47,075.00 |
| 0427 | Chandler, Todd R. | PARTNER | $790.00 | $790.00 | 51.70 | $40,843.00 |
| 0329 | Reid, Penny P. | PARTNER | $850.00 | $850.00 | 42.30 | $35,955.00 |
| 0304 | Connolly, Annemargaret | PARTNER | $790.00 | $790.00 | 43.30 | $34,207.00 |
| 0318 | Francies, Mike | PARTNER | $1,000.00 | $1,000.00 | 31.70 | $31,700.00 |
| 0636 | Do, Danielle D. | PARTNER | $725.00 | $725.00 | 37.40 | $27,115.00 |
| 0225 | Mette, Daniel J. | PARTNER | $825.00 | $825.00 | 28.60 | $23,595.00 |
| 0534 | Druon, Philippe | PARTNER | $910.00 | $910.00 | 24.70 | $22,477.00 |
| 0570 | Bernstein, Andrea | PARTNER | $860.00 | $860.00 | 24.50 | $21,070.00 |
| 0519 | Peck, Steven M. | PARTNER | $790.00 | $790.00 | 23.70 | $18,723.00 |
| 0494 | Grauke, Stephan K. | PARTNER | $805.00 | $805.00 | 22.90 | $18,434.50 |

EXHIBIT B
SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
COMPUTED AT ACTUAL RATE
Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0446 | Dedyo, John J. | PARTNER | $850.00 | $850.00 | 21.00 | $17,850.00 |
| 0396 | Bahlke, Conrad G. | PARTNER | $790.00 | $790.00 | 22.20 | $17,538.00 |
| 0552 | Cole, James | PARTNER | $970.00 | $1,000.00 | 18.00 | $17,505.00 |
| 0122 | Epstein, Michael A. | PARTNER | $950.00 | $950.00 | 16.70 | $15,865.00 |
| 0419 | Landau, Malcolm E. | PARTNER | $790.00 | $790.00 | 11.90 | $9,401.00 |
| 0284 | Gregory, Holly J. | PARTNER | $810.00 | $810.00 | 11.10 | $8,991.00 |
| 0618 | Zawadowski, Artur | PARTNER | $645.00 | $695.00 | 11.70 | $7,856.50 |
| 0114 | Messineo, Robert L. | PARTNER | $925.00 | $925.00 | 8.40 | $7,770.00 |
| 0178 | Maskin, Arvin | PARTNER | $925.00 | $925.00 | 8.00 | $7,400.00 |
| 0011 | Millstein, Ira M. | PARTNER | $950.00 | $950.00 | 7.00 | $6,650.00 |
| 0084 | Chatzinoff, Howard | PARTNER | $950.00 | $950.00 | 6.60 | $6,270.00 |
| 0306 | Dicker, Howard B. | PARTNER | $850.00 | $850.00 | 4.60 | $3,910.00 |
| 0356 | Dederick, David S. | PARTNER | $515.00 | $515.00 | 7.50 | $3,862.50 |
| 0493 | Drueke, Heiner | PARTNER | $745.00 | $745.00 | 5.10 | $3,799.50 |
| 0277 | Kelly, Jacky | PARTNER | $1,000.00 | $1,000.00 | 3.70 | $3,700.00 |
| 0328 | Norwood, Andrew N. | PARTNER | $1,000.00 | $1,000.00 | 3.60 | $3,600.00 |
| 0492 | Schmidt, Gerhard | PARTNER | $1,000.00 | $1,000.00 | 3.50 | $3,500.00 |
| 0338 | Bower, David I. | PARTNER | $790.00 | $790.00 | 4.00 | $3,160.00 |
| 0041 | Jacoby, Mark A. | PARTNER | $825.00 | $825.00 | 3.70 | $3,052.50 |
| 0302 | Zylberberg, Samuel M. | PARTNER | $790.00 | $790.00 | 3.80 | $3,002.00 |
| 0409 | Fishley, Barry | PARTNER | $930.00 | $930.00 | 3.20 | $2,976.00 |
| 0064 | Gold, Simeon | PARTNER | $925.00 | $925.00 | 3.20 | $2,960.00 |
| 0327 | Nave, Douglas A. | PARTNER | $1,000.00 | $1,000.00 | 2.70 | $2,700.00 |
| 0365 | Chivers, Corey | PARTNER | $850.00 | $850.00 | 2.90 | $2,465.00 |
| 0351 | Ballack, Karen N. | PARTNER | $810.00 | $810.00 | 3.00 | $2,430.00 |
| 0397 | Dixon, Catherine T. | PARTNER | $950.00 | $950.00 | 2.30 | $2,185.00 |
| 0611 | Marks, Benjamin E. | PARTNER | $725.00 | $725.00 | 2.90 | $2,102.50 |
| 0135 | Danilow, Greg A. | PARTNER | $950.00 | $950.00 | 2.10 | $1,995.00 |
| 0190 | Buhle, Warren T. | PARTNER | $900.00 | $900.00 | 1.80 | $1,620.00 |
| 0478 | Etherton, Joanne | PARTNER | $930.00 | $990.00 | 1.50 | $1,419.00 |
| 0384 | Horton, Jr., W. | PARTNER | $825.00 | $825.00 | 1.60 | $1,320.00 |
| 0274 | Bloch, Matthew | PARTNER | $850.00 | $850.00 | 1.30 | $1,105.00 |

EXHIBIT B

SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
COMPUTED AT ACTUAL RATE

Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0388 | Zalenski, Walter E. | PARTNER | $790.00 | $790.00 | 0.90 | $711.00 |
| 2858 | Ramsay, Stanley | PARTNER | $700.00 | $700.00 | 1.00 | $700.00 |
| 0550 | Bale, Morgan | PARTNER | $760.00 | $760.00 | 0.90 | $684.00 |
| 0467 | Priestley, Sarah | PARTNER | $1,000.00 | $1,000.00 | 0.50 | $500.00 |
| 0353 | Nocco, Frank P. | PARTNER | $875.00 | $875.00 | 0.50 | $437.50 |
| 0471 | Strochak, Adam P. | PARTNER | $790.00 | $790.00 | 0.50 | $395.00 |
| 0423 | Miller, Rodney D. | PARTNER | $810.00 | $810.00 | 0.30 | $243.00 |
| 0644 | Sullivan, Kevin J. | PARTNER | $725.00 | $725.00 | 0.30 | $217.50 |
| | Blended Rate for Position: | | $854.20 | | 6,443.40 | $5,503,945.25 |
| No. of Billers for Position: 72 | | | | | % of Total: 17.52% | % of Total: 30.73% |
| 0487 | Meises, Michele J. | COUNSEL | $650.00 | $650.00 | 757.50 | $492,375.00 |
| 0508 | Ferrillo, Paul A. | COUNSEL | $700.00 | $700.00 | 158.50 | $110,950.00 |
| 0337 | Baer, Lawrence J. | COUNSEL | $700.00 | $700.00 | 100.30 | $70,210.00 |
| 2994 | Bronson, Ardith | COUNSEL | $650.00 | $650.00 | 73.20 | $47,580.00 |
| 0554 | Sipple, John M. | COUNSEL | $740.00 | $740.00 | 46.90 | $34,706.00 |
| 0619 | O'Loughlin Jr., John B. | COUNSEL | $650.00 | $650.00 | 39.90 | $25,935.00 |
| 2709 | Waldbaum, Brian A. | COUNSEL | $650.00 | $650.00 | 29.50 | $19,175.00 |
| 2660 | Zak, Lukasz | COUNSEL | $490.00 | $490.00 | 8.10 | $3,969.00 |
| 0437 | Whittaker, Donald R. | COUNSEL | $670.00 | $670.00 | 2.20 | $1,474.00 |
| 0344 | Margolis, Steven M. | COUNSEL | $700.00 | $700.00 | 1.00 | $700.00 |
| 3520 | OToole, Jr., P. | COUNSEL | $650.00 | $650.00 | 0.50 | $325.00 |
| | Blended Rate for Position: | | $663.11 | | 1,217.60 | $807,399.00 |
| No. of Billers for Position: 11 | | | | | % of Total: 3.31% | % of Total: 4.51% |
| 3331 | Berkovich, Ronit J. | ASSOCIATE | $315.00 | $630.00 | 833.30 | $524,506.50 |
| 1669 | Lederman, Evan S. | ASSOCIATE | $500.00 | $500.00 | 949.20 | $474,600.00 |
| 1648 | Laken, Lacey | ASSOCIATE | $415.00 | $415.00 | 742.40 | $308,096.00 |
| 5334 | Brooks, Russell | ASSOCIATE | $355.00 | $355.00 | 831.80 | $295,289.00 |
| 1200 | Falabella, Pablo | ASSOCIATE | $415.00 | $415.00 | 706.00 | $292,990.00 |
| 2628 | Burshtine, Ram | ASSOCIATE | $640.00 | $640.00 | 443.00 | $283,520.00 |

# EXHIBIT B
## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT ACTUAL RATE
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 1437 | Pierce, Nathan M. | ASSOCIATE | $415.00 | $415.00 | 576.40 | $239,206.00 |
| 1448 | Goslin, Thomas D. | ASSOCIATE | $500.00 | $500.00 | 475.40 | $237,700.00 |
| 1114 | Pais, Harsh | ASSOCIATE | $465.00 | $465.00 | 497.00 | $231,105.00 |
| 2947 | Amsel, Joshua S. | ASSOCIATE | $640.00 | $640.00 | 337.80 | $216,192.00 |
| 2152 | Smith, Leslie S. | ASSOCIATE | $640.00 | $640.00 | 334.30 | $213,952.00 |
| 1285 | Mapes, Justin G. | ASSOCIATE | $580.00 | $580.00 | 319.80 | $185,484.00 |
| 4218 | Morton, Matthew D. | ASSOCIATE | $290.00 | $580.00 | 309.80 | $178,814.00 |
| 4158 | Dummer, David W. | ASSOCIATE | $320.00 | $640.00 | 280.00 | $176,512.00 |
| 4056 | Morneau, Jeff M. | ASSOCIATE | $540.00 | $540.00 | 295.50 | $159,570.00 |
| 5490 | Meshkov, David S. | ASSOCIATE | $177.50 | $355.00 | 440.80 | $156,217.75 |
| 5560 | Benfield, Brianna N. | ASSOCIATE | $355.00 | $355.00 | 431.30 | $153,111.50 |
| 3148 | Gandhi, Ashish D. | ASSOCIATE | $630.00 | $630.00 | 236.30 | $148,869.00 |
| 1356 | Chow, Bernice | ASSOCIATE | $465.00 | $465.00 | 317.50 | $147,637.50 |
| 5318 | Arons, Andrew | ASSOCIATE | $355.00 | $355.00 | 407.70 | $144,733.50 |
| 1535 | Christensen, Evert J. | ASSOCIATE | $415.00 | $415.00 | 336.60 | $139,689.00 |
| 5274 | Forlenza, Justin | ASSOCIATE | $415.00 | $415.00 | 325.90 | $135,248.50 |
| 1146 | Blanchard, Aimee N. | ASSOCIATE | $250.00 | $500.00 | 264.00 | $129,875.00 |
| 1467 | Shiffman, Jonathan | ASSOCIATE | $640.00 | $640.00 | 187.00 | $119,680.00 |
| 1348 | Bayles, Seth A. | ASSOCIATE | $500.00 | $500.00 | 224.40 | $112,200.00 |
| 5327 | Bergman, Matthew D. | ASSOCIATE | $355.00 | $355.00 | 308.40 | $109,482.00 |
| 3628 | Goodman, Max A. | ASSOCIATE | $580.00 | $580.00 | 168.90 | $97,962.00 |
| 5530 | Van Deurzen, Josh | ASSOCIATE | $355.00 | $355.00 | 270.00 | $95,850.00 |
| 5525 | Spritz, Matthew M. | ASSOCIATE | $355.00 | $355.00 | 255.90 | $90,844.50 |
| 3734 | Frontczak, Morgan F. | ASSOCIATE | $630.00 | $630.00 | 141.30 | $89,019.00 |
| 1409 | Kohl, Michael | ASSOCIATE | $585.00 | $630.00 | 127.80 | $78,601.50 |
| 1204 | Godhard, Peter | ASSOCIATE | $465.00 | $465.00 | 166.30 | $77,329.50 |
| 1154 | Jacobs, Barry A. | ASSOCIATE | $270.00 | $540.00 | 138.10 | $73,359.00 |
| 1506 | Adamich, JoLee | ASSOCIATE | $580.00 | $580.00 | 125.60 | $72,848.00 |
| 5280 | Hines, Nichole | ASSOCIATE | $415.00 | $415.00 | 172.30 | $71,504.50 |
| 1111 | Magno, Georgia | ASSOCIATE | $540.00 | $540.00 | 131.30 | $70,902.00 |
| 1100 | Burns, Gregory C. | ASSOCIATE | $465.00 | $465.00 | 148.80 | $69,192.00 |
| 4148 | Allen, Margaret H. | ASSOCIATE | $270.00 | $540.00 | 131.30 | $69,147.00 |

Page B-4 of 16

# EXHIBIT B
## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT ACTUAL RATE
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINIMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 2966 | Hahn, Arlene A. | ASSOCIATE | $640.00 | $640.00 | 107.20 | $68,608.00 |
| 4348 | Wagener, Jackson P. | ASSOCIATE | $500.00 | $500.00 | 135.40 | $67,700.00 |
| 3181 | Law, Erin J. | ASSOCIATE | $640.00 | $640.00 | 104.50 | $66,880.00 |
| 5305 | Pruzansky, Jason | ASSOCIATE | $415.00 | $415.00 | 156.00 | $64,740.00 |
| 5427 | Lehson, Alexandra | ASSOCIATE | $207.50 | $415.00 | 149.70 | $60,154.25 |
| 5182 | Tran, Diem | ASSOCIATE | $465.00 | $465.00 | 126.40 | $58,776.00 |
| 5123 | Cutting, Dionne | ASSOCIATE | $415.00 | $415.00 | 141.40 | $58,681.00 |
| 5386 | Seymour, Jennifer A. | ASSOCIATE | $415.00 | $415.00 | 137.90 | $57,228.50 |
| 5513 | Salcedo, Nadya | ASSOCIATE | $355.00 | $355.00 | 158.30 | $56,196.50 |
| 1168 | Levine, Alexander | ASSOCIATE | $500.00 | $500.00 | 112.00 | $56,000.00 |
| 5133 | Grabill, Jeremy T. | ASSOCIATE | $465.00 | $465.00 | 116.10 | $53,986.50 |
| 4005 | Vron, Victoria | ASSOCIATE | $540.00 | $540.00 | 96.90 | $52,326.00 |
| 1478 | White, Sean | ASSOCIATE | $620.00 | $660.00 | 81.70 | $51,650.00 |
| 1532 | Chandis, Vanessa | ASSOCIATE | $465.00 | $465.00 | 108.50 | $50,452.50 |
| 5018 | Jaclyn, Elisa | ASSOCIATE | $465.00 | $465.00 | 108.50 | $50,452.50 |
| 4346 | Kaplan, Jaime S. | ASSOCIATE | $500.00 | $500.00 | 100.10 | $50,050.00 |
| 4121 | Landen, Ronald A. | ASSOCIATE | $640.00 | $640.00 | 76.80 | $49,152.00 |
| 1455 | Pae, Joonbeom | ASSOCIATE | $415.00 | $415.00 | 115.20 | $47,808.00 |
| 5266 | Davidson, Kasara E. | ASSOCIATE | $415.00 | $415.00 | 113.30 | $47,019.50 |
| 5183 | Trivedi, Sujan H. | ASSOCIATE | $465.00 | $465.00 | 99.40 | $46,221.00 |
| 5404 | White, Richard L. | ASSOCIATE | $415.00 | $415.00 | 110.70 | $45,940.50 |
| 4774 | Hewitt, Penelope | ASSOCIATE | $495.00 | $530.00 | 88.10 | $44,894.00 |
| 5757 | Hren, Eileen | ASSOCIATE | $355.00 | $355.00 | 123.40 | $43,807.00 |
| 1559 | Yates, Erin K. | ASSOCIATE | $355.00 | $355.00 | 122.80 | $43,594.00 |
| 5162 | Pancholy, Ritu | ASSOCIATE | $465.00 | $465.00 | 91.20 | $42,408.00 |
| 5201 | Klein, Daniel S. | ASSOCIATE | $465.00 | $465.00 | 91.10 | $42,361.50 |
| 5485 | Luise, Christopher T. | ASSOCIATE | $355.00 | $355.00 | 117.50 | $41,712.50 |
| 5119 | Compagna, Brian | ASSOCIATE | $465.00 | $465.00 | 88.40 | $41,106.00 |
| 6724 | Smith, Jeremy | ASSOCIATE | $440.00 | $470.00 | 87.20 | $39,955.00 |
| 5324 | Baudler, Matthew | ASSOCIATE | $355.00 | $355.00 | 112.40 | $39,902.00 |
| 1218 | Rana, Faraz | ASSOCIATE | $415.00 | $415.00 | 93.80 | $38,927.00 |
| 4684 | Wine, Jennifer L. | ASSOCIATE | $465.00 | $465.00 | 82.60 | $38,409.00 |

**EXHIBIT B**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT ACTUAL RATE**
**Weil, Gotshal & Manges**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 5444 | Foley, Jared | ASSOCIATE | $355.00 | $355.00 | 103.70 | $36,813.50 |
| 1447 | Bailhache, Geoffrey W. | ASSOCIATE | $620.00 | $660.00 | 57.90 | $36,254.00 |
| 5306 | Quinn, Georgia D. | ASSOCIATE | $415.00 | $415.00 | 85.50 | $35,482.50 |
| 5503 | Pendleton, Megan | ASSOCIATE | $355.00 | $355.00 | 98.30 | $34,896.50 |
| 3282 | Auchterlonie, Sarah J. | ASSOCIATE | $610.00 | $610.00 | 56.90 | $34,709.00 |
| 4097 | Ostroff, Eric W. | ASSOCIATE | $540.00 | $540.00 | 63.50 | $34,290.00 |
| 5384 | Yunis, Benjamin | ASSOCIATE | $415.00 | $415.00 | 80.00 | $33,200.00 |
| 1210 | Kalayoglu, Sinan | ASSOCIATE | $415.00 | $415.00 | 79.40 | $32,951.00 |
| 4209 | Jarmer, Christine T. | ASSOCIATE | $630.00 | $630.00 | 52.30 | $32,949.00 |
| 5532 | Veit, Cheri | ASSOCIATE | $355.00 | $355.00 | 92.50 | $32,837.50 |
| 5198 | Carter, Starlett A. | ASSOCIATE | $465.00 | $465.00 | 69.70 | $32,410.50 |
| 1260 | Taylor, Amber D. | ASSOCIATE | $500.00 | $500.00 | 64.70 | $32,350.00 |
| 4306 | Woller, Scott D. | ASSOCIATE | $540.00 | $540.00 | 58.90 | $31,806.00 |
| 5599 | Gail, David B. | ASSOCIATE | $355.00 | $355.00 | 87.10 | $30,920.50 |
| 5298 | Newell, Ariane | ASSOCIATE | $415.00 | $415.00 | 72.90 | $30,253.50 |
| 5540 | Woodley, RaShawn | ASSOCIATE | $355.00 | $355.00 | 85.00 | $30,175.00 |
| 5391 | O'Connor, John T. | ASSOCIATE | $415.00 | $415.00 | 72.40 | $30,046.00 |
| 1367 | Perheentupa, Ilkka I. | ASSOCIATE | $580.00 | $580.00 | 51.60 | $29,928.00 |
| 5320 | Astorga, Patricia | ASSOCIATE | $355.00 | $355.00 | 84.20 | $29,891.00 |
| 1217 | Bosshard-Blackey, Elizabeth | ASSOCIATE | $415.00 | $415.00 | 71.50 | $29,672.50 |
| 3256 | Butenas, John | ASSOCIATE | $600.00 | $600.00 | 48.80 | $29,280.00 |
| 5460 | Hatcher, R. Todd T. | ASSOCIATE | $355.00 | $355.00 | 82.40 | $29,252.00 |
| 4011 | Spencer, Danitra T. | ASSOCIATE | $540.00 | $540.00 | 51.60 | $27,864.00 |
| 5476 | Kulawik, Tomasz | ASSOCIATE | $355.00 | $355.00 | 78.00 | $27,690.00 |
| 5688 | Evans, Christopher L. | ASSOCIATE | $355.00 | $355.00 | 76.50 | $27,157.50 |
| 4210 | Bremer, Carmen | ASSOCIATE | $580.00 | $580.00 | 46.30 | $26,854.00 |
| 5171 | Rosen, Marc B. | ASSOCIATE | $465.00 | $465.00 | 57.40 | $26,691.00 |
| 1531 | Noury, Anne-Sophie | ASSOCIATE | $525.00 | $525.00 | 50.50 | $26,512.50 |
| 5275 | Freda, Lucia | ASSOCIATE | $415.00 | $415.00 | 62.60 | $25,979.00 |
| 5597 | Crews, Kevin T. | ASSOCIATE | $355.00 | $355.00 | 72.70 | $25,808.50 |
| 1308 | Schroeder, Friederike | ASSOCIATE | $355.00 | $385.00 | 67.20 | $24,972.00 |
| 1239 | Spizzichino, Lionel | ASSOCIATE | $700.00 | $700.00 | 35.00 | $24,500.00 |

**EXHIBIT B**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT ACTUAL RATE**
**Weil, Gotshal & Manges**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 4343 | Ng, Alexander W. | ASSOCIATE | $500.00 | $500.00 | 48.20 | $24,100.00 |
| 1169 | Seltzer, Steven | ASSOCIATE | $465.00 | $465.00 | 50.50 | $23,482.50 |
| 1387 | Chapman, Hillary G. | ASSOCIATE | $465.00 | $465.00 | 49.20 | $22,878.00 |
| 1500 | Pellafone, Ricardo P. | ASSOCIATE | $465.00 | $465.00 | 48.90 | $22,738.50 |
| 1391 | Imam, Anwar | ASSOCIATE | $500.00 | $500.00 | 44.30 | $22,150.00 |
| 1215 | Offir, Itay | ASSOCIATE | $415.00 | $415.00 | 51.50 | $21,372.50 |
| 1231 | Weinstock, David Duffo | ASSOCIATE | $415.00 | $415.00 | 50.70 | $21,040.50 |
| 1128 | Herman, Michelle F. | ASSOCIATE | $580.00 | $580.00 | 34.20 | $19,836.00 |
| 3648 | Solow, Heather R. | ASSOCIATE | $580.00 | $580.00 | 33.20 | $19,256.00 |
| 1402 | Razavilar, Pejman | ASSOCIATE | $580.00 | $580.00 | 31.80 | $18,444.00 |
| 1404 | Westerman, Gavin | ASSOCIATE | $580.00 | $580.00 | 31.50 | $18,270.00 |
| 1193 | Bronder, Vigdis | ASSOCIATE | $415.00 | $415.00 | 43.80 | $18,177.00 |
| 3327 | Buchwaldt, Konrad V. | ASSOCIATE | $485.00 | $525.00 | 36.90 | $18,164.50 |
| 3417 | Oken, Rima J. | ASSOCIATE | $610.00 | $610.00 | 29.50 | $17,995.00 |
| 3190 | Delaney, Edwin M. | ASSOCIATE | $540.00 | $540.00 | 33.00 | $17,820.00 |
| 4279 | Maletic, Michael T. | ASSOCIATE | $500.00 | $500.00 | 35.60 | $17,800.00 |
| 5311 | Roistacher, Layne | ASSOCIATE | $415.00 | $415.00 | 41.80 | $17,347.00 |
| 4049 | Platkov, Margarita | ASSOCIATE | $580.00 | $580.00 | 29.80 | $17,284.00 |
| 1663 | Breidenbach, Michael | ASSOCIATE | $500.00 | $500.00 | 34.30 | $17,150.00 |
| 1190 | Biernacki, Jakub | ASSOCIATE | $415.00 | $415.00 | 40.50 | $16,807.50 |
| 5542 | Yung, Kevin | ASSOCIATE | $355.00 | $355.00 | 47.30 | $16,791.50 |
| 1257 | Stewart, Benjamin | ASSOCIATE | $500.00 | $500.00 | 33.20 | $16,600.00 |
| 5524 | Speiser, Matthew M. | ASSOCIATE | $355.00 | $355.00 | 46.00 | $16,330.00 |
| 5464 | Howatt, Matthew | ASSOCIATE | $355.00 | $355.00 | 45.70 | $16,223.50 |
| 1515 | Konig, Robert | ASSOCIATE | $500.00 | $500.00 | 30.80 | $15,400.00 |
| 3565 | Nagar, Roshelle A. | ASSOCIATE | $640.00 | $640.00 | 23.50 | $15,040.00 |
| 4294 | Roesch, Robert C. | ASSOCIATE | $500.00 | $500.00 | 30.00 | $15,000.00 |
| 1423 | Woodworth, Andrew J. | ASSOCIATE | $540.00 | $540.00 | 27.60 | $14,904.00 |
| 4798 | Smith, Michael C. | ASSOCIATE | $465.00 | $465.00 | 31.70 | $14,740.50 |
| 5355 | Esposito, Michael J. | ASSOCIATE | $355.00 | $355.00 | 41.30 | $14,661.50 |
| 4034 | Lichter, Jason | ASSOCIATE | $540.00 | $540.00 | 25.90 | $13,986.00 |
| 3655 | Malloy, Lavell | ASSOCIATE | $610.00 | $610.00 | 22.90 | $13,969.00 |

EXHIBIT B
SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
COMPUTED AT ACTUAL RATE
Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 5382 | Yarnall, Jessica L. | ASSOCIATE | $415.00 | $415.00 | 32.20 | $13,363.00 |
| 1425 | House, Maxine | ASSOCIATE | $280.00 | $470.00 | 46.60 | $13,213.50 |
| 5411 | Powers, Dana K. | ASSOCIATE | $415.00 | $415.00 | 28.90 | $11,993.50 |
| 1571 | Nerwal, Mavnick B. | ASSOCIATE | $440.00 | $470.00 | 25.90 | $11,969.00 |
| 5348 | Depowski, Kristen Leigh | ASSOCIATE | $355.00 | $355.00 | 32.40 | $11,502.00 |
| 1277 | O'Connell, Dean W. | ASSOCIATE | $560.00 | $560.00 | 19.80 | $11,088.00 |
| 4047 | Protzmann, Laura J. | ASSOCIATE | $540.00 | $540.00 | 20.40 | $11,016.00 |
| 5108 | Baldwin, Kristin L. | ASSOCIATE | $465.00 | $465.00 | 23.60 | $10,974.00 |
| 3661 | Davis, Amanda L. | ASSOCIATE | $580.00 | $580.00 | 18.80 | $10,904.00 |
| 5595 | Meyer, Jill D. | ASSOCIATE | $355.00 | $355.00 | 30.30 | $10,756.50 |
| 3799 | Empting, Tobias | ASSOCIATE | $390.00 | $420.00 | 25.50 | $10,695.00 |
| 1167 | Speake, Alicia L. | ASSOCIATE | $495.00 | $595.00 | 20.40 | $10,374.00 |
| 1441 | Kim, Hyun K. | ASSOCIATE | $540.00 | $540.00 | 19.20 | $10,368.00 |
| 5301 | Pathmanaban, Giriraj | ASSOCIATE | $415.00 | $415.00 | 24.40 | $10,126.00 |
| 4225 | Firestone, Michael | ASSOCIATE | $580.00 | $580.00 | 17.30 | $10,034.00 |
| 5468 | James, Cheryl A. | ASSOCIATE | $355.00 | $355.00 | 26.10 | $9,265.50 |
| 4170 | Krausgrill, Bjorn | ASSOCIATE | $390.00 | $420.00 | 20.80 | $8,592.00 |
| 4305 | Meade, Kevin F. | ASSOCIATE | $540.00 | $540.00 | 15.30 | $8,262.00 |
| 1429 | Sadlak, Kristina A. | ASSOCIATE | $465.00 | $465.00 | 16.40 | $7,626.00 |
| 5304 | Perry, Adrian | ASSOCIATE | $355.00 | $355.00 | 20.80 | $7,384.00 |
| 1468 | Martialay, Elizabeth A. | ASSOCIATE | $580.00 | $580.00 | 12.20 | $7,076.00 |
| 4008 | Comer, Samuel J. | ASSOCIATE | $540.00 | $540.00 | 12.50 | $6,750.00 |
| 5340 | Chhean, Chhunny | ASSOCIATE | $355.00 | $355.00 | 18.90 | $6,709.50 |
| 1264 | Meyrowitz, Melissa | ASSOCIATE | $640.00 | $640.00 | 10.40 | $6,656.00 |
| 1287 | Rosenthal, Danielle | ASSOCIATE | $500.00 | $500.00 | 13.30 | $6,650.00 |
| 1159 | Blair, Lauren | ASSOCIATE | $675.00 | $675.00 | 9.10 | $6,142.50 |
| 1175 | Tauser, Kian | ASSOCIATE | $630.00 | $630.00 | 9.00 | $5,670.00 |
| 5528 | Turner, Kim P. | ASSOCIATE | $355.00 | $355.00 | 15.70 | $5,573.50 |
| 1461 | Petherbridge, Vaughan | ASSOCIATE | $580.00 | $580.00 | 9.60 | $5,568.00 |
| 5486 | Lutzker, Stacey | ASSOCIATE | $355.00 | $355.00 | 15.60 | $5,538.00 |
| 3609 | Karl, Jeannie | ASSOCIATE | $540.00 | $540.00 | 10.20 | $5,508.00 |
| 1310 | Vermeille, Sophie | ASSOCIATE | $485.00 | $525.00 | 11.00 | $5,495.00 |

Page B-8 of 16

**EXHIBIT B**

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT ACTUAL RATE**

**Weil, Gotshal & Manges**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 5285 | Khachaturian, S. A. | ASSOCIATE | $415.00 | $415.00 | 12.70 | $5,270.50 |
| 3787 | David, Jean-Christophe | ASSOCIATE | $650.00 | $700.00 | 8.00 | $5,255.00 |
| 5288 | Lee, June K. | ASSOCIATE | $415.00 | $415.00 | 12.40 | $5,146.00 |
| 5424 | McCaffrey, Meghan A. | ASSOCIATE | $355.00 | $355.00 | 13.70 | $4,863.50 |
| 1666 | Beyer, Stefanie K. | ASSOCIATE | $415.00 | $415.00 | 11.10 | $4,606.50 |
| 5357 | Fasbender, Jordan R. | ASSOCIATE | $355.00 | $355.00 | 12.80 | $4,544.00 |
| 2963 | Cooper, Bethany J. | ASSOCIATE | $640.00 | $640.00 | 7.00 | $4,480.00 |
| 4104 | Fabre, Jerome | ASSOCIATE | $650.00 | $650.00 | 6.80 | $4,420.00 |
| 4145 | Ruegenberg, Guido | ASSOCIATE | $485.00 | $525.00 | 8.70 | $4,391.50 |
| 1471 | Jackson, Edward N. | ASSOCIATE | $720.00 | $720.00 | 5.80 | $4,176.00 |
| 5428 | Weinroth, Marc | ASSOCIATE | $415.00 | $415.00 | 9.60 | $3,984.00 |
| 5501 | Pearson, Tashanna B. | ASSOCIATE | $355.00 | $355.00 | 11.00 | $3,905.00 |
| 1513 | Lánchidi, István | ASSOCIATE | $430.00 | $430.00 | 9.00 | $3,870.00 |
| 5506 | Radetsky, Alex | ASSOCIATE | $355.00 | $355.00 | 10.80 | $3,834.00 |
| 5253 | Brace, Jennifer M. | ASSOCIATE | $415.00 | $415.00 | 9.10 | $3,776.50 |
| 5178 | Stein, Steven B. | ASSOCIATE | $415.00 | $415.00 | 7.90 | $3,278.50 |
| 5267 | Peterman, N. D. | ASSOCIATE | $355.00 | $355.00 | 8.80 | $3,124.00 |
| 4699 | Kucerik, Brianne L. | ASSOCIATE | $465.00 | $465.00 | 6.30 | $2,929.50 |
| 1504 | Spanierman, Brooke | ASSOCIATE | $540.00 | $540.00 | 4.90 | $2,646.00 |
| 1120 | Williams, Olanrewaju A. | ASSOCIATE | $465.00 | $465.00 | 5.50 | $2,557.50 |
| 1507 | Goodman, Benjamin A. | ASSOCIATE | $630.00 | $630.00 | 3.80 | $2,394.00 |
| 1338 | Walker, Oliver D. | ASSOCIATE | $715.00 | $715.00 | 3.30 | $2,359.50 |
| 5459 | Haberman, Noam I. | ASSOCIATE | $355.00 | $355.00 | 6.60 | $2,343.00 |
| 5203 | Obi, Emmanuel U. | ASSOCIATE | $415.00 | $415.00 | 5.60 | $2,324.00 |
| 5365 | Seales, Jannelle M. | ASSOCIATE | $415.00 | $415.00 | 5.50 | $2,282.50 |
| 1110 | Heyliger, Adelaja K. | ASSOCIATE | $580.00 | $580.00 | 3.90 | $2,262.00 |
| 5336 | Brown, David C. | ASSOCIATE | $355.00 | $355.00 | 5.80 | $2,059.00 |
| 5481 | Levy, Zohar R. | ASSOCIATE | $355.00 | $355.00 | 5.30 | $1,881.50 |
| 5470 | Kendall, Consuelo A. | ASSOCIATE | $355.00 | $355.00 | 5.20 | $1,846.00 |
| 1245 | Iliescu, Amir | ASSOCIATE | $580.00 | $580.00 | 3.10 | $1,798.00 |
| 5363 | Feit, Adam J. | ASSOCIATE | $355.00 | $355.00 | 5.00 | $1,775.00 |
| 1588 | Fassam, Jae | ASSOCIATE | $560.00 | $660.00 | 2.70 | $1,682.00 |

EXHIBIT B
SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
COMPUTED AT ACTUAL RATE
Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 1209 | Hoelzer, Lauren | ASSOCIATE | $465.00 | $465.00 | 3.60 | $1,674.00 |
| 1355 | Fennell, Gregory | ASSOCIATE | $540.00 | $540.00 | 3.10 | $1,674.00 |
| 5341 | Cohen, David A. | ASSOCIATE | $355.00 | $355.00 | 3.80 | $1,349.00 |
| 4313 | Majid, Saima | ASSOCIATE | $500.00 | $500.00 | 2.50 | $1,250.00 |
| 1226 | Ross, Jessica S. | ASSOCIATE | $415.00 | $415.00 | 3.00 | $1,245.00 |
| 1289 | Yuan, Jie | ASSOCIATE | $465.00 | $465.00 | 2.30 | $1,069.50 |
| 1392 | Harmjanz, Jan D. | ASSOCIATE | $520.00 | $520.00 | 2.00 | $1,040.00 |
| 1442 | Laengin, Kerstin | ASSOCIATE | $485.00 | $485.00 | 1.50 | $727.50 |
| 3793 | Kotcher, Liani G. | ASSOCIATE | $540.00 | $540.00 | 1.20 | $648.00 |
| 1534 | Cheng, Jennifer | ASSOCIATE | $415.00 | $415.00 | 1.30 | $539.50 |
| 5339 | Castellani, Anne K. | ASSOCIATE | $355.00 | $355.00 | 1.40 | $497.00 |
| 5118 | Coelho, Sara | ASSOCIATE | $465.00 | $465.00 | 1.00 | $465.00 |
| 5261 | Cohen, Harris | ASSOCIATE | $415.00 | $415.00 | 1.00 | $415.00 |
| 5376 | Weitzner, Stephanie L. | ASSOCIATE | $415.00 | $415.00 | 1.00 | $415.00 |
| 5516 | Schermerhorn, Peter | ASSOCIATE | $355.00 | $355.00 | 1.10 | $390.50 |
| 6642 | Pyzik, Magdalena | ASSOCIATE | $335.00 | $335.00 | 1.00 | $335.00 |
| 2648 | Perez, M. A. | ASSOCIATE | $475.00 | $475.00 | 0.70 | $332.50 |
| 1538 | Hawkins, Eric C. | ASSOCIATE | $415.00 | $415.00 | 0.80 | $332.00 |
| 1609 | Haye, Pascaline | ASSOCIATE | $315.00 | $315.00 | 1.00 | $315.00 |
| 4705 | Jojart, Biborka | ASSOCIATE | $260.00 | $260.00 | 0.50 | $130.00 |
| 4057 | Grapsas, Rebecca | ASSOCIATE | $540.00 | $540.00 | 0.20 | $108.00 |
| 1684 | Pfeiffer, Mareike | ASSOCIATE | $325.00 | $325.00 | 0.30 | $97.50 |
| 4432 | Reyes, Gabriel | ASSOCIATE | $355.00 | $355.00 | 0.20 | $71.00 |
| 5514 | Sapp, Jennifer | ASSOCIATE | $355.00 | $355.00 | 0.20 | $71.00 |
| No. of Billers for Position: 222 | | Blended Rate for Position: | $472.11 | | 21,270.80 | $10,042,191.50 |
| | | | | | % of Total: 57.84% | % of Total: 56.06% |
| 6016 | Linden, Christopher | SUMMER ASSOCIAT | $250.00 | $250.00 | 184.90 | $46,225.00 |
| 5611 | Diaz, Ondrej S. | SUMMER ASSOCIAT | $250.00 | $250.00 | 114.40 | $28,600.00 |
| 6014 | Lavine, Adam | SUMMER ASSOCIAT | $250.00 | $250.00 | 107.90 | $26,975.00 |
| 5403 | Bryk, Jordan | SUMMER ASSOCIAT | $250.00 | $250.00 | 53.10 | $13,275.00 |

EXHIBIT B
SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
COMPUTED AT ACTUAL RATE
Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINIMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 6008 | Jacobson, Daniel J. | SUMMER ASSOCIAT | $250.00 | $250.00 | 43.90 | $10,975.00 |
| 6027 | Pierson, Lauren | SUMMER ASSOCIAT | $250.00 | $250.00 | 37.70 | $9,425.00 |
| 4436 | Friedman, Jill M. | SUMMER ASSOCIAT | $250.00 | $250.00 | 32.50 | $8,125.00 |
| 6006 | Harp, Katherine | SUMMER ASSOCIAT | $250.00 | $250.00 | 31.90 | $7,975.00 |
| 6001 | Gordon, Arielle | SUMMER ASSOCIAT | $250.00 | $250.00 | 29.30 | $7,325.00 |
| 6017 | Martin, Daniel J. | SUMMER ASSOCIAT | $250.00 | $250.00 | 28.20 | $7,050.00 |
| 6042 | Silverman, Cliff | SUMMER ASSOCIAT | $250.00 | $250.00 | 26.80 | $6,700.00 |
| 6031 | Rosenstock, Marisa B. | SUMMER ASSOCIAT | $250.00 | $250.00 | 18.90 | $4,725.00 |
| 6013 | Kyriacou, Stephen | SUMMER ASSOCIAT | $250.00 | $250.00 | 15.20 | $3,800.00 |
| 6043 | Simpson, Britt | SUMMER ASSOCIAT | $250.00 | $250.00 | 14.50 | $3,625.00 |
| 6010 | Jia, Joanna | SUMMER ASSOCIAT | $250.00 | $250.00 | 11.50 | $2,875.00 |
| 6025 | Pedone, Joanne | SUMMER ASSOCIAT | $250.00 | $250.00 | 10.40 | $2,600.00 |
| No. of Billers for Position: 16 | | Blended Rate for Position: | $250.00 | | 761.10 | $190,275.00 |
| | | | | | % of Total: 2.07% | % of Total: 1.06% |
| 5673 | Rosen, Chelsea | LAW CLERK | $225.00 | $225.00 | 75.40 | $16,965.00 |
| 5045 | Whittingham, Luwisha | LAW CLERK | $265.00 | $280.00 | 59.30 | $15,966.50 |
| 7218 | Hasek, Alexander | LAW CLERK | $280.00 | $280.00 | 31.50 | $8,820.00 |
| 6918 | Szoke, Judit | LAW CLERK | $195.00 | $195.00 | 31.40 | $6,123.00 |
| 7068 | Szymczak, Aleksandra | LAW CLERK | $145.00 | $155.00 | 24.10 | $3,653.50 |
| 7252 | Carter, William J. | LAW CLERK | $280.00 | $280.00 | 11.90 | $3,332.00 |
| No. of Billers for Position: 6 | | Blended Rate for Position: | $234.85 | | 233.60 | $54,860.00 |
| | | | | | % of Total: 0.64% | % of Total: 0.31% |
| 6558 | Rodriguez, Ilusion | LEGAL ASSISTANT | $180.00 | $180.00 | 684.00 | $123,120.00 |
| 7331 | George, Camille A. | LEGAL ASSISTANT | $210.00 | $210.00 | 525.80 | $110,418.00 |
| 6746 | Lee, Kathleen | LEGAL ASSISTANT | $245.00 | $245.00 | 264.50 | $64,802.50 |
| 6617 | Jones, Peggy | LEGAL ASSISTANT | $230.00 | $230.00 | 276.40 | $63,572.00 |
| 8225 | Devaney, Sean P. | LEGAL ASSISTANT | $180.00 | $180.00 | 326.00 | $58,680.00 |
| 7341 | Kerley, Peggy N. | LEGAL ASSISTANT | $105.00 | $210.00 | 243.90 | $50,484.00 |
| 8840 | Oh, Doe Y. | LEGAL ASSISTANT | $195.00 | $195.00 | 248.50 | $48,457.50 |

Page B-11 of 16

**EXHIBIT B**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT ACTUAL RATE**
**Weil, Gotshal & Manges**

| INITIALS | NAME | POSITION | MINIMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 6835 | Siebel, Peter A. | LEGAL ASSISTANT | $210.00 | $210.00 | 211.50 | $44,415.00 |
| 6705 | Ellsworth, John A. | LEGAL ASSISTANT | $230.00 | $230.00 | 189.00 | $43,470.00 |
| 7374 | Hausman, Jeffrie | LEGAL ASSISTANT | $230.00 | $230.00 | 185.20 | $42,596.00 |
| 7193 | Schell, Peter | LEGAL ASSISTANT | $205.00 | $205.00 | 195.60 | $40,098.00 |
| 7375 | Malkovich, Yovanka | LEGAL ASSISTANT | $190.00 | $190.00 | 187.20 | $35,568.00 |
| 6894 | Shapiro, Rachel | LEGAL ASSISTANT | $160.00 | $160.00 | 201.50 | $32,240.00 |
| 6898 | Perkari, Harish | LEGAL ASSISTANT | $170.00 | $170.00 | 186.10 | $31,637.00 |
| 6718 | Prindle, Kaitlin C. | LEGAL ASSISTANT | $180.00 | $180.00 | 161.00 | $28,980.00 |
| 7048 | Moffitt, Andrea N. | LEGAL ASSISTANT | $170.00 | $170.00 | 165.60 | $28,152.00 |
| 6871 | Chan, Herbert | LEGAL ASSISTANT | $195.00 | $195.00 | 141.10 | $27,514.50 |
| 7343 | Wilmer, Andrea | LEGAL ASSISTANT | $80.00 | $160.00 | 137.00 | $21,080.00 |
| 6895 | Schoenfeld, Matthew | LEGAL ASSISTANT | $160.00 | $160.00 | 117.90 | $18,864.00 |
| 7364 | Mehta, Mona V. | LEGAL ASSISTANT | $160.00 | $160.00 | 113.00 | $18,080.00 |
| 6516 | Gordon, William H. | LEGAL ASSISTANT | $195.00 | $195.00 | 88.20 | $17,199.00 |
| 6857 | Shiroma, Lance Y. | LEGAL ASSISTANT | $230.00 | $230.00 | 66.90 | $15,387.00 |
| 6839 | Phillips, Lesley | LEGAL ASSISTANT | $210.00 | $210.00 | 73.20 | $15,372.00 |
| 6840 | Reid, Tashan Q. | LEGAL ASSISTANT | $195.00 | $195.00 | 76.80 | $14,976.00 |
| 6976 | Stauble, Christopher A. | LEGAL ASSISTANT | $245.00 | $245.00 | 59.20 | $14,504.00 |
| 7168 | Etienne, Donald | LEGAL ASSISTANT | $160.00 | $160.00 | 69.10 | $11,056.00 |
| 6922 | McGrath, Caitlin M. | LEGAL ASSISTANT | $160.00 | $160.00 | 62.10 | $9,936.00 |
| 7389 | Ventura, Carol | LEGAL ASSISTANT | $160.00 | $160.00 | 61.90 | $9,904.00 |
| 8415 | Tily, Michael T. | LEGAL ASSISTANT | $160.00 | $160.00 | 56.80 | $9,088.00 |
| 7258 | Chan, Bill K. | LEGAL ASSISTANT | $180.00 | $180.00 | 47.50 | $8,550.00 |
| 6497 | Mills, Patrick G. | LEGAL ASSISTANT | $255.00 | $255.00 | 29.90 | $7,624.50 |
| 7161 | Choi, Jessica | LEGAL ASSISTANT | $80.00 | $160.00 | 50.40 | $7,424.00 |
| 7410 | Kim, Andrew | LEGAL ASSISTANT | $160.00 | $160.00 | 46.10 | $7,376.00 |
| 6581 | Viola, Matthew | LEGAL ASSISTANT | $245.00 | $245.00 | 29.40 | $7,203.00 |
| 9364 | Sully, Dawii R. | LEGAL ASSISTANT | $95.00 | $95.00 | 69.60 | $6,612.00 |
| 6563 | Maravilla, Mel C. | LEGAL ASSISTANT | $200.00 | $200.00 | 32.70 | $6,540.00 |
| 7199 | Marquez, Francheska | LEGAL ASSISTANT | $200.00 | $200.00 | 31.90 | $6,380.00 |
| 6847 | Inglis, Suzanne | LEGAL ASSISTANT | $245.00 | $245.00 | 25.60 | $6,272.00 |
| 7339 | Topaz, Richard H. | LEGAL ASSISTANT | $160.00 | $160.00 | 39.00 | $6,240.00 |

EXHIBIT B
SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
COMPUTED AT ACTUAL RATE
Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 6927 | Aliseo, Nicole K. | LEGAL ASSISTANT | $160.00 | $160.00 | 37.30 | $5,968.00 |
| 6820 | Castillero, Francene S. | LEGAL ASSISTANT | $170.00 | $170.00 | 31.70 | $5,389.00 |
| 6899 | Quinn, Gayle | LEGAL ASSISTANT | $210.00 | $210.00 | 24.30 | $5,103.00 |
| 6698 | Koul, Yashomati B. | LEGAL ASSISTANT | $180.00 | $180.00 | 28.30 | $5,094.00 |
| 7310 | Petropoulos, Christine | LEGAL ASSISTANT | $245.00 | $245.00 | 19.70 | $4,826.50 |
| 6896 | Quinn, Timothy F. | LEGAL ASSISTANT | $160.00 | $160.00 | 30.10 | $4,816.00 |
| 7404 | Grossman, Genna D. | LEGAL ASSISTANT | $160.00 | $160.00 | 29.70 | $4,752.00 |
| 6687 | Potter, Lougran | LEGAL ASSISTANT | $180.00 | $180.00 | 24.70 | $4,446.00 |
| 9911 | Mitrayon, Michael | LEGAL ASSISTANT | $160.00 | $160.00 | 27.70 | $4,432.00 |
| 7340 | Ko, Jae | LEGAL ASSISTANT | $230.00 | $230.00 | 19.20 | $4,416.00 |
| 6738 | Guthrie, Christine | LEGAL ASSISTANT | $195.00 | $195.00 | 19.50 | $3,802.50 |
| 7471 | Bennett, Victoria A. | LEGAL ASSISTANT | $195.00 | $195.00 | 19.10 | $3,724.50 |
| 7390 | Adler, Jonathan H. | LEGAL ASSISTANT | $160.00 | $160.00 | 23.20 | $3,712.00 |
| 6685 | Burns, Jo N. | LEGAL ASSISTANT | $230.00 | $230.00 | 15.40 | $3,542.00 |
| 6823 | Maurissaint, Walden | LEGAL ASSISTANT | $170.00 | $170.00 | 19.70 | $3,349.00 |
| 4475 | Stewart, LaSonya R. | LEGAL ASSISTANT | $160.00 | $160.00 | 20.70 | $3,312.00 |
| 6825 | Joseph, Christine | LEGAL ASSISTANT | $170.00 | $170.00 | 19.00 | $3,230.00 |
| 7243 | Flinn, Deborah C. | LEGAL ASSISTANT | $210.00 | $210.00 | 14.90 | $3,129.00 |
| 5961 | Collier, Amanda B. | LEGAL ASSISTANT | $160.00 | $160.00 | 17.60 | $2,816.00 |
| 6873 | Schiffman, Stephanie A. | LEGAL ASSISTANT | $160.00 | $160.00 | 16.50 | $2,640.00 |
| 6742 | Park, Jiwon | LEGAL ASSISTANT | $160.00 | $160.00 | 14.60 | $2,336.00 |
| 9329 | Dhanaraj, Ramesh | LEGAL ASSISTANT | $95.00 | $95.00 | 24.50 | $2,327.50 |
| 6936 | O'Connor, Colin | LEGAL ASSISTANT | $230.00 | $230.00 | 10.00 | $2,300.00 |
| 5065 | Fuller, Deidre E. | LEGAL ASSISTANT | $230.00 | $230.00 | 9.50 | $2,185.00 |
| 4449 | Hoilett, Leason | LEGAL ASSISTANT | $230.00 | $230.00 | 9.40 | $2,162.00 |
| 9651 | Prado Filho, Jose Luiz | LEGAL ASSISTANT | $160.00 | $160.00 | 13.30 | $2,128.00 |
| 7155 | Chung, Candace | LEGAL ASSISTANT | $160.00 | $160.00 | 13.20 | $2,112.00 |
| 7234 | Frayle, Barbara | LEGAL ASSISTANT | $210.00 | $210.00 | 9.90 | $2,079.00 |
| 7403 | Swaney, Nicole | LEGAL ASSISTANT | $160.00 | $160.00 | 12.80 | $2,048.00 |
| 6920 | Steigerwald, Katharine L. | LEGAL ASSISTANT | $160.00 | $160.00 | 12.60 | $2,016.00 |
| 6622 | Lynch, Michael R. | LEGAL ASSISTANT | $160.00 | $160.00 | 12.60 | $2,016.00 |
| 6753 | Shrestha, Christine | LEGAL ASSISTANT | $245.00 | $245.00 | 7.80 | $1,911.00 |

EXHIBIT B
SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
COMPUTED AT ACTUAL RATE
Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 6828 | Amponsah, Duke | LEGAL ASSISTANT | $180.00 | $180.00 | 8.80 | $1,584.00 |
| 6913 | Joffrion, Karen A. | LEGAL ASSISTANT | $210.00 | $210.00 | 6.90 | $1,449.00 |
| 6564 | Fortune, Shelley J. | LEGAL ASSISTANT | $180.00 | $180.00 | 7.50 | $1,350.00 |
| 7365 | Morrissey, Halley C. | LEGAL ASSISTANT | $160.00 | $160.00 | 7.80 | $1,248.00 |
| 7425 | KÃppler, Markus | LEGAL ASSISTANT | $155.00 | $170.00 | 7.50 | $1,222.50 |
| 7402 | Werner, Zach M. | LEGAL ASSISTANT | $160.00 | $160.00 | 6.70 | $1,072.00 |
| 5988 | McCray, Crystal | LEGAL ASSISTANT | $210.00 | $210.00 | 4.50 | $945.00 |
| 6881 | Dixon, Timothy M. | LEGAL ASSISTANT | $150.00 | $150.00 | 6.20 | $930.00 |
| 7271 | Axon, Hillary A. | LEGAL ASSISTANT | $160.00 | $160.00 | 5.60 | $896.00 |
| 6594 | Priore, Joann | LEGAL ASSISTANT | $220.00 | $220.00 | 3.90 | $858.00 |
| 6833 | Rudman, Inna | LEGAL ASSISTANT | $170.00 | $170.00 | 4.60 | $782.00 |
| 8597 | Walker, Christopher L. | LEGAL ASSISTANT | $180.00 | $180.00 | 3.80 | $684.00 |
| 6921 | Van Kampen, Allison L. | LEGAL ASSISTANT | $160.00 | $160.00 | 4.20 | $672.00 |
| 7315 | Irvine, Barry J. | LEGAL ASSISTANT | $150.00 | $150.00 | 3.90 | $585.00 |
| 7320 | Schleicher, Aaron M. | LEGAL ASSISTANT | $160.00 | $160.00 | 3.50 | $560.00 |
| 7317 | Matiteyahu, Gillad | LEGAL ASSISTANT | $160.00 | $160.00 | 3.50 | $560.00 |
| 7224 | Chiarelli, Angela | LEGAL ASSISTANT | $210.00 | $210.00 | 2.00 | $420.00 |
| 6945 | Suthar, Anh N. | LEGAL ASSISTANT | $200.00 | $200.00 | 2.00 | $400.00 |
| 6472 | Chettri, Anupama | LEGAL ASSISTANT | $180.00 | $180.00 | 1.20 | $216.00 |
| 5068 | Leonard, Sarah A. | LEGAL ASSISTANT | $180.00 | $180.00 | 1.00 | $180.00 |
| 6780 | Cade, Nancy P. | LEGAL ASSISTANT | $210.00 | $210.00 | 0.50 | $105.00 |
| No. of Billers for Position: 92 | | Blended Rate for Position: | $192.05 | | 6,481.20 | $1,244,710.50 |
| | | | | | % of Total: 17.62% | % of Total: 6.95% |
| 5095 | Bailey, Gregory | MANAG CLERK | $170.00 | $170.00 | 41.90 | $7,123.00 |
| 5035 | Burdette, Leslie A. | MANAG CLERK | $140.00 | $140.00 | 41.00 | $5,740.00 |
| 4912 | Pasion, Luis L. | MANAG CLERK | $140.00 | $140.00 | 29.00 | $4,060.00 |
| 5016 | Ribaudo, Mark | MANAG CLERK | $170.00 | $170.00 | 13.10 | $2,227.00 |
| No. of Billers for Position: 4 | | Blended Rate for Position: | $153.20 | | 125.00 | $19,150.00 |
| | | | | | % of Total: 0.34% | % of Total: 0.11% |

EXHIBIT B
SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
COMPUTED AT ACTUAL RATE
Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINIMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 7689 | Sam, Mili | LITIGATION SUPP | $235.00 | $235.00 | 64.40 | $15,134.00 |
| 8050 | Nudelman, Peter | LITIGATION SUPP | $215.00 | $215.00 | 54.30 | $11,674.50 |
| 8119 | Quarry, Michael | LITIGATION SUPP | $215.00 | $215.00 | 28.10 | $6,041.50 |
| 5985 | Bell, Andrew | LITIGATION SUPP | $190.00 | $190.00 | 10.30 | $1,957.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $221.56 | | 157.10 | $34,807.00 |
| | | | | % of Total: | 0.43% | 0.19% |
| 6941 | Bollen, MaryAnne | OTHER NON-LEGAL | $215.00 | $215.00 | 8.10 | $1,741.50 |
| 9091 | Yoda, Kristine | OTHER NON-LEGAL | $235.00 | $235.00 | 7.00 | $1,645.00 |
| 9216 | Wu, Kim | OTHER NON-LEGAL | $235.00 | $235.00 | 6.50 | $1,527.50 |
| 8838 | Martorell, Jorge | OTHER NON-LEGAL | $260.00 | $260.00 | 5.00 | $1,300.00 |
| 5894 | McLaughlin, Daniel F. | OTHER NON-LEGAL | $195.00 | $195.00 | 5.50 | $1,072.50 |
| 9077 | Bettini, Elio | OTHER NON-LEGAL | $125.00 | $125.00 | 7.90 | $987.50 |
| 8044 | Robin, Artur | OTHER NON-LEGAL | $215.00 | $215.00 | 4.40 | $946.00 |
| 5869 | Carmant, Marie J. | OTHER NON-LEGAL | $145.00 | $145.00 | 5.30 | $768.50 |
| 9797 | DeCoteau, Meshawn | OTHER NON-LEGAL | $235.00 | $235.00 | 3.00 | $705.00 |
| 9469 | Gaudio, Laura A. | OTHER NON-LEGAL | $145.00 | $145.00 | 4.80 | $696.00 |
| 9067 | Romero, Jorge A. | OTHER NON-LEGAL | $205.00 | $205.00 | 2.70 | $553.50 |
| 5875 | Cruz, Luis | OTHER NON-LEGAL | $135.00 | $135.00 | 3.90 | $526.50 |
| 5866 | Barahona, Philip | OTHER NON-LEGAL | $195.00 | $195.00 | 2.20 | $429.00 |
| 5852 | Losick, Merill | OTHER NON-LEGAL | $195.00 | $195.00 | 2.10 | $409.50 |
| 5834 | Fredrick, Frances | OTHER NON-LEGAL | $195.00 | $195.00 | 1.60 | $312.00 |
| 5984 | Benjamin, Justin | OTHER NON-LEGAL | $190.00 | $190.00 | 1.50 | $285.00 |
| 5886 | Bauche, Ellen | OTHER NON-LEGAL | $155.00 | $170.00 | 1.80 | $283.50 |
| 6671 | Larangeira, Scott | OTHER NON-LEGAL | $215.00 | $215.00 | 1.10 | $236.50 |
| 5888 | Greco, Maximiliano | OTHER NON-LEGAL | $85.00 | $85.00 | 2.30 | $195.50 |
| 5883 | Hwang, Edith | OTHER NON-LEGAL | $195.00 | $195.00 | 1.00 | $195.00 |
| 8778 | Boehmfeldt, Martina | OTHER NON-LEGAL | $190.00 | $190.00 | 1.00 | $190.00 |
| 6477 | Scopas, George | OTHER NON-LEGAL | $215.00 | $215.00 | 0.80 | $172.00 |
| 9973 | Augustowska, Anna | OTHER NON-LEGAL | $95.00 | $105.00 | 1.20 | $124.00 |
| 8422 | Eng-Bendel, Cheryl | OTHER NON-LEGAL | $235.00 | $235.00 | 0.50 | $117.50 |

# EXHIBIT B
## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT ACTUAL RATE
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINIMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 9933 | Swindells, Christian | OTHER NON-LEGAL | $95.00 | $105.00 | 1.00 | $99.00 |
| 5885 | Pancham, Brenda | OTHER NON-LEGAL | $100.00 | $100.00 | 0.80 | $80.00 |
| 5864 | Schwartz, Bonnie F. | OTHER NON-LEGAL | $220.00 | $220.00 | 0.30 | $66.00 |
| 8586 | Dietrich, Michael | OTHER NON-LEGAL | $95.00 | $95.00 | 0.20 | $19.00 |
|  |  | Blended Rate for Position: | $187.82 |  | 83.50 | $15,683.00 |
|  |  |  |  | % of Total: | 0.23% | 0.09% |
|  |  | Blended Rate for Report: | $487.12 |  | 36,773.30 | $17,913,021.25 |

No. of Billers for Position: 28

Total No. of Billers: 455