# EXHIBIT D

(Double Billing)

EXHIBIT D
DOUBLE BILLING
Weil, Gotshal & Manges

## DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Albanese, A | 1.30 | 988.00 |
| Benfield, B | 0.20 | 71.00 |
| Berz, D | 1.00 | 860.00 |
| Pae, J | 1.00 | 415.00 |
| | 3.50 | $2,334.00 |

## DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Albanese, A | 0.80 | 608.00 |
| Benfield, B | 0.10 | 35.50 |
| Berz, D | 0.50 | 430.00 |
| Pae, J | 0.50 | 207.50 |
| | 1.90 | $1,281.00 |

EXHIBIT D
DOUBLE BILLING
Weil, Gotshal & Manges

### DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Transaction (MPA,sale of subst all assets) | 1.30 | 988.00 |
| Automatic Stay | 0.10 | 35.50 |
| Environmental Issues | 0.50 | 430.00 |
| Insurance Issues | 0.10 | 35.50 |
| Plan of Reorganization/Plan Confirmation | 1.00 | 415.00 |
| Retention/Fee Application: Other Professionals | 0.50 | 430.00 |
| | 3.50 | $2,334.00 |

### DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Transaction (MPA,sale of subst all assets) | 0.80 | 608.00 |
| Automatic Stay | 0.10 | 35.50 |
| Environmental Issues | 0.50 | 430.00 |
| Insurance Issues | 0.00 | 0.00 |
| Plan of Reorganization/Plan Confirmation | 0.50 | 207.50 |
| Retention/Fee Application: Other Professionals | 0.00 | 0.00 |
| | 1.90 | $1,281.00 |

EXHIBIT D
DOUBLE BILLING
Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 06/12/09 Fri | Berz, D 10393222/2391 | 2.60 | 0.50 | 430.00 | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | | | | | 0.50 | 1 | CONFERENCE CALL WITH J. REDWINE RE: CONSULTANTS FOR COST ANALYSIS AND ISSUES RELATED TO RETENTION AND WORKING AT RISK (.5); |
| | | | | | 0.20 | 2 | EVALUATE COMMUNICATIONS RE: SAME (.2); |
| | | | | | 1.90 | 3 | REVIEW BACKGROUND INFORMATION ON QUALIFICATIONS OF OF VARIOUS CONSULTANTS BEING CONSIDERED FOR RETENTION (1.9). |
| 06/12/09 Fri | Berz, D 10393222/2390 | 2.90 | 0.50 | 430.00 | | | *MATTER NAME: Environmental Issues* |
| | | | | | 0.50 | 1 & | CONFERENCE CALL WITH J. REDWINE RE: CONSULTANTS FOR COST ANALYSIS AND ISSUES RELATED TO RETENTION AND WORKING AT RISK (.5); |
| | | | | | 1.10 | 2 | PREPARE FOR AND PARTICIPATE ON CONFERENCE CALL WITH J. REDWINE, D. MCCURTRY AND S. MINER RE: RETENTION CONSULTANTS AND NEXT STEPS ON MOVING FORWARD (1.1); |
| | | | | | 1.30 | 3 | REVIEW DOCUMENTS PERTAINING TO SPECIFIC SITES AND LIABILITY ESTIMATES FROM WFG (1.3). |
| 06/29/09 Mon | Albanese, A 10393222/5352 | 5.30 | 1.30 | 988.00 | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | | | | | 0.40 | 1 | TELEPHONE CONFERENCE WITH CLIENT RE: TPC NORTH (.4); |
| | | | | | 0.30 | 2 | TELEPHONE CONFERENCE WITH K. KANSA RE: TPC NORTH (.3); |
| | | | | | 0.30 | 3 & | TELEPHONE CONFERENCE WITH K. KANSA RE: TPC NORTH (.3); |
| | | | | | 0.30 | 4 | TELEPHONE CONFERENCE WITH CLIENT RE: TPC NORTH (.3); |
| | | | | | 0.20 | 5 | TELEPHONE CONFERENCE WITH CLIENT RE: TPC NORTH (.2); |
| | | | | | 0.30 | 6 & | TELEPHONE CONFERENCE WITH K. KANSA RE: TPC NORTH (.3); |
| | | | | | 0.80 | 7 | CONFER WITH R. BERKOVICH RE: TPC NORTH (.8); |
| | | | | | 0.30 | 8 | TELEPHONE CONFERENCE WITH CLIENT RE: TPC NORTH (.3); |
| | | | | | 0.20 | 9 & | TELEPHONE CONFERENCE WITH CLIENT RE: TPC NORTH (.2); |
| | | | | | 0.20 | 10 | TELEPHONE CONFERENCE WITH K. KANSA RE: TPC NORTH (.2); |
| | | | | | 0.20 | 11 | TELEPHONE CONFERENCE WITH L. CHERVOKAS RE: TPC NORTH (.2); |
| | | | | | 0.80 | 12 | EMAIL WITH TEAM RE: TPC NORTH (.8); |
| | | | | | 1.00 | 13 | CONFER WITH WGM TEAM RE: TPC NORTH (1.0) |
| 08/25/09 Tue | Benfield, B 10393224/1906 | 0.50 | 0.10 | 35.50 | | | *MATTER NAME: Insurance Issues* |
| | | | | | 0.10 | 1 | EMAILS WITH H. CHU AND M. DAAR RE: INSURANCE POLICIES (.1); |
| | | | | | 0.20 | 2 | EMAILS WITH R. BERKOVICH RE: D. IRWIN'S EXPRESS WARRANTY QUESTIONS (.2); |
| | | | | | 0.10 | 3 | REVIEW CASE ADMINISTRATION MATERIALS AND INSURANCE REPORT (.1); |
| | | | | | 0.10 | 4 | EMAIL B. SAX AT DELPHI RE: OBTAINING INDEMNIFICATION AGREEMENT (.1) |

& DOUBLE BILLING - QUESTIONED

Exhibit D    Page 3 of 6

EXHIBIT D
DOUBLE BILLING
Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 08/25/09 Tue | Benfield, B 10393224/1827 | 2.40 | 0.10 | 35.50 | | | *MATTER NAME: Automatic Stay* |
| | | | | | 0.10 | 1 | FINALIZE LETTER TO J. IKIJIRI (.1); |
| | | | | | 0.10 | 2 | EMAIL J. SMOLINSKY RE: STATUS OF LEE SETTLEMENT DISCUSSIONS (.1); |
| | | | | | 0.30 | 3 | COMMUNICATIONS WITH R. BERKOVICH AND TEAM RE: SAME (.3); |
| | | | | | 1.00 | 4 | DRAFT MEMORANDUM OF ALL OUTSTANDING LITIGATION RELATED ISSUES PER R. BERKOVICH (1.0); |
| | | | | | 0.30 | 5 | REVIEW AND EXECUTE NOTICES OF BANKRUPTCY TO BE SENT OUT IN CASES AGAINST MOTORS LIQUIDATION COMPANY (.3); |
| | | | | | 0.10 | 6 | EMAILS WITH D. BERZ AND M. CONWAY RE: REVIEWING DETROIT DEISEL STAY MOTION (.1); |
| | | | | | 0.10 | 7 & | EMAIL B. SAX AT DELPHI RE: OBTAINING INDEMNIFICATION AGREEMENT (.1); |
| | | | | | 0.30 | 8 | REVIEW AND ANALYZE DETROIT DEISEL'S MOTION TO EXTEND THE STAY (.3); |
| | | | | | 0.10 | 9 | EMAIL D. BERZ SUMMARY OF THE SAME (.1). |
| 09/29/09 Tue | Pae, J 10393225/1842 | 3.00 | 1.00 | 415.00 | | | *MATTER NAME: Plan of Reorganization/Plan Confirmation* |
| | | | | | 0.30 | 1 | REVIEW DISCUSSION AGENDA (.3); |
| | | | | | 1.20 | 2 | ATTEND CONFERENCE CALL RE: PLAN OF REORGANIZATION FOR MOTOR LIQUIDATING COMPANY (1.2); |
| | | | | | 0.30 | 3 | DRAFT E-MAIL SUMMARY RE: SAME TO S. GOLDRING AND M. GOODMAN (.3); |
| | | | | | 0.50 | 4 | REVIEW E-MAIL CORRESPONDENCE RE: TRUST ISSUES (.5); |
| | | | | | 0.20 | 5 | CONFER WITH M. GOODMAN RE: TRUST ISSUES (.2); |
| | | | | | 0.50 | 6 & | REVIEW E-MAIL CORRESPONDENCE RE: TRUST ISSUES (.5). |

| | | |
|---|---|---|
| TOTAL OF ALL ENTRIES | 3.50 | $2,334.00 |
| TOTAL ENTRY COUNT: | 6 | |
| TOTAL TASK COUNT: | 11 | |
| TOTAL OF & ENTRIES | 1.90 | $1,281.00 |
| TOTAL ENTRY COUNT: | 4 | |
| TOTAL TASK COUNT: | 6 | |

& DOUBLE BILLING - QUESTIONED

Exhibit D  Page 4 of 6

EXHIBIT D
DOUBLE BILLING
Weil, Gotshal & Manges

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Albanese, A | 1.30 | 988.00 |
| Benfield, B | 0.20 | 71.00 |
| Berz, D | 1.00 | 860.00 |
| Pae, J | 1.00 | 415.00 |
| | 3.50 | $2,334.00 |

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Albanese, A | 0.80 | 608.00 |
| Benfield, B | 0.10 | 35.50 |
| Berz, D | 0.50 | 430.00 |
| Pae, J | 0.50 | 207.50 |
| | 1.90 | $1,281.00 |

Exhibit D   Page 5 of 6

EXHIBIT D
DOUBLE BILLING
Weil, Gotshal & Manges

SUMMARY OF HOURS AND FEES BY MATTER FOR
DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Transaction (MPA,sale of subst all assets) | 1.30 | 988.00 |
| Automatic Stay | 0.10 | 35.50 |
| Environmental Issues | 0.50 | 430.00 |
| Insurance Issues | 0.10 | 35.50 |
| Plan of Reorganization/Plan Confirmation | 1.00 | 415.00 |
| Retention/Fee Application: Other Professionals | 0.50 | 430.00 |
| | 3.50 | $2,334.00 |

SUMMARY OF HOURS AND FEES BY MATTER FOR
DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Transaction (MPA,sale of subst all assets) | 0.80 | 608.00 |
| Automatic Stay | 0.10 | 35.50 |
| Environmental Issues | 0.50 | 430.00 |
| Insurance Issues | 0.00 | 0.00 |
| Plan of Reorganization/Plan Confirmation | 0.50 | 207.50 |
| Retention/Fee Application: Other Professionals | 0.00 | 0.00 |
| | 1.90 | $1,281.00 |