# EXHIBIT E

(Non-Working Travel Time)

EXHIBIT E
NON-WORKING TRAVEL TIME
Weil, Gotshal & Manges

| TIMEKEEPER NAME | HOURS | FULL RATE | FEES AT FULL RATE | FEES AT HALF RATE |
|---|---|---|---|---|
| Berz, D | 4.00 | $860.00 | 3,440.00 | 1,720.00 |
| Blanchard, A | 5.00 | $500.00 | 2,500.00 | 1,250.00 |
| Chan, B | 5.00 | $180.00 | 900.00 | 450.00 |
| Dummer, D | 8.00 | $640.00 | 5,120.00 | 2,560.00 |
| Falabella, P | 1.00 | $415.00 | 415.00 | 207.50 |
| Ferrillo, P | 12.50 | $700.00 | 8,750.00 | 4,375.00 |
| Goslin, T | 8.30 | $500.00 | 4,150.00 | 2,075.00 |
| Kerley, P | 4.00 | $210.00 | 840.00 | 420.00 |
| Pierce, N | 1.00 | $415.00 | 415.00 | 207.50 |
| Rana, F | 1.00 | $415.00 | 415.00 | 207.50 |
| Smolinsky, J | 0.70 | $825.00 | 577.50 | 288.75 |
| | 50.50 | | $27,522.50 | $13,761.25 |

| MATTER NAME | HOURS | FEES AT FULL RATE | FEES AT HALF RATE |
|---|---|---|---|
| 363 Transaction (MPA,sale of subst all assets) | 6.00 | 1,200.00 | 600.00 |
| 365/Executory Contracts/ Leases/ Real Property | 1.00 | 415.00 | 807.50 |
| Insurance Issues | 8.50 | 5,950.00 | 3,782.50 |
| Non-Bankruptcy Litigation | 4.00 | 2,800.00 | 5,182.50 |
| Non-Working Travel | 31.00 | 17,157.50 | 13,761.25 |
| | 50.50 | $27,522.50 | $13,761.25 |

EXHIBIT E
NON-WORKING TRAVEL TIME
Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | FULL RATE | BILLED RATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| *MATTER NAME: 363 Transaction (MPA, sale of subst all assets)* | | | | | | | | | |
| 06/22/09 Mon | Kerley, P 10393222/4062 | $210.00 | $210.00 | 11.80 | 4.00 | 840.00 | 7.80 4.00 | | 1 PREPARE FOR WITNESS INTERVIEWS (7.8); 2 TRAVEL TO NEW YORK FOR DEPOSITIONS AND 363 HEARING (4.0) |
| 07/02/09 Thu | Chan, B 10393223/204 | $180.00 | $180.00 | 4.00 | 2.00 | 360.00 | 2.00 1.00 1.00 | | 1 TRAVEL TO BRAZILIAN CONSULATE TO OBTAIN LEGALIZED DOCUMENTS (2.0); 2 PREPARE DOCUMENTS FOR DISTRIBUTION TO KENYAN COUNSEL (1.0); 3 REVIEW FOREIGN DOCUMENTS WITH B. CHOW (1.0). |
| *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* | | | | | | | | | |
| 06/09/09 Tue | Pierce, N 10393222/1529 | $415.00 | $415.00 | 8.50 | 1.00 | 415.00 | 4.50 1.00 1.00 2.00 | | 1 ATTEND CHRYSLER DEALER REJECTION HEARING (4.5); 2 TRAVEL TO AND FROM SAME (1.0); 3 REVIEW NOTES FROM SAME (1.0); 4 PREPARE AND DISTRIBUTE SUMMARY ANALYSIS RE: SAME (2.0). |
| *MATTER NAME: Insurance Issues* | | | | | | | | | |
| 06/22/09 Mon | Ferrillo, P 10393222/4057 | $700.00 | $700.00 | 12.00 | 4.50 | 3,150.00 | 4.50 7.50 | A A | 1 TRAVEL TO DETROIT 2 TO PARTICIPATE IN MULTIPLE MEETINGS WITH CLIENT ON DIRECTORS AND OFFICERS ISSUES. |
| 06/23/09 Tue | Ferrillo, P 10393222/4306 | $700.00 | $700.00 | 16.00 | 4.00 | 2,800.00 | 4.00 12.00 | A A | 1 TRAVEL TO BERMUDA 2 TO PARTICIPATE IN ALL DAY MEETINGS WITH MARSH AND CLIENT. |
| *MATTER NAME: Non-Bankruptcy Litigation* | | | | | | | | | |
| 06/24/09 Wed | Ferrillo, P 10393222/4612 | $700.00 | $700.00 | 4.00 | 4.00 | 2,800.00 | | | 1 RETURN TO NEW YORK FROM BERMUDA MEETINGS. |
| *MATTER NAME: Non-Working Travel* | | | | | | | | | |
| 06/01/09 Mon | Falabella, P 10393222/127 | $415.00 | $415.00 | 1.00 | 1.00 | 415.00 | | | 1 TRAVEL FROM OFFICE TO COURT AND FROM COURT TO OFFICE |
| 06/08/09 Mon | Berz, D 10393222/1473 | $860.00 | $860.00 | 2.00 | 2.00 | 1,720.00 | | | 1 TRAVEL FROM NY TO DC. |
| 06/10/09 Wed | Rana, F 10393222/1943 | $415.00 | $415.00 | 1.00 | 1.00 | 415.00 | | | 1 TRAVEL TO AND FROM CHRYSLER DEALER REJECTION HEARING |
| 06/11/09 Thu | Goslin, T 10393222/2087 | $500.00 | $500.00 | 3.50 | 3.50 | 1,750.00 | | | 1 TRAVEL FROM WASHINGTON, DC TO DETROIT, MI, FOR MEETING WITH GM ENVIRONMENTAL SITE MANAGERS AND ALIX PARTNERS |
| 06/12/09 Fri | Goslin, T 10393222/2302 | $500.00 | $500.00 | 4.80 | 4.80 | 2,400.00 | | | 1 TRAVEL TO AND FROM WARREN, MI. SITE TO INTERVIEW SITE MANAGERS. |
| 06/18/09 Thu | Smolinsky, J 10393222/3518 | $825.00 | $825.00 | 0.70 | 0.70 | 577.50 | | | 1 TRAVEL TO AND FROM U.S. BANKRUPTCY COURT FOR SOUTHERN DISTRICT OF NEW YORK |
| 06/22/09 Mon | Blanchard, A 10393222/4009 | $500.00 | $500.00 | 5.00 | 5.00 | 2,500.00 | | | 1 TRAVEL TO NEW YORK |
| 06/22/09 Mon | Dummer, D 10393222/3937 | $640.00 | $640.00 | 3.10 | 3.10 | 1,984.00 | | | 1 TRAVEL FROM DALLAS FORT WORTH TO NYC |

~ See the last page of exhibit for explanation

EXHIBIT E PAGE 2 of 4

EXHIBIT E
NON-WORKING TRAVEL TIME
Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | FULL RATE | BILLED RATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| *MATTER NAME: Non-Working Travel* | | | | | | | | |
| 06/22/09 Mon | Dummer, D 10393222/4166 | $640.00 | $640.00 | 4.90 | 4.90 | 3,136.00 | 1 | TRAVEL FROM DFW TO NYC AND OVERSEE DOCUMENT REVIEW AND REVIEW MATERIALS |
| 06/27/09 Sat | Berz, D 10393222/5131 | $860.00 | $860.00 | 2.00 | 2.00 | 1,720.00 | 1 | TRAVEL FROM DC TO NY (2.0). |
| 06/30/09 Tue | Chan, B 10393222/5726 | $180.00 | $180.00 | 3.00 | 3.00 | 540.00 | 1 | TRAVEL TO NY COUNTY CLERK'S OFFICE AND NY DEPARTMENT OF STATE TO AUTHENTICATE DOCUMENTS AND OBTAIN APOSTILLES |
| Total | | | | | 50.50 | $27,522.50 | | |
| Number of Entries: | 17 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT E
NON-WORKING TRAVEL TIME
Weil, Gotshal & Manges

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FULL RATE | FEES AT FULL RATE | FEES AT HALF RATE |
|---|---|---|---|---|
| Berz, D | 4.00 | $860.00 | 3,440.00 | 1,720.00 |
| Blanchard, A | 5.00 | $500.00 | 2,500.00 | 1,250.00 |
| Chan, B | 5.00 | $180.00 | 900.00 | 450.00 |
| Dummer, D | 8.00 | $640.00 | 5,120.00 | 2,560.00 |
| Falabella, P | 1.00 | $415.00 | 415.00 | 207.50 |
| Ferrillo, P | 12.50 | $700.00 | 8,750.00 | 4,375.00 |
| Goslin, T | 8.30 | $500.00 | 4,150.00 | 2,075.00 |
| Kerley, P | 4.00 | $210.00 | 840.00 | 420.00 |
| Pierce, N | 1.00 | $415.00 | 415.00 | 207.50 |
| Rana, F | 1.00 | $415.00 | 415.00 | 207.50 |
| Smolinsky, J | 0.70 | $825.00 | 577.50 | 288.75 |
| | 50.50 | | $27,522.50 | $13,761.25 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES AT FULL RATE | FEES AT HALF RATE |
|---|---|---|---|
| 363 Transaction (MPA, sale of subst all assets) | 6.00 | 1,200.00 | 600.00 |
| 365/Executory Contracts/Leases/Real Property | 1.00 | 415.00 | 807.50 |
| Insurance Issues | 8.50 | 5,950.00 | 3,782.50 |
| Non-Bankruptcy Litigation | 4.00 | 2,800.00 | 5,182.50 |
| Non-Working Travel | 31.00 | 17,157.50 | 13,761.25 |
| | 50.50 | $27,522.50 | $13,761.25 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS
A    Task Hours Allocated By Fee Auditor

EXHIBIT E PAGE 4 of 4