# EXHIBIT F

(Time Increments)

Exhibit F

Time Increments
Weil, Gotshal & Manges

| Timekeeper | Hourly Rate | Total No. of Entries Billed | No. of Entries Billed in Whole or Half Hour Increments | % of Entries Billed in Whole or Half Hour Increments |
|---|---|---|---|---|
| Rodriguez, Ilusion | $180.00 | 360 | 189 | 53% |
| Pierce, Nathan M. | $415.00 | 351 | 235 | 67% |
| Pais, Harsh | $465.00 | 333 | 146 | 44% |
| George, Camille A. | $210.00 | 248 | 142 | 57% |
| Chow, Bernice | $465.00 | 183 | 153 | 84% |
| Devaney, Sean P. | $180.00 | 121 | 101 | 83% |
| Gandhi, Ashish D. | $630.00 | 110 | 82 | 75% |
| Oh, Doe Y. | $195.00 | 83 | 38 | 46% |
| Waksman, Ted S. | $925.00 | 81 | 41 | 51% |
| Shim, Soo-Jin | $725.00 | 78 | 68 | 87% |
| Schell, Peter | $205.00 | 75 | 46 | 61% |