# EXHIBIT G

(Long Billing Days)

EXHIBIT G

LONG BILLING DAYS

Weil, Gotshal & Manges

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Burshtine, R | 205.80 | 131,712.00 |
| Shim, S | 264.00 | 191,400.00 |
| | 469.80 | $323,112.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Transaction (MPA, sale of subst all assets) | 67.40 | 43,136.00 |
| Canada | 3.30 | 2,112.00 |
| Corporate Governance | 1.70 | 1,088.00 |
| DIP Financing / Cash Collateral | 252.00 | 172,755.00 |
| Exit Financing | 142.30 | 102,037.00 |
| WG&M Retention/Billing/Fee Applications | 3.10 | 1,984.00 |
| | 469.80 | $323,112.00 |

EXHIBIT G
LONG BILLING DAYS
Weil, Gotshal & Manges

| TIMEKEEPER NAME | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Burshtine, R | 06/29/09 | Mon | 1.70 | 1.70 | 1,088.00 | | *MATTER NAME: Corporate Governance* |
| | | | | | | 0.20 | 1 CORRESPOND WITH H. PAIS RE: CORPORATE GOVERNANCE AND DOCUMENT EXECUTION (.2); |
| | | | | | | 1.50 | 2 CORRESPOND WITH J. CHUNG RE: CORPORATE STRUCTURE (1.5). |
| | | 103932225499 | | | | | |
| | | Mon | 7.40 | 7.40 | 4,736.00 | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | | | | | | 1.80 | 1 TELEPHONE CALL WITH WGM TEAM RE: CLOSING MECHANICS (1.8); |
| | | | | | | 1.50 | 2 CORRESPOND WITH A. CATON RE: WIND-DOWN FACILITY (1.5); |
| | | | | | | 1.20 | 3 PREPARE FOR AND CONSULT WITH A. KATZ AND A. CATON RE: WIND-DOWN FACILITY (1.2); |
| | | | | | | 2.90 | 4 PREPARE FOR AND CONSULT WITH P. HICKS, A. CATON AND OTHERS RE: WIND-DOWN FACILITY OPEN ISSUES (2.9). |
| | | 103932225498 | | | | | |
| | | Mon | 8.40 | 8.40 | 5,376.00 | | *MATTER NAME: 363 Transaction (MPA, sale of subst all assets)* |
| | | | | | | 1.60 | 1 CORRESPOND WITH M. SUTEDJA RE: REPAYMENT TO REVOLVER INCLUDING BREAKAGE COSTS (1.6); |
| | | | | | | 1.70 | 2 CORRESPOND WITH K. HUDOLIN AND B. NEWMAN RE: WAIVERS (1.7); |
| | | | | | | 0.20 | 3 TELEPHONE CALLS AND EMAIL CORRESPONDENCE WITH J. MORNEAU RE: PAYOFF LETTERS (.2); |
| | | | | | | 0.20 | 4 CORRESPOND WITH D. LEFKOWITZ RE: NON-CONFLICT OPINIONS (.2); |
| | | | | | | 0.50 | 5 REVIEW REVISED DRAFT REVOLVER PAYOFF LETTER (.5); |
| | | | | | | 2.20 | 6 TELEPHONE CALLS AND EMAIL CORRESPONDENCE WITH M. SUTEDJA, J. LEAVITT, G. VELLO, M. WESLEY AND OTHERS RE: REVOLVER ESCROW (2.2); |
| | | | | | | 1.80 | 7 REVIEW NON-LOAN SCHEDULE (1.8); |
| | | | | | | 0.20 | 8 MEET WITH D. LEFKOWITZ RE: LIEN OPERATIONS (.2). |
| | | 103932225480 | | | | | |
| | NUMBER OF ENTRIES: | | 3 | 17.50 | 11,200.00 | | |
| | 06/30/09 | Tue | 3.00 | 3.00 | 1,920.00 | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | | | | | | 1.50 | 1 REVIEW AND REVISIONS TO WIND-DOWN CREDIT FACILITY (1.5); |
| | | | | | | 1.50 | 2 TELEPHONE CALLS AND EMAIL CORRESPONDENCE WITH P. HICKS, J. CHUNG AND OTHERS RE: WIND-DOWN FACILITY MATTERS (1.5). |
| | | 103932225714 | | | | | |
| | | Tue | 13.30 | 13.30 | 8,512.00 | | *MATTER NAME: Exit Financing* |
| | | | | | | 0.80 | 1 CONFERENCE WITH K. HUDOLIN, J. FORLENZA, B. NEUMAN, B. UROW, J. VAN DEURZEN, M. BERGMAN AND OTHERS RE: NEWCO CHANGE NAME AND EFFECT GM CLOSING DOCUMENTATION (.8); |
| | | | | | | 0.20 | 2 REVIEW REVISIONS TO PAYOFF LETTERS (.2); |
| | | | | | | 2.50 | 3 TELEPHONE CALLS WITH T. MCMAHON, J. LEAVITT AND OTHERS RE: REVOLVER PAYOFF AND RELATED ESCROW ARRANGEMENT (2.5); |
| | | | | | | 1.30 | 4 CORRESPOND WITH G. VELLO AND OTHERS RE: REPAYMENT OF REVOLVER OBLIGATIONS AND RELATED SECURED DEBT (1.3); |
| | | | | | | 3.00 | 5 REVISE TO DRAFT NEWCO FACILITY (3.0); |
| | | | | | | 2.20 | 6 CONFERENCE WITH S-J SHIM RE: NEWCO FACILITY (2.2); |
| | | | | | | 3.30 | 7 CALLS AND EMAILS WITH R. GINSBERG, S. SHIM RE: CLOSING STATUS ISSUES AND PROGRESS ON EXIT FINANCING (3.3). |
| | | 103932225703 | | | | | |

EXHIBIT G

LONG BILLING DAYS

Weil, Gotshal & Manges

| TIMEKEEPER NAME | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|
| Burshtine, R | 06/30/09 NUMBER OF ENTRIES: | 2 | 16.30 | 10,432.00 | | |
| | | | | | | *MATTER NAME: WG&M Retention/Billing/Fee Applications* |
| | | | | | | 1 ATTEND TO BILLING MATTERS. |
| | 07/01/09 Wed 1039322394 | 2.00 | 2.00 | 1,280.00 | | |
| | | | | | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | Wed 1039322396 | 17.00 | 17.00 | 10,880.00 | | |
| | | | | | 1.80 | 1 TELEPHONE CONFERENCE WITH D. LEFKOWITZ RE: REVIEW OF RELATED U.S. TREASURY LOAN DOCUMENTS (1.8); |
| | | | | | 2.50 | 2 TELEPHONE CONFERENCE WITH D. NEWMAN RE: REVOLVER ESCROW ACCOUNT (2.5); |
| | | | | | 1.80 | 3 TELEPHONE CONFERENCES AND EMAIL CORRESPONDENCE WITH P. HICKS RE: WIND-DOWN FACILITY (1.8); |
| | | | | | 6.50 | 4 REVIEW AND PREPARE COMMENTS TO DRAFT WIND-DOWN FACILITY (6.5); |
| | | | | | 1.50 | 5 REVIEW AND PREPARE COMMENTS TO DRAFT REVOLVER ESCROW AGREEMENT (1.5); |
| | | | | | 0.80 | 6 TELEPHONE CONFERENCES AND CORRESPONDENCE WITH A. KIBE, J. FREEBURG AND OTHERS RE: REVOLVER ESCROW ACCOUNT (.8); |
| | | | | | 0.70 | 7 REVIEW AND PREPARE COMMENTS TO DRAFT WIND-DOWN FACILITY ORDER (.7); |
| | | | | | 0.40 | 8 MEET WITH R. BERKOWITZ RE: WIND-DOWN ORDER (.4); |
| | | | | | 0.30 | 9 CORRESPOND WITH R. BERKOWITZ, K. HUDOLIN AND OTHERS RE: DISCLOSURE OF DIP SCHEDULES (.3); |
| | | | | | 0.20 | 10 CORRESPOND WITH T. TURK RE: URUGUAY CERTIFICATE (.2); |
| | | | | | 0.50 | 11 TELEPHONE CONFERENCE WITH S. SHIM AND R. GINSBURG RE: CLOSING MECHANICS AND TIMING (.5). |
| | NUMBER OF ENTRIES: | 2 | 19.00 | 12,160.00 | | |
| | 07/02/09 Thu 1039322381 | 0.50 | 0.50 | 320.00 | | |
| | | | | | | *MATTER NAME: WG&M Retention/Billing/Fee Applications* |
| | | | | | | 1 ATTEND TO BILLING MATTERS. |
| | Thu 1039322382 | 18.70 | 18.70 | 11,968.00 | | |
| | | | | | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | | | | | 3.80 | 1 REVIEW AND COMMENT TO DRAFT WIND-DOWN FACILITY CREDIT AGREEMENT AND RELATED ORDER (3.8); |
| | | | | | 2.50 | 2 EMAIL CORRESPONDENCE WITH P. HICKS RE: COMMENTS TO WIND-DOWN FACILITY (2.5); |
| | | | | | 2.00 | 3 REVIEW PW AND KL COMMENTS TO DRAFT WIND-DOWN FACILITY (2.0); |
| | | | | | 2.30 | 4 EMAIL CORRESPONDENCE WITH J. LEVITT, D. NEWMAN AND OTHERS RE: REVOLVER ESCROW AGREEMENT AND RELATED PAYOFF LETTER (2.3); |
| | | | | | 3.50 | 5 REVIEW AND COMMENTS TO DRAFT ESCROW AGREEMENT AND RELATED PAYOFF LETTER (3.5); |
| | | | | | 1.30 | 6 REVIEW AND COMMENTS TO DRAFT SECURITY DOCUMENTS (1.3); |
| | | | | | 0.80 | 7 REVIEW WGM OPINION (.8); |
| | | | | | 1.00 | 8 PREPARE AND EMAIL CORRESPONDENCE WITH T. STENGER RE: REVISIONS TO DRAFT WIND-DOWN CREDIT AGREEMENT (1.0); |
| | | | | | 1.50 | 9 EMAIL CORRESPONDENCE WITH S. HAN RE: TRANSFER OF MEXICAN HOLDING COMPANY FROM GM TO GMODC (1.5). |

EXHIBIT G  PAGE 3 of 11

EXHIBIT G
LONG BILLING DAYS
Weil, Gotshal & Manges

| TIMEKEEPER NAME | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|
| Burshtine, R | 07/02/09 NUMBER OF ENTRIES: | 2 | 19.20 | 12,288.00 | | |
| | 07/03/09 Fri 10393223428 | 0.20 | 0.20 | 128.00 | | *MATTER NAME: WG&M Retention/Billing/Fee Applications* <br> 1 ATTEND TO BILLING MATTERS. |
| | Fri 10393223429 | 19.10 | 19.10 | 12,224.00 | 11.50 <br> 3.50 <br> 1.20 <br> 0.50 <br> 1.10 <br> 0.80 <br> 0.50 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* <br> 1 REVIEW AND PROVIDE COMMENTS TO DRAFT CREDIT FACILITIES AND ANCILLARY DOCUMENTS (11.5); <br> 2 TELEPHONE CALLS AND EMAIL CORRESPONDENCE WITH WGM TEAM RE: FINANCING DOCUMENTS AND CLOSING MATTERS (3.5); <br> 3 TELEPHONE CALL WITH M. WOLF CONCERNING CLOSING MECHANICS AND RELATED MATTERS (1.2); <br> 4 REVIEW AND PROVIDE COMMENTS TO DRAFT VP LOAN AGREEMENT (.5); <br> 5 REVIEW AND PROVIDE COMMENTS TO DRAFT SCHEDULES TO FINANCING DOCUMENTS (1.1); <br> 6 REVIEW AND PROVIDE COMMENTS TO DRAFT CITI ESCROW AGREEMENT (.8); <br> 7 TELEPHONE CALLS WITH T. CASSINO RE: COMMENTS TO DRAFT CITI ESCROW AGREEMENT (.5). |
| | NUMBER OF ENTRIES: | 2 | 19.30 | 12,352.00 | | |
| | 07/04/09 Sat 10393223519 | 17.30 | 17.30 | 11,072.00 | 12.50 <br> 4.80 | *MATTER NAME: DIP Financing / Cash Collateral* <br> 1 REVIEW AND COMMENTS TO LOAN FACILITY AND WIND-DOWN FACILITY DOCUMENTS (12.5); <br> 2 EMAIL AND TELEPHONE CORRESPONDENCE RE: COMMENTS TO CREDIT DOCUMENTS AND RELATED BANKRUPTCY ORDERS WITH M. SUTEDJA, S-J SHIM, J. CHUNG, P. HICKS AND OTHERS (4.8). |
| | NUMBER OF ENTRIES: | 1 | 17.30 | 11,072.00 | | |
| | 07/05/09 Sun 10393223588 | 0.20 | 0.20 | 128.00 | | *MATTER NAME: WG&M Retention/Billing/Fee Applications* <br> 1 ATTEND TO BILLING MATTERS. |
| | Sun 10393223589 | 18.20 | 18.20 | 11,648.00 | 9.50 <br> 3.20 <br> 2.80 <br> 1.50 <br> 1.20 | *MATTER NAME: 363 Transaction (MPA.sale of subst all assets)* <br> 1 REVIEW AND COMMENTS TO NEWCO AND OLDCO FINANCING DOCUMENTS (9.5); <br> 2 CORRESPONDENCE WITH M. SUTEDJA AND OTHERS RE: COMMENTS TO NEWCO FINANCING DOCUMENTS (3.2); <br> 3 TELEPHONE CALLS WITH T. STENGER AND OTHERS RE: COMMENTS TO OLDCO FINANCING DOCUMENTS (2.8); <br> 4 TELEPHONE CALLS WITH P. HICKS RE: COMMENTS TO OLDCO FINANCING DOCUMENTS (1.5); <br> 5 REVIEW OF MASTER SALE AND PURCHASE AGREEMENT RELATED DOCUMENTS RE: EXHIBITS TO FINANCING DOCUMENTS(1.2). |

EXHIBIT G PAGE 4 of 11

EXHIBIT G
LONG BILLING DAYS
Weil, Gotshal & Manges

| TIMEKEEPER NAME | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|
| Burshtine, R | 07/05/09 NUMBER OF ENTRIES: | 2 | 18.40 | 11,776.00 | | |
| | 07/06/09 Mon 10393223/695 | 0.20 | 0.20 | 128.00 | | *MATTER NAME: WG&M Retention/Billing/Fee Applications*<br>1 ATTEND TO BILLING MATTERS. |
| | Mon 10393223/696 | 18.10 | 18.10 | 11,584.00 | 8.20<br>1.80<br>0.80<br>3.50<br>1.00<br>1.20<br>1.60 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 REVIEW AND COMMENT ON DRAFT PRINCIPAL FINANCING DOCUMENTS (8.2);<br>2 REVIEW AND COMMENTS ON DRAFT JPM ESCROW AGREEMENT (1.8);<br>3 MEET WITH M. SCHEIN AND OTHERS RE: ESCROW MATTERS (.8);<br>4 REVIEW AND COMMENT ON DRAFT CANADIAN PENSION ESCROW AGREEMENT (3.5);<br>5 REVIEW AND COMMENTS TO DRAFT UNDERTAKING LETTER (1.0);<br>6 MEET AND TELEPHONE CONFERENCES WITH A. MISTRY, M. SUTEDJA AND OTHERS RE: ESCROW ARRANGEMENTS (1.2);<br>7 REVIEW AND COMMENTS TO DRAFT POST-CLOSING LETTER AGREEMENTS (1.6). |
| | NUMBER OF ENTRIES: | 2 | 18.30 | 11,712.00 | | |
| | 07/07/09 Tue 10393223/978 | 12.40 | 12.40 | 7,936.00 | 3.10<br>3.80<br>0.50<br>2.00<br>1.20<br>1.00<br>0.80 | *MATTER NAME: DIP Financing / Cash Collateral*<br>1 REVIEW REVISION TO DRAFT OF WIND-DOWN FACILITY (3.1);<br>2 CORRESPOND WITH P. HICKS RE: GOVERNANCE ISSUES UNDER WIND-DOWN FACILITY (3.8);<br>3 TELEPHONE CONFERENCE WITH T. CASSINO RE: ACCOUNT CONTROL AGREEMENTS (.5);<br>4 REVIEW AND PROVIDE COMMENTS TO DRAFT OF POST-CLOSING LETTER (2.0);<br>5 ATTEND TO PRE-CLOSING PREPARATIONS (1.2);<br>6 TELEPHONE CONFERENCE WITH T. CASSINO AND E. BROWN RE: DIP FUNDING (1.0);<br>7 REVIEW AND PROVIDE COMMENTS TO DRAFT PARENT GUARANTEE (.8). |
| | Tue 10393223/1070 | 3.60 | 3.60 | 2,304.00 | 2.80<br>0.80 | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)*<br>1 DRAFT CITI ESCROW AGREEMENT (2.8);<br>2 CORRESPOND WITH CITI RE: INVESTMENT OF ESCROW FUNDS (.8). |
| | Tue 10393223/1071 | 3.30 | 3.30 | 2,112.00 | 1.20<br>0.80<br>1.30 | *MATTER NAME: Canada*<br>1 REVISE DRAFT OF CANADIAN SUBSCRIPTION AGREEMENT (1.2);<br>2 CORRESPOND WITH C. ABBOTT RE: COMMENTS TO CANADIAN SUBSCRIPTION AGREEMENT (.8);<br>3 CORRESPOND WITH A. HARTOG AND A. SUNDARAM RE: CANADIAN PENSION ESCROW AGREEMENT (1.3). |

EXHIBIT G
LONG BILLING DAYS
Weil, Gotshal & Manges

| TIMEKEEPER NAME | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|
| Burshtine, R | 07/07/09 | | | | | |
| | NUMBER OF ENTRIES: 3 | | 19.30 | 12,352.00 | | |
| | 07/08/09 Wed 10393223/1182 | 17.20 | 17.20 | 11,008.00 | | *MATTER NAME: DIP Financing / Cash Collateral*<br>1 REVIEW REVISIONS TO COLLATERAL DOCUMENTS UNDER NEWCO FACILITY, NEWCO GUARANTY UNDER EXPORT DEVELOPMENT CANADA FACILITY, INTERCREDITOR AGREEMENT AND OTHER RELATED LOAN DOCUMENTS (5.5); 5.50<br>2 TELEPHONE CONFERENCE AND CORRESPONDENCE WITH J. CHUNG, T. CASSINO AND OTHERS RE: NEWCO AND GENERAL MOTORS OF CANADA LIMITED FINANCING AND RELATED ESCROW ARRANGEMENTS (3.5); 3.50<br>3 DRAFT AND REVISIONS TO CLOSING DATE ESCROW AGREEMENT WITH CITI/U.S. TRUSTEE AND AON (4.8); 4.80<br>4 TELEPHONE CONFERENCE WITH T. MORROW RE: DIRECTORS AND OFFICERS INSURANCE PREMIUM FUNDING (1.2); 1.20<br>5 TELEPHONE CONFERENCE WITH J. DEDYO, C. BAHLKE AND G. VELLO RE: FDIC PROGRAM (.5); 0.50<br>6 TELEPHONE CONFERENCE WITH L. SMITH AND T. CASSINO RE: REVOLVER LIEN TERMINATION (.8); 0.80<br>7 TELEPHONE CONFERENCE WITH A. HAHN RE: IP PERFECTION MATTERS (.3); 0.30<br>8 CORRESPONDENCE WITH P. HICKS AND OTHERS RE: REVISIONS TO DRAFT WIND-DOWN FACILITY (.6). 0.60 |
| | NUMBER OF ENTRIES: 1 | | 17.20 | 11,008.00 | | |
| | 07/09/09 Thu 10393223/1411 | 24.00 | 24.00 | 15,360.00 | | *MATTER NAME: DIP Financing / Cash Collateral*<br>1 REVIEW AND REVISE ESCROW AGREEMENTS (7.0); 7.00<br>2 REVIEW AND REVISE LOAN DOCUMENTS (5.0); 5.00<br>3 TELEPHONE CALLS WITH P. HICKS, C. ATON AND OTHERS RE: REVISIONS TO WIND-DOWN FACILITY (.5); 0.50<br>4 REVIEW AND REVISE SECURITY AND OTHER ANCILLARY DOCUMENTS (4.5); 4.50<br>5 PRE-CLOSING UNDER 363 SALE AND RELATED FINANCING AGREEMENTS (6.5); 6.50<br>6 TELEPHONE CALLS WITH J. CHUNG, P. HICKS, M. SUTEDJA, T. STENGER AND OTHERS RE: CLOSING UNDER FINANCING AGREEMENTS (.5). 0.50 |
| | NUMBER OF ENTRIES: 1 | | 24.00 | 15,360.00 | | |
| | NUMBER OF ENTRIES: 21 | | 205.80 | 131,712.00 | | |
| Shim, S | 06/26/09 Fri 10393222/4978 | 16.00 | 16.00 | 11,600.00 | | *MATTER NAME: DIP Financing / Cash Collateral*<br>1 TELEPHONE CONFERENCE WITH GM RE: DIP DOCUMENTS (6.5); 6.50<br>2 REVIEW AND REVISE DIP DOCUMENTS (9.5). 9.50 |

EXHIBIT G PAGE 6 of 11

EXHIBIT G
LONG BILLING DAYS
Weil, Gotshal & Manges

| TIMEKEEPER NAME | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shim, S | 06/26/09 | | | | | |
| | NUMBER OF ENTRIES: | 1 | 16.00 | 11,600.00 | | |
| | 06/27/09 Sat | 16.00 | 16.00 | 11,600.00 | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | 103932225113 | | | | 5.50 | 1 TELEPHONE CONFERENCE WITH GM RE: DIP DOCUMENTS (5.5); |
| | | | | | 10.50 | 2 REVIEW AND REVISE DIP DOCUMENTS (10.5). |
| | NUMBER OF ENTRIES: | 1 | 16.00 | 11,600.00 | | |
| | 06/28/09 Sun | 11.80 | 11.80 | 8,555.00 | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | 103932225215 | | | | 5.30 | 1 TELEPHONE CONFERENCE WITH GM RE: DIP DOCUMENTS (5.3); |
| | | | | | 6.50 | 2 REVIEW AND REVISE DIP DOCUMENTS (6.5) |
| | Sun | 0.20 | 0.20 | 145.00 | | *MATTER NAME: Exit Financing* |
| | 103932225268 | | | | | 1 CONFER WITH T. GOSLIN AND A. CONNOLLY RE: DIP AND EXIT DOCUMENTS |
| | NUMBER OF ENTRIES: | 2 | 12.00 | 8,700.00 | | |
| | 06/29/09 Mon | 19.00 | 19.00 | 13,775.00 | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | 103932225406 | | | | 7.50 | 1 TELEPHONE CONFERENCE WITH GM RE: DIP DOCUMENTS (7.5); |
| | | | | | 11.50 | 2 REVIEW AND REVISE DIP DOCUMENTS (11.5) |
| | NUMBER OF ENTRIES: | 1 | 19.00 | 13,775.00 | | |
| | 06/30/09 Tue | 11.20 | 11.20 | 8,120.00 | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | 103932225713 | | | | 0.60 | 1 OFFICE CONFERENCE WITH B. JACOBS, J. MORNEAU, R. GINSBERG, AND TEAM RE: OPEN ISSUES (.6); |
| | | | | | 3.80 | 2 TELEPHONE CONFERENCE WITH GM RE: DIP DOCUMENTS (3.8); |
| | | | | | 6.80 | 3 REVIEW AND REVISE DIP DOCUMENTS (6.8) |

EXHIBIT G PAGE 7 of 11

EXHIBIT G
LONG BILLING DAYS
Weil, Gotshal & Manges

| TIMEKEEPER NAME | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shin, S | 06/30/09 Tue 10393222/5637 | 7.80 | 7.80 | 5,655.00 | 1.20<br>0.80<br>2.20<br>0.30<br>3.30 | *MATTER NAME: Exit Financing*<br>1 TELEPHONE CONFERENCE WITH B. JACOBS, J. MOREAU AND CADWALADER RE: U.S. EXIT FINANCING DOCUMENTATION (1.2);<br>2 TELEPHONE CONFERENCE WITH B. JACOBS, J. MORNEAU RE: ESCROW ACCOUNTS (.8);<br>3 CONFERENCE WITH R. BURSHTEIN RE: NEWCO FACILITY (2.2);<br>4 MEET WITH J. FORLENZA AND B. JACOBS (.3);<br>5 CALLS AND EMAILS WITH R. GINSBURG AND R. BURSHTINE RE: EXIT FINANCE (3.3). |
| | NUMBER OF ENTRIES: | 2 | 19.00 | 13,775.00 | | |
| | 07/01/09 Wed 10393223/176 | 16.00 | 16.00 | 11,600.00 | 10.50<br>5.50 | *MATTER NAME: Exit Financing*<br>1 TELEPHONE CONFERENCE WITH GM RE: DIP AND EXIT DOCUMENTS (10.5);<br>2 REVIEW AND REVISE DIP AND EXIT DOCUMENTS (5.5). |
| | NUMBER OF ENTRIES: | 1 | 16.00 | 11,600.00 | | |
| | 07/02/09 Thu 10393223/359 | 22.00 | 22.00 | 15,950.00 | 10.50<br>11.50 | *MATTER NAME: Exit Financing*<br>1 TELEPHONE CONFERENCE WITH GM RE: DIP AND EXIT DOCUMENTS (10.5);<br>2 REVIEW AND REVISE DIP AND EXIT DOCUMENTS (11.5). |
| | NUMBER OF ENTRIES: | 1 | 22.00 | 15,950.00 | | |
| | 07/03/09 Fri 10393223/465 | 21.00 | 21.00 | 15,225.00 | 12.50<br>8.50 | *MATTER NAME: Exit Financing*<br>1 TELEPHONE CONFERENCE WITH GM RE: DIP AND EXIT DOCUMENTS (12.5);<br>2 REVIEW AND REVISE DIP AND EXIT DOCUMENTS (8.5). |
| | NUMBER OF ENTRIES: | 1 | 21.00 | 15,225.00 | | |
| | 07/04/09 Sat 10393223/541 | 21.00 | 21.00 | 15,225.00 | 11.50<br>9.50 | *MATTER NAME: Exit Financing*<br>1 CONFERENCES WITH GM RE: DIP AND EXIT DOCUMENTS (11.5);<br>2 REVIEW AND REVISE DIP AND EXIT DOCUMENTS (9.5). |

EXHIBIT G PAGE 8 of 11

EXHIBIT G
LONG BILLING DAYS
Weil, Gotshal & Manges

| TIMEKEEPER NAME | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shim, S | | | | | | |
| | 07/04/09 | | | | | |
| | NUMBER OF ENTRIES: 1 | | 21.00 | 15,225.00 | | |
| | 07/05/09  Sun | 21.00 | 21.00 | 15,225.00 | | *MATTER NAME: Exit Financing* |
| | 10393223/628 | | | | 9.50 | 1 TELEPHONE CONFERENCE WITH GM RE: DIP AND EXIT DOCUMENTS (9.5); |
| | | | | | 11.50 | 2 REVIEW AND REVISE DIP AND EXIT DOCUMENTS (11.5). |
| | NUMBER OF ENTRIES: 1 | | 21.00 | 15,225.00 | | |
| | 07/06/09  Mon | 20.00 | 20.00 | 14,500.00 | | *MATTER NAME: Exit Financing* |
| | 10393223/834 | | | | 9.50 | 1 TELEPHONE CONFERENCE WITH GM RE: DIP AND EXIT DOCUMENTS (9.5); |
| | | | | | 10.50 | 2 REVIEW AND REVISE DIP AND EXIT DOCUMENTS (10.5). |
| | NUMBER OF ENTRIES: 1 | | 20.00 | 14,500.00 | | |
| | 07/07/09  Tue | 19.00 | 19.00 | 13,775.00 | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | 10393223/1028 | | | | 9.50 | 1 TELEPHONE CONFERENCE WITH GM RE: DIP DOCUMENTS (9.5); |
| | | | | | 9.50 | 2 REVIEW AND REVISE DIP DOCUMENTS (9.5). |
| | NUMBER OF ENTRIES: 1 | | 19.00 | 13,775.00 | | |
| | 07/08/09  Wed | 21.00 | 21.00 | 15,225.00 | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | 10393223/1257 | | | | 11.50 | 1 TELEPHONE CONFERENCE WITH GM RE: DIP DOCUMENTS (11.5); |
| | | | | | 9.50 | 2 REVIEW AND REVISE DIP DOCUMENTS (9.5). |
| | NUMBER OF ENTRIES: 1 | | 21.00 | 15,225.00 | | |
| | 07/09/09  Thu | 21.00 | 21.00 | 15,225.00 | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | 10393223/1462 | | | | 10.50 | 1 TELEPHONE CONFERENCE WITH GM RE: DIP DOCUMENTS (10.5); |
| | | | | | 10.50 | 2 REVIEW AND REVISE DIP DOCUMENTS (10.5). |

EXHIBIT G PAGE 9 of 11

EXHIBIT G
LONG BILLING DAYS
Weil, Gotshal & Manges

| TIMEKEEPER NAME | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|
| Shim, S | 07/09/09 | 1 | 21.00 | 15,225.00 | | |
| | NUMBER OF ENTRIES: 16 | | 264.00 | 191,400.00 | | |
| | TOTAL NUMBER OF ENTRIES: 25 | | 469.80 | $323,112.00 | | |

EXHIBIT G

LONG BILLING DAYS

Weil, Gotshal & Manges

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Burshtine, R | 205.80 | 131,712.00 |
| Shim, S | 264.00 | 191,400.00 |
| | 469.80 | $323,112.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Transaction (MPA, sale of subst all assets) | 67.40 | 43,136.00 |
| Canada | 3.30 | 2,112.00 |
| Corporate Governance | 1.70 | 1,088.00 |
| DIP Financing / Cash Collateral | 252.00 | 172,755.00 |
| Exit Financing | 142.30 | 102,037.00 |
| WG&M Retention/Billing/Fee Applications | 3.10 | 1,984.00 |
| | 469.80 | $323,112.00 |

EXHIBIT G PAGE 11 of 11