# EXHIBIT H

(Clerical and Administrative Tasks)

EXHIBIT H
CLERICAL AND ADMINISTRATIVE TASKS

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Meises, M | 0487 | 89.10 | $650.00 | 57,915.00 |
| | | 89.10 | | $57,915.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 87.90 | 57,135.00 |
| Hearings and Court Matters | 1.20 | 780.00 |
| | 89.10 | $57,915.00 |

EXHIBIT H
CLERICAL AND ADMINISTRATIVE TASKS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0487 Meises, M | $650.00 | 06/03/09 | Wed | 6.50 | 1.50 | 975.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 0.50 | 1 MEET R. BERKOVICH RE: WORKSTREAM REPORT (.5); |
| | | | | | | | 5.00 | 2 REVIEW VARIOUS ISSUES RE: NOTICES OF 363 MOTION AND OTHER FIRST DAY ORDERS (5.0); |
| | | | | | | | 1.00 | 3 REVIEW CALENDAR (1.0) |
| | $650.00 | 06/04/09 | Thu | 3.50 | 2.50 | 1,625.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 2.50 | 1 PREPARE WORKSTREAM REPORT (2.5); |
| | | | | | | | 0.20 | 2 TELEPHONE CONFERENCE WITH A. FERRANTE RE: SERVICE ISSUES (.2); |
| | | | | | | | 0.30 | 3 TELEPHONE CONFERENCE WITH N. PIERCE RE: NOTICE OF HEARINGS (.3); |
| | | | | | | | 0.10 | 4 TELEPHONE CONFERENCE WITH E. LEDERMAN RE: CASE MANAGEMENT MOTION (.1); |
| | | | | | | | 0.40 | 5 REVIEW NOTICES OF HEARING (.4) |
| | $650.00 | 06/04/09 | Thu | 0.50 | 0.50 | 325.00 | | *MATTER NAME: Hearings and Court Matters* |
| | | | | | | | | 1 COORDINATE PLEADINGS TO CHAMBERS |
| | $650.00 | 06/05/09 | Fri | 11.20 | 6.90 | 4,485.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 3.50 | 1 REVIEW NOTICES OF 341 MEETING, SALE HEARING AND NOI FOR PUBLICATION (3.5); |
| | | | | | | | 0.30 | 2 CALL WITH A. FERRANTE RE: SAME (.3); |
| | | | | | | | 0.30 | 3 CALLS WITH D. FREEMAN RE: NOTIFICATION OF FILING PLEADINGS (.3); |
| | | | | | | | 0.60 | 4 UPDATE CALENDAR (.6); |
| | | | | | | | 0.50 | 5 CALL WITH D. MESHKOV RE: WORKSTREAM REPORT (.5); |
| | | | | | | | 5.70 | 6 REVIEW AND REVISE WORKSTREAM REPORT (5.7); |
| | | | | | | | 0.10 | 7 CALL WITH R. BERKOVICH RE: STAFFING ISSUES (.1); |
| | | | | | | | 0.20 | 8 CALL WITH CLIENT AND R. BROOKS RE: NOTIFICATION PROCEDURES (.2). |
| | $650.00 | 06/08/09 | Mon | 3.60 | 0.90 | 585.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 1.00 | 1 REVISE BOILERPLATE FOR MOTIONS, ORDERS, AND NOTICES (1.0); |
| | | | | | | | 0.10 | 2 TELEPHONE CONFERENCE WITH E. LEDERMAN RE: CASE MANAGEMENT MOTION (.1); |
| | | | | | | | 0.90 | 3 UPDATE CALENDAR (.9); |
| | | | | | | | 1.50 | 4 REVISE MOTION TO EXTEND 2015 DEADLINE (1.5); |
| | | | | | | | 0.10 | 5 TELEPHONE CONFERENCE WITH LAKEN RE: SAME (.1). |
| | $650.00 | 06/09/09 | Tue | 0.60 | 0.30 | 195.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 0.30 | 1 REVIEW DOCKET UPDATES (.3); |
| | | | | | | | 0.30 | 2 TELEPHONE CONFERENCE WITH A. FERRANTE (GCG) RE: NOTICES OF PLEADINGS (.3). |
| | $650.00 | 06/10/09 | Wed | 1.80 | 0.50 | 325.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 1.30 | 1 REVISE MOTION TO EXTEND 2015 DEADLINE (1.3); |
| | | | | | | | 0.50 | 2 UPDATE CALENDAR (.5) |

EXHIBIT H PAGE 2 of 8

EXHIBIT H
CLERICAL AND ADMINISTRATIVE TASKS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0487 Meises, M | $650.00 | 06/11/09 | Thu | 2.20 | 1.00 | 650.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 1.00 | 1 SEND E-MAILS TO L. LAKEN, E. LEDERMAN, D. MESHKOV, J. SMOLINSKY, AND S. KAROTKIN RE: PLEADINGS TO BE FILED 6/12 (1.0); |
| | | | | | | | 0.20 | 2 TELEPHONE CALL WITH L. LAKEN RE: MOTION TO EXTEND 2019 PERIOD (.2); |
| | | | | | | | 1.00 | 3 REVIEW DOCKET (1.0). |
| | $650.00 | 06/12/09 | Fri | 1.30 | 1.00 | 650.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 0.10 | 1 E-MAIL J. SMOLINSKY RE: INTERIM AND FINAL ORDERS (.1); |
| | | | | | | | 0.20 | 2 CALL WITH L. LAKEN RE: BOILERPLATE TO NOTICES (.2); |
| | | | | | | | 1.00 | 3 REVIEW DOCKET (1.0). |
| | $650.00 | 06/15/09 | Mon | 3.60 | 2.40 | 1,560.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 0.30 | 1 MEET L. LAKEN RE: BOILERPLATE TO MOTINS NOTICE (.3); |
| | | | | | | | 1.50 | 2 REVIEW DOCKET (1.5); |
| | | | | | | | 0.90 | 3 UPDATE WORKSTREAM REPORT (.9); |
| | | | | | | | 0.90 | 4 REVISE DOCUMENTS RE: BOILERPLATE TO MOTIONS, ORDER AND NOTICE (.9). |
| | $650.00 | 06/16/09 | Tue | 5.70 | 3.80 | 2,470.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 2.40 | 1 REVIEW DOCKET (2.4); |
| | | | | | | | 1.00 | 2 MEET R. BROOKS AND D. MESHKOV AND E. LEDERMAN RE: RETENTION APPLICATIONS (1.0); |
| | | | | | | | 1.40 | 3 UPDATE WORKSTREAM REPORT (1.4); |
| | | | | | | | 0.20 | 4 TELEPHONE CONFERENCE WITH A. FERRANTE RE: CASE MANAGEMENT MOTION AND NOTICE ISSUES (.2); |
| | | | | | | | 0.40 | 5 REVISE CASE MANAGEMENT MOTION (.4); |
| | | | | | | | 0.30 | 6 REVISE MOTION, ORDER AND NOTICE (.3). |
| | $650.00 | 06/18/09 | Thu | 3.30 | 1.60 | 1,040.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 1.60 | 1 REVIEW DOCKET (1.6); |
| | | | | | | | 1.30 | 2 REVISE MOTION TO APPROVE NOTICE PROCEDURES (1.3); |
| | | | | | | | 0.40 | 3 MEET WITH J. SMOLINSKY AND R. BERKOVICH RE: SAME (.4). |
| | $650.00 | 06/22/09 | Mon | 0.20 | 0.20 | 130.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | | 1 REVIEW AND REVISE CALENDAR. |
| | $650.00 | 07/08/09 | Wed | 2.40 | 1.40 | 910.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 1.40 | 1 UPDATE CALENDAR (1.4); |
| | | | | | | | 0.80 | 2 REVISE BOILERPLATE FOR MOTIONS (.8); |
| | | | | | | | 0.20 | 3 TELEPHONE CONFERENCE WITH D. MESHKOV RE: CASE MANAGEMENT MOTION (.2) |

EXHIBIT H PAGE 3 of 8

EXHIBIT H
CLERICAL AND ADMINISTRATIVE TASKS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0487 Meises, M | $650.00 | 07/09/09 | Thu | 2.30 | 0.30 | 195.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 0.30 | 1 REVISE CASE MANAGEMENT MOTION (.3); |
| | | | | | | | 0.30 | 2 TELEPHONE CONFERENCE WITH D. MESHKOV RE: SAME (.3); |
| | | | | | | | 0.10 | 3 TELEPHONE CONFERENCE WITH J. SMOLINSKY RE: SAME (.1); |
| | | | | | | | 0.10 | 4 TELEPHONE CONFERENCE WITH N. PIERCE RE: WORKSTREAM REPORT (.1); |
| | | | | | | | 0.20 | 5 REVISE WORKSTREAM REPORT (.2); |
| | | | | | | | 1.30 | 6 MEET J. SMOLINSKY AND D. MESHKOV RE: CASE MANAGEMENT MOTION (1.3). |
| | $650.00 | 07/13/09 | Mon | 6.00 | 6.00 | 3,900.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | | 1 REVISE WORKSTREAM REPORT |
| | $650.00 | 07/14/09 | Tue | 1.90 | 1.90 | 1,235.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | | 1 REVISE WORKSTREAM REPORT |
| | $650.00 | 07/15/09 | Wed | 1.00 | 1.00 | 650.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 0.40 | 1 UPDATE CALENDAR (.4); |
| | | | | | | | 0.60 | 2 EMAIL TEAM RE: HEARINGS SCHEDULED FOR JULY 22 AND OTHER CALENDARING ISSUES (.6) |
| | $650.00 | 07/16/09 | Thu | 0.60 | 0.60 | 390.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | | 1 UPDATE HEARING CALENDAR |
| | $650.00 | 07/17/09 | Fri | 0.40 | 0.30 | 195.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 0.10 | 1 CONFER WITH D. MESHKOV RE: CASE MANAGEMENT MOTION (.1); |
| | | | | | | | 0.30 | 2 UPDATE CALENDAR (.3). |
| | $650.00 | 07/20/09 | Mon | 1.80 | 0.40 | 260.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | 0.20 | 1 TELECONFERENCE WITH D. MESHKOV RE: CASE MANAGEMENT MOTIONS (.2); |
| | | | | | | | 1.10 | 2 REVISE CASE MANAGEMENT MOTION (1.1); |
| | | | | | | | 0.10 | 3 TELECONFERENCE WITH J. SMOLINSKY RE: SAME (.1); |
| | | | | | | | 0.40 | 4 UPDATE WORKSTREAM REPORT (.4). |
| | $650.00 | 07/21/09 | Tue | 0.30 | 0.30 | 195.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | | 1 UPDATE CALENDAR. |
| | $650.00 | 07/23/09 | Thu | 1.40 | 1.40 | 910.00 | | *MATTER NAME: Case Administration* |
| | | | | | | | | 1 UPDATE GM CALENDAR. |

EXHIBIT H PAGE 4 of 8

EXHIBIT H
CLERICAL AND ADMINISTRATIVE TASKS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0487 Meises, M | | | | | | | | |
| | $650.00 | 07/28/09 | Tue | 2.20 | 1.00 | 650.00 | 1.20<br>1.00 | *MATTER NAME: Case Administration*<br>1 REVISE BOILERPLATE FOR MOTIONS, ORDERS AND NOTICES (1.2);<br>2 UPDATE CALENDAR (1.0). |
| | $650.00 | 07/29/09 | Wed | 5.50 | 5.50 | 3,575.00 | | *MATTER NAME: Case Administration*<br>1 REVIEW AND UPDATE WORKSTREAM REPORT. |
| | $650.00 | 07/31/09 | Fri | 0.90 | 0.90 | 585.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE WORKSTREAMS REPORT. |
| | $650.00 | 08/04/09 | Tue | 1.20 | 1.20 | 780.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE CALENDAR. |
| | $650.00 | 08/10/09 | Mon | 0.20 | 0.20 | 130.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE CALENDAR. |
| | $650.00 | 08/12/09 | Wed | 0.20 | 0.20 | 130.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE CALENDAR. |
| | $650.00 | 08/13/09 | Thu | 2.50 | 2.50 | 1,625.00 | | *MATTER NAME: Case Administration*<br>1 REVIEW AND UPDATE CASE CALENDAR. |
| | $650.00 | 08/14/09 | Fri | 0.70 | 0.70 | 455.00 | 0.40<br>0.30 | *MATTER NAME: Hearings and Court Matters*<br>1 CALL WITH H. BLUM RE: CALENDAR ISSUES (.4);<br>2 DRAFT EMAIL RE: CALENDAR ISSUES (.3). |
| | $650.00 | 08/16/09 | Sun | 3.20 | 3.20 | 2,080.00 | 1.80<br>1.40 | *MATTER NAME: Case Administration*<br>1 UPDATE CASE CALENDAR (1.8);<br>2 UPDATE WORKSTREAM REPORT (1.4). |
| | $650.00 | 08/17/09 | Mon | 1.70 | 1.70 | 1,105.00 | 0.20<br>0.20<br>1.30 | *MATTER NAME: Case Administration*<br>1 UPDATE CALENDAR (.2);<br>2 UPDATE WORKSTREAM REPORT (.2);<br>3 RESOLVE CALENDARING ISSUES (1.3). |
| | $650.00 | 08/18/09 | Tue | 0.50 | 0.50 | 325.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE CALENDAR. |

EXHIBIT H PAGE 5 of 8

EXHIBIT H
CLERICAL AND ADMINISTRATIVE TASKS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0487 Meises, M | | | | | | | | |
| | $650.00 | 08/18/09 | Tue | 0.40 | 0.40 | 260.00 | | *MATTER NAME: Case Administration*<br>1 PREPARE TASK LIST |
| | $650.00 | 08/24/09 | Mon | 4.70 | 4.70 | 3,055.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE CALENDAR AND WORKSTREAM REPORT |
| | $650.00 | 08/25/09 | Tue | 1.80 | 0.80 | 520.00 | 0.50<br>0.20<br>0.20<br>0.10<br>0.40<br>0.40 | *MATTER NAME: Case Administration*<br>1 MEET E. LEDERMAN RE: CASE MANAGEMENT PROCEDURES (.5);<br>2 TELECONFERENCE L. LAKEN (.2);<br>3 R. BROOKS (.2);<br>4 R. BERKOVICH RE: SAME (.1);<br>5 UPDATE CALENDAR (.4);<br>6 UPDATE WORKSTREAM REPORT (.4). |
| | $650.00 | 08/28/09 | Fri | 3.00 | 3.00 | 1,950.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE CALENDAR AND WORKSTREAM REPORT |
| | $650.00 | 08/31/09 | Mon | 2.50 | 2.50 | 1,625.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE CALENDAR AND WORKSTREAM REPORT |
| | $650.00 | 09/04/09 | Fri | 8.50 | 8.50 | 5,525.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE CALENDAR AND WORK STREAM REPORT |
| | $650.00 | 09/08/09 | Tue | 1.60 | 1.60 | 1,040.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE CALENDAR AND WORKSTREAM REPORT |
| | $650.00 | 09/09/09 | Wed | 0.50 | 0.50 | 325.00 | | *MATTER NAME: Case Administration*<br>1 EMAIL TEAM RE: CALENDAR ISSUES |
| | $650.00 | 09/12/09 | Sat | 1.00 | 1.00 | 650.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE CALENDAR |
| | $650.00 | 09/17/09 | Thu | 5.20 | 5.20 | 3,380.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE CALENDAR AND WORK IN PROGRESS REPORT |
| | $650.00 | 09/21/09 | Mon | 2.50 | 2.50 | 1,625.00 | | *MATTER NAME: Case Administration*<br>1 UPDATE WORKSTREAM REPORT |

EXHIBIT H PAGE 6 of 8

EXHIBIT H
CLERICAL AND ADMINISTRATIVE TASKS

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0487 Meises, M | $650.00 | 09/22/09 | Tue | 0.40 | 0.40 | 260.00 | | *MATTER NAME: Case Administration* <br> 1 REVISE WORKSTREAM REPORT. |
| | $650.00 | 09/23/09 | Wed | 0.40 | 0.40 | 260.00 | | *MATTER NAME: Case Administration* <br> 1 DRAFT EMAIL TO J. REDWINE RE: WORKSTREAM REPORT. |
| | $650.00 | 09/25/09 | Fri | 1.70 | 1.70 | 1,105.00 | | *MATTER NAME: Case Administration* <br> 1 UPDATE CALENDAR AND WORKSTREAM REPORT. |
| | $650.00 | 09/29/09 | Tue | 1.60 | 1.60 | 1,040.00 | | *MATTER NAME: Case Administration* <br> 1 UPDATE CALENDAR AND WORKSTREAM REPORT. |
| | NUMBER OF ENTRIES: | | | 49 | 89.10 | 57,915.00 | | |

Total       89.10    $57,915.00

Number of Entries:   49

EXHIBIT H
CLERICAL AND ADMINISTRATIVE TASKS
Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Meises, M | 0487 | 89.10 | $650.00 | 57,915.00 |
| | | 89.10 | | $57,915.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Case Administration | 87.90 | 57,135.00 |
| Hearings and Court Matters | 1.20 | 780.00 |
| | 89.10 | $57,915.00 |