# EXHIBIT I

(Vague Entries)

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Brooks, R | 5334 | 156.40 | $355.00 | 55,522.00 |
| Dummer, D | 4158 | 39.50 | $640.00 | 25,280.00 |
| Laken, L | 1648 | 20.10 | $415.00 | 8,341.50 |
| Shim, S | 0615 | 20.00 | $725.00 | 14,500.00 |
| | | 236.00 | | $103,643.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Transaction (MPA,sale of subst all assets) | 36.40 | 23,296.00 |
| 365/Executory Contracts/ Leases/ Real Property | 13.00 | 5,395.00 |
| Case Administration | 6.30 | 2,266.50 |
| Customer/Vendor/Supplier/Dealer Issues | 5.90 | 2,448.50 |
| DIP Financing / Cash Collateral | 16.50 | 11,962.50 |
| Exit Financing | 3.50 | 2,537.50 |
| General Case Strategy | 3.80 | 2,274.50 |
| Hearings and Court Matters | 2.30 | 816.50 |
| Retention/Fee Application: Ordinary Course Prof | 1.80 | 639.00 |
| Retention/Fee Application: Other Professionals | 146.50 | 52,007.50 |
| | 236.00 | $103,643.50 |

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: Hearings and Court Matters* |
| 5334 Brooks, R | $355.00 | 06/02/09 | Tue | 2.30 | 2.30 | 816.50 | | 1 | ADDRESS VARIOUS NOTICING ISSUES OF FIRST DAY PLEADINGS |
| | | | | | | | | | *MATTER NAME: Case Administration* |
| | $355.00 | 06/03/09 | Wed | 3.10 | 3.10 | 1,100.50 | | 1 | ATTEND TO VARIOUS NOTICING ISSUES |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 06/03/09 | Wed | 3.00 | 3.00 | 1,065.00 | | 1 | RESPOND AND COORDINATE WITH VARIOUS PROFESSIONALS RE: PREPARATION OF RETENTION APPLICATIONS AND AFFIDAVITS |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 06/10/09 | Wed | 5.10 | 5.10 | 1,810.50 | 3.00 | 1 | COORDINATE PROCESS TO RETAIN PROFESSIONALS (3.0); |
| | | | | | | | 2.10 | 2 | REVIEW RETENTION APPLICATIONS OF PROFESSIONALS (2.1); |
| | | | | | | | | | *MATTER NAME: Case Administration* |
| | $355.00 | 06/11/09 | Thu | 0.50 | 0.50 | 177.50 | | 1 | RESPOND TO VARIOUS GM RELATED INQUIRIES FROM SUPPLIERS, SHAREHOLDERS, AND DEALERS. |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 06/11/09 | Thu | 8.10 | 8.10 | 2,875.50 | 6.70 | 1 | COORDINATE PROCESS TO RETAIN PROFESSIONALS (6.7); |
| | | | | | | | 0.30 | 2 | CALLS WITH D. BERZ AND E.LEDERMAN (.3); |
| | | | | | | | 0.50 | 3 | CALLS WITH S. KAROTKIN AND GM RE: RETENTION (.5); |
| | | | | | | | 0.60 | 4 | CALL WITH PROFESSIONAL (.6). |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 06/12/09 | Fri | 11.90 | 11.90 | 4,224.50 | 2.00 | 1 | COORDINATE PROCESS TO RETAIN PROFESSIONALS (2.0); |
| | | | | | | | 9.90 | 2 | REVISE RETENTION APPLICATIONS AND PREPARE FOR FILING (9.9). |
| | | | | | | | | | *MATTER NAME: Case Administration* |
| | $355.00 | 06/15/09 | Mon | 1.60 | 1.60 | 568.00 | | 1 | RESPOND TO INQUIRES FROM SUPPLIERS, SHAREHOLDERS, AND DEALERS |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 06/15/09 | Mon | 5.40 | 5.40 | 1,917.00 | 4.70 | 1 | COORDINATE PROCESS TO RETAIN PROFESSIONALS (4.7); |
| | | | | | | | 0.30 | 2 | CALL WITH PROFESSIONAL (.3); |
| | | | | | | | 0.40 | 3 | CORRESPONDENCE WITH E. LEDERMAN RE: RETENTION(.4). |
| | | | | | | | | | *MATTER NAME: Case Administration* |
| | $355.00 | 06/16/09 | Tue | 0.40 | 0.40 | 142.00 | | 1 | RESPOND TO INQUIRIES FROM SUPPLIERS, SHAREHOLDERS, AND DEALERS |

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| 5334 Brooks, R | $355.00 | 06/16/09 | Tue | 6.20 | 6.20 | 2,201.00 | 2.20 | 1 REVISE RETENTION APPLICATIONS (2.2); |
| | | | | | | | 1.00 | 2 MEETING WITH E. LEDERMAN AND D. MESHKOV RE: SAME (1.0); |
| | | | | | | | 2.40 | 3 COORDINATE RETENTION PROCESS (2.4); |
| | | | | | | | 0.60 | 4 CONFER WITH M. MEISES RE: HEARING (.6). |
| | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 06/17/09 | Wed | 6.00 | 5.60 | 1,988.00 | 3.30 | 1 REVISE RETENTION APPLICATIONS (3.3); |
| | | | | | | | 0.70 | 2 CALLS WITH PROFESSIONAL AND J. SMOLINSKY (.7); |
| | | | | | | | 0.10 | 3 COORDINATE RETENTION PROCESS (.1); |
| | | | | | | | 1.50 | 4 CALLS WITH PROFESSIONALS (1.5); |
| | | | | | | | 0.30 | 5 CONFER WITH E. LEDERMAN RE: RETENTION OF ENVIRONMENTAL CONSULTANT (.3); |
| | | | | | | | 0.10 | 6 CONFER WITH E. LEDERMAN AND E. YATES RE: SAME (.1). |
| | | | | | | | | *MATTER NAME: Retention/Fee Application: Ordinary Course Prof* |
| | $355.00 | 06/22/09 | Mon | 4.60 | 1.80 | 639.00 | 1.90 | 1 DRAFT ORDINARY COURSE PROFESSIONALS RETENTION PROTOCOL MEMO (1.9); |
| | | | | | | | 0.90 | 2 CALLS WITH CLIENT RE: SAME (.9); |
| | | | | | | | 1.80 | 3 COORDINATE RETENTION OF SAME (1.8). |
| | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 06/22/09 | Mon | 5.40 | 5.40 | 1,917.00 | 4.90 | 1 COORDINATE WITH PROFESSIONALS RE: RETENTION (4.9); |
| | | | | | | | 0.50 | 2 CALLS RE: SAME (.5). |
| | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 06/23/09 | Tue | 7.10 | 7.10 | 2,520.50 | 1.40 | 1 COORDINATE RETENTION OF PROFESSIONALS (1.4); |
| | | | | | | | 4.10 | 2 REVIEW AND ANALYZE OBJECTIONS TO RETENTION APPLICATIONS (4.1); |
| | | | | | | | 1.10 | 3 REVISE RETENTION ORDERS (1.1); |
| | | | | | | | 0.50 | 4 REVIEW RETENTION APPLICATIONS (.5); |
| | | | | | | | | *MATTER NAME: Case Administration* |
| | $355.00 | 06/25/09 | Thu | 0.20 | 0.20 | 71.00 | | 1 ATTEND TO NOTICING ISSUES |
| | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 06/25/09 | Thu | 4.50 | 4.50 | 1,597.50 | | 1 COORDINATE RETENTION OF PROFESSIONALS. |
| | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 06/29/09 | Mon | 4.30 | 4.30 | 1,526.50 | | 1 COORDINATE RETENTION OF PROFESSIONALS |

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| 5334 Brooks, R | $355.00 | 07/03/09 | Fri | 4.10 | 4.10 | 1,455.50 | | 1 | COORDINATE RETENTION APPLICATIONS FOR PROFESSIONALS. |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 07/06/09 | Mon | 3.40 | 3.40 | 1,207.00 | | 1 | COORDINATE RETENTION OF ORDINARY COURSE PROFESSIONALS. |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 07/06/09 | Mon | 3.20 | 3.20 | 1,136.00 | | 1 | COORDINATE RETENTION OF PROFESSIONALS. |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 07/08/09 | Wed | 4.50 | 4.50 | 1,597.50 | | 1 | COORDINATE RETENTION OF PROFESSIONALS |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 07/14/09 | Tue | 8.20 | 5.10 | 1,810.50 | 0.70 | 1 | TELEPHONE CONFERENCE WITH PROFESSIONAL RE: RETENTION (.7); |
| | | | | | | | 0.20 | 2 | CONFERENCE WITH E. LEDERMAN RE: RETENTION (.2); |
| | | | | | | | 0.90 | 3 | RESPOND TO MEMOS RE: RETENTIONS (.9); |
| | | | | | | | 0.90 | 4 | COORDINATE WITH PROFESSIONALS RE: RETENTION (.9); |
| | | | | | | | 3.10 | 5 | REVISE INTERIM COMPENSATION MOTION (3.1); |
| | | | | | | | 2.40 | 6 | REVIEW AND REVISE RETENTION APPLICATIONS (2.4). |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 07/15/09 | Wed | 2.50 | 2.50 | 887.50 | 0.90 | 1 | RESPOND TO MEMOS RE: RETENTION (.9); |
| | | | | | | | 0.20 | 2 | CONFERENCE WITH E. LEDERMAN RE: RETENTIONS (.2); |
| | | | | | | | 1.40 | 3 | COORDINATE RETENTION OF PROFESSIONALS (1.4). |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 07/16/09 | Thu | 9.80 | 9.70 | 3,443.50 | 2.40 | 1 | COORDINATE RETENTION OF PROFESSIONALS (2.4); |
| | | | | | | | 1.60 | 2 | RESPOND TO MEMOS RE: RETENTION (1.6); |
| | | | | | | | 5.30 | 3 | PREPARE AND REVISE RETENTION APPLICATIONS (5.3); |
| | | | | | | | 0.10 | 4 | TELEPHONE CALL WITH J. SAPP RE: RETENTIONS (.1); |
| | | | | | | | 0.30 | 5 | TELEPHONE CALL WITH PROFESSIONAL RE: RETENTION (.3); |
| | | | | | | | 0.10 | 6 | REVIEW U.S. TRUSTEE'S ELECTRONIC FEE BILLING REQUIREMENTS (.1); |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 07/20/09 | Mon | 7.10 | 5.50 | 1,952.50 | 2.10 | 1 | REVIEW RETENTION APPLICATIONS (2.1); |
| | | | | | | | 1.60 | 2 | REVISE INTERIM COMPENSATION MOTION (1.6); |
| | | | | | | | 2.30 | 3 | RESPOND TO MEMOS RE: RETENTION (2.3); |
| | | | | | | | 1.10 | 4 | CALL WITH PROFESSIONAL RE: RETENTION (1.1). |

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| 5334 Brooks, R | $355.00 | 07/21/09 | Tue | 11.60 | 9.50 | 3,372.50 | 0.90 | 1 | RESPOND TO MEMOS RE: RETENTIONS (.9); |
| | | | | | | | 0.50 | 2 | RESEARCH AND REVIEW FEE APPLICATION GUIDELINES (.5); |
| | | | | | | | 8.00 | 3 | REVIEW AND REVISE RETENTION APPLICATIONS (8.0); |
| | | | | | | | 0.40 | 4 | REVISE INTERIM COMPENSATION MOTION (.4); |
| | | | | | | | 0.20 | 5 | PREPARE FOR CALL WITH U.S. TRUSTEE RE: RETENTION APPLICATIONS (.2); |
| | | | | | | | 0.80 | 6 | CALL WITH U.S. TRUSTEE RE: RETENTION APPLICATIONS (.8); |
| | | | | | | | 0.20 | 7 | CALL WITH PROFESSIONAL RE: RETENTION (.2); |
| | | | | | | | 0.40 | 8 | CALL WITH PROFESSIONAL RE: RETENTION (.4); |
| | | | | | | | 0.20 | 9 | REVISE INTERIM COMPENSATION MOTION (.2). |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 07/22/09 | Wed | 4.20 | 4.20 | 1,491.00 | 1.70 | 1 | RESPOND TO MEMOS RE: RETENTIONS (1.7); |
| | | | | | | | 1.50 | 2 | COORDINATE RETENTION OF PROFESSIONALS AND PREPARE TIMELINE OF EVENTS (1.5); |
| | | | | | | | 0.80 | 3 | CALL WITH PROFESSIONAL RE: RETENTION (.8); |
| | | | | | | | 0.20 | 4 | CONFER WITH E. LEDERMAN RE: RETENTIONS (.2). |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 07/23/09 | Thu | 2.10 | 1.70 | 603.50 | 0.50 | 1 | COORDINATE RETENTION OF PROFESSIONALS (.5); |
| | | | | | | | 0.20 | 2 | CONFER WITH E. LEDERMAN RE: RETENTIONS (.2); |
| | | | | | | | 0.40 | 3 | TELEPHONE CALL WITH CREDITORS' COMMITTEE RE: RETENTIONS (.4); |
| | | | | | | | 0.70 | 4 | RESEARCH ISSUES RE: RETENTION (.7); |
| | | | | | | | 0.10 | 5 | RESPOND TO MEMORANDA RE: RETENTION (.1); |
| | | | | | | | 0.20 | 6 | TELEPHONE CALL WITH A. KOCH RE: RETENTIONS (.2). |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 07/24/09 | Fri | 3.30 | 3.30 | 1,171.50 | 2.30 | 1 | REVISE RETENTION APPLICATIONS (2.3); |
| | | | | | | | 0.60 | 2 | CALL WITH PROFESSIONAL AND TEAM RE: RETENTION (.6); |
| | | | | | | | 0.40 | 3 | RESPOND TO MEMOS RE: RETENTIONS (.4). |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 07/27/09 | Mon | 4.20 | 3.00 | 1,065.00 | 0.70 | 1 | RESEARCH ISSUES RE: RETENTION (.7); |
| | | | | | | | 0.90 | 2 | RESEARCH ISSUES RE: RETENTION OF CONSUMER PRIVACY OMBUDSMAN (.9); |
| | | | | | | | 1.10 | 3 | RESPOND TO MEMOS RE: RETENTION OF PROFESSIONALS (1.1); |
| | | | | | | | 0.30 | 4 | DRAFT MEMO TO U.S. TRUSTEE AND CREDITORS' COMMITTEE RE: RETENTIONS (.3); |
| | | | | | | | 0.20 | 5 | COORDINATE RETENTION OF PROFESSIONALS (.2); |
| | | | | | | | 0.20 | 6 | CALL WITH E. LEDERMAN RE: RETENTIONS (.2); |
| | | | | | | | 0.80 | 7 | CONFERENCE RE: RETENTION OF PROFESSIONALS (.8). |

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| 5334 | $355.00 | 07/28/09 | Tue | 8.20 | 7.90 | 2,804.50 | 1.40 | 1 RESPOND TO MEMOS RE: RETENTIONS OF PROFESSIONALS (1.4); |
| Brooks, R | | | | | | | 0.10 | 2 COORDINATE RETENTION OF PROFESSIONALS (.1); |
| | | | | | | | 0.60 | 3 CALL WITH PROFESSIONAL RE: RETENTION APPLICATION (.6); |
| | | | | | | | 3.90 | 4 REVISE RETENTION APPLICATIONS AND SUPPLEMENTAL DECLARATIONS (3.9); |
| | | | | | | | 0.10 | 5 CALL WITH E. LEDERMAN RE: RETENTION (.1); |
| | | | | | | | 1.00 | 6 CALL WITH E. LEDERMAN, AND E. YATES RE: RETENTION (1.0); |
| | | | | | | | 0.40 | 7 CALL WITH PROFESSIONAL RE: RETENTION (.4); |
| | | | | | | | 0.20 | 8 CALL WITH PROFESSIONAL RE: RETENTION (.2); |
| | | | | | | | 0.20 | 9 CONFERENCE WITH E. LEDERMAN RE: RETENTION (.2); |
| | | | | | | | 0.30 | 10 REVISE MOTION FOR MODIFIED ENGAGEMENT LETTER WITH ALIX PARTNERS SERVICES (.3). |
| | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 08/03/09 | Mon | 7.50 | 4.60 | 1,633.00 | 2.30 | 1 RESPOND TO EMAILS RE: RETENTION (2.3); |
| | | | | | | | 0.60 | 2 CALLS WITH PROFESSIONALS RE: RETENTION (.6); |
| | | | | | | | 0.70 | 3 COORDINATE RETENTION OF PROFESSIONALS (.7); |
| | | | | | | | 1.00 | 4 REVISE RETENTION APPLICATIONS (1.0); |
| | | | | | | | 2.90 | 5 RESEARCH ISSUES RE: RETENTION UNDER 363(B) (2.9). |
| | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 08/13/09 | Thu | 3.80 | 3.10 | 1,100.50 | 0.30 | 1 REVIEW AP SERVICES MONTHLY STAFFING REPORT (.3); |
| | | | | | | | 0.40 | 2 RESPOND TO EMAILS RE: RETENTION (.4); |
| | | | | | | | 1.70 | 3 RESEARCH ISSUES RE: RETENTION (1.7); |
| | | | | | | | 0.60 | 4 RESEARCH RETENTION ISSUES (.6); |
| | | | | | | | 0.20 | 5 DRAFT EMAILS RE: SAME (.2); |
| | | | | | | | 0.40 | 6 RESPOND TO EMAILS RE: MONTHLY FEE STATEMENTS (.4); |
| | | | | | | | 0.20 | 7 COORDINATE RETENTION OF PROFESSIONALS (.2). |
| | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $355.00 | 08/24/09 | Mon | 4.60 | 4.60 | 1,633.00 | 0.50 | 1 REVIEW ISSUES RE: RETENTION OF PROFESSIONALS (.5); |
| | | | | | | | 0.20 | 2 CALL WITH CLIENT RE: RETENTIONS (.2); |
| | | | | | | | 0.10 | 3 CALL WITH PROFESSIONAL RE: RETENTION (.1); |
| | | | | | | | 2.00 | 4 RESEARCH ISSUES RE: RETENTION (2.0); |
| | | | | | | | 1.80 | 5 REVISE RETENTION APPLICATIONS (1.8). |
| | NUMBER OF ENTRIES: | | 35 | | 156.40 | 55,522.00 | | |

4158

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| 4158 Dummer, D | $640.00 | 06/20/09 | Sat | 3.30 | 2.90 | 1,856.00 | 0.20 | 1 | ATTEND TO TELECONFERENCE WITH R. GUY, J. NEWIRTH, AND B. CAVE RE: DISCOVERY ISSUES (.2); |
| | | | | | | | 0.20 | 2 | ATTEND TO TELECONFERENCE WITH L. BUONOMO, R. TATE, AND M. RIASHI RE: DISCOVERY ISSUES (.2); |
| | | | | | | | 2.90 | 3 | COORDINATE DISCOVERY ISSUES AND DOCUMENT REVIEW (2.9). |
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $640.00 | 06/22/09 | Mon | 4.70 | 0.40 | 256.00 | 4.30 | 1 | MANAGE AND OVERSEE DOCUMENT REVIEW (4.3); |
| | | | | | | | 0.40 | 2 | ADDRESS REVIEW ISSUES (.4) |
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $640.00 | 06/24/09 | Wed | 12.10 | 12.10 | 7,744.00 | | 1 | ADDRESS DISCOVERY ISSUES IN ADVANCE OF DEPOSITION. |
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $640.00 | 06/25/09 | Thu | 13.10 | 8.10 | 5,184.00 | 8.10 | 1 | ADDRESS DISCOVERY ISSUES (8.1); |
| | | | | | | | 4.00 | 2 | PREPARE FOR WITNESS PREPARATION (4.0); |
| | | | | | | | 1.00 | 3 | MEET WITH A. BLANCHARD RE: STRATEGY AND NEXT STEPS RE: 363 HEARING (1.0). |
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $640.00 | 06/29/09 | Mon | 13.60 | 12.50 | 8,000.00 | 0.90 | 1 | PARTICIPATE IN TEAM MEETING WITH I. WARREN, R. GUY, J. AMSEL AND OTHERS RE: SALE HEARING (.9); |
| | | | | | | | 0.20 | 2 | TELEPHONE CONFERENCE WITH R. GUY AND M. RIASHI RE: DISCOVERY ISSUES (.2); |
| | | | | | | | 12.50 | 3 | ADDRESS DISCOVERY AND PRE-HEARING ISSUES (12.5) |
| | | | | | | | | | *MATTER NAME: General Case Strategy* |
| | $640.00 | 07/02/09 | Thu | 3.10 | 3.10 | 1,984.00 | | 1 | ADDRESS QUESTIONS AND INQUIRIES RELATED TO CERTAIN OBJECTORS. |
| | | | | | | | | | *MATTER NAME: 363 Transaction (MPA,sale of subst all assets)* |
| | $640.00 | 07/03/09 | Fri | 0.40 | 0.40 | 256.00 | 0.20 | 1 | ADDRESS ISSUES RELATED TO DISCOVERY (.2); |
| | | | | | | | 0.20 | 2 | RESPOND TO QUESTIONS ON OBJECTORS ISSUES (.2). |
| | NUMBER OF ENTRIES: | | | 7 | 39.50 | 25,280.00 | | | |
| | | | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| 1648 Laken, L | $415.00 | 06/02/09 | Tue | 1.20 | 1.00 | 415.00 | 0.20 | 1 | OFFICE CONFERENCE WITH J. SMOLINSKY RE: OMNIBUS MOTIONS (.2); |
| | | | | | | | 1.00 | 2 | RELATED FOLLOW UP (1.0). |
| | | | | | | | | | *MATTER NAME: Case Administration* |
| | $415.00 | 06/04/09 | Thu | 0.50 | 0.50 | 207.50 | | 1 | COORDINATE INFORMATION WITH KRAMER LEVIN. |

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: Customer/Vendor/Supplier/Dealer Issues* |
| 1648 Laken, L | $415.00 | 06/17/09 | Wed | 1.80 | 1.80 | 747.00 | | 1 | RESPONDING TO SUPPLIER INQUIRY. |
| | | | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $415.00 | 06/25/09 | Thu | 1.50 | 0.50 | 207.50 | 0.50 | 1 | CALL WITH HONIGMAN (.5); |
| | | | | | | | 0.50 | 2 | PREPARE GM RE: CURE OBJECTIONS (.5); |
| | | | | | | | 0.50 | 3 | CALL WITH GM RE: CONTRACT REJECTION (.5). |
| | | | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $415.00 | 06/29/09 | Mon | 2.20 | 2.20 | 913.00 | | 1 | ATTEND TO CURE DISPUTES |
| | | | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $415.00 | 07/06/09 | Mon | 3.60 | 3.60 | 1,494.00 | | 1 | RESOLVE CURE OBJECTIONS. |
| | | | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $415.00 | 07/08/09 | Wed | 0.50 | 0.50 | 207.50 | | 1 | FOLLOW UP ON CONTRACT REJECTION ISSUES. |
| | | | | | | | | | *MATTER NAME: Customer/Vendor/Supplier/Dealer Issues* |
| | $415.00 | 07/09/09 | Thu | 1.00 | 1.00 | 415.00 | | 1 | RESOLVE CURE OBJECTIONS. |
| | | | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $415.00 | 07/17/09 | Fri | 1.00 | 1.00 | 415.00 | | 1 | RESOLVE CURE AND CONTRACT DISPUTES WITH SUPPLIERS. |
| | | | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $415.00 | 07/23/09 | Thu | 0.60 | 0.60 | 249.00 | | 1 | RESOLVE DEALER ASSUMPTION ISSUES. |
| | | | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $415.00 | 07/23/09 | Thu | 1.60 | 1.60 | 664.00 | | 1 | RESOLVE SUPPLIER CONTRACT ISSUES. |
| | | | | | | | | | *MATTER NAME: Customer/Vendor/Supplier/Dealer Issues* |
| | $415.00 | 07/28/09 | Tue | 0.60 | 0.60 | 249.00 | | 1 | RESOLVE CONTRACT DISPUTES WITH SUPPLIERS. |
| | | | | | | | | | *MATTER NAME: Customer/Vendor/Supplier/Dealer Issues* |
| | $415.00 | 07/28/09 | Tue | 0.20 | 0.20 | 83.00 | | 1 | RESOLVE CURE OBJECTIONS BY SUPPLIERS |
| | | | | | | | | | *MATTER NAME: General Case Strategy* |
| | $415.00 | 08/31/09 | Mon | 0.70 | 0.70 | 290.50 | | 1 | REVIEW OPEN LITIGATION ISSUES AND STRATEGIZE. |

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| 1648 Laken, L | $415.00 | 09/03/09 | Thu | 1.50 | 1.50 | 622.50 | | 1 | RESOLVE CURE DISPUTES. |
| | | | | | | | | | *MATTER NAME: Customer/Vendor/Supplier/Dealer Issues* |
| | $415.00 | 09/04/09 | Fri | 1.30 | 1.30 | 539.50 | | 1 | RESOLVE CURE DISPUTES WITH SUPPLIERS. |
| | | | | | | | | | *MATTER NAME: Customer/Vendor/Supplier/Dealer Issues* |
| | $415.00 | 09/14/09 | Mon | 1.00 | 1.00 | 415.00 | | 1 | RESOLVE CONTRACT ASSUMPTION ISSUES. |
| | | | | | | | | | *MATTER NAME: 365/Executory Contracts/ Leases/ Real Property* |
| | $415.00 | 09/15/09 | Tue | 0.50 | 0.50 | 207.50 | | 1 | RESOLVE ISSUES RELATED TO CONTRACT REJECTION. |
| | NUMBER OF ENTRIES: | | 18 | | 20.10 | 8,341.50 | | | |
| | | | | | | | | | *MATTER NAME: DIP Financing / Cash Collateral* |
| 0615 Shim, S | $725.00 | 06/02/09 | Tue | 6.50 | 2.50 | 1,812.50 | 1.50 | 1 | TELEPHONE CONFERENCE WITH GM RE: DIP (1.5); |
| | | | | | | | 2.50 | 2 | REVIEW DIP POST-CLOSING MATTERS (2.5); |
| | | | | | | | 2.50 | 3 | REVISE DISCLOSURE MATERIAL (2.5). |
| | | | | | | | | | *MATTER NAME: Exit Financing* |
| | $725.00 | 06/03/09 | Wed | 7.50 | 3.50 | 2,537.50 | 2.50 | 1 | TELEPHONE CONFERENCE WITH GM RE: DIP (2.5); |
| | | | | | | | 3.50 | 2 | REVIEW DIP POST-CLOSING MATTERS (3.5); |
| | | | | | | | 1.50 | 3 | REVISE DISCLOSURE MATERIAL (1.5). |
| | | | | | | | | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | $725.00 | 06/05/09 | Fri | 5.00 | 3.50 | 2,537.50 | 1.50 | 1 | TELEPHONE CONFERENCE WITH CLIENT RE: DIP (1.5); |
| | | | | | | | 3.50 | 2 | REVIEW DIP POST-CLOSING MATTERS (3.5). |
| | | | | | | | | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | $725.00 | 06/08/09 | Mon | 5.00 | 2.50 | 1,812.50 | 2.50 | 1 | TELEPHONE CONFERENCE WITH GM RE: DIP (2.5); |
| | | | | | | | 2.50 | 2 | REVIEW DIP POST-CLOSING MATTERS (2.5). |
| | | | | | | | | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | $725.00 | 06/09/09 | Tue | 3.00 | 1.50 | 1,087.50 | 1.50 | 1 | TELEPHONE CONFERENCE WITH GM RE: DIP FINANCING (1.5); |
| | | | | | | | 1.50 | 2 | REVIEW DIP POST-CLOSING MATTERS (1.5). |
| | | | | | | | | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | $725.00 | 06/10/09 | Wed | 4.00 | 2.50 | 1,812.50 | 1.50 | 1 | TELEPHONE CONFERENCE WITH GM RE: DIP (1.5); |
| | | | | | | | 2.50 | 2 | REVIEW DIP POST-CLOSING MATTERS (2.5). |

EXHIBIT I
VAGUE ENTRIES
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: DIP Financing / Cash Collateral* |
| 0615 | $725.00 | 06/11/09 | Thu | 5.00 | 2.50 | 1,812.50 | 2.50 | 1 TELEPHONE CONFERENCE WITH GM RE: DIP (2.5); |
| Shim, S | | | | | | | 2.50 | 2 REVIEW DIP POST-CLOSING MATTERS (2.5). |
| | | | | | | | | *MATTER NAME: DIP Financing / Cash Collateral* |
| | $725.00 | 06/12/09 | Fri | 3.00 | 1.50 | 1,087.50 | 1.50 | 1 TELEPHONE CONFERENCE WITH GM RE: DIP (1.5); |
| | | | | | | | 1.50 | 2 REVIEW DIP POST-CLOSING MATTERS (1.5). |
| | NUMBER OF ENTRIES: | | | 8 | 20.00 | 14,500.00 | | |
| Total | | | | | 236.00 | $103,643.50 | | |
| Number of Entries: 68 | | | | | | | | |

EXHIBIT I

VAGUE ENTRIES

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Brooks, R | 5334 | 156.40 | $355.00 | 55,522.00 |
| Dummer, D | 4158 | 39.50 | $640.00 | 25,280.00 |
| Laken, L | 1648 | 20.10 | $415.00 | 8,341.50 |
| Shim, S | 0615 | 20.00 | $725.00 | 14,500.00 |
| | | 236.00 | | $103,643.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| 363 Transaction (MPA,sale of subst all assets) | 36.40 | 23,296.00 |
| 365/Executory Contracts/ Leases/ Real Property | 13.00 | 5,395.00 |
| Case Administration | 6.30 | 2,266.50 |
| Customer/Vendor/Supplier/Dealer Issues | 5.90 | 2,448.50 |
| DIP Financing / Cash Collateral | 16.50 | 11,962.50 |
| Exit Financing | 3.50 | 2,537.50 |
| General Case Strategy | 3.80 | 2,274.50 |
| Hearings and Court Matters | 2.30 | 816.50 |
| Retention/Fee Application: Ordinary Course Prof | 1.80 | 639.00 |
| Retention/Fee Application: Other Professionals | 146.50 | 52,007.50 |
| | 236.00 | $103,643.50 |