# EXHIBIT J

(Pre-petition Expenses)

EXHIBIT J

Pre-petition Expenses

Weil, Gotshal & Manges

| DATE | INVOICE/ENTRY# | NAME | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 07/13/09 | 10393223/3867 | Quinn, G | 72.20 | 12.03 | MATTER NAME: EXP - Expenses<br>LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090709; DATE: 7/13/2009 - NY PETTY CASH 07/09/09.G.PRUSSELL - TAXI HOME, 05/23, 06/25, 07/02, 07/04, 07/04/09 [1@72.2] |
| 07/17/09 | 10393223/4356 | Lemons, R | 28.54 | 28.54 | MATTER NAME: EXP - Expenses<br>SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 585279 DATE: 5/29/2009 SKYLINE 9009189404 95 LEMONS ROBERT 3102 RIDE DATE: 2009-05-25 FROM: M NEW YORK TO: M RIDE TIME: 21:10 [1@28.54] |
| 07/31/09 | 10393223/5495 | Chan, B | 12.98 | 12.98 | MATTER NAME: EXP - Expenses<br>DOMESTIC TRAVEL-MEALS VENDOR: CHAN, BILL; INVOICE#: 20090515.ED; DATE: 5/15/2009 - 05/15/09 NY LUNCH (OUT OF OFFICE) [1@12.98] |
| 08/14/09 | 10393224/2532 | Tanenbaum, J | 203.44 | 203.44 | MATTER NAME: EXP - Expenses<br>TRAVEL VENDOR: TANENBAUM, JEFFREY L INVOICE#: CREX000735270814209 DATE: 8/14/2009 ROOM AND TAX MAY 29, 2009 - LATE NIGHT MEETINGS - GM/DELPHI NEGOTIATIONS [1@203.44] |
| 08/31/09 | 10393225/2090 | Morneau, J | 500.00 | 250.00 | MATTER NAME: EXP - Expenses<br>TRAVEL VENDOR: MORNEAU, JEFF M. INVOICE#: CREX001242560901204 DATE: 8/31/2009 ROOM AND TAX SEP 01, 2009 - 2 TRIP WEEKENDS CANCELED DUE TO WORK REQUIREMENTS FOR GM BANKRUPTCY. WEEKENDS OF MAY 30-31/09 AND JUNE 28-29/09 [1@500] |
| 08/31/09 | 10393225/2091 | Morneau, J | 500.00 | 250.00 | MATTER NAME: EXP - Expenses<br>TRAVEL VENDOR: MORNEAU, JEFF M. INVOICE#: CREX001242560901204 DATE: 8/31/2009 ROOM AND TAX SEP 01, 2009 - 2 TRIP WEEKENDS CANCELED DUE TO WORK REQUIREMENTS FOR GM BANKRUPTCY. WEEKENDS OF MAY 30-31/09 AND JUNE 28-29/09 [1@500] |
| | | | $1,317.16 | $756.99 | |

EXHIBIT J PAGE 1 of 1