# EXHIBIT K

(Airfare Expenses)

EXHIBIT K

Airfare Expenses
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Actual Date | Timekeeper ID | Amount | Description |
|---|---|---|---|---|---|---|
| **New York to Dallas** | | | | | | |
| *First Class/Business Class Fares* | | | | | | |
| 10393223 | 4326 | 07/16/09 | 06/19/09 | 4158 | $ 2,027.59 | TRAVEL VENDOR: DUMMER, DAVID INVOICE#: CREX0009140507161959 DATE: 7/16/2009 AIRFARE, DOMESTIC BUSINESS JUN 19, 2009 - PREPARE FOR AND ATTEND DEPOSITIONS. - FROM/TO: DFW/LGA |
| 10393223 | 5012 | 07/24/09 | 06/22/09 | 7341 | $ 2,027.59 | TRAVEL VENDOR: AMERICAN EXPRESS (FRO-DAL-BTA); INVOICE#: 20090628A; DATE: 6/28/2009 - PAYMENT OF DALLAS FROSCH AMEX BTA STATEMENT DATED 06/28/09 AIRFARE FOR P. KERLEY 06/22/09 DFW LGA DFW TKT # 0017682184041 |
| 10393223 | 4339 | 07/16/09 | 06/22/09 | 1146 | $ 2,027.59 | TRAVEL VENDOR: BLANCHARD, AIMEE INVOICE#: CREX0008516807161959 DATE: 7/16/2009 AIRFARE, DOMESTIC BUSINESS JUN 22, 2009 - DEPOSITIONS - FROM/TO: DFW/LGA |
| 10393224 | 2516 | 08/13/09 | 07/06/09 | 1154 | $ 1,084.10 | TRAVEL VENDOR: JACOBS, BARRY INVOICE#: CREX0009862208132028 DATE: 8/13/2009 AIRFARE, DOMESTIC FIRST JUL 06, 2009 - FLIGHT FROM NEW YORK CITY TO DALLAS - FROM/TO: LGA/DFW |
| | | | | **Total First Class/Business Fares - New York to Dallas** | **$ 7,166.87** | |
| **New York to Detroit** | | | | | | |
| *First Class/Business Class Fares* | | | | | | |
| 10393225 | 2360 | 09/23/09 | 07/15/09 | 0663 | $ 1,364.20 | TRAVEL VENDOR: SMOLINSKY, JOSEPH INVOICE#: CREX0009905009231947 DATE: 9/23/2009 AIRFARE, DOMESTIC FIRST JUL 15, 2009 - AIRFARE - FROM/TO: LGA/DETROIT METRO |
| 10393224 | 2472 | 08/11/09 | 07/20/09 | 0080 | $ 1,609.20 | TRAVEL VENDOR: KAROTKIN, STEPHEN INVOICE#: CREX0009859008112025 DATE: 8/11/2009 AIRFARE, DOMESTIC BUSINESS JUL 20, 2009 - GM MEETINGS - FROM/TO: LAGUARDIA/DETROIT METRO |
| 10393224 | 2389 | 09/24/09 | 08/19/09 | 0080 | $ 607.20 | TRAVEL VENDOR: KAROTKIN, STEPHEN INVOICE#: CREX0012344109242002 DATE: 9/24/2009 AIRFARE, DOMESTIC FIRST AUG 19, 2009 - GM MEETING - FROM/TO: LGA/DETROIT METRO |
| | | | | **Total First Class/Business Fares - New York to Detroit** | **$ 3,580.60** | |
| | | | | **Grand Total First Class/Business Fares** | **$ 10,747.47** | |

Page K - 1 of 1