# EXHIBIT L

(Hotel Expenses)

EXHIBIT L

Hotel Expenses
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | # of nights | Cost/ Night | Ceiling/ night | Amount in Excess of $400/night | Description | Additional Information Provided by Weil Gotshal |
|---|---|---|---|---|---|---|---|---|---|---|
| 10393223 | 5108 | 07/27/09 | 246 | $ 2,927.25 | 5 | $ 585.45 | $ 400.00 | $ 927.25 | TRAVEL VENDOR: GUY, T. RAY INVOICE#: CREX0009559107272024 DATE: 7/27/2009 ROOM AND TAX JUN 30, 2009 - GM - ATTENDED MEETINGS AND WORKED ON VARIOUS MATTERS | Palace Hotel (New York); 6/17/09 - 7/1/09; 5 nights |
| 10393223 | 5117 | 07/27/09 | 246 | $ 3,726.72 | 9 | $ 414.08 | $ 400.00 | $ 126.72 | TRAVEL VENDOR: GUY, T. RAY INVOICE#: CREX0009559107272024 DATE: 7/27/2009 ROOM AND TAX JUL 01, 2009 - GM - ATTENDED MEETINGS AND WORKED ON VARIOUS MATTERS | Palace Hotel (New York); 6/17/09 - 7/1/09; 9 nights |
| 10393224 | 2517 | 08/13/09 | 1154 | $ 6,859.15 | 10 | $ 685.92 | $ 400.00 | $ 2,859.15 | TRAVEL VENDOR: JACOBS, BARRY INVOICE#: CREX0009862208132028 DATE: 8/13/2009 ROOM AND TAX JUL 10, 2009 - TEN DAYS LODGING FROM 06/30/09 TO 07/10/09 IN CONNECTION WITH TRIP TO NEW YORK CITY | Sherry-Netherland (New York); 6/30/09 - 7/10/09; 10 days |
| 10393224 | 2663 | 08/20/09 | 94 | $ 434.25 | 1 | $ 434.25 | $ 400.00 | $ 34.25 | TRAVEL VENDOR: BERZ, DAVID R. INVOICE#: CREX0010351908201929 DATE: 8/20/2009 ROOM AND TAX JUL 21, 2009 | Le Parker Meridien (New York); check in and check out on 7/22/09 |
| | | | | | | | Total Lodging Charges in Excess of $400/night | $ 3,947.37 | | |