# EXHIBIT N

(Local Transportation After July 10, 2009)

EXHIBIT N

Local Transportation After July 10, 2009
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | Amount After July 10, 2009 | Description | Firm Category |
|---|---|---|---|---|---|---|---|
| Overtime Transportation Incurred After July 10, 2009 | | | | | | | |
| 10393223 | 3973 | 07/15/09 | 1169 | $ 11.80 | $ 11.80 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090714; DATE: 7/15/2009 - NY PETTY CASH 07/14/09.S.SELTZER - TAXI HOME, 07/13/09 | 011 |
| 10393223 | 4344 | 07/16/09 | 1437 | $ 52.60 | $ 17.53 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090716; DATE: 7/16/2009 - NY PETTY CASH 07/16/09.N.PIERCE - 07/07, 07/06, 07/13/09 | 011 |
| 10393223 | 4346 | 07/16/09 | 1648 | $ 58.18 | $ 19.39 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090716; DATE: 7/16/2009 - NY PETTY CASH 07/16/09. L.LAKEN - TAXIS HOME, 06/30, 07/08, 07/13/09 | 011 |
| 10393223 | 4656 | 07/21/09 | 0080 | $ 19.00 | $ 6.33 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090720; DATE: 7/21/2009 - NY PETTY CASH 07/20/09. S.KAROTKIN - TAXIS HOME, 06/30, 07/13, 06/29/09 | 011 |
| 10393223 | 4679 | 07/21/09 | 1210 | $ 11.00 | $ 11.00 | LOCAL TRANSPORTATION VENDOR: KALAYOGLU, SINAN INVOICE#: CREX00094867072120000 DATE: 7/21/2009 TAXI/CAR SERVICE JUL 13, 2009 - AFTER HOURS - FROM/TO: HOME/OFFICE/OFFICE/HOME | 011 |
| 10393223 | 4682 | 07/21/09 | 5490 | $ 13.00 | $ 13.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090721; DATE: 7/21/2009 - NY PETTY CASH 07/21/09. D.MESHKOV - TAXI HOME, 07/17/09 | 011 |
| 10393223 | 4889 | 07/22/09 | 1669 | $ 9.90 | $ 9.90 | LOCAL TRANSPORTATION VENDOR: LEDERMAN, EVAN S. INVOICE#: CREX00096529072220028 DATE: 7/22/2009 TAXI/CAR SERVICE JUL 13, 2009 - CAR SERVICE - FROM/TO: OFFICE TO HOME | 011 |
| 10393223 | 4894 | 07/22/09 | 5490 | $ 12.50 | $ 12.50 | LOCAL TRANSPORTATION VENDOR: MESHKOV, DAVID INVOICE#: CREX00098104072220028 DATE: 7/22/2009 TAXI/CAR SERVICE JUL 15, 2009 - TAXI - FROM/TO: WGM / HOME | 011 |
| 10393223 | 5004 | 07/23/09 | 7374 | $ 6.00 | $ 6.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090723; DATE: 7/23/2009 - NY PETTY CASH 07/23/09.J.HAUSMAN - TAXI HOME, 07/21/09 | 011 |
| 10393223 | 5006 | 07/23/09 | 3331 | $ 32.10 | $ 10.70 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090723; DATE: 7/23/2009 - NY PETTY CASH 07/23/09.R.BERKOVICH - TAXIS HOME, 07/07, 07/08, 07/13/09 | 011 |
| 10393223 | 5039 | 07/24/09 | 0487 | $ 42.94 | $ 42.94 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1358815 DATE: 7/22/2009 XYZ 1009192839 115 MICHELE MEISES 0487 RIDE DATE: 2009-07-14 FROM: M TO: QU RIDE TIME: 20:15 | 014 |
| 10393223 | 5040 | 07/24/09 | 0337 | $ 154.42 | $ 154.42 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1358815 DATE: 7/22/2009 XYZ 1009193076 274 LAWRENCE BAER 0337 RIDE DATE: 2009-07-15 FROM: M TO: NY RIDE TIME: 21:07 | 014 |
| 10393223 | 5041 | 07/24/09 | 5305 | $ 80.56 | $ 80.56 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1358815 DATE: 7/22/2009 XYZ 1009193086 379 JASON PRUZANSKY 5305 RIDE DATE: 2009-07-15 FROM: M TO: NJ RIDE TIME: 22:10 | 014 |
| 10393223 | 5042 | 07/24/09 | 5327 | $ 50.98 | $ 50.98 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1358815 DATE: 7/22/2009 XYZ 1009193074 113 MATT BERGMAN 5327 RIDE DATE: 2009-07-15 FROM: M TO: NJ RIDE TIME: 21:06 | 014 |
| 10393223 | 5045 | 07/24/09 | 3655 | $ 34.11 | $ 34.11 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1358815 DATE: 7/22/2009 XYZ 1009193193 18 LAVELL MALLOY 3655 RIDE DATE: 2009-07-16 FROM: M TO: BK RIDE TIME: 20:31 | 014 |
| 10393223 | 5046 | 07/24/09 | 5327 | $ 50.98 | $ 50.98 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1358815 DATE: 7/22/2009 XYZ 1009193214 98 MATT BERGMAN 5327 RIDE DATE: 2009-07-16 FROM: M TO: NJ RIDE TIME: 21:13 | 014 |
| 10393223 | 5047 | 07/24/09 | 5348 | $ 23.08 | $ 23.08 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1358815 DATE: 7/22/2009 XYZ 1009193242 35 KRISTEN DEPOWSKI 5348 RIDE DATE: 2009-07-16 FROM: M TO: M RIDE TIME: 23:07 | 014 |
| 10393223 | 5048 | 07/24/09 | 1669 | $ 63.51 | $ 63.51 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090724; DATE: 7/24/2009 - NY PETTY CASH 07/24/09. E.LEDERMAN - TAXIS HOME, 07/14, 07/15, 07/16, 07/17, 07/19/09 | 011 |
| 10393223 | 5049 | 07/24/09 | 1669 | $ 21.90 | $ 21.90 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090724; DATE: 7/24/2009 - NY PETTY CASH 07/24/09. E.LEDERMAN - TAXIS HOME, 07/21, 07/23/09 | 011 |
| 10393223 | 5126 | 07/28/09 | 3628 | $ 7.00 | $ 7.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090727; DATE: 7/28/2009 - NY PETTY CASH 07/27/09. M.GOODMAN - TAXI HOME, 07/20/09 | 011 |
| 10393223 | 5127 | 07/28/09 | 7374 | $ 6.00 | $ 6.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090727; DATE: 7/28/2009 - NY PETTY CASH 07/27/09. J.HAUSMAN - TAXI HOME, 07/24/09 | 011 |
| 10393223 | 5128 | 07/28/09 | 1669 | $ 30.73 | $ 30.73 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090727; DATE: 7/28/2009 - NY PETTY CASH 07/27/09. E. LEDERMAN - TAXIS HOME, 07/22/09 | 011 |
| 10393223 | 5140 | 07/29/09 | 0080 | $ 21.00 | $ 21.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090729; DATE: 7/29/2009 - NY PETTY CASH 07/29/09. S.KAROTKIN - TAXI HOME, 07/29/09 | 011 |
| 10393223 | 5238 | 07/30/09 | 0615 | $ 7.20 | $ 7.20 | LOCAL TRANSPORTATION VENDOR: SHIM, SOO-JIN INVOICE#: CREX00102528073021100 DATE: 7/30/2009 TAXI/CAR SERVICE JUL 24, 2009 - TAXI RECEIPT - FROM/TO: OFFICE/HOME | 011 |

EXHIBIT N

Local Transportation After July 10, 2009
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | Amount After July 10, 2009 | Description | Firm Category |
|---|---|---|---|---|---|---|---|
| 10393223 | 5492 | 07/31/09 | 1448 | $ 21.00 | $ 21.00 | TAXI SERVICE - LEGAL VENDOR: WG&M LLP - DC PETTY CASH; INVOICE#: 20090717; DATE: 7/16/2009 - REPLENISH PETTY CASH BATCH 7/17/2009 - 7/31/2009 - TAXI WGM/RESIDENCE 7/28/09 RE:WORK LATE (T. GOSLIN) | 014 |
| 10393223 | 5493 | 07/31/09 | 5560 | $ 10.00 | $ 10.00 | TAXI SERVICE - LEGAL VENDOR: WG&M LLP - DC PETTY CASH; INVOICE#: 20090717; DATE: 7/16/2009 - REPLENISH PETTY CASH BATCH 7/17/2009 - 7/31/2009 - TAXI WGM/RESIDENCE 7/28 & 7/29/09 RE:WORK LATE (B. BENIFELD) | 014 |
| 10393223 | 2360 | 07/31/09 | 1448 | $ 20.00 | $ 20.00 | TAXI SERVICE - LEGAL VENDOR: WG&M LLP - DC PETTY CASH; INVOICE#: 20090717; DATE: 7/16/2009 - REPLENISH PETTY CASH BATCH 7/17/2009 - 7/31/2009 - TAXI WGM/RESIDENCE 7/15/09 RE:WORK LATE (T. GOSLIN) | 014 |
| 10393223 | 5389 | 07/31/09 | 3181 | $ 22.10 | $ 22.10 | LOCAL TRANSPORTATION VENDOR: LAW, ERIN INVOICE#: CREX0010142107312111 DATE: 7/31/2009 TAXI/CAR SERVICE JUL 13, 2009 - CAB HOME FROM ON 7/13/09 - FROM/TO: HOME | 011 |
| 10393224 | 2375 | 08/03/09 | 1448 | $ 20.00 | $ 20.00 | TAXI SERVICE - LEGAL VENDOR: WG&M LLP - DC PETTY CASH; INVOICE#: 20090803; DATE: 8/3/2009 - REPLENISH PETTY CASH BATCH 8/3/09 - 8/31/09 - TAXI WGM/RESIDENCE 8/17/09 RE:WORK LATE (T. GOSLIN) | 014 |
| 10393224 | 2376 | 08/03/09 | 1448 | $ 20.00 | $ 20.00 | TAXI SERVICE - LEGAL VENDOR: WG&M LLP - DC PETTY CASH; INVOICE#: 20090803; DATE: 8/3/2009 - REPLENISH PETTY CASH BATCH 8/3/09 - 8/31/09 - TAXI WGM/RESIDENCE 8/12/09 RE:WORK LATE (T. GOSLIN) | 014 |
| 10393224 | 2385 | 08/05/09 | 1114 | $ 35.00 | $ 11.67 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090803; DATE: 8/5/2009 - NY PETTY CASH 08/03/09. H.PAIS - TAXIS HOME, 07/06, 07/10, 07/30/09 | 011 |
| 10393224 | 2386 | 08/05/09 | 5318 | $ 27.00 | $ 27.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090803; DATE: 8/5/2009 - NY PETTY CASH 08/03/09. A.ARONS - TAXIS HOME, 07/13, 07/14, 07/28/09 | 011 |
| 10393224 | 2438 | 08/06/09 | 1669 | $ 68.60 | $ 68.60 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090804; DATE: 8/6/2009 - NY PETTY CASH 08/04/09.E.LEDERMAN - TAXIS HOME, 07/27, 07/28, 07/29, 07/31, 08/01/09 | 011 |
| 10393224 | 2441 | 08/06/09 | 5490 | $ 13.00 | $ 13.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090804; DATE: 8/6/2009 - NY PETTY CASH 08/04/09.D.MESHKOV - TAXIS HOME, 07/28, 07/27/09 | 011 |
| 10393224 | 2442 | 08/06/09 | 1367 | $ 7.30 | $ 7.30 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090804; DATE: 8/6/2009 - NY PETTY CASH 08/04/09. I.PERHEENTUPA - TAXI HOME, 07/25/09 | 011 |
| 10393224 | 2459 | 08/10/09 | 1669 | $ 37.00 | $ 37.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090805; DATE: 8/10/2009 - NY PETTY CASH 08/05/09. E.LEDERMAN - TAXIS HOME, 08/01, 08/02, 08/03/09 | 011 |
| 10393224 | 2460 | 08/10/09 | 5490 | $ 19.40 | $ 19.40 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090805; DATE: 8/10/2009 - NY PETTY CASH 08/05/09. D.MESHKOV - TAXIS HOME, 08/04, 07/31/09 | 011 |
| 10393224 | 2463 | 08/10/09 | 1648 | $ 55.20 | $ 55.20 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090806; DATE: 8/10/2009 - NY PETTY CASH 08/06/09. L.LAKEN - TAXIS HOME, 07/27, 07/29, 08/02, 08/03/09 | 011 |
| 10393224 | 2464 | 08/10/09 | 5334 | $ 91.36 | $ 60.91 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090806; DATE: 8/10/2009 - NY PETTY CASH 08/06/09. R.BROOKS - TAXIS HOME, 07/07, 07/09, 07/14, 07/16, 07/17, 07/15/09 | 011 |
| 10393224 | 2465 | 08/11/09 | 0020 | $ 7.00 | $ 7.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090807; DATE: 8/11/2009 - NY PETTY CASH 08/07/09. H.MILLER - TAXI HOME, 08/04/09 | 011 |
| 10393224 | 2466 | 08/11/09 | 5490 | $ 20.60 | $ 20.60 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090807; DATE: 8/11/2009 - NY PETTY CASH 08/07/09. D.MESHKOV - TAXIS HOME, 08/06, 07/27/09 | 011 |
| 10393224 | 2467 | 08/11/09 | 1218 | $ 28.30 | $ 18.87 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090807; DATE: 8/11/2009 - NY PETTY CASH 08/07/09. F.RANA - TAXIS HOME, 07/09, 07/14, 07/15/09 | 011 |
| 10393224 | 2490 | 08/12/09 | 1669 | $ 41.66 | $ 41.66 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090810; DATE: 8/12/2009 - NY PETTY CASH 08/10/09.E.LEDERMAN - TAXIS HOME, 07/27, 08/05, 08/08, 08/09/09 | 011 |
| 10393224 | 2499 | 08/12/09 | 5490 | $ 8.00 | $ 8.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090811; DATE: 8/12/2009 - NY PETTY CASH 08/11/09. D.MESHKOV - TAXI HOME, 08/07/09 | 011 |
| 10393224 | 2500 | 08/12/09 | 1218 | $ 20.87 | $ 20.87 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1360123 DATE: 8/5/2009 XYZ 1009194067 125 FARAZ RANA 1218 RIDE DATE: 2009-07-23 FROM: M TO: M RIDE TIME: 22:30 | 014 |
| 10393224 | 2501 | 08/12/09 | 0487 | $ 55.08 | $ 55.08 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1360123 DATE: 8/5/2009 XYZ 1009194309 277 MICHELE MEISES 0487 RIDE DATE: 2009-07-27 FROM: M TO: QU RIDE TIME: 22.09 | 014 |
| 10393224 | 2502 | 08/12/09 | 1200 | $ 24.18 | $ 24.18 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1360123 DATE: 8/5/2009 XYZ 1009194418 379 PABLO FALABELLA 1200 RIDE DATE: 2009-07-28 FROM: M TO: M RIDE TIME: 20:54 | 014 |

EXHIBIT N

Local Transportation After July 10, 2009
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | Amount After July 10, 2009 | Description | Firm Category |
|---|---|---|---|---|---|---|---|
| 10393224 | 2503 | 08/12/09 | 7375 | $ 25.28 | $ 25.28 | TAXI SERVICE - SUPPORT STAFF VENDOR: XYZ INVOICE#: 1360123 DATE: 8/5/2009 XYZ 1009194442 419 YOVANKA MALKOVICH 7375 RIDE DATE: 2009-07-28 FROM: M TO: M RIDE TIME: 21:56 | 015 |
| 10393224 | 2504 | 08/12/09 | 0487 | $ 42.94 | $ 42.94 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1360123 DATE: 8/5/2009 XYZ 1009194612 151 MICHELE MEISES 0487 RIDE DATE: 2009-07-29 FROM: M TO: QU RIDE TIME: 21:57 | 014 |
| 10393224 | 2505 | 08/12/09 | 7331 | $ 37.42 | $ 37.42 | TAXI SERVICE - SUPPORT STAFF VENDOR: XYZ INVOICE#: 1360123 DATE: 8/5/2009 XYZ 1009194788 359 CAMILLE GEORGE 7331 RIDE DATE: 2009-07-30 FROM: M TO: QU AVE RIDE TIME: 20:38 | 015 |
| 10393224 | 2506 | 08/12/09 | 6558 | $ 42.94 | $ 42.94 | TAXI SERVICE - SUPPORT STAFF VENDOR: XYZ INVOICE#: 1360123 DATE: 8/5/2009 XYZ 1009193830 294 ILUSION RODRIGUEZ 6558 RIDE DATE: 2009-07-22 FROM: M TO: QU RIDE TIME: 20:55 | 015 |
| 10393224 | 2521 | 08/13/09 | 5490 | $ 11.40 | $ 11.40 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090812; DATE: 8/13/2009 - NY PETTY CASH 08/12/09, D.MESHKOV - TAXI HOME, 08/11/09 | 011 |
| 10393224 | 2522 | 08/13/09 | 0020 | $ 8.00 | $ 8.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090812; DATE: 8/13/2009 - NY PETTY CASH 08/12/09, H.MILLER - TAXI HOME, 08/10/09 | 011 |
| 10393224 | 2531 | 08/14/09 | 5334 | $ 86.34 | $ 86.34 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090813; DATE: 8/14/2009 - NY PETTY CASH 08/13/09, R.BROOKS - TAXIS HOME, 07/18, 07/20, 07/26, 07/27/09 | 011 |
| 10393224 | 2550 | 08/17/09 | 0020 | $ 6.50 | $ 6.50 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090814; DATE: 8/17/2009 - NY PETTY CASH 08/14/09, H.MILLER - TAXI HOME, 08/12/09 | 011 |
| 10393224 | 2551 | 08/17/09 | 3331 | $ 49.82 | $ 49.82 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090814; DATE: 8/17/2009 - NY PETTY CASH 08/14/09, R.BERKOVIH - TAXIS HOME, 07/27, 08/11, 08/13/09 | 011 |
| 10393224 | 2554 | 08/17/09 | 5334 | $ 85.83 | $ 85.83 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090814; DATE: 8/17/2009 - NY PETTY CASH 08/14/09, R.BROOKS - TAXIS HOME, 07/28, 07/30, 07/31, 08/12, 09/02, 08/02/09 | 011 |
| 10393224 | 2558 | 08/18/09 | 7374 | $ 12.00 | $ 12.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090817; DATE: 8/18/2009 - NY PETTY CASH 08/17/09, J.HAUSMAN - TAXIS HOME, 08/13, 08/14/09 | 011 |
| 10393224 | 2629 | 08/18/09 | 0094 | $ 37.00 | $ 37.00 | LOCAL TRANSPORTATION VENDOR: BERZ, DAVID R. INVOICE#: CREX00108791081820212 DATE: 8/18/2009 TAXI/CAR SERVICE JUL 27, 2009 - TRAVEL FROM HOME TO DC OFFICE - FROM/TO: HOME TO OFFICE DC | 011 |
| 10393224 | 2631 | 08/19/09 | 1669 | $ 52.95 | $ 52.95 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090818; DATE: 8/19/2009 - NY PETTY CASH 08/18/09, E.LEDERMAN - TAXIS HOME, 08/05, 08/10, 08/15/09 | 011 |
| 10393224 | 2632 | 08/19/09 | 0080 | $ 18.00 | $ 18.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090819; DATE: 8/19/2009 - NY PETTY CASH 08/19/09, S.KAROTKIN - TAXIS HOME, 08/10, 08/11, 08/17/09 | 011 |
| 10393224 | 2633 | 08/19/09 | 1437 | $ 39.00 | $ 39.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090819; DATE: 8/19/2009 - NY PETTY CASH 08/19/09, N.PIERCE - TAXIS HOME, 07/25, 07/28, 08/11, 08/12, 08/17/09 | 011 |
| 10393224 | 2680 | 08/20/09 | 0020 | $ 8.00 | $ 8.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090820; DATE: 8/20/2009 - NY PETTY CASH 08/20/09, H.MILLER - TAXI HOME, 09/18/09 | 011 |
| 10393224 | 2718 | 08/21/09 | 5490 | $ 18.80 | $ 18.80 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090821; DATE: 8/21/2009 - NY PETTY CASH 08/21/09, D.MESHKOV - TAXIS HOME, 08/20, 08/19/09 | 011 |
| 10393224 | 2719 | 08/21/09 | 5503 | $ 27.25 | $ 27.25 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090821; DATE: 8/21/2009 - NY PETTY CASH 08/21/09, M.PENDLETON - TAXI HOME, 09/18/09 | 011 |
| 10393224 | 2721 | 08/21/09 | 2966 | $ 12.00 | $ 12.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090821; DATE: 8/21/2009 - NY PETTY CASH 08/21/09, A.HAHN - TAXI HOME, 07/30/09 | 011 |
| 10393224 | 2722 | 08/21/09 | 5334 | $ 28.00 | $ 28.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090821; DATE: 8/21/2009 - NY PETTY CASH 08/21/09, R.BROOKS - TAXIS HOME, 08/17 & 08/19/09 | 011 |
| 10393224 | 2723 | 08/21/09 | 5334 | $ 64.08 | $ 64.08 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090821; DATE: 8/21/2009 - NY PETTY CASH 08/21/09, R.BROOKS - TAXIS HOME, 08/04, 08/05, 08/06, 08/10, 08/12/09 | 011 |
| 10393224 | 2856 | 08/25/09 | 0020 | $ 23.08 | $ 23.08 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590734 DATE: 7/24/2009 SKYLINE 1009193555 159 MILLER*VIP HARVEY 0020 RIDE DATE: 2009-07-21 FROM: M TO: M RIDE TIME: 15:02 | 014B |
| 10393224 | 2857 | 08/25/09 | 6558 | $ 63.15 | $ 63.15 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590734 DATE: 7/24/2009 SKYLINE 1009193699 611 RODRIGUEZ ILUSION 6558 RIDE DATE: 2009-07-22 FROM: M TO: QU RIDE TIME: 00:37 | 015B |
| 10393224 | 2858 | 08/25/09 | 1114 | $ 24.18 | $ 24.18 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590734 DATE: 7/24/2009 SKYLINE 9009194711 488 PAIS HARSH 1114 RIDE DATE: 2009-07-13 FROM: NY TO: M RIDE TIME: 00:03 | 014B |
| 10393224 | 2859 | 08/25/09 | 5348 | $ 23.08 | $ 23.08 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590734 DATE: 7/24/2009 SKYLINE 1009193075 494 DEPOWSKI KRISTEN 5348 RIDE DATE: 2009-07-15 FROM: M TO: M RIDE TIME: 21:09 | 014B |

EXHIBIT N

Local Transportation After July 10, 2009
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | Amount After July 10, 2009 | Description | Firm Category |
|---|---|---|---|---|---|---|---|
| 10393224 | 2861 | 08/25/09 | 1356 | $ 34.11 | $ 34.11 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590734 DATE: 7/24/2009 SKYLINE 1009193115 260 CHOW BERNICE 1356 RIDE DATE: 2009-07-16 FROM: M TO: M RIDE TIME: 00:56 | 014B |
| 10393224 | 2862 | 08/25/09 | 8415 | $ 65.68 | $ 65.68 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590734 DATE: 7/24/2009 SKYLINE 1009193131 356 TILY MICHAEL 8415 RIDE DATE: 2009-07-16 FROM: M TO: M RIDE TIME: 11:00 | 015B |
| 10393224 | 2863 | 08/25/09 | 0487 | $ 42.94 | $ 42.94 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590734 DATE: 7/24/2009 SKYLINE 1009193190 474 MEISES*VIP MICHELE 0487 RIDE DATE: 2009-07-16 FROM: M TO: QU RIDE TIME: 20:26 | 014B |
| 10393224 | 2864 | 08/25/09 | 6558 | $ 42.94 | $ 42.94 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590734 DATE: 7/24/2009 SKYLINE 1009193246 619 RODRIGUEZ ILUSION 6558 RIDE DATE: 2009-07-16 FROM: M TO: QU RIDE TIME: 23:28 | 015B |
| 10393224 | 2865 | 08/25/09 | 2628 | $ 24.18 | $ 24.18 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590734 DATE: 7/24/2009 SKYLINE 1009193061 80 BURSHTINE RAM 2628 RIDE DATE: 2009-07-15 FROM: M TO: M RIDE TIME: 20:36 | 014B |
| 10393224 | 2869 | 08/25/09 | 0337 | $ 154.42 | $ 154.42 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1360665 DATE: 8/12/2009 XYZ 7794661 35 LAWRENCE BAER 0337 RIDE DATE: 2009-07-17 FROM: M TO: NY RIDE TIME: 00:01 | 014 |
| 10393224 | 2870 | 08/25/09 | 7375 | $ 25.28 | $ 25.28 | TAXI SERVICE - SUPPORT STAFF VENDOR: XYZ INVOICE#: 1360666 DATE: 8/12/2009 XYZ 1009194608 429 YOVANKA MALKOVICH 7375 RIDE DATE: 2009-07-29 FROM: M TO: M RIDE TIME: 21:33 | 015 |
| 10393224 | 2872 | 08/25/09 | 0487 | $ 49.01 | $ 49.01 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1360666 DATE: 8/12/2009 XYZ 1009194911 359 MICHELE MEISES 0487 RIDE DATE: 2009-07-31 FROM: M TO: QU ST RIDE TIME: 20:46 | 014 |
| 10393224 | 2873 | 08/25/09 | 0487 | $ 43.13 | $ 43.13 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1360666 DATE: 8/12/2009 XYZ 1009195052 132 MICHELE MEISES 0487 RIDE DATE: 2009-08-03 FROM: M TO: QU RIDE TIME: 20:40 | 014 |
| 10393224 | 2874 | 08/25/09 | 0487 | $ 43.13 | $ 43.13 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1360666 DATE: 8/12/2009 XYZ 1009195174 294 MICHELE MEISES 0487 RIDE DATE: 2009-08-04 FROM: M TO: QU RIDE TIME: 20:13 | 014 |
| 10393224 | 2875 | 08/25/09 | 6558 | $ 43.13 | $ 43.13 | TAXI SERVICE - SUPPORT STAFF VENDOR: XYZ INVOICE#: 1360666 DATE: 8/12/2009 XYZ 1009195377 107 ILUSION RODRIGUEZ 6558 RIDE DATE: 2009-08-05 FROM: M TO: QU RIDE TIME: 22:07 | 015 |
| 10393224 | 2876 | 08/25/09 | 6563 | $ 61.43 | $ 61.43 | TAXI SERVICE - SUPPORT STAFF VENDOR: XYZ INVOICE#: 1361202 DATE: 8/19/2009 XYZ 1009195894 360 MEL MARAVILLA 6563 RIDE DATE: 2009-08-12 FROM: M TO: QU ST RIDE TIME: 02:08 | 015 |
| 10393224 | 2877 | 08/25/09 | 7331 | $ 37.59 | $ 37.59 | TAXI SERVICE - SUPPORT STAFF VENDOR: XYZ INVOICE#: 1361202 DATE: 8/19/2009 XYZ 1009195889 364 CAMILLE GEORGE 7331 RIDE DATE: 2009-08-11 FROM: M TO: QU RIDE TIME: 23:49 | 015 |
| 10393224 | 2878 | 08/25/09 | 0487 | $ 49.23 | $ 49.23 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1361202 DATE: 8/19/2009 XYZ 1009196035 188 MICHELE MEISES 0487 RIDE DATE: 2009-08-12 FROM: M TO: QU RIDE TIME: 21:20 | 014 |
| 10393224 | 2881 | 08/25/09 | 0487 | $ 49.23 | $ 49.23 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1361202 DATE: 8/19/2009 XYZ 1009195734 43 MICHELE MEISES 0487 RIDE DATE: 2009-08-10 FROM: M TO: QU RIDE TIME: 21:30 | 014 |
| 10393224 | 2882 | 08/25/09 | 1114 | $ 24.28 | $ 24.28 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1361202 DATE: 8/19/2009 XYZ 1009195738 231 HARSH PAIS 1114 RIDE DATE: 2009-08-10 FROM: M TO: M RIDE TIME: 21:37 | 014 |
| 10393224 | 2883 | 08/25/09 | 6976 | $ 32.05 | $ 32.05 | TAXI SERVICE - SUPPORT STAFF VENDOR: XYZ INVOICE#: 1361202 DATE: 8/19/2009 XYZ 1009196215 8 CHRISTOPHER STAUBLE 6976 RIDE DATE: 2009-08-13 FROM: M TO: M RIDE TIME: 21:58 | 015 |
| 10393224 | 2906 | 08/26/09 | 0094 | $ 44.49 | $ 44.49 | TAXI SERVICE - LEGAL VENDOR: RED TOP EXECUTIVE SEDAN INVOICE#: 1058874 DATE: 2009-07-31 PASSENGER-BERZ,DAVID, DATE 07/24/09, JOURNEY DETAILS 6832 | 014 |
| 10393224 | 2913 | 08/27/09 | 5490 | $ 36.00 | $ 36.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090827; DATE: 8/27/2009 - NY PETTY CASH 08/27/09,D.MESHKOV - TAXIS HOME, 08/24, 08/26/09 | 011 |
| 10393224 | 2977 | 08/28/09 | 1648 | $ 14.00 | $ 14.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090828; DATE: 8/28/2009 - NY PETTY CASH 08/28/09, L.LAKEN - TAXIS HOME, 08/23, 08/25/09 | 011 |
| 10393224 | 2978 | 08/28/09 | 5334 | $ 73.44 | $ 73.44 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - DC PETTY CASH; INVOICE#: 20090828; DATE: 8/28/2009 - DC PETTY CASH 08/28/09, R.BROOKS - TAXIS HOME, 08/19, 08/20, 08/23, 08/24, 08/25/09 | 011 |
| 10393224 | 2985 | 08/31/09 | 1448 | $ 20.00 | $ 20.00 | PETTY CASH BATCH 8/3/09 - TAXI SERVICE - LEGAL VENDOR: WG&M LLP - PETTY CASH; INVOICE#: 20090803; DATE: 8/3/2009 - REPLENISH PETTY CASH BATCH 8/3/09 - 8/11/09 RE:WORK LATE (T. GOSLIN) | 014 |
| 10393224 | 2986 | 08/31/09 | 1448 | $ 20.00 | $ 20.00 | TAXI SERVICE - LEGAL VENDOR: WG&M LLP - DC PETTY CASH; INVOICE#: 20090803; DATE: 8/3/2009 - REPLENISH PETTY CASH BATCH 8/3/09 - 8/31/09 - TADXI WGM/RESIDENCE 8/26/09 RE:WORK LATE (T. GOSLIN) | 014 |
| 10393224 | 2987 | 08/31/09 | 1448 | $ 20.00 | $ 20.00 | PETTY CASH BATCH 8/3/09 - TAXI SERVICE - LEGAL VENDOR: WG&M LLP - DC PETTY CASH; INVOICE#: 20090803; DATE: 8/3/2009 - REPLENISH PETTY CASH BATCH 8/3/09 - 8/31/09 - TAXI WGM/RESIDENCE 8/24/09 RE:WORK LATE (T. GOSLIN) | 014 |

EXHIBIT N

Local Transportation After July 10, 2009
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | Amount After July 10, 2009 | Description | Firm Category |
|---|---|---|---|---|---|---|---|
| 10393224 | 2980 | 08/31/09 | 1559 | $25.00 | $25.00 | TAXI SERVICE - LEGAL VENDOR: WG&M LLP - DC PETTY CASH; INVOICE# 20090803; DATE: 8/3/2009 - REPLENISH PETTY CASH BATCH 8/3/09 - 8/31/09 - TAXI WGM/RESIDENCE 7/21/09 RE:WORK LATE (E. YATE) | 014 |
| 10393225 | 2093 | 09/01/09 | 1448 | $20.00 | $20.00 | TAXI SERVICE - LEGAL VENDOR: WG&M LLP - DC PETTY CASH; INVOICE# 20090909; DATE: 9/1/2009 - REPLENISH PETTY CASH BATCH 9/1/09 - 9/16/09 - TAXI WGM/RESIDENCE RE:WORK LATE (T. GOSLIN) | 014 |
| 10393225 | 2092 | 09/01/09 | 5560 | $5.00 | $5.00 | TAXI SERVICE - LEGAL VENDOR: WG&M LLP - DC PETTY CASH; INVOICE# 20090909; DATE: 9/1/2009 - REPLENISH PETTY CASH BATCH 9/1/09 - 9/16/09 - TAXI WGM/RESIDENCE RE:WORK LATE (B. BENFIELD) | 014 |
| 10393225 | 2154 | 09/09/09 | 0069 | $25.28 | $25.28 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590774 DATE: 7/31/2009 SKYLINE 1009194027 384 WARREN*VIP IRWIN 0069 RIDE DATE: 2009-07-23 FROM: M TO: M RIDE TIME: 20:40 | 014B |
| 10393225 | 2155 | 09/09/09 | 0487 | $42.94 | $42.94 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590774 DATE: 7/31/2009 SKYLINE 1009194064 382 MEISES MICHELE 0487 RIDE DATE: 2009-07-23 FROM: M TO: QU RIDE TIME: 22:20 | 014B |
| 10393225 | 2212 | 09/09/09 | 0487 | $43.13 | $43.13 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 592103 DATE: 8/14/2009 SKYLINE 1009195856 121 MEISES*VIP MICHELE 0487 RIDE DATE: 2009-08-11 FROM: M TO: QU RIDE TIME: 21:43 | 014B |
| 10393225 | 2158 | 09/09/09 | 0663 | $104.02 | $104.02 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590774 DATE: 7/31/2009 SKYLINE 1009193870 35 SMOLINSKY JOSEP 0663 RIDE DATE: 2009-07-22 FROM: M TO: NJ RIDE TIME: 23:11 | 014B |
| 10393225 | 2210 | 09/09/09 | 1648 | $25.37 | $25.37 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 592103 DATE: 8/14/2009 SKYLINE 1009194977 569 LAKEN LACEY 1648 RIDE DATE: 2009-08-03 FROM: M TO: M RIDE TIME: 07:47 | 014B |
| 10393225 | 2207 | 09/09/09 | 1669 | $32.05 | $32.05 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 592070 DATE: 8/7/2009 SKYLINE 1009194979 348 LEDERMAN EVAN 1669 RIDE DATE: 2009-08-03 FROM: M TO: M RIDE TIME: 07:53 | 014B |
| 10393225 | 2165 | 09/09/09 | 3102 | $38.08 | $38.08 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590774 DATE: 7/31/2009 SKYLINE 1009193477 4 LEMONS*VIP ROBERT 3102 RIDE DATE: 2009-07-20 FROM: M TO: M RIDE TIME: 20:53 | 014B |
| 10393225 | 2211 | 09/09/09 | 3148 | $54.22 | $54.22 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 592103 DATE: 8/14/2009 SKYLINE 1009195735 31 GANDHI ASHISH 3148 RIDE DATE: 2009-08-10 FROM: M TO: M RIDE TIME: 21:35 | 014B |
| 10393225 | 2214 | 09/09/09 | 3148 | $24.28 | $24.28 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 592103 DATE: 8/14/2009 SKYLINE 1009195618 39 GANDHI ASHISH 3148 RIDE DATE: 2009-08-08 FROM: M TO: M RIDE TIME: 13:53 | 014B |
| 10393225 | 2153 | 09/09/09 | 3331 | $26.12 | $26.12 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY, INVOICE#: 20090902; DATE: 9/9/2009 - NY PETTY CASH 09/02/09 R BERKOVICH - TAXIS HOME, 08/20, 08/17, 08/23/09 | 011 |
| 10393225 | 2166 | 09/09/09 | 5327 | $50.98 | $50.98 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590774 DATE: 7/31/2009 SKYLINE 1009193641 356 BERGMAN MATT 5327 RIDE DATE: 2009-07-21 FROM: M TO: NJ RIDE TIME: 21:21 | 014B |
| 10393225 | 2202 | 09/09/09 | 5327 | $50.98 | $50.98 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 589579 DATE: 7/17/2009 SKYLINE 1009192690 442 BERGMAN MATT 5327 RIDE DATE: 2009-07-13 FROM: M TO: NJ RIDE TIME: 21:24 | 014B |
| 10393225 | 2157 | 09/09/09 | 6558 | $54.64 | $54.64 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590774 DATE: 7/31/2009 SKYLINE 1009194176 417 RODRIGUEZ ILUSION 6558 RIDE DATE: 2009-07-25 FROM: M TO: QU RIDE TIME: 04:14 | 015B |
| 10393225 | 2161 | 09/09/09 | 6558 | $42.94 | $42.94 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590774 DATE: 7/31/2009 SKYLINE 1009194312 355 RODRIGUEZ ILUSION 6558 RIDE DATE: 2009-07-27 FROM: M TO: QU RIDE TIME: 22:26 | 015B |
| 10393225 | 2162 | 09/09/09 | 6558 | $42.94 | $42.94 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590774 DATE: 7/31/2009 SKYLINE 1009194784 601 RODRIGUEZ ILUSION 6558 RIDE DATE: 2009-07-30 FROM: M TO: QU RIDE TIME: 20:52 | 015B |
| 10393225 | 2164 | 09/09/09 | 6558 | $57.63 | $57.63 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590774 DATE: 7/31/2009 SKYLINE 1009193077 281 RODRIGUEZ ILUSION 6558 RIDE DATE: 2009-07-15 FROM: M TO: QU RIDE TIME: 21:33 | 015B |
| 10393225 | 2203 | 09/09/09 | 6558 | $48.46 | $48.46 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 589579 DATE: 7/17/2009 SKYLINE 1009192875 326 RODRIGUEZ ILUSION 6558 RIDE DATE: 2009-07-14 FROM: M TO: QU RIDE TIME: 21:40 | 015B |
| 10393225 | 2206 | 09/09/09 | 6558 | $43.13 | $43.13 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 592070 DATE: 8/7/2009 SKYLINE 1009194937 370 RODRIGUEZ ILUSION 6558 RIDE DATE: 2009-08-01 FROM: M TO: QU RIDE TIME: 04:16 | 015B |
| 10393225 | 2208 | 09/09/09 | 6558 | $43.13 | $43.13 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 592070 DATE: 8/7/2009 SKYLINE 1009194665 63 RODRIGUEZ ILUSION 6558 RIDE DATE: 2009-07-30 FROM: M TO: QU RIDE TIME: 00:17 | 015B |
| 10393225 | 2160 | 09/09/09 | 7331 | $37.42 | $37.42 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590774 DATE: 7/31/2009 SKYLINE 1009194300 474 GEORGE CAMILLE 7331 RIDE DATE: 2009-07-27 FROM: M TO: QU RIDE TIME: 21:44 | 015B |
| 10393225 | 2205 | 09/09/09 | 7331 | $37.59 | $37.59 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 592070 DATE: 8/7/2009 SKYLINE 1009194933 342 GEORGE CAMILLE 7331 RIDE DATE: 2009-07-31 FROM: M TO: QU RIDE TIME: 23:48 | 015B |
| 10393225 | 2156 | 09/09/09 | 8415 | $21.97 | $21.97 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590774 DATE: 7/31/2009 SKYLINE 1009194127 4 TILY MICHAEL 8415 RIDE DATE: 2009-07-24 FROM: M TO: M RIDE TIME: 15:45 | 015B |

EXHIBIT N

Local Transportation After July 10, 2009
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | Amount After July 10, 2009 | Description | Firm Category |
|---|---|---|---|---|---|---|---|
| 10393225 | 2230 | 09/11/09 | 1648 | $ 13.00 | $ 13.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090910; DATE: 9/11/2009 - NY PETTY CASH 09/10/09. L.LAKEN - TAXIS HOME, 09/09/09 | 011 |
| 10393225 | 2236 | 09/11/09 | 5334 | $ 94.60 | $ 94.60 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090910; DATE: 9/11/2009 - NY PETTY CASH 09/10/09.R.BROOKS - TAXIS HOME, 09/03, 09/02, 08/31, 08/27, 08/28/09 | 011 |
| 10393225 | 2260 | 09/14/09 | 5334 | $ 12.60 | $ 12.60 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090911; DATE: 9/14/2009 - NY PETTY CASH 09/11/09.R.BROOKS - TAXI HOME, 09/09/09 | 011 |
| 10393225 | 2277 | 09/15/09 | 1669 | $ 56.40 | $ 56.40 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090914; DATE: 9/15/2009 - NY PETTY CASH 09/14/09. E.LEDERMAN - TAXIS HOME, 08/13, 08/17, 08/19, 08/20, 08/25/09 | 011 |
| 10393225 | 2280 | 09/16/09 | 1669 | $ 55.73 | $ 55.73 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090915; DATE: 9/16/2009 - NY PETTY CASH 09/15/09. E.LEDERMAN - TAXIS HOME, 09/13, 09/14/09 | 011 |
| 10393225 | 2279 | 09/16/09 | 5560 | $ 5.00 | $ 5.00 | TAXI SERVICE - LEGAL. VENDOR: WG&M LLP - DC PETTY CASH; INVOICE#: 20090909; DATE: 9/1/2009 - REPLENISH PETTY CASH BATCH 9/1/09 - 9/16/09 - TAXI WGM/RESIDENCE 9/4/09 RE:WORK LATE (B. BENFIELD) | 014 |
| 10393225 | 2320 | 09/17/09 | 0487 | $ 43.13 | $ 43.13 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 593292 DATE: 8/21/2009 SKYLINE 1009196169 531 MEISES MICHELE 0487 RIDE DATE: 2009-08-13 FROM: M TO: QU RIDE TIME: 20:22 | 014B |
| 10393225 | 2324 | 09/17/09 | 1218 | $ 20.96 | $ 20.96 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 593292 DATE: 8/21/2009 SKYLINE 1009195580 431 RANA FARAZ 1218 RIDE DATE: 2009-08-07 FROM: M TO: M RIDE TIME: 00:03 | 014B |
| 10393225 | 2323 | 09/17/09 | 3148 | $ 24.28 | $ 24.28 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 593292 DATE: 8/21/2009 SKYLINE 1009196353 401 GANDHI ASHISH 3148 RIDE DATE: 2009-08-16 FROM: M TO: M RIDE TIME: 12:58 | 014B |
| 10393225 | 2321 | 09/17/09 | 7331 | $ 37.59 | $ 37.59 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 593292 DATE: 8/21/2009 SKYLINE 1009196201 554 GEORGE CAMILLE 7331 RIDE DATE: 2009-08-13 FROM: M TO: QU RIDE TIME: 21:40 | 015B |
| 10393225 | 2322 | 09/17/09 | 7331 | $ 37.59 | $ 37.59 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 593292 DATE: 8/21/2009 SKYLINE 1009196324 279 GEORGE CAMILLE 7331 RIDE DATE: 2009-08-14 FROM: M TO: QU RIDE TIME: 22:50 | 015B |
| 10393225 | 2318 | 09/17/09 | 7343 | $ 48.68 | $ 48.68 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 593292 DATE: 8/21/2009 SKYLINE 1009195750 197 WILMER ANDREA 7343 RIDE DATE: 2009-08-10 FROM: M TO: BK RIDE TIME: 22:30 | 015B |
| 10393225 | 2325 | 09/17/09 | 7343 | $ 99.79 | $ 99.79 | SKYLINE - SUPPORT STAFF VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 593292 DATE: 8/21/2009 SKYLINE 1009195844 241 WILMER ANDREA 7343 RIDE DATE: 2009-08-11 FROM: M TO: BK RIDE TIME: 21:17 | 015B |
| 10393225 | 2343 | 09/21/09 | 0080 | $ 50.80 | $ 50.80 | LOCAL TRANSPORTATION VENDOR: WGM LLP - CITIBANK FIRM BUSINESS ACCOUNT; INVOICE#: 20090918; DATE: 9/21/2009 - NY PETTY CASH 09/18/09. S.KAROTKIN - TAXIS HOME & PARKING FEES, 08/29, 09/16, 09/17, 09/08, 09/14, 09/15/09 | 011 |
| 10393225 | 2344 | 09/21/09 | 0080 | $ 40.00 | $ 20.00 | LOCAL TRANSPORTATION VENDOR: WGM LLP - CITIBANK FIRM BUSINESS ACCOUNT; INVOICE#: 20090918; DATE: 9/21/2009 - NY PETTY CASH 09/18/09. S.KAROTKIN - TAXIS HOME, 09/14, 09/17, 06/02, 06/03/09 | 011 |
| 10393225 | 2352 | 09/22/09 | 0487 | $ 43.13 | $ 43.13 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1363408 DATE: 9/16/2009 XYZ 1009197967 36 MICHELE MEISES 0487 RIDE DATE: 2009-09-02 FROM: M TO: QU RIDE TIME: 20:29 | 014 |
| 10393225 | 2353 | 09/22/09 | 0487 | $ 43.13 | $ 43.13 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1363408 DATE: 9/16/2009 XYZ 1009198179 329 MICHELE MEISES 0487 RIDE DATE: 2009-09-04 FROM: M TO: QU RIDE TIME: 20:15 | 014 |
| 10393225 | 2356 | 09/22/09 | 0487 | $ 43.13 | $ 43.13 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1363408 DATE: 9/16/2009 XYZ 1009198333 8 MICHELE MEISES 0487 RIDE DATE: 2009-09-08 FROM: M TO: QU RIDE TIME: 21:30 | 014 |
| 10393225 | 2349 | 09/22/09 | 1648 | $ 43.70 | $ 43.70 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090921; DATE: 9/22/2009 - NY PETTY CASH 09/21/09. L.LAKEN - TAXIS HOME, 09/17, 09/14, 09/12/09 | 011 |
| 10393225 | 2358 | 09/22/09 | 5334 | $ 23.18 | $ 23.18 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1363408 DATE: 9/16/2009 XYZ 1009198667 174 RUSS BROOKS 5334 RIDE DATE: 2009-09-10 FROM: M TO: M RIDE TIME: 23:27 | 014 |
| 10393225 | 2351 | 09/22/09 | 6558 | $ 43.13 | $ 43.13 | TAXI SERVICE - SUPPORT STAFF VENDOR: XYZ INVOICE#: 1363408 DATE: 9/16/2009 XYZ 1009197690 168 ILUSION RODRIGUEZ 6558 RIDE DATE: 2009-08-31 FROM: M TO: QU RIDE TIME: 20:52 | 015 |
| 10393225 | 2355 | 09/22/09 | 6718 | $ 32.05 | $ 32.05 | TAXI SERVICE - SUPPORT STAFF VENDOR: XYZ INVOICE#: 1363408 DATE: 9/16/2009 XYZ 1009198303 349 KAITLIN PRINDLE 6718 RIDE DATE: 2009-09-08 FROM: M TO: M RIDE TIME: 20:15 | 015 |
| 10393225 | 2357 | 09/22/09 | 6894 | $ 22.07 | $ 22.07 | TAXI SERVICE - SUPPORT STAFF VENDOR: XYZ INVOICE#: 1363408 DATE: 9/16/2009 XYZ 1009198490 329 RACHEL SHAPIRO 6894 RIDE DATE: 2009-09-09 FROM: M TO: M RIDE TIME: 21:32 | 015 |
| 10393225 | 2402 | 09/25/09 | 0080 | $ 19.60 | $ 19.60 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090924; DATE: 9/25/2009 - NY PETTY CASH 09/24/09. S.KAROTKIN - TAXIS HOME, 07/29, 09/02, 09/21/09 | 011 |

EXHIBIT N

Local Transportation After July 10, 2009
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | Amount After July 10, 2009 | Description | Firm Category |
|---|---|---|---|---|---|---|---|
| 10393225 | 2400 | 09/25/09 | 1669 | $ 75.97 | $ 75.97 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090924; DATE: 9/25/2009 - NY PETTY CASH 09/24/09, E.LEDERMAN - TAXIS HOME, 09/16, 09/08, 09/28, 09/12, 09/14, 09/15/09 | 011 |
| 10393225 | 2401 | 09/25/09 | 1669 | $ 20.20 | $ 20.20 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090924; DATE: 9/25/2009 - NY PETTY CASH 09/24/09. 09/21, 09/22/09 | 011 |
| 10393225 | 2418 | 09/25/09 | 1669 | $ 26.70 | $ 26.70 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090925; DATE: 9/28/2009 - NY PETTY CASH 09/25/09 E.LEDERMAN - TAXIS HOME, 08/10, 08/17, 09/19/09 | 011 |
| 10393225 | 2430 | 09/28/09 | 5334 | $ 92.62 | $ 92.62 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090928; DATE: 9/28/2009 - NY PETTY CASH 09/28/09. R.BROOKS - TAXIS HOME, 09/13, 09/14, 09/26, 09/16, 09/25/09 | 011 |
| 10393225 | 2454 | 09/30/09 | 5673 | $ 10.00 | $ 10.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090929; DATE: 9/30/2009 - NY PETTY CASH 09/29/09.C.ROSEN - TAXI HOME, 09/22/09 | 011 |
| | | | Subtotal - Overtime Transportation Incurred After July 10, 2009 | | $ 5,374.79 | | |
| | | | Non-overtime Transportation Incurred After July 10, 2009 | | | | |
| 10393223 | 4896 | 07/22/09 | 4912 | $ 4.50 | $ 4.50 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090723; DATE: 7/22/2009 - NY PETTY CASH 07/23/09. L.PASION - TOKENS TO & FROM COURT 07/20/09 | 011 |
| 10393223 | 4898 | 07/22/09 | 5016 | $ 4.50 | $ 4.50 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090723; DATE: 7/22/2009 - NY PETTY CASH 07/23/09. M.R. - TOKENS TO & FROM COURT 07/16/09 | 011 |
| 10393223 | 5044 | 07/24/09 | 0080 | $ 93.42 | $ 93.42 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1358815 DATE: 7/22/2009 XYZ 1009193071 332 STEPHEN KAROTKIN 0080 RIDE DATE: 2009-07-16 FROM: NY TO: LGA RIDE TIME: 04:25 | 014 |
| 10393224 | 2380 | 08/05/09 | 0080 | $ 62.00 | $ 62.00 | LOCAL TRANSPORTATION VENDOR: KAROTKIN, STEPHEN INVOICE#: CREX00098590080S2007 DATE: 8/5/2009 TAXI/CAR SERVICE JUL 20, 2009 - GM MEETINGS - FROM/TO: DETROIT AIRPORT/DOWNTOWN | 011 |
| 10393224 | 2381 | 08/05/09 | 0080 | $ 45.00 | $ 45.00 | LOCAL TRANSPORTATION VENDOR: KAROTKIN, STEPHEN INVOICE#: CREX00098590080S2007 DATE: 8/5/2009 TAXI/CAR SERVICE JUL 20, 2009 - GM MEETINGS - FROM/TO: WESTCHESTER AIRPORT/HOME | 011 |
| 10393224 | 2461 | 08/10/09 | 1559 | $ 24.79 | $ 24.79 | TAXI SERVICE - LEGAL VENDOR: RED TOP CAB INVOICE#: 4328898 DATE: 2009-07-31 RED TOP TRANSPORTATION VOU # 8176648 CAR # 168 YATES, ERIN 07/30/09 FROM: DC TO: ALX 11:42 PM INV # 4328898 INV DATE 08/05/09 | 014 |
| 10393224 | 2645 | 08/20/09 | 5016 | $ 4.50 | $ 4.50 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090820; DATE: 8/20/2009 - NY PETTY CASH 08/20/09.M.R. - TOKENS TO & FROM COURT 08/10/09 | 011 |
| 10393225 | 2077 | 08/24/09 | 5068 | $ 8.20 | $ 8.20 | TAXI SERVICE - SUPPORT STAFF VENDOR: INDEPENDENT TAXI OPERATORS ASSOCIATION; INVOICE#: 161084; DATE: 8/24/2009 - TAXI SERVICE S. LEONARD FROM WGM TO FEDERAL COURT HOUSE 7/27/09 | 015 |
| 10393224 | 2780 | 08/25/09 | 0094 | $ 17.00 | $ 17.00 | LOCAL TRANSPORTATION VENDOR: BERZ, DAVID R. INVOICE#: CREX00108791082S2056 DATE: 8/25/2009 TAXI/CAR SERVICE JUL 28, 2009 - TRAVEL FROM DCA TO DC OFFICE - FROM/TO: DCA TO OFFICE | 011 |
| 10393224 | 2860 | 08/25/09 | 0663 | $ 135.13 | $ 135.13 | TAXI SERVICE - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590734 DATE: 7/24/2009 SKYLINE 1009193105 26 SMOLINSKY*VIP JOSEP 0663 RIDE DATE: 2009-07-16 FROM: NJ TO: LAG AIRPORT Q RIDE TIME: 00:02 | 014B |
| 10393224 | 2904 | 08/26/09 | 4912 | $ 4.50 | $ 4.50 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090826; DATE: 8/26/2009 - NY PETTY CASH 08/26/09.L.PASION - TOKENS TO & FROM COURT 08/13/09 | 011 |
| 10393224 | 2959 | 08/28/09 | 4912 | $ 4.50 | $ 4.50 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090828; DATE: 8/28/2009 - NY PETTY CASH 08/28/09. L.PASION - TOKENS TO & FROM COURT 08/25/09 | 011 |
| 10393224 | 3013 | 08/31/09 | 1559 | $ 26.24 | $ 26.24 | TAXI SERVICE - LEGAL VENDOR: RED TOP CAB INVOICE#: 4378325 DATE: 2009-08-15 RED TOP TRANSPORTATION VOU # 8176651 CAR # 334 YATES, ERIN 08/11/09 FROM: DC TO: ALX 09:27 PM INV # 4378325 INV DATE 08/19/09 | 014 |
| 10393225 | 2095 | 09/03/09 | 4912 | $ 4.50 | $ 4.50 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090903; DATE: 9/3/2009 - NY PETTY CASH 09/03/09.L.PAISON - SUBWAY TO/FROM COURT AND 1 CALL 08/26/09 | 011 |
| 10393225 | 2096 | 09/03/09 | 4912 | $ 0.50 | $ 0.50 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090903; DATE: 9/3/2009 - NY PETTY CASH 09/03/09.L.PAISON - SUBWAY TO/FROM COURT AND 1 CALL 08/26/09 | 011 |
| 10393225 | 2159 | 09/09/09 | 0094 | $ 41.84 | $ 41.84 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 590774 DATE: 7/31/2009 SKYLINE 1009194221 5 BERZ*VIP DAVID 0094 RIDE DATE: 2009-07-27 FROM: LAG AIRPORT TO: M RIDE TIME: 10:58 | 014B |
| 10393225 | 2209 | 09/09/09 | 0663 | $ 181.24 | $ 181.24 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 592070 DATE: 8/7/2009 SKYLINE 1009193170 311 SMOLINSKY JOSEP 0663 RIDE DATE: 2009-07-16 FROM: EWR NEWARK AIRPORT TO: NJ RIDE TIME: 19:51 | 014B |

EXHIBIT N

Local Transportation After July 10, 2009
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | Amount After July 10, 2009 | Description | Firm Category |
|---|---|---|---|---|---|---|---|
| 10393225 | 2223 | 09/10/09 | 4912 | $ 4.50 | $ 4.50 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090909; DATE: 9/10/2009 - NY PETTY CASH 09/09/09. L.PASION - TOKENS TO & FROM COURT 09/03/09 | 011 |
| 10393225 | 2281 | 09/16/09 | 4912 | $ 4.50 | $ 4.50 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090915; DATE: 9/16/2009 - NY PETTY CASH 09/15/09.L.PASION - TOKENS TO & FROM COURT 09/10/09 | 011 |
| 10393225 | 2319 | 09/17/09 | 0094 | $ 42.02 | $ 42.02 | SKYLINE TAXI - LEGAL VENDOR: SKYLINE CREDIT RIDE, INC. INVOICE#: 593292 DATE: 8/21/2009 SKYLINE 1009195948 164 BERZ*VIP DAVID 0094 RIDE DATE: 2009-08-12 FROM: M TO: LAG AIRPORT RIDE TIME: 15:04 | 014B |
| 10393225 | 2354 | 09/22/09 | 0139 | $ 100.79 | $ 100.79 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1363408 DATE: 9/16/2009 XYZ 1009196780 38 RAYMOND GIETZ 0139 RIDE DATE: 2009-08-20 FROM: LGA TO: NEW YORK, NY RIDE TIME: 19:15 | 014 |
| 10393225 | 2390 | 09/24/09 | 0080 | $ 50.00 | $ 50.00 | LOCAL TRANSPORTATION VENDOR: KAROTKIN, STEPHEN INVOICE#: CREX0012344109242002 DATE: 9/24/2009 TAXI/CAR SERVICE AUG 20, 2009 - GM MEETING - FROM/TO: PENN CTR/DETROIT METRO | 011 |
| 10393225 | 2388 | 09/24/09 | 0094 | $ 35.71 | $ 35.71 | TAXI SERVICE - LEGAL VENDOR: RED TOP EXECUTIVE SEDAN INVOICE#: 1060107 DATE: 2009-09-15 PASSENGER-REDWINE,JAMES, DATE 08/28/09. JOURNEY DETAILS WASHINGTON, -, DCA | 014 |
| Subtotal - Non-overtime Transportation Incurred After July 10, 2009 | | | | | $ 899.88 | | |
| Total Local Transportation Incurred After July 10, 2009 | | | | | $ 6,274.67 | | |