# EXHIBIT O

(Administrative Expenses)

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Category: Bate Stamping | | | | | | |
| 06/29/09 | Chan, H | 103932226550 | 9.65 | | 9.65 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES-BATESTAMP BATES STAMPING IN NEW YORK CITY ON 06/26/09 05:12PM 193 BINDING(S) FROM UNIT 14<br>* [193@.05] |
| 06/29/09 | Chan, H | 103932226549 | 32.60 | | 32.60 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES-BATESTAMP BATES STAMPING IN NEW YORK CITY ON 06/25/09 06:51PM 652 BINDING(S) FROM UNIT 14<br>* [652@.05] |
| 07/15/09 | Malloy, L | 103932233952 | 51.05 | | 51.05 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES-BATESTAMP BATES STAMPING IN NEW YORK CITY ON 07/07/09 04:24PM 1021 BINDING(S) FROM UNIT 14<br>* [1021@.05] |
| 07/15/09 | Ventura, C | 103932233966 | 54.50 | | 54.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES-BATESTAMP BATES STAMPING IN NEW YORK CITY ON 07/06/09 11:57PM 1090 BINDING(S) FROM UNIT 16<br>* [1090@.05] |
| Bate Stamping: | | | | $147.80 | $147.80 | |
| Category: Binding | | | | | | |
| 06/09/09 | Fortenza, J | 103932225754 | 17.50 | | 17.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/03/09 06:29PM 5 BINDING(S) FROM UNIT 11<br>* [5@3.5] |
| 06/09/09 | Fortenza, J | 103932225753 | 21.00 | | 21.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/04/09 02:14AM 6 BINDING(S) FROM UNIT 03<br>* [6@3.5] |
| 06/09/09 | Vron, V | 103932225761 | 3.00 | | 3.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 06/02/09 05:51PM 2 BINDING(S) FROM UNIT 03<br>* [2@1.5] |
| 06/09/09 | Rana, F | 103932225760 | 1.50 | | 1.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 06/05/09 06:34PM 1 BINDING(S) FROM UNIT 15<br>* [1@1.5] |
| 06/09/09 | Arons, A | 103932225756 | 18.00 | | 18.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 06/03/09 10:06AM 12 BINDING(S) FROM UNIT 17<br>* [12@1.5] |

EXHIBIT O PAGE 1 of 13

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Category: Binding | | | | | | |
| 06/09/09 | Van Deurzen, J | 1039322/25758 | 3.00 | | 3.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 06/04/09 11:58AM 2 BINDING(S) FROM UNIT 17<br>* [2@1.5] |
| 06/09/09 | Tanenbaum, J | 1039322/25759 | 1.50 | | 1.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 06/02/09 11:33AM 1 BINDING(S) FROM UNIT 03<br>* [1@1.5] |
| 06/09/09 | Arons, A | 1039322/25755 | 35.00 | | 35.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/03/09 04:39AM 10 BINDING(S) FROM UNIT 03<br>* [10@3.5] |
| 06/09/09 | Bergman, M | 1039322/25757 | 122.50 | | 122.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/05/09 03:36AM 35 BINDING(S) FROM UNIT 15<br>* [35@3.5] |
| 06/09/09 | Bailhache, G | 1039322/25909 | 7.27 | | 7.27 | MATTER NAME: EXP - Expenses<br>SPECIAL BINDING COSTS - LONDON OFFICE BINDING IN LONDON BETWEEN 04/06/2009 TO 10/06/2009<br>* [1@7.27] |
| 06/11/09 | Bailhache, G | 1039322/25910 | 11.10 | | 11.10 | MATTER NAME: EXP - Expenses<br>SPECIAL BINDING COSTS - LONDON OFFICE BINDING IN LONDON BETWEEN 04/06/2009 TO 10/06/2009<br>* [1@11.1] |
| 06/11/09 | Godhard, P | 1039322/25949 | 45.50 | | 45.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/10/09 07:57PM 13 BINDING(S) FROM UNIT 11<br>* [13@3.5] |
| 06/15/09 | Warren, I | 1039322/25950 | 42.00 | | 42.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/11/09 12:25PM 12 BINDING(S) FROM UNIT 15<br>* [12@3.5] |
| 06/15/09 | Christensen, E | 1039322/25951 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/11/09 01:15AM 1 BINDING(S) FROM UNIT 03<br>* [1@3.5] |
| 06/15/09 | Christensen, E | 1039322/25952 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/10/09 08:14PM 1 BINDING(S) FROM UNIT 15<br>* [1@3.5] |

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Category: Binding | | | | | | |
| 06/15/09 | Bergman, M | 103932225954 | 17.50 | | 17.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/08/09 04:58PM 5 BINDING(S) FROM UNIT 12<br>* [5@3.5] |
| 06/15/09 | Bergman, M | 103932225955 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/11/09 04:05AM 1 BINDING(S) FROM UNIT 03<br>* [1@3.5] |
| 06/15/09 | Perkari, H | 103932233431 | 9.00 | | 9.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 06/09/09 04:10PM 6 BINDING(S) FROM UNIT 03<br>* [6@1.5] |
| 06/15/09 | Meshkov, D | 103932225957 | 42.00 | | 42.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/09/09 10:42PM 12 BINDING(S) FROM UNIT 15<br>* [12@3.5] |
| 06/15/09 | Van Deurzen, J | 103932225958 | 38.50 | | 38.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/10/09 08:50PM 11 BINDING(S) FROM UNIT 14<br>* [11@3.5] |
| 06/15/09 | Topaz, R | 103932225960 | 38.50 | | 38.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/11/09 09:01PM 11 BINDING(S) FROM UNIT 15<br>* [11@3.5] |
| 06/15/09 | Perkari, H | 103932233430 | 12.00 | | 12.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 06/10/09 06:54PM 8 BINDING(S) FROM UNIT 03<br>* [8@1.5] |
| 06/15/09 | Perkari, H | 103932233429 | 21.00 | | 21.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/10/09 04:47AM 6 BINDING(S) FROM UNIT 17<br>* [6@3.5] |
| 06/15/09 | Meshkov, D | 103932225956 | 42.00 | | 42.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/09/09 10:42PM 12 BINDING(S) FROM UNIT 15<br>* [12@3.5] |
| 06/24/09 | McGrath, C | 103932226188 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/18/09 12:22PM 1 BINDING(S) FROM UNIT 17 |

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Category: Binding | | | | | | |
| 06/24/09 | McGrath, C | 103932226188 | | | | MATTER NAME: EXP - Expenses<br>* [1@3.5] |
| 06/24/09 | Perkari, H | 103932226187 | 4.50 | | 4.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 06/17/09 05:27PM 3 BINDING(S) FROM UNIT 15<br>* [3@1.5] |
| 06/24/09 | Perkari, H | 103932226186 | 4.50 | | 4.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 06/17/09 04:26PM 3 BINDING(S) FROM UNIT 17<br>* [3@1.5] |
| 06/24/09 | Van Deurzen, J | 103932226183 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/17/09 11:17AM 2 BINDING(S) FROM UNIT 17<br>* [2@3.5] |
| 06/24/09 | Christensen, E | 103932226181 | 21.00 | | 21.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/19/09 01:18PM 6 BINDING(S) FROM UNIT 16<br>* [6@3.5] |
| 06/24/09 | Meises, M | 103932226178 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/18/09 08:46PM 2 BINDING(S) FROM UNIT 11<br>* [2@3.5] |
| 06/24/09 | Meises, M | 103932226177 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/16/09 06:11PM 1 BINDING(S) FROM UNIT 16<br>* [1@3.5] |
| 06/24/09 | Chandler, T | 103932226176 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/17/09 12:49PM 2 BINDING(S) FROM UNIT 10<br>* [2@3.5] |
| 06/24/09 | Meshkov, D | 103932226182 | 17.50 | | 17.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/18/09 11:01PM 5 BINDING(S) FROM UNIT 03<br>* [5@3.5] |
| 06/29/09 | Dummer, D | 103932226537 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/25/09 01:08PM 2 BINDING(S) FROM UNIT 11<br>* [2@3.5] |

EXHIBIT O PAGE 4 of 13

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Category: Binding | | | | | | |
| 06/29/09 | Christensen, E | 10393222/6536 | 42.00 | | 42.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/27/09 08:49AM 12 BINDING(S) FROM UNIT 15<br>* [12@3.5] |
| 06/29/09 | Rodriguez, I | 10393222/6544 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/28/09 11:15PM 2 BINDING(S) FROM UNIT 11<br>* [2@3.5] |
| 06/29/09 | Rodriguez, I | 10393222/6545 | 24.50 | | 24.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/23/09 06:12AM 7 BINDING(S) FROM UNIT 03<br>* [7@3.5] |
| 06/29/09 | Rodriguez, I | 10393222/6546 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/23/09 07:35AM 2 BINDING(S) FROM UNIT 03<br>* [2@3.5] |
| 06/29/09 | Rodriguez, I | 10393222/6547 | 24.50 | | 24.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/23/09 05:07AM 7 BINDING(S) FROM UNIT 03<br>* [7@3.5] |
| 06/29/09 | Rodriguez, I | 10393222/6548 | 45.50 | | 45.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/29/09 04:07AM 13 BINDING(S) FROM UNIT 03<br>* [13@3.5] |
| 06/29/09 | Chan, H | 10393222/6551 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/25/09 03:44PM 1 BINDING(S) FROM UNIT 10<br>* [1@3.5] |
| 06/29/09 | Chan, H | 10393222/6552 | 21.00 | | 21.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/24/09 09:33PM 6 BINDING(S) FROM UNIT 03<br>* [6@3.5] |
| 06/29/09 | Chan, H | 10393222/6553 | 31.50 | | 31.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/25/09 06:18PM 9 BINDING(S) FROM UNIT 03<br>* [9@3.5] |
| 06/29/09 | Kerley, P | 10393222/6554 | 21.00 | | 21.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/24/09 09:26PM 6 BINDING(S) FROM UNIT 15 |

EXHIBIT O PAGE 5 of 13

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Category: Binding | | | | | | |
| 06/29/09 | Kerley, P | 103932226554 | | | | MATTER NAME: EXP - Expenses<br>* [6@3.5] |
| 06/29/09 | Malkovich, Y | 103932226555 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/27/09 01:15AM 2 BINDING(S) FROM UNIT 10<br>* [2@3.5] |
| 06/29/09 | Pais, H | 103932226534 | 12.00 | | 12.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 06/27/09 10:52PM 8 BINDING(S) FROM UNIT 15<br>* [8@1.5] |
| 06/29/09 | Meises, M | 103932226533 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/24/09 05:17AM 2 BINDING(S) FROM UNIT 10<br>* [2@3.5] |
| 06/29/09 | Rodriguez, I | 103932226543 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/23/09 08:21AM 2 BINDING(S) FROM UNIT 15<br>* [2@3.5] |
| 07/07/09 | Pruzansky, J | 103932233548 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/29/09 06:20PM 2 BINDING(S) FROM UNIT 15<br>* [2@3.5] |
| 07/07/09 | Spitz, M | 103932233550 | 70.00 | | 70.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/02/09 06:22AM 20 BINDING(S) FROM UNIT 13<br>* [20@3.5] |
| 07/07/09 | Phillips, L | 103932233551 | 17.50 | | 17.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/29/09 06:16PM 5 BINDING(S) FROM UNIT 16<br>* [5@3.5] |
| 07/07/09 | Phillips, L | 103932233552 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/29/09 06:16PM 1 BINDING(S) FROM UNIT 16<br>* [1@3.5] |
| 07/07/09 | Chan, H | 103932233553 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/02/09 03:57PM 2 BINDING(S) FROM UNIT 12<br>* [2@3.5] |

EXHIBIT O PAGE 6 of 13

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Category: Binding | | | | | | |
| 07/07/09 | George, C | 103932323555 | 17.50 | | 17.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/01/09 05:46PM 5 BINDING(S) FROM UNIT 14<br>* [5@3.5] |
| 07/07/09 | Topaz, R | 103932323556 | 35.00 | | 35.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/29/09 02:03PM 10 BINDING(S) FROM UNIT 15<br>* [10@3.5] |
| 07/07/09 | Malkovich, Y | 103932323557 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/30/09 12:01PM 2 BINDING(S) FROM UNIT 10<br>* [2@3.5] |
| 07/15/09 | Meises, M | 103932323946 | 35.00 | | 35.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/07/09 12:46PM 10 BINDING(S) FROM UNIT 11<br>* [10@3.5] |
| 07/15/09 | Meises, M | 103932323947 | 35.00 | | 35.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/06/09 07:18PM 10 BINDING(S) FROM UNIT 11<br>* [10@3.5] |
| 07/15/09 | Christensen, E | 103932323948 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/06/09 07:42PM 1 BINDING(S) FROM UNIT 11<br>* [1@3.5] |
| 07/15/09 | Malloy, L | 103932323953 | 21.00 | | 21.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/07/09 06:44PM 6 BINDING(S) FROM UNIT 15<br>* [6@3.5] |
| 07/15/09 | Malloy, L | 103932323955 | 21.00 | | 21.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/07/09 02:32PM 6 BINDING(S) FROM UNIT 17<br>* [6@3.5] |
| 07/15/09 | Pruzansky, J | 103932323957 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/07/09 11:08AM 1 BINDING(S) FROM UNIT 15<br>* [1@3.5] |
| 07/15/09 | Meshkov, D | 103932323958 | 14.00 | | 14.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/09/09 03:42AM 4 BINDING(S) FROM UNIT 15 |

EXHIBIT O PAGE 7 of 13

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Category: Binding | | | | | | |
| 07/15/09 | Meshkov, D | 103932223/3958 | | | | MATTER NAME: EXP - Expenses * [4@3.5] |
| 07/15/09 | Rodriguez, I | 103932223/3959 | 7.50 | | 7.50 | MATTER NAME: EXP - Expenses DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 07/09/09 06:27PM 5 BINDING(S) FROM UNIT 10 * [5@1.5] |
| 07/15/09 | Rodriguez, I | 103932223/3960 | 4.50 | | 4.50 | MATTER NAME: EXP - Expenses DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 07/09/09 08:42AM 3 BINDING(S) FROM UNIT 03 * [3@1.5] |
| 07/15/09 | Rodriguez, I | 103932223/3961 | 22.50 | | 22.50 | MATTER NAME: EXP - Expenses DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 07/09/09 08:20AM 15 BINDING(S) FROM UNIT 11 * [15@1.5] |
| 07/15/09 | Rodriguez, I | 103932223/3962 | 42.00 | | 42.00 | MATTER NAME: EXP - Expenses DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/09/09 04:52AM 12 BINDING(S) FROM UNIT 15 * [12@3.5] |
| 07/15/09 | Rodriguez, I | 103932223/3963 | 16.50 | | 16.50 | MATTER NAME: EXP - Expenses DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 07/09/09 02:30AM 11 BINDING(S) FROM UNIT 03 * [11@1.5] |
| 07/15/09 | Rodriguez, I | 103932223/3964 | 385.00 | | 385.00 | MATTER NAME: EXP - Expenses DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/07/09 05:35PM 110 BINDING(S) FROM UNIT 11 * [110@3.5] |
| 07/21/09 | Meises, M | 103932223/4666 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/16/09 11:00AM 1 BINDING(S) FROM UNIT 11 * [1@3.5] |
| 07/21/09 | Meises, M | 103932223/4665 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/16/09 10:14AM 1 BINDING(S) FROM UNIT 11 * [1@3.5] |
| 07/21/09 | Bergman, M | 103932223/4676 | 35.00 | | 35.00 | MATTER NAME: EXP - Expenses DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/17/09 03:45PM 10 BINDING(S) FROM UNIT 03 * [10@3.5] |

EXHIBIT O PAGE 8 of 13

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Category: Binding | | | | | | |
| 07/21/09 | Bergman, M | 103932234674 | 35.00 | | 35.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/16/09 08:35AM 10 BINDING(S) FROM UNIT 17<br>* [10@3.5] |
| 07/21/09 | Bergman, M | 103932234673 | 35.00 | | 35.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/17/09 03:59PM 10 BINDING(S) FROM UNIT 11<br>* [10@3.5] |
| 07/21/09 | Bergman, M | 103932234672 | 105.00 | | 105.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/17/09 04:34AM 30 BINDING(S) FROM UNIT 15<br>* [30@3.5] |
| 07/21/09 | Meises, M | 103932234664 | 1.50 | | 1.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 07/16/09 04:39PM 1 BINDING(S) FROM UNIT 10<br>* [1@1.5] |
| 07/21/09 | Meises, M | 103932234663 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/16/09 04:37PM 1 BINDING(S) FROM UNIT 10<br>* [1@3.5] |
| 07/21/09 | Meises, M | 103932234662 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/15/09 04:48PM 1 BINDING(S) FROM UNIT 03<br>* [1@3.5] |
| 07/21/09 | Meises, M | 103932234667 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/13/09 03:45PM 1 BINDING(S) FROM UNIT 10<br>* [1@3.5] |
| 07/21/09 | Christensen, E | 103932234668 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/16/09 05:05PM 1 BINDING(S) FROM UNIT 11<br>* [1@3.5] |
| 07/21/09 | Bergman, M | 103932234670 | 35.00 | | 35.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/16/09 08:35AM 10 BINDING(S) FROM UNIT 03<br>* [10@3.5] |
| 07/21/09 | Bergman, M | 103932234671 | 70.00 | | 70.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/16/09 01:06PM 20 BINDING(S) FROM UNIT 12 |

EXHIBIT O PAGE 9 of 13

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Category: Binding | | | | | | |
| 07/21/09 | Bergman, M | 103932234671 | | | | MATTER NAME: EXP - Expenses |
| 07/27/09 | Bergman, M | 103932235068 | 35.00 | | 35.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/23/09 11:39PM 10 BINDING(S) FROM UNIT 15<br>* [10@3.5] |
| 07/27/09 | Rodriguez, I | 103932235071 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/20/09 01:48PM 2 BINDING(S) FROM UNIT 11<br>* [2@3.5] |
| 07/27/09 | Van Deurzen, J | 103932235070 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/20/09 03:01PM 2 BINDING(S) FROM UNIT 17<br>* [2@3.5] |
| 07/27/09 | Meshkov, D | 103932235069 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/22/09 04:43PM 1 BINDING(S) FROM UNIT 11<br>* [1@3.5] |
| 07/27/09 | Rodriguez, I | 103932235072 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/22/09 06:36PM 2 BINDING(S) FROM UNIT 10<br>* [2@3.5] |
| 08/06/09 | Expenses Only, 6 | 103932242431 | 26.69 | | 26.69 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 07/28/09 09:00PM 15 BINDING(S) FROM UNIT 03<br>* [15@1.78] |
| 08/06/09 | Lederman, E | 103932242430 | 10.50 | | 10.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/28/09 09:21PM 3 BINDING(S) FROM UNIT 10<br>* [3@3.5] |
| 08/06/09 | Pierce, N | 103932242429 | 1.50 | | 1.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 07/31/09 04:59PM 1 BINDING(S) FROM UNIT 14<br>* [1@1.5] |
| 08/06/09 | Meises, M | 103932242428 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/29/09 09:25PM 1 BINDING(S) FROM UNIT 11<br>* [1@3.5] |

EXHIBIT O PAGE 10 of 13

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Category: Binding | | | | | | |
| 08/06/09 | Meises, M | 103932242427 | 105.00 | | 105.00 | *MATTER NAME: EXP - Expenses*<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/29/09 09:26PM 30 BINDING(S) FROM UNIT 15<br>* [30@3.5] |
| 08/06/09 | Perkari, H | 103932242432 | 3.00 | | 3.00 | *MATTER NAME: EXP - Expenses*<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 07/27/09 11:08AM 2 BINDING(S) FROM UNIT 03<br>* [2@1.5] |
| 08/06/09 | George, C | 103932242436 | 7.00 | | 7.00 | *MATTER NAME: EXP - Expenses*<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/30/09 07:08PM 2 BINDING(S) FROM UNIT 03<br>* [2@3.5] |
| 08/06/09 | Perkari, H | 103932242435 | 3.00 | | 3.00 | *MATTER NAME: EXP - Expenses*<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 07/27/09 03:15PM 2 BINDING(S) FROM UNIT 16<br>* [2@1.5] |
| 08/06/09 | Perkari, H | 103932242434 | 3.00 | | 3.00 | *MATTER NAME: EXP - Expenses*<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 07/27/09 11:37AM 2 BINDING(S) FROM UNIT 15<br>* [2@1.5] |
| 08/06/09 | Perkari, H | 103932242433 | 22.50 | | 22.50 | *MATTER NAME: EXP - Expenses*<br>DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 07/29/09 06:52AM 15 BINDING(S) FROM UNIT 03<br>* [15@1.5] |
| 08/12/09 | Meshkov, D | 103932242494 | 10.50 | | 10.50 | *MATTER NAME: EXP - Expenses*<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 08/05/09 11:56PM 3 BINDING(S) FROM UNIT 10<br>* [3@3.5] |
| 08/12/09 | Meshkov, D | 103932242495 | 3.50 | | 3.50 | *MATTER NAME: EXP - Expenses*<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 08/05/09 01:56PM 1 BINDING(S) FROM UNIT 10<br>* [1@3.5] |
| 08/12/09 | Rodriguez, I | 103932242496 | 7.00 | | 7.00 | *MATTER NAME: EXP - Expenses*<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 08/04/09 04:41PM 2 BINDING(S) FROM UNIT 03<br>* [2@3.5] |
| 08/17/09 | Lederman, E | 103932242547 | 3.50 | | 3.50 | *MATTER NAME: EXP - Expenses*<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 08/10/09 09:35PM 1 BINDING(S) FROM UNIT 10 |

EXHIBIT O
Administrative Expenses
Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Category: Binding | | | | | | |
| 08/17/09 | Lederman, E | 10393224/2547 | | | | MATTER NAME: EXP - Expenses<br>* [1@3.5] |
| 08/17/09 | Meshkov, D | 10393224/2549 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 08/10/09 10:00PM 2 BINDING(S) FROM UNIT 11<br>* [2@3.5] |
| 08/24/09 | Meshkov, D | 10393224/2736 | 14.00 | | 14.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 08/21/09 08:45AM 4 BINDING(S) FROM UNIT 11<br>* [4@3.5] |
| 08/27/09 | Whittingham, L | 10393224/2907 | 9.37 | | 9.37 | MATTER NAME: EXP - Expenses<br>SPECIAL BINDING COSTS - LONDON OFFICE BINDING IN LONDON BETWEEN 20/08/2009 TO 26/08/2009<br>* [1@9.37] |
| 08/27/09 | Whittingham, L | 10393224/2908 | 22.94 | | 22.94 | MATTER NAME: EXP - Expenses<br>SPECIAL BINDING COSTS - LONDON OFFICE BINDING IN LONDON BETWEEN 20/08/2009 TO 26/08/2009<br>* [1@22.94] |
| 08/27/09 | Whittingham, L | 10393224/2909 | 2.95 | | 2.95 | MATTER NAME: EXP - Expenses<br>SPECIAL BINDING COSTS - LONDON OFFICE BINDING IN LONDON BETWEEN 20/08/2009 TO 26/08/2009<br>* [1@2.95] |
| 08/31/09 | Brooks, R | 10393224/3016 | 10.50 | | 10.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 08/26/09 06:19PM 3 BINDING(S) FROM UNIT 17<br>* [3@3.5] |
| 09/13/09 | Pierce, N | 10393225/2259 | 24.50 | | 24.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 08/31/09 05:14PM 7 BINDING(S) FROM UNIT 11<br>* [7@3.5] |
| 09/14/09 | Lederman, E | 10393225/2264 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/10/09 09:56PM 2 BINDING(S) FROM UNIT 15<br>* [2@3.5] |
| 09/14/09 | Lederman, E | 10393225/2265 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/10/09 10:02PM 1 BINDING(S) FROM UNIT 15<br>* [1@3.5] |
| 09/14/09 | Brooks, R | 10393225/2266 | 63.00 | | 63.00 | MATTER NAME: EXP - Expenses<br>DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/13/09 11:38AM 18 BINDING(S) FROM UNIT 10 |

EXHIBIT O PAGE 12 of 13

EXHIBIT O

Administrative Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| Category: Binding | | | | | | |
| 09/14/09 | Brooks, R | 10393325/2266 | | | | MATTER NAME: EXP - Expenses * [18@3.5] |
| 09/21/09 | Berkovich, R | 10393325/2340 | 7.00 | | 7.00 | MATTER NAME: EXP - Expenses DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/14/09 02:56PM 2 BINDING(S) FROM UNIT 03 * [2@3.5] |
| 09/21/09 | Lederman, E | 10393325/2341 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/16/09 05:38PM 1 BINDING(S) FROM UNIT 03 * [1@3.5] |
| 09/29/09 | Lederman, E | 10393325/2433 | 3.50 | | 3.50 | MATTER NAME: EXP - Expenses DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/25/09 01:54PM 1 BINDING(S) FROM UNIT 11 * [1@3.5] |
| Binding: | | | $2,464.32 | | $2,464.32 | |
| Category: Books: Material Used and Prepared for Hearing | | | | | | |
| 07/23/09 | Gandhi, A | 10393223/4988 | 217.02 | | 217.02 | MATTER NAME: EXP - Expenses BOOKS - MAINTENANCE VENDOR: LEXIS NEXIS( MATTHEW BENDER & CO INC); INVOICE#: 879735645; DATE: 6/26/2009 - BOOKS MAINTENANCE - COLLIER BANKRUPTCY ACT PAMPHLETS 1,2,3 2009 EDITION - REQUESTED & APPROVED BY A. GANDHI * [1@217.02] |
| Books: Material Used and Prepared for Hearing: | | | $217.02 | | $217.02 | |
| Category: Material Used and Prepared for Hearing (Special Ordered Supplies) | | | | | | |
| 06/10/09 | Rodriguez, I | 10393225/5896 | 40.82 | | 40.82 | MATTER NAME: EXP - Expenses SPECIAL ORDER SUPPLIES VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20090608; DATE: 6/10/2009 - NY PETTY CASH 06/08/09. I.RODRIGUEZ - PURCHASED ITEMS FOR HEARING, 06/01/09 * [1@40.82] |
| Material Used and Prepared for Hearing (Special Ordered Supplies): | | | $40.82 | | $40.82 | |
| | | | $2,869.96 | | $2,869.96 | |

EXHIBIT O PAGE 13 of 13