# EXHIBIT P

(Personal Expenses)

EXHIBIT P

Personal Expenses
Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | Description |
|---|---|---|---|---|---|
| 10393223 | 5097 | 07/27/09 | 246 | $ 364.14 | TRAVEL VENDOR: GUY, T. RAY INVOICE#: CREX0009559107272024 DATE: 7/27/2009 LAUNDRY JUN 29, 2009 - GM - ATTENDED MEETINGS AND WORKED ON VARIOUS MATTERS |
| 10393223 | 5103 | 07/27/09 | 246 | $ 37.20 | TRAVEL VENDOR: GUY, T. RAY INVOICE#: CREX0009559107272024 DATE: 7/27/2009 LAUNDRY JUN 20, 2009 - GM - ATTENDED MEETINGS AND WORKED ON VARIOUS MATTERS |
| 10393223 | 5105 | 07/27/09 | 246 | $ 57.44 | TRAVEL VENDOR: GUY, T. RAY INVOICE#: CREX0009559107272024 DATE: 7/27/2009 LAUNDRY JUN 22, 2009 - GM - ATTENDED MEETINGS AND WORKED ON VARIOUS MATTERS |
| 10393223 | 5109 | 07/27/09 | 246 | $ 75.86 | TRAVEL VENDOR: GUY, T. RAY INVOICE#: CREX0009559107272024 DATE: 7/27/2009 LAUNDRY JUN 24, 2009 - GM - ATTENDED MEETINGS AND WORKED ON VARIOUS MATTERS |
| 10393225 | 2090 | 08/31/09 | 4056 | $ 500.00 | TRAVEL VENDOR: MORNEAU, JEFF M. INVOICE#: CREX0012425609012004 DATE: 8/31/2009 ROOM AND TAX SEP 01, 2009 - 2 TRIP WEEKENDS CANCELED DUE TO WORK REQUIREMENTS FOR GM BANKRUPTCY. WEEKENDS OF MAY 30-31/09 AND JUNE 28-29/09 * |
| 10393225 | 2091 | 08/31/09 | 4056 | $ 500.00 | TRAVEL VENDOR: MORNEAU, JEFF M. INVOICE#: CREX0012425609012004 DATE: 8/31/2009 ROOM AND TAX SEP 01, 2009 - 2 TRIP WEEKENDS CANCELED DUE TO WORK REQUIREMENTS FOR GM BANKRUPTCY. WEEKENDS OF MAY 30-31/09 AND JUNE 28-29/09 * |
| | | | **Total Personal Expenses** | **$ 1,534.64** | |

* These two charges are also included in the Pre-petition Expenses Exhibit and reduction has only been taken in that category.

Page P - 1 of 1