# EXHIBIT Q

(Miscellaneous Expenses)

EXHIBIT Q

Miscellaneous Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| **Category: Meeting Expenses - New York** | | | | | | |
| 06/10/09 | Smolinsky, J | 103932226838 | 5,000.00 | | 5,000.00 | *MATTER NAME: EXP - Expenses*<br>TRAVEL VENDOR: HLT NY HILTON, LLC; INVOICE#: 20090727;DEP. DATE: 6/10/2009 - 07/28/09 NY DEPOSIT FOR GM ORGANIZATIONAL MEETING<br>* 1[@5000] |
| 07/14/09 | Smolinsky, J | 103932230877 | 2,836.78 | | 2,836.78 | *MATTER NAME: EXP - Expenses*<br>TRAVEL VENDOR: AMERICAN EXPRESS (N.Y MEETING); INVOICE#: 20090529-0628.MKTGA; DATE: 6/28/2009<br>- PAYMENT OF NY MEETING AMEX MEETING CARD STATEMENT DATED 06/28/09 HILTON HOTEL NY/GM ORGANIZATIONAL MEETING 06/03/09<br>* 1[@2836.78] |
| 07/14/09 | Smolinsky, J | 103932230878 | 20,684.68 | | 20,684.68 | *MATTER NAME: EXP - Expenses*<br>DOMESTIC TRAVEL-MEALS VENDOR: AMERICAN EXPRESS (N.Y MEETING); INVOICE#: 20090529-0628.MKTGA; DATE: 6/28/2009 - PAYMENT OF NY MEETING AMEX MEETING CARD STATEMENT DATED 06/28/09 HILTON HOTEL NY/GM ORGANIZATIONAL MEETING 06/03/09<br>* 1[@20684.68] |
| 09/17/09 | Smolinsky, J | 103932252288 | 12,103.87 | | 12,103.87 | *MATTER NAME: EXP - Expenses*<br>TRAVEL VENDOR: AMERICAN EXPRESS (N.Y MEETING); INVOICE#: 20090628.MKTGA; DATE: 8/28/2009 - PAYMENT OF NY MKTG AMEX MEETING CARD STATEMENT DATED 08/28/09 NEW YORK/GM_341 CREDITORS MEETING ON 07/27/09 BALANCE DUE<br>* 1[@12103.87] |
| 09/17/09 | Smolinsky, J | 103932252289 | 3,838.81 | | 3,838.81 | *MATTER NAME: EXP - Expenses*<br>DOMESTIC TRAVEL-MEALS VENDOR: AMERICAN EXPRESS (N.Y MEETING); INVOICE#: 20090628.MKTGA; DATE: 8/28/2009 - PAYMENT OF NY MKTG AMEX MEETING CARD STATEMENT DATED 08/28/09 NEW YORK/GM_341 CREDITORS MEETING ON 07/27/09 BALANCE DUE<br>* 1[@3838.81] |
| **Meeting Expenses - New York:** | | | $44,464.14 | | $44,464.14 | |
| **Category: Miscellaneous Charges** | | | | | | |
| 07/30/09 | Expenses Only, 8 | 103932230818 | 8,607.43 | | 8,607.43 | *MATTER NAME: EXP - Expenses*<br>OTHER CLIENT CHARGES VENDOR: STAR DELTA ELECTRIC LLC; INVOICE#: 02577; DATE: 6/10/2009 - ELECTRICAL WORK REQUIRED FOR PRESS CONFERENCE (GENERAL MOTORS)<br>* 1[@8607.43] |
| **Miscellaneous Charges:** | | | $8,607.43 | | $8,607.43 | |
| | | | $53,071.57 | | $53,071.57 | |