# EXHIBIT R

(Bermuda Trip)

EXHIBIT R

Bermuda Trip

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 07/14/09 | Ferrillo, P | 103932234/3908 | 463.87 | | 463.87 | TRAVEL VENDOR: FERRILLO, PAUL A. INVOICE#: CREX0008223607141953 DATE: 7/14/2009 ROOM AND TAX JUN 25, 2009 - TRAVEL TO BERMUDA TO PARTICIPATE IN ALL DAY MEETINGS WITH MARSH AND CLIENT. * [1@463.87] |
| 07/16/09 | Ferrillo, P | 103932234/4323 | 545.40 | | 545.40 | TRAVEL VENDOR: FERRILLO, PAUL A. INVOICE#: CREX0008223607161959 DATE: 7/16/2009 AIRFARE, DOMESTIC ECONOMY JUN 19, 2009 - TRAVEL TO BERMUDA TO PARTICIPATE IN ALL DAY MEETINGS WITH MARSH AND CLIENT. - FROM/TO: BER/JFK * [1@545.4] |
| 07/16/09 | Ferrillo, P | 103932234/4322 | 482.10 | | 482.10 | TRAVEL VENDOR: FERRILLO, PAUL A. INVOICE#: CREX0008223607161959 DATE: 7/16/2009 AIRFARE, DOMESTIC ECONOMY JUN 19, 2009 - TRAVEL TO BERMUDA TO PARTICIPATE IN ALL DAY MEETINGS WITH MARSH AND CLIENT. - FROM/TO: JFK/BER * [1@482.1] |
| 07/16/09 | Ferrillo, P | 103932234/4320 | 40.00 | | 40.00 | TRAVEL VENDOR: FERRILLO, PAUL A. INVOICE#: CREX0008223607161959 DATE: 7/16/2009 AIRFARE, DOMESTIC ECONOMY JUN 19, 2009 - TRAVEL TO BERMUDA TO PARTICIPATE IN ALL DAY MEETINGS WITH MARSH AND CLIENT. - FROM/TO: JFK/BER * [1@40] |
| 07/16/09 | Ferrillo, P | 103932234/4321 | 40.00 | | 40.00 | TRAVEL VENDOR: FERRILLO, PAUL A. INVOICE#: CREX0008223607161959 DATE: 7/16/2009 AIRFARE, DOMESTIC ECONOMY JUN 19, 2009 - TRAVEL TO BERMUDA TO PARTICIPATE IN ALL DAY MEETINGS WITH MARSH AND CLIENT. - FROM/TO: BER/JFK * [1@40] |
| | | | $1,571.37 | | $1,571.37 | |