# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM



RECEIVED APR 16 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | MAGDELENDA RAMOS AND ANDRES AVELINO AZAGUIRE<br>C/O MICHAEL ROOFIAN & ASSOCIATES PC<br>11766 WILSHIRE BLVD 6TH FLOOR<br>LOS ANGELES, CA 90025 |
| Claim Number (if known): | 1054 |
| Date Claim Filed: | 8/14/2009 |
| Total Amount of Claim Filed: | $10,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4/12/2010

Print Name: GENIE PARK

Title (if applicable): ATTY FOR RAMOS & AZAGUIRE

---