**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling (RE-9302)
Karen B. Dine (KD-0546)
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY 10036-4039
Phone: 212-858-1000
Facsimile: 212-858-1500
*Attorneys for Financial Engines Advisors L.L.C.*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                         :
**In re**                                                                :      **Chapter 11**
                                                                         :
**MOTORS LIQUIDATION COMPANY,** *et al.*                                 :      **Case No. 09-50026 (REG)**
**(f/k/a GENERAL MOTORS CORP.,** *et al.*)                               :
                                                                         :      **Jointly Administered**
     **Debtors.**                                     :
                                                                         :
------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LIST**

     **PLEASE TAKE NOTICE** that Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury")

hereby withdraws its appearance as attorneys for Financial Engines Advisors L.L.C. in

connection with the above-referenced bankruptcy proceedings as Financial Engines Advisors

L.L.C.'s interests in the matter have concluded.

     **PLEASE TAKE FURTHER NOTICE** that Pillsbury requests that the following

persons and addresses be removed from the Court's mailing matrix and the official service list

maintained in the case:

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling
Karen B. Dine
Erica E. Carrig
1540 Broadway
New York, NY 10036-4039

500518492v1

Phone:  212-858-1000
Facsimile:  212-858-1500
E-mail:  richard.epling@pillsburylaw.com
karen.dine@pillsburylaw.com
erica.carrig@pillsburylaw.com

Dated:  April 22, 2010
New York, NY

By:  __/s/ Richard Epling_____ ___
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling (RE-9302)
Karen B. Dine (KD-0546)
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY  10036-4039
Phone:  212-858-1000
Facsimile:  212-858-1500
*Attorneys for Financial Engines Advisors L.L.C.*

500518492v1