**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling (RE-9302)
Karen B. Dine (KD-0546)
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY  10036-4039
Phone:  212-858-1000
Facsimile:  212-858-1500
*Attorneys for LMC Phase II, L.L.C.*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                                                              :
**In re**                                                     :         **Chapter 11**
                                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.*                      :         **Case No. 09-50026 (REG)**
**(f/k/a GENERAL MOTORS CORP.,** *et al.*)                    :
                                                              :         **Jointly Administered**
         **Debtors.**                                         :
                                                              :
-------------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST FOR REMOVAL FROM SERVICE LIST

        **PLEASE TAKE NOTICE** that Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury")

hereby withdraws its appearance as attorneys for LMC Phase II, L.L.C. in connection with the

above-referenced bankruptcy proceedings as LMC Phase II, L.L.C.'s interests in the matter have

concluded.

        **PLEASE TAKE FURTHER NOTICE** that Pillsbury requests that the following

persons and addresses be removed from the Court's mailing matrix and the official service list

maintained in the case:

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling
Karen B. Dine
Erica E. Carrig
1540 Broadway
New York, NY  10036-4039

500518494v1

Phone:  212-858-1000
Facsimile:  212-858-1500
E-mail:  richard.epling@pillsburylaw.com
karen.dine@pillsburylaw.com
erica.carrig@pillsburylaw.com

Dated:  April 22, 2010
New York, NY

By: __/s/ Richard Epling____ _____ ___
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling (RE-9302)
Karen B. Dine (KD-0546)
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY  10036-4039
Phone:  212-858-1000
Facsimile:  212-858-1500
*Attorneys for LMC Phase II, L.L.C.*

500518494v1