**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling (RE-9302)
Karen B. Dine (KD-0546)
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY  10036-4039
Phone:  212-858-1000
Facsimile:  212-858-1500
*Attorneys for PSEG Resources L.L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
**In re** : Chapter 11
:
**MOTORS LIQUIDATION COMPANY,** *et al.* : Case No. 09-50026 (REG)
**(f/k/a GENERAL MOTORS CORP.,** *et al.***)** :
: **Jointly Administered**
       Debtors. :
:
------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury")

hereby withdraws its appearance as attorneys for PSEG Resources L.L.P. ("PSEG") in

connection with the above-referenced bankruptcy proceedings as PSEG's interests in the matter

have concluded.

**PLEASE TAKE FURTHER NOTICE** that Pillsbury requests that the following

persons and addresses be removed from the Court's mailing matrix and the official service list

maintained in the case:

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling
Karen B. Dine
Erica E. Carrig
1540 Broadway
New York, NY  10036-4039

500511147v1

Phone:  212-858-1000
Facsimile:  212-858-1500
E-mail:  richard.epling@pillsburylaw.com
karen.dine@pillsburylaw.com
erica.carrig@pillsburylaw.com

Dated:  April 22, 2010
New York, NY

By:  __/s/ Richard Epling_____ ___
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Richard L. Epling (RE-9302)
Karen B. Dine (KD-0546)
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY  10036-4039
Phone:  212-858-1000
Facsimile:  212-858-1500
*Attorneys for PSEG Resources L.L.P.*

2