United States Bankruptcy Court for
the Southern District of New York

In Re:
Motors Liquidation Company
F/K/A General Motors Co.
   debtor

Lisa P. Gross
   Claimant

09-50026

RECEIVED
APR 19 2010
U.S. BANKRUPTCY COURT, SDNY

## Addition to Reply

To the honorable Judge Gerber and the bankruptcy Court I decided that since I may not be able to attend a conference in NY, because of my financial status. I believe it may be of some importance to express one final concern. in Motors Liquidation Companys Response to my request for relief from the automatic stay, documentation they submitted implies I only worked for G.M. for 1 year and nine month, which is only partially true. I actually worked at the G.M. Fairfax plant from 2/2004 - 1/2006 however I had previously

worked with Delphi Automotive Systems and had been there for or since 12/1999 until I transferred to the GM assembly plant where GM had agreed to transfer our time worked at Delphi to actual GM time worked or accumulated. I recently received an investigative report from an potential employer that conducted a background and employment history check I will submit the parts of the results that relate to GM and Delphi along with the report reference number that the court, if it so desires can verify the information. My time with Delphi and GM can be verified through the internal revenue service and the social security administration because of taxes I filed from 2000 - 2006 I was or had 5 years vested in the company with full benefits and reached maximum life insurance benefits. Respectfully Lisa Gross

Lisa P. Gross
6460 NE 43rd Terrace #204
Kansas City Mo. 64117
816-756-4640
lisagross5@aol.com
4/14/2010

Please forward a copy to all interested parties via electronic forwarding

See attachments: The report # for this report through the business information group is 4586077

**BUSINESS INFORMATION GROUP** | **DUE DILIGENCE PROFILE**

## Subject Data | Pass

| | |
|---|---|
| **Name:** | Lisa Gross |
| **Date of Birth:** | xx/xx/xxxx |
| **Social Security/ID#:** | xxx-xx-5261 |

### SSN/ID# Validation

| | |
|---|---|
| State Issued: | KS |
| Date Issued: | 01/01/1972-12/31/1974 |
| DOB Scan: | Clear |
| Death Index: | Clear |
| Valid SSN: | Yes |

**Current Address:**
6460 NE 43rd Terrace
Apt. 204
Kansas City, MO 64117
Clay County
United States

**Other Addresses:**
8624 N MATTOX RD
C135
Kansas City, MO 64154
Platte County
United States

619 N GALLATIN ST
Liberty, MO 64068
Clay County
United States

6604 E 12TH ST
Kansas City, MO 64126
Jackson County
United States

**Comments:** Credit Report Databases indicate the subject's most recent address is in Kansas City, MO.

Please note that the subject is/was also known as:
Lisa Allen
LISA P ALLENMCKINNEY
Lisa McKinney