*Carola Frieß*
*Karpfenweg 47*
*40764 Langenfeld*

United States Bankruptcy Court
One Bowling Green

New York, New York 10004

USA



**General Motors Corp**
**Case No 09-50026**
**My claim dated 25.08.2009**

12.04.2010

Dear Sirs,

With this letter I want to withdraw my claim. The claim was made by Wilmington Trust as trustee.

Best regards

*Michael Frieß*
*Karpfenweg 47*
*40764 Langenfeld*

United States Bankruptcy Court
One Bowling Green

New York, New York 10004

USA

**General Motors Corp**
**Case No 09-50026**
**My claim dated 25.08.2009**

12.04.2010

Dear Sirs,

With this letter I want to withdraw my claim. Loan was sold to third party.

Best regards