# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
In re:                                          :
                                                :
                                                :
MOTORS LIQUIDATION COMPANY, et al.,             :
       f/k/a General Motors Corp., et al.             Chapter 11
                                                :     Case No. 09-50026 (REG)
                                                :     (Jointly Administered)
                  Debtors.                      :
                                                :
-------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On April 23, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 5541] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via overnight mail.

/s/ Kimberly Murray___
Kimberly Murray

Sworn to before me this 23rd day of
April, 2010
/s/ Nancy Formica_____
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Queens County
Commission Expires August 8, 2010

# EXHIBIT A

**TRANSFEROR**
Arrowgrass Master Fund Ltd.
c/o Arrowgrass Capital Partners LLP
Attn: Swati Patel
25 Old Broad Street Tower 42
London EC2N 1HQ Great Britain

**TRANSFEREE**
Barclays Bank PLC
745 Seventh Avenue
New York, NY 10019