UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss
COUNTY OF SUFFOLK  )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On April 21, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (Caplin & Drysdale and the Members of the Asbestos Claimants' Committee):

- Order Approving and Authorizing the Retention and Employment of Caplin & Drysdale, Chartered as Counsel to the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims *Nunc Pro Tunc* to March 5, 2010 [Docket No. 5534].

Dated:  April 23, 2010                                   /s/ Kimberly Gargan
            Melville, New York                            Kimberly Gargan

Sworn to before me this 23rd day of April, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

| | |
|---|---|
| CAPLIN & DRYSDALE, CHARTERED<br>ATTY FOR UNSECURED CREDITORS HOLDING ASBESTOS- CLAIMS<br>ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III<br>ONE THOMAS CIRCLE, NW, SUITE 1100<br>WASHINGTON DC 20005 | CAPLIN & DRYSDALE, CHARTERED<br>ATTY FOR UNSECURED CREDITORS HOLDING ASBESTOS- CLAIMS<br>ATTN: ELIHU INSELBUCH, RITA C. TOBIN<br>375 PARK AVENUE, 35TH FLOOR<br>NEW YORK NY 10152 |
| CHARLES CANTRELL<br>18405 CLARKDALE AVENUE<br>ARTESIA CA 90701 | MARK BUTITTA AS SPECIAL ADMINISTRATOR OF THE<br>ESTATE OF SALVATORE BUTITTA<br>2429 S. ALPINE ROAD<br>ROCKFORD IL 61108 |
| SALLY MAZIARZ AS SPECIAL ADMINISTRATRIX OF THE<br>ESTATE OF JEROME MAZIARZ<br>520 HAYES ROAD<br>BOWLING GREEN, KY 42103 | |