UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :
                                                                 :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                            :
    f/k/a General Motors Corp., *et al.*     :   09-50026 (REG)
                                                                 :
    Debtors.                                 :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On April 21, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on Godfrey & Kahn, S.C., Attn: Timothy F. Nixon, 780 North Water Street, Milwaukee, WI 53202 (counsel for Fee Examiner):

- Endorsed Order re: Fee Examiner's Application to Employ Stuart Maue Firm [Docket No. 5537].

Dated: April 22, 2010                    /s/ Alison Moodie
     Melville, New York          Alison Moodie

Sworn to before me this 22nd day of April, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012