**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                  :
                                                       :    **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY**, *et al.*,              :
        **f/k/a General Motors Corp.**, *et al.*       :    **09-50026 (REG)**
                                                       :
        **Debtors.**                                   :    **(Jointly Administered)**
                                                       :
-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss
COUNTY OF SUFFOLK        )


I, Alison Moodie, being duly sworn, depose and state:

1.      I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On April 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the Kimm Law Firm, Attn: Michael S. Kimm, 41 W. Bancker, Englewood, NJ 07631 (Attorneys for Sang Chul Lee and Dukson Lee):

- Order Denying Motion of Sang Chul Lee and Dukson Lee for Relief from the Automatic Stay [Docket No. 5527].


Dated:  April 21, 2010                    /s/ Alison Moodie
          Melville, New York              Alison Moodie


Sworn to before me this 21st day of April, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012