Hearing Date: April 29, 2010
Opposition Due By April 22, 2010

Patrick A. Klingman (PK-3658)
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Email: pklingman@sfmslaw.com

**Attorneys for Movant**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION | : | Case No. 09-50026 (REG) |
| Defendant. | : | |

### NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF
### AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE THAT:

John Paikai ("Movant"), plaintiff in the action captioned *Paikai et al. v. General Motors Corporation,* 2:07-cv-02469-FCD-GGH, and pending in the United States District Court for the Eastern District of California, by and through counsel, hereby withdraws his Motion for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1), filed on January 11, 2010, and currently returnable on April 29, 2010.

Dated: April 23, 2010  By:  /s/Patrick A. Klingman
James E. Miller
Patrick A. Klingman (PK-3658)
Karen M. Leser-Grenon
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Email: jmiller@sfmslaw.com
Email: pklingman@sfmslaw.com
Email: kleser@sfmslaw.com

Mark F. Anderson
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th Floor
San Francisco, CA 94108
Telephone: (415) 651-1951
Email: mark@aoblawyers.com

James C. Shah
Natalie Finkelman Bennett
Nathan C. Zipperian
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
35 E. State Street
Media, PA 19063
Telephone: (610) 891-9880
Email: jshah@sfmslaw.com
Email: nfinkelman@sfmslaw.com
Email: nzipperian@sfmslaw.com

Attorneys for Movant


TO:   **VIA ELECTRONIC FILING**
All counsel on Master Service List