Patrick A. Klingman (PK-3658)
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Email: pklingman@sfmslaw.com

**Attorneys for Movant**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY | : | Case No. 09-50026 (REG) |
| f/k/a GENERAL MOTORS | : | |
| CORPORATION | : | **CERTIFICATE OF SERVICE** |
| | : | |
| Defendant. | : | |

_____

I, Patrick A. Klingman, hereby certify that a true and correct copy of John Paikai's Notice of Withdrawal of Motion for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) was served on April 23, 2010 upon counsel listed below by electronic mail.

Harvey P. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Brianna Benfield, Esq.
Weil, Gotschal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
stephen.karotkin@weil.com
joseph.smolinsky@weil.com
brianna.benfield@weil.com

SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP

Dated: April 23, 2010          By:    */s/Patrick A. Klingman*_____
                                      Patrick A. Klingman (PK-3658)