UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                            :
                                                                 :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,             :
    f/k/a General Motors Corp., *et al.*      :   09-50026 (REG)
                                                                 :
       Debtors.                :   (Jointly Administered)
                                                                 :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss
COUNTY OF SUFFOLK   )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On April 21, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on Linden Development Company LLC and Duke Baltimore LLC, Attn: Louis F. Solimine, 312 Walnut Street, Suite 1400, Cincinnati, OH 45202:

- Stipulation and Agreed Order Pursuant to 11 U.S.C. § 365 Authorizing Debtors' Rejection of Certain Executory Contracts with Linden Development, LLC and Duke Baltimore, LLC [Docket No. 5538].

Dated: April 22, 2010                    /s/ Alison Moodie
       Melville, New York                Alison Moodie

Sworn to before me this 22nd day of April, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012