Hearing Date: April 29, 2010<br>
Opposition Due By April 22, 2010

Patrick A. Klingman (PK-3658)
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Email: pklingman@sfmslaw.com

**Attorneys for Movants**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION | : | Case No. 09-50026 (REG) |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF
## AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE THAT:

William and Melody O'Connor ("Movants"), plaintiffs in the action captioned *O'Connor et al. v. General Motors Corporation,* 2:07-cv-0892-FCD-GGH, and pending in the United States District Court for the Eastern District of California, by and through counsel, hereby withdraw their Motion for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1), filed on January 11, 2010, and currently returnable on April 29, 2010.

Dated: April 23, 2010        By:     /s/Patrick A. Klingman
                                     James E. Miller
                                     Patrick A. Klingman (PK-3658)
                                     Karen M. Leser-Grenon
                                     SHEPHERD, FINKELMAN, MILLER
                                     & SHAH, LLP
                                     65 Main Street
                                     Chester, CT 06412
                                     Telephone: (860) 526-1100
                                     Email: jmiller@sfmslaw.com
                                     Email: pklingman@sfmslaw.com
                                     Email: kleser@sfmslaw.com

                                     Mark F. Anderson
                                     ANDERSON, OGILVIE & BREWER LLP
                                     600 California Street, 18th Floor
                                     San Francisco, CA 94108
                                     Telephone: (415) 651-1951
                                     Email: mark@aoblawyers.com

                                     James C. Shah
                                     Natalie Finkelman Bennett
                                     Nathan C. Zipperian
                                     SHEPHERD, FINKELMAN, MILLER
                                     & SHAH, LLP
                                     35 E. State Street
                                     Media, PA 19063
                                     Telephone: (610) 891-9880
                                     Email: jshah@sfmslaw.com
                                     Email: nfinkelman@sfmslaw.com
                                     Email: nzipperian@sfmslaw.com

                                     Attorneys for Movants


TO:    **VIA ELECTRONIC FILING**
       All counsel on Master Service List