Patrick A. Klingman (PK-3658)
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Email: pklingman@sfmslaw.com

**Attorneys for Movants**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION | : | Case No. 09-50026 (REG) |
|  | : | **CERTIFICATE OF SERVICE** |
| Defendant. | : |  |

I, Patrick A. Klingman, hereby certify that a true and correct copy of William and Melody O'Connor's Notice of Withdrawal of Motion for Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) was served on April 23, 2010 upon counsel listed below by electronic mail.

> Harvey P. Miller, Esq.
> Stephen Karotkin, Esq.
> Joseph H. Smolinsky, Esq.
> Brianna Benfield, Esq.
> Weil, Gotschal & Manges, LLP
> 767 Fifth Avenue
> New York, NY 10153
> harvey.miller@weil.com
> stephen.karotkin@weil.com
> joseph.smolinsky@weil.com
> brianna.benfield@weil.com

                                                                SHEPHERD, FINKELMAN, MILLER
                                                                & SHAH, LLP

Dated: April 23, 2010           By:    */s/Patrick A. Klingman*
                                                         Patrick A. Klingman (PK-3658)