4/19/10

BANKRUPTCY COURT MOTORS LIQUIDATION

<u>COVER LETTER</u>    09-50026 (REG)
FOR <u>NON-BINDING MEDIATION</u>
DANA H. FOX, PRO-SE CLAIM #4287

PLEASE NOTE AS A TRAVELER IT APPEARS TO BE "IMPOSSIBLE" TO FIND A TYPEWRITER AND NOW EVEN A WORD PROCESSOR.

MR. FOX PRO-SE MADE A PROMISE NOT TO USE COMPUTERS (MAYBE V.P. BIDEN WILL TELL YOU WHY, IF HE WANTS TO).

THE PROMISE MAKES IT DIFFICULT TO LOOK-UP LEGAL "STUFF" ON LEXUS ETC. [AND TYPE A "PROFESSIONAL" PRESENTATION]

MR. FOX ALSO SPENDS TIME AT ALTITUDE AWAY FROM ALLEGED CIVILIZATION, IN MORE TIMES THAN NOT, THE ENDLESS PURSUIT FOR PEACE AND QUIET.

TOO BAD ABOUT THE AURORA; IT WAS PEACEFUL AND QUIET BUT KEPT TRYING TO KILL ME. THIS SUBMITTAL COVERS THE REQUIREMENTS OF THE MOST RECENT COURT ORDER AND MR. FOX WILL BE HAPPY TO SPEAK WITH SOMEONE BY TELEPHONE WHEN YOU GIVE HIM A CONTACT NUMBER.

YOUR CLERKS & C.M. ARE AWARE OF PREVIOUS LITIGATION IN FEDERAL COURT CONCERNING THE AURORA (INCLUDING GEORGE BUSH SR).

SINCERELY,
D.H. Fox  PRO-SE



RECEIVED APR 23 2010 U.S. BANKRUPTCY COURT, SDNY

SOMEONE COULD TYPE THIS FOR YOU

4/17/10

BANKRUPTCY COURT RECORD — DANA H. FOX PRO-SE
SOUTHERN DISTRICT
NEW YORK

(W.H. IS MAIL FORWARDING) → 1625-2 PARKMEADOWS DR.
FT. MYERS, FLA. 33907

GARDEN CITY GROUP
MOTORS LIQUIDATION CO.
PO BOX 9386
DUBLIN, OH 43017-4286

RE: LOWER COURT CASE #: 03-CA-3653 FLORIDA
BANKRUPTCY CASE #: 09-50026 (REG)
CLAIM #4287

RECENT ORDER FOX ALTERNATE DISPUTE
FEB. 23, 2010         (RESOLUTION) PROCEDURES
NOT PROCESSED UNTIL APRIL DUE TO DEBTOR
MOTION ON FILE.

TO WHOM IT MAY CONCERN:

MR. FOX PRO-SE INDICATED HIS INTENTION(S) IN PLEADING OF 2/16/09 (DENIED).

IN SO CHOOSING NON-BINDING MEDIATION, MR. FOX PRO-SE DOES NOT WAIVE HIS RIGHT TO CONTINUE IN LOWER COURT IN FLORIDA WHERE A CONTEMPT FINDING AWAITS G.M. WITH WHAT WILL AMOUNT TO SERIOUS CIVIL PENALTIES AND A JUST REWARD TO MR. FOX WHO HAS NOW BEEN THROUGH THIS 2-3 TIMES; WHICH REPRESENTS IT'S-SELF AS A REPEAT OFFENSE ON THE PART OF G.M.

MR. FOX IS NOT AVAILABLE IN PERSON FOR NON-BINDING MEDIATION AS HE IS KEEPING A PROMISE AS A VOLUNTEER TO AMERICA, MADE TO THE TRUSTEES OF THE UNITED STATES, IN REGARDS TO TRAVEL RESPONSIBILITIES. V.P. BIDEN KNOWS THIS AS WELL AS BOB LUTZ WHO IS FAMILIAR WITH MR. FOX'S PAST (BENEFICIAL) ASSISTANCE TO HIM & G.M.

MR. FOX WILL LIKE HIS MONEY BACK $19,500.—
[6 YEARS OF LITIGATION IN CIRCUIT COURT LEADING TO BANKRUPTCY PROCEEDINGS IN FEDERAL COURT, WOULD HAVE FETCHED A CONSIDERABLE SUM OF MONEY FROM MR. FOX'S CORPORATE ATTORNEY [½ MILLION OR MORE?].
DOES THE GMC YUKON DENALI HYBRID HAVE TOO MUCH ELECTRONIC JUNK IN IT TO BE RELIABLE; WITH A LIFETIME WARRANTY: $19,500 PLUS THE NEW VEHICLE MENTIONED — YOU'RE GETTING OFF EASY.

C: DUBLIN, OH
BANKRUPTCY COURT N.Y.

RESPECTFULLY SUBMITTED
Dana H. Fox PRO-SE
DANA H. FOX

4/18/10

ADDENDUM
MEMORANDUM
CLAIM #4287          09-50026 (REG.)

MR. FOX PRO-SE POINTS OUT THE MOTIONS FILED (ON RECORD IN N.Y. BANKRUPTCY COURT) ARE DENIED. LAST DENIAL DID NOT APPEAR TO COME FROM FED. COURT. CONTRARY TO THE PROVISION OF THE FEB. 23, 2010 "ADP" PROCEDURES 11 USC §105(a) ORDER M-390 AND PAGE 25 SECT. 4. MODIFICATION OF THE AUTOMATIC STAY [NEAR THE BACK OF THE ENTIRE ORDER].

MR. FOX HAS STATED HIS CLAIM FOR SIX YEARS (NOW 7+) IN CIRCUIT COURT, FORT MYERS, FLA. & N.Y. BANKRUPTCY COURT. $19,500.- FOR DANGEROUS ASPECT OF AURORA AUTOMOBILE [PREVIOUSLY LITIGATED IN FEDERAL COURT ALSO].

MR. FOX IS JUST IN SEEKING SOME RECOVERY OF HIS PRO-SE TIME IN LITIGATION $50,000.-

AS THE VEHICLE IN QUESTION (AURORA) DID THREATEN MR. FOX'S SAFETY ON SEVERAL OCCASIONS (AND PREVIOUSLY LITIGATED ALSO) THERE IS COMPENSATORY DAMAGES RESIDING THERE-IN.

MR. FOX SEEKS, AS PART OF SETTLEMENT IN THIS FORMAL REQUEST, A NEW VEHICLE; THE PREVIOUS YEARS MODEL OF THE GMC YUKON (HYBRID) DENALI IS BETTER LOOKING THAN THE CURRENT YEAR MODELS: DOES 2011 OR 2012 HAVE A SLEEKER, MORE ROUNDED, AERODYNAMIC OFFERING. CAN THE YUKON (HYBRID) DENALI BE MADE WITH ALOT OF THE ELECTRONIC GADGETS DELETED? I.E. NAVIGATION, ON-STAR AND A DELETION FROM THE LIST OF ELECTRONIC JUNK THAT IS PUT IN CARS NOW ADAYS?

THE LIFETIME WARRANTY WILL COVER ALL REPAIRS AND A "ROLL-OVER" ACQUISITION OF AN EFFICIENT HYDROGEN FUEL-CELL VEHICLE IF YOU GET SMART ENOUGH TO MAKE ONE.

THIS ADDENDUM IS SUFFICIENT FOR NON-BINDING MEDIATION REVIEW. PLEASE RESPOND.

CC - MOTORS LIQUIDATION
     FED. COURT N.Y.

RESPECTFULLY
[signature] PRO-SE
DANA H. FOX

P.S. DOES THE TRAVERSE VEHICLE COME A.W.D. & HYBRID?