UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 <br><br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br><br> [ ] MLCS, LLC, Case No. 09-50027 <br><br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br><br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Prichard Hawkins McFarland & Young, LLP <br> David M. Prichard <br> Union Square Suite 600 <br> 10101 Reunion Place Blvd. <br> San Antonio, TX 78216 |
| Claim Number (if known): | 50605 |
| Date Claim Filed: | 11/24/09 |
| Total Amount of Claim Filed: | $710,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4/23/10

_David M. Prichard_ (signature)

Print Name: David M. Prichard

Title (if applicable): partner

RECEIVED APR 26 2010

US_ACTIVE:¥43219392¥02¥72240.0639