UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | |
| f/k/a General Motors Corp., *et al.* | : | 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On April 23, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on National Union Fire Insurance Company of Pittsburgh, PA., Attention: Thomas O'Rourke, 175 Water Street, 18th Floor, New York, NY 10038:

- Stipulation and Agreed Order Between the Debtors, General Motors, LLC and National Union Fire Insurance Company of Pittsburgh, PA Pursuant to 11 U.S.C. § 365 Authorizing the Debtors' Assumption and Assignment of Certain Insurance Policies and Transfer of Collateral Related thereto [Docket No. 5580].

Dated: April 26, 2010                         /s/ Alison Moodie
       Melville, New York                     Alison Moodie

Sworn to before me this 26th day of April, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012