**Edward P. Zujkowski, Esq.**
**EMMET, MARVIN & MARTIN, LLP**
**120 Broadway**
**New York, New York  10271**
**Telephone:  (212) 238-3000**
**Facsimile:  (212) 238-3100**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
                                                          :
In Re:                                                    :
                                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                 :    **Chapter 11 Case No.**
    f/k/a General Motors Corp., *et al.*                  :    **09-50026**
                                                               **(Jointly Administered)**
              **Debtor.**                                 :
                                                          :
---------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
### FILED BY THE BANK OF NEW YORK MELLON

**PLEASE TAKE NOTICE** that The Bank of New York Mellon, by and through its undersigned counsel, and pursuant to and in accordance with the terms and conditions provided for in the Settlement Agreement between General Motors LLC, Motors Liquidation Company, MLCS, LLC (fka Saturn, LLC) Saturn County Bond Corporation, HNB Investment Corp., General Foods Credit Corporation, General Foods Credit Investors No. 2 Corporation, Philip-Morris Capital Corporation, General Electric Capital Corporation, U.S. Bank National Association, as owner trustee under certain lease arrangements, The Bank of New York Mellon, as indenture trustee, pass through trustee or purchase option agent under certain lease agreements, Manufacturers and Traders Trust Company, as indenture trustee, pass through trustee or purchase option agent under

1012531_1.DOC
93320.60

certain lease agreements, and Wells Fargo Bank Northwest, National Association, as indenture trustee under certain lease agreements (the "Settlement Agreement"), approved by this Court on March 19, 2010, hereby withdraws the two (2) proofs of claim, each filed November 23, 2009 and numbered (a) 44834, and (b) 44835.

                        **EMMET, MARVIN & MARTIN, LLP**

                        */s/ Edward P. Zujkowski*
                        Edward P. Zujkowski (EZ-3095)
                        120 Broadway
                        New York, New York  10271
                        Telephone:  (212) 238-3000
                        Facsimile:  (212) 238-3100

                        Attorneys for The Bank of New York Mellon