UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                          :
**In re:**                                                :
                                                          :         **Chapter 11**
                                                          :
**MOTORS LIQUIDATION COMPANY, et al.,**     :         **Case No. 09-50026-REG**
                                                          :
                                                          :         **Jointly Administered**
                    **Debtors.**                     :
                                                          :
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Brian C. Walsh, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Evercore Group L.L.C., a professional person in the above-referenced case.

    I certify that I am a member in good standing of the bars in the States of Missouri and Georgia and the bars of the United States District Courts for the Eastern District of Missouri, the Northern District of Georgia, and the Middle District of Georgia.

    I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 27, 2010
       St. Louis, Missouri

                                   BRYAN CAVE LLP

                                   /s/ Brian C. Walsh
                                   Brian C. Walsh
                                   One Metropolitan Square
                                   211 N. Broadway, Suite 3600
                                   St. Louis, MO  63102
                                   Telephone: (314) 259-2000
                                   Facsimile: (314) 259-2020

                                   Attorneys for Evercore Group L.L.C.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                            :
**In re:**                                  :
                                            :      **Chapter 11**
                                            :
**MOTORS LIQUIDATION COMPANY, et al.,**     :      **Case No. 09-50026-REG**
                                            :
                                            :      **Jointly Administered**
                    **Debtors.**            :
                                            :
------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Brian C. Walsh to be admitted, *pro hac vice*, to represent Evercore Group L.L.C. (the "Client"), a professional person in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the States of Missouri and Georgia and the bars of the United States District Courts for the Eastern District of Missouri, the Northern District of Georgia, and the Middle District of Georgia, it is hereby

ORDERED, that Brian C. Walsh, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2010
        New York, New York

                                            _____
                                            United States Bankruptcy Judge