UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | QUINN, JUSTIN <br> HAY RICHARD <br> PO BOX 1124 <br> SOMERSET, KY 42502 |
| Claim Number (if known): | 10569 * |
| Date Claim Filed: | 10/15/2009 |
| Total Amount of Claim Filed: | $3,672,291.00 |

*Claim Nos. 10569 & 10570 are duplicative claims of Claim No. 637.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4/22/10

Richard Hay, Attorney for Justin Quinn
Print Name: Richard Hay, Attorney for Justin Quinn
Title (if applicable): Attorney

RECEIVED APR 27 2010

C:¥DOCUMENTS AND SETTINGS¥FALABELL¥LOCAL SETTINGS¥TEMPORARY INTERNET
FILES¥CONTENT.OUTLOOK¥ECUZ6481¥QUINN_US_ACTIVE_WITHDRAWAL OF CLAIM FORM_43219392_2.DOC