# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | ANN WALLS<br>C/O THE KUHLMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2550<br>KANSAS CITY, MO 64105 |
| Claim Number (if known): | 98 |
| Date Claim Filed: | 6/15/2009 |
| Total Amount of Claim Filed: | $750,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4-22-10

Print Name: Chad Lucas

Title (if applicable): Attorney for Ann Walls

RECEIVED APR 27 2010

US_ACTIVE:¥43219392¥02¥72240.0639