# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 <br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br> [ ] MLCS, LLC, Case No. 09-50027 <br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | BUNCH, DONNA <br> HAY RICHARD <br> PO BOX 1124 <br> SOMERSET, KY 42502 |
| Claim Number (if known): | 10570 * |
| Date Claim Filed: | 10/15/2009 |
| Total Amount of Claim Filed: | $4,000,000.00 |

\* Claim Nos. 10569 & 10570 are duplicative claims of Claim No. 637.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4/22/10

Richard Hay, Attorney for Donna Bunch
Print Name: Richard Hay, Attorney for Donna Bunch
Title (if applicable): Attorney

C:\DOCUMENTS AND SETTINGS\FALABELL\LOCAL SETTINGS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\ECUZ6481\BUNCH_US_ACTIVE_WITHDRAWAL OF CLAIM FORM_43219392_2.DOC

RECEIVED APR 27 2010 U.S. BANKRUPTCY COURT, SDNY