# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BERLINGIERI, JOSEPH <br> MONACO & MONACO <br> 7610-7612 13TH AVE. SECOND FLOOR <br> BROOKLYN, NY 11228 |
| Claim Number (if known): | 6924 |
| Date Claim Filed: | 10/2/2009 |
| Total Amount of Claim Filed: | $500,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____4/26/2010_____

_____ANTONIO M_____

Print Name:___ANTONIO MONACO Jr.___

Title (if applicable): _atty for Creditor_