Helmut Gans
Am Lindenweg 1
63741 Aschaffenburg
Germany

April 21. 2010

**United States Bankruptcy Court, SDNY**
**Attn: Motors Liquidation Company**
**One Bowling Green**
Room 534
New York, New York 10004
U. S. A.



RECEIVED APR 27 2010 U.S. BANKRUPTCY COURT, SDNY

Re. : **Motors Liquidation Commpany**
    **Case No. 09-50026(REG)**
    **Proof of Claim**

**To whom it may concerne !**

**Ladies and Gentlemen !**

On October 2009, my bank (broker) informed me, that creditors should file a Proof of Claim latest by November 30th. 2009. This Proof of Claim I have sent on October 28. 2009 to your address, as well to the The Garden City Groep, Inc, Attn: Motors Liquidation Company P.O.Box 9386, Dublin, Ohio 43017-4286, U.S.A..

At the Claim Register I am listed under my creditor name Helmut Gans

On November 2009 my bank informed me, that Motors Liquidation Co. declared an acceleration in case that at least 25% of the note holder declare their accordance.

At the same time the bank blocked, without any explanation the complet stock of notes, worth 250.000,00 €. Up to now, they are still blocked, and no one in Germany can give me an answer what is or what was going on ever since.

In addition, on November 2009 I got the information from my bank witch says:
    " **acceleration of bonds(notes)**".

I also had to complet a form asking for my name, address, birthday and E-mail address.

This was the last information since November 2009 concerning Proof of Claim and Acceleration of Bonds.

Now my questions:

Are any decisions made about the announcement of acceleration ?

Can I expect any acceleration and when ?

Did you order to block my depot and is it still blocked or can I decide what to do with the deposited bonds. Right now the deposited bonds are dead capital. I can not work with and otherwise it does not pay any interest.

Questions like these I asked several times at my bank, but no one could give me an answer. Therfore I am hopful, that you can tell me more about the present situation an what the planes for the future are.

Looking forward to hear from you soon.

Kindly regards from Germany

Helmut Gans

Just for information, my E-mail address is: helmutgans@t-online.de