# <u>Exhibit 1</u>
**Response to Exhibit D: Block Billing**

Exhibit 13
Pg 2 of 13

**Response to Exhibit D**

| Matter Num | Entry Date | Name | Hours | Calc Fees | Description | Response |
|---|---|---|---|---|---|---|
| 068000-00033 | 07/13/2009 | ALMEDA, DOMINADOR E. | 2.40 | 648.00 | ATTENTION TO GM LIEN SEARCH FILES. | The attention to the Lien Search files took less than a few minutes and thus was billed as the same task as the file grouping, which took just under 4.8 hours. |
| | | | 2.40 | 648.00 | GROUP & ORG. DESOS UCC FILES. | |
| 068000-00033 | 07/14/2009 | ALMEDA, DOMINADOR E. | 1.00 | 270.00 | CONTINUE GROUPING AND ORG. GM DESOS UCC FILES. | The instructions to E. Kaplan took less than a few minutes and the timekeeper spent almost the entire 2 hours grouping and organizing the files. |
| | | | 1.00 | 270.00 | INTS. TO E. KAPLAN RE: SAME. | |
| 068000-00033 | 07/22/2009 | ALMEDA, DOMINADOR E. | 0.70 | 189.00 | DISC. GM SUBS. & ARGONAULT HOLDINGS UCC SUMMARY CHART W/ J. AMSTER. | The discussion w/ J. Amster and the creation of the blackline of the summary chart (and printing and emailing the chart) took less than a few minutes each, and were tightly connected to the revisions to the chart made per Amster's comments. |
| | | | 0.70 | 189.00 | RVS. TO SAME. | |
| | | | 0.70 | 189.00 | BLACKLINE, PRINT & E-MAIL REVISED COPIES TO A. KATZ. | |
| 068000-00014 | 06/12/2009 | AUGUSTE, CHRISTOPHER S. | 0.50 | 350.00 | ATTENTION TO A. ROGOFF S QUESTIONS REGARDING CLAIMS AGAINST THE ESTATE RE REJECTIONS OF DEALER AGREEMENTS, TERMINATED DEALER AGREEMENTS RE TERMINATED DEALERS. | The "responsibility of Old GM and New GM" was a part of the series of topics regarding which A. Rogoff had questions |
| | | | 0.50 | 350.00 | RESPONSIBILITY OF OLD GM AND NEW GM. | |
| 068000-00023 | 06/15/2009 | BLADES, MELISSA | 1.20 | 624.00 | RESEARCH RE: TRADING ORDER; | The conf. w/ B. Herzog took less than a few minutes and was regarding the trading order research. |
| | | | 1.20 | 624.00 | CONFERENCE WITH B. HERZOG RE: SAME. | |
| 068000-00023 | 06/29/2009 | BLADES, MELISSA | 1.85 | 962.00 | CONFERENCE WITH B. HERZOG AND | The conf. w/ B. Herzog took less than a few minutes and was regarding the tax structure. |
| | | | 1.85 | 962.00 | RESEARCH RE: TAX STRUCTURE. | |
| 068000-00034 | 06/22/2009 | CHASS, MARK | 2.30 | 1,483.50 | RVW AND FULL MARKUP OF SALE ORDER AND | The discussions with G. Novod were quick, peppered throughout Chass' review and mark-up of the Sale Order, and informed the review and mark up. |
| | | | 2.30 | 1,483.50 | DISCS G. NOVOD RE SAME | |

Pg 3 of 13
Exhibit 13
**Response to Exhibit D**

| Matter Num | Entry Date | Name | Hours | Calc Fees | Description | Response |
|---|---|---|---|---|---|---|
| 068000-00038 | 06/05/2009 | DAVIS, JOSHUA | 2.25 | 1,462.50 | PRELIMINARY REVIEW OF TSA. | The calls to obtain copies of the TSA and related exhibits accumulated to less than a few minutes and thus billed along with the review of those very documents sought. |
| | | | 2.25 | 1,462.50 | CALLS W/WEIL GOTSHAL, AMANDA WEBBER AND JEFF TAYLOR TO OBTAIN COPIES OF TRANSITION SERVICES AGREEMENT AND OTHER RELATED EXHIBITS TO THE MSPA AND REVIEW SAME. | |
| 068000-00038 | 06/28/2009 | DAVIS, JOSHUA | 1.00 | 650.00 | REVIEW/REVISE UPDATED SUMMARY GRID; | Kopelman, Freedman and Fein briefly touched base to exchange comments on the grid, which Davis and Freedman then incorporated. |
| | | | 1.00 | 650.00 | CONF. WITH K. KOPELMAN, A. FREEDMAN AND M. FEIN (2.0). | |
| 068000-00035 | 06/12/2009 | ECKSTEIN, KENNETH H. | 0.65 | 604.50 | REVIEW AND COMMENT RE SUCCESSOR LIABILITY MEMO, COMMENT; | The conference with Blabey and Caton closely related to the liability memo and took a nominal amount of time. |
| | | | 0.65 | 604.50 | C/W D BLABEY, A CATON RE SAME (1.3). | |
| 068000-00026 | 06/24/2009 | ECKSTEIN, KENNETH H. | 0.47 | 434.00 | PREP FOR EVERCORE RETENTION: REVIEW PLEADINGS, AGMT | The pleadings review, office conference and correspondence were all for the single purpose of preparing for negotiations and discussions re the Evercore retention terms. |
| | | | 0.47 | 434.00 | O/C AND | |
| | | | 0.47 | 434.00 | CORRESP RE SAME | |
| 068000-00008 | 07/02/2009 | ECKSTEIN, KENNETH H. | 1.15 | 1,069.50 | DISCUSSIONS WITH ALIX RE TERM SHEET, DIRECTOR SELECTION, WIND DOWN BUDGET, | The correspondence consisted of numerous emails to various people and occurred both during the discussions and immediately after to confer with others and relay information |
| | | | 1.15 | 1,069.50 | MULTIPLE CORRESP RE SAME. | |
| 068000-00015 | 09/22/2009 | FINGER, TONI | 1.10 | 726.00 | EMAILS AND CALL WITH K. FOLB RE: MEMO; | The calls and emails informed the revisions to the memo. |
| | | | 1.10 | 726.00 | CALL WITH L. MACKSOUD, | |
| | | | 1.10 | 726.00 | REVISE MEMO SECTION | |
| 068000-00026 | 06/12/2009 | FREJKA, ELISE SCHERR | 1.65 | 1,105.50 | DRAFT, EDIT AND REVISE DECLARATION OF TMAYER IN SUPPORT OF RETENTION AND | The research was conducted concurrently with the creation of the Declaration, it informed the revisions and content. |
| | | | 1.65 | 1,105.50 | RESEARCH REGARDING SAME (3.3). | |
| 068000-00023 | 06/03/2009 | HERZOG, BARRY | 0.85 | 637.50 | REV. BACKGROUND MATERIALS; | The background materials were in reference to the tax structure and informed the discussions. |
| | | | 0.85 | 637.50 | DISCS. RE: STRUCTURE. | |

Exhibit 13

**Response to Exhibit D**

| Matter Num | Entry Date | Name | Hours | Calc Fees | Description | Response |
|---|---|---|---|---|---|---|
| 068000-00023 | 06/10/2009 | HERZOG, BARRY | 0.95 | 712.50 | DISCS. W/FTI RE: PURCHASE AGREEMENT AND RELATED ISSUES; | The related work consisted of a few small duties not accumulating to 6 minutes and was therefore billed with the main, related task. |
| | | | 0.95 | 712.50 | RELATED WORK. | |
| 068000-00035 | 09/10/2009 | HOROWITZ, GREGORY A. | 0.70 | 500.50 | DISCUSSIONS W/ T. MAYER, A. ROGOFF, RE ASBESTOS ISSUES, | The discussions lasted less than a few minutes and were closely related to the review of the Grace pleadings. |
| | | | 0.70 | 500.50 | REVIEW WR GRACE PLEADINGS RE SAME. | |
| 068000-00033 | 06/09/2009 | KATZ, ALYSSA R. | 1.75 | 848.75 | TERM LOAN CREDIT AGREEMENT COLLATERAL REVIEW; | The review happened concurrently with the drafting of the memo regarding the same and informed the content of the memo. |
| | | | 1.75 | 848.75 | DRAFTING MEMO AND REVIEWING DOCUMENTATION | |
| 068000-00008 | 07/07/2009 | KOPELMAN, KENNETH P. | 0.55 | 459.25 | ATTENTION TO GOVERNANCE PROVISIONS, INCLUDING REVIEW OF EMAILS, | The various conferences and emails and the review of the transcripts allowed an effective and comprehensive review and revision of the governance provisions and occurred concurrently. |
| | | | 0.55 | 459.25 | REVIEW AND REVISIONS OF DRAFTS | |
| | | | 0.55 | 459.25 | INCLUDING TALKS AND EMAILS T. MOLNER, A. FREEDMAN; | |
| | | | 0.55 | 459.25 | NUMEROUS CALLS, EMAILS W/ A. CATON & | |
| | | | 0.55 | 459.25 | CALLS W/CWT ATTORNEY (HICKS) RE VARIOUS REVISIONS TO SAME; | |
| | | | 0.55 | 459.25 | TRANSCRIPT REVIEW RE SAME. | |
| 068000-00014 | 06/18/2009 | LEVINE, DAVID J. | 1.00 | 660.00 | REVIEW OF PUBLICLY AVAILABLE INFORMATION RE: SALES OF SAAB, HUMMER AND SATURN; | The discussions w. Auguste were brief, peppered throughout, and informed the review of the information. |
| | | | 1.00 | 660.00 | DISCUSSIONS WITH AUGUSTE RE: SAME (2.0); | |
| 068000-00001 | 06/16/2009 | MACKSOUD, LAUREN M. | 0.43 | 251.55 | REVIEWING ALL SALE OBJECTIONS FILED, | The Notice and Objection were a "matched pair" of documents to be filed together. |
| | | | 0.43 | 251.55 | REVIEWING MEMORANDUM ON COURT PROCEDURES AND PRECENDENT, | |
| 068000-00010 | 06/17/2009 | MACKSOUD, LAUREN M. | 2.00 | 1,170.00 | CONFERENCE CALL WITH COMMITTEE, | The Call lasted 2 hours. Not block-billed. |
| 068000-00032 | 06/17/2009 | MACKSOUD, LAUREN M. | 4.00 | 2,340.00 | REVIEWING MOTION TO APPOINT BONDHOLDER COMMITTEE, DRAFTING OBJECTION TO SAME, REVIEWING AND REVISING SAME, | The research was conducted concurrently with the drafting of the objection and informed the contents, argument and structure of the objection |

Exhibit 13
Exhibit 13

**Response to Exhibit D**

| Matter Num | Entry Date | Name | Hours | Calc Fees | Description | Response |
|---|---|---|---|---|---|---|
| 068000-00034 | 06/30/2009 | MACKSOUD, LAUREN M. | 1.10 | 643.50 | INTERNAL MEETING REGARDING LIMITED OBJECTION TO BE FILED IN CONNECTION WITH THE SALE PROCEEDING, | The outlining of the objection occurred during the meeting and not separate from it. |
| | | | 1.10 | 643.50 | OUTLINING SUCH OBJECTION. | |
| 068000-00026 | 07/13/2009 | MACKSOUD, LAUREN M. | 1.10 | 643.50 | REVIEW AND REVISE FTI RETENTION APPLICATION, | Macksoud's discussion with FTI informed her revisions and occurred concurrently with the review and revision of the retention applications |
| | | | 1.10 | 643.50 | CONFER WITH FTI REGARDING SAME (2.2), | |
| 068000-00032 | 08/13/2009 | MACKSOUD, LAUREN M. | 0.57 | 333.45 | REVIEW MOTION FOR ADMINISTRATIVE EXPENSE FILED BY ENVIRONMENTAL TESTING CORPORATION, | The memo of law is in support of ETC's motion and thus part of a single argument reviewed as a whole. The conference with the Debtors' counsel was quick and intended to gain information to color the assessment of ETC's motion. |
| | | | 0.57 | 333.45 | REVIEW MEMO OF LAW, | |
| | | | 0.56 | 327.60 | CONFER WITH DEBTORS' COUNSEL REGARDING SAME (1.7), | |
| 068000-00016 | 08/17/2009 | MACKSOUD, LAUREN M. | 1.55 | 906.75 | REVIEW WITH FTI REGARDING THEIR RETENTION APPLICATION, | The conference with FTI was part of the creation of the presentation re the retention and helped shape how the presentation was drafted. |
| | | | 1.55 | 906.75 | DRAFT PRESENTATION ON SAME (3.1); | |
| 068000-00015 | 08/26/2009 | MACKSOUD, LAUREN M. | 0.95 | 555.75 | DRAFT OUTLINE OF ENVIRONMENTAL MEMO, | Discussions were of short duration and peppered throughout the drafting of the memo. |
| | | | 0.95 | 555.75 | CONFER WITH G. PLOTKO REGARDING SAME. | |
| 068000-00007 | 09/11/2009 | MACKSOUD, LAUREN M. | 1.00 | 600.00 | DRAFTING ADDITIONAL REVISIONS TO BAR DATE MOTION, | The discussion with Debtors' counsel took less than a few minutes. |
| 068000-00010 | 09/16/2009 | MACKSOUD, LAUREN M. | 1.20 | 720.00 | DRAFTING SUMMARY OF ARGUMENTS TO DISCUSS ON NEXT COMMITTEE CALL, | The case law informed the shape and scope of the arguments to be discussed. |
| 068000-00005 | 06/09/2009 | MAYER, THOMAS MOERS | 1.00 | 930.00 | PREP FOR MEETING WITH DEBTORS: CONFERENCES, T/CS W/ K. ECKSTEIN, R. SCHMIDT, A. CATON, A. ROGOFF, J. SHARRET, G. NOVOD, HARVEY MILLER, STEVE KAROTKIN, FTI TEAM. | Held several, rapid-fire informal conferences, each with all or some of the professionals listed, all in preparation for the meeting, many of the conversations lasted less than a few minutes each. |
| 068000-00016 | 06/29/2009 | MAYER, THOMAS MOERS | 1.55 | 1,441.50 | FURTHER HEARING PREP: REVIEW DEPOSITION TRANSCRIPTS, PUNCH LIST FOR MAJOR OPEN ISSUES ON DOCUMENTATION REVIEW DEBTORS' REPLY AND OTHER PARTIES' OBJECTIONS; | The review, punch list and calls were all part of preparations for the hearing. |
| | | | 1.55 | 1,441.50 | CALLS WITH ANDREW ROSENBERG PAUL WEISS - BONDS] RE ORGANIZATION OF OPPOSITION AT HEARING; | |

**Exhibit 13**
**Response to Exhibit D**

| Matter Num | Entry Date | Name | Hours | Calc Fees | Description | Response |
|---|---|---|---|---|---|---|
| 068000-00010 | 06/08/2009 | NOVOD, GORDON | 1.50 | 922.50 | COMMITTEE MEETING, PREP FOR SAME, | (2.5) |
| 068000-00010 | 06/08/2009 | NOVOD, GORDON | 1.50 | 922.50 | FOLLOW-UP RE SAME. | (.5) |
| 068000-00032 | 06/12/2009 | NOVOD, GORDON | 1.40 | 861.00 | EMAIL TO AIRCRAFT REJECTION MOTION, | The emails, review of case law and [review of] leases were all in reference to the aircraft rejection motion. |
| | | | 1.40 | 861.00 | EMAILS AND | |
| | | | 1.40 | 861.00 | REVIEW OF CASE LAW, | |
| | | | 1.40 | 861.00 | LEASES RE SAME. (5.6). | |
| 068000-00034 | 06/21/2009 | NOVOD, GORDON | 3.20 | 1,968.00 | ADDITIONAL EMAILS RE ISSUES LIST, EDITS RE SAME (3.2). | The emails took less than a few minutes and were peppered thorughout the editing of the issues list. |
| 068000-00034 | 06/23/2009 | NOVOD, GORDON | 0.85 | 522.75 | CALL W/ JOSH DAVIS, M. FEIN RE ISSUES LIST/CHART, | The calls informed edits to the issues list and lasted less than a few minutes. |
| | | | 0.85 | 522.75 | EDIT TO SAME (1.7); | |
| 068000-00034 | 06/23/2009 | NOVOD, GORDON | 3.50 | 2,152.50 | CALL W/T. MAYER, D. BLABEY, EMAIL M. WILLIAMS RE: SALE OBJECTION AND EDITS TO SAME (3.5); | Calls and emails were related and informed edits to the sale objection |
| 068000-00010 | 06/24/2009 | NOVOD, GORDON | 0.63 | 387.45 | MEETING FOLLOW-UP: EMAIL TO M. WILLIAMS, | The calls were connected and part of the follow up work to the meeting. |
| | | | 0.63 | 387.45 | CALL W/KEITH MARTORANA | |
| | | | 0.64 | 393.60 | CALL W/J. SHARRET RE REQUEST (1.9); | |
| 068000-00034 | 06/24/2009 | NOVOD, GORDON | 0.97 | 596.55 | REVIEW SALE ORDER, COMMENTS THERETO, EDITS TO SAME, | Emails and call were in relation to edits and comments to the sale order |
| | | | 0.97 | 596.55 | CALL W/J. TRACHTMAN, | |
| | | | 0.96 | 590.40 | EMAILS RE SAME (2.9); | |
| 068000-00017 | 06/26/2009 | NOVOD, GORDON | 0.45 | 276.75 | DISCUSSION W/KEN K, T. MOLNER; | Discussions were in regard to the letter to Jenner |
| | | | 0.45 | 276.75 | DRAFT LETTER TO JENNER/CWT, WEIL RE SALE DOCUMENTS (0.9); | |
| 068000-00017 | 06/26/2009 | NOVOD, GORDON | 0.60 | 369.00 | DISCUSSION WITH KEN K., | The discussions and calls were all in regard to open items |
| | | | 0.60 | 369.00 | CALL W/PAM B., JENN R., J. SHARRET., AND J. DAVIS. (1.2) | |

Pg 7 of 13
Exhibit 13

**Response to Exhibit D**

| Matter Num | Entry Date | Name | Hours | Calc Fees | Description | Response |
|---|---|---|---|---|---|---|
| 068000-00016 | 06/30/2009 | NOVOD, GORDON | 3.00 | 1,845.00 | SALE HEARING, | (5.3) |
| 068000-00016 | 06/30/2009 | NOVOD, GORDON | 3.00 | 1,845.00 | WORKING TRAVEL TO AND FROM (6.0); | (.7) |
| 068000-00017 | 07/04/2009 | NOVOD, GORDON | 0.93 | 571.95 | VARIOUS CONFERENCE CALLS, | Calls emails, research and review of documents were all for the purpose of mastering and familiarizing himself with the 363 sale issues |
| | | | 0.93 | 571.95 | EMAILS, | |
| | | | 0.92 | 565.80 | RESEARCH, | |
| | | | 0.92 | 565.80 | REVIEW OF DOCUMENTS RE 363 TRANSACTION (3.7); | |
| 068000-00017 | 07/04/2009 | NOVOD, GORDON | 1.10 | 676.50 | CALL W/ K. KOPELMAN, T. MOLNER, A. FREEDMAN, EMAILS RE SAME. (1.1). | The emails were all connected and were for the purpose of following up on the call. |
| 068000-00037 | 07/06/2009 | NOVOD, GORDON | 0.60 | 369.00 | DISC. W/ J. SHARRET RE DELPHI, | All related to the Delphi summary; the discussion and emails took a nominal amount of time and informed the edits to the summary. |
| | | | 0.60 | 369.00 | REVIEW AND EDIT TO SUMMARY RE SAME, | |
| | | | 0.60 | 369.00 | EMAILS W/ WEIL. | |
| 068000-00037 | 07/07/2009 | NOVOD, GORDON | 0.20 | 123.00 | ATTENTION TO OPEN ISSUES, MEETING WITH J. SHARRET RE DELPHI, REJECTION QUESTIONS, ETC. | The meeting and call were part of the attention given to open issues. |
| 068000-00037 | 07/07/2009 | NOVOD, GORDON | 1.00 | 615.00 | CALL RE DELPHI TRANSACTION, | The Assignment arose from the Delphi call. |
| | | | 1.00 | 615.00 | REVIEW OF ASSIGNMENT RE SAME. (2.0). | |
| 068000-00037 | 07/09/2009 | NOVOD, GORDON | 0.27 | 166.05 | CALL W/ ROB L, | The calls and email were all regarding the same Delphi transaction issues and part of a fluid work process. |
| | | | 0.27 | 166.05 | EMAIL TO J. TAYLOR, | |
| | | | 0.26 | 159.90 | CALL W/ J. SHARRET RE DELPHI TRANSACTION. (.8). | |
| 068000-00037 | 07/09/2009 | NOVOD, GORDON | 0.20 | 123.00 | REVIEW OF DELPHI NOVATION, | The discussion, emails and call were in regard to the review. |
| | | | 0.20 | 123.00 | DISC. W/ J. SHARRET, | |
| | | | 0.20 | 123.00 | EMAIL TO ROB L, | |
| | | | 0.20 | 123.00 | EMAIL TO J. TAYLOR (.8). | |
| 068000-00016 | 07/22/2009 | NOVOD, GORDON | 1.10 | 676.50 | PREPARATION FOR LEASE/CONTRACT REJECTION MOTION HEARING, | (1.5) |
| | | | 1.10 | 676.50 | WORKING TRAVEL TO AND FROM SAME. (2.2). | (.7) |

**Response to Exhibit D**

| Matter Num | Entry Date | Name | Hours | Calc Fees | Description | Response |
|---|---|---|---|---|---|---|
| 068000-00034 | 06/11/2009 | PATT, EILEEN | 1.60 | 616.00 | MEET WITH H.WAXMAN TO DISCUSS 363(M) RESEARCH ASSIGNMENT; | The meeting lasted less than a few minutes and provided the instructions for the research conducted. |
| | | | 1.60 | 616.00 | BEGIN PRELIMINARY 363(M) RESEARCH. | |
| 068000-00007 | 09/11/2009 | PLOTKO, GREGORY G. | 0.90 | 598.50 | REVIEW BAR DATE MOTION AND PROPOSE CHANGES TO MOTION; | The discussion was to confer about the proposed changes and helped shape those changes. |
| | | | 0.90 | 598.50 | DISC W/ L. MACKSOUD RE SAME. | |
| 068000-00015 | 09/21/2009 | PLOTKO, GREGORY G. | 1.10 | 731.50 | REVIEW EMAIL RE ASARCO PLAN; | The email took less than a few minutes. |
| | | | 1.10 | 731.50 | MEETING WITH FTI PROFESSIONALS RE ENVIRONMENTAL CLAIMS. | |
| 068000-00015 | 09/22/2009 | PLOTKO, GREGORY G. | 0.95 | 631.75 | ATTENDED MEETING ON GM ENVIRONMENTAL CLAIMS AND | The follow up took a nominal amount of time, and was directly related to the meeting. |
| | | | 0.95 | 631.75 | FOLLOW-UP DISC. | |
| 068000-00034 | 06/23/2009 | REGAL, VICTOR | 2.65 | 1,020.25 | SUMMARIZED OBJECTIONS AND ADDED THEM TO THE MASTER CHART. | The call lasted less than a few minutes and was in reference to the status of which objections had been summarized. |
| | | | 2.65 | 1,020.25 | STATUS UPDATE PHONE CALL WITH JEN ROCHON. | |
| 068000-00018 | 09/16/2009 | REZNICK, ALLAN E. | 0.90 | 697.50 | REVIEW SALE DOCUMENTS RE: INSURANCE; | The conference lasted less than a few minutes and was in reference to the insurance sale documents. |
| | | | 0.90 | 697.50 | T/C J. SHARRET. | |
| 068000-00018 | 09/22/2009 | REZNICK, ALLAN E. | 0.90 | 697.50 | REVIEW SPA AND STIPULATION AND ORDER; | The email took less than a few minutes and was in regard to the stipulation. |
| | | | 0.90 | 697.50 | EMAIL A. ROGOFF. | |
| 068000-00023 | 07/27/2009 | RIGEL, BLAKE | 1.20 | 780.00 | OFF CONF. W/ B. HERZOG; | The conference lasted less than a few minutes and was in reference to the dealer summary. |
| | | | 1.20 | 780.00 | PREPARE DEALER SUMMARY. | |
| 068000-00021 | 06/24/2009 | ROCHON, JENNIFER | 0.60 | 408.00 | REVIEWING AND ANALYSIS OF CONFIDENTIALITY ORDERS PROPOSED AND CONFIDENTIAL PROVISIONS OF COMMITTEE BY-LAWS; | The calls each took less than a few minutes and informed the analysis of the orders. |
| | | | 0.60 | 408.00 | TELEPHONE CALLS AND E-MAILS WITH SCHMIDT AND WEIL REGARDING SAME (1.2). | |

**Exhibit 13**
**Response to Exhibit D**

| Matter Num | Entry Date | Name | Hours | Calc Fees | Description | Response |
|---|---|---|---|---|---|---|
| 068000-00014 | 06/05/2009 | ROGOFF, ADAM C. | 0.80 | 636.00 | DISCUSSIONS AND EMAILS WITH DEALER REPRESENTATIVES ABOUT ASSUMPTION AND REJECTION PROCESS; | The calls each took less than a few minutes and informed the substance of the current and future discussions. |
| | | | 0.80 | 636.00 | CALLS AND EMAILS L. MACKSOUD AND C. AUGUSTE REGARDING SAME. | |
| 068000-00014 | 06/08/2009 | ROGOFF, ADAM C. | 0.55 | 437.25 | DISCUSSIONS AND EMAILS WITH DEALER REPRESENTATIVES ABOUT ASSUMPTION AND REJECTION PROCESS; | The calls each took less than a few minutes and informed the substance of the current and future discussions. |
| | | | 0.55 | 437.25 | CALLS AND EMAILS L. MACKSOUD AND C. AUGUSTE REGARDING SAME. | |
| 068000-00014 | 06/11/2009 | ROGOFF, ADAM C. | 0.40 | 318.00 | DISCUSSIONS AND EMAILS WITH DEALER REPRESENTATIVES ABOUT ASSUMPTION AND REJECTION PROCESS; | The calls each took less than a few minutes and informed the substance of the current and future discussions. |
| | | | 0.40 | 318.00 | CALLS AND EMAILS L. MACKSOUD AND C. AUGUSTE REGARDING SAME (.8); | |
| 068000-00014 | 06/11/2009 | ROGOFF, ADAM C. | 0.30 | 238.50 | ATTN. TO TAX ISSUES REGARDING TERMINATION AND | The calls to committee members were a part of the attention given to tax issues. |
| | | | 0.30 | 238.50 | CALLS COMMITTEE MEMBERS REGARDING SAME (.6). | |
| 068000-00014 | 06/15/2009 | ROGOFF, ADAM C. | 0.47 | 371.00 | DISCUSSIONS AND EMAILS WITH DEALER REPRESENTATIVES ABOUT ASSUMPTION AND REJECTION PROCESS; | The calls each took less than a few minutes and informed the substance of the current and future discussions. |
| | | | 0.47 | 371.00 | CALLS AND EMAILS MACKSOUD REGARDING SAME; | |
| 068000-00014 | 06/16/2009 | ROGOFF, ADAM C. | 0.37 | 291.50 | DISCUSSIONS AND EMAILS WITH DEALER REPRESENTATIVES ABOUT ASSUMPTION AND REJECTION PROCESS; | The calls each took less than a few minutes and informed the substance of the current and future discussions. The email took a nominal amount of time and was directly related to the dealer discussions. |
| | | | 0.37 | 291.50 | CALLS AND EMAILS WITH FTI AND MACKSOUD REGARDING SAME; | |
| | | | 0.37 | 291.50 | EMAILS SMOLINSKY REGARDING SAME. | |
| 068000-00026 | 06/05/2009 | SCHMIDT, ROBERT T. | 0.40 | 294.00 | ATTN TO ISSUES RE SELECTION OF CONFLICT COUNSEL; | The teleconferences were a part of the issues surrounding the selection af appropriate conflicts counsel. |
| | | | 0.40 | 294.00 | MULTIPLE T/CS FIRMS RE SAME; | |
| 068000-00038 | 06/06/2009 | SCHMIDT, ROBERT T. | 0.63 | 465.50 | PRELIMINARY REVIEW OF TRANSITION SERVICE AGREEMENTS AND MASTER LEASE AGMT INCLUDING | The conferences, emails and review of the issues list are all a part of the review of the TSA and MLA |
| | | | 0.63 | 465.50 | MULTIPLE T/CS AND E-MAILS AND | |
| | | | 0.63 | 465.50 | REVIEW PRELIMINARY ISSUE LIST. | |

**Response to Exhibit D**

| Matter Num | Entry Date | Name | Hours | Calc Fees | Description | Response |
|---|---|---|---|---|---|---|
| 068000-00010 | 06/08/2009 | SCHMIDT, ROBERT T. | 1.05 | 771.75 | PREPARE FOR AND PARTICIPATE IN COMMITTEE CALL, | (1.5) |
| 068000-00010 | 06/08/2009 | SCHMIDT, ROBERT T. | 1.05 | 771.75 | INCLUDING POST-MEETING CONFERENCES RE ALL ISSUES. | (.6) |
| 068000-00017 | 06/09/2009 | SCHMIDT, ROBERT T. | 0.70 | 514.50 | CONTINUED REVIEW OF MPA AND T/C RE SAME; | The conferences each lasted less than a few minutes and were peppered throughout the review of the MPA. |
| | | | 0.70 | 514.50 | T/CS AND O/CS CORPORATE TEAM RE SAME (1.4); | |
| 068000-00017 | 06/10/2009 | SCHMIDT, ROBERT T. | 0.33 | 245.00 | PREP FOR AND PARTICIPATE ON CONF CALL AT JENNER & BLOCK AND KL CORPORATE TEAM RE APA, TSA AND RELATED ISSUES; | The follow up took a nominal amount of time, and was directly related to the meeting. |
| | | | 0.33 | 245.00 | FOLLOW UP RE SAME; | |
| 068000-00022 | 07/07/2009 | SCHMIDT, ROBERT T. | 0.47 | 343.00 | REVIEW CERTIFICATION AND STAY BRIEFS; | All were in preparation of the Response to the motion for stay and certification. The office conferences each took less than a few minutes and the review of the briefs informed the review of the response. |
| | | | 0.47 | 343.00 | O/C D. BLABEY RE RESPONSE; | |
| | | | 0.47 | 343.00 | O/CS TM, REVIEW DRAFT RESPONSE. | |
| 068000-00022 | 07/08/2009 | SCHMIDT, ROBERT T. | 0.43 | 316.05 | ATTN DISTRICT COURT STAY PAPERS; | The conferences were in regard to the stay papers and a part of the "attention" given to them. |
| | | | 0.43 | 316.05 | O/C T. MAYER; | |
| | | | 0.44 | 323.40 | O/C D. BLABEY (1.3); | |
| 068000-00026 | 08/03/2009 | SCHMIDT, ROBERT T. | 0.47 | 343.00 | ATTENTION FTI AND ALIX RETENTION PAPERS; | The conferences were in regard to the retention papers and part of the "attention" given to them. |
| | | | 0.47 | 343.00 | TELEPHONE CONFERENCES AND FOLLOW-UP; | |
| | | | 0.47 | 343.00 | TELEPHONE CONFERENCES W/ US TRUSTEE. | |
| 068000-00005 | 08/10/2009 | SCHMIDT, ROBERT T. | 0.60 | 441.00 | MEETINGS W/ T. MAYER, A. CHOUPROUTA, J. SHARRET TO PREPARE FOR COMMITEE/ DEBTOR MEETING; | The follow up in is relation to the series of meetings all in preparation for the meeting with the Debtors |
| | | | 0.60 | 441.00 | FOLLOW-UP. | |
| 068000-00010 | 08/12/2009 | SCHMIDT, ROBERT T. | 0.70 | 514.50 | CONFERENCE CALL FTI RE ALL PENDING CASE ISSUES; | Quick follow up on the conference. |
| | | | 0.70 | 514.50 | FOLLOW-UP. | |

**Response to Exhibit D**

| Matter Num | Entry Date | Name | Hours | Calc Fees | Description | Response |
|---|---|---|---|---|---|---|
| 068000-00019 | 08/14/2009 | SCHMIDT, ROBERT T. | 1.25 | 918.75 | REVIEW AND REVISE INVOICE; | The conferences were quick, peppered throughout the review and informed the revision of the invoice. |
| | | | 1.25 | 918.75 | MULTIPLE OFFICE CONFERENCES RE SAME | |
| 068000-00010 | 06/04/2009 | SHARRET, JENNIFER | 3.75 | 1,650.00 | REVISING BY-LAWS AND | The conferences were held while the revisions to the bylaws were made and informed those revisions. |
| | | | 3.75 | 1,650.00 | VARIOUS T/C WITH COMMITTEE MEMBERS (7.5) | |
| 068000-00032 | 06/18/2009 | SHARRET, JENNIFER | 2.50 | 1,100.00 | DRAFTING AND REVISING OBJECTION TO APPOINT RETIREE COMMITTEE; | The conferences were in regard to the objection and informed the revisions made to it. |
| | | | 2.50 | 1,100.00 | VARIOUS T/C AND C/F WITH C. LUTGENS AND G. NOVOD RE: SAME (5); | |
| 068000-00037 | 07/02/2009 | SHARRET, JENNIFER | 1.95 | 858.00 | REVIEWING DELPHI SUMMARY; | The summary was reviewed in order to draft the email and was referenced throughout the drafting of the email. |
| | | | 1.95 | 858.00 | DRAFT EMAIL TO COMMITTEE RE: SAME | |
| 068000-00037 | 07/06/2009 | SHARRET, JENNIFER | 1.33 | 586.67 | T/C WITH A. PHILLIPS RE: DELPHI; | The teleconferences were were quick and informed the review and understanding of Delphi issues. |
| | | | 1.33 | 586.67 | REVIEW DELPHI SUMMARY; | |
| | | | 1.33 | 586.67 | T/C WITH WEIL RE: SAME | |
| 068000-00009 | 07/16/2009 | SHARRET, JENNIFER | 1.70 | 748.00 | EMAILS AND T/CS WITH VARIOUS CREDITORS (1.7); | These were many varied unsecured creditors. As a rule, we do not identify individual creditors. |
| 068000-00032 | 07/30/2009 | SHARRET, JENNIFER | 1.20 | 528.00 | REVIEW STATUS OF MOTIONS FILED TO DATE; | Reviewing the status of motions involved checking in with the Debtors' counsel and creating a chart of the information obtained. |
| | | | 1.20 | 528.00 | VARIOUS EMAILS AND T/C WITH DEBTORS AND CREATE CHART OF MOTION STATUS. | |
| 068000-00010 | 09/02/2009 | SHARRET, JENNIFER | 1.35 | 654.75 | PREP FOR COMMITTEE CALL: EMAILS AND CALLS WITH FTI AND | The emails, calls and review of materials were all for the purpose of preparing for the committee call. |
| | | | 1.35 | 654.75 | REVIEWING MATERIALS FOR CALL (2.7); | |
| 068000-00009 | 09/29/2009 | SHARRET, JENNIFER | 3.70 | 1,794.50 | T/C WITH VARIOUS CREDITORS; | These were many varied unsecured creditors. As a rule, we do not identify individual creditors. |

**Response to Exhibit D**

| Matter Num | Entry Date | Name | Hours | Calc Fees | Description | Response |
|---|---|---|---|---|---|---|
| 068000-00022 | 07/31/2009 | SURIS, LILIYA | 1.10 | 115.50 | RESEARCH COURT FILES AND OBTAINED MOTION TO DISMISS APPEAL, AFFIDAVIT AND NOTICE OF ADVISE. | This research was conducted at court concurrently (the documents sought were from the same proceedings). |
| | | | 1.10 | 115.50 | RESEARCH WHETHER THERE ARE NEW SCHEDULES FOR MOTORS LIQUIDATION COMPANY. | |
| 068000-00038 | 06/08/2009 | TAYLOR, JEFFREY | 3.60 | 2,286.00 | REVIEW AND REVISE THE DRAFT TRANSACTION SUMMARY AND ISSUES LIST; | The internal discussions were quick, peppered throughout the review and revision, and informed the revisions. |
| | | | 3.60 | 2,286.00 | INTERNAL DISCUSSIONS REGARDING THE SAME. | |
| 068000-00038 | 06/09/2009 | TAYLOR, JEFFREY | 4.85 | 3,079.75 | REVIEW AND REVISE THE DRAFT TRANSACTION SUMMARY AND ISSUES LIST; | The internal discussions were quick, peppered throughout the review and revision, and informed the revisions. |
| | | | 4.85 | 3,079.75 | INTERNAL DISCUSSIONS REGARDING THE SAME. | |
| 068000-00038 | 06/11/2009 | TAYLOR, JEFFREY | 1.85 | 1,174.75 | REVIEW AND REVISE DRAFT SUMMARY AND ISSUES LIST REGARDING THE PROPOSED TRANSACTION; | The internal discussions were quick, peppered throughout the review and revision, and informed the revisions. |
| | | | 1.85 | 1,174.75 | INTERNAL DISCUSSIONS REGARDING THE SAME. | |
| 068000-00017 | 06/12/2009 | TAYLOR, JEFFREY | 3.40 | 2,159.00 | REVIEWED AND REVISED THE DRAFT SUMMARY AND ISSUES LIST; | The internal discussions were quick, peppered throughout the review and revision, and informed the revisions. |
| | | | 3.40 | 2,159.00 | INTERNAL DISCUSSIONS REGARDING THE SAME. | |
| 068000-00017 | 06/15/2009 | TAYLOR, JEFFREY | 1.55 | 984.25 | REVIEWED AND REVISED THE DRAFT TRANSACTION SUMMARY AND ISSUES LIST; | The internal discussions were quick, peppered throughout the review and revision, and informed the revisions. |
| | | | 1.55 | 984.25 | INTERNAL DISCUSSION REGARDING THE SAME | |
| 068000-00017 | 07/04/2009 | TAYLOR, JEFFREY | 2.10 | 1,333.50 | REVIEW AND REVISE DRAFT TRANSACTION DOCUMENTS; | The internal discussions were quick, peppered throughout the review and revision, and informed the revisions. |
| | | | 2.10 | 1,333.50 | INTERNAL DISCUSSIONS REGARDING THE SAME (4.2); | |
| 068000-00017 | 07/05/2009 | TAYLOR, JEFFREY | 1.05 | 666.75 | REVIEWED AND REVISED THE DRAFT TRANSACTION DOCUMENTS; | The internal discussions were quick, peppered throughout the review and revision, and informed the revisions. |
| | | | 1.05 | 666.75 | INTERNAL DISCUSSIONS REGARDING THE SAME. | |
| 068000-00034 | 06/15/2009 | WAXMAN, HADASSA R. | 4.40 | 2,794.00 | RESEARCH AND DRAFTING OF MEMO RE: 363(M) SALES ISSUE; | The discussions lasted less than a few minutes each and informed the drafting of the sale memo. |
| | | | 4.40 | 2,794.00 | DISCUSSION WITH EP AND JR RE: SAME. | |

**Response to Exhibit D**

| Matter Num | Entry Date | Name | Hours | Calc Fees | Description | Response |
|---|---|---|---|---|---|---|
| 068000-00017 | 06/28/2009 | WECHSLER, ERNEST S. | 0.90 | 630.00 | REVISIONS TO ISSUE LIST, | The calls were quick, peppered throughout the revision, and informed the revisions. |
| | | | 0.90 | 630.00 | CONFERENCE CALLS RE ISSUE LIST (1.8). | |
| 068000-00017 | 07/03/2009 | WECHSLER, ERNEST S. | 1.75 | 1,225.00 | NUMEROUS CONFERENCE CALLS AND | The calls were quick, peppered throughout the review, and informed the review. |
| | | | 1.75 | 1,225.00 | REVIEW OF DOCUMENTS RE MPA AND EQUITY DOCUMENTS. | |
| | | Total | 247.06 | 149,585.10 | | |