Hearing Date and Time: April 29, 2010 at 9:45 a.m. (Prevailing Eastern Time)

Timothy F. Nixon
Carla O. Andres (*Pro Hac Vice*)
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

*Attorneys for Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.,* f/k/a General Motors Corp., *et al.,* | Case No. 09-50026 (Jointly Administered) |
| Debtors. | Honorable Robert E. Gerber |

**STIPULATION AND ORDER FOR ADJOURNMENT OF APRIL 29, 2010 HEARING ON FIRST INTERIM FEE APPLICATION OF BROWNFIELD PARTNERS, LLC**

**TO:    THE HONORABLE ROBERT E. GERBER**
**U.S. BANKRUPTCY JUDGE**

**STIPULATION**

The Fee Examiner of General Motors Corporation (n/k/a/ Motors Liquidation Company), appointed on December 23, 2009, and Brownfield Partners, LLC ("**Brownfield**") hereby stipulate and agree that the Court may enter an order adjourning the April 29, 2010 hearing on the *First Interim Application of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from*

*June 1, 2009 through September 30, 2009* [Docket No. 4457] ("**Brownfield's First Interim Fee Application**") on the following terms:

    i.    The Fee Examiner will submit a preliminary report on Brownfield's First Interim Fee Application contemporaneously with his reports on all of the other first interim fee applications but will defer any specific objections or recommendations pending his receipt and review of supplemental detail to be provided by Brownfield in support of Brownfield's First Interim Fee Application.

    ii.    The hearing on Brownfield's First Interim Fee Application will be held on the same date as the *Second Interim Application of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2009 through January 31, 2010* [Docket No. 5291] anticipated for June, 2010.

Dated: Madison, Wisconsin
         April 21, 2010.

                        GODFREY & KAHN, S.C.

              By:    */s/ Carla O. Andres*
                       Timothy F. Nixon (TN 2644)
                       Carla O. Andres (CA 3129)

                       GODFREY & KAHN, S.C.
                       780 North Water Street
                       Milwaukee, Wisconsin 53202
                       Telephone: (414) 273-3500
                       Facsimile: (414) 273-5198
                       E-mail: tnixon@gklaw.com
                                candres@gklaw.com

                       *Attorneys for Fee Examiner*

                                  MCCARTER & ENGLISH, LLP

By:       */s/ Jeffrey Testa*
      Jeffrey Testa

MCCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
Telephone: (973) 639-7939
Facsimile: (973) 297-6230
E-mail: jtesta@mccarter.com

*Attorneys for Brownfield Partners, LLC*

SO ORDERED, this
**_28th_** day of April, 2010


**_s/ Robert E. Gerber_**
Hon. Robert E. Gerber
United States Bankruptcy Judge