**Debtor Advisor Fee Study of 2005 - 2009 Top 10 Bankruptcies by Amount of Prepetition Debt** [1]

*($ in millions)*

| Company | Chapter 11 Filing | Debtor Financial Advisor | Prepetition Debt | Completion Fee | Completion Fee (% of Debt) | Monthly Fee |
|---|---|---|---|---|---|---|
| (1) General Growth Properties, Inc. | 4/16/2009 | Miller Buckfire | $24,853 | $22.50 | 0.09% | $0.30 |
| (2) Lyondell Chemical Company | 1/6/2009 | Evercore Partners | $24,429 | $18.50 | 0.08% | $0.35 |
| (3) Calpine Corporation | 12/20/2005 | Miller Buckfire | $22,536 | $14.00 | 0.06% | $0.25 |
| (4) Charter Communications, Inc. | 3/27/2009 | Lazard | $21,586 | $16.00 | 0.07% | $0.25 |
| (5) Northwest Airlines Corp. | 9/14/2005 | Seabury | $17,915 | $13.50 | 0.08% | $0.15 |
| (6) Tribune Company | 12/8/2008 | Lazard | $12,973 | $16.00 | 0.12% | $0.20 |
| (7) R.H. Donnelly | 5/28/2009 | Lazard | $9,959 | $13.00 | 0.13% | $0.20 |
| (8) Idearc Inc. | 3/31/2009 | Moelis | $9,515 | $9.00 | 0.09% | $0.30 |
| (9) AbitibiBowater Inc. | 4/16/2009 | Blackstone | $6,150 | $11.00 | 0.18% | $0.38 |
| (10) Nortel Networks | 1/14/2009 | Lazard | $4,520 | $15.00 | 0.33% | $0.25 |
| **Mean** | | | | | 0.12% | $0.26 |
| **Median** | | | | | 0.09% | $0.25 |
| **General Motors Corp.** | 6/1/2009 | Evercore | $112,508 | $30.00 | 0.03% [2] | $0.40 [3] |
| **General Motors Corp. excl. Pension & OPEB** | 6/1/2009 | Evercore | $54,088 | $30.00 | 0.06% | $0.40 [3] |

(1) Excludes financial bankruptcies (e.g. Lehman Brothers)
(2) Including $58,420 million of restructured pension and OPEB liabilities
(3) Reflects monthly fee for the first 24 months. Monthly fee is reduced to $0.25 thereafter