Michael Reed
MCCREARY, VESELKA, BRAGG, AND ALLEN, P.C.
P. O. Box 1269
Round Rock, Texas 78680
512-323-3200  Telephone
512-323-3205  Facsimile

Attorneys for Tax Appraisal District of Bell County

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 09-50026 |
| MOTORS LIQUIDATION CORP., et al., | CHAPTER 11 |
| DEBTOR | Jointly Administered |

## RELEASE OF CLAIM #69157

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for the Tax Appraisal District of Bell County and is authorized to release this claim on behalf of claimant.

2. The basis for this release is as follows: this claim has been satisfied in full.

3. Therefore, claim #69157 is hereby released.

Date:  April 27, 2010

    Respectfully submitted,

    McCREARY, VESELKA, BRAGG & ALLEN, P.C.
    Attorneys for Claimant, Tax Appraisal District of Bell County
    P. O. Box 1269
    Round Rock, Texas 78680
    (512) 323-3200

    /s/Michael Reed
    _____
    Michael Reed
    State Bar Number 16685400