**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW YORK**

----------------------------------------------------------------X
In re:                                                                            :
                                                                                      :
MOTORS LIQUIDATION COMPANY, *et al.*,              :
    f/k/a General Motors Corp., *et al.*                Chapter 11
                                                                                      :    Case No. 09-50026 (REG)
                                                                                      :    (Jointly Administered)
                     Debtors.             :
----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss
COUNTY OF SUFFOLK       )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On April 28, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 5619] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                        /s/ Kimberly Murray
                                          Kimberly Murray

Sworn to before me this 28th day of
April, 2010

/s/Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Arrowgrass Distressed Opportunities Fund Limited
c/o Arrowgrass Capital Partners LLP
ATTN: Swati Patel
25 Old Broad Street Tower 42
London EC2N 1HQ Great Britain

**TRANSFEREE**
Barclays Bank PLC
745 Seventh Avenue
New York, NY 10019