Brian C. Walsh
(*pro hac vice* motion pending)
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
Attorneys for Evercore Group L.L.C.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**In re:**                                                            :
                                                                       :          **Chapter 11**
                                                                       :
                                                                       :
**MOTORS LIQUIDATION COMPANY, et al.,**      :          **Case No. 09-50026-REG**
                                                                       :
             **Debtors.**                                         :
                                                                       :
                                                                       :          **Jointly Administered**
------------------------------------------------------------x

**CERTIFICATE OF SERVICE REGARDING REPLY OF EVERCORE GROUP L.L.C.**
**TO FEE EXAMINER'S REPORT AND LIMITED OBJECTION TO FIRST AND**
**FINAL FEE APPLICATION**

I, Brian C. Walsh, hereby certify that on April 28, 2010, I caused copies of the Reply of

Evercore Group L.L.C. to Fee Examiner's Report and Limited Objection to First and Final Fee

Application to be served upon the parties in the attached distribution list by first-class United

States mail.

/s/ Brian C. Walsh
Brian C. Walsh