BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                         :
**In re**                                               :        **Chapter 11 Case No.**
                                                                         :
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :        **09-50026 (REG)**
      f/k/a **General Motors Corp.,** *et al.*           :
                                                                         :
                            **Debtors.**             :        **(Jointly Administered)**
                                                                         :
-------------------------------------------------------------------x


**SUPPLEMENTAL NOTICE OF MATTERS SCHEDULED
FOR HEARING ON APRIL 29, 2010 at 9:45 a.m.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**The following matter has been changed from CONTESTED to UNCONTESTED:**

A.   **First Interim Fee Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 4451]**

   **Responses Filed:**

   1.   **Fee Examiner's Report and Statement of Limited Objection to the First Interim Fee Application of Jenner & Block LLP [Docket No. 5545]**

   2.   **Response of the United States Trustee Regarding First Interim Fee Applications for Compensation and Reimbursement of Expenses [Docket No. 5568]**

   **Replies Filed:**              None to date.

   **Additional Documents:**

   3.   **Fee Examiner's Second Status Report and Advisory [Docket No. 5463]**

US_ACTIVE:\43379690\01\72240.0639

    4.    **Fee Examiner's Summary and Recommendations – First Interim Fee Applications [Docket No. 5601]**

    **<u>Status</u>:**    **This matter is going forward.**

Dated: April 28, 2010
      New York, New York

               <u>/s/ Joseph H. Smolinsky</u>
               Harvey R. Miller
               Stephen Karotkin
               Joseph H. Smolinsky

               WEIL, GOTSHAL & MANGES LLP
               767 Fifth Avenue
               New York, New York 10153
               Telephone: (212) 310-8000
               Facsimile: (212) 310-8007

               Attorneys for Debtors
               and Debtors in Possession