A. Spencer Gilbert III
Gilbert PLLC
4500 I-55 North, Suite 246  (39211)
Post Office Box 13187
Jackson, Mississippi  39236
Telephone: (601) 982-2122
Facsimile: (601) 982-2123
sgilbert@asgilbert.com

*Attorney for Mississippi Workers' Compensation
  Individual Self-insurer Guaranty Association*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                           :
In re :                                                    :   Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, et al.                         :   Case No. 09-50026 (REG)
      f/k/a General Motors Corp., et al.                 :
                       Debtors.                         :   (Jointly Administered)
                                                           :
-----------------------------------------------------------x


**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

      I, A. Spencer Gilbert III, a member in good standing of the bar of the State of Mississippi, request admission, *pro hac vice,* pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules of the Southern District of New York, to represent Mississippi Workers' Compensation Individual Self-insurer Guaranty Association before The Honorable Robert E. Gerber in the above referenced case.

      My address is 4500 I-55 North, Suite 246 (39211), Post Office Box 13187, Jackson, Mississippi 39236; my e-mail is sgilbert@asgilbert.com; my telephone number is (601) 982-2122.

I agree to pay the fee of $25.00 upon approval of this Court admitting me to practice *pro hac vice.*

Dated: April 28, 2010

/s/ A. Spencer Gilbert III
A. Spencer Gilbert III
GILBERT PLLC
4500 I-55 North, Suite 246 (39211)
Post Office Box 13187
Jackson, Mississippi 39236
Telephone: (601) 982-2122
Facsimile: (601) 982-2123
sgilbert@asgilbert.com

*Attorney for Mississippi Workers' Compensation
Individual Self-insurer Guaranty Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
In re :                                                       :       Chapter 11
:
MOTORS LIQUIDATION COMPANY, et al.,    :       Case No. 009-50026 (REG)
  f/k/a/ General Motors Corp. et al.,              :
            Debtors.                                          :       (Jointly Administered)
:
-----------------------------------------------------------x

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of A. Spencer Gilbert III, for admission to practice, *pro hac vice*, in this bankruptcy case, it is hereby

ORDERED, that A. Spencer Gilbert III is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.

Dated:     April _____, 2010
           New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE