**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| AARON GUNN<br>PO BOX 1120<br><br>FLORISSANT, MO 63031 | 65650 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$12,000.00   (U)<br><br>$12,000.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ANTONIO A ECHEVERRY<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46051 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ANTONIO A ECHEVERRY<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46053 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ANTONIO A ECHEVERRY<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46054 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ANTONIO A ECHEVERRY<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46057 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ANTONIO ECHEVERRY<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46052 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ANTONIO ECHEVERRY<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46058 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ANTONIO ECHEVERRY<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 51148 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| BARBARA A PARSON<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49358 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| BOBBY G COX<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49344 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twelfth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| BRENT PRICE<br>C/O DANIEL I WALKENHORST<br>900 OLIVE STE 400<br>ST LOUIS, MO 63101 | 63566 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$50,000.00   (P)<br><br>$0.00   (U)<br><br>$50,000.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| CAROL MAGUIRE<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46044 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| CAROLYN ANDERSON<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MI 63144 | 49386 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| CAROLYN J TAYLOR<br>J MARK KEIL/HENRY M MILLER<br>ATTORNEYS AT LAW<br>5770 MEXICO RD SUITE A<br>ST PETERS, MO 63376 | 38849 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| CHARLES WELLMAN<br>C/O KRETMAR, BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144<br>UNITED STATES OF AMERICA | 51153 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DALE HACKMANN<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S  BRENTWOOD BLVD  STE 20<br>ST LOUIS, MO 63144 | 46148 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DALE HACKMANN<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49345 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DALILA SANDERS<br>FLOYD LAW FIRM<br>8151 CLAYTON ROAD SUITE 202<br>ST LOUIS, MO 63117<br>UNITED STATES OF AMERICA | 49699 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DARLINE TAYLOR<br>MICHAEL E SWENEY<br>CATES & SWENEY PC<br>225 SOUTH MERAMEC SUITE 200<br>CLAYTON, MO 63105 | 38870 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$59,562.00  (U)<br>$59,562.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DAVID E COUTS<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49343 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twelfth Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DAVID FISHER<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD  STE 20<br>ST LOUIS, MO 63144<br><br>Unliquidated | 46146 | Motors Liquidation Company | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DEBORAH A DEVOLE<br>DANIEL J WALKENHORST<br>906 OLIVE STE 400<br>ST LOUIS, MO 63101 | 63560 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$50,000.00   (P)<br>$0.00   (U)<br>$50,000.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DEBORAH DEVOLE<br>2 PRESCOTT CT<br>OFALLON, MO 63366<br><br>Unliquidated | 28037 | Motors Liquidation Company | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DEBORAH S KRAMER<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144<br><br>Unliquidated | 46047 | Motors Liquidation Company | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DEBORAH S KRAMER<br>C/O KRETMAR, BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144<br><br>Unliquidated | 49390 | Motors Liquidation Company | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DEBORAH S KRAMER<br>C/O KRETMAR, BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49391 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DEBRA A RICE<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49368 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DEBRA A RICE<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49369 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DELIA C GARRETT<br>DAVID W WHIPPLE<br>201 NORTH SPRING STREET<br>INDEPENDENCE, MO 64050 | 37133 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DENICE A ALLEN<br>C/O CHARLES W BOBINETTE ATTORNEY AT LAW<br>906 OLIVE STREET SUITE 300<br>ST LOUIS, MO 63101 | 61006 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$126,478.01  (U)<br>$126,478.01  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DENICE R TUNSTALL<br>C/O JAMES F MALONE, ATTORNEY AT LAW<br>8000 MARYLAND AVE STE 1000<br>ST LOUS, MO 63105 | 37153 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DENNIS BURTHARDT<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49342 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DENNIS BURTHARDT<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUS, MO 63144 | 49385 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DENNIS BURTHARDT<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49387 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| DIANE L SANDZA<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 51143 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DONALD R WHITE<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46055 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| EDDIE D RAYBURN<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49372 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| EDWARD C MOORE<br>2 LAKEVIEW DR<br>LAKE ST LOUIS, MO 63367 | 61701 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$54,000.00   (P)<br>$0.00   (U)<br>$54,000.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ELLIS FREEMAN<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49350 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| ELLIS FREEMAN<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49399 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twelfth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| EUGENE M PATTERSON<br>C/P KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49359 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| EVAN J BEATTY<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 51146 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| EVAN J BEATTY<br>C/O KRETMAR, BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD, STE 20<br>ST LOUIS, MI 63144<br>UNITED STATES OF AMERICA | 51351 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| FELICIA WILLIS<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD  STE 20<br>ST LOUIS, MO 63144 | 46135 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| GABRIEL MARIN<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46039 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| GABRIEL MARIN<br>CO/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46040 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| GABRIEL MARIN<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46041 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| GABRIEL MARIN<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46042 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| GABRIEL MARIN<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49351 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| GABRIEL MARIN<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49361 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| GABRIEL MARIN<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49362 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| GABRIEL MARIN JR<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49354 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| GARRY W ROWE<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49371 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| GARY D PRATT<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD  STE 20<br>ST LOUIS, MO 63144 | 46131 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| GERALD YOUNG<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49378 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| GORDON D SIEBERG<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 51149 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| GORDON D SIEBERG<br>C/O KRETMAR, BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144<br>UNITED STATES OF AMERICA | 51150 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| GORDON D SIEBERG<br>C/O KRETMAR, BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144<br>UNITED STATES OF AMERICA | 51152 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JAMES F LINDMEIER<br>LAWRENCE J CHRUM<br>901 FIRST CAPITOL DR #200<br>ST CHARLES, MO 63301<br>UNITED STATES OF AMERICA | 62951 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JD PLEASANT<br>DOBSON GOLDBERG BERNS & RICH LLC<br>C/O MICHAEL C GOLDBERG<br>5017 WASHINGTON PLACE 3RD FLOOR<br>ST LOUIS, MO 63108 | 49542 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$500,000.00  (U)<br>$500,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twelfth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JOSEPH DONNELL 1078 GREENFIELD CIRCLE BRANDON, MS 39042 | 67650 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $342,578.27 (U) $342,578.27 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JOSEPH DONNELL 1078 GREENFIELD CIRCLE BRANDON, MS 39042 | 67651 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $9,980.40 (U) $9,980.40 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JOSEPH JOHNSTON C/O LAW OFFICE OF ELLEN E MORGAN 7923 BIG BEND BLVD WEBSTER GROVES, MO 63119 | 61599 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $50,000.00 (P) $0.00 (U) $50,000.00 (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JOSEPH JOHNSTON LAW OFFICES OF ELLEN E MORGAN 7923 BIG BEND BLVD WEBSTER GROVES, MO 63119 | 61600 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $50,000.00 (P) $0.00 (U) $50,000.00 (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| JOSEPH JOHNSTON C/O LAW OFFICES OF ELLEN D MORGAN 7923 BIG BEND BLVD WEBSTER GROVES, MO 63119 UNITED STATES OF AMERICA | 61601 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $50,000.00 (P) $0.00 (U) $50,000.00 (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and may replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twelfth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JOSEPH JOHNSTON<br>C/O LAW OFFICES ELLEN E MORGAN<br>7923 BIG BEND BLVD<br><br>WEBSTER GROVES, MO 63119<br>UNITED STATES OF AMERICA | 61602 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$50,000.00   (P)<br><br>$0.00   (U)<br><br>$50,000.00   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| JOSEPH JOHNSTON<br>C/O LAW OFFICES OF ELLEN D MORGAN<br>7923 BIG BEND BLVD<br><br>WEBSTER GROVES, MO 63119 | 61603 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$50,000.00   (P)<br><br>$0.00   (U)<br><br>$50,000.00   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| JULIA G HARTMAN<br>412 CLINTON DR<br><br>GOWER, MO 64454 | 21905 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| JULIA G HARTMAN<br>412 CLINTON DR<br><br>GOWER, MO 64454 | 21908 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| JULIA G HARTMAN<br>412 CLINTON DR<br><br>GOWER, MO 64454 | 21909 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| KAREN ELLIS<br>C/O DANIEL T WALKENHORST<br>906 OLIVE STE 400<br>ST LOUIS, MO 63101 | 64059 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| KAREN ELLIS<br>C/O DANIEL J WALKENHORST<br>906 OLIVE STE 400<br>ST LOUIS, MO 63101 | 64060 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| KIMBERLY A MCCARTY<br>DANIEL J WALKENHORST<br>906 OLIVE STE 400<br>ST LOUIS, MO 63101 | 63561 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| KIMBERLY A MCCARTY<br>DANIEL J WALKENHORST<br>906 OLIVE STE 400<br>ST LOUIS, MO 63101 | 63562 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| KIMBERLY A MCCARTY<br>DANIEL J WALKENHORST<br>906 OLIVE STE 400<br>ST LOUIS, MO 63101 | 63563 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| KIMBERLY A MCCARTY<br>DANIEL J WALKENHORST<br>906 OLIVE STE 400<br>ST LOUIS, MO 63101 | 63564 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim. Where claim amounts replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twelfth Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| KIMBERLY A MCCARTY<br>C/O DANIEL J WALKENHORST<br>906 OLIVE STE 400<br>ST LOUIS, MO 63101 | 63565 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| MICHAEL GENDRON<br>LAW OFFICES OF ELLEN D MORGAN<br>7923 BIG BEND BOULEVARD<br>WEBSTER GROVES, MO 63119 | 61606 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| MICHELLE GRANICH<br>C/O JOHN A BOUHASIN ESQUIRE<br>BOUHASIN LAW FIRM PC<br>5201 HAMPTON AVE<br>ST LOUIS, MO 63109 | 67786 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| MONICA RUSSELL<br>C/O DAVID A SLOCUM<br>THE EPPRIGHT LAW OFFICE LLC<br>1600 GENESSEE SUITE 260<br>KANSAS CITY, MO 64102 | 43438 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| MYREICE JAMES<br>JAMES N GUIRL II<br>GUIRL LAW FIRM<br>720 OLIVE ST STE 1925<br>ST LOUIS, MO 63101 | 58682 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,879.08  (U)<br>$30,879.08  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| MYREICE JAMES<br>JAMES N GUIRL II<br>GUIRL LAW FIRM<br>720 OLIVE ST STE 1925<br>ST LOUIS, MO 63101 | 58683 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$33,937.12  (U)<br>$33,937.12  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MYRTIS M LONDON<br>C/O MICHAEL E SWENEY<br>CATES & SWENEY PC<br>225 SOUTH MERAMEC SUITE 200<br>CLAYTON, MO 63105 | 39062 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$1,348,183.93   (U)<br><br>$1,348,183.93   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| PATRICIA MORROW<br>MARK A CANTOR<br>CANTER AND BURGER<br>12283 OLIVE BLVD<br>ST LOUIS, MO 63141 | 16830 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| PATRICIA MORROW<br>MARK A CANTOR<br>CANTOR AND BURGER<br>12283 OLIVE BLVD<br>ST LOUIS, MO 63141 | 16832 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| PATRICIA MORROW AND CANTOR AND BURGER<br>CANTOR AND BURGER<br>12283 OLIVE BLVD<br>ST LOUIS, MO 63141 | 16831 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| RAUSCHER, DAVID J ESQ<br>500 CHESTERFIELD CEN, STE 355<br>CHESTERFIELD, MO 63017 | 19919 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| SCOTT HENDRICKSON<br>LAW OFFICES OF ELLEN E MORGAN<br>7923 BIG BEND BLVD<br>WEBSTER GROVES, MO 63119<br>UNITED STATES OF AMERICA | 61604 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| SYLVIA WINKLE<br>1534 BRIAR MEADOW RD<br>NORMAN, OK 73071 | 1703 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| SYLVIA WINKLE<br>LAW OFFICES OF ELLEN E MORGAN<br>7923 BIG BEND BOULEVARD<br>WEBSTER GROVES, MO 63119 | 61607 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50,000.00  (P)<br>$0.00  (U)<br>$50,000.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| THEODIS JOHNSON<br>C/O MR JEFFREY S ROTH<br>ATTORNEY AT LAW<br>1015 LOCUST ST STE 1050<br>ST LOUIS, MO 63101 | 16561 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$63,559.84  (P)<br>$0.00  (U)<br>$63,559.84  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |
| THEODIS JOHNSON<br>C/O JEFFREY S ROTH, ATTORNEY AT LAW<br>1015 LOCUST ST STE 1050<br>ST LOUIS, MO 63101 | 23423 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$81,087.44  (P)<br>$0.00  (U)<br>$81,087.44  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1–4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and do not replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| THEODIS JOHNSON<br>C/O MR JEFFREY S ROTH<br>ATTORNEY AT LAW<br>1015 LOCUST STREET SUITE 1050<br>SAINT LOUIS, MO 63101 | 44708 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$81,087.44  (P)<br><br>$0.00  (U)<br><br>$81,087.44  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| TIMOTHY FISELE<br>THE LANCE LAW FIRM<br>5520 SAINT CHARLES ST<br>COTTLEVILLE, MO 63304 | 12209 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| TOMMY POOLE<br>DAVID PLUFKA ATTORNEY<br>10 S BROADWAY SUITE 500<br>ST LOUIS, MO 63102 | 62444 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$11,671.20  (U)<br><br>$11,671.20  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| VAUGHN BAGNARD<br>C/O DANIEL J WALKENHORST<br>906 OLIVE, STE 400<br>ST LOUIS, MO 63101 | 64061 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$50,000.00  (P)<br><br>$0.00  (U)<br><br>$50,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| WANDRA D GRIFFIN<br>1907 MARSEILLES DR<br>CAHOKIA, IL 62206 | 26738 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WILLIAM H WALKENHORST<br>C/O GREGORY K ALLSBERRY, ATTORNEY<br>615 E CHERRY ST<br>PO BOX 184<br>TROY, MO 63379 | 60690 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$100,000.00  (P)<br>$0.00  (U)<br>$100,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| WILLIAM LORETTO<br>C/O COYNE CUNDIFF & HILLEMANN PC<br>ATTN BRADLEY CUNDIFF<br>11230 VETERAN'S MEMORIAL PKWY<br>LAKE ST LOUIS, MO 63367 | 20266 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$60,000.00  (U)<br>$60,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| WILLIAM LORETTO<br>ATTN BRADLEY CUNDIFF<br>COYNE CUNDIFF & HILLEMANN PC<br>11230 VETERAN'S MEMORIAL PKWY<br>LAKE ST LOUIS, MO 63367 | 20267 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,047.99  (U)<br>$4,047.99  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-4 |
| **Claims to be Disallowed and Expunged Totals** | **100** | | **$0.00**  (S)<br>**$0.00**  (A)<br>**$1,329,734.72**  (P)<br>**$3,189,318.00**  (U)<br>**$4,519,052.72**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.