**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW YORK**

------------------------------------------------------------------X
In re:                                                    :
                                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,                     :
        f/k/a General Motors Corp., *et al.*              :       Chapter 11
                                                          :       Case No. 09-50026 (REG)
                                                          :       (Jointly Administered)
                        Debtors.                          :
------------------------------------------------------------------X

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Murray**,** being of full age, states as follows:

1.      I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case.  My business address is 105 Maxess Road, Melville, New York 11747.

2.      On April 29, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 5654] and (b) Form 210B Notice to be served upon the parties identified on **<u>Exhibit A</u>** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

<u>/s/ Kimberly Murray</u>
Kimberly Murray

Sworn to before me this 29th day of
April, 2010
<u>/s/ Jodi Pujols</u>
Jodi Pujols
Notary Public, State of New York
No.  01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

## **TRANSFEROR**

Air-Oil Systems Inc.
P.O. Box 195
Mainland, PA 19451-0195

## **TRANSFEREE**

Pioneer Funding Group, LLC
Attn: Adam Stein-Sapir
Greeley Square Station, P.O. Box 20188
39 W. 31st Street
New York, NY 10001