Cornelius Weiss

Osterbrook 11B
Telefon: 0173-7487912
E-Mail: cornelius.weiss@gmx.de

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286
United States



APR 2 8 2010

21. April 2010

### Notice of Withdrawal of PROOF OF CLAIM #1326

Dear Ladies and Gentleman,

I hereby withdraw my proof of claim #1326, filed 08/25/2009. I sold my 3000 shares of the bond 894450.

Regards,

Cornelius Weiss