LAW OFFICES OF

# DAVIS, SAPERSTEIN & SALOMON, P.C.

375 CEDAR LANE
TEANECK, NJ 07666-3433
FACSIMILE: (201) 692-0444
Email: lawinfo@dsslaw.com
(201) 907-5000

SAMUEL L. DAVIS•ot
MARC C. SAPERSTEIN•oo
GARRY R. SALOMON•†
STEVEN BENVENISTI•■†
PAUL A. GARFIELD•■†

LUIS L. HAQUIA•ot
TERRENCE SMITH•■
STEVEN H. COHEN•o
PATRICIA Z. BOGUSLAWSKI•
ADAM LEDERMAN•o
KRISTINA C. IVTINDZIOSKI•o♦
RAYMOND S. CARROLL•o
ANGELA CERVELLI BENNETT•

800 INMAN AVENUE
COLONIA, NJ 07067
(201) 907-5000

44 WALL STREET, 18TH FLOOR
NEW YORK, NY 10005
(212) 608-1917

CERTIFIED CIVIL TRIAL ATTY †
PENNSYLVANIA BAR ■
CONNECTICUT BAR ♦
NEW JERSEY BAR •
NEW YORK BAR o
GEORGIA BAR ¤
D.C. BAR ○

OF COUNSEL

RACHAEL NASS•o

**REPLY TO TEANECK**

April 27, 2010

U.S. Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Attn: Clerk's Office

    Re: Dominick DiMercurio, Jr., et. al. vs. General Motors Corp.

Dear Sir or Madam:

With reference to the above entitled matter, enclosed please find completed forms to withdraw Claim Number 250 and 251 for Dominick DiMercurio, Jr. and Melissa DiMercurio, respectively.

Thank you for your attention to this matter.

                Very truly yours,

                DAVIS, SAPERSTEIN & SALOMON, P.C.

Encs.

                KRISTINA C. IVTINDZIOSKI, ESQ.
                For the Firm

RECEIVED APR 29 2010

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | DOMINICK DIMERCURIO, JR<br>ATTN: MARC SAPERSTEIN, ESQ<br>DAVIS, SAPERSTEIN & SALOMON, PC<br>375 CEDAR LANE<br>TEANECK, NJ 07666 |
| Claim Number (if known): | 250 |
| Date Claim Filed: | 6/5/2009 |
| Total Amount of Claim Filed: | $3,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: August 27, 2010

Print Name: Kristina C. Ivtindzioski, Esq.

Title (if applicable): Attorney at Law

APR 29 2010

US_ACTIVE:¥43219392¥02¥72240.0639

# DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case form the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

---

This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York. Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408. Alternatively, attorneys with an ECF password may file this form electronically. A copy of the form should also be sent to Motors Liquidation Company c/o AlixPartners, Attn: Tim Neis, 500 Renaissance Center, Suite 1400, Detroit, MI 48243, or via email to TNeis@alixpartners.com, or via facsimile to

---

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | MELISSA DIMERCURIO<br>ATTN: MARC SAPERSTEIN, ESQ<br>DAVIS, SAPERSTEIN & SALOMON, P C<br>375 CEDAR LANE<br>TEANECK, NJ 07666 |
| Claim Number (if known): | 251 |
| Date Claim Filed: | 6/5/2009 |
| Total Amount of Claim Filed: | $750,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: August 27, 2010

Print Name: Kristina C. Ivtindzioski, Esq.

Title (if applicable): Attorney at Law

APR 29 2010

US_ACTIVE:¥43219392¥02¥72240.0639

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case form the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York. Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408. Alternatively, attorneys with an ECF password may file this form electronically. A copy of the form should also be sent to Motors Liquidation Company c/o AlixPartners, Attn: Tim Neis, 500 Renaissance Center, Suite 1400, Detroit, MI 48243, or via email to TNeis@alixpartners.com, or via facsimile to