UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL S. KIMM, ESQ. (MK4476)
KIMM LAW FIRM
41W BANCKER STREET
ENGLEWOOD, NJ 07631
TEL: 201-569-2880
FAX: 201-569-2881
*Attorneys for Creditors*
*Sang Chul Lee and Dukson Lee*

---------------------------------------------------:

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORPORATION, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------:

NOTICE OF APPEAL OF THE APRIL 20, 2010 ORDER DENYING CREDITORS
SANG CHUL LEE AND DUKSON LEE'S MOTION TO LIFT THE AUTOMATIC STAY

PLEASE TAKE NOTICE that, Sang Chul Lee, and Dukson Lee, creditors in this

underlying action, by and through their undersigned counsel, hereby appeal to the United

States District Court for the Southern District of New York under 28 U.S.C. § 158(a) from

the Order filed April 20, 2010,(Docket Entry No. 5527) denying Creditors Sang Chul Lee

and Dukson Lee's motion to lift the automatic stay to continue pre-petition litigation.

The parties to the order appealed from and the names, addresses, and telephone

numbers of their respective attorneys are as follows:

1

DEBTORS' COUNSEL

Harvey R. Miller

Stephen Karotkin

Joseph H. Smolinsky

WEIL, GOTSHAT & MANGES LLP

767 Fifth Avenue

New York, NY 10153

CREDITORS' COUNSEL

Michael S. Kimm

KIMM LAW FIRM

41W Bancker St

Englewood, NJ 07631

Dated: April 30, 2010

Respectfully submitted

/s/ Michael S. Kimm

Michael S. Kimm (MK4476)

41W Bancker Street

Englewood, NJ 07631

email: msk@kimmlaw.com

phone: 201-569-2880

fax: 201-569-2881

Counsel for Creditors

<u>Certificate of Service</u>

I, Michael S. Kimm, Esq., hereby certify that the foregoing was served by ECF upon all counsel/parties who have appeared in this action by ECF.

Dated: April 30, 2010

<u>/s/ Michael S. Kimm</u>
Michael S. Kimm (MK4476)
41W Bancker Street
Englewood, NJ 07631
email: msk@kimmlaw.com
phone: 201-569-2880
fax: 201-569-2881
Counsel for Creditors