

# D & M Contracting Co.

D & M Oil Field Serivices
DBA

P.O. Box 362, Randolph, OH 44265
1-800-334-0003 • 330-935-2801 • FAX 330-935-2925

Environmental & Conservation Contractors • Lakes, Ponds, & Wildlife Development

April 28, 2010

Honorable Judge Robert E. Gerber
One Bowling Green
New York, NY  10004-1408

**RE:  G.M. Bankruptcy, Motors Liquidation – Claim #31227**

Your Honor Judge Gerber,

Attached please find letters that were sent to G.M. & Motors Liquidation along with copies of E-mails to continue maintenance on Hilltop Landfill in Ohio. After the Bankruptcy, May thru September 2009, all along they told us to be patient we would be paid, now they are saying we will less likely to be paid.

Your Honor, had they told us in the beginning we would not be paid, we would have contacted the Ohio EPA and they would have paid us. We are a small company and if we are not paid at least we will have to sell most of our equipment & tools, at worst we will have to file bankruptcy.

Your Honor, I have contacted all the little rabbits in the nest, to no avail, the only option left was to contact daddy rabbit, ( Your Honor ). I can't imagine how complex and complicated your task is to handle this immense G.M. Bankruptcy, but I am begging your help.

If some needs to contact me, please do so at cell #330-802-0457.

Respectfully,

*Dale Miller*

Dale Miller

Attached:  Invoices & Pictures

---

Endorsed Order:

This letter and accompanying materials will be deemed to be a motion for payment of an administrative claim, and if not paid before that time, will be set for hearing at the next GM omnibus hearing on May 27. Debtors are to respond by May 17. Mr. Miller may reply, if he wishes, if he does so by May 24.

Mr. Miller may appear by telephone which Debtors will arrange at Estate's cost.

S/REG
USBJ
5/3/10

---

W.M.B.E.    Woman Minority Business Enterprise