# EXHIBIT B

## GENERAL MOTORS CORPORATION

### SERVICE LIST

| Claim Name | Fax Information |
|---|---|
| ATLAS OIL COMPANY | 313-731-0264 |
| BOB HASTINGS BUICK GMC INC. | 585-586-3492 |
| CHARLES CLARK CHEVROLET CO. | 956-686-1623 |
| DANIEL W. SHERRICK GENERAL COUNSEL | 313-823-6016 |
| DEPARTMENT OF THE TREASURY | 202-622-6415 |
| DORSEY & WHITNEY LLP | 212-953-7201 |
| EATON CORPORATION | 216-523-4787 |
| FACTORY MOTOR PARTS COMPANY | 651-454-4999 |
| GHSP INC. | 616-842-7230 |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| INTERNAL REVENUE SERVICE | 215-516-2555 |
| JIM BARNARD CHEVROLET INC. | 585-293-1884 |
| KNAPP CHEVROLET | 713-331-3057 |
| MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-GMC | 315-331-8421 |
| NEW YORK CITY DEPT. OF FINANCE | 718-403-3650 |
| NEW YORK STATE DEPT TAXATION & FINANCE | 518-457-0617 |
| OFFICE OF THE UNITED STATES TRUSTEE | 212-668-2255 |
| PADDOCK CHEVROLET INC. | 716-876-4016 |
| PENSKE AUTO GROUP | 310-370-4230 |
| PIMA COUNTY | 520-620-6556 |
| PYEONG HWA AUTOMOTIVE CO. LTD. | 82-53-350-6106 |
| RAYTHEON PROFESSIONAL SERVICES LLC | 703-295-2037 |
| SCHOENL KEVIN M | 215-751-2205 |
| SECURITIES AND EXCHANGE COMMISSION | 202-772-9371 |
| SHAPE CORP. | 616-846-3464 |
| TEAM CHEVROLET INC. | 716-373-6377 |
| THE VALLEY CADILLAC CORPORATION | 585-427-8430 |
| TORRES EDWARD ZUNIGA | 480-515-4744 |
| TOYOTA BOSHOKU AMERICA INC. | 248-624-8597 |
| TOYOTA MOTOR SALES U.S.A INC. | 310-381-7688 |
| UNITED STATES ATTORNEY'S OFFICE | 212-637-2685 |

| | |
|---|---|
| **Total Creditor Count** | **31** |