**EXHIBIT D**

BUTZEL LONG
380 MADISON AVENUE
NEW YORK, NY 10017
(ATTN: BARRY N. SEIDEL & ERIC B. FISHER)

FTI CONSULTING, INC.
THREE TIME SQUARE
NEW YORK, NY 10036
(ATTN: MICHAEL EISENBAND)