Thomas E. Coughlin
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Ste. 2500
Southfield, MI 48034
Telephone: (248) 351-3000
Facsimile: (248) 351-3082
Attorneys for MCM Management Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------)
                                                        )
In re:                                                  )
                                                        )    Chapter 11
MOTORS LIQUIDATION COMPANY, *et al.*)        Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*     )
                                                        )
                  Debtors.       )    (Jointly Administered)
--------------------------------------------------------)

### APPLICATION BY THOMAS E. COUGHLIN FOR ADMISSION *PRO HAC VICE*

I, Thomas E. Coughlin, a member in good standing of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent MCM Management Corp., a party in interest in the above referenced case.

My address is: 27777 Franklin Road, Suite 2500, Southfield, MI 48034-8214

My e-mail address is: tcoughlin@jaffelaw.com; and

My telephone number is: 248-351-3000.

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

                           **JAFFE RAITT HEUER & WEISS, P.C.**

                           By:  /s/ Thomas E. Coughlin
                           Thomas E. Coughlin (MI – P40561)
                           Jaffe, Raitt, Heuer & Weiss, P.C.
                           27777 Franklin Road, Suite 2500
                           Southfield, MI 48034
                           Tel. No.:  (248) 351-3000
                           Fax No.:  (248) 351-3082
                           Email:  tcoughlin@jaffelaw.com

1890189.01