UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| --------------------------------------------------------)<br>  )<br>In re:  )<br>  )<br>MOTORS LIQUIDATION COMPANY, *et al.)*<br>   f/k/a General Motors Corp., *et al.*  )<br>  )<br>         Debtors.  )<br>_____) | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas E. Coughlin to be admitted, *pro hac vice*, to represent MCM Management Corp, (the "Client") an interested party in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED,** that Thomas E. Coughlin, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____                             _____
                                              United States Bankruptcy Judge

1890903.01