UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                           :
                                                :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,           :
    f/k/a General Motors Corp., *et al.*    :    09-50026 (REG)
                                                :
        Debtors.                    :    (Jointly Administered)
                                                :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On April 29, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on Baker & McKenzie LLP, Attn: David F. Heroy and Andrew McDermott, One Prudential Plaza, 130 E. Randolph St., Suite 3500, Chicago, IL 60601:

- Stipulation and Order for Adjournment of April 29, 2010 Hearing on First Interim Fee Application of Baker & McKenzie LLP [Docket No. 5671].

Dated: May 3, 2010                          /s/ Alison Moodie
      Melville, New York                    Alison Moodie

Sworn to before me this 3rd day of May, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012