UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK-NEW YORK

In Re:

MOTORS LIQUIDATION COMPANY, ET AL,
F/K/A General Motors Corp,, et al;

Debtors.
_____/

Chapter 11

Case No. 0950026 (REG)

Jointly Administered

MICHAEL A. COX
Attorney General
Kathleen A. Gardiner (P45245)
Assistant Attorney General
Attorneys for Defendants
3030 West Grand Blvd., Ste. 10-200
Detroit, MI  48202
(313) 456-0140  (313) 456-0291-Fax

_____/

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the State of Michigan, Department of Treasury, hereby notifies the Clerk of the Court that Kathleen A. Gardiner, Assistant Attorney General, is substituted as counsel in place of Julius O. Curling, Assistant Attorney General, in the above captioned Chapter 11 case; and such counsel hereby requests that copies of all notices and

pleadings given or filed in this case be given and served upon Kathleen A. Gardiner, Assistant Attorney General.

                    Respectfully submitted,

                    MICHAEL A. COX
                    Attorney General

                    /s/ Kathleen A. Gardiner
                    Kathleen A. Gardiner (P45245)
                    Assistant Attorney General
                    Cadillac Place
                    3030 W. Grand Blvd., Ste. 10-200
                    Detroit, MI 48202
                    (313) 456-0140
                    gardinerk@michigan.gov

Dated: May 4, 2010