UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK-NEW YORK

In Re:                                            :
                                                  :     Chapter 11
MOTORS LIQUIDATION COMPANY, ET AL,
 f/k/a General Motors Corp., et al,              Case No. 09-50026 (REG)
                                                  :
                                                  :     Jointly Administered
             Debtors.

_____/

MICHAEL A. COX
Attorney General
Kathleen A. Gardiner (P45245)
Assistant Attorney General
Attorneys for Defendants
3030 West Grand Blvd., Ste. 10-200
Detroit, MI  48202
(313) 456-0140  (313) 456-0291-Fax                /

## PROOF OF SERVICE

The undersigned certifies that on May 4, 2010, a copy of the Substitution of Counsel and this Proof of Service was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Stephen Karokin
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

I hereby declare that the above statements are true to the best of my information, knowledge and belief.

/s/ Patricia A. Game
Patricia A. Game
Legal Secretary
Kathleen A. Gardiner (P45245)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
313-456-0140