Joshua I. Divack
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
jdivack@hahnhessen.com

James C. Morton
Georgia Bar No. 526025
Suite 1350, Two Midtown Plaza
1349 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 966-5133
jcm-law@comcast.net

OF COUNSEL:
George W. Fryhofer III
Georgia Bar No. 279110
Leigh Martin May
Georgia Bar No. 473389
Alan J. Hamilton
Georgia Bar No. 320698
2719 Buford Highway
Atlanta, Georgia 30324
Telephone: (404) 321-1700
Facsimile: (404) 321-1713
george@butlerwooten.com
leigh@butlerwooten.com
alan@butlerwooten.com

*Attorneys for William Hardee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                           :    Chapter 11
In re                                                      :
                                                           :    Case No. 09-50026 (REG)
MOTORS LIQUIDATION COMPANY., *et al.*,                     :
                                                           :    (Jointly Administered)
        Debtors.                                           :
-----------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, George W. Fryhofer III, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent William Hardee, creditors in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Georgia and the bar of the U.S. District Court for the Northern District of Georgia.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: _____May 4_____, 2010
New York, New York

_____
George W. Fryhofer III
BUTLER, WOOTEN & FRYHOFER, LLP
2719 Buford Highway
Atlanta, Georgia 30324
George@ButlerWooten.com
Telephone: (404) 321-1700
Facsimile: (404) 321-1713