**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | (Jointly Administered) |

---------------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of George W. Fryhofer III to be admitted, *pro hac vice*, to represent William Hardee, creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia and, if applicable, the bar of the U.S. District Court for the Northern District of Georgia, it is hereby

**ORDERED**, that George W. Fryhofer III, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent William Hardee in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE