**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.*,          :    09-50026 (REG)
    f/k/a **General Motors Corp.,** *et al.*   :
                                                   :
        Debtors.            :    (Jointly Administered)
                                                   :
------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 6, 2010 at 9:45 a.m.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

    A.    New GM's Motion for Summary Judgment; Memorandum of Law in Support Thereof (Adv. Pro. No. 09-00509) **[Docket No. 20]**[1] ("**New GM's Summary Judgment Motion**")

        Responses Filed:

        1.    Plaintiffs' Motion for Partial Summary Judgment as to Count I, Only, for Express Assumption of Liability **[Docket No. 23]** ("**Plaintiff's Motion**")

        2.    Plaintiffs' and Counterdefendants' Response in Opposition to New GM's Summary Judgment Motion **[Docket No. 30]**

        Replies Filed:

        3.    New GM's Memorandum in Opposition to Plaintiffs' Motion **[Docket No. 29]**

---

[1] Docket numbers used in Contested Matter I.A. refer to the docket in Adversary Proceeding No. 09-00509.

4. New GM's Reply Memorandum in Support of New GM's Summary Judgment Motion **[Docket No. 34]**

Additional Documents:

5. Separate Statement of Undisputed Facts by Defendant and Counterclaimant General Motors LLC **[Docket No. 21]**

6. Declaration of L. Joseph Lines, III of New GM **[Docket No. 22]**

7. Plaintiff's Memorandum in Support of Plaintiff's Motion [**Docket No. 24**]

8. Plaintiff's Statement of Undisputed Facts in Support of Plaintiff's Motion **[Docket No. 25]**

9. Motion of Plaintiffs to Dismiss Counterclaims of New GM **[Docket No. 26]**

10. New GM's Response to Plaintiffs' Statement of Undisputed Facts in Support of Plaintiff's Motion **[Docket No. 27]**

11. New GM's Memorandum in Opposition to Motion of Plaintiff's to Dismiss Counterclaims of New GM [**Docket No. 28**]

12. Plaintiff's Response to New GM's Separate Statement of Undisputed Facts and Statement of Additional Undisputed Facts **[Docket No. 31]**

13. Plaintiff's Reply Brief in Support of Plaintiff's Motion [**Docket No. 33**]

14. Plaintiff's Supplemental Evidence in Support of Plaintiff's Motion [**Docket No. 35**]

15. Counterdefendants Motion to Dismiss Counterclaims of New GM [**Docket No. 36**]

16. New GM's Memorandum in Opposition to Counterdefendants Motion to Dismiss Counterclaims of New GM [**Docket No. 37**]

**Status:** This matter is going forward.

II. **UNCONTESTED MATTERS:**

A. Application of Debtors for Entry of an Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 Authorizing the Retention and

Employment of Hamilton, Rabinovitz & Associates, Inc. as Consultants with Respect to Asbestos Claims **[Docket No. 5578]**

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

Dated: May 4, 2010
New York, New York

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession