UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Joshua I Divack
**Hahn & Hessen LLP**
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Attorneys for William Hardee*

---

In re:

MOTORS LIQUIDATION COMPANY, et al.,

                Debtors.

Case No. 09-50026 (REG)

Chapter 11

(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   :
                            : ss.:
COUNTY OF NEW YORK  :

    I, KYLE M. PRIMM, being sworn, say:

    1.    I am not a party of the action, am over 18 years of age and am employed by Hahn & Hessen LLP, counsel for William Hardee, at whose direction service was made.

    2.    On May 4, 2010, I served true copies of

        (i)    Application for Pro Hac Vice Admission of George W. Fryhofer III (Docket No. 5705)

        (ii)    Application for Pro Hac Vice Admission of Leigh Martin May (Docket No. 5706)

        (iii)    Application for Pro Hac Vice Admission of Alan J. Hamilton (Docket No. 5707)

by Hand Delivery, First Class Mail and Electronic Mail, upon the parties set forth below:

## **SERVICE LIST**

### *VIA HAND DELIVERY*

Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004

### *VIA FIRST CLASS MAIL*

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153

The Debtors,
c/o Motors Liquidation Company,
300 Renaissance Center
Detroit, Michigan 48265
Attn: Ted Stenger

General Motors Company
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI 48265

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

United States Department of the Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
Michael L. Schein
1633 Broadway, 47th Floor
New York, NY 10019

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq.
Amy Caton, Esq.
Lauren Macsoud, Esq.
Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, NY 10036

The Office of the United States Trustee
for the Southern District of New York
Attn: Diana G. Adams, Esq.
33 Whitehall Street 21st Floor
New York, NY 10004

The U.S. Attorney's Office, S.D.N.Y.
Attn: David S. Jones, Esq.
Matthew L. Schwartz, Esq.
86 Chambers Street, Third Floor
New York, NY 10007

Trevor W. Swett III
Kevin C. Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION
Sander L. Esserman
Robert T. Brousseau
Peter C. D'Apice
Jo E. Hartwick
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

Elihu Inselbuch
Rita C. Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York 10152-3500

### *VIA ELECTRONIC MAIL*

arbrown@mmm.com; blc@ashrlaw.com; david.boyle@airgas.com; cbasler@alixpartners.com; dfish@allardfishpc.com; cwoodruff-neer@alpine-usa.com; Elizabeth.Spangler@arcadis-us.com; giaimo.christopher@arentfox.com; rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com; sullivan.james@arentfox.com; dowd.mary@arentfox.com; dgoing@armstrongteasdale.com; dladdin@agg.com; frank.white@agg.com; jg5786@att.com; hwangr@michigan.gov; leslie.levy@nebraska.gov; bk-mbrowning@oag.state.tx.us; victoria.garry@ohioattorneygeneral.gov; raterinkd@michigan.gov; bk-kwalsh@oag.state.tx.us; przekopshaws@michigan.gov; neal.mann@oag.state.ny.us; jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com; rbernard@bakerlaw.com; wgibson@bakerlaw.com; mmoseley@bakerdonelson.com; summersm@ballardspahr.com; jgregg@btlaw.com; mark.owens@btlaw.com; rcpottinger@bslbv.com; ffm@bostonbusinesslaw.com; CSALOMON@BECKERGLYNN.COM; aspector@bergersingerman.com; patrick@bbslaw.com; tom@bbslaw.com; anna.boelitz@bingham.com; robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; jared.clark@bingham.com; jonathan.alter@bingham.com; mrichards@blankrome.com; Kelbon@blankrome.com; JRumley@bcbsm.com; cdarke@bodmanllp.com; mbakst@bodmanllp.com; borgeslawfirm@aol.com; renee.dailey@bgllp.com; bwilliam@gklaw.com; bankruptcy.asbpo.asbdom@braytonlaw.com; JMcDonald@Briggs.com;

wilkins@bwst-law.com; hall@bwst-law.com; rbrown@brownwhalen.com;
schristianson@buchalter.com; JKim@burkelaw.com; Gring@Burkelaw.com;
Peter.Lee@bnsf.com; ccarson@burr.com; jkimble@burr.com; paige@bsplaw.com;
sidorsky@butzel.com; fishere@butzel.com; sidorsky@butzel.com; fishere@butzel.com;
seidel@butzel.com; radom@butzel.com; newman@butzel.com; cbblac@acxiom.com;
john.rapisardi@cwt.com; douglas.mintz@cwt.com; peter.friedman@cwt.com;
zachary.smith@cwt.com; rfiga@comlawone.com; rweinstein@cusa.canon.com;
ei@capdale.com; pvnl@capdale.com; rer@capdale.com; tws@capdale.com; ei@capdale.com;
rct@capdale.com; kcm@capdale.com; tws@capdale.com; brcy@carsonfischer.com;
brcy@carsonfischer.com; brcy@carsonfischer.com; mweinczok@casselsbrock.com;
alan@chapellassociates.com; ccahill@clarkhill.com; rgordon@clarkhill.com;
BSUSKO@CGSH.COM; dbuell@cgsh.com; jbromley@cgsh.com; soneal@cgsh.com;
DGOTTLIEB@CGSH.COM; RLINCER@CGSH.COM; bceccotti@cwsny.com;
goldberg@cwg11.com; skomrower@coleschotz.com; sfalanga@connellfoley.com;
chemrick@connellfoley.com; pretekin@coollaw.com; belkys.escobar@loudoun.gov;
mbaxter@cov.com; sjohnston@cov.com; jcarberry@cl-law.com; lisa.wurster@dana.com;
donald.bernstein@dpw.com; gm@dmms.com; rmeth@daypitney.com; msteen@daypitney.com;
hryder@daypitney.com; hryder@daypitney.com; rmeth@daypitney.com;
msteen@daypitney.com; adoshi@daypitney.com; info@dealertire.com;
jpowers@debevoise.com; rfhahn@debevoise.com; james.moore@dechert.com;
juliet.sarkessian@dechert.com; shmuel.vasser@dechert.com; CONTACT-OCFO@DOL.GOV;
dmertz@state.pa.us; csweeney@dickinsonwright.com; dcopley@dickinsonwright.com;
dyitzchaki@dickinsonwright.com; jplemmons2@dickinsonwright.com;
kewald@dickinsonwright.com; mchammer3@dickinsonwright.com; gdiconza@dlawpc.com;
karol.denniston@dlapiper.com; jennifer.nassiri@dlapiper.com; kristin.going@dbr.com;
stephanie.wickouski@dbr.com; Kristin.Going@dbr.com; ayala.hassell@hp.com;
jwhitlock@eapdlaw.com; rxza@elliottgreenleaf.com; tak@elliottgreenleaf.com;
george.sanderson@elliswinters.com; george.sanderson@elliswinters.com; akatz@entergy.com;
deisenberg@ermanteicher.com; druhlandt@ermanteicher.com; eerman@ermanteicher.com;
mkogan@ecjlaw.com; pjazayeri@ecjlaw.com; ngoteiner@fbm.com; ppascuzzi@ffwplaw.com;
rhuey@foley.com; vavilaplana@foley.com; mriopelle@foley.com; fdicastri@foley.com;
jmurch@foley.com; jlee@foley.com; sbarbatano@foley.com; maiello@foley.com;
sbarbatano@foley.com; shilfinger@foley.com; sbarbatano@foley.com; jsimon@foley.com;
kcatanese@foley.com; sseabolt@foley.com; shilfinger@foley.com; fdicastri@foley.com;
jsimon@foley.com; shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com;
klynch@formanlaw.com; fstevens@foxrothschild.com; gwallace@fraserlawfirm.com;
ahammer@freebornpeters.com; tfawkes@freebornpeters.com; rgreenberg@dclawfirm.com;
bguy@fbtlaw.com; mkroplin@fbtlaw.com; drosenzweig@fulbright.com; mhaut@fulbright.com;
lboydston@fulbright.com; lstrubeck@fulbright.com; lboydston@fulbright.com;
mparker@fulbright.com; drosenzweig@fulbright.com; jrabin@fulbright.com;
lawrence.s.buonomo@gm.com; prachmuth@gerstensavage.com; dcrapo@gibbonslaw.com;
dfeldman@gibsondunn.com; mjwilliams@gibsondunn.com; dcg@girardgibbs.com;
ajd@girardgibbs.com; Glenn.Reisman@ge.com; tnixon@gklaw.com; candres@gklaw.com;
kstadler@gklaw.com; jberlage@ghsllp.com; bhoover@goldbergsegalla.com;
cbelter@goldbergsegalla.com; jflaxer@golenbock.com; dfurth@golenbock.com;
bmehlsack@gkllaw.com; drosner@goulstonstorrs.com; gkaden@goulstonstorrs.com;
Zirinskyb@gtlaw.com; Mitchelln@gtlaw.com; Kadisha@gtlaw.com; ldpowar@hahnlaw.com;

dademarco@hahnlaw.com; cbattaglia@halperinlaw.net; jdyas@halperinlaw.net; info@harmanbecker.de; jonathan.hook@haynesboone.com; patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com; charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com; judith.elkin@haynesboone.com; matthew.russell@haynesboone.com; bshort@hsblawfirm.com; sselbst@herrick.com; prubin@herrick.com; ecurrenti@hess.com; Ramona.neal@hp.com; amy.chipperson@hp.com; tcurran@haslaw.com; skatzoff@hblaw.com; skatzoff@hblaw.com; sagolden@hhlaw.com; bjgrieco@hhlaw.com; tsherick@honigman.com; jsgroi@honigman.com; rweiss@honigman.com; jrhunter@hunterschank.com; tomschank@hunterschank.com; anne.boudreau@ic.gc.ca; rgriffin@iuoe.org; memberservices@iuawfcu.com; nganatra@uaw.net; mneier@ibolaw.com; jlsaffer@jlsaffer.com; rkruger@jaffelaw.com; dmurray@jenner.com; ptrostle@jenner.com; jboyles@jhvgglaw.com; mam@johnstonbarton.com; jeff.rich@klgates.com; eric.moser@klgates.com; rsmolev@kayescholer.com; jstitt@kmklaw.com; twilson@kelley-ferraro.com; KDWBankruptcyDepartment@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com; sjennik@kjmlabor.com; tmurray@kjmlabor.com; pwh@krwlaw.com; jed@krwlaw.com; ecf@kaalaw.com; MBranzburg@klehr.com; jwe@kjk.com; fberg@kotzsangster.com; jmacyda@kotzsangster.com; acaton@kramerlevin.com; tmayer@kramerlevin.com; rschmidt@kramerlevin.com; lmacksoud@kramerlevin.com; jsharret@kramerlevin.com; dmb@kompc.com; psm@kompc.com; mws@kompc.com; abruski@lambertleser.com; scook@lambertleser.com; Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com; gabriel.delvirginia@verizon.net; sheehan@txschoollaw.com; larrykraines@gmail.com; michael.hastings@leclairryan.com; michael.conway@leclairryan.com; shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com; klewis@lewispllc.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; austin.bankruptcy@publicans.com; kwalsh@lockelord.com; tmcfadden@lockelord.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; khk@maddinhauser.com; msl@maddinhauser.com; smatta@mattablair.com; dhartheimer@mazzeosong.com; cstanziale@mccarter.com; jtesta@mccarter.com; kab@mccarthylebit.com; rrk@mccarthylebit.com; mreed@mvbalaw.com; sveselka@mvbalaw.com; gbragg@mvbalaw.com; cdorkey@mckennalong.com; cgraham@mckennalong.com; jmayes@mckennalong.com; lamme@mltw.com; privitera@mltw.com; elobello@msek.com; elobello@msek.com; hkolko@msek.com; msholmes@cowgillholmes.com; gillcr@michigan.gov; funds@michigan.gov; wcacinfo@michigan.gov; mbarr@milbank.com; tlomazow@milbank.com; skhalil@milbank.com; ecfsarbt@millerjohnson.com; ecfwolfordr@millerjohnson.com; hutchinson@millercanfield.com; robbins@millercanfield.com; fusco@millercanfield.com; swansonm@millercanfield.com; pricotta@mintz.com; sdnyecf@dor.mo.gov; nramsey@mmwr.com; joneil@mmwr.com; AGOTTFRIED@MORGANLEWIS.COM; RTODER@MORGANLEWIS.COM; hbeltzer@morganlewis.com; eliu@morganlewis.com; rmauceri@morganlewis.com; bankruptcy@morrisoncohen.com; jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com; TStenger@alixpartners.com; lawrence.s.buonomo@gm.com; CMcManus@muchshelist.com; mkoks@munsch.com; rurbanik@munsch.com; rsox@dealerlawyer.com; nwbernstein@nwbllc.com; dbrody@borahgoldstein.com; Gkelly@narmco.com; george.cauthen@nelsonmullins.com; cameron.currie@nelsonmullins.com; peter.haley@nelsonmullins.com;

Maureen.Leary@oag.state.ny.us; Susan.Taylor@oag.state.ny.us;
cmomjian@attorneygeneral.gov; Info@AndrewCuomo.com;
lucas.ward@ohioattorneygeneral.gov; MJR1@westchestergov.com;
Michelle.sutter@ohioattorneygeneral.gov; RWYRON@ORRICK.COM;
RFRANKEL@ORRICK.COM; jansbro@orrick.com; crogers@orrick.com;
email@orumroth.com; tsandler@osler.com; DWALLEN@OSHR.COM;
JHELFAT@OSHR.COM; SSOLL@OSHR.COM; OSHR-GM-bk@oshr.com;
chipford@parkerpoe.com; AROSENBERG@PAULWEISS.COM;
harveystrickon@paulhastings.com; akornberg@paulweiss.com; jkoevary@paulweiss.com;
akornberg@paulweiss.com; rzubaty@paulweiss.com; ipohl@paulweiss.com;
arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com;
sshimshak@paulweiss.com; pweintraub@paulweiss.com; maricco.michael@pbgc.gov;
toolee@pepperlaw.com; caseyl@pepperlaw.com; jaffeh@pepperlaw.com;
carignanj@pepperlaw.com; nogglel@pepperlaw.com; kayesd@pepperlaw.com;
nogglel@pepperlaw.com; ebcalvo@pbfcm.com; joy.e.tanner@altria.com;
tsadutto@platzerlaw.com; dlerner@plunkettcooney.com; DBernstein@plunkettcooney.com;
MFleming@plunkettcooney.com; jsmairo@pbnlaw.com; rmschechter@pbnlaw.com;
dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com;
rmcneill@potteranderson.com; sjg@previant.com; fp@previant.com; rpatel@pronskepatel.com;
srutsky@proskauer.com; aberkowitz@proskauer.com; Faye.Feinstein@quarles.com;
Christopher.Combest@quarles.com; jrabinowitz@rltlawfirm.com;
rrm_narumanchi@hotmail.com; stingey@rqn.com; Lee_Cooper@raytheon.com;
eschaffer@reedsmith.com; kgwynne@reedsmith.com; cfelicetta@reidandriege.com;
tlzabel@rhoadesmckee.com; rmallenski@aol.com; richardnotice@rwmaplc.com;
mfriedman@rkollp.com; ksambur@rkollp.com; jshickich@riddellwilliams.com;
akress@riker.com; akress@riker.com; rkchevysales@rkautogroup.net;
judith.adler@us.bosch.com; rsmith@cniinc.cc; rpm@robinsonbrog.com; aleffert@rwolaw.com;
kstrickland@rmkb.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; aisenberg@saul.com;
jhampton@saul.com; tcurrier@saul.com; rheilman@schaferandweiner.com;
glee@schaferandweiner.com; bdeutsch@schnader.com; bbressler@schnader.com;
david.karp@srz.com; adam.harris@srz.com; mschonfeld@gibsondunn.com; dlin@seyburn.com;
dlin@seyburn.com; bshaw100@shawgussis.com; fsosnick@shearman.com;
jfrizzley@shearman.com; etillinghast@sheppardmullin.com;
mcademartori@sheppardmullin.com; bwolfe@sheppardmullin.com;
achaykin@shinnfuamerica.com; kkansa@sidley.com; avery@silvermanmorris.com;
ARosen@SilvermanAcampora.com; DMACK@STBLAW.COM;
PPANTALEO@STBLAW.COM; levick@singerlevick.com; mshriro@singerlevick.com;
kayalyn.marafioti@skadden.com; jack.butler@skadden.com; nboehler@cbmlaw.com;
nboehler@cbmlaw.com; cmeyer@ssd.com; tcornell@stahlcowen.com;
ccaldwell@starkreagan.com; wpayne@stemberfeinstein.com;
EDOYLE@STEMBERFEINSTEIN.COM; JSTEMBER@STEMBERFEINSTEIN.COM;
EFEINSTEIN@STEMBERFEINSTEIN.COM; shgross5@yahoo.com; cbullock@sbplclaw.com;
sgoll@sbplclaw.com; nashvillebankruptcyfilings@stites.com; bmeldrum@stites.com;
streusand@streusandlandon.com; brousseau@sbep-law.com; esserman@sbep-law.com;
hartwick@sbep-law.com; dapice@sbep-law.com; newton@sbep-law.com; brousseau@sbep-law.com; esserman@sbep-law.com; hartwick@sbep-law.com; dapice@sbep-law.com;
newton@sbep-law.com; rhiersteiner@sandw.com; jdarcey@sandw.com;

azuccarello@sandw.com; jgroves@sandw.com; cbodell@sandw.com; dselwocki@swappc.com; jteitelbaum@tblawllp.com; jteitelbaum@tblawllp.com; marvin.clements@ag.tn.gov; lischen@tcwtgn.com; djr@thecreditorslawgroup.com; KENNETH_FREDA@GARDENCITYGROUP.COM; casey.roy@oag.state.tx.us; dkowich@umich.edu; rbrownlee@thompsoncoburn.com; jesse@tipotexchevrolet.com; mgamell@tlggr.com; abauer@torys.com; tmartin@torys.com; sdellafera@trenklawfirm.com; BRETT.GOODMAN@TROUTMANSANDERS.COM; jeffrey.kelley@troutmansanders.com; paula.christ@trw.com; JOSEPH.SAMARIAS@DO.TREAS.GOV; mkilgore@up.com; david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov; natalie.kuehler@usdoj.gov; antitrust.atr@usdoj.gov; askDOJ@usdoj.gov; djury@usw.org; MJEDELMAN@VEDDERPRICE.COM; MJEdelman@vedderprice.com; MSchein@vedderprice.com; lakatz@venable.com; roran@velaw.com; tscobb@vorys.com; gtoering@wnj.com; crusemg@wnj.com; sgrow@wnj.com; rbarrows@wdblaw.com; rbarrows800@gmail.com; zacharym@atg.wa.gov; HARVEY.MILLER@WEIL.COM; JOSEPH.SMOLINSKY@WEIL.COM; STEPHEN.KAROTKIN@WEIL.COM; karpek@whiteandwilliams.com; dockterman@wildman.com; young@wildman.com; dpacheco@wilentz.com; laccarrino@wilentz.com; uncbill@msn.com; dennis.jenkins@wilmerhale.com; philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com; cschreiber@winston.com; mbotica@winston.com; mcohn@winston.com; sschwartz@winston.com; wdcoffeylaw@yahoo.com; swolfson@wolfsonbolton.com; jwyly@wylyrommel.com; skrause@zeklaw.com; bleinbach@zeklaw.com

3. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

                                                         */s/ Kyle M. Primm*
                                                         Kyle M. Primm

Sworn to before me on this
5th day May, 2010

*/s/ Susan Farrell*
Notary Public

Susan Farrell
Notary Public, State of New York
No. 01FA4890039
Qualified in Nassau County
Commission Expires April 27, 2011

- 5 -