Matthias Koop
Schubertstraße 19
78054 Villingen-Schwenningen
Germany

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408
USA

Schwenningen, 04-27-2010

**Claim-Nr.: 29660**
8,375% Motors Liquidation Bonds, XS0171943649

Dear Sir or Madam:

Hereby i would like to inform you, that I sold my Bonds (ISIN: XS0171943649) on April 26th.

Kind Regards

*Matthias Koop*

Matthias Koop

MAY - 3 2010