TO: United States Bankruptcy Court and clerk of court

From: Latrell Barfield
P.O. box 536234
Orlando, Florida 32853-6234

Subject: Case 09-50026 (REG)
Motors Liquidation Company

Latrell Barfield would like to file this indigency application in the case 09-50026 (REG) Latrell Barfield had mailed to the Garden city Group Inc. previously.

Latrell Barfield



RECEIVED
MAY - 3 2010
U.S. BANKRUPTCY COURT, SDNY

IN THE CIRCUIT/COUNTY COURT OF THE ———— JUDICIAL CIRCUIT
IN AND FOR ———— COUNTY, ~~FLORIDA~~ New York

Latrell D. Barfield
**Plaintiff/Petitioner or In the Interest Of**

CASE NO. 09-50026 (REG)

vs. Motors Liquidation Company
**Defendant/Respondent**

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence you must enroll in the clerk's office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have __0__ dependents. *(Include only those persons you list on your U.S. income tax return.)*
   Are you Married? Yes (No)  Does your Spouse Work?...Yes (No)  Annual Spouse Income? $ 00.00

2. I have a net income of $ __674.00__ paid   weekly   every two weeks   semi-monthly  (monthly)   yearly   other _____
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. I have other income paid   weekly   every two weeks   semi-monthly   monthly   yearly   other __One Income Social Security__
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Second Job | Yes $ 00.00 (No) | Veterans' benefits | Yes $ 00.00 (No) |
| Social Security benefits | | Workers compensation | Yes $ 00.00 (No) |
| For you | (Yes) $ 674.00 No | Income from absent family members | Yes $ 00.00 (No) |
| For child(ren) | Yes $ 00.00 (No) | Stocks/bonds | Yes $ 00.00 (No) |
| Unemployment compensation | Yes $ 00.00 (No) | Rental Income | Yes $ 00.00 (No) |
| Union payments | Yes $ 00.00 (No) | Dividends or interest | Yes $ 00.00 (No) |
| Retirement/pensions | Yes $ 00.00 (No) | Other kinds of income not on the list | Yes $ 00.00 (No) |
| Trusts | Yes $ 00.00 (No) | Gifts | Yes $ 00.00 (No) |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Cash | Yes $ 00.00 (No) | Savings account | Yes $ 00.00 (No) |
| Bank account(s) | Yes $ 00.00 (No) | Stocks/bonds | Yes $ 00.00 (No) |
| Certificates of deposit or money market accounts | Yes $ 00.00 (No) | Homestead Real Property* | Yes $ 00.00 (No) |
| | | Motor Vehicle* | Yes $ 00.00 (No) |
| Boats* | Yes $ 00.00 (No) | Non-homestead real property/real estate* | Yes $ 00.00 (No) |

*show loans on these assets in paragraph 5

Check one:  I   DO   (DO NOT) expect to receive more assets in the near future. The asset is _____

5. I have total liabilities and debts of $ __4865.32__ as follows: Motor Vehicle $ __00.00__, Home $ __1600.00__ Other Real Property $ __00.00__ Child Support paid direct $ __00.00__, Credit Cards $ __4865.32__ Medical Bills $ __00.00__, Cost of medicines (monthly) $ __00.00__.
Other $ __00.00__

6. I have a private lawyer in this case.......... Yes (No)

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this __27__ day of __April__, 20__10__

04-24-1972                B614-524-72-644-4
Date of Birth              Driver's License or ID Number

*Latrell Barfield*
Signature of Applicant for Indigent Status
Print Full Legal Name __Latrell Denise Barfield__
Phone Number: __407-416-0687__

P.O. box 536234, Orlando, Fla.
Address, P O Address, Street, City, State, Zip Code
32853-6234

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated this _____ day of _____, 20 ____.              Clerk of the Circuit Court by _____

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**
Sign here if you want the judge to review the clerk's decision *Latrell Barfield*