# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br> ☐ MLCS, LLC, Case No. 09-50027 <br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | BRADLEY E SIMMONS <br> ATTN: PATRICK M ARDIS <br> 5810 SHELBY OAKS DR <br> MEMPHIS, TN 38134 |
| Claim Number (if known): | 23594 |
| Date Claim Filed: | 11/12/2009 |
| Total Amount of Claim Filed: | $750,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 5-3-10

Print Name: Patrick M Ardis

Title (if applicable): Atty for Bradley E Simmons

Received MAY -4 2010