**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On May 4, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by overnight mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Objection to Proof of Claim No. 65796 Filed By Rudolph V. Towns [Docket No. 5676].

| | |
|---|---|
| Dated: May 5, 2010 | /s/ Kimberly Gargan |
| Melville, New York | Kimberly Gargan |

Sworn to before me this 5th day of May, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# Exhibit A

Janice L. Jennings  
Atty for Rudolf Towns  
PO Box 1013  
West Palm Beach, FL 33402

Yolande Nicolsolson  
186 Joralemon St.  
Brooklyn, NY 11291

Tamera Towns-Slaughter  
1478 East 250th St.  
Euclid, OH 44117

Rudolf Towns  
5733 SW 18th St. Apt. B  
Hollywood Fl, 33023