**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | (Jointly Administered) |

------------------------------------------------------------------- x

### ORDER GRANTING MOTION FOR ADMISSION, *Pro Hac Vice*

ORDERED, that Thomas E. Coughlin Esq., is admitted to practice, **pro hac vice,** in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  *May 5, 2010*

*S/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE