# DANIELS & NORELLI, P.C.
## Attorneys at Law

FRED G. DANIELS*
GEORGE H. NORELLI
JAMES P. SCULLY*
ISAAC N. TUCHMAN
------------------------------
MEREDITH E. UNGER
JOSHUA R. BRONSTEIN
IRA R. SITZER

Member N.Y. & N.J. Bar*

900 Merchants Concourse
Suite 400
Westbury, N.Y. 11590
1-800-332-3306
1-516-338-7520
1-516-338-1063 Fax

**Direct dial:**
Isaac N. Tuchman
1-516-338-1060
1-516-833-4932 Fax

April 27, 2010

United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, NY 10004

Re:    General Motors Acceptance Corporation
         v. Louis Feliciano

Dear Mesdames/Sirs:

Enclosed you will please find the following:

- ( )   summons -- kindly advise date of filing and index number
- ( )   affidavit -- kindly advise date of filing
- ( )   stipulation of settlement -- kindly advise date of filing
- ( )   judgment -- kindly enter and return a conformed copy
- ( )   transcript -- kindly issue transcript of judgment
- ( )   transcript -- kindly advise date of filing
- ( )   stipulation of discontinuance -- kindly advise date of filing
- (✓)  **satisfaction of judgment -- kindly advise date of filing**
- ( )   fee of .

APR 3 0 2010

A postcard or a self-addressed, stamped envelope is enclosed for your convenience.

Thank you for your cooperation.

Yours truly,

DANIELS & NORELLI, P.C.

by: [signature]
Isaac N. Tuchman

INT/kv enc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENERAL MOTORS ACCEPTANCE CORPORATION,

                                     Plaintiff,

   -against-

LOUIS FELICIANO,
P.O. Box 112, Wawarsing NY 12489

                                     Defendant(s).

PBC 98-0013

SATISFACTION

Judgment entered on October 5, 1998 for $26,350.30 in favor of plaintiff.

---

State of Texas     )
                        )SS
County of Denton )

    WHEREAS a judgment was entered on October 5, 1998, recovered by plaintiff, General Motors Acceptance Corporation against defendant(s), Luis Feliciano in the above entitled action for the sum of $26,350.30, which judgment was on October 5, 1998, duly entered in the judgment book in the office of the Clerk of the above named Court, said judgment having been docketed with the County Clerk of Sullivan County on October 19, 1998, and whereas said judgment has been fully paid, and it being further certified that there are no outstanding executions with any Sheriff or Marshal of any County of the State of New York, or with any Sheriff or Marshal of the City of New York,

    THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of said Court is hereby authorized and directing to cancel, satisfy and discharge the same.

                                                         GMAC, LLC
                                                     By: _____
                                                       Lisette O'Neill, authorized agent for GMAC, LLC

---

State of Texas     )
                        )SS
County of Denton )

    On April 19, 2010 before me personally came Lisette O'Neill, to me known, who, being by me duly sworn, did depose and say that (s)he is the authorized agent for GMAC, LLC, the successor in interest to General Motors Acceptance Corporation, the corporation described in and which executed the within instrument pursuant to the instructions of the Board of Directors of said entity; and that (s)he signed (his) (her) name thereto by order of the Board of Directors of said entity.

C C Shafer

C C SHAFER
Notary Public, State of Texas
My Comm. Expires 03 / 25 / 2012

APR 3 0 2010