# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Board of Public Utilities<br>540 Minnesota Avenue<br>Kansas City, Kansas   66101 |
| Claim Number (if known): | 01136 |
| Date Claim Filed: | 7/23/2009 |
| Total Amount of Claim Filed: | $871,783.70 |

RECEIVED MAY - 4 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4-29-10

Print Name: Randy Otting

Title (if applicable): Director of Accounting

US_ACTIVE:\43219392\02\72240.0639