# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☒ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | O'Brien & Gere<br>37000 Grand River Avenue<br>Suite 260<br>Farmington Hills, MI   48335-2887 |
| Claim Number (if known): | |
| Date Claim Filed: | February 1, 2010 |
| Total Amount of Claim Filed: | $121,243.77 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: May 4, 2010          By: _____

Print Name:    John F. Sutphen

Title (if applicable):    General Counsel

---

Stamp: RECEIVED MAY - 5 2010 U.S. BANKRUPTCY COURT, SDNY