> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                              :
In re                                         :        **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :        **09-50026 (REG)**
         **f/k/a General Motors Corp.,** *et al.* :
                                              :
                        **Debtors.**          :        **(Jointly Administered)**
                                              :
------------------------------------------------------------x

## <u>NOTICE OF DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS</u>
### (Amended and Superseded Claims)

   **PLEASE TAKE NOTICE** that on May 6, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their fifteenth omnibus objection to claims (the "**Fifteenth Omnibus**

**Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the Fifteenth Omnibus

Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **June 29, 2010 at 9:45 a.m.**

**(Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE FIFTEENTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Fifteenth

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren

Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the

Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004

(Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street,

Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler,

Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured

creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York

10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle,

N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C.

Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation,

attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos

personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L.

Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **June 22, 2010

at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Fifteenth Omnibus Objection to Claims or any claim set forth thereon,

the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order annexed to the Debtors' Fifteenth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated:  New York, New York
        May 6, 2010

                                    /s/ Joseph H. Smolinsky
                                    Harvey R. Miller
                                    Stephen Karotkin
                                    Joseph H. Smolinsky

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

**HEARING DATE AND TIME: June 29, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: June 22, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :      Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :      09-50026 (REG)
      f/k/a General Motors Corp., et al. :
                                    :
                        Debtors.    :      (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

## DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS
### (Amended and Superseded Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

### Relief Requested

1.    The Debtors file this fifteenth omnibus objection to claims (the "**Fifteenth**

**Omnibus Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

**"Bankruptcy Rules"**), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket

No. 4180], seeking entry of an order disallowing and expunging the claims listed on **Exhibit A**

annexed hereto.[1]

2.       The Debtors have examined the proofs of claim identified on Exhibit A

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed

and Expunged*" (collectively, the "**Amended and Superseded Claims**") have been amended and

superseded by at least one subsequently corresponding claim identified under the heading

"*Surviving Claims*" (collectively, the "**Surviving Claims**").  The Debtors seek entry of an order

disallowing and expunging from the claims register the Amended and Superseded Claims and

preserving the Debtors' right to later object to any Surviving Claim on any other basis.

3.       This Fifteenth Omnibus Objection to Claims does not affect any of the

Surviving Claims and does not constitute any admission or finding with respect to any of the

Surviving Claims.  Further, the Debtors reserve all their rights to object on any other basis to any

Amended and Superseded Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[1]       Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

## General Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Chapter 11 Case Number 09-50026 (REG).  On

September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and

statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009,

the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of

financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009, as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010, as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010, as the deadline to file a proofs of claim).

7.      Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Initial Debtors, among other things, to file omnibus objections to no more

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., Ch. 11 Case No. 09-50029 and Environmental Corporate Remediation Company, Inc., Ch. 11 Case No. 09-50030.

than 100 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007

and those additional grounds set forth in the Procedures Order.

### The Relief Requested Should Be Approved by the Court

8.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See*

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd sub nom.*, *Peter J. Solomon*

*Co. v. Oneida Ltd.*, No. 09-CV-2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re*

*Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15

(Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr.

S.D.N.Y. 2000).

9.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors have carefully analyzed the proofs of claim identified on Exhibit A and have determined

that each Amended and Superseded Claim has been amended and superseded by the

subsequently filed corresponding Surviving Claim.

10.      To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge in their entirety the Amended and

Superseded Claims. The Surviving Claims will remain on the claims register subject to further

objections on any other basis.

### Notice

11.      Notice of the Fifteenth Omnibus Objection to Claims has been provided to

each claimant listed on Exhibit A and parties in interest in accordance with the Second Amended

Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing

Notice and Case Management Procedures, dated March 19, 2010 [Docket No. 5308].

          12.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

          WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       May 6, 2010

                    /s/ Joseph H. Smolinsky
                    Harvey R. Miller
                    Stephen Karotkin
                    Joseph H. Smolinsky

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
                      :

In re                      :        Chapter 11 Case No.
                      :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :      **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*  :
                      :

             **Debtors.**     :        **(Jointly Administered)**
                      :
--------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS
### (Amended and Superseded Claims)

Upon the fifteenth omnibus objection to claims, dated May 6, 2010 (the

"**Fifteenth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking

entry of an order disallowing and expunging the Amended and Superseded Claims on the

grounds that such claims have been amended and superseded by the corresponding Surviving

Claims, all as more fully described in the Fifteenth Omnibus Objection to Claims; and due and

proper notice of the Fifteenth Omnibus Objection to Claims having been provided, and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Fifteenth Omnibus Objection to Claims is in the best

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Fifteenth Omnibus Objection to Claims.

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Fifteenth Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifteenth Omnibus Objection to Claims

is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit A** annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "**Amended and Superseded Claims**") are disallowed and expunged; and it is

further

ORDERED that the claims listed on Exhibit A annexed hereto under the heading

"*Surviving Claims*" (collectively, the "**Surviving Claims**") will remain on the claims register,

and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Amended and

Superseded Claims does not constitute any admission or finding with respect to any of the

Surviving Claims; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit A annexed to the Fifteenth Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on Exhibit A annexed hereto and (ii) any Surviving Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
          _____, 2010


_____
United States Bankruptcy Judge

Fifteenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ADAM'S COUNTY ATTORNEY'S OFFICE<br><br>ADMINISTRATION BUILDING<br>450 SOUTH 4TH AVENUE<br>BRIGHTON, CO 80601<br><br>Official Claim Date  10/22/2009 | 14887 | Motors Liquidation Company | $109,259.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$109,259.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ADAMS COUNTY TREASURER<br><br>PO BOX 869<br><br>BRIGHTON, CO 80601<br><br>Official Claim Date  3/1/2010 | 70076 | Motors Liquidation Company | $102,129.65  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.30  (U)<br>$102,129.95  (T) |
| ADDISON WILLIAMS<br><br>ATTN:  PATRICK M ARDIS<br>5810 SHELBY OAKS DR<br>MEMPHIS, TN 38134<br><br>Official Claim Date  6/18/2009 | 142 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | WILLIAMS, ADDISON<br><br>ARDIS, PATRICK, M<br>5810 SHELBY OAKS DR<br>MEMPHIS, TN 38134<br><br>Official Claim Date  11/12/2009 | 23592 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| ALLIED GROUP INC<br><br>ATTN RANDALL W MAY MANAGING COUNSEL<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2 5 15<br>COLUMBUS, OH 43215<br><br>Official Claim Date  7/29/2009 | 1124 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$160,015.28  (U)<br>$160,015.28  (T) | Amended and Superseded Claims | Pgs. 1-5 | ALLIED GROUP INC<br><br>RANDALL W MAY, MANAGING COUNSEL<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215<br><br>Official Claim Date  11/25/2009 | 48378 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$270,499.21  (U)<br>$270,499.21  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ANON JOSIL, INDIVIDUALLY AND AS PERSONAL REP<br><br>OF ESTATE OF DENISE JOSIL, DECEASED<br>RAYMOND R REID, JR, ESQ<br>PAJCIC & PAJCIC, PA<br>ONE INDEPENDENT DR, SUITE 1900<br>JACKSONVILLE, FL 32202<br><br>Official Claim Date  6/16/2009 | 100 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ANON JOSIL IND AND PR OF ESTATE OF DENISE JOSIL DECEASED<br><br>ATTN RAYMOND R REID JR ESQ<br>C/O PAJCIC AND PAJCIC PA<br>ONE INDEPENDENT DR  STE 1900<br><br>JACKSONVILLE, FL 32202<br><br>Official Claim Date  10/12/2009 | 7837 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| ARIVEC PRP GROUP<br><br>C/O KILPATRICK STOCKTON LLP<br>ATTN RICHARD A HORDER<br>1100 PEACHTREE STREET SUITE 2800<br>ATLANTA, GA 30309<br><br>Official Claim Date  11/24/2009 | 44827 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$520,673.81  (U)<br>$520,673.81  (T) | Amended and Superseded Claims | Pgs. 1-5 | ARIVEC PRP GROUP<br><br>C/O KAZMAREK GEIGER & LASETER LLP<br>ATTN  RICHARD A HORDER ESQ<br>3490 PIEDMONT ROAD NE SUITE 201<br>ATLANTA, GA 30305<br><br>Official Claim Date  2/18/2010 | 70044 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$520,673.81  (U)<br>$520,673.81  (T) |
| BIRDSALL, ELISE M<br><br>EDWARD S. DONINI, ESQ.<br>PO BOX 605<br>NEW SMYRNA BEACH, FL 32170<br><br>Official Claim Date  10/9/2009 | 7617 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$325,000.00  (U)<br>$325,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | RICHARD & ELISE BIRDSALL<br><br>C/O EDWARD S DONINI ESQ<br>PO BOX 605<br>NEW SMYRNA BCH, FL 32170<br><br>Official Claim Date  11/27/2009 | 58954 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$474,500.00  (U)<br>$474,500.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

**Fifteenth Omnibus Objection**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BIRDSALL, RICHARD | 7618 | Motors Liquidation Company | $0.00  (S) | Amended and Superseded Claims | Pgs. 1-5 | RICHARD E BIRDSALL AND ELISE M BIRDSALL | 65890 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| DONINI, EDWARD S PO BOX 605 | | | $0.00  (P) | | | C/O EDWARD S DONINI ESQ PO BOX 605 | | | $0.00  (P) |
| NEW SMYRNA BEACH, FL 32170 | | | $325,000.00  (U) | | | NEW SMYRNA BEACH, FL 32170 | | | $474,500.00  (U) |
| | | | $325,000.00  (T) | | | | | | $474,500.00  (T) |
| Official Claim Date   10/9/2009 | | | | | | Official Claim Date   11/24/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

Fifteenth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT ROOM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  11/6/2009 | 20936 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$32,665.83  (P)<br>$0.00  (U)<br>$32,665.83  (T) | Amended and Superseded Claims | Pgs. 1-5 | BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT ROOM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  3/16/2010 | 70126 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT ROOM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  11/6/2009 | 20933 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$54.37  (P)<br>$0.00  (U)<br>$54.37  (T) | Amended and Superseded Claims | Pgs. 1-5 | BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  3/16/2010 | 70127 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| BOONE COUNTY COLLECTOR<br><br>PATRICIA S LENSMEYER<br>GOVERNMENT CENTER  9TH & ASH<br>801 E WALNUT  RM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  11/9/2009 | 33223 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$54.37  (P)<br>$0.00  (U)<br>$54.37  (T) | Amended and Superseded Claims | Pgs. 1-5 | BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  3/16/2010 | 70127 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT ROOM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  11/6/2009 | 20935 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$588.09  (P)<br>$0.00  (U)<br>$588.09  (T) | Amended and Superseded Claims | Pgs. 1-5 | BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  3/16/2010 | 70128 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| BOONE COUNTY COLLECTOR<br><br>PATRICIA S LENSMEYER<br>GOVERNMENT CENTER  9TH & ASH<br>801 E WALNUT  RM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  11/9/2009 | 33225 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$588.09  (P)<br>$0.00  (U)<br>$588.09  (T) | Amended and Superseded Claims | Pgs. 1-5 | BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  3/16/2010 | 70128 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT ROOM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  11/6/2009 | 20934 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$39.88  (P)<br>$0.00  (U)<br>$39.88  (T) | Amended and Superseded Claims | Pgs. 1-5 | BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMIBA, MO 65201<br><br>Official Claim Date  3/16/2010 | 70129 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER, 9TH & ASH<br>801 E WALNUT ROOM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  11/9/2009 | 33221 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$39.88  (P)<br>$0.00  (U)<br>$39.88  (T) | Amended and Superseded Claims | Pgs. 1-5 | BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMIBA, MO 65201<br><br>Official Claim Date  3/16/2010 | 70129 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT ROOM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  11/6/2009 | 20938 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$27.55  (P)<br>$0.00  (U)<br>$27.55  (T) | Amended and Superseded Claims | Pgs. 1-5 | BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  3/16/2010 | 70130 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT ROOM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  11/6/2009 | 20937 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$26.78 (P)<br>$0.00 (U)<br>$26.78 (T) | Amended and Superseded Claims | Pgs. 1-5 | BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  3/16/2010 | 70131 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| BOONE COUNTY COLLECTOR<br><br>PATRICIA S LENSMEYER<br>GOVERNMENT CENTER  9TH & ASH<br>801 E WALNUT  RM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  11/9/2009 | 33224 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$26.78 (P)<br>$0.00 (U)<br>$26.78 (T) | Amended and Superseded Claims | Pgs. 1-5 | BOONE COUNTY COLLECTOR<br><br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201<br><br>Official Claim Date  3/16/2010 | 70131 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| BOYD, THOMAS<br><br>PO BOX 171<br>25 N ST<br>REPUBLIC, PA 15475<br><br>Official Claim Date  11/27/2009 | 62048 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | THOMAS BOYD<br><br>25 NORTH ST<br>PO BOX 171<br>REPUBLIC, PA 15475<br><br>Official Claim Date  1/5/2010 | 69711 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000.00 (U)<br>$3,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CAMPOS ALBERTO<br><br>CAMPOS, ALBERTO<br>10803 RANCHLAND FOX STREET<br>SAN ANTONIO, TX 78245<br><br>Official Claim Date  11/13/2009 | 33258 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | CAMPOS, ALBERTO<br><br>10803 RANCHLAND FOX<br><br>SAN ANTONIO, TX 78245<br><br>Official Claim Date  2/4/2010 | 70021 | Motors Liquidation Company | $4,270.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,270.00  (T) |
| CITIGROUP GLOBAL MARKETS INC<br><br>C/O CITIBANK NA<br>OPS III 1615 BRETT ROAD<br>NEW CASTLE, DE 19720<br><br>Official Claim Date  11/25/2009 | 51019 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$212,573,355.84  (U)<br>$212,573,355.84  (T) | Amended and Superseded Claims | Pgs. 1-5 | CITIGROUP GLOBAL MARKETS INC<br><br>C/O CITIBANK NA<br>OPS III, 1615 BRETT ROAD<br>NEW CASTLE, DE 19720<br><br>Official Claim Date  12/15/2009 | 69443 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$229,063,456.11  (U)<br>$229,063,456.11  (T) |
| CITY AND COUNTY OF DENVER/TREASURY<br><br>ATTN: KAREN KATROS BANKRUPTCY ANALYST<br>MCNICHOLS CIVIC CENTER BUILDING<br>144 W. COLFAX AVENUE, ROOM 384<br>DENVER, CO 80202<br><br>Official Claim Date  11/2/2009 | 19060 | Motors Liquidation Company | $117,961.31  (S)<br>$0.00  (A)<br>$139,955.40  (P)<br>$0.00  (U)<br>$257,916.71  (T) | Amended and Superseded Claims | Pgs. 1-5 | CITY AND COUNTY OF DENVER / TREASURY<br><br>ATTN  KAREN KATROS BANKRUPTCY ANALYST<br>201 W COLFAX AVENUE DEPARTMENT 1001<br><br>DENVER, CO 80202<br><br>Official Claim Date  3/29/2010 | 70175 | Motors Liquidation Company | $21,007.97  (S)<br>$0.00  (A)<br>$21,007.97  (P)<br>$0.00  (U)<br>$42,015.94  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CITY OF FLINT<br><br>ATTN: DIRECTOR, LEGAL DEPARTMENT<br>CITY HALL<br>1101 S. SAGINAW STREET<br>FLINT, MI 48502<br><br>Official Claim Date   10/8/2009 | 6258 | Motors Liquidation Company | $13,784,930.07  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,942,546.75  (U)<br>$15,727,476.82  (T) | Amended and Superseded Claims | Pgs. 1-5 | CITY OF FLINT<br><br>ATTN: DIRECTOR, LEGAL DEPARTMENT<br>CITY HALL<br>1101 S SAGINAW ST<br>FLINT, MI 48502<br><br>Official Claim Date   1/12/2010 | 69767 | Motors Liquidation Company | $6,994,050.52  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,942,733.51  (U)<br>$8,936,784.03  (T) |
| CLEBURNE INDEPENDENT SCHOOL DISTRICT<br><br>ATTN: ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date   6/19/2009 | 485 | Motors Liquidation Company | $567.81  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$567.81  (T) | Amended and Superseded Claims | Pgs. 1-5 | CLEBURNE INDEPENDENT SCHOOL DISTRICT<br><br>C/O ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date   10/26/2009 | 17730 | Motors Liquidation Company | $1,198.31  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,198.31  (T) |
| CLEGG, BETTY<br><br>4070 W KY 10<br>TOLLESBORO, KY 41189<br><br>Official Claim Date   10/27/2009 | 16894 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | CLEGG BETTY<br><br>4070 W KY 10<br>TOLLESBORO, KY 41189<br><br>Official Claim Date   2/9/2010 | 70011 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$55,474.48  (U)<br>$55,474.48  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CONESTOGA ROVERS & ASSOCIATES INC<br><br>2055 NIAGARA FALLS BLVD SUITE 3<br>ATTN  IAN K RICHARDSON<br>NIAGARA FALLS, NY 14304<br><br>Official Claim Date  11/27/2009 | 59017 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$585,051.37  (U)<br>$585,051.37  (T) | Amended and Superseded Claims | Pgs. 1-5 | CONESTOGA-ROVERS & ASSOCIATES INC<br><br>C/O IAN RICHARDSON<br>2055 NIAGARA FALLS BLVD<br>NIAGARA FALLS, NY 14304<br><br>Official Claim Date  3/30/2010 | 70181 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$584,600.12  (U)<br>$584,600.12  (T) |
| CONESTOGA-ROVERS & ASSOCIATES INC<br><br>ATTN IAN K RICHARDSON<br>2055 NIAGARA FALLS BLVD<br>SUITE #3<br>NIAGARA FALLS, NY 14304<br><br>Official Claim Date  2/1/2010 | 69937 | Remediation And Liability Management Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,468,564.18  (U)<br>$7,468,564.18  (T) | Amended and Superseded Claims | Pgs. 1-5 | CONESTOGA-ROVERS & ASSOCIATES INC<br><br>C/O IAN  RICHARDSON<br>2055 NIAGARA FALLS BLVD<br>NIAGARA FALLS, NY 14304<br><br>Official Claim Date  3/30/2010 | 70182 | Remediation And Liability Management Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,507,412.43  (U)<br>$7,507,412.43  (T) |
| CONESTOGA-ROVERS & ASSOCIATES INC<br><br>ATTN IAN K RICHARDSON<br>2055 NIAGARA FALLS BLVD<br>SUITE # 3<br>NIAGARA FALLS, NY 14304<br><br>Official Claim Date  2/1/2010 | 69942 | Environmental Corporate Remediation Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,464,107.48  (U)<br>$1,464,107.48  (T) | Amended and Superseded Claims | Pgs. 1-5 | CONESTOGA-ROVERS & ASSOCIATES INC<br><br>ATTN  IAN K RICHARDSON<br>2055 NIAGARA FALLS BLVD<br>NIAGARA FALLS, NY 14304<br><br>Official Claim Date  3/30/2010 | 70183 | Environmental Corporate Remediation Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,520,916.83  (U)<br>$1,520,916.83  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifteenth Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DEPARTMENT OF THE TREASURY - IRS | 31234 | MLCS Distribution Corporation | $0.00 (S) | Amended and Superseded Claims | Pgs. 1-5 | DEPARTMENT OF THE TREASURY - IRS | 70165 | MLCS Distribution Corporation | $5,232,073.31 (S) |
| | | | $0.00 (A) | | | | | | $0.00 (A) |
| INTERNAL REVENUE SERVICE PO BOX 21126 | | | $11,403,886.17 (P) | | | PO BOX 21126 | | | $0.00 (P) |
| PHILADELPHIA, PA 19114 | | | $475,219,982.21 (U) | | | PHILADELPHIA, PA 19114 | | | $0.00 (U) |
| Official Claim Date  11/20/2009 | | | $486,623,868.38 (T) | | | Official Claim Date  3/22/2010 | | | $5,232,073.31 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 <br><br> Official Claim Date  11/20/2009 | 31235 | MLCS, LLC | $0.00  (S) <br> $0.00  (A) <br> $11,408,268.17  (P) <br> $475,219,982.21  (U) <br> $486,628,250.38  (T) | Amended and Superseded Claims | Pgs. 1-5 | DEPARTMENT OF THE TREASURY - IRS PO BOX 21126 <br><br> PHILADELPHIA, PA 19114 <br><br> Official Claim Date  3/22/2010 | 70162 | MLCS, LLC | $5,232,155.31  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $0.00  (U) <br> $5,232,155.31  (T) |
| DEPARTMENT OF THE TREASURY - IRS <br><br> INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 <br><br> Official Claim Date  1/26/2010 | 69878 | Environmental Corporate Remediation Company, Inc. | $0.00  (S) <br> $0.00  (A) <br> $11,462,133.48  (P) <br> $485,352,757.41  (U) <br> $496,814,890.89  (T) | Amended and Superseded Claims | Pgs. 1-5 | DEPARTMENT OF THE TREASURY - IRS <br><br> PO BOX 21126 <br><br> PHILADELPHIA, PA 19114 <br><br> Official Claim Date  3/22/2010 | 70163 | Environmental Corporate Remediation Company, Inc. | $5,232,073.31  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $0.00  (U) <br> $5,232,073.31  (T) |
| DEPARTMENT OF THE TREASURY - IRS <br><br> INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 <br><br> Official Claim Date  1/26/2010 | 69877 | Remediation And Liability Management Company, Inc. | $0.00  (S) <br> $0.00  (A) <br> $11,462,133.48  (P) <br> $485,352,757.41  (U) <br> $496,814,890.89  (T) | Amended and Superseded Claims | Pgs. 1-5 | DEPARTMENT OF THE TREASURY - IRS <br><br> PO BOX 21126 <br><br> PHILADELPHIA, PA 19114 <br><br> Official Claim Date  3/22/2010 | 70164 | Remediation And Liability Management Company, Inc. | $5,232,073.31  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $0.00  (U) <br> $5,232,073.31  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Fifteenth Omnibus Objection**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DEPARTMENT OF THE TREASURY - IRS<br><br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114<br><br>Official Claim Date  11/20/2009 | 31236 | Motors Liquidation Company | $30,666,460.47  (S)<br>$0.00  (A)<br>$11,613,886.17  (P)<br>$445,258,112.19  (U)<br>$487,538,458.83  (T) | Amended and Superseded Claims | Pgs. 1-5 | DEPARTMENT OF THE TREASURY - IRS<br><br>PO BOX 21126<br><br>PHILADELPHIA, PA 19114<br><br>Official Claim Date  3/22/2010 | 70167 | Motors Liquidation Company | $6,136,663.76  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$6,136,663.76  (T) |
| DONALD MERRILL<br><br>5 ALTON COURT<br>NEWARK, DE 19711<br><br>Official Claim Date  11/12/2009 | 23623 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$40,000.00  (U)<br>$40,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DONALD MERRILL<br><br>5 ALTON COURT<br>NEWARK, DE 19711<br><br>Official Claim Date  1/22/2010 | 69824 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$40,000.00  (U)<br>$40,000.00  (T) |
| DONALD MERRILL<br><br>5 ALTON COURT<br>NEWARK, DE 19711<br><br>Official Claim Date  11/12/2009 | 23618 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DONALD MERRILL<br><br>5 ALTON COURT<br>NEWARK, DE 19711<br><br>Official Claim Date  1/22/2010 | 69825 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DRAWBRIDGE OSO SECURITIES LLC<br><br>ATTN CONSTANTINE M DAKOLIAS<br>1345 AVENUE OF THE AMERICAS 46TH FLOOR<br><br>NEW YORK, NY 10105<br><br>Official Claim Date  11/25/2009 | 65819 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,443,560.05  (U)<br>$4,443,560.05  (T) | Amended and Superseded Claims | Pgs. 1-5 | DRAWBRIDGE OSO SECURITIES LLC<br><br>1345 AVENUE OF THE AMERICAS<br>46TH FLOOR<br>ATTN CONSTANTINE M DAKOLIAS<br>NEW YORK, NY 10105<br><br>Official Claim Date  11/30/2009 | 67500 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,443,560.05  (U)<br>$4,443,560.05  (T) |
| FCOF UB SECURITIES LLC<br><br>ATTN CONSTANTINE M DAKOLIAS<br>1345 AVENUE OF THE AMERICAS  46TH FLOOR<br>NEW YORK, NY 10105<br><br>Official Claim Date  11/25/2009 | 65741 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,562,092.98  (U)<br>$4,562,092.98  (T) | Amended and Superseded Claims | Pgs. 1-5 | FCOF UB SECURITIES LLC<br><br>ATTN CONSTANTINE M DAKOLIAS<br>1345 AVENUE OF THE AMERICAS 46TH FLOOR<br>NEW YORK, NY 10105<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/30/2009 | 67499 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,562,092.98  (U)<br>$4,562,092.98  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date  9/14/2009 | 1324 | Motors Liquidation Company | $39,295.89  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$39,295.89  (T) | Amended and Superseded Claims | Pgs. 1-5 | FORT WORTH INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date  10/19/2009 | 25490 | Motors Liquidation Company | $25,056.53  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$25,056.53  (T) |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT<br><br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date  10/19/2009 | 25490 | Motors Liquidation Company | $25,056.53  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$25,056.53  (T) | Amended and Superseded Claims | Pgs. 1-5 | FORT WORTH INDEPENDENT SCHOOL DISTRICT<br><br>ELIZABETH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date  11/23/2009 | 65863 | Motors Liquidation Company | $8,991.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8,991.00  (T) |
| FRANCHISE TAX BOARD<br><br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812<br><br>Official Claim Date  11/27/2009 | 60005 | Motors Liquidation Company | $1,308,609.67  (S)<br>$0.00  (A)<br>$2,060,714.18  (P)<br>$0.00  (U)<br>$3,369,323.85  (T) | Amended and Superseded Claims | Pgs. 1-5 | FRANCHISE TAX BOARD<br><br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br><br>SACRAMENTO, CA 95812<br><br>Official Claim Date  3/25/2010 | 70155 | Motors Liquidation Company | $1,315,848.34  (S)<br>$0.00  (A)<br>$517,632.66  (P)<br>$0.00  (U)<br>$1,833,481.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| FREBCO INC<br><br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>3400 KETTERING BLVD<br>MORAINE, OH 45439<br><br>Official Claim Date  10/30/2009 | 17956 | Motors Liquidation Company | $7,833.53  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$7,833.53  (T) | Amended and Superseded Claims | Pgs. 1-5 | FREBCO INC<br><br>ATTN  CORPORATE OFFICER/AUTHORIZED AGENT<br>3400 KETTERING BLVD<br>MORAINE, OH 45439<br><br>Official Claim Date  11/11/2009 | 22619 | Motors Liquidation Company | $5,458.06  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,458.06  (T) |
| FREDERECK BLAKELOCK<br><br>4 RED OAK<br>VOORHEES, NJ 08043<br><br>Official Claim Date  11/12/2009 | 23624 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | FREDERECK BLAKELOCK<br><br>4 RED OAK<br>VOORHEES, NJ 08043<br><br>Official Claim Date  1/22/2010 | 69823 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000.00  (U)<br>$30,000.00  (T) |
| GMAC RESIDENTIAL HOLDING COMPANY LLC<br><br>C/O OTTERBOURG STEINDLER HOUSTON & ROSEN, PC<br>230 PARK AVENUE<br>ATTN JONATHAN N HELFAT<br>NEW YORK, NY 10169<br><br>Official Claim Date  11/25/2009 | 65718 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$77,007.24  (U)<br>$77,007.24  (T) | Amended and Superseded Claims | Pgs. 1-5 | GMAC RESIDENTIAL HOLDING LLC<br><br>ATTN JONATHAN N HELFAT<br>OTTERBOURG STEINDLER HOUSTON & ROSEN PC<br>230 PARK AVENUE<br>NEW YORK, NY 10169<br><br>Official Claim Date  11/30/2009 | 63745 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,740,864.14  (U)<br>$1,740,864.14  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| HALL BUILDING LLC<br><br>RICHARD W WILSON<br>NEXSEN PRUET PLLC<br>201 S TRYON ST STE 1200<br>CHARLOTTE, NC 28202<br><br>Official Claim Date  11/27/2009 | 59869 | Motors Liquidation Company | $0.00  (S)<br>$4,318.87  (A)<br>$0.00  (P)<br>$26,670.07  (U)<br>$30,988.94  (T) | Amended and Superseded Claims | Pgs. 1-5 | HALL BUILDING LLC<br><br>BCP WEST LLC-TR/JP MORGAN BK<br>PO BOX 60893<br><br>CHARLOTTE, NC 28260<br><br>Official Claim Date  12/4/2009 | 68787 | Motors Liquidation Company | $0.00  (S)<br>$4,318.87  (A)<br>$0.00  (P)<br>$26,670.07  (U)<br>$30,988.94  (T) |
| HILLSMAN, VELICITA<br><br>325 SELLARS DR<br>DYERSBURG, TN 38024<br><br>Official Claim Date  10/8/2009 | 6546 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | VELICITA HILLSMAN<br><br>325 SELLERS DR<br>DYERSBURG, TN 38024<br><br>Official Claim Date  2/8/2010 | 69999 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) |
| HORNE, QUANDIA<br><br>1235 SELDEN ST<br>DETROIT, MI 48201<br><br>Official Claim Date  10/15/2009 | 10533 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | HORNE, QUANDIA<br><br>16 KINGSWAY RD APT D<br>ASHEBORO, NC 27203<br><br>Official Claim Date  12/31/2009 | 69682 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,702.00  (U)<br>$10,702.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| INDIANA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY SECTION N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204<br><br>Official Claim Date   12/31/2009 | 69679 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$11,366.76   (P)<br>$1,088.47   (U)<br>$12,455.23   (T) | Amended and Superseded Claims | Pgs. 1-5 | INDIANA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY SECTION N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204<br><br>Official Claim Date   3/3/2010 | 70093 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$3,303.26   (P)<br>$283.47   (U)<br>$3,586.73   (T) |
| JAMES A CRAMER, AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br><br>ATTN:  ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER, P C<br>205 PARK CENTRAL EAST, SUITE 511<br>SPRINGFIELD, MO 65906<br><br>Official Claim Date   6/15/2009 | 56 | MLCS Distribution Corporation | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,000,000.00   (U)<br>$1,000,000.00   (T) | Amended and Superseded Claims | Pgs. 1-5 | JAMES A CRAMER AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br><br>ATTN ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER P C<br>205 PARK CENTRAL E  STE 511<br>SPRINGFIELD, MO 65806<br><br>Official Claim Date   10/8/2009 | 6336 | MLCS Distribution Corporation | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,000,000.00   (U)<br>$1,000,000.00   (T) |
| JAMES A CRAMER, AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br><br>ATTN:  ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER, P C<br>205 PARK CENTRAL EAST, SUITE 511<br>SPRINGFIELD, MO 65906<br><br>Official Claim Date   6/15/2009 | 58 | MLC of Harlem, Inc. | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,000,000.00   (U)<br>$1,000,000.00   (T) | Amended and Superseded Claims | Pgs. 1-5 | JAMES A CRAMER AS PERSONAL REP OF ESTATE OR JOHN E CRAMER<br><br>ATTN  ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER PC<br>205 PARK CENTRAL E  STE 511<br>SPRINGFIELD, MO 65806<br><br>Official Claim Date   10/8/2009 | 6335 | MLC of Harlem, Inc. | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,000,000.00   (U)<br>$1,000,000.00   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JOAN GROLL<br><br>98 SIGNAL HILL CIR<br>CALGARY AB CANADA T3H2H2<br><br>CANADA<br><br>Official Claim Date  11/12/2009 | 23617 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | JOAN GROLL<br><br>98 SIGNAL HILL CIR<br>CALGARY - AB  T3H 2H2 CANADA<br><br>CANADA<br><br>Official Claim Date  1/22/2010 | 69829 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) |
| JOSEPH A FOISTNER ESQ<br><br>3 FOXBERRY DRIVE<br>NEW BOSTON, NH 03070<br><br>Official Claim Date  7/2/2009 | 443 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,500,000.00  (U)<br>$16,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | FOISTNER, JOSEPH A<br><br>3 FOXBERRY DR<br>NEW BOSTON, NH 03070<br><br>Official Claim Date  10/26/2009 | 17743 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$16,500,000.00  (P)<br>$0.00  (U)<br>$16,500,000.00  (T) |
| JR MOTORSPORTS<br><br>KELLEY ELLEDGE<br>349 CAYUGA DRIVE<br>MOORESVILLE, NC 28117<br><br>Official Claim Date  10/19/2009 | 11816 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$198,000.00  (U)<br>$198,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | JR MOTORSPORTS<br><br>KELLEY EARNHARDT<br>349 CAYUGA DR., MOORESVILLE<br>MOORESVILLE, NC 28117<br><br>Official Claim Date  11/12/2009 | 23362 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$31,429.00  (P)<br>$166,571.00  (U)<br>$198,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| L A COUNTY TREASURER AND TAX COLLECTOR<br><br>PO BOX 54110<br>LOS ANGELES, CA 90054<br><br>Official Claim Date  8/31/2009 | 1254 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$621,562.96  (P)<br>$0.00  (U)<br>$621,562.96  (T) | Amended and Superseded Claims | Pgs. 1-5 | L A COUNTY TREASURER AND TAX COLLECTOR<br><br>PO BOX 54110<br>LOS ANGELES, CA 90051<br><br>Official Claim Date  3/29/2010 | 70174 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$6,613.43  (P)<br>$0.00  (U)<br>$6,613.43  (T) |
| LEXISNEXIS, A DIV OF REED ELSEVIER INC<br><br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br><br>MIAMISBURG, OH 45342<br><br>Official Claim Date  6/30/2009 | 776 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$127,927.36  (U)<br>$127,927.36  (T) | Amended and Superseded Claims | Pgs. 1-5 | LEXISNEXIS, A DIV OF REED ELSEVIER INC<br><br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>ATTN: BETH FARNHAM<br>MIAMISBURG, OH 45342<br><br>Official Claim Date  10/13/2009 | 14902 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$143,927.36  (U)<br>$143,927.36  (T) |
| M&J SOLVENTS PRP GROUP<br><br>C/O KAZMAREK GEIGER & LASETER LLP<br>ATTN RICHARD A HORDER<br>3490 PIEDMONT ROAD NE, STE 201<br>ATLANTA, GA 30305<br><br>Official Claim Date  11/24/2009 | 44826 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$46,611.00  (U)<br>$46,611.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | M&J SOLVENTS PRP GROUP<br><br>C/O KAZMAREK GEIGER & LASETER LLP<br>ATTN  RICHARD A HORDER ESQ<br>3490 PIEDMONT ROAD NE SUITE 201<br>ATLANTA, GA 30305<br><br>Official Claim Date  2/18/2010 | 70045 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$46,611.00  (U)<br>$46,611.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MARICOPA COUNTY<br><br>BARBARA LEE CALDWELL<br>AIKEN SCHENK HAWKINS & RICCIARDI PC<br>4742 NORTH 24TH STREET, SUITE 100<br>PHOENIX, AZ 85016<br><br>Official Claim Date  10/2/2009 | 3047 | Motors Liquidation Company | $25,883.80  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$25,883.80  (T) | Amended and Superseded Claims | Pgs. 1-5 | MARICOPA COUNTY<br><br>C/O BARBARA LEE CALDWELL<br>AIKEN SCHENK HAWKINS & RICCIARDI PC<br>4742 NORTH 24TH STREET SUITE 100<br>PHOENIX, AZ 85016<br><br>Official Claim Date  3/1/2010 | 70082 | Motors Liquidation Company | $11,726.13  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$11,726.13  (T) |
| MARK WILLIAMS<br><br>ATTN:  PATRICK M ARDIS<br>5810 SHELBY OAKS DR<br>MEMPHIS, TN 38134<br><br>Official Claim Date  6/18/2009 | 141 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | WILLIAMS, MARK<br><br>C/O ARDIS, PATRICK M<br>5810 SHELBY OAKE DR<br>MEMPHIS, TN 38134<br><br>Official Claim Date  11/12/2009 | 23595 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA, TN 38401<br><br><br>Official Claim Date  7/6/2009 | 850 | MLCS, LLC | $2,250,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,250,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA, TN 38401<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/30/2009 | 67120 | MLCS, LLC | $2,250,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,250,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| METRIS USA INC<br><br>METRIS USA<br>BONNIE HUBEL<br>12701 GRANDRIVER<br>BRIGHTON, MI 48116<br><br>Official Claim Date  6/15/2009 | 426 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$68,103.24  (U)<br>$68,103.24  (T) | Amended and Superseded Claims | Pgs. 1-5 | METRIS USA INC<br><br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>12701 GRAND RIVER RD<br>BRIGHTON, MI 48116<br><br>Official Claim Date  11/6/2009 | 20531 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$27,031.80  (U)<br>$27,031.80  (T) |
| MICHIGAN TRACTOR & MACHINERY C<br><br>24800 NOVI RD<br>NOVI, MI 48375<br><br>Official Claim Date  10/2/2009 | 2578 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$144.87  (U)<br>$144.87  (T) | Amended and Superseded Claims | Pgs. 1-5 | MICHIGAN TRACTOR & MACHINERY C<br><br>24800 NOVI RD<br>NOVI, MI 48375<br><br>Official Claim Date  10/12/2009 | 8527 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,441.87  (U)<br>$1,441.87  (T) |
| MRM INC<br><br>PO BOX 354<br>NOVI, MI 48376<br><br>Official Claim Date  6/11/2009 | 1 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$11,454.62  (U)<br>$11,454.62  (T) | Amended and Superseded Claims | Pgs. 1-5 | MRM INC<br><br>PO BOX 354<br>NOVI, MI 48375<br><br>Official Claim Date  2/18/2010 | 70043 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,427.62  (U)<br>$5,427.62  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date  11/30/2009 | 68612 | Motors Liquidation Company | $0.00  (S)<br>$735,238.59  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$735,238.59  (T) | Amended and Superseded Claims | Pgs. 1-5 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE<br><br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date  3/29/2010 | 70179 | Motors Liquidation Company | $0.00  (S)<br>$162,142.16  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$162,142.16  (T) |
| NORTHERN INDIANA PUBLIC SERVICE COMPANY<br><br>ATTN: REVENUE ASSURANCE & RECOVERY<br>801 E. 86TH AVENUE<br>MERRILLVILLE, IN 46410<br><br>Official Claim Date  7/7/2009 | 780 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,212.60  (U)<br>$1,212.60  (T) | Amended and Superseded Claims | Pgs. 1-5 | NORTHERN INDIANA PUBLIC SERVICE COMPANY<br><br>ATTN: REVENUE ASSURANCE & RECOVERY<br>801 E 86TH AVE<br>MERRILLVILLE, IN 46410<br><br>Official Claim Date  11/5/2009 | 25464 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| NORTHWEST ISD<br><br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201<br><br>Official Claim Date  11/4/2009 | 19588 | Motors Liquidation Company | $136,594.84  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$136,594.84  (T) | Amended and Superseded Claims | Pgs. 1-5 | NORTHWEST ISD<br><br>C/O ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201<br><br>Official Claim Date  3/29/2010 | 70177 | Motors Liquidation Company | $17,215.72  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$17,215.72  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NYS DEPARTMENT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date  11/5/2009 | 25449 | Motors Liquidation Company | $10,742.75  (S)<br>$0.00  (A)<br>$33,255,951.56  (P)<br>$2,132,611.32  (U)<br>$35,399,305.63  (T) | Amended and Superseded Claims | Pgs. 1-5 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date  11/30/2009 | 68604 | Motors Liquidation Company | $9,671.09  (S)<br>$0.00  (A)<br>$33,694,042.53  (P)<br>$2,313,241.80  (U)<br>$36,016,955.42  (T) |
| NYS DEPT OF TAXATION & FINANCE<br><br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date  2/8/2010 | 70020 | Motors Liquidation Company | $0.00  (S)<br>$756,066.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$756,066.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE<br><br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date  3/29/2010 | 70179 | Motors Liquidation Company | $0.00  (S)<br>$162,142.16  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$162,142.16  (T) |
| PALMER, OLIVIA<br><br>348 HIGHLAND RD<br>PITTSBURGH, PA 15235<br><br>Official Claim Date  10/12/2009 | 8174 | Motors Liquidation Company | $90,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$90,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | OLIVIA PALMER<br><br>348 HIGHLAND RD<br>PITTSBURGH, PA 15235<br><br>Official Claim Date  2/1/2010 | 69958 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$62,400.00  (U)<br>$62,400.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY DIVISION PO BOX 280946<br><br>HARRISBURG, PA 17128<br><br>Official Claim Date  12/14/2009 | 69436 | Motors Liquidation Company | $2,943,934.00  (S)<br>$0.00  (A)<br>$1,499,057.96  (P)<br>$1,138.00  (U)<br>$4,444,129.96  (T) | Amended and Superseded Claims | Pgs. 1-5 | PENNSYLVANIA DEPARTMENT OF REVENUE<br><br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128<br><br>Official Claim Date  2/1/2010 | 69930 | Motors Liquidation Company | $2,943,934.00  (S)<br>$0.00  (A)<br>$571,629.96  (P)<br>$0.00  (U)<br>$3,515,563.96  (T) |
| PIERRE E MILORD, AS PERSONAL REPRESENTATIVE OF<br><br>ESTATE OF JEAN PAUL MILOR, DECEASED<br>C/O RAYMOND R REID, JR, ESQ<br>PAJCIC & PAJCIC, PA<br>ONE INDEPENDENT DR, SUITE 1900<br>JACKSONVILLE, FL 32202<br><br>Official Claim Date  6/16/2009 | 101 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | PIERRE E MILORD AS PR OF ESTATE OF JEAN PAUL MILOR DEC'D<br><br>ATTN RAYMOND R REID JR ESQ<br>C/O PAJCIC AND PAJCIC PA<br>ONE INDEPENDENT DR  STE 1900<br><br>JACKSONVILLE, FL 32202<br><br>Official Claim Date  10/12/2009 | 7838 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000,000.00  (U)<br>$10,000,000.00  (T) |
| RAMCO INDUSTRIES INC<br><br>2006 TOBSAL CT<br>WARREN, MI 48091<br><br>Official Claim Date  11/18/2009 | 29619 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,276.96  (U)<br>$16,276.96  (T) | Amended and Superseded Claims | Pgs. 1-5 | RAMCO INDUSTRIES INC<br><br>2006 TOBSAL CT<br>WARREN, MI 48091<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/25/2009 | 50656 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,276.96  (U)<br>$16,276.96  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| REGIONAL ACCEPTANCE CORPORATION<br><br>ATTN  FLORENCE R SMOTHERMAN<br>108 JUDD COURT<br>NASHVILLE, TN 37218<br><br>Official Claim Date  10/15/2009 | 10384 | Motors Liquidation Company | $0.00  (S)<br>$12,909.09  (A)<br>$0.00  (P)<br>$12,909.09  (U)<br>$25,818.18  (T) | Amended and Superseded Claims | Pgs. 1-5 | FLORENCE SMOTHERMAN<br><br>108 JUDD CT<br><br>NASHVILLE, TN 37218<br><br>Official Claim Date  12/31/2009 | 69674 | Motors Liquidation Company | $0.00  (S)<br>$12,909.09  (A)<br>$0.00  (P)<br>$12,909.09  (U)<br>$25,818.18  (T) |
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br><br>ATTN: ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINGS & MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date  10/19/2009 | 25487 | Motors Liquidation Company | $3,084.79  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,084.79  (T) | Amended and Superseded Claims | Pgs. 1-5 | RICHARDSON INDEPENDENT SCHOOL DISTRICT<br><br>ELIZABETH BANDA CALVO<br>PREDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094<br><br>Official Claim Date  11/30/2009 | 67114 | Motors Liquidation Company | $59.36  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$59.36  (T) |
| SACRAMENTO COUNTY TAX COLLECTOR<br><br>ATTN BANKRUPTCY<br>700 H STREET ROOM 1710<br>SACRAMENTO, CA 95814<br><br>Official Claim Date  9/8/2009 | 1454 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | SACRAMENTO COUNTY TAX COLLECTOR<br><br>ATTN BANKRUPTCY<br>700 H STREET ROOM 1710<br>SACRAMENTO, CA 95814<br><br>Official Claim Date  11/10/2009 | 33244 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$105.21  (P)<br>$0.00  (U)<br>$105.21  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SCHIEBE DAVID<br><br>SCHIEBE, DAVID<br>634 HURON<br>ROMEOVILLE, IL 60446<br><br>Official Claim Date  11/9/2009 | 22141 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,000.00  (U)<br>$6,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DAVID SCHEIBE<br><br>634 HURON<br><br>ROMEOVILLE, IL 60446<br><br>Official Claim Date  2/3/2010 | 69975 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,000.00  (U)<br>$6,000.00  (T) |
| SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN 38101<br><br>Official Claim Date  9/15/2009 | 6962 | Motors Liquidation Company | $168.84  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$168.84  (T) | Amended and Superseded Claims | Pgs. 1-5 | SHELBY COUNTY TRUSTEE<br><br>PO BOX 2751<br>MEMPHIS, TN 38101<br><br>Official Claim Date  2/3/2010 | 69990 | Motors Liquidation Company | $7.24  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$7.24  (T) |
| TENNESSEE DEPARTMENT OF REVENUE<br><br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202<br><br>Official Claim Date  7/30/2009 | 1037 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$6,423,836.42  (P)<br>$136,048.75  (U)<br>$6,559,885.17  (T) | Amended and Superseded Claims | Pgs. 1-5 | TENNESSEE DEPARTMENT OF REVENUE<br><br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202<br><br>Official Claim Date  11/30/2009 | 65710 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,170,398.36  (P)<br>$0.00  (U)<br>$5,170,398.36  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Fifteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TEXAS MUTUAL INSURANCE COMPANY<br><br>SUBROGATION DEPT<br>6210 E HWY 290<br>AUSTIN, TX 78723<br><br>Official Claim Date  6/23/2009 | 512 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$34,949.15  (U)<br>$34,949.15  (T) | Amended and Superseded Claims | Pgs. 1-5 | TEXAS MUTUAL INSURANCE COMPANY<br><br>ATTN  LEGAL DEPARTMENT<br>6210 E HWY 290<br>AUSTIN, TX 78723<br><br>Official Claim Date  10/5/2009 | 7650 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$34,949.15  (U)<br>$34,949.15  (T) |
| WORLDS, ALICE<br><br>408 MARTIN LUTHER KING DR<br>MICHIGAN CITY, IN 46360<br><br>Official Claim Date  11/17/2009 | 28748 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ALICE M WORLDS<br><br>408 1/2 MARTIN LUTHER KING DR.<br>MICHIGAN CITY, IN 46360<br><br>Official Claim Date  12/22/2009 | 69620 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,315.00  (U)<br>$5,315.00  (T) |
| **Claims to be Disallowed and Expunged Totals** | 77 | | $51,520,383.30  (S)<br>$1,508,532.55  (A)<br>$101,396,864.33  (P)<br>$2,644,391,711.91  (U)<br>$2,798,817,492.09  (T) | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.