UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: MOTORS LIQUIDATION CO., et al.,
f/k/a General Motors Corp., et al.

                  Debtor

Case No.: 09-50026REG

Chapter 11

-----------------------------------------------------------x

                  Plaintiff

             v.

                  Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stanley S. Dawson, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Ky. Employers' Mutual Insurance, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Kentucky and, if applicable, the bar of the U.S. District Court for the Western District of Kentucky.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 5/4/2010
New York, New York

Stanley S. Dawson
*Mailing Address*:

Fulton & Devlin
2000 Warrington Way, Suite 165
Louisville, KY 40222
*E-mail address*: ssd@fulton-devlin.com
*Telephone number*: (502) 327-0099