UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY R. STASKO
27653 Lexington Pkwy Southfield, Michigan 48076
#313-670-6917
Appellant
Creditor – U.S. Bankruptcy Court – S.D. of N.Y.; Case # 09-50026 (REG)
Plaintiff – U.S. District Court – E.D. of Mich.; Case # 2:09-CV-14827
Pro Se Litigant

V                                              Case No. _____
                                               Honorable _____

MOTORS LIQUIDATION COMPANY
(f/k/a GENERAL MOTORS CORPORATION)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
#212-310-8000
Appellee
Debtor – U.S. Bankruptcy Court – S.D. of N.Y.; Case # 09-50026 (REG)
Defendant – U.S. District Court – E.D. of Mich.; Case # 2:09-CV-14827

Attorney for Debtors
And Debtors in Possession

## NOTICE OF APPEAL

Stanley R. Stasko, the Appellant and Creditor, appeals the entire Order

Denying Motion of Stanley R. Stasko for Relief from the Automatic Stay signed by

Honorable Robert E. Gerber, United States Bankruptcy Judge of the Southern District of

New York on April 21, 2010 (Docket #5532).

The names, addresses, and telephone numbers of the parties to be served

are listed below.

Dated: April 30, 2010                          _____
                                               Stanley R. Stasko
                                               27653 Lexington Pkwy Southfield, Michigan 48076
                                               #313-670-6917
                                               Appellant - Pro Se Litigant

[Stamp: RECEIVED MAY - 3 2010 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK]

List of parties to be served:

Stanley R. Stasko
27653 Lexington Pkwy
Southfield, Michigan 48076
Telephone: (313) 670-6917
Appellant and Creditor
Pro Se Litigant

Motors Liquidation Company
(f/k/a General Motors Corporation)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Appellee and Debtor

Attorney for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re                                                   :    Chapter 11 Case No.
                                                        :
MOTORS LIQUIDATION COMPANY, et al.,                     :    09-50026 (REG)
    f/k/a General Motors Corp., et al.                  :
                                                        :
                    Debtors.                            :    (Jointly Administered)
                                                        :
----------------------------------------------------------x

## ORDER DENYING MOTION OF STANLEY R. STASKO FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion, dated February 19, 2010 of Stanley R. Stasko [Docket No. 5151] (the "**Motion**"), requesting relief from the automatic stay to proceed with case number 09-14827 (the "**Michigan Case**"), currently pending in the United States District Court for the Eastern District of Michigan (the "**Michigan Court**"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the requested relief in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and Motors Liquidation Company and its affiliated debtors having filed their opposition to the Motion [Docket No. 5390] (the "**Opposition**"); and the Court having held a hearing to consider the requested relief on April 8, 2010 (the "**Hearing**"); and based upon the

Motion, the Opposition, and the record of the Hearing, and all of the proceedings before the Court, it is

ORDERED that for the reasons set forth on the record of the Hearing, the Motion is DENIED; and it is further

ORDERED that Mr. Stasko shall give notice of this ruling to the Michigan Court; and it is further

ORDERED that Mr. Stasko shall withdraw the Michigan Case; and it is further

ORDERED this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: New York, New York
April 21, 2010

*s/ Robert E. Gerber*
THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### AFFIRMATION OF SERVICE

A copy of the (1) Notice of Appeal has been served upon the Debtor in the manner indicated below:

Name of Debtor Served:   Motors Liquidation Company

(f/k/a General Motors Corporation)

Weil, Gotshal & Manges LLP

767 Fifth Avenue New York, New York 10153

Date of Service: May 1, 2010

Method of Service and Declaration: I, Stanley R. Stasko, served Debtor by U.S. Priority mail a copy of the above specified items. I declare the information contained in this Affirmation of Service is true and correct.

Signature of Server: _____

Server's Address: 27653 Lexington Pkwy Southfield, Michigan 48076 #313-670-6917