# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | JIMSEY WALTON, INDIVIDUALLY, THE ESTATE OF MICHAEL C WALTON <br> AS REPRESENTED BY THE INDEPENDENT EXECUTOR STEVEN L <br> WALTON BRYAN SCOTT WALTON AND MICHAEL C WALTON JR <br> C/O MICHAEL J LOWENBERG, THE O'QUINN LAW FIRM <br> 440 LOUISIANA, STE 2300 <br> HOUSTON, TX 77002 |
| Claim Number (if known): | 473 |
| Date Claim Filed: | 7/6/2009 |
| Total Amount of Claim Filed: | $8,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4/30

Print Name: Michael J. Lowenberg

Title (if applicable): Attorney

MAY - 7 2010

US_ACTIVE:¥43219392¥02¥72240.0639