UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :  Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,          :
    f/k/a General Motors Corp., *et al.*              :  09-50026 (REG)
                                                               :
               Debtors.                                 :  (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Alison Moodie, being duly sworn, depose and state:

1.  I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On May 6, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on Hamilton, Rabinovitz & Associates, Inc., Attn: Francine F. Rabinovitz, 26384 Carmel Rancho Lane, Suite 202, Carmel, CA 93923:

    - Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 Authorizing the Retention and Employment of Hamilton, Rabinovitz & Associates, Inc. as Consultants with Respect to Asbestos Claims [Docket No. 5730].

Dated:  May 7, 2010                     /s/ Alison Moodie
       Melville, New York            Alison Moodie

Sworn to before me this 7th day of May, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012