UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                            :
                                                                 :    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                            :
    f/k/a General Motors Corp., *et al.*                    :    09-50026 (REG)
                                                                 :
            Debtors.                                :    (Jointly Administered)
                                                                 :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On May 7, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on WGN Television (Tribune), Attn: Gerry Spector, 435 North Michigan Avenue, Chicago, IL 60611:

- Stipulation And Agreed Order Regarding Debtors' Rejection Of Promotional Agreement With WGN-TVS [Docket No. 5734].

Dated: May 10, 2010                         /s/ Kimberly Gargan
       Melville, New York                   Kimberly Gargan

Sworn to before me this 10th day of May, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012