**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                              :   Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :   Case No. 09-50026 (REG)
                                                   :
    Debtors                                        :   (Jointly Administered)
------------------------------------------------------------------x

**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that Stanley S. Dawson. Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: *May 10, 2010*

*S/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE