UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                    :

**In re**                                         :        Chapter 11 Case No.
                                         :
**MOTORS LIQUIDATION COMPANY,** *et al.*,  :        09-50026 (REG)
      **f/k/a General Motors Corp.,** *et al.*  :
                                         :
                        **Debtors.**        :        **(Jointly Administered)**
                                         :
------------------------------------------------------------x        **ORDER**

        The typed transcript of the Court's 4/29/10 rulings on fees and related matters is to be corrected in the respects noted on the attached pages. This order is without prejudice to the rights of any party to argue that the uncorrected transcript should be used instead.

Dated:  New York, New York               **_s/Robert E. Gerber_**
         May **_10_**, 2010                   United States Bankruptcy Judge