# EXHIBIT B

Hearing Date and Time: June 25, 2009 at 9:45 a.m.<br>
Objections Due: June 19, 2009 at 4:00 p.m.

Barry E. Bressler *(admitted pro hac vice)*
Richard A. Barkasy *(admitted pro hac vice)*
Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798
*Attorneys for the Ad Hoc*
*Committee of Consumer Victims of General Motors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                          :   Chapter 11
                                                :
GENERAL MOTORS CORP., *et al.*,                 :   Case No. 09-50026 (REG)
                                                :
                              Debtors.          :   (Jointly Administered)
---------------------------------------------------------------X

## VERIFIED STATEMENT OF SCHNADER HARRISON SEGAL & LEWIS LLP PURSUANT TO BANKRUPTCY RULE 2019

Schnader Harrison Segal & Lewis LLP ("Schnader") submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure in connection with the above-captioned chapter 11 cases of General Motors Corp., *et al.* (collectively, the "Debtors") and respectively states as follows:

1.    Schnader is a limited liability professional partnership organized under the laws of the Commonwealth of Pennsylvania and maintains offices, among other locations, at 140 Broadway, Suite 3100 New York, NY 10005-1101.

2. Schnader has been retained to represent the Ad Hoc Committee of Consumer Victims of General Motors (the "Ad Hoc Committee"), the members of which each have tort claims, mostly involving personal injuries (including derivative claims and wrongful death actions) against GM. The members of Ad Hoc Committee are individuals who reside throughout the country. The identities of the Ad Hoc Committee members are set forth on Exhibit A.

3. Schnader also represents New United Motor Manufacturing, Inc. ("NUMMI"). Schnader's representation of NUMMI involves NUMMI's executory contracts with GM and the assumption or rejection thereof.

4. Schnader itself does not hold any claims, as defined by 11 U.S.C. § 101(5), against the Debtors.

5. The filing of this Statement does not constitute a waiver of any rights by any member of the Ad Hoc Committee or NUMMI, including the following: (i) rights to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court; (ii) rights to trial by jury in any proceeding and on any trial on their claims; (iii) rights to have the reference withdrawn by the United States District Court; (iv) rights concerning the jurisdiction of the bankruptcy court over them or their claims; or (v) any other rights, claims, actions, defenses, setoffs, or right of recoupment to which the Ad Hoc Committee members or NUMMI are or may be entitled to under any agreements, at law, or in equity, all of which are expressly reserved.

6. In the event that Schnader undertakes additional representation of other clients in these Chapter 11 cases, this Statement shall be supplemented in accordance with Bankruptcy Rule 2019.

SCHNADER HARRISON SEGAL
& LEWIS LLP

Dated: June 19, 2009      By: /s/ Benjamin P. Deutsch
Benjamin P. Deutsch (BD-5435)
bdeutsch@schnader.com
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798

-and-

Barry E. Bressler, Esquire
(*admitted pro hac vice*)
bbressler@schnader.com
Richard A. Barkasy, Esquire
(*admitted pro hac vice*)
rbarkasy@schnader.com
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Phone: (215) 751-2000
Fax: (215) 751-2205

*Attorneys for the Ad Hoc Committee of
Consumer Victims of General Motors*

## Verification

I, Benjamin P. Deutsch, Esq., a partner with Schnader Harrison Segal & Lewis LLP, a law firm with offices at 1600 Market Street, Suite 3600, Philadelphia, PA 19103-7286, as well as an office maintained at 140 Broadway, Suite 3100 New York, NY 10005-1101, declare under the penalty of perjury that I have read the foregoing Verified Statement of Schnader Harrison Segal & Lewis LLP Pursuant to Bankruptcy Rule 2019 and that it is true and correct to the best of my knowledge, information and belief.

Dated: June 19, 2009				By: /s/ Benjamin P. Deutsch
						Benjamin P. Deutsch (BD-5435)

# EXHIBIT A

| Case Name | Plaintiff | State of Residence | Attorney | Status |
|---|---|---|---|---|
| Sandra Pinder v. GM | Sandra Pinder | MT | Michael D. Cok | Unknown |
| Donna Bunch, Adm'x of Estate of Willard Quinn, deceased, and as Guardian of Justin Quinn, minor, vs. General Motors Corp. | Donna Bunch | KY | Richard Hay | Filed |
| Edith Ortiz v. GM, TRW, Johnson Controls | Edith Ortiz | FL | David Boone | Filed |
| Vickie Gail Jordan Carrigg, Personal Representative of the Estate of Mallorie Jordan Carrigg, deceased v. General Motors Corporation and M&M Auto Sales & Transport, Inc. | Vickie Gail Jordan Carrigg | SC | Kendall Few | Filed |
| David Day v. General Motors Corporation | David Day | Unknown | Thomas Brown | Unknown |
| Lisa Henry v GM | Lisa Henry | FL | John Andrews | Filed |
| Linda Szejna v GM and Honeywell | Linda Szejna | WI | Russell T. Golla | Unknown |
| Pierre E. Milord, as the Personal Representative of the Estate of Marie Alina Milord, deceased v. Michelin, General Motors, et al. | Pierre E. Milord | unknown | Tad Griffin | Filed |
| Pierre E. Milord, as Personal Representative of the Estate of Jean Paul Milord, deceased v. Michelin, General Motors, et al. | Pierre E. Milord | unknown | Tad Griffin | Filed |
| Anom Josil, individually, and along with Pierre Chavane Cadet, as Co-PRs of Estate of Denise Josil, deceased v. Michelin, General Motors, et al. | Anom Josil | unknown | Tad Griffin | Filed |
| Jean Desanges and Francoise Desanges, his wife v. Michelin, General Motors, et al. | Jean Desanges and Francoise Desanges | unknown | Tad Griffin | Filed |
| Ava Mertens v. GM | Ava Mertens | CA | Theresa Bowen | Filed |
| Jose Huerta-Gonzalez v. GM | Jose Huerta-Gonzalez | CA | Theresa Bowen, Jason Itkin, Kurt Arnold, Jeff Seely | Filed |
| Daniel Miller v General Motors | Daniel Miller | CA | Stephen Doorlag | Filed |
| Keith Varnau v GM | Keith Varnau | WA | Mary Fleck | Filed |
| Kristy MacDonald v. XIT Concrete, Inc.; General Motors Corp. | Kristy MacDonald | TX | Leon Russell | Filed |
| Jerry Newsome v. General Motors Corp. | Jerry Newsome | MI | Leon Russell | Filed |
| Amanda Wainwright v. GM | Amanda Wainwright | Unknown | Ted Leopold | Unknown |
| The Estate of Carolyn Moore v. GM | The Estate of Carolyn Moore | unknown | Hank Didier | Filed |
| Viviana Laguna v. GM | Viviana Laguna | AZ | George Lyons | Filed |
| Ayse Jones/Duvalsaint v. GM | Ayse Jones | unknown | Hank Didier | Filed |
| Robert Dinnigan v. General Motors Corporation, et al. | Robert Dinnigan | NY | Alan M. Shapey | Filed |
| Michael Ashworth v. GM | Michael Ashworth | Beeton, Ontario Canada | G. Lynn Shumway | Filed |
| Patrick Cochrane v. GM | Patrick Cochrane | NH | G. Lynn Shumway | Filed |
| Greg Craddock v. GM | Greg Craddock | KY | G. Lynn Shumway | Filed |
| Mask v. GM | Mask | Unknown | G. Lynn Shumway | Unknown |
| Luvera v General Motors Corporation, et al | Luvera | Unknown | Lynn Grisham | Unknown |

| Anthony Stewart v. GM | Anthony Stewart | AZ | G. Lynn Shumway | Filed |
| --- | --- | --- | --- | --- |
| Theresa Thibodeau v. General Motors | Theresa Thibodeau | ME | Samuel Lanham | Unknown |
| Leteasha Thomas v. GM | Leteasha Thomas | Unknown | Tiffany Johnson | Unknown |
| Brian and Sharon Korotka v GM | Brian and Sharon Korotka | IL | Thadd Llaurado | Filed |
| Benjamin Reynebeau v GM | Benjamin Reynebeau | WI | Thadd Llaurado | Unknown |
| Flores v. GM | Flores | Unknown | Ted Leopold | Unknown |
| Mustafa v. GM | Mustafa | Unknown | Ted Leopold | Unknown |
| Tie Fu Zhang v GM | Tie Fu Zhang | CA | Brian Chase | Filed |
| Bob Campbell v GM | Bob Campbell | KY | Brian Chase | Filed |
| Richard Docksteader v GM | Richard Docksteader | AZ | Brian Chase | Unknown |
| Savino v GM | Savino | unknown | Brian Chase | Unknown |
| Smith v GM | Smith | Unknown | Brian Chase | Unknown |
| Shelby Vassar v GM | Shelby Vassar | CA | Brian Chase | Unknown |
| Gavin and Wendy Yates v GM | Gavin and Wendy Yates | CA | Brian Chase | Filed |
| Ruby Hernandez v. GM | Ruby Hernandez | unknown | Steve Van Gaasbeck | Unknown |
| Keith Smith v. GM | Keith Smith | TX | Steve Van Gaasbeck | Filed |
| Timothy and Bernadette Lloyd, et al., v. GENERAL MOTORS CORPORATION, et al., | Timothy and Bernadette Lloyd, et al., | Unknown | W. Taylor Lacy | Unknown |
| Brittany LaCosse v. General Motors Company, et al. | Brittany LaCosse | IN | Craig McClellan | Unknown |
| Debra Stutes v. General Motors Corp., et al. | Debra Stutes | LA | Craig McClellan | Filed |
| Joni Freidel v. GM | Joni Freidel | SD | James E. Fitzgerald | Unknown |
| Shona Scott v. GM | Shona Scott | GA | Jere L. Beasley | Filed |
| Etoice Mims v. General Motors | Etoice Mims | AL | Jere L. Beasley | Unknown |
| Dean Hightower v. GM | Dean Hightower | SC | Jere L. Beasley | Filed |
| Noelia Gonzalez v. GM | Noelia Gonzalez | NC | Jason Itkin | Filed |
| Hernandez v. GM, Cooper Tire | Hernandez | Cedral San Luis Potosi, Mexico | Julian Gomez | Unknown |
| Huerta v. GM | Huerta | Unknown | Julian Gomez | Unknown |
| Norman Forester v. General Motors Corp., TRW Vehicle Safety Systems, Inc. and City of KC | Norman Forester | MO | Robert L. Langdon | Filed |
| Sergio Chaira v. GMC | Sergio Chaira | AZ | Chris Cowan | Filed |
| Kinnison-Wilson v. General Motors Corporation | Kinnison-Wilson | Unknown | Robert L. Langdon | Unknown |
| Mazie Roberts v. GM | Mazie Roberts | IL | Kent Emison | Filed |
| Kimberly Stokes v. GM | Kimberly Stokes | SC | Ronnie Crosby | Filed |
| Tasso v. GM | Tasso | Unknown | Ronnie Crosby | Unknown |
| Jamian Risher v. GM | Jamian Risher | SC | Ronnie Crosby | Filed |
| Geralene Wilson v. GM | Geralene Wilson | SC | Ronnie Crosby | Filed |
| Owens v. GM | Owens | Unknown | Ronnie Crosby | Unknown |
| Lori Lapierre-DeSalvo v. General Motors et al | Lori Lapierre-DeSalvo | MA | Marc Alpert | Unknown |

| Case | Plaintiff | State | Attorney | Status |
|---|---|---|---|---|
| Ricardo Javier Quiroz Galvez v. General Motors Corp., et al. | Ricardo Javier Quiroz Galvez | Guadalupe, ZAC, Mexico | Robert L. Langdon | Filed |
| John Chase, Esq. conservator and guardian of Evan Warrenchuk v GM | John Chase | MI | B. A. Tyler | Filed |
| Garrett v. GM | Garrett | Unknown | Lance Cooper | Unknown |
| Carril v. GM | Carril | Unknown | Leila Watson | Unknown |
| ALI v. GM | ALI | unknown | Ray Bodiford | Unknown |
| SHERRY v. GM | SHERRY | unknown | Ray Bodiford | Unknown |
| REILLY v. GM | REILLY | unknown | Ray Bodiford | Unknown |
| Pittman v. GM | Pittman | Unknown | Jere L. Beasley | Unknown |
| Bertha Ibarra v. General Motors | Bertha Ibarra | CA | Armen Akaragian | Unknown |
| Paul Hives v. GM | Paul Hives | AL | Jere L. Beasley | Filed |
| Carl Hammond v. GM | Carl Hammond | AL | Jere L. Beasley | Filed |
| Bridgette LaShawn Williams, et al. v. General Motors | Bridgette LaShawn Williams | TX | Chris Cowan | Filed |
| Craig Perkins v. GM | Craig Perkins | KY | Joseph Buckles | Filed |
| Katharine Skutnik v. GM | Katharine Skutnik | TX | Joseph Buckles, Mark Blackburn | Filed |
| James v. GM | James | Unknown | Joseph Buckles | Unknown |
| Jeff Brethauer v GM | Jeff Brethauer | unknown | Jill Madajczyk | Filed |
| Forester v. GM | Forester | Unknown | Jill Madajczyk | Unknown |
| Bradley Simmons v GM | Bradley Simmons | WV | Jill Madajczyk | Filed |
| Smith v. GM | Smith | Unknown | Jill Madajczyk | Unknown |
| Charlotte Payne v. GM | Charlotte Payne | MO | Robert Palmer | Filed |
| Kevin Schoenl v. GM | Kevin Schoenl | NY | Robert Palmer | Filed |
| Blankenhorn v. GM | Blankenhorn | Unknown | Dave Scott | Unknown |
| England v. GM | England | Unknown | Dave Scott | Unknown |
| Reyes v. GM | Reyes | unknown | Dan Dell'Osso | Unknown |
| Hamilton (Toppen as PR) v. GM | Hamilton (Toppen as PR) | Unknown | Monte Beck | Unknown |
| Frank Cina v. GM | Frank Cina | FL | Council Wooten | Filed |
| Keith and Lori Ludolph v. GM | Keith and Lori Ludolph | IL | David Huber | Filed |
| Sarah Rubsam v. GM | Sarah Rubsam | IL | David Huber | Unknown |
| Alicia Brook Arthur v. GM | Alicia Brook Arthur | KY | Don Slavik | Filed |
| Brenda Brock v. GM | Brenda Brock | OK | Ed Abel | Filed |
| Barbara Owens v. GM | Barbara Owens | IL | Greg Shevlin | Filed |
| Sandoval v. GM | Sandoval | Unknown | James Ragan | Unknown |
| Rodriguez/Varela v. GM | Rodriguez/Varela | Unknown | James Ragan | Unknown |
| Brooke Fletcher v. GM | Brooke Fletcher | MO | Jeff Bauer | Unknown |
| Holland v. GM | Holland | Unknown | Jeff Embry | Unknown |
| Hicks v. GM | Hicks | Unknown | Jeff Embry | Unknown |

| Case | Plaintiff | State | Attorney | Status |
|---|---|---|---|---|
| Ochs v. GM | Ochs | Unknown | Kirk Presley | Unknown |
| Cobb v. GM | Cobb | unknown | Larry Coben | Unknown |
| Geist v. GM | Geist | unknown | Larry Coben | Unknown |
| Marc Noveck v. GM | Marc Noveck | NY | Larry Coben, Ron Gilbert | Filed |
| Sherow v. GM | Sherow | unknown | Larry Coben | Unknown |
| Vernon House v. GM | Vernon House | WA | Lewis Van Blois | Filed |
| Marcado v. GM | Marcado | Unknown | Lewis Van Blois | Unknown |
| Swinney v. GM | Swinney | Unknown | Marc LeWinter | Unknown |
| Dominick DiMercurio v. GM | Dominick DiMercurio | MD | Marc Saperstein | Filed |
| Hernandez (Reyes) v. GM | Hernandez (Reyes) | Unknown | Wendell Chip Martens | Unknown |
| Sanchez v. GM | Sanchez | Unknown | Wendell Chip Martens | Unknown |
| Rebecca Hearn, Plaintiff v. New Prime and Joel Fudge, Defendants v. General Motors Corp. and Suzuki Motor Corp. | Rebecca Hearn | CO | Christopher Ayres | Filed |
| Christopher Reddick v. GM | Christopher Reddick | TX | Raymond Hatcher | Filed |
| Duckworth v. GM | Duckworth | Unknown | Taras Rudnitsky | Unknown |
| Robbins v. GM | Robbins | Unknown | Taras Rudnitsky | Unknown |
| Syed v. GM | Syed | Unknown | Taras Rudnitsky | Unknown |
| Vreeland v. GM | Vreeland | Unknown | Taras Rudnitsky | Unknown |
| Kelly v. GM | Kelly | Unknown | Robert Kelley | Unknown |
| Alterman v. General Motors Corp. | Alterman | Unknown | Kent Emison | Unknown |
| Kathleen Secrist v. General Motors Corp. | Kathleen Secrist | IL | Kent Emison, Scott Bethune | Filed |
| Brett Ballard vs. General Motors Corporation | Brett Ballard | MO | Robert L. Langdon | Unknown |
| Sergio Luna v. GM | Sergio Luna | unknown | Jaime Gonzalez | Filed |
| Brass v. General Motors | Brass | Unknown | Pete Daughtery | Unknown |
| Casey William Campbell v. General Motors | Casey William Campbell | AR | April Strahan | Filed |
| Kremling v. General Motors | Kremling | Unknown | April Strahan | Unknown |
| Bohmfalk v. General Motors | Bohmfalk | Unknown | April Strahan | Unknown |
| Montoya v. General Motors | Montoya | Unknown | April Strahan | Unknown |
| Wilcox v. General Motors | Wilcox | Unknown | April Strahan | Unknown |
| James Lee Brown and Roseleen Brown vs. Janice Marie Lee, General Motors Corp. et.al | James Lee Brown and Roseleen Brown vs. Janice Marie Lee, General Motors Corp. et.al | Unknown | David Hodges | Unknown |
| Jorge Figueroa et al v. General Motors Corp, et al | Jorge Figueroa | TX | Jason Itkin | Filed |
| Rosalyn F. Breaux v. Troy Gaspard v. General Motors Corp | Rosalyn F. Breaux | unknown | Jason Itkin | Filed |
| Owen and Wanda Hanks v. Norman Frede Chevrelet Co., david THomas, General Motors Corp, Gustafson Plumbing, INc. Key Safety Restraint Systems, Inc. and | Owen and Wanda Hanks | TX | Jason Itkin | Filed |

| | | | | |
|---|---|---|---|---|
| Key Safety SYstems of Texas | | | | |
| Juan martinez Moreno v. General Motors Corp | Juan martinez Moreno | Unknown | Jason Itkin | Unknown |
| Secrist v. General Motors, et al. | Secrist | Unknown | Wes Shumate | Unknown |
| Newton as Personal Rep of Estate of Akeem Newton v General Motors Corporation | Newton as Personal Rep of Estate of Akeem Newton | Unknown | Mary Faith Carpenter | Unknown |
| Poleon et al v General Motors | Poleon et al | Unknown | Mary Faith Carpenter | Unknown |
| Jamal Allen and Estate of Amea Allen v. General Motors | Jamal Allen and Estate of Amea Allen | Unknown | Jeffrey Ryan Heiskell | Unknown |
| Quinten Allen v. General Motors | Quinten Allen | SC | Jeffrey Ryan Heiskell | Unknown |
| Devon Saul v. General Motors, et al | Devon Saul | TX | Paul Ferguson | Filed |
| William Goff v. General Motors, et. al. | William Goff | Unknown | Jeffrey Ryan Heiskell | Unknown |
| Estate of Jihad Green v. General Motors et al | Estate of Jihad Green | Unknown | Jeffrey Ryan Heiskell | Unknown |
| Estate of Marcie Stone v. General Motors Corporation | Estate of Marcie Stone | Unknown | Jeffrey Ryan Heiskell | Unknown |
| Wilson v. General Motors | Wilson | Unknown | Christopher Brinkley | Unknown |
| Cooper, Natalia v. GM | Cooper, Natalia | Unknown | John G. Simon | Unknown |
| Woodson, Debra v. GM | Woodson, Debra | Unknown | John G. Simon | Unknown |
| Jett v. GM | Jett | Unknown | Daniel T. Defeo | Unknown |
| Cole v. GM | Cole | Unknown | Daniel T. Defeo | Unknown |
| Johnson v. GM | Johnson | Unknown | Steve Crowley | Unknown |
| Joy Wolf v. GM | Joy Wolf | CA | Randy Barnhart, Mike McNally | Unknown |
| Elder v. GM | Elder | Unknown | Barnhart Ekker & McNally | Unknown |
| Tooney v. GM | Tooney | Unknown | Richard Taylor | Unknown |
| Randall v. General Motors | Randall | Unknown | John Rowell | Unknown |
| Cantu - Salinas v. General Motors | Cantu - Salinas | Unknown | J. Michael Moore | Unknown |
| O'Donnell v GM Corp et al | O'Donnell | unknown | Matthew Millea, Linda Williamson | Filed |
| McCrary v. GM | McCrary | Unknown | Mark Algorri | Unknown |
| Jose Leon v. GM | Jose Leon | CA | Mark Algorri | Filed |
| Anderson v. General Motors | Anderson | Unknown | Paul Benton, Tricia Beale | Unknown |
| Pirl v. General Motors | Pirl | Unknown | Daniel Sherry | Unknown |
| Stephanie Verdina v. GM | Stephanie Verdina | unknown | Bruce R. Pfaff | Filed |
| Leon v. GM | Leon | Unknown | Bruce R. Pfaff | Unknown |
| Britanny La,Cosse v. General Motors, et al | Britanny La,Cosse | Unknown | Roger L. Pardieck | Unknown |
| Sean Daniels vs. General Motors | Sean Daniels | TX | Rod S. Squires, Lee Brown | Filed |

| Case | Plaintiff | State | Attorney | Status |
|---|---|---|---|---|
| Brittany and Eden Elkins v General Motors Corp | Brittany and Eden Elkins | Unknown | Scott R. Melton | Unknown |
| DeSanctis v. GM | DeSanctis | Unknown | John Sedgewick | Unknown |
| Jorge Gomez v. GM | Jorge Gomez | TX | Doug Allison | Filed |
| Crispin v. General Motors, et al | Crispin | Unknown | Henry Marshall Blackmon | Unknown |
| Rangel v. GM | Rangel | Unknown | Gregory Moreno | Unknown |
| Nunez v. GM | Nunez | Unknown | Gregory Moreno | Unknown |
| Gomez v. GM | Gomez | Unknown | Gregory Moreno | Unknown |
| Brooks v. GM | Brooks | Unknown | Stuart Ollanik | Unknown |
| Gardiner/Salas v. GM | Gardiner/Salas | Unknown | Stuart Ollanik | Unknown |
| Calihan v. GM | Calihan | Unknown | Stuart Ollanik | Unknown |
| Hernandez v. GM | Hernandez | Unknown | Stuart Ollanik | Unknown |
| Heather Kaul v. GM | Heather Kaul | TX | Lee Brown | Filed |
| Annie Collier v. General Motors | Annie Collier | MS | William H. Liston | Filed |
| Troy Philpot v. General Motors, et al. | Troy Philpot | Unknown | Ted L. Mann | Filed |
| Armida Beltran v. GM | Armida Beltran | AZ | Daniel O'Leary | Filed |
| Gooden v. General Motors | Gooden | unknown | Rick Alvis, Tom Willingham | Unknown |
| Wayne Jeffers v. General Motors | Wayne Jeffers | St. Croix, Virgin Islands | Rick Alvis, Tom Willingham | Filed |
| Kenneth Sheppard v. General Motors | Kenneth Sheppard | unknown | Rick Alvis, Tom Willingham | Filed |
| Speegle v. General Motors | Misty Speegle Lewis | AL | Rick Alvis, Tom Willingham | Filed |
| Earnastine Starks v. General Motors | Earnastine Starks | AL | Rick Alvis, Tom Willingham | Filed |
| Tamela Brown for the estate of Elizabeth Williams v. General Motors | Tamela Brown | AL | Rick Alvis, Tom Willingham | Filed |
| Galindo v. General Motors | Galindo | Unknown | Chris Cowan | Unknown |
| Natalie Ruth Wilson Smith v. General Motors | Natalie Ruth Wilson Smith | TX | Chris Cowan | Filed |
| Monica Llamas/Luna v. General Motors | Monica Llamas/Luna | TX | Jaime Gonzalez | Filed |
| Peterson v. General Motors | Peterson | Unknown | Sid Gilreath | Unknown |
| Anastacio Vasquez Soria v. GM | Anastacio Vasquez | AZ | John Ramsey | Unknown |
| Ligia Ravetto v. General Motors | Ligia Ravetto | CA | Lewis Van Blois | Unknown |
| Konstantino Dakas v. General Motors | Konstantino Dakas | unknown | Craig Hilborn | Unknown |
| Kristina Burgess/O'Donnell v GM Corp et al | Kristina Burgess | AZ | Matthew Millea | Filed |
| Maria Mercado v. GM | Maria Mercado | unknown | Michael Miller | Unknown |
| Frigaard v. General Motors | Frigaard | AZ | Matthew Millea | Filed |
| Stevie Lynn Beale v. General Motors | Stevie Lynn Beale | unknown | Jeffrey Meyers | Filed |
| Aaron Chinn v. General Motors | Aaron Chinn | unknown | Marc Saperstein | Filed |
| Brannan v. General Motors | Brannan | unknown | Tad Griffin | Unknown |

| Mary Baker v. GM | Mary Baker | AZ | Linda Williamson | Filed |
| --- | --- | --- | --- | --- |
| David Kanstoroom v General Motors | David Kanstoroom | FL | Kent Emison | Unknown |
| Sandra Slaymaker v. GM | Sandra Slaymaker | WY | Andrew Payne | Filed |
| Lauren Knowles v. GM | Lauren Knowles | PA | Andrew Stern | Filed |
| Christopher Lynch v. General Motors | Christopher Lynch | NJ | Arthur Johnson | Filed |
| Edmund Addison Williams v. General Motors | Edmund Addison Williams | NC | Patrick Ardis | Filed |
| Shana Tubbs v. General Motors | Shana Tubbs | NY | Daniel Rose | Unknown |
| Alicia Grass v. General Motors | Alicia Grass | AZ | Brian Chase | Unknown |
| Scott v. General Motors | Scott | unknown | Brian Chase | Unknown |
| Michelle Fox v. General Motors | Michelle Fox | unknown | Craig Hilborn | Filed |
| Janet Fackelman v. General Motors | Janet Fackelman | unknown | Craig Hilborn | Filed |
| Patrick Stempien v. General Motors | Patrick Stempien | unknown | Craig Hilborn | Unknown |
| Avelar v. General Motors | Avelar | Unknown | Michael Miller | Unknown |
| Lisa Marie Morin/Ashley Eppich v. General Motors | Lisa Marie Morin/Ashley Eppich | unknown | Jason Itkin | Filed |
| Thomas and Delores Lamphiear v. General Motors | Thomas and Delores Lamphiear | CA | Thadd Llaurado | Unknown |
| Gustavo Perdomo v. General Motors | Gustavo Perdomo | CA | Jason Sigel | Unknown |
| David Landeros Martinez v. General Motors | David Landeros Martinez | CA | Jason Sigel, Robert Buccola | Unknown |
| Ron Hyde v. General Motors | Ron Hyde | OR | Arthur Johnson | Unknown |
| Krista Baland v. General Motors | Krista Baland | TX | Jeff Embry | Unknown |
| Griff Campbell v. General Motors | Griff Campbell | DE | Arthur Johnson | Filed |
| Stuart Edward Russell v. GM | Stuart Edward Russell | unknown | Rick Alvis | Unknown |
| Charles Hankamer v. GM | Charles Hankamer | unknown | Rick Alvis | Unknown |
| Kelly Eugene Hester v. GM | Kelly Eugene Hester | AL | Rick Alvis | Unknown |
| Ron and Vera Rowland v. GM | Ron and Vera Rowland | unknown | Rick Alvis | Unknown |
| Otis Glover v. GM | Otis Glover | AL | Tom Willingham | Unknown |
| George and Beverly Nicely v. GM | George and Beverly Nicely | FL | Tom Willingham | Unknown |
| Eric Murphy v. General Motors | Eric Murphy | MA | Arthur Johnson | Unknown |
| Florian Hinrichs v. GM | Florian Hinrichs | unknown | Richard Morrison | Filed |
| Charles Norman v. GM | Charles Norman | TN | J.P. Sawyer | Unknown |
| Lexie Lyles v. GM | Lexie Lyles | MS | J.P. Sawyer | Unknown |
| Vicky Pollins v. GM | Vicky Pollins | SC | John Parker, Ronnie Crosby | Filed |
| Jeannie Chapman v. GM | Jeannie Chapman | SC | Ronnie Crosby | Unknown |
| Brian Schiner v. GM | Brian Schiner | MD | Arthur Johnson | Unknown |
| Sherry Webb v. GM | Sherry Webb | AL | Ben Baker | Filed |
| Michael Northup v. GM | Michael Northup | PA | Eric Zajac | Filed |
| Kelly Lee v. GM | Kelly Lee | MO | Kent Emison | Unknown |

| | | | | |
|---|---|---|---|---|
| Marla Soffer, Esquire, personal representative of David Arenas v. GM | Marla Soffer, Esq. | PA | Eric Zajac | Filed |
| Anthony Stewart v. GM | Anthony Stewart | Unknown | Lynn Shumway | Unknown |
| Medrano v. GM | Medrano | Unknown | Jeff Wigington | Unknown |
| Gonzalo Lopez v. GM | Gonzalo Lopez | TX | Jeff Wigington | Unknown |
| Sonja Eddleman v. GM | Sonja Eddleman | TX | Jeff Wigington | Filed |
| Perla Cecilia Lopez Aguilar v. GM | Perla Cecilia Lopez Aguilar | TX | Bennett Midlo | Filed |
| Rachel Higgins/Osuna v. GM | Rachel Higgins/Osuna | NM | Jeff Wigington | Filed |
| Cochrane v. General Motors | Cochrane | Unknown | Lynn Shumway | Unknown |
| Ann Walls v. General Motors | Ann Walls | WI | Brad Kuhlman | Filed |
| Bryson Casey v. General Motors | Bryson Casey | MO | Brad Kuhlman | Filed |
| Jessica Jenkins v. General Motors | Jessica Jenkins | KS | Brad Kuhlman | Unknown |
| Gabriela Arreola, as guardian ad litem for Esmeralda Arreola v. General Motors | Gabriela Arreola | CA | Dan Dell'Osso | Filed |
| Gerardo Poole v. GM | Gerardo Poole | MS | Chris Glover | Filed |
| Nancy Fisher v. GM | Nancy Fisher | NV | Rob Palmer | Unknown |
| James Cramer v. GM | James Cramer | CO | Rob Palmer | Unknown |
| Donald Wren v. GM | Donald Wren | MO | Lynn Johnson | Filed |
| Amy Graham v. GM | Amy Graham | Unknown | James Carter | Unknown |
| Antonio Montiel Tellez v. GM | Antonio Montiel Tellez | Reynosa Tamps, Mexico | Julian Gomez | Filed |
| Estate of James Edwards McDowell v. GM | Estate of James Edwards McDowell | FL | Joseph Dunn | Unknown |
| Armando Perez v. GM | Armando Perez | CA | Jeff Wigington | Unknown |
| Subraja Chandrasekar v. GM | Subraja Chandrasekar | WI | Don Slavik | Unknown |
| Genoveva Bermudez v. GM | Genoveva Bermudez | AZ | Larry Coben | Filed |
| Patricia Seals v. GM | Patricia Seals | TX | Chad Points | Filed |
| Larry Brietzke v. GM | Larry Brietzke | TX | Steve Cichowski | Filed |
| Carol and James Berry v. GM | Carol and James Berry | MI | Wolfgang Mueller | Filed |
| Frederick Colenburg v. GM | Frederick Colenburg | MS | Ron Gilbert | Unknown |
| Amber Courtney v. GM | Amber Courtney | MO | Ron Gilbert | Unknown |
| Matthew Hathaway v. GM | Matthew Hathaway | NY | Ron Gilbert | Unknown |
| Richard Blair v. GM | Richard Blair | AZ | Brian Chase | Filed |
| Rafael Figueroa v. GM | Rafael Figueroa | CA | Michael Goldstein | Filed |
| Estate of Alex Garcia v. GM | Yolanda Garcia | unknown | Adam Shea | Filed |
| Brandon Joiner v. GM | Brandon Joiner | IL | Kent Emison | Filed |
| Manuel Trejo v. GM | Manuel Trejo | CA | Gregory Gowan, Mikal Watts | Filed |
| Marisola Mandujano v. GM | Marisola Mandujano | OR | David Rumley | Unknown |
| Irma Avelar v. GM | Irma Avelar | TX | Shalimar Wallis, | Filed |

|  |  |  | Mikal Watts |  |
| --- | --- | --- | --- | --- |
| Micaela Gomez Frias v. GM | Micaela Gomez Frias | CA | Shalimar Wallis, Mikal Watts | Filed |
| Melissa Gaytan v. GM | Melissa Gaytan | TX | Shalimar Wallis, Mikal Watts | Filed |
| Rosario Hernandez v. GM | Rosario Hernandez | NV | Shalimar Wallis, Mikal Watts | Filed |
| Sandra Hernandez v. GM | Sandra Hernandez | AZ | James Hada, Mikal Watts | Filed |
| Elizabeth Jones LeCroy v. GM | Elizabeth Jones LeCroy | AL | James Hada, Mikal Watts | Unknown |
| Alan Pribble v. GM | Alan Pribble | AZ | Shalimar Wallis, Mikal Watts | Unknown |
| Michelle Pryor v. GM | Michelle Pryor | TX | James Hada, Mikal Watts | Filed |
| Marcos Loya Reyes v. GM | Marcos Loya Reyes | CO | Shalimar Wallis, Mikal Watts | Unknown |
| Reynaldo Reyes v. GM | Reynaldo Reyes | TX | Hunter Craft, Mikal Watts | Filed |
| Kenneth Smith v. GM | Kenneth Smith | WV | David Bright, Mikal Watts | Filed |
| Luis Alberto Villa v. GM | Luis Alberto Villa | TX | Gregory Gowan, Mikal Watts | Filed |
| Yolanda Hernandez v. GM | Yolanda Hernandez | CA | Gary Dolinski | Filed |
| Mark Souza v. GM | Mark Souza | CA | Gary Dolinski | Filed |
| Carolyn LaMaina v. GM | Carolyn LaMaina | FL | Earl Denney | Unknown |
| Estella Chapa v. GM | Estella Chapa | TX | Hunter Craft, Mikal Watts | Unknown |
| Kimberly Jones v. GM | Kimberly Jones | MD | Dan DeFeo | Filed |
| Estate of Daniel Lopez Ortiz v. GM | Estate of Daniel Lopez | DE | Eric Zajac | Filed |
| Curt Jacobus as personal representative of Catherine Ann Gailey | Curt Jacobus | FL | Randy Murdaugh | Unknown |
| Douglas Green v. GM | Douglas Green | TX | Randy Roberts, Mikal Watts | Unknown |
| Herman Maddox v. GM | Herman Maddox | Unknown | Phillip Duncan | Unknown |
| Eric Kammerer v. GM | Eric Kammerer | PA | Mark LeWinter | Unknown |
| Wallis v. GM | Charlie Leon Wallis | TX | Todd Tracy | Filed |
| Navarrete v. GM | Pilar Navarrete | TX | Charles Houssiere | Unknown |
| Mujica v. GM | Destiny Mujica | TX | Charles Houssiere | Unknown |
| Edgar Wayne Lear | Edgar Wayne Lear | TX | Todd Tracy | Filed |
| Eduardo Medellin v. GM | Eduardo Medellin | TX | Todd Tracy | Unknown |
| Jesse Arevalo v. GM | Jesse Arevalo | TX | Todd Tracy | Filed |
| Benjamin Barrera v. GM | Benjamin Barrera | TX | Todd Tracy | Filed |
| Duncan v. GM | Eva Duncan Blodgett | MI | Todd Tracy | Unknown |

| | | | | |
|---|---|---|---|---|
| Juan Sanchez Hernandez v. GM | Juan Sanchez Hernandez | TX | Todd Tracy | Filed |
| James Lovell v. GM | James Lovell | AR | Todd Tracy | Filed |
| Jason Rannebarger v. GM | Jason Rannebarger | TX | Todd Tracy | Filed |
| Julio Hurtado v. GM | Julio Hurtado | TX | Todd Tracy | Filed |
| Munoz v. GM | Maria Munoz Hernandez | TX | Todd Tracy | Filed |
| Pamela Harvey v. GM | Pamela Harvey | TX | Todd Tracy | Filed |
| Shaver v. GM | Joe Edwards Shaver | TX | Todd Tracy | Filed |
| Tammy Battle v. GM | Tammy Battle | TX | Todd Tracy | Filed |
| Thompson v. GM | Steven Criddle | TX | Todd Tracy | Filed |
| David Gawlik v. GM | David Gawlik | TX | Todd Tracy | Filed |
| Jennifer Robinson v. GM | Jennnifer Robinson | TX | Todd Tracy | Filed |
| Lloyd Dean Dunkin | Lloyd Dean Dunkin | TX | Todd Tracy | Filed |
| Doug James v. GM | Doug James | Unknown | Todd Tracy | Filed |
| Dygliesha McMillan v. GM | Dygliesha McMillan | Unknown | Todd Tracy | Unknown |
| Onetta Bush v. GM | Onetta Bush | TX | Todd Tracy | Unknown |
| Amanda Garcia v. GM | Amanda Garcia | TX | Todd Tracy | Unknown |
| Dacy Dekins v. GM | Dacy Dekins | NM | Todd Tracy | Unknown |
| Danielle Royal v. GM | Danielle Royal | Unknown | Todd Tracy | Unknown |
| Euralanda Gates v. GM | Euralanda Gates | TX | Todd Tracy | Unknown |
| Jason Leen v. GM | Jason Leen | TX | Todd Tracy | Unknown |
| Jon Bonnette v. GM | Jon Bonnette | TX | Todd Tracy | Unknown |
| Kristina Quinn v. GM | Kristina Quinn | FL | Todd Tracy | Unknown |
| Malisa Shelton v. GM | Malisa Shelton | TX | Todd Tracy | Unknown |
| Mohammad Hussain v. GM | Mohammad Hussain | TX | Todd Tracy | Unknown |
| Wylla Ramsey v. GM | Wylla Ramsey | CA | Todd Tracy | Unknown |
| Brasher v. GM | Gina Brasher | TX | Todd Tracy | Unknown |
| Sauer v. GM | Jeffrey Sauer | WI | Russ Golla | Unknown |
| Jimsey Walton v. GM | Jimsey Walton | TX | Michael Lowenberg | Filed |
| Shane v. GM | Thomas Shane | TN | Ralph Chapman | Unknown |