IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
                                                                                            :

In re:                                                                         :             Chapter 11
                                                                            :

MOTORS LIQUIDATION COMPANY, *et al.*,      :       Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS CORP., *et al.*,
                                                                            :

                                        Debtors.            :             (Jointly Administered)
-------------------------------------------------------------------------X

## ORDER GRANTING MOTION OF GENOVEVA BERMUDEZ TO FILE LATE PROOF OF CLAIM OR, IN THE ALTERNATIVE, TO AMEND INFORMAL PROOF OF CLAIM

Upon the motion (the "Motion") of Genoveva Bermudez (the "Movant") to File Late Proof of Claim or, in the Alternative, to Amend Informal Proof of Claim, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Movant is permitted to file a proof of claim and such proof of claim shall be deemed timely filed, or, in the alternative, Movant is permitted to amend her informal proof of claim.

Dated: _____, 2010

                                                                         Honorable Robert E. Gerber
                                                                         UNITED STATES BANKRUPTCY JUDGE