**HEARING DATE AND TIME:  June 15, 2010 at 9:45 a.m. (Eastern Time)**
**OBJECTION DEADLINE:  June 8, 2010 at 4:00 p.m. (Eastern Time)**

Barry E. Bressler (*admitted pro hac vice*)
Richard A. Barkasy (*admitted pro hac vice*)
Benjamin P. Deutsch (BD-5435)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone:  (212) 973-8000
Fax:  (212) 972-8798
*Attorneys for Genoveva Bermudez*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                              :
In re:                                                        :       Chapter 11
                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,                         :       Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS CORP., *et al.*,                         :
                                                              :
                              Debtors.                        :       (Jointly Administered)
------------------------------------------------------------------------X

### CERTIFICATE OF SERVICE
### OF MOTION OF GENOVEVA BERMUDEZ TO FILE LATE PROOF OF CLAIM OR, IN THE ALTERNATIVE, TO AMEND INFORMAL PROOF OF CLAIM

I, Benjamin P. Deutsch, hereby certify that on May 10, 2010, I caused to be served:

(i)     Motion of Genoveva Bermudez to File Late Proof of Claim or, in the Alternative, to Amend Informal Proof of Claim; and

(ii)    Notice of Motion of Genoveva Bermudez to File Late Proof of Claim or, in the Alternative, to Amend Informal Proof of Claim

via:  (a) the United States Bankruptcy Court for the Southern District of New York's electronic filing system to all parties requesting electronic notice and (b) via first class mail, postage prepaid, upon the persons and entities listed below:

Harvey R. Miller, Esq.                          Motors Liquidation Company
Stephen Karotkin, Esq.                          500 Renaissance Center, Suite 1400
Joseph H. Smolinsky, Esq.                       Detroit, MI  48243
Weil, Gotshal & Manges, LLP                     Attn:  Ted Stenger
767 Fifth Avenue
New York, NY 10153

General Motors, LLC
400 Renaissance Center
Detroit, MI 48265
Attn: Lawrence S. Buonomo

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

U.S. Department of Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn: Joseph Samarias

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Thomas Moers Mayer, Esq.
Amy Caton, Esq.
Laura Macksoud, Esq.
Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams

David S. Jones, Esq.
Natalie Kuehler, Esq.
U.S. Attorney's Office
86 Chambers Street, 3rd Floor
New York, NY 10007

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Trevo W. Swett, II, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005

Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201

SCHNADER HARRISON SEGAL
  & LEWIS LLP

Dated: May 10, 2010

By:  /s/ Benjamin P. Deutsch
      Benjamin P. Deutsch (BD-5435)
        bdeutsch@schnader.com
      140 Broadway, Suite 3100
      New York, NY 10005-1101
      Phone: (212) 973-8000
      Fax: (212) 972-8798

      - and -

14

Barry E. Bressler, Esquire
  (*admitted pro hac vice*)
   bbressler@schnader.com
Richard A. Barkasy, Esquire
  (*admitted pro hac vice*)
   rbarkasy@schnader.com
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Phone: (215) 751-2000
Fax:  (215) 751-2205

*Attorneys for Genoveva Bermudez*

PHDATA 3282952_1