AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
Barbara Lee Caldwell (SBN #003246)
Email: blc@ashrlaw.com

Attorneys for Maricopa County

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, et al. *fka* GENERAL MOTORS CORPORATION,<br><br>Debtors. | Case No.  1:09-bk-50026-REG<br><br>Chapter 11<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

Maricopa County, by and through its attorney undersigned, hereby withdraws the balance of its Claim No. 3046 filed on October 2, 2009 in the amount of $1,890,310.68 in the above-entitled matter as the 2009 real property taxes have been paid in full.

DATED this 11th day of May, 2010.

                                                Aiken Schenk Hawkins & Ricciardi P.C.

                                                BY: /s/ Barbara Lee Caldwell____
                                                    BARBARA LEE CALDWELL
                                                    Attorney for Maricopa County

Copies of the foregoing **MAILED** or **ELECTRONICALLY** mailed
this 11th day of May, 2010 to:

The Garden City Group, Inc.
Motors Liquidation Company Claims Agent
P.O. Box 9386
Dublin, OH 43017-4286

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Email: harvey.miller@weil.com
Email:  Stephen.karotkin@weil.com
Email: Joseph.Smolinsky@weil.com
Attorneys for Debtors

The Office of the United States Trustee
33 Whitehall Street,
21st Floor
New York, New York 10004


/s/ Joanne Granville