AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
Barbara Lee Caldwell (SBN #003246)
Email: blc@ashrlaw.com

Attorneys for Maricopa County

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

MOTORS LIQUIDATION COMPANY, et al. *fka* GENERAL MOTORS CORPORATION,

Debtors.

Case No.  1:09-bk-50026-REG

Chapter 11
(Jointly Administered)

## **NOTICE OF WITHDRAWAL OF CLAIM**

Maricopa County, by and through its attorney undersigned, hereby withdraws the balance of its Claim No. 3047 filed on October 2, 2009 in the amount of $25,883.80 in the above-entitled matter as the Claim was subsequently amended.

DATED this 11th day of May, 2010.

Aiken Schenk Hawkins & Ricciardi P.C.


BY: /s/ Barbara Lee Caldwell\_\_\_\_
     BARBARA LEE CALDWELL
     Attorney for Maricopa County

Copies of the foregoing **MAILED** or **ELECTRONICALLY** mailed
this 11th day of May, 2010 to:

The Garden City Group, Inc.
Motors Liquidation Company Claims Agent
P.O. Box 9386
Dublin, OH 43017-4286

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Harvey Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Email: harvey.miller@weil.com
Email:  Stephen.karotkin@weil.com
Email: Joseph.Smolinsky@weil.com
Attorneys for Debtors

The Office of the United States Trustee
33 Whitehall Street,
21st Floor
New York, New York 10004


/s/ Joanne Granville