Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
E-mail: tscobb@vorys.com
Counsel to Worthington Specialty Processing

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| In re: ) | |
| ) | **Case No: 09-50026** |
| **Motors Liquidation Company, et al.**[1] ) | |
| ) | |
| **Debtors.** ) | **Honorable Robert E. Gerber** |
| ) | |

### WITHDRAWAL OF PROOF OF CLAIM DESIGNATED NUMBER 45422

Worthington Specialty Processing ("WSP"), by and through counsel, hereby files a withdrawal of WSP's claim designated number 45422, filed November 25, 2009.

Dated:  May 12, 2010                    Respectfully submitted,

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq.  (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
Facsimile:  614-719-4663
E-mail: tscobb@vorys.com
Counsel to Worthington Specialty Processing

---

[1] Debtors include: General Motors Corporation, Chevrolet-Saturn of Harlem, Inc., Saturn, LLC, and Saturn Distribution Corporation.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the preceding Withdrawal of Claim Number 45422 was electronically filed through the Court's ECF system and served this 12th day of May, 2010, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The Withdrawal of Claim Number 45422 was also served by United States Mail, first-class, proper postage affixed upon the following:

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>Attn: Harvey R. Miller<br>767 Fifth Avenue<br>New York, New York 10153 | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| The Garden City Group, Inc.<br>Motors Liquidation Company Claims Agent<br>P.O. Box 9386<br>Dublin, OH 43017-4286 | |

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb

5/12/2010 8351003