UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                          :
                                                               :  Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
    f/k/a General Motors Corp., *et al.*                    :  09-50026 (REG)
                                                               :
          Debtors.                                           :  (Jointly Administered)
                                                               :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Alison Moodie, being duly sworn, depose and state:

1.   I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On May 11, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on Chapell & Associates LLC, Attn: Alan Chapell, 297 Driggs Avenue, Suite 3A, Brooklyn, NY 11222:

- Order Granting Final Application of Alan Chapell, Consumer Privacy Ombudsman, for Approval of Compensation for Services Rendered during the Period from June 8, 2009 through and including October 4, 2009 [Docket No. 5751].

Dated:  May 12, 2010                    /s/ Alison Moodie
       Melville, New York               Alison Moodie

Sworn to before me this 12th day of May, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012