# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | MATILDE NINO, INDIVIDUALLY <br> ATTN: JOSH W HOPKINS <br> SICO, WHITE, HOELSCHER & BRAUGH LLP <br> 802 NORTH CARANCAHUA, SUITE 900 <br> CORPUS CHRISTI, TX 78470 |
| Claim Number (if known): | 238 |
| Date Claim Filed: | 6/24/2009 |
| Total Amount of Claim Filed: | 645590 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:  _05-04-2010_

Print Name: _Josh W. Hopkins_

Title (if applicable):_____

------------------------------------------------------------------------

MAY – 7 2010