IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, *et al*.,               :
    f/k/a General Motors Corp., *et al.*   :   Chapter 11
                                                    :   Case No. 09-50026 (REG)
                                                    :   (Jointly Administered)
            Debtors.                                :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On May 13, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 5602] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

    /s/ Kimberly Murray___
    Kimberly Murray

Sworn to before me this 13th day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Barry Sales Engineering Inc.
116 N. Kirkwood Rd.
St. Louis, MO 63122

**TRANSFEREE**
Blue Heron Micro Opportunities Fund (1)
c/o Blue Heron Micro Opportunities Fund, LLP
Attn: Claims Processing Dept.
P.O. Box 14610
Surfside Beach, SC 29587