SULLIVAN & WORCESTER LLP
Richard Hiersteiner
Jeanne P. Darcey
Charlotte P. Bodell
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Facsimile: (617) 338-2880
Email: rhiersteiner@sandw.com
         jdarcey@sandw.com
         cbodell@sandw.com

*Attorneys for U.S. Bank National Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | ) Case No. 09-50026 (REG) |
| f/k/a General Motors corp., *et al.* | ) |
| | ) Jointly Administered |
| **Debtors.** | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Charlotte P. Bodell, hereby certify that on this 13th day of May, 2010, copies of the *NOTICE OF WITHDRAWAL OF CLAIMS FILED BY U.S. BANK NATIONAL ASSOCIATION, AS OWNER TRUSTEE* were served by electronic means via the Court's CM/ECF system on the parties registered with the CM/ECF system for such service.

Dated: May 13, 2010
Boston, MA

**Sullivan & Worcester LLP**

By: /s/ *Charlotte P. Bodell*
    Charlotte P. Bodell
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Facsimile: (617) 338-2880
Email: cbodell@sandw.com

{B1112840; 1}