# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | NYSEG SOLUTIONS <br> 31 LEWIS STREET SUITE 401 <br> BINGHAMTON, NY, 13901 |
| Claim Number (if known): | 6831 |
| Date Claim Filed: | 10/05/2009 |
| Total Amount of Claim Filed: | $0.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 5-5-2010

*Shauna M. Fiske* (signature)

Print Name: Shauna M. Fiske

Title (if applicable): Credit /Collection Analyst

---

**DEFINITIONS**

MAY 10 2010

US_ACTIVE:¥43219392¥02¥72240.0639