# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 <br><br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br><br> [ ] MLCS, LLC, Case No. 09-50027 <br><br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br><br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | JANIS ANDERSON AND ALL WRONGFUL DEATH BENEFICIARIES <br> LAW OFFICE OF PAUL T BENTON <br> PO BOX 1341 <br> BILOXI, MS 39533 |
| Claim Number (if known): | 417 |
| Date Claim Filed: | 7/2/2009 |
| Total Amount of Claim Filed: | ~~464505~~ $5,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: May 5, 2010

Print Name: Tricia L. Beale

Title (if applicable): _____

MAY 10 2010

US_ACTIVE:¥43219392¥02¥72240.0639