PRESENTMENT DATE AND TIME: May 14, 2010 at 12:00 noon (Eastern Time)
OBJECTION DEADLINE: May 12, 2010 at 4:00 p.m. (Eastern Time)

Keith N. Costa (KC-1213)
Martin Domb (MD-4109)
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
*Attorneys for Zinn Companies, Inc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                              Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.*,              Case No. 09-50026 (REG)
(f/k/a General Motors Corp., *et al.*)

              Debtors.                 (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION

Pursuant to Section 1746 of Title 28, the undersigned hereby certifies under penalty of perjury that no objection or response has been received as of the objection deadline with respect to the following:

- Stipulation and Agreed Order between Zinn Company, Inc. and General Motors LLC (the "Stipulation")

Objection Deadline: **Wednesday, May 12, 2010 at 4:00 p.m.** (prevailing Eastern Time).

Accordingly, we hereby respectfully request this Court approve and enter the Stipulation.

Dated: New York, New York
May 13, 2010

                                  s/ *Keith N. Costa*
                                  Keith N. Costa (KC-1213)
                                  Martin Domb (MD-4109)
                                  AKERMAN SENTERFITT LLP
                                  335 Madison Avenue, 26th Floor
                                  New York, New York 10017
                                  Telephone: (212) 880-3800
                                  Facsimile: (212) 880-8965
                                  *Attorneys for Zinn Company, Inc.*

{NY102014;1}