Keith N. Costa (KC-1213)
Martin Domb (MD-4109)
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
*Attorneys for Zinn Companies, Inc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re                                                    Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.*,    Case No. 09-50026 (REG)
(f/k/a General Motors Corp., *et al.*)

                  Debtors.                (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

KEITH N. COSTA, being duly sworn, deposes and says:

1.     I am a Shareholder at Akerman Senterfitt LLP, located at 335 Madison Avenue, New York, New York 10017.   I am over the age of eighteen years and am not a party to the above-captioned action.

2.     On May 13, 2010, I caused to be served the:

   - Notice of No Objection/ Certificate of No Objection with respect to the Stipulation and Agreed Order between Zinn Company, Inc. and General Motors LLC

by causing true and correct copies to be delivered by first class mail to attorneys for he Debtor:

Joseph H. Smolinsky
Evan S. Lederman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

Dated: New York, New York
      May 13, 2010

Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: _____

Keith N. Costa (KC 1213)
Akerman Senterfitt LLP
335 Madison Avenue, Suite 2600
New York, New York 10017-4636
Tel: (212) 880-3880
Fax: (212) 880-8965
keith.costa@akerman.com

*Attorneys for Zinn Company, Inc.*

Sworn to before me
this 13th day of May, 2010

_____
Notary Public

Kathlyn M. Schwartz
Notary Public, State of New York
No. 02SC6213930
Qualified in Westchester County
Commission Expires November 23, 2013