

**New York State Department of Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

05/03/2010

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
General Motors Corporatioin
c/o The Garden City Group, Inc.
105 Mesess Road
Melville, NY  11747

Re:  Claim withdrawal for Saturn Corporation
     Docket #:  09-50027

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim in the amount of $24,637.40 with a statement date of 04/20/2010.  There is no surviving Administrative expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Kathleen Reilly
Tax Compliance Representative

cc: David Demeter