# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | MARIA CARRISOSA & ANASTACIO SORIA, INDIVIDUALLY & ON BEHALF OF THE<br>ATTN RON SIMON<br>SIMON AND LUKE LLP<br>2929 ALLEN PARKWAY 42ND FLOOR<br>HOUSTON, TX 77019 |
| Claim Number (if known): | 66 |
| Date Claim Filed: | 6/15/2009 |
| Total Amount of Claim Filed: | 671715 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 5/5/10

Print Name: Daniel V. Rice

Title (if applicable): Attorney

US_ACTIVE:¥43219392¥02¥72240.0639