UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                            :     Chapter 11
                                                  :
MOTORS LIQUIDATION COMPANY, et al.   :     Case No.: 09-50026
                                                  :
                            Debtors.         :     (Jointly Administered)
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Joseph F. Roda, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the Settlement Agreement in Soders v. General Motors Corp. and RodaNast, P.C., creditors in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

DATED: May 7, 2010

                                              _____
                                              JOSEPH F. RODA
                                              Atty. I.D. No. 20615

                                              RODANAST, P.C.
                                              801 Estelle Drive
                                              Lancaster, Pennsylvania 17601
                                              (717) 892-3000
                                              jroda@rodanast.com

                                              *Attorney for the Settlement Agreement in Soders v. General Motors Corp. and RodaNast, P.C., Creditors*