UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, et al. | : | Case No.: 09-50026 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Honorable Robert E. Gerber |

-----------------------------------------------------------x

### [Proposed] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Joseph F. Roda to be admitted, *pro hac* vice, to represent the Settlement Agreement in Soders v. General Motors Corp. and RodaNast, P.C., creditors in the above-referenced case, and upon the movant's certification that he is a member in good standing of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED**, that Joseph F. Roda, Esquire, is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Settlement Agreement in Soders v. General Motors Corp. and RodaNast, P.C. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____        _____
                                ROBERT E. GERBER
                                UNITED STATES BANKRUPTCY JUDGE