IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:
MOTORS LIQUIDATION COMPANY.         :    CASE NO.   09-50026

                                    :    Judge Robert E. Gerber

DEBTOR

## WITHDRAWAL

COMES NOW IKON Financial Services hereby withdraws its contingency claim filed August 4th 2009 in the amount of $5,700.00 in the above-captioned matter.

This 6th day of May 2010.

Niki Skinner
Bankruptcy Specialist

IKON Financial Services
P.O. Box 13708
Macon, Georgia 31208-3708
800-480-6513 ext. 2820

