**FOLEY & LARDNER LLP**
Ann Marie Uetz *(Admitted Pro Hac Vice)*
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Keith C. Owens *(Admitted Pro Hac Vice)*
555 South Flower Street, 35th Floor
Los Angeles, CA 90071-2411

*Attorneys for* Tokyo Radiator Mfg Co., Ltd.

**UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY *et al.*, | : | Case No. 09-50026 (REG) |
|     f/k/a General Motors Corp., et al. | : | |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |

---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF TOKYO RADIATOR MFG CO., LTD.**

Tokyo Radiator Mfg Co., Ltd. hereby withdraws without prejudice its Proof of Claim (Claim No. 17795) as such claim is a postpetition claim that has been paid in accordance with the Supplier Termination Claims process.

LACA_2562169.1

Dated:  May 14, 2010

FOLEY & LARDNER LLP

/s/ Ann Marie Uetz

Ann Marie Uetz *(Admitted Pro Hac Vice)*
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Keith Owens *(Admitted Pro Hac Vice)*
555 South Flower Street, 35th Floor
Los Angeles, CA 90071-2411
Telephone: (213) 972-4500
Facsilmile: (213) 486-0065

*Attorneys for Tokyo Radiator Mfg Co., Ltd.*

2