TO: United States Bankruptcy Court
and Clerk of Court

From: Latrell Barfield
P.O. box 536234
Orlando, Florida 32853-6234

Latrell Barfield mailed a previous indigency application by mail. Did the United States Bankruptcy Court receive Latrell Barfield previous letter? The letter may have been stolen, Latrell Barfield also suspect someone stole Latrell Barfield title to make false claims to Chevrolet or general motor using their name. Latrell Barfield previously mailed to the Garden City Group.

*Latrell Barfield* (signature)

RECEIVED
MAY 12 2010

IN THE CIRCUIT/COUNTY COURT OF THE ---------------- JUDICIAL CIRCUIT
IN AND FOR ---------------- COUNTY, ~~FLORIDA~~ New York

Plaintiff/Petitioner or in the Interest Of: **Latrell D. Barfield**

CASE NO. **09-50026 (Reg)**

vs. Defendant/Respondent: **Motors Liquidation Company**

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence you must enroll in the clerk's office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have **0** dependents. (Include only those persons you list on your U.S. income tax return.)
   Are you Married? Yes (**No**)   Does your Spouse Work?...Yes (**No**)   Annual Spouse Income? $ **00.00**

2. I have a net income of $ **674.00** paid    weekly    every two weeks    semi-monthly    (**monthly**)    yearly    other
   *(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. I have other income paid    weekly    every two weeks    semi-monthly    monthly    yearly    other **One income Social Security**
   (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

   | Item | Amount | | Item | Amount |
   |---|---|---|---|---|
   | Second Job | Yes $ 00.00 (**No**) | | Veterans' benefits | Yes $ 00.00 |
   | Social Security benefits For you | (**Yes**) $ 674.00 No | | Workers compensation | Yes $ 00.00 |
   | For child(ren) | Yes $ 00.00 (**No**) | | Income from absent family members | Yes $ 00.00 |
   | Unemployment compensation | Yes $ 00.00 (**No**) | | Stocks/bonds | Yes $ 00.00 |
   | Union payments | Yes $ 00.00 (**No**) | | Rental income | Yes $ 00.00 |
   | Retirement/pensions | Yes $ 00.00 (**No**) | | Dividends or interest | Yes $ 00.00 |
   | Trusts | Yes $ 00.00 (**No**) | | Other kinds of income not on the list | Yes $ 00.00 |
   | | | | Gifts | Yes $ 00.00 |

   I understand that I will be required to make payments for fees and costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No")

   | Item | Amount | | Item | Amount |
   |---|---|---|---|---|
   | Cash | Yes $ 00.00 (**No**) | | Savings account | Yes $ 00.00 |
   | Bank account(s) | Yes $ 00.00 (**No**) | | Stocks/bonds | Yes $ 00.00 |
   | Certificates of deposit or money market accounts | Yes $ 00.00 (**No**) | | Homestead Real Property* | Yes $ 00.00 |
   | Boats* | Yes $ 00.00 (**No**) | | Motor Vehicle* | Yes $ 00.00 |
   | | | | Non-homestead real property/real estate* | Yes $ 00.00 |

   *show loans on these assets in paragraph 5

   Check one: I    DO    (**DO NOT** expect to receive more assets in the near future.)    The asset is _____

5. I have total liabilities and debts of $**6465.32** as follows: Motor Vehicle $ **00.00**, Home $ **1600.00** Other Real Property $ **00.00**, Child Support paid direct $ **00.00**, Credit Cards $ **4865.32**, Medical Bills $ **00.00**, Cost of medicines (monthly) $ **00.00**,
   Other $ **00.00**

6. I have a private lawyer in this case............ Yes (**No**)

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this **27** day of **April**, 20**10**

Date of Birth: **04-24-1972**

Driver's License or ID Number: **B614-524-72-644-4**

Signature of Applicant for Indigent Status: *Latrell Barfield*
Print Full Legal Name: **Latrell Denise Barfie[ld]**
Phone Number: **407-416-0687**

Address, P O Address, Street, City, State, Zip Code: **P.O. Box 536234, Orlando, Fla. 32853-6234**

MAY 1 2 2010

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated this _____ day of _____, 20 ____.

Clerk of the Circuit Court by _____

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**
Sign here if you want the judge to review the clerk's decision *Latrell Barfield*