**NEW HEARING DATE AND TIME: June 29, 2010 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: June 22, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**MOTORS LIQUIDATION COMPANY**, *et al.*, : **09-50026 (REG)**
        f/k/a General Motors Corp., *et al.* :
: 
                    **Debtors.** : **(Jointly Administered)**
: 
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON JULIE AND DAVID BRITTINGHAM'S APPLICATION FOR AN ORDER PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING AND DIRECTING (A) THE PRODUCTION OF DOCUMENTS AND (B) THE ORAL EXAMINATION OF INDIVIDUALS DESIGNATED BY THE DEBTORS AND BELIEVED TO HAVE <u>KNOWLEDGE OF THE RELEVANT MATTERS</u>**

PLEASE TAKE NOTICE THAT

The hearing on the Application of Julie and David Brittingham for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) The Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [Docket No. 3665] (the "**Motion**"), which was originally scheduled to occur

before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on May 27, 2010 at 9:45 a.m. (Eastern Time), has been adjourned to **June 29, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**").  The new objection deadline shall be **June 22, 2010 at 4:00 p.m. (Eastern Time)**.  The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  New York, New York
       May 19, 2010

                                  /s/ David Berz
                                  Harvey R. Miller
                                  Stephen Karotkin
                                  Joseph H. Smolinsky
                                  David R. Berz

                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Facsimile: (212) 310-8007

                                  Attorneys for Debtors
                                  and Debtors in Possession