**NEW HEARING DATE AND TIME: June 29, 2010 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: June 22, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**MOTORS LIQUIDATION COMPANY,** *et al.*, : **09-50026 (REG)**
      f/k/a General Motors Corp., *et al.* :
: 
                Debtors. : (Jointly Administered)
: 
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON REMY INTERNATIONAL
INC.'S APPLICATION FOR AN ORDER PURSUANT TO RULE 2004 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING AND
DIRECTING (A) THE PRODUCTION OF DOCUMENTS AND (B) THE ORAL
EXAMINATION OF INDIVIDUALS DESIGNATED BY THE DEBTORS AND
BELIEVED TO HAVE KNOWLEDGE OF THE RELEVANT MATTERS**

PLEASE TAKE NOTICE THAT

The hearing on Remy International Inc.'s Application for an Order

Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and

Directing (A) the Production of Documents and (B) the Oral Examination of Individuals

Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters

[Docket No. 3769] (the "**Motion**"), which was originally scheduled to occur before the

Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green,

Room 621, New York, New York 10004, on May 27, 2010 at 9:45 a.m. (Eastern Time), has been adjourned to **June 29, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**"). The new objection deadline shall be **June 22, 2010 at 4:00 p.m. (Eastern Time)**. The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
       May 19, 2010

/s/ David Berz
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession