**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WITHDRAWAL OF CLAIM**

| | |
|---|---|
| Debtor Name and Case Number: | ■ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management <br> Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, <br> Inc., Case No. 09-50030 |
| Creditor Name and Address: | Conestoga-Rovers & Associates, Inc. <br> 2055 Niagara Falls Boulevard <br> Suite #3 <br> Niagara Falls, New York 14304 |
| Claim Number (if known): | 59017 |
| Date Claim Filed: | 11/27/2009 |
| Total Amount of Claim Filed: | $585,051.37 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:   May 18, 2010

Print Name:    Ian K. Richardson

Title (if applicable):    Executive Vice President

---

US_ACTIVE:¥43219392¥02¥72240.0639
6416642.1 27435/133047