# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ■ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Conestoga-Rovers & Associates, Inc.<br>2055 Niagara Falls Boulevard<br>Suite #3<br>Niagara Falls, New York 14304 |
| Claim Number (if known): | 69937 |
| Date Claim Filed: | 02/01/2010 |
| Total Amount of Claim Filed: | $7,468,564.18 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: May 18, 2010

Print Name: Ian K. Richardson

Title (if applicable): Executive Vice President

US_ACTIVE:\43219392\02\72240.0639
6416789.1 27435/133047