# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ■ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | Conestoga-Rovers & Associates, Inc. <br> 2055 Niagara Falls Boulevard <br> Suite #3 <br> Niagara Falls, New York 14304 |
| Claim Number (if known): | 70182 |
| Date Claim Filed: | 03/30/2010 |
| Total Amount of Claim Filed: | $7,507,412.43 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: May 18, 2010

*[signature]*

Print Name:   Ian K. Richardson

Title (if applicable):   Executive Vice President