**PRESENTMENT DATE AND TIME: May 19, 2010 at 12:00 noon (Eastern Time)**
**OBJECTION DEADLINE: May 18, 2010 at 12:00 noon (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                    :
**In re**                          :      **Chapter 11 Case No.**
                    :
**MOTORS LIQUIDATION COMPANY,** *et al.,*  :      **09-50026 (REG)**
     f/k/a **General Motors Corp.,** *et al.*    :
                    :
           **Debtors.**      :      **(Jointly Administered)**
                    :
-------------------------------------------------------------x

**ORDER DENYING MOTIONS OF LISA GROSS FOR LEAVE TO FILE CLAIM AND FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the motions (the "**Motions**"), each dated March 2, 2010, of Lisa Gross ("**Movant**") requesting leave to file a claim [Docket No. 5178] and requesting relief from the automatic stay [Docket No. 5179] to proceed with case number 08-3236 (the "**Appeal**"), currently pending in the United States Court of Appeals for the Tenth Circuit, all as more fully described in the Motions; and the Court having jurisdiction to consider the Motions and the requested relief in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motions being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and Motors Liquidation Company and its affiliated debtors having filed their consolidated opposition to the Motions [Docket No. 5379] (the "**Opposition**"); and the Court having held a hearing to consider the requested relief on April 29, 2010

(the "**Hearing**"); and based upon the Motions, the Opposition, and the record of the Hearing, and all of the proceedings before the Court, it is

ORDERED that for the reasons set forth on the record of the Hearing, the Motions are DENIED; and it is further

ORDERED that this Order is without prejudice to Movant's right to pursue causes of action against, and seek relief from, non-debtor entities, including General Motors, LLC; and it is further

ORDERED this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: New York, New York
      May **20**, 2010

*s/ Robert E. Gerber*
THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE