**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MOTORS LIQUIDATION COMPANY | § | |
| f/k/a | § | Case No. 09-50026-REG-11 |
| GENERAL MOTORS CORPORATION | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Now comes LEWISVILLE INDEPENDENT SCHOOL DISTRICT, herein referred to as "LISD," and files this notice of withdrawal of its Proof of Claim, filed October 29, 2009, in the amount of $760.46, and listed as Claim No. 17318 in Debtor's claims register and would show:

1. The above-referenced Proof of Claim has been paid in full .

    Respectfully submitted,

    LAW OFFICES OF ROBERT E. LUNA, P.C.
    4411 N. Central Expressway
    Dallas, Texas 75205
    (214) 521-8000
    (214) 521-1738 FACSIMILE
    sheehan@txschoollaw.com


    By:  /s/ Andrea Sheehan
         Andrea Sheehan
         Texas State Bar No. 24002935

    Attorney for LEWISVILLE INDEPENDENT
    SCHOOL DISTRICT

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim was served upon the parties listed below at the designated addresses, via electronic mail or first class U.S. mail this 20th day of May, 2010.

/s/ Andrea Sheehan
ANDREA SHEEHAN

Joseph R. Sgroi
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

U.S. Trustee
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004 `