**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **MOTORS LIQUIDATION COMPANY** | § | |
| **f/k/a** | § | Case No. 09-50026-REG-11 |
| **GENERAL MOTORS CORPORATION** | § | |
| | § | |
| **Debtor.** | § | CHAPTER 11 |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Now comes CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT, herein referred to as "CFBISD," and files this notice of withdrawal of its Proof of Claim, filed October 29, 2009, in the amount of $5,986.61, and listed as Claim No. 17319 in Debtor's claims register and would show:

1. The above-referenced Proof of Claim has been paid in full .

        Respectfully submitted,

        LAW OFFICES OF ROBERT E. LUNA, P.C.
        4411 N. Central Expressway
        Dallas, Texas 75205
        (214) 521-8000
        (214) 521-1738 FACSIMILE
        sheehan@txschoollaw.com

        By:  /s/ Andrea Sheehan
             Andrea Sheehan
             Texas State Bar No. 24002935

        Attorney for CARROLLTON-FARMERS
        BRANCH INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim was served upon the parties listed below at the designated addresses, via electronic mail or first class U.S. mail this 20th day of May, 2010.

/s/ Andrea Sheehan
ANDREA SHEEHAN

| | |
|---|---|
| Joseph R. Sgroi | U.S. Trustee |
| Honigman Miller Schwartz and Cohn LLP | United States Trustee |
| 2290 First National Building | 33 Whitehall Street |
| 660 Woodward Avenue | 21st Floor |
| Detroit, MI 48226 | New York, NY 10004 ` |

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM, PAGE 2