UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY *et al.*, | : |  |
| f/k/a General Motors Corp., et al. | : | Case No. 09-50026 (REG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

---

**RESPONSE OF OHIO BUREAU OF WORKERS' COMPENSATION TO DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS**

Ohio Bureau of Workers' Compensation ("BWC"), through Ohio Attorney General Richard Cordray, responds to Debtors' Fourteenth Omnibus Objection to Claims ("objection") as follows:

1. BWC does not object to granting a disallowance of BWC claim 15014 and 15015.

2. BWC agrees that the obligations contained in claim 15014 and15015 were expressly assumed by General Motors LLC (f/k/a NGMO, Inc.), ("New GM"), Docket no. 2968, Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with MGMCO, Inc., a U.S. Treasury-Sponsored Purchase; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief.

Dated: 5/20/10

                                              Respectfully Submitted,

                                              RICHARD CORDRAY
                                              Ohio Attorney General

/s/ Victoria D. Garry
VICTORIA D. GARRY
(OH Bar Reg. No. 0037014)
Assistant Attorney General
1600 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
513.852.3497
513.852.3484 (FAX)
victoria.garry@ohioattorneygeneral.gov

Attorney for Ohio Bureau of Workers' Compensation

## **CERTIFICATE OF SERVICE**

This is to certify that on May 20, 2010, a true and correct copy of the was served via the Court's electronic filing system on all parties that have entered their appearance herein so as to receive electronic service of pleadings.

RICHARD CORDRAY
Ohio Attorney General

/s/ Victoria D. Garry
VICTORIA D. GARRY
Assistant Attorney General