UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
————————————————————————x
                                                                :
In re:                                                          :           Chapter 11
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,   :           Case No. 09-50026
       f/k/a General Motors Corp., *et al.*,           :
                    Debtors         :
————————————————————————x

**ORDER**

    FOR THE REASONS SET FORTH ON THE RECORD during a hearing conducted on March 2, 2010:

1. The Motion for Relief from Stay filed by Sarajuan Gilvary (Document No: **4541**) is GRANTED;

2. To the extent that 11 U.S.C. § 362 and/or other provisions of the Bankruptcy Code were viewed as an impediment to Movant proceeding against the dealership, Pompey Dodge, Inc., in the case captioned *Sara Gilvary v. Pompey Dodge, Inc. et al.*, Philadelphia County, Pennsylvania, Court of Common Pleas, March Term, 2007 No. 03736, any stay viewed by any Court to exist is hereby LIFTED.

3. For the avoidance of doubt, for the reasons stated in more detail on the record, to the extent that any stays imposed under federal law have been an impediment to pursuit of the state law claims against the dealership, they no longer are.

4. To the extent that any Party or interested person seeks further relief or clarification from the Bankruptcy Court with respect to any matter of federal law, this Court shall retain jurisdiction without prejudice to any party taking or opposing any position before this Court.

5. The dealership has 15 business days from the date of entry of this Order to file a protective proof of claim for indemnification if it so chooses.

Dated: New York, New York
March 2, 2010

Nancy E. Campbell, Esquire
Kennedy, Lipski & McDade
1818 Market Street, 25th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 430-6350
Fax: (215) 430-6351
*Attorneys for Respondent Pompey Dodge, Inc.*

Eric G. Zajac, Esquire
ZAJAC & ARIAS, L.L.C.
1818 Market St., 30th Flr.
Philadelphia, PA 19103
Telephone: (215) 575-7615
Fax: (215) 575-7640
*Attorneys for Movants*
 *(Document No. 4541)*

Joseph H. Smolinsky, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Telephone: 212 310 8000
Fax: 212 310 8007
*Attorneys for Debtors and Debtors in Possession*

David Jones, Esquire
Asst. U.S. Attorney
Southern District of New York
86 Chambers St., 3rd floor
New York, New York 10007
Telephone: (212) 637 2739
Fax: (212) 637-2686
*Attorneys for the United States Treasury*

So Ordered this **20th** day of May, 2010.

**_s/ Robert E. Gerber_**
United States Bankruptcy Judge