## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                          :
                                                :
MOTORS LIQUIDATION COMPANY, et al.,             :
         f/k/a General Motors Corp., et al.     :      Chapter 11
                                                :      Case No. 09-50026 (REG)
                                                :      (Jointly Administered)
                     Debtors.                   :
-----------------------------------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On May 20, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 5739] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/ Kimberly Murray___
Kimberly Murray

Sworn to before me this 20th day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Barclays Bank PLC
745 Seventh Ave
New York, NY 10020

**TRANSFEREE**
SG Aurora Master Fund L.P.
825 Third Avenue, 34th floor
New York, NY 10022