AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
Barbara Lee Caldwell (SBN #003246)
Email: blc@ashrlaw.com

Attorneys for Maricopa County

MAY 17 2010

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

MOTORS LIQUIDATION COMPANY, et al. *fka* GENERAL MOTORS CORPORATION,

Debtors.

Case No. 1:09-bk-50026-REG

Chapter 11
(Jointly Administered)

## NOTICE OF WITHDRAWAL OF CLAIM

Maricopa County, by and through its attorney undersigned, hereby withdraws the balance of its Claim No. 3046 filed on October 2, 2009 in the amount of $1,890,310.68 in the above-entitled matter as the 2009 real property taxes have been paid in full.

DATED this 11th day of May, 2010.

Aiken Schenk Hawkins & Ricciardi P.C.

BY: /s/ Barbara Lee Caldwell
    BARBARA LEE CALDWELL
    Attorney for Maricopa County

| | |
|---|---|
| 1 | Copies of the foregoing **MAILED** or **ELECTRONICALLY** mailed |
| 2 | this 11th day of May, 2010 to: |
| 3 | The Garden City Group, Inc. |
| 4 | Motors Liquidation Company Claims Agent P.O. Box 9386 |
| 5 | Dublin, OH 43017-4286 |
| 6 | United States Bankruptcy Court |
| 7 | Southern District of New York One Bowling Green |
| 8 | New York, New York 10004-1408 |
| 9 | Harvey Miller, Esq. |
| 10 | Stephen Karotkin, Esq. Joseph H. Smolinsky, Esq. |
| 11 | Weil, Gotshal & Manges LLP 767 Fifth Avenue |
| 12 | New York, NY 10153 Email: harvey.miller@weil.com |
| 13 | Email: Stephen.karotkin@weil.com |
| 14 | Email: Joseph.Smolinsky@weil.com Attorneys for Debtors |
| 15 | |
| 16 | The Office of the United States Trustee 33 Whitehall Street, |
| 17 | 21st Floor New York, New York 10004 |
| 18 | |
| 19 | /s/ Joanne Granville |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |