AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
Barbara Lee Caldwell (SBN #003246)
Email: blc@ashrlaw.com

Attorneys for Maricopa County

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>MOTORS LIQUIDATION COMPANY, et al. *fka* GENERAL MOTORS CORPORATION,<br>Debtors. | Case No. 1:09-bk-50026-REG<br>Chapter 11<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

Maricopa County, by and through its attorney undersigned, hereby withdraws the balance of its Claim No. 3047 filed on October 2, 2009 in the amount of $25,883.80 in the above-entitled matter as the Claim was subsequently amended.

DATED this 11th day of May, 2010.

Aiken Schenk Hawkins & Ricciardi P.C.


BY: /s/ Barbara Lee Caldwell
    BARBARA LEE CALDWELL
    Attorney for Maricopa County

1  Copies of the foregoing **MAILED** or **ELECTRONICALLY** mailed
2  this 11th day of May, 2010 to:

3  The Garden City Group, Inc.
   Motors Liquidation Company Claims Agent
4  P.O. Box 9386
5  Dublin, OH 43017-4286

6  United States Bankruptcy Court
   Southern District of New York
7  One Bowling Green
   New York, New York 10004-1408
8

9  Harvey Miller, Esq.
   Stephen Karotkin, Esq.
10 Joseph H. Smolinsky, Esq.
   Weil, Gotshal & Manges LLP
11 767 Fifth Avenue
12 New York, NY 10153
   Email: harvey.miller@weil.com
13 Email: Stephen.karotkin@weil.com
   Email: Joseph.Smolinsky@weil.com
14 Attorneys for Debtors

15
   The Office of the United States Trustee
16 33 Whitehall Street,
   21st Floor
17 New York, New York 10004

18

19 /s/ Joanne Granville

20

21

22

23

24

25