# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) |
| | ) |
| General Motors Corporation, | ) Case No. 09-50026-REG |
| | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## WITHDRAWAL OF CLAIM OF THE OKLAHOMA TAX COMMISSION

The State of Oklahoma, ex rel. Oklahoma Tax Commission ("OTC"), hereby withdraws its amended proof of claim filed on October 27, 2009, in the amount of $13,825.67 for the reason that the liability represented by the claim has been satisfied.

Respectfully submitted,

_____
Joseph P. Gappa, OBA #14720
Assistant General Counsel
120 N. Robinson, Suite 2000W
Oklahoma City, OK 73102-7801
Tel: (405)319-8550
Fax: (405)602-0165

## CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION

I, Joseph P. Gappa, hereby certify that on the day this Withdrawal of Claim was filed with the Court, a true and correct copy was mailed or electronically transmitted, with confirmation of receipt, to the Trustee and the Debtor's Attorney.

/s/Joseph P. Gappa