

**The Garden City Group, Inc.**

105 Maxess Road
Melville, NY 11747
Phone 631-470-5000
Fax 631-470-5100
Toll Free 1-800-327-3664
www.gardencitygroup.com

May 14, 2010

<u>Via FedEx</u>

Attn: Mark Diamond
Gemma Philbert & Jessica Gomez
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:    *Motors Liquidation., et al.*
                   Case Co.: **09-50026 REG**

Dear Mr. Diamond:

    Enclosed please find a claim withdrawal on behalf of New York State of Taxation and Finance in the amount of $301,640.04. Please docket this claim withdrawal on the court website in connection with the above reference case.

    Thank you for your assistance.

                              Very truly yours,

                              Alison Moodie
                            Project Supervisor
                            631-470-5176

Enclosures

# Memorandum

**To:** The Garden City Group

**CC:** Mike Garrick, Tim Rinke

**From:** Mary Morris

**Date:** 5/13/2010

**Re:** Administrative Expense Tax Liability-Period End 11-30-2009 --Tax ID --B-201426707-6

---

This memo is reference to a tax notice date 4/20/2010 requesting payment of $301,640.04 from Chevrolet Saturn of Harlem. This memo will serve as notice that all sales taxes for Chevrolet Saturn of Harlem were paid ($10,505.54) on their final return dated August 31, 2009. The tax liability from September 1, 2009 thru November 30, 2009 was paid by tax payer Uptown Chevrolet Cadillac ID 27-0523154. See attached tax report.

If you have any questions regarding this matter contact the undersigned at 646-672-2930.

Mary Morris, Controller

*[signature: Mary Morris]*

*[Received stamp: MAY 17 2010]*

*[Stamp: THE GARDEN CITY GROUP, INC. MAY 14 2010]*

**New York State Department of**
**Taxation and Finance**

Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

Statement date: 4/20/2010

Case number: 09-13558 REG
Refer to this number for inquiries

Total claim amount: $301,640 04

## Administrative Expense Tax Liability

Taxpayer ID#: B-20-1426707-6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
GENERAL MOTORS CORPORATION
c/o THE GARDEN CITY GROUP, INC.
105 MAXESS ROAD
MELVILLE, NY  11747


THE GARDEN CITY GROUP, INC.
APR 21 2010

This is a statement of tax liabilities for CHEVROLET-SATURN OF HARLEM, INC    Additional penalty and interest will accrue if paid after 4/24/2010

### Administrative Liabilities

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| SALES | 11/30/09 | L-033617409-3 | 251,289 44 | 36,436 96 | 13,913 64 | 301,640 04 | EST |
| | | | | | Total ♦ | 301,640 04 | |

MAY 17 2010

FILED - 70250
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Current Annual Interest Rates by Tax Type  Sales and Use - 14 5%
Liability Type Descriptions  EST - Estimated (No Return Filed)

TC-987 (2/01)       100415220034001111