

# Phillips Lytle LLP

May 14, 2010

Clerk, U.S. Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

Re:  In re Motors Liquidation Company
     Case No. 09-50026-reg

Dear Sir/Madam:

This letter is to request that I no longer receive e-mail notifications of filings in this case.  My e-mail address is ahill@phillipslytle.com.

Thank you.

Very truly yours,

Phillips Lytle LLP

*Allan L. Hill*



05-387332.1

Allan L. Hill
Direct 212 508 0483  ahill@phillipslytle.com

ATTORNEYS AT LAW

437 MADISON AVENUE  34TH FLOOR  NEW YORK, NY 10022  PHONE 212 759 4888  FAX 212 308 9079
BUFFALO  ALBANY  CHAUTAUQUA  GARDEN CITY  NEW YORK  ROCHESTER  WWW.PHILLIPSLYTLE.COM