# United States Bankruptcy Court
# Southern District of New York

In re:  Motors Liquidation Company          Case No. 09-50026 (REG) (Jointly Administered)
        (f/k/a General Motors Corporation)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  The Transferee identified below ("Transferee") hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Pursuant to the Agreement and Evidence of Transfer of Claim, dated as of April 12, 2010, between the Transferor identified below ("Transferor") and Transferee and attached as Exhibit 1 hereto, Transferor, for good and valuable consideration, has unconditionally and irrevocably sold, transferred and assigned to Transferee all its right, title and interest in and to the claims of Transferor against Motors Liquidation Company (f/k/a General Motors Corporation) to the extent of 100% of the Proof of Claim with the Court Claim # and Date Claim Filed as listed below (the first page of which proof of claim is attached hereto as Exhibit 2).

Citigroup Global Markets Inc.                    Perry Partners LP
          Name of Transferee                              Name of Transferor

Name and Address where notices to Transferee        Court Claim # (if known):  66312
should be sent:
                                                    Amount of Claim: $33,208,985.63
Citigroup Global Markets Inc.                       Date Claim Filed:  November 30, 2009
390 Greenwich St.
New York, NY 10013                                  Name and Address where notices to Transferor
Attn:    Chetan Bansal                              should be sent:
Phone:   (212) 723-6064                             Perry Partners LP
                                                    c/o Perry Corp.
With a copy to:                                     767 Fifth Avenue, 19th Floor
Morrison & Foerster LLP                             New York, NY 10153
2000 Pennsylvania Ave., NW                          Attn:    Michael Naus
Suite 5500                                          Phone:   (212) 583-4000
Washington, DC 20006
Attn:    Charles M. Cole                            With a copy to:
         Christopher S. Campbell                    Greenberg Traurig, LLP
Phone:   (202) 887-1500                             200 Park Avenue
                                                    New York, NY 10166
Name and Address where Transferee payments          Attn:    Bruce R. Zirinsky, Esq.
should be sent (if different from above):                    Nancy A. Mitchell, Esq.
                                                    Phone:   (212) 801-9200
Citigroup Global Markets Inc.
Corp. Actions 4th Floor
111 Wall Street,
New York, NY 10005
Attn:    Ken Zingale
Phone:   (212) 657-0632

*(Signature on following page.)*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CITIGROUP GLOBAL MARKETS INC.

By: _____           Date: May 20, 2010

Name:   MARC HEIMOWITZ

Title    MANAGING DIRECTOR

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

dc-604591

## Exhibit 1

*(See attached Agreement and Evidence of Transfer of Claim.)*

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM

1.      **Perry Partners L.P.** ("Seller"), for good and valuable consideration, the sufficiency of which is acknowledged, hereby absolutely and unconditionally sells, transfers and assigns to **Citigroup Global Markets Inc.**, its successors and assigns ("Purchaser"), as of the date of this Agreement and Evidence of Transfer of Claim, all of Seller's right, title and interest in and to £17,351,000.00 principal amount of certain 8.375 percent notes due 2015(the "2015 Notes") and £1,465,000.00 principal amount of certain 8.875 percent notes due 2023 (the "2023 Notes", together with the 2015 Notes, the "Notes"), in each case issued by General Motors Nova Scotia Finance Company and guaranteed by Motors Liquidation Company f/k/a General Motors Corporation (the "Debtor") and debtor-in-possession in Case No. 09-50026 (REG) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. §§ 101 *et seq.*) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") arising prior to the filing of the Debtor's Chapter 11 petition, and to the extent relating to the Notes, a related portion of all of Seller's right, title, and interest in and to Proof of Claim Number 66312 (the "Transferred Claim Amount") filed by or on behalf of Perry Partners L.P. (the "Proof of Claim") against the Debtor in the Case, including without limitation, (i) all of Seller's right, title and interest in all agreements, instruments, invoices and other documents evidencing, or relating to the Notes and to the Transferred Claim Amount (the "Supporting Documents"); (ii) all of Sellers's right to receive principal, interest, fees, expenses, damages, penalties and other amounts in respect of or in connection with any of the foregoing; and (iii) voting and other rights and benefits arising from, under or relating to any of the foregoing receivables, including, without limitation, all of Seller's rights to receive cash, securities, instruments and/or other property or distributions issued in connection with any of the foregoing under the Bankruptcy Code or otherwise (the Notes, the Transferred Claim Amount, and the items referenced in (i) through (iii) are collectively referred to as the, the "Transferred Claim").

2.      Seller hereby represents and warrants to Purchaser that Seller owns and has good title to the Transferred Claim, free and clear of any and all liens, security interests or participations.

3.      Seller shall promptly (but in any event no later than three (3) business days) remit any actual receipt of cash payments, distributions or proceeds received by Seller in respect of the Transferred Claim to Purchaser.  On or as soon as possible after the date hereof, Seller shall transfer to Purchaser each of the Notes in connection with the Transferred Claim, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller.

4.      This Agreement and Evidence of Transfer (this "Agreement") constitutes the entire agreement of the Parties with respect to the transaction contemplated herein, and supersedes all previous and contemporaneous negotiations, promises, covenants, agreements, understandings, representations and warranties in respect thereof, all of which have become merged and finally integrated into this Agreement.

5.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction).  Seller and Purchaser each submit to the jurisdiction of the courts located in the

County of New York in the State of New York.  Each party hereto consents to service of process by certified mail at its address listed on the signature page below.


[Signature pages follow.]

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __ day of April 2010.

**PERRY PARTNERS L.P.**                    **CITIGROUP GLOBAL MARKETS INC.**

By: _____            By:_____
        Michael C. Neus
Name:        General Counsel              Name:
Title:                                    Title:

Perry Partners L.P.                       Citigroup Global Markets Inc.
c/o Perry Corp.                           390 Greenwich St.
767 Fifth Avenue, 19th Floor              New York, NY 10013
New York, NY 10153

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __ day of April 2010.

**PERRY PARTNERS L.P.**                    **CITIGROUP GLOBAL MARKETS INC.**

By:_____              By:_____
Name:                                    Name:   Marc Heimowitz
Title:                                   Title:  Managing Director

Perry Partners L.P.                       Citigroup Global Markets Inc.
c/o Perry Corp.                           390 Greenwich St.
767 Fifth Avenue, 19th Floor              New York, NY 10013
New York, NY 10153

dc-595217

## Exhibit 2

*(See attached first page of Proof of Claim.)*

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM

**Name of Debtor (Check Only One):**          Case No.

☒ Motors Liquidation Company (f/k/a General Motors Corporation)   09-50026 (REG)
☐ MLCS, LLC (f/k/a Saturn, LLC)                                   09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)  09-50028 (REG)
☐ MLC of Harlem, Inc. (f/k/a Chevrolet Saturn of Harlem, Inc.)   09-13558 (REG)

**Your Claim is Scheduled As Follows:**

FILED
U.S. BANKRUPTCY COURT
2009 NOV 30  P 3 22
S.D.N.Y.

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503 (b) (9) (see Item #5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor (the person or other entity to whom the debtor owes money or property): Perry Partners LP**

☒ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**
*(If known)*

Filed on: ___11/25/09___

**Name and address where notices should be sent:**

Perry Partners LP                  Greenberg Traurig, LLP
c/o Perry Capital                  200 Park Avenue
767 Fifth Avenue                   New York, NY 10166
New York, NY 10153                 Attn: Bruce R. Zirinsky, Esq.
Attn: James Sorrentino             Nancy A. Mitchell, Esq.
Fax: (212) 583-4099                Tel: (212) 801-9200

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

**Name and address where payment should be sent (if different from above):**

Perry Partners LP
c/o Perry Capital
767 Fifth Avenue
New York, NY 10153
Attn: James Sorrentino
Fax: (212) 583-4099
Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** $        33,208,985.63        Subject to Attachment

If all or part of your claim is secured, complete item 4 below; however if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** __See Attachment__
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____
   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
   **Describe:**

   Value of Property: $_____    Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____

   Basis for perfection: _____

   Amount of Secured Claim: $_____    Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U. S. C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

**Date: 11/30/09** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY**

Michael C. Neus
General Counsel *PERRY CORP.,*
*MANAGING PARTNER*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. Modified B10 (GCG) (12/08).

# United States Bankruptcy Court
# Southern District of New York

In re:    Motors Liquidation Company               Case No. 09-50026 (REG)(Jointly Administered)
          (f/k/a General Motors Corporation)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 66312 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on May 20, 2010.

| | |
|---|---|
| Perry Partners LP<br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br>Perry Partners LP<br>c/o Perry Corp.<br>767 Fifth Avenue, 19th Floor<br>New York, NY 10153<br>Attn:    Michael Naus<br>Phone:   (212) 583-4000<br><br>With a copy to:<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166<br>Attn:    Bruce R. Zirinsky, Esq.<br>          Nancy A. Mitchell, Esq.<br>Phone:   (212) 801-9200 | Citigroup Global Markets Inc.<br>Name of Transferee:<br><br>Address of Transferee:<br>Citigroup Global Markets Inc.<br>390 Greenwich St.<br>New York, NY 10013<br>Attn:    Chetan Bansal<br>Phone:   (212) 723-6064<br><br>With a copy to:<br>Morrison & Foerster LLP<br>2000 Pennsylvania Ave., NW<br>Suite 5500<br>Washington, DC 20006<br>Attn:    Charles M. Cole<br>          Christopher S. Campbell<br>Phone:   (202) 887-1500 |
| | |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____               _____
                                              CLERK OF THE COURT