USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/20/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                                                    :    Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY, *et al.*,    :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*     :
                                                                   :    (Jointly Administered)
                  Debtors.                                  :
-----------------------------------------------------------x

JUNGIL LEE, SANG CHUL LEE, AND           :
DUKSON LEE,                                                         :

                  Appellants,                          :
                                        :    Case No. 09-cv-007792-DAB

v.                                                                        :

MOTORS LIQUIDATION COMPANY,          :

                  Appellee.                              :
-----------------------------------------------------------x

RECEIVED
MAY 18 2010
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for the Appellants and the Appellee, that the above-captioned appeal shall be dismissed pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure with each party to bear its own costs.

Dated: May 18, 2010

/s/ Michael S. Kimm  
Michael S. Kimm  
Francis Liu  
Kimm Law Firm  
41-W Bancker Street  
Englewood, NJ 07631  
Telephone: (201) 569-2880  

/s/ Joseph H. Smolinsky  
Harvey R. Miller  
Stephen Karotkin  
Joseph H. Smolinsky  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  

Attorneys for Appellants

Attorneys for Apellees

IT IS SO ORDERED.

Dated: New York, New York  
       May 20, 2010

*Deborah A. Batts*  
THE HONORABLE DEBORAH A. BATTS  
UNITED STATES DISTRICT JUDGE

2