FOLEY & LARDNER LLP
John A. Simon (admitted *pro hac vice*)
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
*Attorney for GETRAG Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :    Case No. 09-50026 (REG)
Motors Liquidation Company, et al.                           :
                                                             :
                                                             :    (Jointly Administered)
                                    Debtors.                 :
                                                             :
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM OF GETRAG CORPORATION

GETRAG Corporation, by and through its attorneys, Foley & Lardner LLP, hereby gives notice of the withdrawal of its proof of claim filed in the above-referenced jointly administered cases described as follows: claim number 58629, filed on November 27, 2009, as against Motors Liquidation Company f/k/a General Motors Corporation

Dated: May 21, 2010

    Respectfully submitted,

    FOLEY & LARDNER LLP

    /s/ John A. Simon
    John A. Simon *(admitted pro hac vice)*
    One Detroit Center
    500 Woodward Avenue, Suite 2700
    Detroit, MI 48226-3489
    Telephone: (313) 234-7100
    Facsimile: (313) 234-2800
    *Attorney for GETRAG Corporation*

DETR_1434550.1