D. Christopher Carson
Jennifer B. Kimble
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Phone: 205-251-3000
Fax:    205-458-5100
email:  ccarson@burr.com
        jkimble@burr.com

**ATTORNEY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC AND GESTAMP MEXICO**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **GENERAL MOTORS CORPORATION,** *et al.* | ) | Case No.: **09-50026-reg** |
| | ) | |
| **Debtors.** | ) | (**Jointly Administered**) |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Jennifer B. Kimble of Burr & Forman LLP withdraws as attorney of record for creditor in the above-captioned case.  The remaining Burr & Forman LLP counsel of record will continue to represent creditor in this case.

Please discontinue service to Ms. Kimble of all further pleadings, motions, orders, notices and papers in this matter.

/s/ Jennifer B. Kimble
D. Christopher Carson
Jennifer B. Kimble

Attorneys for GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC AND GESTAMP MEXICO

**OF COUNSEL:**

BURR & FORMAN LLP
420 N 20th Street, Suite 3400
Birmingham, Alabama  35203
Phone:   (205) 251-3000
Fax:      (205) 458-5100
E-mail:   ccarson@burr.com
            jkimble@burr.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document to all parties receiving Notice of Electronic Filing and to all parties listed below by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 21st day of May 2010:

| | | |
|---|---|---|
| **Daniel R. Murray**<br>Jenner & Block, LLP<br>330 N. Wabash Avenue<br>Chicago, IL 606011<br>Fax : (312) 527-0584<br>Email: dmurray@jenner.com | **David R. Berz**<br>Weil Gotshal & Manges, LLP<br>1300 Eye Street, NW<br>Suite 900<br>Washington, DC 20005<br>Fax : (202) 682-7212<br>Email: gregory.bailey@weil.com | **Deborah Kovsky-Apap**<br>Pepper Hamilton LLP<br>100 Renaissance Center<br>Suite 3600<br>Detroit, MI 48243-1157<br>Fax : (313) 731-1572<br>Email: kovskyd@pepperlaw.com |
| **Donald F. Baty, Jr.**<br>**Joseph R. Sgroi**<br>**Judy B. Calton**<br>**Robert B. Weiss**<br>Honigman Miller Schwartz and Cohn, LLP<br>2290 First National Bldg.<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Fax : (313) 465-7315<br>Email: dbaty@honigman.com<br>Email: jsgroi@honigman.com<br>Email: jcalton@honigman.com<br>Email: rweiss@honigman.com | **Harvey R. Miller**<br>**Joseph H. Smolinsky**<br>**Robert J. Lemons**<br>**Stephen Karotkin**<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Fax : (212) 310-8007<br>harvey.miller@weil.com<br>Joseph.Smolinsky@weil.com<br>robert.lemons@weil.com<br>stephen.karotkin@weil.com | **Adam C. Rogoff**<br>**Amy Caton**<br>**Gordon Z. Novod**<br>**Gregory G. Plotko**<br>**Jennifer Sharret**<br>**Robert T. Schmidt**<br>**Thomas Moers Mayer**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036-2714<br>Fax : (212) 715-8000<br>Email: arogoff@kramerlevin.com<br>Email: acaton@kramerlevin.com<br>Email: gnovod@kramerlevin.com<br>Email: gplotko@kramerlevin.com<br>Email: jsharret@kramerlevin.com<br>Email: rschmidt@kramerlevin.com |
| **Tricia A. Sherick**<br>Honigman Miller Schwartz and Cohn, LLP<br>660 Woodward Avenue<br>Suite 2290<br>Detroit, MI 48226<br>Fax : (313) 465-7663<br>Email: tsherick@honigman.com | **Andrew D. Velez-Rivera**<br>**Brian Shoichi Masumoto**<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004<br>Fax : (212) 668-2255 | **Jeffrey S. Stein**<br>The Garden City Group, Inc.<br>105 Maxess Road<br>Melville, NY 11747<br>Kenneth_Freda@gardencitygroup.com |
| | **Eric Fisher**<br>Butzel Long, a professional corporation<br>380 Madison Avenue<br>22nd Floor<br>New York, NY 10017<br>Fax : 212-818-1110<br>Email: fishere@butzel.com | **Patrick J. Trostle**<br>Jenner & Block LLP<br>919 Third Avenue<br>37th Floor<br>New York, NY 10022<br>Fax : (212) 891-1699<br>Email: ptrostle@jenner.com |

                                                  /s/ Jennifer B. Kimble
                                                  OF COUNSEL