May 18, 2010


RECEIVED
MAY 20 2010
U.S. BANKRUPTCY COURT, SDNY
REG

Honorable Robert E. Gerber
United States Bankruptcy Judge
Room 621
One Bowling Green
New York, New York 10004

Dear Sir,

My name is Aretha Smiley. I live at 475 E. Fourteen Mile Rd, Birmingham, MI 48009. This letter is in reponse to GM Chapter 11 case. I was employed by this company from 1972 until January 1987. I filed for Workman's Compensation. I believe in 1989 we went to trial. The judge ordered GM to pay me weekly Workers Comp. The weekly benefits stopped in the early 1990's. I really did not understand why, until today, May 18, 2010. I had to move from my home because I no longer was able to afford it. My daughter and me were homeless, until I roomed with a family in the neighborhood I grew up in. I roomed there until I began receiving social security disability benefits. I applied for pension disability with GM and was denied. I called the GM benefit number today. I asked them why was my benefits stopped. (weekly Workers Comp) They said I agreeded to a 30,000.00 dollar (thirty-thousand) settlement. Your honor I swear by God who is the God of the universe and man, never agreeing to a settlement of this amount. I swear by Almighty God I never received this settlement! I was offered this amount and more during the Workers Comp trial. I ask you as the Judge

— 1 —

in this case to ask GM to give me what is owed me and help to restore what is left of my life as it should be. Including help with my ~~mera~~ health and dental benefits that I need so desparately. I thank you in advance for any help.

Sincerly,

Aretha Smiley

*Aretha Smiley*

-2-