## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
    f/k/a General Motors Corp., *et al.*    :     Chapter 11
                                                               :     Case No. 09-50026 (REG)
                                                               :     (Jointly Administered)
        Debtors.        :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On May 21, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 5831] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                      /s/ Kimberly Murray___
                                                      Kimberly Murray

Sworn to before me this 21st day of
May, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**
Perry Partners LP
c/o Perry Corp.
Attn: James Sorrentino & Michael Neus
767 Fifth Avenue, 19th Floor
New York, NY 10153

Greenberg Traurig, LLP
Attn: Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
200 Park Avenue
New York, NY 10166

**TRANSFEREE**
Citigroup Global Markets Inc.
Attn: Chetan Bansal
390 Greenwich St.
New York, NY 10013

Morrison & Foerster LLP
Attn: Charles M. Cole
Christopher S. Campbell
2000 Pennsylvania Ave., NW, Suite 5500
Washington, DC 20006