**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| **MOTORS LIQUIDATION COMPANY, et al.,** | ) Case No. 09-50026 (REG) |
| (f/k/a General Motors Corporation, et al.), | ) Chapter 11 |
| | ) |
| **Debtors.** | ) |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)(2)**

Please take notice that a claim (the "Claim") has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). The Transferee hereby gives notice pursuant to Fed. R. Bankr. P. 3001(e)(2) of the transfer, other than for security, of a portion of the Claim (the "Transferred Claim") referenced in this notice.

Morgan Stanley & Co. International, PLC       Hutchin Hill Capital Cl, Ltd.
**Name of Transferee**                        **Name of Transferor**


$1,335,613.00                                 66718
**Amount of Transferred Claim**               **Proof of Claim Number**

You are hereby requested to make all future payments and distributions, and to give all notices and other communications with respect tot the Transferred Claim to the Transferee at the address below:

Morgan Stanley & Co. International, PLC
25 Cabot Square, Canary Wharf
London, E144GA

**DEADLINE TO OBJECT TO TRANSFER**

The Transferor of the claim is hereby notified that objections must be filed within twenty one (21) days of the mailing of this Notice with:

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
Clerk of Court