**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | |
| **f/k/a General Motors Corp.,** *et al.* | : | **09-50026 (REG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss
COUNTY OF SUFFOLK      )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On May 20, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the party identified on Exhibit A annexed hereto:

- Order Denying Motions of Lisa Gross for Leave to File Claim and for Relief From the Automatic Stay [Docket No. 5808].

Dated:  May 21, 2010                              /s/ Alison Moodie_____
               Melville, New York                     Alison Moodie

Sworn to before me this 21th day of May, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

LISA P. GROSS
6460 NE 43RD TERRACE #204
KANSAS CITY MO 64117