# Exhibit A

# The New York Times
nytimes.com

February 12, 1982

## G.M. Shutdowns To Lay Off 26,200

**REUTERS**

The General Motors Corporation said it will temporarily close seven of its 29 domestic car and truck plants next week and will add another facility to the list of plants to be closed during the week of Feb. 22.

General Motors said the closings will put 26,200 employees out of work. The auto ma ker said that its assembly line shutdowns at eight plants during the week of Feb. 22 will raise the number of workers on temporary layoff to 31,100. The company said it has 140,000 workers on in definite layoff.

Copyright 2010 The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Contact Us | Work for Us | Back to Top