# Exhibit B

**The New York Times**
nytimes.com

September 25, 1982

# RETRAINING ACCORD REACHED ON COAST

### SPECIAL TO THE NEW YORK TIMES

The General Motors Corporation, the United Automobile Workers and the State of California joined Thursday in announcing a $10 million training program designed to enable 8,400 unemployed auto workers in California to find new jobs.

The cost of the program, which includes counseling, retraining and placement, will be shared by the company, the union and the Federal and state governments. General Motors and the union will contribute $4 million, a result of negotiations conducted earlier this year, and the state and Federal governments will put up $6 million.

The California agreement is a pilot program for similar ventures in other sections of the country hit hard by layoffs or plant closings. About 5,400 workers at a General Motors plant in Freemont and 3,000 at South Gate were laid off last March, when the company closed assembly plants there.

At a time when many economists are saying employees should be retrained in other skills rather than trying to prop up the nation's sagging auto industry, participants in the program say they believe it will ease the plight of the 142,000 auto workers who have been laid off throughout the country.

Owen Bieber, vice president of the auto workers and director of the union's General Motors department, said, "We hope to be putting these retraining programs into other areas where we have a high concentration of unemployment, like Detroit, Georgia and Massachusetts." 'A Good Place to Start'

"With a downturn of the market that has grown more severe, we decided to spend some money on a pilot program," said Al Warren, president of industrial relations for General Motors. "There are similar situations in other parts of the country, and with two plants closing here, it seems a good place to start."

Gera Curry, director of the state's Employment Development Department, said that the goal was to "get these people trained and into areas where there is a demand and where we anticipate openings."

"We are looking at positions for machinists, auto mechanics who are skilled in smog control device installment, aerospace equipment builders, data processors - wherever industry is willing to work with us," she added.

Courses for the program, which are expected to begin in November and run in four phases until December 1983, will be held at community colleges, regional occupation centers, the State Department of Education and wherever else local government decides, Mrs. Curry said.

Mr. Bieber said that "a number of people have already been interviewed, and many others are already signed up." He added that the program's organizers hoped that at least half of the 8,400 eligible workers would participate in the first training session, and that all of those eligible would be in training by next June.

Copyright 2010 The New York Times Company | Home | Privacy Policy | Search | Corrections | **XML** | Help | Contact Us | Work for Us | Back to Top