# Exhibit E

The link information below provides a persistent link to the article you've requested.
Persistent link to this record: Following the link below will bring you to the start of the article or citation.
Cut and Paste: To place article links in an external web document, simply copy and paste the HTML below, starting with "<A HREF"
To continue, in Internet Explorer, select **FILE** then **SAVE AS** from your browser's toolbar above. Be sure to save as a plain text file
(.txt) or a 'Web Page, HTML only' file (.html). In Netscape, select **FILE** then **SAVE AS** from your browser's toolbar above.

## Record: 1

| | |
|---|---|
| **Title:** | NUMMI stint helps Hogan think small. |
| **Authors:** | Child, Charles |
| **Source:** | Automotive News; 04/27/98, Vol. 71 Issue 5763, p8N-X, 1/5p, 1 Black and White Photograph |
| **Document Type:** | Article |
| **People:** | HOGAN, Mark |
| **Abstract:** | Profiles Mark Hogan, head of General Motors company's Small Car Group Operations, while indicating how his employment with the New United Motor Manufacturing Incorporated helped General Motors. Background information on Hogan; Comments from Hogan; How Hogan's career developed. |
| **Full Text Word Count:** | 435 |
| **ISSN:** | 0005-1551 |
| **Accession Number:** | 580826 |
| **Persistent link to this record (Permalink):** | http://libaccess.sjlibrary.org/login?url=http://search.ebscohost.com/login.aspx?direct=true&db=bth&AN=580826&loginpage=Login.asp&site=ehost-live |
| **Cut and Paste:** | <A href="http://libaccess.sjlibrary.org/login?url=http://search.ebscohost.com/login.aspx?direct=true&db=bth&AN=580826&loginpage=Login.asp&site=ehost-live">NUMMI stint helps Hogan think small.</A> |
| **Database:** | Business Source Complete |

**Section:** New American Manufacturers

## NUMMI STINT HELPS HOGAN THINK SMALL

The New United Motor Manufacturing Inc. plant in Fremont, Calif., has been good to General Motors - and Mark Hogan.

As a young staffer for Jack Smith, then director of worldwide product planning, Hogan helped plan the joint venture between Toyota Motor Corp. and GM in 1984.

The small-car plant has been extremely valuable to GM. In the early 1980s, GM needed help. Its product quality was lower and its costs were higher than those of Toyota and other Japanese companies.

NUMMI gave GM a window into Toyota's efficient manufacturing techniques, since GM's Chevrolet Prizms are built side-by-side with Toyota Corollas in the plant.

In the past 14 years, NUMMI has become the ``centerpiece'' of GM's effort to adopt lean manufacturing, the practice of reducing inventory and other costs to minimal levels, Hogan says.

Toyota and GM reopened a shuttered GM assembly plant with a history of poor labor relations. Many critics said the work force, largely rehired, would never build good cars at the plant.

The doubters were wrong. The plant has consistently posted high quality and low costs for GM.

``The application of our NUMMI experiences is not limited just to North America,'' Hogan says. ``In fact, NUMMI provided us with the blueprint for our Eisenach plant in Germany and was the basis for our turnaround in Brazil.''

Eisenach serves as a model for GM's new plants around the world.

Moreover, NUMMI-trained engineers have spread the message of efficiency throughout GM.

EBSCOhost

``What's key about these learnings is that they're not finite," Hogan says. ``Each new product design creates a new set of techniques that are dramatically different from the previous set, so our learning is continuous."

Hogan, meanwhile, has climbed the ladder at GM along with his mentor, Smith, who became CEO in 1992 and chairman in 1996.

Hogan headed GM do Brasil for four years before returning to Detroit in 1997 to take command of GM's Small Car Group Operations.

His challenge is huge. While the lessons of NUMMI have helped GM in Eisenach, Brazil and other places, GM still has trouble making money on small cars in America.

Hogan said late last year that productivity at some of GM's small-car plants lags the competition by more than 40 percent.

``Cost reduction is the No. 1 priority, bar none. We need those (small) cars because there is a market for them, but we won't engineer the next generation cars to lose money."

PHOTO (BLACK & WHITE): Hogan: Reducing costs is the priorty.

~~~~~~~~
By Charles Child

Copyright of Automotive News is the property of Crain Communications Inc. (MI) and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.