# Exhibit H

4/6/04 Tri-Valley Herald (Pleasanton, CA) (Pg. Unavail. Online)
2004 WLNR 17199968

Tri-Valley Herald (Pleasanton, CA)

Copyright 2004 Tri-Valley Herald. All rights reserved. Reproduced with the permission of Media NewsGroup, Inc. by NewsBank, Inc.

April 6, 2004

Section: Business News

## GM, Toyota maintaining success

Jennifer Inez Ward, BUSINESS WRITER

W EN New United Motor Manufacturing Inc. began operations at a shuttered General Motors plant 20 years ago, not everyone was sure a Japanese style of producing cars would work on America soil. Today, as NUMMI, a joint operation between Toyota and GM, begins its third decade, the automobile manufacturing plant is considered a trend setter in the auto industry.

"What NUMMI did was open the door for Japanese manufacturers to come to the United States and build production plants," said Erich Merkle, a senior auto analysts with IRN, a research and consulting firm for the automobile industry. "If NUMMI had not been successful, the Japanese might have done things differently in North America."

Today, Toyota has four assembly plants in the U.S. and is building two more.

Since operations began in 1984, NUMMI has produced more than 5 million vehicles. The Fremont-based company has also never had any layoffs.

NUMMI is the only vehicle

assembly plant in California, the 5.3 million-square-foot facility makes the Toyota Corolla, Toyota Tacoma trucks and the Pontiac Vibe for GM.

NUMMI has about 5,700 employees and is represented by the United Auto Workers, Local 2244. Almost 70 percent of NUMMI's work force is made up of minorities.

NUMMI officials said they're happy to celebrate 20 years of existence.

"NUMMI is an important bridge between Toyota and **General Motors**," said Yuki Azuma, **president** and **chief executive officer** of NUMMI. "NUMMI is also the start of Toyota having a manufacturing presence in the United States."

In the early 1980s, Toyota was eager to have operations in America and joined forces with General Motors. GM's Fremont plant on Fremont Boulevard, which had been closed for several years, was a perfect site for the new joint operations.

"Toyota's production system was different from many domestic operations," Azuma said. "Toyota was not sure if its operation system would work in the U.S. market. At the start, the challenge was, 'How can we provide a good atmosphere with team members, especially with the union?'"

Azuma said the company was able to develop strong relations with the union by building trust.

"So far the relationship is very good," he said. "We have open communications here and whatever issues come up the company and the union will work together to try and solve any (problems)."

Numerous calls to both Local 2244 and the UAW national offices in Detroit were not returned.

At its production core, NUMMI uses an operating program similar to Toyota's lean manufacturing and management system. The NUMMI system incorporates worker or team member input. For example, workers can halt the production to call attention to a problem on the assembly line.

"This is very different from (other) domestic manufacturing facilities," Azuma said. "By pulling the cord, team members can address any problem situation before it leaves the plant."

Employee Wanda Howard, whose husband also works at NUMMI, said the company has been a great place to work.

"NUMMI has given us a good life," said Howard, who has worked at NUMMI since its beginnings. "I've got a good job and I'm making good money."

Howard, a quality control inspector at **NUMMI**, was one of the thousands of employees laid off when GM closed the Fremont plant. Howard said **NUMMI** values its employees.

"We're a big family out here," she said. "Management is willing to listen to what team members have to say."

Both Toyota and GM officials said **NUMMI** has been a great success.

"**NUMMI** is very important to Toyota and our operations in North America," said Dennis Cuneo, a senior vice president with Toyota Motor Manufacturing, North America. Cuneo was part of the **NUMMI** startup team. "We learned a lot of **valuable** lessons from our operations at **NUMMI**."

Mark Hogan, **GM** Group **vice president**, said **GM** has gained from its **partnership** with Toyota.

"**NUMMI** has been a great training ground for our executives to learn more about the importance of individual team members in the production process and the benefits of a common production system," he said.

Jennifer Inez Ward can be reached at (510) 353-7063 and jward@angnewspapers.com .

---- INDEX REFERENCES ---

COMPANY: GENERAL MOTORS CORP; TOYOTA MOTOR CORP

NEWS SUBJECT: (Plant Closings (1PL71); Economics & Trade (1EC26))

INDUSTRY: (Transportation (1TR48); Land Transportation (1LA43); Automobiles (1AU45); Automotive (1AU29); Automotive Models (1AU61); Manufacturing (1MA74); Passenger Transportation (1PA35))

REGION: (USA (1US73); Americas (1AM92); North America (1NO39))

Language: EN

OTHER INDEXING: (FREMONT; GENERAL MOTORS; GM; GM GROUP; IRN; NUMMI; PONTIAC VIBE; TOYOTA; TOYOTA COROLLA TOYOTA TACOMA; TOYOTA MOTOR MANUFACTURING; UAW; UNITED AUTO; UNITED MOTOR MANUFACTURING INC) (Azuma; Cuneo; Dennis Cuneo; Erich Merkle;

NUMMI GM Article 6.doc

Howard; Jennifer Inez Ward; Mark Hogan; Numerous; Wanda Howard; Yuki Azuma)

Word Count: 820
4/6/04 TRIVALLEYH (No Page)
END OF DOCUMENT