# Exhibit Q

## Agenda for Special Meeting of General Motors Corporation and Toyota Motor Corporation regarding New United Motors Manufacturing, Inc.
### 12:45 p.m. June 12, 2009 at NUMMI

| No. | Topic | Presenter |
|---|---|---|
| One | GM's Chapter 11 process and timing | GM |
| Two | TMC's credit support | TMC |
| Three | Plan for current Vibe | GM |
| Four | Plan for Tacoma truck | GM |
| Five | Plan for next generation car | GM |
| Six | Other | All |

## Item 1 - Chapter 11 Process & Implications

- General Motors Corporation, the owner of GM's equity stake in NUMMI, filed Chapter 11 bankruptcy protection on June 1, 2009
  - As part of the bankruptcy process, key assets of GM will be sold to a U.S. government-sponsored entity (NewGM) as part of a "363 Sale"
  - Sale hearing will be held in court on June 30, 2009, with an expected close on or before July 31, 2009
- Any asset or entity that NewGM purchases should have a positive economic business case
- Any assets that are not sold to NewGM will be liquidated over time as part of OldGM
- GM / US Treasury must determine if the NUMMI venture has a positive business case to being included in the sale to NewGM
  - With the recent decision to wind down the Pontiac brand, NewGM will not have a need for the Vibe
  - However, if a Tacoma variant could be made available with commercially reasonable terms, then the NUMMI venture could be included in the sale to NewGM
    - Assumes NUMMI will be self reliant as GM will not be able to provide any further financial support going forward

## Item 1 - Chapter 11 Timeline & Process

| Estimated Date | Action | Comments |
|---|---|---|
| June 1 | GM file bankruptcy with US government | |
| June 1 – June 30 | GM prepares closing documents for closing 363 sale upon courts approval of GM's proposal | - GM is preparing documents for potential June 30 transaction close |
| June 15 – June 26 | GM Provides communication to NUMMI & TMC and requests approval for change of control | - Written request from GM Legal and Troy Clarke to TMC |
| June 26 | GM must finalize entities to include in NewGM | - GM must finalize decision to include NUMMI in old or new GM with close transaction |
| June 30 | GM has hearing in front of US Bankruptcy Court to get approval for 363 sale to NewGM | - US Bankruptcy Court judge approves the Sale |
| July 31 * | Transaction Close - GM completes final documents to close the NewGM / OldGM transaction | - If possible, GM will close transaction on June 30<br>- NUMMI stock transfer would occur from OldGM to NewGM |

* If an outside party files an objection, similar to Chrysler filing, could result in delay of transaction close date

## Item 3 – Current Vibe

- On June 4, 2009, based on direction from NASB, GM communicated to both TMC & NUMMI the following:
  - All work on the Vibe MCE and Vibe repurposing should be stopped
    
    - GM considered rebranding but there was no natural fit in current portfolio
    - Investigating branding as a Saturn. GM understands TMC has no desire to have a Vibe relationship outside of NUMMI or GM

- New revelation that GM cannot purchase the Vibe from NUMMI beyond July 31, 2009
  - GM investigating potential to extend through August 31, 2009 on a very limited basis
  - After July 31, 2009 Pontiac Dealers will be working under their Wind Down Agreement to sell remaining inventory

- GM requests NUMMI to investigate viability of JV without Vibe production until a GM Tacoma can be launched

## Item 4 – Truck Project

- GM assumptions:
  - SOP: June 2010 (Go-fast version GM Tacoma truck (i.e. Grille, Badging, Interior Lighting, Accessory Wheel))
  - MCE: June 2011 (Coincides with Tacoma's expected MCE, GM proposed changes: Grille, Bumper, Badging, Flares, Wheels, I/P Lighting)
  - GM's preference is to implement the MCE changes in the June 2010 timeframe. Informal request to Toyota to provide timing.
  - EOP: June 2013 (Tacoma Major) – more differentiation expected with the NG Tacoma
  - CAB's: Double, Extended, Regular
  - Volume: ~30K – 40K for GMC Tacoma
  - Transfer price range: Under development, reference timeline
  - Chevrolet badged Tacoma under consideration

## Item 4 – Truck Project

- Timeline                                          Dates reflect US Time
  - NUMMI Board of Directors meeting – June 12th
  - Transfer price proposal due to TMC – June 17th
  - Transfer price and business meeting – June 18th
  - Face to Face Meeting (Engineering and Design in Japan) – June 24th
    - Complete confidentiality agreement
    - Confirm program content
  - Confirm status of transfer price and timing – June 24th
  - Potential preliminary transfer price agreement – June 24th
  - Decision point for NUMMI into NewGM – June 25th
  - Complete MOU – July 17th
  - Complete transfer price – July 17th
  - TMC and GM leadership reviews and decision – week of July 20th
  - GM "Tacoma" SOP – June/July 2010

6/12/09  6/17/09  6/24/09  6/24/09  6/24/09  6/25/09  7/17/09  7/17/09  WO 7/20/09  6-7/2010

