# Exhibit R



Minutes of the Special Meeting
TMC and GM
June 12, 2009

Items of Confirmation

1. Continuation of NUMMI business as a joint venture

   The parties confirmed their current intention to continue the NUMMI business as a joint venture. The New GM would not finally determine to continue the NUMMI business until the GM bankruptcy section 363 sale is concluded and further discussions regarding future NUMMI business are completed, with the target date of no later than 60 days after filing of the bankruptcy petition. It was also confirmed that each TMC and GM could not determine whether they would continue to hold 50% of the corporate shares of NUMMI until these discussions are completed.

2. TMC's credit support

   The parties confirmed the terms and conditions of TMC's credit support as defined in Attachment A. The parties further agreed that they would discuss the necessity of extending the credit support beyond August 31 after considering the progress of GM's assumption of NUMMI-related contracts, changes in vehicle production volume projections, and the realization of NUMMI's structural cost reduction in line with the viability plan, including the results of the collective bargaining agreement negotiations with the UAW.


General Motors Corporation          Toyota Motor Corporation

*[signature]*                       *[signature]*

Troy Clarke                         Masanao Tomozoe


New United Motor Manufacturing, Inc.

*[signature]*

Kunihiko Ogura