**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

|  |  |  |
|---|---|---|
| In re: | : | Case No.: 09-50026 (REG) |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY, et al.,** | : | Chapter 11 |
| f/k/a General Motors Corp., et al., | : |  |
|  | : | (Jointly Administered) |
| **Debtors.** | : |  |
|  | : |  |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Roger Keith Rutledge, a partner of Rutledge & Rutledge, P.C., request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Shane J. Robley, a party in interest in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Tennessee since 1977 (Tennessee Bar #05758), and the bar of the U.S. District Court for the Western District of Tennessee, U.S. District Court for the Western District of Virginia, U.S. District Court for the District of Colorado, U.S. Courts of Appeals for the Sixth and Fourth Circuits and for the Federal Circuit, and U.S. Supreme Court.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.


Dated: May 25, 2010
      New York, New York

                                             By: /s/ Roger K. Rutledge
                                             Roger K. Rutledge
                                             RUTLEDGE & RUTLEDGE, P.C.
                                             1083 W. Rex Road, Suite 102
                                             Memphis, TN 38119-3819
                                             Telephone (901) 682-0667
                                             Facsimile (901) 682-0697

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No.: 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, et al., | Chapter 11 |
| f/k/a General Motors Corp., et al., | |
| | (Jointly Administered) |
| Debtors. | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Roger K. Rutledge, to be admitted, *pro hac vice,* to represent Shane J. Robley, (the "Client") a party in interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Tennessee since 1977 (Tennessee Bar #05758), and the bar of the U.S. District Court for the Western District of Tennessee, U.S. District Court for the Western District of Virginia, U.S. District Court for the District of Colorado, U.S. Courts of Appeals for the Sixth and Fourth Circuits and for the Federal Circuit, and U.S. Supreme Court, it is hereby

ORDERED, that Roger K. Rutledge, Esq., is admitted to practice, *pro hac vice,* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2010
New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE