Hearing Date and Time: June 29, 2010 at 9:45 a.m. (Eastern Time)
Objection Date and Time: June 17, 2010 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                    :
In re                                               :    **Chapter 11 Case No.**
                                                    :
**MOTORS LIQUIDATION COMPANY**, *et al.*,           :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*            :
                                                    :
                         Debtors.                   :    (Jointly Administered)
                                                    :
------------------------------------------------------------------x

**NOTICE OF HEARING ON SECOND**
**INTERIM APPLICATIONS AND CERTAIN ADJOURNED**
**FIRST INTERIM APPLICATIONS FOR ALLOWANCE OF**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

PLEASE TAKE NOTICE that a hearing (the "**Hearing**") will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **June 29, 2010 at 9:45 a.m**. (**Eastern Time**), or as soon thereafter as counsel may be heard, to consider (i) the second interim applications and (ii) certain adjourned first interim applications for allowance of compensation and reimbursement of expenses set forth on "**Exhibit A**" and **"Exhibit B,"** respectively, annexed hereto (collectively, the "**Applications**").

PLEASE TAKE FURTHER NOTICE that the Applications have been filed electronically with the Bankruptcy Court and, as such, may be examined and inspected by interested parties on (i) the Court's website (http://www.nysb.uscourts.gov) or (ii) the website of the Debtors' court-approved claims and noticing agent, The Garden City Group, Inc., (http://www.motorsliquidationdocket.com).

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Applications must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.); (xii) Godfrey & Kahn, S.C., attorneys for the Fee Examiner, 780 North Water Street, Milwaukee, Wisconsin 53202 (Attn: Brady C. Williamson, Esq. and Timothy F. Nixon, Esq.); and (xiii) the professional whose Application is the subject of the objection, so as to be received no later than **June 17, 2010 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served with respect to the Applications, the Debtors may, on or after the Objection Deadline,

submit to the Bankruptcy Court an order approving the fees and expenses requested which may be entered with no further notice or opportunity to be heard offered to any party.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
      May 25, 2010

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Second Interim Fee Applications

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Jenner & Block LLP | 5263 | Oct. 1, 2009 to Jan. 31, 2010 | $45,662.50 | $6,208.97 |
| LFR Inc. | 5270 | Oct. 1, 2009 to Jan. 31, 2010 | $1,034,548.40 | $182,730.34 |
| FTI Consulting, Inc. | 5279 | Oct. 1, 2009 to Jan. 31, 2010 | $2,066,666.00 | $18,756.18 |
| Jones Day | 5285 | Oct. 1, 2009 to Jan. 31, 2010 | $10,297.00 | $1,232.09 |
| The Claro Group, LLC | 5290 | Oct. 1, 2009 to Jan. 31, 2010 | $652,010.50 | $9,138.41 |
| Brownfield Partners, LLC | 5291 | Oct. 1, 2009 to Jan. 31, 2010 | $381,757.40 | $27,480.81 |
| Butzel Long, a professional corporation | 5293 | Oct. 1, 2009 to Jan. 31, 2010 | $258,825.50 | $12,188.98 |
| Plante & Moran, PLLC | 5294 | Oct. 1, 2009 to Jan. 31, 2010 | $354,195.70 | $5,247.32 |
| Weil, Gotshal & Manges LLP | 5295 | Oct. 1, 2009 to Jan. 31, 2010 | $5,903,901.25 | $377,157.81 |
| Kramer, Levin Naftalis & Frankel LLP | 5296 | Oct. 1, 2009 to Jan. 31, 2010 | $1,149,758.75 | $31,383.31 |

## Exhibit B

## Adjourned First Interim Fee Applications

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| LFR Inc. | 4436 | June 1, 2009 to Sept. 30, 2009 | $633,772.80 | $43,447.98 |
| Baker & McKenzie LLP | 4454 | June 1, 2009 to Sept. 30, 2009 | $1,262,789.76 | $21,619.20 |
| Brownfield Partners, LLC | 4457 | June 1, 2009 to Sept. 30, 2009 | $213,914.75 | $16,294.80 |