Dr. Terrie Sizemore RN DVM
PO Box 23
Sullivan, Ohio 44880
440-241-3126

Pro se

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
_____x
                                       :
**In re**                              :   **Chapter 11 Case no.**
                                       :
**MOTORS LIQUIDATION COMPANY, et al** : **09-50026(REG)**
    **F/k/a General Motors Corp., et al.** :
                                       :
         **Debtors,**                  :   **(Jointly administered)**
                                       :
                                       :
                                       :
_____:

### MOTION REQUESTING EXTENSION OF TIME FOR HEARING

Now comes one of the Defending parties, Dr. Terrie Sizemore RN DVM, respectfully requesting that in the event of the Court disregarding her Objection to Notice for Hearing, the Court grant her an extension of time to appear in Court.

Dr. Sizemore requests a reasonable amount of time-at least 30 days- to make arrangements to cover work assignments as well as travel arrangements and arrangements for a male friend to accompany her for obvious safety reasons.

Dr. Sizemore just started a new job on or about March 29, 2010 and she has not had enough time there to make the necessary arrangements on the short notice she has been give to appear in Court.

Notice:

Notice has been given to all the following:

Harvey Miller
Stephen Karotkin
Joseph Smolinsky
WEIL, GOTSHAL, & MANGES LLP
767 Fifth Ave.
New York, New York 10153
Attorneys for General Motors, LLC

Motors Liquidation Company, the Debtors
500 Renaissance Center Suite 1400
Detroit, Michigan 48243
Attn. Ted Stenger

General Motors, LLC,
400 Renaissance Center
Detroit, Michigan 48265
Attn Lawrence S. Buonomo Esq.

Cadwalader, Wickersham & Taft
One World Financial Center
New York, New York 10281
Attorneys for the United States Dept. of the Treasury
Attn; John J. Rapisardi, Esq.

The United States Dept of the Treasury
1500 Pennsylvania Ave. NW Room 2312
Washington, D.C. 20220
Attn. Joseph Samarias, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attorneys for Export Development Canada
Attn; Michael J. Edelman, Esq

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attorneys for the statutory committee of unsecured creditors
Attn; Thomas Moers Mayer, Esq, Amy Caton, Esq, Lauren Macksoud, Esq. and Jennifer Sharret, Esq.

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor

New York, New York 10004
Attn; Diana G. Adams, Esq.

The U.S. Attorney's Office S.D.N.Y
86 Chambers Street, Third Floor
New York, New York 10007
Attn: David S. Jones, Esq, and Natalie Kuehler, Esq.

Caplin & Drysdale, Chartered
Attorneys for the official committee of unsecured creditors holding asbestos related claims,
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Attn; Elihu Inselbuch, Esq and Rita C. Tobin Esq.

One Thomas Circle, N.W. Suite 1100
Washington D.C. 20005
Attn; Trevor W. Swett III Esq and Kevin Maclay, Esq.

Stutzman, Bromberg, Esserman & Plifka, A Professional Corp.
Attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Attn; Sander L. Esserman Esq. and Robert T. Brousseau, Esq.

The Law Offices of Barry Novack,
Attorneys for the Deutsches
8383 Wilshire Blvd. Suite 830
Beverly Hills, California 90211-2407
Attn; Barry Novack, Esq.

Meader Bill Law Office
Attorney for Griffen
PO Box 499
Hyden, Kentucky 41749
Attn: Bill Meader, Esq.

Dougherty, Leventhal & Price L.L.P.
Attorneys for the McDades
459 Wyoming Ave
Kingston, PA 18704
Attn; James M. Wetter, Esq

Enid W. Harris Esq.
Attorney for RJ Burne

400 Third Ave. Suite 111
Kingston, PA 18704

Murphy & Prachthauser, S.C.
Attorneys for the Korotkas,
One Plaza East Building
330 East Kilbourn Avenue Suite 1200
Milwaukee, Wisconsin 53202
Attn; Thadd J. Llaurado

Corboy & Demetrio
Attorneys for the Korotkas
33 N. Dearborn St. 21st Floor
Chicago, Illinois 60602
Attn; Robert J. Bingle

Rutledge & Rutledge, P.C.
Attorneys for Robley
1083 W. Rex Road Suite 102, Memphis Tennessee 38119
Attn; Roger K. Rutledge

Copy provided for Judge Robert E. Gerber
The US Bankruptcy Court of the Southern District
One Bowling Green
New York, New York 10004

Dated May 19, 2010

                                        Respectfully submitted,

                                        Dr. Terrie Sizemore RN DVM
                                        PO Box 23
                                        Sullivan, Ohio 44880
                                        440-241-3126
                                        sizemore3630@aol.com
                                        Pro se