**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Case No.: 09-50026 (REG) |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY, et al.,** | : | Chapter 11 |
| f/k/a General Motors Corp., et al., | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Stephanie Fraser, being duly sworn, deposes and says:

1.  I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York, 10017

2.  On the 25th day of May, 2010, I served copies of:

    Objection of Shane J. Robley to Motion of General Motors, LLC for Entry of Order Pursuant to 11 U.S.C. § 105 Enforcing 363 Sale Order

by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon all parties listed on Schedule A.

*/s/Stephanie Fraser*
Stephanie Fraser

Sworn to and subscribed before me this
26th day of May, 2010

*/s/Patrick J. Orr*
Notary Public

## SCHEDULE A

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.

Debtors
c/o Motors Liquidation Company
500 Renaissance Center
Suite 1400
Detroit, MI 48243
Attn: Ted Stenger

General Motors, LLC
400 Renaissance Center,
Detroit, MI 48265
Attn: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.

The United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Joseph Samarias, Esq.

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007
Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.

Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.

Caplin & Drysdale
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.

Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.

The Law Offices of Barry Novack
8383 Wilshire Blvd., Suite 830
Beverly Hills, CA 90211-2407
Attn: Barry Novack, Esq.

Meader Bill Law Office
P.O. Box 499
Hyden, KY 41749
Attn: Bill Meader, Esq.

Dougherty, Leventhal & Price, L.L.P.
459 Wyoming Avenue
Kingston, PA 18704
Attn: James M. Wetter, Esq.

Enid W. Harris, Esq.
400 Third Ave., Suite 111
Kingston, PA 18704

Murphy & Prachthauser, S.C.
One Plaza East Building
330 East Kilbourn Avenue, Suite 1200
Milwaukee, WI  53202
Attn: Thadd J. Llaurado

Rutledge & Rutledge, P.C.
1083 W. Rex Road, Suite 102
Memphis, TN  38119
Attn: Roger K. Rutledge

Corboy & Demetrio
33 N. Dearborn Street, 21st Floor
Chicago, IL  60602
Attn: Robert J. Bingle

Dr. Terrie Sizemore RN DVM
P.O. Box 23
Sullivan, OH 44880