LATHAM & WATKINS LLP
Keith Simon
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: keith.simon@lw.com

and

Douglas Bacon
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: douglas.bacon@lw.com

Attorneys for GE Capital Corporation and its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **GENERAL MOTORS CORP., et al.** | ) **Case No. 09-50026 (REG)** |
| | ) |
| **Debtors.** | ) **Jointly Administered** |
| | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF CLAIMS

1.      On June 1, 2009 Motors Liquidation Company (f/k/a General Motors Corporation) ("MLC") and certain of its subsidiaries and affiliated (collectively with MLC, the "Debtors") commenced voluntary cases under chapter 11 of the Bankruptcy Code. The Bankruptcy Court ordered November 30, 2009 as the deadline to file proofs of claim against the Debtors (the "Bar Date").

2.      General Electric Canada Management Services and General Electric Capital Corporation (the "Claimants") timely submitted proofs of claim [Claim Nos. 66710, 66711,

CH\1164129.1

66712, 66713, 66714, 66715 and 66722] (the "Claims") against one or more debtors in these chapter 11 cases. A copy of the file stamped Claims' cover pages are annexed as Exhibit A.

3. Claimants, by their undersigned counsel, hereby withdraw the Claims without prejudice.

4. The Claims are being withdrawn because the parties have settled the underlying obligations pursuant to (i) that certain Omnibus Agreement, dated as of February 25, 2010, which was approved by the Bankruptcy Court pursuant to the *Order Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 365 Approving (I) Omnibus Settlement Agreement and Compromise and (II) Rejection of Certain Personal Property Equipment Lease Agreements* and the *Order Authorizing Rejection of Certain Personal Property Agreements and/or Abandonment of Collateral to Secured Creditors*, both dated as of March 19, 2010, and (ii) that certain Settlement Agreement (GM 1991 A-3, GM 2000 A-1, GM 2000 A-3, GM 2001 A-1, GM 2001 A-2, GM 2001 A-3, GM 2001 A-4, GM 2001 A-5, GM 2001 A-6, GM 2001 A-7, and GM 2001 A-8) dated as of March 1, 2010, which was approved by the Bankruptcy Court pursuant to the *Order Pursuant to Fed. R. Bankr. P. 9019 Approving Global Settlement Agreement and Compromise* and the *Order Authorizing the Debtors to Assume and Assign Certain Unexpired Leases of Equipment and Related Executory Contracts*, both dated as of March 19, 2010.

5. Nothing herein shall limit, abrogate, impair, alter or otherwise affect any claims other than the Claims.

Dated: May 26, 2010  
New York, NY

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ *Douglas Bacon*

Keith Simon  
885 Third Avenue, Suite 1000  
New York, New York 10022  
Telephone: (212) 906-1200  
Facsimile: (212) 751-4864

-and-

Douglas Bacon  
233 S. Wacker Drive, Suite 5800  
Chicago, Illinois 60606  
Telephone: (312) 876-7700  
Facsimile: (312) 993-9767

Attorneys for GE Capital Corporation and its affiliates

# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor (Check Only One)<br>☒ Motors Liquidation Company (f/k/a General Motors Corporation)<br>☐ MLCS, LLC (f/k/a Saturn, LLC)<br>☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)<br>☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc ) | Case No<br>09-50026 (REG)<br>09-50027 (REG)<br>09-50028 (REG)<br>09-13558 (REG) | Your Claim is Scheduled As Follows. |

NOTE *This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503*

| Name of Creditor (the person or other entity to whom the debtor owes money or property)  General Electric Capital Corporation | | |
|---|---|---|
| Name and address where notices should be sent<br>General Electric Capital Corporation<br>c/o Latham & Watkins LLP<br>Max Eisenberg, Esq<br>233 South Wacker Dr , Ste 5800<br>Chicago, IL 60606 | ☐ Check this box to indicate that this claim amends a previously filed claim<br><br>**Court Claim Number:**_____<br>(*If known*)<br><br>Filed on _____ | U.S. BANKRUPTCY COURT<br>S.D.N.Y.<br>FILED<br>2009 NOV 30 P 1:19 |
| Telephone number  312-876-7700<br>Email Address   max eisenberg@lw com | | If an amount is identified above, you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, **EXCEPT AS FOLLOWS** If the amount shown is listed as DISPUTED UNLIQUIDATED or CONTINGENT a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not file again |
| Name and address where payment should be sent (if different from above)<br>**FILED - 66710**<br>**MOTORS LIQUIDATION COMPANY**<br>**F/K/A GENERAL MOTORS CORP**<br>**SDNY # 09-50026 (REG)**<br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case | |

| 1  Amount of Claim as of Date Case Filed, June 1, 2009·    $See Attached Exhibit A | 5  Amount of Claim Entitled to Priority under 11 U S C § 507(a) |
|---|---|
| If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4 If all or part of your claim is entitled to priority, complete item 5 If all or part of your claim is asserted pursuant to 11 U.S C § 503(b)(9), complete item 5<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges | If any portion of your claim falls in one of the following categories, check the box and state the amount<br>Specify the priority of the claim |
| 2  Basis for Claim  See Attached Exhibit A<br>(See instruction #2 on reverse side ) | ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B) |
| 3  Last four digits of any number by which creditor identifies debtor _____<br>3a  Debtor may have scheduled account as _____<br>(See instruction #3a on reverse side ) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4) |
| 4  Secured Claim (See instruction #4 on reverse side )<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information<br><br>Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☒ Other<br>Describe: See Attached Exhibit A<br>Value of Property $_____    Annual Interest Rate___%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____<br>Basis for perfection _____<br>Amount of Secured Claim $_____    Amount Unsecured $_____ | ☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)<br><br>☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8) |
| 6  **Credits**. The amount of all payments on this claim has been credited for the purpose of making this proof of claim | ☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U S C § 503(b)(9) (§ 507(a)(2)) |
| 7  **Documents**  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  (*See instruction 7 and definition of 'redacted' on reverse side* )<br><br>DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING<br>12-01-09P03:26 RCVD<br>If the documents are not available, please explain in an attachment | ☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)<br>Amount entitled to priority<br>$_____<br>**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment* |
| Date<br>11/25/09 | Signature  The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any<br>[signature] | FOR COURT USE ONLY<br>DEC 1 2009 |

*Penalty for presenting fraudulent claim*  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571
Modified B10 (GCG) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor (Check Only One)<br>☒ Motors Liquidation Company (f/k/a General Motors Corporation)<br>☐ MLCS, LLC (f/k/a Saturn, LLC)<br>☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)<br>☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc ) | Case No<br>09-50026 (REG)<br>09-50027 (REG)<br>09-50028 (REG)<br>09-13558 (REG) | Your Claim is Scheduled As Follows. |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503

| Name of Creditor (the person or other entity to whom the debtor owes money or property)  General Electric Capital Corporation | | |
|---|---|---|
| Name and address where notices should be sent<br>General Electric Capital Corporation<br>c/o Latham & Watkins LLP<br>Max Eisenberg, Esq<br>233 South Wacker Dr , Ste  5800<br>Chicago, IL  60606 | ☐ Check this box to indicate that this claim amends a previously filed claim<br><br>Court Claim Number:_____<br>(If known)<br><br>Filed on _____ | U.S. BANKRUPTCY COURT<br>S.D.N.Y.<br>FILED<br>2009 NOV 30 P 1:19 |
| Telephone number  312-876-7700<br>Email Address   max eisenberg@lw com | | If an amount is identified above, you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount ) If you |
| Name and address where payment should be sent (if different from above)<br>FILED - 66711<br>MOTORS LIQUIDATION COMPANY<br>F/K/A GENERAL MOTORS CORP<br>SDNY # 09-50026 (REG)<br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case | agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form. EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not file again |

| 1  Amount of Claim as of Date Case Filed, June 1, 2009·     $See Attached Exhibit A | 5   Amount of Claim Entitled to Priority under 11 U S C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount |
|---|---|
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4  If all or part of your claim is entitled to priority, complete item 5  If all or part of your claim is asserted pursuant to 11 U.S C § 503(b)(9), complete item 5<br>☐  Check this box if claim includes interest or other charges in addition to the principal amount of claim  Attach itemized statement of interest or charges | Specify the priority of the claim<br>☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B) |
| 2  Basis for Claim  See Attached Exhibit A<br>(See instruction #2 on reverse side ) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4) |
| 3.   Last four digits of any number by which creditor identifies debtor _____<br>  3a  Debtor may have scheduled account as _____<br>  (See instruction #3a on reverse side ) | |
| 4  Secured Claim (See instruction #4 on reverse side )<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information<br>Nature of property or right of setoff   ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☒ Other<br>Describe· See Attached Exhibit A<br>Value of Property· $_____  Annual Interest Rate___%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any  $_____<br>Basis for perfection· _____<br>Amount of Secured Claim  $_____     Amount Unsecured  $_____ | ☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)<br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)<br>☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8) |
| 6  Credits  The amount of all payments on this claim has been credited for the purpose of making this proof of claim<br>7  Documents  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements  You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  (See instruction 7 and definition of ' redacted' on reverse side )<br>DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING<br>12-01-09P03:26 RCVD<br>If the documents are not available, please explain in an attachment | ☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U S C § 503(b)(9) (§ 507(a)(2))<br>☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)<br>Amount entitled to priority<br>$_____<br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |
| Date<br>11/25/09 | Signature  The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any<br>[signature] | FOR COURT USE ONLY<br>THE GARDEN CITY GROUP INC<br>DEC 1 2009 |

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571
Modified B10 (GCG) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor (Check Only One)<br>☒ Motors Liquidation Company (f/k/a General Motors Corporation)<br>☐ MLCS, LLC (f/k/a Saturn, LLC)<br>☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)<br>☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc ) | Case No<br>09-50026 (REG)<br>09-50027 (REG)<br>09-50028 (REG)<br>09-13558 (REG) | Your Claim Is Scheduled As Follows.<br>S.D.N.Y.<br>2009 NOV 30 P 1:19<br>FILED<br>U.S. BANKRUPTCY COURT |
| NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 USC § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 USC § 503 | | |

| Name of Creditor (the person or other entity to whom the debtor owes money or property) General Electric Capital Corporation | |
|---|---|
| Name and address where notices should be sent<br>General Electric Capital Corporation<br>c/o Latham & Watkins LLP<br>Max Eisenberg, Esq<br>233 South Wacker Dr , Ste 5800<br>Chicago, IL 60606 | ☐ Check this box to indicate that this claim amends a previously filed claim<br><br>Court Claim Number _____<br>(If known)<br><br>Filed on _____ |
| Telephone number 312-876-7700<br>Email Address max eisenberg@lw com | |
| Name and address where payment should be sent (if different from above)<br>FILED - 66712<br>MOTORS LIQUIDATION COMPANY<br>F/K/A GENERAL MOTORS CORP<br>SDNY # 09-50026 (REG)<br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case |

If an amount is identified above you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount ) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, **EXCEPT AS FOLLOWS** If the amount shown is listed as DISPUTED UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

| 1 Amount of Claim as of Date Case Filed, June 1, 2009 | $ See Attached Exhibit A |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4 If all or part of your claim is entitled to priority, complete item 5 If all or part of your claim is asserted pursuant to 11 USC § 503(b)(9), complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

**2. Basis for Claim** See Attached Exhibit A
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor** _____
3a. Debtor may have scheduled account as _____
(See instruction #3a on reverse side)

**4 Secured Claim** (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff    ☐ Real Estate    ☐ Motor Vehicle    ☐ Equipment    ☒ Other
Describe See Attached Exhibit A

Value of Property $_____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any. $_____

Basis for perfection _____

Amount of Secured Claim $_____    Amount Unsecured $_____

**6 Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7 Documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction 7 and definition of "redacted on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

12-01-09P03:25 RCVD

If the documents are not available, please explain in an attachment

**5    Amount of Claim Entitled to Priority under 11 USC § 507(a) If any portion of your claim falls in one of the following categories, check the box and state the amount**

Specify the priority of the claim
☐ Domestic support obligations under 11 USC § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 USC § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 USC § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal family, or household use – 11 USC § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 USC § 507(a)(8)
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 USC § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 USC § 507(a)(___)

Amount entitled to priority
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

FOR COURT USE ONLY
DEC 1 2009

| Date<br>11/25/09 | Signature The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any<br>[signature] |
|---|---|

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 USC §§ 152 and 3571
Modified B10 (GCG) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor (Check Only One)<br>☐ Motors Liquidation Company (f/k/a General Motors Corporation)<br>☒ MLCS, LLC (f/k/a Saturn, LLC)<br>☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)<br>☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc ) | Case No<br>09-50026 (REG)<br>09-50027 (REG)<br>09-50028 (REG)<br>09-13558 (REG) | Your Claim is Scheduled As Follows. |

NOTE *This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503*

| Name of Creditor (the person or other entity to whom the debtor owes money or property) General Electric Capital Corporation | | |
|---|---|---|
| Name and address where notices should be sent<br>General Electric Capital Corporation<br>c/o Latham & Watkins LLP<br>Max Eisenberg, Esq<br>233 South Wacker Dr , Ste 5800<br>Chicago, IL  60606 | ☐ Check this box to indicate that this claim amends a previously filed claim<br><br>Court Claim Number: _____<br>(*If known*)<br><br>Filed on _____ | FILED<br>2009 NOV 30 P 1:19<br>U.S. BANKRUPTCY COURT<br>S.D.N.Y.<br><br>If an amount is identified above you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount ) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor you do not need to file this proof of claim form EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again |
| Telephone number  312-876-7700<br>Email Address  max eisenberg@lw com | | |
| Name and address where payment should be sent (if different from above)<br>FILED - 66713<br>MOTORS LIQUIDATION COMPANY<br>F/K/A GENERAL MOTORS CORP<br>SDNY # 09-50026 (REG)<br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case | |

| 1  Amount of Claim as of Date Case Filed, June 1, 2009:   $ See Attached Exhibit A | 5   Amount of Claim Entitled to Priority under 11 U S C § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount |
|---|---|
| If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4  If all or part of your claim is entitled to priority, complete item 5  If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9), complete item 5<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim  Attach itemized statement of interest or charges | Specify the priority of the claim<br>☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B) |
| 2  Basis for Claim.  See Attached Exhibit A<br>(See instruction #2 on reverse side ) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier – 11 U S C § 507(a)(4) |
| 3.  Last four digits of any number by which creditor identifies debtor _____<br>3a  Debtor may have scheduled account as _____<br>(See instruction #3a on reverse side ) | |
| 4  Secured Claim  (See instruction #4 on reverse side )<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information<br><br>Nature of property or right of setoff    ☐ Real Estate    ☐ Motor Vehicle    ☐ Equipment    ☒ Other<br>Describe.  See Attached Exhibit A<br>Value of Property  $_____    Annual Interest Rate ___%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any  $_____<br>Basis for perfection: _____<br>Amount of Secured Claim  $_____    Amount Unsecured  $_____ | ☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)<br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal family, or household use – 11 U S C § 507(a)(7)<br>☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8) |
| 6  Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim<br>7  Documents  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements  You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  (See instruction 7 and definition of "redacted" on reverse side )<br>DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING<br>If the documents are not available, please explain in an attachment       12-01-09P03:25 RCVD | ☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U S C § 503(b)(9) (§ 507(a)(2))<br>☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)<br>Amount entitled to priority<br>$_____<br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |
| Date<br>11/25/09 | Signature. The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any<br>[signature] | FOR COURT USE ONLY<br>DEC 1 2009 |

*Penalty for presenting fraudulent claim*  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571
Modified B10 (GCG) (12/08)



| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor (Check Only One): | Case No. |
|---|---|
| ☒ Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| ☐ MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 (REG) |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

**Your Claim is Scheduled As Follows:**

FILED
U.S. BANKRUPTCY COURT
S.D.N.Y.
2009 NOV 30 P 1:19

Name of Creditor (the person or other entity to whom the debtor owes money or property): General Electric Canada Management Services

Name and address where notices should be sent:
General Electric Canada Management Services
c/o Latham & Watkins LLP
Max Eisenberg, Esq.
233 South Wacker Dr., Ste. 5800
Chicago, IL 60606

Telephone number: 312-876-7700
Email Address: max.eisenberg@lw.com

COPY

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, **EXCEPT AS FOLLOWS**: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** $ See Attached Exhibit A

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See Attached Exhibit A
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☒ Other
Describe: See Attached Exhibit A

Value of Property: $ _____   Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____

Basis for perfection: _____

Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

Date: 11/25/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Manjit K. Sharma
Director & V.P., Finance

Bruce N. Futterer, Director & Secretary

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Modified B10 (GCG) (12/08)



| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor (Check Only One):**
- ☐ Motors Liquidation Company (f/k/a General Motors Corporation) — Case No. 09-50026 (REG)
- ☒ MLCS, LLC (f/k/a Saturn, LLC) — 09-50027 (REG)
- ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) — 09-50028 (REG)
- ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) — 09-13558 (REG)

**Your Claim is Scheduled As Follows:**

FILED 2009 NOV 30 P 1:19 U.S. BANKRUPTCY COURT S.D.N.Y.

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): General Electric Canada Management Services

**Name and address where notices should be sent:**
General Electric Canada Management Services
c/o Latham & Watkins LLP
Max Eisenberg, Esq.
233 South Wacker Dr., Ste. 5800
Chicago, IL 60606

Telephone number: 312-876-7700
Email Address: max.eisenberg@lw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

COPY

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form. EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** $ See Attached Exhibit A

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See Attached Exhibit A
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☒ Other
Describe: See Attached Exhibit A
Value of Property: $_____  Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____
Basis for perfection: _____
Amount of Secured Claim: $_____     Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2)).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:** $_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 11/25, 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature] Manjit K. Sharma
Director & V.P., Finance

~~Bruce N. Futterer, Director & Secretary~~

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor (Check Only One)<br>☒ Motors Liquidation Company (f/k/a General Motors Corporation)<br>☐ MLCS, LLC (f/k/a Saturn, LLC)<br>☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)<br>☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc) | Case No<br>09-50026 (REG)<br>09-50027 (REG)<br>09-50028 (REG)<br>09-13558 (REG) | Your Claim is Scheduled As Follows. |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503

U.S. BANKRUPTCY COURT
S.D.N.Y.
FILED
2009 NOV 30 P 1:19

| Name of Creditor (the person or other entity to whom the debtor owes money or property)  General Electric Capital Corporation | | |
|---|---|---|
| Name and address where notices should be sent<br>General Electric Capital Corporation<br>c/o Latham & Watkins LLP<br>Max Eisenberg, Esq<br>233 South Wacker Dr , Ste  5800<br>Chicago, IL  60606<br><br>Telephone number  312-876-7700<br>Email Address  max eisenberg@lw com | ☐ Check this box to indicate that this claim amends a previously filed claim<br><br>Court Claim Number _____<br>(If known)<br><br>Filed on _____ | If an amount is identified above, you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount ) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, **EXCEPT AS FOLLOWS** If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim  If you have already filed a proof of claim in accordance with the attached instructions, you need not file again |
| Name and address where payment should be sent (if different from above)<br>FILED - 66722<br>MOTORS LIQUIDATION COMPANY<br>F/K/A GENERAL MOTORS CORP<br>SDNY # 09-50026 (REG)<br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case | |

| 1 Amount of Claim as of Date Case Filed, June 1, 2009     $See Attached Exhibit A | 5 Amount of Claim Entitled to Priority under 11 U S C § 507(a) If any portion of your claim falls in one of the following categories, check the box and state the amount |
|---|---|
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4  If all or part of your claim is entitled to priority, complete item 5  If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9), complete item 5<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim  Attach itemized statement of interest or charges | Specify the priority of the claim<br>☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B) |
| 2 Basis for Claim  See Attached Exhibit A<br>(See instruction #2 on reverse side ) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4) |
| 3 Last four digits of any number by which creditor identifies debtor _____<br>3a  Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side ) | |
| 4 Secured Claim (See instruction #4 on reverse side )<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information<br><br>Nature of property or right of setoff    ☐ Real Estate    ☐ Motor Vehicle    ☐ Equipment    ☒ Other<br>Describe: See Attached Exhibit A<br>Value of Property $_____  Annual Interest Rate ___%<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any  $_____<br>Basis for perfection _____<br>Amount of Secured Claim: $_____    Amount Unsecured  $_____ | ☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)<br><br>☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8) |
| 6 Credits  The amount of all payments on this claim has been credited for the purpose of making this proof of claim<br><br>7 Documents  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements  You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  (See instruction 7 and definition of "redacted" on reverse side )<br><br>DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING<br>                                                                                    12-01-09P03:24 RCVD<br>If the documents are not available, please explain in an attachment | ☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U S C § 503(b)(9) (§ 507(a)(2))<br><br>☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(___)<br>Amount entitled to priority<br>$_____<br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |
| Date<br>11/25/09 | Signature  The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any<br>[signature] | FOR COURT USE ONLY<br>DEC 1 2009 |

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571
Modified B10 (GCG) (12/08)