Robert B. Weiss
Joseph R. Sgroi
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7570
Facsimile: (313) 465-7571

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In Re** : Chapter 11
: 
**MOTORS LIQUIDATION COMPANY** (f/k/a : Case No. 09-50026 (REG)
General Motors Corp.), et al., : (Jointly Administered)
: 
Debtors. : Hon. Robert E. Gerber
: 
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that he caused copies to be served as follows:

1. Document Served: Notice of Adjournment of Hearing on General Motors LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation Dated August 14, 2009.

2. Served Upon: All parties requesting Court ECF email notification

    Method of Service: Via Court ECF email notification

3. Served Upon: See attached Service List

    Method of Service: Via U.S. Mail unless otherwise indicated on the Service List

4. Date Served: May 26, 2010

2

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated: May 26, 2010           By:   /s/ Joseph R. Sgroi
                                                      Robert B. Weiss (Michigan Bar No. P28249)
                                                      Joseph R. Sgroi (Michigan Bar No. P68666)
                                     2290 First National Building
                                     660 Woodward Avenue
                                     Detroit, MI  48226
                                     Telephone:  (313) 465-7570
                                     Facsimile:  (313) 465-7571
                                     Email:  jsgroi@honigman.com

DETROIT.4049013.1

General Motors LLC
Attn: Lawrence S. Buonomo, Esq.
300 Renaissance Center
Detroit, MI  48226

Motors Liquidation Company
f/k/a General Motors Corp. et al.
Attn: Ted Stenger
500 Renaissance Center, Suite 1400
Detroit, MI  48243

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Joseph Samarias, Esq.
United States Department of the Treasury
1500 Pennsylvania Avenue, NW, Room 2312
Washington. D.C. 20020

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price
1633 Broadway, 47th Floor
New York, NY  10019

Thomas Moers Mayer, Esq.
Amy Caton, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Diana G. Adams, Esq.
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale
Asbestos Claimants' Committee
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale
Asbestos Claimants' Committee
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005

| | |
|---|---|
| David S. Jones, Esq.<br>Natalie Kuehler, Esq.<br>U.S. Attorney's Office, S.D.N.Y.<br>86 Chambers Street, Third Floor<br>New York, NY  10007 | Knowledge Learning Corporation<br>Attn: Darrell Lyons<br>650 NE Holladay Street<br>Portland, OR  97232 |
| KinderCare Learning Centers, Inc.<br>Attn: Real Estate Assets<br>650 NE Holladay Street<br>Portland, OR  97232 | Austin L. McMullen, Esq.<br>Bradley Arant Boult Cummings LLP<br>Knowledge Learning Corporation<br>1600 Division Street, Suite 700<br>Nashville, TN  37203<br>**Via Priority Overnight Federal Express** |

U.S. Bankruptcy Court
Judge Robert E. Gerber – Helene Blum
One Bowling Green
New York, NY  10004
**Via Priority Overnight Federal Express**

DETROIT.4046311.1

| | | |
|---|---|---|
| Aldine Independent School District<br>Attn: Annettee Ramirez<br>14910 Aldine-Westfield Road<br>Houston, TX  77032 | Asplundh Tree Expert Co.<br>Attn: Philip E. Tatoian, Jr., Esq., VP<br>And General Counsel<br>708 Blair Mill Rd<br>Willow Grove, PA  19090 | Atlas Oil Company<br>124501 Ecorse Road<br>Taylor, MI  48180 |
| BNSF Railway Company<br>Attn: Quincy Chumley<br>3001 Western Center Blvd<br>Ft. Worth, TX  76131 | Bob Hastings Buick GMC, Inc.<br>Attn: David P. Stoetzel<br>800 Panorama Trail South<br>Rochester, NY  14625 | Charles Clark Chevrolet Co.<br>P.O. Box 520<br>McAllen, TX  78505 |
| Commonwealth Of Pennsylvania<br>Dept Of Labor And Industry<br>Reading Bankruptcy & Compl. Unit<br>Reading, PA  19602 | Daniel W. Sherrick, Esq.<br>General Counsel<br>8000 East Jefferson Ave<br>Detroit, MI 48214 | David V. Cooke, Esq.<br>Assistant City Attorney<br>Municipal Operations<br>201 West Colfax Avenue, Dept. 1207<br>Denver, CO  80202 |
| Department Of The Treasury<br>Attn: Office Of General Counsel<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C.  20220 | Michael Foreman, Esq.<br>Dorsey & Whitney LLP<br>Ballard Material Products Inc.<br>250 Park Avenue<br>New York, NY  10177 | Eaton Corporation<br>1111 Superior Avenue<br>Cleveland, OH  44114 |
| Edward S. Donini, Esq.<br>P.O. Box 605<br>New Smyrna Beach, FL  32170 | El Paso Corporation<br>Michael J. McGinnis, Senior Attorney<br>1001 Louisiana, Suite E 1943 A<br>Houston, TX  77002 | Ellias Group LLC<br>Attn: Dan Ellias<br>411 Theodore Fremd Ave, Suite 102<br>Rye, NY 10580 |
| Equitable Gas Bankruptcy Department<br>Attn: Judy Gawlowski<br>200 Allegheny Center Mall<br>Pittsburgh, PA  15212 | Factory Motor Parts Company<br>1380 Corporate Center Curve<br>Eagan, MN  55121 | Gay D. Pelzer<br>Deputy General Counsel<br>The University Of Iowa<br>Iowa City, IA  52242 |
| GHSP, Inc.<br>Attn: Ron Wallish<br>1250 South Beechtree Street<br>Grand Haven, MI  49417 | Gladfelter & Galvano, P.L.<br>Attn: Sacha Roass, Esq.<br>Goebel And Hawkins Grimes<br>1023 Manatee Ave West<br>Bradenton, FL  34205 | Howard County Office Of Law<br>Camela Sandmant, Asst Cty Solicitor<br>George Howard Building<br>3430 Courthouse Drive<br>Ellicott City, MD  21043 |
| Imperical County Treasurer<br>Karen Vogel, Treasurer Tax Collector<br>940 West Main Street, Suite 106<br>El Centro, CA  92243 | Internal Revenue Service<br>Attn: Insolvency Section<br>290 Broadway<br>New York, NY  10007 | Internal Revenue Service<br>Attn: Insolvency Section<br>P.O. Box 21126<br>Philadelphia, PA  19114 |
| Jim Barnard Chevrolet, Inc.<br>Attn: Allyn Barnard, President<br>7107 Buffalo Road<br>Churchville, NY  14428 | Knapp Chevrolet<br>815 Houston Avenue<br>Houston, TX  77007 | Madison County Tax Collector<br>Attn: Lynda Hall<br>100 Northside Square<br>Huntsville, AL  35801 |
| Meltzer, Purtill & Stelle, LLC<br>Attn: Forrest B. Lammiman<br>Broadway in Chicago LLC<br>300 South Wacker Drive, Suite 3500<br>Chicago, Il  60606 | Michael A. Cox, Atty General<br>Kathllen Gardiner, Asst Atty General<br>Julius O. Curling, Asst. Atty General<br>3030 W. Grand Blvd, Suite 10-200<br>Detroit, MI  48202 | Michigan Workers' Compensation<br>Agency<br>7150 Harris Dr.<br>Dimondale, MI  48821 |

| | | |
|---|---|---|
| Mike Barnard Chevrolet-Cadillac-Buick-Pontiac-GMC, Inc.<br>Attn: Michael E. Barnard, President<br>616 Thayer Road<br>Fairport, NY  14450 | New York City Dept. Of Finance<br>Attn: Legal Affairs - Devora Cohn<br>345 Adams St, 3rd Floor<br>Brooklyn, NY  11201 | New York State Dept Taxation & Finance<br>Attn: Bankruptcy/Special Proc. Sect.<br>PO Box 5300<br>Albany, NY  12205 |
| North America Tonnage Linde, Inc.<br>Attn: Jeffrey J. Johns, Commercial Director<br>575 Mountain Avenue<br>Murray Hill, NJ  07974 | Paddock Chevrolet, Inc.<br>Attn: Duane Paddock, President<br>3232 Delaware Avenue<br>Kenmore, NY  14217 | S. Ornelas & M. Castillo Jr.<br>Ornelas, Castillo & Ornelas, PLLC<br>401 East Hillside Rd., 2nd Floor<br>Laredo, TX  78041 |
| P. Richard Hartley<br>415 E. Commerce Street, Suite 101<br>PO Box 583<br>Greenville, AL  36037 | Securities And Exchange Commission<br>Attn: Andrew N. Vollmer, Acting Gen. Counsel<br>100 F Street, ND<br>Washington, D.C.  20549 | Penske Auto Group<br>18600 South Hawthorne Boulevard<br>Torrance, CA  90504 |
| Pima County<br>Barbara Lawall, Civil Division<br>T. Roberts & G. Yusufov<br>32 N. Stone, Suite 1400<br>Tucson, AZ  85701 | The Valley Cadillac Corporation<br>Attn: Edward T. Meaghar, Jr., President<br>3100 Winton Road South<br>Rochester, NY  14623 | R. Elping, K. Dine & E. Carrig<br>1540 Broadway<br>New York, NY  11036 |
| Kevin M Schoenl<br>Connie Schoenl<br>20 Jade Creek Dr<br>Hilton, NY  14468 | Toyota Motor Sales U.S.A, Inc.<br>Attn: Tobin Lippert<br>19001 South Western Ave, HQ12<br>Torrance, CA  90509 | Shape Corp.<br>Attn: Budd Brink<br>1900 Hayes Street<br>Grand Haven, MI  49417 |
| Team Chevrolet, Inc.<br>Attn: Thomas Steigerwald, VP<br>2830 Route 16 North<br>Olean, NY  14760 | Underwood & Associates, P.C.<br>Attn: Otis M. Underwood Jr.<br>167 S. Washington St.<br>Oxford, MI  48371 | Toyota Boshoku America, Inc.<br>28000 West Park Drive<br>Novi, MI  48377 |
| United States Attorney's Office<br>Attn: Claims Unit - Room 417<br>One St. Andrews Plaza<br>New York, NY  10007 | Washington Department Of Revenue<br>Zachary Mosner, Asst. Atty General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA  98104 | Baker & Hostetler LLP<br>Attn: Joseph F. Hutchinson, Jr.,<br>Eric Goodman, Wendy J. Gibson<br>3200 National City Center<br>1900 E. 9th Street<br>Cleveland, OH  44114 |
| 3M Company<br>Attn: Catherine Barnett Wilson<br>Office Of General Counsel<br>3M Center, Building 220-9E-02<br>St. Paul, MN  55144 | Arnall Golden Gregory LLP<br>Attn: Darryl S. Laddin & Frank N. White<br>171 17th Street, NW, Suite 2100<br>Atlanta, GA  30363 | Baker & Hostetler LLP<br>Attn: Richard Bernard, Esq.<br>45 Rockefeller Plaza<br>New York, NY  10111 |
| Aiken Schenk Hawkins & Riccardi P.C.<br>Attn: Barbara Lee Caldwell<br>4742 North 24th Street, Suite 100<br>Phoenix, AZ  85016 | At&T Services Inc.<br>Attn: James W. Grudus<br>One At&T Way, Room 3A218<br>Bedminster, NJ  07921 | Ballard Spahr Andrews & Ingersoll<br>Attn: Matthew G. Summers, Esq.<br>300 East Lombard Street, 18th Floor<br>Baltimore, MD  21202 |
| Airgas, Inc.<br>Attn: David Boyle, Consultant To Legal Dept<br>259 Radnor Chester Road<br>Radnor, PA 19087 | Attorney General<br>Attn: Roland Hwang, Esq.<br>Growth, Unemployment Insurance Agency<br>3030 W. Grand Boulevard, Suite 9-600<br>Detroit, MI  48202 | Barnes & Thornburg LLP<br>Attn: John T. Gregg, Esq.<br>171 Monroe Avenue, NW, Suite 1000<br>Grand Rapids, MI  49503 |

| | | |
|---|---|---|
| Allard & Fish, P.C.<br>Attn: Deborah L. Fish, Esq.<br>2600 Buhl Bldg<br>535 Griswold<br>Detroit, MI 48226 | Attorney General<br>Attn: Leslie C. Levy, Assistant<br>Attorney General<br>2115 State Capitol Building<br>Lincoln, NE 68509 | Barnes & Thornburg LLP<br>Attn: Mark R. Owens, Esq.<br>11 South Meridian Street<br>Indianapolis, IN 46204 |
| Alpine Electronics Of America, Inc.<br>Attn: Cynthia Woodruff-Neer, Esq.<br>19145 Gramercy Place<br>Torrance, CA 90501 | Attorney General<br>Attn: Mark Browning, Assistant<br>Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711 | Barrick, Switzer, Long, Balsley &<br>Van Evera<br>Attn: Robert C. Pottinger, Esq.<br>6833 Stalter Drive, First Floor<br>Rockford, IL 61108 |
| Arcadis U.S., Inc.<br>Attn: Liesl Spangler,<br>Associate Counsel<br>630 Plaza Drive, Suite 100<br>Highlands Ranch, CO 80129 | Attorney General Of Ohio<br>Victoria D. Garry, Asst Atty General<br>Collections & Enforcement<br>441 Vine Street<br>Cincinnati, OH 45202 | Bartlett Hackett Feinberg P.C.<br>Attn: Frank F. Mcginn, Esq.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 |
| Arent Fox LLP<br>Christopher Giaimo, Jeffrey Rothleder<br>Andrea Campbell<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036 | Attorney General<br>Michael A. Cox & Dennis J. Raterink<br>Labor Division<br>P.O. Box 30736<br>Lansing, MI 48909 | Becker, Glynn, Melamed & Muffly LLP<br>Attn: Chester B. Salomon, Esq.<br>299 Park Avenue, 16th Floor<br>New York, NY 10171 |
| Arent Fox LLP<br>Attn: James M. Sullivan, Esq.<br>1675 Broadway<br>New York, NY 10019 | Attorney General<br>Kimberly Walsh, Asst Atty General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711 | Berger Singerman, P.A.<br>Attn: Arthur J. Spector, Esq.<br>350 E. Las Olas Blvd, 10th Floor<br>Fort Lauderdale, FL 33301 |
| Arent Fox LLP<br>Attn: Mary Joanne Dowd, Esq.<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036 | Attorney General<br>Susan Przekop-Shaw<br>Asst Atty General<br>P.O. Box 30736<br>Lansing, MI 48909 | Bingham McCutchen LLP<br>Anna M. Boelitz, Jonathan B. Alter<br>One State Street<br>Hartford, CT 06103 |
| Armstrong Teasdale, LLP<br>Attn: David L. Going, Esq.<br>One Metropolitan Square, Suite 2600<br>St. Louis, MO 63102 | Attorney General<br>Attn: Neal S. Mann, Asst Atty General<br>120 Broadway - 24th Floor<br>New York, NY 10271 | Blank Rome LLP<br>Attn: Regina Stango Kelbon, Esq.<br>One Logan Square<br>Philadelphia, PA 19103 |
| Bialson, Bergen & Schwab<br>Patrick M. Costello & Thomas M. Gaa<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306 | Bingham Mccutchen LLP<br>Robert M Dombroff, Jeffrey S. Sabin<br>399 Park Avenue<br>New York, NY 10022 | Brady C Williamson<br>Godfrey & Kahn Sc<br>One East Main St<br>Madison, WI 53703 |
| Blue Cross And Blue Shield Of Michigan<br>Attn: Jeffrey Rumley, Assistant<br>General Counsel<br>600 Lafayette East #1925<br>Detroit, MI 48226 | Blank Rome LLP<br>Attn: Marc E. Richards, Esq.<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Brooks Wilkins Sharkey & Turco<br>Matthew E. Wilkins, Paula A. Hall<br>401 S. Old Woodward Ave, Suite 460<br>Birmingham, MI 48009 |
| Borges & Associates, LLC<br>Attn: Wanda Borges, Esq.<br>575 Underhill Blvd., Suite 118<br>Syosset, NY 11791 | Bodman LLP<br>Attn: Colin T. Darke, Marc M. Bakst<br>1901 St. Antoine Street<br>6th Floor At Ford Field<br>Detroit, MI 48226 | Brown & Whalen, P.C.<br>Attn: Rodney A. Brown, Esq.<br>711 Third Avenue, 20th Floor<br>New York, NY 10017 |

Brayton Purcell LLP
Attn: Alan R. Brayton, Christina C.
Skubic, Matthew B. Lee
222 Rush Landing Road
Novato, CA  94945

Bracewell & Giuliani LLP
Attn: Renee Dailey
225 Asylum Street, 26th Floor
Hartford, CT  06103

Burlington Northern Sante Fe Railway Company
Peter M. Lee, Senior General Atty
2500 Lew Menk Drive
P.O. Box 961039
Ft. Worth, TX  76161

Buchalter Nemer, PC
Attn: Shawn M. Christianson, Esq.
333 Market Street, 25th Floor
San Francisco, CA  94105

Briggs And Morgan P.A.
Attn: John R. McDonald, Esq.
2200 Ids Center
80 South 8th Street
Minneapolis, MN  55402

Butzel Long, PC
Attn: Robert Sidorsky, Eric B. Fisher
380 Madison Avenue
New York, NY  10017

Burr & Forman LLP
Attn: D. Christopher Carson &
Jennifer B. Kimble
420 North 20th Street, Suite 3400
Birmingham, AL  35203

Brown & Connery, LLP
Attn: Kenneth J. Schweiker, Jr., Esq.
6 North Broad Street, Suite 100
Woodbury, NJ  08096

C.B. Blackard, III
Corporate Counsel
Acxiom Corporation
301 E Dave Ward Dr
Conway, AR  72033

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY  10281

Burke, Warren, Mackay & Serritella, P.C.
Attn: J. Kim & G. Ring
330 N. Wabush Ave. 22nd Floor
Chicago, IL  60611

Canon U.S.A, Inc.
Attn: Ruth E. Weinstein
One Canon Plaza
Lake Success, NY  11042

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch & Rita Tobin
Mark Buttita
375 Park Avenue, 35th Floor
New York, NY  10152

Bush Seyferth & Paige PLLC
Attn: Richard W. Paige
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084

Carson Fischer, P.L.C.
Joseph Fischer, Lawrence Lichtman,
Patrick Kukla, Christopher Grosman
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302

Clark Hill PLC
Christopher Cahill, Robert Gordon
151 S Old Woodward Ave, Ste 200
Birmingham, MI  48009

Butzel Long, PC
Attn: Thomas B. Radom & Max J. Newman
41000 Woodward Avenue
Bloomfield Hills, MI  48304

Chapell & Associates, LLC
Attn: Alan Chapell, Cipp
Consumer Privacy Ombudsman
297 Driggs Avenue, Suite 3a
Brooklyn, NY  11222

Cohen, Weiss And Simon LLP
Attn: Babette A. Ceccotti, Esq.
330 West 42nd Street
New York, NY  10036

Campbell, O'brien & Mistele, P.C.
Attn: Robert J. Figa, Esq.
100 W. Big Beaver Road, Suite 385
Troy, MI  48084

Cleary Gottlieb Steen & Hamilton LLP
A Richard Susko, D. Buell, J. Bromley
S. O'Neal, D. Gottlieb, R. Lincer
One Liberty Plaza
New York, NY  10006

Connell Foley LLP
Attn: Stephen V. Falanga &
Christopher M. Hemrick
888 Seventh Avenue
New York, NY  10106

Caplin & Drysdale, Chartered
Attn: Peter Van Lockwood, Ronald
Reinsel & Trevor Swett, III. Mark Buttita
1 Thomas Circle
Washington, DC  20005

Clifford Chance US LLP
Andrew Brozman & Sarah Campbell
RBS Citizens N.A.
31 West 52nd Street
New York, NY  10019

Covington & Burling LLP
Attn: Michael St. Patrick Baxter, Esq.
1201 Pennsylvania Avenue NW
Washington, DC  20004

Cassels Brock
Attn: Michael Weinczok
2100 Scotia Plaza - 40 King Street West
Toronto, ON M5H 3C2
**CANADA**

Cole, Schotz, Meisel Forman & Leonard, P.A.
Attn: Stuart Komrower, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ  07601

Dana Holding Company
Attn: Lisa Wurster
PO Box 1000
Maumee, OH  43537

Cohn Whitesell & Goldberg LLP
Attn: Michael J. Goldberg, Esq.
101 Arch St. Suite 1605
Boston, MA  02110

County Attorney
Attn: Belkys Escobar, Assistant County Attorney
One Harrison Street, S.E., 5th Floor
Leesburg, VA  20175

| | | |
|---|---|---|
| Day Pitney<br>Richard M. Meth, Herbert K. Ryder<br>P.O. Box 1945<br>Morristown, NJ 07962 | Coolidge Wall Co., L.P.A.<br>Attn: Ronald S. Pretekin, Esq.<br>33 West First Street, Suite 600<br>Dayton, OH 45402 | Cummings & Lockwood LLC<br>Attn: John F. Carberry, Esq.<br>Six Landmark Square<br>Stamford, CT 06901 |
| Debevoise & Plimpton LLP<br>Jasmine Powers, Richard F. Hahn<br>919 Third Avenue<br>New York, NY 10022 | Covington & Burling LLP<br>Attn: Susan Power Johnston, Esq.<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 | Dawda, Mann, Mulcahy & Sadler, Plc<br>Attn: William Rosin & Kenneth Flaska<br>39533 Woodward Avenue, Suite 200<br>Bloomfield Hills, MI 48304 |
| Dechert LLP<br>Attn: Juliet Sarkessian, Esq.<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104 | Davis Polk & Wardwell<br>Donald Bernstein & Marshall Huebner<br>450 Lexington Avenue<br>New York, NY 10017 | Day Pitney LLP<br>Attn: Richard M. Meth, Esq.<br>200 Campus Drive<br>Florham Park, NJ 07932 |
| Department Of Labor & Industry<br>Attn: Denise A. Mertz<br>Reading Bankruptcy & Compliance Unit<br>625 Cherry Street, Room 203<br>Reading, PA 19602 | Day Pitney LLP<br>Attn: Herbert Ryder, Amish R. Doshi<br>7 Times Square<br>New York, NY 10036 | Dealer Tire, LLC<br>3711 Chester Avenue<br>Cleveland, OH 44114 |
| Dickinson Wright PLLC<br>Doron Yitzchaki, Michael C. Hammer<br>301 E. Liberty, Suite 500<br>Ann Arbor, MI 48104 | Dickinson Wright PLLC<br>Colleen Sweeney, Kerry Masters Ewald<br>424 Church Street, Suite 1401<br>Nashville, TN 37219 | Dechert LLP<br>Attn: James O. Moore, Shmuel Vasser<br>1095 Avenue Of The Americas<br>New York, NY 10036 |
| Drinker Biddle & Reath LLP<br>Attn: Kristen K. Going, Esq.<br>1500 K Street, N.W.<br>Washington, DC 20005 | Diconza Law P.C.<br>Attn: Gerard Diconza, Esq.<br>630 Third Avenue, 7th Floor<br>New York, NY 10017 | Department Of Labor<br>Attn: Deputy Solicitor Of Labor<br>200 Constitution Avenue, NW<br>Washington, DC 20201 |
| Edwards Angell Palmer & Dodge LLP<br>R. Hiersteiner, J. Darcey, A. Zuccarello<br>J. Groves, C. Bodell & J. Whitlock<br>111 Huntington Avenue<br>Boston, MA 02199 | Drinker Biddle & Reath LLP<br>Attn: Stephanie Wickouski, Esq.,<br>Kirstin K. Going<br>140 Broadway, 39th Floor<br>New York, NY 10005 | Dickinson Wright PLLC<br>Dawn R. Copley, James A. Plemmons<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226 |
| Ellis & Winters, LLP<br>Attn: George F. Sanders Iii<br>P.O. Box 33550<br>Raleigh, NC 27615 | Elliott Greenleaf<br>Attn: R. Z - Aravena & T. Kittila, Esq.<br>1105 North Market St. 17th Floor<br>Wilmington, DE 19801 | DLA Piper LLP<br>Karol Denniston & Jennifer Nassiri<br>550 S. Hope Street, Suite 2300<br>Los Angeles, CA 90071 |
| Felderstein Fitzgerald<br>Willoughby & Pascuzzi LLP<br>Attn: Paul J. Pascuzzi, Esq.<br>400 Capital Mall, Suite 1450<br>Sacramento, CA 95814 | Entergy Services, Inc<br>Attn: Alan H. Katz, Assistant General<br>Counsel<br>639 Loyola Avenue, 26th Floor<br>New Orleans, LA 70113 | EDS, AN HP Company<br>Ayala Hassell, Bankruptcy & Insolvency,<br>Senior Attorney<br>H3-3A-05<br>Plano, TX 75024 |
| Foley & Lardner LLP<br>Attn: Frank Dicastri, Esq.<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202 | Ervin Cohen & Jessup LLP<br>Michael S. Kogan & Peter Jazayeri<br>9401 Wilshire Boulevard<br>Beverly Hills, CA 90212 | Ellis & Winters LLP<br>Attn: George F. Sanderson Iii<br>P.O. Box 33550<br>Raleigh, NC 27636 |

Fox Rothschild LLP
Attn: Fred Stevens, Esq.
100 Park Avenue, Suite 1500
New York, NY  10017

Friedlander Misler, PLLC
Attn: Robert E. Greenberg, Esq.
1101 Seventeenth St, NW, Ste 700
Washington, DC  20036

Gersten Savage, LLP
Attn: Paul Rachmuth
600 Lexington Avenue
New York, NY  10022

Godfrey & Kahn, S.C.
Attn: Timothy F. Nixon, Esq
780 North Water Street
Milwaukee, WI  53202

Goulston & Storrs, P.C.
Douglas B. Rosner, Gregory O. Kaden
400 Atlantic Avenue
Boston, MA  02110

Hahn & Hessen LLP
J. Divack & H. Patwardhan
488 Madison Avenue, 15th Floor
New York, NY  10022

Halperin Battaglia Raicht, LLP
Attn: Christopher J. Battaglia &
Julie D. Dayas, Esq.
555 Madison Avenue, 9th Floor
New York, NY  10022

Haynes And Boone LLP
Patrick Hughes, Peter Ruggero
Charles Beckman, Brooks Hamilton
1221 McKinney, Suite 2100
Houston, TX  77010

Hess Corporation
Attn: Elizabeth Anne Carini Currenti
1 Hess Plaza
Woodbridge, NJ  07095

Hinckley, Allen & Snyder LLP
Thomas Curran, Paul O'Donnell
Jennifer Doran
28 State Street
Boston, MA  02109

Foley & Lardner LLP
Attn: Robert H. Huey, Esq.
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, DC  20007

Foley & Lardner LLP
Attn: Jill L. Munch & Joanne Lee
321 North Clark Street, Suite 2800
Chicago, IL  60654

Fraser Trebilcock Davis & Dunlap, P.C.
Attn: G. Alan Wallace, Esq.
124 West Allegan Street, Suite 1000
Lansing, MI  48933

Fulbright & Jaworski L.L.P.
David A. Rosenzweig & Mark C. Haut
666 Fifth Avenue
New York, NY  10103

Fulbright & Jaworski L.L.P.
Attn: Michael M. Parker, Esq.
300 Convent Street, Suite 2200
San Antonio, TX  78205

Gibbons P.C.
Attn: David N. Crapo, Esq.
One Gateway Center
Newark, NJ  07102

Girrard Gibbs LLP
Attn: D. Girard & A.J. De Bartolomeo
601 California Street, Suite 1400
San Francisco, CA  94108

Golenbock Eiseman Assor Bell &
Peskoe
Jonathan Flaxer, Douglas Furth
Anthony Vassallo
437 Madison Avenue
New York, NY  10022

Harman Becker Automotive Systems
39001 West 12 Mile Road
Farmington Hills, MI  48331

Haynsworth Sinkler Boyd, P.A.
Attn: William H. Short, Jr., Esq.
PO Box 11889
Columbia, SC  29211

Erman, Teicher, Miller, Zucker &
Freedman
Earle Erman, David Eisenberg,
Dianne Ruhlandt
400 Galleria Officentre, Ste. 444
Southfield, MI  48034

Farella Braun & Martel LLP
Neil A. Goteiner, Esq.
235 Montgomery Street, 17th Floor
San Francisco, CA  94104

Foley & Lardner LLP
Attn: Victor A. Vilaplana & Matthew J.
Riopelle
402 West Broadway, Suite 2100
San Diego, CA  92101

Foley & Lardner LLP
M. Aiello, S. Barbatano, S. Hilfinger
J. Simon, K. Catanese, S. Seabolt
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI  48226

Forman Holt Eliades & Ravin, LLC
Attn: Kim R. Lynch, Esq.
80 Route 4 East, Suite 290
Paramus, NJ  07652

Freeborn & Peters LLP
Aaron L. Hammer & Thomas R. Fawkes
311 South Wacker Drive, Suite 3000
Chicago, IL  60606

Fulbright & Jaworski L.L.P.
Liz Boydston, Louis R. Strubeck
2200 Ross Avenue, Suite 2800
Dallas, TX  75201

Fulbright & Jaworski L.L.P.
David A. Rosenzweig, Jaclyn L. Rabin
666 Fifth Avenue
New York, NY  10103

Gibson, Dunn & Crutcher LLP
David M. Feldman, Matthew J. Williams
200 Park Avenue
New York, NY  10166

Glenn M. Reisman, Esq.
Two Corporate Drive, Suite 234
Shelton, CT  06484

| | | |
|---|---|---|
| Hogan & Hartson LLP<br>Scott A. Golden & Brian J Grieco<br>875 Third Avenue<br>New York, NY 10022 | Hewlett-Packard CompaNY Lp<br>Ramona Neal, Senior Counsel<br>11311 Chinden Boulevard<br>Mail Stop 314<br>Boise, ID 83714 | Gorlick, Kravitz & Listhaus, P.C.<br>Attn: Barbara S. Mehlsack, Esq.<br>17 State Street, 4th Floor<br>New York, NY 10004 |
| Hunter & Schank Co., LPA<br>John J. Hunter, Jr., Thomas J. Schank<br>One Canton Square<br>1700 Canton Avenue<br>Toledo, OH 43604 | Hiscock & Barclay, LLP<br>Susan R. Katzoff, Esq.<br>One Park Place<br>300 South State Street<br>Syracuse, NY 13202 | Greenberg Traurig, LLP<br>Attn: B. Zirinsky, N. Mitchell & A. Kadish<br>200 Park Avenue<br>New York, NY 10166 |
| Hunton & Williams LLP<br>Peter Partee, Richard Norton,<br>Scott H. Bernstein<br>200 Park Avenue<br>New York, NY 10166 | Industry Canada, Legal Services<br>Attn: Anne Boudreau<br>235 Queen Street<br>Ottawa, ON K1A OH5<br>**Canada** | Hahn Loeser & Parks LLP<br>Attn: Lee D. Powar & Daniel A.<br>Demarco & Rocco I. Debitetto<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114 |
| International Union, UAW<br>Daniel Sherrick & Niraj Ganatra<br>Legal Dept.<br>8000 East Jefferson Avenue<br>Detroit, MI 48214 | Ivey, Barnum And O'mara, LLC<br>Attn: Melissa Zelen Neier, Esq.<br>170 Mason Street<br>Greenwich, CT 06830 | Haynes And Boone, LLP<br>Judith Elkin, Matthew E. Russell<br>Jonathan Hook<br>1221 Avenue Of The Americas, 26th Fl<br>New York, NY 10020 |
| Jaffe, Raitt, Heuer, & Weiss, P.C.<br>Attn: Richard E. Kruger<br>27777 Franklin Rd. Suite 2500<br>Southfield, MI 48034 | Jenner & Block LLP<br>Daniel Murray & Joseph Gromacki<br>353 N. Clark St.<br>Chicago, IL 60654 | Herrick, Feinstein LLP<br>Attn: Stephen B. Selbst & Paul Rubin<br>2 Park Avenue<br>New York, NY 10016 |
| Johnson, Hearn, Vinegar, Gee & Glass<br>Attn: Jean Winborne Boyles, Esq.<br>P.O. Box 1776<br>Raleigh, NC 27602 | Johnston Barton Proctor & Rose LLP<br>Attn: Max A. Moseley, Esq.<br>569 Brookwood Village, Suite 901<br>Birmingham, AL 35209 | Hewlett-Packard Financial Services Co<br>Attn: Amy S. Chipperson, Esq.<br>420 Mountain Avenue<br>Murray Hill, NJ 07640 |
| Kaye Scholer LLP<br>Richard Smolev & Stewart Herman<br>425 Park Avenue<br>New York, NY 10022 | Keating Muething & Klekamp PLL<br>Attn: Jason V. Stitt, Esq.<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202 | Hunton & Williams LLP<br>Attn: J.R. Smith<br>Riverfront Plaza, East Tower<br>Richmond, VA 23219 |
| Kelley Drye & Warren LLP<br>David Retter, Pamela Bruzzese-<br>Szczgiel, Jennifer Christian<br>James Carr, Jordan Bergman<br>101 Park Avenue<br>New York, NY 10178 | Kilpatrick & Associates, P.C.<br>Richardo Kilpatrick & Leonora<br>Baughman<br>903 N. Opdyke Road, Suite C<br>Auburn Hills, MI 48326 | International Union Of Operating<br>Engineers<br>Attn: Richard Griffin, Gen. Counsel<br>1125 Seventeenth Street, NW<br>Washington, DC 20036 |
| Kennedy, Jennik & Murray P.C.<br>Susan Jennik, Thomas Kennedy<br>Larry Magarik<br>113 University Place, 7th Fl<br>New York, NY 10003 | Kotz, Sangster, Wysocki And Berg<br>Frederick Berg & Jayson Macyda<br>400 Renaissance Center, Suite 3400<br>Detroit, MI 48243 | J.L. Saffer, P.C.<br>Attn: Jennifer L. Saffer, Esq.<br>20 Vesey Street, 7th Floor<br>New York, NY 10007 |
| Kohrman Jackson & Krantz, Pll<br>Attn: James W. Ehrman, Esq.<br>One Cleveland Center, 20th Floor<br>1375 East Ninth Street<br>Cleveland, OH 44114 | Lambert, Leser, Isackson, Cook &<br>Giunta, P.C.<br>Adam D. Bruski, Susan M. Cook<br>916 Washington Avenue, Suite 309<br>Bay City, MI 48708 | Jenner & Block LLP<br>Patrick Trostle & Heather Mcarn<br>919 Third Avenue, 37th Floor<br>New York, NY 10022 |

| | | |
|---|---|---|
| Kupelian Ormond & Magy, P.C.<br>Attn: Terrance Hiller, David Blau,<br>Paul Magy, Matthew Schlegel<br>25800 Northwestern Hwy, Suite 950<br>Southfield, MI 48075 | Law Offices Of Gabriel Del Virginia<br>Attn: Gabriel Del Virginia, Esq.<br>488 Madison Ave<br>New York, NY 10022 | K&L Gates LLP<br>Attn: Jeffrey N. Rich & Eric T. Moser<br>599 Lexington Avenue<br>New York, NY 10022 |
| Latham & Watkins LLP<br>Robert Rosenberg & Adam Goldberg<br>885 Third Avenue, Suite 1000<br>New York, NY 10022 | Leclairryan P.C<br>Michael Hastings, Michael Conway<br>830 Third Avenue, 5th Floor<br>New York, NY 10022 | Kelley & Ferraro, L.L.P.<br>Attn: Thomas M. Wilson, Esq.<br>2200 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 |
| Lawrence Jay Kraines, Esq.<br>14235 Dickens Street, Suite 4<br>Sherman Oaks, CA 91423 | Linebarger Goggan Blair & Sampson<br>Attn: John P. Dillman, Esq.<br>PO Box 3064<br>Houston, TX 77253 | Kerr, Russell And Weber, PLC<br>P. Warren Hunt & James Deline<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI 48226 |
| Linebarger Goggan Blair & Sampson<br>Attn: Elizabeth Weller, Esq.<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 | Locke Lord Bissell & Liddell LLP<br>Attn: Timothy S. McFadden, Esq.<br>111 South Wacker Drive<br>Chicago, IL 60606 | Klehr, Harrison, Harvey, Branzburg<br>& Ellers LLP<br>Morton Branzburg & Brian Crowley<br>260 S. Broad Street<br>Philadelphia, PA 19102 |
| Locke Lord Bissell & Liddell LLP<br>Attn: Kevin J. Walsh, Esq.<br>3 World Financial Ctr Fl 20<br>New York, NY 10281 | Maddin, Hauser, Wartell, Roth &<br>Heller, P.C.<br>Kathleen H. Klaus, Michael S. Lieb<br>28400 Northwestern Hwy., 3rd Floor<br>Southfield, MI 48034 | Kramer Levin Naftalis & Frankel LLP<br>Thomas Moers Mayer, Amy<br>Caton, Adam Rogoff, Gregory Plotko<br>1177 Avenue Of The Americas<br>New York, NY 10036 |
| Lowenstein Sandler PC<br>Attn: Michael S. Etkin, S. Jason Teele,<br>Ira M. Levee<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Mazzeo Song & Bradham LLP<br>Attn: David H. Hartheimer, Esq.<br>708 Third Avenue, 19th Floor<br>New York, NY 10017 | Law Offices Of Robert E. Luna, P.C.<br>Attn: Andrea Sheehan, Esq.<br>4411 N. Central Expressway<br>Dallas, TX 75205 |
| Matta Blair, Plc<br>Attn: Steven A. Matta, Esq.<br>4145 Dublin Drive, Suite 100<br>Bloomfield Hills, MI 48302 | Mckenna Long & Aldridge LLP<br>Charles Dorkey III, Jessica Mayes<br>Christopher F. Graham<br>230 Park Avenue, Suite 1700<br>New York, NY 10169 | Levy Ratner P.C.<br>Suzanne Hepner, Ryan J. Barbur<br>& Robert H. Stroup<br>80 Eighth Avenue, 8th Floor<br>New York, NY 10011 |
| McCarthy, Lebit, Crystal & Liffman<br>Kimberly A. Brennan, Robert R. Kracht<br>101 West Prospect Ave, Suite 1800<br>Cleveland, OH 44115 | Meyer, Suozzi, English & Klein, P.C.<br>Attn: Hanan B. Kolko, Esq.<br>1350 Broadway, Suite 501<br>P.O. Box 822<br>New York, NY 10018 | Linebarger Goggan Blair & Sampson<br>Diane W. Sanders, Esq.<br>2700 Via Fortuna Drive, Suite 400<br>P.O. Box 17428<br>Austin, TX 78760 |
| McNamee, Lochner, Titus & Williams<br>Jacob F. Lamme, John J. Privitera<br>677 Broadway<br>AlbaNY, NY 12207 | Michigan Funds Administration<br>7201 W. Saginaw Hwy, Ste 110<br>Lansing, MI 48917 | Lowenstein Sandler PC<br>Michael S. Etkin, S. Jason Teele,<br>Ira M. Levee<br>1251 Avenue Of The Americas<br>New York, NY 10022 |
| Meyer, Suozzi, English & Klein, P.C.<br>Edward Lobello, Alan Marder.<br>Jil Mazer-Marino, J. Rando Cristiano<br>990 Stewart Avenue, Suite 300<br>Garden City, NY 11530 | Miller, Canfield, Paddock & Stone<br>Susan I. Robbins, Esq.<br>500 Fifth Avenue, Suite 1815<br>New York, NY 10110 | McCarter & English, LLP<br>Attn: Charles A. Stanziale, Jr.<br>Four Gateway Center<br>Newark, NJ 07102 |

Michigan Environment, Natural Resources And Agriculture Division
Attn: Celeste R. Gill
525 W. Ottawa, 6th Floor
G. Menne Williams Building
Lansing, MI  48909

Milbank, Tweed, Hadley & McCloy
Matthew S. Barr, Tyson M. Lomazow & Samuel A. Khalil
1 Chase Manhattan Plaza
New York, NY  10005

Miller, Canfield, Paddock & Stone
Donald Hutchinson, Timothy Fusco
Marc N. Swanson
150 West Jefferson Ave, Suite 2500
Detroit, MI  48226

Montgomery, Mccracken, Walker & Rhoads, LLP
Atty For Steven Kazan, Esq.
Attn: Natalie Ramsey & J. O'neil, Jr.
123 South Broad Street
Philadelphia, PA  19109

Motley Rice LLC
Jeanette M. Gilbert, Joseph F. Rice, John A. Baden Iv
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

Much Shelist Denenberg Ament And Rubenstein, P.C.
Attn: Colleen E. Mcmanus, Esq.
191 North Wacker Dr, Ste 1800
Chicago, IL  60606

Myers & Fuller, P.A.
Attn: Richard Sox, Esq.
2822 Remington Green Circle
Tallahassee, FL  32308

Narmco Group
Attn: Gary Kelly
2575 Airport Road
Windsor, ON N8W 1Z4
**CANADA**

New York State Department Of Law
Maureen F. Leary, Susan L. Taylor
Environmental Protection Bureau
The Capitol
Albany, NY  12224

Office Of The Attorney General
Andrew M. Cuomo
120 Broadway
New York, NY  10271

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Attn: Paul J. Ricotta, Esq.
One Financial Center
Boston, MA  02111

Morgan, Lewis & Bockius LLP
Andrew D Gottfried, Richard S. Toder
Howard S. Beltzer, Emmeline S. Liu
101 Park Avenue
New York, NY  10178

Morgan, Lewis & Bockius LLP
Michael A. Bloom & Rachel Jaffe Mauceri
1701 Market Street
Philadelphia, PA  19103

Motors Liquidation Company
Attn: Lawrence S. Buonomo, Esq.
500 Renaissance Center, Suite 1400
Detroit, MI  48243

Munsch Hardt Kopf & Harr, P.C.
Attn: Mary W. Koks
700 Louisiana, Suite 4600
Houston, TX  77002

N.W. Bernstein & Associates, LLC
Attn: Norman W. Bernstein, Esq.
800 Westchester Ave, Suite 319 North
Rye Brook, NY  10573

Nelson Mullins Riley & Scarborough
George Cauthen, Cameron Currie
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC  29201

Office Of The Ohio Attorney General
Attn: Lucas Ward, Esq.
150 East Gay Street, 21st Floor
Columbus, OH  43215

Orrick Herrington & Sutcliff LLP
Richard H Wyron, Roger Frankel
Columbia Center
1152 15th Street, N.W
Washington, DC  20005

Otterbourg Steindler Houston & Rosen
Jonathan Helfat,  Steven Soll
Daniel Wallen & Melanie Cyganowski
230 Park Avenue
New York, NY  10169

McCeary, Veselka, Bragg & Allen
Attn: Michael Reed, Esq.
P.O. Box 1269
Round Rock, TX  78680

Meyer, Suozzi, English & Klein, P.C.
Attn: Edward J. Lobello, Esq.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY  10018

Michael S. Holmes, P.C.
Attn: Michael S. Holmes, Esq.
8100 Washington Avenue, Suite 120
Houston, TX  77007

Michigan Workers' Compensation Agency
7150 Harris Drive
PO Box 30016
Lansing, MI  48909

Miller Johnson
Robert D. Wolford, Thomas P. Sarb
250 Monroe Avenue, NW, Suite 800
Grand Rapids, MI  49501

Missouri Department Of Revenue
Attn: Steven A. Ginther, Esq.
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO  65105

Morrison Cohen LLP
Joseph T. Moldovan & Michael R. Dal Lago
909 Third Avenue
New York, NY  10022

Munsch Hardt Kopf & Harr, P.C.
Attn: Raymond J. Urbanik, Esq.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201

Nahins & Goidel, P.C.
Attn: Borah Goldstein Altschuler & Jeffrey Chancas
377 Broadway
New York, NY  10013

Nelson Mullins Riley & Scarborough
Attn: Peter J. Haley, Esq.
One Boston Place
Boston, MA  02108

Ohio Attorney General
Michelle T. Sutter, Principal
Asst. Attorney General
Environmental Enforcement Sect.
30 E. Broad Street, 25th Floor
Columbus, OH  43215

Orrick Herrington & Sutcliffe LLP
Lorraine Mcgowen, Alyssa
Englund, Courtney Rogers,
John Ansbro
666 Fifth Avenue
New York, NY  10103

Osler, Hoskin & Harcourt LLP
Attn: Tracy C Sandler, Esq.
100 King Street West
1 First Canadian Place, Suite 6100
Toronto, ON M5X1B8
**CANADA**

Paul, Hastings, Janofsky & Walker
Attn: Harvey A. Strickon, Esq.
75 East 55th Street
New York, NY  10022

Pepper Hamilton LLP
Attn: Edward C. Toole & Linda J. Casey
3000 Two Logan Square
Eighteenth And Arch Streets
Philadelphia, PA  19103

Perdue, Brandon, Fielder, Collins &
Mott, L.L.P.
Attn: Elizabeth Banda Calvo
P.O. Box 13430
Arlington, TX  76094

Previant, Goldberg, Uelmen, Gratz,
Miller & Brueggeman, S.C.
Sara J. Geenen, Frederick Perillo
1555 N. Rivercenter Drive, Suite 202
P.O. Box 12993
Milwaukee, WI  53212

Proskauer Rose LLP
Scott Rutsky & Adam Berkowitz
1585 Broadway
New York, NY  10036

Radha R. M Narumanchi
657 Middleton Avenue
New Haven, CT  06513

Reed Smith LLP
Eric A. Schaffer, Esq.
435 Sixth Ave.
Pittsburgh, PA  15219

Parker Poe Adams & Bernstein LLP
Attn: Kiah T. Ford Iv, Esq.
Three Wachovia Center
401 S. Tryon Street, Suite 3000
Charlotte, NC  28202

Paul, Weiss, Rifkind, Wharton & Garrison
A. Kornberg, J. Koevary, R. Zubaty,
I. Pohl, A. Rosenberg, B.Hermann
M. Phillips, S. Shimshak, P. Weintraub
1285 Avenue Of The Americas
New York, NY  10019

Pepper Hamilton LLP
Attn: Henry J. Jaffe & James Carignan
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE  19899

Philip Morris Usa
Attn: Joy Tanner
615 Maury Street
Richmond, VA  23224

Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
Attn: Teresa Sadutto-Carley, Esq.
1065 Avenue Of The Americas, 18th Fl
New York, NY  10018

Porzio Bromberg & Newman P.C.
Attn: John Mairo & Robert Schechter
100 Southgate Parkway
Morristown, NJ  07962

Quarles & Brady LLP
Faye Feinstein, Christopher Combest
300 North LaSalle Street, Suite 4000
Chicago, IL  60654

Ray Quinney & Nebeker P.C.
Attn: Stephen C. Tingey
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 Market Street, Suite 1500
Wilmington, DE  19801

Richard M. Allen, Esq
223 Egremont Plain Rd, PMB 108
North Egremont, MA  01252

Office Of Attorney General
Carol E. Momjian, Senior Deputy
Atty General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107

Office Of Westchester County Atty
Attn: Melissa-Jean Rotini, Esq.
148 Martine Avenue, 6th Floor
White Plains, NY  10601

Orum & Roth, LLC
Attn: Mark D. Roth, Esq.
53 West Jackson Boulevard
Chicago, IL  60604

Paul Weiss Rifkind Wharton & Garrison
Andrew N. Rosenberg, Esq.
1285 Avenue Of The Americas
New York, NY  10019

Pension Benefit Guaranty Corp
Attn: Israel Goldowitz, Karen
Morris, John Menke, Ralph L Landy,
Michael A. Maricco, Esqs.
Washington, DC  20005

Pepper-Hamilton LLP
Attn: Dennis S. Kayes & Deborah
Kovsky-Apap
100 Renaissance Center, Suite 3600
Detroit, MI  48243

Pillsbury Winthrop Shaw Pittman LLP
Richard Epling, Erica Carrig
Karen Dine
1540 Broadway
New York, NY  10036

Plunkett Cooney
David A. Lerner, Douglas Bernstein
Michael A. Fleming
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI  48304

Potter Anderson & Corroon LLP
David Baldwin, Theresa Brown-
Edwards, R. Stephen McNeill
Hercules Plaza, 6th Floor
1313 North Market St, P.O. Box 951
Wilmington, DE  19801

Pronske & Patel, P.C.
Attn: Rakhee V. Patel, Esq.
2200 Ross Avenue, Suite 5350
Dallas, TX  75201

| | | |
|---|---|---|
| Rhoades Mckee<br>Attn: Terry L. Zabel, Esq.<br>161 Ottawa Avenue, NW, Suite 600<br>Grand Rapids, MI  49503 | Riddell Williams P.S.<br>Attn: Joseph E. Shickich, Esq.<br>1001 4th Avenue, Suite 4500<br>Seattle, WA  98154 | Rabinowitz, Lubetkin & Tully, L.L.C.<br>Attn: Jonathan I. Rabinowitz, Esq.<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ  07039 |
| Richards Kibbe & Orbe LLP<br>Michael Friedman & Keith Sambur<br>One World Financial Center<br>New York, NY  10281 | RK Chevrolet/RK Auto Group<br>2661 Virginia Beach Boulevard<br>Virginia Beach, VA  23451 | Raytheon Professional Services LLC<br>12160 Sunrise Valley Drive<br>Reston, VA  20191 |
| Riker, Danzig, Scherer, Hyland &<br>Perretti LLP<br>J. Alex Kress & Kevin Larner<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ  07962 | Robinson Brog Leinwand Greene<br>Genovese & Gluck P.C.<br>Attn: Russell P. McRory, Esq.<br>1345 Avenue Of The Americas<br>New York, NY  10105 | Reid And Reige, P.C.<br>Attn: Carol A. Felicetta, Esq.<br>195 Church Street<br>New Haven, CT  06510 |
| Robert T. Smith, Esq.<br>1451 East Lincoln Avenue<br>Madison Heights, MI  48071 | Satterlee Stephens Burke & Burke<br>Christopher Belmonte<br>Pamela Bosswick<br>230 Park Avenue<br>New York, NY  10169 | Richard W. Martinez, APLC<br>Attn: Richard W. Martinez, Esq.<br>228 St. Charles Avenue, Suite 1310<br>New Orleans, LA  70130 |
| Ropers Majeski Kohn & Bentley<br>Attn: N. Kathleen Strickland<br>201 Spear Street, Suite 1000<br>San Francisco, NY  94105 | Saul Ewing LLP<br>Attn: Teresa K.D. Currier, Esq.<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE  19899 | Riker, Danzig, Scherer, Hyland &<br>Perretti LLP<br>J. Alex Kress & Kevin Larner<br>500 Fifth Avenue, Suite 4920<br>New York, NY  10110 |
| Schnader Harrison Segal & Lewis LLP<br>Attn: Barry E. Bressler, Esq.<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103 | Schnader Harrison Segal & Lewis LLP<br>Attn: Benjamin P. Deutsch, Esq.<br>140 Broadway, Suite 3100<br>New York, NY  10005 | Robert Bosch LLC<br>Attn: Judith Lowitz Adler<br>Assistant General Counsel<br>38000 Hills Tech Drive<br>Farmington Hills, MI  48331 |
| Securities & Exchange Commission<br>Attn: Mark Schonfeld, Regional<br>Director<br>3 World Financial Center, Suite 400<br>New York, NY  10281 | Seyburn, Kahn, Ginn, Bess & Serlin<br>Attn: David T. Lin, Esq.<br>Great Lakes Company<br>2000 Town Center, Suite 1500<br>Southfield, MI  48075 | Robinson Waters & O'dorisio, P.C.<br>Attn: Anthony L. Leffert, Esq.<br>1099 18th Street, Suite 2600<br>Denver, CO  80202 |
| Shearman & Sterling LLP<br>Attn: Fredric Sosnick & Jill Frizzley<br>599 Lexington Avenue<br>New York, NY  10022 | Sheppard Mullin Richter & Hampton<br>Attn: Edward Tillinghast, Malani<br>Cademartori, Blanka Wolfe<br>30 Rocfefeller Plaza, 24th Floor<br>New York, NY  10112 | Saul Ewing LLP<br>Adam H. Isenberg, Jeffrey C. Hampton<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA  19102 |
| Sidley Austin LLP<br>Attn: Kenneth P. Kansa, Esq.<br>One South Dearborn<br>Chicago, IL  60603 | Silverman & Morris, P.L.L.C.<br>Geoffrey Silverman & Karin Avery<br>7115 Orchard Lake Road, Suite 500<br>West Bloomfield, MI  48322 | Schafer And Weiner, PLLC<br>Attn: Ryan D. Heilman, Esq.<br>40950 Woodward Avenue, Suite 100<br>Bloomfield Hills, MI  48304 |
| Simpson Thacher & Bartlett LLP<br>David J. Mack, Peter V. Pantaleo<br>425 Lexington Avenue<br>New York, NY  10017 | Skadden, Arps, Slate, Meagher & Flom<br>John Wm. Butler, Jr.<br>Ron W Meisler<br>155 N. Wacker Drive, Suite 2700<br>Chicago, IL  60606 | Schulte Roth & Zabel LLP<br>Attn: David Karp & Adam Harris<br>Partners II, LP<br>919 Third Avenue<br>New York, NY  10022 |

| | | |
|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Kayalyn Marafioti & Gregory Fox<br>Four Times Square<br>New York, NY  10036 | Stahl Cowen Crowley Addis LLC<br>Attn: Trent P. Cornell, Esq.<br>55 West Monroe Street, Suite 1200<br>Chicago, IL  60603 | Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>Attn: Brian L. Shaw, Esq.<br>321 N. Clark Street, Suite 800<br>Chicago, IL  60654 |
| Squire, Sanders & Dempsey, L.L.P.<br>Attn: G. Christopher Meyer, Esq.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH  44114 | Stephen H. Gross, Esq.<br>35 Old Sport Hill Road<br>Easton, CT  06612 | Shinn Fu Corporation<br>c/o Arthur A. Chaykin, Esq.<br>10939 N. Pomona Ave.<br>Kansas City, MO  64153 |
| Stember Feinstein Doyle & Payne, LLC<br>W. Payne, J. Stember, E. Doyle<br>S. Pincus, P. Ewing, J. Hurt<br>429 Forbes Avenue<br>Allegheny Building Ste 1705<br>Pittsburgh, PA  15219 | Stites & Harbison PLLC<br>Robert Goodrich Jr., Madison Martin<br>401 Commerce Street, Suite 800<br>Nashville, TN  37219 | Silvermanacampora LLP<br>Attn: Adam L. Rosen, Esq.<br>100 Jericho Quadrangle, Suite 300<br>Jericho, NY  11753 |
| Streusand & Landon, LLP<br>Attn: Sabrina L. Streusand, Esq.<br>515 Congress Street, Ste 2523<br>Austin, TX  78701 | Stutzman, Bromberg, Esserman & Plifka P.C.<br>Sander Esserman, Peter D'apice,<br>Jo Hartwick, Jacob Newton<br>2323 Bryan Street, Suite 220<br>Dallas, TX  75201 | Singer & Levick P.C.<br>Larry A. Levick, Michelle E. Shirro<br>16200 Addison Road, Suite 140<br>Addison, TX  75001 |
| Teitelbaum & Baskin, LLP<br>Jay Teitelbaum, K. Lewis<br>3 Barker Avenue, Third Floor<br>White Plains, NY  10601 | The Church Of The Good News<br>1599 Columbus Avenue<br>Boston, MA  02119 | Smith & Partners<br>Attn: Nicole B. Boehler<br>Herrenberger Strasse 12<br>71032 Boeblingen, **GERMANY**<br>07031  43996-00 |
| Tennessee Atty General's Office<br>Robert Cooper & Marvin Clements<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN  37202 | The University Of Michigan Office Of The VP And General Counsel<br>Debra A. Kowich, Esq.<br>503 Thompson Street, Room 5048<br>Ann Arbor, MI  48109 | Stark Reagan<br>Attn: J. Christopher Caldwell, Esq.<br>1111 W. Long Lake Road, Suite 202<br>Troy, MI  48098 |
| Texas Attorney General's Office<br>J. Casey Roy, Asst. Atty General<br>Bankruptcy & Collections Division<br>P.O. Box 12548, Mc-008<br>Austin, TX  78711 | Torre, Lentz, Gamell, Gary & Rittmaster<br>Attn: Mark S. Gamell, Esq.<br>100 Jericho Quadrangle, Suite 309<br>Jericho, NY  11753 | Stember Feinstein Doyle And Payne<br>John Stember, Stephen M. Pincus<br>429 Forbes Avenue<br>Allegheny Building  Ste 1705<br>Pittsburgh, PA  15219 |
| Tipotex Chevrolet, Inc.<br>1600 N. Expressway 77/83<br>Brownsville, TX  78521 | Troutman Sanders LLP<br>Brett D. Goodman, Esq.<br>405 Lexington Avenue<br>New York, NY  10174 | Stevenson & Bullock Plc<br>Charles D. Bullock, Sonya N. Goll<br>26100 American Dr Ste 500<br>Southfield, MI  48034 |
| Trenk Dipasquale Webster Della Fera & Sodona, P.C.<br>Attn: Sam Della Fera, Jr., Esq.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ  07052 | U.S. Treasury<br>Attn:  Joseph Samarias, Esq.<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC  20220 | Stites & Harbison, PLLC<br>Attn: Brian H. Meldrum, Esq.<br>400 W. Market Street, Suite 1600<br>Louisville, KY  40202 |
| TRW Automotive U.S. LLC<br>12001 Tech Center Drive<br>Livonia, MI  48150 | United States Dept. Of Justice<br>Attn: Anti-Trust Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530 | Sullivan, Ward, Asher & Patton, P.C.<br>Attn: David J. Selwocki, Esq.<br>1000 Maccabees Center<br>25800 Northwestern Highway<br>Southfield, MI  48037 |

| | | |
|---|---|---|
| United States Attorney<br>For The Southern District Of NY<br>Matthew L Schwartz, David S. Jones<br>86 Chambers Street, 3rd Floor<br>New York, NY  10007 | Vinson & Elkins L.L.P.<br>Attn: Ronald L. Oran, Esq.<br>666 Fifth Avenue, 26th Floor<br>New York, NY  10103 | The Garden City Group Inc<br>Attn: Ken Freda<br>105 Maxess Road<br>Melville, NY  11747 |
| United Steelworkers<br>Attn: David R. Jury, Esq.<br>Five Gateway Center, Suite 807<br>Pittsburgh, PA  15222 | Warner Norcross & Judd LLP<br>Attn: Michael G. Cruse<br>2000 Town Center, Suite 2700<br>Southfield, MI  48075 | Thompson Coburn LLP<br>Attn: Robert H. Brownlee, Esq.<br>One U.S. Bank Plaza, Suite 2600<br>St. Louis, MO  63101 |
| Venable LLP<br>Attn: Lawrence A. Katz, Esq.<br>8010 Towers Crescent Drive, Ste 300<br>Vienna, VA  22182 | White And Williams LLP<br>Attn: Karel S. Karpe, Esq.<br>One Penn Plaza, Suite 4110<br>New York, NY  10119 | Torys LLP<br>Alison Bauer & Timothy Martin<br>237 Park Avenue<br>New York, NY  10017 |
| Warner Norcross & Judd LLP<br>Gordon J. Toering, Stephen B. Grow<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, MI  49503 | Wilmer Cutler Pickering Hale And Dorr LLP<br>Attn: Philip Anker & Melanie Dritz Esqs<br>399 Park Avenue<br>New York, NY  10022 | Troutman Sanders LLP<br>Jeffrey W. Kelley, Esq.<br>600 Peachtree Street, NE, Suite 5200<br>Atlanta, GA  30308 |
| Warren, Drugan & Barrows, P.C.<br>Attn: Robert L. Barrow, Esq.<br>800 Broadway<br>San Antonio, TX  78215 | Winston & Strawn LLP<br>Matthew Botica, Mindy Cohn<br>Carey Schreiber<br>35 West Wacker Drive<br>Chicago, IL  60601 | Winston & Strawn LLP<br>David J. Richardson, Esq.<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA  90071 |
| Wilentz, Goldman & Spitzer, P.A.<br>Deirdre Woulfe Pacheco<br>Letitia Accarrino<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ  07095 | Wolfson Bolton PLLC<br>Scott A. Wolfson, Esq.<br>3150 Livernois Rd., Suite 275<br>Troy, MI  48083 | Vedder Price P.C.<br>Michael Edelman, Michael Schein<br>1633 Broadway, 47th Floor<br>New York, NY  10019 |
| Wilmer Cutler Pickering Hale And Dorr LLP<br>Attn: Dennis L. Jenkins, Esq.<br>60 State Street<br>Boston, MA  02109 | Union Pacific Railroad Company<br>Attn: Mary Ann Kilgore, Esq.<br>1400 Douglas Street, Stop 1580<br>Omaha, NE  68179 | William T. Green, III, P.C.<br>Attn: William T. Green Iii, Esq.<br>11 Greenway Plaza, Suite 2820<br>Houston, TX  77046 |
| United States Dept. Of Justice<br>Eric H. Holder, Jr., Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530 | Wm. David Coffey & Associates<br>Wm. David Coffey, III, Martin Alaniz<br>13810 Fm 1826<br>Austin, TX  78737 | Zeichner Ellman & Krause LLP<br>Stuart Krause, Bryan Leinbach<br>575 Lexington Avenue<br>New York, NY  10022 |
| Vorys, Sater, Seymour And Pease LLP<br>Attn: Tiffany Strelow Cobb, Esq.<br>52 East Gay Street<br>Columbus, OH  43215 | Wildman, Harrold, Allen & Dixon<br>Michael Dockterman, Jonathan Young, Rene Friedman<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL  60606 | Daniel W. Sherrick, Esq.<br>International Union, United Automobile, Aerospace and Agriculture Implement Workers of America<br>8000 East Jefferson Avenue<br>Detroit, MI  48214 |
| Winston & Strawn LLP<br>Carey D. Schreiber, Steven M. Schwartz<br>200 Park Avenue<br>New York, NY  10166 | Wyly-Rommel, PLLC<br>Attn: Jim Wyly<br>2311 Moores Lane<br>Texarkana, TX  75503 | James L. Bromley, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY  10006 |

Babette Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 W. 42nd Street
New York, NY  10036

DETROIT.4046485.1