**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
**In re**                                          :  **Chapter 11 Case No.**
                                                                  :
**MOTORS LIQUIDATION COMPANY,** *et al.*,  :  **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*  :
                                                                  :
                    Debtors.  :  **(Jointly Administered)**
                                                                  :
------------------------------------------------------------------x

**AMENDED NOTICE OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 27, 2010 at 9:45 a.m.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.**     **CONTESTED MATTERS:**

    A.     Pretrial Conference in *Motors Liquidation Company v. Bayerische Motoren Werke Aktiengesellschaft*, Adversary Proceeding No. 10-05006 (REG) (Bankr. S.D.N.Y. 2010).

        **Status:**     This matter is going forward as a status conference only. Defendant's time to answer has been extended.

    B.     Status Conference in *Official Committee of Unsecured Creditors of General Motors Corporation v. JPMorgan Chase Bank, N.A., et al.*, Adversary Proceeding No. 09-00504 (REG) (Bankr. S.D.N.Y. 2009).

        **Status:**     This matter is going forward as a status conference only.

**II.**     **UNCONTESTED MATTERS:**

    A.     Debtors' Thirteenth Omnibus Objection to Claims (Workers' Compensation Claims) **[Docket No. 5523]**

<u>Responses Filed</u>:

1. Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association Response to the Debtor's Thirteenth Omnibus Objection to Claims - Claim Nos. 69600 and 69597 (collectively, the "**Mississippi WC Responses to Thirteenth Omnibus Objection**") **[Docket Nos. 5799 and 5800]**

<u>Replies Filed</u>: None to date.

<u>Additional Documents</u>: None to date.

**Status**: This matter will be going forward except for the Mississippi WC Responses to Thirteenth Omnibus Objection, which have been adjourned to June 29, 2010 at 9:45 a.m.

B. Debtors' Fourteenth Omnibus Objection to Claims (Workers' Compensation Claims) **[Docket No. 5524]**

<u>Responses Filed</u>:

1. Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association Response to the Debtor's Fourteenth Omnibus Objection to Claims - Claim Nos. 69594, 69595, 69596, 69598, and 69599 (collectively, the "**Mississippi WC Responses to Fourteenth Omnibus Objection**") **[Docket No. 5801, 5803, 5804, 5805, and 5806]**

2. Ohio Bureau of Workers' Compensation' Response to Debtor's Fourteenth Omnibus Objection to Claims **[Docket No. 5817]**

<u>Replies Filed</u>: None to date.

<u>Additional Documents</u>:

3. Letter from Aretha Smiley **[Docket No. 5841]**

**Status**: This matter will be going forward except for the Mississippi WC Responses to Fourteenth Omnibus Objection, which have been adjourned to June 29, 2010 at 9:45 a.m.

2

C. Debtors' First Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 4622]**

Responses Filed:

1. Response of Del Norte Chevrolet-Olds and Larry Allen (the "**Del Norte Response**") to Debtors' First Omnibus Objection [Docket No. 4778]

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** The Debtors have reached an agreement with Del Norte and will present a stipulation to the Court.

D. Third Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. § 1121(d) Extending Periods in Which Debtors May File Chapter 11 Plan and Solicit Acceptances Thereof ("**Debtors' Third Exclusivity Motion**") [**Docket No. 5771**]

Responses Filed:

1. Official Committee of Unsecured Creditors Holding Asbestos-Related Claims Response to Debtors' Third Exclusivity Motion **[Docket No. 5815]**

2. Statement of Dean M. Trafelet as Legal Representative for Future Asbestos Personal Injury Claimants in Support of Debtors' Third Exclusivity Motion **[Docket No. 5818]**

3. Statement of the Official Committee of Unsecured Creditors Regarding Debtors' Third Exclusivity Motion **[Docket No. 5850]**

Replies Filed: None to date.

Additional Documents:

4. Supplemental and Corrected Response of the Official Committee of Unsecured Creditors Holding Asbestos-Related claims to Debtors' Third Exclusivity Motion **[Docket No. 5852]**

**Status:** This matter is going forward.

3

**III. ADJOURNED MATTERS:**

A. **General Motors LLC's Motion (I) for Declaratory Relief Regarding the Status of a Certain Sublease or, in the Alternative, Relief from the Assumption and Assignment of a Certain Sublease to GM Pursuant to Rule 60(b) and (II) to Rescind the Agreement to Resolve Objection to Cure Notice Between GM and Knowledge Learning Corporation dated August 14, 2009 ("New GM's Reconsideration Motion") [Docket No. 4895]**

   **Responses Filed:**

   1. **Knowledge Learning Corporation's Response to New GM's Reconsideration Motion [Docket No. 5405]**

   **Replies Filed:**

   2. **New GM's Reply [Docket No. 5595]**

   **Additional Documents:**

   3. **Statement of the Creditors' Committee in connection with New GM's Reconsideration Motion [Docket No. 5598]**

   4. **Debtors' Statement in connection with New GM's Reconsideration Motion [Docket No. 5603]**

   **Status:** The parties have reached an agreement in principle to settle this matter. While the parties finalize the settlement, this matter has been adjourned to June 29, 2010 at 9:45 a.m.

B. Debtors' Objection to Proof of Claim No. 67357 Filed by New United Motor Manufacturing, Inc. **[Docket No. 5404]**

   Responses Filed:

   1. Initial Response to Debtors' Objection to Proof of Claim 67357 filed by New United Motor Manufacturing, Inc. [**Docket No. 5854**]

   Replies Filed: None to date.

   Additional Documents:

   2. Declaration of Mark E. McKane in Support of Initial Response to the Debtors' Initial Response to Debtors' Objection to Proof of

4

        Claim 67357 filed by New United Motor Manufacturing, Inc. ("**NUMMI**") **[Docket No. 5855]**

3. Declaration of Mitsunori Tsuzuki in Support of Initial Response to Debtors' Objection to Proof of Claim 67357 filed by New United Motor Manufacturing, Inc. **[Docket No. 5856]**

**Status:** This matter has been adjourned to June 15, 2010 at 9:45 a.m. at the request of NUMMI's counsel.

C. Debtors' Twelfth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts (Electro-Motive Diesel, Inc. only) **[Docket No. 5242]**

Responses Filed:  None to date.

Replies Filed:  None to date.

Additional Documents:

1. Order Granting Debtors' Twelfth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts **[Docket No. 5496]**

**Status:** This matter has been adjourned to June 15, 2010 at 9:45 a.m.

D. Boyd Bryant's Motion for an Order Allowing Plaintiffs to File a Class Proof of Claim **[Docket No. 4560]**

Responses Filed:  None to date.

Replies Filed:  None to date.

Additional Documents:  None to date.

**Status:** This matter has been adjourned to July 14, 2010 at 9:45 a.m.

E. Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters by Julie and David Brittingham **[Docket No. 3665]**

Responses Filed:  None to date.

5

  Replies Filed:  None to date.

  Additional Documents:  None to date.

  **Status:**  This matter is adjourned to June 29, 2010 at 945 a.m.

F. Notice of Motion for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) by Evgeny Friedman and the plaintiffs in the action entitled Friedman v. General Motors Corp., 08 Civ. 2458 (SAS) **[Docket No. 2759]**

  Responses Filed:  None to date.

  Replies Filed:  None to date.

  Additional Documents:  None to date.

  **Status:**  This matter is adjourned to June 29, 2010 at 9:45 a.m.

G. Application of Remy International, Inc. for FRBP 2004 Examination Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters **[Docket No. 3770]**

  Responses Filed:  None to date.

  Replies Filed:  None to date.

  Additional Documents:  None to date.

  **Status:**  This matter is adjourned to June 29, 2010 at 9:45 a.m..

H. Debtors' Third Omnibus Rejection Motion Pursuant to 11 U.S.C § 365 to Reject Certain Unexpired Leases of Nonresidential Real Property (Tricon Verizon Leasing Only) **[Docket No. 3044]**

  Responses Filed:  None to date.

  Replies Filed:  None to date.

  Additional Documents:  None to date.

  **Status:**  This matter has been adjourned to June 15, 2010 at 9:45 a.m.

I. Motion of Shreveport Red River Utilities, LLC for Allowance and Payment of Post-Petition Claim and Motion to Enforce Adequate Assurance of Payment Agreement Pursuant to 11 U.S.C. § 366(c) **[Docket No. 4527]**

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status:**    This matter has been adjourned to June 29, 2010 at 9:45 a.m.

J. Debtors' Third Omnibus Objection to Claims (Duplicate Claims) (the "**Objection**") **[Docket No. 4624]**

    Responses Filed:

    1. ILCO Site Remediation Group's Response to Debtor's Third Omnibus Objection to Claims (the "**ILCO Response**") [**Docket No. 4762**]

    Replies Filed:

    2. Sharyl Y. Carter's Response to Debtor's Third Omnibus Objection to Claims with respect to Proof of Claim No. 544 (the "**Carter Response**") **[Docket No. 4771]**

    Additional Documents:

    3. Notice of Withdrawal of Debtors' Third Omnibus Objection to Claims Solely with Respect to Proof of Claim No. 552 filed by Sharyl Carter [**Docket No. 5857**]

    **Status:**    This matter has been adjourned to June 29, 2010 at 9:45 a.m. with respect to the ILCO Response only. The Debtors have withdrawn the Objection with respect to the proof of claim filed by Sharyl Y. Carter.

Dated: New York, New York
May 26, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession
