**NORRIS, McLAUGHLIN & MARCUS, PA**
875 Third Avenue, 8th Floor
New York, New York 10022
(212) 808-0700
Melissa A. Peña (MP-3320)
Local Counsel for Sanford Deutsch

-and-

**THE LAW OFFICES OF BARRY NOVACK**
8383 Wilshire Boulevard, Suite 830
Beverly Hills, California 90211-2407
(323) 852-1030
Barry Novack, Esq.
*Admitted to Practice Law in the State of California*
Counsel for Sanford Deutsch

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................X

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* f/k/a General Motors Corp., *et al.* | Case No. 09-50026 (REG) (Jointly Administered) |
| Debtors. | |

...............................................................X

## CERTIFICATION OF SERVICE

Melissa A. Pena, of full age, hereby certifies and says:

1. I am an attorney-at-law in the State of New York and an associate of the firm of Norris, McLaughlin & Marcus, PA, local counsel for Sanford Deutsch.

2. On May 25, 2010, I caused to be served, via electronic mail, a copy of the Objection of Sanford Deutsch to Motion of General Motors, LLC for Entry of Order Pursuant to 11 U.S.C. § 105 Enforcing 363 Sale Order (the "Objection") upon all individuals on the service list attached hereto as Exhibit A.

3. On May 25, 2010, I caused to be served, via facsimile transmission, the Objection upon the individual on the service list attached hereto as Exhibit B.

4.  On May 25, 2010, I caused to be served, via Express Mail, the Objection upon the individual on the service list attached hereto as Exhibit C.

I hereby certify that the foregoing statements made by me are true. I am aware that if any statements made by me are willfully false, I am subject to punishment.


Dated: May 26, 2010                           /s/ Melissa A. Peña

# EXHIBIT A

## MOTORS LIQUIDATION COMPANY, ET AL.

### SERVICE LIST

Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
(via email Harvey.miller@weil.com,
Stephen.karotkin@weil.com ,
joseph.smolinsky@weil.com )

Debtors
c/o Motors Liquidation Company
300 Renaissance Center
Suite 1400
Detroit, Michigan 48243
Attn: Ted Stenger
(via email TStenger@alixpartners.com )

General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.
(via email Lawrence.s.buonomo@gm.com )

Cadwalader, Wickersham & Taft LLP
Attorneys for the United States Department of
the Treasury
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.
(via email john.rapisardi@cwt.com )

The United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220
Attn: Joseph Samarias, Esq.
(via email joseph.samarias@do.treas.gov )

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway
47th Floor
New York, NY 10019
Attn; Michael J. Edelman, Esq.
Michael L. Schein, Esq.
(via email mjedelman@vedderprice.com ,
mlschein@vedderprice.com )

Kramer Levin Naftalis & Frankel LLP
Attorneys for the statutory committee of
unsecured creditors
1177 Avenue of the Americas
New York, NY 10036
Attn: Thomas Moers Mayer, Esq., Amy Caton,
Esq., Lauren Macksoud, Esq. and Jennifer
Sharret, Esq.
(via email acaton@kramerlevin.com,
gplotko@kramerlevin.com ,
tmayer@kramerlevin.com,
lmacksoud@kramerlevin.com

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams, Esq.
(via email USTP.Region02@usdoj.gov )

Caplin & Drysdale, Chartered attorneys for the
official committee of unsecured creditors holding
asbestos-related claims
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Attn: Elihu Ins
elbuch, Esq., Rita C. Tobin, Esq.
(via email ei@capdale.com,
rct@capdale.com)

Caplin & Drysdale, Chartered attorneys for the
official committee of unscured creditors holding
asbestos-related claims
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005
Attn: Trevor W. Swett III, Esq. and Kevin C.
Maclay, Esq.
**(via email kcm@capdale.com ,
tws@capdale.com )**

Stutzman, Bromberg, Esserman & Plifka, PC
Attorneys for Dean M. Trafelet
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Attn: Sander L. Esserman, Esq. and
Robert T. Brousseau, Esq.
**(via email esserman@sbep-law.com,
brousseau@sbep-law.com )**

The Law Offices of Barry Novack
Attorneys for the Deutsches
8383 Wilshire Blvd.
Suite 830
Beveral Hills, CA 90211
Attn: Barry Novack, Esq.
**(via email bbn-jd-phd@msn.com )**

Meader Bill Law Office
Attorney for Griffin
PO Box 499
Hyden, KY 41749
Attn: Bill Meader, Esq.
(via email meader_law@hotmail.com )

Dougherty, Leventhal & Price, LLP
Attorneys for the McDades
459 Wyoming Avenue
Kingston, PA 18704
Attn: James M. Wetter, Esq.
**(via email jwetter@dlplaw.com )**

Enid W. Harris, Esq.
Attorney for RJ Burne
400 Third Ave., Ste. 111
Kingston, PA 18704
**(via email eharris@epix.net )**

Attorneys for the Korotkas
One Plaza East Building
330 East Kilbourn Ave.
Suite 1200
Milwaukee, Wisconsin 53202
Attn: Thadd J. Llaurado
**(via email
tllaurado@murphyprachthauser.com )**

Corboy & Demetrio
Attorneys for the Korotkas
33 N. Dearborn St., 21st Floor
Chicago, ILL 60602
Attn: Robert J. Bingle
**(via email RJB@CorboyDemetrio.com )**

Rutledge & Rutledge, PC
Attorneys for Robley
1083 W. Rex Road
Suite 102
Memphis, TN 38119
Attn: Roger K. Rutledge
**(via email
rogerrutledge@rutledgeandrutledge.com)**

# EXHIBIT B

**MOTORS LIQUIDATION COMPANY, ET AL.**

**SERVICE LIST**

The U.S. Attorney's Office, S.D.N.Y
86 Chambers Street, Third Floor
New York, NY 10007
Attn: David S. Jones, Esq.
and Natalie Kuehler, Esq.
**(via facsimile transmission 212-637-2684)**

# EXHIBIT C

**MOTORS LIQUIDATION COMPANY, ET AL.**

**SERVICE LIST**

Dr. Terrie Sizemore RN DVM
PO Box 23
Sullivan, Ohio 44880
**(via Express Mail)**