To the Court

the attached shows just How Arrogant the state of Michigan is when it comes to the injured Workers Comp Award; they are in Contempt of Court; State and Federal law I have gave onto the Court everything But, DNA, when the State fails to Protect it's Citizen then the Federal System Must; Protect them!



Paul C Mitty
5-10-10

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
One Bowling Green
Room 534
New York, New York 10004-1408

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| CADILLAC FISHER BODY (FLEETWOOD GMC) | |
| MET LIFE INSURANCE CO   Debtors. | (Jointly Administered) |
| -SEDWICK -INSURANCE- CO | (05-50026) |
| DEFENDANT(S) RESPONDENTS | |
| JOINTLY AND SEVERALLY | |

DEAR CLERK, Please time Stamp the attached Petition, and return a Copy to Me in the Self Address envelope enclosed

Respectfully,

*Paul C. Mathis* (signature)
Paul C. Mathis
42416 Brownstone dr.
Novi Mi 48377

AFFIDAVIT IN SUPPORT

CASE.

STATE OF MICHIGAN)          09-50026
OAKLAND COUNTY   ) ss

I paul C. Mathis being duly sworn according to law, hereby swears due to poverty his pleadings cannot be filed electroniclly before the court which is indicia from the record.

SUSBCRIBED AND SWORN TO BEFORE ME, *Paul Mathis*

THIS    31st    DAY OF March 2010

MARIA HOWE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires: July 17, 2015
Acting in the County of Oakland

X *Paul C. Mathis*

NOTICE BY MAIL

US ATORNEY'S OFFICE/ATTN: DAVID S. JONES. ESQ AND MATTHEW L. SCHWARTZ ESQ S.D.N.Y. 86 CHAMBERS STREET THIRD FLOOR, NEW YORK, NEW YORK, 10007
HON. ROBERT E. GERBER US BANKRUPTCY JUDGE, ROOM 621 SOUTHERN DISTRICT OF NEW YORK, NEW YORK, ONE BOWLING GREEN, NEW YORK, NEW YORK 10004-1048
WEIL, GOTSHAL & MANGES LLP, 767 FIFTH AVENUE, NEW YORK, NY 10153
GARDEN CITY GROUP, INC, GM CLAIMS AGENT, P.O. BOX 9386 DUBLIN OH 43017
LAWRENCE BUONOMO ESQ GENERAL MOTORS CORP, DETROIT, MI 48226
KURTZMAN CARSON, 2335 ALASKA, EL SEGUNDO CA 90245
MET LIFE INSURANCE CO, ONE MADISON AVENUE NY 10010 (HOURLY CLAIM).
SEDWICK INSURANCE CARRIER FOR GENERAL MOTORS CORP, PO BOX 14607 LEXINGTON KY 40512-4607
MATTHEW FELDMAN ESQ, U.S. TREASURY DEPT 1500 PENNSYLVANIA AVE, NW, ROOM 2312 WASHINGTON DC 20220
DIANA G. ADAMS ESQ, 33 WHITALL STREET 21 FLOOR OFFICE OF UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK, NY 10004
MICHEAL J. EDELMAN ESQ AND MICHEAL SCHEIN ESQ ATTORNEY FOR CREDITOR CMTE 1633 BROADWAY 47 FLOOR, NEW YORK, NY 10019

ALL OF THE ABOVE PERSONS WILL BE SERVED BY UNITED STATES MAIL

SUBSCRIBED AND SWORN TO BEFORE ME,

NOTARY PUBLIC, THIS 31st DAY March 2010



MARIA HOWE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires: July 17, 2015
Acting in the County of Oakland

x Paul C. Mathis

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT COURT OF NEW YORK

IN THE MATTER OF:                          CASE. 05-44481
PAUL C. MATHIS , PETITIONER                      09-50026
INTER ALIA
**ALL PERSONS SIMARILY SISUATED**


V CADILLAC FISHER BODY(FLEEWTOOD GMC)
  GENERAL MOTORS/DELPHI CORPORATION
  MET LIFE INSURANCE CO (HOURLY)
  SEDWICK INSURANCE CARRIER FOR GENERAL MOTORS(WORKERS DISABILITY)
  JOINTLY AND SEVERALLY ET AL,.
  DEFENDANT(S) RESPONDENTS)

---

NOTICE FOR HEARING

TO: HON. ROBERTE. GERBER
    UNITED STATES BANKRUPTCY JUDGE
    COURTROOM 621 ONE BOWLING GREEN
    NEW YORK, NY 10004


    PLEASE TAKE NOTICE, THAT A HEARING WILL BE HELD IN THE COURTROOM
OF THE HONORABLE .ROBERT E. GERBER, ON THE ATTACHED PETITION FOR REMAND
TO THE DEPARTMENT OF JUSTICE OR A JURY TRIAL ORDERED .

AS SOON AS THE HONORABLE COURT DOCKET WILL PERMIT ACCORDING TO LAW, FOR
THE PETITION TO BE HEARD NOT TO EXCEED (90) DAYS.

FURTHER, ALL PARTIES WILL BE NOTICE ON THE ATTACHED AFFIDAVIT

MOTION FOR RECONSIDERATION

BEFORE UNITED STATE JUDGE
BANKRUPTCY COURT TORT CLAIM (CIVIL)
ON CONSENT AGREEMENT .

CASE 05-44481 (JOINERS)
     09-50026

TO: HON ROBERT E. GERBER
    COURTROOM 621 ONE BOWLING GREEN
    NEW YORK, NEW YORK   10004

THE DECISION OF THE TRIAL COURT IS AGANIST
THE GREAT OF EVIDENCE.

THE DECISION OF THE TRIAL COURT IS CLEARLY ERRONEOUS

THE DECISION OFF THE TRIAL COURT IS A MANIFEST INJUSTICE

RESPECTFULLY SUBMITTED

PAUL C. MATHIS

42416 BROWNSTONE DR.
NOVI MI 48377

4/ 3/10

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF: | Case 05-44481 |
| | 09-50026 |
| PAUL C. MATHIS inter alia | Erisa 1974 Sec. } 3000 |
| | HUMAN RIGHTS VIOLATIONS |
| ALL PERSONS SIMARILY SISUATED | 28U.S.C. } 139(a) |
| OBLIGEE/ PETITIONER | 11 U.S.CA } 1132(a)(1)(B) |

VS

CADILLAC FISHER BODY(FLEETWOOD GMC)

GENERAL MOTORS/DELPHI CORPORATION

MET LIFE INSURANCE CO

SEDWICK INSURANCE CO FOR GENERAL MOTORS(WORKERS DISABILITY UNIT

JOINTLY AND SEVERALLY ET AL
DEFENDANTS/OBLIGOR

---

TO: HON. ROBERT E, GERBER
UNITED STATES BANKRUPTCY JUDGE
COURTROOM 621 ONE BOWLING GREEN
NEW YORK, NY 10004


JURY DEMAND
FEDERAL RULES CIVIL PROCEDURE RULE 5)d)

NOW COMES Paul C. Mathis who moves the honorable Court on the above
entitled cause for a Jury Trial

TO WIT:

This matter dates July 27, 2007 where defendant(s) Agent entered into a Consent Agreement. from that dat of more than (4) years this matter has been tossed from judge to judge, in all that time; defendants have made NO attempt file an reponse to Petitioners demand for Payment of this Claim(Exhibit 1A).

It appears that the only way to properly adjudicate this matter is to have a Jury Trial on the Merits of this cruel and unusual matter is for a jury too decide it" this is a political matter'

1

KNOWLEDGE IS POWER, AND A SLAVE TO THE TRUTH !

DEFAULT JUDGMENT BY DEFENDANTS   837 F. Supp 1312; 22 F,3rd at 27-28

Defendant(s) have NOT filed a response; in over ((4) Years it's unclear, how the Court could allow them to file anything in this matter see Santos v Murdock, 243 F3rd 681, 683(2d Cir 2001). Defendant(s) have yet, to prove that no isue of genuine fact; as to why the Judgment has NOT been Satisfied to this date; every law or statute holds that every day that the judgment has not been satisfied then every day thereafter is the first day of the judgment entred by the Court 137 N.W 2d 845, 847 Erisa Act of 1974 ¶ 3000 infra also compells the Court to order a Jury Trial in this matter; this is a matter of Health and Welfare no to be taken lightly by the Judicial System  28 U.S.C. ¶ 1331; Demery v Extenbank Deferred Compensation Plan, 216 F3rd 286, 290(2d Cir 2000); 42 U.S.C. ¶ 2000-E-28 U.S.C. 1346(a)(1)-26 U.S.C. ¶ 1 see also green v Montgomery 219 F3rd 52.55(2d Cir 2000

Further there is no remedies to exhaust in this case  Constutional protection does not fade with time; it only shows that justice is grossly lacking Lee v Habib, 424 F.2d 891(DC Cir 1970); CF Pattern v DEnnis, 134 F2d 137, 138(9th (Cir 1943 46 A.2d 137, 141 of Terry 274-482 a.2d at 464 for the reason and more the Court must, in the interest order a Jury Trial in this Matter forthwith. see 105 P.2d 342,345- 42 U.S.C.¶ 1983 Cole v General Motors, 641 F.Supp 28 Cases cited for relief for Paul C. Mathis(a Contract is legal and binding if this Court looks closer; it will find that defendants certification of no objection has NO merit on its face, laws on satisfied judgment control!

*Paul C Mathis*

Paul C. Mathis
42416 Brownstone Dr.
Novi  Mi 48377

2

( HEARING HELD)

STARE DECISIS
THE AWARD JUDGMENT IS OPEN: AND THIS IS  ONE OF THE REASONS IT'S OPEN
QUESTION HOW DOES SOCIAL SECURITY EFFECT FURTHER  COMPENSATION PAYMENTS

. . . if respondents had paid the judgment that still runs legally on the judgment of 1990 workers disability claim; Court Ordered modification (Exhibit 1A)   was Never paid on the Order, When Defendant(s) Agent saw that Paul C. Mathis had no Counsel for some time. I geuss, they said to there self why pay this, he, can;t possibly no  how to attack us oh no

Court have been handling colateral attack on judgment some examples Webb v Hass 1999 Me 74,-5 728 A.2d 1261; cook v Cook, 574 A.2d 1353(Me 1990); Morse Bros,. Inc. v Webster, 2000 Me 70-14, 772 A2d 842


Assuming that the court reasonable;· · ·  for the judgment to be closed the Claim; would have too be <u>Satisfied</u>, no such paper exist, and prior Counsel COULD NOT . . .   Knowlingly Waive for Mr. Mathis, Where the Constutitional Protection exist Only Mr. Mathis can waive such a Right . Further, Defendant(s) are subject to that Order for Modification, and the effects of Retroactive Application. for manny reasons the court must remand this cause to the department of justice, or order a Jury Trial!


Justice Say No More

*[signature: Paul C Mathis]*
Respectfully Submitted

Paul C. Mathis
42416 Brownstone Dr.
Novi mi 48377

3

CONCLUSIVE EVIDENCE

. . .   CONCLUSIVE EVIDENCE void of smoke no illusions by the mere circumstances a preponderance of the evidence: riddled in this Soap Opera (Exhibit 1A). The law agrees with Paul C. Mathis see Mc Cormick on Civil matters at 793 (2d ed). 1972 of lke purport 21 So. 2d 878, 880 that by the evidence; here is evil, hardships, void of law of justice it's said, NO one is bigger than the LAW, is that true Petitioner ask Justice; what Amendment is that?

TRUTH SPOKEN DEFENDANTS AGENT: Where the Consent Agreement Made on the Proofs: Undisputed Claim of $415,969.62
for a payment of $428,448.71
Petitioner sign Mailed Papers(Contract) back to Defendants Agent(Contract Joiners). (Exhibit 1 A).

Justice Says No More

Respectfully Submitted

*[signature]*

Paul C. Mathis
42416 Brownstone Dr.
Novi, Mi 48377

*[handwritten: circled "J"]*
*[handwritten: "Exhibit 1A"]*

**LIQUIDITY SOLUTIONS, INC.**
One University Plaza, Suite 312
Hackensack, NJ 07601
Tel: (201) 968-0001   Fax: (201) 968-0010

July 27, 2007

Paul C Mathis
17265 Coral Gables St
Southfield, MI 48076-4784

*[handwritten: "Consent Agreement"]*

Attn: Accounting Dept. /Collections

RE:   **DELPHI CORPORATION et AL**
       Jointly Administered Case No. 05-44481
       (US Bankruptcy Court, Southern District of New York)

Dear Creditor:

We are writing you to express an indication of our interest in your allowed and undisputed claim of $415,969.62 for a payment of $428,448.71. This indication is valid through August 10, 2007 and is subject to further due diligence and mutually agreeable documents of transfer.

This indication of interest is on a first come first serve basis. This may be rescinded for any reason whatsoever without further notice or obligation from either party. We are not responsible for typographical errors.

*If you are interested in offering your claim, please sign twice on the last page where indicated and return the two page agreement to us.*

*[handwritten: "Contract Established By law legal Duty"]*
*[handwritten: "Please find necessary Signature (Paul) 09"]*
*[handwritten: "on form enclosed"]*
*[handwritten: "thank you"]*
*[handwritten signature: "Paul C Mathis"]*

Sincerely,

*[signature]*

Jim Yenzer
jyenzer@liquiditysolutions.com

RELIEF SOUGHT

Wherefore the Court being advised in this matter, Petitioner
request the relief sought in the attached Petition
for a Jury Demand or other relief on remand to the United States
Department of Justice Civil Rights Disability Department
on the proofs submitted in this Cause.

Respectfully Submitted

*Paul C. Mathis* (signature)
Paul C. Mathis
42416 Brownstone Dr.
Novi , Mi 48377

*Exhibit 1A* (handwritten)

**U.S. Department of Labor**    Employee Benefits Security Administration
Washington, D.C. 20210

November 16, 2009

*[handwritten: When State deny Civil Rights then it becomes c Federal Court to Act failure of timely Review 29 C.F.R. § 2560.503-1(h) Section § 3003 Erisa Act of 1974]*

Mr. Paul E. Mathis
42416 Brownstone Drive
Novi, Michigan 48377

Dear Mr. Mathis:

This is in reply to your inquiry concerning court ordered payment of benefits. In your letter, you state that General Motors has not paid you your workers' compensation that was awarded to you by the State of Michigan.

*[handwritten left margin: Under Federal plan Controls State Conduct]*

This office is responsible for administering the Employee Retirement Income Security Act (ERISA). ERISA protects the pension and employee benefits of participants of private-sector plans. ERISA specifically excludes any plan maintained solely for the purpose of complying with state workers' compensation laws.

It appears that your letter is about a workers' compensation claim that is not covered by an employee benefit plan under ERISA. Therefore, ERISA would not apply to your situation. Any claims or inquiries you may have should be directed to the State of Michigan's government agency or courts that administers the workers' compensation program from which you are seeking benefits.

I hope this information is helpful to you.

Sincerely,

*[signature]*
William C. Barron
Deputy Director, Office of Participant Assistance

*[handwritten right: Title 1 Labor Fraud RCW 51.48.070 RCW 51.32(5) November 20, 2009]*

*[handwritten bottom: Paul E. Mathis — reply William C. Barron — Employee Benefit Security Administration. Pension → 29 U.S.C. § 1166(a)(c); U.S.C.A § 1132(a)(1)(B) 1. the Workers Compensation was (1) issue (2) the modification of Pension Benefits were ... (3) ... (A) ... failure to Pay W.C. ... Claim]*

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Mr. Paul C. Mather
42416 Brownstone Dr.
Southfield, MI 48377

Money Not Received 12-09 (SW)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_[illegible]_  DEC 28 2009 |
| 1. Article Addressed to:<br><br>Sedwick Claim - GM<br>P.O. Box 69<br>Southfield, MI 48037-0069<br><br>Complaint never Answered | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>GM Report money I have never Received fraud |
|  | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7009 3230 0000 3950 3801 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |

| Sedgwick Claims Management Services, Inc | DATE | CHECK AMT | CHECK NO. |
|---|---|---|---|
| PO Box 69 | 05/05/2010 | 58.72 | 0001736795 |
| Southfield, MI 48037-0069 | | | |

| PAYEE | TAX ID |
|---|---|
| PAUL MATHIS | |

| SCMS UNIT | PAGE |
|---|---|
| 181 Sedgwick Claims Management Services | 001 |

*003873     0001736795 00001 OF 00001 OAM 100505 1014

PAUL MATHIS
42416 BROWNSTONE DRIVE
NOVI  MI  48377

*[handwritten:]* Cooking the Books
Violating labor law RCW 51.48.020
RCW.51.32(5)

| Claimant Name | Loss Date | Claim Number | SSN |
|---|---|---|---|
| MATHIS, PAUL C. | 10/10/1984 | 8518122433-0001-01 | |

Amt Paid: -    154.35      Description: Temporary Total Disability
   Dates: 04/26/2010 - 05/02/2010    Comment:

Amt Paid: -    73.68       Description: Temporary Total Disability
   Dates: 04/26/2010 - 05/02/2010    Comment:

Amt Paid:      286.75      Description: Temporary Total Disability
   Dates: 04/26/2010 - 05/02/2010    Comment:

*[handwritten:]* After Being told of illegal conduct they listed Proper Benefit; As to say so what we are stealing! above amount never received By me
Paul C. Mathis
May 10, 2010

R1991 FRM (02-28-01)

**U.S. Department of Labor**   Employee Benefits Security Administration
Ft. Wright Executive Building I
1885 Dixie Highway
Ft. Wright, Kentucky  41011-2664



May 7, 2010

Paul C. Mathis
42416 Brownstone Drive
Novi, Michigan  48377

Dear Mr. Mathis:

This is in response to your inquiry, received by this office on April 15, 2010, regarding the payment of workers' compensation disability for an injury that occurred on October 10, 1984 while employed with the General Motors Company.

As we have previously advised you, this office is responsible for administering the Employee Retirement Income Security Act (ERISA).  ERISA protects the pension and employee benefits of participants of private-sector plans.  ERISA specifically excludes any plan maintained solely for the purpose of complying with state workers' compensation laws.

Further, it is my understanding that you sent a letter to the Employee Benefits Security Administration National Office located in Washington, D.C.  On November 16, 2009, that Office sent you their response stating that your inquiry should be directed to the State of Michigan's government agency that administers the workers' compensation program.

In an effort to be of assistance, we are providing the information for the State of Michigan's government agency that administers workers' compensation.  The state program is under the Department of Energy, Labor and Economic Growth.  You may want to address your inquiry to:

      State of Michigan Workers' Compensation
      P.O. Box 30016
      Lansing, Michigan  48906
      Telephone number (888) 396-5049

*[Handwritten annotations: "already did numerous times", "they appear to be confused"]*

We are returning your documentation that you submitted to our office with this letter, and I regret that we can be of no further assistance in this matter.

I hope this information is helpful to you.

Sincerely,

*[signature: Susan Gilmore-Schultz]*

Paul C. Baumann
Regional Director
Cincinnati Regional Office

Enclosures

TMSH #24066

"Autharzie Affidavit"

This letter Authorize Dept of Labor Agent to obtain <u>All</u> records pertaining to this matter and full power of Attorney for legal matter investigation

Paul E Mathus
April 3, 2010



RECEIVED
APR 15 2010
U.S. DEPARTMENT OF LABOR, EBSA
CINCINNATI REGIONAL OFFICE