# Murphy & Prachthauser, s.c.

ATTORNEYS AT LAW

1 Plaza East    300 East Kilbourn Avenue    Suite 1200    Milwaukee, Wisconsin 53202
Ph: 414.271.1011    888.271.1022    Fax: 414.271.9987    murphyprachthauser.com

James J. Murphy
(1959-2007)

Don C. Prachthauser
Kevin J. Kukor
Keith R. Stachowiak
Thadd J. Llaurado
Mark D. Baus

Of Counsel:
M. Josef Zimmermann

Offices in:
Milwaukee Downtown
Milwaukee Southside
Mequon
Waukesha

May 19, 2010

Via Certified Mail, Return Receipt Requested

Clerk,
United States Bankruptcy Court for
 the Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:   Motors Liquidation Company, Case No. 09-50026
           Claim No. 353 (filed 6-26-09)

Dear Clerk:

Enclosed please find a withdrawal of claim relating to Claim No. 353. Please be advised that this will confirm that the creditors, Benjamin Reynebeau and James and Kimberly Reynebeau, expressly reserve any and all claims with respect to Proof of Claim Nos. 39024 and 39025, respectively.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

MURPHY & PRACHTHAUSER, S.C.

Thadd J. Llaurado

TJL:jl
Enclosures

cc:   Motors Liquidation Company (via Certified Mail, RRR)
       c/o AlixPartners
       Attn: Tim Neis
       500 Renaissance Center, Suite 1400
       Detroit, MI 48243

MAY 24 2010

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BENJAMIN J REYNEBEAU JAMES J REYNEBEAU KIMBERLY REYNEBEAU<br>ATTN: THADD J LLAURADO<br>MURPHY & PRACHTHAUSER<br>330 EAST KILBOURN AVE, STE 1200<br>MILWAUKEE, WI 53202 |
| Claim Number (if known): | 353 |
| Date Claim Filed: | 6/26/2009 |
| Total Amount of Claim Filed: | $15,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: May 19, 2010

Print Name: Thadd J. Llaurado

Title (if applicable): Attorney

RECEIVED
MAY 24 2010
U.S. BANKRUPTCY COURT SDNY

US_ACTIVE:\43219392\02\72240.0639