SULLIVAN & WORCESTER LLP
Richard Hiersteiner
Jeanne P. Darcey
Charlotte P. Bodell
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Facsimile: (617) 338-2880
Email: rhiersteiner@sandw.com
       jdarcey@sandw.com
       cbodell@sandw.com

*Attorneys for U.S. Bank National Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | ) | Chapter 11 |
| --- | --- | --- |
| | ) | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) | Case No. 09-50026 (REG) |
| f/k/a General Motors corp., *et al.* | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF CLAIMS FILED BY U.S. BANK NATIONAL ASSOCIATION, AS OWNER TRUSTEE

PLEASE TAKE NOTICE THAT U.S. Bank National Association, not in its individual capacity, but solely as Owner Trustee, by and through its undersigned counsel, hereby withdraws the below proofs of claim:

| Debtor Name | Transaction | Claim Number |
| --- | --- | --- |
| Motors Liquidation Company (f/ka/ General Motors Corporation) | 2001A-2 | 48418 |
| Motors Liquidation Company (f/ka/ General Motors Corporation) | 2001A-4, 2001A-6, 2001A-8, 2003B-1 2003C-1 | 48321 |

{B1116988; 1}BOS111 12185626.1

The claims are being withdrawn because the parties have settled the underlying obligations pursuant to that certain Settlement Agreement (GM 1991 A-3, GM 2000 A-1, GM 2000 A-3, GM 2001 A-1, GM 2001 A-2, GM 2001 A-3, GM 2001 A-4, GM 2001 A-5, GM 2001 A-6, GM 2001 A-7, and GM 2001 A-8) dated as of March 1, 2010, which was approved by the Bankruptcy Court pursuant to the *Order Pursuant to Fed. R. Bankr. P. 9019 Approving Global Settlement Agreement and Compromise* and the *Order Authorizing the Debtors to Assume and Assign Certain Unexpired Leases of Equipment and Related Executory Contracts*, both dated March 19, 2010.

Boston, Massachusetts
May 26, 2010

SULLIVAN & WORCESTER LLP

/s/ Charlotte P. Bodell
Richard Hiersteiner
Jeanne P. Darcey
Charlotte P. Bodell
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Facsimile: (617) 338-2880
Email: rhiersteiner@sandw.com
         jdarcey@sandw.com
         cbodell@sandw.com

Attorneys for U.S. Bank National Association, not in its individual capacity, but solely as Owner Trustee

**CERTIFICATE OF SERVICE**

I, Charlotte P. Bodell, hereby certify that on this 26th day of May, 2010, copies of the NOTICE OF WITHDRAWAL OF CLAIMS FILED BY U.S. BANK NATIONAL ASSOCIATION, AS OWNER TRUSTEE were served by electronic means via the Court's CM/ECF system on the parties registered with the CM/ECF system for such service.

/s/ Charlotte P. Bodell