**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

MAY 24 2010

|  | x |  |
|---|---|---|
|  | : |  |
| **In re** | : | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY, et al.,** | : | **Case No. 09-50026(REG)** |
| f/k/a General Motors Corp, et al. | : | **(Jointly Administered)** |
| Debtors | : | **Claim no. 606** |
|  | x |  |

## CREDITOR'S VOLUNTARY DISMISSAL

COMES NOW, Creditor Gerardo M. Loera, by and through counsel and hereby voluntarily dismisses his claim in this bankruptcy.

Respectfully submitted,

**LANGDON & EMISON**

By: _____

J. Kent Emison, Mo. Bar# 29721
David A. Brose, Mo. Bar# 56244
911 Main Street
Lexington, Missouri 64067
Telephone: 660-259-6175
Facsimile: 660-259-4571
kemison@langdonemison.com
dbrose@langdonemison.com
ATTORNEYS FOR CLAIMANT

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | MAY 24 2010 |
| | : | |
| In re | : | **Chapter 11** |
| MOTORS LIQUIDATION COMPANY, et al., | : | **Case No. 09-50026(REG)** |
| f/k/a General Motors Corp, et al. | : | **(Jointly Administered)** |
| Debtors | : | **Claim no. 44730** |
| | x | |

## CREDITOR'S VOLUNTARY DISMISSAL

**COMES NOW**, Creditor Gerardo M. Loera, by and through counsel and hereby voluntarily dismisses his claim in this bankruptcy.

Respectfully submitted,

**LANGDON & EMISON**

By: _____

J. Kent Emison, Mo. Bar# 29721
David A. Brose, Mo. Bar# 56244
911 Main Street
Lexington, Missouri 64067
Telephone:  660-259-6175
Facsimile: 660-259-4571
kemison@langdonemison.com
dbrose@langdonemison.com
ATTORNEYS FOR CLAIMANT