UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

_____   x

                                           :                    MAY 24 2010

                                           :

In re                                      :    **Chapter 11**

**MOTORS LIQUIDATION COMPANY, et al.,**    :    **Case No. 09-50026(REG)**

    **f/k/a General Motors Corp, et al.**   :    **(Jointly Administered)**

        **Debtors**          :    **Claim no. 602**

_____   x


### CREDITOR'S VOLUNTARY DISMISSAL

**COMES NOW**, Creditor Saeri Cristel Jimenez Ocana, by and through counsel and hereby voluntarily dismisses her claim in this bankruptcy.

Respectfully submitted,

**LANGDON & EMISON**

By:_____
J. Kent Emison, Mo. Bar# 29721
David A. Brose, Mo. Bar# 56244
911 Main Street
Lexington, Missouri 64067
Telephone:  660-259-6175
Facsimile: 660-259-4571
kemison@langdonemison.com
dbrose@langdonemison.com
ATTORNEYS FOR CLAIMANT