**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | Case No. 09-50026(REG) |
| f/k/a General Motors Corp, et al. | (Jointly Administered) |
| Debtors | Claim no. 603 |

### CREDITOR'S VOLUNTARY DISMISSAL

**COMES NOW**, Creditor Emanuel Jimenez Ocana, by and through counsel and hereby voluntarily dismisses his claim in this bankruptcy.

Respectfully submitted,

**LANGDON & EMISON**

By: _____
J. Kent Emison, Mo. Bar# 29721
David A. Brose, Mo. Bar# 56244
911 Main Street
Lexington, Missouri 64067
Telephone: 660-259-6175
Facsimile: 660-259-4571
kemison@langdonemison.com
dbrose@langdonemison.com
ATTORNEYS FOR CLAIMANT