**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

———————————————— x
:
In re                                              :    Chapter 11
:
MOTORS LIQUIDATION COMPANY, et al.,   :    Case No. 09-50026(REG)
:
f/k/a General Motors Corp, et al.          :    (Jointly Administered)
:
Debtors                                        :    Claim no. 44723
:
———————————————— x

MAY 24 2010

## CREDITOR'S VOLUNTARY DISMISSAL

**COMES NOW**, Creditor Ricardo Javier Quiroz Galvez, by and through counsel and hereby voluntarily dismisses his claim in this bankruptcy.

Respectfully submitted,

**LANGDON & EMISON**

By: _____
J. Kent Emison, Mo. Bar# 29721
David A. Brose, Mo. Bar# 56244
911 Main Street
Lexington, Missouri 64067
Telephone: 660-259-6175
Facsimile: 660-259-4571
kemison@langdonemison.com
dbrose@langdonemison.com
ATTORNEYS FOR CLAIMANT

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| | : | MAY 24 2010 |
| | : | |
| In re | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | : | Case No. 09-50026(REG) |
| f/k/a General Motors Corp, et al. | : | (Jointly Administered) |
| Debtors | : | Claim no. 598 |
| | x | |

## CREDITOR'S VOLUNTARY DISMISSAL

**COMES NOW**, Creditor Ricardo Javier Quiroz Galvez, by and through counsel and hereby voluntarily dismisses his claim in this bankruptcy.

Respectfully submitted,

**LANGDON & EMISON**

By: _____
J. Kent Emison, Mo. Bar# 29721
David A. Brose, Mo. Bar# 56244
911 Main Street
Lexington, Missouri 64067
Telephone: 660-259-6175
Facsimile: 660-259-4571
kemison@langdonemison.com
dbrose@langdonemison.com
ATTORNEYS FOR CLAIMANT