Dr. Terrie Sizemore RN DVM
PO Box 23
Sullivan, Ohio 44880
440-241-3126

Pro se

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
_____x

In re                                    :    Chapter 11 Case no.
                                         :
MOTORS LIQUIDATION COMPANY, et al :    09-50026(REG)
   F/k/a General Motors Corp., et al.    :
                                         :
         Debtors,                        :    (Jointly administered)
                                         :
                                         :
                                         :
_____:

*Endorsed Order*

*Motion for extension of time for hearing denied. Dr. Sizemore may participate in hearing by telephone. Debtors are to advise her how to do that, and to pay the cost for her to call in.*

*S/REG
USBJ
5/27/10*

## MOTION REQUESTING EXTENSION OF TIME FOR HEARING

Now comes one of the Defending parties, Dr. Terrie Sizemore RN DVM, respectfully requesting that in the event of the Court disregarding her Objection to Notice for Hearing, the Court grant her an extension of time to appear in Court.

Dr. Sizemore requests a reasonable amount of time-at least 30 days- to make arrangements to cover work assignments as well as travel arrangements and arrangements for a male friend to accompany her for obvious safety reasons.

Dr. Sizemore just started a new job on or about March 29, 2010 and she has not had enough time there to make the necessary arrangements on the short notice she has been give to appear in Court.

Notice: