

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201-489-3000   201-489-1536 FAX
—
NEW YORK
—
DELAWARE
—
MARYLAND
—
TEXAS

**Stuart Komrower**
MEMBER
ADMITTED IN NJ AND NY

Reply to New Jersey Office
WRITER'S DIRECT LINE: 201-525-6331
WRITER'S DIRECT FAX: 201-678-6331
WRITER'S E-MAIL: SKOMROWER@COLESCHOTZ.COM

May 27, 2010

**Via Electronic Case Filing**

Clerk of the Court
Attn: Case Management/Editing Dept.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    Re:    Motors Liquidation Company, *et al.*
               f/k/a General Motors Corporation, *et al.*
              Case No. 09-50026 (REG)

Dear Sir/Madam:

    This firm represents Kruse Technology Corp. in the above-referenced matters. The undersigned attorney entered his appearance on June 25, 2009 [doc. no. 2520].

    Would you kindly remove the undersigned attorney's name/e-mail address from any and all future ECF e-mail notifications with regard to these matters.

    Thank you.

                                       Very truly yours,

                                       */s/ Stuart Komrower*

                                       Stuart Komrower

SK:cab