UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                 :
                                                             :
                      Debtors.           :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

ENDORSED ORDER:

      Motion denied for failure to establish a prima facie entitlement to relief.

      If any further motions of this character are filed, parties in this case may, if they choose, move for a Martin Trigona order, or the Court may issue an Order to Show Cause as to why it should not enter one even without such a motion.

                                              *s/ Robert E. Gerber  5/27/2010*
                                              United States Bankruptcy Judge