**Thirteenth Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| ANGELINA G CRUZ<br>13326 HAYDEN AVENUE<br>NORWALK, CA 90650 | 61611 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$147,567.50 (P)<br>$0.00 (U)<br>$147,567.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BENNETT, ISIS<br>701 KANSAS ST<br>KANNAPOLIS, NC 28083 | 60896 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$169,880.00 (U)<br>$169,880.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BRYANT ELMA<br>PO BOX 370154<br>DECATUR, GA 30037 | 64347 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| C CATALANO<br>342 TIFFANY LN<br>BRISTOL, CT 06010 | 59182 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| C CATALANO<br>342 TIFFANY LN<br>BRISTOL, CT 06010 | 59183 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$204,672.00 (U)<br>$204,672.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COOTS, MICHAEL R<br>9260 BROWN RD<br>JONESVILLE, MI 49250 | 68727 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| Thirteenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CURTIN, RAYMOND F<br>1371 N BELSAY RD<br><br>BURTON, MI 48509 | 61967 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CYNTHIA K WILLIS<br>1501 MARKS DR NW<br><br>HARTSELLE, AL 35640<br>UNITED STATES OF AMERICA | 46254 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$28,000.00  (U)<br>$28,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DENNIS TARCZYNSKI<br>126 BOYER DR<br><br>NEWARK, DE 19702 | 58884 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONALD FLEMING<br>622 GRANADA DR<br><br>PONTIAC, MI 48342 | 12540 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$225,000.00  (U)<br>$225,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONALD MARTZ<br>433 ELM TWIN COURT<br><br>LINTHICUM, MD 21090 | 62629 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ELIZABETH HEARD<br>774 WEBB HILL LN<br><br>MC RAE, AR 72102 | 63164 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **Thirteenth Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EMMA D MILLER<br>2304 NEW CUT RD<br>ALVATON, KY 42122 | 62784 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$403,767.00 (U)<br>$403,767.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GLISSON, JAMES M<br>3290 BIRCH RUN S<br>ADRIAN, MI 49221 | 61427 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GRADY E TIDWELL<br>543 WALNUT ST<br>MOUNT MORRIS, MI 48458 | 28031 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GRANGER, SAMUEL<br>30245 W 13 MILE RD APT 209<br>FARMINGTON HILLS, MI 48334 | 7032 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HAROLD W BRADSHAW<br>C/O MARK J BECKER ATTORNEY AT LAW<br>1010 MARKET ST SUITE 1430<br>ST LOUIS, MO 63101 | 59009 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HESS, CHERYL ANN<br>2047 EVALINE ST<br>HAMTRAMCK, MI 48212 | 61120 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **Thirteenth Omnibus Objection** | | | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| HOOPER, JESSIE L<br>11811 CHAMPAIGN AVE<br>WARREN, MI 48089 | 61375 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$100,950.00 (P)<br>$0.00 (U)<br>$100,950.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HUGH RICE<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD STE 20<br>ST LOUIS, MO 63144 | 49367 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES B CAMPBELL<br>937 FINEVIEW DR<br>PITTSBURGH, PA 15235 | 65977 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES E KETCHEM<br>C/O RADFORD R RAINES III ATTORNEY<br>105 CHURCH ST<br>O'FALLON, MO 63366 | 63047 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES HYLAND<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MI 63144 | 51145 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirteenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES S POST<br>C MARSHALL FRIEDMAN ATTORNEYS AT LAW A PROFESSIONAL CORPORATION<br>THIRTEENTH FLOOR 1010 MARKET STREET<br>ST LOUIS, MO 63101 | 44882 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMIE A VINCENT<br>C/O KRETMAR, BEATTY, & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144<br>UNITED STATES OF AMERICA | 51151 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JANET L. WHITNEY<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46133 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JEANNINE CAMPBELL<br>937 FINEVIEW DR<br>PITTSBURGH, PA 15235 | 65972 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JEFFERY W BONE<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46149 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| **Thirteenth Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN E. FIESER<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD., STE. 20<br>ST LOUIS, MO 63144 | 46144 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN GOTTSCHALK<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD., STE. 20<br>ST LOUIS, MO 63144 | 46145 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN W BRADY<br>4218 E COLDWATER RD<br>FLINT, MI 48506 | 65644 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN W DAVIS<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49370 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN YOEY<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD, STE. 20<br>ST LOUIS, MO 63144 | 46136 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirteenth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| JOHN YOEY<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD., STE. 20<br>ST LOUIS, MO 63144 | 46137 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOSE A NAREZO<br>6230 KINNEVILLE RD<br>EATON RAPIDS, MI 48827 | 61629 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOSEPH DOMINELLI<br>C/O LAW OFFICES OF JOSEPH J RHODES<br>1225 KING ST SUITE 1200<br>WILMINGTON, DE 19899<br>UNITED STATES OF AMERICA | 58885 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOSEPH H RICORD<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49364 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOYCE A SIEBERT<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46049 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirteenth Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>

Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| JOYCE CANTRELL<br>641 W 74TH ST<br>SHREVEPORT, LA 71106 | 63467 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4,055.00 (P)<br>$30,155.45 (U)<br>$34,210.45 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOYCE OGLESBY<br>5713 HILLARY ST<br>PROIWOOD, OH 45426 | 67860 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,640.00 (U)<br>$100,640.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JUDITH LONG<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 51147 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JUDITH THOMPSON<br>30078 HENNEPIN<br>GARDEN CITY, MI 48135 | 16326 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JUDY FORD<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49347 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JUDY FORD<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49349 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirteenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| JULIA JOINTER<br>1609 ROBBINS AVE APT 9<br>NILES, OH 44446 | 68143 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KAREN T SADLER<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49375 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KAREN T. SADLER<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD., STE. 20<br>ST LOUIS, MO 63144 | 46139 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KATIE M WILLIAMS<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46134 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KEITH RIEGEL<br>915 WESLEY RD<br>FINKSBURG, MD 21048 | 62051 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirteenth Omnibus Objection**                                    **Exhibit A**                                    **Motors Liquidation Company, et al.**
                                                                                                                      **Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KENNETH D MCELROY<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49352 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENNETH D MCELROY<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49353 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAKIESHA R ORR<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49356 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAKIESHA R ORR<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LUOIS, MO 63144 | 49357 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LARRY O JAMES<br>C/O KRETMER, BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49392 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirteenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| LAVETA BANISTER<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49341 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAWRENCE C SMITH<br>1248 FLOWER RIDGE DR<br>LANCASTER, TX 75134 | 69344 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEE HOLMES<br>PO BOX 221<br>FORISTELL, MO 63348<br>UNITED STATES OF AMERICA | 13936 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEE HOLMES<br>PO BOX 221<br>FORISTELL, MO 63348<br>UNITED STATES OF AMERICA | 13937 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEILAH A BAXTER<br>C/O KRETMAR BEATTY &N SANDZA<br>2025 S BRENTWOOD STE 20<br>ST LOUIS, MO 63144 | 49346 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirteenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| LEONARD DOWDY<br>6304 MCCLEAN BLVD<br>BALTIMORE, MD 21214 | 44786 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LINDA A HAIRSTON<br>PO BOX 320674<br>FLINT, MI 48532 | 69557 | Remediation And Liability Management Company, Inc. | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LORI L. GOOD<br>1353 TRADING POST LN<br>O'FALLON, MO 63366<br>UNITED STATES OF AMERICA | 29388 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MACKALL, JAMES<br>5307 KENILWORTH AVE<br>BALTIMORE, MD 21212 | 61830 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARCIA JACKSON<br>FLOYD LAW FIRM<br>8151 CLAYTON ROAD SUITE 202<br>ST LOUIS, MO 63117 | 49695 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirteenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARCIA JACKSON<br>FLOYD LAW FIRM<br>8151 CLAYTON ROAD SUITE 202<br>ST LOUIS, MO 63117 | 49697 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARK E PRESCOTT<br>8271 N PORT<br>GRAND BLANC, MI 48439 | 68671 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MELISSA REDEEMER<br>8860 NORTH THODE AVE APT 104<br>KANSAS CITY, MO 64153 | 60261 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| METZ, ROBERT G<br>23 STABILIZER DR<br>MIDDLE RIVER, MD 21220 | 62574 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL A RUSSELL<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD., STE. 20<br>ST LOUIS, MO 63144 | 46138 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **Thirteenth Omnibus Objection** | | | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** ||||||
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| MICHAEL J HARRIS<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49348 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL J HARRIS<br>C/0 KRETMAR, BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD, STE 20<br>SAINT LOUIS, MO 63144 | 59736 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICKEY C MITCHELL<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 51156 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MIKE L GRIFFIN<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46037 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MONA HUDSON<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49382 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirteenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MORRIS SAMPSON<br>C/O KRETMAR BEATTY SANDZA<br>2025 S. BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 46038 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MURRY L RANDALL<br>C/O MARTIN MALEC LEOPOLD ATTORNEYS<br>1007 OLIVE 5TH FLOOR<br>ST LOUIS, MO 63101 | 46009 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NATHAN BANKS<br>PO BOX 400492<br>LAS VEGAS, NV 89140 | 37625 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEAL PETTIT<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD  STE 20<br>ST LOUIS, MO 63144 | 46130 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NENA GRAY<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD  STE 20<br>ST LOUIS, MO 63144 | 46147 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirteenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| NEOMIA COLEMAN<br>C/O ROBERT J KEEFE, ATTORNEY<br>105 BROADWAY STE 500<br>ST LOUIS, MO 63102 | 61364 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NICHOLAS CALECA<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD., STE. 20<br>ST LOUIS, MO 63144 | 46143 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAMELA M MILLER<br>C/O KRETMAR BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49355 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAMELA ZOELLER<br>FLOYD LAW FIRM<br>8151 CLAYTON ROAD SUITE 202<br>ST LOUIS, MO 63117<br>UNITED STATES OF AMERICA | 49698 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PATRICIA A ROBINSON<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49365 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirteenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| PATRICIA A ROBINSON<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49366 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PEARLINE SYKES<br>8188 HONEYTREE BLVD<br>CANTON, MI 48187 | 65551 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PEARLINE SYKES<br>8188 HONEYTREE BLVD<br>CANTON, MI 48187 | 68019 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PEDRO M IWEN<br>C/O KRETMAR, BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49393 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PEDRO M IWEN<br>C/O KRETMER, BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49394 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirteenth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| PEGGY S HYATT<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49381 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PEGGY S HYATT<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49397 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PEGGY S HYATT<br>C/O KRETMAR BEATTY SANDZA<br>2025 S BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | 49398 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RONALD ADAMS<br>5466 CALKINS RD<br>FLINT, MI 48532 | 50668 | Motors Liquidation Company | $177,343.30 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$177,343.30 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHESS CHERYL<br>2047 EVALINE<br>HAMTRAMCK, MI 48212 | 61121 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THREATHER JONES<br>7123 THAMESFORD DR<br>FORT WAYNE, IN 46835 | 62557 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$13,936.00 (P)<br>$0.00 (U)<br>$13,936.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **Thirteenth Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| WALKER, DAVID A<br>7218 PEACOCK LN<br>ENGLEWOOD, FL 34224 | 15438 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WARE'S PHARMACY<br>304 S JEFFERSON ST<br>MASON, MI 48854 | 68315 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,082.59  (U)<br>$1,082.59  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAM VAN FOSSEN<br>132 SIMILO DR<br>ELIZABETH, PA 15037 | 49528 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **Claims to be Disallowed and Expunged Totals** | **98** | | **$177,343.30**  (S)<br>**$0.00**  (A)<br>**$266,508.50**  (P)<br>**$11,513,197.04**  (U)<br>**$11,957,048.84**  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.