**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :

In re                                              :         Chapter 11 Case No.
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,  :         09-50026 (REG)
      f/k/a General Motors Corp., *et al.*  :
                                                  :
                         Debtors.        :         (Jointly Administered)
                                                   :
-----------------------------------------------------------------x

**ORDER GRANTING DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO
CLAIMS**
**(Workers' Compensation Claims)**

        Upon the fourteenth omnibus objection to claims, dated April 19, 2010

(the "**Fourteenth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code

(the "**Bankruptcy Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures**

**Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the

Workers' Compensation Claims on the grounds that such claims seek recovery of

amounts for which the Debtors are not liable, all as more fully described in the

Fourteenth Omnibus Objection to Claims; and due and proper notice of the Fourteenth

Omnibus Objection to Claims having been provided, and it appearing that no other or

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Fourteenth Omnibus Objection to Claims.

further notice need be provided; and the Court having found and determined that the relief sought in the Fourteenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Fourteenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fourteenth Omnibus Objection to Claims is granted as provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Fourteenth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  New York, New York
    *May 27, 2010*

            *s/ Robert E. Gerber*
            United States Bankruptcy Judge

2