**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)**

**IN RE:**

| | |
|---|---|
| MOTORS LIQUIDATION COMPANY, | Case No. 09-50026-REG |
| f/k/a GENERAL MOTORS CORPORATION, | Honorable ROBERT E. GERBER |
| | Chapter 11 |
| Debtor. | |

_____/

## OAKLAND COUNTY TREASURER'S NOTICE OF SATISFACTION OF PROOF OF CLAIM #33259

**NOW COMES** Creditor, Oakland County Treasurer, by and through its attorneys, KILPATRICK & ASSOCIATES, P.C., and hereby provides notice that the Proof of Claim #33259 filed by the Oakland County Treasurer on November 13, 2009, in the amount of $1,473,804.63 has been satisfied.

Respectfully submitted:

**KILPATRICK & ASSOCIATES, P.C.**
Attorneys for Creditor, Oakland County Treasurer


/S/ LEONORA K. BAUGHMAN
LEONORA K. BAUGHMAN (P33534)
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
(248) 377-0700
ecf@kaalaw.com

Dated:  May 27, 2010