**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)**

IN RE:

MOTORS LIQUIDATION COMPANY,         Case No. 09-50026-REG
f/k/a GENERAL MOTORS CORPORATION,     Honorable ROBERT E. GERBER
                        Chapter 11

    Debtor.

_____/

## PROOF OF SERVICE OF OAKLAND COUNTY TREASURER'S NOTICE OF SATISFACTION OF PROOF OF CLAIM

**SHAMIKA SMITH** certifies that on the 27th day of May, 2010, served a copy of the OAKLAND COUNTY TREASURER'S NOTICE OF SATISFACTION OF PROOF OF CLAIM and PROOF OF SERVICE, in the above-captioned matter, with the Clerk of the Court using the ECF system which will send notification of such filing upon the following:

Joseph R. Sgroi                  jsgroi@honigman.com

U.S. Trustee

Office of the U.S. Trustee         via ecf e-mail

And by depositing same in a United States postal box located in Auburn Hills, Michigan, with the lawful amount of postage fully prepaid thereon, upon the following:

Motors Liquidation Company
f/k/a General Motors Corporation
c/o Alix Patners
Attn: Tim Neis
500 Renissance Center, Suite 1400
Detroit, MI 48243

                        /S/ SHAMIKA SMITH
                        **SHAMIKA SMITH**, an employee of
                        KILPATRICK & ASSOCIATES, P.C.
                        By: Richardo I. Kilpatrick (P35275)
                        903 N. Opdyke Road, Suite C
                        Auburn Hills, MI 48326
                        (248) 377-0700
                        ecf@kaalaw.com