**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                          :    09-50026 (REG)
    f/k/a **General Motors Corp.**, *et al.*   :
                                                                   :
        Debtors.            :    (Jointly Administered)
                                                                   :
------------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 1, 2010 at 9:30 a.m.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

    **I.**    **CONTESTED MATTERS:**

        A.    General Motors, LLC's Motion for Entry of Order Pursuant to 11 U.S.C. § 105 Enforcing 363 Sale Order (the "**New GM's Motion to Enforce**") [**Docket No. 5785**]

        Responses Filed:

        1.    Sanford Deutsch's Objection to New GM's Motion to Enforce **[Docket No. 5863]**

        2.    Shane J. Robley's Objection to New GM's Motion to Enforce **[Docket No. 5864]**

        3.    Terrie Sizemore's Objection to New GM's Motion to Enforce **[Docket No. 5866]**

        Replies Filed:

        4.    General Motors, LLC's Omnibus Reply to Objections to Motion for Entry of Order Pursuant to 11 U.S.C. § 105 Enforcing 363 Sale Order **[Docket No. 5899]**

<u>Additional Documents</u>:

5. Terrie Sizemore's Motion Requesting Extension of Time for Hearing **[Docket No. 5867]**

6. Court's Endorsed Order Denying Extension of Time **[Docket No. 5891]**

**Status:**  This matter is going forward.

Dated: New York, New York
May 27, 2010

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession