> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :      Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :      09-50026 (REG)
    f/k/a General Motors Corp., et al.  :
                                    :
                    Debtors.        :      (Jointly Administered)
                                    :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS
### (Satisfied Tax Claims)

      **PLEASE TAKE NOTICE** that on May 27, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their sixteenth omnibus objection to claims (the "**Sixteenth Omnibus**

**Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the Sixteenth Omnibus

Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **June 29, 2010 at 9:45 a.m.**

**(Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE SIXTEENTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Sixteenth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **June 22, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Sixteenth Omnibus Objection to Claims or any claim set forth thereon,

the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order annexed to the Debtors' Sixteenth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
        May 27, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

HEARING DATE AND TIME: June 29, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: June 22, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :      Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al.,  :     09-50026 (REG)
         f/k/a General Motors Corp., et al.  :
                                    :
                      Debtors.      :      (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

## DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS
### (Satisfied Tax Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

### Relief Requested

1.      The Debtors file this sixteenth omnibus objection to claims (the

"**Sixteenth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11 of the United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the **"Bankruptcy Rules"**), and this Court's order approving procedures for the filing

of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures**

**Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims

listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A"

hereto filed by certain taxing authorities (collectively, the "**Taxing Authorities**") and have

determined that the proofs of claim listed under the heading "*Claims to be Disallowed and*

*Expunged*" (collectively, the "**Satisfied Tax Claims**") are no longer valid because they have

been either satisfied in full by (i) the Debtors, as authorized by the Court, or (ii) by General

Motors, LLC (f/k/a NGMCO, Inc.) ("**New GM**") pursuant to the terms of that certain Amended

and Restated Master Sale and Purchase Agreement (the "**Master Purchase Agreement**") dated

as of June 26, 2009 by and among General Motors Corporation, Saturn LLC, a Delaware limited

liability company, Saturn Distribution Corporation, a Delaware corporation, Chevrolet-Saturn of

Harlem, Inc., a Delaware corporation, and New GM.  Accordingly, the Debtors seek entry of an

order disallowing and expunging from the claims register the Satisfied Tax Claims.

3.      The Debtors reserve all their rights to object on any other basis to any

Satisfied Tax Claim as to which the Court does not grant the relief requested herein.

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy
estates on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mailing such request to
The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-
4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

4.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## General Background

5.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Chapter 11 Case Number 09-50026 (REG).  On

September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and

statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009,

the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of

financial affairs.

6.        On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009, as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010, as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010, as the deadline to file a proofs of claim).

---

[2]        The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC
(f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem,
Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]        The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., Ch. 11 Case No.
09-50029 and Environmental Corporate Remediation Company, Inc., Ch. 11 Case No. 09-50030.

7.      Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007 and those additional grounds set forth in the Procedures Order.  Moreover, the Procedures Order provides that the Debtors may file omnibus objections to claims that "seek recovery of amounts for which the Debtors are not liable."  (Procedures Order at 2.)

## The Relief Requested Should Be Approved by the Court

8.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd sub nom. Peter J. Solomon Co. v. Oneida Ltd.*, No. 09-CV-2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

9.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  The Debtors have carefully analyzed the proofs of claim identified on Exhibit "A" as well as their books and records and have determined that each Satisfied Tax Claim is no longer valid as it has been satisfied in full, either by the Debtors (as authorized by this Court), or by New GM pursuant to the terms of the Master Purchase Agreement.

10.     To avoid the possibility of improper recovery against the Debtors' estates and for the benefit of the proper creditors of the Debtors, the Debtors request that the Court

disallow and expunge in their entirety the Satisfied Tax Claims.  Further, the Debtors reserve all

their rights to object to any Satisfied Tax Claims as to which the Court does not grant the relief

requested herein on any other basis.

### Notice

11.     Notice of the Sixteenth Omnibus Objection to Claims has been provided

to each claimant listed on Exhibit "A" and parties in interest in accordance with the Third

Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

12.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       May 27, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                        :
In re                                                   :          Chapter 11 Case No.
                                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,                   :          09-50026 (REG)
      f/k/a General Motors Corp., *et al.*              :
                                                        :
                             Debtors.                   :          (Jointly Administered)
                                                        :
-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS
### (Satisfied Tax Claims)

Upon the sixteenth omnibus objection to claims, dated May 27, 2010 (the

"**Sixteenth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking

entry of an order disallowing and expunging the Satisfied Tax Claims on the grounds that each

Satisfied Tax Claim is for a tax obligation for which the Debtors have no liability, all as more

fully described in the Sixteenth Omnibus Objection to Claims; and due and proper notice of the

Sixteenth Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Sixteenth Omnibus Objection to Claims is in the best interests of the Debtors, their

---

[1]        Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Sixteenth Omnibus Objection to Claims.

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

Sixteenth Omnibus Objection to Claims establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Sixteenth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Sixteenth Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on Exhibit "A" annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010

_____
United States Bankruptcy Judge

Sixteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| BERKELEY COUNTY TAX COLLECTOR<br>PO BOX 6122<br><br>MONCKS CORNER, SC 29461 | 31132 | Motors Liquidation Company | $14,325.36  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$14,325.36  (T) | Satisfied During the Case | Pgs. 1-5 |
| BERNICE JAMES TREASURER- TAX COLLECTOR<br>PO BOX 579<br><br>SANTA BARBARA, CA 93102 | 1033 | Motors Liquidation Company | $209,785.17  (S)<br>$0.00  (A)<br>$238.78  (P)<br>$0.00  (U)<br>$210,023.95  (T)<br>Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| BUTLER COUNTY TREASURER<br>315 HIGH STREET<br>10TH FL<br>HAMILTON, OH 45011 | 7646 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| CITY OF ALEXANDRIA, VIRGINIA<br>REVENUE DIVISION<br>ATTN MICHELE M HARLOW<br>PO BOX 178<br>ALEXANDRIA, VA 22313 | 788 | Motors Liquidation Company | $586.96  (S)<br>$0.00  (A)<br>$6,178.51  (P)<br>$197.16  (U)<br>$6,962.63  (T)<br>Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| CITY OF NEW BERN TAX COLLECTOR<br>CITY OF NEW BERN<br>PO BOX 1129<br>NEW BERN, NC 28563 | 7825 | Motors Liquidation Company | $53.19  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$53.19  (T) | Satisfied During the Case | Pgs. 1-5 |
| CITY OF STERLING HEIGHTS<br>CITY OF STERLING HEIGHTS TREASURER<br>40555 UTICA ROAD<br>PO BOX 8009<br>STERLING HEIGHTS, MI 48311 | 62845 | Motors Liquidation Company | $7,398.59  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$7,398.59  (T) | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CITY OF WAUKESHA TREASURER<br>201 DELAFIELD STREET<br><br>WAUKESHA, WI 53188 | 2676 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$2,722.52  (P)<br>$0.00  (U)<br>$2,722.52  (T) | Satisfied During the Case | Pgs. 1-5 |
| COFFEY COUNTY TREASURER<br>110 S 6TH ST STE 203<br><br>BURLINGTON, KS 66839 | 33010 | Motors Liquidation Company | $95.68  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$95.68  (T) | Satisfied During the Case | Pgs. 1-5 |
| CUYAHOQA COUNTY TREASURER<br>1219 ONTARIO STREET<br>ROOM 112 - ATTN MARK CAMPBELL<br>CLEVELAND, OH 44113 | 67544 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| DEAF SMITH COUNTY APPRAISAL DISTRICT<br>ATTN:  D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105 | 721 | Motors Liquidation Company | $29.67  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$29.67  (T)<br>Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| DECATUR COUNTY TRUSTEE<br>PO BOX 488<br><br>DECATURVILLE, TN 38329 | 69966 | Motors Liquidation Company | $12.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$12.00  (T) | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DOUGLAS COUNTY GEORGIA<br>ATTN  LEGAL OFFICER / BANKRUPTCY DEPT<br>PO BOX 1177<br>TAX COMMISIONER<br>DOUGLASVILLE, GA 30133 | 68982 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| FAYETTE COUNTY TREASURER<br>133 S MAIN ST RM 304<br><br>WASHINGTON COURT HOUSE, OH 43160 | 69629 | Remediation And Liability Management Company, Inc. | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| GARLAND COUNTY TAX COLLECTOR<br>ATTN: REBECCA DODD-TALBERT<br>200 WOODBINE - ROOM 108<br>HOT SPRINGS, AR 71901<br>UNITED STATES OF AMERICA | 6984 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| GASTON COUNTY TAX COLLECTOR<br>PO BOX 580326<br><br>CHARLOTTE, NC 28258 | 10618 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$3,027.09  (P)<br>$0.00   (U)<br>$3,027.09  (T) | Satisfied During the Case | Pgs. 1-5 |
| GOOCHLAND COUNTY TREASURER<br>PO BOX 188<br><br>GOOCHLAND, VA 23063 | 1689 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$293.28  (P)<br>$0.00   (U)<br>$293.28   (T) | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Sixteenth Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| IDAHO STATE TAX COMMISSION<br>BANKRUPTCY UNIT<br>PO BOX 36<br>BOISE, ID 83722 | 21022 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | 65905 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| JEFFERSON COUNTY TRUSTEE<br>PO BOX 38<br>DANDRIDGE, TN 37725 | 823 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$17.00   (P)<br>$0.00   (U)<br>$17.00   (T) | Satisfied During the Case | Pgs. 1-5 |
| KNOX COUNTY TRUSTEE<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 70<br>KNOXVILLE, TN 37901 | 4229 | Motors Liquidation Company | $74,940.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$74,940.00   (T) | Satisfied During the Case | Pgs. 1-5 |
| LA PAZ COUNTY TREASURER<br>1112 S JOSHUA AVE STE 203<br>PARKER, AZ 85344 | 4616 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$84.00   (P)<br>$0.00   (U)<br>$84.00   (T) | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LAWRENCE COUNTY TRUSTEE<br>240 W GAINES ST STE 3<br><br>LAWRENCEBURG, TN 38464 | 69763 | Motors Liquidation Company | $0.00<br>$0.00<br>$32.00<br>$0.00<br>$32.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| LAWRENCE COUNTY TRUSTEE<br>240 W GAINES ST STE 3<br><br>LAWRENCEBURG, TN 38464 | 69764 | Motors Liquidation Company | $0.00<br>$0.00<br>$5,623.00<br>$0.00<br>$5,623.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| LAWRENCE COUNTY TRUSTEE<br>240 W GAINES ST STE 3<br><br>LAWRENCEBURG, TN 38464 | 69765 | Motors Liquidation Company | $0.00<br>$0.00<br>$2,855.00<br>$0.00<br>$2,855.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| LOGAN COUNTY TREASURER<br>100 S MADRIVER ST RM 104<br><br>BELLEFONTAINE, OH 43311 | 3724 | Motors Liquidation Company | Unliquidated | | Satisfied During the Case | Pgs. 1-5 |
| MADISON COUNTY COLLECTOR<br>1 COURT HOUSE SQ<br><br>FREDERICKTOWN, MO 63645 | 5726 | Motors Liquidation Company | $0.00<br>$0.00<br>$32.76<br>$0.00<br>$32.76 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Satisfied During the Case | Pgs. 1-5 |
| MIAMI COUNTY TREASURER<br>201 W MAIN ST<br>SAFETY BUILDING<br>TROY, OH 45373 | 62857 | Motors Liquidation Company | Unliquidated | | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MISSISSIPPI STATE TAX COMMISSION BANKRUPTCY SECTION PO BOX 22808 JACKSON, MS 39225 | 979 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $50,185.00  (P)  $6,022.20  (U)  $56,207.20  (T) | Satisfied During the Case | Pgs. 1-5 |
| NYS DEPT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205 | 1055 | MLC of Harlem, Inc. | $0.00  (S)  $0.00  (A)  $0.00  (P)  $28,695.01  (U)  $28,695.01  (T) | Satisfied During the Case | Pgs. 1-5 |
| ORANGEBURG COUNTY TREASURER PO BOX 9000 ORANGEBURG, SC 29116 | 28017 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| PASQUOTANK COUNTY TAX COLLECTOR PO BOX 586 ELIZABETH CITY, NC 27907 | 7298 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $68.24  (P)  $0.00  (U)  $68.24  (T) | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ROBERTSON COUNTY TRUSTEE<br>515 SOUTH BROWN STREET<br><br>SPRINGFIELD, TN 37172 | 70087 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$4.00  (P)<br>$0.00  (U)<br>$4.00  (T) | Satisfied During the Case | Pgs. 1-5 |
| ROBERTSON COUNTY TRUSTEE<br>515 SOUTH BROWN STREET<br><br>SPRINGFIELD, TN 37172 | 70088 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$12,447.00  (P)<br>$0.00  (U)<br>$12,447.00  (T) | Satisfied During the Case | Pgs. 1-5 |
| ROBERTSON COUNTY TRUSTEE<br>515 SOUTH BROWN STREET<br><br>SPRINGFIELD, TN 37172 | 70089 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$36.00  (P)<br>$0.00  (U)<br>$36.00  (T) | Satisfied During the Case | Pgs. 1-5 |
| ROBERTSON COUNTY TRUSTEE<br>515 SOUTH BROWN STREET<br><br>SPRINGFIELD, TN 37172 | 70090 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$22.00  (P)<br>$0.00  (U)<br>$22.00  (T) | Satisfied During the Case | Pgs. 1-5 |
| ROBERTSON COUNTY TRUSTEE<br>515 SOUTH BROWN STREET<br><br>SPRINGFIELD, TN 37172 | 70091 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$571.00  (P)<br>$0.00  (U)<br>$571.00  (T) | Satisfied During the Case | Pgs. 1-5 |
| ROBERTSON COUNTY TRUSTEE<br>515 SOUTH BROWN STREET<br><br>SPRINGFIELD, TN 37172 | 70092 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$290.00  (P)<br>$0.00  (U)<br>$290.00  (T) | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| SAGINAW COUNTY TREASURER<br>111 S MICHIGAN AVE<br><br>SAGINAW, MI 48602 | 19001 | Motors Liquidation Company | $356.41  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$356.41  (T) | Satisfied During the Case | Pgs. 1-5 |
| SAGINAW COUNTY TREASURER<br>111 S MICHIGAN AVE<br><br>SAGINAW, MI 48602 | 19002 | Motors Liquidation Company | $14.41  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$14.41  (T) | Satisfied During the Case | Pgs. 1-5 |
| SCREVEN COUNTY TAX COMMISSIONER<br>PO BOX 86<br><br>SYLVANIA, GA 30467 | 69770 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| SCREVEN COUNTY TAX COMMISSIONER<br>PO BOX 86<br><br>SYLVANIA, GA 30467 | 21019 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$252.57  (P)<br><br>$0.00  (U)<br><br>$252.57  (T) | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 69984 | Motors Liquidation Company | $16.24  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$16.24  (T) | Satisfied During the Case | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 69985 | Motors Liquidation Company | $4,093.17  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,093.17  (T) | Satisfied During the Case | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 69990 | Motors Liquidation Company | $7.24  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$7.24  (T) | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 682 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$232.79   (P)<br>$0.00   (U)<br>$232.79   (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 683 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$62.55   (P)<br>$0.00   (U)<br>$62.55   (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 709 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$30.79   (P)<br>$0.00   (U)<br>$30.79   (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVE CLAYTON, MO 63105 | 21075 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$4,361.70   (P)<br>$0.00   (U)<br>$4,361.70   (T)<br>Unliquidated | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 684 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$26.91  (P)<br>$0.00  (U)<br>$26.91  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 685 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$26.42  (P)<br>$0.00  (U)<br>$26.42  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 686 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$20.64  (P)<br>$0.00  (U)<br>$20.64  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 687 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$17.74  (P)<br>$0.00  (U)<br>$17.74  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 688 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$71.50  (P)<br>$0.00  (U)<br>$71.50  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 689 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$36.12  (P)<br>$0.00  (U)<br>$36.12  (T) | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 690 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$28.04  (P)<br>$0.00  (U)<br>$28.04  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 691 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$69.39  (P)<br>$0.00  (U)<br>$69.39  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 694 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$22.61  (P)<br>$0.00  (U)<br>$22.61  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 696 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$25.22  (P)<br>$0.00  (U)<br>$25.22  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 697 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$26.29  (P)<br>$0.00  (U)<br>$26.29  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 700 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$33.53  (P)<br>$0.00  (U)<br>$33.53  (T) | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 701 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$25.10  (P)<br>$0.00  (U)<br>$25.10  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 705 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$63.91  (P)<br>$0.00  (U)<br>$63.91  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 707 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$20.90  (P)<br>$0.00  (U)<br>$20.90  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 708 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$21.82  (P)<br>$0.00  (U)<br>$21.82  (T) | Satisfied During the Case | Pgs. 1-5 |
| ST LOUIS COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br><br>CLAYTON, MO 63105 | 703 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$23.19  (P)<br>$0.00  (U)<br>$23.19  (T) | Satisfied During the Case | Pgs. 1-5 |
| STOKES COUNTY TAX COLLECTOR<br>PO BOX 57<br><br>DANBURY, NC 27016 | 69789 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Sixteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| TOWN OF ELIZABETHTOWN<br>PO BOX 716<br><br>ELIZABETHTOWN, NC 28337 | 2746 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$29.69  (U)<br>$29.69  (T) | Satisfied During the Case | Pgs. 1-5 |
| VAN WERT COUNTY TREASURER<br>121 E MAIN ST STE 200<br><br>VAN WERT, OH 45891 | 8809 | Motors Liquidation Company | Unliquidated | Satisfied During the Case | Pgs. 1-5 |
| **Claims to be Disallowed and Expunged Totals** | **68** | | **$311,714.09**  (S)<br>**$0.00**  (A)<br>**$90,226.91**  (P)<br>**$34,944.06**  (U)<br>**$436,885.06**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.