> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :        09-50026 (REG)
        f/k/a General Motors Corp., et al.        :
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
-------------------------------------------------------------x
```

## NOTICE OF DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS
### (Tax Claims Assumed by General Motors, LLC)

            **PLEASE TAKE NOTICE** that on May 27, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their seventeenth omnibus objection to expunge certain tax claims (the

"**Seventeenth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider

the Seventeenth Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on **June**

09-50026-mg    Doc 5908    Filed 05/27/10    Entered 05/27/10 20:28:17    Main Document
Pg 2 of 27

**29, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Seventeenth

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren

Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the

Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004

(Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street,

Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler,

Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured

creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York

10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle,

N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C.

Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation,

attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos

personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L.

Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **June 22, 2010

at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Seventeenth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Seventeenth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      May 27, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :        09-50026 (REG)
        f/k/a General Motors Corp., et al.       :
                                        :
                       Debtors.         :        (Jointly Administered)
                                        :
------------------------------------------------------------x
```

## DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS
### (Tax Claims Assumed by New GM)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## <u>Relief Requested</u>

1.     The Debtors file this seventeenth omnibus objection to expunge certain tax claims (the "**Seventeenth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.     The Debtors have examined the proofs of claim identified on Exhibit A hereto filed by certain taxing authorities (collectively, the "**Taxing Authorities**") and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Tax Claims**") are claims related to tax liabilities that have been assumed by General Motors, LLC ("**New GM**") pursuant to the terms of that certain Amended and Restated Master Sale and Purchase Agreement (the "**Master Purchase Agreement**"), dated as of June 26, 2009, by and among General Motors Corporation, Saturn LLC, Saturn Distribution Corporation, Chevrolet-Saturn of Harlem, Inc., and New GM.  The Tax Claims include claims for franchise taxes, payroll taxes, real property taxes, sales and use taxes, income taxes, personal property taxes, or a combination thereof.  As described further below, the Tax Claims have been assumed by New GM pursuant to the Master Purchase Agreement and are therefore not liabilities of MLC or the Debtors and should therefore be disallowed and expunged.

---

[1]     Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

## **The Master Purchase Agreement**

3.       The Master Purchase Agreement provides, at Article II (*Purchase and Sale*), Section 2.1 (*Purchase and Sale of Assets; Assumption of Liabilities*):

> On the terms and subject to the conditions set forth in this Agreement, other than as set forth in Section 6.30, Section 6.34 and Section 6.35, at the Closing, Purchaser shall (a) purchase, accept and acquire from Sellers, and Sellers shall sell, transfer, assign, convey and deliver to Purchaser, free and clear of all Encumbrances (other than Permitted Encumbrances), Claims and other interests, the Purchased Assets and (b) assume and thereafter pay or perform as and when due, or otherwise discharge, all of the Assumed Liabilities.

4.       Section 2.3(a) of the Master Purchase Agreement (*Assumed and Retained Liabilities*) provides in pertinent part:

> (a)      The "Assumed Liabilities" shall consist only of the following Liabilities of Sellers:
>
> (v)      all Liabilities of Sellers (A) arising in the Ordinary Course of Business during the Bankruptcy Case through and including the Closing Date, to the extent such Liabilities are administrative expenses of Sellers' estates pursuant to Section 503(b) of the Bankruptcy Code and (B) arising prior to the commencement of the Bankruptcy Cases to the extent approved by the Bankruptcy Court for payment by Sellers pursuant to a Final Order (and for the avoidance of doubt, Sellers' Liabilities in clauses (A) and (B) above include Sellers' Liabilities for personal property Taxes, real estate and/or other ad valorem Taxes, use Taxes, sales Taxes, franchise Taxes, income Taxes, gross receipt Taxes, excise Taxes, Michigan Business Taxes and Michigan Single Business Taxes), in each case, other than (1) Liabilities of the type described in Section 2.3(b)(iv), Section 2.3(b)(vi) and Section 2.3(b)(ix), (2) Liabilities arising under any dealer sales and service Contract and any Contract related thereto, to the extent such Contract has been designated as a Rejectable Executory Contract, and (3) Liabilities otherwise assumed in this Section 2.3(a);

3

5.      The term "Liabilities" is defined in the recitals to the Master Purchase

Agreement as follows:

> "Liabilities" means any and all liabilities and obligations of
> every kind and description whatsoever, whether such liabilities or
> obligations are known or unknown, disclosed or undisclosed,
> matured or unmatured, accrued, fixed, absolute, contingent,
> determined or undeterminable, on or off-balance sheet or
> otherwise, or due or to become due, including Indebtedness and
> those arising under any Law, Claim, Order, Contract or otherwise.

6.      Pursuant to the Master Purchase Agreement, New GM has assumed all

taxes described above, which include the Tax Claims.  Further, New GM has reviewed Exhibit

"A" and has acknowledged (subject to its rights as a taxpayer to review and dispute tax claims

with the Taxing Authorities in the ordinary course) that it has assumed the types of Tax Claims

that form the basis for this Seventeenth Omnibus Objection to Claims as a result of the Master

Purchase Agreement.  In many cases, the taxes in question have already been satisfied by New

GM.  The Debtors therefore seek entry of an order disallowing and expunging from the claims

register the Tax Claims.

## Jurisdiction

7.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

8.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of financial affairs.

9.      On September 16, 2009, this Court entered an order [Docket No. 4079] establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court established June 1, 2010 as the deadline to file proofs of claim).

10.      Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.  The claimants that are listed in Exhibit A have all filed claims against the Initial Debtors.

## The Relief Requested Should Be Approved by the Court

11.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See*

---

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

        12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors have compared their books and records with the proofs of claim identified on Exhibit

"A" and have determined that the Tax Claims are not the responsibility of MLC or the Debtors,

having been assumed by New GM as described herein. New GM has also acknowledged this to

be the case. Paragraph 26 of the Order approving the Master Purchase Agreement [Docket No.

2968] provides that:

> Except as provided in the [Master Purchase Agreement] or this
> Order, after the Closing, the Debtors and their estates shall have no
> further liabilities or obligations with respect to any Assumed
> Liabilities other than certain Cure Amounts as provided in the
> [Master Purchase Agreement], and all holders of such claims are
> forever barred and estopped from asserting such claims against the
> Debtors, their successors or assigns, and their estates.

        13.     To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge in their entirety the Tax Claims.

## **Notice**

        14.     Notice of the Seventeenth Omnibus Objection to Claims has been

provided to each claimant listed on Exhibit A and parties in interest in accordance with the Third

Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

The Debtors submit that such notice is sufficient and no other or further notice need be provided.

15.    No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.


Dated: New York, New York
       May 27, 2010

                                /s/ Joseph H. Smolinsky
                                Harvey R. Miller
                                Stephen Karotkin
                                Joseph H. Smolinsky

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                Attorneys for Debtors
                                and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                              :
In re                                         :          **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY**, *et al.*,     :          **09-50026 (REG)**
     **f/k/a General Motors Corp.**, *et al.* :
                                              :
                        **Debtors.**          :          **(Jointly Administered)**
                                              :
-------------------------------------------------------------x

## ORDER GRANTING DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS
### (Tax Claims Assumed by General Motors, LLC)

Upon the seventeenth omnibus objection to expunge certain tax claims, dated

May 27, 2010 (the "**Seventeenth Omnibus Objection to Claims**"),[1] of Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket

No. 4180], seeking entry of an order disallowing and expunging the Tax Claims on the grounds

that each Tax Claim is for a tax obligation for which the Debtors have no liability, all as more

fully described in the Seventeenth Omnibus Objection to Claims; and due and proper notice of

the Seventeenth Omnibus Objection to Claims having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

relief sought in the Seventeenth Omnibus Objection to Claims is in the best interests of the

---

[1]        Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Seventeenth Omnibus Objection to Claims.

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Seventeenth Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Seventeenth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit A annexed to the Seventeenth Omnibus

Objection to Claims under the heading "*Claims to be Disallowed and Expunged*"; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010

_____
United States Bankruptcy Judge

**Seventeenth Omnibus Objection**

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ALDINE INDEPENDENT SCHOOL DISTRICT TAX OFFICE 14909 ALDINE WESTFIELD RD HOUSTON, TX 77032 | 14179 | Motors Liquidation Company | $498.39   (S) $0.00   (A) $0.00   (P) $0.00   (U) $498.39   (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ASSUMPTION PARISH SALES TAX DEPARTMENT PO BOX B NAPOLEONVILLE, LA 70390 | 7233 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $5,000.00   (P) $0.00   (U) $5,000.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AYERSVILLE LOCAL SCHOOL DISTRICT RYAN LAFLAMME 1714 W GALBRAITH RD CINCINNATI, OH 45239 | 36504 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $171,653.97   (U) $171,653.97   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF BIRMINGHAM REVENUE DIVISION 710 NORTH 20TH STREET ROOM TL-100 CITY HALL BIRMINGHAM, AL 35203 | 1395 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $6,917.53   (P) $0.00   (U) $6,917.53   (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF CHARLESTON CITY COLLECTORS OFFICE 915 QUARRIER ST. SUITE 4 CHARLESTON, WV 25301 | 2701 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $11,766.22   (P) $0.00   (U) $11,766.22   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF FLINT ATTN: DIRECTOR, LEGAL DEPARTMENT CITY HALL 1101 S SAGINAW ST FLINT, MI 48502 | 69767 | Motors Liquidation Company | $6,994,050.52   (S) $0.00   (A) $0.00   (P) $1,942,733.51   (U) $8,936,784.03   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CITY OF GLENWOOD SPRINGS<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 458<br>GLENWOOD SPRINGS, CO 81602 | 7545 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$242.55   (P)<br>$0.00   (U)<br>$242.55   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF LOS ANGELES, OFFICE OF FINANCE<br>LOS ANGELES CITY ATTORNEYS OFFICE<br>ATTN: WENDY LOO<br>200 NORTH MAIN ST SUITE 920<br>LOS ANGELES, CA 90012 | 69218 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$2,712.57   (P)<br>$0.00   (U)<br>$2,712.57   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CLEVELAND COUNTY TAX COLLECTOR<br>PO BOX 370<br>SHELBY, NC 28151 | 11290 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$54.22   (P)<br>$0.00   (U)<br>$54.22   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COFFEE COUNTY REVENUE COMMISSIONER<br>PO BOX 311606<br>ENTERPRISE, AL 36331 | 3676 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$5,435.23   (P)<br>$0.00   (U)<br>$5,435.23   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION<br>C/O TAXING AUTHORITY CONSULTING SERVICES PC<br>PO BOX 71476<br>RICHMOND, VA 23255 | 28116 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$2,000.00   (P)<br>$0.00   (U)<br>$2,000.00   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CUMBERLAND COUNTY TAX COLLECTOR PO BOX 449  FAYETTEVILLE, NC 28302 UNITED STATES OF AMERICA | 38839 | Motors Liquidation Company | $0.00    (S)  $0.00    (A)  $491.91    (P)  $0.00    (U)  $491.91    (T)  Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DELAWARE DIVISION OF REVENUE 820 NORTH FRENCH ST, 8TH FLOOR WILMINGTON, DE 19801 | 870 | MLCS, LLC | $0.00    (S)  $0.00    (A)  $20.10    (P)  $0.20    (U)  $20.30    (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS PO BOX 21126  PHILADELPHIA, PA 19114 | 70162 | MLCS, LLC | $5,232,155.31    (S)  $0.00    (A)  $0.00    (P)  $0.00    (U)  $5,232,155.31    (T)  Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS PO BOX 21126  PHILADELPHIA, PA 19114 | 70163 | Environmental Corporate Remediation Company, Inc. | $5,232,073.31    (S)  $0.00    (A)  $0.00    (P)  $0.00    (U)  $5,232,073.31    (T)  Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS PO BOX 21126  PHILADELPHIA, PA 19114 | 70164 | Remediation And Liability Management Company, Inc. | $5,232,073.31    (S)  $0.00    (A)  $0.00    (P)  $0.00    (U)  $5,232,073.31    (T)  Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 21126<br><br>PHILADELPHIA, PA 19114 | 70165 | MLCS Distribution Corporation | $5,232,073.31  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,232,073.31  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 70166 | MLC of Harlem, Inc. | $4,909,607.90  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,909,607.90  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 21126<br><br>PHILADELPHIA, PA 19114 | 70167 | Motors Liquidation Company | $6,136,663.76  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$6,136,663.76  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 31233 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$207,591.52  (P)<br>$0.00  (U)<br>$207,591.52  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DISTRICT OF COLUMBIA TREASURY<br>GOV'T OF THE DISTRICT OF COLUMBIA<br>OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON, DC 20013 | 733 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$130,957.55  (P)<br>$16,634.99  (U)<br>$147,592.54  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812 | 20068 | MLCS Distribution Corporation | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | Unliquidated | | |
| FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812 | 70154 | MLCS, LLC | $60,707.00  (S) $0.00  (A) $2,831.00  (P) $0.00  (U) $63,538.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | Unliquidated | | |
| FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812 | 70155 | Motors Liquidation Company | $1,315,848.34  (S) $0.00  (A) $517,632.66  (P) $0.00  (U) $1,833,481.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | Unliquidated | | |
| FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812 | 60004 | MLCS, LLC | $39,309.39  (S) $0.00  (A) $0.00  (P) $0.00  (U) $39,309.39  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | Unliquidated | | |
| FRANKLIN CITY TREASURER PO BOX 179 FRANKLIN, VA 23851 | 11854 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $217.31  (P) $0.00  (U) $217.31  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| GARVIN COUNTY TREASURER<br>201 WEST GRANT<br><br>PAULS VALLEY, OK 73075 | 65844 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$255.00   (U)<br>$255.00   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA, GA 30321 | 61185 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$12,664.20   (P)<br>$1,074.93   (U)<br>$13,739.13   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ILLINOIS DEPARTMENT OF REVENUE<br>ATTN LISA MADIGAN ATTORNEY GENERAL<br>REVENUE LITIGATION<br>100 W RANDOLPH ST LEVEL 7-425<br>CHICAGO, IL 60601 | 44006 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$56.98   (P)<br>$75.00   (U)<br>$131.98   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ILLINOIS DEPARTMENT OF REVENUE<br>ATTN LISA MADIGAN ATTORNEY GENERAL<br>REVENUE LITIGATION<br>100 W RANDOLPH ST LEVEL 7-425<br>CHICAGO, IL 60601 | 44007 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$2,747.45   (P)<br>$31.38   (U)<br>$2,778.83   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | 1452 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$11,265.01   (P)<br>$1,078.47   (U)<br>$12,343.48   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INDIANA DEPARTMENT OF STATE REVENUE<br>ATTN CAROL LUSHELL<br>BANKRUPTCY SECTION<br>100 N SENATE AVE ROOM N203<br>INDIANAPOLIS, IN 46204 | 1461 | Motors Liquidation Company | $0.00   (S)<br>$10,317.21   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$10,317.21   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| IREDELL COUNTY TAX COLLECTOR<br>PO BOX 1027<br><br>STATESVILLE, NC 28687 | 17335 | Motors Liquidation Company | $0.00    (S)<br>$0.00    (A)<br>$12,839.13    (P)<br>$0.00    (U)<br>$12,839.13    (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN LEANNE WARREN<br>PO BOX 5222<br>FRANKFORT, KY 40602 | 70274 | Motors Liquidation Company | $0.00    (S)<br>$0.00    (A)<br>$2,362,373.64    (P)<br>$450,629.78    (U)<br>$2,813,003.42    (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN LEANNE WARREN<br>PO BOX 5222<br>FRANKFORT, KY 40602 | 70227 | Motors Liquidation Company | $0.00    (S)<br>$0.00    (A)<br>$2,362,373.64    (P)<br>$450,629.78    (U)<br>$2,813,003.42    (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LYNDA HALL, TAX COLLECTOR<br>MADISON COUNTY COURTHOUSE<br>100 NORTHSIDE SQUARE<br>HUNTSVILLE, AL 35801 | 14906 | Motors Liquidation Company | $0.00    (S)<br>$34,601.00    (A)<br>$0.00    (P)<br>$0.00    (U)<br>$34,601.00    (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MADISON COUNTY TAX COLLECTOR<br>PO BOX 351<br><br>MARSHALL, NC 28753 | 70269 | Motors Liquidation Company | $0.00    (S)<br>$0.00    (A)<br>$187.70    (P)<br>$0.00    (U)<br>$187.70    (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br><br>COLUMBIA, TN 38401<br>UNITED STATES OF AMERICA | 67120 | MLCS, LLC | $2,250,000.00    (S)<br>$0.00    (A)<br>$0.00    (P)<br>$0.00    (U)<br>$2,250,000.00    (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br><br>JEFFERSON CITY, MO 65105 | 267 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$7,447.92  (P)<br>$367.31  (U)<br>$7,815.23  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br><br>JEFFERSON CITY, MO 65105 | 268 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$10,408.11  (P)<br>$1,538.87  (U)<br>$11,946.98  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br><br>JEFFERSON CITY, MO 65105 | 500 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$124,648.46  (P)<br>$415,361.01  (U)<br>$540,009.47  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MISSOURI DEPARTMENT OF REVENUE<br>ATTN  YOLANDA PENDILTON<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 656 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$563.75  (P)<br>$27.96  (U)<br>$591.71  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEBRASKA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509 | 11339 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$3.59  (P)<br>$799.43  (U)<br>$803.02  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEBRASKA DEPARTMENT OF REVENUE<br>ATTN  BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509 | 11340 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$11,917.98  (P)<br>$0.00  (U)<br>$11,917.98  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and (T) may replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| NORTH CAROLINA DEPARTMENT OF REVENUE ANGELA C FOUNTAIN BANKRUPTCY MANAGER COLLECTIONS OF EXAMINATION DIVISION NORTH CAROLINA DEPARTMENT OF REVENUE PO BOX 1168 RALEIGH, NC 27602 | 17720 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$4,268,004.27  (P)<br>$3,820,103.31  (U)<br>$8,088,107.58  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OHIO DEPARTMENT OF TAXATION OHIO DEPARTMENT OF TAXATION, BANKRUPTCY DIVISION 30 EAST BROAD STREET, 23RD FLOOR COLUMBUS, OH 43216 UNITED STATES OF AMERICA | 29386 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$31,702,145.89  (P)<br>$3,080,150.60  (U)<br>$34,782,296.49  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION 30 EAST BROAD STREET 23RD FLOOR COLUMBUS, OH 43216 | 29383 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$5,034,546.00  (P)<br>$659,878.00  (U)<br>$5,694,424.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISION 30 EAST BROAD STREET 23RD FLOOR COLUMBUS, OH 43216 | 29384 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$5,034,546.00  (P)<br>$659,878.00  (U)<br>$5,694,424.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OHIO DEPARTMENT OF TAXATION OHIO DEPARTMENT OF TAXATION, BANKRUPTCY DIVISION 30 EAST BROAD STREET, 23RD FLOOR COLUMBUS, OH 43216 UNITED STATES OF AMERICA | 29385 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$5,034,546.00  (P)<br>$659,878.00  (U)<br>$5,694,424.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N ROBINSON SUITE 2000<br>OKLAHOMA CITY, OK 73102 | 665 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$300.00  (P)<br>$0.00  (U)<br>$300.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128 | 69930 | Motors Liquidation Company | $2,943,934.00  (S)<br>$0.00  (A)<br>$571,629.96  (P)<br>$0.00  (U)<br>$3,515,563.96  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| POINTE COUPEE PARISH<br>SALES AND USE TAX DEPT<br>PO BOX 290<br>NEW ROADS, LA 70760 | 6545 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$34.75  (P)<br>$0.00  (U)<br>$34.75  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| R I DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | 663 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$3,000.00  (P)<br>$0.00  (U)<br>$3,000.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF ALABAMA, DEPARTMENT OF REVENUE<br>LEGAL DIVISION<br>P O BOX 320001<br>MONTGOMERY, AL 36132 | 622 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$50.00  (P)<br>$0.00  (U)<br>$50.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| STATE OF ARIZONA<br>ARIZONA DEPT OF ENVIRONMENTAL QUALITY<br>DENISE ANN FAULK<br>ASSISTANT ATTORNEYS GENERAL<br>1275 W WASHINGTON ST<br>PHOENIX, AZ 85007 | 36938 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$5,381.00  (U)<br><br>$5,381.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF CONNECTICUT DEPT OF LABOR<br>UNEMPLOYMENT COMPENSATION DIVISION<br>DELINQUENT ACCOUNTS UNIT<br>200 FOLLY BROOK BOULEVARD<br>WETHERSFIELD, CT 06109 | 37611 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$114.86  (P)<br><br>$140.76  (U)<br><br>$255.62  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF FLORIDA- DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314 | 630 | Motors Liquidation Company | $6,653.30  (S)<br><br>$0.00  (A)<br><br>$59,127,079.66  (P)<br><br>$11,067,718.32  (U)<br><br>$70,201,451.28  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF HAWAII DEPARTMENT OF TAXATION<br>HAWAII STATE TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT (EL)<br>PO BOX 259<br>HONOLULU, HI 96809 | 24287 | MLCS, LLC | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | Unliquidated | | |
| STATE OF IOWA<br>IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES, IA 50306 | 66699 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$798.12  (P)<br><br>$0.00  (U)<br><br>$798.12  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Seventeenth Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATNO ROUGE, LA 70896 | 69435 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$80,257.34 (P)<br>$0.00 (U)<br>$80,257.34 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>CADILLAC PLACE STE 10-200<br>3030 W GRAND BLVD<br>DETROIT, MI 48202 | 68606 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,438,499.60 (U)<br>$1,438,499.60 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF MICHIGAN, DEPARTMENT OF THE TREASURY<br>KATHLEEN A. GARDINER, ASST ATTY GENERAL<br>CADDILLAC PLACE<br>SUITE 10-200, 3030 W GRAND BLVD<br>DETROIT, MI 48202 | 62066 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$113,148,363.28 (P)<br>$0.00 (U)<br>$113,148,363.28 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF MICHIGAN/DEPARTMENT OF TREASURY<br>ATTN KATHLEEN A. GARDINER<br>CADILLAC PLACE STE 10-200<br>3030 W GRAND BLVD<br>DETROIT, MI 48202 | 70125 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$113,213,890.45 (P)<br>$0.00 (U)<br>$113,213,890.45 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF MINNESOTA, DEPT OF REVENUE<br>DEPT OF REVENUE, COLLECTION DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 64447 - BKY<br>SAINT PAUL, MN 55164 | 462 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,758,707.65 (P)<br>$0.00 (U)<br>$1,758,707.65 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and may replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

# Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08646 | 70230 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $1,148,159.70  (P) $0.00  (U) $1,148,159.70  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08646 | 1370 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $1,310,722.40  (P) $0.00  (U) $1,310,722.40  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TENNESSEE DEPARTMENT OF REVENUE C/O ATTORNEY GENERAL PO BOX 20207 NASHVILLE, TN 37202 | 1036 | MLCS, LLC | $0.00  (S) $0.00  (A) $9,578,796.20  (P) $0.00  (U) $9,578,796.20  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TRANSYLVANIA COUNTY PO BOX 747 BREVARD, NC 28712 | 4710 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $9.55  (P) $0.00  (U) $9.55  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TREASURER CITY OF DETROIT C/O CITY OF DETROIT LAW DEPARTMENT 660 WOODWARD AVE STE 1650 DETROIT, MI 48226 | 46033 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $724,166.41  (P) $0.00  (U) $724,166.41  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventeenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| TREASURER CITY OF DETROIT<br>C/O CITY OF DETROIT LAW DEPARTMENT<br>660 WOODWARD AVE SUITE 1650<br>DETROIT, MI 48226 | 46034 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$241,546.08  (P)<br>$0.00  (U)<br>$241,546.08  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VIRGINIA DEPARTMENT OF TAXATION<br>C/O TAXING AUTHORITY CONSULTING<br>SERVICES PC<br>BANKRUPTCY COUNSEL<br>PO BOX 2156<br>RICHMOND, VA 23218 | 28117 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$52,661.80  (P)<br>$0.00  (U)<br>$52,661.80  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| YADKIN COUNTY TAX COLLECTOR<br>PO BOX 1669<br>YADKINVILLE, NC 27055 | 15558 | Motors Liquidation Company | $20,155.28  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$20,155.28  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **Claims to be Disallowed and Expunged Totals** | **72** | | **$45,605,803.12**  (S)<br>**$44,918.21**  (A)<br>**$357,847,444.30**  (P)<br>**$24,844,519.18**  (U)<br>**$428,342,684.81**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.