---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS
HERETO TO DETERMINE WHETHER THIS OBJECTION
AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :          **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                    :          **09-50026 (REG)**
          **f/k/a General Motors Corp.,** *et al.*           :
                                                             :
                              **Debtors.**                   :          **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

## NOTICE OF DEBTORS' EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS
### (Tax Claims Assumed by General Motors, LLC)

       **PLEASE TAKE NOTICE** that on May 27, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their eighteenth omnibus objection to expunge certain tax claims (the

"**Eighteenth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider

the Eighteenth Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on **June**

**29, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Eighteenth

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **June 22, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Eighteenth Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Eighteenth Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
       May 27, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                         :         **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY,** *et al.,*     :         **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*  :
                                                             :
                        **Debtors.**          :         **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

<u>**DEBTORS' EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Tax Claims Assumed by General Motors, LLC)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.      The Debtors file this eighteenth omnibus objection to expunge certain tax claims (the "**Eighteenth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A" hereto filed by certain taxing authorities (collectively, the "**Taxing Authorities**") and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Tax Claims**") are claims related to tax liabilities that have been assumed by General Motors, LLC ("**New GM**") pursuant to the terms of that certain Amended and Restated Master Sale and Purchase Agreement (the "**Master Purchase Agreement**"), dated as of June 26, 2009, by and among General Motors Corporation, Saturn LLC, Saturn Distribution Corporation, Chevrolet-Saturn of Harlem, Inc., and New GM.  The Tax Claims include claims for franchise taxes, payroll taxes, real property taxes, sales and use taxes, income taxes, personal property taxes, or a combination thereof.  As described further below, the Tax Claims have been assumed by New GM pursuant to the Master Purchase Agreement and are therefore not liabilities of MLC or the Debtors and should therefore be disallowed and expunged.

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

## The Master Purchase Agreement

3.        The Master Purchase Agreement provides, at Article II (*Purchase and Sale*), Section 2.1 (*Purchase and Sale of Assets; Assumption of Liabilities*):

> On the terms and subject to the conditions set forth in this Agreement, other than as set forth in Section 6.30, Section 6.34 and Section 6.35, at the Closing, Purchaser shall (a) purchase, accept and acquire from Sellers, and Sellers shall sell, transfer, assign, convey and deliver to Purchaser, free and clear of all Encumbrances (other than Permitted Encumbrances), Claims and other interests, the Purchased Assets and (b) assume and thereafter pay or perform as and when due, or otherwise discharge, all of the Assumed Liabilities.

4.        Section 2.3(a) of the Master Purchase Agreement (*Assumed and Retained Liabilities*) provides in pertinent part:

> (a)        The "Assumed Liabilities" shall consist only of the following Liabilities of Sellers:

> (v)        all Liabilities of Sellers (A) arising in the Ordinary Course of Business during the Bankruptcy Case through and including the Closing Date, to the extent such Liabilities are administrative expenses of Sellers' estates pursuant to Section 503(b) of the Bankruptcy Code and (B) arising prior to the commencement of the Bankruptcy Cases to the extent approved by the Bankruptcy Court for payment by Sellers pursuant to a Final Order (and for the avoidance of doubt, Sellers' Liabilities in clauses (A) and (B) above include Sellers' Liabilities for personal property Taxes, real estate and/or other ad valorem Taxes, use Taxes, sales Taxes, franchise Taxes, income Taxes, gross receipt Taxes, excise Taxes, Michigan Business Taxes and Michigan Single Business Taxes), in each case, other than (1) Liabilities of the type described in Section 2.3(b)(iv), Section 2.3(b)(vi) and Section 2.3(b)(ix), (2) Liabilities arising under any dealer sales and service Contract and any Contract related thereto, to the extent such Contract has been designated as a Rejectable Executory Contract, and (3) Liabilities otherwise assumed in this Section 2.3(a);

5.      The term "Liabilities" is defined in the recitals to the Master Purchase Agreement as follows:

> "Liabilities" means any and all liabilities and obligations of every kind and description whatsoever, whether such liabilities or obligations are known or unknown, disclosed or undisclosed, matured or unmatured, accrued, fixed, absolute, contingent, determined or undeterminable, on or off-balance sheet or otherwise, or due or to become due, including Indebtedness and those arising under any Law, Claim, Order, Contract or otherwise.

6.      Pursuant to the Master Purchase Agreement, New GM has assumed all taxes described above, which include the Tax Claims.  Further, New GM has reviewed Exhibit "A" and has acknowledged (subject to its rights as a taxpayer to review and dispute tax claims with the Taxing Authorities in the ordinary course) that it has assumed the types of Tax Claims that form the basis for this Eighteenth Omnibus Objection to Claims as a result of the Master Purchase Agreement.  In many cases, the taxes in question have already been satisfied by New GM.  The Debtors therefore seek entry of an order disallowing and expunging from the claims register the Tax Claims.

## Jurisdiction

7.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

8.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

9.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

10.     Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Initial Debtors, among other things, to file omnibus objections to no more

than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.  The claimants that are

listed in Exhibit "A" have all filed claims against the Initial Debtors.

## The Relief Requested Should Be Approved by the Court

11.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

---

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The

Debtors have compared their books and records with the proofs of claim identified on Exhibit

"A" and have determined that the Tax Claims are not the responsibility of MLC or the Debtors,

having been assumed by New GM as described herein.  New GM has also acknowledged this to

be the case.  Paragraph 26 of the Order approving the Master Purchase Agreement [Docket No.

2968] provides that:

> Except as provided in the [Master Purchase Agreement] or this
> Order, after the Closing, the Debtors and their estates shall have no
> further liabilities or obligations with respect to any Assumed
> Liabilities other than certain Cure Amounts as provided in the
> [Master Purchase Agreement], and all holders of such claims are
> forever barred and estopped from asserting such claims against the
> Debtors, their successors or assigns, and their estates.

13.     To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge in their entirety the Tax Claims.

**Notice**

14.     Notice of this Eighteenth Omnibus Objection to Claims has been provided

to each claimant listed on Exhibit "A" and parties in interest in accordance with the Third

Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

The Debtors submit that such notice is sufficient and no other or further notice need be provided.

6

15.    No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       May 27, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                       :        Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*    :        **09-50026 (REG)**
**f/k/a General Motors Corp.,** *et al.*        :
:
Debtors.                             :        **(Jointly Administered)**
:
----------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Tax Claims Assumed by General Motors, LLC)**

Upon the eighteenth omnibus objection to expunge certain tax claims, dated May

27, 2010 (the "**Eighteenth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket

No. 4180], seeking entry of an order disallowing and expunging the Tax Claims on the grounds

that each Tax Claim is for a tax obligation for which the Debtors have no liability, all as more

fully described in the Eighteenth Omnibus Objection to Claims; and due and proper notice of the

Eighteenth Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Eighteenth Omnibus Objection to Claims is in the best interests of the Debtors,

---

[1]         Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Eighteenth Omnibus Objection to Claims.

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Eighteenth Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Eighteenth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit "A" annexed to the Eighteenth Omnibus

Objection to Claims under the heading "*Claims to be Disallowed and Expunged*"; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
       _____, 2010

                          _____
                          United States Bankruptcy Judge

**Eighteenth Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ADAMS COUNTY TREASURER<br>PO BOX 869<br><br>BRIGHTON, CO 80601 | 70076 | Motors Liquidation Company | $102,129.65  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.30  (U)<br>$102,129.95  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALAMANCE COUNTY TAX COLLECTOR<br>124 W ELM ST<br><br>GRAHAM, NC 27253 | 3071 | Motors Liquidation Company | $2,909.97  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,909.97  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALAMEDA COUNTY TAX COLLECTOR<br>1221 OAK ST<br><br>OAKLAND, CA 94612 | 16774 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$4.30  (P)<br>$0.00  (U)<br>$4.30  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALEIF INDEPENDENT SCHOOL DISTRICT<br>ATTN CARL O SANDIN<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008 | 51324 | Motors Liquidation Company | $564.11  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$564.11  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALLEN COUNTY TREASURER<br>ONE EAST MAIN STREET ROOM 104<br>FORT WAYNE, IN 46802<br>UNITED STATES OF AMERICA | 6722 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$719.40  (P)<br>$0.00  (U)<br>$719.40  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ALLEN COUNTY TREASURER<br>ATTN LEGAL OFFICER/BANKRUPTCY DEPT<br>PO BOX 2540<br>PERSONAL PROPERTY TAX<br>FORT WAYNE, IN 46801 | 27109 | Motors Liquidation Company | $1,284,418.30  (S)<br><br>$0.00  (A)<br><br>$1,908,859.78  (P)<br><br>$0.00  (U)<br><br>$3,193,278.08  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMHERST COUNTY TREASURER<br>PO BOX 449<br>AMHERST, VA 24521 | 4532 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$110.99  (P)<br><br>$0.00  (U)<br><br>$110.99  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT<br>ATTN: ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 25488 | Motors Liquidation Company | $3,670,596.06  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$3,670,596.06  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AUSTIN COUNTY APPRAISAL DISTRICT<br>MICHAEL J DARLOW<br>PERDUE BRANDON FIELDER COLLINS & MOTT L L P<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008 | 51329 | Motors Liquidation Company | $529.36  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$529.36  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BALTIMORE COUNTY MARYLAND<br>JOHN E BEVERUNGEN COUNTY ATTORNEY<br>400 WASHINGTON AVE<br>RM 219<br>TOWSON, MD 21204 | 38935 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$15,200.90  (P)<br><br>$0.00  (U)<br><br>$15,200.90  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br><br>COLUMBUS, IN 47202 | 819 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$4,235.32  (P)<br>$0.00  (U)<br>$4,235.32  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br><br>COLUMBUS, IN 47202 | 820 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$46.36  (P)<br>$0.00  (U)<br>$46.36  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br><br>COLUMBUS, IN 47202 | 821 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$7,999.78  (P)<br>$0.00  (U)<br>$7,999.78  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br><br>COLUMBUS, IN 47202 | 822 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$27.36  (P)<br>$0.00  (U)<br>$27.36  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BENTON COUNTY TREASURER<br>PO BOX 630<br>620 MARKET STREET<br>PROSSER, WA 99350 | 17282 | Motors Liquidation Company | $0.00  (S)<br>$92.07  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$92.07  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BERLIN, TOWN COLLECTOR<br>240 KENSINGTON ROAD<br>BERLIN, CT 06037 | 2908 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,868.52  (U)<br>$1,868.52  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| BLADEN COUNTY REVENUE ADMINSTRATION PO BOX 385 ELIZABETHTOWN, NC 28337 | 69268 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $35.38  (P) $0.00  (U) $35.38  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BLOUNT COUNTY REVENUE COMMISSIONER 220 2ND AVE E STE 102 ONEONTA, AL 35121 | 16939 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $18.00  (U) $18.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BONNEVILLE COUNTY TREASURER MARK R HANSEN - TAX COLLECTOR 605 N CAPITAL AVE IDAHO FALLS, ID 83402 | 1192 | Motors Liquidation Company | $12.78  (S) $0.00  (A) $0.00  (P) $0.00  (U) $12.78  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BOTETOURT COUNTY PO BOX 100 FINCASTLE, VA 24090 | 66282 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $62,307.45  (P) $0.00  (U) $62,307.45  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BOWIE CENTRAL APPRAISAL DISTRICT ATTN MICHAEL REED 700 JEFFREY WAY STE 100 PO BOX 1269 ROUND ROCK, TX 78680 | 69156 | Motors Liquidation Company | $4,332.81  (S) $0.00  (A) $0.00  (P) $0.00  (U) $4,332.81  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BROWARD COUNTY REVENUE COLLECTOR REVENUE COLLECTION DIVISION GOVERNMENTAL CENTER ANNEX ATTN: LITIGATION DEPT 115 S ANDREWS AVE FORT LAUDERDALE, FL 33301 | 496 | Motors Liquidation Company | $410.17  (S) $0.00  (A) $0.00  (P) $0.00  (U) $410.17  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replace any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BRYAN COUNTY TREASURER<br>402 W EVERGREEN<br><br>DURANT, OK 74701 | 32752 | Motors Liquidation Company | $0.00<br>$0.00<br>$115.00<br>$0.00<br>$115.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BUCHANAN COUNTY<br>PO BOX 1056<br><br>GRUNDY, VA 24614 | 21020 | Motors Liquidation Company | $48.03<br>$0.00<br>$0.00<br>$0.00<br>$48.03 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BURKBURNETT INDEPENDENT SCHOOL DISTRICT<br>ATTN HAROLD LEREW<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 1181 | Motors Liquidation Company | $688.38<br>$0.00<br>$0.00<br>$0.00<br>$688.38<br><br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BURKE COUNTY TAX COLLECTOR<br>PO BOX 219<br><br>MORGANTON, NC 28680 | 6176 | Motors Liquidation Company | $0.00<br>$0.00<br>$2,262.21<br>$0.00<br>$2,262.21 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BURLESON COUNTY<br>ATTN: JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS, & MOTT, L L P<br>3301 NORTHLAND DR, SUITE 505<br>AUSTIN, TX 78731 | 83 | Motors Liquidation Company | $18.51<br>$0.00<br>$0.00<br>$0.00<br>$18.51<br><br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| BUTLER COUNTY REVENUE COMMISSIONER 700 COURT SQUARE GREENVILLE, AL 36037 | 10633 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $2,483.70  (P) $0.00  (U) $2,483.70  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BUTLER COUNTY TREASURER 205 W CENTRAL EL DORADO, KS 67042 | 66277 | Motors Liquidation Company | $56.36  (S) $0.00  (A) $0.00  (P) $0.00  (U) $56.36  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CAMERON INDEPENDENT SCHOOL DISTRICT ATTN: JOHN T BANKS PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L L P 3301 NORTHLAND DR, SUITE 505 AUSTIN, TX 78731 | 82 | Motors Liquidation Company | $21.98  (S) $0.00  (A) $0.00  (P) $0.00  (U) $21.98  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CAMP CAD ELIZABETH WELLER LINEBARGER GOGGAN BLAIR AND SAMPSON, LLP 2323 BRYAN ST SUITE 1600 DALLAS, TX 75201 | 14389 | Motors Liquidation Company | $75.31  (S) $0.00  (A) $0.00  (P) $0.00  (U) $75.31  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CAMPBELLSVILE ISD TAX COLLECTOR 203 NORTH COURT ST. TAYLOR CTY. CT. HOUSE, 2ND FL CAMPBELLSVILLE, KY 42718 | 2848 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $16.87  (U) $16.87  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CARROLL COUNTY TAX COLLECTOR<br>PO BOX 432<br><br>BERRYVILLE, AR 72616 | 2937 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$48.05  (P)<br>$0.00  (U)<br>$48.05  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARROLL INDEPENDENT SCHOOL DISTRICT<br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS &<br>MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 25491 | Motors Liquidation Company | $2,007.39  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,007.39  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARTER COUNTY TREASURER<br>20 B ST SW STE 104<br><br>ARDMORE, OK 73401 | 20331 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$29.31  (P)<br>$0.00  (U)<br>$29.31  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARTERET COUNTY TAX COLLECTOR<br>302 COURTHOUSE SQUARE<br><br>BEAUFORT, NC 28516 | 10689 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$96.90  (P)<br>$0.00  (U)<br>$96.90  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CASS COUNTY<br>ATTN DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36767 | Motors Liquidation Company | $13.54  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$13.54  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CELINA INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABTEH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 17725 | Motors Liquidation Company | $33.67  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$33.67  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and may replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY<br>C/O MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 69141 | Motors Liquidation Company | $1,146.43  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,146.43  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHAMBERS COUNTY REVENUE COMMISSIONER<br>ATTN WENDY Y WILLIAMS<br>REVENUE COMMISSIONER<br>25 LAYFAYETTE ST; STE A<br>LAFAYETTE, AL 36862 | 14125 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15.68  (U)<br>$15.68  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHARLES COUNTY MARYLAND<br>C/O MEYERS RODBELL & ROSENBAUM PA<br>6801 KENTWORTH AVENUE SUITE 400<br>RIVERDALE, MD 20737 | 60015 | Motors Liquidation Company | $64.39  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$64.39  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHARTER TOWNSHIP OF YPSILANTI<br>C/O RUTH ANN JANNICK TREASURER<br>7200 S HURON RIVER DR<br>YPSILANTI, MI 48197 | 65727 | Motors Liquidation Company | $1,044,314.54  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,044,314.54  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHATHAM COUNTY TAX COMMISSIONER<br>P O BOX 8324<br>SAVANNAH, GA 31412 | 557 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$405.98  (P)<br>$0.00  (U)<br>$405.98  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CHERRY COUNTY TREASURER<br>PO BOX 290<br><br>VALENTINE, NE 69201 | 19207 | Motors Liquidation Company | $14.54  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$14.54  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHEYENE COUNTY TREASURER<br>PO BOX 217<br><br>SIDNEY, NE 69162 | 19809 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$17.94  (P)<br><br>$0.00  (U)<br><br>$17.94  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CIMARRON MUNICIPAL UTILITY DISTRICT<br>ATTN CARL O SANDIN<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON, TX 77008 | 51322 | Motors Liquidation Company | $106.61  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$106.61  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY & COUNTY OF SAN FRANCISCO<br>C/O CITY & COUNTY OF SAN FRANCISCO TAX COLLECTOR<br>BUREAU OF DELINQUENT REVENUE / BANKRUPTCY UNIT<br>PO BOX 7426<br>SAN FRANCISCO, CA 94120 | 22143 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$13,503.71  (P)<br><br>$0.00  (U)<br><br>$13,503.71  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY & COUNTY OF SAN FRANCISCO<br>C/O CITY & COUNTY OF SAN FRANCISCO TAX COLLECTOR<br>BUREAU OF DELINQUENT REVENUE / BANKRUPTCY UNIT<br>PO BOX 7426<br>SAN FRANCISCO, CA 94120 | 22144 | Motors Liquidation Company | $317,775.79  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$317,775.79  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CITY AND COUNTY OF DENVER / TREASURY ATTN  KAREN KATROS BANKRUPTCY ANALYST 201 W COLFAX AVENUE DEPARTMENT 1001 DENVER, CO 80202 | 70175 | Motors Liquidation Company | $21,007.97  (S) $0.00  (A) $21,007.97  (P) $0.00  (U) $42,015.94  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF ATHENS MICHAEL L KEITH, BRAD HARRIS PO BOX 849 ATHENS, TN 37371 | 12993 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $19,263.00  (P) $0.00  (U) $19,263.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF ATHENS ATTN MICHAEL L KEITH, BRAD HARRIS PO BOX 849 ATHENS, TN 37371 | 12994 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $113.00  (P) $0.00  (U) $113.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF ATHENS ATTN MICHAEL L KEITH, BRAD HARRIS PO BOX 849 ATHENS, TN 37371 | 12995 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $6.00  (P) $0.00  (U) $6.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF ATHENS ATTN MICHAEL L KEITH, BRAD HARRIS PO BOX 849 ATHENS, TN 37371 | 12996 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $158.00  (P) $0.00  (U) $158.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF BURLINGTON TAX DEPT PO BOX 1358 BURLINGTON, NC 27216 | 7664 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $2,806.39  (U) $2,806.39  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CITY OF CLEBURNE<br>C/O ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 17729 | Motors Liquidation Company | $600.82  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$600.82  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF CLEVELAND TENNESSEE<br>C/O OFFICE OF CITY CLERK<br>PO BOX 1519<br>CLEVELAND, TN 37364 | 9853 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$43.00  (P)<br>$0.00  (U)<br>$43.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF DANVILLE<br>DIVISION OF CENTRAL COLLECTION<br>PO BOX 3308<br>P/P TAX<br>DANVILLE, VA 24543 | 33551 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$693.13  (P)<br>$0.00  (U)<br>$693.13  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF DENTON<br>C/O SAWKO & BURROUGHS PC<br>1100 DALLAS DRIVE STE 100<br>DENTON, TX 76205 | 7654 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$7.72  (P)<br>$0.00  (U)<br>$7.72  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF ENNIS<br>ATTN: ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>4025 WOODLAND PARK BLVD, SUITE 300<br>ARLINGTON, TX 76013 | 490 | Motors Liquidation Company | $167.08  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$167.08  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CITY OF FLINT<br>ATTN DIRECTOR LEGAL DEPARTMENT<br>CITY HALL<br>1101 S SAGINAW ST<br>FLINT, MI 48502 | 70275 | Motors Liquidation Company | $267,189.42  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$267,189.42  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF FRANKLIN TAX COLLECTOR<br>YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL, CITY OF FRANKLIN<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 15135 | Motors Liquidation Company | $116.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$116.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF FRANKLIN TAX COLLECTOR<br>YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL, CITY OF FRANKLIN<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 15136 | Motors Liquidation Company | $76.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$76.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF FRANKLIN TAX COLLECTOR<br>YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL, CITY OF FRANKLIN<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 15137 | Motors Liquidation Company | $23.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$23.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF FRANKLIN TAX COLLECTOR<br>YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL, CITY OF FRANKLIN<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 15138 | Motors Liquidation Company | $1.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and (T) will replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CITY OF FREDERICKSBURG VIRGINIA<br>PO BOX 267<br><br>FREDERICKSBURG, VA 22404 | 501 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$10.43  (P)<br>$0.00  (U)<br>$10.43  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF FREMONT<br>101 EAST MAIN<br><br>FREMONT, MI 49412 | 14939 | Motors Liquidation Company | $40.32  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$40.32  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF GAINSVILLE<br>TAX OFFICE<br>PO BOX 2496<br>GAINESVILLE, GA 30503 | 245 | Motors Liquidation Company | $8,808.43  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$8,808.43  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF GREENVILLE<br>ATTN  DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36761 | Motors Liquidation Company | $497.21  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$497.21  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF HAMPTON<br>CITY OF HAMPTON TREASURER<br>1 FRANKLIN STREET SUITE 100<br><br>HAMPTON, VA 23669 | 1188 | Motors Liquidation Company | $930.09  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$930.09  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CITY OF HARTFORD CT<br>TAX COLLECTOR<br>C/O ATTORNEY KENNETH B. KAUFMAN<br>THE LAW OFFICE OF KENNETH B. KAUFMAN, LL<br>63 FOREST HILLS DRIVE<br>FARMINGTON, CT 06032 | 48372 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$417.02   (U)<br>$417.02   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF HASLET<br>ATTN ELIZABETH BANDA CALVO<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 25493 | Motors Liquidation Company | $3,394.83   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$3,394.83   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF HIDALGO<br>C/O JOHN T BANKS<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>3301 NORTHLAND DR SUITE 505<br>AUSTIN, TX 78731 | 959 | Motors Liquidation Company | $468.32   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$468.32   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF HILLSDALE<br>97 N BROAD ST<br>HILLSDALE, MI 49242 | 13149 | Motors Liquidation Company | $123.74   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$123.74   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF HOLLAND<br>C/O RONALD J VANDER VEEN<br>PO BOX 1767<br>HOLLAND, MI 49422 | 425 | Motors Liquidation Company | $45.17   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$45.17   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| CITY OF ITHACA<br>129 W EMERSON ST<br>CITY HALL<br>ITHACA, MI 48847 | 30222 | Motors Liquidation Company | $11.69   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$11.69   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF LAPEER<br>576 LIBERTY PARK<br>LAPEER, MI 48446 | 30925 | Motors Liquidation Company | $69.56   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$69.56   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF LEWISVILLE<br>C/O SAWKO & BURROUGHS PC<br>1100 DALLAS DRIVE STE 100<br>DENTON, TX 76205 | 7653 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$117.91   (P)<br>$0.00   (U)<br>$117.91   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF LINDEN<br>ATTN DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36766 | Motors Liquidation Company | $7.10   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$7.10   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF LIVONIA<br>TREASURER'S OFFICE<br>33000 CIVIC CENTER DRIVE<br>LIVONIA, MI 48154 | 18497 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$5,155.09   (P)<br>$0.00   (U)<br>$5,155.09   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF MEMPHIS (TN)<br>ATTN ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 927 | Motors Liquidation Company | $48,168.47   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$48,168.47   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CITY OF MEMPHIS (TN)<br>C/O ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 70176 | Motors Liquidation Company | $24.17  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$24.17  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF MIDLAND<br>ATTN CITY ATTORNEY<br>333 W ELLSWORTH ST<br>MIDLAND, MI 48640 | 1165 | Motors Liquidation Company | $503.69  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$503.69  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF MONROE<br>PO BOX 1249<br>215 N. BROAD ST.<br>MONROE, GA 30655 | 7510 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$194.21  (P)<br>$0.00  (U)<br>$194.21  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF MONROE<br>PO BOX 69<br>MONROE, NC 28111 | 29876 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$329.62  (P)<br>$0.00  (U)<br>$329.62  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF MORGANTON<br>PO BOX 3448<br>MORGANTON, NC 28680 | 2092 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,630.06  (U)<br>$1,630.06  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF MOUNT VERNON<br>ATTN  DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36760 | Motors Liquidation Company | $17.87  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$17.87  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighteenth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CITY OF NEW HAVEN CITY COLLECTOR PO BOX 236 NEW HAVEN, MO 63068 | 30270 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$35,948.16 (P)<br>$0.00 (U)<br>$35,948.16 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF PHARR ATTN: JOHN T BANKS PERDUE, BRANDON, FIELDER, COLLINS, & MOTT, L L P 3301 NORTHLAND DR, SUITE 505 AUSTIN, TX 78731 | 81 | Motors Liquidation Company | $3,859.90 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,859.90 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF RICHMOND, VIRGINIA ATTN D PADGETT, CITY HALL, ROOM 100 900 EAST BROAD STREET RICHMOND, VA 23219 | 9456 | Motors Liquidation Company | $2,277.09 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,277.09 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF RICHMOND, VIRGINIA ATTN: D PADGETT, CITY HALL, ROOM 100 900 EAST BROAD STREET RICHMOND, VA 23219 | 9457 | Motors Liquidation Company | $57.48 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$57.48 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF ROANOKE C/O SAWKO & BURROUGHS, P C 1100 DALLAS DRIVE, SUITE 100 DENTON, TX 76205 | 1032 | Motors Liquidation Company | $1,267.21 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,267.21 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF ROANOKE C/O SAWKO & BURROUGHS PC 1100 DALLAS DR STE 100 DENTON, TX 76205 | 7652 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$53,432.55 (P)<br>$0.00 (U)<br>$53,432.55 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replace any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CITY OF SAN MARCOS (HAYS) C/O DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 PO BOX 17428 AUSTIN, TX 78760 | 22481 | Motors Liquidation Company | $10.47  (S) $0.00  (A) $0.00  (P) $0.00  (U) $10.47  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF TIFTON, GA 800 ARMOUR RD TIFTON, GA 31794 | 2958 | Motors Liquidation Company | $8.96  (S) $0.00  (A) $0.00  (P) $0.00  (U) $8.96  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF VIRGINIA BEACH CITY OF VIRGINIA BEACH TREASURER BANKRUPTCY RECORDS 2401 COURTHOUSE DRIVE VIRGINIA BEACH, VA 23456 | 61627 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $222.00  (P) $0.00  (U) $222.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF WACO &/OR WACO INDEPENDENT SCHOOL DISTRICT C/O MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY, SUITE 100 PO BOX 1269 ROUND ROCK, TX 78680 | 69143 | Motors Liquidation Company | $409.96  (S) $0.00  (A) $0.00  (P) $0.00  (U) $409.96  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Claims to be Disallowed and Expunged Totals | 96 | | $6,792,471.70  (S) $92.07  (A) $2,155,211.61  (P) $6,772.84  (U) $8,954,548.22  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.