> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                      :
In re                                 :      Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :      09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                      :
                    Debtors.          :      (Jointly Administered)
                                      :
-------------------------------------------------------------x
```

## NOTICE OF DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS
### (Tax Claims Assumed by General Motors, LLC)

     **PLEASE TAKE NOTICE** that on May 27, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their twentieth omnibus objection to expunge certain tax claims (the

"**Twentieth Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider

the Twentieth Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber,

United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York 10004, on **June 29,**

**2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE TWENTIETH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Twentieth

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **June 22, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Twentieth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Twentieth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
       May 27, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**HEARING DATE AND TIME: June 29, 2010 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: June 22, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :      09-50026 (REG)
     f/k/a General Motors Corp., et al.   :
                                          :
                         Debtors.         :      (Jointly Administered)
                                          :
------------------------------------------------------------x
```

<u>**DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Tax Claims Assumed by General Motors, LLC)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.     The Debtors file this twentieth omnibus objection to expunge certain tax claims (the "**Twentieth Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.     The Debtors have examined the proofs of claim identified on Exhibit "A" hereto filed by certain taxing authorities (collectively, the "**Taxing Authorities**") and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Tax Claims**") are claims related to tax liabilities that have been assumed by General Motors, LLC ("**New GM**") pursuant to the terms of that certain Amended and Restated Master Sale and Purchase Agreement (the "**Master Purchase Agreement**"), dated as of June 26, 2009, by and among General Motors Corporation, Saturn LLC, Saturn Distribution Corporation, Chevrolet-Saturn of Harlem, Inc., and New GM.  The Tax Claims include claims for franchise taxes, payroll taxes, real property taxes, sales and use taxes, income taxes, personal property taxes, or a combination thereof.  As described further below, the Tax Claims have been assumed by New GM pursuant to the Master Purchase Agreement and are therefore not liabilities of MLC or the Debtors and should therefore be disallowed and expunged.

---

[1]     Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

## The Master Purchase Agreement

3.      The Master Purchase Agreement provides, at Article II (*Purchase and Sale*), Section 2.1 (*Purchase and Sale of Assets; Assumption of Liabilities*):

On the terms and subject to the conditions set forth in this Agreement, other than as set forth in Section 6.30, Section 6.34 and Section 6.35, at the Closing, Purchaser shall (a) purchase, accept and acquire from Sellers, and Sellers shall sell, transfer, assign, convey and deliver to Purchaser, free and clear of all Encumbrances (other than Permitted Encumbrances), Claims and other interests, the Purchased Assets and (b) assume and thereafter pay or perform as and when due, or otherwise discharge, all of the Assumed Liabilities.

4.      Section 2.3(a) of the Master Purchase Agreement (*Assumed and Retained Liabilities*) provides in pertinent part:

(a)      The "Assumed Liabilities" shall consist only of the following Liabilities of Sellers:

(v)      all Liabilities of Sellers (A) arising in the Ordinary Course of Business during the Bankruptcy Case through and including the Closing Date, to the extent such Liabilities are administrative expenses of Sellers' estates pursuant to Section 503(b) of the Bankruptcy Code and (B) arising prior to the commencement of the Bankruptcy Cases to the extent approved by the Bankruptcy Court for payment by Sellers pursuant to a Final Order (and for the avoidance of doubt, Sellers' Liabilities in clauses (A) and (B) above include Sellers' Liabilities for personal property Taxes, real estate and/or other ad valorem Taxes, use Taxes, sales Taxes, franchise Taxes, income Taxes, gross receipt Taxes, excise Taxes, Michigan Business Taxes and Michigan Single Business Taxes), in each case, other than (1) Liabilities of the type described in Section 2.3(b)(iv), Section 2.3(b)(vi) and Section 2.3(b)(ix), (2) Liabilities arising under any dealer sales and service Contract and any Contract related thereto, to the extent such Contract has been designated as a Rejectable Executory Contract, and (3) Liabilities otherwise assumed in this Section 2.3(a);

3

5.      The term "Liabilities" is defined in the recitals to the Master Purchase

Agreement as follows:

> "Liabilities" means any and all liabilities and obligations of
> every kind and description whatsoever, whether such liabilities or
> obligations are known or unknown, disclosed or undisclosed,
> matured or unmatured, accrued, fixed, absolute, contingent,
> determined or undeterminable, on or off-balance sheet or
> otherwise, or due or to become due, including Indebtedness and
> those arising under any Law, Claim, Order, Contract or otherwise.

6.      Pursuant to the Master Purchase Agreement, New GM has assumed all

taxes described above, which include the Tax Claims.  Further, New GM has reviewed Exhibit

"A" and has acknowledged (subject to its rights as a taxpayer to review and dispute tax claims

with the Taxing Authorities in the ordinary course) that it has assumed the types of Tax Claims

that form the basis for this Twentieth Omnibus Objection to Claims as a result of the Master

Purchase Agreement.  In many cases, the taxes in question have already been satisfied by New

GM.  The Debtors therefore seek entry of an order disallowing and expunging from the claims

register the Tax Claims.

### Jurisdiction

7.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

8.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC
(f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem,
Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

4

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of financial affairs.

9.      On September 16, 2009, this Court entered an order [Docket No. 4079] establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court established June 1, 2010 as the deadline to file proofs of claim).

10.      Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.  The claimants that are listed in Exhibit "A" have all filed claims against the Initial Debtors.

### The Relief Requested Should Be Approved by the Court

11.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

---

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

5

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

        12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors have compared their books and records with the proofs of claim identified on Exhibit

"A" and have determined that the Tax Claims are not the responsibility of MLC or the Debtors,

having been assumed by New GM as described herein. New GM has also acknowledged this to

be the case. Paragraph 26 of the Order approving the Master Purchase Agreement [Docket No.

2968] provides that:

> Except as provided in the [Master Purchase Agreement] or
> this Order, after the Closing, the Debtors and their estates shall
> have no further liabilities or obligations with respect to any
> Assumed Liabilities other than certain Cure Amounts as provided
> in the [Master Purchase Agreement], and all holders of such claims
> are forever barred and estopped from asserting such claims against
> the Debtors, their successors or assigns, and their estates.

        13.     To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge in their entirety the Tax Claims.

## <u>Notice</u>

        14.     Notice of this Twentieth Omnibus Objection to Claims has been provided

to each claimant listed on Exhibit "A" and parties in interest in accordance with the Third

Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.    No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
        May 27, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                :
In re                                                           :          **Chapter 11 Case No.**
                                                                :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                       :          **09-50026 (REG)**
       **f/k/a General Motors Corp.,** *et al.*                 :
                                                                :
                              **Debtors.**                      :          **(Jointly Administered)**
                                                                :
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS
### (Tax Claims Assumed by General Motors, LLC)

Upon the twentieth omnibus objection to expunge certain tax claims, dated May

27, 2010 (the "**Twentieth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket

No. 4180], seeking entry of an order disallowing and expunging the Tax Claims on the grounds

that each Tax Claim is for a tax obligation for which the Debtors have no liability, all as more

fully described in the Twentieth Omnibus Objection to Claims; and due and proper notice of the

Twentieth Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Twentieth Omnibus Objection to Claims is in the best interests of the Debtors, their

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Twentieth Omnibus Objection to Claims.

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

Twentieth Omnibus Objection to Claims establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Twentieth Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit "A" annexed to the Twentieth Omnibus

Objection to Claims under the heading "*Claims to be Disallowed and Expunged*"; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010


_____
United States Bankruptcy Judge

Twentieth Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| HARRISON CENTRAL APPRAISAL DISTRICT ATTN MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY SUITE 100 PO BOX 1269 ROUND ROCK, TX 78680 | 69215 | Motors Liquidation Company | $757,026.44  (S) $0.00  (A) $0.00  (P) $0.00  (U) $757,026.44  (T) | No Liability; Claims seek recovery of amounts the Debtors are not liable | Pgs. 1-5 |
| HEARD COUNTY TAX COMMISSIONER PO BOX 519 FRANKLIN, GA 30217 | 3482 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $1,346.25  (P) $0.00  (U) $1,346.25  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HENDERSON COUNTY TAX COLLECTOR 200 N GROVE ST STE 66 HENDERSONVILLE, NC 28792 | 1843 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $2,420.40  (P) $0.00  (U) $2,420.40  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HENDRICKS COUNTY TREASURER ATTN: LEGAL OFFICER / BANKRUPTCY DEPT. PO BOX 6037 INDIANAPOLIS, IN 46206 | 70136 | Motors Liquidation Company | $150.84  (S) $0.00  (A) $150.84  (P) $150.84  (U) $452.52  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HENDRICKS COUNTY TREASURER ATTN  LEGAL OFFICER / BANKRUPTCY DEPT PO BOX 6037 INDIANAPOLIS, IN 46206 | 70137 | Motors Liquidation Company | $179.88  (S) $0.00  (A) $179.88  (P) $179.88  (U) $539.64  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HENDRICKS COUNTY TREASURER ATTN  LEGAL OFFICER / BANKRUPTCY DEPT PO BOX 6037 INDIANAPOLIS, IN 46206 | 70138 | Motors Liquidation Company | $264.64  (S) $0.00  (A) $264.64  (P) $264.64  (U) $793.92  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| HENRICO COUNTY VIRGINIA<br>ACCT# G61120336, G61137822, G61137823<br>ATTN RHYSA GRIFFITH SOUTH, ASST CTY ATTY<br>PO BOX 90775<br>HENRICO, VA 23273 | 5986 | Motors Liquidation Company | $19,388.74  (S)<br>$0.00  (A)<br>$185.00  (P)<br>$0.00  (U)<br>$19,573.74  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HENRY COUNTY TREASURER<br>HENRY COUNTY COURHOUSE<br>101 S MAIN ST<br>NEW CASTLE, IN 47362 | 17986 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$67.24  (P)<br>$0.00  (U)<br>$67.24  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HERTFORD COUNTY TAX COLLECTOR<br>PO BOX 147<br>WINTON, NC 27986 | 1682 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$29.39  (P)<br>$0.00  (U)<br>$29.39  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HIDALGO COUNTY<br>C/O JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>3301 NORTHLAND DR SUITE 505<br>AUSTIN, TX 78731 | 961 | Motors Liquidation Company | $53,507.61  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$53,507.61  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HIDALGO INDEPENDENT SCHOOL DISTRICT<br>C/O JOHN T BANKS<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>3301 NORTHLAND DR SUITE 505<br>AUSTIN, TX 78731 | 960 | Motors Liquidation Company | $98,163.54  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$98,163.54  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| HILL COUNTY JUNIOR COLLEGE<br>ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 17752 | Motors Liquidation Company | $29.32  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$29.32  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HOUSTON COUNTY TAX ASSESSOR COLLECTOR<br>ATTN  DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36759 | Motors Liquidation Company | $31.01  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$31.01  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HUMBLE INDEPENDENT SCHOOL DISTRICT<br>CAROL O SANDIN<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON, TX 77008 | 51334 | Motors Liquidation Company | $3,941.17  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,941.17  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HUTCHINSON COUNTY<br>ATTN D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105 | 835 | Motors Liquidation Company | $6.05  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$6.05  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HUTCHINSON COUNTY APPRAISAL DISTRICT<br>ATTN:  D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105 | 831 | Motors Liquidation Company | $31.36  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$31.36  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 70093 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $3,303.26  (P) $283.47  (U) $3,586.73  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JACKSON COUNTY COLLECTOR JACKSON COUNTY - COLLECTION DEPT ATTN  BANKRUPTCY 415 E 12TH ST, ROOM 100 KANSAS CITY, MO 64106 | 936 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $2,819.95  (P) $0.00  (U) $2,819.95  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JACKSON COUNTY PAYMENT CENTER PO BOX 1569 MEDFORD, OR 97501 | 14828 | Motors Liquidation Company | $2,830.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $2,830.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JANICE D HART REVENUE COMMISSIONER 1 COURT SQUARE ANDULASIA, AL 36420 | 1344 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $14.04  (U) $14.04  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JASPER COUNTY COLLECTOR PO BOX 421 CARTHAGE, MO 64836 | 9875 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $996.08  (P) $0.00  (U) $996.08  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JASPER COUNTY TREASURER COURTHOUSE SUITE 201 115 WEST WASHINGTON RENSSELAER, IN 47978 | 16259 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $2,529.10  (U) $2,529.10  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JEFFERSON COUNTY COLLECTOR<br>PO BOX A<br><br>PINE BLUFF, AR 71611 | 5093 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $5,274.19 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $5,274.19 | (T) | | |
| JEFFERSON COUNTY TREASURER<br>100 JEFFERSON COUNTY PKWY<br><br>GOLDEN, CO 80403 | 12203 | Motors Liquidation Company | $553.46 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $553.46 | (T) | | |
| | | | Unliquidated | | | |
| JEFFERSON ISD<br>DAVID HUDSON<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36768 | Motors Liquidation Company | $37.45 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $37.45 | (T) | | |
| JENNINGS COUNTY TREASURER GOVERNMENT CENTER<br>PO BOX 368<br>200 BROWN STREET STE 103<br>VERNON, IN 47282 | 69549 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,493.96 | (U) | | |
| | | | $1,493.96 | (T) | | |
| JO ANN TOWNSEND TRUSTEE<br>PO BOX 458<br>PULASKI, TN 38478 | 1338 | MLCS, LLC | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $29,971.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $29,971.00 | (T) | | |
| | | | Unliquidated | | | |
| JOHNSTON COUNTY TAX COLLECTOR<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 31308<br>CHARLOTTE, NC 28231 | 2388 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $20,229.94 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $20,229.94 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| KARNES COUNTY<br>ATTN:  JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>3301 NORTHLAND DRIVE SUITE 505<br>AUSTIN, TX 78731 | 77 | Motors Liquidation Company | $48.94  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$48.94  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KEN BURTON JR CFC<br>TAX COLLECTOR MANATEE COUNTY<br>POST OFFICE BOX 25300<br>BRADENTON, FL 34206 | 874 | Motors Liquidation Company | $17,675.08  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$17,675.08  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENDALL COUNTY<br>ATTN:  JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731 | 76 | Motors Liquidation Company | $30.18  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$30.18  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KLEIN INDEPENDENT SCHOOL DISTRICT<br>CARL O SANDIN<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008<br>UNITED STATES OF AMERICA | 51337 | Motors Liquidation Company | $604.10  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$604.10  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| L A COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051 | 70174 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$6,613.43  (P)<br>$0.00  (U)<br>$6,613.43  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| LAFAYETTE CONSOLIDATED GOVERNMENT ATTN: LEGAL OFFICER / BANKRUPTCY DEPT. PO BOX 4024 CUSTOMER SERVICE DIVISION LAFAYETTE, LA 70502 | 31131 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $343.55   (P) $0.00   (U) $343.55   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LANCASTER COUNTY TREASURER 8311 MARY BALL RD SUITE 204 LANCASTER, VA 22503 | 12454 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $25.84   (P) $0.00   (U) $25.84   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAWRENCE COUNTY TREASURER 916 15TH ST RM 27 BEDFORD, IN 47421 | 12950 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $792,818.69   (P) $0.00   (U) $792,818.69   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEWIS COUNTY, WASHINGTON LEWIS COUNTY TREASURER 351 NW NORTH STREET CHEHALIS, WA 98532 | 813 | Motors Liquidation Company | $25.72   (S) $0.00   (A) $0.00   (P) $0.00   (U) $25.72   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LINDA EMMONS FRANKLIN COUNTY COLLECTOR 400 E MAIN RM 103 UNION, MO 63084 | 31312 | MLCS, LLC | $0.00   (S) $0.00   (A) $21,274.64   (P) $0.00   (U) $21,274.64   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LINDEN KILDARE CISD DAVID HUDSON PERDUE BRANDON FIELDER COLLINS & MOTT L L P PO BOX 2007 TYLER, TX 75710 | 36764 | Motors Liquidation Company | $16.61   (S) $0.00   (A) $0.00   (P) $0.00   (U) $16.61   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| LONOKE COUNTY COLLECTOR<br>PO BOX 192<br><br>LONOKE, AR 72086 | 70248 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$123.80 (P)<br>$0.00 (U)<br>$123.80 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054 | 37743 | Motors Liquidation Company | $29,747.08 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$29,747.08 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LOWNDES COUNTY TAX COLLECTOR<br>PO BOX 1409<br><br>VALDOSTA, GA 31603 | 23138 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,143.92 (P)<br>$0.00 (U)<br>$1,143.92 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LULING INDEPENDENT SCHOOL DISTRICT<br>ATTN: JOHN T BANKS<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>3301 NORTHLAND DRIVE SUITE 505<br>AUSTIN, TX 78731 | 74 | Motors Liquidation Company | $196.89 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$196.89 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MACOMB COUNTY TREASURER<br>MACOMB COUNTY TREASURER'S OFFICE<br>ATTN: TED B WAHBY, TREASURER<br>1 S MAIN ST - 2ND FLOOR<br>MT CLEMENS, MI 48043 | 509 | Motors Liquidation Company | $1,933.22 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,933.22 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MADISON COUNTY TAX DEPT<br>PO BOX 351<br><br>MARSHALL, NC 28753 | 7284 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$478.77 (P)<br>$0.00 (U)<br>$478.77 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MAGNOLIA INDEPENDENT SCHOOL DISTRICT MICHAEL J DARLOW PERDUE BRANDON FIELDER COLLINS & MOTT L L P 1235 NORTH LOOP WEST SUITE 600 HOUSTON, TX 77008 | 51331 | Motors Liquidation Company | $1,819.43  (S) $0.00  (A) $0.00  (P) $0.00  (U) $1,819.43  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAHONING COUNTY TREASURER 120 MARKET ST YOUNGSTOWN, OH 44503 | 43969 | Motors Liquidation Company | $4,585.40  (S) $0.00  (A) $0.00  (P) $273.00  (U) $4,858.40  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MANSFIELD INDEPENDENT SCHOOL DISTRICT ATTN ELIZABETH BANDA CALVO C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 13430 ARLINGTON, TX 76094 | 25492 | Motors Liquidation Company | $689.63  (S) $0.00  (A) $0.00  (P) $0.00  (U) $689.63  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARICOPA COUNTY C/O BARBARA LEE CALDWELL AIKEN SCHENK HAWKINS & RICCIARDI PC 4742 NORTH 24TH STREET SUITE 100 PHOENIX, AZ 85016 | 70082 | Motors Liquidation Company | $11,726.13  (S) $0.00  (A) $0.00  (P) $0.00  (U) $11,726.13  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARILYN E WOOD, REVENUE COMMISSIONER PO DRAWER 1169 MOBILE, AL 36633 | 16284 | Motors Liquidation Company | $92.91  (S) $0.00  (A) $0.00  (P) $0.00  (U) $92.91  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARION COUNTY TAX COLLECTOR PO BOX 970 OCALA, FL 34478 | 1102 | Motors Liquidation Company | $4,856.85  (S) $0.00  (A) $0.00  (P) $0.00  (U) $4,856.85  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MARION COUNTY TREASURER<br>200 E WASHINGTON ST STE 1001<br><br>INDIANAPOLIS, IN 46204 | 62458 | Motors Liquidation Company | $250,248.51 (S)<br><br>$0.00 (A)<br><br>$1,419,450.14 (P)<br><br>$0.00 (U)<br><br>$1,669,698.65 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARTIN COUNTY TAX OFFICE<br>PO BOX 664<br><br>WILLIAMSTON, NC 27892 | 69263 | Motors Liquidation Company | $0.00 (S)<br><br>$0.00 (A)<br><br>$156.12 (P)<br><br>$0.00 (U)<br><br>$156.12 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br><br>COLUMBIA, TN 38401 | 847 | Motors Liquidation Company | $6,101.00 (S)<br><br>$0.00 (A)<br><br>$0.00 (P)<br><br>$0.00 (U)<br><br>$6,101.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br><br>COLUMBIA, TN 38401 | 848 | Motors Liquidation Company | $41,347.00 (S)<br><br>$0.00 (A)<br><br>$0.00 (P)<br><br>$0.00 (U)<br><br>$41,347.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA, TN 38401 | 849 | MLCS, LLC | $3,038.00 (S)<br><br>$0.00 (A)<br><br>$0.00 (P)<br><br>$0.00 (U)<br><br>$3,038.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA, TN 38401 | 852 | MLCS, LLC | $3,155.00 (S)<br><br>$0.00 (A)<br><br>$0.00 (P)<br><br>$0.00 (U)<br><br>$3,155.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MAURY COUNTY TRUSTEE<br>ONE PUBLIC SQUARE<br>COLUMBIA, TN 38401 | 853 | MLCS, LLC | $2,332.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$2,332.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MC DUFFIE COUNTY TAX COMMISSIONER<br>PO BOX 955<br>THOMSON, GA 30824 | 30874 | MLCS, LLC | $0.00  (S)<br><br>$0.00  (A)<br><br>$159.44  (P)<br><br>$0.00  (U)<br><br>$159.44  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCALLEN ISD<br>C/O DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLC<br>THE TERRACE II, 2700 VIA FORTUNA DR, STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760 | 22478 | Motors Liquidation Company | $1,968.20  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$1,968.20  (T)<br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCDUFFIE COUNTY TAX COMMISSIONER<br>PO BOX 955<br>THOMSON, GA 30824 | 30877 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$2,507.99  (P)<br><br>$0.00  (U)<br><br>$2,507.99  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCKINLEY COUNTY TREASURER<br>COUNTY COURTHOUSE<br>201 WEST HILL<br>GALLUP, NM 87301 | 25457 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| METROPOLITAN GOVERNMENT TRUSTEE<br>METROPOLITAN DEPT OF LAW<br>PO BOX 196300<br>NASHVILLE, TN 37219 | 1249 | Motors Liquidation Company | $307.97  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$307.97  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MIAMI-DADE COUNTY TAX COLLECTOR BANKRUPTCY UNIT 140 WEST FLAGLER STREET, SUITE 1403 MIAMI, FL 33130 | 789 | Motors Liquidation Company | $1,231.28  (S) $0.00  (A) $387.50  (P) $0.00  (U) $1,618.78  (T) Unliquidated | No Liability; Claims seek recovery of amounts for wesch the Debtors are not liable | Pgs. 1-5 |
| MIDLAND CENTRAL APPRAISAL DISTRICT C/O MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY, SUITE 100 PO BOX 1269 ROUND ROCK, TX 78680 | 69142 | Motors Liquidation Company | $639.98  (S) $0.00  (A) $0.00  (P) $0.00  (U) $639.98  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MIDLAND COUNTY TAX OFFICE GALEN GATTEN JR PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP PO BOX 50188 MIDLAND, TX 79710 | 11551 | Motors Liquidation Company | $340.99  (S) $0.00  (A) $0.00  (P) $0.00  (U) $340.99  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MINEOLA ISD TAX OFFICE ATTN DAVID HUDSON PERDUE BRANDON FIELDER COLLINS & MOTT LLP PO BOX 2007 TYLER, TX 75710 | 36763 | Motors Liquidation Company | $27.89  (S) $0.00  (A) $0.00  (P) $0.00  (U) $27.89  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MONROE COUNTY COLLECTOR PO BOX 245 PARIS, MO 65275 | 15064 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $34,969.29  (P) $0.00  (U) $34,969.29  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and may replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MOORE COUNTY AND ENTITIES COLLECTED BY MOORE<br>ATTN:  D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 9132<br>AMARILLO, TX 79105 | 728 | Motors Liquidation Company | $45.80   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$45.80   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MOORE COUNTY TAX DEPARTMENT<br>PO BOX 580377<br>CHARLOTTE, NC 28258 | 23217 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$88.54   (P)<br>$0.00   (U)<br>$88.54   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MULTNOMAH COUNTY TAX<br>MULTNOMAH CUNTY ASSESSMENT & TAXATION<br>PO BOX 2716<br>PORTLAND, OR 97208 | 69058 | Motors Liquidation Company | $604.65   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$604.65   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NORTHWEST ISD<br>C/O ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 70177 | Motors Liquidation Company | $17,215.72   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$17,215.72   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OCHILTREE COUNTY APPRAISAL DISTRICT<br>ATTN:  D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105 | 722 | Motors Liquidation Company | $274.76   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$274.76   (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ORANGE COUNTY TREASURER-TAX COLLECTOR ATTN: BANKRUPTCY UNIT PO BOX 1438 SANTA ANA, CA 92702 | 62308 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PATSY HEFFNER CFC, OSCEOLA COUNTY TAX COLLECTOR PO BOX 422105 KISSIMMEE, FL 34742 | 25432 | Motors Liquidation Company | $710.85 (S) $0.00 (A) $0.00 (P) $0.00 (U) $710.85 (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAYETTE COUNTY TAX COLLECTOR 1130 3RD AVE N RM 103 PAYETTE, ID 83661 | 434 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $6.60 (P) $0.00 (U) $6.60 (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PENDER COUNTY TAX COLLECTIONS PO BOX 1047 BURGAW, NC 28425 | 21011 | Motors Liquidation Company | $22.85 (S) $0.00 (A) $0.00 (P) $0.00 (U) $22.85 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION P O BOX 280946 HARRISBURG, PA 17128 | 626 | MLCS Distribution Corporation | $0.00 (S) $0.00 (A) $283.00 (P) $0.00 (U) $283.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PENNSYLVANIA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION P O BOX 280946 HARRISBURG, PA 17128 | 625 | MLCS, LLC | $0.00 (S) $0.00 (A) $283.00 (P) $0.00 (U) $283.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| PIMA COUNTY ARIZONA<br>PIMA COUNTY ATTORNEYS OFFICE<br>GERMAN YUSUFOV ESQ<br>32 N STONE STE 2100<br>TUCSON, AZ 85701 | 69158 | Motors Liquidation Company | $423.03  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$423.03  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PINAL COUNTY TREASURER<br>PO BOX 729<br><br>FLORENCE, AZ 85132 | 2865 | Motors Liquidation Company | $45.32  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$45.32  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PINELLAS COUNTY TAX COLLECTOR<br>ATTN BETTY A GRAMLEY TAX MANAGER<br>POST OFFICE BOX 2943<br>CLEARWATER, FL 33757 | 616 | Motors Liquidation Company | $2,365.72  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,365.72  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PONTOTOC COUNTY TREASURER<br>PO BOX 1808<br><br>ADA, OK 74821 | 38673 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$197,134.00  (P)<br>$0.00  (U)<br>$197,134.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PREBLE COUNTY TREASURER<br>PO BOX 341<br><br>EATON, OH 45320 | 1901 | Motors Liquidation Company | $1.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PRINCE GEORGE'S COUNTY MARYLAND<br>C/O MEYERS RODBELL & ROSENBAUM PA<br>6801 KENILWORTH AVENUE SUITE 400<br>RIVERDALE, MD 20737 | 60016 | Motors Liquidation Company | $554.64  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$554.64  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PRINCE GEORGE'S COUNTY, MARYLAND C/O MEYERS RODBELL & ROSENBAUM PA 6801 KENILWORTH AVE STE 400 RIVERDALE, MD 20737 | 60017 | Motors Liquidation Company | $32.40  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $0.00  (U) <br> $32.40  (T) <br><br> Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PRINCE GEORGE'S COUNTY, MARYLAND C/O MEYERS RODBELL & ROSENBAUM PA 6801 KENILWORTH AVE STE 400 RIVERDALE, MD 20737 | 60018 | Motors Liquidation Company | $10.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $0.00  (U) <br> $10.00  (T) <br><br> Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PRINCE GEORGE'S COUNTY, MARYLAND C/O MEYERS RODBELL & ROSENBAUM PA 6801 KENILWORTH AVE STE 400 RIVERDALE, MD 20737 | 60019 | Motors Liquidation Company | $40.19  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $0.00  (U) <br> $40.19  (T) <br><br> Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PUEBLO COUNTY TREASURER 215 W 10TH ST PUEBLO, CO 81003 | 21762 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $371.28  (P) <br> $0.00  (U) <br> $371.28  (T) <br><br> Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PUTNAM COUNTY TRUSTEE C/O JEFFREY G JONES, COUNTY ATTY PO BOX 655 COOKEVILLE, TN 38503 | 15125 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $11,882.00  (P) <br> $0.00  (U) <br> $11,882.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RANDOLPH COUNTY TAX COLLECTOR 725 MCDOWELL RD ASHEBORO, NC 27205 | 29059 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $153.77  (P) <br> $0.00  (U) <br> $153.77  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| RICHARDSON INDEPENDENT SCHOOL DISTRICT ELIZABETH BANDA CALVO PREDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP PO BOX 13430 ARLINGTON, TX 76094 | 67114 | Motors Liquidation Company | $59.36 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$59.36 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHLAND TOWNSHIP 29431 STANDLEY RD DEFIANCE, OH 43512 | 30663 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,500.00 (P)<br>$0.00 (U)<br>$2,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RIVERSIDE COUNTY TAX COLLECTOR ATTN ISMAEL O VARGAS 4080 LEMON ST 4TH FL RIVERSIDE, CA 92501 | 7497 | Motors Liquidation Company | $1,026.17 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,026.17 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROCKDALE COUNTY TAX COMMISSIONER PO BOX 1497 CONYERS, GA 30012 | 14863 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$195.45 (P)<br>$0.00 (U)<br>$195.45 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SACRAMENTO COUNTY TAX COLLECTOR ATTN BANKRUPTCY 700 H STREET ROOM 1710 SACRAMENTO, CA 95814 | 33244 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$105.21 (P)<br>$0.00 (U)<br>$105.21 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SAGINAW COUNTY TREASURER 111 S MICHIGAN AVE SAGINAW, MI 48602 | 19003 | Motors Liquidation Company | $4,486.71 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,486.71 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twentieth Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| SAGINAW COUNTY TREASURER<br>111 S MICHIGAN AVE<br><br>SAGINAW, MI 48602 | 19004 | Motors Liquidation Company | $3,700.31  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,700.31  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SAINT CHARLES COUNTY GOVERNMENT<br>COLECTOR OF REVENUE<br>SAINT CHARLES COUNTY GOVERNMENT<br>201 NORTH 2ND STREET SUITE 134<br>SAINT CHARLES, MO 63301 | 68299 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$1,810,414.01  (P)<br>$0.00  (U)<br>$1,810,414.01  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **Claims to be Disallowed and Expunged Totals** | **99** | | **$1,352,546.98**  (S)<br>**$0.00**  (A)<br>**$4,371,108.04**  (P)<br>**$5,188.93**  (U)<br>**$5,728,843.95**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.