HEARING DATE AND TIME: June 29, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: June 22, 2010 at 4:00 p.m. (Eastern Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :    09-50026 (REG)
      f/k/a General Motors Corp., et al. :
                                    :
                    Debtors.        :    (Jointly Administered)
                                    :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS
### (Tax Claims Assumed by General Motors, LLC)

**PLEASE TAKE NOTICE** that on May 27, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their twenty-first omnibus objection to expunge certain tax claims (the

"**Twenty-First Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider

the Twenty-First Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on **June**

**29, 2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Twenty-First Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **June 22, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Twenty-First Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Twenty-First Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
       May 27, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

<u>**DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS**</u>
**(Tax Claims Assumed by General Motors, LLC)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.      The Debtors file this twenty-first omnibus objection to expunge certain tax claims (the "**Twenty-First Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A" hereto filed by certain taxing authorities (collectively, the "**Taxing Authorities**") and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Tax Claims**") are claims related to tax liabilities that have been assumed by General Motors, LLC ("**New GM**") pursuant to the terms of that certain Amended and Restated Master Sale and Purchase Agreement (the "**Master Purchase Agreement**"), dated as of June 26, 2009, by and among General Motors Corporation, Saturn LLC, Saturn Distribution Corporation, Chevrolet-Saturn of Harlem, Inc., and New GM.  The Tax Claims include claims for franchise taxes, payroll taxes, real property taxes, sales and use taxes, income taxes, personal property taxes, or a combination thereof.  As described further below, the Tax Claims have been assumed by New GM pursuant to the Master Purchase Agreement and are therefore not liabilities of MLC or the Debtors and should therefore be disallowed and expunged.

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

## The Master Purchase Agreement

3.      The Master Purchase Agreement provides, at Article II (*Purchase and Sale*), Section 2.1 (*Purchase and Sale of Assets; Assumption of Liabilities*):

> On the terms and subject to the conditions set forth in this Agreement, other than as set forth in Section 6.30, Section 6.34 and Section 6.35, at the Closing, Purchaser shall (a) purchase, accept and acquire from Sellers, and Sellers shall sell, transfer, assign, convey and deliver to Purchaser, free and clear of all Encumbrances (other than Permitted Encumbrances), Claims and other interests, the Purchased Assets and (b) assume and thereafter pay or perform as and when due, or otherwise discharge, all of the Assumed Liabilities.

4.      Section 2.3(a) of the Master Purchase Agreement (*Assumed and Retained Liabilities*) provides in pertinent part:

> (a)     The "Assumed Liabilities" shall consist only of the following Liabilities of Sellers:

> (v)     all Liabilities of Sellers (A) arising in the Ordinary Course of Business during the Bankruptcy Case through and including the Closing Date, to the extent such Liabilities are administrative expenses of Sellers' estates pursuant to Section 503(b) of the Bankruptcy Code and (B) arising prior to the commencement of the Bankruptcy Cases to the extent approved by the Bankruptcy Court for payment by Sellers pursuant to a Final Order (and for the avoidance of doubt, Sellers' Liabilities in clauses (A) and (B) above include Sellers' Liabilities for personal property Taxes, real estate and/or other ad valorem Taxes, use Taxes, sales Taxes, franchise Taxes, income Taxes, gross receipt Taxes, excise Taxes, Michigan Business Taxes and Michigan Single Business Taxes), in each case, other than (1) Liabilities of the type described in Section 2.3(b)(iv), Section 2.3(b)(vi) and Section 2.3(b)(ix), (2) Liabilities arising under any dealer sales and service Contract and any Contract related thereto, to the extent such Contract has been designated as a Rejectable Executory Contract, and (3) Liabilities otherwise assumed in this Section 2.3(a);

3

5.      The term "Liabilities" is defined in the recitals to the Master Purchase Agreement as follows:

> "Liabilities" means any and all liabilities and obligations of every kind and description whatsoever, whether such liabilities or obligations are known or unknown, disclosed or undisclosed, matured or unmatured, accrued, fixed, absolute, contingent, determined or undeterminable, on or off-balance sheet or otherwise, or due or to become due, including Indebtedness and those arising under any Law, Claim, Order, Contract or otherwise.

6.      Pursuant to the Master Purchase Agreement, New GM has assumed all taxes described above, which include the Tax Claims.  Further, New GM has reviewed Exhibit "A" and has acknowledged (subject to its rights as a taxpayer to review and dispute tax claims with the Taxing Authorities in the ordinary course) that it has assumed the types of Tax Claims that form the basis for this Twenty-First Omnibus Objection to Claims as a result of the Master Purchase Agreement.  In many cases, the taxes in question have already been satisfied by New GM.  The Debtors therefore seek entry of an order disallowing and expunging from the claims register the Tax Claims.

## Jurisdiction

7.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

8.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of financial affairs.

9.    On September 16, 2009, this Court entered an order [Docket No. 4079] establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court established June 1, 2010 as the deadline to file proofs of claim).

10.    Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.  The claimants that are listed in Exhibit "A" have all filed claims against the Initial Debtors.

## The Relief Requested Should Be Approved by the Court

11.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

---

[3]    The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

        12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors have compared their books and records with the proofs of claim identified on Exhibit

"A" and have determined that the Tax Claims are not the responsibility of MLC or the Debtors,

having been assumed by New GM as described herein. New GM has also acknowledged this to

be the case. Paragraph 26 of the Order approving the Master Purchase Agreement [Docket No.

2968] provides that:

> Except as provided in the [Master Purchase Agreement] or this Order,
> after the Closing, the Debtors and their estates shall have no further
> liabilities or obligations with respect to any Assumed Liabilities other than
> certain Cure Amounts as provided in the [Master Purchase Agreement],
> and all holders of such claims are forever barred and estopped from
> asserting such claims against the Debtors, their successors or assigns, and
> their estates.

        13.     To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge in their entirety the Tax Claims.

## **Notice**

        14.     Notice of this Twenty-First Omnibus Objection to Claims has been

provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the

Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

15.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
        May 27, 2010

                                    /s/ Joseph H. Smolinsky
                                    Harvey R. Miller
                                    Stephen Karotkin
                                    Joseph H. Smolinsky

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                                      :        **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.***,**    :        **09-50026 (REG)**
       **f/k/a General Motors Corp.,** *et al.*         :
:
                                **Debtors.**          :        **(Jointly Administered)**
:
-----------------------------------------------------------------x

## <u>ORDER GRANTING DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS</u>
### (Tax Claims Assumed by General Motors, LLC)

Upon the twenty-first omnibus objection to expunge certain tax claims, dated May

27, 2010 (the "**Twenty-First Omnibus Objection to Claims**"),[1] of Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket

No. 4180], seeking entry of an order disallowing and expunging the Tax Claims on the grounds

that each Tax Claim is for a tax obligation for which the Debtors have no liability, all as more

fully described in the Twenty-First Omnibus Objection to Claims; and due and proper notice of

the Twenty-First Omnibus Objection to Claims having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

relief sought in the Twenty-First Omnibus Objection to Claims is in the best interests of the

---

[1]         Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Twenty-First Omnibus Objection to Claims.

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Twenty-First Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Twenty-First Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit "A" annexed to the Twenty-First Omnibus

Objection to Claims under the heading "*Claims to be Disallowed and Expunged*"; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2010

_____
United States Bankruptcy Judge

Twenty-First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| SALINE COUNTY TAX COLLECTOR<br>215 N MAIN ST STE 3<br><br>BENTON, AR 72015 | 21759 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$14.59   (P)<br>$0.00   (U)<br>$14.59   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SARASOTA COUNTY TAX COLLECTOR<br>101 S WASHINGTON BLVD<br><br>SARASOTA, FL 34236 | 22854 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$291.56   (P)<br>$0.00   (U)<br>$291.56   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 6960 | Motors Liquidation Company | $15,283.64   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$15,283.64   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101<br>UNITED STATES OF AMERICA | 6964 | Motors Liquidation Company | $310.59   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$310.59   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101<br>UNITED STATES OF AMERICA | 6965 | Motors Liquidation Company | $44,983.80   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$44,983.80   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 69983 | Motors Liquidation Company | $53.59  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$53.59  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 69986 | Motors Liquidation Company | $839.37  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$839.37  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 69987 | Motors Liquidation Company | $109.62  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$109.62  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 69988 | Motors Liquidation Company | $107.18  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$107.18  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 69989 | Motors Liquidation Company | $25.33  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$25.33  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 6958 | Motors Liquidation Company | $14.28  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$14.28  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-First Omnibus Objection

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 6963 | Motors Liquidation Company | $137.48  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$137.48  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 6961 | Motors Liquidation Company | $45.07  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$45.07  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101 | 6959 | Motors Liquidation Company | $10.96  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$10.96  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br><br>MEMPHIS, TN 38101<br>UNITED STATES OF AMERICA | 6966 | Motors Liquidation Company | $19.30  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$19.30  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHENANDOAH COUNTY TAX COLLECTOR<br>PO BOX 365<br><br>WOODSTOCK, VA 22664 | 28537 | Motors Liquidation Company | $72,855.47  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$72,855.47  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHERIFF OF MINGO COUNTY<br>PO BOX 1270<br><br>WILLIAMSON, WV 25661 | 933 | Motors Liquidation Company | $15.50  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$15.50  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-First Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| SHERIFF OF WOOD COUNTY<br>PO BOX 1985<br><br>PARKERSBURG, WV 26102 | 771 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$77.90  (P)<br>$0.00  (U)<br>$77.90  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHERMAN COUNTY<br>D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>PO BOX 9132<br>AMARILLO, TX 79105 | 718 | Motors Liquidation Company | $143.80  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$143.80  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHERMAN COUNTY APPRAISAL DISTRICT<br>D'LAYNE PEEPLES<br>PERDUE BRANDON FIELDER COLLINS & MOTT, LLP<br>PO BOX 9132<br>AMARILLO, TX 79105 | 719 | Motors Liquidation Company | $833.10  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$833.10  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHOSHONE COUNTY<br>700 BANK ST STE 110<br><br>WALLACE, ID 83873 | 61792 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$66.92  (P)<br>$0.00  (U)<br>$66.92  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SKAGIT COUNTY A POLITICAL SUBDIVISION OF WASHINGTON STATE<br>SKAGIT COUNTY TREASURER<br>C/O LINDA PATTERSON<br>PO BOX 518<br>MOUNT VERNON, WA 98273 | 456 | Motors Liquidation Company | $74.08  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$74.08  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER, BELLAR AND WINKLER<br>212 MAIN STREET NORTH,<br>CARTHAGE, TN 37030 | 14945 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$60.00   (P)<br>$5.00   (U)<br>$65.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER, BELLAR AND WINKLER<br>212 MAIN STREET NORTH<br>CARTHAGE, TN 37030 | 14946 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$5.00   (P)<br>$60.00   (U)<br>$65.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER, BELLAR AND WINKLER<br>212 MAIN STREET NORTH<br>CARTHAGE, TN 37030 | 14947 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$6.00   (P)<br>$59.00   (U)<br>$65.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMITH COUNTY TRUSTEE<br>JAMIE D WINKLER, BELLAR & WINKLER<br>212 MAIN STREET NORTH<br>CARTHAGE, TN 37030 | 14948 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$65.00   (P)<br>$0.00   (U)<br>$65.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SNOHOMISH COUNTY TREASURER<br>ATTN:  BANKRUPTCY OFFICER<br>3000 ROCKEFELLER AVE M/S 501<br>EVERETT, WA 98201 | 197 | Motors Liquidation Company | $315.74   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$315.74   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SPALDING COUNTY TAX COMMISSIONER<br>PO BOX 509<br>GRIFFIN, GA 30224 | 4738 | Motors Liquidation Company | $170.69   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$170.69   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-First Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| SPOKANE COUNTY TREASURER<br>PO BOX 199<br><br>SPOKANE, WA 99210 | 1404 | Motors Liquidation Company | $333.31   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$333.31   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT<br>OWEN M SONIK<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008<br>UNITED STATES OF AMERICA | 51338 | Motors Liquidation Company | $1,276.58   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$1,276.58   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SPRING INDEPENDENT SCHOOL DISTRICT TAX OFFICE<br>YOLANDA M HUMPREY<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008 | 51327 | Motors Liquidation Company | $1,167.62   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$1,167.62   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ST CHARLES COUNTY COUNTY COLLECTOR<br>201 N 2ND ST #134<br>SAINT CHARLES, MO 63301 | 68438 | MLCS, LLC | $0.00   (S)<br>$0.00   (A)<br>$6,050.80   (P)<br>$0.00   (U)<br>$6,050.80   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ST FRANCOIS COUNTY COLLECTOR<br>1 W LIBERTY<br>SUITE 201<br>FARMINGTON, MO 63640 | 29342 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$63,070.69   (P)<br>$0.00   (U)<br>$63,070.69   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| ST JOHN THE BAPTIST PARISH TAX COLLECTOR 1801 WEST AIRLINE HIGHWAY P O BOX 1600 LA PLACE, LA 70069 | 36130 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $137.07  (P) $0.00  (U) $137.07  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 698 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $55.18  (P) $0.00  (U) $55.18  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 699 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $15.77  (P) $0.00  (U) $15.77  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 702 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $991.21  (P) $0.00  (U) $991.21  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ST LOUIS CO COLLECTOR OF REVENUE 41 S CENTRAL AVENUE CLAYTON, MO 63105 | 704 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $5,443.88  (P) $0.00  (U) $5,443.88  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STANDISH CITY TREASURER 399 E BEAVER ST STANDISH, MI 48658 | 68329 | Motors Liquidation Company | $350.99  (S) $0.00  (A) $0.00  (P) $0.00  (U) $350.99  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-First Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| STANLY COUNTY TAX COLLECTOR 201 S 2ND ST RM 104 ALBEMARLE, NC 28001 | 17716 | Motors Liquidation Company | $8,449.25  (S) $0.00  (A) $0.00  (P) $0.00  (U) $8,449.25  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUMTER COUNTY TREASURER PO BOX 1775 SUMTER, SC 29151 | 69426 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $2,629.27  (P) $0.00  (U) $2,629.27  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUTTER COUNTY TAX COLLECTOR 463 2ND STREET YUBA CITY, CA 95991 | 432 | Motors Liquidation Company | $363.04  (S) $0.00  (A) $0.00  (P) $0.00  (U) $363.04  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TAX COLLECTOR OF DALLAS COUNTY ALABAMA C/O TAMMY KING PO BOX 987 SELMA, AL 36702 | 5097 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $12.22  (P) $0.00  (U) $12.22  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TAX COLLECTOR SANTA ROSA COUNTY ATTN: DELINQUENT TAX DEPT PO BOX 7100 MILTON, FL 32572 | 355 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TAX COLLECTOR SANTA ROSA COUNTY ATTN: DELINQUENT TAX DEPT PO BOX 7100 MILTON, FL 32572 | 356 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| TAXING DISTRICTS COLLECTED BY POTTER COUNTY<br>ATTN: D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIEDLER, COLLINS & MOTT LLP<br>PO BOX 9132<br>AMARILLO, TX 79105 | 716 | Motors Liquidation Company | $50.29  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$50.29  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TAXING DISTRICTS COLLECTED BY RANDALL COUNTY<br>ATTN: D'LAYNE PEEPLES<br>PERDUE, BRANDON, FIEDLER, COLLINS & MOTT, LLP<br>PO BOX 9132<br>AMARILLO, TX 79105 | 717 | Motors Liquidation Company | $83.75  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$83.75  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202 | 65710 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,170,398.36  (P)<br>$0.00  (U)<br>$5,170,398.36  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TIPPECANOE COUNTY TREASURER<br>20 N 3RD STREET<br>LAFAYETTE, IN 47901 | 839 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$973.50  (P)<br>$0.00  (U)<br>$973.50  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TOMBALL INDEPENDENT SCHOOL DISTRICT<br>MICHAEL J DARLOW<br>PERDUE BRANDON FIEDLER COLLINS & MOTT L L P<br>1235 NORTH LOOP WEST SUITE 600<br>HOUSTON, TX 77008 | 51328 | Motors Liquidation Company | $554.53  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$554.53  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TOWN OF WILKESBORO<br>PO BOX 1056<br><br>WILKESBORO, NC 28697 | 3990 | Motors Liquidation Company | $0.00<br>$0.00<br>$300.59<br>$0.00<br>$300.59 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TOWN OF WYTHEVILLE<br>PO BOX 533<br><br>WYTHEVILLE, VA 24382 | 1736 | Motors Liquidation Company | $0.00<br>$0.00<br>$18,737.87<br>$0.00<br>$18,737.87 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TREASURER CITY OF SAGINAW<br>1315 S WASHINGTON AVE<br>RM 105<br>SAGINAW, MI 48601 | 6918 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$248.68<br>$248.68<br><br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TREASURER CITY OF SAGINAW<br>1315 S WASHINGTON AVE RM#105<br><br>SAGINAW, MI 48601 | 6921 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,737.57<br>$1,737.57<br><br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TREASURER CITY OF SAGINAW<br>1315 S WASHINGTON AVE RM# 105<br><br>SAGINAW, MI 48601 | 6922 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$2,995.29<br>$2,995.29<br><br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TREASURER CITY OF SAGINAW<br>1315 S WASHINGTON AVE RM# 105<br><br>SAGINAW, MI 48601 | 6923 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$62.50<br>$62.50<br><br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| TREASURER OF WYTHE COUNTY<br>225 S 4TH ST STE 104<br><br>WYTHEVILLE, VA 24382 | 1702 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$100,415.62  (P)<br><br>$0.00  (U)<br><br>$100,415.62  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TREASURER, CITY OF SAGINAW<br>1315 S WASHINGTON AVE RM #105<br><br>SAGINAW, MI 48601 | 6917 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$490.41  (U)<br><br>$490.41  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TYLER ISD<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710 | 36769 | Motors Liquidation Company | $752.10  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$752.10  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VALWOOD IMPROVEMENT AUTHORITY<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: ELIZABETH BANDA CALVO<br>P O BOX 13430<br>ARLINGTON, TX 76094 | 67125 | Motors Liquidation Company | $21,389.27  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$21,389.27  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VENTURA COUNTY, CALIFORNIA<br>ATTN: BANKRUPTCY<br>C/O LAWRENCE L MATHENEY, TAX COLLECTOR<br>800 S VICTORIA AVE<br>VENTURA, CA 93009 | 64776 | Motors Liquidation Company | $180,156.34  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$180,156.34  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAKE COUNTY REVENUE DEPARTMENT<br>POST OFFICE BOX 550<br>RALEIGH, NC 27602 | 67119 | MLCS, LLC | $0.00  (S)<br><br>$0.00  (A)<br><br>$4,220.15  (P)<br><br>$0.00  (U)<br><br>$4,220.15  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-First Omnibus Objection

**Exhibit A**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WAKE COUNTY REVENUE DEPARTMENT PO BOX 550 RALEIGH, NC 27602 | 70202 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $873.38  (P) $0.00  (U) $873.38  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAKE COUNTY REVENUE DEPARTMENT POST OFFICE BOX 550 RALEIGH, NC 27602 | 67113 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $9,712.42  (P) $410.62  (U) $10,123.04  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WALKER COUNTY APPRAISAL DISTRICT MICHAEL J DARLOW PERDUE BRANDON FIELDER COLLINS & MOTT L L P 1235 NORTH LOOP WEST SUITE 600 HOUSTON, TX 77008 | 51330 | Motors Liquidation Company | $250.03  (S) $0.00  (A) $0.00  (P) $0.00  (U) $250.03  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WALTON COUNTY TREASURER 303 S HAMMOND DR STE 100 MONROE, GA 30655 | 17717 | Motors Liquidation Company | $1,096.72  (S) $0.00  (A) $0.00  (P) $0.00  (U) $1,096.72  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WARREN COUNTY COLLECTOR LINDA STUDE 105 S MARKET ST WARRENTON, MO 63383 | 14529 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $66.95  (P) $0.00  (U) $66.95  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WASHINGTON COUNTY TAX COLLECTOR 280 N COLLEGE AVE STE 202 FAYETTEVILLE, AR 72701 | 5454 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $122,698.48  (P) $0.00  (U) $122,698.48  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and may reflect any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-First Omnibus Objection

## Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WAYNE COUNTY TAX COLLECTOR<br>PO BOX 580478<br><br>CHARLOTTE, NC 28258 | 8506 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$3,442.41  (P)<br>$0.00  (U)<br>$3,442.41  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAYNE COUNTY TREASURER<br>401 E MAIN ST<br><br>RICHMOND, IN 47374 | 1173 | Motors Liquidation Company | $543.30  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$543.30  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAYNE COUNTY TREASURER WOJTOWICZ #18759<br>400 MONROE ST, SUITE #520<br>DETROIT, MI 48226 | 214 | Motors Liquidation Company | $1,287.50  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,287.50  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAYNE COUNTY TREASURER WOJTOWICZ #18759<br>400 MONROE ST, SUITE #520<br>DETROIT, MI 48226 | 215 | Motors Liquidation Company | $219,316.39  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$219,316.39  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WELLS COUNTY TREASURER  SHAR MECHLING<br>C/O WELLS COUNTY TREASURER  WELLS COUNTY COURTHOUSE<br>102 W MARKET ST<br>STE 204 COURTHOUSE<br>BLUFFTON, IN 46714 | 10058 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,515.72  (P)<br>$0.00  (U)<br>$5,515.72  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WEST VIRGINIA STATE TAX DIVISION<br>PO BOX 766<br><br>CHARLESTON, WV 25323<br>UNITED STATES OF AMERICA | 6982 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$400,000.00  (P)<br>$0.00  (U)<br>$400,000.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WHEELER COUNTY ATTN:  D'LAYNE PEEPLES PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP P O BOX 9132 AMARILLO, TX 79105 | 563 | Motors Liquidation Company | $5.43   (S) $0.00   (A) $0.00   (P) $0.00   (U) $5.43   (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WHITE COUNTY TRUSTEE BRENDA C OFFICER 1 E BOCKMAN WAY WHITE CO COURTHOUSE RM 102 SPARTA, TN 38583 | 1882 | Motors Liquidation Company | $693.00   (S) $0.00   (A) $0.00   (P) $0.00   (U) $693.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WICHITA COUNTY HAROLD LEREW PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, LLP PO BOX 8188 WICHITA FALLS, TX 76307 | 14853 | Motors Liquidation Company | $784.16   (S) $0.00   (A) $0.00   (P) $0.00   (U) $784.16   (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILKES COUNTY TAX COLLECTOR PO BOX 63029 CHARLOTTE, NC 28263 | 3337 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $428.34   (P) $0.00   (U) $428.34   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAMSON COUNTY TRUSTEE C/O YOST ROBERTSON NOWAK, PLLC WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS PO BOX 681346 FRANKLIN, TN 37068 | 1568 | Motors Liquidation Company | $558.00   (S) $0.00   (A) $0.00   (P) $0.00   (U) $558.00   (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WILLIAMSON COUNTY TRUSTEE C/O YOST ROBERTSON NOWAK, PLLC WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS PO BOX 681346 FRANKLIN, TN 37068 | 1569 | Motors Liquidation Company | $170.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $170.00  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAMSON COUNTY TRUSTEE C/O YOST ROBERTSON NOWAK, PLLC WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS PO BOX 681346 FRANKLIN, TN 37068 | 1570 | Motors Liquidation Company | $845.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $845.00  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAMSON COUNTY TRUSTEE C/O YOST ROBERTSON NOWAK, PLLC WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS PO BOX 681346 FRANKLIN, TN 37068 | 1571 | Motors Liquidation Company | $112.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $112.00  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAMSON COUNTY TRUSTEE C/O YOST ROBERTSON NOWAK PLLC WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS PO BOX 681346 FRANKLIN, TN 37068 | 1573 | Motors Liquidation Company | $5.00  (S) $0.00  (A) $5.00  (P) $0.00  (U) $10.00  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WILLIAMSON COUNTY TRUSTEE C/O YOST ROBERTSON NOWAK PLLC WILLIAMSON COUNTY DELINQUENT TAX ATTORNEYS PO BOX 681346 FRANKLIN, TN 37068 | 1578 | Motors Liquidation Company | $6.00  (S) $0.00  (A) $0.00  (P) $0.00  (U) $6.00  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIS INDEPENDENT SCHOOL DISTRICT MICHAEL J DARLOW PERDUE BRANDON FIELDER COLLINS & MOTT LLP 1235 NORTH LOOP WEST STE 600 HOUSTON, TX 77008 | 51332 | Motors Liquidation Company | $304.69  (S) $0.00  (A) $0.00  (P) $0.00  (U) $304.69  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILSON COUNTY TAX COLLECTOR PO BOX 1162 WILSON, NC 27894 | 453 | Motors Liquidation Company | $608.36  (S) $0.00  (A) $0.00  (P) $0.00  (U) $608.36  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WJ (BO) MCALPINE REVENUE COMMISSIONER, MARENGO COUNTY PO BOX 480578 LINDEN, AL 36748 | 6969 | Motors Liquidation Company | $23.15  (S) $0.00  (A) $0.00  (P) $0.00  (U) $23.15  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| YAKIMA COUNTY TREASURER PO BOX 22530 YAKIMA, WA 98907 | 942 | Motors Liquidation Company | $70.14  (S) $0.00  (A) $0.00  (P) $0.00  (U) $70.14  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| YAKIMA COUNTY TREASURER PO BOX 22530 YAKIMA, WA 98907 | 69994 | Motors Liquidation Company | $307.79  (S) $0.00  (A) $307.79  (P) $0.00  (U) $615.58  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and do not replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| **Claims to be Disallowed and Expunged Totals** | **89** | **$578,262.32**  (S) | | | |
| | | **$0.00**  (A) | | | |
| | | **$5,917,089.64**  (P) | | | |
| | | **$6,069.07**  (U) | | | |
| | | **$6,501,421.03**  (T) | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.