> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

## NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (Amended and Superseded Claims)

      **PLEASE TAKE NOTICE** that on May 27, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their twenty-second omnibus objection to claims (the "**Twenty-Second**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the Twenty-

Second Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber,

United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York 10004, on **June 29,**

**2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Twenty-Second

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document

Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard

copy delivered directly to Chambers), in accordance with General Order M-182 (which can be

found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on

(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New

York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky,

Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400,

Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance

Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader,

Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World

Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United

States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington,

D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export

Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael

J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren

Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the

Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004

(Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street,

Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler,

Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured

creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York

10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle,

N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C.

Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation,

attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos

personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L.

Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **June 22, 2010

at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Twenty-Second Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Twenty-Second Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
        May 27, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

HEARING DATE AND TIME: June 29, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: June 22, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :    **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*   :    **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*    :
                                                            :
         **Debtors.**    :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

## DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (Amended and Superseded Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

       Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

### Relief Requested

       1.    The Debtors file this twenty-second omnibus objection to claims (the

"**Twenty-Second Omnibus Objection to Claims**") pursuant to section 502(b) of title 11 of the

United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the **"Bankruptcy Rules"**), and this Court's order approving procedures for the filing

of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures

Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims

listed on **Exhibit A** annexed hereto.[1]

        2.      The Debtors have examined the proofs of claim identified on Exhibit A

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed

and Expunged*" (collectively, the "**Amended and Superseded Claims**") have been amended and

superseded by at least one subsequently corresponding claim identified under the heading

"*Surviving Claims*" (collectively, the "**Surviving Claims**").  The Debtors seek entry of an order

disallowing and expunging from the claims register the Amended and Superseded Claims and

preserving the Debtors' right to later object to any Surviving Claim on any other basis.

        3.      This Twenty-Second Omnibus Objection to Claims does not affect any of

the Surviving Claims and does not constitute any admission or finding with respect to any of the

Surviving Claims.  Further, the Debtors reserve all their rights to object on any other basis to any

Amended and Superseded Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

        4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

**General Background**

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Chapter 11 Case Number 09-50026 (REG).  On

September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and

statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009,

the Realm/Encore Debtors filed their schedules of assets and liabilities and statements of

financial affairs.

6.      On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009, as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010, as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010, as the deadline to file a proofs of claim).

7.      Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Initial Debtors, among other things, to file omnibus objections to no more

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., Ch. 11 Case No. 09-50029 and Environmental Corporate Remediation Company, Inc., Ch. 11 Case No. 09-50030.

than 100 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007

and those additional grounds set forth in the Procedures Order.

### The Relief Requested Should Be Approved by the Court

8.       A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See

In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd sub nom.*, *Peter J. Solomon*

*Co. v. Oneida Ltd.*, No. 09-CV-2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re*

*Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15

(Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr.

S.D.N.Y. 2000).

9.       Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).  The

Debtors have carefully analyzed the proofs of claim identified on Exhibit A and have determined

that each Amended and Superseded Claim has been amended and superseded by the

subsequently filed corresponding Surviving Claim.

10.      To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge in their entirety the Amended and

Superseded Claims.  The Surviving Claims will remain on the claims register subject to further

objections on any other basis.

### Notice

11.      Notice of the Twenty-Second Omnibus Objection to Claims has been

provided to each claimant listed on Exhibit A and parties in interest in accordance with the

4

Second Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated March 19, 2010 [Docket No.

5308].

            12.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

            WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       May 27, 2010

                         /s/ Joseph H. Smolinsky
                         Harvey R. Miller
                         Stephen Karotkin
                         Joseph H. Smolinsky

                         WEIL, GOTSHAL & MANGES LLP
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone: (212) 310-8000
                         Facsimile: (212) 310-8007

                         Attorneys for Debtors
                         and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                        :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS
### (Amended and Superseded Claims)

Upon the twenty-second omnibus objection to claims, dated May 27, 2010 (the

"**Twenty-Second Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking

entry of an order disallowing and expunging the Amended and Superseded Claims on the

grounds that such claims have been amended and superseded by the corresponding Surviving

Claims, all as more fully described in the Twenty-Second Omnibus Objection to Claims; and due

and proper notice of the Twenty-Second Omnibus Objection to Claims having been provided,

and it appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Twenty-Second Omnibus Objection to Claims is in the

---

[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Twenty-Second Omnibus Objection to Claims.

best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal

and factual bases set forth in the Twenty-Second Omnibus Objection to Claims establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Twenty-Second Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit A** annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "**Amended and Superseded Claims**") are disallowed and expunged; and it is

further

ORDERED that the claims listed on Exhibit A annexed hereto under the heading

"*Surviving Claims*" (collectively, the "**Surviving Claims**") will remain on the claims register,

and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Amended and

Superseded Claims does not constitute any admission or finding with respect to any of the

Surviving Claims; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit A annexed to the Twenty-Second

Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is

not listed on Exhibit A annexed hereto and (ii) any Surviving Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
   _____, 2010


            _____
            United States Bankruptcy Judge

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ALLA AVERBUKH<br><br>C/O THE KUHLMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  6/15/2009 | 97 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ALLA AVERBUKH<br><br>C/O THE KUHLMAN LAW FIRM LLC<br>1100 MAIN STREET SUITE 2550<br><br>KANSAS CITY, MO 64105<br><br>Official Claim Date  11/27/2009 | 61682 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |
| ALSTON KAIYA L JR<br><br>ALSTON, KAIYA JR L<br>C/O MARK B TINSLEY, ESQ<br>PO BOX 1000<br>ALLENDALE, SC 29810<br><br>Official Claim Date  11/17/2009 | 28378 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000,000.00  (P)<br>$0.00  (U)<br>$5,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ALSTON, KAIYA JR L<br><br>C/O MARK B TINSLEY<br>GOODING AND GOODING<br>PO BOX 1000<br>ALLENDALE, SC 29810<br><br>Official Claim Date  11/17/2009 | 28380 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000,000.00  (P)<br>$0.00  (U)<br>$5,000,000.00  (T) |
| ALSTON, KAIYA JR L<br><br>C/O MARK B TINSLEY<br>GOODING & GOODING<br>PO BOX 1000<br>ALLENDALE, SC 29810<br><br>Official Claim Date  11/17/2009 | 28374 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000,000.00  (P)<br>$0.00  (U)<br>$5,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ALSTON, KAIYA JR L<br><br>C/O MARK B TINSLEY<br>GOODING AND GOODING<br>PO BOX 1000<br>ALLENDALE, SC 29810<br><br>Official Claim Date  11/17/2009 | 28380 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000,000.00  (P)<br>$0.00  (U)<br>$5,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ALSTON, KEISHA<br><br>C/O MARK B TINSLEY<br>GOODING & GOODING<br>PO BOX 1000<br>ALLENDALE, SC 29810<br><br>Official Claim Date  11/17/2009 | 28375 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000,000.00  (P)<br>$0.00  (U)<br>$5,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ALSTON, KEISHA<br><br>C/O MARK B TINSLEY ESQ<br>GOODING AND GOODING<br>PO BOX 1000<br>ALLENDALE, SC 29810<br><br>Official Claim Date  11/17/2009 | 28379 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000,000.00  (P)<br>$0.00  (U)<br>$5,000,000.00  (T) |
| AMERICAN INTERNATIONAL INSURANCE COMPANY OF DELAWARE<br><br>A/S/O RICHARD LARRIVA<br>LAW OFFICES OF STEVEN G KRAUS<br>122 MOUNT BETHEL ROAD<br>WARREN, NJ 07059<br><br>Official Claim Date  7/27/2009 | 890 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$28,530.90  (U)<br>$28,530.90  (T) | Amended and Superseded Claims | Pgs. 1-5 | AMERICAN INTERNATIONAL INSURANCE COMPANY OF DELEWARE<br><br>A/S/O RICHARD LARRIVA<br>LAW OFFICES OF STEVEN G KRAUS<br>122 MOUNT BETHEL ROAD<br>WARREN, NJ 07059<br><br>Official Claim Date  11/23/2009 | 38340 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$28,530.90  (U)<br>$28,530.90  (T) |
| ANGEL TREJO HERNANDEZ INDIVIDUALLY<br><br>C/O JASON P HOELSCHER<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/29/2009 | 387 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ANGEL TREJO HERNANDEZ INDIVIDUALLY<br><br>C/O JASON P HOELSCHER<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58939 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

Twenty-Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ANGELICA GOMEZ BOCANEGRA INDIVIDUALLY<br><br>ATTN JASON P HOELSCHER<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/29/2009 | 594 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ANGELICA GOMEZ BOCANEGRA INDIVIDUALLY<br><br>ATTN JASON P HOELSCHER<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58938 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500,000.00  (U)<br>$3,500,000.00  (T) |
| APPLIED SCIENCE ASSOCIATES INC<br><br>4607 W LAMB AVE<br>TAMPA, FL 33629<br><br>Official Claim Date  9/18/2009 | 1368 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,150.00  (U)<br>$3,150.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | APPLIED SCIENCE ASSOCIATES INC<br><br>4607 W LAMB AVE<br>TAMPA, FL 33629<br><br>Official Claim Date  10/5/2009 | 5033 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,150.00  (U)<br>$3,150.00  (T) |
| AUSTIN UTILITIES (CITY OF)<br><br>PO BOX 2267<br>AUSTIN, TX 78783<br><br>Official Claim Date  10/19/2009 | 11892 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,669.29  (U)<br>$18,669.29  (T) | Amended and Superseded Claims | Pgs. 1-5 | AUSTIN UTILITIES (CITY OF)<br><br>PO BOX 2267<br>AUSTIN, TX 78783<br><br>Official Claim Date  10/20/2009 | 17731 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,669.29  (U)<br>$18,669.29  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BARRERA, DAVID<br><br>244 EMERALD LN<br>BROWNSVILLE, TX 78520<br><br>Official Claim Date  10/20/2009 | 13283 | Motors Liquidation Company | $7,500.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$7,500.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | BARRERA, DAVID<br><br>244 EMERALD LN<br>BROWNSVILLE, TX 78520<br><br>Official Claim Date  11/13/2009 | 25357 | Motors Liquidation Company | $7,500.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$7,500.00  (T) |
| BRITTANY ELKINS, A MINOR<br><br>C/O SCOTT R MELTON (P34435), ATTORNEY<br>50 MONORE AVENUE NW<br>SUITE 700W<br>GRAND RAPIDS, MI 49503<br><br>Official Claim Date  7/22/2009 | 802 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,800,000.00  (U)<br>$2,800,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | BRITTANY ELKINS, A MINOR<br><br>C/O SCOTT MELTON (P 34435) ATTORNEY<br>50 MONORE AVE NW SUITE 700W<br><br>GRAND RAPIDS, MI 49503<br><br>Official Claim Date  11/17/2009 | 28856 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,800,000.00  (U)<br>$2,800,000.00  (T) |
| BRYSON CASEY<br><br>C/O THE KUHLMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  6/15/2009 | 96 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,500,000.00  (U)<br>$6,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | BRYSON CASEY<br><br>C/O THE KUHLMAN LAW FIRM, LLC<br>1100 MAIN ST, STE 2550<br><br>KANSAS CITY, MO 64105<br><br>Official Claim Date  11/12/2009 | 23467 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,500,000.00  (U)<br>$6,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| D & M REAL ESTATE LLC<br><br>NELSON LEVINE DELUCA & HORST LLC<br>457 HADDONFIELD RD STE 710<br>CHERRY HILL, NJ 08002<br><br>Official Claim Date  11/30/2009 | 66215 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | D & M REAL ESTATE LLC<br><br>NELSON LEVINE DELUCA & HORST LLC<br>457 HADDONFIELD RD STE 710<br>CHERRY HILL, NJ 08002<br><br>Official Claim Date  11/30/2009 | 66211 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| DANIEL BUTLER<br><br>124 S GRAHAM ST<br>PITTSBURGH, PA 15208<br><br>Official Claim Date  10/5/2009 | 4804 | Motors Liquidation Company | $75,000.00  (S)<br>$0.00  (A)<br>$100,000.00  (P)<br>$100,000.00  (U)<br>$275,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DANIEL BUTLER<br><br>124 S GRAHAM ST<br>PITTSBURGH, PA 15206<br><br>Official Claim Date  10/29/2009 | 17491 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) |

Note:  Debtors seek to expunge claim 4804 as amended by 17491.  Claim is related to previously filed claim 3209, also
filed by Daniel Butler, that was expunged on Sixth Omnibus objection and amended by claim number 17491.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DOBY VEREEN JOHNSON A/N/F D A J<br><br>ATTN: BRANTLEY W WHITE<br>SICO, WHITE, HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/16/2009 | 115 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DOBY VEREEN JOHNSON A/N/F D A J<br><br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58659 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts
listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise
cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Second Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DOBY VEREEN JOHNSON A/N/F D V J<br><br>ATTN: BRANTLEY W WHITE<br>SICO, WHITE, HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/16/2009 | 116 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DOBY VEREEN JOHNSON A/N/F D V J<br><br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58658 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000,000.00  (U)<br>$2,000,000.00  (T) |
| DOBY VEREEN JOHNSON AS REPRESENTATIVE OF<br><br>THE ESTATE OF BRITTANY JOHNSON DECEASED<br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/16/2009 | 114 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DOBY VEREEN JOHNSON AS REPRESENTATIVE OF<br><br>THE ESTATE OF BRITTANY JOHNSON DECEASED<br>ATTN BRANTLEY W WHITE, SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 59263 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| DOBY VEREEN JOHNSON INDIVIDUALLY<br><br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/16/2009 | 113 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | DOBY VEREEN JOHNSON INDIVIDUALLY<br><br>ATTN BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58931 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Second Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| EDEN ELKINS, A MINOR<br><br>SCOTT R MELTON (P34435), ATTORNEY<br>50 MONORE AVENUE NW, SUITE 700W<br>GRAND RAPIDS, MI 49503<br><br>Official Claim Date  7/22/2009 | 801 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,800,000.00  (U)<br>$2,800,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | EDEN ELKINS, A MINOR<br><br>C/O SCOTT R MELTON (P34435) ATTORNEY<br>50 MONORE AVE NW SUITE 700W<br>GRAND RAPIDS, MI 49503<br><br>Official Claim Date  11/17/2009 | 28857 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,800,000.00  (U)<br>$2,800,000.00  (T) |
| HALEY JENKINS<br><br>C/O THE KUHLMAN LAW FIRM LLC<br>1100 MAIN STREET<br>SUITE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  6/15/2009 | 95 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | HALEY JENKINS<br><br>C/O THE KUHLMAN LAW FIRM, LLC<br>1100 MAIN STREET  STE 2550<br><br>KANSAS CITY, MO 64105<br><br>Official Claim Date  11/12/2009 | 23005 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |
| HARMS, JOLENE C<br><br>C/O LESAGE, MICHAEL T<br>620 13TH ST, PO BOX 306<br><br>PASO ROBLES, CA 93447<br><br>Official Claim Date  11/20/2009 | 65848 | Motors Liquidation Company | $100,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$200,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | HARMS, JOLENE C<br><br>LESAGE, MICHAEL T<br>PO BOX 306<br>620 13TH ST<br>PASO ROBLES, CA 93446<br><br>Official Claim Date  11/23/2009 | 36538 | Motors Liquidation Company | $100,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$200,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JAY BAKER<br><br>ATTN: RICHARD J BARNES, ESQ<br>CELLINO & BARNES, PC<br>350 MAIN ST, 25TH FLOOR<br>BUFFALO, NY 14202<br><br>Official Claim Date  6/25/2009 | 308 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | JAY BAKER<br><br>ATTN: RICHARD J BARNES, ESQ<br>C/O CELLINO & BARNES PC<br>350 MAIN ST, 25TH FLOOR<br>BUFFALO, NY 14202<br><br>Official Claim Date  11/23/2009 | 36088 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T) |
| JESSICA JENKINS<br><br>THE KUHLMAN LAW FIRM, LLC<br>1100 MAIN STREET, SUITE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  6/15/2009 | 86 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | JESSICA JENKINS<br><br>C/O THE KUHLMAN LAW FIRM, LLC<br>1100 MAIN STREET STE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  11/12/2009 | 23007 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500,000.00  (U)<br>$1,500,000.00  (T) |
| KPMG LLP<br><br>ATTN: LISA FOTHERINGHAM<br>10 UPPER BANK STREET<br>LONDON E145GH<br><br>GREAT BRITAIN<br><br>Official Claim Date  10/6/2009 | 14951 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | KPMG LLP<br><br>58 CLARENDON RD DEPT 791<br>WD17 1DE WATFORD<br>UNITED KINGDOM GREAT BRITAIN<br><br>GREAT BRITAIN<br><br>Official Claim Date  10/19/2009 | 12916 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MARGARITA ELIAS, AS THE REPRESENTATIVE OF<br><br>THE ESTATE OF ESTEVAN ELIAS, DECEASED<br>JOSH W HOPKINS/SICO, WHITE, HOELSCHER & BRAUGH, LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  7/20/2009 | 738 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | MARGARITA ELIAS AS THE REPRESENTATIVE OF<br><br>THE ESTATE OF ESTEVAN ELIAS DECEASED<br>ATTN JOSH W HOPKINS<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/27/2009 | 58950 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) |
| MARIA LAURA FABIOLA SANTOS FONSECA, AS PERSONAL<br><br>REPRESENTATIVE OF THE ESTATE OF DANIEL ORTIZ<br>ATTN: ERIC G ZAJAC, ESQUIRE<br>ZAJAC & ARIAS, LLC<br>1818 MARKET ST, 30TH FLR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  6/24/2009 | 228 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,500,000.00  (U)<br>$7,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | MARIA LAURA FABIOLA SANTOS FONSECA AS PERSONAL REPRESENTATIVE OF THE<br><br>ESTATE OF DANIEL ORTIZ<br>ERIC G ZAJAC ESQUIRE ZAJAC & ARIAS LLC<br>1818 MARKET ST 30TH FLR<br><br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  11/24/2009 | 65855 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,500,000.00  (U)<br>$7,500,000.00  (T) |
| MICHAEL NORTHUP AS PERSONAL REP OF THE ESTATE OF<br><br>KAREN NORTHUP, DECEASED<br>ATTN: ERIC G ZAJAC, ESQUIRE  ZAJAC & ARIAS LLC<br>1818 MARKET ST, 30TH FLR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  6/24/2009 | 230 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | MICHAEL NORTHUP AS PERSONAL REP OF THE ESTATE OF KAREN NORTHUP<br><br>C/O ERIC G ZAJAC ESQUIRE ZAJAC & ARIAS LLC<br>1818 MARKET ST 30TH FLR<br><br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  11/24/2009 | 65858 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RICHARD MELTON AS REPRESENTATIVE OF<br><br>THE ESTATE OF PAMELA MELTON DECEASED<br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/16/2009 | 111 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | RICHARD MELTON AS REPRESENTATIVE OF<br><br>THE ESTATE PAMELA MELTON DECEASED<br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA STE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58657 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| RICHARD MELTON AS REPRESENTATIVE OF<br><br>THE ESTATE OF DELILA MELTON DECEASED<br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/16/2009 | 112 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | RICHARD MELTON AS REPRESENTATIVE OF<br>THE ESTATE OF DELILA MELTON DECEAS<br><br>ATTN BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA SUITE 900<br><br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58656 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| RICHARD MELTON INDIVIDUALLY<br><br>ATTN: BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  6/16/2009 | 110 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500,000.00  (U)<br>$2,500,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | RICHARD MELTON INDIVIDUALLY<br><br>ATTN BRANTLEY W WHITE<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 N CARANCAHUA SUITE 900<br>CORPUS CHRISTI, TX 78470<br><br>Official Claim Date  11/27/2009 | 58934 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500,000.00  (U)<br>$2,500,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ROBERT J DEIERLEIN<br><br>41 PRESTON AVE<br>WEST HARRISON, NY 10604<br><br>Official Claim Date  7/10/2009 | 956 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000.00  (U)<br>$1,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ROBERT J DEIERLEIN<br><br>41 PRESTON AVE<br>WEST HARRISON, NY 10604<br><br>Official Claim Date  11/25/2009 | 46106 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000.00  (U)<br>$1,000.00  (T) |
| ROBERT J DEIERLEIN<br><br>41 PRESTON AVE<br>WEST HARRISON, NY 10604<br><br>Official Claim Date  10/15/2009 | 10638 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000.00  (U)<br>$1,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ROBERT J DEIERLEIN<br><br>41 PRESTON AVE<br>WEST HARRISON, NY 10604<br><br>Official Claim Date  11/25/2009 | 46106 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000.00  (U)<br>$1,000.00  (T) |
| ROMAN CATHOLIC DIOCESE OF PITTSBURGH TRANSFIGURATION PARISH<br><br>535 SMITHFIELD STREET SUITE 1000<br><br>PITTSBURGH, PA 15222<br><br>Official Claim Date  11/27/2009 | 59190 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | ROMAN CATHOLIC DIOCESE OF PITTSBURGH TRANSFIGURATION PARISH<br><br>MURDOCH ROBERT W<br>535 SMITHFIELD ST STE 1000<br>PITTSBURGH, PA 15222<br><br>Official Claim Date  11/27/2009 | 59191 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ROXIE CLEVENGER<br><br>C/O THE STANLEY LAW FIRM, LLC<br>1100 MAIN STREET, SUITE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  6/15/2009 | 63 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$895,000.00 (U)<br>$895,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | ROXIE CLEVENGER<br><br>THE STANLEY LAW FIRM LLC<br>1100 MAIN ST SUITE 2550<br>KANSAS CITY, MO 64105<br><br>Official Claim Date  11/17/2009 | 28808 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$895,000.00 (U)<br>$895,000.00 (T) |
| STANDEX INTERNATIONAL CORP<br><br>6 MANOR PKWY<br><br>SALEM, NH 03079<br><br>Official Claim Date  10/5/2009 | 4394 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,600.00 (U)<br>$3,600.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | STANDEX INTERNATIONAL<br><br>A/K/A MOLD - TECH MICHIGAN<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>34497 KELLY RD<br>FRASER, MI 48026<br><br>Official Claim Date  11/2/2009 | 18873 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,600.00 (U)<br>$3,600.00 (T) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>HANNAH COLVIN & PIPES<br>2051 SILVERSIDE DR STE 260<br><br>BATON ROUGE, LA 70808<br><br>Official Claim Date  11/9/2009 | 21801 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,478.63 (U)<br>$15,478.63 (T) | Amended and Superseded Claims | Pgs. 1-5 | STATE FARM MUTUAL AUTO<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO<br>HANNAH COLVIN & PIPES<br>2051 SILVERSIDE DRIVE , SUITE 260<br>BATON ROUGE, LA 70808<br><br>Official Claim Date  11/27/2009 | 59307 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,478.63 (U)<br>$15,478.63 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Second Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| STATE FARM MUTUAL INSURANCE CO A/S/O RYAN BEECH<br><br>C/O PATRICK R GAREIS<br>GROTEFELD & HOFFMAN LLP<br>407 SOUTH 3RD ST, STE 200<br>GENEVA, IL 60134<br>UNITED STATES OF AMERICA<br><br>Official Claim Date   10/19/2009 | 11846 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$137,952.06   (U)<br>$137,952.06   (T) | Amended and Superseded Claims | Pgs. 1-5 | STATE FARM MUTUAL INSURANCE COMPANY A/S/O RYAN BEECH<br><br>ATTN R GAREIS ATTORNEY AT LAW<br>C/O GROTEFELD & HOFFMAN<br>407 S 3RD STSTE 200<br>GENEVE, IL 80134<br><br>Official Claim Date   10/19/2009 | 11847 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$137,952.06   (U)<br>$137,952.06   (T) |
| TERRANCE J TICHY<br><br>C/O RICHARD L. DEMSEY CO., LPA<br>1350 EUCLID AVENUE, SUITE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date   11/16/2009 | 27068 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,500,000.00   (U)<br>$2,500,000.00   (T) | Amended and Superseded Claims | Pgs. 1-5 | TERRANCE J TICHY<br><br>C/O RICHARD L DEMSEY CO LPA<br>1350 EUCLID AVENUE SUITE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date   11/17/2009 | 28660 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,500,000.00   (U)<br>$2,500,000.00   (T) |
| TERRY & SHERRY SMITH AS PERSONAL REPS OF THE ESTATE OF<br><br>SHANE SMITH, DECEASED<br>ATTN: ERIC G ZAJAC, ESQUIRE<br>ZAJAC & ARIAS LLC<br>1818 MARKET ST, 30TH FLR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date   6/24/2009 | 229 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000,000.00   (U)<br>$5,000,000.00   (T) | Amended and Superseded Claims | Pgs. 1-5 | TERRY & SHERRY SMITH AS PERSONAL REPRESENTATIVES OF THE ESTATE OF<br><br>SHANE SMITH DECEASED<br>C/O ERIC G ZAJAC ESQUIRE ZAJAC & ARIAS LLC<br>1818 MARKET ST 30TH FLR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date   11/24/2009 | 65854 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000,000.00   (U)<br>$5,000,000.00   (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Second Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| UNITIL NORTHERN UTILITIES<br><br>ATTN: BANKRUPTCY DEPT<br>P O BOX 2025<br>SPRINGFIELD, MA 01102<br><br>Official Claim Date  6/9/2009 | 287 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$70.41  (U)<br>$70.41  (T) | Amended and Superseded Claims | Pgs. 1-5 | UNITIL NORTHERN UTILITIES<br><br>ATTN BANKRUPTCY DEPT<br>PO BOX 2025<br>SPRINGFIELD, MA 01102<br><br>Official Claim Date  10/20/2009 | 17775 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$70.41  (U)<br>$70.41  (T) |
| WELLS FARGO BANK NORTHWEST, N.A.<br><br>AS AGENT ON BEHALF OF LENDERS<br>C/O SIDLEY AUSTIN LLP<br>ATTN: KEN KANSA<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br><br>Official Claim Date  7/15/2009 | 629 | Motors Liquidation Company | $90,700,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$90,700,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | WELLS FARGO BANK NORTHWEST, N A AS AGENT ON BEHALF OF THE LENDERS<br><br>SIDLEY AUSTIN LLP<br>ATTN KEN KANSA<br>ONE SOUTH DEARBORN<br><br>CHICAGO, IL 60603<br><br>Official Claim Date  11/23/2009 | 39030 | Motors Liquidation Company | $90,700,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$90,700,000.00  (T) |
| **Claims to be Disallowed and Expunged Totals** | **41** | | **$90,882,500.00**  (S)<br>**$0.00**  (A)<br>**$15,100,000.00**  (P)<br>**$61,004,451.29**  (U)<br>**$166,986,951.29**  (T) | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 14