UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :
                                                                 :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,      :
    f/k/a General Motors Corp., *et al.*         :   09-50026 (REG)
                                                                 :
        Debtors.                  :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Alison Moodie, being duly sworn, depose and state:

1.     I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.     On May 27, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail and first class mail on Dr. Terrie Sizemore, PO Box 23 Sullivan, OH 44880:

- Endorsed Order Regarding Motion for Extension of Time [Docket No. 5891].

Dated: May 28, 2010            /s/ Alison Moodie_____
      Melville, New York              Alison Moodie

Sworn to before me this 28th day of May, 2010
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Commission Expires April 09, 2011