**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                  :
                                                       :        **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY**, *et al.,*               :
          **f/k/a General Motors Corp.,** *et al.*      :         **09-50026 (REG)**
                                                       :
                              **Debtors.**              :        **(Jointly Administered)**
                                                       :
------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           ) ss
COUNTY OF SUFFOLK          )

I, Alison Moodie, being duly sworn, depose and state:

1.       I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the

debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business

address is 105 Maxess Road, Melville, New York 11747.

2.       On May 27, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I

caused a true and correct copy of the following document to be served by first class mail on Earl Lafonza

Washington, 7010 Cranwood Drive, Flint MI 48505:

- Endorsed Order: Motion Denied for Failure to Establish a Prima Facie Entitlement to Relief
  [Docket No. 5893].

Dated:  May 28, 2010                         /s/ Alison Moodie_____
          Melville, New York                 Alison Moodie

Sworn to before me this 28th day of May, 2010

/s/Gea Somma__ _____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Commission Expires April 09, 2011