# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | TK HOLDINGS INC<br>ATTN: KEVIN KENNEDY<br>2500 TAKATA DR<br>AUBURN HILLS, MI, 48236 |
| Claim Number (if known): | 67537 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $1,343,021.69 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 5/26/2010

Signature: *Wm B. Clifford*

Print Name: WILLIAM B. CLIFFORD, JR.

Title (if applicable): ATTORNEY / AGENT

---

US_ACTIVE:\43219392\02\72240.0639