Thomas E. Coughlin
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Ste. 2500
Southfield, MI 48034
Telephone: (248) 351-3000
Facsimile: (248) 351-3082
Attorneys for MCM Management Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------)
                                                       )
In re:                                                 )
                                                       )    Chapter 11
MOTORS LIQUIDATION COMPANY, et al.)         Case No. 09-50026 (REG)
    f/k/a General Motors Corp., et al.     )
                                                       )
            Debtors.                             )    (Jointly Administered)
_____)

### WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST TO BE REMOVED FROM THE SERVICE LIST AND MATRIX

**PLEASE TAKE NOTICE** that Thomas E. Coughlin of Jaffe, Raitt, Heuer & Weiss, Professional Corporation, hereby withdraws his Notice of Appearance as counsel for MCM Management Corp., and requests that his name be removed from the service list and matrix.

                    JAFFE, RAITT, HEUER & WEISS,
                    Professional Corporation


                    By:    /s/ Thomas E. Coughlin
                           Thomas E. Coughlin (P40561)
                    Attorneys for MCM Management Corp.
                    27777 Franklin Road, Suite 2500
                    Southfield, MI 48034
                    Phone: (248) 351-3000
                    Facsimile: (248) 351-3082
                    tcoughlin@jaffelaw.com

Dated: June 1, 2010

1902776