| | |
|---|---|
| To: | United States Bankruptcy Court<br>Southern District of New York |
| From: | Indiana Department of Revenue |
| Date: | May 7, 2010 |
| Name: | Saturn Corporation |
| Case # | 09-50027 (REG) |

Notice of Withdrawal of Claim

Creditor, Indiana Department of Revenue hereby files its Notice of Withdrawal of Proof of Claim # 11798 pursuant to Bankruptcy Rule 3006.

Upon further investigation, the Indiana Department of Revenue has determined that these tax liabilities are no longer due and owing. As a result, the Department submits this Notice of Withdrawal for the purpose of notifying the Court and all interested parties that its Proof of Claim is hereby withdrawn.

*Carol Lushell*

/s/ Carol Lushell Tax Analyst, Indiana Department of Revenue