**Hearing Date and Time: August 6, 2010 at 9:45 a.m.**
**Objection Deadline: June 18, 2010 at 4:00 p.m.**
**Reply Deadline: July 12, 2010 at 4:00 p.m.**

BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
Robert M. Dombroff
Jeffrey S. Sabin
Jared R. Clark

Attorneys for Deutsche Bank AG

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————X
In re:                                              :          Chapter 11
                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.,*           :          Case No. 09-50026 (REG)
                                                    :
          Debtors.                                  :          (Jointly Administered)
————————————————————X

## NOTICE OF ADJOURNMENT

        PLEASE TAKE NOTICE that the hearing on Deutsche Bank AG's Motion for Relief

from Automatic Stay to Effect Setoff [Doc. No. 4529] previously scheduled for June 15, 2010 at

9:45 a.m. has been adjourned to August 6, 2010 at 9:45 a.m., the objection deadline has been

adjourned to June 18, 2010 at 4:00 p.m., and the deadline for replies to objections has been

adjourned to July 12, 2010 at 4:00 p.m.

Dated:  New York, New York
      May 27, 2010

BINGHAM McCUTCHEN LLP

By:  /s/ Jared R. Clark
     Robert M. Dombroff
     Jeffrey S. Sabin
     Jared R. Clark
     399 Park Avenue
     New York, NY 10022
     (212) 705-7000

Attorneys for Deutsche Bank AG

A/73251968.2