UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In Re:
MOTORS LIQUIDATION COMPANY, et al

In re: Case No. 09-50026 (REG)
Chapter 11

Debtor.
-----------------------------------------------------------------x

Plaintiff

Adversary Proceeding
Case No.

v.

Defendant
-----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, __BARRY NOVACK__, a member in good standing of the bar in the State of __CALIFORNIA__ and, if applicable, the bar of the U.S. District Court for the __CENTRAL__ District of __CALIFORNIA__, request admission, *pro hac vice*, before the Honorable __ROBERT E. GERBER__, to represent __SANFORD DEUTSCH__, a _____ in the above referenced ☑ case ☐ adversary proceeding.

Mailing address: 8383 WILSHIRE BLVD, SUITE 830 BEVERLY HILLS, CA 90211
E-mail address: bln-jd-phd@msn.com; telephone number (323) 852-1030
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated: JUNE 1, 2010
        New York, New York

### ORDER

**ORDERED,**
that __BARRY NOVACK__, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
        New York, New York    /s/ _____
                                UNITED STATES BANKRUPTCY JUDGE