COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

DONNA SODERS, on Behalf of Herself
and all Others Similarly Situated

VS.                                            CI-00-04255

GENERAL MOTORS CORPORATION

### JUDGMENT ENTRY

AND NOW, this 28th day of April, 2009, upon consideration of Plaintiff's Motion for Final Approval of Settlement, Class Representative Payments, Fee Award and Costs; Plaintiff's supporting memoranda and exhibits; and oral presentations at the final fairness hearing held on April 28, 2009, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Notice of the proposed settlement was made in accordance with the instructions provided in this Court's Order Setting Fairness Hearing on Proposed Class Action Settlement.

2. All class members have been provided with a sufficient opportunity to submit objections to the proposed settlement and participate in the final fairness hearing, and all submissions and presentations by members of the class in this action have been given due consideration.

3. The Court has held a hearing to consider the fairness, reasonableness and adequacy of the proposed Settlement, and has considered, *inter alia*, the complexity, expense and likely duration of the litigation; the reaction of the class to the proposed

**Exhibit 2**

settlement; the stage of the proceedings and the amount of discovery completed; the risk of establishing liability and damages and maintaining the class through trial; the ability of Defendant General Motors corporation to withstand a greater judgment; and the range of reasonableness of the settlement in light of the best possible recovery and all the attendant risks of litigation.

4. The Court has also given significant weight to the belief of experienced counsel appointed to represent the interests of the class that the proposed settlement is in the best interest of the class.

5. The Court finds that the proposed settlement is not the product of collusion between the parties and their respective counsel, but rather was the result of bona fide, good faith, arm's length negotiations between experienced counsel after sufficient discovery was obtained.

6. A review of all relevant factors supports the proposed settlement, and the same is hereby approved and found to be, in all respects, fair, reasonable and adequate and in the best interests of the class as a whole.

7. The requested payment of $5,000 to the class representative is found to be fair and reasonable in light of her efforts, and is hereby approved.

8. The requested total fee award of $1,687,858.75, voluntarily reduced by ½ by class counsel at the final fairness hearing to $843,929.37, is found to be fair and reasonable, and is approved, in light of the time and efforts reasonably expended by the attorneys in the litigation; the quality of services rendered; the results achieved and benefits conferred upon the class; the magnitude, complexity and uniqueness of the litigation; and the contingent nature of their fee.

9. The requested reimbursement of total costs of $437,416.92 to class counsel is found to be fair and reasonable, and is hereby approved.

10. The parties are bound by all terms in the Settlement Agreement, including the Release of Claims provisions in Subparagraphs 3.22 through 3.27 of the Settlement Agreement, and shall take all steps necessary to implement and effectuate the terms in the Settlement Agreement.

11. This action is dismissed with prejudice.

12. The termination of the above-captioned action is subject only to the Court's continuing jurisdiction solely and exclusively to enforce the terms of the Settlement Agreement.

                                        BY THE COURT:

                                        LOUIS J. FARINA
                                        PRES. JUDGE
                                        LOUIS J. FARINA
                                        PRESIDENT JUDGE

Attest:

Copies to:

   Joseph F. Roda, Esq.; Michele S. Burkholder, Esq.
   Christopher S. Underhill, Esq.
   Michael H. Carpenter., Esq.; Jeffrey A. Lipps, Esq.

