10/04/2004  19:01    5705877 0045
03/13/2009  14:43    6105564408                    LAW OFFICES                              PAGE  01
                                                                                            PAGE  01/01



**THE GIBSON LAW FIRM**

215-729-7000

Robert T. Gibson
Member: PA Bar
LL.M. in Trial Advocacy

March 13, 2009

**VIA FACSIMILE ONLY: 570-587-7004**

Karen and George Kairis
P.O. Box 8
Whites Ferry Road
Lake Winola, PA 18625

Re:   *Soders v. General Motors Corp.*, C.C.P. Lancaster Co., No. CI-00-04255

Dear Karen and George,

Please allow this letter to confirm that you have retained me to object on your behalf to the proposed class action settlement in *Soders v. General Motors Corp*. If there is a settlement pertaining to the objection, you will receive ten percent of any such settlement. If there is no settlement but the Court sustains the objection, I will petition the Court for payment of my attorneys fees, as well as incentive awards for you. <u>You will not be responsible for any expenses.</u> Also, please allow this letter to confirm that you were referred to me by Kristen Jesse, Esquire, who may share in any fee I recover. Please sign this letter at the bottom and fax it back to me. Thank you for allowing me to be of service to you.

Very truly yours,

*[signature]*

ROBERT T. GIBSON

*[signature]*
Karen Kairis

*[signature]*
George Kairis

319 WEST FRONT STREET, MEDIA, PA 19063 • TELEPHONE: 215-729-7000 • FACSIMILE: 215-359-2166
rgibson@gibsonlawfirm.net

Exhibit 5