UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corporation, *et al.*, | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

# STATEMENT OF FINANCIAL AFFAIRS FOR

Motors Liquidation Company (f/k/a General Motors Corporation)

Case No: 09-50026

Exhibit 8

Motors Liquidation Company  
Case Number:   09-50026

Attachment 3b

**3b Net payments made to creditors within the past 90 days**

| Payee | Address | City, State & Zip | Payment Date | Payment Number | Payment Amount |
|---|---|---|---|---|---|
| CARINO VICENTE B MD PC | 6520 STONEBROOK LN | FLUSHING, MI 48433 | 5/4/2009 | 002962868 | $4,100 |
| | | CARINO VICENTE B MD PC SUBTOTAL | | | $9,430 |
| CARL BLACK BUICK PONTIAC GMC | 1110 ROBERTS BLVD NW | KENNESAW, GA 30144 | 5/19/2009 | 000148797 | $1,450,000 |
| | | CARL BLACK BUICK PONTIAC GMC SUBTOTAL | | | $1,450,000 |
| CARL W. HARRIS ANDCONSUMER LEG | | | 4/6/2009 | 901003493 | $6,500 |
| | | CARL W. HARRIS ANDCONSUMER LEG SUBTOTAL | | | $6,500 |
| CARLOTTA VEAL AND RONALD S.WEI | | | 4/2/2009 | 901003421 | $7,500 |
| | | CARLOTTA VEAL AND RONALD S.WEI SUBTOTAL | | | $7,500 |
| CARLOW ASSOCIATION INC | 5060 RIVER RD | SCHILLER PARK, IL 601761076 | 5/13/2009 | 002964297 | $30,762 |
| | | CARLOW ASSOCIATION INC SUBTOTAL | | | $30,762 |
| CARNEY BADLEY & SPELLMAN | 701 5TH AVE STE 3600 | SEATTLE, WA 981047010 | 4/14/2009 | 002960151 | $12,100 |
| CARNEY BADLEY & SPELLMAN | 701 5TH AVE STE 3600 | SEATTLE, WA 981047010 | 4/28/2009 | 002961968 | $6,050 |
| CARNEY BADLEY & SPELLMAN | 701 5TH AVE STE 3600 | SEATTLE, WA 981047010 | 5/15/2009 | 002964470 | $6,050 |
| | | CARNEY BADLEY & SPELLMAN SUBTOTAL | | | $24,200 |
| CARO CARBIDE CORPORATION | 553 ROBBINS DR | TROY, MI 480834559 | 5/18/2009 | 002512295 | $1,218 |
| CARO CARBIDE CORPORATION | 553 ROBBINS DR | TROY, MI 480834559 | 4/20/2009 | 002504641 | $5,612 |
| | | CARO CARBIDE CORPORATION SUBTOTAL | | | $6,830 |
| CAROLE A HEATH, ROBERT T HEATH | | | 3/24/2009 | 901003010 | $5,500 |
| | | CAROLE A HEATH, ROBERT T HEATH SUBTOTAL | | | $5,500 |
| CARPENTER & LIPPS LLP | 280 NORTH HIGH ST STE 1300 | COLUMBUS, OH 43215 | 3/18/2009 | 002497299 | $124,250 |
| CARPENTER & LIPPS LLP | 280 NORTH HIGH ST STE 1300 | COLUMBUS, OH 43215 | 5/7/2009 | 002510626 | $7,679 |
| CARPENTER & LIPPS LLP | 280 NORTH HIGH ST STE 1300 | COLUMBUS, OH 43215 | 3/24/2009 | 002498332 | $58,425 |
| CARPENTER & LIPPS LLP | 280 NORTH HIGH ST STE 1300 | COLUMBUS, OH 43215 | 5/19/2009 | 002512935 | $5,000 |
| CARPENTER & LIPPS LLP | 280 NORTH HIGH ST STE 1300 | COLUMBUS, OH 43215 | 5/5/2009 | 002510079 | $270,446 |
| CARPENTER & LIPPS LLP | 280 NORTH HIGH ST STE 1300 | COLUMBUS, OH 43215 | 3/31/2009 | 002499572 | $125,724 |
| CARPENTER & LIPPS LLP | 280 NORTH HIGH ST STE 1300 | COLUMBUS, OH 43215 | 5/14/2009 | 002511946 | $2,255 |
| CARPENTER & LIPPS LLP | 280 NORTH HIGH ST STE 1300 | COLUMBUS, OH 43215 | 5/22/2009 | 002513661 | $10,257 |
| | | CARPENTER & LIPPS LLP SUBTOTAL | | | $604,035 |
| ⇨ CARPENTER LIPPS & LELAND LLP | 280 PLAZE SUITE 1300 280 NORTHHIGH STREET | COLUMBUS, OH 43215 | 5/6/2009 | 000148346 | $1,281,346 |
| | | CARPENTER LIPPS & LELAND LLP SUBTOTAL | | | $1,281,346 |
| CARRIE RIZZI ANDCONSUMER LEGAL | | | 5/19/2009 | 901006658 | $8,000 |
| | | CARRIE RIZZI ANDCONSUMER LEGAL SUBTOTAL | | | $8,000 |
| CARRIER CORPORATION | PO BOX 93844 | CHICAGO, IL 606733844 | 4/2/2009 | 002958908 | $11,433 |
| CARRIER CORPORATION | PO BOX 905303 | CHARLOTTE, NC 282905303 | 3/23/2009 | 002498019 | $1,983 |
| CARRIER CORPORATION | PO BOX 905303 | CHARLOTTE, NC 282905303 | 4/20/2009 | 002504846 | $7,369 |
| | | CARRIER CORPORATION SUBTOTAL | | | $20,785 |