# Sheila Stephenson

| | |
|---|---|
| **From:** | Sheila Stephenson |
| **Sent:** | Tuesday, March 23, 2010 4:27 PM |
| **To:** | 'rgibson@gibsonlawfirm.net'; Jeffrey A. Lipps; 'chrisu@hublaw.com' |
| **Cc:** | Michele Burkholder |
| **Subject:** | Soders v. GM (Claim Capping Letter) |
| **Attachments:** | Capping Claim Letter and Attached Supplement.pdf |

Dear Messrs. Gibson, Lipps and Underhill,

Attached please find a Capping Claim Letter for the Settlement Agreement in *Soders v. General Motors Corporation* and RodaNast, P.C. with attached supplement. Paper copies will follow by first class mail.

Sincerely,

Sheila M. Stephenson
Legal Assistant

RodaNast, P.C.
801 Estelle Drive
Lancaster, PA 17601
Telephone: 717-892-3000
Facsimile: 717-892-1200

*This communication contains CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipient(s) identified above. If you are not the intended recipient of this communication, you are hereby notified that any use, dissemination, downloading, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by e-mail at rodanast@rodanast.com or by telephone at (717) 892-3000. Please then delete the communication and destroy all copies. Thank you.*

Please consider the environment before printing this e-mail.

Exhibit 10

5/19/2010