Joseph F. Roda
*Pro Hac Vice*
RODANAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Telephone: (717) 892-3000
Facsimile: (717) 892-1200
jroda@rodanast.com

Attorney for "Settlement Agreement in Soders
v. General Motors Corp. and RodaNast, P.C.,"
Creditors

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
                                                           :
**In re**                                                  :    Chapter 11 Case No.:
                                                           :
**MOTORS LIQUIDATION COMPANY,**                            :    09-50026 (REG)
    et al.,                                                :
                                                           :    (Jointly Administered)
            **Debtors.**                                   :
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that I have today caused to be served, via first class mail, postage pre-paid, a true and correct copy of the foregoing Response to Creditors Gibson Law Firm/George and Karen Kairis's Objection to Claim of "Settlement Agreement in Soders v. General Motors Corp. and RodaNast, P.C." (Proof of Claim No. 44887) Submitted for ADR Resolution Pursuant to General Order M-390 and Petition to Intervene [Response to Docket Entry no. 5369], on the following:

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esquire,
Stephen Karotkin, Esquire,
Joseph H. Smolinsky, Esquire
and Pablo Falabella, Esquire
*Attorneys for Debtors*

Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn: Ted Stenger
*Debtors*

General Motors, LLC
300 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esquire

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10282
Attn: John J. Rapisardi, Esquire
*Attorneys for the U.S. Department of the Treasury*

The United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn: Joseph Samarias, Esquire

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esquire
and Michael L. Schein, Esquire
*Attorneys for Export Development Canada*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer, Esquire,
Amy Caton, Esquire,
Lauren Macksoud, Esquire and
Jennifer Sharrett, Esquire
*Attorneys for Statutory Committee of Unsecured Creditors*

Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esquire

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
Attn: David S. Jones, Esquire and
Natalie Kuehler, Esquire

The Gibson Law Firm
319 West Front Street
Media, Pennsylvania 19063
Attn: Robert T. Gibson, Esquire
*Attorney for Creditors Gibson Law Firm / George and Karen Kairis*

Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Attn: Jeffrey A. Lipps, Esquire
*Counsel for Defendants (Soders)*

Hartman Underhill & Brubaker, LLP
221 East Chestnut Street
Lancaster, Pennsylvania 17602
Attn: Christopher S. Underhill, Esquire
*Counsel for Defendants (Soders)*

DATED: May 25, 2010

*[signature]*
Joseph F. Roda
*Pro Hac Vice*

RODANAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Telephone: (717) 892-3000
Facsimile: (717) 892-1200
jroda@rodanast.com

Attorney for "Settlement Agreement in Soders v. General Motors Corp. and RodaNast, P.C.," Creditors