

**ZAJAC & ARIAS, LLC**

1818 Market Street, 30th Floor
Philadelphia, PA 19103
www.TeamLawyers.com
Toll Free: (888) 575-7615

**Eric G. Zajac, Esquire**
Licensed PA & NJ
Phone:  (215) 575-7615
Fax:      (215) 575-7640
Eric@TeamLawyers.com

May 25, 2010

Clerk, U.S. Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

RE:   In re Motors Liquidation Company
        Case No. 09-50026-reg

To whom it may concern:

This is to request that I no longer receive e-mail notifications of filings in this case. My e-mail address is eric@teamlawyers.com.

Thank you for your attention to this matter.

Very truly yours,

Eric G. Zajac, Esquire
EGZ/

cc: Nancy Campbell, Esquire
Walter Kawalec, Esquire
Brianna Benfield, Esquire

RECEIVED
MAY 28 2010
U.S. BANKRUPTCY COURT, SDNY