# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

RECEIVED MAY 28 2010 U.S. BANKRUPTCY COURT, SDNY

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | DENISE COOL PERSONAL REPRESENTATIVE OF THE ESTATE OF KIMBERLY LOUISE COOL ATTN: JAIME D JACKSON ESQ ATLEE, HALL & BROOKHART LLP 8 N QUEEN ST, PO BOX 449 LANCASTER, PA 17608 |
| Claim Number (if known): | 357 |
| Date Claim Filed: | 6/26/2009 |
| Total Amount of Claim Filed: | $2,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 5/25/10

Print Name: Jaime Jackson

Title (if applicable): Attorney