# KENNEDY, CAMPBELL, LIPSKI & DOCHNEY

(Not a Partnership Employees of a Member Company of Zurich Financial Services Group)
ATTORNEYS at LAW
1818 MARKET STREET, SUITE 2510
PHILADELPHIA, PA 19103
(215) 430-6350
FAX (215) 430-6351

TERANCE P. KENNEDY°
NANCY E. CAMPBELL°*
GERARD F. LIPSKI°*
KEVIN R. DOCHNEY°*
LISA BELLINO APELIAN°
PETER H. BACH*
RYAN M. COHEN°*
ROBERT L. FRALEY*

°ADMITTED IN PA
*ADMITTED IN NJ

**REPLY TO PHILADELPHIA**

MITCHELL I. GOLDING°
BROOKE KWATNY KRAVITZ°
FRANK A. LaSALVIA°*
JAMES J. LAW*
ROBERT C. MICKLE, JR.°
ROBERT J. SIEGEL°
ELIZABETH F. WALKER°*

NJ OFFICE: 303 LIPPINCOTT DRIVE
SUITE 310
MARLTON, NJ 08053
TEL: 856-596-7757

RECEIVED JUN - 1 2010 U.S. BANKRUPTCY COURT, SDNY

May 28, 2010

Clerk, U.S. Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NJ 10004

    RE:    In re Motors Liquidation Company
             Case No.: 09-50026-REG

Dear Sir or Madam:

This is to request that I no longer receive e-mail notifications of filings in this case. My e-mail address is nancy.campbell@zurichna.com.

Thank you for your attention to this matter.

                                Very truly yours,
                                **KENNEDY, CAMPBELL, LIPSKI**
                                **& DOCHNEY**

                                Nancy E. Campbell

                                NANCY E. CAMPBELL, ESQUIRE
                                E-Mail: nancy.campbell@zurichna.com
                                Direct Dial: 215 430-6385

NEC/srs
Cc:    Eric G. Zajac, Esquire