# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BERNICE JAMES TREASURER TAX COLLECTOR<br>PO BOX 579<br>SANTA BARBARA, CA  93102 |
| Claim Number (if known): | 01033 |
| Date Claim Filed: | 8/11/09 |
| Total Amount of Claim Filed: | $ 210,023.95 |

RECEIVED JUN - 1 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 5/24/10

*Kimberley Couch* (signature)

Print Name: KIMBERLEY COUCH

Title (if applicable): ACCOUNTANT

US_ACTIVE:¥43219392¥02¥72240.0639