# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM



| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | ANTONIA MOYA TOVAR AS NEXT FRIEND OF <br> ATTN: JASON P HOELSCHER <br> SICO, WHITE, HOELSCHER & BRAUGH LLP <br> 802 NORTH CARANCAHUA, SUITE 900 <br> CORPUS CHRISTI, TX 78470 |
| Claim Number (if known): | 406 |
| Date Claim Filed: | 6/30/2009 |
| Total Amount of Claim Filed: | 406 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 5-27-2010

Print Name: Josh W. Hopkins

Title (if applicable): _____

US_ACTIVE:¥43219392¥02¥72240.0639