# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM



RECEIVED JUN - 1 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | JOSE JESUS BAILON MOYA, INDIVIDUALLY<br>ATTN: JASON P HOELSCHER<br>SICO, WHITE, HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA, SUITE 900<br>CORPUS CHRISTI, TX 78470 |
| Claim Number (if known): | 408 |
| Date Claim Filed: | 6/30/2009 |
| Total Amount of Claim Filed: | 406 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 5-27-2010

Print Name: Josh W. Hopkins

Title (if applicable): _____

-----

US_ACTIVE:¥43219392¥02¥72240.0639