UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                                    :
                                                         :  Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al*.,  :
    f/k/a General Motors Corp., *et al.*    :  09-50026 (REG)
                                                         :
        Debtors.                            :  (Jointly Administered)
                                                         :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                          ) ss
COUNTY OF SUFFOLK  )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On May 27, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Thirteenth Omnibus Objection to Claims (Workers' Compensation Claims) [Docket No. 5894].

Dated: June 1, 2010                                 /s/ Alison Moodie
      Melville, New York                         Alison Moodie

Sworn to before me this 1st day of June, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ANGELINA G CRUZ<br>13326 HAYDEN AVENUE<br>NORWALK CA 90650-3340 | BENNETT, ISIS<br>701 KANSAS ST<br>KANNAPOLIS NC 28083-6673 |
| BENNETT, ISIS<br>WALLACE & GRAHAM, P.A., ATTY FOR ISIS BENNETT, SPOUSE OF DECEDENT<br>525 N MAIN ST.<br>SALISBURY NC 28144 | BRYANT ELMA<br>PO BOX 370154<br>DECATUR GA 30037-0154 |
| C CATALANO<br>342 TIFFANY LN<br>BRISTOL CT 06010-9441 | COOTS, MICHAEL R<br>9260 BROWN RD<br>JONESVILLE MI 49250-9736 |
| CURTIN, RAYMOND F<br>1371 N BELSAY RD<br>BURTON MI 48509-1602 | CYNTHIA K WILLIS<br>1501 MARKS DR NW<br>HARTSELLE AL 35640-8553 |
| DENNIS TARCZYNSKI<br>126 BOYER DR<br>NEWARK DE 19702-2891 | DONALD FLEMING<br>622 GRANADA DR<br>PONTIAC MI 48342-1730 |
| DONALD MARTZ<br>433 ELM TWIN COURT<br>LINTHICUM MD 21090 | ELIZABETH HEARD<br>774 WEBB HILL LN<br>MC RAE AR 72102-9003 |
| EMMA D MILLER<br>2304 NEW CUT RD<br>ALVATON KY 42122-8639 | GLISSON, JAMES M<br>3290 BIRCH RUN S<br>ADRIAN MI 49221-1162 |
| GRADY E TIDWELL<br>543 WALNUT ST<br>MOUNT MORRIS MI 48458-1952 | GRANGER, SAMUEL<br>30245 W 13 MILE RD APT 209<br>FARMINGTON HILLS MI 48334-2215 |
| HAROLD W BRADSHAW<br>C/O MARK J BECKER ATTORNEY AT LAW<br>1010 MARKET ST SUITE 1430<br>ST LOUIS MO 63101 | HESS, CHERYL ANN<br>2047 EVALINE ST<br>HAMTRAMCK MI 48212-4024 |
| HOOPER, JESSIE L<br>11811 CHAMPAIGN AVE<br>WARREN MI 48089-4607 | JAMES E KETCHEM<br>C/O RADFORD R RAINES III ATTORNEY<br>105 CHURCH ST<br>O'FALLON MO 63366 |

| | |
|---|---|
| JAMES S POST<br>C MARSHALL FRIEDMAN ATTORNEYS AT LAW A PROFESSIONAL CORPORATION<br>THIRTEENTH FLOOR 1010 MARKET STREET<br>ST LOUIS MO 63101 | JEANNINE CAMPBELL<br>937 FINEVIEW DR<br>PITTSBURGH PA 15235 |
| JOHN W BRADY<br>4218 E COLDWATER RD<br>FLINT MI 48506-1052 | JOSE A NAREZO<br>6230 KINNEVILLE RD<br>EATON RAPIDS MI 48827-9693 |
| JOSEPH DOMINELLI<br>C/O LAW OFFICES OF JOSEPH J RHODES<br>1225 KING ST SUITE 1200<br>WILMINGTON DE 19899 | JOYCE CANTRELL<br>641 W 74TH ST<br>SHREVEPORT LA 71106-3605 |
| JOYCE OGLESBY<br>5713 HILLARY ST<br>PROIWOOD OH 45426 | JUDITH THOMPSON<br>30078 HENNEPIN<br>GARDEN CITY MI 48135 |
| JULIA JOINTER<br>1609 ROBBINS AVE APT 9<br>NILES OH 44446-3955 | KEITH RIEGEL<br>915 WESLEY RD<br>FINKSBURG MD 21048-1220 |
| LAWRENCE C SMITH<br>1248 FLOWER RIDGE DR<br>LANCASTER TX 75134-1662 | LEE HOLMES<br>PO BOX 221<br>FORISTELL MO 63348 |
| LEONARD DOWDY<br>6304 MCCLEAN BLVD<br>BALTIMORE MD 21214 | LINDA A HAIRSTON<br>PO BOX 320674<br>FLINT MI 48532-0012 |
| LORI L. GOOD<br>1353 TRADING POST LN<br>O'FALLON MO 63366 | MACKALL, JAMES<br>5307 KENILWORTH AVE<br>BALTIMORE MD 21212-4339 |
| MARCIA JACKSON<br>FLOYD LAW FIRM<br>8151 CLAYTON ROAD SUITE 202<br>ST LOUIS MO 63117 | MARK E PRESCOTT<br>8271 N PORT<br>GRAND BLANC MI 48439-8063 |
| MELISSA REDEEMER<br>8860 NORTH THODE AVE APT 104<br>KANSAS CITY MO 64153 | METZ, ROBERT G<br>23 STABILIZER DR<br>MIDDLE RIVER MD 21220-4539 |

| | |
|---|---|
| MICHAEL J HARRIS<br>C/0 KRETMAR, BEATTY & SANDZA<br>2025 S BRENTWOOD BLVD, STE 20<br>SAINT LOUIS MO 63144 | MURRY L RANDALL<br>C/O MARTIN MALEC LEOPOLD ATTORNEYS<br>1007 OLIVE 5TH FLOOR<br>ST LOUIS MO 63101 |
| NATHAN BANKS<br>PO BOX 400492<br>LAS VEGAS NV 89140-0492 | NEOMIA COLEMAN<br>C/O ROBERT J KEEFE, ATTORNEY<br>105 BROADWAY STE 500<br>ST LOUIS MO 63102 |
| PEARLINE SYKES<br>8188 HONEYTREE BLVD<br>CANTON MI 48187 | RONALD ADAMS<br>5466 CALKINS RD<br>FLINT MI 48532-3303 |
| SHESS CHERYL<br>2047 EVALINE<br>HAMTRAMCK MI 48212-4024 | SIKORA, JOHN C<br>GLASSER AND GLASSER<br>CROWN CENTER, 580 EAST MAIN STREET, SUITE 600<br>NORFOLK VA 23510-2212 |
| THREATHER JONES<br>7123 THAMESFORD DR<br>FORT WAYNE IN 46835-1889 | WALKER, DAVID A<br>7218 PEACOCK LN<br>ENGLEWOOD FL 34224-9089 |
| WARE'S PHARMACY<br>304 S JEFFERSON ST<br>MASON MI 48854-1652 | |