UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11 Case No.
**MOTORS LIQUIDATION COMPANY**, *et al.*,                      :
    f/k/a General Motors Corp., *et al.*    :   09-50026 (REG)
                                                               :
    Debtors.                                :   (Jointly Administered)
                                                               :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On May 27, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Fourteenth Omnibus Objection to Claims (Workers' Compensation Claims) [Docket No. 5895].

Dated:  June 1, 2010                          /s/ Alison Moodie
    Melville, New York                 Alison Moodie

Sworn to before me this 1st day of June, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ACCIDENT FUND INSURANCE CO<br>C/O GIBSON & SHARPS<br>9390 BUNSEN PARKWAY<br>LOUISVILLE, KY 40220 | AGOSTINO, JOSEPH<br>724 NEW YORK AVE APT 7<br>MARTINSBURG, WV 25401-1251 |
| ANDREW FAGO<br>21064 NW 166TH PL<br>HIGH SPRINGS, FL 32643-7771 | AYRON WOMACK<br>C/O ROBERT J LENZE PC<br>ATTORNEY AT LAW<br>3703 WATSON ROAD<br>ST LOUIS, MO 63109 |
| CHARLES E AUGUSTINE<br>ATTN RONALD D EDELMAN ATTORNEY<br>PO BOX 220167<br>ST LOUIS, MO 63122 | CHERYL HESS<br>2047 EVALINE ST<br>HAMTRAMCK, MI 48212-4024 |
| CHRISTENE GOWEN<br>C/O COYNE CUNDIFF & HILLEMANN PC<br>ATTN BRADLEY CUNDIFF<br>11230 VETERAN'S MEMORIAL PKWY<br>LAKE ST LOUIS, MO 63367 | CRONIN, PETERS & COOK P.C .<br>221 N LA SALLE ST STE 1454<br>CHICAGO, IL 60601-1353 |
| FIGURA, FRANK R<br>161 LAUREL LN<br>GREENTOWN, PA 18426-3089 | GEORGE GARDNER<br>C/O LAW OFFICES OF JOSEPH J RHODES<br>1225 KING ST SUITE 1200<br>WILMINGTON, DE 19899 |
| HUFF, CHERYL L<br>PO BOX 6637<br>THOMASVILLE, GA 31758-6637 | JERMAINE SMITH<br>3336 ARLINGTON AVE<br>ST LOUIS, MO 63120 |
| KARL A AMBERGER<br>MARIO G SILVA ESQ<br>1001 CRAIG RD STE 260<br>CREVE COERY, MO 63146 | KAROL BRUNGER<br>1053 YARMOUTH ST<br>PORT CHARLOTTE, FL 33952-1426 |
| LONG RICHARD C 2ND ACTION<br>LONG, RICHARD C<br>1518 WALNUT ST STE 800<br>PHILADELPHIA, PA 19102-3405 | LUMSDEN, WILLIAM J<br>230 CHESTNUT SPRINGS RD<br>CHESAPEAKE CY, MD 21915-1113 |
| MAINE WORKERS COMPENSATION RESIDUAL MARK<br>C/O TERESA CLOUTIER ESQ<br>LAMBERT COFFIN<br>PO BOX 15215<br>PORTLAND, ME 04112 | MARCIA JACKSON<br>FLOYD LAW FIRM<br>8151 CLAYTON ROAD SUITE 202<br>ST LOUIS, MO 63117 |
| MATHIS PAUL C<br>42416 BROWNSTONE DR<br>NOVI, MI 48377-2885 | MISSOURI PRIVATE SECTOR INDIVIDUAL SELF-INSUI<br>ATTN R SCOTT MOORE<br>LEWIS RICE & FINGERSH LC<br>500 N BROADWAY SUITE 2000<br>ST LOUIS, MO 63102 |

| | |
|---|---|
| MORRIS, VANESSA<br>2451 MONTGOMERY AVE NW<br>WARREN, OH 44485-1423 | NATIXIS NEW YORK BRANCH<br>ATTN ADAM H ISENBERG  ESQ<br>1500 MARKET STREET 38TH FL<br>PHILADELPHIA, PA 19102 |
| NEW YORK STATE WORKERS' COMPENSATION BOARD<br>JUDGMENT UNIT<br>20 PARK ST<br>ALBANY, NY 12207 | OHIO BUREAU OF WORKERS' COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 |
| PAULA KARR<br>5738 W MORTEN AVE<br>GLENDALE, AZ 85301-1328 | PHYLLIS E WILLETT<br>PO BOX 7391<br>BLOOMFIELD HILLS, MI 48302-7391 |
| RALPH E MURPHY<br>C/O KRETMAR BEATTY & SANDZA<br>2025 BRENTWOOD BLVD STE 20<br>ST LOUIS, MO 63144 | RAYMOND KLASS<br>201 E SMITH ST<br>BAY CITY, MI 48706-3876 |
| REBECCA L SCHIEFFER<br>1635 N HWYW<br>ELSBERRY, MO 63343 | RITA L SMITH<br>808 CORK GASCON ROAD<br>EDMONTON, KY 42129 |
| ROBERT L MCNABB<br>7092 GLEN OAK DR<br>GRAND BLANC, MI 48439-9235 | ROBERT NEHREBECKI<br>4332 DECLARATION CIR<br>BELCAMP, MD 21017-1310 |
| ROGER D. WIELMS<br>C/O THEODORE G PASHOS ATTORNEY AT LAW<br>131 JEFFERSON<br>ST CHARLES, MO 63301 | RONALD E LOVERCHECK<br>DAVID J RAUSCHER, P.C.<br>500 CHESTERFIELD CENTER, STE. 355<br>CHESTERFIELD, MO 63017 |
| RUDBERG LAW OFFICES LLC<br>2107 SIDNEY ST<br>PITTSBURGH, PA 15203-1910 | SAMUEL SCRUGGS<br>237 MAPLE WREATH COURT<br>ABINGDON, MD 21009 |
| SCHLOTHAUER, MARK E<br>9937 HARFORD RD<br>PARKVILLE, MD 21234-1205 | SHARON SUE GILBERT<br>9603 HAVEN FARM RD UNIT K<br>PERRY HALL, MD 21128 |
| SHIRLEY DUNBAR<br>461 GYPSY LN APT 66C<br>YOUNGSTOWN, OH 44504-1370 | SMILEY, ARETHA<br>475 E 14 MILE RD<br>BIRMINGHAM, MI 48009 |

| | |
|---|---|
| ST JOSEPH'S HEALTH CENTER<br>C/O THE LAW OFFICES OF JAY B UMANSKY<br>12460 OLIVE BLVD STE 118<br>ST LOUIS, MO 63141 | TERENCE J CRONIN<br>C/O JAMES F MALONE, ATTORNEY AT LAW<br>8000 MARYLAND AVE STE 1000<br>ST LOUIS, MO 63105-3906 |
| TERRY J HOEY<br>PO BOX 320921<br>FLINT, MI 48532-0016 | TERRY R BEREUTER<br>C/O ROBERT J KEEFE ATTORNEY<br>10 SOUTH BROADWAY STE 500<br>ST LOUIS, MO 63102 |
| TERRY S FRENCH-RICE<br>612 N. STATE ROAD #123<br>DAVISON, MI 48423 | THERESA BITER<br>C/O STEVEN M GELFMAN ESQ<br>133 S 11TH STREET SUITE 310<br>ST LOUIS, MO 63102 |
| THERESA PARHAM<br>JAMES J BRISCOE<br>ATTORNEY AT LAW<br>501 FIRST CAPITOL DR SUITE 2<br>ST CHARLES, MO 63301 | THOMAS GENDERNALIK<br>6424 WINANS LAKE RD.<br>BRIGHTON, MI 48116 |
| THOMPSON, CHARLES W<br>2018 MARTIN RD<br>FERNDALE, MI 48220-1513 | TIBURCIA AVALOS<br>19 HAPSBURG CT<br>PERRY HILL, MD 21234 |
| TIFFANY WOMER<br>LAW OFFICE OF DONALD D ZUCCARELLO<br>3209 WEST END AVENUE<br>NASHVILLE, TN 37203 | VIVIAN MACK<br>4309 RILEA WAY APT 3<br>OAKLAND, CA 94605-3732 |
| WANDRA GRIFFIN<br>1907 MARSEILLAS BLVD.<br>CAHOKIA, IL 62206-2605 | WILLIAM C SIMPSON<br>320 3RD ST APT 251<br>SPARKS, NV 89431-5120 |
| WILLIAM D BROOKS<br>ATTN: STEPHEN J STEPHENSON<br>STEPHENSON LAW OFFICE LLC<br>780 LAKESIDE PLAZA<br>LAKE SAINT LOUIS, MO 63367 | WILLIAMS, SHERYL DENISE<br>3900 RAPHAEL ST<br>FORT WORTH, TX 76119-7749 |
| WILMA WADE<br>DOBSON, GOLDBERG, BERNS AND RICH, LLC<br>C/O MICHAEL C GOLDBERG<br>5017 WASHINGTON PLACE, 3RD FL<br>ST LOUIS, MO 63108 | |