UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                       :
                                            :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,       :
    f/k/a General Motors Corp., *et al.*   :   09-50026 (REG)
                                            :
    Debtors.                              :   (Jointly Administered)
                                            :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss
COUNTY OF SUFFOLK   )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On May 27, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on Lowell F. Sutherland, Esq., 1443 West Main Street, El Centro, CA 92243 (counsel for Del Norte Chevrolet-Olds Company):

- Stipulation and Agreed Order among the Debtors, Del Norte Chevrolet-Olds Co., and Larry Allen Regarding Proofs of Claim [Docket No. 5897].

Dated: June 1, 2010                     /s/ Alison Moodie
    Melville, New York                  Alison Moodie

Sworn to before me this 1st day of June, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012