George W. Fryhofer III
Georgia Bar No. 279110
Leigh Martin May
Georgia Bar No. 473389
Alan J. Hamilton
Georgia Bar No. 320698
Butler Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
Telephone: (404) 321-1700
Facsimile: (404) 321-1713
george@butlerwooten.com
leigh@butlerwooten.com
alan@butlerwooten.com

Joshua I. Divack
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
jdivack@hahnhessen.com

James C. Morton
Georgia Bar No. 526025
Suite 1350, Two Midtown Plaza
1349 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 966-5133
jcm-law@comcast.net

*Attorneys for William Hardee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
|                                                            | :  | Chapter 11 |
| In re                                                      | :  |            |
|                                                            | :  | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY., *et al.,*                     | :  |            |
|                                                            | :  | (Jointly Administered) |
|     Debtors.                                               | :  |            |
------------------------------------------------------------x

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF GEORGIA : 
: ss.:
COUNTY OF DeKALB :

I, LEIGH MARTIN MAY, being sworn, say:

1. I am not a party of the action, am over 18 years of age and am employed by Butler, Wooten & Fryhofer LLP, counsel for William Hardee, at whose direction service was made.

2. On June 7, 2010, I served true copies of *Plaintiff's Interrogatories and Request for Production of Documents* by First Class Mail and Electronic Mail, upon the parties set forth below:

Motors Liquidation Company
300 Renaissance Center
Detroit, MI 48265-3000

Weil, Gotshal & Manges LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
David Berz
Robert J. Lemmons
767 Fifth Avenue
New York, NY 10153

Robert B. Weiss
Donald F. Baty, Jr.
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
Detroit, MI 48226

Judy B. Calton
Honigman Miller Schwartz & Cohn, LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226

Deborah Kovsky-Apap
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157

Patrick J. Trostle
Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022

Daniel R. Murray
Jenner & Block, LLP
330 N. Wabash Avenue
Chicago, IL 606011

Dated: June 7, 2010

**BUTLER, WOOTEN & FRYHOFER, LLP**

By: ___/s/____Leigh Martin May_____
George W. Fryhofer III
Georgia Bar No. 279110
Leigh Martin May
Georgia Bar No. 473389
Alan J. Hamilton
Georgia Bar No. 320698
2719 Buford Highway
Atlanta, Georgia 30324
Telephone: (404) 321-1700
Facsimile: (404) 321-1713
george@butlerwooten.com
leigh@butlerwooten.com
alan@butlerwooten.com


Joshua I. Divack
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
jdivack@hahnhessen.com

3

- and –

James C. Morton
Georgia Bar No. 526025
Suite 1150, Two Midtown Plaza
1349 West Peachtree Street
Atlanta, GA  30309
Telephone: (404) 966-5133
Facsimile: 404-806-2525
jcm-law@comcast.net

*Attorneys for William Hardee*