# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ■ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | ARCADIS U.S., Inc./ARCADIS of New York, Inc.<br>630 Plaza Drive<br>Highlands Ranch, Colorado 80129<br>Attn: Elizabeth Spangler, Esq. |
| Claim Number (if known): | 65711 |
| Date Claim Filed: | November 25, 2009 |
| Total Amount of Claim Filed: | $21,127.90 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: May 10, 2010

*[signature: Elizabeth Spangler]*

Print Name: Elizabeth Spangler

Title: Associate Counsel, ARCADIS U.S., Inc.

---