**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- x
In re:                                   :      Chapter 11
                                         :
MOTORS LIQUIDATION COMPANY, et           :      Case No.  09-50026 (REG)
al., f/k/a General Motors Corp., et al., :
                                         :
                     Debtors.            x
-------------------------------------------------------
```

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Richard Wyron, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Fisker Automotive, Inc., a party-in-interest in the above referenced case.

I certify that I am a member in good standing of the bars of the District of Columbia and the state of Maryland and the bars of the U.S. Bankruptcy Courts and U.S. District Courts for the District of Columbia and the District of Maryland.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 8, 2010
    New York, New York                     _____*/s/ Richard H. Wyron*_____
                                            *Mailing Address:*

                                            Orrick, Herrington & Sutcliffe LLP
                                            Columbia Center
                                            1152 15th Street, N.W.
                                            Washington, D.C. 20005-1706
                                            E-mail address: rwyron@orrick.com
                                            Telephone number:  (202) 339-8514

OHS East:160725638.1