**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
| In re: | : | **Chapter 11** |
| :--- | :--- | :--- |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, f/k/a General Motors Corp., *et al.*, | : | **Case No. 09-50026 (REG)** |
| | : | |
| Debtors. | x | |

------------------------------------------------------------

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Richard H. Wyron, to be admitted, *pro hac vice*, to represent Fisker Automotive, Inc., a party-in-interest in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the District of Columbia and the state of Maryland, and the bars of the U.S. Bankruptcy Courts and U.S. District Courts for the District of Columbia and the District of Maryland, it is hereby

**ORDERED**, that Richard H. Wyron, is admitted to practice, *pro hac vice*, in the above referenced cases, provided that the filing fee has been paid.


Dated: June __ , 2010
       New York, New York          /s/ _____
                                       UNITED STATES BANKRUPTCY JUDGE

OHS East:160725640.1