**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
| In re: | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et* | : | Case No.  09-50026 (REG) |
| *al.*, **f/k/a General Motors Corp.,** *et al.*, | : | |
| | : | |
| Debtors. | x | |
----------------------------------------------------------

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert F. Lawrence, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Fisker Automotive, Inc., a party-in-interest in the above referenced case.

I certify that I am a member in good standing of the bars of the District of Columbia, the State of New York, and the State of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 8, 2010
  New York, New York          */s/ Robert F. Lawrence*
                     *Mailing Address:*

                     Orrick, Herrington & Sutcliffe LLP
                     Columbia Center
                     1152 15th Street, N.W.
                     Washington, D.C. 20005-1706
                     E-mail address: rlawrence@orrick.com
                     Telephone number:  (202) 339-8430

OHS East:160725638.1