**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re:                                             :    Chapter 11
                                                   :
**MOTORS LIQUIDATION COMPANY,** *et*   :    Case No. 09-50026 (REG)
*al.*, **f/k/a General Motors Corp.,** *et al.*,   :
                                                   :
                        Debtors.                   x
----------------------------------------------------------

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert F. Lawrence to be admitted, *pro hac vice*, to represent Fisker Automotive, Inc., a party-in-interest in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the District of Columbia, the State of New York and the State of California, it is hereby

**ORDERED**, that Robert F. Lawrence, is admitted to practice, *pro hac vice*, in the above referenced cases, provided that the filing fee has been paid.


Dated: June ___, 2010
    New York, New York            /s/_____
                                     UNITED STATES BANKRUPTCY JUDGE

OHS East:160725640.1