<u>**VIA EMAIL AND FIRST CLASS MAIL**</u>

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com



Re:    **In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
Claim Documentation Letter**

Dear Motors Liquidation Company,

By this letter, I hereby submit the attached documentation in support of the following claim:

| Claim Number | Claimant |
|--------------|----------|
| 15364 | SIDNEY/LEMA RESNICK |

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described claim, and that the Debtors reserve all rights with respect to this claim.

Very truly yours,

X _Sidney J. Resnick_

Print Name   _Sidney/Leona Resnick_

Address   _410 Ridge Ave_

_Kennett Square_

City, State and Zip Code _19348_