**NEW HEARING DATE AND TIME: June 29, 2010 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: June 22, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                            :

**In re**                                            :          **Chapter 11 Case No.**
                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :          **09-50026 (REG)**
       f/k/a General Motors Corp., *et al.*       :
                                                    :
                            **Debtors.**            :          **(Jointly Administered)**
                                                    :
-----------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF**
**GENOVEVA BERMUDEZ TO FILE PROOF OF CLAIM**
**AFTER CLAIMS BAR DATE OR, IN THE ALTERNATIVE,**
<u>**TO AMEND INFORMAL PROOF OF CLAIM**</u>

PLEASE TAKE NOTICE THAT

        The hearing on the Motion of Genoveva Bermudez to File Proof of Claim

After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim [Docket

No. 5747] (the "**Motion**"), which was originally scheduled to occur before the Honorable

Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New

York, New York 10004, on June 15, 2010 at 9:45 a.m. (Eastern Time), has been

adjourned to **June 29, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**").  The new

objection deadline shall be **June 22, 2010 at 4:00 p.m. (Eastern Time)**.  The Hearing

2

may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: New York, New York
       June 8, 2010

/s/ David Berz
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession