**NEW HEARING DATE AND TIME: June 29, 2010 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: June 22, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re**                                                                :    **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :    **09-50026 (REG)**
     f/k/a General Motors Corp., *et al.*                   :
:
                         Debtors.                                  :    **(Jointly Administered)**
:
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE**
**SCHAEFER GROUP INC.'S MOTION FOR RELIEF FROM STAY, OR**
**IN THE ALTERNATIVE, APPLICATION FOR FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 2004 EXAMINATION**

PLEASE TAKE NOTICE THAT

The hearing on Motion for Relief from Stay, or in the Alternative, Application for Federal Rule of Bankruptcy Procedure 2004 Examination filed by Susan R. Katzoff on behalf of The Schaefer Group, Inc. [Docket No. 3880] (the "**Motion**"), which was originally scheduled to occur before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on June 15, 2010 at 9:45 a.m. (Eastern Time), has been adjourned to **June 29, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**"). The new objection deadline shall be **June**

**22, 2010 at 4:00 p.m. (Eastern Time)**.  The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  New York, New York
         June 9, 2010

    /s/  David R. Berz
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

2