**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Richard H. Wyron (*pro hac vice* pending)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone:  (202) 339-8400
Facsimile:   (202) 339-8500
            – and –
Lorraine S. McGowen
Courtney M. Rogers
51 West 52nd Street
New York, New York 10019-6142
Telephone:  (212) 506-5000
Facsimile:   (212) 506-5151

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
In re:                                          :    Chapter 11
                                                :
MOTORS LIQUIDATION COMPANY, et                  :    Case No.  09-50026 (REG)
al., f/k/a General Motors Corp., et al.,        :
                                                :
                               Debtors.         :
------------------------------------------------------------x
```

### FIFTH AMENDED VERIFIED STATEMENT OF ORRICK, HERRINGTON & SUTCLIFFE LLP PURSUANT TO FED. R. BANKR. P. 2019

Orrick, Herrington & Sutcliffe LLP ("**Orrick**") hereby submits this fifth amended

verified statement (the "**Fifth Amended Verified Statement**") pursuant to Fed. R. Bankr. P.

2019(a) as follows:

1.    Orrick filed its original Verified Statement on June 11, 2009 [Docket No.

652].  Orrick filed its Amended Verified Statement on June 15, 2009 [Docket No. 1414].  Orrick

filed its Second Amended Verified Statement on November 6, 2009 [Docket No. 4398].  Orrick

filed its Third Amended Verified Statement on December 4, 2009 [Docket No. 4617].  Orrick

filed its Fourth Amended Verified Statement on December 21, 2009 [Docket No. 4686].  This

160632568

Fifth Amended Verified Statement is filed to update the status of certain claims and representations.

2.      Orrick represents the entities listed on Exhibit A hereto (collectively, the "**Entities**").  The mailing addresses of each of the Entities is set forth on Exhibit A.

3.      The Entities may hold claims against one or more of the Debtors arising out of applicable agreements, law or equity, pursuant to their respective relationships with one or more of the Debtors.  One or more of these Entities may hold claims against or interests in one or more of the Debtors in addition to those disclosed herein that do not fall within the scope of Orrick's representation of such Entities.

4.      Each of these Entities has separately requested that Orrick represent it in connection with the Debtors' chapter 11 cases.  Orrick also represents, or may have represented or advised, other parties in interest, including with respect to possible claims against one or more of the Debtors, that have not been included in this Fifth Amended Verified Statement because, to Orrick's knowledge, those parties do not currently intend to appear in these cases, or because such representations have concluded.

5.      As of the date hereof, upon information and belief, Orrick does not hold any claims against, or equity interests in, the Debtors.

6.      Orrick reserves the right to revise, supplement or amend this Fifth Amended Verified Statement as necessary.

7.      Orrick makes this Fifth Amended Verified Statement solely for disclosure purposes pursuant to Rule 2019, and nothing herein is, or should be construed as, an admission, acknowledgement, or waiver by any of the Entities.

160632568

8.      The undersigned hereby verifies under oath that this Fifth Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge, information and belief.

Dated: June 9, 2010
     New York, New York       **ORRICK, HERRINGTON & SUTCLIFFE LLP**


By:    _____*/s/ Lorraine S. McGowen*_____
         Lorraine S. McGowen
         Courtney M. Rogers
         51 West 52nd Street
         New York, New York 10019-6142
         Telephone:  (212) 506-5000
         Facsimile:   (212) 506-5151
             – and –
         Richard H. Wyron ( *pro hac vice* pending)
         1152 15th Street, N.W.
         Washington, D.C. 20005-1706
         Telephone:  (202) 339-8400
         Facsimile:   (202) 339-8500

160632568

## EXHIBIT A

1.      Orrick represents Fisker Automotive, Inc. ("**Fisker**"), as proposed purchaser of certain assets of the Debtors' Estate.  Fisker may be contacted at: 19 Corporate Park, Irvine, California 92606 (Attn: Frank Faga).

2.      Orrick represents Finmeccanica SpA in connection with a prepetition settlement agreement with General Motors Corporation, n/k/a Motors Liquidation Corporation, that has been transferred to General Motors Company, f/k/a NGMCO, Inc.  Finmeccanica SpA may be contacted at: Finmeccanica S.p.A., Attention: Legal Department, Piazza Monte Grappa, 4 00195 Roma, Italy.

3.      Orrick represents Banca Sviluppo S.p.A as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale Oceano Indiano 13/C, 00144 Roma, Italia (Attn: Marianna Di Prinzio and Damiano Furfaro).

4.      Orrick represents Banca Commerciale Sammarinese S.p.A as a creditor that holds either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Cinque Febbraio, 17 - 47895 Domagnano, Rep. San Marino (Attn: Paolo Droghini and Tatiana Lyeskova).

5.      Orrick represents Credito di Romagna S.p.A. as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Ravegnana Ang. Via Traiano 47100 Forlì (FC), Italia (Attn: Dott. Gardelli).

6.      Orrick represents Banca Cassa di Risparmio di Savigliano S.p.A. a agent acting on behalf of its customers that holds on behalf of its customers, either directly or through

one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza del Popolo 15 - 12038 Savigliano (CN), Italia (Attn: Silvia Daro).

7.    Orrick represents Credito Cooperativo Interprovinciale Veneto Societa Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Matteotti 11 - 35044 Montagnana (PD), Italia (Attn: Patrizio Basile).

8.    Orrick represents Banca Reggiana - Credito Cooperativo - Societa Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Adua, 97/D - 42124 Reggio Emilia (RE), Italia (Attn: Dott. Farina Fiorella).

9.    Orrick represents Banca di Cesena Credito Cooperativo di Cesena e Ronta - Società Cooperativa a responsabilità limitata as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale G. Bovio, 76 - 47521 Cesena (FC), Italia (Attn: Pietro Piraccini and Sandra Sacchetti).

10.    Orrick represents EMILBANCA Credito Cooperativo Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Mazzini, 152 Bologna 40138, Italia (Attn: Luigi Tacchi).

11.    Orrick represents Banca Romagna Cooperativa - Credito Cooperativo Romagna Centro e Macerone - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or

2

more bonds issued or guaranteed by the Debtors and may be contacted at Piazza Trieste N. 17 - 47034 Forlimpopoli (FC), Italia (Attn: Sandro Brunetti).

12.     Orrick represents Banca di Monastier e del Sile Credito Cooperativo Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Roma, 21/A - 31050 Monastier di Treviso (TV), Italia (Attn: Roberto Grosso).

13.     Orrick represents CrediUmbria Banca di Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Stradone, 49 - 06062 Città della Pieve (PG), Italia (Attn: Luca Casavecchia).

14.     Orrick represents Banca di Credito Cooperativo dei Castelli e degli Iblei - Società Cooperativa as a credtor and as an agent acting on behalf of its customers that holds on behalf of itself and its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Corso Vittorio Emanuele 83 - 93013 Mazzarino (CL), Italia (Attn: Antonio Grasso).

15.     Orrick represents Credito Etneo - Banca di Credito Cooperativo Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Cesare Beccaria N. 1 - 95123 Catania (CT), Italia (Attn: Rosario Tumello).

16.     Orrick represents Credito Cooperativo Friuli - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or

3

through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale Duodo, 5 - 33100 Udine, Italia (Attn: Nereo Zurini and Leonardo Balconi).

17.    Orrick represents Banca Malatestiana Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via XX Settembre 63 - 47900 Rimini (RN), Italia (Attn: Stefano Clementi and Barbara Colombini).

18.    Orrick represents Banca di Credito Cooperativo della Contea di Modica - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale degli Oleandri, 3-  97015 Modica (RG), Italia (Attn: Ignazio Catanese and Addetto Titoli).

19.    Orrick represents Mantovabanca 1896 - Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale della Vittoria 1 - 46041 Asola (MN), Italia (Attn: Andrea Bendoni).

20.    Orrick represents Credito Cooperativo Valdinievole - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Ugo Foscolo 16/2 - 51016 Montecatini Terme (PT), Italia (Attn: Anna Baldecchi - Ufficio Finanza).

21.    Orrick represents Credito Cooperativo Reggiano - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Prediera 2/a - 42030 San Giovanni Q. la Viano (RE), Italia (Attn: Giovanni Mazzi and Elena Lelli).

22.    Orrick represents Banca di Credito Cooperativo del Belice - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via A. Gramsci 12/14 - 91028 Partanan (TP), Italia (Attn: Nicola La Rocca).

23.    Orrick represents Cassa Raiffeisen Merano - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Corso Libertà, 40 - 39012 Merano (BZ), Italia (Attn: Peter Gruber and Dott. Martin Klotzner).

24.    Orrick represents Banca Atestina di Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via G.B. Brunelli, 1 - 35042 Este (PD), Italia (Attn: Rando Germana).

25.    Orrick represents Banca di Credito Cooperativo della Valle del Trigno - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or

5

guaranteed by the Debtors and may be contacted at Via Duca degli Abruzzi, 103 - 66050 San Salvo (CH), Italia (Attn: Elisabetta Del Borrello).

26.    Orrick represents Banca di Credito Cooperativo di Cernusco Sul Naviglio - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza Unita D'Italia 1/2 - 20063 Cernusco Sul Naviglio (MI), Italia (Attn: Donato Speziani).

27.    Orrick represents Banca della Valpolicella Credito Cooperativo di Marano (Verona) as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza dello Sport, 5 - 37020 Marano di Valpolicella (VR), Italia (Attn: Tiziano Canton and Giovanni Micheli).

28.    Orrick represents Banca Veronese Credito Cooperativo di Concamarise - Società Cooperativa a responsabilità limitata as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Capitello, 36 - 37050 Concamarise (VR), Italia (Attn: Dott. Andrea Marchi).

29.    Orrick    represents    BANCA    CENTROPADANA    CREDITO COOPERATIVO - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza IV Novembre 11 - 26862 Guardamiglio (LO), Italia (Attn: Dario Lucchini and Claudio Longari).

30.    Orrick represents Banca di Credito Cooperativo di Roma Societa Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers,

6

either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale Oceano Indiano 13/C, 00144 Roma, Italia (Attn: Roberto Palombo and Rossano Giuppa).

31.    Orrick represents Banca di Credito Cooperativo dell'Alta Brianza - Alzate Brianza - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via IV Novembre 549 - 22040 Alzate Brianza (CO), Italia (Attn: Maurizio Pagliuca).

32.    Orrick represents Banca di Credito Cooperativo Alto Reno - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza Marconi 8 - 40042 Lizzano in Belvedere (BO), Italia (Attn: Daniele Parenti).

33.    Orrick represents Banca Picena Truentina Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Leopardi N. 23 - 63030 Acquaviva Picena (AP), Italia (Attn: Anna Maria Lozzi).

34.    Orrick represents Banca di Credito Cooperativo di Alberobello e Sammichele di Bari - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale Bari N. 10 - 70011 Alberobello (BA), Italia (Attn: Daniela Ricci, Resp. Segreteria Gen., Angela Panaro, Resp. Segretaria Finanza and Sgobba Mariella, Sost. Resp. Settore Finanza).

7

35.     Orrick represents Cassa Padana Banca di Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Garibaldi N. 25 - 25024 Leno (BS), Italia (Attn: Andrea Zanoni).

36.     Orrick represents Banca di Credito Cooperativo di Aquara as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via G. Garibaldi, 5 - 84020 Aquara (SA), Italia (Attn: Nicolino Pagano).

37.     Orrick represents Banca di Credito Cooperativo Pordenonese - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Trento 1 - 33082 Azzano Decimo (PN), Italia (Attn: Pierantonio Redivo).

38.     Orrick represents Banca di Credito Cooperativo di Barlassina (Milano) - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via C. Colombo 1/3 - 20030 Barlassina (MI), Italia (Attn: Grazia Pontiggia and Roberto Morelli).

39.     Orrick represents Banca di Credito Cooperativo di Basiliano - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale Carnia 8 - 33031 Basiliano (UD), Italia (Attn: Monica Zuccato).

8

40.    Orrick represents Cassa Rurale ed Artigiana di Boves Banca di Credito Cooperativo (Boves-Cuneo) - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza Italia 44 - 12012 Boves (CN), Italia (Attn: Luciano Ghinamo).

41.    Orrick represents Cassa Rurale ed Artigiana di Brendola Credito Cooperativo Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza del Mercato 15 - 36040 Brendola (VI), Italia (Attn: Elena Magaraggia).

42.    Orrick represents Banca di Credito Cooperativo di Busto Garolfo e Buguggiate - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Manzoni 50 - 20020 Busto Garolfo (MI), Italia (Attn: Rosella Radice).

43.    Orrick represents Banca di Credito Cooperativo di Barbarano Romano Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Barbarano Romano Viale IV Novembre, 3-5-7 - 01010 Viterbo (VT), Italia (Attn: Giovanni Torquati).

44.    Orrick represents Banca di Verona Credito Cooperativo Cadidavid Società Cooperativa per azioni as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or

9

guaranteed by the Debtors and may be contacted at Via Forte Tomba, 8 - Fraz. Cà di David 37135 Verona (VR), Italia (Attn: Andrea Ceradini).

45.    Orrick represents Banca di Credito Cooperativo di Vergato - Società cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Monari, 27 - 40038 Vergato (BO), Italia (Attn: Alessandro Vitali and Filippo Nannetti).

46.    Orrick represents Cassa Rurale ed Artigiana di Cantù - Banca di Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Corso Unità d'Italia, 11 - 22063 Cantù (CO), Italia (Attn: Paola Mutton).

47.    Orrick represents Banca di Credito Cooperativo Abruzzese - Cappelle sul Tavo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Umberto I, N. 78/80 - 65010 Cappelle sul Tavo (PE), Italia (Attn: Massimo Ferrati).

48.    Orrick represents Banca di Credito Cooperativo del Basso Sebino - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Calepio 8 - 25031 Capriolo (BS), Italia (Attn: Ivo Zanfinio).

49.    Orrick represents Banca di Caraglio del Cuneese e della Riviera dei Fiori - Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds

10

on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Roma 130 - 12023 - Caraglio (CN), Italia (Attn: Giuseppe Aime).

50.     Orrick represents Banca di Credito Cooperativo di Carate Brianza - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Cusani 6 - 20048 Carate Brianza (MI), Italia (Attn: Michele Brenna).

51.     Orrick represents Banca di Credito Cooperativo di Caravaggio - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Bernardo da Caravaggio 24043 Caravaggio (BG), Italia (Attn: Valter Consonni).

52.     Orrick represents Credito Cooperativo Area Pratese Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Pucci e Verdini NR. 16 - 59015 Carmignano (PO), Italia (Attn: Federico Talini).

53.     Orrick represents Banca Veneta 1896 Credito Cooperativo Delle Province di Verona e Rovigo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Largo Don Quirino Maestrello 12 - 37049 Carpi di Villa Bartolomea (VR), Italia (Attn: Franco Poli).

160632568

54.     Orrick represents Banca di Credito Cooperativo di Carugate Societa Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via de Gasperi 11 - 20061 Carugate (MI), Italia (Attn: Nadia Ceppi).

55.     Orrick represents Banca Cremonese - Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Prejer 10 - 26020 Casalmorano (CR), Italia (Attn: Laura Franzosi and Claudia Ghiraldi).

56.     Orrick represents Banca di Credito Cooperativo della Romagna Occidentale - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza Fanti 17 - 48014 Castelbolognese (RA), Italia (Attn: Roberto Villani).

57.     Orrick represents Cassa Rurale ed Artigiana di Castellana Grotte Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Roma, 54 - 70013 Castellana Grotte (BA), Italia (Attn: Sig. Francesco Fares).

58.     Orrick represents Cereabanca 1897 Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by

12

the Debtors and may be contacted at Via Paride, 30 - 37053 Cerea (VR), Italia (Attn: Ufficio Titoli).

59.     Orrick represents Banca di Pistoia Credito Cooperativo Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Corso Silvano Fedi, 25 - 51100 Pistoia (PT), Italia (Attn: Daniele Spinetti).

60.     Orrick represents Banca di Credito Cooperativo di Cherasco Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Bra 15 Roreto di Cherasco (CN), Italia (Attn: Sara Chessa and Alessandra Mogna).

61.     Orrick represents Banca Valdichiana Credito Cooperativo Tosco-Umbro - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Isonzo N. 36 - 53043 Chiusi (SI), Italia (Attn: Fabrizio Fabietti).

62.     Orrick represents Banca di Credito Cooperativo di Civitanova Marche e Montecosaro - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale Matteotti N. 8 - 62012 - Civitanova Marche (MC), Italia (Attn: Andrea Pierini and Leopoldo Rapagnani).

63.     Orrick represents Banca di Credito Cooperativo Orobica di Bariano e Cologno al Serio - Società Cooperativa as agent acting on behalf of its customers that holds on

160632568

behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Rocca 14, 16, 18 - 24055 - Cologno al Serio - (BG), Italia (Attn: Sig. Gaverini Marco).

64.    Orrick represents Banca di Credito Cooperativo di Conversano Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Mazzini N. 52 - 70014 Conversano (BA), Italia (Attn: Rosa Miccolis).

65.    Orrick represents Banca Centro Emilia - Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Statale 39 - 44042 Corporeno di Cento (FE), Italia (Attn: Ugo Caselli. Resp. Finanza).

66.    Orrick represents Cassa Rurale ed Artigiana di Cortina d'Ampezzo e delle Dolomiti - Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Corso Italia 80 - 32043 Cortina d'Ampezzo (BL), Italia (Attn: Fabio Gaspari).

67.    Orrick represents Banca di Credito Cooperativo di Calcio e di Covo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Papa Giovanni XXIII, N. 51 - 24054 Calcio (BG), Italia (Attn: Giovanna Previtali).

14

68.    Orrick represents Banca di Credito Cooperativo di Creta - Credito Cooperativo Piacentino - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via XXV Aprile N. 1 - 29015 Castel San Giovanni (PC), Italia (Attn: Luciano Daturi).

69.    Orrick represents Banca di Credito Cooperativo di Fano - Societa Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Flaminia, 346 - 61032 Fano (PU), Italia (Attn: Andrea Scardacchi).

70.    Orrick represents Banca di Credito Cooperativo di Doberdò e Savogna - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Roma 23, 34070 Doberdò del Lago (Gorizia), Italia (Attn: Katia Pirc and Cristina Kravos).

71.    Orrick represents Banca di Credito Cooperativo di Camuna (Esine - Brescia) - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Pittor Nodari 7/B - 25040 Esine (BS), Italia (Attn: Emanuele Moraschini).

72.    Orrick represents Credito Cooperativo Ravennate e Imolese - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by

160632568

the Debtors and may be contacted at Piazza della Libertà, 14 - 48018 Faenza (RA), Italia (Attn: Brunetti/Carapia/Galeotti).

73.     Orrick represents Banca di Credito Cooperativo di Fiuggi - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Garibaldi, 18 - 03014 Fiuggi (FR), Italia (Attn: Pietro Duca).

74.     Orrick represents Banca di Forlì Credito Cooperativo Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Corso della Repubblica 2/4 47100 Forlì (FC), Italia (Attn: Andrea Gallegati and Gabriele Fabbri).

75.     Orrick represents Banca di Credito Cooperativo di Gatteo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via della Coperazione, 10 - 47043 Gatteo (FC), Italia (Attn: Fiammetta Berlati).

76.     Orrick represents Banca di Credito Cooperativo di Gradara - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Cattolica 20 - 61012 Gradara (PU), Italia (Attn: Fabrizio Reggiani and Christian Franchini).

77.     Orrick represents Banca di Credito Cooperativo Valdostana - Societa Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers,

16

either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Fraz. Taxel N. 26 - 11020 Gressan (AO), Italia (Attn: Maria Luisa Rizzotto).

78.     Orrick represents Banca di Credito Cooperativo di Inzago - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza Maggiore 36 - 20065 Inzago (MI), Italia (Attn: Elena Sacchi).

79.     Orrick represents Banca Adige Po Credito Cooperativo Lusia - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale Europa 95 - 45020 Lusia (RO), Italia (Attn: Olivo Perzolla).

80.     Orrick represents Banca di Credito Cooperativo di Lesmo Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza Dante 21/22 - 20050 Lesmo (MI), Italia (Attn: Carlo Borsetto).

81.     Orrick represents Credito Cooperativo - Cassa Rurale ed Artigiana di Lucinico Farra e Capriva - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Visini 2 - 34170 Gorizia (GO), Italia (Attn: Sandro Lorenzut and Maurizio Franco).

17

82.    Orrick represents Banca di Cavola e Sassuolo Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Verdi 1 - 42010 Cavola di Toano (RE), Italia (Attn: Fabrizio Giansoldati and Marino Bonicelli).

83.    Orrick represents Banca della Maremma - Credito Cooperativo di Grosseto - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via XXIV Maggio, 93 - 58100 Fraz. Marina di Grosseto (GR), Italia (Attn: Piero Caprai).

84.    Orrick represents Banca di Credito Cooperativo di Masiano (Pistoia) - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via di Masiano 6/A 51100 Fraz. Masiano - Pistoia, Italia (Attn: Alessandro Vanni).

85.    Orrick represents Banca di Credito Cooperativo di Monterenzio Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Centrale 13 - 40050 Monterenzio (BO), Italia (Attn: Andrea Bassi).

86.    Orrick represents Banca di Credito Cooperativo del Garda Banca di Credito Coopertivo Colli Morenici del Garda - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its

18

intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Trieste, 62 - 25018 Montichiari (BS), Italia (Attn: Domenico Fascilla).

87.    Orrick represents Banca di Credito Cooperativo di Marcon-Venezia - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza Municipio 22 - 30020 Marcon (VE), Italia (Attn: Melania Sabbadin).

88.    Orrick represents Banca di Credito Cooperativo di Brescia - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Reverberi 1 - 25128 Brescia (BS), Italia (Attn: Ivan Stefana).

89.    Orrick represents Banca di Credito Cooperativo del Metauro - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via G. Matteotti N. 4 - 61038 Orciano di Pesaro (PU), Italia (Attn: Chiara Balestrieri).

90.    Orrick represents Banca di Udine Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Tricesimo 85 - 33100 Udine (UD), Italia (Attn: Edi Del Zotto).

91.    Orrick represents Banca di Credito Cooperativo di Palestrina - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers,

19

either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale della Vittoria, 21 - 00036 Palestrina (Roma), Italia (Attn: Maria Pia Santia).

92.    Orrick represents Banca di Credito Cooperativo di Pergola - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale Martiri della Libertà, 46/B - 61045 Pergola (PU), Italia (Attn: Giovannie Londei).

93.    Orrick represents Banca di Credito Cooperativo di Pompiano e della Franciacorta - Pompiano (BS) - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza S. Andrea 12 - 25030 Pompiano (BS), Italia (Attn: Pietro Bignetti).

94.    Orrick represents Cassa Rurale ed Artigiana dell'Agro Pontino - Banca di Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via F. Corridoni N. 37 - 04014 Pontinia (LT), Italia (Attn: Massimiliano Carbone).

95.    Orrick represents Banca di Credito Cooperativo di Dovera e Postino - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Europa 6/1- 26010 Dovera (CR), Italia (Attn: Isabella Bonizzi and Stefania Barzizza).

96.     Orrick represents Banca di Credito Cooperativo di Pratola Peligna - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Antonio Gramsci, 136 - 67035 Pratola Peligna (AQ), Italia (Attn: Catia de Stephanis).

97.     Orrick represents Banca di Credito Cooperativo di Pianfei e Rocca de Baldi - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Villanova N. 23 - 12080 Pianfei (CN), Italia (Attn: Dott. Livio Fenoglio).

98.     Orrick represents Credito Cooperativo dell'Adda e del Cremasco - Cassa Rurale - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at P. Za V. Emanuele II 6 - 26027 Rivolta d'Adda (CR), Italia (Attn: Barbara Zappon and Claudia Monticelli).

99.     Orrick represents Banca di Credito Cooperativo di Sala di Cesenatico Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Campone N. 409 - 47042 Sala di Cesenatico (FC), Italia (Attn: Roberto Nori).

100.    Orrick represents Banca di Credito Cooperativo di San Giorgio e Meduno - Societa Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or

21

guaranteed by the Debtors and may be contacted at Via Richinvelda 4 - 33095 San Giorgio della Richinvelda (PN), Italia (Attn: Andrea Trevisiol).

101.    Orrick represents Banca San Giorgio e Valle Agno Credito Cooperativo di Fara Vicentino - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Perlena, 78 - 36030 San Giorgio di Perlena (VI), Italia (Attn: Pasini Ottorino).

102.    Orrick represents Banca di Credito Cooperativo di San Marzano di San Giuseppe - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Vittorio Emanuele S.N.C. 74020 - San Marzano di San Giuseppe (TA), Italia (Attn: Martino Sgura and Angelo Antonini).

103.    Orrick represents Banca di Pesaro Credito Cooperativo Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via F. lli Cervi SN. 61122 Pesaro (PU), Italia (Attn: Giacomo Gennari).

104.    Orrick represents Banca Suasa Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via V. Emanuele, 1 - 61040 Mondavio (PU), Italia (Attn: Massimiliano Malvoni).

105.    Orrick represents Banca di Credito Cooperativo di S. Elena - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers,

22

either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Roma, 10 - 35040 S. Elena (PD), Italia (Attn: Loredana Mingardo).

106.    Orrick represents Romagna Est Banca di Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Corso Perticari 25/27 - 47039 Savignano Sul Rubicone (FC), Italia (Attn: Iliana Astolfi).

107.    Orrick represents Banca di Credito Cooperativo di Scafati e Cetara - Società Cooperativa a.r.l. as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via P. Melchiade, 47/51 84018 Scafati (SA), Italia (Attn: Giuseppe Cavallaro and Amalia Russo).

108.    Orrick represents Banca di Credito Cooperativo di Signa - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza Michelacci 1-2 50058 Signa (FI), Italia (Attn: Alessandro Mascherini).

109.    Orrick represents Banca di Credito Cooperativo di Sorisole e Lepreno - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Primo Maggio N. 1 - 24010 Sorisole (BG), Italia (Attn: Santina Zanchi and Attilio Fetti).

160632568

110.    Orrick represents Banca di Credito Cooperativo di Spello e Bettona - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Piazza della Pace N. 1 - 06038 Spello (PG), Italia (Attn: Valentina Scopolini, Resp. Ufficio Titoli).

111.    Orrick represents Banca dei Due Mari di Calabria - Credito Cooperativo Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Corso Margherita 137 - 87010 Terranova da Sibari (CS), Italia (Attn: Mario Felicetti).

112.    Orrick represents Banca di Carnia e Gemonese - Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Carnia Libera 1944, 25 - 33028 Tolmezzo (UD), Italia (Attn: Paolo Peressini and Alberto Brollo).

113.    Orrick represents Cassa Rurale - Banca di Credito Cooperativo di Treviglio - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via C. Carcano NR 6 - 24047 Treviglio (BG), Italia (Attn: Debora Milanesi).

114.    Orrick represents Banca di Credito Cooperativo di Turriaco - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by

24

the Debtors and may be contacted at Via Roma 1 - 34070 Turriaco (GO), Italia (Attn: Dott. Andrea Musig).

115.    Orrick represents Banca di Credito Cooperativo delle Prealpi Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Roma, 57 - 31020 Tarzo (TV), Italia (Attn: Stefano Morini).

116.    Orrick represents Banca di Credito Cooperativo del Carso - Zadruzna Kraska Banka - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via del Ricreatorio 2 - 34151 Trieste (TS), Italia (Attn: Radivoj Racman).

117.    Orrick represents Banca del Canavese Credito Cooperativo di Vische e del Verbano-Cusio-Ossola - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via G. Marconi 1 - 10030 Vische (TO), Italia (Attn: Marilena Belletti).

118.    Orrick represents Banca di Viterbo Credito Cooperativo Società Cooperativa a.r.l. as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Polidori N. 72 - 01100 Viterbo (VT), Italia (Attn: Walter Pandimiglio).

119.    Orrick represents Banca di Credito Cooperativo di San Marco di Calatabiano - Società Cooperativa as agent acting on behalf of its customers that holds on behalf

25

of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Avv. Currenti, 4 - 95011 Calatabiano (CT), Italia (Attn: Cristina Ragonese).

120.    Orrick represents Banca S. Biagio del Veneto Orientale di Cesarolo, Fossalta di Portogruaro e Pertegada - Banca di Credito Cooperativo - Societa Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale Venezia N. 1 - 30025 Fossalta di Portogruaro (VE), Italia (Attn: Michele Randazzo).

121.    Orrick represents Banca San Francesco Credito Cooperativo - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Viale Regina Margherita N. 63 - 92024 Canicatti (AG), Italia (Attn: Alfonso Alaimo).

122.    Orrick represents Cassa Rurale ed Artigiana San Giuseppe Credito Cooperativo Camerano as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Mons. Donzelli, 34/36 - 60021 Camerano (AN), Italia (Attn: Marco Nagni).

123.    Orrick represents ROVIGOBANCA Credito Cooperativo - Soc. Coop. as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Casalini 10 - 45100 Rovigo (RO), Italia (Attn: Barbara Costa).

160632568

124.     Orrick represents Banca di Credito Cooperativo S. Vincenzo de Paoli di Casagiove - Società Cooperativa per azioni as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Madonna di Pompei, 4 - 81022 - Casagiove (CE), Italia (Attn: Angela Santoro).

125.     Orrick represents Banca Santo Stefano Credito Cooperativo Martellago - Venezia - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Fapanni 11 - 30030 Martellago (VE), Italia (Attn: Stefano Rampazzo and Pierluigi Cargno).

126.     Orrick represents Banca di Credito Cooperativo Valmarecchia nei Comuni di Rimini e Verucchio - Società Cooperativa as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Marecchiese 569 - 47828 Corpolo di Rimini (RN), Italia (Attn: Ferri Fedora).

127.     Orrick represents Mr. Simone Cerato as agent acting on behalf of its customers that holds on behalf of its customers, either directly or through one of its intermediaries, one or more bonds issued or guaranteed by the Debtors and may be contacted at Via Chiesa 5/a, Vestenanova (Verona), Italy.

27