> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| f/k/a **General Motors Corp.,** *et al.* | : |  |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

----------------------------------------------------------x

### NOTICE OF DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS
#### (Claims Assumed by General Motors, LLC)

    **PLEASE TAKE NOTICE** that on June 11, 2010, Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the

"**Debtors**"), filed their twenty-third omnibus objection to expunge certain claims (the "**Twenty-**

**Third Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Twenty-Third Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber,

United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York 10004, on **July 14,**

**2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Twenty-Third Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP,

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Lauren

Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the

Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004

(Attn: Diana G. Adams, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street,

Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler,

Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured

creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York

10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle,

N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C.

Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation,

attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos

personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L.

Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **July 7, 2010 at

4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Twenty-Third Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Twenty-Third Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      June 11, 2010

/s/ Joseph H. Smolinsky         
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

HEARING DATE AND TIME: July 14, 2010 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: July 7, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY**, *et al.*, : **09-50026 (REG)**
      **f/k/a General Motors Corp.**, *et al.* :
:
                  **Debtors.** : **(Jointly Administered)**
:
-------------------------------------------------------------x

## DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS
### (Claims Assumed by General Motors, LLC)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

　　　　　Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.       The Debtors file this twenty-third omnibus objection to expunge certain claims (the "**Twenty-Third Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2.       The Debtors have examined the proofs of claim identified on Exhibit "A" hereto and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Assumed Claims**") are claims relating to certain executory contracts that have been assumed by General Motors, LLC ("**New GM**") pursuant to the terms of that certain Amended and Restated Master Sale and Purchase Agreement (the "**Master Purchase Agreement**"), dated as of June 26, 2009, by and among General Motors Corporation, Saturn LLC, Saturn Distribution Corporation, Chevrolet-Saturn of Harlem, Inc., and New GM.  As described further below, the Assumed Claims have been assumed by New GM pursuant to the Master Purchase Agreement and are therefore not liabilities of MLC or the Debtors and should therefore be disallowed and expunged.

---

[1]       Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

## The Master Purchase Agreement

3.      The Master Purchase Agreement provides, at Article II (*Purchase and Sale*), Section 2.1 (*Purchase and Sale of Assets; Assumption of Liabilities*):

> On the terms and subject to the conditions set forth in this Agreement, other than as set forth in Section 6.30, Section 6.34 and Section 6.35, at the Closing, Purchaser shall (a) purchase, accept and acquire from Sellers, and Sellers shall sell, transfer, assign, convey and deliver to Purchaser, free and clear of all Encumbrances (other than Permitted Encumbrances), Claims and other interests, the Purchased Assets and (b) assume and thereafter pay or perform as and when due, or otherwise discharge, all of the Assumed Liabilities.

4.      Section 2.2(a) of the Master Purchase Agreement (*Purchased and Excluded Assets*) provides in pertinent part:

> (a)      The "Purchased Assets" shall consist of the right, title and interest that Sellers possess and have the right to legally transfer in and to all of the properties, assets, rights, titles and interests of every kind and nature, owned, leased, used or held for use by Sellers (including indirect and other forms of beneficial ownership), whether tangible or intangible, real, personal or mixed, and wherever located and by whomever possessed, assets, rights, titles and interests:

> (x)      . . . all Contracts, other than the Excluded Contracts (collectively, the "Purchased Contracts"), including, for the avoidance of doubt . . . (B) any Executory Contract designated as an Assumable Executory Contract as of the applicable Assumption Effective Date.

5.      Section 2.3(a) of the Master Purchase Agreement (*Assumed and Retained Liabilities*) provides in pertinent part:

> (a)      The "Assumed Liabilities" shall consist only of the following Liabilities of Sellers:

> (ii)      all Liabilities under each Purchased Contract;

> (iv)      all Cure Amounts under each Assumable Executory Contract that becomes a Purchased Contract;

6.      The term "Liabilities" is defined in the recitals to the Master Purchase

Agreement as follows:

> "Liabilities" means any and all liabilities and obligations of
> every kind and description whatsoever, whether such liabilities or
> obligations are known or unknown, disclosed or undisclosed,
> matured or unmatured, accrued, fixed, absolute, contingent,
> determined or undeterminable, on or off-balance sheet or
> otherwise, or due or to become due, including Indebtedness and
> those arising under any Law, Claim, Order, Contract or otherwise.

7.      Pursuant to the Master Purchase Agreement, New GM has assumed all

liabilities and obligations relating to purchased contracts or assumed executory contracts, which

include the Assumed Claims.  The Debtors therefore seek entry of an order disallowing and

expunging from the claims register the Assumed Claims.

## Jurisdiction

8.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

9.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**Realm/Encore Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

---

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC
(f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem,
Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]      The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

which were amended on October 4, 2009.  On October 15, 2009, the Realm/Encore Debtors filed

their schedules of assets and liabilities and statements of financial affairs.

10.     On September 16, 2009, this Court entered an order [Docket No. 4079]

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order [Docket No. 4586] establishing February 1, 2010 as the deadline for each

person or entity to file a proof of claim in the Realm/Encore Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established June 1, 2010 as the deadline to file proofs of claim).

11.     Furthermore, on October 6, 2009, this Court entered the Procedures Order,

which authorizes the Initial Debtors, among other things, to file omnibus objections to no more

than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.  The claimants that are

listed in Exhibit "A" have all filed claims against the Initial Debtors.

### The Relief Requested Should Be Approved by the Court

12.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC),

2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No.

02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

13.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors have compared their books and records with the proofs of claim identified on Exhibit

"A" and have determined that the Assumed Claims are not the responsibility of MLC or the

Debtors, having been assumed by New GM as described herein. Further, paragraph 26 of the

Order approving the Master Purchase Agreement [Docket No. 2968] provides that:

> Except as provided in the [Master Purchase Agreement] or this
> Order, after the Closing, the Debtors and their estates shall have no
> further liabilities or obligations with respect to any Assumed
> Liabilities other than certain Cure Amounts as provided in the
> [Master Purchase Agreement], and all holders of such claims are
> forever barred and estopped from asserting such claims against the
> Debtors, their successors or assigns, and their estates.

14.     To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge in their entirety the Assumed Claims.

## **Notice**

15.     Notice of this Twenty-Third Omnibus Objection to Claims has been

provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the

Third Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated April 29, 2010 [Docket No. 5670].

16.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  New York, New York
        June 11, 2010

                                        _____
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                               :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

## ORDER GRANTING DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS
### (Claims Assumed by General Motors, LLC)

Upon the twenty-third omnibus objection to expunge certain claims, dated June 11, 2010 (the "**Twenty-Third Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order disallowing and expunging the Assumed Claims on the grounds that each Assumed Claim is for an obligation for which the Debtors have no liability, all as more fully described in the Twenty-Third Omnibus Objection to Claims; and due and proper notice of the Twenty-Third Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Twenty-Third Omnibus Objection to Claims is in the best interests of the

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Twenty-Third Omnibus Objection to Claims.

Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set

forth in the Twenty-Third Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Twenty-Third Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and*

*Expunged*" are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit "A" annexed to the Twenty-Third Omnibus

Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not

disallowed or expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
        _____, 2010

_____
United States Bankruptcy Judge

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| AIRGAS GREAT LAKES<br>6055 ROCKSIDE WOODS BLVD<br><br>INDEPENDENCE, OH 44131 | 69845 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,791.22  (U)<br>$8,791.22  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AJAX PAVING INDUSTRIES INC<br>830 KIRTS BLVD STE 100<br>PO BOX 7058<br>TROY, MI 48084 | 68691 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$34,489.95  (U)<br>$34,489.95  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ARIZONA INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64878 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ATLANTIC CITY CONVENTION CENTER<br>ATTN: FINANCE<br>1 CONVENTION BLVD<br>ATLANTIC CITY, NJ 08401 | 19801 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,416.26  (U)<br>$6,416.26  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ATLAS COPCO AB<br>ABRAHAM LINCOLN 13<br>COL LOS REYES ZONA INDUSTRIAL<br>TLALNEPANTLA EM 54073 MEXICO<br><br>MEXICO | 22342 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,882.06  (U)<br>$6,882.06  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ATLAS COPCO TOOLS & ASSEMBLY  LLC<br>2998 DUTTON RD<br><br>AUBURN HILLS, MI 48326 | 23149 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$244,565.54  (U)<br>$244,565.54  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and may replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
| --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| AUTOMOTIVE DOT COM INC<br>230 COMMERCE STE 290<br><br>IRVINE, CA 92602 | 64864 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AVIS BUDGET GROUP INC ET AL<br>ATTN JEAN M SERA<br>6 SYLVAN WAY<br>PARSIPPANY, NJ 07054 | 65753 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AVIS BUDGET GROUP INC ET AL<br>ATTN JEAN M SERA<br>6 SYLVAN WAY<br>PARSIPPANY, NJ 07054 | 65755 | MLC of Harlem, Inc. | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AVIS BUDGET GROUP INC ET AL<br>ATTN JEAN M SERA<br>6 SYLVAN WAY<br>PARSIPPANY, NJ 07054 | 65756 | MLCS Distribution Corporation | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AVIS BUDGET GROUP INC ET AL<br>ATTN JEAN M SERA<br>6 SYLVAN WAY<br>PARSIPPANY, NJ 07054 | 65830 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| BALTIMORE INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64870 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BENJAMIN AND BRENDA CHAMBERS<br>C/O GREGORY P CAFOUROS<br>KROGER GARDIS & REGAS LLP<br>111 MONUMENT CIR STE 900<br>INDIANAPOLIS, IN 46204 | 49485 | Motors Liquidation Company | $79,000.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$79,000.00   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BOLLHOFF RIVNUT INC.<br>TASHA WEIMER<br>2705 MARION DR<br>KENDALLVILLE, IN 46755 | 12434 | Motors Liquidation Company | $0.00   (S)<br>$21,017.96   (A)<br>$0.00   (P)<br>$14,811.70   (U)<br>$35,829.66   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CATERPILLAR REMAN POWERTRAIN SERVICES INC<br>ATTN ACCOUNTS RECEIVABLE<br>175 MCQUEEN BLVD<br>SUMMERVILLE, SC 29483 | 59776 | MLCS, LLC | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$352,809.00   (U)<br>$352,809.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CENTRAL CALIFORNIA INTERNATIONAL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS INC<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64871 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Third Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| CENTRAL FLORIDA INTL AUTO SHOW C/O MOTOR TREND AUTO SHOWS 5375 FLANK DR STE 100 HARRISBURG, PA 17112 | 64874 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CLARKSTON CARBIDE TOOL 6371 OAKHILL ROAD ORTONVILLE, MI 48462 | 508 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $28,964.35   (U) $28,964.35   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COACTIV CAPITAL PARTNERS INC C/O DEEB, PETRAKIS, BLUM & MURPHY, PC ATTN INEZ MARKOVICH 1601 MARKET STREET SUITE 2600 PHILADELPHIA, PA 19103 | 65721 | Motors Liquidation Company | $3,876,926.25   (S) $0.00   (A) $0.00   (P) $0.00   (U) $3,876,926.25   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COACTIV CAPITAL PARTNERS INC DEEB, PATRAKIS, BLUM & MURPHY PC ATTN INEZ MARKOVICH 1601 MARKET STREET SUITE 2600 PHILADELPHIA, PA 19103 | 67648 | Motors Liquidation Company | $3,876,926.25   (S) $0.00   (A) $0.00   (P) $0.00   (U) $3,876,926.25   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CONSUMERS ENERGY COMPANY ATTN MICHAEL G WILSON (P33263) ONE ENERGY PLAZA JACKSON, MI 49201 | 1157 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $2,697,081.77   (U) $2,697,081.77   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CREFORM CORPORATION PO BOX 830 GREER, SC 29652 | 477 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $26,636.29   (U) $26,636.29   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Third Omnibus Objection

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| DAA DRAEXLMAIER AUTOMOTIVE OF<br>1751 E MAIN ST<br>PO BOX 1345<br>DUNCAN, SC 29334 | 48498 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$287,275.70  (U)<br>$287,275.70  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID AND RUTH TERRELL<br>C/O GREGORY P CAFOUROS, KROGER, GARDIS &<br>REGAS LLP<br>111 MONUMENT CIRCLE STE 900<br>INDIANAPOLIS, IN 46204 | 51137 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$109,983.42  (U)<br>$109,983.42  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DETROIT STEEL GROUP INC<br>916 S WASHINGTON AVE<br>ROYAL OAK, MI 48067 | 13180 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$54,432.57  (U)<br>$54,432.57  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DMI AUTOMOTIVE INC<br>1200 DURANT DR<br>HOWELL, MI 48843 | 68637 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,490.00  (U)<br>$30,490.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ELECTRICAL COMPONENTS INTERNATIONAL INC<br>ONE CITY PLACE DRIVE<br>SUITE 450<br>ST LOUIS, MO 63141 | 388 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$84,317.29  (U)<br>$84,317.29  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ELRING KLINGER SEALING SYSTEMS USA<br>ATTN: ANDY BRANDL<br>47805 GALLEON DR STE A<br>PLYMOUTH, MI 48170 | 59029 | Motors Liquidation Company | $0.00  (S)<br>$45,469.25  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$45,469.25  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and (T) does not replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| EQUILON ENTERPRISES LLC DBA SHELL OIL PRODUCTS US<br>ANNA HATHAWAY<br>ONE SHELL PLAZA RM 1162<br>910 LOUISANA<br>HOUSTON, TX 77002 | 43435 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$19,321.65  (U)<br>$19,321.65  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FIRST HAWAIIAN INTERNATIONAL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS INC<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64869 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEOMETRIC LTD OR GEOMETRIC AMERICAS, INC<br>GEOMETRIC LTD<br>633 S BOULEVARD<br>ROCHESTER HILLS, MI 48307 | 160 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,753,222.00  (U)<br>$2,753,222.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GLOBAL AUTOMOTIVE SYSTEMS LLC<br>215 S CENTER ST<br>ROYAL OAK, MI 48067<br>UNITED STATES OF AMERICA | 61582 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$299,916.06  (U)<br>$299,916.06  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GLOBAL AUTOMOTIVE SYSTEMS LLC<br>215 S CENTER ST<br>ROYAL OAK, MI 48067 | 62867 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,711.60  (U)<br>$4,711.60  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GMAC INC<br>C/O OTTERBORUG STEINDLER HOUSTON & ROSEN PC<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | 59746 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$442,598.00  (U)<br>$442,598.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| GOSIGER INC 4627 INDEPENDENCE SQ INDIANAPOLIS, IN 46203 | 15665 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $4,656.84  (U) $4,656.84  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GRAZIANO TRASMISSIONI CZECH SRO LHOTA 261 CERVENY KOSTELEC CZ 549 41 CZECH REPUBLIC CZECH (REP) | 31182 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $340,262.74  (U) $340,262.74  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GRAZIANO TRASMISSIONI CZECH SRO LHOTA 261 549 41 CERVENY KOSTELEC CZECH REPUBLIC CZECH (REP) | 64704 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $332,306.09  (U) $332,306.09  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HALLER KUNSTSTOFFTECHNIK GMBH C/O SCHULTZE & BRAUN GMBH RA-GES WP-GES ATTN: DR ANNEROSE TASHIRO, ATTY AT LAW EISENBAHNSTR 19-23 77855 ACHERN GERMANY GERMANY | 61647 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $22,830.21  (U) $22,830.21  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HERITAGE ENVIRONMENTAL SERVICE ATTN: W FOWLER 7901 W MORRIS ST INDIANAPOLIS, IN 46231 | 22255 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $14,084.65  (U) $14,084.65  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HONEYWELL INDUSTRY SOLUTIONS ATTN: ERIN PINTER 1233-M 1145 W WARNER RD TEMPE, AZ 85284 | 131 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $8,787.50  (U) $8,787.50  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Third Omnibus Objection

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HONEYWELL INTERNATIONAL - AEROSPACE<br>1140 W WARNER ROAD 1233-M<br><br>TEMPE, AZ 85284 | 902 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$153,835.01  (U)<br>$153,835.01  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IMPACT GROUP<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>12977 N 40 DR STE 300<br>SAINT LOUIS, MO 63141 | 38928 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$730,646.00  (U)<br>$730,646.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INDUSTRIAL GAS ENGINEERING CO<br>130 E QUINCY ST<br>PO BOX 316<br>WESTMONT, IL 60559 | 16878 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,845.00  (U)<br>$8,845.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INTERCONEX INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>PO BOX 841136<br>DALLAS, TX 75284 | 50574 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$230,254.55  (U)<br>$230,254.55  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INTRALINKS INC<br>ATTN FRAN SULZER VP A/R<br>150 EAST 42ND ST 8TH FLOOR<br>NEW YORK, NY 10017 | 6981 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,623.72  (U)<br>$3,623.72  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IOWA-ILLINOIS REGIONAL AUTO SH<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64868 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| JIANPING LIN<br>MECHANICAL ENGINEERING COLLEGE, TONGJI UNIVERSITY<br>NO 1239 SIPING ROAD<br>SHANGHAI 200092 CHINA<br><br>CHINA (PEOPLE'S REP) | 971 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHNSON CONTROLS INC<br>PO BOX 905240<br>CHARLOTTE, NC 28290 | 43940 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,085.05 (U)<br>$6,085.05 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| K & L GATES LLP<br>214 N TRYON STREET 47TH FLOOR<br>CHARLOTTE, NC 28202 | 14643 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,572.50 (U)<br>$1,572.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| K&L GATES, LLP<br>ATTN: NIKKI STEDMAN, CBA<br>925 FOURTH AVE, STE 2900<br>SEATTLE, WA 98104 | 2871 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$33,001.79 (U)<br>$33,001.79 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KIRKLAND & ELLIS LLP<br>JEFFREY SHEFFIELD<br>300 N. LASALLE STREET<br>CHICAGO, IL 60654<br>UNITED STATES OF AMERICA | 59184 | Motors Liquidation Company | $174,862.36 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$174,862.36 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KONSTRUKTIONS-BAKELIT AB<br>INDUSTRIGATAN 4<br>ORKELLJUNGA 28685 SWEDEN<br><br>SWEDEN | 14278 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,256.00 (U)<br>$1,256.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| LANE PUNCH CORP<br>281 LANE PKWY<br><br>SALISBURY, NC 28146 | 63744 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,529.90  (U)<br>$5,529.90  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LINK TESTING LABORATORIES INC<br>43855 PLYMOUTH OAKS BLVD<br><br>PLYMOUTH, MI 48170 | 63082 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,326.68  (U)<br>$3,326.68  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARION MUNICIPAL UTILITIES<br>PO BOX 718<br><br>MARION, IN 46952 | 1722 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$648.25  (U)<br>$648.25  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCGILL AIRCLEAN LLC<br>PO BOX 939<br>122 E COLUMBUS ST<br>LITHOPOLIS, OH 43136 | 1219 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,600.00  (U)<br>$12,600.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCMASTER-CARR SUPPLY CO<br>PO BOX 5370<br><br>PRINCETON, NJ 08543 | 247 | Unknown | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$318.10  (U)<br>$318.10  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCMASTER-CARR SUPPLY CO<br>PO BOX 5370<br><br>PRINCETON, NJ 08543 | 248 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,955.00  (U)<br>$5,955.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Third Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| MEMPHIS INTL AUTO SHOW<br>C/O MOTOR TREND AUTO  SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17122 | 64866 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHIGAN SPR/MUSKGON<br>2700 WICKHAM DR<br>MUSKEGON, MI 49441 | 20063 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$411.77   (U)<br>$411.77   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MORGAN LEWIS & BOCKIUS LLP<br>ATTN MICHAEL BLOOM<br>1701 MARKET ST<br>PHILADELPHIA, PA 19103 | 922 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$31,560.71   (U)<br>$31,560.71   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MOTOR TREND AUTO SHOWS<br>6375 FLANK DR STE 100<br>HARRISBURG, PA 17711 | 64865 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MTV NETWORKS<br>A DIVISION OF VIACOM INTERNATIONAL INC<br>HEATHER WINDT C/O ANGELA HICKSON<br>1515 BROADWAY- 34TH FLOOR (3475)<br>NEW YORK, NY 10036 | 710 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,126,740.26   (U)<br>$5,126,740.26   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NATIONAL MATERIAL TRADING<br>ATTN KEVIN KOTNOUR<br>1965 PRATT BLVD<br>ELK GROVE VILLAGE, IL 60007 | 29673 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$7,604.66   (U)<br>$7,604.66   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Third Omnibus Objection**

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| NEW MEXICO INTERNATIONAL AUTO SHOW C/O MOTOR TREND AUTO SHOWS INC 6405 FLANK DR HARRISBURG, PA 17112 | 64867 | Motors Liquidation Company | Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEW PIG CORP ONE PORK AVE TIPTON, PA 16684 | 621 | Motors Liquidation Company | $0.00 $0.00 $0.00 $21,427.94 $21,427.94 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OCE NORTH AMERICA INC ATTN  LEE ANN PETERICK 5600 BROKEN SOUND BLVD BOCA RATON, FL 33487 | 7524 | Motors Liquidation Company | $0.00 $0.00 $0.00 $21,872.49 $21,872.49 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ORANGE COUNTY AUTO SHOW C/O MOTOR TREND AUTO SHOWS INC 6405 FLANK DR HARRISBURG, PA 17112 | 64872 | Motors Liquidation Company | Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PERKINS COLE LLP ATTN: DOUGLAS R PAHL 1120 NW COUCH 10TH FL PORTLAND, OR 97209 | 20692 | Motors Liquidation Company | $0.00 $0.00 $0.00 $4,138.14 $4,138.14 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PETOSKEY PLASTICS INC ONE PETOSKEY STREET PETOSKEY, MI 49770 | 530 | Motors Liquidation Company | $0.00 $0.00 $33,772.35 $0.00 $33,772.35 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Third Omnibus Objection

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| PHILADELPHIA NEWSPAPERS LLC<br>MORRIS & ADELMAN PC<br>PO BOX 30477<br>PHILADELPHIA, PA 19103 | 511 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$506,771.05  (U)<br>$506,771.05  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PR NEWSWIRE LLC<br>806 PLAZA III<br>JERSEY CITY, NJ 07311 | 914 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$35,617.00  (U)<br>$35,617.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PRIMEDIA AUTOMOTIVE DIGITAL<br>ATTN A COM<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64876 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PRODUCTION CONTROL UNITS INC<br>2280 W DOROTHY LN<br>MORAINE, OH 45439 | 68310 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$17,970.00  (U)<br>$17,970.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PROVIDENCE INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64877 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| R J HANLON CO INC<br>17408 TILLER CT  STE 600<br>WESTFIELD, IN 46074 | 10030 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,148.92  (U)<br>$9,148.92  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Third Omnibus Objection

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| RANCO NORTH AMERICA LP INC<br>C/O INVENSYS CONTROLS<br>RANCO NORTH AMERICA<br>191 E NORTH AVENUE<br>CAROL STREAM, IL 60188 | 671 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$38,721.69  (U)<br>$38,721.69  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROCKWELL AUTOMATION<br>ATTN: JAN ROBERTSON (6-B11)<br>1201 SOUTH SECOND STREET<br>MILWAUKEE, WI 53204 | 393 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$48,634.65  (U)<br>$48,634.65  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SAFETY-KLEEN SYSTEMS INC<br>5360 LEGACY DR<br>BLDG 2 STE 100<br>PLANO, TX 75024 | 59060 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$19,166.80  (U)<br>$19,166.80  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SERGEY KONOVALOV<br>POB 1607<br>HVATZELET ST<br>NESHER ISRAEL<br>ISRAEL | 69325 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHARPLINE CONVERTING, INC.<br>STEVE OSBORN<br>1520 S TYLER RD<br>WICHITA, KS 67209 | 27187 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$29,529.00  (U)<br>$29,529.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SOUTH CAROLINA INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64875 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Twenty-Third Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| T&M EQUIPMENT CO INC<br>2880 E 83RD PL<br><br>MERRILLVILLE, IN 46410 | 18580 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,222.26 (U)<br>$22,222.26 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TECHNOLOGY ASSOCIATES INC/ RANAL INC.<br>AARTHI NADADUR<br>2851 HIGH MEADOW CIR STE 120<br>AUBURN HILLS, MI 48326 | 8299 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$161,928.00 (U)<br>$161,928.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TGC INC T/A GOLF CHANNEL<br>MATTHEW G. SUMMERS BALLARD SPAHR LLP<br>300 E LOMBARD ST 18TH FL<br>BALTIMORE, MD 21202 | 60598 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,128,223.70 (U)<br>$1,128,223.70 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THE AMERICAN TEAM INC<br>C/O BEALS HUBBARD PLC<br>30665 NORTHWESTERN HWY  STE 100<br>FARMINGTON HILLS, MI 48334 | 43339 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,608,570.14 (U)<br>$28,608,570.14 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THE STARLEDGER<br>ONE STARLEGER PLAZA<br><br>NEWARK, NJ 07102 | 1132 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$414,401.91 (U)<br>$414,401.91 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| UTAH INTERNATIONAL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64863 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| VALD SVEKIS<br>406 WOODLAND DR<br><br>SARASOTA, FL 34234 | 58888 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$19,662,248.00<br>$19,662,248.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VIBRACOUSTIC GMBH & CO KG<br>BODMAN LLP<br>C/O COLIN T DARKE ESQ<br>1901 ST ANTOINE STREET<br>FORD FIELD 6TH FL<br>DETROIT, MI 48226 | 64697 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$111,313.56<br>$111,313.56 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VIDEO MONITORING SVCS OF AMERICA<br>1500 BROADWAY FL 6<br><br>NEW YORK, NY 10036 | 14109 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$9,420.40<br>$9,420.40 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VILLAGE OF SLEEPY HOLLOW<br>ATTN: ANTHONY GIACCIO, ADMINISTRATOR<br>28 BEEKMAN AVE<br>SLEEPY HOLLOW, NY 10591 | 62963 | Motors Liquidation Company | $0.00<br>$0.00<br>$118,142.99<br>$0.00<br>$118,142.99 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VIRGINIA INTL AUTO SHOW<br>C/O MOTOR TREND AUTO SHOWS LLC<br>6405 FLANK DR<br>HARRISBURG, PA 17112 | 64873 | Motors Liquidation Company | Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VISTEON CORPORATION<br>ATTN: DAWN COPLEY<br>DICKINSON WRIGHT PLLC<br>500 WOODWARD AVE STE 4000<br>DETROIT, MI 48226 | 60280 | Motors Liquidation Company | Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Third Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| WEATHERDATA SERVICES INC<br>385 SCIENCE PARK ROAD<br><br>STATE COLLEGE, PA 16803 | 452 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,993.17  (U)<br>$16,993.17  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WEBER AUTOMOTIVE CORP & ALBERT WEBER GMBH<br>C/O PAULA HALL<br>BROOKS WILKINS SHARKEY & TURCO PLLC<br>401 S OLD WOODWARD #460<br>BIRMINGHAM, MI 48009 | 31246 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,827,857.00  (U)<br>$15,827,857.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| XEROX CORP<br>XEROX CAPITAL SERVICES LLC<br>ATTN VANESSA ADAMS<br>1301 RIDGEVIEW DRIVE-450<br>LEWISVILLE, TX 75057 | 935 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$675,924.14  (U)<br>$675,924.14  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| XEROX CORP<br>C/O XEROX CAPITAL SERVICES LLC<br>ATTN  VANESSA ADAMS<br>1301 RIDGEVIEW DR 450<br>LEWISVILLE, TX 75057 | 941 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$428,092.23  (U)<br>$428,092.23  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **Claims to be Disallowed and Expunged Totals** | **98** | | **$8,007,714.86**  (S)<br>**$66,487.21**  (A)<br>**$176,915.34**  (P)<br>**$82,414,651.60**  (U)<br>**$90,665,769.01**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.