**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re : Chapter 11
 :
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No. 09-50026 (REG)
 :
 Debtors : (Jointly Administered)
------------------------------------------------------------------x

**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that Edward S. Donini Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: *June 14, 2010*

 *S/ Robert E. Gerber*
 UNITED STATES BANKRUPTCY JUDGE