**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In re**                                        :   **Chapter 11 Case No.**
                                                             :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :   **09-50026 (REG)**
    f/k/a **General Motors Corp.**, *et al.*     :
                                                             :
                    **Debtors.**               :   **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR JUNE 15, 2010 at 9:45 a.m.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**PLEASE TAKE NOTICE THAT** – As set forth below, all matters scheduled for consideration at the hearing on June 15, 2010 at 9:45 a.m. (the "**Hearing**") in the above-captioned chapter 11 cases have been adjourned.  Accordingly, **this Hearing has been cancelled**.

**I.    ADJOURNED MATTERS:**

   A.   Status Conference in *Motors Liquidation Corporation v. MCM Management Corp*, Adversary Proceeding No. 10-05008 (REG) (Bankr. S.D.N.Y. 2010).

        **Status:**   This matter is adjourned until July 13, 2010 at 2:30 p.m.

   B.   Objection of Gibson Law Firm and George and Karen Kairis (the "Soder Creditors") to Having RodaNast, P.C.'s Proof of Claim No. 44887 Related to the Settlement Agreement in *Soders v. General Motors Corp.* Submitted for ADR Resolution Pursuant to General Order M-390 and Soder Creditors' Petition to Intervene in the ADR Process [Docket No. 5369]

        Responses Filed:

        1.   Response of RodaNast, P.C. [Docket No. 5939]

        2.   Response of Debtors [Docket No. 5976]

Replies Filed:

3. Soder Creditors' Reply to Response to Objection [Docket No. 5984]

Additional Documents:  None to date.

**Status:** This matter is adjourned until June 29, 2010 at 9:45 a.m.

C. Debtors' Twelfth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts (Electro-Motive Diesel, Inc. only) [Docket No. 5242]

Responses Filed:        None to date.

Replies Filed:          None to date.

Additional Documents:

1. Order Granting Debtors' Twelfth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts [Docket No. 5496]

**Status:** This matter is adjourned until June 29, 2010 at 9:45 a.m.

D. Debtors' Third Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject Certain Unexpired Leases of Nonresidential Real Property (Tricon Verizon Leasing Only) [**Docket No. 3044**]

Responses Filed:        None to date.

Replies Filed:          None to date.

Additional Documents:   None to date.

**Status:** This matter is adjourned to June 29, 2010 at 9:45 a.m.

E. Motion of The Schaefer Group Inc. for Relief from the Automatic Stay, or in the Alternative, for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Compelling an Examination and Production of Documents by [**Docket No. 3880**]

Responses Filed:        None to date.

Replies Filed:          None to date.

Additional Documents:        None to date.

**Status:**        This matter is adjourned to June 29, 2010 at 9:45 a.m.

F.    Debtors' Objection to Proof of Claim No. 67357 Filed by New United Motor Manufacturing, Inc. ("**NUMMI**") **[Docket No. 5404]**

Responses Filed:

1.    NUMMI's Initial Response to Debtors' Objection [**Docket No. 5854**]

Replies Filed:        None to date.

Additional Documents:

2.    Declaration of Mark E. McKane in Support of NUMMI'S Response to Debtors' Objection [**Docket No. 5855**]

3.    Declaration of Mitsunori Tsuzuki in Support of NUMMI'S Response to Debtors' Objection [**Docket No. 5856**]

**Status:**        This matter is adjourned to July 14, 2010 at 9:45 a.m.

G.    Motion of Genoveva Bermudez to File Late Proof of Claim, or, in the Alternative, to Amend Informal Proof of Claim [**Docket No. 5747**]

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to June 29, 2010 at 9:45 a.m.

Dated: New York, New York
       June 14, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession