# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br> ☐ MLCS, LLC, Case No. 09-50027 <br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | ROBERT BOSCH LLC <br> ATTN JUDITH LOWITZ ADLER <br> 38000 HILLS TECH DRIVE <br> FARMINGTON HILLS,MI,48331 |
| Claim Number (if known): | 59909 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $71,611,856.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6/7/10

Print Name: LEE MANDUZZI

Title (if applicable): EX. VP SALES

---