Kathleen H. Klaus
Admitted *Pro Hac Vice*
MADDIN HAUSER WARTELL
   ROTH & HELLER, P.C.
28400 Northwestern Highway
3rd Floor
Southfield, MI 48034
Telephone: (248) 359-7520
Facsimile: (248) 359-7560

Attorneys for Creditor, M-Tech Associates, LLC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : |
| | : **Chapter 11** |
| **GENERAL MOTORS CORP., et al.,** | : **Case No. 09-50026 (REG)** |
| | : **Jointly Administered** |
| Debtors. | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 15, 2010, I electronically filed M-Tech Associates, LLC's Objection to ninth Omnibus Motion Pursuant to 11 U.S.C 365 to Reject Certain Executory Contracts and Unexpired Leases of Non-Residential Real Property, along with Exhibits, with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                */s/ Kathleen H. Klaus*
                                Kathleen H. Klaus (P67207)
                                Admitted *Pro Hac Vice*
                                Attorneys for Creditor, M-Tech Associates, LLC.
                                28400 Northwestern Hwy, 3rd Floor
                                Southfield, MI 48034
                                (248) 359-7520

957238 / 08600-0032