# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| Motors Liquidation Company <br> (f/k/a General Motors Corporation) | Case No. 09-50026 (REG) |
| | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **DTE Moraine, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to transferee should be sent: | Name and Current Address of Transferor: |
| Contrarian Funds, LLC <br> 411 West Putnam Ave., Ste. 425 <br> Greenwich, CT 06830 <br> Attention:  Alisa Mumola <br> Telephone:  203-862-8211 <br> Email: amumola@contrariancapital.com | DTE Moraine, LLC <br> DTE Energy Services, Inc <br> C/O Paul, Hastings. Janofsky & Walker LLP <br> Attn Jeff P. Schroeder <br> Eric R. Pogue <br> 875 15th Street, N. W. <br> Washington, DC 20005 |

**Proof of Claim #: 2106**
**Total amount of Claim: $6,142,731.75**


I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.


By:_____*/s/ Alisa Mumola*_____          Date: _____June 15, 2010_____


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## TRANSFER NOTICE

DTE Moraine LLC ("Assignor"), transfers and assigns unto Contrarian Funds, LLC with an address at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **GENERAL MOTORS CORPORATION** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the DTE Moraine LLC Claims of Assignor in the aggregate amount of $6,142,731.75 representing all claims against: **GENERAL MOTORS CORPORATION** in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 09-50026, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the ___20___ day of May, 2010

| DTE MORAINE LLC | CONTRARIAN FUNDS, LLC |
|---|---|
| | By: Contrarian Capital Management, L.L.C., as manager |
| (Signature) | (Signature) |
| Mark H. Rigby | MICHAEL J. RESTIFO |
| Vice President, Finance and Accounting | CFO/MEMBER |
| (Print Name and Title) | (Print Name and Title) |

REVIEWED
BY: _____
LEGAL

REVIEWED
By: _____
ACCOUNTING

LEGAL_US_E # 88112816.1