# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| Motors Liquidation Company (f/k/a General Motors Corporation) | Case No. 09-50026 (REG) |
| | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and address where notices to transferee should be sent:

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attention:   Alisa Mumola
Telephone:   203-862-8211
Email: amumola@contrariancapital.com

**DTE Pontiac North, LLC**
Name of Transferor

Name and Current Address of Transferor:

DTE Pontiac North, LLC
C/O Paul, Hastings. Janofsky & Walker LLP
Attn Jeff P. Schroeder
Eric R. Pogue
875 15th Street, N. W.
Washington, DC 20005

**Proof of Claim #: 21349**
**Total amount of Claim: $5,153,121.39**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____June 15, 2010_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## TRANSFER NOTICE

DTE PONTIAC NORTH LLC ("Assignor"), transfers and assigns unto Contrarian Funds, LLC with an address at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **GENERAL MOTORS CORPORATION** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the DTE PONTIAC NORTH LLC Claims of Assignor in the aggregate amount of $5,153,121.39 (Claim No. 21349) representing certain claims against: **GENERAL MOTORS CORPORATION** in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 09-50026, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the ___20___ day of May, 2010

**DTE PONTIAC NORTH LLC**

**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, L.L.C., as manager

_____
(Signature)
Mark H. Rigby
Vice President, Finance and Accounting
(Print Name and Title)

_____
(Signature)
MICHAEL J. RESTIFO
CFO/MEMBER
(Print Name and Title)

REVIEWED BY: LEGAL

REVIEWED BY: ACCOUNTING

LEGAL_US_E # 88082061.4