# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK



RECEIVED
JUN -8 2010
U.S. BANKRUPTCY COURT, SDNY

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026<br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br>[ ] MLCS, LLC, Case No. 09-50027<br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | ALLSTATE INSURANCE COMPANY CLAIM 2426942112<br>PALM<br>ATTN DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 |
| Claim Number (if known): | 750 |
| Date Claim Filed: | 7/20/2009 |
| Total Amount of Claim Filed: | $7,872.26 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: June 4, 2010

Print Name: David Laughlin

Title (if applicable): Subrogation Senior Service Representative