# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | **Chapter 11** |
| MOTORS LIQUIDATION., *et al.*, | § | |
| f/k/a General Motors Corp., *et al.* | § | **Case No. 09-50026 (REG)** |
| | § | |
| **Debtors** | § | **(Jointly Administered)** |
| | § | |
| | § | |
| | § | |

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, Claimant to Withdraw the Secured Claim for Taxes (Claim #51325) filed on November 25, 2009, in the name of, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, and in the amount of $115.78.

Claimants hereby withdraw such claim.

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

By: _____
    Carl O. Sandin
    State Bar No. 17619750
    Attorney for Claimant
    1235 North Loop West, Ste. 600
    Houston, TX 77008
    (713) 862-1860/FAX (713) 862-1429

Dated: June 3, 2010

THE GARDEN CITY GROUP, INC.
JUN 7 2010

RECEIVED
JUN - 9 2010
U.S. BANKRUPTCY COURT, SDNY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by depositing same in the United States Mail, by first class mail, with proper postage affixed, ECF e-notice or via facsimile transmission and served on the parties listed below as required by Rule 3006 on the 3$^{rd}$day of June, 2010.

Carl O. Sandin

**ATTORNEY FOR DEBTOR**

Harvey R. Miller                                    Via ECF E-notice
Stephen Karotkin
WEIL, GOSTHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

**CHAPTER 11 TRUSTEE**

United States Trustee                          Via ECF E-notice

RECEIVED
JUN - 9 2010
U.S. BANKRUPTCY COURT, SDNY