IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| MOTORS LIQUIDATION., *et al.*, | § | |
|    f/k/a General Motors Corp., *et* al. | § | Case No. 09-50026 (REG) |
| | § | |
| Debtors | § | (Jointly Administered) |
| | § | |

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT # 153, Claimant to Withdraw the Secured Claim for Taxes (Claim #51321) filed on November 25, 2009, in the name of, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT # 153, and in the amount of $168.02.

Claimants hereby withdraw such claim.

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

By: _____
Carl O. Sandin
State Bar No. 17619750
Attorney for Claimant
1235 North Loop West, Ste. 600
Houston, TX 77008
(713) 862-1860/FAX (713) 862-1429

Dated: June 3, 2010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by depositing same in the United States Mail, by first class mail, with proper postage affixed, ECF e-notice or via facsimile transmission and served on the parties listed below as required by Rule 3006 on the 3rd day of June, 2010.

Carl O. Sandin

**ATTORNEY FOR DEBTOR**

Harvey R. Miller                                    Via ECF E-notice
Stephen Karotkin
WEIL, GOSTHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

JUN -9 2010

**CHAPTER 11 TRUSTEE**

United States Trustee                               Via ECF E-notice