IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: § | | Chapter 11 |
| MOTORS LIQUIDATION., *et al.*, § | | |
| f/k/a General Motors Corp., *et al.* § | | Case No. 09-50026 (REG) |
| § | | |
| Debtors § | | (Jointly Administered) |
| § | | |
| § | | |

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, WALKER COUNTY APPRAISAL DISTRICT, Claimant to Withdraw the Secured Claim for Taxes (Claim #51330) filed on November 25, 2009, in the name of, WALKER COUNTY APPRAISAL DISTRICT, and in the amount of $250.03.

Claimants hereby withdraw such claim.

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

By: _____
Michael J. Darlow
State Bar No. 05387300
Attorney for Claimant
1235 North Loop West, Ste. 600
Houston, TX 77008
(713) 862-1860/FAX (713) 862-1429

Dated: June 3, 2010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by depositing same in the United States Mail, by first class mail, with proper postage affixed, ECF e-notice or via facsimile transmission and served on the parties listed below as required by Rule 3006 on the 3rd day of June, 2010.

Michael J. Darlow

**ATTORNEY FOR DEBTOR**

Harvey R. Miller                                  Via ECF E-notice
Stephen Karotkin
WEIL, GOSTHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

**CHAPTER 11 TRUSTEE**

United States Trustee                             Via ECF E-notice

JUN - 9 2010
U.S. BANKRUPTCY COURT