Jim Handy
270 Shoop Rd.
Tipp City, Oh.
45371

To Honorable Robert E Gerber

Let me introduce myself first. I'm Jim Handy, 63 yr old, Retired from GM, Later to be Delfi ect. Iv been retired since 1996. I am a Viet Nam Vet, Father of 1 Son/2 Daughters. With 4 Grand Sons. I married Sharon 42 years ago. Love my country. But I don't like whats goin on without saying my part.

As you know The General Motors Company Filed Bankruptcy To get Rid of it's Bad Assets, including its Benifits for Retirees, (we were a Bad Asset, as they stated. But as I look Back and Hope you do also. There was The Perfect Storm 1. Bad economy 2. Deal with The UAW 3. Un wanted plated Plants 4. contracts for Benifits and Retirees 5. Debt.

(2) First And Not Nessecary in This order

GM The Largest Company in The world went Thru A Bankruptcy in 29 Days. They Got The UAW TO Buy into The company with Their Benift money except for one Thing The UAW used our Steelworkers/IUE Ect. Money TOO. I personaly paid in $40.00 A month so my wife could Have Full payments should Any Thing happen. The UAW Then Kicked All The other unions out of Their PLAN (Deal made) I Think so. The other unions Asked The gov for Money To Fund our PLAN. (For SWA + IUE.) The Fed Treasure in court stated "We Have no Money For you" I Beleauie They (Feds) wanted our Benifits To Fail so we would support OBama care. The storm Rolled on. GM Got Bail out Money we got none. We Had a contract. But Didnt The AIG Reps get millions each Because They Had a contract?

3. Now GM Got Rid of All its Polluted Plants For Free, [Bad Assets]

4. Now The Perfect Storm is Raking Money on The Bad Assets

except The most important it people especially The Retirees who can not Do a Thing About it. To give you a glimps of what They Did I now pay $140.00 a month for my insurance And Have A yearly Deductable of $5000.00 For Me and my wife on a $2300.00 a month income "One Bad Illness and were Broke  I have 2 co workers This year who committed suceed. All of This is X All of The Retirees we pay For our perscription Too.

Now comes in Motors Liquedation if my intuitions are correct Like all The other companys That sprung From G.M. I'll Bet There Are plenty of Friends of The Family in The Liquedation Co. [A good Assett]

(4)

This up I can say

The Executive Branch Let us sink,

The Legislation Branch Didn't Legislate

so The Judicial Branch I pray

Does what's Just.

Reference To
Case: 09-50026

In God we Trust

*[signature]*

937-877 0882

270 Shoop Rd,
Tipp City Oh
45371