## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re:                                                          :
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :
     f/k/a General Motors Corp., *et al.*    :    Chapter 11
                                                                :    Case No. 09-50026 (REG)
                                                                :    (Jointly Administered)
            Debtors.                              :
----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2.    On June 16, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6011] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                                              /s/ Kimberly Murray___
                                                                              Kimberly Murray

Sworn to before me this 16th day of
June, 2010
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

**TRANSFEROR**
DTE Moraine, LLC
DTE Energy Services, Inc
C/O Paul, Hastings. Janofsky & Walker LLP
Attn: Jeff P. Schroeder
Eric R. Pogue
875 15th Street, N. W.
Washington, DC 20005

**TRANSFEREE**
Contrarian Funds, LLC
Attention: Alisa Mumola
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830