# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
    f/k/a General Motors Corp., *et al.*         :        Chapter 11
                                                               :        Case No. 09-50026 (REG)
                                                               :        (Jointly Administered)
        Debtors.                :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On June 16, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6012] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                 /s/ Kimberly Murray___
                                                 Kimberly Murray

Sworn to before me this 16th day of
June, 2010
/s/  Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

**TRANSFEROR**
DTE Pontiac North LLC
C/O Paul, Hastings. Janofsky & Walker LLP
Attn: Jeff P. Schroeder
Eric R. Pogue
875 15th Street, N. W.
Washington, DC 20005

**TRANSFEREE**
Contrarian Funds, LLC
Attention: Alisa Mumola
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830