## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re: :
 :
MOTORS LIQUIDATION COMPANY, *et al.*, :
      f/k/a General Motors Corp., *et al.* :    Chapter 11
 :    Case No. 09-50026 (REG)
 :    (Jointly Administered)
                    Debtors. :
----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On June 16, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 6014] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                /s/ Kimberly Murray___
                                                Kimberly Murray

Sworn to before me this 16th day of
June, 2010
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

**TRANSFEROR**

Citigroup Global Markets Inc.
Attn: Chetan Bansal
390 Greenwich Street
New York, NY 10013

**TRANSFEREE**

SG Aurora Master Fund L.P.
Attn: Danielle Salters
825 Third Avenue, 34th Floor
New York, NY 10022