

## North Carolina Department of Revenue

Beverly Eaves Perdue  
Governor

June 4, 2010

Kenneth R. Lay  
Secretary

United States Bankruptcy Court, SDNY  
One Bowling Green  
Room 534  
New York, New York 10004



Re: Motors Liquidation Company  
Case No: 09-50026

Ladies & Gentlemen:

Please withdraw the unsecured priority and unsecured general claims filed on 10/9/09 by the North Carolina Department of Revenue in the amount of $8,088,107.58. This amount is no longer due.

If you have questions, feel free to call us at the number listed below.

Sincerely,

Angela C. Fountain, Manager  
Bankruptcy Unit  
Collection Division  
(919) 733-4027

ACF/aar