

June 8, 2010

Clerk's Office
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

RE: WITHDRAWL OF PROOF OF CLAIM SUBMITTED JUNE 24, 2009
RE: GENERAL MOTORS CORPORATION
CASE NUMBER: 09-50026 (REG)

Dear Clerk of the Court:

With respect to the above-captioned matter, this letter is my request to withdraw The Hartford Steam Boiler Inspection and Insurance Company's Proof of Claim submitted June 24, 2009.

If you have any questions or concerns, please do not hesitate to contact me at (860) 722-5699 or by email at Elizabeth_Milardo@hsb.com.

Sincerely,

Beth Milardo

Beth Milardo
Legal Assistant

Cc: Attention: Lacy
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153



The Hartford Steam Boiler
Inspection and Insurance Co.
One State Street
P.O. Box 5024
Hartford, Connecticut 06102-5024
(860) 722-1866   Fax: (860) 722-5710