# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | PAUL T DEDRICK & VIVIAN R DEDRICK<br>716 AUBURN ROAD<br>GROTON, NY 13073 |
| Claim Number (if known): | 44780 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $3,065.90 |

(RECEIVED JUN 11 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK)

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6-8-10

*Paul T. Dedrick*

Print Name: Paul T. Dedrick

Title (if applicable): Owner

---

Sworn to me this 8th
Day of June, 2010

*Debbie S. Crandall*
NOTARY

DEBBIE S. CRANDALL
Notary Public, State of New York
No. 01CR5013233
Qualified in Tompkins County
Commission Expires July 15, 2011