

**Moss & Barnett**
A Professional Association

June 10, 2010

***VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED***

Clerk of Courts
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:   In re Motors Liquidation Company, et al.
      Case No. 09-50026 (REG)
      Our File No. 44485.157

Dear Clerk:

By this letter, Thomson Reuters, by and through its undersigned counsel, withdraws its proof of claim (Claim No. 59068) in the amount of $100.00.

Very truly yours,

*[signature]*

**Sarah E. Doerr**
Attorney At Law
P: (612) 877-5297
DoerrSarah@moss-barnett.com



RECEIVED
JUN 1 4 2010
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

SED/mam
cc:   Motors Liquidation Company
      Garden City Group, Inc.
1610247v1