# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | LAS VEGAS REVIEW-JOURNAL<br>PO BOX 70<br>LAS VEGAS, NV, 89125 |
| Claim Number (if known): | 661 |
| Date Claim Filed: | 6/29/2009 |
| Total Amount of Claim Filed: | $203,797.32 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6·8·10

Print Name: Mark Hinueber

Title (if applicable): VP/General Counsel

### DEFINITIONS

US_ACTIVE:¥43219392¥02¥72240.0639

Clerk United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408